IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

On July 18, 2022, the Court ordered the parties to provide additional information regarding their proposed experts. (Doc. 4340). A few days later, Plaintiffs requested clarification of that Order. (Doc. 4341). As explained in their request, Plaintiffs initially believed the Court planned to appoint an expert solely to craft an injunction to remediate the constitutional violations at issue. But Plaintiffs point to language in the July 18, 2022, Order soliciting additional information regarding the experts' availability to "ensure compliance with the injunction" and the potential for an expert to serve "for an extended period." Plaintiffs seek clarification to "have a clear understanding of what the Court is contemplating." Plaintiffs further indicate they have additional questions they believe would benefit from a status conference.

The Court does not believe a status conference is necessary at this time as no determination has been made about the intended scope of the potential experts' appointments. The process of crafting the injunction to remediate the systemic constitutional violations will be intensive and the request for additional information

recognizes expert assistance likely will be necessary to ensure compliance with the injunction. Thus, the additional information the Court is seeking is to determine if the same experts can be used in both crafting and monitoring the injunction. If Plaintiffs have additional questions, they are invited to file an appropriate motion for clarification.

**IT IS THEREFORE ORDERED** Plaintiffs' Request for Status Conference (Doc. 4341) is **DENIED**. The deadline for the parties' supplemental statements is extended from **July 25, 2022** to **July 27, 2022**, to allow the parties additional time to obtain information from their experts based on this Order.

Dated this 22nd day of July, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -