# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, | |
| Defendant. | |

The Court recently received the attached letters from two class members. Those class members do not have independent pending cases and, therefore, no action will be taken regarding their requests for assistance. Class members are reminded they cannot communicate directly with the Court. Instead, class members must communicate with their counsel who will then inform the Court, if necessary.

Accordingly,

**IT IS ORDERED** the Clerk of Court shall send a copy of this Order to the two prisoners who sent the attached letters.

Dated this 25th day of July, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge

7-5-22

Judge Silver

I have paying attention to the news, newspaper and what is going on with medical at ADOCRR.

I have been going through a medical condition that needs surgery, was told by ENT specialist Bruce Stewart, that patient would benefit from nasal surgery. Medical Director M. Young has denied all 3 recommendations for surgery, 2 recommendations form unit Doctors.

I wak up at night gasping for breath, air 2-3 times a month. I have filed an informal resolution, grievance, appeal all denied by medical Director M. Young. I understand they pick and choose who receives care, surgery. If an ENT specialist says patient would benefit from surgery then why is surgery being denied. (ENT Report Diagnosis Deviated septum, Hypertrophy, nasal turbinate.) (Results, Diagnosis unit Doctors nasal mucosa inflamed, nasal polyp in right nasal passage.) Due to the above I get headaches, nosebleeds. Can you help me with this or forward this to someone who can.

Thank you
J. Marquez

Jody Marquez #141485
ASPC Safford
Unit Tonto, 3B24
896 S. Cook Rd.
Safford, AZ 85546

Judge Silver,                                   July 5, 2022

I've been watching on T.V., and listening to what is being said about medical here at ADOCRR. I have had severe Acid Reflux for over 20 years, I was denied several times for a wedge to help. In 2015 I was put on a medication they said was for pain relief due to my shoulder popping out of its socket. The medication was Keprah later after years of being on it, and going from 250 mg a day to 2000 mg a day I found out it was the wrong meds. This Keprah was for Siezers, Epelepsey, and Nerve med. (I have None of these symptoms). I was on IB and Indomehosyies also. Finally in 2021 I went to a hospital, and found out the meds I were on I should have Never been put on, and it has Resulted in me having a tear in my asophesost, I have a Iated hernia, and was told I Needed Sergery, and Needed to be taken off

My meds, cause it was making things worse. When I got back to SAFFORD Tonto unit I was Taken of the meds given a wedge, but was Denied surgery. The Kepra I was on I found out that because I was on a high dose, and now off of it I could get seizures due to Nerolgid issues in my head. For my esophogs I could get cancer if not taken CARE. I still have pain, burning in my throat, and shoulder issues. I have no real outside help, my family is older, and I don't want to put this burden on them. I believe they are putting my life in danger for more serious cases, and I need to know what else I can do.
  Please take time to Respond to this Issue, and help me with someone who can help me.
      Thank you
Scott Stevenson #190166
Tonto yard SAFFORD AZ
896 south Cook RD   SAFFORD Az 85546.