Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
       jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**DECLARATION OF CORENE T. KENDRICK** |

LEGAL23774493.1

1  I, Corene T. Kendrick, declare:

2  1.  I am at attorney admitted to practice in the courts of the State of California. I am deputy director of the ACLU National Prison Project and counsel of record to the plaintiff class in this litigation.

3  2.  Attached hereto as **Exhibit 1** is a true and correct copy of the current CV of Dr. Kahlil Johnson, M.D.  Dr. Johnson's contact information has been redacted from the public docket filing, and will be provided to the Court's judicial assistant.

4  3.  Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the testimony of Dr. David Thomas, M.D., on December 3, 2008 before the Three Judge Court in *Coleman v. Schwarzenegger*, No. CIV S-90-0520 LKK JFM (E.D. Cal.), and *Plata v. Schwarzenegger*, No. C 01-1351 TEH (N.D. Cal.).

5  4.  Attached hereto as **Exhibit 3** is a true and correct copy of the expert report of D. Scott Dodrill, dated August 2015, and filed in *Porter v. Clarke*, No. 1:14-cv001588-LMB-IDD (E.D. Va.). I have redacted Mr. Dodrill's personal contact information, which was viewable in the public docket filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed July 27, 2022, in San Francisco, California.

Respectfully submitted,

 */s/ Corene T. Kendrick*
Corene T. Kendrick

LEGAL23774493.1

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)\*\*
Maria V. Morris (D.C. 1697904)\*
Eunice Hyunhye Cho (Wash. 53711)\*\*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
mmorris@aclu.org
echo@aclu.org

Corene T. Kendrick (Cal. 226642)\*
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email: ckendrick@aclu.org

\*Admitted *pro hac vice*
\*\*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Donald Specter (Cal. 83925)\*
Alison Hardy (Cal. 135966)\*
Sara Norman (Cal. 189536)\*
Rita K. Lomio (Cal. 254501)\*
Sophie Hart (Cal. 321663)\*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
rlomio@prisonlaw.com
sophieh@prisonlaw.com

\*Admitted *pro hac vice*

Victoria López (Bar No. 330042)\*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
jkeenan@acluaz.org

\*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| | John H. Gray (Bar No. 028107) |
| 2 | Austin C. Yost (Bar No. 034602) |
| | Karl J. Worsham (Bar No. 035713) |
| 3 | Kathryn E. Boughton (Bar No. 036105) |
| | Kelly Soldati (Bar No. 036727) |
| 4 | Alisha Tarin-Herman (Bar No. 037040) |

**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         jhgray@perkinscoie.com
         ayost@perkinscoie.com
         kworsham@perkinscoie.com
         kboughton@perkinscoie.com
         ksoldati@perkinscoie.com
         atarinherman@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:   mabela@azdisabilitylaw.org
         rdalyrooney@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2022, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Lucy M. Rand
Assistant Arizona Attorneys General
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

*Attorneys for Defendants*

                                                s/ C. Kendrick