1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9    Shawn Jensen,                              No. CV-12-00601-PHX-ROS

10                    Plaintiff,                **ORDER**

11   v.

12   David Shinn,

13                    Defendant.

14

15        In its June 30, 2022 Order finding in favor of Plaintiffs as to their class and subclass

16   claims, the Court solicited nominations for experts from both parties.  Defendants proposed

17   the appointment of Dr. Marc Stern to assist in crafting an injunction regarding medical

18   care.  In their latest filing, Plaintiffs state they "have no objection to Dr. Stern assisting the

19   Court in crafting an injunction."  (Doc. 4344 at 5).  Based on the parties' agreement, and

20   Dr. Stern's familiarity with this matter, the Court is inclined to appoint Dr. Stern.  Before

21   formally doing so, the Court will hold a hearing to discuss the matter with the parties and

22   Dr. Stern.  The parties will be required to confer with Dr. Stern to identify a time on August

23   4 or August 5, 2022, counsel and Dr. Stern are available.  The parties and Dr. Stern may

24   appear by phone.

25        At the conference, the Court expects to discuss the terms of Dr. Stern's

26   contemplated appointment as well as whether Dr. Stern has any preference regarding the

27   appointment of additional experts for assistance in crafting the forthcoming injunction

28   addressing mental health care and conditions in maximum custody.  The parties should

provide copies of their proposed experts' curricula vitae, as well as their objections to the opposing side's experts, to Dr. Stern in advance of the hearing.  The parties must be prepared to discuss whether the Court will be able to craft a PLRA-compliant injunction based on Dr. Stern spending approximately eighty hours reviewing the state of medical care.  That is, the parties must be prepared to address if that will be sufficient time to allow Dr. Stern to make particularized recommendations allowing the Court to enter an injunction that is "narrowly drawn, extends no further than necessary to correct the violation of the Federal right, and is the least intrusive means necessary to correct the violation of the Federal right."  18 U.S.C.A. § 3626(a)(1)(A).

Accordingly,

**IT IS ORDERED** the parties shall confer with Dr. Stern and file a statement no later than **noon** on **August 3, 2022**, identifying a time on either August 4 or August 5 when all parties and Dr. Stern are available.  The Court expects the conference to last approximately one hour.

Dated this 1st day of August, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge