Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
        jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

LEGAL23774493.1

1     Plaintiffs respectfully submit this Notice of Supplemental Authority related to the
2     legal standard regarding remedy and the Court's authority to appoint a receiver.  *See*
3     Doc. 4308, ¶¶ 1147-48.  On July 29, 2022, Judge Carlton W. Reeves of the U.S. District
4     Court for the Southern District of Mississippi issued an order in *United States v. Hinds*
5     *County, et al*., No. 3:16-CV-89-CWR-RHWR, concluding that he would appoint a
6     receiver to take control of the Hinds County, Mississippi, jail system.  *See* Ex. 1.

7     Of relevance to this case, the *Hinds County* case was filed in 2016 by the United
8     States Department of Justice ("DOJ") to end unconstitutional conditions of confinement at
9     three facilities that constitute the Hinds County jail system, and the parties entered into a
10    settlement agreement to correct the problems. *Id.* at 1-2. "Despite promises to comply
11    with this agreement, the County failed to abide by the Consent Decree's provisions.
12    Conditions there remained unchanged." *Id*. at 2. In November 2021, the district court
13    issued an Order to Show Cause why the county should not be found in contempt and a
14    receivership should not be created, and on February 4, 2022, "disturbed by the record
15    number of assaults, fires, and deaths, including murders, suicides, and overdoses," found
16    the defendants in contempt, and identified "more than two dozen provisions" of the
17    settlement "where the County is simply non-compliant with a Court Order." *Id*. at 2-3.
18    County defendants moved to terminate the settlement. *Id.*

19    In February 2022, the court held a two-week trial on the remedy, and the plaintiff
20    DOJ requested the court appoint a receiver. *Id.* at 3. Subsequent to the hearing, the district
21    court found the defendants in contempt for a second time, and held a final hearing on
22    mitigation and remedies on July 19, 2022. *Id.* at 4.

23    The court's order appointing a receiver to ensure Hinds County's compliance with
24    the settlement and court orders relies upon many of the same cases cited in Plaintiffs'
25    Proposed Findings of Fact. Compare Ex. 1 at 4-6 with Doc. 4308, ¶¶ 1147-48. The court
26    found that the county's "[p]ersistent shortcomings in staffing and supervision" presented a
27    "grave and immediate threat or actuality of harm" to detainees. Ex. 1 at 7-11. The court
28    also noted that it had "considered other sanctions, which are both less and more intrusive

than imposing a receivership," *id.* at 15, and noted "the ineffectiveness" of earlier expenditures that made "financial penalties [] insufficient to cure the unlawful conditions . . ." *Id.* at 16. The court also noted that it had the power "to order the release of detainees" or to close the facility, *id.*, or "to require members of the Board and the Sheriff to spend a week or more detained" in the jail, which "would surely motivate the County's leaders to correct unconstitutional conditions therein," *id.* at 17, but those would be a more extreme remedy than a receiver, "at least, at present." *Id.*

The court also found that the defendants' "pattern of obstinance indicates that lesser measures will not bring [the jail] into compliance with the Constitution[,]" that "defendants have engaged in a huge waste of taxpayers' resources[,]" that "[d]espite the expenditure of millions of dollars . . . [the jail] as an institution [far] too often neglects, mistreats, and at times literally kills those it is intended to serve[,]" and that the county's "responsibility to provide constitutional detention facilities for its detainees is not dissipated, suspended, or placed in abeyance" while a new jail is constructed. *Id.* at 19-20 (citations omitted).

Dated:  August 1, 2022

**ACLU NATIONAL PRISON PROJECT**

By:  s/ David C. Fathi
David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          mmorris@aclu.org
          echo@aclu.org

*Admitted *pro hac vice*; not admitted in
  DC; practice limited to federal courts.

**Admitted *pro hac vice*.

Corene T. Kendrick (Cal. 226642)*
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:    ckendrick@aclu.org

*Admitted *pro hac vice*.

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          rlomio@prisonlaw.com
          sophieh@prisonlaw.com

*Admitted *pro hac vice*.

Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    vlopez@acluaz.org
          jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R.
  38(d).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Kelly Soldati (Bar No. 036727)
Alisha Tarin-Herman (Bar No. 037040)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:      dbarr@perkinscoie.com
            jhgray@perkinscoie.com
            ayost@perkinscoie.com
            kworsham@perkinscoie.com
            kboughton@perkinscoie.com
            ksoldati@perkinscoie.com
            atarinherman@perkinscoie.com
            docketphx@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen, Dustin
Brislan, Robert Gamez, Jonathan Gonzalez,
Jason Johnson, Kendall Johnson, Joshua
Polson, Laura Redmond, Sonia Rodriguez,
Ronald Slavin, Jeremy Smith, and Christina
Verduzco, on behalf of themselves and all
others similarly situated*

**ARIZONA CENTER FOR DISABILITY
LAW**

By:   s/ Maya Abela
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone: (602) 274-6287
      Email:     adietrich@azdisabilitylaw.org

      Rose A. Daly-Rooney (Bar No. 015690)
      Maya Abela (Bar No. 027232)
      **ARIZONA CENTER FOR
      DISABILITY LAW**
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701
      Telephone: (520) 327-9547
      Email:     mabela@azdisabilitylaw.org
                 rdalyrooney@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on August 1, 2022, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Lucy M. Rand
Assistant Arizona Attorney General
Lucy.Rand@azag.gov

7

8

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski

9

Nicholas D. Acedo
Ashlee B. Hesman

10

Jacob B. Lee
Timothy M. Ray

11

Anne M. Orcutt
Eden G. Cohen

12

STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com

13

rlove@strucklove.com
tbojanowski@strucklove.com

14

nacedo@strucklove.com
ahesman@strucklove.com

15

jlee@strucklove.com
tray@strucklove.com

16

aorcutt@strucklove.com
ecohen@strucklove.com

17

18

*Attorneys for Defendants*

19

s/ Jessica Carns

20

21

22

23

24

25

26

27

28