Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
       jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriquez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**JOINT STATEMENT IN RESPONSE TO COURT ORDER [Doc. 4347]** |

157543359.1

The Court directed the parties to file a joint statement "no later than noon on August 3, 2022, identifying a time on either August 4 or August 5 when all parties and Dr. Stern are available." [Doc. 4347 at 2 (emphasis omitted)]

The parties and Dr. Stern are available at **10 am** on **August 4, 2022**, for a telephonic conference.

Dated: August 2, 2022

| | |
|---|---|
| **STRUCK LOVE BOJANOWSKI & ACEDO, PLC** | **PRISON LAW OFFICE** |
| By: /s Rachel Love (*w/ permission*)<br>Daniel P. Struck (Bar No. 12377)<br>Rachel Love (Bar No. 19881)<br>Timothy J. Bojanowski (Bar No. 22126)<br>Nicholas D. Acedo (Bar No. 21644)<br>3100 West Ray Rd., Ste. 300<br>Chandler, AZ 85226<br>Telephone: (480) 420-1600<br>dstruck@strucklove.com<br>rlove@strucklove.com<br>tbojanowski@strucklove.com<br>nacedo@strucklove.com<br><br>*Attorneys for Defendants* | By:  s/ Rita K. Lomio<br>Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Rita K. Lomio (Cal. 254501)*<br>Sophie Hart (Cal. 321663)*<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Email:   dspecter@prisonlaw.com<br>             ahardy@prisonlaw.com<br>             snorman@prisonlaw.com<br>             rlomio@prisonlaw.com<br>             sophieh@prisonlaw.com<br><br>*Admitted pro hac vice<br><br>Daniel C. Barr (Bar No. 010149)<br>John H. Gray (Bar No. 028107)<br>Austin C. Yost (Bar No. 034602)<br>Karl J. Worsham (Bar No. 035713)<br>Kathryn E. Boughton (Bar No. 036105)<br>Kelly Soldati (Bar No. 036727)<br>Alisha Tarin-Herman (Bar No. 037040)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: (602) 351-8000<br>Email:   dbarr@perkinscoie.com<br>             jhgray@perkinscoie.com<br>             ayost@perkinscoie.com<br>             kworsham@perkinscoie.com<br>             kboughton@perkinscoie.com<br>             ksoldati@perkinscoie.com<br>             atarinherman@perkinscoie.com<br>             docketphx@perkinscoie.com |

157543359.1

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     vlopez@acluaz.org
           jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
           mmorris@aclu.org
           echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:     ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

157543359.1

**ARIZONA CENTER FOR DISABILITY LAW**


By:   s/ Maya Abela
        Asim Dietrich (Bar No. 027927)
        5025 East Washington Street, Suite 202
        Phoenix, Arizona 85034
        Telephone: (602) 274-6287
        Email:   adietrich@azdisabilitylaw.org

        Rose A. Daly-Rooney (Bar No. 015690)
        Maya Abela (Bar No. 027232)
        **ARIZONA CENTER FOR DISABILITY LAW**
        177 North Church Avenue, Suite 800
        Tucson, Arizona 85701
        Telephone: (520) 327-9547
        Email:
           rdalyrooney@azdisabilitylaw.org
           mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

-3-

157543359.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2022, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Lucy M. Rand
Assistant Arizona Attorney General
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

*Attorneys for Defendants*

                                          s/ Rita Lomio

-4-

157543359.1