# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court held a hearing on August 4, 2022, to discuss the appointment of Dr. Marc Stern as an expert to assist the Court with crafting the medical care aspects of the injunction to remediate constitutional violations. As discussed at the hearing, the parties agree to Dr. Stern's appointment and further agree additional expert assistance will be necessary to address the mental health and maximum custody aspects of the injunction. Dr. Stern has identified individuals who may be able to assist him on the topics of mental health and maximum custody. Dr. Stern stated he would contact those individuals and provide information, including their curricula vitae, to the Court no later than August 8, 2022. Finally, the parties agree to utilize the contempt sanctions held in the Court's registry to pay the experts appointed to assist the Court. Should additional funding become necessary, the Court will solicit further briefing from the parties.

**IT IS ORDERED** the Court appoints Dr. Marc F. Stern as an expert in this matter pursuant to Federal Rule of Civil Procedure 706 at a rate of $500.00 per hour. Dr. Stern should document all of his time expended on this matter. The Court will provide payment

instructions in a future Order.

**IT IS FURTHER ORDERED** Dr. Stern must provide to the parties the names, hourly rate, curricula vitae, and any other information he deems necessary regarding his proposed experts to address the mental health and maximum custody aspects of the injunction no later than **August 8, 2022**. One of the parties must file the information provided by Dr. Stern on the Court's docket no later than **August 8, 2022**.

**IT IS FURTHER ORDERED** the parties shall respond with any objections to Dr. Stern's submission no later than **August 10, 2022**.

Dated this 5th day of August, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge