**EXHIBIT 1**

**EXHIBIT 1**

**Bart Solomon Abplanalp, Ph.D.**



## EDUCATION
**University of Texas at Austin**                    **December 1996 – May 1999**
*Austin, Texas*
Major:          Clinical Psychology
Degree:         Ph.D.  (May 1999)
Dissertation:   Prospective Evaluation of the Efficacy of a Brief Cognitive-Behavioral
                Intervention on the Development of Panic Disorder and Anxiety in a
                High-Risk, Nonclinical College Population


**University of Texas at Austin**                    **September 1994 - December 1996**
*Austin, Texas*
Major:          Clinical Psychology
Degree:         M.A. (1996)
Thesis:         Assessing the Presence of a Negative Interpretive Bias in High Anxiety
                Sensitive Individuals


**University of Texas at Austin**                    **August 1988 - June 1992**
*Austin, Texas*
Major:          Psychology
Degree:         B.A. (June 1992)

## CLINICAL EXPERIENCE
**Chief Psychologist – Western Washington**          **October 2011 – Present**
*Washington State Department of Corrections*                    *Tumwater, Washington*
Position is a licensed psychologist with clinical and administrative supervisory
responsibilities for seven licensed psychologists at four major prison facilities and four
correctional camps. Frequent travel is required for on-site clinical oversight. This is a
salaried position ($134,892 yearly gross) assigned to a core 40-hour work week with
rotating on-call responsibilities for Washington Department of Corrections. The Chief
Psychologist is responsible for ensuring the efficient delivery of well-defined mental
health services within the Washington Department of Corrections. Position entails
establishing clinical standards for all mental health staff, designing mental health
guidelines and protocols, and developing mental health-related policies, training and
professional development for agency psychology staff. Serves as mental health liaison for
statewide Prison Rape Elimination Act (PREA) and provides consultation to various
multi-disciplinary committees as well as inter-agency collaboration with the Department
of Social and Health Services, Developmental Disabilities Administration, and the
Division of Behavioral Health and Recovery. Responsible for the development and

implementation of certified Suicide Intervention Training for all mental health staff within DOC.

**Clinical Psychologist**                                     **April 2010 – October 2011**
*Washington Corrections Center*                                *Shelton, Washington*
Co-lead psychologist of the mental health unit at the Reception and Diagnostic Center in Shelton, Washington. Duties include screening incoming offenders for mental illness, completing mental health appraisals on seriously mentally ill patients, compiling comprehensive psychological evaluations for the Indeterminate Sentence Review Board, and responding to mental health crises. Also served as the mental health lead at Lincoln Park Work Release (serving the seriously mentally ill population) and Cedar Creek Corrections Center. Duties at these sites include diagnostic and treatment consultation and writing Discharge Summaries for seriously mentally ill offenders. Appointed to position of Director of Operations for Mental Health at Shelton in April 2011. Job duties include developing systems to identify obstacles to effective delivery of care, increasing productivity, and reducing waste of staff resources by improving communications between care providers, custody, and classification staff. Responsible for supervision of masters-level therapists and mental health counselors, including weekly supervisory meetings and yearly performance evaluations.

**Clinical Psychologist**                                  **September 2001 – April 2010**
*McNeil Island Corrections Center*                          *Steilacoom, Washington*
Chief psychologist of the inpatient mental health unit of a state prison. Assessed offenders for level of mental illness and dangerousness, conducted individual and group therapy, conducted risk assessments, and assisted in the development and implementation of a Co-Occurring Disorders Treatment Community Program. Supervised a team of seven masters-level clinicians, headed the Crisis Respite Program, which stabilized acutely mentally ill patients from the prison's general population, and served as liaison between the prison and the Mentally Ill Offender - Community Transition Program in Seattle, Washington. Co-chaired involuntary medication hearings and was a member of the Crisis Negotiation Team (Psychological Intelligence).

**Forensic Postdoctoral Fellow**                         **September 2000 – September 2001**
*Dorothea Dix Hospital (Pretrial Evaluation Unit)*              *Raleigh, North Carolina*
Worked in the Pretrial Evaluation Unit of North Carolina's largest state psychiatric hospital. Conducted court-ordered evaluations regarding Competency To Proceed To Trial and Criminal Responsibility. Assessed patients using psychological and neuropsychological measures to provide diagnostic clarification to hospital staff. Served as crisis and behavioral management psychologist and worked as part of multidisciplinary treatment teams, consulted with attorneys in formulating legal strategies, and testified as an expert witness in court. Co-leader of ongoing process psychotherapy group treatment for low-functioning sex offenders in a post-sentence setting. Co-leader for group treatment of anger management with incarcerated and probationed offenders.

2

**Clinician**                                                    **August 1999 – August 2000**
*Medical College of Ohio*                                                    *Toledo, Ohio*
Therapist in both a university setting and for a privately funded forensic agency in Ohio as a component of APA-accredited Predoctoral Internship in Clinical Psychology.

- **University of Toledo:** managed a caseload of 15-20 regular patients at the University Counseling Center. Developed treatment plans; provided therapy; performed assessments; and wrote reports addressing diagnosis, patient history, treatment, and follow-up treatment.

- **Court Diagnostic and Treatment Center:** Provided individual therapy for state and federal offenders in pretrial, presentence, and post-sentence stages of the legal process. Co-leader of ongoing process psychotherapy group treatment for low-functioning sex offenders in a post-sentence setting. Co-leader for group treatment of anger management with incarcerated and probationed offenders. Conducted diagnostic assessments and completed psychological evaluations for diagnostic clarification. Conducted court-ordered evaluations regarding Capacity To Proceed To Trial, Criminal Responsibility (i.e., insanity pleas), and post-release recommendations.

**CONSULTATION EXPERIENCE**
**Mental Health Systems Consultant**

                                                                **May 2020 – Present**

*Washington State Department of Corrections*                    *Yakima County Jail*
Assisted mental health staff in the development of policies, procedures, and protocols for implementation of mental health services in response to an access to care lawsuit. Systems included mental health screening, triage, crisis responding, routine mental health care, treatment plans, suicide prevention and response, and medical/mental health documentation.

**Mental Health Systems Consultant**

                                                        **May 2019 – September 2019**

*Arizona Department of Corrections*                             *Multiple locations*
Mental health subject matter expert investigating concerns with the delivery of mental health care at the Perryville, Eyman, and Florence Complexes of ADC. Conducted clinical reviews of patient assessment and treatment with a focus on qualitative analysis of the appropriateness of clinical care. Determined whether mental health encounters satisfied the legal requirement of court-ordered Performance Measures with regard to the screening, assessment, treatment, and follow-up of mental health patients across multiple facilities.

                                                        **March 2018 – August 2018**
*Tacoma Pierce County Health Department*                        *Tacoma, Washington*
Worked with the Tacoma Pierce County Health Department to implement a new program for the treatment of clients with dual substance abuse and mental health diagnoses. Wrote

policies and protocols for screening, assessment, and treatment of clients and developed forms and processes for screening of mental health concerns and suicidal risk detection. Provided clinical oversight and feedback to clinicians and modified templates for progress reports, discharges, and crisis plans in accordance with changing Washington law. Participated in monthly phone or in-person consultations with Program Manager focused on program operations and auditing procedures.

**March 2014 – August 2016**

*Southern Poverty Law Center*                                      *Jackson, Mississippi*
*American Civil Liberties Union*            *Washington, District of Columbia*
Mental health subject matter expert for the American Civil Liberties Union's National Prison Project, which focused on the delivery of mental health and medical treatment to offenders at privately owned prison in Mississippi, which houses the largest correctional mental health population in the state. Duties include critical evaluation of the prison's system of care for mentally ill offenders in the following areas: screening and assessment, crisis triage, ongoing care (case management, individual, and group treatment), co-occurring substance abuse treatment, and discharge planning. Particular focus areas are constitutional access to care, provider qualifications, system efficiencies, and allegations of abuse and neglect of the mentally ill population. Consultation duties require intensive collaboration with a multidisciplinary team consisting of recognized experts in psychiatry, medication management, nursing, and sanitation. Job duties include patient and staff interviews, electronic record and medical file reviews, report writing for the courts, and providing expert witness testimony.

## RESEARCH EXPERIENCE

**Research Associate**                                      **May 1998 – August 1999**
*University of Texas Health Science Center*            *San Antonio, Texas*
Conducted research regarding the physiological mechanisms underlying respiratory drive. Collected pilot data for a PET (Positron Emission Tomography) study concerning the existence and location of suffocation chemoreceptors in the brain. Assisted in the design and construction of apparatus for the experiment and administered experimental gases to subjects as part of multi-disciplinary research team. Recruited and ran subjects for PET study following successful completion of pilot study. Published three papers in the Proceedings For The National Academy Of Sciences.

**Project Leader**                                      **May 1995 – August 1999**
*University of Texas Panic and Anxiety Research Laboratory*            *Austin, Texas*
Supervised interviewers in all aspects of training for follow-up assessments in a treatment outcome study for panic attacks and panic disorder. Authored 23-page, semi-structured interview for use in the study. Developed and maintained multiple databases for the tracking of subjects and analysis of data. Wrote 120-page didactic training manual for panic study and conducted reliability interviews with study participants. Analyzed data with Principal Investigator (Michael Telch, Ph.D.) and co-authored four manuscripts for submission to major psychological journal.

**PUBLICATIONS AND RESEARCH PRESENTATIONS**

Harrington, P.J., Telch, M.J., Abplanalp, B., Hamilton, A.C.  (1995). Lowering anxiety sensitivity in non-clinical subjects: preliminary evidence for a panic prevention program. Poster Presentation at the 29th Annual Meeting of the Association for the Advancement of Behavior Therapy, Washington, DC.

Abplanalp, B.A., and Saltzman, K. (1998) What's Eating You?  A Manual For The Treatment Of Eating Disorders.  University of Texas at Austin Publishing Clearinghouse, Austin, Texas.

Brannan, S., Liotti, M., Egan, G., Shade, R., Madden, L., Robillard, R., Abplanalp, B., Stofer, K., Denton, D., & Fox, P. (2001).  Neuroimaging of cerebral activations and deactivations associated with hypercapnia and hunger for air.  Proceedings of the National Academy of Sciences, v.98, pp. 2029-2034.

Liotti, M., Brannan, S., Egan, G., Shade, R., Madden, L., Abplanalp, B., Robillard, R., Lancaster, J., Zamarripa, F.E., Fox, P.T., & Denton, D., (2001).  Brain responses associated with consciousness of breathlessness (air hunger).  Proceedings of the National Academy of Sciences, v. 98, pp 2035-2040.

Parsons, L.M., Egan, G., Liotti, M., Brannan, S., Denton, D., Shade, R., Madden, L., Abplanalp, B., & Fox, P.T. (2001) Neuroimaging evidence implicating cerebellum in the experience of hypercapnia and hunger for air.  Proceedings of the National Academy of Sciences, v.98, pp. 2041-2046.

**References are available upon request.**