**EXHIBIT 2**

**EXHIBIT 2**

# JOHN-MICHAEL C. MCGRATH

## SUMMARY

Over 27 years' experience in jails and community corrections, 13 years in executive level positions.

Supervised up to 330 employees (indirectly); supervised internal affairs investigations; experience in interviewing, hiring, training, scheduling, motivating, evaluation and dismissing personnel.

Experienced in administering and managing a large detention facility, managing a medium sized community corrections center, developing and administering re-entry programs and alternatives to incarceration, mental health programming, reviewing in-custody deaths, budgeting, contract development and monitoring, conducting research, monitoring compliance with policies and procedures, accreditation auditing and mentoring, conducting staffing analysis, community relations, public speaking, controlling costs, problem-solving, labor relations, and preparing reports.

## EDUCATION

1994-2004   Administration of Justice, Miramar College, San Diego, CA

## TRAINING EXPERIENCE

2012        FBI LEEDA Trilogy Program, FBI LEEDA

2009        Law Enforcement Executive Academy, Results Group, Ltd.

2007        Middle Management, Washington Criminal Justice Training Center

2007        First Level Supervision, Washington Criminal Justice Training Center

2005        Idaho POST – Level II, State of Idaho

2002        Corrections Supervisor Core Course, Naber Technical Enterprises

1995        Corrections Officer Certificate, San Diego Sheriff's Academy

1995        California POST 832 – Arrest & Firearms (247-1226), San Diego Sheriff's Academy

## INSTRUCTOR EXPERIENCE

Influencing Options

Problem Solving Without Conflict

Inmate Supervision and California Title 15, San Diego Sheriff's Academy

Basic Windows

## EXPERIENCE

2022-Present   **Expert Witness,** *McGrath Consulting, LLC, Spokane, WA*

Provide counsel, prepare legal documentation, provide testimony and serves as expert witnesses on cases regarding the actions of police, sheriffs, and law enforcement agents, as well as jail and prison authorities. Representative cases include law enforcement/corrections practices and procedures, juvenile justice, in-custody deaths, labor relations and employment matters.

2019-Present   **Jail Services Liaison**, *Washington Association of Sheriffs & Police Chiefs, Lacey, WA*

Provide jail management consulting, networking, training, informational services and technical assistance to WASPC's members regarding best practices in all facets of diversion, jail and re-entry operations.

Perform audits of jail physical plants, policies and procedures to ensure they meet the minimum standards as outlined in local, state and federal law. Review individual jail practices and mentor jail command staff. Perform Jail Accreditation audits.

2013-2019   **Director**, *Spokane County Detention Services, Spokane, WA*
Appointed by the Board of County Commissioners, responsible for the planning, developing and coordinating of all policies, procedures, functions, services and activities for Detention Services.  Oversaw the operation of a 700 bed maximum security detention facility as well as a 400 bed community corrections center that provided inmate programming, re-entry services, work release, out of custody confinement programs, and electronic home monitoring.

2009-2013   **Captain, Detention Services Bureau Commander**, *Spokane County Sheriff's Office, Spokane, WA*

Appointed by the Spokane County Sheriff, responsible for the planning, developing and coordinating of all policies, procedures, functions, services and activities for Detention Services.  Oversaw the operation of a 700 bed maximum security detention facility as well as a 600 bed community corrections center that provided inmate programming, re-entry services, work release, out of custody confinement programs, and electronic home monitoring.

2008-2009   **Captain – Facility Commander**, *Spokane County Sheriff's Office, Spokane, WA*

Appointed by the Spokane County Sheriff, responsible for the planning, developing and coordinating of all policies, procedures, functions, services and activities for

|  |  |
|---|---|
|  | Geiger Community Corrections Center (600 beds) that provided inmate programming, re-entry services, work release, out of custody confinement programs, and electronic home monitoring. |
| 2007-2008 | **Director**, *Geiger Community Corrections Center, Spokane, WA* |
|  | Appointed by the Spokane County Board of County Commissioners, responsible for the planning, developing and coordinating of all policies, procedures, functions, services and activities for Geiger Community Corrections Center (600 beds) that provided inmate programming, re-entry services, work release, out of custody confinement programs, and electronic home monitoring. |
| 2006-2007 | **Assistant Director**, *Geiger Community Corrections Center, Spokane, WA* |
|  | Responsible for the planning, developing and coordinating of all policies, procedures, functions, services and activities for the Geiger Community Corrections Center and for directing and commanding a work force of over 140 employees through the supervision of subordinate personnel. Monitored bureau direction and goals while motivating and inspiring the employees to achieve the vision of Geiger Corrections Center. |
| 2005-2006 | **Deputy Sheriff – Detentions**, *Kootenai County Sheriff's Office, Coeur d'Alene, ID* |
|  | Responsibilities included criminal investigations, making arrests, writing reports related to criminal events and inmate behavior, the direct supervision of inmates, processing of incoming transfers, fingerprinting and photographing inmates and providing them with a safe and clean environment while incarcerated. |
| 2004-2005 | **Curriculum Developer**, *The BackUP Training Corp., Coeur d'Alene, ID* |
|  | Created training manuals and videos for law enforcement and fire fighters. |
| 1994-2004 | **Sergeant**, San Diego County Sheriff's Department, San Diego, CA |
|  | Assigned to the George Bailey Detention Facility. Duties included preparing the daily deployments, processing of payroll, conducting shift briefing and monitoring briefing training. Directly supervise 40+ sworn personnel assigned to the jail. Served as the **Tactical Team Sergeant** and **Academy Instructor** for Inmate Supervision. Conducted administrative and criminal investigations into claims against the County and/or allegations of abuse or misconduct of staff. |
|  | 2002-2003: **Sergeant** assigned to the San Diego Central Jail. Duties included preparing the daily deployments, processing of payroll, conducting shift briefing and monitoring briefing training. Directly supervise 40+ sworn personnel assigned to the jail. Served as the Tactical Team Sergeant. Conducted administrative and criminal investigations into claims against the County and/or allegations of abuse or misconduct of staff. |
|  | 2000-2002: **Sergeant** assigned as the Installation Coordinator for the Jail Information Management System (JIMS) Project. Supervised a team of four Deputy Sheriff's providing the installation of computer hardware and networking systems at all Sheriff's detention facilities, court areas, probation sites, and other smaller Sheriff locations. Other duties included tracking inventory, providing technical assistance to system users, technical writer for the JIMS user manual, creating a web-based user manual, and a member of the Detention Services Policy and Procedure committee. |

1999-2000: **Corporal** assigned the East Mesa Detention Facility. Responsibilities included the training of new staff members, creating/presenting training scenarios, and coordinating training with other agencies. Other duties included criminal investigations, crime scene preservation, transporting inmates as well as providing a safe environment for incarcerated adults.

1998-1999: **Deputy Sheriff** assigned as the JIMS project **Training Coordinator**. My primary responsibilities were to ensure that all 2500 Detention Services members received their required training. Other duties included creating training materials, maintaining training sites, as well as the maintenance of the web page.

1996-1999: **Deputy Sheriff** assigned as the **Inmate Worker Deputy** at the East Mesa Detention Complex. My responsibilities include the assignment of over 450 inmate workers to the East Mesa and George Bailey Detention Facilities as well as other work sites throughout San Diego County.

1995-1996: **Deputy Sheriff** assigned to the East Mesa Detention Facility. Responsibilities included the supervision of inmates, criminal investigations, making arrests, writing reports, as well as the processing and transporting of offenders.

1994-1995: **Deputy Sheriff Cadet** in the San Diego County Sheriff's Corrections Academy.

PROFESSIONAL AFFILIATIONS

- FBI LEEDA
- American Jail Association
- American Corrections Association
- National Sheriff's Association
- Washington Association of Sheriffs & Police Chiefs