Ronald Andrew Hill
#325015
ASPC-Globe
PO Box 2799
Globe, AZ 85502

Case 2:12-cv-00601-ROS   Document 4355   Filed 08/11/22   Page 1 of 1

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIV. L.R. 5.4
(Rule Number/Section)

✓ FILED   ___ LODGED
___ RECEIVED   ___ COPY

AUG 11 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY KJ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al. Plaintiffs, <br><br> v. <br><br> David Shinn, et al. Defendants | No. CV-12-00601-PHX-ROS <br><br> REQUESTING HELP FOR MEDICAL EMERGENCY |

Approximately four months ago, I started peeing blood. Lots of blood clots started being produced.

On 8/1/2022, I saw a urologist who advised me that I have bladder cancer.

I was told by medical at ADC not to worry.

It is impossible to worry when you see so many people being denied necessary medical care over the years in here.

I only have 8 months left and don't think I will make it as they continue to delay and deny medical treatment that is necessary.

Please help in any way you can.

Respectfully,

Ronald Andrew Hill   8/4/2022