INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: Ronald Andrew Hill
ADC#: 325015
Arizona State Prison Complex: Afford
Unit: Globe
City: Globe   PO Box 2399   AZ 85502

USPS TRACKING #
9114 9011 5981 8127 1355 49

Label 400  Jan. 2013
7690-16-000-7948

Legal Mail

U.S. District Court
401 W. Washington Street
Phoenix, AZ 85003-

PHOENIX AZ 852
08 AUG 2022 PM 5 L
85003-211801

RECEIVED
AUG 11 2022
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

USA FOREVER