IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court received a letter from prisoner Thomas James, which the Court will direct the Clerk of Court to file on the docket. James seeks a civil rights complaint form to file a civil rights action on his own behalf. James also seeks permission to file his action in the Phoenix Division and for summonses.

The Court will send James a civil rights complaint form but will not grant leave to file in a particular division or provide summonses at this time. If James files a civil rights action, Local Rule of Civil Procedure 77.1 governs in which division the action must be opened. Further, the Court will issue summonses only if James files a complaint and that complaint states a claim against a particular defendant. *See* 28 U.S.C. § 1915A (requiring the Court to screen complaints filed by prisoners before service).

Prisoner Ronald Hull filed a motion seeking help for a medical emergency. (Doc. 4355). Prisoners must seek individualized relief by filing a separate suit. The Court will send Hull a civil rights complaint form should he wish to file such a suit.

Accordingly,

1  **IT IS ORDERED** the Clerk of Court must file the attached letter on the docket in this matter.

3  **IT IS FURTHER ORDERED** the Motion Requesting Help (Doc. 4355) is **DENIED**.

5  **IT IS FURTHER ORDERED** the Clerk of Court must mail Thomas James and Ronald Hull court-approved forms for filing a civil rights complaint by a prisoner and Applications to Proceed In Forma Pauperis (Prisoner).

Dated this 15th day of August, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge