Thomas M. James
ADC #098106

Dated on: 8/8/2022.

RE: Jurisdiction "change of Venue" for
   declaratory relief; injunctive relief
   and supplemental Jurisdiction based
   on state law Claims - for a prisoner in
   Arizona - and compensation, Accord
   Covid-19 - Condition of Confinement
   Claims "Parsons - V- Shinn, supra!

Dear Judge Roslyn Silver.

Hello Honorable Judge Silver. My name is
Thomas M. James, ADC #098106. Im currently
incarcerated at: ASPC-Tucson, Catalina Unit.
when I was sentenced - or violated - by
Parole in January of 2021 - I had been
place - arrested - in Pima County and
was located at the Jail - on 11/18/2020.
I was charged with Non-dangerous DUI -
and while at the Jail was in Quarantined
"Isolated" because Im an Immune Compro-
-mized person based on being a cancer
patient at Banner Hospital in Tucson.

①

Although, back in Nov. of 2020, my cancer was in remission for a few years, my Doctor, Mrs. Baker, told me because of my age, 60 years, and Im Immune Compromised, I must take care of myself being mindful to standards - according to "high-Risk" setforth by CDC - for Prevention of my death.

Unfortunately, for me I was arrested and placed in Pima County Jail who did everything for me to prevent me getting the Covid-19-virus, by Isolating me and keeping me in Quarantine to stay safe - "Not To Get Sick". On 1/7/2021 - I was violated - and transported to (ADOC) but did not go to Alhambra - went to solitary Confinement - detention Unit in Tucson - at Rincon Building 8, 9, 10. When I got to Rincon - seen intake, I told them that Im immune Compromised - and that info when in one ear and out the other. All the Staff their were infected with Covid-19 and worked placing people in Cells 3, 4 in a Cell, Some 2 in a cell and their system did not prevent Covid from spreading to everyone. They placed me in a Cell with a guy who had Covid.

②

Also, when I finished cancer treatments in Banner Hospital in Tucson, while incar-cerated - Doc. Baller told me I can not take the T.B. shot test to see if I have T.B. - that test could make me real sick - and maybe cause my death (?) - At the Rincon intake, I told them that as well and they - grabed me - held me - and gave me the T.B. test which made me very sick, (with) now covid - together I was sick 52 days, almost died and they (medical + DOC) left me in the cell with no help. I grieved all these issue, and based on continuing Covid issue in prison I did not receive the grievance responce - Final - answer until May of 2022 which it was Bsek dated.

My question to you, is I have been putting together my three claims to file a 1983 - petition and am being very clear to claim this by laws and to name all persons responsible so it's not denied - But have been denied access to Names of people which I'm asking - maybe you can provide for me,

(3)

Just to inform you, I have no one to help me, or living family in Arizona to help me. I wrote the Prison law office in CA, with No response yet. I wrote to Director Speeter. I also have done inmate letters to my C.O.III and Thats been over a few months ago with No answer, The library does not have this inform-ation for Inmates.

my request to you is to direct your "PRO-SE" Clerk to provide the following Information So I can file my 1983 Civil Rights petition Correctly.

① I need; The medical Directors name to centurion - that is working with (A.D.O.C.), also the assistant medical Director's name, and there Address - in Az or any other state to serve them a summons.

② Please - have pro-se Clerk send Summons forms (7 of them) so I can fill them out to send to Court with 1983 - Petition (s).

④

(3) Please enter an order to grant me special jurisdiction to file my 1983-petition with summons - in Phx Court because you are the special master over these claims based on the trial and information record centurion-medical default claims which are applicable to my Issues directly to settle this case that is going to be filed with-in the next 30 days. i.e. the Parsons-v-Shinn case - which is now - Jenson-v-shinn 2:12 CV-00601 - 7/16/2021.

(4) Simply put, my claims that the grievances are completed now- one/ show default by centrumm in violation to 8th Amend. U.S. Const, on all claims - and also show interference with grivance process - in (retaliation) to stop me from filing my 1983-petition. I.d. will be claim III in 1983 petition.

(5)

Judge Silver, thank you for your time in this matter. Remember, I got to Rincon - was tested for T.B, and came up positive although I was negitive for T.B. - and got very sick from that (Claim will explain in detail) - and was tested for Covid-19 and was negitive. Second test for Covid-19 was positive. I have the CDC- test results - on paper to prove my case. I have the response telling me from Centuran that my first test was positive for Covid-19 - is a lie.

Please grant Jurisdection on this matter to file with your, Court/office in Phx because im located in Tucson NOW. I will be leaving prison on 3/31/2023 - to live in Phx at Freedom house in Phx and will be living Their afterwords. Thanks again, hope to hear from you soon.

Sincerly,

Terry Snyder

098XX

(6)