THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIV. L.R. 5.4
(Rule Number/Section)

FILED ___ LODGED ___
RECEIVED ___ COPY ___
AUG 15 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Robert F. Lindley, #080874
ASPC-Lewis / Barchey Unit
P.O. Box 3200

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, Petitioner, vs. David Shinn, et al., Defendants. | CASE NO. CV-12-00601-PHX-ROS<br><br>MOTION FOR REQUEST TO JUDGE SILVER BY LINDLEY.<br>(Hon. Roslyn O. Silver) |

Petitioner Robert F. Lindley comes before you in this 'Motion For Request To Judge Silver By Lindley' in this matter since he did not know how to address this said motion. Mr. Lindley recently wrote the clerk of the court to try and get an indigent copy of your 200 pg. ruling of the above mentioned case since he himself is in a civil action against Centurian Health in the Superior Court (see: <u>Robert Lindley v. Centurian Health, et al,</u> CV2021-011455); the clerk of the court said, "The clerk's office does not provide free copies without a court order", see: attached Exh. 'A'.

This petitioner respectfully requesting if you would please order the clerk's office to send me a copy of your 200 pg decision of the above mentioned case.

(1 of 2)

Respondent/Petitioner sayeth No more.

RESPECTFULLY submitted this 9th day of August, 2022.

By: _____
Robert F. Lindley

CERTIFICATE OF MAILING

One original copy sent to: On the 9th of August, 2022;
Clerk, United States District Court
Sandra Day O'Conner U.S. Courthouse, Suite 130
401 W. Washington St., SPC-1
Phoenix, Az. 85003-2118

Exhibit 'A'

**DEBRA D. LUCAS**
District Court Executive/Clerk of Court
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**



**MICHAEL O'BRIEN**
Chief Deputy Clerk
Evo A. Deconcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**SHANNON SHOULDERS**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

August 1, 2022

Robert F Lindley #080874
ASPC Lewis Barchey Unit
PO Box 3400
Buckeye, AZ 85326

RE: CV12-601-PHX-ROS -request for free case cite

    The Clerk's Office does not provide free copies without a court order.

                                       Debra D. Lucas
                                       District Court Executive/Clerk of Court

                                       s/ Beth Stephenson
By                                     Deputy Clerk

Please send all correspondence to:
Customer Service ▪ Sandra Day O'Connor U.S. Courthouse ▪ Suite 130 ▪ 401 W. Washington St., SPC 1 ▪ Phoenix, AZ 85003-2118