John K. Ingersoll #089110
ASPC - Tucson / Santa Rita Unit
P.O. Box 24401
Tucson, AZ  85734-4401

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCwP 5.4
(Rule Number/Section)

FILED ✓   LODGED ___
RECEIVED ___ COPY ___
SEP 01 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

U.S. District Court
Dist. of Arizona
Judge Roslyn Silver

CV22-00601-PHX-ROS

I am a 75 year old prisoner who has been incarcerated in Arizona since 1990.

The Arizona Department of Corrections has continuously treated me for the chronic care condition of Gastro Esophegeal Reflux Disease (G.E.R.D.) throughout all of my time of imprisonment.

In 2015, on May 15, I was issued a Gluten Free (or No Gluten) Medical Diet by the Yuma Cheyenne Unit Medical Provider as a treatment for my Cronic Care Condition / G.E.R.D.

This Medical Diet, or Special Needs Order (S.N.O.) was continuously valid and honored not only at Yuma Cheyenne Unit but also Yuma Dakota Unit, Tucson Rincon Unit, and Tucson Santa Rita Unit; until,

In 2018 (see attachment) after continuously being served gluten items on my "No Gluten" diet tray, with no resolution available (then Captain Pulicicchio flatly told me "If it's on your tray it's Gluten Free!") I filed a Medical Grievance against Trinity Food Service.

As a result of that action 1) Food Service Liason Bonderandt (a Trinity employee) refused to honor my

still valid Medical Diet, and 2) soon after Santa Rita Unit Medical Staff began a highly questionable multiple series of continuing testing (Nurse Bien once asked "Why are so many people involved" in this issue?), that 3) eventually resulted in ADC Tucson Santa Rita Medical Unit not only taking away my No Gluten Diet, but also 4) denying me all of my Special Needs Orders and 5) issuing me a Disciplinary Ticket.

After being moved off of this Santa Rita Unit and onto the Tucson Manzanita Unit all of my Medical SNOs were reinstated, also valid on Tucson Rincon Unit, and this Santa Rita Unit, until;

On April 19, 2022, when all of my Medical SNOs were up for yearly renewal this Units Medical Provider Elliot laughed in my face as she informed that she would not be renewing any of my SNOs (without any examination or testing) and issued me disciplinary sanctions for objecting to her utterly arbitrary actions against me (See Attached four [4] Inmate Grievance/Formal Response Notice Medical).

For these past over seven (7) year time span, involving two (2) different facilities and five (5) different prison units, it is only this Santa Rita Unit that has fabricated reason and cause, or no cause at all, to inflict great physical and mental pain and suffering on this prisoner, by literally forcing him to eat a substance (Gluten) that poisons his

p. 2

entire digestive tract (from back of tongue to where he wipes) or requires great expense to him in purchasing non-gluten items from the prison store (ADC refuses to give this prisoner a job even though he has a well documented work history over the past 30 years of incarceration).

These actions by Santa Rita Medical go far beyond their obvious objectives. They also label me as 1) A "Trouble Maker", 2) lower my "phase", 3) limit my ability to program, 4) take advantage of opportunities only given to higher "phase" prisoners, 5) raise my "score", but worst of all 5) give the Clemency Board reason to deny me parole.

The Court noted "Mr. Shinn's strange nonchalance about the undisputed failures [] and his flagrant dereliction of duty." The Court should recall previous ADC Director Terry Stewart who acknowledged on camera, on a Nationally televised

---

NOTE 1   My crime was committed in 1990. I was sentenced to a Parole hearing. There was no Arizona Board of Executive Clemency at the time of my sentencing. Every applicable Clemency Board Statutes end with two paragraphs, the first "Application" which reads in part "Laws 1993, Ch. 255, §99 [] retroactively effective to January 1, 1994 provides: "Applicability" Sec. 99 "The provisions [] of this Act apply only to persons who commit a felony offense after the effective date of this Act." (which is 1/1/1994).

Network Special on Maximum Security Prisons, that his practices amounted to torture. Stewart acknowledged this fact with a smile on his face.

The first synonym of "corrections", as used in a penal setting, is, of course, punishment. Since felons are given the consideration of 18th century slaves in Arizona the Dept. of Corrections feels justified in what the Court views as a "flagrant dereliction" of its duty. But slavery has been abolished

As a man who is 75 years old and suffers from a chronic care condition this prisoner fits the definition of a "vulnerable adult" per A.R.S. 46-451(A)(12) which makes ADC in direct violation of A.R.S. 46-455 Allowing life or health of a vulnerable adult to be endangered by neglect; As documented in the attached Inmate Informal Complaint Resolution(s) and Inmate Grievance/Formal Response Notice (4 form total for 2022) and letters to both PLO and this Court dated 2018; which documents ADC violation per A.R.S. 46-451(A)(1) Abuse means: (a) intentional inflictition of physical harm, (b) injury caused by negligent acts or omissions, (c) unreasonable confinement,[2] (e) emotional abuse.

---

Note 2: In 1991, in a month long jury trial, No. CR1990-012756, that had no body or part thereof, no weapon or instrument of death, no crime scene, nor viable DNA in evidence, I was found guilty of felony murder and found innocent by that very same jury of the only charged predicate felony. I became eligible for parole in 2015, 7 years ago.

This Court has the authority, and I would submit, the duty to seriously consider releasing all Arizona prisoners over the age of 65 as vulnerable adults who on a daily basis are being abused by a Department whose actions and practices could accurately be described as sadistic and malicious.

The Court has written, "[ADC's] years of inaction, despite Court intervention and imposition of monetary sanctions, establish Defendants are acting with deliberate indifference to the substantial risk of serious harm posed by the lack of adequate medical and mental health care affecting all prisoners."

I am not trained in the law. As a prisoner I'm denied forms, direction, or any type of adequate response to even file a Notice of Claim, much less file in a Court that accepts my arguments and rules in a prisoners favor.

I am not a slave and I deserve justice under the law.

Respectfully,

*[signature]*

John K. Ingersoll #089110