John K. Ingersoll #199110
ASPC / Tucson / Santa Rita
P.O. Box 24402
Tucson, AZ        85734

United States District Court
District of Arizona
Judge Roslyn Silver

re: Parsons v. Ryan

Judge Silver,

Attached is a letter to the PLO. This group orig-
inally advised me to file a grievance; now I am left alone to
blow in the wind.

Excuse me, but the first seven words of the case number
C02069018 Grievance Appeal Response is definitive of ADOC's
position, accuracy, & veracity; ie. I HAVE NEVER BEEN
AT "HUACHUCA UNIT" !!

Because ADOC carries a Big Hammer (& I am a criminal)
any sort of phantastical nonsense they make-up is
given credance.

Excuse me, again; but, AZ's incarceration industry
kind-of makes the idea of "Land of the Free / Home of
the Brave" a sarcasm of forgotten history.

Respectfully,

John K. Ingersoll

JOHN R. INGERSOLL   69110
P.O. BOX 24401
TUCSON, AZ        85734

PRISON LAW OFFICE
DONALD SPECTER, ESQ.

re: LEGAL POISONING

DEAR PLO,

     THE "MULTIGRAIN CEREAL BAR" SHOWN BELOW CONTAINS
WHATEVER IT IS THAT I AM ALLERGIC TO; ie., AFTER BEING TOLD DIF-
FERING STORIES BY DIFFERENT MEDICAL STAFF I BEGAN TO ACTUALLY
WONDER AS TO THE TRUTH; SO, EVEN THOUGH I HAVE NOT DELIBER-
ATELY EATEN "GLUTEN" SINCE MAY 15, 2015, AT 6 P.M. ON MONDAY,
SEPT. 17, 2018, I ATE THE PICTURED "CEREAL BAR" THAT TRINITY
SUPPLIED IN THE GEN-POP P.M. SSACK MEAL; AT 11 P.M. THAT EVEN-
ING I AWOKE TO A STABBING PAIN TO MY GUT, AN INTENSE RINGING IN
MY EARS, WEIRD THROAT CONTRACTIONS, G.E.R.D., DIZZINESS, AND AN
OVERALL FEELING OF MENTAL RETARDATION THAT LASTED FOR OVER
24 HOURS. AND PLEASE DO NOT ASK IF I WENT TO MEDICAL SINCE THEY
HAVE TOLD ME THAT FOOD SERVICE LIAISON BONDARANDT MUST APPROVE
MY DIET.



POISON IS DEFINED AS: A SUBSTANCE THAT THROUGH ITS CHEMICAL ACTION USUALLY KILLS, INJURES, OR IMPAIRS AN ORGANISM.

SINCE FILING A MEDICAL GRIEVANCE ON JUNE 1, 2018 (WHICH YOU ADVISED THAT I DO);

ON JUNE 5th COIV BROOKHART DECLARE IT NOT TO BE A MEDICAL BUT A REGULAR GRIEVANCE;

ON JULY 19th MEDICAL SECURITY GAVE ME AN "A" TICKET/ DISCIPLINARY FOR ARRIVING 10 MINUTES AFTER BEING CALLED;

ON AUGUST 6th THE DIRECTOR'S OFFICE RESPONDED TO MY GRIEVANCE BY DECLARING ALL ISSUES MOOT;

ON AUGUST 31st FOOD SERVICE LIAISON BONDARANDT TAKES MY APPROVED (UNTIL 2019) DIET, ISSUED MAY 15, 2015; AND,

ON SEPT. 16th STAFF IGNORED MY CURRENT, APPROVED MEDICAL UPPER-BUNK WAIVER AND MOVED ME ONTO AN UPPER-BUNK (I AM 71 YEARS OLD, DO I REALLY NEED TO ARGUE WHY THIS IS INAPPROPRIATE).

PARSONS V. RYAN IS UNAVAILABLE AT THE LAW LIBRARY.

DOES PARSONS V. RYAN ALLOW ADOC TO POISON AND PUNISH ME FOR ATTEMPTING TO OBTAIN NUTRITION AND ADEQUATE MEDICAL TREATMENT?

IS THERE HELP OR AM I SIMPLY NAIVE?

A VICTIM OF DECENT PEOPLE,

John K.

John R. Ingersoll #89110
ASPC/Tucson/Santa Rita
P.O. Box 24402
Tucson, AZ          85734

Prison Law Office
Director: D. Specter, Atty. at Law
General Delivery
San Quentin, CA   94964-0001

re: Parsons v. Ryan

In late response to your letter of October 28, 2018,
respectfully:

1. In May of 2015 I was prescribed an unsolicited,
   highly restrictive diet by a trained medical provider.

2. For well over three (3) years I remain in complete
   compliance with ADOC, Corizon, and Trinity's long
   list of rules and restrictions; but then,

3. After filing a medical grievance, that ADOC turned
   into a regular grievance (case #C02069018), against
   food service's complete lack of even knowing what gluten
   is, and Capt. Pulicicchio's declaration (with the facility
   operation's D.W. standing next to him) that, "If it is
   on your tray it is gluten free!!" Grieving all the way to
   the Director's Office;

4. The Food Service Liaison Office Bonderandt refused to issue
   a new diet card for my still valid medical diet; and,

5. Amazingly a process is initiated that determines that I
   am not allergic to anything.

6. During this series of "testing" procedures I learn via

CONVERSATIONS BETWEEN SAMPLE COLLECTIONS NURSE (MALE) DURAN AND SANTA RITA UNIT NURSE (MALE) BIEN THAT: a) I HAVE NOT BEEN NOTIFIED OF SAMPLES REQUESTED; b) HAVE HAD REQUESTS FOR SAMPLES NOT LOGGED INTO THE COMPUTED; AND, c) HAD SAMPLES HAND-DELIVERED TO RN BIEN NOT RECEIVED BY NURSE DURAN.

7. IN ADDITION TO d) REVOKING MY STILL VALID DIET FOR NO VALID REASON, e) MEDICAL SECURITY ISSUED ME A CLASS A TICKET FOR NOT RESPONDING WITHIN 10 MINUTES AFTER BEING CALLED FOR (ie. NO ONE IS EXPECTED TO GET TO THE MEDICAL UNIT 10 MINUTE AFTER THEY CALL AN INMATES HOUSING UNIT ASKING STAFF TO FIND & INFORM SAID PERSON), AND, f) EVEN THOUGH I AM NEARLY 72 YEARS OLD ADOC STAFF IGNORED MY MEDICAL "TOP BUNK WAIVER" AND MOVED ME ONTO A TOP BUNK.

SINCE I ACTUALLY DO SUFFER GASTRO-INTESTINAL PROBLEMS WHEN CONSUMING THE REGULAR MEALS SERVE HERE (WHY THE DIET WAS ISSUED IN THE FIRST PLACE) I CONTINUE TO NOT EAT FOODS CONTAING GLUTEN/WHEAT.

THIS LEAVES ME THE OPTIONS OF POISONING MYSELF, GOING HUNGRY, OR SPENDING MY EXTREMELY LIMITED RESOURCES ON STORE ITEMS, TO THE DETRIMENT OF POSTAGE, COPYING, LEGAL ACTION.

YEAH, POISONING OR STARVATION WHILE ADOC HAS ME FILE AN ENDLESS PARADE OF GRIEVANCES.

RESPECTFULLY,

JOHN. K. INGERSOLL    #89110



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

| | For Distribution: Copy of Corresponding Inmate Grievance Resolution must be attached to this response. |
|---|---|

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Ingersoll, John | ADC NUMBER<br>89110 |
|---|---|
| INSTITUTION/ UNIT<br>ASPC-Tucson / Santa Rita C02-097-018 | CASE NUMBER |

CORIZON
INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 9/27/18 was received in the Tucson office of Corizon Inmate Health Services on 9/28/18.

Your primary area of concern is a gluten free diet.

Your concern has been reviewed by medical and it was determined that Celiac disease is an autoimmune disease that affects your body's ability to digest gluten. It is different than an allergy and the symptoms vary. It is not a children's disease and affects 3 million Americans. Your blood was tested and found to not have Celiac disease nor do you have an allergy to gluten. There is nothing in your history or labs that indicate you medically need a gluten-free diet, therefore, your diet has been discontinued.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds(21333)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE B.Richey<br>AFHA | DATE *(mm/dd/yyyy)*<br>10/16/2018 |
|---|---|

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance   MEDICAL

| Received By | Ostberg, S. |
| Title | CO III |
| Badge Number | 10362 | Date | 09/27/18 |

Note:  You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) INGERSOLL, JOHN K. | ADC Number 89110 | Date 9/27/18 |
| Institution/Facility TUCSON/SANTA RITA | Case Number C02-097-018 |

To: GRIEVANCE CO-ORDINATOR

**Description of Grievance** *(To be completed by the inmate)* WEBSTER'S 9th NEW COLLEGIATE DICTIONARY DEFINES "CELIAC DISEASE n (1986): A CHRONIC NUTRITIONAL DISTURBANCE IN YOUNG CHILDREN CHARACTERIZED BY DEFECTIVE DIGESTION & UTILIZATION OF FATS & BY ABDOMINAL DISTENTION, DIARRHEA, & FATTY STOOLS." I SUFFER FROM NONE OF THESE CHARACTORISTICS. MY DIET WAS "GLUTEN-FREE". GLUTEN is A TENACIOUS ELASTIC PROTEIN "ESPECIALLY OF WHEAT FLOUR. PROTEINS ARE NOT "FATS" WHICH DEFINE CELIAC DISEASE. I AM 71 YRS. OLD, NOT A YOUNG CHILD. I HAD NEVER EVEN HEARD OF CELIAC DISEASE UNTIL THIS MONTH. IF MEDICAL THOUGHT THAT I SUFFERED WITH DIARRHEA WHY HAVE I HAD A PRESCRIPTION FOR STOOL SOFTENER FOR THESE PAST 3½ YEARS (R DOCUSATE SOD 100 MG CAPS R# 4102250)?

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)* I AM ALLERGIC TO "GLUTEN" PRODUCT WHICH I HAVE A SEVERE REACTION TO. FOOD SERVICE LIAISON BONDARANDT SHOULD NOT BE ALLOWED TO DICTATE MEDICAL DIAGNOSIS & PRACTICE. OF COURSE I DON'T HAVE CELIAC DISEASE. I NEVER CLAIMED TO BE. DO NOT POISON OR STARVE ME BY DENYING MY GLUTEN-FREE DIET.

| Inmate's Signature | Date 9/27/18 | Grievance Coordinator's Signature (Sloma) (D1V 580) | Date 09/28/18 |

Action taken by _____   Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate,  Canary - Grievance File

802-1
12/19/12

 ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

| | For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Ingersoll, John | 89110 |

INSTITUTION/ UNIT
ASPC-Tucson / Santa Rita MI C02-18-126

| FROM | LOCATION |
|---|---|
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit |

CORIZON

INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 9/7/18 was received in the Tucson office of Corizon Inmate Health Services on 8/12/18.

Your primary area of concern is your diet.

Your concern has been reviewed by medical and it was determined that based on your labs drawn 8/23/18 you do not have celiac disease, therefore a gluten free diet will not be issued.

This informal complaint has been addressed. This has resolved your concern.

KS/ds(21220)

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| K. Switzer DON | 9/24/2018 |

Distribution:    INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL - White - Inmate; Canary - Grievance Coordinator File

802-12
10/16/16

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Resolution

Complaints are limited to one page, and one issue

Please print all information

MI-C02-18-0126

| INMATE NAME (Last, First MI) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| INGERSOLL, JOHN K. | 089110 | Tucson/Santa Rita | 9-7-18 |

TO CO III OSTBERG

LOCATION YARD

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

MY GLUTEN FREE DIET IS NOT BEING SERVED TO ME, EVEN THO
MEDICAL STAFF HAS INFORMED ME ON 9-1-18 THAT I HAVE CELIAC
DISEASE (?SPELLING?), THAT MY DIET & DIET CARD ARE APPROVED, AND
THAT THE ONLY THING NEEDED TO GET MY DIET TRAY IS TO SEND AN
E-MAIL TO FOOD SERVICE LIAISON BONDERON. WHEN WILL I
GET MY DIET. I AM INFORMALLY ATTEMPTING TO RESOLVE
THIS ISSUE HERE.

THANK
YOU

INMATE SIGNATURE

DATE (mm/dd/yyyy)

9-7-18

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name.   KITCHEN/MEDICAL STAFF

Distribution:   INITIAL  White and Canary or Copies   Grievance Coordinator, Pink or Copy   Inmate
FINAL  White   Inmate, Canary  Grievance Coordinator File

802-11
6/3/14



# Inmate Grievance/Formal Response Notice
## Medical

**Inmate Name:** JOHN INGERSOLL

**ADC#:** 89110

**Prison/Unit:** TUCSON/TUCSON SANTA RITA

**Bldg/Bed:** C02 BL3D02B

## Case #:22-040264

## Formal Grievance

**Type:** Formal Response

**Date Received:** 05/02/2022 01:12:00 PM

**Response Author:** JENNIFER DAVIE

**Responded On:** 06/06/2022 01:16:44 PM

**Decision:** Resolved

## Case Details

**Case Number:** 22-040264

**Grievance Status:** Closed

## Case Data

**Prison of Complaint:** TUCSON

**Opened Date:** 05/02/2022 01:12:00 PM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** TUCSON SANTA RITA

**Grievance Stage:** Unprocessed

## Formal Grievance Response

**Responder Name:** JENNIFER DAVIE

**Due Date:** 06/24/2022 01:33:29 PM

**Date/Time:** 06/06/2022 01:16:44 PM

**Result:** Resolved

**Response:** This complaint is a duplicate of Formal Grievances with ACIS #s: 22-038998 22-038999. Please refer to those responses.

☐Override          ☐Data Input Error          ☑Unprocessed          ☐Extension

**RestitutionRecommended:** No

**Reason(s) not processed:**
Duplicate

**Notice:** You may elect to appeal the decision of the Deputy Warden to the Director (Grievance Appeal form 802-3 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by
•Ensuring the grievance procedure within their assigned unit and institution has been exhausted.

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance Appeal

*(To be completed by staff member initially receiving appeal)*

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received by: _____
Title: _____
Badge #: _____
Date: _____

**PLEASE PRINT**

| Inmate's Name *(Last, First, M.I.)* | ADC No. | Date |
|---|---|---|
| INGERSOLL, JOHN K. | 089110 | 06/03/2022 |

| Institution | Case Number |
|---|---|
| TUCSON / SANTA RITA | 22-040264 |

**TO:** ADCRR DIRECTOR,

I am appealing the decision of AS OF THIS DATE, NO GRIEVANCE RESPONSE HAS BEEN RECEIVED for the following reasons:

FOR THE RECORD ① CASE # 22-039000, INMATE GRIEVANCE/FORMAL RESPONSE NOTICE MEDICAL, DUE DATE 05/25/2022, WAS DELIVERED TO PRISONER ON 05/31/2022, SIX DAYS LATER, AFTER MY DEADLINE TO APPEAL THAT DECISION; ② IN THE ABOVE CASE # MY COPY, PER ADCRR POLICY, WAS SENT BY CO.IV PAYNE TO HOUSING UNIT 3C5, WHICH IS NOT MY HOUSING UNIT, WHICH IS 3 D 2 ③ IN 2018 THIS SANTA RITA UNIT TOOK ALL OF MY MEDICAL SNOS AND ISSUED ME DISCIPLINARY AFTER I FILED A GRIEVANCE AGAINST TRINITY FOOD SERVICE FOR REPEATEDLY AND CONTINUOUSLY SERVING ME GLUTEN FOOD ITEMS ON MY MEDICAL "NO GLUTEN" OR "GLUTEN FREE" DIET TRAY. THIS MEDICAL DIET, AND ALL OTHER MEDICAL SNOS HAVE BEEN RECOGNIZED AND APPROVED AT TWO DIFFERENT FACILITIES AND FIVE SEPARATE UNITS SINCE BEING ISSUED; ④ UPON ONCE AGAIN BEING MOVED ONTO THIS SANTA RITA UNIT IN 2021, WHEN REQUESTING RENEWAL OF ALL MEDICAL SNOS THAT EXPIRATION DATE WAS (YEARLY) APRIL 19, 2022, USING A LAB REPORT DATED 2018, PROVER ELLIOT SIMPLY DENIED ALL OF PRISONER'S SNOS LAUGHED AT PRISONER WHEN HE COMPLAINED, AND THEN HAD DISCIPLINARY ISSUED, THE SAME PROCEDURE AS IN 2018. PR. # IS 75 YEARS OLD HIS MEDICALLY DOCUMENTED ISSUES, RECOGNIZED AT EVERY OTHER ADCRR FAC. AND UNIT DO NOT DISAPPEAR ONLY UPON ARRIVING AT THIS SANTA RITA UNIT. THIS IS A RETALIATION CLAIM CITING THE PREVIOUS ARGUMENTS AND RELIEF SOUGHT TO PREVENT FURTHER SUFFERING, PAIN, OR SUDDEN DEATH.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| *(signature)* | 06/03/2022 | *(signature)* | 06/22/2022 |

| Response To Inmate By: | Location |
|---|---|
| | |

| Staff Signature | Date |
|---|---|
| | |

DISTRIBUTION:
INITIAL:    White & Canary - Grievance Coordinator
            Pink - Inmate
FINAL:      White - Inmate
            Canary - Grievance File

802-3
12/19/12



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Grievance**

| RECEIVED BY |
| --- |
| Palma, G |
| TITLE |
| COIII |

| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
| --- | --- |
| 3443 | 5/9/22 |

*Note:* You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME *(Last, First M.I.)* (Please print) | ADCRR NUMBER | DATE *(mm/dd/yyyy)* |
| --- | --- | --- |
| INGERSOLE, JOHN K. | 089110 | 05/09/2022 |

| INSTITUTION/UNIT | CASE NUMBER |
| --- | --- |
| TUCSON / SANTA RITA | 22-040264 |

TO:  GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)* PRISONER'S INFORMAL GRIEVANCE ATTEMPTS TO RESOLVE A SINGLE ISSUE MEDICAL RETALIATION CLAIM AS DOCUMENTED IN LANGUAGE AND RECORD FACT. AS A 75 YEAR OLD MAN PRISONER'S CONDITION AND MEDICALLY DOCUMENTED NEEDS/SNOS DO NOT FAIL TO EXIST SIMPLY BECAUSE HE IS MOVED BY ADC TO THIS SANTA RITA UNIT. ON, OR ABOUT, 05/22/2015 PRISONER WAS ISSUED A GLUTEN FREE DIET BY THE PROVIDER AS TREATMENT FOR PRISONERS CRONIC CARE GERD CONDITION. ADDITIONALLY PRISONER RECEIVED TREATMENT FOR SEVERE LEG CRAMPS BEGINNING 02/09/2015. PRISONER CONTINUED TO RECEIVED A GLUTEN FREE DIET AT TWO DIFFERENT ADC FACILITIES AND FOUR DIFFERENT ADC UNITS, INCLUDING THIS SANTA RITA UNIT, UNTIL HE FILED A GRIEVANCE AGAINST TRINITY FOOD SERVICE (Log #629 CASE# C020690(B)) AND THEREAFTER HAD ALL OF HIS MEDICAL SNOS (4) DISCONTINUED AND WAS ISSUED DISCIPLINARY BY ADC MEDICAL STAFF/SECURITY CO-II KAVATHAS (SID# IKKXB) ON 07/19/2018. UPON BEING MOVED OFF SANTA RITA UNIT ONTO MANZANITA UNIT ALL FOUR MEDICAL SNOS WERE ISSUED TO PRISONER AND CONTINUED TO BE GIVEN TO HIM AT TWO DIFFERENT UNITS UNTIL PRISONER WAS ONCE AGAIN MOVED TO THIS SANTA RITA UNIT WHERE WHEN PRISONER NEEDED TO RENEW ANNUALLY ALL OF HIS FOUR CRONIC CARE SNOS (APRIL 19, 2022) PROVIDER ELLIOT, WITHOUT FOLLOWING PROPER PROCEDURE OR REQUIRED EXPERTISE, BUT INSTEAD USING A "LAB TEST ORDER/PROCEDURE" FORM (DATED 09/19/2018) PROVIDER ELLIOT LAUGHED AT ME AS SHE TOLD ME THAT SHE WAS DENYING ALL FOUR OF MY MEDICAL SNOS WHILE MEDICAL SECURITY STAFF CO-II J. MACIAS.
    REFERRING TO THE RECORD AS DOCUMENTED PRISONER SHOWS THAT ONLY AT THIS SANTA RITA UNIT, AFTER FILING A GRIEVANCE AGAINST TRINITY FOOD SERVICE, ARE HIS CRONIC CARE G.E.R.D. NEEDS DENIED, WHILE AT ANY AND ALL OTHER ADC UNITS AND FACILITIES ARE SAID CRONIC CARE SNOS ACKNOWLEDGED, HONORED, PUT IN PLACE, AND VALIDATED. MEDICAL SNOS DO NOT CHANGE FROM UNIT TO UNIT AND CANNOT BE DENIED WITHOUT ADEQUATE POLICY PROCEDURE AND MEDICAL EXPERTISE.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem?  What action(s) would resolve the problem?)* 1. RENEW ALL 4 MEDICAL SPECIAL NEEDS ORDERS (SNO); 2. PROVIDE OUTSIDE VISIT WITH SPECIALIST(S) TO TAKE BLOOD AND DIAGNOSTIC RESULTS BASED UPON MEDICAL SCIENCE; 3. PROVIDE CRONIC CARE G.E.R.D BLOOD WORK EVERY 3 TO 6 MONTHS TO APPROPRIATELY SUBSTANTIATE DIET NEEDS/MEDICAL ORDERS TO TRINITY FOOD SERVICE; 4. STOP IGNORING PRISONER'S AGE OF 75 YEARS; 5. BASED UPON THESE FUNDAMENTAL PRINCIPLES AND PERFORMANCE MEASURE VIOLATIONS BASED ON MALTREATMENT BY PROVIDER ELLIOT AT SANTA RITA UNIT, CENTURION, PARSONS v. RYAN EXHIBIT B- EMERGENT CARE, MEASURE #44; DIAGNOSTIC SERVICE #46, #48 - Id #44; FOLLOW UP CARE #50 DENIAL WITHIN 30 DAY REVIEW BY FHA; PRISONER REQUESTS COMPENSATION, PUNITIVE DAMAGES RELIEF IN ACCORDANCE WITH/TO PLRA 42 USC § 1997 e (e) TO PREVENT FURTHER SUFFERING, PAIN, OR SUDDEN DEATH.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* 05/09/2022 | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
| --- | --- | --- | --- |

| Action taken by _____ | Documentation of Resolution or Attempts at Resolution. |
| --- | --- |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE *(mm/dd/yyyy)* |
| --- | --- | --- |

DISTRIBUTION:  INITIAL:   White and Canary or Copies — Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate; Canary – Grievance File

802-1
11/10/20



# Inmate Grievance/Informal Response Notice
## Medical

**Inmate Name:** JOHN INGERSOLL

**ADC#:** 89110

**Prison/Unit:** TUCSON/TUCSON SANTA RITA

**Bldg/Bed:** C02 BL3D02B

## Case #:22-039000

## Informal Complaint

**Type:** Informal Response

**Date Received:** 04/25/2022 10:29 AM

**Response Author:** DAVIE, JENNIFER

**Responded On:** 05/02/2022 01:08:37 PM

**Decision:**

## Case Details

**Case Number:** 22-039000

**Grievance Status:** Open

## Case Data

**Prison of Complaint:** TUCSON

**Opened Date:** 04/25/2022 10:29 AM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** TUCSON SANTA RITA

**Grievance Stage:** Informal Answered

## Informal Grievance Response

**Grievance Date:** 04/18/2022 12:00:00 AM

**Response Due:** 05/16/2022 10:30 AM

**Issue:** Pass Issue

**Responder:** DAVIE, JENNIFER

**Response:** Your Inmate informal complaint dated 04/2022 was received in the Tucson office of Centurion Inmate Health Services. Your primary area of concern is that you want a lower bunk SNO reinstated. You want to see an outside specialist to diagnosis your need/injury. Investigative Action: Chart Review. Your concern has been reviewed by medical and it was determined that you were seen by the Medical Provider on 4/18/2022 at which time it was explained that the following special needs would not be renewed: extra toilet paper, low bunk, meals in living quarters, and meals in living quarters. This informal complaint has been addressed. This issue is resolved.

☐Unprocessed

**Responder's Name:** JENNIFER DAVIE

**Notice:**  If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
• Placing a single complaint on a single inmate Grievance form.

**NOTE:  If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.**

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

Please type or print in black or blue ink.
(To be completed by staff member
initially receiving appeal)

| | |
|---|---|
| Received By: | Payne |
| Title: | COIV |
| Badge #: | 6717 |
| Date: (mm/dd/yyyy) | 05/31/2022 |

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please Print*

| INMATE'S NAME *(Last, First M.I.)* (please print) | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| INGERSOLL, JOHN K. | 089110 | 05/31/2022 |

| INSTITUTION | CASE NUMBER |
|---|---|
| TUCSON/SANTA RITA | #22-039000 |

TO: ADCRR DIRECTOR

I am appealing the decision of JENNIFER DAVIE for the following reasons:

I RECEIVED THE "RESPONSE NOTICE" DATED 05/25/2022 ON 05/31/2022 AT 10:40 AM. SIR, I AM A 75 YEAR OLD MAN WHO SUFFERS FROM ① ALL OF THE NORMAL ATROPHIES THAT OCCUR AT THAT AGE; PLUS, ② NOT AS JENNIFER DAVIE CLAIMS A MISREPRESENTATION OF "ACHILLES TENDERNESS" BUT INSTEAD PRISONER HAS A DOCUMENTED IN HIS MEDICAL RECORD A TORN ACHILLES TENDON WHICH HAS BEEN DIAGNOSED AND TREATED BY THE THERAPIST AT THIS TUCSON FACILITY'S HUB TREATMENT CENTER ON AT LEAST FOUR DIFFERENT OCCASIONS, THOSE BEING ON 12/18/2020, 01/08/2021, 03/15/2021, AND 04/06/2021, WHERE PRISONER WAS TOLD THAT THE TENDON WOULD ONLY REPAIRED IF IT TORE COMPLETELY AWAY FROM THE HEEL BONE; ③ ON 12/15/2021 PRISONER WAS ISSUED "ANTI-EMBOLISM STOCKINGS" (THIGH HIGH fed HOSE) TO REDUCE HIS SEVERE MUSCLE TEARING LEG CRAMPS THAT HE SUFFERS FROM WHILE ASLEEP; ④ ON 04/14/2021 PRISONER SUBMITTED AN HNR TO BE SEEN BY PROVIDER FOR THE PAIN IN HIS ACHILLES TENDON. CENTURIAN FHA HAS COMPLETELY MISREPRESENTED AND IGNORED THE MEDICAL RECORD AS IT EXISTS AND IS DOCUMENTED.

PLEASE REINSTATE THIS MEDICAL LOWER BUNK ASSIGNMENT FOR THE OBVIOUS MEDICAL REASONS STATED AND DOCU-
MENTED ABOVE; AND BASED ON THE FUNDAMENTAL PRINCIPLES AND PERFORMANCE MEASURE VIOLATIONS P.v R. #35
THRU #39, #s 41, 42, 44, 46, 48; REQUESTS RELIEF IN ACCORDANCE TO PLRA 42 USC §1997 e (e), TO PREVENT
FURTHER PAIN, SUFFERING, OR DEATH.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| *[signature]* | 05/31/2022 | *Payne* | 05/31/2022 |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL:  White & Canary – Grievance Coordinator
                        Pink – Inmate
              FINAL:    White – Inmate
                        Canary – Grievance File

802-3
12/12/13



# Inmate Grievance/Formal Response Notice
## Medical

**Inmate Name:** JOHN INGERSOLL

**ADC#:** 89110

**Prison/Unit:** TUCSON/TUCSON SANTA RITA

**Bldg/Bed:** C02 BL3D02B

## Case #:22-038999

## Formal Grievance

**Type:** Formal Response

**Date Received:** 04/25/2022 10:26:00 AM

**Response Author:** JENNIFER DAVIE

**Responded On:** 06/06/2022 12:59:53 PM

**Decision:** Resolved

## Case Details

**Case Number:** 22-038999

**Grievance Status:** Resolved

## Case Data

**Prison of Complaint:** TUCSON

**Opened Date:** 04/25/2022 10:26:00 AM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** TUCSON SANTA RITA

**Grievance Stage:** Formal Answered

## Formal Grievance Response

**Responder Name:** JENNIFER DAVIE

**Due Date:** 06/10/2022 08:31:54 PM

**Date/Time:** 06/06/2022 12:59:53 PM

**Result:** Resolved

**Response:** SUMMARY OF COMPLAINT: Your complaint is the discontinuance of several Special Need Orders: meals in quarters, gluten free diet, lower bunk. INMATE PROPOSED RESOLUTION: Your proposed resolution is: 1) Reinstate meals in quarters SNO , 2) Provide outside visit with specialist to substantiate condition and diagnostic results based on medical science, 3) Provide appropriately substantiated medical scientific results confirming SNO to Trinity Food Service, 4) Damages. INVESTIGATIVE ACTION: eOMIS chart review. FINDINGS DECISION: The Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR) sets specific guidelines for inmate diets. Those guidelines come from the Medical Services Technical Manual and the Diet Reference Manual. "An order for a theraputic diet must be consistent with the therapeutic diets listed in the diet manual and supported in the health record progress notes with SOAPE documentation by the prescribing Practitioner including diagnois and treatment plan." MSTM Chapter 7 Section 1.3 3.0. Per the ADCRR Diet Manual: The Gluten Free diet is to be used to treat Gluten Intolerance, Celiac Sprue, or Non-Tropical Sprue. Currently, you do not have a diagnosis of any of those indicators for the Gluten Free Diet. Per policy, GERD is not a diagnosis eligible for the Gluten Free Diet; you are not eligible for the diet you're requesting because you do not meet the medical criteria required. Unfortunately the SNOs were given to you last year without documentation or medical substantiation by a provider who is no longer with Centurion. The provider at your unit is bound by the criteria set fourth by both the ADCRR and Centurion when writing SNOs. Currently you do not medically qualify for any of the SNOs you previously were given. Sufficient testing was given and the results were received suggesting you do not have a condition that meets the requirements for a Gluten Free diet nor an acute reason to receive your meals in quarters. Centurion does not compensate inmates. This formal compliant has been addressed. This issue is resolved.

⌐Override          ⌐Data Input Error          ⌐Unprocessed          ⌐Extension

**RestitutionRecommended:** No



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Grievance Appeal**

Please type or print in black or blue ink.
(To be completed by staff member initially receiving appeal)

The inmate may appeal the Deputy Warden's decision to the Director by requesting the appeal on this form.

Received By: _____
Title: _____
Badge #: _____
Date: (mm/dd/yyyy) _____

**Please Print**

| INMATE NAME (Last, First M.I.) (please print) | ADCRR NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| INGERSOLL, JOHN K. | 089110 | 06/16/2022 |

| INSTITUTION/UNIT | CASE NUMBER |
|---|---|
| Tucson / ~~Rita~~ Santa Rita | 22-038999 |

TO: ~~Deputy Warden~~ DIRECTOR

I am appealing the decision of JENNIFER DAVIE for the following reasons:

I RECEIVED THE "INMATE GRIEVANCE/FORMAL RESPONSE NOTICE" FROM COⅢ CASTRO ON 06/13/2022 AT 10 A.M. THE REASON I WAS GIVEN A "MEALS IN QUARTERS" SNO IS BECAUSE I HAVE A ADC MEDICALLY DOCUMENTED HIATAL HERNIA WHICH DOESN'T ALLOW MY STOMACH TO HOLD AND PROCESS FOOD AS MOST OTHER PEOPLE DO. WHEN MY STOMACH BEGINS TO GET FULL IT DOES NOT EXPAND LIKE NORMAL PEOPLE, BUT INSTEAD SIMPLY PUSHED THE PARTIALLY DIGESTED FOOD BACK UP INTO MY THROAT WHERE THE HYDROCHLORIC ACID BEGINS TO IRRITATE (GERD) MY THROAT. TO WIT: I CANNOT EAT A FULL MEAL TRAY IN THE TIME ALLOTTED AT MOST UNITS. THEREFORE THIS SNO WAS ISSUED SO THAT I COULD CONSUME A FULL MEAL WITHOUT VIOLATING ANY ADC POLICIES OR RULES. IF CENTURION HAS ACCESS TO THIS PRISONER'S 30 YEARS OF CONFINEMENT ALL OF THEIR REFERENCING TO MY GLUTEN STATUS WOULD BE DEEMED IRRELEVANT SINCE THIS SNO HAS NOTHING TO DO WITH A GLUTEN DIET. IN THEIR RESPONSE CENTURION WRITES THE FOLLOWING: "UNFORTUNATELY THE SNOs WERE GIVEN TO YOU LAST YEAR WITHOUT DOCUMENTATION OR MEDICAL SUBSTANTIATION BY A PROVIDER WHO IS NO LONGER WITH CENT-URIAN."

CENTURIAN DOESN'T EVEN KNOW WHY THIS SNO WAS PRESCRIBED. ADC DECLARES THAT INMATES DO NOT DIC-TATE POLICY! SO HOW IS IT THAT THE MEDICAL PROVIDER SIMPLY CHOSE TO GIVE THIS PRISONER A DIET WITH OUT ANY MEDICAL REASON BEHIND IT? ARE ALL, OR SOME, OF CENTURION STAFF PREDETERMINED TO BE INCOMPETENT OR ARE ONLY SANTA RITA MEDICAL STAFF RETALIATORY?

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| John K. [signature] | 06/16/2022 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
2/3/21

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

| For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
| --- |

| Inmate Name *(Last, First M.I.)* | ADC Number |
| --- | --- |
| INGERSOLL, JOHN K.   3D2 | 089110 |

| Institution/Unit |
| --- |
| ASPC- Tucson / SANTA RITA |

| From | Location |
| --- | --- |
| J. Davie, AFHA | Complex Health Unit 22-038999 |

Your Inmate informal complaint dated 04/22/2022 was received in the Tucson office of Centurion Inmate Health Services.

Your primary area of concern is having your SNO for meals in living quarters discontinued.

Investigative Action:  Chart Review

Your concern has been reviewed by medical and it was determined that you were seen by the Medical Provider on 4/18/22 and the following SNOs were discussed with you:

1.  No gluten diet-when asked why you were on a gluten free diet you said someone put you on it and you didn't really want it then. You denied having Celiac Disease.  Your food allergy results did not show a wheat allergy and you denied a skin reaction to eating gluten.  Those are the reasons to have a gluten free diet; therefore, you do not meet the criteria to be on that diet.

2.  Needs meals in living quarters-you would not discuss this with the provider and research into your chart does not support the need for this; therefore, it was not renewed.

3.  Lower bunk- you told the provider you had a lower bunk SNO because you have a right ankle problem.  You became agitated when told that you do not meet the criteria for a lower bunk SNO.

4.  Extra toilet paper- after a chart review a reason for extra toilet paper could not be found and you were unable to give a diagnosis for having the SNO.

This informal complaint has been addressed. This issue is resolved.

| Staff Signature   *J.Davie, AFHA* | Date   05/19/2022 |
| --- | --- |

Distribution:   Original - Inmate
          Copy – Grievance Coordinator File

802-12(e)
12/19/12

22-638999



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADCRR NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| INGERSOLL, JOHN K. | 089110 | TUCSON/SANTA RITA | 04/22/2022 |

TO GRIEVANCE COORDINATOR (?)

LOCATION UNIT ADMINISTRATION

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

*I AM WRITING THIS TO INFORMALLY RESOLVE PROBLEM: 1. DELIBERATE INDIFFERENCE CLAIM ACCORD REMOVING SPECIAL (NEEDS MEALS IN LIVING QUARTERS) MEDICAL BASED UPON MALTREATMENT BY PROVIDER ELLIOT AT SANTA RITA UNIT, CENTURION, PARSONS V. RYAN PERFORMANCE MEASURES: EXH, B· EMERGENT CARE, SEE MEASURE #44, DIAGNOSTIC SERVICE #46, #48, Id #44; FOLLOW UP CARE Id. #30, DENIAL WITHIN 30 DAY REVIEW BY FHA. A. PRISONER HAS A DOCUMENTED HIATAL HERNIA WHICH DOES NOT ALLOW HIS STOMACH TO HOLD FOOD IN A NORMAL FASHION, ALLOWING FOOD TO BE PUSHED BACK UP INTO HIS THROAT, CONTRIBUTING TO HIS DOCUMENTED AND TREATED G.E.R.D. CRONIC CARE CONDITION. B. PRISONER CANNOT EAT A FULL TRAY/MEAL IN 15 MINUTES REQUIRING "IN LIVING QUARTERS" MEAL TO EAT THE REQUIRED MEAL/NUTRIENTS C. PROVIDER ELLIOT, UPON REQUESTING RENEWAL OF ALL FOUR OF PRISONERS' SNOs, INCLUDING THIS "NEEDS MEALS IN LIVING QUARTERS", SIMPLY LAUGHED AT PRISONER WHEN HE PROTESTED HER DELIBERATE INDIFFERENCE TOWARDS HIS MEDICAL NEEDS AND WHEN TOLD THAT I WOULD SUE HER IN COURT REPLIED THAT SHE "WASN'T WORRIED ABOUT THAT."*

*2. RELIEF REQUESTED: A. PROVIDE OUTSIDE VISIT WITH SPECIALIST TO DOCUMENT AND PRESCRIBE A DIAGNOSTIC RESULT BASED UPON MEDICAL SCIENCE B. PROVIDE CRONIC CARE TREATMENT IN A TIMELY MANNER TO APPROPRIATELY SUBSTANTIATE INJURY AND PROVIDE MEDICAL ORDERS TO TRINITY. C. BASED UPON THESE FUNDAMENTAL PRINCIPLES AND PERFORMANCE MEASURE VIOLATION(S) #35 THRU #39, 41, 42, 44, 46, 48, REQUESTS COMPENSATION, PUNITIVE DAMAGES RELIEF IN ACCORDANCE TO PLRA 42 USC §1997e(e) TO PREVENT FURTHER PAIN, SUFFERING, OR DEATH. D. REINSTATE "NEEDS MEALS IN LIVING QUARTERS" SNO.*

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| John K. Ingersoll | 04/22/2022 |

Have you discussed this with institution staff?  ☒ Yes  ☐ No

If yes, give the staff member name: CO II MACIAS / CO III WESTFALL          CO III CASTRO

Distribution:  INITIAL:  White and Canary or Copies – Grievance Coordinator, Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
11/17/20



# Inmate Grievance/Formal Response Notice
## Medical

**Inmate Name:** JOHN INGERSOLL

**ADC#:** 89110

**Prison/Unit:** TUCSON/TUCSON SANTA RITA

**Bldg/Bed:** C02 BL3D02B

## Case #:22-038998

## Formal Grievance

**Type:** Formal Response

**Date Received:** 04/25/2022 10:23:00 AM

**Response Author:** JENNIFER DAVIE

**Responded On:** 06/06/2022 12:24:26 PM

**Decision:** Resolved

## Case Details

**Case Number:** 22-038998

**Grievance Status:** Resolved

## Case Data

**Prison of Complaint:** TUCSON

**Opened Date:** 04/25/2022 10:23:00 AM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** TUCSON SANTA RITA

**Grievance Stage:** Formal Answered

## Formal Grievance Response

**Responder Name:** JENNIFER DAVIE

**Due Date:** 06/10/2022 08:26:57 PM

**Date/Time:** 06/06/2022 12:24:26 PM

**Result:** Resolved

**Response:** SUMMARY OF COMPLAINT: Your complaint is the discontinuance of a Gluten Free Diet Special Needs Order (SNO). INMATE PROPOSED RESOLUTION: Your proposed resolution is: 1) Reinstate diet SNO , 2) Provide outside visit with specialist to take blood and diagnostic results, 3) Provide chronic care bloodwork timely (every 3 to 6 months), 4) Damages. INVESTIGATIVE ACTION: eOMIS chart review. FINDINGS DECISION: The Arizona Department of Corrections, Rehabilitation and Reentry sets specific guidelines for inmate diets. Those guidelines come from the Medical Services Technical Manual and the Diet Reference Manual. "An order for a theraputic diet must be consistent with the therapeutic diets listed in the diet manual and supported in the health record progress notes with SOAPE documentation by the prescribing Practitioner including diagnois and treatment plan." MSTM Chapter 7 Section 1.3 3.0. Per the ADCRR Diet Manual: The Gluten Free diet is to be used to treat Gluten Intolerance, Celiac Sprue, or Non-Tropical Sprue. Currently, you do not have a diagnosis of any of those indicators for the Gluten Free Diet. Per policy, GERD is not a diagnosis eligible for the Gluten Free Diet; you are not eligible for the diet you're requesting because you do not meet the medical criteria required. You were last seen by the provider for chronic care on 3/14/22 for the following chronic care conditions: Hypertension, Hepatitis C, and Hyperlipidemia. The previous labs you had drawn on 9/30/21 were reviewed with you at this appointment. Labs for your next appointment were also ordered to be completed before your next scheduled chronic care appointment. All three of your conditions require you to be seen every six months; which is your current schedule and labs are reviewed and ordered at those appointments. Centurion does not compensate inmates. This formal complaint has been addressed. This issue is resolved.

☐ Override          ☐ Data Input Error          ☐ Unprocessed          ☐ Extension

**RestitutionRecommended:** No



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Inmate Grievance Appeal**

| | Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal) |
|---|---|

| The inmate may appeal the Deputy Warden's decision to the Director by requesting the appeal on this form. | Received By: _____ <br> Title: _____ <br> Badge #: _____ <br> Date: (mm/dd/yyyy) _____ |
|---|---|

**Please Print**

| INMATE NAME (Last, First M.I.) (please print) <br> INGERSOLL, JOHN K. | ADCRR NUMBER <br> 089110 | DATE (mm/dd/yyyy) <br> 06/16/2022 |
|---|---|---|

| INSTITUTION/UNIT <br> TUCSON / SANTA RITA | CASE NUMBER <br> 22-038998 |
|---|---|

TO:   **DIRECTOR**

I am appealing the decision of   JENNIFER DAVIS   for the following reasons:

I RECEIVED THE "INMATE GRIEVANCE/FORMAL RESPONSE NOTICE" FROM CO III CASTRO ON 06/13/2022 AT 10AM. FOR WELL OVER 20 YEARS I HAVE BEEN TREATED BY ADC MEDICAL FOR THE CRONIC CARE CONDITION OF GERD (GASTRO ESOPHAGEAL REFLUX DISEASE) THE MAIN COURSE OF TREATMENT BEING AN ONGOING PRESCRIPTION FOR THE DRUG OMEPRAZOLE AND THE TAKING OF CALCIUM CARBONATE TABLETS WHICH EASILY MADE THE CONDITION BEARABLE. IN 2015 I WAS PRESCRIBED A GLUTEN FREE DIET, WHICH TO MY SURPRISE ELIMINATED MOST OF THE CRONIC CARE ISSUES CAUSED BY THE GERD, ALLOWING ME TO REDUCE MY INTAKE OF OMEPRAZOLE FROM 2 OR 3 PILLS A DAY TO AS LITTLE AS 2 PILLS A WEEK. THEN, IN 2018 I WAS MOVED TO THIS SANTA RITA UNIT WHERE AFTER BEING REPEATEDLY BEING SERVED GLUTEN ITEMS ON MY TRAY, AND BEING TOLD BY THEN CAPTAIN PULCICCHIO THAT "IF IT'S ON YOUR TRAY IT'S GLU-TEN FREE", I FILED A GRIEVANCE AGAINST TRINITY FOOD SERVICE. SOON AFTERWARDS MEDICAL BEGAN TAKING NUMEROUS BLOOD AND STOOL SAMPLES FROM ME. CORIZON NURSE BIEN ONCE QUESTIONED OUT LOUD WHILE SCAN-NING HIS COMPUTER SCREEN "WHY ARE THERE SO MANY PEOPLE INVOLVED IN THIS ISSUE!?" AND LAB NURSE DURAN WAS CONTINUALLY ARGUING WITH NURSE BIEN ABOUT THE ACCURACY AND VALIDITY OF DATES AND PROCESSING OF THESE SAMPLES. EVENTUALLY MEDICAL TOOK AWAY ALL OF MY MEDICAL SNO'S AND ISSUED ME DISCIPLINARY. I WAS SOON MOVED TO MANZANITA UNIT, THEN RINCON UNIT, WHERE AT BOTH UNITS ALL OF MY SNO'S WERE REINSTATED AND MAINTAINED IN GOOD STANDING UNTIL, IN 2022, WHILE ONCE AGAIN MOVED BACK TO THIS SANTA RITA UNIT, I HAD TO REAPPLY FOR YEARLY RENEWAL OF ALL SNO'S AND JUST LIKE IN 2018, AND USING A 2018 LAB TEST RESULTS, PROVIDER ELLIOT TOOK AWAY ALL OF MY MEDICAL SNO'S AND THEN ISSUED ME DISCIPLINARY. MY MEDICAL NEEDS DO NOT CHANGE FROM YARD TO YARD. DOCUMENTED MEDICAL NEEDS ARE NOT TO BE IGNORED.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) <br> 06/18/2022 | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|

DISTRIBUTION:   INITIAL:   White & Canary – Grievance Coordinator <br> Pink – Inmate <br> FINAL:   White – Inmate <br> Canary – Grievance File

802-3
2/3/21

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

| For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|

| Inmate Name *(Last, First M.I.)*  INGERSOLL, JOHN K.   3 D 2 | ADC Number  089110 |
|---|---|
| Institution/Unit  ASPC- Tucson / SANTA RITA | |

| From  J. Davie, AFHA | Location  Complex Health Unit 22-038998 |
|---|---|

Your Inmate informal complaint dated 04/22/2022 was received in the Tucson office of Centurion Inmate Health Services.

Your primary area of concern is having your no gluten diet discontinued.

Investigative Action:  Chart Review

Your concern has been reviewed by medical and it was determined that you were seen by the Medical Provider on 4/18/22 and the following SNOs were discussed with you:

1.  No gluten diet-when asked why you were on a gluten free diet you said someone put you on it and you didn't really want it then. You denied having Celiac Disease.  Your food allergy results did not show a wheat allergy and you denied a skin reaction to eating gluten.  Those are the reasons to have a gluten free diet; therefore, you do not meet the criteria to be on that diet.

2.  Needs meals in living quarters-you would not discuss this with the provider and research into your chart does not support the need for this; therefore, it was not renewed.

3.  Lower bunk- you told the provider you had a lower bunk SNO because you have a right ankle problem.  You became agitated when told that you do not meet the criteria for a lower bunk SNO.

4.  Extra toilet paper- after a chart review a reason for extra toilet paper could not be found and you were unable to give a diagnosis for having the SNO.


This informal complaint has been addressed. This issue is resolved.

| Staff Signature   *J.Davie, AFHA* | Date  05|19|2022 |
|---|---|
| Distribution:   Original - Inmate  Copy – Grievance Coordinator File | 802-12(e)  12/19/12 |



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| INGERSOLL, JOHN K. | 089110 | TUCSON / SANTA RITA | 04/22/2022 |

| TO GRIEVANCE COORDINATOR(?) | LOCATION SANTA RITA ADMINISTRATION |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM WRITING THIS TO INFORMALLY RESOLVE PROBLEM: 1. DELIBERATE INDIFFERENCE CLAIM ACCORD REMOVING SPECIAL (NO GLUTEN DIET) MEDICAL-BASED ON MALTREATMENT BY PROVIDER ELLIOT - AT SANTA RITA UNIT - CENTURION - PARSONS V RYAN PERFORMANCE MEASURES: EXH. B - MEDICAL DIETS, SEC MEASURE #71, EMERGENT CARE, #44, DIAGNOSTIC SERVICE, #46, #48 - Id. #44, FOLLOW-UP CARE #30, DENIAL WITHIN 30 DAY REVIEW BY FHA.

A. ON FRIDAY, MAY 22, 2015, PRISONER WAS PRESCRIBED (UNREQUESTED) A GLUTEN-FREE DIET BY THE YUMA CHEYENNE UNIT, WHICH WAS CONTINUOUSLY IN EFFECT, AND ADHERED TO BY PRISONER UNTIL AUG. 31, 2018 (SEE "HISTORY" INFORMAL GRIEVANCE) WHEN ALL MEDICAL SNOs WERE TAKEN FROM PRISONER AND HE WAS ISSUED DISCIPLINARY (WHICH WAS LATER "INFORMALLY RESOLVED" BECAUSE THE ACTUAL DISCIPLINARY WRITE UP WAS WRITTEN BEFORE THE STATED PRISONER VIOLATION OCCURRED) ON AUG. 31, 2018, TRINITY FOOD SERVICE TOOK PRISONER'S MEDICAL DIET CARD.

B. ON APRIL 30, 2019, PRISONER WAS MOVED TO TUCSON / MANZANITA UNIT. TEN DAYS LATER, ON MAY 10, 2019, ALL MEDICAL SNOs TAKEN FROM PRISONER AT THE SANTA RITA UNIT ARE REINSTATED.

C. ALL 4 SNOs (INCLUDING GLUTEN FREE DIET) REMAIN CURRENT UNTIL YEARLY RENEWAL DATE OF 04/19/2022 WHEN PRISONER, ONCE AGAIN HOUSED AT SAID TUCSON / SANTA RITA UNIT, AND IS DENIED CRONIC CARE NEEDS AND ISSUED DISCIPLINARY.

D. USING A 09/19/2018 "LAB TEST ORDER/PROCEDURE", A "ALLERGY COMMON FOOD PNL [BR P269-4]", CONTAINING 20 PANEL COMPONENTS, IN WHICH EACH, EVERYONE, AND ALL PRODUCE THE EXACT SAME "RESULTS" [SEE ATTACHMENT] WITHOUT ADEQUAT PROCEDURE(S) (Id.) IN VIOLATION OF RULE AND PROCEDURE PROVIDER ELLIOT REFUSED RENEWAL OF ALL, INCLUDING GLUTEN FREE DIET, PRISONER'S MEDICAL SNOs.

2. REQUESTED RELIEF: A. PROVIDE OUTSIDE VISIT WITH SPECIALIST - TO TAKE BLOOD AND DIAGNOSTIC RESULTS BASED UPON MEDICAL SCIENCE. B. PROVIDE CRONIC CARE BLOOD WORK TIMELY (EVERY 3 OR 6 MONTHS) TO APPROPRIATELY SUBSTANTIATE BLOOD LEVELS IN ACCORDANCE TO GLUTEN LEVELS AND DIET WITH MEDICAL ORDERS TO TRINITY FOOD SERVICE (TO PROVIDE DIET). C. BASED ON THE FUNDAMENTAL PRINCIPLES AND PERFORMANCE MEASURE VIOLATION, #S 35 THRU 39, 41, 42, 44, 46, 48. REQUESTS COMPENSATION, PUNITIVE DAMAGES RELIEF IN ACCORDANCE TO PLRA 42 USC § 1997 e (e), TO PREVENT FURTHER PAIN, SUFFERING, OR DEATH. REINSTATE "NO GLUTEN DIET SNO

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| (signed) | 04/22/2022 |

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name:   CO II MACIAS / CO III WESTFALL      CO III CASTRO

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
11/17/20