John K. Ingersoll #089110
ASPC - Tucson / Santa Rita Unit
P.O. Box 24401
Tucson, AZ  85734-4401

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _LRCvvP 5.4_
(Rule Number/Section)

☑ FILED    ☐ LODGED
☐ RECEIVED ☐ COPY

SEP 0 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

U.S. District Court
Dist. of Arizona
Judge Roslyn Silver

CV12-601-PHX-ROS

I am a 75 year old prisoner who has been incarcerated in Arizona since 1990.

The Arizona Department of Corrections has continuously treated me for the chronic care condition of Gastro Esophegeal Reflux Disease (G.E.R.D.) throughout all of my time of imprisonment.

In 2015, on May 15, I was issued a Gluten Free (or No Gluten) Medical Diet by the Yuma Cheyenne Unit Medical Provider as a treatment for my cronic care condition/G.E.R.D.

This Medical Diet, or Special Needs Order (S.N.O.) was continuously valid and honored not only at Yuma Cheyenne Unit but also Yuma Dakota Unit, Tucson Rincon Unit, and Tucson Santa Rita Unit; until,

In 2018 (see attachment) after continuously being served gluten items on my "No Gluten" diet tray, with no resolution available (then Captain Pulicicchio flatly told me "If it's on your tray it's Gluten Free!") I filed a Medical Grievance against Trinity Food Service.

As a result of that action 1) Food Service Liason Bonderandt (a Trinity employee) refused to honor my