John P. Baker #046157
Arizona State Prison
(Lewis) Barchey
P.O. Box 70
Buckeye, AZ 85326

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Shawn Jensen, et al, | No: CV-12-00601-PHX-ROS |
|---|---|
| Plaintiffs, | |
| vs. | MOTION TO FILE AN |
| David Shinn, et al, | AMICUS BRIEF |
| Defendants. | |

Comes now a very concerned inmate who files this Motion to File an Amicus Brief:

1) I am a professionally trained legal assistant.

2) I have several "clients" and myself who either have sued or in the process of filing against these Defendants.

3) Some new claims and information may help you even more in deciding the final order.

-1-

4) One (1) major problem is obtaining necessary medical supplies such as shoes. Mine were ordered in April, 2021, and I still do NOT have them. As a result, I am in too small a shoe which is causing blisters and pain.

5) Another is obtaining a new wheelchair. Mine is several years old with three (3) bad wheel bearings. My last one had a large wheel fall off while I was STILL in it!

6) Another is severe staff shortages. That causes staff NOT to be in buildings all the time. There was an inmate who had epileptic seizures and it was over an hour before any staff was in the building, and then Medical did NOTHING for him!

7) This inmate moves this Court to allow an Amicus Brief to be filed.

8) This inmate prays this motion is granted.

-2-

Respectfully submitted this 6th day of Sept, 2022

*John P. Baker,*
Concerned Inmate

Copy of the foregoing
E-mailed this date to:
Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004