CV-12-00601-PHX-ROS

Attn. U.S. DISTRICT COURT Judge Rosyln

My name is DINO TREVINO ADC NO: 215555 and the purpose of this correspondence is that I had acknowledged that you were the presiding Judge in Jensen V. Shinn which was recently settled. Currently I have been denied treatment for my well documented medical condition (UVEITIS) and due to said denial I am going blind. I have submitted Administrative Grievances which to date have NOT received ANY adequate resolution. Administrators nor NAPH CARE find it necessary to provide adequate treatment and as a result of this deprivation Inmates are suffering irreparable harm and/or have lost their lives. I have sent NOTIFICATIONS to the Attorney General's Office and the Prison Law Office and the Director of Nurses and Facility Health Administrator @ the LEWIS prison complex in Buckeye, Az and yet NO change in provided treatment. There has been recommendations by Retina Specialist as well as Glaucoma Specialist which is documented in the Medical Records NAPH CARE is in possession of and medical staff

(1) of (3)

has chosen to deviate from said recommendations. I am aware that plaintiffs are not to direct correspondence to the presiding Judge which I would refer the Court to the case docket as to determine that I am NOT a plaintiff in this matter and for this reason I felt it might be in my best interest to request this COURT to NOTIFY counsel for defendants in this matter of the identified deficiencies and the fact that defendants are in contempt of the stipulated ORDER of the COURT. I have attempted to obtain resolve in many ways and as time exceeds my diagnosed condition progresses. NOTE: This correspondent letter as well as every submission pertaining to this issue has been written by other Inmates due to loss of vision. I am respectfully requesting intervention as I am aware that COURT proceedings may take several years and prior to receiving an ORDER of the COURT I may lose ALL of my vision. Please at your earliest convience

(2) of (3)

forward instruction to my current address:

Dino TREVINO ADC No. 215555
ASPC Lewis - Bachman Unit
P.O. Box 70
Buckeye, Az. 85326

Thank you for your time & consideration

Sincerely, [signature]
ADC No. 215555
DATE 9/1/22

(3) of (3)

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate: Dino Revino
ADC# 215555
Arizona State Prison Complex
Unit: Bachman 25 Lewis
P.O. Box 70
City: Buckeye, AZ 85326

— LEGAL MAIL —

RECEIVED
SEP 06 2022
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States District Court
401 W. Washington St.
Phoenix, AZ. 85003

85003-213099