THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE GO 14-17
(Rule Number/Section)

FILED ___ LODGED
RECEIVED ___ COPY
SEP 12 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dear Judge Roslyn Silver,

2:12-cv-00601-ROS

On 3 November 2021, while housed on East Unit, Florence Complex, I witnessed a rape of another inmate. After reporting the incident to prison authorities, I was placed on 2A investigation and moved to SMU I (Max Custody).

I spent 65 days in detention with no disciplinary ticket. When I requested Inmate Grievance Forms, I was refused and even physically threatened.

After learning the PREA auditor was coming to SMU I, I requested to speak to him and was promptly moved to Yuma, where I was, again, placed in detention.

In Yuma, however, I was allowed Inmate Grievance Forms and I promptly filed 18 informal grievances and began work on my Section 1983 Federal Civil Rights Packet.

When ALL grievances were exhausted and the 1983 packet completed, (11 July 2022) I requested a 6 month certified statement of my Inmate bank account in order to file "In Paupers". I was then promptly moved to SMU I AGAIN!

For the first 43 days, I was not allowed access or possession of my legal property.

In short, My Section 1983 Federal Civil Rights Lawsuit for

PREA violations has been ready to be E-filed since 11 July 2022, and ADOC officials have refused to E-file any of my documents to the U.S. District Court.

It is now 6 September 2022 (57 days later) and my Section 1983 packet has still been NOT E-filed and I am at my wits end.

What is an inmate supposed to do when prison officials refuse to E-file your documents to the Court?

18 individuals here at SMU I are defendants in the 1983 lawsuit and they are aware of it. I believe this interference and obstruction are deliberate.

What recourse is available for me to submit my Section 1983 packet to the U.S. District Court when prison officials refuse to E-File it?

Rick Valentini
#268586
ASPC Eyman
SMU I 1-A-40
P.O. Box 4000
Florence, AZ 85132