**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, | |
| Defendant. | |

Court-appointed expert John-Michael McGrath submitted an invoice for work in August 2022.  The Court will direct payment of that invoice.

Accordingly,

**IT IS ORDERED** the Clerk of Court shall send payment to John-Michael McGrath in the amount of $6,412.50 from the funds deposited in the Registry of the Court as identified in Doc. 2913.  The Clerk of Court shall forward a copy of this Order to the Court's financial division.

**IT IS FURTHER ORDERED** the Clerk of Court shall file under seal the invoice received from Mr. McGrath.  The Clerk of Court shall send copies of the invoice to Counsel David Fathi and Daniel Struck.  This Order shall not be sealed.

Dated this 21st day of September, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge