Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
    jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriquez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**JOINT NOTICE REGARDING PROVISION OF NOTICE TO CLASS MEMBERS REGARDING JUNE 30, 2022 ORDER** |

23774493.1

On September 12, 2022, the Court ordered the parties meet and confer and to "file a joint notice indicating how notice of the Order should be disseminated to class members and the method by which interested class members will be able to request a copy of the Court's Order." [Doc. 4362 at 2.] That information is set forth below.

**Notice to Class Members:** By _____, Defendants shall provide notice, in English and Spanish, of the Court's Order to all class members in the following ways. First, Defendants shall post the notice in an easily visible location in every building that houses people in every state prison, notifying class members of the Court's June 30, 2022 Order. (*See* Proposed Notice, Exhibit A, attached hereto.) On a weekly basis, staff shall verify that the notice remains posted and visible.

Second, Defendants shall email a free copy of the notice to all class members, with instructions on how to access the Order on the tablets without charge.

Third, Defendants shall provide an individual paper copy of the notice to each person housed in a maximum custody or detention housing unit. Defendants shall provide the notice in an alternative format for people with disabilities of which Defendants are aware, and upon request to any other people with disabilities, to ensure effective communication of the provisions in the notice (*e.g.,* large-print or audio for people with low vision; Braille or audio for people with blindness; American Sign Language (ASL) for people who are deaf and use ASL).

**Providing Order to Class Members:** Defendants shall, by _____, upload the Court's June 30, 2022 Order onto a platform that is available, for free, on all tablets that have been issued to incarcerated people in the ten state prisons and that allows for screen reading of the Order and magnification of the Order's text. The Defendants will ensure that three paper copies are available in each law library for access by Class Members to read in the law library, and that one paper copy for every fifty cells in units where people review law library materials in their cells. For facilities with at least one but fewer than fifty cells in which people review law library materials in their cells, one paper copy shall be available for this purpose. The Parties will confer and attempt to resolve

23774493.1

any issues that arise regarding access to the Court's Order.

**Providing Injunction to Class Members:** When this Court issues its Injunction in this action, Defendants shall make it available to class members, within ten days of issuance, in the same way that the June 30, 2022 Order is being made available.

23774493.1

Dated: September 23, 2022

| | |
|---|---|
| **STRUCK LOVE BOJANOWSKI & ACEDO, PLC** | **ACLU NATIONAL PRISON PROJECT** |
| By: *s/ Timothy J. Bojanowski* (by permission) | By: *s/ Maria V. Morris* |

<table>
<tr><td>

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 W. Ray Road, Ste. 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Email: dstruck@strucklove.com
      rlove@strucklove.com
      tbojanowski@strucklove.com
      nacedo@strucklove.com

*Attorneys for Defendants Pratt and Shinn*

</td><td>

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
      mmorris@aclu.org
      echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email: ckendrick@aclu.org

*Admitted *pro hac vice*.

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
      ahardy@prisonlaw.com
      snorman@prisonlaw.com
      rlomio@prisonlaw.com
      sophieh@prisonlaw.com

*Admitted *pro hac vice*

</td></tr>
</table>

23774493.1

|   |   |
|---|---|
| 1 | Victoria Lopez (Bar No. 330042)* |
| 2 | Jared G. Keenan (Bar No. 027068)<br>**ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
| 4 | Phoenix, Arizona 85013<br>Telephone:  (602) 650-1854 |
| 5 | Email:     vlopez@acluaz.org<br>               jkeenan@acluaz.org |
| 6 | *Admitted pursuant to Ariz. Sup. Ct. R. 38(d) |

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
           jhgray@perkinscoie.com
           ayost@perkinscoie.com
           kworsham@perkinscoie.com
           kboughton@perkinscoie.com
           mcolby@perkinscoie.com
           ksoldati@perkinscoie.com
           docketphx@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

23774493.1

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By:   s/ *Maya Abela* |
| 4 |     Asim Dietrich (Bar No. 027927)<br>    5025 East Washington Street, Suite 202 |
| 5 |     Phoenix, Arizona 85034<br>    Telephone: (602) 274-6287 |
| 6 |     Email: adietrich@azdisabilitylaw.org |
| 7 |     Rose A. Daly-Rooney (Bar No. 015690)<br>    Maya Abela (Bar No. 027232) |
| 8 |     **ARIZONA CENTER FOR DISABILITY LAW** |
| 9 |     177 North Church Avenue, Suite 800<br>    Tucson, Arizona 85701 |
| 10 |     Telephone: (520) 327-9547<br>    Email: |
| 11 |       rdalyrooney@azdisabilitylaw.org<br>      mabela@azdisabilitylaw.org |
| 12 | *Attorneys for Arizona Center for Disability Law* |

-5-

23774493.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2022, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　*s/ Maria V. Morris*