# NOTICE: COURT ORDER

*Shawn Jensen, et al., v. David Shinn, et al.*
United States District Court for the District of Arizona
No. CV-12-00601-PHX-ROS

*Jensen v. Shinn* (formerly *Parsons v. Ryan*) is a class action lawsuit on behalf of all people incarcerated in the ten Arizona state prisons (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma). It challenges the failure of the Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR) to provide adequate health care and to maintain acceptable conditions in maximum custody units, detention units, close management units and mental health watch.

On June 30, 2022, United States District Judge Roslyn Silver found that some aspects of ADCRR officials' treatment of incarcerated people violate the U.S. Constitution. Specifically, Judge Silver found that the prison health care system is "plainly grossly inadequate," and that prison officials have acted "with deliberate indifference to the substantial risk of harm posed by the lack of adequate medical and mental health care" to people with medical and mental health needs. She also found that prison officials' treatment of people in maximum custody units, detention units, close management units and mental health watch "results in the deprivation of basic human needs." The Court will soon issue an Injunction requiring that these conditions be corrected. *Jensen* did not include a claim for monetary damages, and no money will be given to you.

The Court's Order is and will remain available for free on your tablet until the final resolution of this case. If you would like to read a paper copy, you can request and review a copy in the same way you can request and review other legal materials kept in the law library. In addition, the Court's Injunction will be available on your tablet and in the law library within ten days after the Court issues it. If you have difficulty accessing a paper copy of the Order, please contact Plaintiffs' counsel at one of the addresses below.

If you have any questions about the *Jensen* case or the Court's order, if you believe that you have not received adequate medical or mental health care, or if you think the conditions in a maximum custody unit, detention unit, close management unit or mental health watch violate the Constitution or the Court's order, you may write the Plaintiffs' Counsel at the addresses below.

| **Medical Issues** | **Issues about Mental Health or Isolation** |
|---|---|
| Donald Specter, Esq. | ACLU National Prison Project |
| Prison Law Office | Attn: David Fathi, Esq. |
| General Delivery | 915 15th Street N.W., 7th Floor |
| San Quentin, CA 94964 | Washington, DC 20005 |

If you want to pursue legal action regarding your treatment, you must exhaust your administrative remedies and file a new lawsuit. You cannot file a motion about your individual treatment in the *Jensen* case.