UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| VICTOR PARSONS V.S. CHARLES RYAN | CV 12-0601 ROS NOTICE OF DEATH DUE TO REFUSAL TO TREAT AND COVER UP |
|---|---|

DEAN COMPLAINED HE WAS HAVING PROBLEMS BREATHING. INSTEAD OF IMMEDIATED TREATMENT ADCRR MOVED HIM, FOR MENTAL HEALTH REASONS.

THEY THEN ATTEMPTED TO COVER UP HIS DEATH.

THIS DEATH WAS PREVENTABLE

FOR KENNETH DEAN #116068

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CJVLR 5.4
(Rule Number/Section)