**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, | |
| Defendant. | |

The parties have agreed on a plan for allowing class members access to a copy of the Court's Findings of Fact and Conclusions of Law.  (Doc. 4365).  That plan will be adopted.

Further, the experts appointed by the Court and other consultants have submitted invoices for their expenses.  Those amounts will be paid.  Personal information has been redacted from the invoices.

Accordingly,

**IT IS ORDERED** the parties shall comply with the following regarding notice to class members:

**Notice to Class Members**: By **October 28, 2022**, Defendants shall provide notice, in English and Spanish, of the Court's Order to all class members in the following ways.

First, Defendants shall post the notice in an easily visible location in every building that houses people in every state prison, notifying class members of the Court's June 30, 2022 Order.  That notice shall be as similar as possible to the form attached to the parties'

1    September 23, 2022, notice.  On a weekly basis, staff shall verify that the notice remains

2    posted and visible.

3        Second, Defendants shall email a free copy of the notice to all class members, with

4    instructions on how to access the Order on the tablets without charge.

5        Third, Defendants shall provide an individual paper copy of the notice to each

6    person housed in a maximum custody or detention housing unit.  Defendants shall provide

7    the notice in an alternative format for people with disabilities of which Defendants are

8    aware, and upon request to any other people with disabilities, to ensure effective

9    communication of the provisions in the notice (e.g., large-print or audio for people with

10   low vision; Braille or audio for people with blindness; American Sign Language (ASL) for

11   people who are deaf and use ASL).

12       **Providing Order to Class Members**: Defendants shall, by October 28, 2022,

13   upload the Court's June 30, 2022 Order onto a platform that is available, for free, on all

14   tablets that have been issued to incarcerated people in the ten state prisons and that allows

15   for screen reading of the Order and magnification of the Order's text. The Defendants will

16   ensure that three paper copies are available in each law library for access by Class Members

17   to read in the law library, and that one paper copy for every fifty cells in units where people

18   review law library materials in their cells. For facilities with at least one but

19   fewer than fifty cells in which people review law library materials in their cells, one paper

20   copy shall be available for this purpose. The Parties shall confer and attempt to resolve any

21   issues that arise regarding access to the Court's Order.

22       **Providing Injunction to Class Members**: When this Court issues its Injunction in

23   this action, Defendants shall make it available to class members, within ten days of

24   issuance, in the same way that the June 30, 2022 Order is being made available.

25       **IT IS FURTHER ORDERED** the Clerk of Court is directed to disburse from the

26   amounts previously deposited the following amounts:

27   • Bart Abplanalp, Ph.D.: $15,525.00;

28   • John McGrath: $10,237.50;

- 2 -

1   • Martin F. Horn: $1,600;

2   • Pablo Stewart, M.D.: $2,205;

3   • Marc F. Stern, M.D., MPH: $52,136.79.

4   **IT IS FURTHER ORDERED** the Clerk of Court must forward a copy of this Order

5   to the Financial Administration for the Phoenix Division of the United States District Court

6   for the District of Arizona.

7   Dated this 14th day of October, 2022.

8

9

10                                   Honorable Roslyn O. Silver
                                     Senior United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

Bart Abplanalp, Ph.D.
3200 Capital Mall Drive SW N201
Olympia, Washington 98502

September 30, 2022

# Invoice #BA00001

To:
  District of Arizona
  United States District Court

In the Matter of:
  *Ryan versus Parsons*

For the period ending: September 30, 2022

Please process payment for the following:

| Professional Services  (see detail attached) | Hours | Rate | Total |
|---|---|---|---|
| Consultation | 51.75 | $300/hr | $15,525.00 |

| | |
|---|---|
| Total due: | $15,525.00 |
| Due date: | 11/15/2022 |

**Professional Services Detail**

| Date | Time | Action | Total |
|---|---|---|---|
| 07/15/22 | 45 | Consult and review | |
| 08/05/22 | 105 | Document review and phone consult | |
| 08/12/22 | 120 | Phone call with Mark Stern and John. McGrath | |
| 08/14/22 | 90 | Record Review | |
| 08/15/22 | 60 | Chart reviews | |
| 08/16/22 | 60 | Documentation review | |
| 08/17/22 | 20 | ACLU phone consult | |
| 08/20/22 | 190 | Documentation review and summary | |
| 08/21/22 | 150 | Documentation review and summary | |
| 08/22/22 | 75 | Phone call with Mark Stern and John. McGrath | |
| 08/26/22 | 80 | Phone consult with Pablo Stewart | |
| 08/29/22 | 110 | Phone call with Mark Stern and John McGrath | |
| 09/03/22 | 120 | Writeup | |
| 09/04/22 | 180 | Writeup | |
| 09/05/22 | 60 | Phone consult with Pablo Stewart | |
| 09/05/22 | 140 | Draft recommendations | |
| 09/06/22 | 90 | System recommendations | |
| 09/08/22 | 120 | Phone consult with Marc and John/writeup | |
| 09/08/22 | 10 | Email to Stallcup | |
| 09/09/22 | 175 | Writeup | |
| 09/09/22 | 30 | Phone consult with Pablo Stewart | |
| 09/10/22 | 120 | Writeup | |
| 09/14/22 | 15 | Phone consult with Pablo Stewart | |
| 09/16/22 | 60 | Consultation with Director MH | |
| 09/16/22 | 30 | Phone consult with Pablo Stewart | |
| 09/18/22 | 120 | Writeup | |
| 09/19/22 | 90 | Writeup | |
| 09/20/22 | 60 | Phone call with Bobbie Stallcup | |
| 09/24/22 | 130 | Writeup | |
| 09/25/22 | 150 | Writeup | |
| 09/27/22 | 90 | Writeup | |
| 09/28/22 | 60 | Zoom call with Bobbie Stallcup | |
| 09/29/22 | 105 | Phone call with Mark Stern and John McGrath | |
| 09/30/22 | 45 | Writeup | |
| Total | 3105 | | 15525.00 |

John McGrath
Jenson, et. all v. Shinn, et all (No. CV 12-00601-PHX-ROS)
Time Log - September 2022

| DATE | IN | OUT | TOTAL | NOTES |
|---|---|---|---|---|
| 09/07/22 | 2:00 PM | 3:30 PM | 1.50 | Research & Draft Recommendations |
| 09/07/22 | 3:30 PM | 4:30 PM | 1.00 | Weekly meeting with Marc & Bart |
| 09/12/22 | 10:30 AM | 12:00 PM | 1.50 | Research & Draft Recommendations |
| 09/14/22 | 10:00 AM | 1:00 PM | 3.00 | Research & Draft Recommendations |
| 09/14/22 | 4:00 PM | 4:45 PM | 0.75 | Meeting with Rachel Love - Prep for onsite visit/data collection |
| 09/19/22 | 10:00 AM | 10:30 AM | 0.50 | Meeting with Maria Morris - ACLU |
| 09/19/22 | 1:00 PM | 2:45 PM | 1.75 | Weekly meeting with Marc & Bart |
| 09/19/22 | 4:00 PM | 4:45 PM | 0.75 | Meeting with Rachel Love - Prep for onsite visit/data collection |
| 09/21/22 | 11:00 AM | 6:30 PM | 7.50 | Travel to PHX |
| 09/22/22 | 7:30 AM | 4:30 PM | 9.00 | Eyman & Headquarters |
| 09/23/22 | 7:00 AM | 1:30 PM | 6.50 | Lewis & Struck Love Law Offices |
| 09/24/22 | 8:00 AM | 3:30 PM | 7.50 | Travel to Spokane |
| 09/26/22 | 9:00 AM | 9:45 AM | 0.75 | Meet with Dir. Shinn |
| 09/26/22 | 7:00 PM | 9:00 PM | 2.00 | Research & Draft Recommendations |
| 09/29/22 | 3:30 PM | 5:00 PM | 1.50 | Weekly meeting with Marc & Bart |

Total Hours    45.50   x $225.00

Total:   $10,237.50

Martin F. Horn

# Invoice

Bill To:
United States District Court
District of Arizona

Ship To:

Invoice No.:001
*Jensen v. Shinn*
(monitoring)
No. CV-12-00601-
PHX-ROS

| Date | Order No. | Sales Rep. | FOB | Ship Via | Terms | Tax ID |
|------|-----------|------------|-----|----------|-------|--------|
| September 30, 2022 | | | | | | |

| Quantity | Item | Description | Discount | Taxable | Unit Price | Total |
|----------|------|-------------|----------|---------|-----------|-------|
| 4 | Consulting | PER ATTACHED | | | $ 400.00/hour | $ 1600.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | |
|---|---|
| Subtotal: | $ 1600.00 |
| Miscellaneous: | |
| Balance Due: | $1600.00 |

2

| | | | |
|---|---|---|---|
| 8/29/2022 | 1-3pm | Document review | 2 hours |
| 8/29/2022 | 3-5pm | TC John McGrath | 2 hours |

*PABLO STEWART, M.D.*
**Psychiatric Consultant**

**Honolulu, HI 96815**

---

September 22, 2022

Marc F. Stern, MD, MPH
Affiliate Assistant Professor, School of Public Health,
   University of Washington
Clinical Professor, School of Public Health
   University of Albany
Consultant in Correctional Health Care
Olympia, WA

    **Re: Shawn Jensen, et al., v. David Shinn et al.**

Dear Dr. Stern,
    The following is my invoice for my work in this matter to date:

August
26th     Call with Dr. Abplanalp regarding consulting on a new mental health     1.3
    services delivery system for the ADOC.

September
5th     Call with Dr. Abplanalp; reviewed initial mental health services     1.5
    delivery system plan.
13th     Reviewed and edited latest draft of the new mental health services     1.0
    delivery system.
14th     Call with Dr. Abplanalp.     0.5
16th     Finalized my input into the plan for a new mental health services     2.0
    delivery system. Call with Dr. Abplanalp.

    Total: 6.3 hours @ $350/hour - $2205

Yours truly,

*/s/ Pablo Stewart, M.D.*

Pablo Stewart, M.D.

**Marc F. Stern, MD, MPH**
**Tumwater, Washington 98501**

September 28, 2022

# Invoice

Client: US District Court for the District of Arizona

In the matter of: Jensen v. Shinn

For the period: August 4, 2022 to September 28, 2022

| Professional Services | Hours | Rate | Total |
|---|---|---|---|
| Assisting the Court crafting injunctive order | | | |
| In Arizona | 9.43 | $500/hr | $4,715.00 |
| Outside Arizona | 93.08 | $500/hr | $46,540.00 |
| Total Services | | | $51,255.00 |

| Expenses | Amount |
|---|---|
| Air Seattle → Phoenix 8/8/22 | $268.98 |
| Air Phoenix → Seattle 8/9/22 | $153.60 |
| Taxi airport → hotel | $25.43 |
| Hotel Phoenix | $132.89 |
| Parking Seattle airport | $68.00 |
| Mileage Office ←→ Seattle airport (=55 miles x 2 @ $0.625/mile) | $68.75 |
| Zoom license | $164.14 |
| Total Expenses | $881.79 |

Total due:  $52,136.79