1 | Victoria Lopez (Bar No. 330042)
2 | Jared G. Keenan (Bar No. 027068)
  | **ACLU FOUNDATION OF ARIZONA**
3 | 3707 North 7th Street, Suite 235
  | Phoenix, Arizona 85013
4 | Telephone: (602) 650-1854
5 | Email: vlopez@acluaz.org
  | Email: jkeenan@acluaz.org
6 |
7 |
8 | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco,*
9 | *Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
10 | *Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*
11 |
12 | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
13 |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Shawn Jensen, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL FOR THE PLAINTIFFS** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

Pursuant to Local Rule 83.3 (b), notice is hereby given that Victoria Lopez counsel for the Plaintiffs in the above-captioned matter respectfully notifies the Court of her withdrawal from the case. Plaintiffs will continue to be represented by Jared G. Keenan of the ACLU Foundation of Arizona and co-counsel of record for all of the Plaintiffs except the Arizona Center for Disability Law. No parties will be prejudiced by this withdrawal.

Dated this 2nd day of November, 2022

ACLU FOUNDATION OF ARIZONA
By: / s/ Victoria Lopez
Victoria Lopez
Jared G. Keenan
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854

ACLU NATIONAL PRISON PROJECT
David C. Fathi (Wash. 24893)**
Maria V. Morris (D.C. 1697904)
Eunice Hyunhye Cho (Wash. 53711)**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@aclu.org
             mmorris@aclu.org
             echo@aclu.org

*Admitted pro hac vice. Not admitted in DC;
practice limited to federal courts.
**Admitted *pro hac vice*

ACLU NATIONAL PRISON PROJECT
Corene Kendrick (Cal. 226642)*
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:   ckendrick@aclu.org

*Admitted *pro hac vice*

PRISON LAW OFFICE
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

PERKINS COIE LLP
Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
jhgray@perkinscoie.com
ayost@perkinscoie.com
kworsham@perkinscoie.com
kboughton@perkinscoie.com
mcolby@perkinscoie.com
ksoldati@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2022 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

*s/ Victoria Lopez*
Victoria Lopez