**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, | |
| Defendant. | |

The parties recently received draft recommendations from the Court-appointed experts. The parties will be required to review those recommendations and identify any significant areas of concern. The parties will then be required to raise those concerns with the experts. The parties' discussions with the experts should address only those recommendations where the parties believe the experts have made grave errors. The parties need not, and should not, raise every disagreement they have with the recommendations.

Accordingly,

**IT IS ORDERED** no later than **November 22, 2022**, the parties shall review the draft recommendations and identify to the Court-appointed experts any grave errors.

…

…

…

…

…

**IT IS FURTHER ORDERED** no later than **December 2, 2022**, the court-appointed experts shall transmit to the Court a revised version of the recommendations reflecting any changes the experts believe necessary based on the parties' positions.

Dated this 18th day of November, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge