**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE OBJECTIONS TO PROPOSED INJUNCTION** |

The Court, having reviewed Defendants' Motion for Leave to File Objections to Proposed Injunction, and good cause appearing,

IT IS ORDERED that the Motion for Leave is GRANTED.

IT IS FURTHER ORDERED that Defendants may file Objections to the Court-appointed experts' draft recommendations within 14 days.