THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVR 5.4, 7.1(a)(1)
(Rule Number/Section)

FILED ___ LODGED
RECEIVED ___ COPY
NOV 16 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-12-00601-PHX-ROS

Honorable Roslyn O Silver,

    Even with this new suit (Shawn Jensen V David Shinn) this place has got worse. I'm in the eymann complex, cook unit, and we are locked down for 22 hours a day. The food has even got much worse. We complain, but as you can see by the inclosed copy of a informal response. The A.d.o.c claims everything is good. The old joke is "when you go to prison you get feed bread and water" The A.d.o.c makes this statement true. In a weeks time we were feed 13 pancakes, 5 corn tortillas, 1 roll, 1 bun, 26 pieces of bread, that's 46 flour based products. That don't count the pasta. Everything is starch, Everyday, Bread, pasta, and rice. The new thing is no fruit. I have had no fruit in two weeks. The quantity of food is horrible. "weekend menu at end" The A.d.o.c, I believe are trying to force us to buy our own food. The clothing issue is also bad. I had asked for a clothing exchange for over a year. When I was able to get one, they only gave me, two shirts, 2 boxers, and 1 pair of pants. I still have socks, pants and a shirt with holes. I was told by sargent Rachie to never ware the shirt with a hole in it again and to buy a new shirt myself. So here they are not giving us proper clothing and are being told to buy them ourselfs.

    The medical has got much worse with this new company. I've been permanently disabled because of this place (Toorville #202522 V Shinn) I'm blind in my left eye and have I.O.P and Glaucoma in my right. I take Timolol Maleate for the IOP, but continue am delayed my drops, sometimes over 30 days. I'm suppose to get a pressure check ever 4 months. This last

by SS

time was 6 months, I'm to get a field of vision test every year, its been almost two years. I came into the A.D.O.C in 3-2014, I was blind with cataracts, my right eye was operated on in sept 2015. I was given a pair of reading glasses in 2016, but not glasses to help me see. Not untill Aug 2020 did I get glasses to see with, but these glasses made my vision worse. I was told that I had to wait for two years for new ones. When I seen the optometrist and showed him the glasses, he said, "that is not was ordered, they gave you the wrong glasses." It's been 7 years and I still do not have glasses to help my vision. I have only 20/20 vision, with IOP, Glaucoma, and a field of vision loss in my right eye. but I'm tortured everyday with blindness in one eye and bad vision in the right. Just to save them money.

I have another problem with eating. This problem is over a year old. I have to eat slow and take small bites, otherwise my food gets stuck going down. I have a lay-in, which is my tray is brought to my housing. That gives me time to eat. In the chow hall you get about 15 minutes to eat. I can't do this, I've been told by NP Thomas and several nurses here, also by Mountain Vista medical unit, that I have esophageal disease. But this new medical company has taken over and has put in a new NP (Adams) now she tells me nothing is wrong with my stomach and she will not updated my Lay-in, so iff I want to eat I have to go to the chow. I will not be able to eat in 15 minutes. This NP Adams even suggested that I was lying about my blindness. so that means that several optometrists, 3 othtomolgists and a retnal doctor are also lying.

(2)

The A.D.O.C are also delaying legal electronic legal mail. In case number Tourville 202522 v Shinn, 2:22-cv-00908-DWL-DMF, I was electronicly sent legal mail on Oct 28 2022, But the prison did not give me the legal mail until Nov 8, 2022. Thats 11 days. This case is for a writ of habeas.

So in conclusion, The state of Arizona does not want to clothe us, feed us, take away medical needed sno's, medically treat us, and purposley delay legal mail in hopes we lose our cases and stay here.

In my case, I was sent to prison for a plea I did not read and Unvleatarly sign. I was blind with cataract's. I was also convicted for 5 prior felonies, which 3 of them were lie's by the state. Two of them were misdemenors' from the 90's and the criminal sexual assault, I have never even been charged with, yet convicted, but the state still lied. I was charged with 22 felonies, and I can prove the state fabercated these charges, something Maricopa County is known for.

I do not know what you can do, but anything or suggestions would be helpful. Sorry for my writing, I don't see very good. Thank you

Dennis Tourville
#202522  6 A18C
Po box 3200
Florence, Az 85132

Attorney for civil medical case
Scott Ambrose
2390 E camelback rd #403
Phoenix, AZ 85016

(3)                           weekend menu on back

<u>Sat morning</u> - 8oz chorizo flavored potatos, ½ cup beans, 2 corn tortillas, ½ cup of old bran flakes, 1 slice of ham, 1 pint of milk.
<u>Sat night</u> - 1 cup white rice, ½ cup of something called green chilli stew ¼ cup mix veggies, 2 corn tortillas, 1 slice of 3"x3"x 1" piece of cake
<u>Sun morning</u> - ¼ cup eggs, ¾ cup potatos, ½ cup of old bran flakes, 1 slice of ham, 1 peanut butter sandwich, 1 slice 3"x3"x 1" cake, 1 pint of milk
<u>Sun night</u> - 1½ cups chilimac, ¼ cup mixed veggies, 1 slice 2½"x 2½"x ½" cornbread, 2 cookies.

(4)

# Inmate Grievance/Informal Response Notice
Non-Medical

**Inmate Name:** DENNIS TOURVILLE

**ADC#:** 202522

**Prison/Unit:** FLORENCE/FLORENCE SOUTH

**Bldg/Bed:** A14 6-ABA18L

Case #:22-046834

## Informal Complaint

**Type:** Informal Response

**Date Received:** 10/18/2022 12:31 PM

**Response Author:** DEBORAH LARSON

**Responded On:** 11/01/2022 01:58:44 PM

**Decision:**

## Case Details

**Case Number:** 22-046834

**Grievance Status:** Open

## Case Data

**Prison of Complaint:** FLORENCE

**Unit of Complaint:** FLORENCE SOUTH

**Opened Date:** 10/18/2022 12:31 PM

**Grievance Stage:** Informal Submitted

**Grievance Category:** Procedures/Institution Orders

## Informal Grievance Response

**Grievance Date:** 09/21/2022 12:00:00 AM

**Issue:** Chow Hall Food

**Response Due:** 11/08/2022 12:32 PM

**Responder:** DEBORAH LARSON

**Response:** I am in receipt of your Informal Complaint dated 9/22/2022 and received in my office on 10/12/2022. In your informal complaint you allege late and/or no delivery of trays, missing and/or misplaced contents in the tray. Your proposed resolution is to 'fix the problems'. To address your complaint, Kitchen Sergeant Nielsen provided the following response: Sometimes we run late in delivering due to yard operations. Sometimes some foods take longer to fix/Cook. Sometimes with how clamshells are made, some foods will mix together when they are loaded onto a cart and pushed down a sidewalk that has cracks/Bumps, and the trays don't have a smooth ride to their destination. There are no portion issues, we use the same inmates to fix those trays, as the ones who push the trays out into the chow hall, as well as the same measuring tools. Maybe every once in a while there might be a discrepancy, but it's not a regular thing. In the event a tray is messed up,tray runners come back with said tray, and then go deliver new ones to the inmates who had a messed up tray. The system is not perfect, and there will be a couple issues here and there, but we fix them as they arise. I consider this issue resolved.

Unprocessed

**Officer's Name:** LARSON, DEBORAH J

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:

- Placing a single complaint on a single inmate Grievance form.

**NOTE: If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.**