IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, <br>     Plaintiff, <br> v. <br> David Shinn, <br>     Defendant. | No. CV-12-00601-PHX-ROS <br><br> **ORDER** |

The experts appointed by the Court have submitted additional invoices for their expenses. The invoices will be paid.

Accordingly,

**IT IS ORDERED** the Clerk of Court is directed to disburse from the amounts previously deposited the following amounts:

- Bart Abplanalp, Ph.D.: $9,470.00;
- John McGrath: $17,867.40[1];
- Marc F. Stern, M.D., MPH: $68,865.00.

…

…

…

…

…

---

[1] This amount includes $1,336.61 in travel expenses not reflected on the attached invoices.

**IT IS FURTHER ORDERED** the Clerk of Court must forward a copy of this Order to the Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona.

Dated this 30th day of November, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge

Bart Abplanalp, Ph.D.

November 1, 2022

# Invoice #BA00002

To:
    District of Arizona
    United States District Court

In the Matter of:
    *Ryan versus Parsons*

For the period ending: October 31, 2022

Please process payment for the following:

| Professional Services (see detail attached) | Hours | Rate | Total |
|---|---|---|---|
| Consultation | 31.57 | $300/hr | $9470.00 |

    Total due:      $9470.00

    Due date:      12/15/2022

**Professional Services Detail**

| Date | Time | Notes | |
|---|---|---|---|
| 10/01/22 | 260 | Writeup and PM revision | |
| 10/01/22 | 17 | Phone consult with Marc Stern | |
| 10/02/22 | 60 | Writeup and PM revision | |
| 10/03/22 | 90 | Consult with J. McGrath and P. Stewart | |
| 10/07/22 | 120 | Performance measures | |
| 10/08/22 | 120 | Performance measures | |
| 10/09/22 | 120 | Performance measures | |
| 10/12/22 | 90 | Phone consult with Bobbie Stallcup | |
| 10/13/22 | 120 | Performance measures | |
| 10/14/22 | 120 | Performance measures | |
| 10/14/22 | 90 | Consult with J. McGrath and Marc Stern | |
| 10/15/22 | 90 | Rationale | |
| 10/16/22 | 100 | Rationale | |
| 10/21/22 | 60 | Zoom call with Plaintiffs | |
| 10/22/22 | 110 | Performance measures | |
| 10/23/22 | 60 | Performance measures | |
| 10/26/22 | 60 | Performance measures | |
| 10/27/22 | 60 | Performance measures | |
| 10/28/22 | 135 | Plaintiff Zoom Call | |
| 10/31/22 | 12 | Call with Marc Stern | |
| Total | 1894 | | 9470.00 |

# JOHN MCGRATH

# INVOICE

**DATE:** October 31, 2022

**FOR:** *Jenson, et. all v. Shinn, et all*

No. CV 12-00601-PHX-ROS

**Bill To:**
United States District Court for the District of Arizona

401 W. Washington St.
Phoenix, AZ  85003-2118

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| 10/04/22 to 10/28/22  (See attached Time Log for detail) | 29.75 | $6,693.75 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** | | $   6,693.75 |

Due upon receipt. Make all checks payable to John-Michael McGrath.

If you have any questions concerning this invoice please feel free to contact me directly at 509-209-1145.

Regards,

*[signature]*
John McGrath

John-Michael McGrath
Jenson, et. all v. Shinn, et all (No. CV 12-00601-PHX-ROS)
Time Log - October 2022

| DATE | IN | OUT | TOTAL | NOTES |
|---|---|---|---|---|
| 10/04/22 | 11:00 AM | 11:30 AM | 0.50 | Meet with John Weiss, re: classification |
| 10/04/22 | 1:00 PM | 3:30 PM | 2.50 | Research & Draft Recommendations |
| 10/04/22 | 8:30 PM | 10:00 PM | 1.50 | Research & Draft Recommendations |
| 10/05/22 | 11:00 AM | 11:30 AM | 0.50 | Meet with Stacey Crabtree, re: classification |
| 10/06/22 | 10:30 AM | 12:00 PM | 1.50 | Research & Draft Recommendations |
| 10/11/22 | 3:30 PM | 5:30 PM | 2.00 | Research & Draft Recommendations |
| 10/11/22 | 8:30 PM | 10:00 PM | 1.50 | Research & Draft Recommendations |
| 10/14/22 | 3:00 PM | 5:30 PM | 2.50 | Weekly meeting with Marc & Bart |
| 10/17/22 | 12:00 PM | 2:00 PM | 2.00 | Meeting with Plaintiffs - Marc's Recommendations |
| 10/18/22 | 9:00 AM | 12:00 PM | 3.00 | Research & Draft Recommendations |
| 10/20/22 | 4:00 PM | 6:30 PM | 2.50 | Research & Draft Recommendations |
| 10/21/22 | 12:00 PM | 2:00 PM | 2.00 | Meeting with Plaintiffs - Draft Recommendation Discussion |
| 10/24/22 | 8:00 PM | 10:00 PM | 2.00 | Research & Draft Recommendations |
| 10/26/22 | 12:00 PM | 3:30 PM | 3.50 | Research & Draft Recommendations |
| 10/28/22 | 12:45 PM | 3:00 PM | 2.25 | Meeting with Plaintiffs - Draft Recommendation Discussion |

Total Hours  29.75  x $225.00

Total:  $ 6,693.75

# JOHN MCGRATH

# INVOICE

**DATE:** November 30, 2022

**FOR:** *Jenson, et. all v. Shinn, et all*

No. CV 12-00601-PHX-ROS

**Bill To:**
United States District Court for the District of Arizona

401 W. Washington St.
Phoenix, AZ  85003-2118

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| 11/03/22 to 11/29/22  (See attached Time Log for detail) | 43 | $9,675.00 |
| Software Reimbursement - Zoom | N/A | $162.04 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **TOTAL** | $ 9,837.04 |

Due upon receipt. Make all checks payable to John-Michael McGrath.

If you have any questions concerning this invoice please feel free to contact me directly at 509-209-1145.

Regards,

John McGrath

John-Michael McGrath

Jenson, et. all v. Shinn, et all (No. CV 12-00601-PHX-ROS)

Time Log - November 2022

| DATE | IN | OUT | TOTAL | NOTES |
|---|---|---|---|---|
| 11/03/22 | 10:30 AM | 12:30 PM | 2.00 | Meeting with Judge Silver |
| 11/03/22 | 1:30 PM | 5:00 PM | 3.50 | Meeting with Judge Silver |
| 11/04/22 | 1:00 PM | 2:30 PM | 1.50 | Research & Draft Recommendations |
| 11/04/22 | 2:30 PM | 6:00 PM | 3.50 | Meeting with Judge Silver |
| 11/07/22 | 10:30 AM | 12:30 PM | 2.00 | Meeting with Plaintiff's Attorneys |
| 11/09/22 | 8:00 AM | 8:30 AM | 0.50 | Meeting with Marc Stern |
| 11/09/22 | 1:30 PM | 5:00 PM | 3.50 | Meeting with Judge Silver |
| 11/09/22 | 1:30 PM | 2:30 PM | 1.00 | Meeting with Judge Silver |
| 11/09/22 | 3:00 PM | 5:00 PM | 2.00 | Meeting with Rachel Love and Lance Hetmer - Draft Recommendations for Max Custody |
| 11/13/22 | 7:00 PM | 7:30 PM | 0.50 | Research & Draft Recommendations |
| 11/15/22 | 7:30 AM | 8:45 AM | 1.25 | Meeting with Marc Stern |
| 11/16/22 | 9:00 AM | 10:00 AM | 1.00 | Research & Draft Recommendations |
| 11/18/22 | 12:30 PM | 4:00 PM | 3.50 | Meeting with Plaintiff's Attorneys |
| 11/23/22 | 2:00 PM | 3:00 PM | 1.00 | Meeting with Marc Stern |
| 11/23/22 | 8:00 PM | 10:00 PM | 2.00 | Review of Plaintiff's and Defense's Comments on Draft Recommendations |
| 11/24/22 | 10:00 AM | 6:00 PM | 8.00 | Meeting with Marc & Bart - Final Draft Recommendations |
| 11/28/22 | 9:00 AM | 12:30 PM | 3.50 | Meeting with Marc & Bart - Final Draft Recommendations |
| 11/28/22 | 1:30 PM | 3:00 PM | 1.50 | Meeting with Marc & Bart - Final Draft Recommendations |
| 11/29/22 | 9:00 AM | 10:15 AM | 1.25 | Meeting with Marc & Bart - Final Draft Recommendations |
| | | | - | |

Total Hours  43.00  x $225.00

Total:  $ 9,675.00

**Marc F. Stern, MD, MPH**
**Tumwater, Washington 98501**

November 30, 2022

# Invoice

Client: US District Court for the District of Arizona

In the matter of: Jensen v. Shinn

For the period: September 29, 2022 to November 26, 2022

| Professional Services | Hours | Rate | Total |
|---|---|---|---|
| Assisting the Court crafting injunctive order | | | |
|   In Arizona | 0 | $500/hr | 0 |
|   Outside Arizona | 137.73 | $500/hr | $68,865.00 |
|     Total Services | | | $68,865.00 |

      Total due:                                                                          $68,865.00