# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>   Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services, Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>   Defendants. | No. 2:12-cv-00601-ROS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE** |

Having reviewed and considered NaphCare, Inc., d/b/a NaphCare Arizona, LLC's (hereinafter collectively referred to as "NaphCare") Motion for Leave to File Amicus Curiae, and good cause appearing,

IT IS HEREBY ORDERED granting NaphCare's Motion for Leave to File Amicus Curiae.

IT IS FURTHER ORDERED directing the Clerk to file the Brief of Amicus Curaie NaphCare, Inc.

11249859.1