Legal Mail

Dear Honorable Judge,    ① 12-17-22

I write you today because the Monitoring Attorneys for the Graves V. Arpaio case have flat out refused to acknowlegge the fact that when I was at MCSO 4th Ave Jail the Jail Guards not only violated my rights but also violated law! All of which can be proved! MCSO also endangered my life and have passed off their criminal acts to ADC CIU and staff to complete for them! This what I need to address is both State and Federal crimes that MCSO Jail Gaurds, their PSB, ADC CIU and Staff all committed! Please order that they, the Attorney come speak to me. Thank you for your time.

Sincerely

Dustin Brislan 164993
ASPC-Phoenix
Unit Flamenco
P.O. Box 52109
Phoenix, Az. 85072

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE Civil 54, 7.1(a)(1), (2), (3)
(Rule Number/Section)

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
DEC 2 2 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY