**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, | |
| Defendant. | |

The Court will appoint Scott Frakes, the former Director of the Nebraska Department of Corrections, as the independent expert to address those matters previously addressed by John McGrath.

Accordingly,

**IT IS ORDERED** the Court appoints Scott Frakes as an expert in this matter pursuant to Federal Rule of Civil Procedure 706 at a rate of $225.00 per hour.

Dated this 13th day of January, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge