# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>    Plaintiff,<br><br>v.<br><br>David Shinn,<br><br>    Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

Bart Abplanalp, Ph.D., submitted the attached invoice for work completed in November 2022.

Accordingly,

**IT IS ORDERED** the Clerk of Court is directed to disburse from the amounts previously deposited the following amount: Bart Abplanalp, Ph.D.: $16,423.99.

**IT IS FURTHER ORDERED** the Clerk of Court must forward a copy of this Order to the Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona.

Dated this 19th day of January, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge

Bart Abplanalp, Ph.D.

December 1, 2022

# Invoice #BA00003

To:
  District of Arizona
  United States District Court

In the Matter of:
  *Ryan versus Parsons*

For the period ending: November 30, 2022

Please process payment for the following:

| Professional Services (see detail attached) | Hours | Rate | Total |
|---|---|---|---|
| Consultation | 54.2 | $300/hr | $16260.00 |
| Zoom package | | | $163.99 |
| Total due: | | | $16423.99 |
| Due date: | | | 12/30/2022 |

**Professional Services Detail**

| Date | Time | Notes | |
|---|---|---|---|
| 11/03/22 | 360 | Draft order discussion Marc and John | |
| 11/04/22 | 240 | Zoom call - Discussion of Draft Order | |
| 11/06/22 | 480 | Marc and Bart call | |
| 11/07/22 | 300 | Plaintiffs and John, Marc | |
| 11/08/22 | 30 | Draft injunction | |
| 11/08/22 | 60 | Call with Marc; Pablo; review of decree | |
| 11/09/22 | 180 | Zoom call - Discussion of Draft Order | |
| 11/09/22 | 5 | email | |
| 11/11/22 | 15 | Articles | |
| 11/12/22 | 60 | Call with Marc | |
| 11/15/22 | 65 | Zoom with Marc, Stallcup, and Phillips | |
| 11/15/22 | 60 | Call with Marc | |
| 11/15/22 | 15 | Call with Pablo | |
| 11/17/22 | 60 | Crisis stabilization rewrite | |
| 11/18/22 | 5 | Call with Bobbie Stallcup | |
| 11/19/22 | 75 | Injunction Draft Review | |
| 11/20/22 | 120 | Injunction Draft Review | |
| 11/23/22 | 7 | Phone call with Marc Stern | |
| 11/24/22 | 480 | Zoom call with Marc and John re: P/D comments | |
| 11/25/22 | 90 | Review of Plaintiff/Defendant comments | |
| 11/26/22 | 150 | Plaintiff and Defendant comments | |
| 11/27/22 | 150 | Plaintiff and Defendant comments | |
| 11/28/22 | 155 | Meeting with Marc and John about plaintiff/def | |
| 11/29/22 | 90 | Meeting with Marc and John about plaintiff/def | |
| Total | 3252 | | 16260.00 |

| 11/04/22 | | Zoom purchase | | 163.99 | 16423.9 |