John K. Ingersoll #089110
5501 N. La Palma Rd.
Eloy, AZ    85131

My current situation is a direct result of the ruling in Jenson v. Shinn ✓

___ FILED    ___ LODGED
___ RECEIVED ___ COPY

JAN 17 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Clerk of the Arizona Federal District Court
Judge Silver's Jenson v. Shinn Expert(s)

re: Medical & Confinement Deliberate Indifference

CV-12-601-PHX-ROS

I write to the Court with great fear and anxiety of unrestrained retaliation from the Arizona Department of Corrections as documented previously and herein:

A: In 2018 I wrote to the Prison Law Office (PLO) after filing a grievance against Trinity Food Service for continually and repeatedly serving me gluten items on my No Gluten/Gluten Free Diet Tray and ~~tray's being told by~~ (then) Captain Pulcicchio that "If it's on your [tray?]

1: Afterwhich Trinity Food Service Liaison Bonderandt confiscated my diet card[1] and then refused to serve me my still valid Medically Special Needs Order (SNO) gluten free diet;

2: after which Corizon Medical began a weeks long series of blood and stool samples which concluded with a ruling that I had no allergies, a removal of all of my SNOs[2], and ADC security issuing me disciplinary ticket/sanctions;

3: upon being moved off the Santa Rita Unit to the Manzanita Unit in 2019 all of my Medical SNOs were reinstated/restored and remained in effect/active for the next 3 years; until,

Note 1  A diet card is required to be presented in order to be served a diet.
Note 2  Four SNOs in all.

REFERENCE
Civil 5.4
(Rule Number/Section)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

p.2

4. Upon once again being assigned/housed at the Santa Rita Unit this Prisoner, on or about April 19, 2022, requested annual renewal[3] of all Medical SNOs;

5. Whereupon Provider Elliot literally laughed in Prisoner's face and denied all 4 of the approved SNOs and once again had ADC Security Staff issue Disciplinary action against me;

6. In a response dated Sept. 6, 2022, the PLO inadequately responded to a letter/complaint filed by me against ADC and Centurian Inmate Health Care;

7. To Wit:

   a. Only 2 of the 4 denied SNOs were reissued

   b. Baseless, improper, retalitory disciplinary action taken against this, or any, prisoner should not be ignored, overlooked, or given discretionary privilege to ADC; as,

   c. Disciplinary charges against a Prisoner affects every aspect of his status, especially his ability to be granted parole;

   d. Current policy requires a cane, walker, or wheelchair for a lower bunk SNO;

   e. At this La Palma Unit[4] there is no physical apparatus or means in

---

Note 3  Annual yearly requirement for Medical Special Needs Orders

Note 4  On Dec. 13, 2022, I was moved to La Palma Facility along with the majority (800) of Santa Rita Unit Prisoner over the past 2 months. This Prisoner has been confined in AZ prison(s) for the past 32 yrs and has never heard of or experienced a more disfunctional and incompetent staff & facility as this one. Upon an unbiased examination this Court will substaniate this claim.

p.3

place to assist a person up to, or down from, an upper bunk. A person literally has to jump up, or jump down from an upper bunk;

f: Three prisoners, in a period of two weeks, those by name, number, and age being, Michael Cohn #288721 age 71, Shamsiyev Semyon #309619 age 44, and Gerardo Rosas age 30, have all fallen from their assigned upper bunk(s) with documented injuries;

g: As this new policy applies to me, a 75 year old man with a history of 30 yrs of gronic care diagnosis and a history of strokes and treated leg infirmities, ADC at any time can assign me to an upper bunk placing me in probable threat of severe injury or death;

8: My gluten free diet is not adequate nor is it based in any nutritional science;

   a: Every breakfast meal (gluten free diet) consists of grits and freeze dried potatoes with an occasional processed meat protien⁵;

   b. I am never given a cereal, corn flakes, rice crispies, oatmeal, all of which are gluten free, healthy grains⁶;

   c: I never get peanut butter nor jelly, as all other meals receive (except p-nut allergy) (Do get P Butter in weekday evening sack paper bag meal);

   d: Trinity Food Service is a private company whose #1 priority is profit. Diets are an extra expense, thus creating an unwanted cut into their profit margin;

   e: Forcing me to eat the same meal, day after day, is not a healthy

Note 5 The weekend meals are limited to two "enhanced" meals.
Note 6 Grits is a side dish, like potatoes, served with butter, salt, & pepper

NOR SUSTAINABLE NUTRITIONAL DIET PLAN AND SHOULD NOT BE ACCEPTABLE TO THIS COURT;

9: ON SUNDAY, JANUARY 8, 2023, I DID NOT RECEIVE AN EVENING (2nd) MEAL;

  a: THIS MEAL WAS SERVED IN THE POD[7][8] AFTER THE FACILITY WIDE 4 P.M. COUNT;

  b: UPON NOT RECEIVING MY G.F. DIET I NOTIFIED THE SECURITY OFFICER, CO II SELLERS, FOR THAT DAY SHIFT[9] AND HE TOLD ME THAT HE WOULD NOTIFY THE KITCHEN;

  c: AFTER SHIFT CHANGE I ASKED CO II REED #4394 7000 IF MY FOOD WAS COMING, HE THEN CALLED THE KITCHEN;

  d: LATER THAN EVENING CO II NAVAREZ, KITCHEN SECURITY, SHOWED UP AT MY CELL DOOR STATING THAT HE WAS DOING CELL CHECKS/SEARCHES AND STATED THAT NO ONE HAD CALLED HIM ABOUT MY NOT GETTING MY DIET TRAY AND THAT HE WOULD DELIVER IT DURING THE 8:30 P.M. COUNT;

  e: UPON AWAKING MONDAY MORNING I STILL HAD NOT RECEIVED THE SUNDAY EVENING DIET TRAY;

  f: LATER THAT MORNING CO II REED TOLD ME THAT HE HAD SPOKE TO "THE LIEUTENANT" ABOUT IT AND THE LIEUTENANT HAD STATED THAT IT WAS "TO LATE" AND NO FOOD WAS AVAILABLE;

  g: THIS EVENT (MY NOT GETTING A MEAL, FOLLOWED BY NO RECOURSE) <u>IS NOT ATYPICAL</u>[10] AND BY SIMPLY WRITING TO THIS COURT I AM EXPOSING MYSELF

NOTE 7  MOST MEALS ARE DELIVERED TO THE PODS IN FOOD CARTS.
NOTE 8  ALL DIET TRAYS ARE PLACED ON TOP OF THE CART AND ARE COLD BY THE TIME SERVED
NOTE 9  THERE ARE 2 TWELVE HOUR SHIFTS PER DAY
NOTE 10 AS DOCUMENTED IN THE EVENTS THAT HAVE ALREADY OCCURRED IN 2018 & 2022.

p. 5

to a series of on going and implacable acts of retribution that negatively effect every aspect of prisoner's incarceration effectively eliminating any possibility of parole and release from prison;

h: A gluten free diet is the only medical treatment that has effectively treated and reduced the syptoms of my 30 year chronic care condition of Gastro Esophageal Reflux Disease or G.E.R.D.;

B: Through no fault of their own approximately 800 level 3 medium security Santa Rita Unit Prisoners are now confined at a private prison, La Palma, which functions and operates as a level 4 or 5 maximum security prison;

1: My 32 years of continuous confinement in Arizona prisons does qualify me as an expert in Arizona prison conditions in my opinion;

 a: per posted notice prisoners are only allowed out of their assigned cells from "08:00 - 10:00" and "03:00 - 05:00" (8 a.m to 10 a.m and 3 p.m to 5 p.m. respectively) Sunday thru Saturday;

 b: this posted regulation/rule is nonsensical and impossible to be implemented because 4 p.m. is a mandatory facility wide "count" in which all prisoners" are locked in their assigned cells;

2: "3 yard" minimum security classification has historically been an earned reward for good behavior allowing prisoners an open yard being locked in one's cell only during counts, emergencies, and sleeping hours;

Note II   except those listed on an "out-count"

    a: No prisoner moved from Santa Rita Unit to this La Palma Facility has been reclassified to a high security facility such as the manner in which this prison operates regaurdless of claim of being a minimum security facility;

3: This facility is severely understaffed and undertrained;

    a: Each pod has 60 cells which house 120 prisoners;

    b: Nearly every day there is only one staff member in the two pods of Zuni building;

    c: Often there is no staff in this Alpha pod for an hour or more;

    d: Every lock at this facility, other than cell doors, is operated from a remote control room;

    e: If the electricity goes off, as it has done in the past, only those limited control operators can issue keys and physically unlock the thousands of gates and doors of this facility;

    f: Even the Facility Warden does not have those keys;

4: Outside "rec" time is limited to three a week, Monday, 7 a.m. & Friday and Wednesday afternoon, in a Level 4 style small cage with only one form of exercise equipment;

C: The utter incompetency, more accurately administrative incompetency, should not be overlooked by the Courts to wit

    1: There is no education offered;

    2: There is no programs offered;

    3: There is no legal library;

        a: No access to legal books;

        b: No response to the "Resourse Library" (legal) tablet icon

4: No meaningful access to medical;

a: Unable to fill long standing prescriptions;

b: Have not received eye glasses prescribed last year;

c: This facility, without being seen by medical, has renamed my diet;

5: When allowed in the day room our cell doors are locked;

a: One cannot shower because everything you need is in the cell;

b: One cannot use the toilet;

c: One cannot use the microwave to cook, your food is in the cell;

d: One cannot do legal work, your documents are in the cell;

6: There is no CO III assigned to this building, every issue a prisoner has is processed though the buildings CO III.

In conclusion I would hope that the Court would view this letter without the deference normally given to the incarceration industry.

Per A.R.S 46.451 I should be viewed as a vulnerable adult who, for the past four years, has been abused, poisoned, and tortured through a manufactured process of deliberate indifference to the facts and truth. I should not be tortured to my death.

*John K. A——*
John K. Ingersoll