Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, et al., <br><br> Defendants. | NO. CV-12-00601-PHX-ROS <br><br> **UNOPPOSED MOTION TO EXTEND DEADLINE TO OBJECT TO DRAFT INJUNCTION** |

Defendants respectfully request a 45-day extension of the deadline to file objections to the Court's Draft Injunction (Dkt. 4380). The current deadline is February 10, 2023. (*Id.* at 2.) Defendants request an extension until March 27, 2023. Plaintiffs do not object.

The Court's January 9, 2023 Order allows the parties to lodge objections to the Draft's provisions, but also requires the parties to "propose an alternative solution" for each objection and "confer prior to filling their objections to reach agreements on alternatives." (*Id.* at 2.) Defendants appreciate that opportunity and process, but to meaningfully participate more time is needed so that the pertinent stakeholders can be involved in the process. As the Court is aware, Arizona has a new Governor, Attorney General, and Director of the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR"). In fact, newly appointed Director Ryan Thornell does not formally begin his

tenure at ADCRR until January 30, 2023. Since they will ultimately inherit the Final Injunction and be responsible for its implementation and compliance, Defendants request this 45-day extension so that they have sufficient time to understand ADCRR's institutional and operational workings, analyze the Court's Findings of Fact and Conclusions of Law, and meaningfully contribute to the Final Injunction.

DATED this 19th day of January, 2023.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Daniel P. Struck
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alisha Tarin-Herman | atarinherman@perkinscoie.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck