# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>David Shinn, et al.,<br>　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO OBJECT TO DRAFT INJUNCTION** |

The Court, having reviewed the Unopposed Motion to Extend Deadline to Object to Draft Injunction, and good cause appearing,

IT IS ORDERED that the Unopposed Motion is GRANTED.

IT IS FURTHER ORDERED extending the deadline for the parties and Naphcare to file objections to the Draft Injunction to March 27, 2023.  The parties and Naphcare shall file their responses to the objections no later than April 13, 2023.