Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
Daniel A. Shudlick, Bar #035950
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4552
Fax: (602) 200-7850
jpopolizio@jshfirm.com
jackerman@jshfirm.com
dshudlick@jshfirm.com

Attorneys for NaphCare, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al,<br><br>                             Plaintiffs,<br><br>v.<br><br>David Shinn, et al.,<br><br>                             Defendants. | No. 2:12-cv-00601-ROS<br><br>**AMICUS CURIAE NAPHCARE, INC.'S JOINDER TO DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO OBJECT TO DRAFT INJUNCTION** |

      Amicus Curiae NaphCare, Inc., the current contracting medical provider for the Arizona Department of Corrections, Rehabilitation and Reentry, joins in Defendants' Unopposed Motion to Extend Deadline to Object to Draft Injunction filed on January 19, 2023.

      DATED this 20th day of January, 2023.

                        JONES, SKELTON & HOCHULI, P.L.C.


                        By /s/ Daniel A. Shudlick
                            Joseph J. Popolizio
                            Justin M. Ackerman
                            Daniel A. Shudlick
                            40 N. Central Avenue, Suite 2700
                            Phoenix, Arizona 85004
                            Attorneys for NaphCare, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Alisha Tarin-Herman atarinherman@perkinscoie.com
Alison Hardy: ahardy@prisonlaw.com
Asim Dietrich: adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org
Corene T. Kendrick: ckendrick@aclu.org
David Cyrus Fathi: dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org
Donald Specter: dspecter@prisonlaw.com
Eunice Cho ECho@aclu.org
Jared G. Keenan jkeenan@acluaz.org
John Howard Gray: jhgray@perkinscoie.com; slawson@perkinscoie.com
Karl J. Worsham: kworsham@perkinscoie.com; docketphx@perkinscoie.com
Kathryn E. Boughton: kboughton@perkinscoie.com; docketphx@perkinscoie.com
Kelly Soldati ksoldati@perkinscoie.com; docketphx@perkinscoie.com
Maria V. Morris mmorris@aclu.org
Maya Abela mabela@azdisabilitylaw.org
Rita K. Lomio: rlomio@prisonlaw.com
Rose Daly-Rooney: rdalyrooney@azdisabilitylaw.org
Sara Norman: snorman@prisonlaw.com
Sophie Jedeikin Hart sophieh@prisonlaw.com


/s/ Jennifer Bernardo

11330668.1