# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Unnamed class member Alfred Caraffa submitted two new civil rights complaint forms with this case number listed in the caption. Both cases present Eighth Amendment claims related to his medical and mental health treatment. The Court previously instructed unnamed class members to file individual actions to challenge their own healthcare (Doc. 4362 at 2). The Court will therefore direct the Clerk of Court to open the two civil rights complaints as two separate civil actions.

**IT IS THEREFORE ORDERED** that the two civil rights complaints filed by class member Alfred Caraffa must be opened as two separate civil actions.

Dated this 31st day of January, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge