# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>David Shinn, et al.,<br><br>　　　　　　Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER** |

　　　The Court, having reviewed Defendants' Motion to Amend Caption, and good cause appearing,

　　　IT IS ORDERED that the Motion is GRANTED.