Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | NO. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT ORDER REGARDING STAFFING INFORMATION (DKT. 4388)** |
| David Shinn, et al., | |
| Defendants. | |

On January 20, 2023, the Court ordered Defendants to submit the following staffing information: (1) current staffing numbers, broken down into staffing for medical care, mental health care, and custody staff; (2) the steps Defendants have taken in the last six months to increase staffing; (2) the result of Defendants' recruitment efforts; and (3) barriers that are preventing the hiring of all necessary staff. (Dkt. 4388 at 2–3.) The information is detailed below.

On October 1, 2022, pursuant to a contractual agreement with the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR"), NaphCare assumed control of healthcare operations at ADCRR's nine state-run facilities. NaphCare has hired 30% more healthcare staff than Centurion employed, and currently employs more than

1,160 employees for the ADCRR healthcare services contract.[1] This exceeds the minimum staffing requirements outlined in the contract by over fifty positions. In addition, NaphCare implemented QualCare, a team of 12 Arizona-licensed medical and psychiatric practitioners who are available to provide 24/7 provider-level services. While the QualCare practitioners provide some on-site services, their primary purpose is to assist by providing specialty consults to on-site staff via telehealth and augmenting on-site care through conducting direct telemed encounters with patients .

## I. Healthcare Staffing

### A. Current Staffing Numbers.

The current medical staffing[2] at the nine Arizona State Prison Complexes ("ASPC") is as follows:

| Douglas Complex | | | |
|---|---|---|---|
| Population: 1,524 | | | |
| Position | Contract FTE | Hired FTE | FTE Variance |
| Assistant Director of Nursing | 1.000 | 1.000 | 0.000 |
| Director of Nursing | 1.000 | 1.000 | 0.000 |
| Licensed Practical Nurse | 2.100 | 3.200 | 1.100 |
| Medical Assistant | 0.000 | 0.000 | 0.000 |
| Medical Director* | 1.000 | 0.000 | (1.000) |
| Midlevel Practitioner | 2.000 | 2.000 | 0.000 |
| Nursing Assistant/Patient Care Technician | 4.200 | 4.200 | 0.000 |
| Registered Nurse | 7.800 | 8.700 | 0.900 |
| Staff Physician | 0.000 | 0.000 | 0.000 |

*NaphCare Corporate Medical Director covering.

---

[1] The contract staffing matrix was amended on February 2, 2023 and now provides for a total of 1,110.9 FTEs.

[2] These charts do not include administrative positions, dental staff, or clinical positions that NaphCare has elected to hire beyond the contractual staffing matrix.

| Eyman/Eyman South Complex | | | |
|---|---|---|---|
| **Population: 5,219** | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Assistant Director of Nursing | 8.000 | 6.000 | (2.000) |
| Director of Nursing | 1.000 | 1.000 | 0.000 |
| Licensed Practical Nurse | 37.800 | 35.100 | (2.700) |
| Medical Assistant | 0.000 | 0.000 | 0.000 |
| Medical Director | 1.000 | 1.000 | 0.000 |
| Midlevel Practitioner | 6.500 | 5.000 | (1.500) |
| Nursing Assistant/Patient Care Technician | 14.700 | 12.500 | (2.200) |
| Registered Nurse | 27.300 | 42.600 | 15.300 |
| Staff Physician | 2.000 | 1.500 | (0.500) |
| **Total** | **98.300** | **104.700** | **6.400** |

| Lewis Complex | | | |
|---|---|---|---|
| **Population: 4,220** | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Assistant Director of Nursing | 6.000 | 5.000 | (1.000) |
| Director of Nursing | 1.000 | 1.000 | 0.000 |
| Licensed Practical Nurse | 33.900 | 31.000 | (2.900) |
| Medical Assistant | 0.000 | 0.000 | 0.000 |
| Medical Director | 1.000 | 1.000 | 0.000 |
| Midlevel Practitioner | 6.000 | 5.000 | (1.000) |
| Nursing Assistant/Patient Care Technician | 14.700 | 12.000 | (2.700) |
| Registered Nurse | 30.000 | 35.700 | 5.700 |
| Staff Physician | 2.000 | 1.000 | (1.000) |
| **Total** | **94.600** | **91.700** | **(2.900)** |

| Perryville Complex | | | |
|---|---|---|---|
| **Population: 4,318** | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Assistant Director of Nursing | 6.000 | 5.000 | (1.000) |
| Director of Nursing | 1.000 | 1.000 | 0.000 |
| Licensed Practical Nurse | 27.300 | 18.100 | (9.200) |
| Medical Assistant | 0.000 | 0.000 | 0.000 |
| Medical Director | 1.000 | 1.000 | 0.000 |
| Midlevel Practitioner | 5.000 | 5.000 | 0.000 |
| Nursing Assistant/Patient Care Technician | 12.600 | 10.200 | (2.400) |
| Registered Nurse | 30.000 | 27.500 | (2.500) |
| Staff Physician | 1.200 | 1.000 | (0.200) |
| **Total** | **84.100** | **68.800** | **(15.300)** |

| Phoenix Complex | | | |
|---|---|---|---|
| **Population: 468** | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Assistant Director of Nursing | 4.000 | 3.000 | (1.000) |
| Director of Nursing | 1.000 | 1.000 | 0.000 |
| Licensed Practical Nurse | 6.300 | 9.000 | 2.700 |
| Medical Assistant | 0.000 | 0.000 | 0.000 |
| Medical Director | 1.000 | 1.000 | 0.000 |
| Midlevel Practitioner | 6.000 | 6.000 | 0.000 |
| Nursing Assistant/Patient Care Technician | 6.600 | 3.000 | (3.600) |
| Registered Nurse | 14.700 | 24.000 | 9.300 |
| Staff Physician | 1.000 | 1.000 | 0.000 |
| **Total** | **40.600** | **48.000** | **7.400** |

| Phoenix IPC | | | |
|---|---|---|---|
| **Population:** | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Assistant Director of Nursing | 0.000 | 0.000 | 0.000 |
| Director of Nursing | 0.000 | 0.000 | 0.000 |
| Licensed Practical Nurse | 8.400 | 7.200 | (1.200) |
| Medical Assistant | 0.000 | 0.000 | 0.000 |
| Medical Director | 0.000 | 0.000 | 0.000 |
| Midlevel Practitioner | 0.000 | 0.000 | 0.000 |
| Nursing Assistant/Patient Care Technician | 10.500 | 4.600 | (5.900) |
| Registered Nurse | 18.900 | 17.700 | (1.200) |
| Staff Physician | 0.000 | 0.000 | 0.000 |
| **Total** | **37.800** | **29.500** | **(8.300)** |

| Safford Complex | | | |
|---|---|---|---|
| **Population: 1,035** | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Assistant Director of Nursing | 2.000 | 2.000 | 0.000 |
| Director of Nursing | 1.000 | 1.000 | 0.000 |
| Licensed Practical Nurse | 6.300 | 6.300 | 0.000 |
| Medical Assistant | 0.000 | 0.000 | 0.000 |
| Medical Director | 1.000 | 1.000 | 0.000 |
| Midlevel Practitioner | 1.000 | 2.000 | 1.000 |
| Nursing Assistant/Patient Care Technician | 4.200 | 4.200 | 0.000 |
| Registered Nurse | 12.600 | 16.800 | 4.200 |
| Staff Physician | 0.000 | 0.000 | 0.000 |
| **Total** | **28.100** | **33.300** | **5.200** |

| Tucson Complex | | | |
|---|---|---|---|
| **Population: 4,420** | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Assistant Director of Nursing | 8.000 | 7.200 | (0.800) |
| Director of Nursing | 1.000 | 1.000 | 0.000 |
| Licensed Practical Nurse | 35.700 | 35.700 | 0.000 |
| Medical Assistant | 0.000 | 0.000 | 0.000 |
| Medical Director | 1.000 | 1.000 | 0.000 |
| Midlevel Practitioner | 8.000 | 8.000 | 0.000 |
| Nursing Assistant/Patient Care Technician | 18.900 | 18.900 | 0.000 |
| Registered Nurse | 39.900 | 45.000 | 5.100 |
| Staff Physician | 2.000 | 2.000 | 0.000 |
| **Total** | **114.500** | **118.800** | **4.300** |

| Winslow Complex | | | |
|---|---|---|---|
| **Population: 1,481** | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Assistant Director of Nursing | 2.000 | 2.000 | 0.000 |
| Director of Nursing | 1.000 | 1.000 | 0.000 |
| Licensed Practical Nurse | 4.200 | 4.200 | 0.000 |
| Medical Assistant | 0.000 | 0.000 | 0.000 |
| Medical Director | 1.000 | 1.000 | 0.000 |
| Midlevel Practitioner | 2.000 | 2.000 | 0.000 |
| Nursing Assistant/Patient Care Technician | 3.000 | 6.800 | 3.800 |
| Registered Nurse | 12.600 | 12.600 | 0.000 |
| Staff Physician | | | 0.000 |
| **Total** | **25.800** | **29.600** | **3.800** |

| Yuma Complex | | | |
|---|---|---|---|
| **Population: 3,374** | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Assistant Director of Nursing | 5.000 | 5.000 | 0.000 |
| Director of Nursing | 1.000 | 1.000 | 0.000 |
| Licensed Practical Nurse | 9.900 | 11.900 | 2.000 |
| Medical Assistant | 0.000 | 0.000 | 0.000 |
| Medical Director | 1.000 | 1.000 | 0.000 |
| Midlevel Practitioner | 5.000 | 3.900 | (1.100) |
| Nursing Assistant/Patient Care Technician | 10.500 | 15.200 | 4.700 |
| Registered Nurse | 18.900 | 17.700 | (1.200) |
| Staff Physician | 1.000 | 1.000 | 0.000 |
| **Total** | **52.300** | **56.700** | **4.400** |

The current mental health staffing[3] at the nine ASPCs is as follows:

| Douglas Complex | | | |
|---|---|---|---|
| **Population: 1,524** | | | |
| Position | Contract FTE | Hired FTE | FTE Variance |
| Behavioral Health Technician | 0.000 | 0.000 | 0.000 |
| Behavioral Specialist | 0.000 | 0.000 | 0.000 |
| Mental Health Lead | 0.000 | 0.000 | 0.000 |
| Mental Health Clerk | 0.000 | 0.000 | 0.000 |
| Mental Health Midlevel (NP/PA) | 0.000 | 0.000 | 0.000 |
| Mental Health Registered Nurse | 0.000 | 0.000 | 0.000 |
| Psychiatrist | 0.000 | 0.000 | 0.000 |
| Psychologist | 0.000 | 0.000 | 0.000 |
| Psychology Associate | 1.000 | 1.000 | 0.000 |
| **Total** | **1.000** | **1.000** | **0.000** |

| Eyman/Eyman South Complex | | | |
|---|---|---|---|
| **Population: 5,219** | | | |
| Position | Contract FTE | Hired FTE | FTE Variance |
| Behavioral Health Technician | 5.000 | 7.000 | 2.000 |
| Behavioral Specialist | 0.000 | 0.000 | 0.000 |
| Mental Health Lead | 1.000 | 1.000 | 0.000 |
| Mental Health Clerk | 2.000 | 1.000 | (1.000) |
| Mental Health Midlevel (NP/PA) | 6.000 | 6.000 | 0.000 |
| Mental Health Registered Nurse | 5.000 | 2.000 | (3.000) |
| Psychiatrist | 1.200 | 1.000 | (0.200) |
| Psychologist | 4.000 | 4.000 | 0.000 |
| Psychology Associate | 17.000 | 10.000 | (7.000) |
| **Total** | **41.200** | **32.000** | **(9.200)** |

| ~~Florence Complex - CLOSED~~ | | | |
|---|---|---|---|
| ~~**Population: 2,534**~~ | | | |
| ~~Position~~ | ~~Contract FTE~~ | ~~Hired FTE~~ | ~~FTE Variance~~ |
| ~~Behavioral Health Technician~~ | | | |
| ~~Behavioral Specialist~~ | | | |
| ~~Mental Health Lead~~ | | | |
| ~~Mental Health Clerk~~ | | | |
| ~~Mental Health Midlevel (NP/PA)~~ | | | |

---

[3] These charts do not include administrative positions, medical or dental staff, or clinical positions that NaphCare has elected to hire beyond the contractual staffing matrix.

| Position | Contract FTE | Hired FTE | FTE Variance |
|---|---|---|---|
| ~~Mental Health Registered Nurse~~ | | | |
| ~~Psychiatrist~~ | | | |
| ~~Psychologist~~ | | | |
| ~~Psychology Associate~~ | | | |
| ~~Total~~ | | | |

### Lewis Complex
**Population: 4,220**

| Position | Contract FTE | Hired FTE | FTE Variance |
|---|---|---|---|
| Behavioral Health Technician | 4.000 | 4.000 | 0.000 |
| Behavioral Specialist | 0.000 | 0.000 | 0.000 |
| Mental Health Lead | 1.000 | 1.000 | 0.000 |
| Mental Health Clerk | 1.000 | 1.000 | 0.000 |
| Mental Health Midlevel (NP/PA) | 3.500 | 3.500 | 0.000 |
| Mental Health Registered Nurse | 4.000 | 2.000 | (2.000) |
| Psychiatrist | 1.000 | 1.000 | 0.000 |
| Psychologist | 3.000 | 3.000 | 0.000 |
| Psychology Associate | 9.000 | 4.000 | (5.000) |
| **Total** | **26.500** | **19.500** | **(7.000)** |

### Perryville Complex
**Population: 4,318**

| Position | Contract FTE | Hired FTE | FTE Variance |
|---|---|---|---|
| Behavioral Health Technician | 3.000 | 3.000 | 0.000 |
| Behavioral Specialist | 0.000 | 0.000 | 0.000 |
| Mental Health Lead | 1.000 | 1.000 | 0.000 |
| Mental Health Clerk | 1.000 | 1.000 | 0.000 |
| Mental Health Midlevel (NP/PA) | 3.500 | 3.500 | 0.000 |
| Mental Health Registered Nurse | 4.000 | 4.000 | 0.000 |
| Psychiatrist | 1.000 | 1.000 | 0.000 |
| Psychologist | 2.000 | 3.000 | 1.000 |
| Psychology Associate | 11.000 | 6.000 | (5.000) |
| **Total** | **26.500** | **22.500** | **(4.000)** |

### Phoenix Complex
**Population: 468**

| Position | Contract FTE | Hired FTE | FTE Variance |
|---|---|---|---|
| Behavioral Health Technician | 5.000 | 5.000 | 0.000 |
| Behavioral Specialist | 0.000 | 0.000 | 0.000 |
| Mental Health Lead | 0.000 | 0.000 | 0.000 |
| Mental Health Clerk | 0.000 | 0.000 | |
| Mental Health Midlevel (NP/PA) | 4.500 | 4.500 | 0.000 |
| Mental Health Registered Nurse | 10.000 | 3.000 | (7.000) |

| | Contract FTE | Hired FTE | FTE Variance |
|---|---|---|---|
| Psychiatrist | 1.000 | 1.000 | 0.000 |
| Psychologist | 4.000 | 3.400 | (0.600) |
| Psychology Associate | 14.000 | 14.000 | 0.000 |
| **Total** | **38.500** | **30.900** | **(7.600)** |

| Phoenix IPC | | | |
|---|---|---|---|
| **Population:** | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Behavioral Health Technician | 0.000 | 0.000 | 0.000 |
| Behavioral Specialist | 0.000 | 0.000 | 0.000 |
| Mental Health Lead | 0.000 | 0.000 | 0.000 |
| Mental Health Clerk | 0.000 | 0.000 | 0.000 |
| Mental Health Midlevel (NP/PA) | 0.000 | 0.000 | 0.000 |
| Mental Health Registered Nurse | 0.000 | 0.000 | 0.000 |
| Psychiatrist | 0.000 | 0.000 | 0.000 |
| Psychologist | 0.000 | 0.000 | 0.000 |
| Psychology Associate | 0.000 | 0.000 | 0.000 |
| **Total** | **0.000** | **0.000** | **0.000** |

| Safford Complex | | | |
|---|---|---|---|
| **Population: 1,035** | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Behavioral Health Technician | 0.000 | 0.000 | 0.000 |
| Behavioral Specialist | 0.000 | 0.000 | 0.000 |
| Mental Health Lead | 0.000 | 0.000 | 0.000 |
| Mental Health Clerk | 0.000 | 0.000 | 0.000 |
| Mental Health Midlevel (NP/PA) | 0.000 | 0.000 | 0.000 |
| Mental Health Registered Nurse | 0.000 | 0.000 | 0.000 |
| Psychiatrist | 0.000 | 0.000 | 0.000 |
| Psychologist | 0.000 | 0.000 | 0.000 |
| Psychology Associate | 1.000 | 1.000 | 0.000 |
| **Total** | **1.000** | **1.000** | **0.000** |

| Tucson Complex | | | |
|---|---|---|---|
| **Population: 4,420** | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Behavioral Health Technician | 7.000 | 11.000 | 4.000 |
| Behavioral Specialist | 0.000 | 0.000 | 0.000 |
| Mental Health Lead | 1.000 | 1.000 | 0.000 |
| Mental Health Clerk | 1.000 | 1.000 | 0.000 |
| Mental Health Midlevel (NP/PA) | 4.500 | 4.000 | (0.500) |
| Mental Health Registered Nurse | 5.000 | 2.000 | (3.000) |
| Psychiatrist | 1.000 | 1.000 | 0.000 |

| | Psychologist | 6.000 | 4.000 | (2.000) |
|---|---|---|---|---|
| | Psychology Associate | 16.000 | 15.000 | (1.000) |
| | **Total** | **41.500** | **39.000** | **(2.500)** |

| Winslow Complex | | | |
|---|---|---|---|
| Population: 1,481 | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Behavioral Health Technician | 0.000 | 0.000 | 0.000 |
| Behavioral Specialist | 0.000 | 0.000 | 0.000 |
| Mental Health Lead | 0.000 | 0.000 | 0.000 |
| Mental Health Clerk | 0.000 | 0.000 | 0.000 |
| Mental Health Midlevel (NP/PA) | 0.000 | 0.000 | 0.000 |
| Mental Health Registered Nurse | 0.000 | 0.000 | 0.000 |
| Psychiatrist | 0.000 | 0.000 | 0.000 |
| Psychologist | 0.000 | 0.000 | 0.000 |
| Psychology Associate | 1.000 | 1.000 | 0.000 |
| **TOTAL** | **1.000** | **1.000** | **0.000** |

| Yuma Complex | | | |
|---|---|---|---|
| Population: 3,374 | | | |
| **Position** | **Contract FTE** | **Hired FTE** | **FTE Variance** |
| Behavioral Health Technician | 4.000 | 3.000 | (1.000) |
| Behavioral Specialist | 0.000 | 0.000 | 0.000 |
| Mental Health Lead | 1.000 | 1.000 | 0.000 |
| Mental Health Clerk | 1.000 | 2.000 | 1.000 |
| Mental Health Midlevel (NP/PA) | 3.000 | 3.000 | 0.000 |
| Mental Health Registered Nurse | 2.000 | 1.000 | (1.000) |
| Psychiatrist | 1.000 | 1.000 | 0.000 |
| Psychologist | 1.000 | 1.000 | 0.000 |
| Psychology Associate | 11.000 | 8.000 | (3.000) |
| **TOTAL** | **24.000** | **20.000** | **-4.000** |

**B.     Steps Defendants Have Taken to Increase Staffing, Results of These Efforts, & Barriers That Prevent the Hiring of All Necessary Staff.**

NaphCare has successfully increased staffing at each of the nine state-run ASPCs.

**Closure of ASPC-Florence**:   Originally,  the  contractual  staffing  matrix  for healthcare staff included 156 full-time employees at ASPC-Florence.  After execution of the contract, but before services commenced on October 1, 2022, ADCRR closed ASPC-Florence, resulting in Centurion distributing the majority of the 156 positions to other

9

ADCRR state-run facilities. There is a small population of inmates (approximately 580 inmates) still housed on the grounds of the Florence facility, which is now called Eyman South Unit. Eyman South is designated as a sex offender unit. Many of the inmates residing at Eyman South require ADA adaptable housing, which this unit offers. There is also an on-site medical clinic. Staffing at this clinic is included in the above-referenced figures for ASPC-Eyman. As part of the closure of ASPC-Florence, the In Patient Care Facility (IPC) was moved to ASPC-Phoenix, and Florence inmates with high-level mental health needs were moved to ASPC-Tucson-Rincon and ASPC-Eyman-BMU.

**Changes to the Staffing Matrix**: Over the last sixty days, NaphCare and ADCRR have worked together to analyze each facility's current staffing needs and modify the staffing matrix to meet these demands. The revised matrix was implemented February 2, 2023 and more accurately allocates staffing to address each facility's unique needs based on its populations' demands for healthcare. As part of this analysis, NaphCare added additional mid-level practitioners at some sites and re-allocated some positions to sites with higher needs. For example, NaphCare reallocated three psych associate positions from ASPC-Lewis to ASPC-Phoenix and ASPC-Perryville, which have a higher demand for their services, and added a Clinical Director (Mental Health) at ASPC-Perryville to oversee the inpatient mental health population there. NaphCare has also rounded up FTEs where needed to create 12-hour shifts, which in NaphCare's experience leads to greater success in recruiting and retaining healthcare staff, particularly in competitive markets. Further, NaphCare has increased the FTEs for Scheduler and Clinical Coordinator positions to convert them from part-time to full-time for the same reason.

Due to the efficiencies created by NaphCare's electronic operating system, which has more robust report generation capabilities than the prior Electronic Medical Record ("EMR"), the need for clerical staff to manually pull reports for ADCRR monitors has been significantly reduced. As a result, NaphCare has replaced clerical positions with clinical

positions. The new clinical positions include Emergency Medical Technicians (EMTs),[4] who will be utilized (among other things) to respond to man-down events. Currently, nursing staff respond to man-down events, taking them away from their regular duties (e.g., medication pass, wound care, HNR visits, etc.). This interruption of the daily course of patient care can be significant, particularly at larger complexes where there may be multiple man-down events a day.  With the addition of EMTs, nursing staff will be able to attend to patient care without interruption. In addition to EMTs, in an effort to decrease off-site trips and address delays in ambulance arrival due to the remote location of many facilities, NaphCare has created a pilot program at ASPC-Lewis where a paramedic will be staffed on-site 24/7 to respond to medical emergencies. If successful, the program will be expanded to ASPC-Eyman and ASPC-Tucson. At all sites, Inventory Coordinator positions have been revised to Inventory Coordinator/Pharmacy Tech positions and will be filled by licensed pharmacy technicians. Additionally, NaphCare added a Dental Hygienist at each of the facilities. At the regional office, the Telehealth Coordinator position was changed to a Float Psych Nurse Practitioner to assist the sites with psych provider backlogs or as a backfill for unexpected vacancies.

Replacing clerical positions with individuals who provide treatment contributes to a more stable environment for patients and increases the level of care provided.

**Filling Vacancies**:  Due to their recent approval, some of the newly contracted positions described above are not yet filled.  In addition, NaphCare is working to adjust current staffing to conform with the new matrix, facility schedules, and clinical processes. To address the nursing vacancies that have been historically difficult to fill, NaphCare hired agency nurses to provide rapid relief and quick resolution.  This was an unreimbursed additional cost to NaphCare, but it was done to increase the level of care provided to the

---

[4] NaphCare has added 1.0 FTE for an EMT Director at the regional office to manage the EMT program. At ASPC-Eyman, ASPC-Lewis, and ASPC-Tucson, 4.2 FTEs have been added for EMTs on both day and night shifts. At ASPC-Perryville, ASPC-Phoenix, and ASPC-Yuma, 2.1 FTEs have been added for EMTS on both day and night shifts. Additionally, 2.1 FTEs were added at ASPC-Lewis for an EMT-Paramedic position on both day and night shifts for the pilot paramedic program.

inmate population after the transition from the prior vendor. As a result, medication passes and nurse sick lines are being completed on-time. There are currently 167 agency nurses, but NaphCare is phasing out its use of agency nurses as permanent hires are made. NaphCare is also buying out the contracts of many of the agency nurses to bring them on as full-time staff.

To increase recruitment and retention rates, NaphCare continues to pay sign-on bonuses and a 20% wage stipend that was initiated by Centurion. NaphCare is working toward improving retention and phasing out the use of agency staff by offering these hiring incentives to permanent staff. NaphCare's benefits package is robust, and its health insurance is less expensive than most, if not all, of its competitors. NaphCare also offers free prescriptions to all employees.

NaphCare pays thousands of dollars weekly for multi-seat recruiting subscriptions to LinkedIn, Career Builder, Indeed, Doximity, and AppCast. NaphCare's most successful recruiting comes from the direct-candidate sourcing these platforms offer. NaphCare utilizes over 10 recruiters who source and contact candidates daily. Additionally, NaphCare's sales and marketing department leverages Facebook, LinkedIn, and other platforms to post positions and conduct geo–fencing marketing. NaphCare is also routinely mailing postcards that contain QR codes where current job postings and details regarding same can be found. NaphCare holds virtual career fairs through Indeed, and the Facility Health Administrators are working with local colleges to set up on-site career fairs.

As to barriers that make it challenging to fill positions, NaphCare reports that recruiting for the ASPC-Tucson complex is difficult because the Tucson area historically offered a small talent pool for healthcare. At the more remote sites like ASPC-Douglas and ASPC-Winslow, it is difficult to find physicians. At many of the sites, psychology associates are difficult to find because many are offered the attractive option to work from home.

## II. Monitoring Bureau

### A. Current Staffing Numbers

The Medical Services Contract Monitoring Bureau ("MSCMB") is allocated 48.00 FTE positions to monitor, audit, and help troubleshoot processes throughout the ADCRR vendor supplied correctional healthcare program. The MSCMB has been integral to the recent change in vendor from Centurion to NaphCare, including providing on-site coverage at all Arizona State Prison Complexes to ensure that the transition went smoothly and without major issues, disruptions, or adverse patient outcomes. The MSCMB has also worked closely with NaphCare in transitioning ADCRR to a new electronic medical record, TechCare, which incorporates an electronic Critical Services Dashboard to allow for viewing of healthcare services delivery activities (e.g., medication passes, patient encounters, etc.) in real time. Additionally, the MSCMB partnered with ADCRR custody operations and the healthcare vendor during the closure of ASPC-Florence to transfer patients with high level mental health needs to ASPC-Tucson-Rincon and ASPC-Eyman-BMU and inpatient care (IPC) patients from the Florence IPC to the Phoenix IPC.

The MSCMB's current staffing by position is as follows:

| Position | Discipline | Allocated | Filled | Variance |
|---|---|---|---|---|
| ASO 5 / Grievance Invst. | Medical | 1.000 | 0.000 | (1.000) |
| Assistant Director | Medical | 1.000 | 1.000 | 0.000 |
| Auditor Mental Health | Mental Health | 2.000 | 2.000 | 0.000 |
| Bureau Administrator | Medical | 1.000 | 1.000 | 0.000 |
| Compliance Monitor | Medical | 1.000 | 1.000 | 0.000 |
| Compliance Monitor 1 | Mental Health | 1.000 | 0.000 | (1.000) |
| Compliance Monitor 2 MH Auditor | Mental Health | 1.000 | 0.000 | (1.000) |
| Dental Monitor | Medical | 1.000 | 1.000 | 0.000 |
| Executive Assistant | Medical | 1.000 | 1.000 | 0.000 |
| Executive Consultant | Medical | 1.000 | 1.000 | 0.000 |
| Medical Director | Medical | 1.000 | 1.000 | 0.000 |
| Medical Liaison | Medical | 1.000 | 1.000 | 0.000 |
| Medical Records Monitor | Medical | 1.000 | 1.000 | 0.000 |
| Mental Health Director | Mental Health | 1.000 | 1.000 | 0.000 |
| Monitor Northern | Medical | 6.000 | 6.000 | 0.000 |
| Monitor Southern | Medical | 7.000 | 5.000 | (2.000) |
| Nurse Practitioner | Medical | 1.000 | 1.000 | 0.000 |

13

| | | | | |
|---|---|---|---|---|
| Pharmacy Monitor | Medical | 1.000 | 1.000 | 0.000 |
| PPS II / Property Manager | Medical | 1.000 | 1.000 | 0.000 |
| Program Administrator | Medical | 1.000 | 0.000 | (1.000) |
| Program Eval. Administrator | Medical | 2.000 | 2.000 | 0.000 |
| Program Eval. Admr. North | Medical | 1.000 | 1.000 | 0.000 |
| Program Eval. Admr. South | Medical | 1.000 | 1.000 | 0.000 |
| Program Eval. Specialist | Medical | 8.000 | 5.000 | (3.000) |
| Program Eval. Specialist | Mental Health | 2.000 | 2.000 | 0.000 |
| Program Specialist II | Medical | 1.000 | 1.000 | 0.000 |
| Psychiatrist | Mental Health | 1.000 | 0.000 | (1.000) |
| **Total** | | **48.000** | **38.000** | **(10.000)** |

**B.** **Steps Defendants Have Taken to Increase Staffing, Results of These Efforts, & Barriers That Prevent the Hiring of All Necessary Staff.**

The entire MSCMB has been restructured during the past two months and currently has 10 vacant positions. Of these, seven positions are in active recruitment, with two awaiting background clearances. The MSCMB has not historically experienced challenges filling open positions and anticipates that it will be able to quickly fill the current vacancies. The one exception is the Compliance Monitor I (Mental Health) position at ASPC-Phoenix, for which the MSCMB has determined that the current salary range is not commensurate with the responsibilities and level of licensure and education required for the role. As a result, this position is being restructured.

**III.** **Custody Staff**

**A.** **Current Staffing Numbers.**

The following provides data regarding currently assigned corrections staff, numbers hired in the last six months, vacant positions, and numbers for staff currently in ADCRR's COTA officer training academy who will fill vacant positions upon graduation through mid-March, 2023.[5]

---

[5] In the staffing charts that follow, the "Officer 2" position is also commonly referred to in this litigation as a "CO II", the "Officer 3" position is also commonly referred to in this litigation as a "CO III", and the "Officer 4" position is also commonly referred to in this litigation as a "CO IV".

### Douglas

| Position | Assigned | Hired within Last 6 Months | Vacant | COTA |
|---|---|---|---|---|
| **Officer 2** | 438 | 59 | 26 | 20 |
| **Officer 3** | 28 | 2 | 1 | |
| **Officer 4** | 6 | 1 | 0 | |
| **Corporal** | 20 | 5 | 11 | |
| **Sergeant** | 45 | 3 | 0 | |
| **Lieutenant** | 17 | 2 | 0 | |
| **Captain** | 6 | 1 | 0 | |
| **TOTAL** | 560 | 73 | 38 | 20 |

### Eyman

| Position | Assigned | Hired within Last 6 Months | Vacant | COTA |
|---|---|---|---|---|
| **Officer 2** | 1150 | 66.5 | 397.25 | 16 |
| **Officer 3** | 88 | 0 | 4 | |
| **Officer 4** | 13 | 1 | 0 | |
| **Corporal** | 37 | 2 | 25 | |
| **Sergeant** | 120 | 0 | 0 | |
| **Lieutenant** | 35 | 0 | 0 | |
| **Captain** | 9 | 0 | 0 | |
| **TOTAL** | 1452 | 69.5 | 426.25 | 16 |

### Lewis

| Position | Assigned | Hired within Last 6 Months | Vacant | COTA |
|---|---|---|---|---|
| **Officer 2** | 1063 | 189.5 | 432.5 | 49 |
| **Officer 3** | 60 | 11 | 6 | |
| **Officer 4** | 13 | 4 | 0 | |
| **Corporal** | 41 | 19 | 15 | |
| **Sergeant** | 89 | 5 | 2 | |
| **Lieutenant** | 32 | 3 | 1 | |
| **Captain** | 10 | 0 | 2 | |
| **TOTAL** | 1308 | 231.5 | 458.5 | 49 |

### Perryville

| Position | Assigned | Hired within Last 6 Months | Vacant | COTA |
|---|---|---|---|---|
| **Officer 2** | 634 | 78 | 248.5 | 29 |
| **Officer 3** | 55 | 1 | 2 | |
| **Officer 4** | 13 | 1 | 0 | |
| **Corporal** | 36 | 13 | 24 | |
| **Sergeant** | 73 | 5 | 6 | |
| **Lieutenant** | 28 | 0 | 1 | |

| Position | Assigned | Hired within Last 6 Months | Vacant | COTA |
|---|---|---|---|---|
| **Captain** | 9 | 0 | 1 | |
| **TOTAL** | 848 | 98 | 282.5 | 29 |

| Phoenix | | | | |
|---|---|---|---|---|
| **Position** | **Assigned** | **Hired within Last 6 Months** | **Vacant** | **COTA** |
| **Officer 2** | 225 | 39.5 | 36.5 | 9 |
| **Officer 3** | 16 | 0 | 0 | |
| **Officer 4** | 4 | 0 | 0 | |
| **Corporal** | 11 | 2 | 3 | |
| **Sergeant** | 17 | 1 | 1 | |
| **Lieutenant** | 8 | 1 | 0 | |
| **Captain** | 3 | 0 | 0 | |
| **TOTAL** | 284 | 43.5 | 40.5 | 9 |

| Safford | | | | |
|---|---|---|---|---|
| **Position** | **Assigned** | **Hired within Last 6 Months** | **Vacant** | **COTA** |
| **Officer 2** | 332 | 28.75 | 103.5 | 7 |
| **Officer 3** | 27 | 3 | 2 | |
| **Officer 4** | 7 | 1 | 0 | |
| **Corporal** | 18 | 3 | 12 | |
| **Sergeant** | 42 | 6 | 2 | |
| **Lieutenant** | 18 | 1 | 0 | |
| **Captain** | 6 | 0 | 0 | |
| **TOTAL** | 450 | 42.75 | 119.5 | 7 |

| Tucson | | | | |
|---|---|---|---|---|
| **Position** | **Assigned** | **Hired within Last 6 Months** | **Vacant** | **COTA** |
| **Officer 2** | 1004 | 101.75 | 263.5 | 20 |
| **Officer 3** | 63 | 8 | 3 | |
| **Officer 4** | 15 | 1 | 1 | |
| **Corporal** | 47 | 9 | 20 | |
| **Sergeant** | 91 | 3 | 0 | |
| **Lieutenant** | 37 | 1 | 0 | |
| **Captain** | 11 | 2 | 0 | |
| **TOTAL** | 1268 | 125.75 | 287.5 | 20 |

| Winslow | | | | |
|---|---|---|---|---|
| **Position** | **Assigned** | **Hired within Last 6 Months** | **Vacant** | **COTA** |
| **Officer 2** | 327 | 30 | 144 | 1 |
| **Officer 3** | 22 | 1 | 3 | |
| **Officer 4** | 5 | 0 | 0 | |
| **Corporal** | 20 | 1 | 17 | |
| **Sergeant** | 41 | 5 | 1 | |
| **Lieutenant** | 15 | 2 | 2 | |
| **Captain** | 5 | 1 | 0 | |
| **TOTAL** | 435 | 40 | 167 | 1 |

| Yuma | | | | |
|---|---|---|---|---|
| **Position** | **Assigned** | **Hired within Last 6 Months** | **Vacant** | **COTA** |
| **Officer 2** | 784 | 73 | 16 | 2 |
| **Officer 3** | 51 | 5 | 0 | |
| **Officer 4** | 10 | 0 | 0 | |
| **Corporal** | 31 | 3 | 0 | |
| **Sergeant** | 66 | 6 | 0 | |
| **Lieutenant** | 25 | 1 | 0 | |
| **Captain** | 9 | 0 | 0 | |
| **TOTAL** | 976 | 88 | 16 | 2 |

**B.     Steps Defendants Have Taken to Increase Staffing, Results of These Efforts, & Barriers That Prevent the Hiring of All Necessary Staff.**

ADCRR has taken a number of steps during the last six months to increase staffing. ADCRR has purchased billboard advertising for corrections officer positions.  With the closure of ASPC-Florence, custody staff have been reassigned to other prison complexes, largely to support the Eyman complex.

ADCRR has three contracts for electronic billboards in the Valley, including Phoenix Metro billboards that rotate throughout the day on seven of the 65 available screens; a single screen rotates throughout the day in Buckeye at I-10 and Miller; and a single screen rotates throughout the day in Mesa at US 60 and Country Club. ADCRR has also purchased advertising on vinyl billboards on freeways, including billboards located at Quartzsite at I-10/Exit 19; Yuma at I-8/Araby; Nogales at I-10/Rex Allen Drive; Winslow at I-40/and Exit 253; and Pinal County at Highway 87 & Signal Peak Road. In Gila County, ADCRR has purchased Valley Vision screen ads, which consist of advertising on a random

sampling of 27 TV screens at the advertiser's discretion at restaurants and businesses across the County.

ADCRR has purchased 15-second television and streaming service advertising. ADCRR signed a three-month contract for 250,000 15-second ads on online (streaming) platforms and channels that run between 6:00am and 12:00 a.m. Monday through Sunday. The ads are non-cancelable so the viewer cannot stop or skip them. The ads run on 125+ Channels including: SlingTV, Tubi TV, FuboTV, Pluto TV, HGTV, Fox Sports, Travel Channel, A&E, Discovery Channel, Food Network, History Channel, The Learning Channel, Cooking Channel, Lifetime, FOX, NBC, CBS NEWS, Lifetime, Comedy Central, OWN, Animal Planet, etc. The ads run in the following locations: Florence (50-mile radius of zip code 85132); Winslow (60-mile radius of zip code 86047); Tucson (30-mile radius of zip code 85701); and Phoenix (50-mile radius of downtown zip code 85003). The television ads started running in January 2023.

ADCRR also purchased radio advertising on the Navajo Nation. This consisted of 140 thirty-second radio spots that ran from July 2022 through September 2022 on KTNN Radio. Three applicants applied as a result of this campaign.

The ADCRR recruitment team has visited 495 high schools, colleges, and community organizations to promote careers with ADCRR. During these visits, recruiters engage with school counselors and career advisors to schedule job fairs, classroom presentations, and set up table events in the lunch area to speak to students on their lunch breaks. In the last six months, 171 applicants called/signed up for employment testing based on these community engagement events. ADCRR has attended job fairs at the following locations or for the following events:

- Camelback High School
- Hamilton High School
- Safford Work Force
- Horizon High School
- DES- Winslow
- DES - Lakeside
- AZ@Work Peoria (2 events)
- Gila Bend High School
- University of Arizona

18

| | |
|---|---|
| 1 | • DOG Days of Buckeye |
| | • Ombudsman Alternative High School |
| 2 | • AZ@Work Virtual Job Fair Tucson (4 events) |
| | • Phoenix Job Fair |
| 3 | • Dress for Success Phoenix |
| | • DES- Flagstaff |
| 4 | • Millennium High School (2 events) |
| | • Grand Canyon University |
| 5 | • Hill Learning Academy |
| | • Peoria Accelerated High School |
| 6 | • Thunderbird High School |
| | • Sunnyslope High School |
| 7 | • Buckeye Coyote Library |
| | • DMAFB Career & Resource Fair |
| 8 | • Yuma Community Job Fair and Education Fair |
| | • Arizona Western College |
| 9 | • Yuma Career Expo |
| | • Mesquite High School |
| 10 | • Desert Dog Police K9 Trials |
| | • Ottawa University |
| 11 | • Coyote Library Peoria |
| | • Renaissance Phoenix Glendale Hotel jobing.com |
| 12 | • Hope High School |
| | • Phoenix College |
| 13 | • Central High School |
| | • Coconino Community College |
| 14 | • Summit High School |
| | • Gateway Community College |
| 15 | • West-Mec Glendale |
| | • Five-0 Career Fair Glendale |
| 16 | • San Tan High School College and Career Fair |
| | • AZ@Work Phoenix |
| 17 | • Flagstaff AZ Hires Vets Job Fair |
| | • Higley High School |
| 18 | • Arizona State University Job Fair |
| | • Mesa Phoenix Choice Career Fair |
| 19 | • Phoenix Veterans Job Fair |
| | • Vista Grande High School |
| 20 | • Stand Up for Veterans Glendale |
| | • AZ Hires Veteran Virtual Event (2 events) |
| 21 | • Jobing.com Phoenix Job Fair |
| | • Thrivepoint High School |
| 22 | • Southeastern AZ Fall Hiring Event |
| | • West Valley Job Fair at Top Golf |
| 23 | • Ethel Berger Center |
| | • Pinal County Job Fair |
| 24 | • Jobertising.com Tempe Job Fair |
| | • PPEP Tech High School Student Career Fair |
| 25 | • Air National Guard Base Tucson |
| | • Davis-Monthan Air Force Career Fair |
| 26 | • Douglas Visitor Center |
| 27 | |
| 28 | |

ADCRR has also participated in table events, which present an informal opportunity to speak with potential applicants, at the following locations or for the following events:

- Cochise Community College
- Sequoia Pathways Academy
- Tower to Tower Run
- Wade Carpenter Middle School
- Desert View High School
- Estrella Foothills High School
- Sunrise Mountain High School
- Ganado High School
- Thrive Point High School
- Agua Fria High School
- West Valley College
- YPIC Charter School
- Estrella Foothills High School
- Estrella High School
- Estrella Mountain Community College
- Youngker High School
- Buena High School
- Central Arizona College - Signal Peak Campus
- Vista Grande High School
- Tonopah High School
- La Joya High School
- Mesa High School
- Barry Goldwater High School
- Canyon Rose Academy
- Cactus High School
- Desert Edge High School
- La Joya Community High School
- Apache Junction High School
- Estrella Foothills High School
- Yuma High School
- Navajo County Fair (three-day event)
- Rib Throwdown Springerville (three-day event)
- Military Stand Down Williams
- Apache County Fair (four-day event)

The ADCRR recruitment team has likewise visited diversity organizations 35 times since July 2022. These organizations include Chicanos Por La Casa (three locations) Greater Phoenix Urban League, Fresh Start Women's Foundation, Phoenix Indian Center, and Dress for Success.

ADCRR has had a career page on the correction.az.gov page since the agency webpage launched, but ADCRR added the JoinADC.com brand in 2018. ADCRR added an advertisement of a $5,000 hiring bonus to the career page in November 2022. New hires receive $2,500 upon graduation from COTA and $2,500 upon completion of six months of

full employment. This is in addition to the 20% legislative salary increase for correctional personnel. Over the past six months, ADCRR had approximately 23,500 hits to JoinADC.com. Of the new hires in FY2023 to date, 31 provided the website as the referral source when they called to begin their hiring process.

ADCRR also posts career opportunities on major job boards. Jobs are posted on Indeed in Florence/Casa Grande, Winslow/Holbrook, West Valley/Buckeye, Safford, Yuma/San Luis, Goodyear, Phoenix, Tucson, Globe, and Douglas and on CareerBuilder in Buckeye, Goodyear, and Winslow. Approximately 6,855 applicants have applied as a result of a posting on either Indeed or CareerBuilder.

ADCRR runs career recruitment campaigns on popular social media platforms. ADCRR began running campaigns on Facebook in 2017, Google in January 2019, and Instagram in July 2019. New Facebook videos are added every three months. There is a 4:43-long recruiting video posted on YouTube that links to the ADCRR webpage. ADCRR began an email marketing campaign in January 2020.

ADCRR has spent $285,109 in recruiting efforts for custody staff in the last six months. The recruiting efforts described above are ongoing and in response to barriers to recruitment faced by corrections departments across the country that are not unique to ADCRR. The barriers include general market competition for labor; salary competition with other law enforcement agencies; the rural location of prison complexes which decreases the available labor market; and the inherent challenging and dangerous environment of working in a prison setting.

ADCRR's top priority is to make further enhancements to the ongoing recruitment efforts as detailed above. It is confident that through its motivated new leadership, who bring outside-the-box strategic thinking and innovative ideas, that ADCRR will excel in staffing its prisons with talented individuals who share in its goal to provide safety and security while meeting the constitutional needs of the inmates in its custody.

DATED this 10th day of February, 2023.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Daniel P. Struck
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alisha Tarin-Herman | atarinherman@perkinscoie.com |
| Alison Hardy | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck