Jack R. Olson #108886
Arizona Dept. of Corrections, Rehabilitation & Reentry
PO Box 70 — Lewis/Barchey, 6B-18
Buckeye, AZ 85326

Honorable Judge Roslyn O. Silver
U.S. District Courthouse
401 W. Washington Street
Phoenix, AZ 85003-2118

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
FEB 13 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  Civil 54  (Rule Number/Section)

February 9, 2023

CV-12-601-PHX-ROS

Dear Judge Silver,

I don't know what you are being told about medical treatment here at Sam Lewis complex of the AZDOCRR but, unimaginably, the newest provider (NaphCare) is even worse than the last. I've watched two people die in the last few months on my run alone that I believe would have lived years longer with "proper" medical attention. Their names were ① Robert McGill; ② Michael Roehner.

The problem with "contracted medical providers" is always PROFITS BEFORE PATIENTS. Once they KNOW of a medical problem, instead of rushing to diagnose or treat the issue, that's when the real FIGHT begins. I myself have brought three (3) main issues to their attention via HNR (Health Needs Request) and grievances filed. #1. Spine/Nerve Damage — longstanding issues with a prior major surgery in 2006 (that took ten (10) years and I could no longer walk before surgery given). Now losing function of legs again — MRI requested to diagnose recurrence of spinal stenosis. I have been sent to X-Ray twice and given Lidocaine patches and a back brace — all of which does nothing to diagnose spinal stenosis. #2. Right Knee — prior damage from motorcycle accident in 1986. Two-thirds (2/3) of cartilage and half (1/2) of the meniscus was lost. Now it feels like bone on bone hitting the nerve. Extremely painful and staff/administration force you to walk around entire yard for chow, but I digress. It took over a year to get a cane! I need a rigid knee brace that takes stress off

1 of 3

of the knee. Instead I've been sent to X-Ray three (3) times, given a soft, ill-fitting knee brace and some pain creme. X-Ray will NOT show cartilage nor meniscus — an expensive MRI is required for proper diagnosis and their grip on their purse strings is unparalleled. (#3.) Right Hand — there is a painful lump between thumb and wrist "visible" to the naked eye. Sent to X-Ray and given a brace that is painful to even wear, but still, as with everything else, left untreated.

I've filed grievances on all three (3) issues. Grievance policy was not followed. "No response(s)" at any level and the Grievance Appeal totally disappeared. I have copies for your perusal upon request. It almost seems like AZDOCRR is colluding with their contracted medical provider to deny medical treatment and/or access to the courts.

Look, I'm pushing 65 years old. I've been in here near 30 years. I'm physically & mentally beat. I'm too tired for fighting beyond reason for what SHOULD be given freely once a medical issue is known. But here — good luck even getting a proper diagnosis.

I was on pain/neurological medications for years until providers started using them to torture with. I quit taking them because of what they put me thru for taking them, NOT because I don't need them. Rxs would lapse and they would take up to two (2) weeks to renew Rx. So, every 30 to 90 days I would be going thru withdrawals. It's messed up and hard on a body. I get heart and thyroid medications that are ALWAYS renewed either on time or early. I can only conclude that pain medications are used to punish. So I live with the pain instead.

I feel defeated. Even with everyones' scrutiny, it seems that AZDOCRR and their contracted medical entities do what they want. Why should they care about fines levied for conditions of confinement, bad medical care, etc.? It's the tax payer that ultimately pays the bill...., right?!?

AzDoCRR and/or their contractors are rarely held accountable and NEVER permanently. As soon as people look away —... it's business as usual.

I sincerely THANK YOU for taking the time out of your busy schedule to read this. I appreciate all you are attempting to accomplish. It must be overwhelming at times.

If you need anything from me you can write, or email through SecurusTech.net, and I will do my best to make it happen.

Respectfully,

JACK R. OLSON
*Jack R. Olson*