1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, | |
| Defendant. | |

Bart Abplanalp, Ph.D., submitted the attached invoice for work completed in December 2022 and January 2023.  Scott Frakes submitted the attached invoice for work completed in January 2023.  Those invoices will be paid.  The Court will also amend the caption and direct the Clerk to file a recent document as a separate suit.

Accordingly,

**IT IS ORDERED** the Clerk of Court is directed to disburse from the amounts previously deposited the following amounts:

- Bart Abplanalp, Ph.D.: $6,774.00;
- Scott R. Frakes: $3,019.84.

**IT IS FURTHER ORDERED** the Clerk of Court must forward a copy of this Order to the Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona.

**IT IS FURTHER ORDERED** the Motion to Amend Caption (Doc. 4390) is **GRANTED**.  The Clerk of Court shall substitute Ryan Thornell for Defendant David

Shinn.

**IT IS FURTHER ORDERED** the Clerk of Court shall file Doc. 4392 as a separate civil action.

Dated this 15th day of February, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge

Scott R. Frakes
**SRFrakes Consulting LLC**
Connell, WA  99326

January 25, 2023

Invoice
_____

Client: US District Court for the District of Arizona

In the matter of: Jensen v. Shinn

For the period: January 13 – January 25, 2023

| Professional Services | Hours | Rate | Total |
|---|---|---|---|
| Assisting the Court in reviewing the draft injunctive order | | | |
| In Arizona | 0.0 | | |
| Outside Arizona | 12.70 | $225/hr | $2857.50 |
| Total Services | | | $2857.50 |

| Expenses | Amount |
|---|---|
| Zoom license | $162.34 |
| Total Expenses | $162.34 |

|  | Total due: | $3019.84 |

Bart Abplanalp, Ph.D.

February 1, 2023

# Invoice #BA00004

To:

    District of Arizona
    United States District Court

In the Matter of:
    *Ryan versus Parsons*

For the period: December 1, 2022 - January 31, 2023 (**NOTE**: Had not submitted for December previously and was advised to add it to this one).

Please process payment for the following:

| Professional Services | | Hours | Rate | Total |
|---|---|---|---|---|
| Consultation | (December 2022) | 5 | $300/hr | $1500.00 |
| Consultation | (January 2023) | 17.58 | $300/hr | $5274.00 |

    Total due:      $6774.00

    Due date:      02/28/23