Donald Delahanty #242703
ASPC E Rynning
PO Box 3100
Florence, AZ 85132-3100



FILED ☒  LODGED ☐

**Feb 27 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Shawn Jensen, et al.,
    Plaintiffs,

V.

David Shinn, et al.,
    Defendants,

No. CV-12-00601-PHX-ROS

Letter To The Court

Donald Delahanty is a Class Member, and Sub Class Member in the above titled action before this Court. Pursuant to F.R.Civ.P 24(a)(2), Donald Delahanty moves to ask this Court to accept his attached letter and exhibits to the Court and add it to the record for this action so that his interests in the action is recorded for any future motion or appeal. (See Attached Letter)

*[signature]* 2-21-23

Donald Delahanty

LETTER TO THE COURT

Hon. Roslyn O. Silver
Senior United States District Judge

I, Donald Delahanty, am writing this letter to the Court in order to advise the Court of my concerns as a Class/Subclass Member.[1]

While the Court's Order for Injunctive Relief (DOC 4380) is not yet in effect, I incorporate the following references from that document in the hopes that this Court will see the need to narrow certain details in its final Order.

Under Relief for Subclass (DOC 4380 pg. 50) this Court defines Subclass members as "(a) Formally classified as 'maximum custody' pursuant to DO 801". I fall into this subclass, as I spent close to ten years at the Browning Unit as maximum custody.

The reason for this letter deals with point 26 Food Service and Meals of this Court's Order. Specifically Point 26.1 (DOC 4380 pg. 60). Contained under that point is the requirement that the ADCRR shall provide subclass members with two hot meals per day. Therefore, I write to advise this Court that there is a need for specific language addressing religious diets. I am a Kosher observant inmate, and as such I only receive four hot meals per week. (See Exhibit B) This is far short from the 12 hot meals per week that you will be ordering when your injunction is finalized.

For too long the ADCRR has weaponized food in order to abuse their inmate population. It is therefore prayed that this Court will look into this matter and provide the ADCRR instructions to protect the rights of Kosher observant subclass members.

                                                 _/s/ Donald Delahanty_ 2-21-23
                                                     Donald Delahanty

---

[1] See Attached Declaration Exhibit A

EXHIBIT A

DECLARATION OF DONALD DELAHANTY

DECLARATION OF DONALD DELAHANTY

Donald Delahanty hereby declares:

1. I am a former maximum custody inmate in the ADCRR
2. I am currently on the Kosher diet and receive four hot meals per week.
3. I have written several grievances to the ADCRR over the Kosher diet
4. The current Kosher diet meal menu falls short of the general population's menu, and is subject to alteration without rabbinic oversight.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Pinal County, Arizona

_Donald Delahanty_   2-21-23

Donald Delahanty        Date:

EXHIBIT B

INMATE LETTER RESPONSE FROM KENNETH HERMAN

DATED 02/09/2023



## Arizona Department of Corrections Rehabilitation and Reentry
### Inmate Letter Response

*For distribution: Copy of corresponding Inmate Letter must be attached to this response.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Delahanty, Donald | 242703 |

| INSTITUTION/UNIT |
|---|
| ASPC - Eyman |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| Herman, Kenneth - Chaplain | Central Office |

In your letter to Director Thornell, dated February 2, 2023, you referenced several concerns regarding the kosher diet. The kosher food being provided is certified Kosher. The diet menu is reviewed and approved by a rabbi and a registered dietitian. You reference the Ashelman v. Wawrzaskzek CIV 83-1072 PHX MS Stipulated Final Judgment which applied only to Incarcerated Kenneth Ashelman (deceased). However, the department made provision to incorporate the decision into the Kosher plan offered. Per the final judgement, four hot meals a week was stipulated and is being met. In the final judgment no reference will be found to cheese, beef or fresh fruit. The diet as provided does meet Kosher Kashruth standards as verified by an Orthodox Rabbi.

| STAFF SIGNATURE *Chaplain Kenneth Herman* | DATE (mm/dd/yyyy) 02/09/2023 |
|---|---|

Distribution: Original – Master File
Copy - Inmate

916-2
5/14/12