# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

Some of the Court-appointed experts have submitted invoices for February 2023. Those invoices will be paid.

Dr. Stern has proposed retaining Madison Divis and Emma Zanetti to provide administrative support to the Court-appointed experts. Those individuals would perform tasks at a lower hourly rate than the rate paid to the experts. The parties may obtain additional information regarding the individuals' backgrounds from Dr. Stern. Because Defendants will be responsible to pay the experts and their support staff after judgment is entered, Defendants will be given the opportunity to indicate if they object to hiring these two support individuals. Plaintiffs may also file objections, if any. Absent timely objections, the individuals will begin work with the experts.

Accordingly,

**IT IS ORDERED** the Clerk of Court is directed to disburse from the amounts previously deposited the following amounts:

- Bart Abplanalp, Ph.D.: $1,420.00;

- Scott R. Frakes: $952.50;
- Lara Strick, MD: $3,125.00.

**IT IS FURTHER ORDERED** the Clerk of Court must forward a copy of this Order to the Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona.

**IT IS FURTHER ORDERED** no later than **March 14, 2023**, any objections to the appointment of administrative support staff must be filed on the docket.

Dated this 7th day of March, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge

Bart Abplanalp, Ph.D.

February 25, 2023

# Invoice #BA00005

To:
    District of Arizona
    United States District Court

In the Matter of:
    *Ryan versus Parsons*

For the period: February 1-28, 2023.

Please process payment for the following:

| Professional Services | Hours | Rate | Total |
|---|---|---|---|
| Consultation   (February 2023) | 4.73 | $300/hr | $1420.00 |

    Total due:     $1420.00

    Due date:     04/01/23

Scott R. Frakes<br>
**SRFrakes Consulting LLC**<br>
Connell, WA  99326

February 26, 2023

Invoice
_____

Client: US District Court for the District of Arizona

In the matter of: Jensen v. Shinn

For the period: January 25 – February 26, 2023

| Professional Services | Hours | Rate | Total |
|---|---|---|---|
| Interviews, policy reviews, general communication | | | |
|   In Arizona | 0.0 | | |
|   Outside Arizona | 4.23 | $225/hr | $952.50 |
|     Total Services | | | $952.50 |

| Expenses | Amount |
|---|---|
| None | |
|     Total due: | $952.50 |

*Please make check payable to:  SRFrakes Consulting*

Lara Strick, MD, MS, DTMH

February 27, 2023

# INVOICE

To:    U.S. District Court for the District of Arizona

In the matter of:  Jensen v. Shinn Case 2:12-cv--00601-PHX-ROS

For the time period: January 12 - February 27, 2023

| Professional Service | Unit Fee | Units | Dollars |
|---|---|---|---|
| Consultation services | | | |
|    In Arizona | $500/hour | 0.0 hours | $0.00 |
|    Outside Arizona | $500/hour | 6.25 hours | $3125.00 |
| Expenses | | | |
| Total amount of this invoice | | | $3125.00 |

Please remit check to:

If you have any questions, please call            . Thank you.

*Lara B Strick* (signature)

Lara Strick, MD, MS