# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court received unsolicited correspondence from a class member's parent to advise the Court about the healthcare the class member was receiving. The correspondence will be placed on the docket and forwarded to lead counsel. The entry will be sealed, however, because it contains personal information regarding the author and the class member. The Court advises the class member's parent that if the class member wishes to challenge the healthcare he is receiving, he must file his own individual action.

**IT IS ORDERED** the correspondence dated February 26, 2023, will be docketed under seal with copies to David Fathi and Daniel Struck. A copy of this Order must be sent to the letter's author. No further action will be taken.

**IT IS FURTHER ORDERED** this Order shall not be sealed.

Dated this 7th day of March, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge