1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF ARIZONA**

9

Shawn Jensen, et al.,

NO. CV-12-00601-PHX-ROS

10

Plaintiffs,

**ORDER GRANTING JOINT**
**MOTION FOR EXTENSION OF**

11

v.

**TIME TO FILE OBJECTIONS TO**
**THE COURT'S PROPOSED**

12

Ryan Thornell, et al.,

**INJUNCTION (Dkt. 4380)**

13

Defendants.

14

The Court, having reviewed the Joint Motion for Extension of Time to File

15

Objections to the Court's Proposed Injunction (Dkt. 4380), and good cause appearing,

16

IT IS ORDERED that the Joint Motion is GRANTED.

17

IT IS FURTHER ORDERED extending the deadline for the parties and Naphcare to

18

file objections to the Proposed Injunction to March 17, 2023.

19
20
21
22
23
24
25
26
27
28