# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>        Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>        Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

The parties seek an additional seven days to file objections and suggested modifications to the proposed injunction. (Doc. 4398). The requested extension is due to discussions among the parties and the Court-appointed experts that may produce modifications agreeable to the parties and experts. The requested extension will be granted.

Finally, Naphcare requested and was granted leave to address the proposed injunction. (Doc. 4380). The parties' motion for extension does not reference Naphcare but the proposed order submitted by the parties does. (Doc. 4398-1). The Court will also grant Naphcare an extension of time to file its objections to the proposed injunction.

Accordingly,

…

…

…

…

1  **IT IS ORDERED** the Motion for Extension of Time (Doc. 4398) is **GRANTED**.
2  The parties and Naphcare shall file their objections no later than **March 17, 2023**.
3  Dated this 10th day of March, 2023.

_____
Honorable Roslyn O. Silver
Senior United States District Judge