Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-4552
Fax:  (602) 200-7850
jpopolizio@jshfirm.com
jackerman@jshfirm.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                        Plaintiffs,<br><br>v.<br><br>Ryan Thornell, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services, Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>                                        Defendants. | No. 2:12-cv-00601-ROS<br><br><br>**AMICUS CURIAE NAPHCARE'S OBJECTIONS TO AND COMMENTS ON DRAFT INJUNCTION** |

*Amicus Curiae* NaphCare, Inc. d/b/a NaphCare Arizona, LLC (hereinafter collectively referred to as "NaphCare"), pursuant to the Court's January 9, 2023 Order [Doc. 4380], as amended March 10, 2023 [Doc. 4399], hereby respectfully submits its comments and written objections to the Court's Draft Injunction as set forth below.

## I.      BACKGROUND.

NaphCare assumed control of healthcare operations in Arizona's prisons pursuant to a contractual agreement with the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") on October 1, 2022.  Since day one, NaphCare has significantly improved the healthcare delivery system.  That success began with NaphCare installing its proprietary electronic health record and operating system, TechCare, in all nine

state-run Arizona prison complexes.  The following represent just some of NaphCare's notable accomplishments to date.

- NaphCare programmed evidence-based algorithms into TechCare to identify high acuity and high-risk patients, automatically schedule appointments with providers, and prioritizing providers' time to meet the needs of higher acuity patients. Upon contract start for the ADCRR, NaphCare identified approximately 500 patients that fit into the high acuity category, and began tracking these patients and providing focused case management and intervention.

- NaphCare's in-house pharmacy, NaphCare Rx, has implemented systems to improve medication processes across ADCRR. NaphCare pharmacists review all pharmacy-related Health Needs Requests (HNRs) and provide a response directly to the patient via TechCare. This helps ensure patients receive medications in a timely manner and promotes patient inclusion in their health care. Using TechCare, NaphCare has standardized medication order entry across all complexes and implemented a system to prevent chronic care medications from expiring without being renewed to ensure that patients' chronic medications are not disrupted.

- Within two months following the contract start date, NaphCare hired 30% more team members than the ADCRR's prior healthcare vendor, and currently employs more than 1,150 hard-working men and women working on the ADCRR healthcare services contract, exceeding the numbers required by the contract.

- NaphCare implemented QUALCare, a team of 14 full time Arizona-licensed medical and psychiatric mid-level practitioner, to provide 24/7 provider level services to the patients at each site.

2

NaphCare is now working hard to further improve care in the prison system. NaphCare is working to advance its MyCare Wellness Program to provide increased patient education and communication with patients through the tablets, improve emergency response by adding Emergency Medication Technicians to the staffing, and increase access for patients to specialty telemedicine consults. NaphCare is also working to install TechCare within the privately run prisons, which will create one unified electronic health record and operating system for all residents in the Arizona prisons, dramatically improving care in the privately-run prisons, improving continuity of care, and creating efficiency information sharing systems as patients are transferred between facilities.

In summary, NaphCare is a mission-driven company working hard to achieve its mission in the Arizona prisons to *improve and save lives in corrections through innovation and excellence.* While there remains much work ahead, NaphCare has established a solid track record of success in just over five months on the job. NaphCare and its associated clinicians are committed to continuing to improve the incarcerated patients' health outcomes throughout Arizona and to working closely with the state to create a superior prison healthcare model. It is NaphCare's hope that this Court will order injunctive relief that is well informed and well designed to facilitate continued improvement in the healthcare delivery stems for its patients in the Arizona prison system. NaphCare is grateful for the opportunity to provide input to the Court.

## II.   OBJECTIONS, PROPOSED REVISIONS, AND RECOMMENDATIONS TO THE COURT'S DRAFT INJUNCTION.

NaphCare appreciates the opportunity to recommend proposed revisions and clarifications – including in select areas where NaphCare leaders are concerned that the Court's contemplated Order could present the risk of reducing the level of care NaphCare has already achieved since assuming the role of healthcare provider on October 1, 2022. NaphCare notes that it received from counsel for ADCRR a revised, proposed Order in redline format on March 17, 2023, which NaphCare understands to represent the Parties' consensus set of recommended revisions as of that date. NaphCare directs its comments to this proposed, revised Order.

3

With regard to any areas of the Order not mentioned by NaphCare in this document, NaphCare agrees that it is able to comply with the Court's proposed mandates subject to reaching agreement with the ADCRR on the necessary contractual revisions.

### A.   NaphCare's Chief Concern(s).

NaphCare's chief concern with the original proposed Order was with the care model outlined in Section 7.4.   As it is recommended to be revised by the Parties to permit a system that will require patients to indicate the reason they wish to be seen by the Provider, NaphCare believes that this contemplated model is more workable.   The revised proposed terms of the Court Order are as follows:

**7.4  Non-Urgent/Non-Emergent Care**

**7.4.1   Prisoners shall be given on a daily basis an opportunity to indicate their need to be seen for a medical clinic appointment at the next available clinic by one of the following mechanisms, depending on their living situation, freedom of movement, and access to electronics:**

- **affixing their name to a time slot on a paper list maintained on the living unit or in the medical unit;**
- **affixing their name to a time slot on an electronic list via tablet or kiosk;**
- **informing the nurse who conducts daily (or more frequent) welfare checks on that unit;**
- **an effective paper-based system developed by Defendants in the event of temporary non-functioning of the electronic system.**

**7.4.2   Prisoners should only use this system if they have a non-urgent need.  Prisoners with urgent or emergent needs should notify a staff member.  A reminder of these rules shall be communicated via the medium the prisoners use to make requests (*e.g.*, a statement placed on the paper or electronic sign-up list).**

**7.4.3   Deleted.**

**7.4.4   Defendants shall retain for the monitors to access all lists, paper or electronic, for their review.**

**7.4.5   To allow for effective monitoring of healthcare staffing levels, any appointment made that does not occur shall not be erased but shall be notated as not completed.**

**7.4.6   Defendants may continue to allow prisoners to submit Health Needs Requests ("HNR") for administrative requests that do not require a clinical encounter or clinical judgment, such as, but not limited to: a medication refill request; inquiring about the date of an appointment; a request for health records, etc.**

4

7.4.7   All non-urgent/non-emergent care at the request of a prisoner shall be completed in a reasonable time.  In addition to other qualitative indicators, "reasonable time" means that on average, there shall be at least three unused appointment slots per week on each medical practitioner's schedule who is expected to carry a full prisoner caseload for their job category; one unused appointment slot if the practitioner is scheduled for one day or less of prisoner visits; and two unused appointment slots if the practitioner is scheduled for more than one day but less than a full prisoner caseload.

7.4.8   Except as noted in this paragraph, initial care shall be provided by a medical practitioner, or another health professional as directed by a physician or APP, as clinically appropriate.  The initial care provider shall be the prisoner's primary care medical provider unless that provider is not on the premises nor conducting telehealth visits at the time.  Pursuant to prisoner-specific direction provided by the medical practitioner, RN may provide initial care for a limited number of conditions that are simple, rarely serious, rarely confused with serious conditions, and appropriately treatable with self-care and/or over-the-counter medications provided that the RN operates under clinically appropriate protocols approved by the monitors.  This paragraph does not have any impact on the protocols LPNs or RNs use in the first few minutes of an emergency while waiting for contact with a practitioner or arrival of emergency services.  Defendants shall track and report the number of initial care visits completed by RNs.

7.4.9   Within six months of the issuance of this Order, Defendants may seek the Court's permission to introduce nursing triage.

NaphCare agrees with the goal to ensure that all patients have the ability to access a practitioner.  In a perfect world, all patients, including in the community, could readily see their practitioner on demand.  The reality, however, is that both in the free world and in the incarcerated world, healthcare resources are finite.  There are not enough practitioners to provide unbridled access to patients.  As a result, modern emergency rooms, physician clinics, surgery facilities and hospitals create a system of organizing patient requests by learning of the patient's symptoms and then triaging how soon the patient should be seen and by whom.  This is critical because without this system of triage, physicians would be treating the common cold while the patients with the acute stroke or other urgent or emergent needs were dying.

11505526.1

NaphCare has made tremendous strides in providing improved access to care and appropriate triage by implementing TechCare, QUALCare and an automated HNR (Health Needs Request) system, complete with responses and triage, and by hiring more staff. While NaphCare believes that it can implement a workable care model in partnership with ADCRR, consistent with the revised terms of proposed Section 7.4, NaphCare notes that this proposed model of care is untested and not currently in use in any other prison facility to its knowledge. NaphCare therefore seeks flexibility and substantial deference in designing and implementing a care model to meet these requirements.

**B.    NaphCare's Other Recommendations.**

**Medical and Mental Health Overall Requirements**

**1.   General Requirements**

**1.9 Directors of Nursing may not spend more than 15% of their time providing scheduled or unscheduled prisoner care.**

NaphCare does not object to this requirement as it pertains to Directors of Nursing and requests clarification that it does not pertain to Assistant or Associate Directors of Nursing, who do often need to help their teams by providing scheduled or unscheduled work.

**1.16. No later than three months after issuance of this Order, Defendants shall fill all positions required by the current contract with the health care vendor including any modifications, addenda, or updates and the additional positions defined in sections 6.1 and 12.1. A filled position is one in which there is an incumbent receiving a salary for the full intended time commitment of the position and is not on long term leave, e.g., FMLA. An individual may not fill more than 1.0 FTE. Defendants may use registry staff to fill up to 15% of these FTE in each job category.**

NaphCare appreciates that this language includes the use of per diem (prn), staffing agency/registry, locum tenens, part time and full time staff, which is absolutely necessary to provide healthcare to any large setting in the current labor market. While the proposed terms have been revised to only allow NaphCare to work up to 15% registry staff, this restriction appears workable moving forward, as currently just under 15% of NaphCare's

6

nurses are Registry staff, and NaphCare is making steady progress to decrease utilization of Registry nurses. (NaphCare notes that during the earlier start up period it previously did utilize staffing agency nurses modestly in excess of 15%.)

However, NaphCare does wish to maintain as much flexibility as possible in filling shifts through all available means. Hospitals require the use of temporary contract staff members and at this time, having taken over the contract from a vendor who left many vacancies, NaphCare will continue to employ a model supplemented with temporary staff until permanent staff can be hired in due time.

NaphCare notes that some locations present greater challenges than others to recruit staff.  Additionally, positions that are not readily available via agency/registry, such as certain mental health positions, will be particularly hard to fill quickly and will certainly take much longer than three months to fully fill.  NaphCare is currently filling the entire nursing schedule by supplementing its permanent hires with agency.  As this is not an option for all disciplines, due to agency limitations, and as a result of the many impracticalities of a mandate to fill all positions within three months, NaphCare requests that it be provided a more flexible time frame to add any additional staff mandated by the Court's final Injunctive Relief Order.

**1.18. A staff position may be filled by persons employed by ADCRR, its health care contractor, or under temporary contract.**

NaphCare interprets this section to include the use of temporary contracts, staffing agency/registry (up to 15% of positions) and locum tenens and agrees with the Court on this provision. So long as this interpretation is correct, NaphCare does not object to this provision.

**1.24. Defendants shall take all reasonable steps to fill all staffing vacancies. Presently, the Court will not mandate an increase in compensation to fill vacancies.  However, the Court will do so in the future should chronic understaffing continue.**

NaphCare greatly appreciates the Court's stance on this.  NaphCare currently has more than 1,150 staff employed under the current matrix that requires only 1,110.9

employees (as amended February 1, 2023).   NaphCare inherited a very poorly staffed environment on October 1, 2022, and has spent enormous amounts of funds in order to quickly staff up by using all resources at hand, to include the use of extremely expensive agency/registry and locum tenens services.   As a result, all patient care needs are currently being met, which NaphCare believes to be critically important.   NaphCare has been more than willing to spend heavily and far beyond its budget in order to make sure this was accomplished.

In today's healthcare market, the ability to consistently staff any healthcare facility relies heavily upon the ability to pull from agency, registry, locum tenens and NaphCare's own temporary contract staff.  Accordingly, NaphCare requests clarification from the Court that ADCRR should continue to recognize temporary staff (including up to 15% registry) as filling shifts and vacancies, in accordance with the Court's section 1.18 above.

## **MEDICAL**

**6. Staffing**

**6.1 Within three months of this Order, Defendants shall hire an additional seven physician to be allocated at the six corridor facilities based on patient need. Defendants may utilize locum tenens to hire these positions, but will be required to have no more than 15% locum tenens for this job category after six months of the signing of the order. "Physician" refers either to an M.D. or D.O. "APP" refers to advanced practice practitioners with titles of nurse practitioner or physician assistant.**

**6.2 Facility Medical Directors ("FMD") in low intensity facilities shall be assigned as the primary care provider for patients who need physician level care. Only APPs will be assigned patients who do not require a physician as their primary care provider. FMDs in high intensity facilities shall be assigned up to 100 patients as the primary care provider and shall have no other scheduled patient care assignments including supervision of APPs or as the scheduled provider for specialized units such as IPC or SNU. This does not limit FMDs from occasional unscheduled clinical supervision and care activities. A "low intensity" complex is one where the average number of prescription medications, measured by the same method used by Defendants and shared with the Court-appointed monitors in November 2022, is no more than 1.75 active prescribed medications on average per complex prisoner. All other complexes are "high intensity." At present, the low intensity complexes are Douglas, Winslow, and Safford. That may change, however, based on population and prescription changes at each complex.**

**6.3 Prisoners are assigned to the APP caseload in a clinically appropriate manner, *i.e.*, prisoners with multiple or complex medical conditions are only assigned to physician caseloads.**

**6.4 All medical physicians–at hiring and during employment–shall be board certified in Internal Medicine or Family Practice, or board eligible if within 7 years of their completion of an ACGME approved residency in one of these 2 specialties, with the following exceptions:**

  **6.4.1   medical directors, shall be board certified at hiring and during employment;**

  **6.4.2   physicians providing obstetric and gynecologic services shall be board certified or board eligible if within seven years of their completion of an ACGME approved residency in obstetrics and gynecology; and**

  **6.4.3   physicians who are currently employed and are not board eligible may remain employed for no longer than one year after issuance of this Order.**

NaphCare wishes to advise the Court of its view that the Parties' proposed revisions represent a significant improvement of this section.  NaphCare also agrees with the addition of seven physicians to its staffing matrix as an appropriate and helpful staffing enhancement.

However, NaphCare respectfully disagrees with the proposed restrictions on credentials for physicians it may hire and retain as set forth in Section 6.4.  NaphCare is gravely concerned that there may not be enough Board-Certified Internal Medicine and Family Medicine physicians, who wish to leave their current practice and work in a prison setting, to quickly increase physician staffing as envisioned.  As of 2019, Arizona ranked 31st of 50 states for total physicians with active licenses at 235.8 per 100,000 population and 42nd for total active Primary Care Physicians (PCPs) at 77.9 per 100,000 (US is 91.7 per 100,000).   An additional 558 PCPs are needed in Arizona to meet current community need.  *See Arizona Primary Care Physician Workforce Report, October 2019* at p. 3*,* attached as **Exhibit A**.  According to page 7 of Exhibit A, in 2017, 27.4% of Arizonans did not have a personal doctor and 32% who tried to get an appointment were delayed.  *Id.* at p. 7.

The mandate to hire only Board Certified Internal Medicine and Family Medicine physicians leaves NaphCare unable to hire Emergency, Geriatric, Infectious Disease or other physician specialties that are commonly employed or contracted in this setting.  Additionally, these restrictions could require NaphCare to have to terminate the employment

9

of one or more physicians who are performing admirably and hire new physicians to fill the vacancies created.  Thus, NaphCare is concerned that it will be significantly hindered in its ability to hire physicians as required by the proposed terms of the Court's order.

NaphCare respectfully submits that restricting a healthcare provider's ability to hire physicians that are limited to only two specialties is unhelpful and does not appear to fit the requirements that injunctive relief be "narrowly tailored," *Melendres v. Arpaio*, 784 F.3d 1254, 1267 (9th Cir. 2015), that the relief "must directly address and relate to the constitutional violation itself," *Milliken v. Bradley*, 433 U.S. 267, 282 (1977), and must not "require more of state officials than is necessary to assure their compliance with the constitution," *Gluth v. Kangas*, 951 F.2d 1504, 1509 (9th Cir. 1991) (internal quotation marks omitted).  Additionally, the requirement that NaphCare hire only Board-Certified (as opposed to Board Eligible) physicians in one of two areas of specialty is difficult to reconcile with authority providing that the Constitution does not require prisons to provide state-of-the-art medical care.  *See e.g., Provencio v. Vazquez*, 1:07-CV-00069-AWIJLT, 2010 WL 2490942, at *9 (E.D. Cal. June 16, 2010), report and recommendation adopted, 1:07-CV-00069, 2010 WL 2873358 (E.D. Cal. July 21, 2010).

In summary, NaphCare respectfully seeks a revision to the credentialing requirement to allow NaphCare to hire physicians who are Board Eligible in any appropriate area of practice.

**8. Referrals**

**8.6. The ordering practitioner's order is the controlling order and is not merely a request for authorization. While suggestions or recommendations may be made by others, e.g., utilization management personnel, to modify the order, the order is only modifiable by the ordering practitioner, their direct clinical supervisor, or, in the ordering practitioner's absence, another practitioner covering for them. The practitioner writing, modifying, or cancelling the order has a patient-practitioner relationship with the prisoner and assumes clinical responsibility for the decision.**

NaphCare respectfully seeks modest revision of this mandate to allow for the full functioning of NaphCare's Utilization Management (UM) process. NaphCare understands

that the goal of this section is to give onsite providers full authority to provide the care of their choice.   It is important to point out, however, that this section controverts community medicine and recognized medical standard of care processes.   Allowing the primary care practitioner to ultimately control the ordering of offsite specialty care may exceed their scope of practice if they are ordering specialty treatments or procedures.   NaphCare uses not only utilization management/review standards of care, but also provides specialist consultants, such as orthopedists, ophthalmologists, endocrinologists, etc., to work with our onsite providers to help them develop specialty care plans.   The specialists also recommend what priority level is needed.

All private and public (Medicare, Medicaid) insurance companies include a utilization management/review process, wherein the process has the ability to deny payment and approval of care, if that care is deemed not medically necessary or appropriate. This process exists to ensure, for example, that surgical care is not ordered in a situation where physical therapy would solve the condition just as well and without the risks of infection or complications.  This, again, is to ensure that the nation's healthcare delivery system is not overwhelmed, and that resources are always available for those who are most acutely ill, and that the best plan of care is developed for patients on a case by case basis.

In all these respects, NaphCare respectfully asserts that its UM model more than meets the goal of the Court, while respecting community practices that have been in place for decades (and that are generally utilized in all state prison systems). Under the model we are currently developing, many provider requests for offsite specialty care will go straight to a provider specialist for review, rather than through a utilization management nurse.  For example, if the onsite physician requests an ophthalmologist consult, this request will go straight to an ophthalmologist consultant for review and approval.   If the request is appropriate, it will be promptly approved. If the request appears to be not medically necessary or appropriate, the specialist will recommend an alternate plan of care to the site practitioner. This automated and streamlined process will ensure that requests are properly vetted and care provided at the highest appropriate level.

11505526.1

NaphCare recognizes the rationale behind this proposed mandate and that it is certainly possible that a Utilization Management process could be misused by a misguided corporation or insurance company to deny needed care.  NaphCare never has and never will deny needed care.  NaphCare's UM process is a collaborative one between our onsite and corporate physicians and contracted specialists to ensure that the right care is provided in the right place and at the right time.

As an alternative to this mandate, NaphCare would like the opportunity to work with the Parties to fashion revised terms that will provide for regular reporting to Plaintiffs' counsel to ensure that the UM process is transparent and used appropriately to ensure the development and implementation of the best possible care plans for each patient. Should any concerns arise regarding an allegation that needed care is being denied, any such issues could be addressed promptly by the Court's experts/monitors on a case by case basis.

**11. Disease Specific Requirements**
   **11.1. Hepatitis C**
      **11.1.1. Prisoners shall receive treatment for hepatitis C infection ("HCV") according to the following requirements: \*\*\***

NaphCare understands the Court's goal to treat this population for HCV, and NaphCare can increase care and treatment as ordered by the Court.  NaphCare's plan had originally been to fully treat the Hepatitis C patient population over a several-year period. NaphCare originally bid on the ADCRR prison healthcare contract using a pricing model that included providing treatment for 100 HCV patients at a time, which is approximately 30 patients per month.

To date, NaphCare has made great progress in importing incomplete and disorganized patient information maintained by the prior health care vendor, reviewing that information, and assessing the patient population to identify those patients most in need of treatment.  NaphCare has identified just over 300 patients who are prioritized for treatment based on a clinical assessment of disease progression and fibrosis scores. NaphCare is

11505526.1

committed to treating those patients in greatest need first and steadily making progress to increase treatment over time based on appropriate clinical considerations.

NaphCare is willing and able to increase treatment as envisioned by the Court pursuant to a contract amendment that will address the reality that this mandate will result in costs far in excess of NaphCare's budget.  However, NaphCare respectfully submits it should be allowed discretion under the Order to triage and schedule commencement of treatment based on appropriate clinical factors and the relative needs of the patient population.

## MENTAL HEALTH

**15.10    Restraints used by mental health clinicians for clinical purposes shall comply with the following: \*\*\***

**15.10.2. Restraints shall be ordered and reviewed only by a psychiatric practitioner or psychologist.**

NaphCare is not opposed to this language so long as the restriction in section 15.10.2 is clearly limited by the qualifying context provided in 15.10.  NCCHC standards distinguish between clinically-ordered and custody-ordered restraints.  Any mandate in this area should only require approval of a psychiatric provider or psychologist for "Clinical restraints" rather than "restraints".  A healthcare provider would not order security restraints, only clinical restraints, pursuant to national accreditation standards and requirements.  As a matter of policy, NaphCare does not consider restraints to be a clinical intervention, and does not order restraints for clinical purposes.   Therefore, it is not anticipated that these requirements will have any impact on NaphCare's operations.

## III.    CONCLUSION.

NaphCare agrees with and is already compliant with the majority of the Court's items related to healthcare in this injunction.  NaphCare appreciates the opportunity to request additional consideration on the items raised here.  NaphCare has been providing exceptional correctional healthcare services across the nation for over 34 years and maintains an exemplary level of accreditation success and client satisfaction.  NaphCare is committed to being a collaborative partner with the ADCRR, this Court, the Plaintiffs in this case, and all who share

our interest in advancing and improving healthcare in the Arizona prisons.  NaphCare has

great faith in the ADCRR leadership to continue working in partnership to provide excellent

health care services to our patients in the Arizona prisons.

DATED this 17th day of March, 2023.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Joseph J. Popolizio
   Joseph J. Popolizio
   Justin M. Ackerman
   40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendants


**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2023, I caused the foregoing

document to be filed electronically with the Clerk of Court through the CM/ECF System for

filing; and served on counsel of record via the Court's CM/ECF system.



/s/Karen Gawel

14



*EXHIBIT A*

# Arizona Primary Care Physician Workforce Report

## OCTOBER 2019



THE UNIVERSITY OF ARIZONA
MEL & ENID ZUCKERMAN COLLEGE OF PUBLIC HEALTH
Center for Rural Health

## Acknowledgements

The Arizona Center for Rural Health appreciates the guidance from Tom Ricketts at the University of North Carolina Cecil G. Sheps Center for Health Service Research, the timely data processing provided by the Arizona Medical Board, and the support of the Arizona Area Health Education Center Program.

This report sponsored by support from the Arizona Center for Rural Health and the Arizona Area Health Education Center at the University of Arizona Health Sciences.

Suggested citation: Koch B, Coates S, Campos-Outcalt D, Carter H, and Derksen D. Arizona Primary Care Physician Workforce Report 2019.

For questions or comments about this report contact:

Bryna Koch brynak@email.arizona.edu .

## Contents

Executive Summary: Arizona Primary Care Physician Workforce 2019 ........................................................ 3

Primary Care Physician Workforce ............................................................................................................ 5

    The Medical and Osteopathic UME and GME Physician Education Pipeline ........................................ 6

    Workforce Ratio Standards and Physician Shortages ........................................................................ 7

    Access and Coverage ........................................................................................................................ 7

Methods .................................................................................................................................................. 8

    Data Source .................................................................................................................................... 8

    Data Cleaning ................................................................................................................................. 8

    Approaches to Defining Primary Care Physicians and Practitioners Vary ......................................... 8

    Geography ...................................................................................................................................... 9

    Limitations ................................................................................................................................... 10

    Arizona Demographic Overview .................................................................................................... 10

    Primary Care and Non-Primary Care Physicians by State and County ............................................. 10

    Primary Care and Non-Primary Care by Rural-Metro Designation .................................................. 11

    Primary Care and Non-Primary Care by Location and Age ............................................................. 13

    Primary Care and Non-Primary Care by Location and Medical School ............................................ 13

Conclusion ............................................................................................................................................ 19

    PCP and NPCP Overview ............................................................................................................... 19

    Education Pipeline Overview .......................................................................................................... 19

References .............................................................................................................................................. 20

Appendix A ............................................................................................................................................. 22

Appendix B ............................................................................................................................................. 23

Appendix c ............................................................................................................................................. 24

Appendix D ............................................................................................................................................. 25

# Executive Summary: Arizona Primary Care Physician (PCP) Workforce 2019

### Overview

- The Association of American Medical Colleges estimates that Arizona ranks **31st of 50 states for total physicians with active licenses at 235.8 per 100,000 population** and **42nd for total active PCPs at 77.9 per 100,000 (U.S. is 91.7).**

### Need

- The Health Resources and Services Administration (HRSA) estimates Arizona needs **558 PCPs to meet current need.**

- The Robert Graham Center estimates Arizona will need **1,941 PCPs by 2030.**

- Since 2013, **423,000 Arizonans gained health insurance coverage.**



**558** Primary Care Physicians needed now

**1,941** and by 2030

### Distribution

- Arizona meets **40% of its PCP need**.

- There are just over **two times** the number of specialist physicians (11,585) compared to primary care physicians (5,362) with active licenses in Arizona.

- The ratio of PCPs in Arizona is **74.8 per 100,000.**

- The ratio of Non-Primary Care Physicians (NPCPs) in Arizona is **161.5 per 100,000 population.**

- Physician practices are concentrated in urban areas; **92% of Arizonans live in urban areas** using the Rural-Urban Commuting Area (RUCA) definition; **95.3% of physicians practice in urban areas.**

- The **ratio of PCPs is highest (80.1 per 100,000) in urban areas** and **lowest (10.1 per 100,000) in isolated small rural towns.** This is also true for NPCs.



**Physicians with Active Licenses: PCPs vs. NPCPs**

**Arizona Physicians per 100,000 by Location**

### Education

- **13.6% (2,299)** of Arizona's licensed physicians attended Undergraduate Medical Education (UME – osteopathic (DO) or allopathic (MD) medical school) in Arizona.

- Of Arizona UME graduates, **39.7% are PCPs.**

- Of UME graduates from other states or countries, **30.4% are PCPs.**



**Undergraduate Medical Education of AZ PCPs: AZ vs. Out of State**

3

## Introduction

The Institute of Medicine (now the National Academies of Science) report "Primary Care: America's Health in a New Era" defines primary care as "the provision of integrated, accessible health services by clinicians who are accountable for addressing a large majority of personal health care needs, developing a sustained partnership with patients, and practicing in the context of family and community" (Donaldson, Yordy, Lohr, & Vanselow, 1996; Starfield, 1998). Primary care can include:

- care provided by certain clinicians (e.g., family medicine physicians),
- a set of activities (e.g., immunizations),
- a level or type of health care setting (e.g., community health centers),
- a set of attributes (e.g., accessible, comprehensive),
- a strategy for health system organization (Shi, 2012).

Primary care, public health and population health are connected. Primary care provides services that support population health. Primary care assures timely preventive and acute care, and the early identification and appropriate management of chronic conditions. The World Health Organization defines public health as "a state of complete physical, mental and social well-being and not merely the absence of disease or infirmity" (WHO, n.d., para. 1, 1948). The Institute of Medicine says "Public health is what we, as society, do collectively to assure the condition in which people can be healthy (IOM 1988).

Figure 1. IHI Triple Aim



The Triple Aim calls for a redesign of primary care services and system integration to improve a costly U.S. health system that is out-performed by other developed countries. An integrated primary care system could improve health outcomes at lower per capita costs (Berwick, 2012; Levine, Landon, & Linder, 2019; Shi, 2012; Starfield, Shi, & Macinko, 2005).

This report focuses on the primary care allopathic and osteopathic physician workforce. Other primary care components - family nurse practitioners, physician assistants, providers, activities, settings, attributes, and delivery strategies will be covered in future reports.

## Goals of the Report

This report uses publicly available physician data with the goals of:

- establishing a 2019 Arizona physician distribution and baseline,
- reporting physicians with active licenses in Arizona who graduated from Arizona UME,
- identifying limitations of the data,
- using data to guide policy recommendations to increase the primary care physician workforce, including strategies for recruitment and retention, and
- informing future efforts to improve the consistency and accuracy of health workforce data collection.

This report aims to provide data on the distribution of the physician workforce and the differences in the distribution of physicians by training location and specialty. This data can assist in efforts to ensure that Arizona develops programs and policies that build a health care system that addresses the needs of all communities.

## Primary Care Physician Workforce

The Association of American Medical Colleges (AAMC) publishes an annual snapshot of the physician workforce by state using American Medical Association (AMA) Physician Masterfile data. AMA data includes active allopathic and osteopathic physicians working 20 hours a week or more. AAMC primary care data includes any physician with a self-reported primary specialty of family medicine, general practice, geriatric medicine (family practice), geriatric medicine (internal medicine), internal medicine, medicine-pediatrics, pediatrics, adolescent medicine (pediatrics) (Association of American Medical Colleges, 2017 ,p.3).

Arizona ranks 31st at 235.8 total physicians (MD, DO) per 100,000 population (State median is 257.6) and 42nd at 77.9 primary care physicians per 100,000 (State Median is 90.8). See Figures 2 and 3. (Association of American Medical Colleges, 2017).

Figure 2. Active Physicians per 100,000 population from the 2017 AAMC State Physician Workforce Report





Figure 3. Active Primary Care Physicians per 100,000 population from the 2017 AAMC State Physician Workforce Report

| Table 1. Physicians per 100,000 Population, AAMC Physician Workforce Report 2017 | | | | |
|---|---|---|---|---|
| | Active Physicians | Rank | Active Primary Care Physicians | Rank |
| Arizona | 235.8 | 31st | 77.9 | 42nd |
| U.S. Overall | 236.8 | na | 91.7 | na |

## The Medical and Osteopathic UME and GME Physician Education Pipeline

Undergraduate Medical Education (UME) is a component of the medical and osteopathic physician education pipeline in the U.S. After receiving an undergraduate degree (e.g., Bachelor of Science), students apply to a four-year undergraduate medical or osteopathic school (UME). Graduate Medical Education (GME) follows also known as residency and fellowship training. Arizona UME enrollment increased by 110.9% and GME by 37% from 2006-16, growth rates higher than the national average.

| Table 2. UME Enrolled Students, AAMC Physician Workforce Report 2017 | | | | |
|---|---|---|---|---|
| | Total UME Enrollment | Ratio per 100,000 | Rank | Percent Change in Enrollment | Rank |
| Arizona | 2,269 | 32.7 | 23rd | 110.9% | 4th |
| U.S. overall | na | 35.4 | na | 32.8% | na |

| Table 3. GME Enrolled Residents & Fellows, AAMC Physician Workforce Report 2017 | | | | |
|---|---|---|---|---|
| | Total GME Enrollment | Ratio per 100,000 | Rank | Percent Change in Enrollment | Rank |
| Arizona | 1,704 | 34.6 | 37th | 37.4% | 7th |
| U.S. overall | 122,002 | 37.8 | na | 14.5% | na |

Arizona retains 42% of its Arizona UME graduates (ranks 19th of all states) and 49% of its GME graduates (ranks 16th) in the state to practice (AAMC 2017).

## Workforce Ratio Standards and Physician Shortages

Physician shortage data, analyses, forecasts, conclusions and recommendations vary from whether there is a physician shortage at all, to geographic and distributional physician shortages of certain providers (e.g., primary care physicians and general surgeons), to barriers to accessing needed physician services in a timely manner (e.g., for the uninsured, the elderly, those covered by Medicare and/or Medicaid, and populations living in rural and urban underserved areas).

The Agency for Healthcare Research and Quality (AHRQ) reports the patient panel size for a primary care team is 1,500 or 2,000 patients (Knox, Brach, & Schaefer, 2015). The Health Services Research Administration (HRSA) designates a primary care physician shortage as exceeding a 1:3000 to 1:3500 physician to population ratio. Other high need primary care area criteria include at least 20% of the population at or below 100% of the Federal Poverty Level (FPL); over 100 births per year per 1,000 women ages 15-44; over 20 infant deaths per 1,000 live births; and insufficient capacity (Ryan, 2016).

### AHRQ Patient Panel
# 1:1,500 or 1:2,000

### HRSA Shortage Threshold
# 1:3,000 or 1:3,500

## Access and Coverage

Since 2013 Arizona's uninsured rate decreased from 17% to 10% with 423,000 Arizonans gaining coverage (Barnett, Jessica C., Berchick, Edward R., 2017). Enrollment in the Arizona Health Care Cost Containment System (AHCCCS), Arizona's Medicaid program, increased from 1,297,150 in December 2013 to 1,880,641 in July 2019 after Medicaid eligibility expansion in January of 2014 (Arizona Health Care Cost Containment System, 2017).

In 2017, 27.4% of Arizonans indicated they did not have a personal doctor (Centers for Disease Control and Prevention, 2017). Only 67.3% visited a doctor for a routine checkup in the past year (Centers for Disease Control and Prevention, 2017).

Eighteen percent of Arizona adults had two or more chronic diseases, 38% of high need adults (defined as a functional limitation and two or more chronic diseases) delayed needed medical care for reasons other than cost, 35% delayed care because of transportation, and 32% delayed because they could not get an appointment in time (Radley, Hayes, & McCarthy, 2017).

## Physician Workforce Questions:

Data, analysis and recommendations are intended to inform policy, programmatic, and education interventions to improve access to high quality primary care for all Arizonans. Arizona's population continues to grow and more have coverage through Medicaid, Medicare, private and employer sponsored health insurance. This report aims to answer:

1) What is the current number and physician to population ratio of primary care and other physicians in Arizona, by county, by rural versus metropolitan areas?
2) How many physicians practicing in Arizona completed their undergraduate medical or osteopathic education UME education in Arizona?

# Methods

## Data Source

The primary source is generated with data from the Arizona Medical Board and the Arizona Board of Osteopathic Examiners. These boards provide a single point-in-time data snapshot of physician licensee information in Arizona. Physicians in Arizona are required to renew their license every two years based on the licensee's birth date or by December 31. Appendix A lists the data elements in the publicly available Data.

## Data Cleaning

In this report, "Arizona physicians" means physicians licensed in Arizona as of January 2019, with an active license code, a valid zip code and an estimated age of less than 80 years old. To protect personally identifiable information, the publicly available data does not include dates of birth. An age estimate was generated using the licensee's reported graduation year from their undergraduate medical education program (or license date if the graduation year was missing). The board data does not provide information on how many hours a physician works (i.e., full time equivalents (FTE), part time, or direct patient care FTE).

## Approaches to Defining Primary Care Physicians and Practitioners Vary

Approaches to categorizing physician specialties as Primary Care (PC) or Non-Primary Care (NPC) varies. For the purposes of this report, Primary Care Physicians (PCPs) are allopathic (MD) and osteopathic (DO) physicians with self-designated specialties in family medicine, general practice, general internal medicine and general pediatrics; secondary specialties listed with general internal medicine and general pediatrics; and preventive medicine with a secondary specialty of family medicine/family practice, general practice, internal medicine, and pediatrics. See Appendix B for a complete list of PCP specialties used for this report. This report does not include Obstetrics and Gynecology physicians in its PCP classification. This report's PCP categorization approach is informed by health workforce research at the University of North Carolina Cecil G. Sheps Center for Health Services Research (Ricketts, 2019).

At the federal level the Health Services Resources Administration (HRSA) includes Obstetrics and Gynecology physicians for Health Professional Shortage Area (HPSA) designations. (U.S. Government Accountability Office, 2006).

Arizona Revised Statutes (ARS) define a PCP as a "physician who is a family practitioner, general practitioner, pediatrician, general internist, or obstetrics and gynecologist" (Arizona Revised Statutes, Title 36 Public Health and Safety § 36-2901).

The Arizona Department of Health Services (ADHS) developed Primary Care Areas (PCAs) as the state rational service areas (Arizona Department of Health Services, n.d.). The ADHS PCP definition for federal shortage designation purposes includes Family Practice, General Practice, Internal Medicine, Obstetrics and Gynecology, Pediatrics physicians (MD and DO) (Arizona Department of Health Services, 2019). The current map of Arizona PCAs is on the following page and included in Appendix C.

Figure 4. ADHS Primary Care HPSAs



## Geography

Physicians seeking an Arizona license to practice must complete the licensure application and provide a practice address and zip-code. This information is updated with license renewal every two years based on their birth date. Using practice location data (i.e., zip code of practice location) has limitations: physicians can practice at multiple locations, practice location addresses can change during the two-year license interval, physicians can move out of state or retire, and data is not collected on FTE clinical effort by practice sites.

This report uses Rural-Urban Commuting Area (RUCA) codes to assess the number and ratio of providers by urban-rural geography. RUCA codes use U.S. Census Tract data and provide standardized, national rurality classification. The University of Washington (UW) aggregates 33 individual RUCA codes into groups. This report uses the UW Urban, Large Rural City or Town, Small Rural Town, and Isolated Small Rural Town group nomenclature. Practice location zip-codes are mapped to RUCA codes using the UW zip-code to RUCA approximation (Rural Health Research Center, b).

## Limitations

There are limitations to the data and analyses in this report. Major limitations include variances in primary care and primary care physician definitions, the absence of data on clinical full time equivalent primary care physicians by area, and the exclusion and or absence of FTE data for other primary care providers. These limitations can be addressed with legislation passed in the 2018 and 2019 Arizona legislative sessions that will collect data for specified licensed health professionals at the time of initial licensure and subsequent renewals by licensing boards starting in 2021 housed at the Arizona Department of Health Services.

Other limitations include categorization of physician specialty as PCP or NPC. The data used for this categorization is the physician self-reported "Area of Interest" in their initial license application and two-year renewals. Licensure data does not include additional information on how a physician spends their time, what type of care they provide, in what setting, or at what clinical, direct patient care effort level (e.g., full-time or part-time). Licensure data excludes physicians working in federal facilities like the Veterans Administration (VA), Indian Health Service (IHS), and Public Law 638 Indian Self-Determination sites who are not required to be licensed in the state. Physician practice locations and direct patient care effort (full time, part time, no time) may change over a two-year license renewal cycle. Aggregating zip-codes by RUCA codes is useful for showing differences by geographic grouping across Arizona, but does not provide the granular detail that would be provided in an analysis by rational service area.

## Arizona Demographic Overview

Arizona's population increased 12.2% (vs. 6.0% in U.S.) since 2010. Table 4 (U.S. Census Bureau, 2018).

| Table 4. Arizona Population Overview | | | | |
|---|---|---|---|---|
| | 1990 | 2000 | 2010 | 2018 |
| U.S. | 248,710,000 | 281,421,906 | 307,000,000 | 327,167,434 |
| Arizona | 3,665,000 | 5,130,000 | 6,596,000 | 7,171,646 |
| Arizona % of U.S. | 1.5 | 1.8 | 2.1 | 2.2 |

## Primary Care and Non-Primary Care Physicians by State and County

The January 2019 physician licensure snapshot includes physicians with an active license in Arizona with a valid zip code and an estimated age 80 years or younger. There are 16,947 active Arizona physicians with a valid zip code younger than age 80 years. The physician to 100,000 population ratio is 236.3. See Tables 5 and 6.

| Table 5. Arizona Physician Total | | | |
|---|---|---|---|
| | MD | DO | Total Physicians |
| Arizona | 14,571 | 2,376 | 16,947 |
| | | Ratio Per 100,000 | 236.3 |

There are 5,362 (31.6%) PCP and 11,585 (68.4%) non-primary care Arizona physicians. The PCP per 100,000 population is 74.8 and the ratio for NPCP per 100,000 is 161.5 (Table 6).

| Table 6. Arizona Primary Care and Non-Primary Care Physicians, total (percent) | | |
|---|---|---|
| | PCP | NPCP | Total Physicians |
| Arizona | 5,362 (31.6) | 11,585 (68.4) | 16,947 |
| Ratio Per 100,000 | 74.8 | 161.5 | 236.3 |

## Primary Care and Non-Primary Care by Rural-Metro Designation

The following tables present the PC and NPC physician totals and ratios per 100,000 population by Rural Urban Commuting Areas (RUCA). The U.S. Department of Agriculture (USDA), HRSA, and the WWAMI Rural Health Research Center at the University of Washington developed the RUCA codes. RUCA codes account for "the density of population, urbanization and daily commuting." (Hall, Kaufman, & Ricketts, 2006). The integration of commuting information into a rural designation can be useful for "health studies because the communities to which persons flow (for employment) may also be the places where they receive health care." (Hall et al., 2006).

This analysis uses the zip-code to RUCA approximation version 3.0 updated in 2014 based on the 2010 Census provided by the USDA Economic Research Service (USDA, 2016). The RUCA codes include 10 primary and 21 secondary codes and WWAMI provides recommended groupings for the codes. Current RUCA primary and secondary codes are listed in Appendix D. The primary codes are described in Table 8. The groupings used for this analysis and examples of cities/towns where zip-codes are located in Arizona are listed in Table 9 (Rural Health Research Center, a).

Most physicians are in Maricopa and Pima counties: 14,702 of Arizona's 16,941 (86.8%) physicians.

| Table 7. Arizona Physicians by Type and County, total (percent) | | | | |
|---|---|---|---|---|
| | PCP (% of total PCPs) | NPCP (% of NPCPs) | Total Physicians (% of total physicians) | Ratio PCP:NPCP |
| **Arizona** | 5,362 | 11,585 | 16,947 | 1:2.16 |
| Apache | 19 (0.4) | 30 (0.3) | 49 (0.3) | 1:1.58 |
| Cochise | 87 (1.6) | 64 (0.6) | 151 (0.9) | 1:0.74 |
| Coconino | 123 (2.3) | 265 (2.3) | 388(2.3) | 1:2.15 |
| Gila | 27 (0.5) | 38 (0.3) | 65(0.4) | 1:1.41 |
| Graham | 21 (0.4) | 11 (0.1) | 32(0.2) | 1:0.52 |
| Greenlee | 9 (0.2) | 0 (0) | 9 (0.1) | NA |
| La Paz | 7 (0.1) | 9 (0.1) | 16 (0.1) | 1:1.29 |
| Maricopa | 3,503 (65.3) | 8,003 (69.1) | 11,506 (67.9) | 1:2.28 |
| Mohave | 122 (2.3) | 284 (2.5) | 406 (2.4) | 1:2.33 |
| Navajo | 75 (1.4) | 68 (0.6) | 143 (0.8) | 1:0.91 |
| Pima | 965 (18.0) | 2,204 (19) | 3,169 (18.8) | 1:2.28 |
| Pinal | 120 (2.2) | 115 (1.0) | 235 (1.4) | 1:0.96 |
| Santa Cruz | 23 (0.4) | 14 (0.1) | 37 (0.2) | 1:0.61 |
| Yavapai | 150 (2.8) | 296 (2.6) | 446 (2.6) | 1:1.97 |
| Yuma | 111 (2.1) | 184 (1.6) | 295 (1.7) | 1:1.66 |

*Data Suppressed <10

| Table 8. Primary RUCA Codes | |
|---|---|
| Code | Classification Description |
| 1 | Metropolitan area core: primary flow within an urbanized area (UA) |
| 2 | Metropolitan area high commuting: primary flow 30% or more to a UA |
| 3 | Metropolitan area low commuting: primary flow 10% to 30% to a UA |
| 4 | Micropolitan area core: primary flow within an urban cluster of 10,000 to 49,999 (large UC) |
| 5 | Micropolitan high commuting: primary flow 30% or more to a large UC |
| 6 | Micropolitan low commuting: primary flow 10% to 30% to a large UC |
| 7 | Small town core: primary flow within an urban cluster of 2,500 to 9,999 (small UC) |
| 8 | Small town high commuting: primary flow 30% or more to a small UC |
| 9 | Small town low commuting: primary flow 10% to 30% to a small UC |
| 10 | Rural areas: primary flow to a tract outside a UA or UC |

| Table 9. RUCA Codes and Example Locations | | |
|---|---|---|
| Description | Codes | Example Location |
| Urban focused | 1.0, 1.1, 2.0, 2.1, 3.0, 4.1, 5.1, 7.1, 8.1, and 10.1. | Glendale (1.0), Casa Grande (1.1; 2.1),  Marana (2.0), Saint David (3.0), Florence (4.1), Tubac (5.1), Page (7.1), Teec Nos Pos (8.1), Williams (10.1) |
| Large Rural City/Town (Micropolitan) focused | 4.0, 4.2, 5.0, 6.0 | Show Low (4.0), Ganado (5.0), |
| Small Rural Town Focused | 7.0, 7.2, 8.0, 8.2, 9.0 | Sedona (7.0), Morenci (7.2) |
| Isolated Small Rural Town | 10.0, 10.2, 10.3 | Ash Fork (10.0), McNeal (10.2), Second Mesa (10.3) |

Table 10 shows PCP and NPCP physician totals by RUCA group. Most Arizona physicians are urban: 16,144 of 16,947 (95.3%). American Community Survey 2017 five-year estimates for zip-code population, 92% of Arizona's population live in urban RUCA code areas. The ratio of urban PCPs to NPCPs is 1:2.2.

| Table 10. Arizona Primary Care and Non-Primary Care Physicians  by RUCA, total (percent) | | | | |
|---|---|---|---|---|
| | PCP | NPCP | Total Physicians | Total Population |
| Arizona | 5,362 (31.6) | 11,585 (68.4) | 16,947 | 7,171,646[1] |
| Urban | 5,034 (31.2) | 11,110 (68.9) | 16,144 | 6,284,744 |
| Large Rural City/Town (micropolitan) | 243 (38.4) | 389 (61.5) | 632 | 361,520 |
| Small Rural Town | 81 (49.7) | 82 (50.3) | 163 | 126,798 |
| Isolated Small Rural Town | 4 (50.0) | 4 (50.0) | 8 | 39,494 |



Graph 1. Total Physicians, PC & NPC by RUCA

Table 11 provides the ratio of physicians per 100,000 population. There are 236.3 physicians per 100,000 population in Arizona. In urban areas the ratio is 256.9 physicians per 100,000 population. The ratio of PCP and NPCPs is highest in urban and lower in other areas. In urban, large rural city/towns, and small rural towns there are more NPCPs than PCPs per 100,000 population.

---

[1] For state level population the Census 2018 annual estimates of the resident population is used. For sub-state analysis at the zip code level, the ACS 2017 5-year estimates are used. The total state population at the time of the ACS 2017 5-year estimated was 6,809,946, a difference of 361,700. It is possible that the ratio of physicians to population is over-estimated.

| Table 11. Arizona Primary Care and Non-Primary Care Physicians Ratio per 100,000 population by RUCA | | | |
|---|---|---|---|
| | PCP | NPCP | Total |
| **Arizona** | **74.8** | **161.5** | **236.3** |
| Urban | 80.1 | 176.8 | 256.9 |
| Large Rural City/Town (micropolitan) | 67.2 | 107.6 | 174.8 |
| Small Rural Town | 63.9 | 64.7 | 128.6 |
| Isolated Small Rural Town | 10.1 | 10.1 | 20.3 |



Graph 2. Ratio per 100,000 Population of all Physicians, PC & NPC by RUCA

## Primary Care and Non-Primary Care by Location and Age

Table 12 lists the age of PCPs and NPCPs by geography. The average (mean) age of physicians for Small Rural and Isolated Small Rural towns is older than the state average.

| Table 12. Arizona Primary Care and Non-Primary Care Physicians Mean Age by RUCA | | | |
|---|---|---|---|
| | PCP | NPCP | Total |
| **Arizona** | **48.29** | **50.25** | **49.63** |
| Urban | 48.3 | 50.21 | 49.61 |
| Large Rural City/Town (micropolitan) | 47.72 | 50.56 | 49.47 |
| Small Rural Town | 49.14 | 53.57 | 51.37 |
| Isolated Small Rural Town | 48.75 | 59.5 | 54.13 |

## Primary Care and Non-Primary Care by Location and Medical School

Allopathic and osteopathic physician training typically involves a bachelor degree (e.g. B.S.) of four years, followed by undergraduate medical education (UME) in a medical or an osteopathic school of four years, and then graduate medical education (GME) - also called residency and fellowship training, before a physician can practice in a state. GME training duration varies by specialty – but is typically three years for primary care specialties (e.g., family medicine, general internal medicine, general pediatrics), with four to seven or more years for subspecialty training and certification (e.g., for medical, pediatric and surgical subspecialties). Increasingly, state physician licensing boards and institutional / hospital credentialing committees require board certification eligibility and/or completion as a condition of practice.

As of July 2019 there are five accredited schools of medicine in Arizona: three allopathic (M.D.) schools, two are public and one is private (Mayo Clinic); and two accredited osteopathic (D.O.) schools, both

13

private. The osteopathic schools have greater annual enrollment compared to the public allopathic universities; they matriculate a much lower percentage of in-state students. Other schools from outside of Arizona may send students for clinical rotations in Arizona. For example, Creighton University School of Medicine is accredited in Nebraska but has a regional campus in Phoenix where third and fourth year students (42 per year) complete their third and fourth year of training.

Table 13 shows tuition costs for 2017-18. Private school tuition is higher than resident (in-state) tuition for the public schools of medicine. Tuition cost excludes materials (e.g., books) and living expenses (e.g., rent, utilities). Only the public institutions offer a resident/in-state tuition rate.

| Table 12. Enrollment (matriculants) in UME Programs in Arizona, total  (percent in-state ) | | | | | |
|---|---|---|---|---|---|
| | 2014-15 | 2015-16 | 2016-17 | 2017-18 | 2018-19 |
| **Allopathic** | | | | | |
| University of Arizona – Tucson (est. 1969; public) | 115 (65.2) | 117 (73.5) | 132 (66.7) | 120 (77.5) | 117 (73.5) |
| University of Arizona – Phoenix (est. 2006) | 80 (68.8) | 80 (83.8) | 83 (72.3) | 80 (81.2) | 80 (72.3) |
| Mayo Clinic Alix School of Medicine – Arizona campus (est. 2015; public) | - | - | - | - | - |
| **Osteopathic** | | | | | |
| Midwestern University/Arizona College of Osteopathic Medicine (est. 1996; private) | 237 (25) | 240 (30) | 249 (28) | 242 (30) | 241 (27) |
| A.T. Still University School of Osteopathic Medicine in Arizona (est. 2007; private) | 101 (10) | 103 (15) | 92 (10) | 103 (12) | 100 (15) |

**Sources**: Allopathic school data on public schools of medicine is available from the AAMC. The AACOM provides data on the osteopathic schools. No data available for the Mayo Clinic Alix School of Medicine at the Arizona Campus level.

| Table 13. Average Tuition | | |
|---|---|---|
| | 2017-18 | |
| | Resident (in-state) | Nonresident (Out-of-state) |
| **Allopathic** | | |
| University of Arizona – Tucson (est. 1969; public) | $33,931 | $55,803 |
| University of Arizona – Phoenix (est. 2006; public) | $33,398 | $55,270 |
| Mayo Clinic Alix School of Medicine  - Arizona (est. 2015; private) | | $57,170 |
| | 2017-2018 | |
| **Osteopathic** | | |
| Midwestern University/Arizona College of Osteopathic Medicine (est. 1996; private) | | $66,494 |
| A.T. Still University School of Osteopathic Medicine in Arizona (est. 2007; private) | | $55,460 |

**Sources**: Allopathic school data on public schools of medicine is available from the AACM. The AACOM provides data on the osteopathic schools. No data available for the Mayo Clinic Alix School of Medicine at the Arizona Campus level.

Tables 14 and 15 include the total number and percent of licensed physicians in Arizona by degree type and the state location of their UME. The UME location is grouped by UME in Arizona or UME in any other U.S. state or foreign country. Of the 16,947 physicians in Arizona, 2,299 or 13.6% received their UME training in Arizona and 14,648 or 86.4% received their UME training in another state or country.

Data by license type shows that of Arizona's UME graduates, 74.9% are MDs and 35.7% are DOs. For physician UME graduates from outside of Arizona, 87.8% are MDs and 12.2% are DOs.

| Table 14. Arizona Physicians by License & UME Location, total (percent) | | | |
|---|---|---|---|
| | MD | DO | Total |
| Arizona - UME | 1,708 (74.9) | 591 (25.7) | 2,299 (13.6) |
| Other State or Country - UME | 12,863 (87.8) | 1,785 (12.2) | 14,648 (86.4) |
| Total | 14,571 | 2,376 | 16,947 |

Most PC and NPC Arizona physicians graduated from outside of Arizona UME institutions, 14,648 of 16,947 (86.4%). Of Arizona physicians who graduated from Arizona UME, 913 or 40.9% are PCPs and 62.2% are NPCPs. Of Arizona physicians who graduated from outside of Arizona UME institutions 30.4% are PCPs and 63.6% are NPCP.

| Table 15.  Arizona Physicians by Primary Care & UME Location, total (percent) | | | |
|---|---|---|---|
| | PCP | NPCP | Total |
| Arizona - UME | 913 (39.7) | 1,386 (60.3) | 2,299 (13.6) |
| Other State or Country - UME | 4,449 (30.4) | 10,199 (69.6) | 14,648 (86.4) |
| Total | 5,362 | 11,585 | 16,947 |

The majority of both PC and NPC physicians with Arizona MD licenses graduated from UME institutions of Arizona (12,863 of 14,571). Of the 1,708 active Arizona physicians with MD licenses who graduated from Arizona UME, 620 or 36.2% are PCPs and 1,008 or 63.8% are NPCP. This percent of physicians with MD licenses who graduated from Arizona UME institutions who are PCPs is slightly higher than the percentage of all physicians who are PCPs, 5,362 of 16,947 or 31.6% (Table 6).

| Table 16.  Arizona Physicians w/ MD License, total (percent) | | | |
|---|---|---|---|
| | PCP | NPCP | Total |
| Arizona - UME | 620 (36.2) | 1,088 (63.8) | 1,708 (11.7) |
| Other State or Country - UME | 3,688 (28.7) | 9,175 (71.3) | 12,863 (88.3) |
| Total | 4,308 | 10,263 | 14,571 |

Table 17 shows that the majority of both PC and NPC physicians with DO licenses graduated from UME institutions outside of Arizona (1,785 of 2,376). Of the 591 active Arizona physicians with DO licenses who graduated from an Arizona UME institution, 310 or 49.5% are PCPs and 215 or 50.4% are NPCP.

| Table 17.  Arizona Physicians w/ DO License, total (percent) | | | |
|---|---|---|---|
| | PCP | NPCP | Total |
| Arizona - UME | 293 (49.5) | 298 (50.4) | 591 (24.9) |
| Other State or Country - UME | 761 (42.6) | 1,024 (57.4) | 1785 (75.1) |
| Total | 1054 | 1322 | 2376 |

Arizona UME versus Other State or County UME - Table 18 shows data for current AZ licensed physicians by PC or NPC, location of UME (Arizona or other), and RUCA practice location. Of 16,947 licensed AZ physicians 2,299 (13.6%) graduated from AZ UME and 14,648 (86.4%) graduated from other UME. More Arizona-UME trained physicians are PCPs, 41.0% compared to 30.4% of other-UME trained physicians.

*Primary Care* -Of the 2,299 licensed physicians who graduated from AZ UME 913 (39.7%) are PCPs, 857 (93.9%) are in urban areas; 46 (5%) in large rural city/towns; 10 (1.1%) in small rural towns. Of AZ UME graduates, 38.9% are PCPs and 61.1% are NPCPs. Of physicians from Arizona UME programs in large rural city/towns, 59.7% are PCPs and 40.3% are NPCPs. In small rural towns 47.6% are PCPs and 52.4% are NPCPs. Of the 14,648 AZ licensed physicians who graduated from other UME locations, 4,449 (30.4%) are PCPs with 4,177 (93.9%) in urban areas; 197 (4.4%) in large rural city/towns; 71 (1.6%) in small rural towns; 4 (0.08%) in isolated small rural areas. Of AZ licensed physicians who graduated from other UME locations, the percentage of PCPs compared to NPCPs is largely weighted to NPCPs in urban and large rural/city towns.

*Non-Primary Care -* Of the 2,299 AZ licensed physicians graduating from AZ UME, 1,386 (62.2%) are NPCPs, 1,344 (96.9%) are in urban areas; 31 (2.2%) in large rural city/towns and 11 (0.8%) in small rural towns. Of the 14,648 Arizona licensed physicians from other UME locations, 10,199 (69.6%) are NPCPs, with 9,766 (95.8%) in urban areas; 358 (3.5%) in large rural city/towns; 71 (0.7%) in small rural towns; and 4 (0.004%) in isolated small rural areas. Table 19 uses Table 18 data standardized by 100,000 population.

| Table 18.  Arizona Physicians Total by RUCA total (percent) | | | |
|---|---|---|---|
| | PCP | NPCP | Total |
| **All Physicians in Arizona** | | | |
| **Arizona** | **5,362 (31.6)** | **11,585 (68.4)** | **16,947** |
| Urban | 5,034 (31.2) | 11,110 (68.8) | 16,144 |
| Large Rural City/Town (micropolitan) | 243 (38.4) | 389 (61.6) | 632 |
| Small Rural Town | 81 (49.7) | 82 (50.3) | 163 |
| Isolated Small Rural Town | 4 (50.0) | 4 (50.0) | 8 |
| **Arizona – UME Physicians** | | | |
| Arizona | 913 (39.7) | 1,386 (60.3) | 2,299 |
| Urban | 857 (38.9) | 1,344 (61.1) | 2,201 |
| Large Rural City/Town (micropolitan) | 46 (59.7) | 31 (40.3) | 77 |
| Small Rural Town | 10 (47.6) | 11 (52.4) | 21 |
| Isolated Small Rural Town | 0 | 0 | 0 |
| **Other State or Country – UME Physicians** | | | |
| Arizona | 4,449 (30.4) | 10,199 (69.6) | 14,648 |
| Urban | 4,177 (30.0) | 9,766 (70.0) | 13,943 |
| Large Rural City/Town (micropolitan) | 197 (35.5) | 358 (64.5) | 555 |
| Small Rural Town | 71 (50.0) | 71 (50.0) | 142 |
| Isolated Small Rural Town | 4 (50.0) | 4 (50.0) | 8 |

| Table 19.  Arizona Physicians Ratio per 100,000 population by RUCA | | | |
|---|---|---|---|
| | PCP | NPCP | Total |
| **Arizona** | **74.8** | **161.5** | **236.3** |
| Urban | 80.1 | 176.8 | 256.9 |
| Large Rural City/Town (micropolitan) | 67.2 | 107.6 | 174.8 |
| Small Rural Town | 63.9 | 64.7 | 128.6 |
| Isolated Small Rural Town | 10.1 | 10.1 | 20.3 |
| **Arizona - UME** | | | |
| Arizona | 12.7 | 19.3 | 31.1 |
| Urban | 13.6 | 21.4 | 35.0 |
| Large Rural City/Town (micropolitan) | 12.7 | 8.6 | 21.3 |
| Small Rural Town | 7.9 | 8.7 | 16.6 |
| Isolated Small Rural Town | 0.0 | 0.0 | 0.0 |
| **Other State or Country - UME** | | | |
| Arizona | 62.0 | 142.2 | 204.2 |
| Urban | 66.5 | 155.4 | 221.9 |
| Large Rural City/Town (micropolitan) | 54.5 | 99.0 | 153.5 |
| Small Rural Town | 56.0 | 56.0 | 112.0 |
| Isolated Small Rural Town | 10.1 | 10.1 | 20.3 |

*Physician Age -* Table 19 shows the mean and median physician age by Arizona county, from 47.71 (Navajo) to 55.23 (Gila). Table 20 shows the average physician age is higher in small rural towns (51.37) and isolated small rural towns (54.13) than in urban areas (49.61).

| Table 19. Arizona Physicians by Age & County | | |
|---|---|---|
| | Age (Mean) | Age (Median) |
| **Arizona** | **49.63** | **48** |
| Apache | 49.24 | 49 |
| Cochise | 50.62 | 52 |
| Coconino | 48.07 | 47 |
| Gila | 55.23 | 56 |
| Graham | 48.66 | 46 |
| Greenlee | 54.00 | 60 |
| La Paz | 49.31 | 50.5 |
| Maricopa | 49.25 | 48 |
| Mohave | 49.43 | 49 |
| Navajo | 47.71 | 47 |
| Pima | 50.33 | 50 |
| Pinal | 49.21 | 48 |
| Santa Cruz | 51.43 | 52 |
| Yavapai | 54.29 | 55 |
| Yuma | 51.43 | 51 |

| Table 20.  Arizona Physicians by Age & Geography | | | |
|---|---|---|---|
| | Age (Mean) | Age (Median) | Range (Min, Max) |
| **Arizona** | **49.63** | **48** | **28, 80** |
| Urban | 49.61 | 48 | 28,80 |
| Large Rural City/Town (micropolitan) | 49.47 | 49 | 28,80 |
| Small Rural Town | 51.37 | 51 | 30,79 |
| Isolated Small Rural Town | 54.13 | 55.5 | 35,72 |

Physicians over age 50 is higher in small rural towns and isolated small rural towns than in urban areas and large rural city/town.



Graph 3. Percent of Physicians by Age Group and RUCA

PCP average age is similar between RUCA geographies. However, NPCP average age is higher in small rural towns (55.28) and isolated small rural towns (59.20) compared to urban (50.24) or large rural city/towns (50.41).

| Table 21.  Arizona Physicians by Primary Care, Age (Mean), and Geography | | | |
|---|---|---|---|
| | PCP | NPCP | All |
| Arizona | 48.29 | 50.25 | 49.63 |
| Urban | 48.30 | 50.21 | 49.61 |
| Large Rural City/Town (micropolitan) | 47.72 | 50.56 | 49.47 |
| Small Rural Town | 49.14 | 53.57 | 51.37 |
| Isolated Small Rural Town | 48.75 | 59.5 | 54.13 |

Graph 4 is an age pyramid for PCP and NPCPs. The distribution by age range reflects the slightly younger age of PCPs in Arizona.



Graph 4. Percent of Physicians by Age Group and PCP and NPC

18

## Conclusion

### PCP and NPCP Overview

- There are 236.3 physicians per 100,000 population in Arizona.
- There are just over two times the number of NPC (11,585) compared to PC physicians (5,362).
- Physician practices are concentrated in urban areas; 92% of Arizonans live in urban areas (using the RUCA definition); 95.3% of physicians practice in urban areas.
- The ratio of PCPs in Arizona is 74.8 per 100,000.
- The ratio of NPCs in Arizona is 161.5 per 100,000.
- The ratio of PCPs is highest (80.1 per 100,000) in urban areas and lowest (10.1 per 100,000) in isolated small rural towns. This is also true for NPCPs.

### Education Pipeline Overview

- 13.6% (2,299) of Arizona's licensed physicians attended UME in Arizona.
- 86.4% (14,648) of Arizona's licensed physicians attended UME in another state or country.
- Of physicians who attended UME in Arizona, 74.3% (1,708) graduated from an allopathic (MD) and 25.7% (591) graduated from an osteopathic institution.
- Average in-state tuition for the public allopathic UA medical schools is $33,931 (Tucson) and $33,398 (Phoenix) per year.
- Average out-of-state tuition for the public allopathic UA medical schools is $55,803 (Tucson) and $55,270 (Phoenix) per year.
- Average tuition for the private allopathic school (Mayo) is $57,710.
- Average tuition for osteopathic schools is $66,494 (MWU-ACOM) and $55,460 (AT-SOM).
- Of Arizona UME graduates, 39.7% are PCPs and 60.3% are NPCs.
- Of UME graduates from other states or countries, 30.4% are PCPs and 69.6% are NPCs.

# References

Arizona Department of Health Services. Statistical profiles - primary care area statistical profiles. Retrieved from https://www.azdhs.gov/prevention/health-systems-development/

Arizona Department of Health Services. (2019). *Data documentation: Sources and field descriptions*. Retrieved from https://www.azdhs.gov/documents/prevention/health-systems-development/data-reports-maps/reports/datadocu.pdf

Arizona Health Care Cost Containment System. (2017). AHCCCS document archive.

Title 36 Public Health and Safety, Arizona Revised Statutes § 36-2901.

Association of American Medical Colleges. (2017). *2017 state physician workforce data report.* (). Retrieved from https://www.aamc.org/data/workforce/reports/484392/2017-state-physician-workforce-data-report.html

Barnett, Jessica C., Berchick, Edward R. (2017). *Health insurance coverage in the united states: 2016.* (). Washington, DC: Retrieved from https://www.census.gov/content/dam/Census/library/publications/2017/demo/p60-260.pdf

Berwick, D. (2012). A conversation with donald berwick on implementing national health reform. *Journal of Health Politics, Policy and Law, 37*(4), 709-727. doi:10.1215/03616878-1597511 [doi]

Centers for Disease Control and Prevention. (2017). BRFSS prevalence &amp; trends data. Retrieved from https://www.cdc.gov/brfss/brfssprevalence/

Donaldson, M. S., Yordy, K. D., Lohr, K. N., & Vanselow, N. A. (1996). *Primary care: America's health in a new era* National Academies Press.

Hall, S. A., Kaufman, J. S., & Ricketts, T. C. (2006). Defining urban and rural areas in US epidemiologic studies. *Journal of Urban Health, 83*(2), 162-175.

Knox, L., Brach, C., & Schaefer, J. (2015). Primary care practice facilitation curriculum (module 32). *Rockville, MD: Agency for Healthcare Research and Quality [Internet],*

Levine, D. M., Landon, B. E., & Linder, J. A. (2019). Quality and experience of outpatient care in the united states for adults with or without primary care. *JAMA Internal Medicine, 179*(3), 363-372.

Radley, D., Hayes, S., & McCarthy, D. (2017). *Assessing state variation in high-need adult populations and their care experiences.* (). Retrieved from https://www.commonwealthfund.org/sites/default/files/documents/___media_files_publications_issue_brief_2017_aug_radley_assessing_state_variation_high_need_ib.pdf

Ricketts, T. (2019). In Koch B. (Ed.), *Primary care classification*

Rural Health Research Center. (a). RUCA data code definitions: Version 2.0. Retrieved from https://depts.washington.edu/uwruca/ruca-codes.php

Rural Health Research Center. (b). Zip code RUCA approximation. Retrieved from https://depts.washington.edu/uwruca/ruca-approx.php

Ryan, M. (2016). *Health professional shortage areas and scoring*

Shi, L. (2012). The impact of primary care: A focused review. *Scientifica, 2012*

Starfield, B. (1998). *Primary care: Balancing health needs, services, and technology* Religion in America.

Starfield, B., Shi, L., & Macinko, J. (2005). Contribution of primary care to health systems and health. *The Milbank Quarterly, 83*(3), 457-502.

U.S. Census Bureau. (2018). QuickFacts. Retrieved from https://www.census.gov/quickfacts/fact/table/AZ,US/PST045218

U.S. Government Accountability Office. (2006). *Health professional shortage areas: Problems remain with primary care shortage area designation system*. Retrieved from https://www.gao.gov/assets/260/252841.pdf

USDA. (2016). Rural-urban commuting area codes. Retrieved from https://www.ers.usda.gov/data-products/rural-urban-commuting-area-codes.aspx#.U20K1F50H0A

## Appendix A

Arizona Physician Licensure Data Disk Public Data Fields Include
License Number, Type, Status, Date, Due to Renew By, Expiration Date
Last Name, First Name, MI, Suffix
Street1 / Street 2
City, State, ZIP, Phone Number
Medical School, Graduation Date
Area of Interest

## Appendix B

A two-step process was used to determine a physician's PCP category. First, 2,620 unique combinations of physician areas of interest were identified from the licensure data. Second, each combination was crosswalked to a standardized and PCP categorized specialty list. From the final list of 1,843 specialty combinations, the following were categorized as primary care.

1. Family Medicine/Family Practice (excluding Correctional Medicine)
2. General Practice (excluding Correctional Medicine)
3. Internal Medicine and Pediatrics with the following subspecialties:
   a. Adolescent Medicine
   b. Ambulatory Care
   c. Emergency Medicine (including 'Pediatric Emergency Medicine')
   d. Family Medicine
   e. General Internal Medicine including 'Other' and 'Pediatric Internal Medicine')
   f. General Pediatrics including 'Other'
   g. General Practice
   h. Geriatric Medicine (Internal Medicine only)
   i. Integrative Medicine
   j. Osteopathic Manipulative Medicine
   k. Preventive Medicine
   l. Surgical Assist
   m. Urgent Care
4. Preventive Medicine with the following subspecialties:
   a. Family Medicine/Family Practice
   b. General Practice
   c. Internal Medicine
   d. Pediatrics

## Appendix c

ADHS Primary Care HPSAs.



# Appendix D

Primary and Secondary RUCA codes.

| Primary and Secondary RUCA Codes | |
|---|---|
| Code | Classification Description |
| **1 Metropolitan area core: primary flow within an urbanized area (UA)** | |
| 1.0 | No additional code |
| 1.1 | Secondary flow 30% to 50% to a larger UA |
| **2 Metropolitan area high commuting: primary flow 30% or more to a UA** | |
| 2.0 | No additional code |
| 2.1 | Secondary flow 30% to 50% to a larger UA |
| **3 Metropolitan area low commuting: primary flow 10% to 30% to a UA** | |
| 3.0 | No additional code |
| **4 Micropolitan area core: primary flow within an urban cluster of 10,000 to 49,999 (large UC)** | |
| 4.0 | No additional code |
| 4.1 | Secondary flow 30% to 50% to a UA |
| **5 Micropolitan high commuting: primary flow 30% or more to a large UC** | |
| 5.0 | No additional code |
| 5.1 | Secondary flow 30% to 50% to a UA |
| **6 Micropolitan low commuting: primary flow 10% to 30% to a large UC** | |
| 6.0 | No additional code |
| **7 Small town core: primary flow within an urban cluster of 2,500 to 9,999 (small UC)** | |
| 7.0 | No additional code |
| 7.1 | Secondary flow 30% to 50% to a UA |
| 7.2 | Secondary flow 30% to 50% to a UC |
| **8 Small town high commuting: primary flow 30% or more to a small UC** | |
| 8.0 | No additional code |
| 8.1 | Secondary flow 30% to 50% to a UA |
| 8.2 | Secondary flow 30% to 50% to a UC |
| **9 Small town low commuting: primary flow 10% to 30% to a small UC** | |
| 9.0 | No additional code |
| **10 Rural areas: primary flow to a tract outside a UA or UC** | |
| 10.0 | No additional code |
| 10.1 | Secondary flow 30% to 50% to a UA |
| 10.2 | Secondary flow 30% to 50% to a UC |
| 10.3 | Secondary flow 30% to 50% to a small UC |

Source: USDA ERS. (2016). 2010 Rural-Urban Commuting Area (RUCA) Codes. Retrieved from:
https://www.ers.usda.gov/data-products/rural-urban-commuting-area-codes/documentation/