1  Jared G. Keenan (Bar No. 027068)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: jkeenan@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen,*
5  *Dustin Brislan, Robert Gamez, Jonathan*
   *Gonzalez, Jason Johnson, Kendall Johnson,*
6  *Joshua Polson, Laura Redmond, Sonia*
   *Rodriquez, Ronald Slavin, Jeremy Smith,*
7  *and Christina Verduzco, on behalf of*
   *themselves and all others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
15 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

16

17                          UNITED STATES DISTRICT COURT
18                              DISTRICT OF ARIZONA

19 | Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
   |---|---|
   | Plaintiffs, | **STIPULATION REGARDING INJUNCTION TO REMEDY CONSTITUTIONAL VIOLATIONS FOUND AT TRIAL** |
   | v. | |
   | Ryan Thornell, *et al.*, | |
   | Defendants. | |

On January 9, 2023, the Court issued an order that included the requirements of a draft injunction to "remedy the serious constitutional violations found at trial." [Doc. 4380 at 1] The Court noted that "[t]he terms set forth in the planned injunction are the product of extensive work by the Court and its experts." *Id.* The Court provided the parties an opportunity to file written objections and ordered the parties to confer prior to filing objections. [*Id.* at 2; *see also* Doc. 4388 (extending the time to file objections to allow Defendants additional time to prepare objections to draft injunction); Doc. 4399 (extending the time to file objections to allow the parties to engage in additional discussions "that may produce modifications agreeable to the parties and experts")]

Since that time, the parties have engaged in extensive negotiations with each other and the Court-appointed experts regarding the terms of the draft injunction and how best to expeditiously remedy the constitutional violations found at trial. [*See* Doc. 4335] The parties are pleased to report that they have come to an agreement with each other and with the Court-appointed experts as to the terms of an injunction.

The parties, by filing this Stipulation, agree that if the Court enters the injunction attached as **Exhibit A** as an order of the Court, neither party will appeal the order, in whole or in part.

Dated this 17th day of March, 2023.

**PRISON LAW OFFICE**

By: s/ Rita K. Lomio
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
rlomio@prisonlaw.com
sophieh@prisonlaw.com

*Admitted *pro hac vice*

John H. Gray (Bar No. 028107)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Kelly Soldati (Bar No. 036727)
Alisha Tarin-Herman (Bar No. 037040)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: jhgray@perkinscoie.com
kworsham@perkinscoie.com
kboughton@perkinscoie.com
ksoldati@perkinscoie.com
atarinherman@perkinscoie.com
docketphx@perkinscoie.com
David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
mmorris@aclu.org
echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

By: s/ Daniel P. Struck
Daniel P. Struck (Bar No. 012377)
Rachel Love (Bar No. 019881)
Timothy J. Bojanowski (No. 022126)
Nicholas D. Acedo (Bar No. 021644)
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Email: dstruck@ strucklove.com
rlove@ strucklove.com
tbojanowski@strucklove.com
nacedo@ strucklove.com

Arizona Attorney General Kris Mayes
**OFFICE OF THE ARIZONA ATTORNEY GENERAL**
Lucy M. Rand (Bar No. 026919)
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004

*Attorneys for Defendants*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email: ckendrick@aclu.org

*Admitted *pro hac vice*

Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:
        adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    Maya Abela (Bar No. 027232)
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
        rdalyrooney@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Lucy M. Rand
Assistant Arizona Attorney General
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

*Attorneys for Defendants*

  s/ Rita K. Lomio

-4-