Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriquez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Thornell, *et al.*,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**JOINT STATEMENT CLARIFYING THE MEANING OF TWO PORTIONS OF SECTION 1.17 OF THE DRAFT INJUNCTION**<br><br>**(Doc. 4402; Doc. 4404)** |

Pursuant to the Court's Order, filed March 30, 2023, the parties, through counsel, hereby submit a joint statement clarifying the meaning of two portions of Section 1.17 of the Draft Injunction. [Doc. 4402; Doc. 4404] Due to the complex nature of the remedy in this case and the need for certainty, the parties negotiated the Draft Injunction with the understanding that no party would appeal on liability or remedy if the Court issues the proposed injunction jointly submitted by the parties.

As the Court has previously found, staffing is a key issue in any remedy. [Doc. 4380] Accordingly, a full and fair staffing analysis is of paramount importance to both parties. The parties submit that their joint answers to the Court's questions set forth below protect the Court's authority to order an appropriate remedy while ensuring that no appeal will be taken and that the remedial process will begin as soon as possible.

1. **Is the intent of Section 1.17 to limit the Court's discretion to appoint only those experts identified by the parties?**

    Yes, unless the Court finds that the experts nominated by the parties are unqualified or otherwise unfit for the assignment. The parties have been working well together and believe at this time that they will be able to nominate one or more joint experts whose qualifications and fitness for the position are beyond dispute.

2. **Do the parties have objections to the Court using the already-appointed experts to conduct the staffing analysis? If so, what are those objections?**

    Yes. The parties are grateful to Dr. Stern and his colleagues for the excellent work they have done in drafting the proposed injunction. With respect to staffing, however, the parties would like the Court to appoint an expert with greater experience in preparing a healthcare staffing analysis in a carceral setting, utilizing methodology that is acceptable to both parties.

**3. Does the Court retain authority to modify the expert's recommendations and to accept or reject the entire staffing plan?**

Yes.

Dated this 3rd day of April, 2023.

| PRISON LAW OFFICE | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
|---|---|
| By:   s/ Rita K. Lomio<br>    Donald Specter (Cal. 83925)*<br>    Alison Hardy (Cal. 135966)*<br>    Sara Norman (Cal. 189536)*<br>    Rita K. Lomio (Cal. 254501)*<br>    Sophie Hart (Cal. 321663)*<br>    1917 Fifth Street<br>    Berkeley, California 94710<br>    Telephone: (510) 280-2621<br>    Email: dspecter@prisonlaw.com<br>             ahardy@prisonlaw.com<br>             snorman@prisonlaw.com<br>             rlomio@prisonlaw.com<br>             sophieh@prisonlaw.com<br><br>*Admitted *pro hac vice*<br><br>    John H. Gray (Bar No. 028107)<br>    Karl J. Worsham (Bar No. 035713)<br>    Kathryn E. Boughton (Bar No. 036105)<br>    Kelly Soldati (Bar No. 036727)<br>    Alisha Tarin-Herman (Bar No. 037040)<br>**PERKINS COIE LLP**<br>    2901 N. Central Avenue, Suite 2000<br>    Phoenix, Arizona 85012<br>    Telephone: (602) 351-8000<br>    Email: jhgray@perkinscoie.com<br>             kworsham@perkinscoie.com<br>             kboughton@perkinscoie.com<br>             ksoldati@perkinscoie.com<br>             atarinherman@perkinscoie.com<br>             docketphx@perkinscoie.com | By:   s/ Daniel P. Struck<br>    Daniel P. Struck (Bar No. 012377)<br>    Rachel Love (Bar No. 019881)<br>    Timothy J. Bojanowski (No. 022126)<br>    Nicholas D. Acedo (Bar No. 021644)<br>    3100 W. Ray Road, Suite 300<br>    Chandler, Arizona 85226<br>    Telephone: (480) 420-1600<br>    Email: dstruck@strucklove.com<br>             rlove@strucklove.com<br>             tbojanowski@strucklove.com<br>             nacedo@strucklove.com<br><br>Arizona Attorney General Kris Mayes<br>**OFFICE OF THE ARIZONA ATTORNEY GENERAL**<br>Lucy M. Rand (Bar No. 026919)<br>Assistant Attorney General<br>2005 N. Central Avenue<br>Phoenix, Arizona 85004<br><br>*Attorneys for Defendants* |

| | |
|---|---|
| 1 | David C. Fathi (Wash. 24893)* |
| | Maria V. Morris (D.C. 1697904)** |
| 2 | Eunice Hyunhye Cho (Wash. 53711)* |
| | **ACLU NATIONAL PRISON** |
| 3 | **PROJECT** |
| | 915 15th Street N.W., 7th Floor |
| 4 | Washington, D.C. 20005 |
| | Telephone: (202) 548-6603 |
| 5 | Email: dfathi@aclu.org |
| | mmorris@aclu.org |
| 6 | echo@aclu.org |
| 7 | *Admitted *pro hac vice*; not admitted |
| | in DC; practice limited to federal |
| 8 | courts |
| | **Admitted *pro hac vice* |
| 9 | |
| | Corene Kendrick (Cal. 226642)* |
| 10 | **ACLU NATIONAL PRISON** |
| | **PROJECT** |
| 11 | 39 Drumm Street |
| | San Francisco, California 94111 |
| 12 | Telephone: (202) 393-4930 |
| | Email: ckendrick@aclu.org |
| 13 | |
| | *Admitted *pro hac vice* |
| 14 | |
| | Jared G. Keenan (Bar No. 027068) |
| 15 | **ACLU FOUNDATION OF** |
| | **ARIZONA** |
| 16 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 17 | Telephone: (602) 650-1854 |
| | Email: jkeenan@acluaz.org |
| 18 | |
| | *Attorneys for Plaintiffs Shawn Jensen;* |
| 19 | *Stephen Swartz; Sonia Rodriguez;* |
| | *Christina Verduzco; Jackie Thomas;* |
| 20 | *Jeremy Smith; Robert Gamez; Maryanne* |
| | *Chisholm; Desiree Licci; Joseph Hefner;* |
| 21 | *Joshua Polson; and Charlotte Wells, on* |
| | *behalf of themselves and all others* |
| 22 | *similarly situated* |

1  **ARIZONA CENTER FOR DISABILITY LAW**
2
3  By:   s/ Maya Abela
       Asim Dietrich (Bar No. 027927)
4      5025 East Washington Street, Suite 202
       Phoenix, Arizona 85034
5      Telephone:  (602) 274-6287
       Email:
6         adietrich@azdisabilitylaw.org

7      Rose A. Daly-Rooney (Bar No. 015690)
       Maya Abela (Bar No. 027232)
8      177 North Church Avenue, Suite 800
       Tucson, Arizona 85701
9      Telephone:  (520) 327-9547
       Email:
10        rdalyrooney@azdisabilitylaw.org
          mabela@azdisabilitylaw.org
11
   *Attorneys for Arizona Center for Disability
12 Law*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Lucy M. Rand
Assistant Arizona Attorney General
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

*Attorneys for Defendants*

                                s/ Rita K. Lomio