# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, | |
| Defendant. | |

The Court-appointed experts have submitted invoices through March 2023. Those invoices will be paid.

Accordingly,

**IT IS ORDERED** the Clerk of Court is directed to disburse from the amounts previously deposited the following amounts:

- Marc F. Stern, M.D.: $65,075.00;
- Lara Strick, M.D.: $6,024.90;
- Bart Abplanalp, Ph.D.: $7,800.00;
- Scott R. Frakes: $3,221.25.

…

…

…

…

…

**IT IS FURTHER ORDERED** the Clerk of Court must forward a copy of this Order to the Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona.

Dated this 3rd day of April, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge