Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriquez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Ryan Thornell, *et al.*,<br><br>　　　　　　　Defendants. | No. CV 12-00601-PHX-ROS<br><br>**JOINT STATEMENT REGARDING THE APPLICABILITY OF FEDERAL RULE OF CIVIL PROCEDURE 23(e)**<br><br>**(Doc. 4407)** |

1    Pursuant to the Court's Order, filed April 4, 2023, the parties submit a joint
2 statement about the applicability of Federal Rule of Civil Procedure 23(e). [Doc. 4407] In
3 its Order, the Court informed the parties that it "is prepared to enter a Permanent
4 Injunction in the revised form filed by the parties on March 17, 2023." *Id.* at 1. Before
5 doing so, the Court wanted to clarify whether it first must provide "notice to class
6 members and allow class members to object." *Id.* at 1 (citing Fed. R. Civ. P. 23(e)(1), (5)).
7 The Court explained that because "the parties' proposed changes were discussed with the
8 Court-appointed experts and those experts have agreed the terms are acceptable" and "the
9 terms of the parties' proposed injunction are not solely the product of an agreement
10 between the parties but rather those terms represent slight variations on the precise relief
11 the Court intended to impose," the Court "does not believe Rule 23(e) applies." *Id.* at 2.
12 The Court asked the parties to confer and provide their positions on this issue. *Id.*

13    The parties agree that Rule 23 does not apply.

14    On January 9, 2023, the Court issued an order that included the requirements of a
15 draft injunction to "remedy the serious constitutional violations found at trial." [Doc. 4380
16 at 1] The Court noted that "[t]he terms set forth in the planned injunction are the product
17 of extensive work by the Court and its experts." *Id.* The Court provided the parties an
18 opportunity to file written objections and ordered the parties to confer prior to filing
19 objections. *Id.* at 2. The Court explained that "where the parties have an objection, they
20 must set forth the basis for the objection and propose an alternative solution." *Id.*

21    Over the next two months, the parties worked closely with the Court-appointed
22 experts to discuss objections to the terms of the Court's planned injunction and alternative
23 solutions to a small number of provisions to ensure that those provisions will timely
24 remedy the identified constitutional violations. [*See* Doc. 4399 (extending the time to file
25 objections to allow the parties to engage in additional discussions "that may produce
26 modifications agreeable to the parties and experts")]

27    The parties therefore recommend that the Court issue a Permanent Injunction in the
28 revised form filed by the parties on March 17, 2023, after extensive consultation with, and

1

the approval of, the Court-appointed experts. The Court, of course, may enter any injunction that complies with the Prison Litigation Reform Act.

Dated this 6th day of April, 2023.

| ACLU NATIONAL PRISON PROJECT | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
|---|---|
| By: *s/ Corene T. Kendrick*<br>Corene T. Kendrick (Cal. 226642)*<br>39 Drumm Street<br>**ACLU NATIONAL PRISON PROJECT**<br>San Francisco, California 94111<br>Telephone: (202) 393-4930<br>Email: ckendrick@aclu.org<br><br>*Admitted *pro hac vice* | By: *s/ Daniel P. Struck (with permission)*<br>Daniel P. Struck (Bar No. 012377)<br>Rachel Love (Bar No. 019881)<br>Timothy J. Bojanowski (No. 022126)<br>Nicholas D. Acedo (Bar No. 021644)<br>3100 W. Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>Email: dstruck@ strucklove.com<br>rlove@ strucklove.com<br>tbojanowski@strucklove.com<br>nacedo@ strucklove.com |
| David C. Fathi (Wash. 24893)*<br>Maria V. Morris (D.C. 1697904)**<br>Eunice Hyunhye Cho (Wash. 53711)*<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>Telephone: (202) 548-6603<br>Email: dfathi@aclu.org<br>mmorris@aclu.org<br>echo@aclu.org<br><br>*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts.<br><br>**Admitted *pro hac vice* | Arizona Attorney General Kris Mayes<br>**OFFICE OF THE ARIZONA ATTORNEY GENERAL**<br>Lucy M. Rand (Bar No. 026919)<br>Assistant Attorney General<br>2005 N. Central Avenue<br>Phoenix, Arizona 85004<br>Email: Lucy.Rand@azag.gov<br><br>*Attorneys for Defendants* |
| Jared G. Keenan (Bar No. 027068)<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013<br>Telephone: (602) 650-1854<br>Email: jkeenan@acluaz.org | |

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         rlomio@prisonlaw.com
         sophieh@prisonlaw.com

*Admitted *pro hac vice*

John H. Gray (Bar No. 028107)
Karl J. Worsham (Bar No. 035713)
Kelly Soldati (Bar No. 036727)
Alisha Tarin-Herman (Bar No. 037040)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   jhgray@perkinscoie.com
         kworsham@perkinscoie.com
         ksoldati@perkinscoie.com
         atarinherman@perkinscoie.com
         docketphx@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen, et al., on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:  *s/ Maya Abela*
     Asim Dietrich (Bar No. 027927)
     5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
     Telephone: (602) 274-6287
     Email: adietrich@azdisabilitylaw.org

     Rose A. Daly-Rooney (Bar No. 015690)
     Maya Abela (Bar No. 027232)
     177 North Church Avenue, Suite 800
     Tucson, Arizona 85701
     Telephone: (520) 327-9547
     Email:   mabela@azdisabilitylaw.org
              rdalyrooney@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2023, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Lucy M. Rand
Assistant Arizona Attorney General
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
aorcutt@strucklove.com
ecohen@strucklove.com

*Attorneys for Defendants*

          s/   C. Kendrick