Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4552
Fax: (602) 200-7850
jpopolizio@jshfirm.com
jackerman@jshfirm.com

Attorneys for Amicus Curiae NaphCare, Inc.
d/b/a NaphCare Arizona, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Thornell, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services, Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. 2:12-cv-00601-ROS<br><br>**NOTICE OF ASSOCIATION OF COUNSEL WITHIN THE SAME FIRM** |

Justin M. Ackerman, of the law firm Jones, Skelton & Hochuli, P.L.C., hereby gives notice that he is appearing as co-counsel for Amicus Curiae NaphCare, Inc. d/b/a NaphCare Arizona, LLC, in the above-captioned matter, and requests that copies of all notices, pleadings, correspondence, and other matters of record be served at the address shown above.

11568534.1

1
2      DATED this 6th day of April, 2023.

3                                            JONES, SKELTON & HOCHULI, P.L.C.

4
5                                            By /s/ Justin M. Ackerman
                                                Joseph J. Popolizio
                                                Justin M. Ackerman
6                                               40 N. Central Avenue, Suite 2700
                                                Phoenix, Arizona 85004
7                                               Attorneys for Amicus Curiae NaphCare,
                                                Inc. d/b/a NaphCare Arizona, LLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

11568534.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 6th day of April, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/Karen Gawel

11568534.1