# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | **NO. CV-12-00601-PHX-ROS** |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Ryan Thornell, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 7, 2023, judgment is entered in favor of plaintiffs.

Debra D. Lucas
District Court Executive/Clerk of Court

April 7, 2023

By   s/ Sara Quinones
Deputy Clerk