1  Jared G. Keenan (Bar No. 027068)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: jkeenan@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen,*
5  *Dustin Brislan, Robert Gamez, Jonathan*
   *Gonzalez, Jason Johnson, Kendall Johnson,*
6  *Joshua Polson, Laura Redmond, Sonia*
   *Rodriquez, Ronald Slavin, Jeremy Smith,*
7  *and Christina Verduzco, on behalf of*
   *themselves and all others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
15 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Thornell, *et al.*,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE FOR ATTORNEYS' FEES AND COSTS**<br><br>**[First Request]** |

1  Under Rule 54(d)(2)(B)(i) and Local Rule 54.2(b), Plaintiffs, as prevailing parties,
2  have 14 days after this Court's entry of judgment on April 7, 2023 to move for attorneys'
3  fees and costs. The parties jointly request an order extending the time for Plaintiffs to file
4  the motion to 90 days (until July 6, 2023), so there is sufficient time for Plaintiffs to
5  gather and review billing records, and for the parties to negotiate a possible resolution and
6  avoid having to litigate the matter with the Court. A proposed order is attached.

DATED: April 10, 2023.                                  Respectfully submitted,

**ACLU NATIONAL PRISON PROJECT**                        **STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

By:  *s/ Corene T. Kendrick*                            By:  *s/ Daniel P. Struck (with permission)*
    Corene T. Kendrick (Cal. 226642)*               Daniel P. Struck (Bar No. 012377)
    39 Drumm Street                                    Rachel Love (Bar No. 019881)
    **ACLU NATIONAL PRISON PROJECT**                   Timothy J. Bojanowski (No. 022126)
    San Francisco, California 94111                    Nicholas D. Acedo (Bar No. 021644)
    Telephone: (202) 393-4930                           3100 W. Ray Road, Suite 300
    Email: ckendrick@aclu.org                           Chandler, Arizona 85226
                                                        Telephone: (480) 420-1600
    *Admitted *pro hac vice*                           Email: dstruck@ strucklove.com
                                                              rlove@ strucklove.com
                                                              tbojanowski@strucklove.com
                                                              nacedo@ strucklove.com

    David C. Fathi (Wash. 24893)*                  Arizona Attorney General Kris Mayes
    Maria V. Morris (D.C. 1697904)**               **OFFICE OF THE ARIZONA ATTORNEY GENERAL**
    Eunice Hyunhye Cho (Wash. 53711)*              Lucy M. Rand (Bar No. 026919)
    **ACLU NATIONAL PRISON PROJECT**               Assistant Attorney General
    915 15th Street N.W., 7th Floor                2005 N. Central Avenue
    Washington, D.C. 20005                         Phoenix, Arizona 85004
    Telephone: (202) 548-6603                      Email: Lucy.Rand@azag.gov
    Email: dfathi@aclu.org
          mmorris@aclu.org          *Attorneys for Defendants*
          echo@aclu.org

    *Admitted *pro hac vice*; not admitted in
    DC; practice limited to federal courts.

    **Admitted *pro hac vice*

    Jared G. Keenan (Bar No. 027068)
    **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
    Telephone: (602) 650-1854
    Email: jkeenan@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          rlomio@prisonlaw.com
          sophieh@prisonlaw.com

*Admitted *pro hac vice*

John H. Gray (Bar No. 028107)
Karl J. Worsham (Bar No. 035713)
Kelly Soldati (Bar No. 036727)
Alisha Tarin-Herman (Bar No. 037040)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    jhgray@perkinscoie.com
          kworsham@perkinscoie.com
          ksoldati@perkinscoie.com
          atarinherman@perkinscoie.com
          docketphx@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen, et al., on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   *s/ Maya Abela*
   Asim Dietrich (Bar No. 027927)
   5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
   Telephone:  (602) 274-6287
   Email: adietrich@azdisabilitylaw.org

   Rose A. Daly-Rooney (Bar No. 015690)
   Maya Abela (Bar No. 027232)
   177 North Church Avenue, Suite 800
   Tucson, Arizona 85701
   Telephone:  (520) 327-9547
   Email:   mabela@azdisabilitylaw.org
            rdalyrooney@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2023, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Lucy M. Rand
Assistant Arizona Attorney General
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
aorcutt@strucklove.com
ecohen@strucklove.com

*Attorneys for Defendants*

                                                                    s/   C. Kendrick