UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Thornell, Director, Arizona Department of Corrections, Rehabilitation and Reentry; *et al.*, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE FOR ATTORNEYS' FEES AND COSTS** |

This Court, having reviewed the parties' Joint Motion for Extension of Time to File for Attorneys' Fees and Costs, (Doc. \_\_\_\_), and finding good cause, hereby GRANTS the Motion. Plaintiffs shall have up to and including July 6, 2023, to file their Motion.

23774493.1