# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

The Court received a letter dated March 24, 2023, from prisoner Edward Young, which the Court will direct the Clerk of Court to file on the docket. He explains that on January 16, 2023, he was violently assaulted by other prisoners while on a 72-hour lockdown in a secure building. Mr. Young further alleges subsequent investigation by prison security officers revealed this attack was facilitated by correctional officers. Mr. Young seeks to stay in a safe location pending completion of the prison's investigation. The Court will direct the Clerk of Court to open the letter as a new civil action. Class members are reminded they must not contact the Court directly.

The parties also filed a joint motion for extension of time to allow Plaintiffs until July 6, 2023, to file their motion for attorneys' fees under Rule 54(d)(2)(B)(i). The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the Clerk of Court must file the attached letter from Edward Young on the docket in this matter. The Clerk of Court must open it as a new civil action.

**IT IS FURTHER ORDERED** the Joint Motion for Extension of Time (Doc. 4412) is **GRANTED**. Plaintiffs must file their Motion for Attorneys' Fees no later than **July 6, 2023**.

Dated this 11th day of April, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge