No. "Cover Letter"

Mr. James Holman Liggett, SS
136429 A.D.O.C. "Attorney of Record"
Arizona State Prison Complex Tucson
Winchester Unit 4-B-09-Upper/Top
10000 South Wilmot Road
P.O. Box 24401
Tucson, Arizona 85734

COVER

April 8th, 2023

LETTER

Clerk U.S. District Court Clerk's Office
Sandra Day O'Connor, U.S. Courthouse Suite 130
401 W. Washington Street, S.P.C.1
Phoenix, Arizona 85003-2118

IN RE: Filing for "Emergency Injunctive Relief"
to "Honorable Judge Roslyn Silver Court"
with reference to denial of adequate
medical care, & retaliation by "ADCRR"
"Jensen Care Expectation."

Clerk of U.S. District Court
District of Arizona;

(Page 1)

Re: "COVER LETTER"

"ENCLOSED" YOUR OFFICE "WILL FIND" "2 COPIES", OR "1 COPY" TO BE FILED TO THE Honorable Judge Roslyn Silver which was mailed directly to her via "A.D.O.C. Legal Mail" The other copy has been mailed directly to "your office" for filing purpose for "Emergency" Injunctive Relief, with attachments; for the Honorable Judge Roslyn Silver "Review" (ONLY)... "Because this" Cause is, "Shawn Jensen et al, v. David Shinn et al, "Decision" "CV12-00601-PHX-ROS"... For Injunctive Relief" that is "NOT" being upheld by "A.D.O.C.", "ANCRR" or "Maya Cone Inc." Strictly need her "Direct Review"... only "NOT" any other "District Court Judge"...
Certificate of Service is Enclosed, and "Verification" is Enclosed, within every "Copy" along-with "Attachments"...

Thank you for your "Continued Cooperation" and "Close Attention" to this "Subject Matter".

(PAGE 2)

Mr. Cover Letter

Respectfully Submitted this 8th day of April, "in the year of our Lord 2023."

By: mr. [signature] 136429
Mr. James Norman Liebert II
136429 A.D.O.C. "Attorney of Record"
Arizona State Prison Complex Tucson
Winchester Unit 4-B-29-Upper/Top
10002 South Wilmot Road
P.O. Box 24401
Tucson, Arizona 85734

"U.S. Navy Veteran"

mr. [signature]

136429 A.D.O.C. "Attorney of Record"

(Page 3)