FILED ✓   LODGED
RECEIVED   COPY

APR 1 3 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _HH_   DEPUTY

No. INJUNCTIVE RELIEF

1

2  MR. JAMES NORMAN ZIEBEYARS JR ID

3  136429 A.D.O.R. "ATTORNEY OF REORD"

4  ARIZONA STATE PRISON Complex TUCSON

5  ININCHESTER UNIT 4-B-09-UPPER/TOP

6  10002 SOUTH WILMOT ROAD         CV-12-601-PHX-ROS

7  P.O. BOX 24401

8  TUCSON ARIZONA 85734     "DENIAL OF ADEQUATE

9                                MEDICAL CARE.

10  APRIL 5, 2023           "A.D.O.C. TUCSON ARIZONA"

11

12  HONORABLE ROSLYN SILVER

13  UNITED STATES DISTRICT COURT JUDGE    "EMERGENCY"

14  DISTRICT COURT OF ARIZONA    INJUNCTIVE

15  UNITED STATES COURTHOUSE    RELIEF...

16  401 WEST WASHINGTON STREET

17  PHOENIX, ARIZONA 85003-2118

18

19  IN RE: INJUNCTIVE RELIEF, DENIAL OF ADEQUATE

20       MEDICAL CARE, WHETSONE / WINCHESTER UNITS

21            TUCSON, ARIZONA A.D.O.C.

22

23  HONORABLE JUDGE ROSLYN SILVER;

24  - THE PURPOSE OF MY CORRESPONDENCE IS TO

25    INFORM "YOUR OFFICE" THAT I AM NOT ---

26            (PAGE 1 )

27

28

1    No. INJUNCTIVE RELIEF
2    Receiving "Adequate Medical Care" by NAPH-Care
3    in Tucson Arizona Winchester Unit, Nor at
4    Whetstone Unit, But Instead Retaliation, and
5    Denial of Adequate Medical Care. I am going
6    to present the Facts, in Brief as possible.
7
8    —For Years I Have Been "Diagnosed" With A
9    Sciatic Nerve, And Lower Back pain, Condition, That
10   A Licensed "Medical Doctor" Considered "Worthy" of
11   "Comment" And Treatment, Because the "Sciatic Nerve,
12   And Lower Back pain Condition Significantly "Affect"
13   Daily Activities, Causing Chronic, and Serious Pain.
14   The "Treatment procedures" That Were Issued
15   And "Prescribed" By A Licensed Medical Doctor" Are
16   Clear "Lower Bunk", No-Bending, No-Twisting,
17   And The "Patient Was Placed On 500 mgs. of
18   Acetaminophen Extra Strength Three Times A
19   Day. (3 Times A Day... Subsequently, This "Patient"
20   And Has A Heart Condition "Lisinopril Oral
21   Tablet 40 mgs. A day", And "Amlodipine
22   Besylate Oral —10 mgs. A day... Consequently, To
23   Be "Assessed On A "Regular Basis" By Taking
24   Blood pressure "Readings"... the "Patient Was
25   Considered Chronic Care..."
26                    (Page 2    )
27
28

No. INJUNCTIVE RELIEF

NAPHA-CARE, NURSE PRACTITIONER ALONSO, AND
NURSE BARNES "KNEW OR SHOULD HAVE KNOWN,"
WERE AWARE, OR SHOULD HAVE BEEN "AWARE," OF
INMATE ZIEBERT'S "SERIOUS MEDICAL NEED," AND
TREATMENT PROCEDURES FOR "LOWER BACK PAIN,"
AND "SCIATIC NERVE CONDITION, OF A "LOWER BUNK,
NO - BENDING, NO TURNING, AND "500 mgs. OF
ACETAMINOPHEN EXTRA STRENGTH THREE TIME A
DAY, "NAPHA CARE CORP," NURSE PRACTITIONER ALONSO,
AND "NURSE BARNES' SHOWED - DELIBERATE
INDIFFERENCE" TO MY LOWER BACK PAIN, AND
SCIATIC NERVE CONDITION, BY "FAILING TO MAKE
THE "NECESSARY EFFORT" TO FOLLOW TREATMENT
PROCEDURES" OF A "LOWER BUNK, NO - BENDING, NO -
TURNING, AND ACTUALLY DISPUTE, THESE TREATMENT"
PROCEDURES, AND "DENIED THE TREATMENT PROVIDED,"
THAT HAVE BEEN IN "EFFECT FOR YEARS PRIOR" IN
PRESCRIBED BY A "LICENSED PHYSICIAN," MEDICAL -
DOCTOR" ... AT SEVERAL DIFFERENT UNITS, STATE, AND
PRIVATE PRISONS" ... IN "EFFECT" FOR "MANY YEARS"
PRIOR ... THIS "DELIBERATE INDIFFERENCE" PERFORMED
BY NAPHA CARE CORP, NURSE PRACTITIONER ALONSO, AND
NURSE BARNES' OF "FAILING TO MAKE THE
"NECESSARY EFFORT "TO - FOLLOW PRESCRIBED

(PAGE 3 )

1
2    No. INJUNCTIVE RELIEF
3    TREATMENT PROCEDURES OF A "LOWER BUNK,
4    NO-BENDING, NO-TWISTING, FOR-LOWER BACK
5    PAIN, AND "SCIATIC NERVE CONDITION" HAS
6    CAUSED "FUTURE SIGNIFICANT INJURY," AND
7    UNNECESSARY AND-"WANTON INFLICTION OF PAIN".
8    ESTELLE V. GAMBLE, 429 U.S. 97 (1976); ESTELLE, 429
9    U.S. AT 104; JETT V. PENNER, 439 F.3D 1091, 1096,
10    (9TH CIR. 0006).
11
12    -UPON ARRIVAL TO WINCHESTER UNIT, THIS -PATIENT
13    PETITIONER, INFORMED THE "PRISON OFFICIALS" OF
14    HIS PRESCRIBED MEDICAL TREATMENT PROCEDURE OF
15    A "LOWER BUNK, NO-BENDING, NO-TWISTING, AND
16    500 MGS. OF ACETAMINOPHEN FOR PAIN 3 TIMES
17    A DAY," PRISON OFFICIALS KNEW ABOUT "MY"
18    SERIOUS MEDICAL NEED," AND THE "PRISON OFFICIALS"
19    FAILED TO RESPOND REASONABLY TO IT.: ESTELLE, 429
20    U.S. AT 104; -GUTIERREZ V. PETERS, 111 F.3D 1364,
21    1369 (7TH CIR. 1997). THIS -PATIENT,
22    PETITIONER IS STILL "NOT IN A "LOWER BUNK"...
23    TO MEET THE -TREATMENT PROCEDURE
24    PRESCRIBED... THE PATIENT, PETITIONER IS
25    "OVER 57 YEARS" OF AGE"...SOON TO BE 58 YEARS"
26    OF AGE"... ON A-"TOP" BUNK"...WITH BACK PAIN".
   (PAGE 4)
27
28

No. INJUNITIVE RELIEF
MAPH CARE INC. "NURSE PRACTITIONER ALONSO, DISPUTES
IT IS ON "RECORD," WHEN THE "ACTUAL LOWER BUNK
WAIVER WAS PRODUCED BY A.D.O.C. COMPUTER'S including
my "A.D.O.C. PHOTOGRAPH ATTACHED" TO THEIR OWN
MEDICAL WAIVER FROM THEIR OWN MEDICAL DEPARTMENT
AT WHETSTONE UNIT, WHEN IT WAS "RENEWED" ON
10-28-2022 VALID THROUGH 10-31-2023, "FACT" AND HAS
BEEN PREVIOUSLY ISSUED FOR YEARS prior" LAST YEAR WAS
ISSUED ON 10-05-2021 VALID THROUGH 10-05-2022 WHICH
IS ALSO ATTACHED, ALSO FOR YEARS prior TO THAT... ON RECORD
"NURSE PRACTITIONER ALONSO" OF MAPH-CARE INC. IS
FABRICATING A "FRIVOLOUS ARGUMENT THAT IT IS NOT ON RECORD.
"MAPH-CARE INC. CORPORATE ATTORNEY'S HAVE BEEN
DIRECTLY CONTACTED BY BOTH my "FAMILY AND "NE," WHO
HAVE BEEN "BUSINESS OWNERS" IN AND OUT OF THE STATE
OF ARIZONA FOR "OVER 20 YEARS "WHO PAY TAXES, AND
HIRE EMPLOYEE'S, PROPERTY OWNERS"... "WHO VOTE."..
"NURSE PRACTITIONER ALONSO, ALSO NURSE GARNER
CLAIMS OF THE "WAIVER" NOT BEING ON RECORD ARE
FABRICATED ALSO FRIVOLOUS, Complete "DELIBERATE
INDIFFERENCE" TO "MY "SERIOUS MEDICAL NEED"...

( PAGE 5 )

1                 No. INJUNCTIVE RELIEF

2  WHICH RESULTS, IN A DENIAL OF ADEQUATE

3  MEDICAL CARE; IN "VIOLATION OF "MY" U.S.C.A.

4  EIGHTH AMENDMENT TO A "STATE" AND "FEDERAL"

5  CONSTITUTION" IT IT ALSO A "DENIAL OF RIGHTS

6  UNDER COLOR OF LAW," 18 U.S.C. § 241, 18 U.S.C § 242,

7  AND 18 U.S.A § 245"... A "FEDERAL CRIME"...

8

9  SEE, ENCLOSED ATTACHMENTS" OF RECORD FROM

10  A.D.O.C. OWN "COMPUTER RECORDS"... INMATES

11  HAVE "NO COMPUTER ACCESS,"... TO ANY OF THE

12  MEDICAL FILES"... ONLY "MEDICAL STAFF"...

13

14  THEIR "ACTIONS" OR "INACTIONS" ARE IN

15  CLEAR "VIOLATION" OF "SHAWNA JENSEN, ET. AL.,

16  V. DAVID SHINN, ET. AL. NO. CV-12-00601 PHX-ROS,

17  AGREEMENT FOR "INJUNCTIVE RELIEF"...

18  ISSUED BY "THIS SAME COURT"...

19

20  - ACCESSORY REVIEW OF THE - FACTS" PRESENTED

21  ARE - "UNDISPUTABLE" IT IT COMPLETE

22  "DELIBERATE INDIFFERENCE" BY - MANY LIKE (ALL)

23  "NURSE BARNES, AND "NURSE PRACTITIONER "ALONSO"

24  WHO DIRECTLY DELIBERATELY DENIED "ME," THIS

25  PATIENT, REQUIRED "ADEQUATE MEDICAL CARE"...

26              ( PAGE 6 )

27

28

NO. INJUNCTIVE RELIEF

Along with A.D.O.C. "prison officials" who knew about my serious medical need, of a lower trunk, due to lower back pain, and sciatic nerve condition, and "prison officials" failed to "respond reasonably to it." Estelle, 429 U.S. at 104; Gutierrez v. Peters 111 F.3D, 1364, 1369 (7th Cir. 1997).

NAPH-Care inc. Corporate attorney's were notified of this "deliberate indifference" on December 09, 2022, of nurse Gutierrez failing to make the "necessary effort" to even assess that patient, petitioner, for his serious medical need, - NAPH Care inc. then "responded" in "writing" to "inmate Ziegler#ss 186479" on "January 06, 2023, then again on March 22, 2023, acknowledging the "patient" Petitioner's "February 16, 2023, concerning nurse practitioner "Blanco" denial of a "lower trunk" knowing that the "patient" "petitioner" have a "sciatic nerve condition".. Also NAPH Care inc. "denied" that "nurse practitioner denied" adequate medical care!.. (deliberate indifference) which is "completely obscure" knowing that several mental doctors over the years' -

(PAGE 7   )

No. Injunctive Relief

HAVE Commented ALSO "Provided Treatment"
OF A "Lower Bunk," No-Bending" No Twisting AND
500 MGS. OF ACETAMINOPHEN EXTRA STRENGTH
THREE TIMES A DAY... Obviously THE Lower Back
PAIN AND - Sciatic Nerve Condition EXIST THAT
EVEN A = LAY-PERSON Would EASILY REQUIRE
THE NECESSITY FOR A "DOCTORS ATTENTION"...
SEE. Hill V. DE KALB REG'L Youth DET. CTR.
40 F.3D 1176, 1187 (11TH CIR. 1994). MARIN-CORLE
JAIL: Corporate Office ALSO "DENIED" THAT
"NURSE GUTIEREZ" - FAILED TO ADDRESS ANY OF
THAT "PATIENTS" PETITIONERS MEDICAL ISSUES ON
12-05-2022 AND 12-06-2022, "FAILED TO MAKE
THE "NECESSARY EFFORT TO ASSESS" THAT "PATIENT"
PETITIONER "WHICH IS ALSO - ABSOLUTELY "OBSURD" TO
DENY," WHEN IT WAS ALL ON CAMERA... WHEN
NURSE GUTIEREZ " ALLEGEDLY REVIEWED THE
RECORD OF THE PATIENTS MEDICAL RECORDS" THAT
ILLUSTRATE" CLEARLY THE "EXISTENCE" OF A
SERIOUS MEDICAL NEED ON THE "FACTS" THAT
SURROUND THAT INDIVIDUAL - "PATIENT,"
PETITIONER; SEE. Smith V. CARPENTER, 316 F.3D
178 (2D CIR. 2003).


( PAGE 8 )

1   No. "INJUNCTIVE RELIEF"
2   THIS "PATIENT", PETITIONER REQUESTED TO
3   MEET WITH A "MEDICAL DOCTOR" (DR. SALMAN")
4   OF "TUSCON" WHICH AGAIN NEVER TOOK PLACE
5   AT "WINCHESTER UNT," THERE IS "ONLY ONE"
6   ALLEGED MEDICAL DOCTOR FOR ALL OF TUSCON PRISON
7   COMPLEX"..., SO I WAS INFORMED BY
8   NAPH-CARE MEDICAL STAFF" AND "MY"
9   HEALTH NEEDS REQUESTS WERE "DISREGARDED"
10  AND STILL REMAIN "UNANSWERED" TO MEET
11  WITH A "MEDICAL DOCTOR" LICENSED MEDICAL
12  PHYSICIAN, OTHER THAN A "NURSE PRACTITIONER"...
13  - NO MEETING EVER TOOK PLACE TO BE
14  EXAMINED BY A "MEDICAL DOCTOR" BY NAPH-CARE
15  INC. (MORE) COMPLETELY "IGNORED" "DISREGARDED"
16  BY NAPH CARE MEDICAL STAFF AT TUSCON PRISON
17  COMPLEX"..., ALL ON "HEALTH NEEDS REQUEST FORMS"
18  WHICH WERE "NOT" RETURNED TO ON "PAPER"...
19  OR ON THE "SECURED TABLETS"... THIS IS
20  COMPLETE "RETALIATION" FOR FILING "GRIEVANCES,"
21  AGAINST NURSE BOXHER," AND NURSE PRACTITIONER
22  ALONSO," COMPLAINTS WERE FILED BY THIS "PATIENT,"
23  PETITIONER TO & NAPH CARE INC AT THE
24  CORPORATE OFFICE IN BIRMINGHAM, ALABAMA;
25  ARIZONA BOARD OF NURSING, PHOENIX, AZ,...
26          (PAGE 8 )
27
28

1    No. INJUNCTIVE RELIEF

2 NATIONAL REGISTER OF NURSING, N.C.S.B.N, in

3 CHICAGO, ILL, KRIS MAYES ARIZONA STATE ATTORNEY

4 GENERALS OFFICE, STATE OF ARIZONA, GOVERNOR KATIE

5 HOBBS, GOVERNOR STATE OF ARIZONA; KRISTEN CLARKE,

6 ASSISTANT U.S. ATTORNEY GENERAL OFFICE, U.S. D.O.J.,

7 WASHINGTON D.C. FOR RETALIATION BY A.D.O.C.;

8 DENIAL OF ADEQUATE MEDICAL CARE, A COMPLETE

9 VIOLATION OF "MY" PATIENT PETITIONER'S U.S.C.A. EIGHTH

10 AMENDMENT TO A STATE AND FEDERAL CONSTITUTION ON

11 BOTH HARM-CARE INC., EMPLOYEES, STAFF, CONTRACTORS,

12 NURSE PRACTITIONER ALONSO, NURSE GITCHES, AND

13 A.D.O.C. "PERSON OFFICIALS. — ALL FILED BY THIS PATIENT

14 PETITIONER INMATE JAMES HERMAN ZIEGENFUS

15 136479 A.D.O.C, THE PLAINTIFF / PETITIONER / PATIENT

16 COVERING MEDICAL CARE AND RETALIATION BY PRISON

17 OFFICIALS AND HARM CARE INC. EMPLOYEES, STAFF, CONTRACTORS.

18 RESULTING IN A DENIAL OF LIFESAVING CARE OF LAW,

19 18 U.S.C. § 241; 18 U.S.C. § 242; 18 U.S.C. § 245,

20 A "FEDERAL CRIME" CONSPIRACY AGAINST RIGHTS"...

21 TITLE 13 ... THAT THE "FACTS WILL SIGNAL,"

22

23 DEFENDANT RYAN THORNELLE IS THE DIRECTOR OF

24 A.D.O.C. AND HE IS SUED HERE IN HIS

25 OFFICIAL CAPACITY, AS THE DIRECTOR OF THE A.D.O.C

26        ( PAGE 10 )

27

28

No. INJUNCTIVE RELIEF

MR. RYAN THORNELL IS RESPONSIBLE FOR ESTABLISHING, MONITORING, AND ENFORCING OVERALL OPERATIONS, POLICIES, AND PRACTICES OF THE ARIZONA STATE PRISON SYSTEM, WHICH INCLUDES THE PROVISION OF "CONSTITUTIONALLY" ADEQUATE MEDICAL, MENTAL HEALTH, AND DENTAL CARE FOR ALL PRISONER'S, INCLUDING THIS PLAINTIFF' INMATE JAMES HANNAH FIFTEENTH 136479 A.D.O.C., COMMITTED TO THE CUSTODY OF A.D.O.C., SEE A.R.S. §§ 13-201, 41-1604(A), 41-1608, AS DIRECTOR MR. RYAN THORNELL IS RESPONSIBLE FOR "DECISIONS" CONCERNING HIRING STAFF, SUPERVISION, DEPLOYMENT, AND TRAINING THAT DIRECTLY "AFFECT" PRISONER'S ABILITIES TO OBTAIN "ADEQUATE AND NECESSARY HEALTH SERVICES." HE IS RESPONSIBLE FOR PROVIDING CONSTITUTIONAL CONDITIONS OF CONFINEMENT, IN ALL UNITS, INCLUDING BUT NOT LIMITED TO "ISOLATION UNITS," LEVEL 2, AND LEVEL 3 UNITS, AT ALL TIME-RELEVANT HERETO, HE HAS "ACTED" UNDER COLOR OF STATE LAW. SEE ATTACH DEPARTMENT ORDER 1101.01...

(PAGE 10          )

NO. INJUNCTIVE RELIEF

1
2 THIS "PATIENT", PLAINTIFF "MR. JAMES HUMON ZIEGENDO,
3 136479 A.D.O.C., ALLEGES THE FOLLOWING DEFENDANT
4 RYAH MULHELL, HAS AN ADOPTED "POLICY" AND
5 PRACTICE OF FAILING TO PROVIDE PRISONER'S WITH
6 ADEQUATE HEALTH CARE, ALSO ARE - DELIBERATELY
7 INDIFFERENT TO THE FACT THAT THE "SYSTEMIC -
8 FAILURE" TO DO SO RESULTS IN SIGNIFICANT
9 INJURY, AND A SUBSTANTIAL RISK OF HARM!
10

11 PLAINTIFF / PATIENT, MR. JAMES HUMON ZIEGENDO
12 136479 A.D.O.C. "ALLEGES" - DEFENDANT'S, MARY ONE
13 INC; AND DIRECTOR MR. RYAH MULHELL HAVE AN
14 ADOPTED POLICY, CUSTOM, OR PRACTICE, OF FAILING TO
15 PROVIDE TIMELY ACCESS TO HEALTH CARE AND ARE
16 DELIBERATELY INDIFFERENT TO "RISK OF HARM" AND
17 INJURY TO PRISONER'S / PLAINTIFF THAT RESULTS FROM
18 THIS "SYSTEMIC - FAILURE..."
19

20 DEFENDANT MR. RYAH MULHELL, & MARY ONE INC,
21 EMPLOY "INSUFFICIENT - HEALTH CARE STAFF," MANY OF
22 THE SEVERE DEFICIENCIES IN A.D.O.C. HEALTH CARE
23 SYSTEM ARE "CAUSED" BY DEFENDANT'S FAILURE TO
24 EMPLOY SUFFICIENT HEALTH CARE STAFF POSITIONS TO
25 PROVIDE ADEQUATE HEALTH CARE TO PRISONER'S / PLAINTIFF
26 (PAGE 12)
27
28

## N. INJUNCTIVE RELIEF

1
2  THERE ARE "INSUFFICIENT," MEDICAL, "DENTAL,
3  MENTAL HEALTH CLINICIANS ON STAFF TO MEET
4  THE "SIGNIFICANT" AND DOCUMENTED MEDICAL CARE
5  NEEDS OF THE ALMOST 33,000 PRISONER'S IN
6  A.D.O.C. CUSTODY. (33,100 PRISONERS)...
7
8  PLAINTIFF'S, PRISONER, AND MR. JAMES HERMAN ZIEGENFUSS
9  136429 A.D.O.C. AND THE MEDICAL SUBCLASS ALLEGE
10  THE FOLLOWING, "DEFENDANT DIRECTOR RYAN THORNELL,"
11  AND "MADY COME INC, HAVE A POLICY AND PRACTICE OF
12  FAILING TO PROVIDE "PRISONER'S" AND MR. JAMES
13  HERMAN ZIEGENFUSS 136479 WITH "ADEQUATE MEDICAL
14  CARE, AND ARE "DELIBERATELY INDIFFERENT" TO THE
15  FACT THAT THE "SYSTEMIC-FAILURE" TO DO SO,
16  RESULTS, IN "SIGNIFICANT INJURY" AND "SUBSTANTIAL"
17  RISK OF HARM TO "PRISONER/PLAINTIFF' MR. JAMES
18  HERMAN ZIEGENFUSS 136479 A.D.O.C. = DEFENDANT'S
19  FAILURE TO PROVIDE ADEQUATE MEDICAL CARE
20  RESULTS IN PLAINTIFF/PRISONER'S EXPERIENCING
21  PROLONGED, UNNECESSARY PAIN, AND
22  SUFFERING, PREVENTABLE INJURY, AMPUTATION,
23  DISFIGURATION AND "DEATH"...
24
25
26                    ( PAGE 12 )
27
28

1   No. INJUNCTIVE RELIEF
2   DEFENDANT'S MR. RYAN THURMEL DIRECTOR, OF
3   A.I.D.O.C., AND HARM CARE INC. HAVE A "POLICY"
4   AND PRACTICE OF FAILING TO PROVIDE PRISONER'S/
5   PLAINTIFF MR. JAMES HERMAN ZIEGENFUSS 136479
6   A.I.D.O.C. MEDICALLY NECESSARY CARE TO
7   ADDRESS ON going "MEDICAL NEEDS OR
8   DISEASE, DEFENDANT'S "DELIBERATE INDIFFERENCE"
9   TO THEIR "SYSTEMIC FAILURE" TO PROPERLY
10  "APPLY, TREAT OR "MANAGE" PRISONER'S / PLAINTIFF
11  MR. JAMES HERMAN ZIEGENFUSS'S 136479 A.I.D.O.C.
12  CHRONIC ILLNESSES "EXACERBATES" PRISONER'S
13  CONDITIONS, AND PLAINTIFF MR. JAMES HERMAN
14  ZIEGENFUSS'S 136479 A.I.D.O.C. CONDITIONS AND
15  FREQUENTLY LEADS TO "PREVENTABLE, PERMANENT,
16  INJURIES "OR "DEATH"...
17
18  SEE. "JURISDICTION AND VENUE" THIS "OUT" UNS
19  JURISDICTION PURSUANT TO 28 U.S.C. §§ 1331, AND
20  1343, THIS "CIVIL ACTION" SEEKS-DECLARATORY
21  RELIEF, "INJUNCTIVE RELIEF UNDER 28 U.S.C. §§
22  1343, 2001 AND 2202,-42 U.S.C. §1983,-...
23
24
25
26          (PAGE 14)
27
28

1           No. INJUNCTIVE RELIEF

2   SEE. VENUE.

3

4   VENUE IS PROPER "UNDER 28 U.S.C. § 1391 (B),

5   BECAUSE THE DEFENDANT'S DIRECTOR RYAN

6   THORNELL, "PRISON OFFICIALS," NON-MEDICA

7   STAFF MEMBERS', UNION CORE INC. MEDICAL STAFF,

8   EMPLOYEE'S, CONTRACTOR'S, MEDICAL DOCTORS', RESIDE

9   IN THE "DISTRICT OF ARIZONA," AND BECAUSE A

10   " SUBSTANTIAL PART "OR" ALL OF THE EVENTS, "OR"

11   OMISSIONS "GIVING RISE" TO PLAINTIFF /

12   PRISONER'S CLAIMS "OCCURED IN THE DISTRICT OF

13   ARIZONA...

14

15   THEREFORE, THIS PLAINTIFF / PRISONER'S

16   MR. JAMES HERMAN ZIEGENFUSS 136479 AIMOL,

17   MOVES " THIS "HONORABLE COURT" ROSLYN SILVER"

18   FOR 'IMMEDIATE INJUNCTIVE RELIEF, THAT

19   THIS PLAINTIFF MR. JAMES HERMAN ZIEGENFUSS

20   136479 AIMOL, HAS HIS "INITIAL TREATMENT"

21   AND "PREEXISTING" TREATMENT PROCEDURES" OF

22   A "LOWER BUNK", NO-BENDING, NO-TWISTING, FOR

23   LOWER BACK PAIN, AND SCIATIC NERVE COMPRESSION

24   BE UPHELD BY "DEFENDANTS" AND BE

25   PROVIDED IMMEDIATELY... TO THIS PLAINTIFF /

26           ( PAGE 15 )

27

28

1 NO. INJUNCTIVE RELIEF

2 PETITIONER, "PATIENT"... AND "ALL PRISONER'S

3 THAT HAVE A SERIOUS MENTAL NEED OF A

4 LOWER BUNK, FOR SIMILAR BUNK INJURIES"

5 INSTEAD OF BEING DENIED ADEQUATE MEDICAL

6 CARE BY MANY CORE INC. Employees', MEDICAL

7 STAFF MEMBERS,' MEDICAL DOCTORS, NURSE

8 PRACTITIONER'S, "NURSING STAFF, AND OR ANY

9 COMPANIES OR OTHER NON-MEDICAL PRISON

10 OFFICIALS," INCLUDING "DIRECTOR RYAN THORNELL..

11 TO STOP AN RETALIATING AGAINST

12 MR. JAMES HERMAN ZIEGENFUS, 136429 ArDOC.

13 BY ADOC PRISON OFFICIALS NON-MEDICAL

14 STAFF MEMBERS, OR COMPANIES, Employees, AND

15 MANY CORE INC. MEDICAL STAFF MEMBERS

16 Employees OR COMPANIES "NURSE GORDEN", AND

17 NURSE PRACTITIONER ALONSO... FOR Filing

18 GRIEVANCES, CLAIMS, OR ANY OTHER Legal Actions'

19 TAKEN BY MR. JAMES HERMAN ZIEGENFUS

20 136479 ArDOC, MSO-U.S. NAVY VETERAN, "PATIENT"

21 PLAINTIFF, PETITIONER." 57 YEARS OF AGE ON

22 A TOP BUNK WITH LOWER BUNK PAIN, E

23 SCIATIC NERVE GOD WAY, WHO NEEDS A

24 LOWER BUNK IMMEDIATELY... INJUNCTIVE

25 RELIEF... STOP" ANY RETALIATING TRANSFER'S"..

26 (PAGE 16)

27

28

1   Mr. INJUNCTIVE RELIEF "
2   DUE TO FILING, Complaints; grievance, or
3   ANY OTHER LEGAL-ACTIONS TAKEN BY THIS
4   "PATIENT," PETITIONER, PLAINTIFF, MR. JAMES MURPHY
5   ZIEBENTHS 136479 A-DIOLC. A "U.S. NAVY VETERAN"
6   Also "57 YEARS OF AGE"...
7

8   RESPECTFULLY Submitted this 11ᵀᴴ DAY OF APRIL,
9   IN THE YEAR OF OUR LORD 2023.
10
11   BY:— MR.                      136429
12   MR. JAMES MURPHY ZIEBENTHS, Jᴿᴵᴵ
13   136 479 A-DIOIC. ATTORNEY OF RECORD "
14   ARIZONA STATE PRISON Complex TUCSON
15   WINCHESTER UNIT 4-B-09- UPPER/TOP
16   10002 SOUTH WILMOT ROAD
17   P.O. BOX 24401
18   TUCSON, ARIZONA 85734
19
20       (U.S. NAVY VETERAN)
21      (DESERT SHIELD - DESERT STORM)
22   MR.
23
24   SEE. "ATTACHMENTS ENCLOSED "
25
26       (PAGE 17           )
27
28

16. INJUNCTIVE RELIEF

# VERIFICATION

I HAVE READ THE FOREGOING "Complaint" AND
HEREBY VERIFY THAT THE MATTERS ALLEGED
THEREIN ARE "TRUE," EXCEPT AS TO THOSE
MATTERS ALLEGED ON INFORMATION AND RELIEF;
AND, AS TO THOSE, I BELIEVE THEM TO BE
TRUE: THIS ENTIRE DOCUMENT IS ALLEGED UPON
INFORMATION AND BELIEF. I CERTIFY UNDER
PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT.

EXECUTED AT:          DATED: 4-05-2023
            ARIZONA STATE PRISON Complex TUCSON
            WINCHESTER UNIT 4-8-09-UPPER/TOP
            10002 SOUTH WILMOT ROAD
            P.O. BOX 24401
            TUCSON, ARIZONA 85734

                                    136479
BY: mr.
MR. JAMES WILLIAM LILLEMOE JR.
136479 A.R.O.C. "ATTORNEY OF RECORD"
"U.S. NAVY VETERAN"
            (PAGE 1 )

4. INJUNCTIVE RELIEF

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED CERTIFY, THAT ON THIS 11TH DAY OF APRIL, IN THE YEAR OF OUR LORD 2023, I SERVED A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT "INJUNCTIVE RELIEF" UPON THE LISTED ATTACHED OFFICE BY SUBMITTING SAME TO A DESIGNATED CIVILIAN EMPLOYEE OF THE "ARIZONA DEPARTMENT OF CORRECTIONS" FOR PROMPT, PROCESSING MAILING BY AUTHORIZED "PRISON PERSONNEL, WITHIN THE "FACILITY MAILROOM" WITH SUFFICIENT "FIRST-CLASS POSTAGE AFFIXED", ALSO IT "SHALL" BE DEEMED FILED AS OF THE ABOVE DATE AS PER THE "FEDERAL PRISON MAILBOX RULE" HOUSTON V. LACK, 487 U.S. 266, 275-276, 108 S.CT 2379, 101 L.ED. 245 (1988).

RESPECTFULLY SUBMITTED THIS 11TH DAY OF APRIL IN THE YEAR OF OUR LORD 2023.

BY: me _____ 136479

MR. JAMES NORMAN LIEGENFUSS - JR III

136479 A.N.O.L "ATTORNEY OF RECORD"

(PAGE 2)

1

16. INJUNCTIVE RELIEF

2

3

## CERTIFICATE OF SERVICE

4

5   1. U.S. District Court Clerks Office

6      District of Arizona

7      Sandra Day O'Connor, U.S. Court House, Suite 130

8      401 West Washington Street S.P.C 1

9      Phoenix, Arizona 85003-2118

10

11   2. Honorable Roslyn Silver

12      United States District Court Judge

13      U.S. District Court, District of Arizona

14      Sandra Day O'Connor, U.S. Courthouse, Suite 130

15      401 West Washington Street, S.P.C.-1

16      Phoenix, Arizona 85003-2118

17

18   3. Mr. James Holman Ziegenfus Jr #4

19      136479 A.D.O.C.   Attorney of Record

20      Arizona State Prison Complex Tucson

21      Winchester Unit 4-A-09-U1714/TOP

22      10002 South Wilmot Road

23      P.O. Box 24401

24      Tucson, Arizona 85734

25

26              (Page 3   )

27

28

16. INJUNCTIVE RELIEF

## CERTIFICATE OF SERVICE

4. MS. KRIS MAYES

ARIZONA STATE ATTORNEY GENERAL

OFFICE OF THE ARIZONA STATE

ATTORNEY GENERALS OFFICE

2005 NORTH CENTRAL OFFICE

PHOENIX, ARIZONA 85004

5. KISTEN CLARKE

ASST. U.S. ATTORNEY GENERALS OFFICE

950 PENNSYLVANIA AVE. N.W.

WASHINGTON, P.C. 20530

6. SCOTTIE TETURA

CORPORATE COUSEL, LITIGATION

MAPU CARE CORPORATION

2090 COLUMBIANA ROAD

SUITE 4000

BIRMINGHAM, ALABAMA 35216

( PAGE 4 )

No. MORN CASE CWP

ATTACHMENT - A

LOWER-BUNK, "NO BENDING,"
NO-TWISTING.

RENEWED FOR ONE-FULL
YEAR.ON
10-28-2022 THROUGH 10-31-2023

FOR LOWER BACK PAIN,

AND

SCIATIC NERVE CONDITION"

VALID.

( PAGE 1 )