na Department of Corrections, Rehabilitation & Reentry
. W. Jefferson
nix, AZ 85007

---

| Patient Name | Patient Number | Date of Birth (Age = 57) | Race |
|---|---|---|---|
| **ZIEGENFUSS, JAMES NORMAN** | **136479 (136479)** | **8/28/1965** | **W** |
| Location | Booking Date | Release Date | Sex |
| **C37-HU1A-035L**<br>TUCSON-TUCSON - WHETSTONE | **03/20/2017 1:11 PM USMST** | **06/27/2024 12:00 AM USMST** | **M** |
| Status | Language | SSN | Type |
| **ACTIVE** | **Not Defined** | **N/A** | **I** |

SPECIFIC INFORMED CONSENT form completed by Raed Farraj Non-Naphcare RN on 10/27/2022 11:23:24 AM

**Select Informed Consent Type**

Medical

**Select Medication Type**

**The following condition(s) are to be treated:**

Lower Back Pain and Sciatic Nerve

**The following procedure(s) are being recommended:**

LOW BUNK
NO BENDING / NO TWISTING

I hereby authorize NaphCare, Inc.'s employee and agents to perform the above recommended procedure(s). I understand that the above-procedure(s) is/are necessary to treat my condition of Lower Back Pain and Sciatic Nerve and I have been fully advised of the procedure(s), all associated risks and all of my questions regarding the procedure(s) has/have been answered. I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been made as to the result of this/these procedure(s). I further understand that I have the right to withdraw my consent to any specific treatment by refusing the recommended treatment. I sign this willingly and voluntarily in full understanding of the above.

☐ Patient Refusal

*ONE Year*
*10/28/22 - 10/31/23*

Close Form

No. MOBY CARE CRD'

ATTACHMENT A-1

CURRENT MEDICATIONS

PRESCRIBED

BY:

LICENSED PHYSICIAN

JAMES NORMAN ZEGELUS JR.#

136479 A.D.O.C

SHOULD-BE ON CHRONIC CARE

( PAGE 1-A )

| Patient Name | Booking Number | Date of Birth(Age ± 67) | Race |
|---|---|---|---|
| JAMES NORMAN ZIEGENFUSS | #136479 | 8/28/1965 | W |

| Location | Booking Date | Release Date | Sex |
|---|---|---|---|
| C04-DU~A-202B | 3/20/2017 | 6/27/2024 | M |

| Custody Status | Language | SSN | Marital Status |
|---|---|---|---|
| ACTIVE | Not Defined | N/A | Not Defined |

**Acetaminophen Extra Strength Oral 500 MG Tablet 8/29/2022 12:00:00 AM - 2/24/2023 11:59:59 PM**
Atencio, Leonard MD
Take 500 mg by mouth three times a day for 180 day(s).

*For - Lower Back Pain/ Sciatic Nerve Conditions*

Allergies: Hydrocortisone

| Hours | Sep 17 | Sep 18 | Sep 19 | Sep 20 | Sep 21 | Sep 22 | Sep 23 | Sep 24 | Sep 25 | Sep 26 | Sep 27 | Sep 28 | Sep 29 | Sep 30 | Oct 1 | Oct 2 | Oct 3 | Oct 4 | Oct 5 | Oct 6 | Oct 7 | Oct 8 | Oct 9 | Oct 10 | Oct 11 | Oct 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Hours | Oct 13 | Oct 14 | Oct 15 | Oct 16 | Oct 17 | Oct 18 | Oct 19 | Oct 20 | Oct 21 | Oct 22 | Oct 23 | Oct 24 | Oct 25 | Oct 26 | Oct 27 | Oct 28 | Oct 29 | Oct 30 | Oct 31 | Nov 1 | Nov 2 | Nov 3 | Nov 4 | Nov 5 | Nov 6 | Nov 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | K | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Hours | Nov 7 | Nov 8 | Nov 9 | Nov 10 | Nov 11 | Nov 12 | Nov 13 | Nov 14 | Nov 15 | Nov 16 | Nov 17 | Nov 18 | Nov 19 | Nov 20 | Nov 21 | Nov 22 | Nov 23 | Nov 24 | Nov 25 | Nov 26 | Nov 27 | Nov 28 | Nov 29 | Nov 30 | Dec 1 | Dec 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Hours | Dec 2 | Dec 3 | Dec 4 | Dec 5 | Dec 6 | Dec 7 | Dec 8 | Dec 9 | Dec 10 | Dec 11 | Dec 12 | Dec 13 | Dec 14 | Dec 15 | Dec 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| Prisoner Name | JAMES NORMAN ZIEGENFUSS | Booking Number | #136479 | Date of Birth (Age = 57) | 8/28/1965 | Race | W |
|---|---|---|---|---|---|---|---|
| Located | C04-DU~A-202B | Booking Date | 3/20/2017 | Release Date | 6/27/2024 | Sex | M |
| Custody Status | ACTIVE | Language | Not Defined | SSN | N/A | Marital Status | Not Defined |

**Lisinopril Oral 40 MG Tablet** 7/5/2022 12:00:00 AM - 12/31/2022 11:59:59 PM Waszkiewicz, Isabella
Take 40 mg by mouth once in a.m. for 180 day(s). cc medication renewal .

Allergies: Hydrocortisone

| Hours | Sep 17 | Sep 18 | Sep 19 | Sep 20 | Sep 21 | Sep 22 | Sep 23 | Sep 24 | Sep 25 | Sep 26 | Sep 27 | Sep 28 | Sep 29 | Sep 30 | Oct 1 | Oct 2 | Oct 3 | Oct 4 | Oct 5 | Oct 6 | Oct 7 | Oct 8 | Oct 9 | Oct 10 | Oct 11 | Oct 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Hours | Oct 13 | Oct 14 | Oct 15 | Oct 16 | Oct 17 | Oct 18 | Oct 19 | Oct 20 | Oct 21 | Oct 22 | Oct 23 | Oct 24 | Oct 25 | Oct 26 | Oct 27 | Oct 28 | Oct 29 | Oct 30 | Oct 31 | Nov 1 | Nov 2 | Nov 3 | Nov 4 | Nov 5 | Nov 6 | Nov 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | | | | | | | | | | | | | | | | K | | | | | | | | | | |

| Hours | Nov 7 | Nov 8 | Nov 9 | Nov 10 | Nov 11 | Nov 12 | Nov 13 | Nov 14 | Nov 15 | Nov 16 | Nov 17 | Nov 18 | Nov 19 | Nov 20 | Nov 21 | Nov 22 | Nov 23 | Nov 24 | Nov 25 | Nov 26 | Nov 27 | Nov 28 | Nov 29 | Nov 30 | Dec 1 | Dec 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | | | | | | | | | | | | | | | | | | | | | | | K | | | |

| Hours | Dec 2 | Dec 3 | Dec 4 | Dec 5 | Dec 6 | Dec 7 | Dec 8 | Dec 9 | Dec 10 | Dec 11 | Dec 12 | Dec 13 | Dec 14 | Dec 15 | Dec 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | | | | | | | X | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| *Offender Name:* JAMES NORMAN ZIEGENFUSS | *Booking Number:* #136479 | *Date of Birth(Age = 57)* 8/28/1965 | *Race* W |
| *Location:* C04-DU~A-202B | *Booking Date* 3/20/2017 | *Release Date* 6/27/2024 | *Sex* M |
| *Custody Status* ACTIVE | *Language* Not Defined | *SSN* N/A | *Medical Items* Not Defined | |

**amLODIPine Besylate Oral 10 MG Tablet 7/5/2022 12:00:00 AM - 12/31/2022 11:59:59 PM Waszkiewicz, Isabella**
Take 10 mg by mouth once in a.m. for 180 day(s). cc medication renewal .

Allergies: Hydrocortisone

| Hours | Sep 17 | Sep 18 | Sep 19 | Sep 20 | Sep 21 | Sep 22 | Sep 23 | Sep 24 | Sep 25 | Sep 26 | Sep 27 | Sep 28 | Sep 29 | Sep 30 | Oct 1 | Oct 2 | Oct 3 | Oct 4 | Oct 5 | Oct 6 | Oct 7 | Oct 8 | Oct 9 | Oct 10 | Oct 11 | Oct 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Hours | Oct 13 | Oct 14 | Oct 15 | Oct 16 | Oct 17 | Oct 18 | Oct 19 | Oct 20 | Oct 21 | Oct 22 | Oct 23 | Oct 24 | Oct 25 | Oct 26 | Oct 27 | Oct 28 | Oct 29 | Oct 30 | Oct 31 | Nov 1 | Nov 2 | Nov 3 | Nov 4 | Nov 5 | Nov 6 | Nov 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | | | | | | | | | | | | | | | | K | | | | | | | | | | |

| Hours | Nov 7 | Nov 8 | Nov 9 | Nov 10 | Nov 11 | Nov 12 | Nov 13 | Nov 14 | Nov 15 | Nov 16 | Nov 17 | Nov 18 | Nov 19 | Nov 20 | Nov 21 | Nov 22 | Nov 23 | Nov 24 | Nov 25 | Nov 26 | Nov 27 | Nov 28 | Nov 29 | Nov 30 | Dec 1 | Dec 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | | | | | | | | | | | | | | | | | | | | | | | K | | | |

| Hours | Dec 2 | Dec 3 | Dec 4 | Dec 5 | Dec 6 | Dec 7 | Dec 8 | Dec 9 | Dec 10 | Dec 11 | Dec 12 | Dec 13 | Dec 14 | Dec 15 | Dec 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | | | | | | | X | | | | | | | | |

| Person Name | | | | | | | | Booking Number | | | Date of Birth (Age = 57) | | | Race |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAMES NORMAN ZIEGENFUSS | | | | | | | | #136479 | | | 8/28/1965 | | | W |
| Location | | | | | | | | Booking Date | | | Release Date | | | Sex |
| C04-DU~A-202B | | | | | | | | 3/20/2017 | | | 6/27/2024 | | | M |
| Custody Status ACTIVE | Language Not Defined | | | | | | | SSN N/A | | | Marital Status Not Defined | | | |

hydroCHLOROthiazide Oral 12.5 MG Tablet 11/10/2022 9:00:00 AM - 5/8/2023 11:59:00 PM VanNorstran, Jennifer
Take 12.5 mg by mouth once in a.m. for 180 day(s).

Allergies: Hydrocortisone

| Hours | Nov 10 | Nov 11 | Nov 12 | Nov 13 | Nov 14 | Nov 15 | Nov 16 | Nov 17 | Nov 18 | Nov 19 | Nov 20 | Nov 21 | Nov 22 | Nov 23 | Nov 24 | Nov 25 | Nov 26 | Nov 27 | Nov 28 | Nov 29 | Nov 30 | Dec 1 | Dec 2 | Dec 3 | Dec 4 | Dec 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | | K | | | | | | | | | | | | | | | | | | | | | | | | |

| Hours | Dec 6 | Dec 7 | Dec 8 | Dec 9 | Dec 10 | Dec 11 | Dec 12 | Dec 13 | Dec 14 | Dec 15 | Dec 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | K | | X | | | | | | | | |

EMAR

| | | | | |
|---|---|---|---|---|
| | *Patient Name*<br>JAMES NORMAN ZIEGENFUSS | *Booking Number*<br>#136479 | *Date of Birth(Age = 57)*<br>8/28/1965 | *Race*<br>W |
| | *Location*<br>C04-DU~A-202B | *Booking Date*<br>3/20/2017 | *Release Date*<br>6/27/2024 | *Sex*<br>M |
| *Custody Status*<br>ACTIVE | *Language*<br>Not Defined | *SSN*<br>N/A | *Marital Status*<br>Not Defined | |

**Doxycycline Hyclate Oral 100 MG Capsule 12/15/2022 9:00:00 AM - 1/13/2023 11:59:00 PM DeGuzman, Armando**
Take 100 mg by mouth twice a day for 30 day(s).

Allergies: Hydrocortisone

| Hours | Dec<br>15 | Dec<br>16 |
|---|---|---|
| 0900 | | |
| | | |
| 2100 | X | |

| Patient Name: | | Booking Number: | | Date of Birth (Age = 57): | | Race |
|---|---|---|---|---|---|---|
| JAMES NORMAN ZIEGENFUSS | | #136479 | | 8/28/1965 | | W |
| Location: | | Booking Date: | | Release Date: | | Sex |
| C04-DU~A-202B | | 3/20/2017 | | 6/27/2024 | | M |
| Custody Status | Language | | SSN | | Marital Status | |
| ACTIVE | Not Defined | | N/A | | Not Defined | |

hydroCHLOROthiazide Oral 12.5 MG Tablet 11/10/2022 9:00:00 AM - 5/8/2023 11:59:00 PM VanNorstran, Jennifer
Take 12.5 mg by mouth once in a.m. for 180 day(s).

Allergies: Hydrocortisone

| Hours | Nov 10 | Nov 11 | Nov 12 | Nov 13 | Nov 14 | Nov 15 | Nov 16 | Nov 17 | Nov 18 | Nov 19 | Nov 20 | Nov 21 | Nov 22 | Nov 23 | Nov 24 | Nov 25 | Nov 26 | Nov 27 | Nov 28 | Nov 29 | Nov 30 | Dec 1 | Dec 2 | Dec 3 | Dec 4 | Dec 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | | K | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Hours | Dec 6 | Dec 7 | Dec 8 | Dec 9 | Dec 10 | Dec 11 | Dec 12 | Dec 13 | Dec 14 | Dec 15 | Dec 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0900 | K | | X | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Patient Name | Booking Number | Date of Birth/Age > 57) | Race |
|---|---|---|---|
| JAMES NORMAN ZIEGENFUSS | #136479 | 8/28/1965 | W |
| Location | Booking Date | Release Date | Sex |
| C04-DU~A-202B | 3/20/2017 | 6/27/2024 | M |
| Custody Status | Language | SSN | Marital Status |
| ACTIVE | Not Defined | N/A | Not Defined |

**Acetaminophen Extra Strength Oral 500 MG Tablet 8/29/2022 12:00:00 AM - 2/24/2023 11:59:59 PM**
Atencio, Leonard MD
Take 500 mg by mouth three times a day for 180 day(s).

Allergies: Hydrocortisone

| | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Sep | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Oct | Nov | Nov | Nov | Nov | Nov | Nov | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| | | | | | | | | | | | | | | | | | | | | K | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Nov | Dec | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 | 2 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

16.

# ATTACHMENT - A-2

# SPECIAL EQUIPMENT

# LOWER BUNK

BEGIN DATE: 10-05-2021

END DATE: 10-05-2022

- "PRIOR DOCTORS ORDER."

A.S.P.C. - W CORONADO

PAGE                  )

Patient: ZIEGENFUSS, JAMES N.   PID: 0099589   ADC: 136479

CHSS028B                   Other Action/Procedure/Referral                   Tuesday October 05, 2021 13:18:54

| | | | |
|---|---|---|---|
| Encounter Date: 10/05/2021 | Time: 12:46:51 | Type: Provider - Sick Call - Scheduled | |
| Location: ASPC-W CORONADO UNIT [W01] | Staff: Miller, Daniel J | | |

| | | | |
|---|---|---|---|
| Category*: Medical Supplies/Special Equipment | | | |
| Type*: LOWER BUNK | | Sequence Number: 01 | |
| Count*: 0 | | Approximate End Date: 10/05/2022 | |
| Approximate Begin Date: 10/05/2021 | | | |
| Refer to Staff: Unknown | | As of Date: 10/05/2021 | |
| Status: Active | | | |

**Specify Comments**

Lower bunk x 6 months.
TimeStamp: 5 October 2021 13:13:49 --- User: Daniel Miller (milda02)

1  *No*

ATTACHMENT - A-3

MEDICAL RESTRICTIONS

SPECIAL NEEDS

"NO·REPETITIVE BENDING"

"NO·REPETITIVE TWISTING"

BEGIN DATE: 10-05-2021

END DATE: 10-05-2022

"PRIOR DOCTORS ORDERS.."

A.S.P.C. W CORONADO

(PAGE        )

Patient: ZIEGENFUSS, JAMES N,  PID:0099589  ADC:136479

CHSS028B          Other Action/Procedure/Referral                    Tuesday October 05, 2021 13:19:22

| | | |
|---|---|---|
| Encounter Date: 10/05/2021 | Time: 12:46:51 | Type: Provider - Sick Call - Scheduled |
| Location: ASPC-W CORONADO UNIT [W01] | Staff: Miller, Daniel J | |

| | | |
|---|---|---|
| Category*: Medical ADA Restrictions/Special Needs | | |
| Type*: No repetitive bending/twisting | | |
| Count*: 0 | Sequence Number: 01 | |
| Approximate Begin Date: 10/05/2021 | Approximate End Date: 10/05/2022 | |
| Refer to Staff: Unknown | | |
| Status: Active | As of Date: 10/05/2021 | |

**Specify Comments**

No repetitive bending/twisting x 1 year.
TimeStamp: 5 October 2021 13:09:37 --- User: Daniel Miller (milda02)

1    No.

5    _ATTACHMENTS - A. 4_

8    _SPECIAL EQUIPMENT_

11   _TED - HOSE_

13   _FOR POOR CIRCULATION_

15   _BEGIN DATE: 10-13-2021_

17   _END DATE: 10-13-2022_

19   _"KNEE HIGH TED HOSE"_

21   _ISSUED BY: "F.N.P-C "_

23   _MICHAEL BRATHWAITE_

25   _A.S.P.C. - W CORONADO_

26        (PAGE          )

Patient: ZIEGENFUSS, JAMES, N.   PID: 0099589   ADC: 136479.                                    Page 1 of 1

CHSS028B              Other Action/Procedure/Referral                     Wednesday October 13, 2021 16:10:33

| | |
|---|---|
| Encounter Date:  10/13/2021 | Time:  13:19:36    Type:  Provider - Sick Call - Scheduled |
| Location:  ASPC-W CORONADO UNIT  [W01] | Staff:  Brathwaite, Michael, FNP-C |

| | | | |
|---|---|---|---|
| Category*: | Medical Supplies/Special Equipment | | |
| Type*: | TED HOSE | | |
| Count*: | 0 | Sequence Number: | 01 |
| Approximate Begin Date: | 10/13/2021 | Approximate End Date: | 10/13/2022 |
| Refer to Staff: | Brathwaite, Michael, FNP-C | | |
| Status: | Active | As of Date: | 10/13/2021 |

**Specify Comments**

SIZE L

KNEE HIGH

X2

1 | NO,

5 | *ATTACHMENT - A-5*

8 | *SPECIAL NEEDS ORDERS*

10 | *BY: MEDICAL DOCTOR*

12 | *M. HALEEM*

14 | *GEO GROUP CORPORATION*

16 | *FLORENCE ARIZONA*

18 | *FLORENCE WEST UNIT*

20 | *FROM: 10-2019*

22 | *THROUGH: 1-11-2020*

24 | *NON-DUTY / NO-WORK*

26 | (PAGE        )



# ARIZONA DEPARTMENT OF CORRECTIONS

## Duty/Special Needs Order – Inmate Health

| DATE ISSUED (mm/dd/yyyy) | EXPIRATION DATE (mm/dd/yyyy) |
|---|---|
| 10/15/1? | ?/?/1? |

---

✓ **Check the Appropriate Category**

- [ ] Full Duty
- [ ] Limited Duty
- [✓] Non-Duty/No Work
- [ ] Lay in/Confined to living quarters with bathroom privileges

### ENSURE ALL LIMITATIONS ARE COMPATIBLE

**Inmate Limited Duty** (✓Check only those that apply)

- [ ] No lifting, No pushing, No pulling, No running
- [ ] No lifting over ☐ 10 ☐ 20 ☐ 50 pounds
- [ ] No repetitive bending/Twisting body part _____
- [ ] No repetitive motion to injured part. Body Part _____
- [ ] No work reaching above the shoulder
- [ ] No operation of motor vehicle
- [ ] No climbing ☐ ladders ☐ stairs
- [ ] No operation of machinery or power tools
- [ ] No off-complex work assignments
- [ ] Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.
- [ ] No exposure to respiratory irritants (e.g. chemicals, paints, grass cutting, etc.)

**Other Limitations of Daily Activity** (✓Check only those that apply)

Yes = Inmate is able to    No = Inmate is unable to

- [ ] Yes [ ] No   Meals in Living Quarters
- [ ] Yes [ ] No
- [ ] Yes [ ] No   Field Activities _____ Day(s)/weeks(s)
- [ ] Yes [ ] No   Walk Track
- [ ] Yes [ ] No   Sports Activities _____ Day(s)/weeks(s)
- [ ] Yes [ ] No   Visitation
- [ ] Yes [ ] No   Other _____

**Additional Considerations**

_____

**Medical Property Issued**

_____

**Medical Property to be Returned to clinic by:**

_____

**Work Capacity, Specify Limitations:** (Circle either hours/day or consecutive hours)

- [ ] Workday Capacity

  Can sit _____ hours/day or consecutive hours

  Can stand _____ hours/day or consecutive hours

  Can walk _____ hours/day or consecutive hours

- [ ] Other Limitations/Considerations (Explain)

  _____

  _____

  _____

| | |
|---|---|
| 001 | CORRID |
| 002 | L BUNK |
| 003 | TUCSN |
| 004 | FLO/EYM |
| 005 | NO STAIR |
| 006 | CLSE – DIN |
| 007 | CLSE – BTH |
| 008 | NO TENT |
| 009 | ADA SHWR |
| 010 | ADA PRTR |

Medical Score – Circle one    1   2   3   4

ADA   [ ] Yes   or   [ ] No

| PROVIDER SIGNATURE | DATE (mm/dd/yyyy) 10/?/1? | INMATE NAME (Last, First M.I.) (Please print) Z?????, J??? | ADC NUMBER 13?475 |
|---|---|---|---|
| INMATE SIGNATURE | DATE (mm/dd/yyyy) 10/14/2017 | DATE OF BIRTH (mm/dd/yyyy) ?/?/? | FACILITY/UNIT A?? ?? |

Distribution:   White – Medical Record
Canary – Unit Chief of Security
Pink - Inmate

SECTION 3, MEDICATION/MISC.



# ARIZONA DEPARTMENT OF CORRECTIONS

## Duty/Special Needs Order – Inmate Health

| DATE ISSUED (mm/dd/yyyy) | EXPIRATION DATE (mm/dd/yyyy) |
|---|---|
| 01/23/19 | 07/23/19 |

✓ **Check the Appropriate Category**

☐ Full Duty   ☐ Limited Duty   ☒ Non-Duty/No Work   ☐ Lay in/Confined to living quarters with bathroom privileges

### ENSURE ALL LIMITATIONS ARE COMPATIBLE

**Inmate Limited Duty** (✓Check only those that apply)

☐ No lifting, No pushing, No pulling, No running
☐ No lifting over ☐ 10 ☐ 20 ☐ 50 pounds
☐ No repetitive bending/Twisting body part _____
☐ No repetitive motion to injured part. Body Part _____
☐ No work reaching above the shoulder
☐ No operation of motor vehicle
☐ No climbing   ☐ ladders   ☐ stairs
☐ No operation of machinery or power tools
☐ No off-complex work assignments

☐ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.

☐ No exposure to respiratory irritants (e.g. chemicals, paints, grass cutting, etc.)

**Other Limitations of Daily Activity** (✓Check only those that apply)

**Yes = Inmate is able to**      **No = Inmate is unable to**

☐ Yes ☐ No   Meals in Living Quarters
☐ Yes ☐ No
☐ Yes ☐ No   Field Activities _____ Day(s)/weeks(s)
☐ Yes ☐ No   Walk Track
☐ Yes ☐ No   Sports Activities _____ Day(s)/weeks(s)
☐ Yes ☐ No   Visitation
☐ Yes ☐ No   Other _____

**Additional Considerations**
_____

**Medical Property Issued**
_____

**Medical Property to be Returned to clinic by:**
_____

**Work Capacity, Specify Limitations:** (Circle either hours/day or consecutive hours)

☐ Workday Capacity

Can sit _____ hours/day or consecutive hours
Can stand _____ hours/day or consecutive hours
Can walk _____ hours/day or consecutive hours

☐ Other Limitations/Considerations (Explain)
_____
_____
_____

| 001 | CORRID |
|---|---|
| 002 | L BUNK |
| 003 | TUCSN |
| 004 | FLO/EYM |
| 005 | NO STAIR |
| 006 | CLSE – DIN |
| 007 | CLSE – BTH |
| 008 | NO TENT |
| 009 | ADA SHWR |
| 010 | ADA PRTR |

**Medical Score – Circle one**    1    ②    3    4

**ADA**   ☐ Yes   or   ☐ No

| PROVIDER SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 01/23/19 |

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| [handwritten] | [handwritten] |

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | |

| DATE OF BIRTH (mm/dd/yyyy) | FACILITY/UNIT |
|---|---|
| | |

Distribution:   White – Medical Record
Canary – Unit Chief of Security
Pink - Inmate

1101-60
12/19/12

**SECTION 3, MEDICATION/MISC.**



# ARIZONA DEPARTMENT OF CORRECTIONS

## Duty/Special Needs Order – Inmate Health

| DATE ISSUED (mm/dd/yyyy) | EXPIRATION DATE (mm/dd/yyyy) |
|---|---|
| 10/29/10 | 11/8/10 |

✓**Check the Appropriate Category**

☐ Full Duty  ☐ Limited Duty  ☑ Non-Duty/No Work  ☐ Lay in/Confined to living quarters with bathroom privileges

## ENSURE ALL LIMITATIONS ARE COMPATIBLE

**Inmate Limited Duty** (✓Check only those that apply)

☐ No lifting, No pushing, No pulling, No running
☐ No lifting over ☐ 10 ☐ 20 ☐ 50 pounds
☐ No repetitive bending/Twisting body part _____
☐ No repetitive motion to injured part. Body Part _____
☐ No work reaching above the shoulder
☐ No operation of motor vehicle
☐ No climbing ☐ ladders ☐ stairs
☐ No operation of machinery or power tools
☐ No off-complex work assignments

☐ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.

☐ No exposure to respiratory irritants (e.g. chemicals, paints, grass cutting, etc.)

**Work Capacity, Specify Limitations:** (Circle either hours/day or consecutive hours)

☐ Workday Capacity
Can sit _____ hours/day or consecutive hours
Can stand _____ hours/day or consecutive hours
Can walk _____ hours/day or consecutive hours

☐ Other Limitations/Considerations (Explain)

_____
_____
_____

**Other Limitations of Daily Activity** (✓Check only those that apply)

Yes = Inmate is able to        No = Inmate is unable to

☐ Yes ☑ No   Meals in Living Quarters
☑ Yes ☐ No
☑ Yes ☐ No   Field Activities _____ Day(s)/weeks(s)
☑ Yes ☐ No   Walk Track
☐ Yes ☑ No   Sports Activities _____ Day(s)/weeks(s)
☑ Yes ☐ No   Visitation
☐ Yes ☐ No   Other _____
_____
_____

**Additional Considerations**
_____

**Medical Property Issued**

**Medical Property to be Returned to clinic by:**

| 001 | CORRID |
| 002 | L BUNK |
| 003 | TUCSN |
| 004 | FLO/EYM |
| 005 | NO STAIR |
| 006 | CLSE – DIN |
| 007 | CLSE – BTH |
| 008 | NO TENT |
| 009 | ADA SHWR |
| 010 | ADA PRTR |

Medical Score – Circle one    1    (2)    3    4

ADA    ☐ Yes    or    ☑ No

| PROVIDER SIGNATURE M. Haleem, MD | DATE (mm/dd/yyyy) OCT 28 2010 |
|---|---|
| INMATE SIGNATURE | DATE (mm/dd/yyyy) |

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| DATE OF BIRTH (mm/dd/yyyy) | FACILITY/UNIT |

Distribution:   White – Medical Record
Canary – Unit Chief of Security
Pink - Inmate

1101-60
12/19/12

SECTION 3, MEDICATION/MISC.



# ARIZONA DEPARTMENT OF CORRECTIONS

## Duty/Special Needs Order – Inmate Health

| DATE ISSUED (mm/dd/yyyy) | EXPIRATION DATE (mm/dd/yyyy) |
|---|---|
| 11/5/15 | 12/5/15 |

---

**✓Check the Appropriate Category**

- [ ] Full Duty
- [ ] Limited Duty
- [x] Non-Duty/No Work
- [ ] Lay in/Confined to living quarters with bathroom privileges

### ENSURE ALL LIMITATIONS ARE COMPATIBLE

**Inmate Limited Duty** (✓Check only those that apply)

- [ ] No lifting, No pushing, No pulling, No running
- [ ] No lifting over [ ] 10 [ ] 20 [ ] 50 pounds
- [ ] No repetitive bending/Twisting body part
- [ ] No repetitive motion to injured part. Body Part _____
- [ ] No work reaching above the shoulder
- [ ] No operation of motor vehicle
- [ ] No climbing [ ] ladders [ ] stairs
- [ ] No operation of machinery or power tools
- [ ] No off-complex work assignments
- [ ] Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.
- [ ] No exposure to respiratory irritants (e.g. chemicals, paints, grass cutting, etc.)

**Work Capacity, Specify Limitations:** (Circle either hours/day or consecutive hours)

- [ ] Workday Capacity
  - Can sit _____ hours/day or consecutive hours
  - Can stand _____ hours/day or consecutive hours
  - Can walk _____ hours/day or consecutive hours
- [ ] Other Limitations/Considerations (Explain)

_____
_____
_____

**Other Limitations of Daily Activity** (✓Check only those that apply)

Yes = Inmate is able to    No = Inmate is unable to

- [ ] Yes [ ] No  Meals in Living Quarters
- [ ] Yes [ ] No
- [ ] Yes [ ] No  Field Activities _____ Day(s)/weeks(s)
- [ ] Yes [ ] No  Walk Track
- [ ] Yes [ ] No  Sports Activities _____ Day(s)/weeks(s)
- [ ] Yes [ ] No  Visitation
- [ ] Yes [ ] No  Other _____
  _____
  _____

**Additional Considerations**


**Medical Property Issued**


**Medical Property to be Returned to clinic by:**


| 001 | CORRID |
|---|---|
| 002 | L BUNK |
| 003 | TUCSN |
| 004 | FLO/EYM |
| 005 | NO STAIR |
| 006 | CLSE – DIN |
| 007 | CLSE – BTH |
| 008 | NO TENT |
| 009 | ADA SHWR |
| 010 | ADA PRTR |

---

| Medical Score – Circle one | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

| ADA | [ ] Yes | or | [ ] No |
|---|---|---|---|

| PROVIDER SIGNATURE<br>c. Lorenzen, RN | DATE (mm/dd/yyyy)<br>11/5/15 |
|---|---|

| INMATE NAME (Last, First M.I.) (Please print)<br>Zicgenfuss Joes | ADC NUMBER<br>134475 |
|---|---|

| INMATE SIGNATURE | DATE (mm/dd/yyyy)<br>11/9/15 |
|---|---|

| DATE OF BIRTH (mm/dd/yyyy)<br>8/22/65 | FACILITY/UNIT<br>ASP-T |
|---|---|

Distribution:  White – Medical Record
Canary -- Unit Chief of Security
Pink - Inmate

1101-60
12/19/12

**SECTION 3, MEDICATION/MISC.**



## ARIZONA DEPARTMENT OF CORRECTIONS

### Duty/Special Needs Order – Inmate Health

| DATE ISSUED (mm/dd/yyyy) | EXPIRATION DATE (mm/dd/yyyy) |
|---|---|
| 11-11-17 | 12-11-19 |

**✓Check the Appropriate Category**

☐ Full Duty   ☐ Limited Duty   ☒ Non-Duty/No Work   ☐ Lay in/Confined to living quarters with bathroom privileges

### ENSURE ALL LIMITATIONS ARE COMPATIBLE

**Inmate Limited Duty** (✓Check only those that apply)

☐ No lifting, No pushing, No pulling, No running
☐ No lifting over  ☐ 10  ☐ 20  ☐ 50  pounds
☐ No repetitive bending/Twisting body part _____
☐ No repetitive motion to injured part.  Body Part _____
☐ No work reaching above the shoulder.
☐ No operation of motor vehicle
☐ No climbing  ☐ ladders  ☐ stairs
☐ No operation of machinery or power tools
☐ No off-complex work assignments

☐ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.

☐ No exposure to respiratory irritants (e.g. chemicals, paints, grass cutting, etc.)

**Other Limitations of Daily Activity** (✓Check only those that apply)

**Yes = Inmate is able to**        **No = Inmate is unable to**

| | | |
|---|---|---|
| ☐ Yes  ☒ No | Meals in Living Quarters | |
| ☐ Yes  ☐ No | | |
| ☐ Yes  ☒ No | Field Activities _____ Day(s)/weeks(s) | |
| ☒ Yes  ☐ No | Walk Track | |
| ☐ Yes  ☒ No | Sports Activities _____ Day(s)/weeks(s) | |
| ☐ Yes  ☐ No | Visitation | |
| ☐ Yes  ☐ No | Other | |

_____
_____

**Additional Considerations**

**Medical Property Issued**

**Medical Property to be Returned to clinic by:**

**Work Capacity, Specify Limitations:** (Circle either hours/day or consecutive hours)

☐ Workday Capacity

Can sit _____ hours/day or consecutive hours

Can stand _____ hours/day or consecutive hours

Can walk _____ hours/day or consecutive hours

☐ Other Limitations/Considerations (Explain)

_____
_____
_____

| 001 | CORRID |
|---|---|
| 002 | L BUNK |
| 003 | TUCSN |
| 004 | FLO/EYM |
| 005 | NO STAIR |
| 006 | CLSE – DIN |
| 007 | CLSE – BTH |
| 008 | NO TENT |
| 009 | ADA SHWR |
| 010 | ADA PRTR |

**Medical Score – Circle one**   1   2   3   4

**ADA**   ☐ Yes   or   ☒ No

| PROVIDER SIGNATURE Albano, NP | DATE (mm/dd/yyyy) 11-11-17 |
|---|---|
| INMATE SIGNATURE | DATE (mm/dd/yyyy) 11-11-19 |

| INMATE NAME (Last, First M.I.) (Please print) Preston James | ADC NUMBER 156499 |
|---|---|
| DATE OF BIRTH (mm/dd/yyyy) 8-28-65 | FACILITY/UNIT ASP Eu |

Distribution:   White – Medical Record
Canary – Unit Chief of Security
Pink - Inmate

1101-60
12/19/12

**SECTION 3, MEDICATION/MISC.**



# ARIZONA DEPARTMENT OF CORRECTIONS

## Duty/Special Needs Order – Inmate Health

| DATE ISSUED *(mm/dd/yyyy)* | EXPIRATION DATE *(mm/dd/yyyy)* |
|---|---|
| 12-10-19 | 1-10-20 |

**✓Check the Appropriate Category**

☐ Full Duty   ☐ Limited Duty   ☒ Non-Duty/No Work   ☐ Lay in/Confined to living quarters with bathroom privileges

## ENSURE ALL LIMITATIONS ARE COMPATIBLE

**Inmate Limited Duty** *(✓Check only those that apply)*

☐ No lifting, No pushing, No pulling, No running
☐ No lifting over ☐ 10 ☐ 20 ☐ 50 pounds
☐ No repetitive bending/Twisting body part
☐ No repetitive motion to injured part. Body Part _____
☐ No work reaching above the shoulder
☐ No operation of motor vehicle
☐ No climbing   ☐ ladders   ☐ stairs
☐ No operation of machinery or power tools
☐ No off-complex work assignments

☐ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.

☐ No exposure to respiratory irritants *(e.g. chemicals, paints, grass cutting, etc.)*

**Work Capacity, Specify Limitations:** *(Circle either hours/day or consecutive hours)*

☐ Workday Capacity
Can sit _____ hours/day or consecutive hours
Can stand _____ hours/day or consecutive hours
Can walk _____ hours/day or consecutive hours

☐ Other Limitations/Considerations *(Explain)*
_____
_____
_____

**Other Limitations of Daily Activity** *(✓Check only those that apply)*

**Yes = Inmate is able to**        **No = Inmate is unable to**

☐ Yes ☐ No   Meals in Living Quarters
☐ Yes ☐ No
☐ Yes ☐ No   Field Activities _____ Day(s)/weeks(s)
☐ Yes ☐ No   Walk Track
☐ Yes ☐ No   Sports Activities _____ Day(s)/weeks(s)
☐ Yes ☐ No   Visitation
☐ Yes ☐ No   Other
_____
_____
_____

**Additional Considerations**
_____
_____

**Medical Property Issued**
_____

**Medical Property to be Returned to clinic by:**
_____

| 001 | CORRID |
| 002 | L BUNK |
| 003 | TUCSN |
| 004 | FLO/EYM |
| 005 | NO STAIR |
| 006 | CLSE – DIN |
| 007 | CLSE – BTH |
| 008 | NO TENT |
| 009 | ADA SHWR |
| 010 | ADA PRTR |

| ADA | ☐ Yes | or | ☐ No |
|---|---|---|---|

| Medical Score – Circle one | 1 | 2 | 3 | 4 |
|---|---|---|---|---|

| PROVIDER SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *[signature]* | 12-10-19 |

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *[signature]* | 12-10-19 |

Distribution:   White – Medical Record
Canary – Unit Chief of Security
Pink - Inmate

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Ziegenfuss, James | 136471 |

| DATE OF BIRTH *(mm/dd/yyyy)* | FACILITY/UNIT |
|---|---|
| 4-28-65 | ASP-FLW |

1101-60
12/19/12

**SECTION 3, MEDICATION/MISC.**



# ARIZONA DEPARTMENT OF CORRECTIONS

## Duty/Special Needs Order – Inmate Health

| DATE ISSUED (mm/dd/yyyy) | EXPIRATION DATE (mm/dd/yyyy) |
|---|---|
| 1/11/2020 | 1/14/2020 |

✓ **Check the Appropriate Category**

☐ Full Duty   ☐ Limited Duty   ☑ Non-Duty/No Work   ☐ Lay in/Confined to living quarters with bathroom privileges

**ENSURE ALL LIMITATIONS ARE COMPATIBLE**

**Inmate Limited Duty** (✓Check only those that apply)

☐ No lifting, No pushing, No pulling, No running
☐ No lifting over ☐ 10 ☐ 20 ☐ 50 pounds
☐ No repetitive bending/Twisting body part ____
☐ No repetitive motion to injured part. Body Part ____
☐ No work reaching above the shoulder
☐ No operation of motor vehicle
☐ No climbing ☐ ladders ☐ stairs
☐ No operation of machinery or power tools
☐ No off-complex work assignments
☐ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.
☐ No exposure to respiratory irritants (e.g. chemicals, paints, grass cutting, etc.)

**Work Capacity, Specify Limitations:** (Circle either hours/day or consecutive hours)

☐ Workday Capacity
Can sit ____ hours/day or consecutive hours
Can stand ____ hours/day or consecutive hours
Can walk ____ hours/day or consecutive hours

☐ Other Limitations/Considerations (Explain)
_____
_____
_____

**Other Limitations of Daily Activity** (✓Check only those that apply)

Yes = Inmate is able to   No = Inmate is unable to

☐ Yes ☐ No  Meals in Living Quarters
☐ Yes ☐ No  Field Activities ____ Day(s)/weeks(s)
☐ Yes ☑ No
☐ Yes ☐ No  Walk Track
☐ Yes ☑ No  Sports Activities ____ Day(s)/weeks(s)
☐ Yes ☐ No  Visitation
☐ Yes ☐ No  Other _____
_____
_____

**Additional Considerations**

**Medical Property Issued**

**Medical Property to be Returned to clinic by:**

| 001 | CORRID |
| 002 | L BUNK |
| 003 | TUCSN |
| 004 | FLO/EYM |
| 005 | NO STAIR |
| 006 | CLSE – DIN |
| 007 | CLSE – BTH |
| 008 | NO TENT |
| 009 | ADA SHWR |
| 010 | ADA PRTR |

**Medical Score – Circle one**   1   2   3   4

**ADA** ☐ Yes or ☐ No

| PROVIDER SIGNATURE M. SANCHEZ, LPN | DATE (mm/dd/yyyy) 1/11/2020 |
| INMATE SIGNATURE | DATE (mm/dd/yyyy) 1/11/2020 |

| INMATE NAME (Last, First M.I.) (Please print) Ziegenfuss, James | ADC NUMBER 136477 |
| DATE OF BIRTH (mm/dd/yyyy) 08/28/65 | FACILITY/UNIT MCP-FW |

Distribution:  White – Medical Record
Canary – Unit Chief of Security
Pink - Inmate

1101-60
12/19/12

**SECTION 3, MEDICATION/MISC.**



# ARIZONA DEPARTMENT OF CORRECTIONS

## Duty/Special Needs Order – Inmate Health

| DATE ISSUED *(mm/dd/yyyy)* | EXPIRATION DATE *(mm/dd/yyyy)* |
|---|---|
| 1-14-20 | 1-17-20 |

---

**✓ Check the Appropriate Category**

☐ Full Duty  ☐ Limited Duty  ☒ Non-Duty/No Work  ☐ Lay in/Confined to living quarters with bathroom privileges

### ENSURE ALL LIMITATIONS ARE COMPATIBLE

**Inmate Limited Duty** *(✓Check only those that apply)*

☐ No lifting, No pushing, No pulling, No running
☐ No lifting over ☐ 10 ☐ 20 ☐ 50 pounds
☐ No repetitive bending/Twisting body part _____
☐ No repetitive motion to injured part. Body Part _____
☐ No work reaching above the shoulder
☐ No operation of motor vehicle
☐ No climbing  ☐ ladders  ☐ stairs
☐ No operation of machinery or power tools
☐ No off-complex work assignments

☐ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.

☐ No exposure to respiratory irritants *(e.g. chemicals, paints, grass cutting, etc.)*

**Work Capacity, Specify Limitations:** *(Circle either hours/day or consecutive hours)*

☐ Workday Capacity

Can sit _____ hours/day or consecutive hours
Can stand _____ hours/day or consecutive hours
Can walk _____ hours/day or consecutive hours

☐ Other Limitations/Considerations *(Explain)*

_____
_____
_____

**Other Limitations of Daily Activity** *(✓Check only those that apply)*

**Yes = Inmate is able to**    **No = Inmate is unable to**

☐ Yes  ☒ No  Meals in Living Quarters
☐ Yes  ☐ No
☐ Yes  ☒ No  Field Activities _____ Day(s)/weeks(s)
☐ Yes  ☐ No  Walk Track
☐ Yes  ☒ No  Sports Activities _____ Day(s)/weeks(s)
☐ Yes  ☐ No  Visitation
☐ Yes  ☐ No  Other _____
_____
_____

**Additional Considerations**

**Medical Property Issued**

**Medical Property to be Returned to clinic by:**

| 001 | CORRID |
|---|---|
| 002 | L BUNK |
| 003 | TUCSN |
| 004 | FLO/EYM |
| 005 | NO STAIR |
| 006 | CLSE – DIN |
| 007 | CLSE – BTH |
| 008 | NO TENT |
| 009 | ADA SHWR |
| 010 | ADA PRTR |

**ADA**  ☐ Yes  or  ☐ No

**Medical Score – Circle one**   1   2   3   4

| PROVIDER SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *(signature)* | 1-14-20 |
| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
| *(signature)* | 1-14-20 |

| INMATE NAME *(Last, First M.I.)* *(Please print)* | ADC NUMBER |
|---|---|
| Ziegerfuss, James | 136479 |
| DATE OF BIRTH *(mm/dd/yyyy)* | FACILITY/UNIT |
| 6-26-65 | ASP-FW |

Distribution:  White – Medical Record
Canary – Unit Chief of Security
Pink - Inmate

1101-60
12/19/12

**SECTION 3, MEDICATION/MISC.**



# ARIZONA DEPARTMENT OF CORRECTIONS

## Duty/Special Needs Order – Inmate Health

| DATE ISSUED (mm/dd/yyyy) | EXPIRATION DATE (mm/dd/yyyy) |
|---|---|
| 1/20/20 | 3/20/20 |

---

☑ **Check the Appropriate Category**

☐ Full Duty     ☐ Limited Duty     ☒ Non-Duty/No Work     ☐ Lay in/Confined to living quarters with bathroom privileges

### ENSURE ALL LIMITATIONS ARE COMPATIBLE

**Inmate Limited Duty** (✓Check only those that apply)

☐ No lifting, No pushing, No pulling, No running
☐ No lifting over ☐ 10 ☐ 20 ☐ 50 pounds
☐ No repetitive bending/Twisting body part _____
☐ No repetitive motion to injured part. Body Part _____
☐ No work reaching above the shoulder
☐ No operation of motor vehicle
☐ No climbing ☐ ladders ☐ stairs
☐ No operation of machinery or power tools
☐ No off-complex work assignments

☐ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.

☐ No exposure to respiratory irritants (e.g. chemicals, paints, grass cutting, etc.)

**Other Limitations of Daily Activity** (✓Check only those that apply)

**Yes = Inmate is able to**     **No = Inmate is unable to**

☐ Yes ☒ No   Meals in Living Quarters
☒ Yes ☐ No   Exercise
☒ Yes ☐ No   Field Activities _____ Day(s)/weeks(s)
☒ Yes ☐ No   Walk Track
☐ Yes ☒ No   Sports Activities _____ Day(s)/weeks(s)
☒ Yes ☐ No   Visitation
☐ Yes ☐ No   Other _____
_____
_____

**Additional Considerations**

**Medical Property Issued**

**Medical Property to be Returned to clinic by:**

---

**Work Capacity, Specify Limitations:** (Circle either hours/day or consecutive hours)

☐ Workday Capacity

Can sit _____ hours/day or consecutive hours

Can stand _____ hours/day or consecutive hours

Can walk _____ hours/day or consecutive hours

☐ Other Limitations/Considerations (Explain)

_____
_____
_____

| 001 | CORRID |
|---|---|
| 002 | L BUNK |
| 003 | TUCSN |
| 004 | FLO/EYM |
| 005 | NO STAIR |
| 006 | CLSE – DIN |
| 007 | CLSE – BTH |
| 008 | NO TENT |
| 009 | ADA SHWR |
| 010 | ADA PRTR |

---

| Medical Score – Circle one | 1 ②  3   4 |
|---|---|

| ADA | ☐ Yes   or   ☒ No |
|---|---|

| PROVIDER SIGNATURE M. Haleem, MD | DATE (mm/dd/yyyy) JAN 2 0 2020 |
|---|---|
| INMATE SIGNATURE | DATE (mm/dd/yyyy) 1/20/20 |

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER 126479 |
|---|---|
| DATE OF BIRTH (mm/dd/yyyy) 8/28/65 | FACILITY/UNIT ASP-FN |

Distribution   White – Medical Record
Canary – Unit Chief of Security
Pink - Inmate

1101-60
12/19/12

**SECTION 3, MEDICATION/MISC.**

1          No.
2
3
4
5      ATTACHMENT - A-5 CONT.
6
7
8    "OTHER HEALTH NEEDS REQUESTS
9
10      LOWER BACK PAIN"
11
12     'SCIATIC NERVE.
13
14
15    A.S.P.C.- FLORENCE WEST
16
17    "GEO GROUP CORPRATION"
18
19    MD. M. HALEEM
20
21    '2019' THROUGH '2020'"
22
23
24
25
26          ( PAGE          )
27
28



# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

5-B-1-LW

Date : _____

Time: _____

Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Lest, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| ZIEGENFUS JAMES | 136477 | 10/11/2019 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 5-B-1-104 | | Box 4 | FLORENCE WEST |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

I AM IN NEED OF BACK PAIN MEDICATION - DUE TO MY
BACK BEING OUT IN THE LOWER BACK - MSO, I AM IN
NEED OF MNT, BUT WILLING TO NEED ONNTMENT FOR MY
BACK PAIN - ALSO BASED ON MY RIGHT SHOULDER
MY KNEE IS BUMP UP - EMERGENCY PAIN RELIEF

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

### SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

### SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

*[handwritten notes at top]*

Date : _____
Time: _____
Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| *Ziegenfus, Jame* | *136479* | *10/10/2019* |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| *S-B-1-Unit* | | | *Florence West* |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*   ☑ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)*

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

*[handwritten]*
*ADOC prisoner is not following A.D.O.C. Policy Concerning*
*Keep one person informed but instead takes it away from a*
*person, then nothing clears a person with a fuzzy*
*back physics to work is not kidding - that is inadequate*
*medical care, a violation of my 8 yrs Amendment*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenolones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

*[handwritten signature]*   *136479   Attorney at Allison*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

**SECTION/SECCIÓN IV**

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)   *S-B-1-LOWER*

| | |
|---|---|
| Date : _____ | |
| Time: _____ | |
| Initials: _____ | |

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| ZIEGENFUSS Jimmet | 136479 | 10/19/2019 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| Florence West | S-B-1-L | Po Box 1910 | Florence West |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente)* | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental     ☐ Eyes/Ojos     ☐ Other *(specify)/Otros (especifique)* ___GLASSES/WEIGHT DIET___

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]   I AM NEO BALL ONIMENT TO RELIEVE MY ITCHE IN MY BACK

① I HAVE BEEN WAITING ON MY PRESCRIBED GLASSES FROM YUMA — for over 2 months to be returned since I saw optometrist —

② I am still below 150 lbs and in need of a WEIGHT — DIET to put on WEIGHT LAST YEAR 147½ lbs. I came in 191 lbs. And still losing WEIGHT due to food and diet.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenolones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| INMATE SIGNATURE/FIRMA DEL PRISIONERO | |
|---|---|
| *mR.* | 10/19/2019 |

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia     ☐ Mental Health/Salud Mental     ☐ Eyes/Ojos     ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:     White/Blanca – Health Unit/Unidad de Salud
                                                  Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR



# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)



S-B-L Copy

Date: _____

Time: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| ZICKOWS JAIME | 136479 | 10/22/2019 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| FLORENCE WEST | S-B-L | 1200 | FLORENCE WEST |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

10/22/2019

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|
| ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* | | | |

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

D I AM IN NEED OF TRIPLE ANTIBIOTIC CREAM FOR MY BACK &
ICY HOT CREAM FOR MY LOWER BACK PAIN TO RELIEVE THE
"NERVE PRESSURE" — 8 LBS MY WEIGHT HET BEEN ANNOUNCED TO DATE MY IBS
③ MY BACK SHOULDER SPASMS HAS HEALED AS OF YET SO I WILL
NEED - A NON-DUTY/ON-WEAR "SLIP FOR A RECORDS" BEFORE 10/25/2019

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenolones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

mr. _____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|
| ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* | | | | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)          S-B-1-L

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| ZIEGENFUS JAMES | 136479 | 10/22/2019 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| EAGLE WEST | S-B-1-L | 9800 | FLORENCE WEST |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique)

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

① I would like to review the results from my blood test. ② I am having numness in my arm extending up my arm - 5 times (very painful) causing pressure in my arm and face ③ Also I am waiting on prescription glasses from Yuma AZ

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

# ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

*You cant clear a person with a knee back injury*

*IAI- inadequate medical care*

Date: 10/18/19
Time: 2000
Initials: JH

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| ZIEGENFUS JAMES | 136479 | 10/17/2019 |

| CELL/BED NUMBER/CELDA / NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 5-B-1-Lunit | | P.O. Bx 9200 | Florence - West |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*   ☒ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

**PLEASE PRINT!** Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico: ¡NO USE MAS HOJAS!]

*GEO Company is not following A.D.O.C. policy concerning keep on person medication, but instead takes it away from a person then medically clears a person with a knee back injured to work in the kitchen - that is inadequate medical care a violation of my 8th Amendment*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO   *mr _____   136479 Attorney of Prisons —*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICIÓN DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☒ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| *J Horton*   **Jay Horton LPN** | 10/18/19 | 2000 |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

*Seen on NL, To MDCR*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | 10/18/19 | 1500 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

5-B-1-Lu

Date: 10/18/19
Time: 2000
Initials: JH

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| ZIEGENFUSS JAMES | 136479 | 10/18/2019 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 5-B-1-104 | | 9800 + | FLORENCE WEST |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)    ☑ Medical/Médico    ☐ Dental    ☐ FHA

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I AM IN NEED OF BACK PAIN MEDICATION - DUE TO MY BACK BEING OUT IN THE LOWER BACK - ALSO, I AM IN NEED OF ANTI BIOTIC OINTMENT, HEAT OINTMENT FOR MY BACK PAIN - ALSO BASED ON MY RIGHT SHOULDER - MY NERVE IS ACTING UP - EMERGENCY PAIN RELIEF

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

*[signature]*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZÓN PETICIÓN DE NECESIDADES MÉDICAS.]

### SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**    ☒ Medical/Médico    ☐ Dental    ☐ Pharmacy/Farmacia    ☐ FHA

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| *[signature]* Jay Horton LPN | 10/18/19 | 2000 |

### SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

See on NL, Call MD, Abx ordered

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| *[signature]* | 10/19/15 | 1100 |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

1. etc.

4.
5. ATTACHMENT - A-5 CONT.

8. DR. M. HALEEM ORDERED

10. WASTING - DIET

11.
12. "WASTING - SYNDROME"

14. FROM: 2-11-2020

16. THROUGH: 2-11-2021

18. "DUE TO LACK OF NUTRITION"

20. IN "A.D.O.C." MEALS"

22. EXPERIENCED MAJOR WEIGHT

24. "LOSS - DUE TO ILLNESS"
25. FROM "180 lbs" TO "139 lbs." ←
26. (page)



# ARIZONA DEPARTMENT OF CORRECTIONS

## Restricted Diet Order

Senior Chaplains ordering restricted diets will complete, sign and date the Restricted Diet Order form. The Senior Chaplain will retain a copy of the form and ensure the form is placed in the inmate's records, with a copy of the order form forwarded to the Food Service Liaison for approval and processing.

☐ New   ☐ Change   ☒ Reissue   ☐ Location Change   ☐ AIMS/Phone Order   ☐ New Arrival

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY/UNIT |
|---|---|---|
| Ziegenfuss, James | 136479 | |

| HOUSING ASSIGNMENT | PROCESSED DATE *(mm/dd/yyyy)* | START DATE *(mm/dd/yyyy)* 2/11/20 | EXPIRATION DATE *(mm/dd/yyyy)* 2/11/21 |
|---|---|---|---|

## MEDICAL DIETS

☐ Dental/Mechanical Soft Diet *(Easy to chew/swallow)*
☐ Clear Liquid Diet *(Expires in 3 days)*
☐ Full Liquid Diet *(Automatically expires in 5 days)*
☐ Liquid Supplements (_____ 1 per day or _____ 2 per day)
☐ Prescribed snack
☐ AM snack
☐ Restricted medical diets not listed above may be ordered only with approval of the Medical Director of Health Services or designee with the approving authority signature.

☐ Controlled Protein/Hepatic Diet
☐ Long-term Full Liquid Diet *(Automatically expires in 8 weeks)*
☒ Wasting Syndrome *(No liquid supplement provided)*
☐ Chemotherapy Diet *(List days of the week to provide diet _____)*
☐ No Gluten Diet
☐ Mid-day snack

☐ Pregnancy
☐ Renal/Dialysis Diet
☐ Allergy Diet *(Excludes corn, wheat, milk, peanuts tree nuts, soy, and egg, fish, onion, green pepper, shellfish, and tomato)*
☐ Bedtime snack

| RELIGIOUS DIETS | ☐ Vegan Diet | ☐ Kosher Diet Plan |
|---|---|---|

| APPROVED BY *(Chaplain).(Please print)* M. Haleem, MD | SIGNATURE M. Haleem, MD | DATE *(mm/dd/yyyy)* FEB 1 1 2020 |
|---|---|---|

**NOTICE TO INMATE** - *Medical Diets take precedence over Religious Diets. If a medical condition exists that is contradicted by the Religious Diet, the Medical Diet will supersede it. Inmate will be removed from the diet roster for non-compliance when five (5) meals are missed in seven (7) calendar days, or when the inmate requests removal in writing. Inmates are to receive only the prescribed religious/medical diet and each inmate is responsible for his/her restricted diet and compliance to their diet.*

I understand the terms and conditions of this diet and agree only to initial the diet meal I receive. A $5.00 charge shall be placed against my account to reinstate my diet. At current meal rate, I may be charged for regular meals taken instead of my assigned diet meal.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* 2/12/20 |
|---|---|

DIET IS BEING DISCONTINUED DUE TO:

## DIET CARD RECEIPT

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|

912-3
1/7/19

---

✄

| ARIZONA DEPARTMENT OF CORRECTIONS Restricted Diet Card | | | ASPC - | PROCESSED |
|---|---|---|---|---|
| Inmate Name Ziegenfuss James | ADC Number 136479 | Expire Date *(mm/dd/yyyy)* 2/11/21 | | *(mm/dd/yyyy)* |

Type of Diet: Wasting diet.

I will be placed in non-compliance of diet meal and may lose my diet AND be charged with discipline and meal restitution.

1. If I take a regular meal tray
2. If I miss 5 or more meals in seven (7) calendar days
3. If I sign multiple meals
4. If I purchase food items not allowed by diet

| COMPLEX FOOD SERVICE LIAISON SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| CHAPLAIN'S SIGNATURE *(For Religious Diets)* M. Haleem, MD | DATE *(mm/dd/yyyy)* FEB 1 1 2020 |

912-3
1/7/19

No.

ATTACHMENT - B

INFORMAL COMPLAINT

DATED: FEBRUARY 18th 2023

DENIAL OF ADEQUATE

MEDICAL CARE

"NURSE PRACTIONER ALONSO"

OF

NAPH-CARE CORP.

DENIAL OF LOWER BUNK.

( PAGE )

→ INFORMAL COMPLAINT RESOLUTION FORM
3/1/23

**ARIZONA DEPARTMENT OF CORRECTIONS**
MEDICAL CARE

Inmate Grievance – GF Supplement
23-052366
PAGES → 1ˢᵗ OF 2ⁿᵈ

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| ZIEGENFUSS, James N | 136479 | Winchester Unit | |

THE COMPLAINANT MR. JAMES HUNTER ZIEGENFUSS JR., 136479, WAS
ORIGINALLY PRESCRIBED A "LOWER LEVEL BUNK" DUE TO A SERIOUS MEDICAL
NEED OF A "SCIATIC NERVE CONDITION" BY A LICENSED MEDICAL PHYSICIAN
ON 10-05-2021 THROUGH 10-05-2022, NAPHCARE CORPORATION THEN
"HONORED" THE VERY SAME RECOMMENDED PROCEDURE "AS LAST PRESCRIBED
BY A LICENSED PHYSICIAN, ON 10-28-2022 THROUGH "10-31-2023"
"LOWER BACK PAIN, SCIATIC NERVE CONDITION" THE DOCUMENT EVEN STATES
"I UNDERSTAND THAT THE ABOVE PROCEDURE ARE NECESSARY TO "TREAT" MY
CONDITION OF "LOWER BACK PAIN" AND "SCIATIC NERVE" AND I HAVE BEEN
ADVISED OF THE PROCEDURE", THIS TREATMENT WAS ORDERED FROM
10-28-22 THROUGH 10-31-2023" "ONE FULL YEAR" BY "NAPHCARE CORP".
THE LOWER BUNK PROCEDURE MEANS "NO BENDING" "NO TWISTING" FOR A
PERIOD OF "ONE - FULL YEAR AS WELL", 10-28-22 TO 10-31-23, THE
MEDICAL PHYSICIAN ALSO INCLUDED A PRESCRIPTION OF ACETAMINOPHEN
EXTRA STRENGTH ORAL 500 MG TABLET PRESCRIBED ON 08-09-2022 TO
2-24-2023 FOR LOWER BACK PAIN" ALL THIS WAS HANDLED BY
NAPHCARE Company AT "WHETSTONE UNIT" IN TUCSON AZ, THE VERY
SAME "HEALTH CARE Company" NOW PROVIDING MEDICAL CARE FOR
WINCHESTER UNIT", ALSO IN TUCSON "AGAIN" SAME "TUCSON COMPLEX".
UPON ARRIVAL TO WINCHESTER UNIT IN TUCSON, THE COMPLAINANT
MR. JAMES HUNTER ZIEGENFUSS 136479 NOTIFIED THE "A.D.O.C. Nursing
OFFICER ON -DUTY" OF A LOWER BUNK REQUIREMENT", BUT INSTEAD
THAT PLACED INTO AN "UPPER BUNK". (DELIBERATE INDIFFERENCE) –
TO A SERIOUS MEDICAL NEED, FOR -MONTHS THE COMPLAINANT HAS NOT
BEEN MOVED TO A LOWER BUNK EVEN AFTER IT WAS -BROUGHT TO
THE "ATTENTION" OF WINCHESTER MEDICAL STAFF IN THE "J-PAY
HEALTH MEDICAL SYSTEM". MR. ZIEGENFUSS 136479 ALSO CONTAIN A
"CONDITION OF CONFINEMENT" WITH A DOCTOR", AND SPOKE TO MEDICAL
DIRECTLY ON 2-18-2023 AND PROVIDED THE -ACTUAL "SPECIFIC
FORM CONTAINING THE LOWER BUNK ASSIGNMENT OF 10-28-2022 –

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Mr. [signature] 136479 | 02-18-2023 |

INITIAL DISTRIBUTION:   GF Supplement -- White and Canary or Copies - Grievance Coordinator
                                        Pink, or Copy - Inmate

FINAL DISTRIBUTION:   White or Copy – Inmate
                                   Canary or Copy – Grievance File

802-7
12/12/13

( 1 OF 2 PAGES )

MEDICAL UNKNOWN)

*Informal Complaint Resolution Form*

**ARIZONA DEPARTMENT OF CORRECTIONS** MEDICAL CARE

Inmate ~~Grievance~~ – GF Supplement PAGE 2 # OF 2 #

| INMATE'S NAME *(Last, First M.I.)* *(Please print)* | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| ZIEGENFUSS JAMES | 136479 | WINCHESTER UNIT | |

THROUGH 10-31-2023, Mr. ZIEGENFUSS 136479, HAS THE INFORMED BY STATE "NURSING STAFF" THAT "NAPH CARE PROVIDER ALONZO" FAILED TO ACKNOWLEDGE THE PREVIOUS DOCTORS ORDER, AND CORRECT "VALID - MEDICAL TREATMENT PROCEDURES THAT ON 10-28-2022 WAS ACCEPTED BY THE VERY SAME COMPANIES, "THEREFORE "PROVIDER ALONZO" OF NAPH - CARE EXPERIENCE, FAILED TO PROVIDE ADEQUATE MEDICAL CARE, OR EVEN MAKE THE NECESSARY EFFORT TO PROVIDE A LOWER BUNK, FOR A SERIOUS MEDICAL NEED OF, LOWER BACK PAIN, AND SCIATIC NERVE CONDITION CAUSING SIGNIFICANT, UNNECESSARY INFLICTION OF PAIN. "PROVIDER ALONZO" OF NAPH CARE Corp. FAILED TO FOLLOW CERTIFIED TREATMENT PROCEDURES, "THAT NAPH CARE COMPANIES ALREADY ORDERED ON "10-28-2022" THROUGH "10-31-2023" WHICH VIOLATES MY CONSTITUTIONALLY PROTECTED STATED U.S.C.A. EIGHTH AMENDMENT RIGHT TO ADEQUATE MEDICAL CARE, "OF THE" STATE" AND FEDERAL "CONSTITUTION" MY "CONSTITUTIONALLY PROTECTED EIGHTH" - RIGHT TO ADEQUATE MEDICAL CARE..." (DELIBERATE INDIFFERENCE) TO A (SERIOUS MEDICAL NEED)

RESOLUTION: ⊗ **RESOLUTION** ⊗
↗ Copy will BE FORWARD TO
NAPH CARE Corp. Birmingham AL
"CORPORATE OFFICE" :-

KINDLY PROVIDE ME A LOWER LEVEL BUNK" AND TREATMENT PROCEDURE THAT WERE ALREADY ACCEPTED BY NAPHCARE Corp. ON "10-28-2022 THROUGH 10-31-2023 IN "WRITING" THAT SHOULD HAVE BEEN ON RECORD, WHICH PROBABLY ARE ON RECORD"., SINCE I HAVE THE FORM IN MY POSSESSION"
THAT SHOULD HAD BEEN HONORED". TO "EASILY VERIFY".. YOU ASSIGN TO "WINCHESTER UNIT" - STOP VIOLATING MY CONSTITUTIONALLY PROTECTED "EIGHT, (RIGHT TO ADEQUATE MEDICAL CARE)
⊗ U.S.C.A. EIGHTH AMENDMENT RIGHT ⊗
(VIOLATION) ×

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| [signature] 136479 | 02-18-2023 |

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy - Inmate
Canary or Copy – Grievance File

802-7
12/12/13

2 of 2 # PAGE"
MEDICAL NAPH CARE Corp.

No.

ATTACHMENT - C

HEALTH NEEDS REQUEST

DATED: 3-20-2023

WINCHESTER UNIT MEDICAL

"REQUEST TO MEET WITH A

MEDICAL-DOCTOR"

"THAT STILL HAS NOT TAKEN

PLACE AS OF

APRIL - 7th 2023

(PAGE          )



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

| Date : | 3/20/2023 |
| Time: | 1600 |
| Initials: | UMW |

**SECTION/SECCIÓN I**   136479 #

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| ZIEGENFUSS JAMES H | 136479 | 3/20/2023 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4-B-09 TOP/UPPER | WINCHESTER | 24401 | WINCHESTER UNIT |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|
| ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) | | | |

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I HAVE REQUESTED TO MEET WITH A "MEDICAL DOCTOR" TO DISCUSS MY LOWER BACK PAIN, FOR SCIATIC NERVE CONDITION, LOWER BUNK STATUS THAT WAS ALL-READY APPROVED 10/28/2022 FOR ONE YEAR, THAT IS "NOT" BEING HONORED BY WINCHESTER MEDICAL STAFF AND MY OTHER SERIOUS MEDICAL NEEDS". I HAVE BEEN REQUESTING THIS FOR ALMOST A MONTH NOW.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo, con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

**INMATE SIGNATURE/FIRMA DEL PRISIONERO**

mr. _____, #D 136479  "ATTORNEY OF RECORD"  " 4-B-09 UPPER

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

**SECTION III/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|
| ☐ Pharmacy/Farmacia  ☑ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) | | | | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| J Hullgan Wilcox RN   HWILCOX RN | 3/20/2023 | 1600 |

**SECTION/SECCIÓN IV**

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| IM has been informed that he does not meet criteria for a lower bunk due to his back pain. IM does not have the right to decide treatment or who provides treatment. |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| J Hullgan Wilcox RN   HWILCOX RN | 3/20/2023 | 1600 |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

**SECTION 4, HNR**

1101-10ES
12/13/16

1.    No. _____

5.    _ATTACHMENT - D_

9.    "HEALTH NEEDS REQUEST"

11.   DATED: 3-27-2623

13.   "WINCHESTER UNIT MEDICAL

15.   FAILING TO MEET MY TREATMENT

17.   PROCEDURES PRESCRIBED BY

19.   A MEDICAL DOCTOR"

21.   AS OF THIS DATE: APRIL 7TH 2023

23.   "STILL HAVE NOT BEEN MET"

26.   ( PAGE )



# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date : _____

Time: _____

Initials: _____

**SECTION/SECCIÓN I** *(handwritten)* 13647? 3/27/2023

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|---|
| ZIEGERER James W. | | 136476 | 3/27/2023 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 41 B-54 upper top | | Po. Box 54601 | Minnesota Unit |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

| AREA OF INTEREST *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)* | ☒ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

*(handwritten text, partially illegible)*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO *(handwritten signature)*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

**SECTION/SECCIÓN IV**

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

1   No.

2

3

4

5   _ATTACHMENT - E_

6

7   _CASE: 23-052366_

8

9   _INFORMAL RESPONSE_

10

11   _FROM:_

12

13   _CLARISA VELASCO_

14

15   _DATED: 3-22-2023_

16

17   _DENYING A LOWER-BUNK_

18

19   _KNOWING A LOWER BACK PAIN_

20

21       $\mathcal{E}'$

22

23   _SCIATIC NERVE CONDITION_

24

25   _EXIST._

26       (PAGE     )

27

28

Arizona Department of Corrections, Rehabilitation & Reentry

Grievance Details



# Inmate Grievance/Informal Response Notice
## Medical

**Inmate Name:** JAMES ZIEGENFUSS

**ADC#:** 136479

**Prison/Unit:** TUCSON/TUCSON WINCHESTER

**Bldg/Bed:** C41 HU04B09T

## Case #:23-052366

## Informal Complaint

**Type:** Informal Response

**Date Received:** 03/22/2023 11:58 AM

**Response Author:** Velasco, Clarissa

**Responded On:** 03/22/2023 03:53:36 PM

**Decision:**

## Case Details

**Case Number:** 23-052366

**Grievance Status:** Open

## Case Data

**Prison of Complaint:** TUCSON

**Unit of Complaint:** TUCSON WINCHESTER

**Opened Date:** 03/22/2023 11:58 AM

**Grievance Stage:** Informal Answered

**Grievance Category:** Health Care/Medical

## Informal Grievance Response

**Grievance Date:** 02/18/2023 12:00:00 AM

**Issue:** lower bunk bed

**Response Due:** 04/12/2023 11:58 AM

**Responder:** Velasco, Clarissa

**Response:** Your inmate informal dated 02/18/2023 was received in the Tucson office of NaphCare Inmate Health Services. Your primary area of concern is not being placed in a lower bunk bed. Your concern has been reviewed by medical and it was determined that on 02/18/2023 you were notified that provider reviewed request and that you are not meeting criteria for a lower bunk bed, sciatic nerve complaint is not criteria for a lower bunk bed. This informal complaint has been addressed. This issue is resolved.

Γ Unprocessed

**Responder's Name:** Clarissa Velasco

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
• Placing a single complaint on a single inmate Grievance form.

**NOTE:** If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.

1
2
3
4
5        _ATTACHMENT - F_
6
7
8        _NAPH-CARE RESPONSE_
9
10       _DATED: MARCH 22, 2023_
11
12       _DENYING ANY° "DENIAL OF_
13
14       _ADEQUATE MEDICAL CARE_
15
16       _BY: "NURSE PRACTITIONER ALONSO"_
17
18
19
20
21
22
23
24
25
26                    (PAGE          )
27
28



Your independent health care choice.

March 22, 2023

**Legal Mail**

James Norman Ziegenfuss, ADCRR # 136479
Arizona Department of Corrections
Arizona State Prison Complex- Tucson
Winchester Unit
P.O. Box 24401
Tucson, AZ 85734

Dear Mr. Ziegenfuss:

This correspondence is to acknowledge receipt of your claim dated February 18, 2023 and received on March 6, 2023, through which you assert that your civil rights have been violated because "NP Alonso denied a lower bunk knowing that [you] have a sciatic nerve condition." Upon our review of the available information, we disagree with your conclusion that you have been "denied adequate medical care" and that your civil rights have been violated.

There is nothing intended by this correspondence, or any other communications between you and any NaphCare employee, which would stay any applicable statute of limitations for the claims that you believe you have. NaphCare is also not waiving any defense that it may have to any causes of action that has been or may be asserted, including but not limited to any exhaustion requirement.

Sincerely,

Seetal Tejura
Corporate Counsel, Litigation

1           No. _____

2

3

4

5          ATTACHMENT - 6

6

7

8

9          NAPH-CARE RESPONSE

10

11          DATED: MARCH 22, 2023

12

13          DENYING "NURSE GARNES",

14

15          DENIED ADEQUATE MEDICAL

16

17          CARE & MY "CIVIL RIGHTS"

18

19

20

21

22

23

24

25

26          ( PAGE       1

27

28


Your independent health care choice.

March 22, 2023

**Legal Mail**

James Norman Ziegenfuss, ADCRR # 136479
Arizona Department of Corrections
Arizona State Prison Complex- Tucson
Winchester Unit
P.O. Box 24401
Tucson, AZ 85734

Dear Mr. Ziegenfuss:

Thank you for providing additional information regarding your claim that "Nurse Garnes failed to address any of [your] medical issues on 12/05/2022 and 12/06/2022." Some of the documents provided, such as your disciplinary charge appeals, informal complaints, and grievances were illegible or difficult to read. Nonetheless, based on our review of your claim and the available information, we disagree with your conclusion that Nurse Garnes violated your civil rights and "failed to make the necessary effort" as you have alleged.

As previously stated, there is nothing intended by this correspondence, or any other communications between you and any NaphCare employee, which would stay any applicable statute of limitations for the claims that you believe you have. NaphCare is also not waiving any defense that it may have to any causes of action that has been or may be asserted, including but not limited to any exhaustion requirement.

Sincerely,

Seetal Tejura
Corporate Counsel, Litigation

1   no.

2

3

4

5   _ATTACHMENT - H_

6

7

8

9   _INMATE GRIEVANCE_
10      _CASE: 23-052366_
11
12   CONCERNING:
13
14   _NURSE PRACTITIONER ALONSO_
15
16   _DENYING ME MY ALL READY_
17
18   _ESTABLISHED TREATMENT_
19
20   _PROCEDURES OF LOWER BUNK_
21
22   _NO-BENDING; NO-TWISTING_
23
24   _COMPLETE DELIBERATE INDIFFERENCE_
25
26         ( PAGE          )
27
28

**Arizona Department of Corrections Rehabilitation and Reentry**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| Canelos K | |
| TITLE | |
| Coll | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 8419 | 3-28-2023 |

*Note:* You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| ZIEGENFOSS JAMES N. | 136479 | 3/29/2023 |

| INSTITUTION/UNIT | CASE NUMBER |
|---|---|
| WINCHESTER UNIT | 03-050366 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

WINCHESTER MEDICAL NURSE PRACTITIONER'S "REFUSING TO DENY ME ADEQUATE MEDICAL CARE FOR MY LOWER BACK PAIN, AND SCIATIC NERVE CONDITION BY NOT FOLLOWING AND DELIBERATELY DISREGARDING THE ALREADY MENTALLY PRESCRIBED TREATMENT PROGRAMS OF PROVIDING A LOWER BUNK, "NO-RUNNING," NO TWISTING DUE TO LOWER BACK PAIN, AND SCIATIC NERVE CONDITION (DELIBERATE INDIFFERENCE) THAT WAS ORDERED AS TREATMENT PROGRAMS BY THE WEXFORD, ORIGINALLY WRITTEN ON 10-05-2001, THROUGH 10-05-2002 RENEWED ON ITSELF AZ ON 10-23-2022 THAT NOW WENT THROUGH W/3 1/1 2023 BY A "MEDICAL DOCTOR" NOT A NURSE PRACTITIONER WHICH IS DOCUMENTATION PROOF IN MY POSSESSION, ALSO AG ATTORNEY ADAMS OFFICE, AZ GOVERNOR HOBBS

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

PROVIDE A LOWER BUNK, NO RUNNING, AND NO TWISTING AND STOP DENYING ME ADEQUATE MEDICAL CARE, VIOLATING MY U.S.C.A. EIGHTH AMENDMENT CONSTITUTIONALLY GRANTED RIGHT, STOP DENYING ME ADEQUATE MEDICAL CARE. CONSTITUTIONALLY PROTECTED RIGHT.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 3/29/2023 | | |

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance – GF Supplement**

3-28-2023
Received by CO III Gonzalez #8419

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| ZIEGENFUSS James | 136479 | Winchester Unit 10 | 23-08-3366 |

Obviously the "lower back pain," and "sciatic nerve condition," was responsible for a doctor or "patient" having guided the serious medical need history of comment on treatment, because, the lower back pain, and sciatic nerve condition significantly affects daily activities, and the patient inmate Ziegenfuss 136479 has chronic and serious pain that a "nurse" advised the patient on 800 mg of "acetaminophen" for the back pain, and treatment procedures of a "lower bunk," "no-bending," and no-twisting is the "medical order" issued as treatment procedure on 11/05/2007 through July of 2022 then again reviewed on 10/28/2022 through 10/31/2023, "fact" — on (item on page 1) it is clear inmate Ziegenfuss 136479 has a serious medical need of a "lower bunk," due to "lower back pain," and "sciatic nerve condition," and medical staff nurse practitioner "Alonzo" failed to meet the "necessary effort" to follow the medically prescribed treatment procedures, of providing a "lower bunk," "no-bending and no-twisting" on 12/20/2022 the effort equals to (deliberate indifference) to my "serious medical need," failure to follow "these all-relevant established treatment procedures, of inmate Ziegenfuss 136479 it resulting in further significant injury, and the "unnecessary and wanton infliction of pain" in that fact is that prison officials knew about my serious medical need of lower back pain, and sciatic nerve condition and failed to respond reasonably to it. Estelle, 409 U.S. to will, Gutierrez v. Peters, 111 F.3d 1364, 1369 (7th Cir. 1997).

The "facts" of years of "medical orders" "diagnosis" years of pain "lower back," no-bending, no-twisting removed to be fact, prior to this (deliberate indifference) by NP-Alonzo and "unnecessary pain" resulting in denial of adequate medical care violation of my U.S. C.A. 8th Amendment rights —

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] 136479 | 3/28/2023 |

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

1   No. _____

2

3

4

5   *ATTACHMENT - I*

6

7

8

9   *INFORMAL COMPLAINT*

10

11   *FILED; MARCH 28th, 2023*

12

13   *DENIAL OF ADEQUATE MEDICAL*

14

15   *CARE...*

16

17   *"NURSE PRACTITIONER ALONSO"*

18

19   *DENIAL OF TREATMENT*

20

21   *PROCEDURES FOR LOWER BACK*

22

23   *PAIN & SCIATIC NERVE CONDITION"*

24

25

26   *( PAGE          )*

27

28



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| ZIEGENFUS James M | 136179 | Whinkler Unit | 3/09/2023 |

| TO Clarissa Velasco ... Medica Grievance Coordinator — | LOCATION Medical Whinkler Unit |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

WHEN NURSE PRACTICONER ALONZO FAILED TO MAKE THE NECESSARY EFFORT TO FOLLOW PRE-ESTABLISHED MEDICAL ACTIONS "TREATMENT PROTOCOLS" OF PROVIDING A LOWER BUNK, NO BENDING, AND NO TWISTING" FOR LOWER BACK PAIN, AND GROIN HERNIA CONDITION, ITEM NUM 1) WHERE A "DUMP" CONSISTED IN QUALITY OF CONTENT AND TREATMENT, 2) ALSO THAT THE "LOWER BACK PAIN, AND GROIN HERNIA CONDITION SIGNIFICANTLY AFFECTS DAILY ACTIVITIES 3) AND "ALSO CAUSED CHRONIC PAIN, AND SERIOUS PAIN ENOUGH TO PRESCRIBE 500 mg, OF METHOCARBAMOL FOR PAIN, DUE TO FAILURE TO PROPERLY FOLLOW THE PRE-EXISTING TREATMENT PROTOCOLS FOR THIS PARTICULAR LOWER BACK PAIN, AND GROIN HERNIA CONDITION, CAUSED FURTHER AND SIGNIFICANT INJURY TO THE PRIMARY LOWER BACK PAIN AND GROIN HERNIA CONDITION, RESULTING IN "UNNECESSARY AND WANTON INFLICTION OF PAIN" AMOUNTING A EIGHTH USCA.8TH AMENDMENT VIOLATION & "MY CONSTITUTIONALLY PROTECTED RIGHT TO ADEQUATE MEDICAL CARE", THEN PRISONER REQUESTED TO "MEET" WITH A "LICENSED MEDICAL DOCTOR" NUMEROUS TIMES WHICH STILL HAS NOT BEEN PROVIDED TO ME, N. NURSE PRACTITIONER ALONZO ALSO VIOLATED MY PRE-ESTABLISHED TREATMENT PROTOCOLS "SET FORTH" BACK YEARS PRIOR, AND REVIEWED ON 11-28-22 TO 11-31-22 OF LOWER BUNK, NO BENDING, AND NO TWISTING. THERE WAS NO ORIGINAL TWISTING IN MY TREATMENT PROTOCOLS BECAUSE IT CAUSES PAIN TO BEND OR TWIST THAT WAS IN NO BENDING AND NO TWISTING. SHE VIOLATED MY CONSTITUTIONAL RIGHT TO ADEQUATE MEDICAL CARE, SO I REQUESTED TO SEE AND MEET WITH A "LICENSED PHYSICIAN". THIS WAS DENIED OR "BLOCKED" BY NURSING STAFF. (DENIAL OF MEETING WITH A LICENSED MEDICAL DOCTOR.)

→ RESOLUTION: SIMPLY FOLLOW THE PRE-EXISTING TREATMENT PROTOCOL LOWER BUNK, NO-BENDING AND NO TWISTING, AND PROVIDE A MEETING WITH A "LICENSED PHYSICIAN" AT "LEWIS".

| INMATE SIGNATURE Mr. J [signature] for 136179 James (ATTORNEY OF RECORD) | DATE (mm/dd/yyyy) 3/09/2023 |
|---|---|

Have you discussed this with institution staff? ☑ Yes ☐ No DENIAL OF MEETING WITH A DOCTOR R

If yes, give the staff member name: Cott Chandler, NURSE ANTHONY, N.P. ALONZO

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
11/17/20

1            *No.*

2

3

4

5      *ATTACHMENT - J*

6

7

8      *INFORMAL COMPLAINT*

9

10        *FILED:*

11

12      *DECEMBER 06.2022*

13

14      *"NURSE GARNES"*

15

16      *WHETSTONE UNIT*

17

18

19      *DENIAL OF ADEQUATE MEDICAL*

20

21        *CARE...*

22

23

24

25

26        *(PAGE          )*

27

28



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE PRINTED NAME (Last, First M.I.) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| ZIEGENFESS James N | 136479 | WHITESTONE UNIT | 10/06/2022 |

| TO MEDICAL GRIEVANCE | LOCATION | CASE NUMBER |
|---|---|---|
| GRIEVANCE Coordinator | WHITESTONE UNIT | |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

ON 12-06-2022, NURSE BARNES, "FAILED TO ADDRESS ANY MEDICAL ISSUE" DURING A VISIT TO MEDICAL "AND GAVE AN ORDER TO THIS PLAINTIFF THAT HE WAS ON REPORT." WHEN ALL THE PLAINTIFF WANTED TO DO WAS OBTAIN, HIS "ABSORBASE CREAMS," NOT ANYWHERE DURING ANY CONVERSATION DID "NURSE BARNES ADDRESS ANY MEDICAL ISSUE OR MEDICAL NEED"

(1) THE PLAINTIFF INMATE ZIEGENFESS, HAS A "SERIOUS MEDICAL OF OBTAINS ABSORBASE CREAM, BACK CREAM, AND TRIPLE ANTIBIOTIC OINTMENT AS WAS REQUESTED ON THE "MEDICAL FORM" –

(2) NURSE BARNES SHOWED "DELIBERATE INDIFFERENCE" BY NOT ADDRESSING THESE MEDICAL NEEDS. SHE FAILED TO PROVIDE ANY CREAM",

(3) AND "BECAUSE "NURSE BARNES "FAILED TO ADDRESS ANY MEDICAL NEEDS, NOW THE PLAINTIFF ZIEGENFESS DOES NOT HAVE ANY ORDER PLACED, AND DID NOT RECEIVE ANY MEDICAL OINTMENT, FOR HIS ADEQUATE MEDICAL CARE OF A SERIOUS MEDICAL NEED" …

SEE ESTELLE V. GAMBLE, 429 U.S. 97 (1976) U.S.C.A. 8th AMEND. VIOLATION, "THE FACT IS THIS NURSE BARNES, AND PRISON OFFICIALS KNEW ABOUT THE PLAINTIFF/ZIEGENFESS SERIOUS MEDICAL NEED, AND NURSE BARNES, FAILED TO RESPOND REASONABLY TO IT."

SEE GUTIERREZ V. PETERS, 111 F.3D 1364, 1369 (7TH CIR. 1997)

(DELIBERATE INDIFFERENCE) NURSE BARNES, DISPLAYED RUDE AND ABUSIVE DEMEANOR" … BY THREATENING THIS INMATE WITH A TICKET "OR CITATION" FOR OBTAINING MEDICAL CARE"…

(THREATENING AND "INTIMIDATING AN INMATE") RUDE & ABUSIVE DEMEANOR

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Jm. N. [signature] pro per ATTORNEY OF RECORD – P.A. | 12/06/2022 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No   PAGE 1st

If yes, give the staff member name: CO II BROWN, LT. Downey

| RECEIVED BY (Staff printed name) (Last, First M.I.) | TITLE | SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

Distribution:   INITIAL: White and Canary – Grievance Coordinator; Pink – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
11/16/21