

**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Ziegenfuss, James H | 136479 | Wilmotsville Unit | 12/06/2022 |

TO MEDICAL GRIEVANCE
GRIEVANCE Coordinator

LOCATION
Wilmotstone Unit

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

IN Considering this plaintiff's / Ziegenfuss Serious Medical Need, in
① Present Case, A "Reasonable Doctor, OR Patient Would
Consider the Need of, Abdominal Cramps, Back Pain (Chronic) AND
Triple - Anti Biotic ointment, History of Comment OR Treatment
Decisise, the plaintiff's / Ziegenfuss's Record, Would indicate
That his "Back Pain, Significantly "Affect - Daily Activities"
AND The plaintiff / Ziegenfuss, has As is on "Chronic" for All
these Medical issues." - ON Record - See, Brock V. Wright, 315
F.3D 158 (2D Cir. 2003) the Fact is this, All the
plaintiffs / Ziegenfuss' Medical Needs are on "Medical Records"
Even A - layperson, Would Easily Recognize the Necessity for
A "Doctor's Attention" - See His V. Dekalb Reg'L Youth
Det. Ctr. 40 F.3D 1176 n.12 (11th Cir. 1994). the Fact is this
A.D.O.C. & "Nurse Barnes," Knew About the medical Condition
Being on Record, AND it was Obvious" ... AND Failed to Take
Action to provide "Adequate Medical Care". - See. Farmer V
Brennan 511 U.S. 825 847 (1995)

See, "Estelle V. Gamble, 429 U.S. 97 103 (1976) "AN
INMATE Must Rely ON prison Authorities to "Treat"
his Medical Needs, if the Authorities Fail to Do So)
those Needs will Not Be Met" ... IN The Present Case
"Nurse Barnes" Failed to Do So" ... on 10/05/2022/
AND 12/06/2022. - ON "Camera" ... - Fact ...
AND "Have witness ...

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| MR. J. Page 2nd. The (Attorney of Record ) P.A. | 12/01/2022 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name: LT. on Duty, C.O. III Brown.

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
11/16/21



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Ziegenfuss James M | 136479 | Willstone Unit | 12/06/2022 |

| TO Medical Grievance | LOCATION |
|---|---|
| Grievance Coordinator | Willstone Unit |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

MR. ZIEGENFUSS'S "CHRONIC CARE MEDICAL NEEDS ARE AN ON GOING"
FOR SEVERAL YEARS IN "A.D.O.C." SINCE 2015 "2016 UP TO
PRESENT DAY "... SO THE MEDICAL STAFF SHOULD HAVE KNOWN, SHOULD
HAVE BEEN AWARE OF ZIEGENFUSS'S SERIOUS MEDICAL NEED, AND
NURSE RATCHET "FAILED TO PROVIDE" ADEQUATE "MEDICAL CARE"
FOR MY SERIOUS MEDICAL NEEDS AS ON — MEDICAL RECORDS "...

RESOLUTION — I WILL NOT ALLOW ANY RETALIATION FOR FILING "...
I WILL NOT — ALLOW "RETALIATION" BY FILING THIS COMPLAINT ", BY A.D.O.C. OR MEDICAL
KINDLY PROVIDE "ADEQUATE" MEDICAL CARE "... IN A TIMELY
MANNER "...
— STOP VIOLATING MY "CONSTITUTIONALLY PROTECTED SECURED

U.S.C.A. EIGHTH AMENDMENT RIGHT TO "ADEQUATE MEDICAL CARE"
FOR SERIOUS MEDICAL NEED "ESPECIALLY WHEN I AM ON

CHRONIC CARE ALL-READY" FOR YEARS PRIOR "... AND

STOP — PLAYING — ATTITUDE" FROM "MEDICAL STAFF "... TO

ME" THE PLAINTIFF/ZIEGENFUSS, BECAUSE LEGALLY I DON'T HAVE
TO HEAR IT "...
— STICK TO — MEDICAL ISSUES "... — MEDICAL STAFF IS NOT
SECURITY "

RESPECTFULLY SUBMITTING BY.
— MR. JAMES WILLMAN ZIEGENFUSS JR III

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| MR. [signature] #136479 (ATTORNEY OF RECORD) | 12/06/2022 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name:

Distribution:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
11/16/21

1   No.

2

3

4

5   _ATTACHMENT - K_

6

7

8

9   _GRIEVANCE FILED_

10

11   _DECEMBER 13, 2022_

12

13   _NURSE GARNES_

14

15   _WHETSTONE UNIT_

16

17

18

19

20

21

22

23

24

25

26   ( PAGE            )

27

28

WHITESIDE UNIT MEDICAL (illegible)

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance** (PAGE 1 OF 2 #)

22-049939

| RECEIVED BY |  |
|---|---|
| **TITLE** |  |
| **BADGE NUMBER** | **DATE** (mm/dd/yyyy) |

Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| ZIEGENFUSS JAMES N | 136479 | 12/03/2022 |

| INSTITUTION/UNIT | CASE NUMBER |
|---|---|
| WHITESIDE UNIT / MEDICAL | 22-049939 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

ON 12/06/2022 (RN GARNES) (NURSE GARNES) FOR NEW CARE INC. CONTRACTED MEDICAL CARE (provider) FAILED TO ADDRESS OR PROVIDE ADEQUATE MEDICAL CARE FOR A SERIOUS MEDICAL NEED, I plaintiff / ZIEGENFUSS have a SERIOUS MEDICAL NEED OF obtaining AS SOON AS POSSIBLE RELIEF FROM BACK PAIN, ALSO THE NUTRITIONAL OINTMENT FOR ABRASIONS ON PLAINTIFF HEAD, NECK, AND HIP, AS WELL AS "PARASITIC INFECTION" ON THE PLAINTIFF BODY, NURSE GARNES "SHOWED DELIBERATE INDIFFERENCE" BY NOT SPEAKING WITH ANY OF MY MEDICAL ISSUES DURING CONSULTATIONS BUT INSTEAD IGNORED AND THREATENED THAT ANYONE MEDICAL CARE FOR MY SERIOUS MEDICAL NEED BECAUSE NURSE GARNES FAILED TO ADDRESS OR PROVIDE ANY "ADEQUATE MEDICAL CARE" FOR MY MEDICAL NEEDS, THUS ABRASIONS HAVE SPREAD ON MY BODY, HEAD, NECK, HIP, AND MY BACK PAIN UNTREATED CAUSING FURTHER (illegible)

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

STOP DENYING ME "ADEQUATE MEDICAL CARE" DUE-PROCESS OF LAW, EQUAL PROTECTION UNDER THE LAW, WHILE UNDER COLOR OF LAW.

STOP VIOLATING MY "CONSTITUTIONAL RIGHTS" EIGHTH, SIXTH, FIRST AND FOURTEENTH AMENDMENT TO A STATE AND FEDERAL CONSTITUTION.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| mr. (signature) 136479 | 12/10/2022 |  |  |

Action taken by _____ Documentation of Resolution or Attempts at Resolution

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION:  INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate; Canary – Grievance File

802-1
10/16/16

*Whetstone Mental Continued*

*Case # 22-043935*

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance – GF Supplement** *Page out 2#*

*12/13/2022*

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Ziegenfuss, James M | 136479 | Whetstone Unit Mental | 22-043935 |

NURSE GARNES "DISPLAYED" RUDE "NON ABUSIVE" DEMEANOR "NEITHER
CONSIDERED INMATE ZIEGENFUSS'S /PLAINTIFFS INITIAL REQUEST FOR ADEQUATE
MEDICAL CARE" BUT INSTEAD ISSUED THE PLAINTIFF/ZIEGENFUSS A TICKET
FOR (SENDING "MAIL "(STRAY HAIR) HAVING HIM REQUEST TRY TO "EXPLAIN"
THAT THE PLAINTIFF MAY HAVE A "PARASITIC INFECTION" ... AND
DID HAVE A "PARASITIC INFECTION IN THE PAST" ... NURSE GARNES WROTE A
TICKET" FOR ME TRYING TO EXPLAIN MY "SYMPTOMS" OF A POSSIBLE
"PARASITIC INFECTION" ...

BUT INSTEAD "NURSE GARNES" NEVER PROVIDED ANY ADEQUATE
MEDICAL CARE ON ANY MEDICAL ISSUE BASED IN ANY "HNR/
HNR'S REQUEST ON 12/06/2022" ... AND "NURSE GARNES" NEVER EVER
MEDIATED ANY OF MY MEDICAL ISSUES PRESENTED, BUT INSTEAD ASKED ME
TO "LEAVE HER OFFICE/ AND SHE PLACED THE PLAINTIFF ON REPORT" ...

"NURSE GARNES DID NOT ADDRESS "ANY-MEDICAL

ISSUES" DURING THE CONVERSATION ON 12-06-2022"

"NOT ONE SINGLE ISSUE "NONE" ON 12/06/2022

- THIS IS A COMPLETE-DENIAL OF ADEQUATE MEDICAL CARE

NURSE GARNES KNEW ABOUT THE SERIOUS MEDICAL

NEED "THEN" FAILED TO RESPOND TO IT" ...

"FACT" ... ESTELLE 429 U.S. AT 104'; GUITIEREZ V. PETERS, 111

F3D 1364, 1369 (7TH CIR. 1997)

— (EIGHTH AMENDMENT VIOLATION)

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| JMZ #136479 | 12-13-2022 |

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies – Grievance Coordinator
Pink, or Copy – Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

No.

ATTACHMENT - L

"INFORMAL COMPLAINT"

FILED:

DECEMBER 06, 2022

CONCERNING NAPH-CARE

CORPORATION...

"NURSE GARNES"

(PAGE          )

1-A-35 (DETENTION BY AUTHOR: WITNESS)



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

( 1 OF 3# )

Complaints are limited to one page and one issue.

Please print all information.

Hmm 12/6/22

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| ZIEGENFUSS James N. | 136479 | Wilmstone Unit | 12/06/2022 |

| TO | LOCATION |
|---|---|
| Grievance Coordinator/Medical | Wilmstone Unit |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

(1) Plaintiff/Ziegenfuss "Requests" the "Name of 'Medical Company' that provided Medical care to Wilmstone Unit, and Address, of (also) the Name of C.E.O, to file a Direct Complaint with that Company, also for - disclosure/discovery legal purposes, which I have a "Protected Conduct" to perform in accordance to U.S.C.A. Fourteenth Amendment. Due-process of law, Equal protection under the law, for U.S.C.A. First Amendm. Redress of Grievances for Denial of Adequate Medical care (involving) violation of my Constitutionally protected U.S.C.A. Eighth Amendm. Adequate Medical care. all being a "Protected Conduct" in something that I have a Constitutionally provided right to "perform", the "prison officials" "Medical Staff", and officer "trained" (given me an) "report" for attempting to obtain information, I have a "legal right" to obtain, in connection with U.S.C.A. Fourteenth Amend- Due-process of law, equal protection under the law, to "obtain" within a - disciplinary or "Grievance process" in accordance to "Constitutional law" (disclosure/of information) a "Protected Conduct" this - adverse action is 'so bad' it is an "attempt to prevent and Hinder" a full, fair, impartial hearing, and full, fair, impartial (administration of justice, from taking place) also that it would "stop the average person from "Grieving" with their lawsuit" (also - correction) is that the officer "trained" and Medical Staff (prison officials) adverse action" of Denial of the Address of the Medical company "Health-care, and other information" that I am "legally entitle to possess" in accordance to Due-process of law". U.S.C.A. Fourteenth Amend, then placing "Mr. Ziegenfuss on Report for - Requesting that address of "Health-care that I am

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| mr. J. ____ # 136479 Amod. "Attorney of Record" | 12/06/2022 |

Have you discussed this with institution staff? ☑ Yes ☐ No

If yes, give the staff member name: CO II Day     ( 1 OF 3# )



## Arizona Department of Corrections
## Rehabilitation and Reentry

## Inmate Informal Complaint Resolution

( 2 of 3 # )

*Complaints are limited to one page and one issue.*

*Please print all information.*

James   12/6/22

| INMATE NAME *(Last, First M.I.)* (Please print) | ADCRR NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Ziegofski  James N. | 136479 | Winslow Unit | 12/06/2022 |

| TO  Medical Grievance | LOCATION |
|---|---|
| Grievance Coordinator  & A.D.O.C. | Winslow Unit |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

"Legally entitled to "request and possess" for any "redress of grievances or due-process of law" & ( protected conduct ) - is blatent "retaliation" by A.D.O.C. medical staff and officer "Trammel" of A.D.O.C., preventing and hindering the process of law and my First Amendment rights to "redress of grievances" A "protected conduct"·

See. Gomez V. Vernon, 255 F.3d 1118 (9th Cir. 2001) " Retaliation " Violated their  First Amendment Rights, ( protected conduct ) *

See "Campaign of Harrassment "- Calhoun V. Hargrove, 312 F.3d 730 (5th Cir. 2002)
"If it keeps happening, it may be enough to make a claim of a "campaign of harrassment,"
Winslow unit medical staff charged this plaintiff twice in the same day "12-06-2022 with absolutly, "the "slowest time" for simply requesting an "access to file a complaint, which I have a legal right to perform" V.I.S.C.A. fourteenth Amend. & First Amendment protected conduct" "by law", fact" : this is a "deliberate attempt to raise the "plaintiffs anxiety level' by issuing citations" for what I have a  legal right to perform' - "retaliation" for filing a grievance" on -nurse Barnes "earlier the same day" :

A clear "Campaign of Harrassment " by definition"... By A.D.O.C. Naph-care medical staff & officer Trammell A.D.O.C. officer" for exercising my constitutionally "protected conduct"... by law"... fact"

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| mr. J___ by attorney of record | 12/06/2022 |

Have you discussed this with institution staff?  ☐ Yes   ☐ No

If yes, give the staff member name: "C.O.II Day"     ( 2 of 3 # )

Distribution:   INITIAL:  White and Canary – Copies – Grievance Coordinator;  Pink or Copy – Inmate
FINAL:  White – Inmate;  Canary – Grievance Coordinator File

802-11
11/16/21



*RETALIATION CHARGES [illegible]*

**Arizona Department of Corrections**
**Rehabilitation and Reentry**

*301 3rd*

**Inmate Informal Complaint Resolution**

*"Retaliation"*

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| ZIEGENBEIN JAMES N | 136471 | WINDSTONE UNIT | 10-06/2022 |

TO  MEDICAL GRIEVANCE /
FACILITIE COORDINATOR ADOC

LOCATION
WINDSTONE UNIT

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

SEE: WHITE V. WISCONSIN DEPT. OF CORRECTIONS, 434 F.3D 1031 (7TH CIR. 2006), ...

SEE: ELIGGETT V. PAGE, 309 F.Supp. 913 (N.D. Ill 1964) "CANNOT BE PUT INTO ADMINISTRATIVE SEGREGATION ONLY TO PUNISH THIS PLAINTIFF FOR FILING LAWSUIT."

SEE: THADDEUS-X V. BLATTER, 175 F.3D 378 (6TH CIR. 1999) "NOR CAN THIS PLAINTIFF BE 'TRANSFERRED TO PUNISH THIS PLAINTIFF' FOR FILING LAWSUIT." — RETALIATORY TRANSFERS ARE 'ILLEGAL' UNDER ANY 'CONSTITUTIONAL PROTECTED RIGHTS'. SAME CAN BE SAID WHEN ANY INSTITUTION DELIBERATELY 'RAISES' A 'CUSTODY LEVEL SCORE', FOR FILING GRIEVANCE'S OR LAWSUIT'S, AND DENYING DUE-PROCESS OF LAW; "FOUL PRACTICE UNDER THE LAW, WHICH UNDER COLOR OF LAW" A FEDERAL CRIME" -18 USC § 241; 18 USC § 242 -18 USC § 245"...

DENIAL OF RIGHTS UNDER COLOR OF LAW," A FEDERAL CRIME"... (X)

RESOLVING: STOP "VIOLATING" MY CONSTITUTIONALLY "PROTECTED RIGHTS"

STOP RETALIATING AGAINST ME," AND "PROVIDE TO ME WHAT THE LAW REQUIRES"... IN ACCORDANCE TO STATE', & FEDERAL CONSTITUTIONS'...

— ADEQUATE MEDICAL CARE/ DUE-PROCESS OF LAW"...

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| 136499 MR. [signature] ATTORNEY OF RECORD, PA | 10/06/2022 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name: CO TO ANY          PAGE 3 OF 3rd

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
11/17/20

*(Retaliation) —*

No. _____

ATTACHMENT - M

"GRIEVANCE FILED"

DECEMBER 13th 2022

"CAMPAIGN OF HARASSMENT"

BY:

A. D.O.C. & NAPHCARE CORP.

"DENIAL OF ADEQUATE MEDICAL

CARE"

(page        )

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance** ( 1 oF 1 )

WHETSTONE UNIT - Grievance Coordinator

| | RECEIVED BY |
|---|---|
| | TITLE |
| | BADGE NUMBER | DATE *(mm/dd/yyyy)* |

**Note:** You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME *(Last, First M.I.)* *(Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| ZIEGENFUSS Inmate XI | 136479 | 12/13/2022 |

**INSTITUTION/FACILITY**  WHETSTONE UNIT MEDICAL

**CASE NUMBER**  22-049940

**TO: GRIEVANCE COORDINATOR**

---

**Description of Grievance** *(To be completed by the Inmate)*

INMATE ZIEGENFUSS ASKED MEDICAL "WHAT THE NAME OF THEIR Company WAS" WHICH ZIEGENFUSS HAS A Constitutional Right TO DO " A(PROTECTED Conduct ) Filing A § 1983 Claim or Grievance IS ALSO A PROTECTED Conduct UNDER USCA First Amendment, ZIEGENFUSS ALSO HAS A ( PROTECTED Conduct to File Grievance ), WHEN THE Plaintiff Requested Information From Medical of company Name, & Address, THE plaintiff WAS "PLACED on REPORT" on 12-06-2022 THIS ADVERSE ACTION "OF Placing THE plaintiff on REPORT, For Simply Requesting a Company NAME, IS Directly Related to my PROTECTED Conduct First Amendment Right, AND Fourteenth Amendment Right, Eighth Amendment US Constitution my PROTECTED Conduct WAS Chilling IN "RETALIATION" For Filing Grievances Against Plaintiff

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

STOP RETALIATING AGAINST ME FOR EXERCISING my Constitutional PROTECTED Right" or Stop this Campaign of Harassment" AGAINST this plaintiff ) ZIEGENFUSS me For Exercising His protected Conduct in its Violating my Constitutional Rights to adequate Medical care, DUE process of law, Equal protection, under due law, RIGHTS UNDER Color of law.

| INMATE'S SIGNATURE  136479 | DATE *(mm/dd/yyyy)* 12/13/2022 | GRIEVANCE COORDINATOR'S | DATE *(mm/dd/yyyy)* |
|---|---|---|---|

| Action taken by | | Documentation of Resolution or Attempts at Resolution. |
|---|---|---|
| | | |
| | | |
| | | |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|

**DISTRIBUTION:  INITIAL:** White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
**FINAL:** White – Inmate; Canary – Grievance File

802-1
12/12/13

136479 A.D.O.C.



### Arizona Department of Corrections
### Rehabilitation and Reentry

### Inmate Grievance

| RECEIVED BY |
| --- |
| *Gonzalez* |
| TITLE |
| *Co111* |

| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
| --- | --- |
| 8411 | 3-7-2023 |

*Note:* You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADCRR NUMBER | DATE *(mm/dd/yyyy)* |
| --- | --- | --- |
| ZWIEGENHOSS James | 136479 | 3/07/2023 |

| INSTITUTION/UNIT | CASE NUMBER |
| --- | --- |
| MMINNESA UNIT | 23-052136 |

TO: GRIEVANCE COORDINATOR

Description of Grievance *(To be completed by the Inmate)* (REGULAR ENVELOPE ARE THE SAME AS PRESTAMPED ENVELOPE!)
FOR APPROXIMATELY FOUR ("4") MONTHS THE STATE PARALEGAL (OR RATHER STATE PARALEGAL FOR A.D.O.C. MS BETTY URRAU, HAS DENIED ME MY LEGAL SUPPLY REQUEST "FOR REGULAR ENVELOPES", THAT I AM "CHARGED" .61 ¢ FOR, REGULAR ENVELOPE COME WITH A 'STAMP' A.K.A A "PRESTAMPED LEGAL ENVELOPE" ARE THE "SAME" I AM CHARGE .61 ¢ FOR MY ENVELOPE, FOR 4 MONTHS MS. BETTY URRAU (RATHER STATE PARALEGAL HAS DENIED THAT LEGAL SUPPLY "REGULAR ENVELOPE SAME AS PRESTAMPED ENVELOPES" THAT I AM CHARGED .61 ¢ FOR ALL MY INMATE REQUEST FOR ANY ENVELOPE LOCATED ON THE LEGAL SUPPLIES FORM (914-5) I AM CHARGED .61 ¢ PER ENVELOPE)

Proposed Resolution *(What Informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)* (SEE FORM 914-5)
I WOULD MY "5 PRESTAMPED, OR 5 REGULAR ENVELOPES" WITH A STAMP ON THEM TO BE REPLACE FOR THE PREVIOUS FOUR 4 MONTHS (AS REG ENVELOPE "SAME AS "PRESTAMPED ENVELOPE" THAT ARE ON THE LEGAL SUPPLIES REQUEST FORM (914-5) BUT WANT TO "STOP" DENYING ME MY REQUESTED LEGAL SUPPLIES NUMBER OF ITEMS "AS REQUESTED"

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
| --- | --- | --- | --- |
| *mr.* | 3/07/2023 | | |

| Action Taken by | Documentation of Resolution or Attempts at Resolution. |
| --- | --- |
| | |
| | |
| | |
| | |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE *(mm/dd/yyyy)* |
| --- | --- | --- |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
11/10/20

No.

ATTACHMENT - N

COMPLAINT FILED WITH

NAPH-CARE CORP.

CONCERNING;

NURSE GARNES

DATED: JANUARY 14th, 2023

DENIAL OF ADEQUATE MEDICAL

CARE.

(PAGE          )

1. "No. Complaint / Follow-up"
2. MR. JAMES NORMAN ZIEGENFUS, JR at
3. 136479 A.no.2 - "ATTORNEY OF RECORD"
4. ARIZONA STATE PRISON Complex TUCSON
5. WINCHESTER UNIT 4-B-09-UPPER
6. 10002 South Wilmot Road
7. P.O. Box 24401
8. TUCSON, ARIZONA 85734 - 4401
9.                                    "RESPONSE" TO
10. JANUARY 14th, 2023       "CORRESPONDENCE
11.                                    DATED: 1-06-2023 -
12. SEETAL TEJULA
13. CORPORATE Counsel, Litigation (INVESTIGATION) -
14. NAPH-CARE Corporation       (REQUIRED)...
15. 2090 Columbiana Road
16. Suite 4000
17. BIRMINGHAM, ALABAMA 35216
18.
19. IN RE: "COMPLAINT FILED" DECEMBER 09, 2022
20. RECEIVED BY NAPHCARE, January 04, 2023, RESPONDED
21. TO BY NAPHCARE January 06, 2023, BY Corporate
22. ATTORNEY SEETAL TEJULA...
23.
24.
25.
26.               ( PAGE   1   )
27.
28.

1    Re. Complaint / Follow-up

2    SEETAL TEJTURA

3    NAPH CARE CORPORATE ATTORNEY;

4

5    I HAVE "RECEIVED" THE "CORRESPONDENCE"

6    FROM "YOUR OFFICE" DATED: JANUARY 06, 2023

7    REPRESENTING "NAPH CARE CORPORATION"...

8

9    AS "YOUR OFFICE" MAY BE AWARE, I AM

10    MR. JAMES NORMAN ZIEGENFUSS, JR. #, A.D.O.C.

11    136479" ALSO I WILL BE THE "ATTORNEY OF

12    RECORD" in, AND DURING THIS "CAUSE OF ACTION"

13    EXERCISING MY "CONSTITUTIONALLY PROTECTED" SINCERE

14    AUTONOMY RIGHT TO "SELF-REPRESENTATION" IN

15    ACCORDANCE TO "U.S.C.A SIXTH AMENDMENT," of

16    BOTH "STATE" AND "FEDERAL CONSTITUTIONS," WITH

17    REGARD TO "NURSE GRIEVES" of "NAPHCARE"

18    CORPORATION - (KINGSTON UNIT) FAILING TO

19    "MAKE THE "NECESSARY EFFORT" TO "PROVIDE"

20    "ADEQUATE MEDICAL CARE"... AS WAS NOTED

21    in THE "ORIGINAL COMPLAINT" WITH "YOUR OFFICE"

22    - ALL LITIGATIONS, CORRESPONDENCE WILL BE

23    TAKEN BY ME, WITH REGARD TO THIS CAUSE OF

24    ACTION, SINCE "I AM THE "ATTORNEY OF RECORD".

25

26              ( PAGE 2 )

27

28

1   No Complaint / Follow-up.

2   FOR "YOUR OFFICE'S INFORMATION, I HAVE

3   AL-READY CONTACTED THE "DEPARTMENT OF

4   JUSTICE" - CIVIL DIVISION" IN -WASHINGTON D.C.

5   WITH REGARD TO "NARCOTIC SUPERVISOR'S

6   "NURSE GARCIES" ACTION," OR IN ACTION OR

7   IN "ACQUIESCENCE," FAILING TO MAKE THE

8   NECESSARY EFFORT" TO PROVIDE ADEQUATE MEDICAL

9   CARE" FOR A SERIOUS MEDICAL NEED OF UPDATING

10  PRESCRIPTIONS, PROVIDING ATHLETE-FOOT CREAM, AND

11  SCHEDULING A DOCTORS VISIT FOR A PRESCRIPTIONS OF

12  ANTIBIOTICS FOR AN "INFECTION," OR FAILS "TO

13  MAKE THE -NECESSARY EFFORT "OF -ASSESSMENT"

14  OF THIS "PLAINTIFF", TO PREPARE FOR A DOCTORS

15  EXAMINATION" TO OBTAIN  ADEQUATE MEDICAL CARE

16  AND "TREATMENT" FOR AN "INFECTION," THROUGH

17  -NURSE GARCIES' DELIBERATE INDIFFERENCE," OF

18  FAILING TO MAKE THE -NECESSARY EFFORT" TO

19  PROVIDE" ADEQUATE MEDICAL CARE, CAUSED

20  FURTHER INJURY" AND "ILLNESS" OF THIS

21  "PETITIONER OR THE" UNNECESSARY AND

22  WANTON INFLICTION OF PAIN" TO A SERIOUS

23  MEDICAL NEED ". IN VIOLATION OF U.S.C.A. EIGHTH

24  AMENDMENT," PETITIONERS CONSTITUTIONALLY PROTECTED

25  SECURED U.S.C.A. EIGHTH AMENDMENT TO "ADEQUATE

26           ,        ( PAGE 3        )

27

28

1  New Complaint / Follow-up
2  medical care...
3

4  It is a "well known" "that" the "prison," or
5  medical contractor" for the prison "must"
6  provide "me" with medical care, if the
7  need should arise, it is also "well-settled
8  law" prison officials," and "medical staff"
9  including "nurse Gonzales" of Naphcare Corp.
10 may "not act with" deliberate indifference to
11 a serious medical need", by "failing" to
12 even "make" the "necessary effort" to
13 provide "adequate medical care", as your
14 office is "aware" the "Supreme Court"
15 explained this "because" an "inmate" "must"
16 rely on "prison" authorities to "treat" his
17 medical needs; if the "authorities" "fail" to do so,
18 those needs will "not "be met', see. Estelle v.
19 Gamble, 429 U.S. 97, 103 (1976)." In the
20 present case, "nurse Gonzales" of "Naphcare
21 Corporation" failed to make the "necessary"
22 effort "to provide "adequate medical care,
23 for a serious medical need," of an "intensity,"
24 that is so obvious that even a "lay person" would
25 easily recognize the necessity for a doctor's attention"
26 _____(page 4_____)
27
28

1   No. Complaint / Follow-up —
2   AND AS A "DIRECT RESULT 'CAUSED, "FURTHER
3   SIGNIFICANT INJURY, AND THE "UNNECESSARY AND
4   WANTON INFLICTION OF PAIN," WHICH A
5   REASONABLE DOCTOR OR PATIENT Would CONSIDER
6   THE NEED —LIKELY OF COMMENT OR TREATMENT,
7   WHICH IT WAS OBVIOUS THE CONDITION SIGNIFICANTLY
8   AFFECTED' DAILY ACTIVITIES, AND THE PATIENT WAS
9   ALL-READY HAVING SERIOUS PAIN "CHRONIC PAIN"...
10
11  1). "NURSE GARVIES WAS AWARE' OF THE
12  INFECTION, AND THE NEED FOR EXAMINATION, "TO
13  PREPARE FOR A "DENTAL VISIT," ALSO THE NEED
14  FOR "BACK PAIN CREAM" SINCE THE PATIENT
15  WAS AND IS "ALL-READY ON "CHRONIC CARE", FOR A
16  SERIOUS NERVE INJURY," AND "HEART MEDICATION;
17  ALSO THIS PATIENT WAS ALL-READY ON
18  PRESCRIBED "ABSORBINE CREAM" FOR A "SKIN
19  CONDITION", THIS PATIENT WAS 'ALL-READY'
20  ON "CHRONIC CARE"... ON "RECORD"... "NURSE
21  GARVIES" OF DAPLY CARE CORPORATION WAS ALSO
22  INFORMED —"PRIOR" TO THE NURSE LINE
23  VISIT THROUGH "JAY-PAY" HEALTH NEEDS REQUEST.
24  FORMS ON "SECURUS TECHNOLOGIES "TABLET" ON
25  RECORD OF THESE —"MEDICAL NEEDS" WHICH—
26              ( PAGE 5      )
27
28

1   No. Complaint / Follow up
2   PRIOR TO THE "NURSE LINE VISIT," AND
3   STILL "NURSE BARNES," FAILED TO MAKE THE
4   NECESSARY EFFORT, TO "EXAMINE," ASSESS, OR
5   EVEN "DISCUSS ANY "MEDICAL ISSUE" ON
6   12/06/2022 DURING THE "NURSE VISIT" AT
7   MEDICAL ON WHETSTONE UNIT, TUSCON ARIZONA "
8   TO "PROVIDE" ANY ADEQUATE MEDICAL CARE"
9   — BUT INSTEAD "NURSE BARNES" DECLINED TO
10  "LECTURE" THIS "PETITIONER" IN THE USE OF THE
11  "TAY-PAY "HEALTH NEEDS FORM" PROCESS, THEN
12  "CHARGED" THIS "PETITIONER" WITH AN A.D.O.C
13  VIOLATION 203 — OBSTRUCTING STAFF. BECAUSE THE
14  PETITIONER PROVIDED "PRIOR" INFORMATION ON THE
15  "TAY-PAY HEALTH NEEDS REQUEST FORM" WHICH IS
16  COMPLETELY "OBSURD", OBVIOUSLY A "NURSE "MUST
17  BE — AWARE, OF WHAT THE VISIT IS FOR. TO
18  EVEN "PREPARE "FOR A "NURSE LINE VISIT..."
19  — AT THAT TIME "THIS PETITIONER STATED HE
20  WOULD "FILE A "GRIEVANCE," OR WOULD SEE "HER"
21  ON "PAPER," SHE WAS "NOT DISRESPECTED OR
22  THREATENED IN ANY WAY "SHAPE OR "FORM";—
23  — BOTTOMLINE "PRIOR "TO "HER" THREATENING
24  ME" WITH A A.D.O.C. VIOLATION" SHE FAILED
25  TO MAKE THE "NECESSARY EFFORT "TO PROVIDE
26          (PAGE 6          )
27
28

1    No Complaint / Follow-up-

2    ADEQUATE MEDICAL CARE, NEVER "DISCUSSED"

3    ANY "MEDICAL NEED ISSUE" I WAS THERE TO

4    SEE HER ABOUT," THEN - NURSE GOWLES "

5    BECAME "SNOOTY" TOWARD ME, THE

6    PETITIONER" AND STATED: "MAKE SURE YOU

7    SPELL MY "NAME" CORRECTLY" : (FOCUSING ON THE

8    GRIEVANCE) THE - PATIENT" THEN STATED" "IS

9    THAT "G-A-R-N-E-S", SHE -REPLIED: "YES" &

10   - YET, NURSE GOWLES" FAILED TO MAKE THE

11   NECESSARY EFFORT TO "PROVIDE" ADEQUATE MEDICAL

12   CARE - PERIOD"... NEVER ATTEMPTED TO

13   RESPOND TO ANY "MEDICAL NEED - WHATSOEVER"

14   ON 12/06/2022 "PERIOD", BUT INSTEAD - GAVE"

15   THIS PETITIONER "MAJOR ATTITUDE" ISSUES"...

16   A "COMPLETE MISUSE OF HER LEGAL AUTHORITY",

17   "OUTSIDE" THE - BOUNDS" OF HER POSITION"...

18   VERY "UNPROFESSIONAL," - THE "SUN" DOES "NOT"

19   RISE AND "SET" IN THIS "WORLD" BASED UPON

20   "NURSE GOWLES" IN A.D.O.C; BUT THAT IS MY

21   OPINION"... "SHE IS A "NAPHCARE Employee/ OR

22   CONTRACTOR "MEDICAL STAFF) NOT AN "A.D.O.C"

23   EMPLOYEE, OR CONTRACTOR ( NOT SECURITY, BUT

24   MEDICAL STAFF) (ONLY)... (NOT SECURITY) ←

25

26                  ( PAGE 7        )

27

28

1   the Complaint/ Follow-up

2   "NURSE GOTHES" ATTITUDE IS SUCH THAT

3   SOMEONE "DIED" AND ACTUALLY "LEFT HER AS "GOD"..

4   THAT THE "ILLUSIONARY VISION" "NURSE GOTHES" MAY-

5   HAVE", BECAUSE THAT THE "RUDE AND ABUSIVE

6   DEMEANOR I RECEIVED"... A complete "ABUSE OF

7   THE "conrupt of power".. "MISUSE OF AUTHORITY"

8   -"IT MAY BE TIME FOR "NURSE GOTHES" TO

9   "RETIRE" THIS ISN'T "DALLAS", AND "SHE IS

10  "NOT "J.R." "EWING" THE WORLD DOES "NOT"

11  REVOLVE AROUND THE "ALMIGHTY NURSE GOTHES"..-

12  THE "PATIENTS NEEDS SHOULD Come "FIRST",

13  ESPECIALLY IN "ARIZONA, THIS IS "NOT "TEXAS".. AND

14  "NURSE GOTHES" IS NOT THE "ALMIGHTY BOSS".

15  OF "NURSING STAFF".. "SHE IS Supposed TO

16  "ASSIST "IN "MEDICAL NEEDS, -NOT "PREVENT"

17  ADEQUATE MEDICAL CARE".. "FROM TAKING PLACE".

18  IN ANY CASE, "NURSE GOTHES IS NOT

19  "SECURITY STAFF" BUT "MEDICAL STAFF", MAYBE

20  "HER "POSITION HAS GONE TO "HER HEAD" SO TO

21  SPEAK".. AND IF "SHE IS "SO "good" WHY

22  DOESN'T SHE "WORK" FOR A "HOSPITAL" ?".. "?"

23  INSTEAD OF A "STATE PRISON".. IN ANY

24  CASE; SHE HAS EXTREMELY RUDE TO ME" AND

25  I AM THE "PATIENT"... WITHOUT "PATIENTS" THEN —

26  ( PAGE 8 )

27

28

1                 No. Complaint / Follow-up

2 "Company Does not Have a "Culture" See my

3 Point. "Inmates" are "People" Too ... Also

4 No - WE DON'T "Pick Cotton" Anymore ... At least

5 NOT "Here in "Arizona" maybe they do in

6 "Texas." But not "Arizona" ... A little "Respect"

7 goes a long WAY, Especially when their your

8 "PATIENTS," making Your Company "MONEY" ... &

9 maybe "NURSE Barnes" SHOULD Find Some

10 "R-E-S-P-E-C-T" For inmate as "Patients" ..

11 - Because; - Apparently I am - "Not" The

12 ONLY "inmate She Has Done this Too" ... =

13 other "inmates" Have "PRESENTED" Similar

14 Experience To me and How they were

15 Treated By - Nurse Barnes" - "ARGUMENTATIVE"

16 with "Other inmates as well," this is "Not"

17 An - "Isolated incident" ... These are the

18 "FACTS" ... "NURSE Barnes" is "Disrespectful"

19 To - inmates Like their "Slaves" or

20 Something, this is "Not the "1800's" - But the

21 21st Century." I Have "Civil" and

22 Legal Rights" - Prisoner's Rights," and

23 one "of those "Rights," Adequate Medical

24 CARE" ... SEE Shawn Jensen V. David Shinn,

25 ET AL. (CV-12-00601-PHX-ROS) &c ...

26                 ( page 9       )

27

28

1  116. Complaint / Follow-up
2  ON 12/05/2022, THIS PETITIONER WAS IN
3  MEDICAL WAITING ROOM FOR ATLEAST "ONE HOUR" -
4  "AWAITING MEDICAL CARE"- "WAITING", THE
5  ENTIRE ROOM "MAY HAVE - ONLY 3 PEOPLE"..-
6  IN THE "ENTIRE WAITING ROOM"-. THAT COULD
7  POSSIBLY HOLD ATLEAST 15-20 PEOPLE", ON
8  12/06/2022, THIS INMATE WAS "FORCED" TO
9  "CHOOSE," TO "CONTINUE "TO "WAIT" ON NURSE
10 GATHER," OR "ATTEND "THE -"LAW LIBRARY" ←
11 TO ADDRESS MY OWN "LEGAL ISSUES",.
12 - THE "LAW LIBRARY IS ONLY "OPEN 2 DAYS"
13 A "WEEK" THE "SAME HOUR AS "MEDICAL", ←
14 DURING THE "SAME TIME FRAME".. THIS
15 PETITIONER HAS "FILING DEADLINES "TO MEET,
16 AND COULD NOT"- "CONTINUE TO "WAIT"
17 AT "MEDICAL" ON 12/05/2022," THIS INMATE
18 THEN- "RESCHEDULED" FOR -12/06/2022"..
19 AFTER -"ONE FULL HOUR OF WAITING ON
20 "NURSE GATHER," ONE DAY- "PRIOR" FOR
21 THE -"VERY SAME - MEDICAL ISSUES"... THAT
22 NURSE GATHER OF "HAPHCARE CORP. "FAILED"
23 TO MAKE THE -"NECESSARY EFFORT" TO
24 PROVIDE "ADEQUATE MEDICAL CARE" ON THE
25 12/06/2022...- THERE "ONLY -3 PEOPLE IN THE
26                    ( PAGE 10 )
27
28

1  No. Complaint / Follow-up —
2  Waiting Room on - 12/05/2022 .. AND
3  NURSE GARRET DID "NOT" CALL ME FOR
4  ANY "ASSESSMENT", on 12/05/2022 .. In
5  AM "ENTIRE HOUR" .. of "Waiting" ROOM
6  ONLY 3 People Waiting TO BE "Seen" ..
7  — THE "ENTIRE WAITING Room WAS
8  BASICALLY — EMPTY" .. "VACANT", .. SO THERE
9  DEFINATELY WAS —NOT A Large "Work —
10  Load" — ONLY 3 PEOPLE .. AND SHE
11  TOOK —ONLY 2 PEOPLE, BEFORE —ME — WHO
12  SHE —NEVER —ASSESSED "for "mediEd CARE"
13  ON  12/05/2022, .. THE —CAMERA Film
14  Footage" ON —12/05/2022; AND —12/06/2022
15  in "possession of A.D.O.C. CAN PROVE"
16  my "Claim" of What —actually Took place".
17  Disclosure/ Discovery — Civil Action
18  (42 U.S.C.A. § 1983) process .. in my
19  opinion THERE WAS "NO-REAL VALID"
20  Reason WHY — "NURSE GARRET" DID —NOT
21  ASSESS my medical need on — 12/05/2021
22  in AN —ENTIRE Hour" of Waiting" in Almost
23  EMPTY —Waiting Room" .. on —12/05/2022", AND
24  SHE — FAILED TO MAKE THE "NECESSARY EFFORT TO
25  Provide ADEQUATE medical CARE on 12/05/2022.
26  ( PAGE 11 )
27
28

1. Mr. Coughing / Follow-up
2. "Wilhelmsville Nursing Staff" has people leaving
3. inmates Waiting for "Sometime Hours," E
4. before they are "Seen." "Sometimes"
5. inmates are Waiting to be Seen Without
6. any "Nurse" Even or "Site," or "medical"
7. "Staff member," ... Sometimes it takes
8. 3-6 Hours To Even Be "Seen" By a
9. "Nurse" Completely "Unacceptable." "Speaking for
10. myself Have Spent "Five Hours" Waiting
11. To See a "Nurse" before" at Wilhelmsville
12. Unit in Tucson" "Five Hours" of Waiting and
13. Thats a "Fact" Because I was in need
14. of "medical care" "Five Hours"... That is
15. Completely "Unacceptable" and "Obsurd"...
16. being "ill" ... "Fact" ... Then We as inmates
17. Do Not Get our "medical needs met", Some
18. other "Appointment" To "See" Someone Else"
19. To Want "Some - more" ... it's a Constant
20. Wait To Finally Have Any Real medical
21. attention" ... "Unrealistic," and "Unreasonable,"
22. and "Definitely - Unacceptable" ... There is No
23. "Ambulance" on "Site" If Someone Has a
24. "Heart attack" or Some "Major Issue"
25. Honestly, an Inmate Could Die in This place"
26.                   ( page 12          )
27.
28.

1   No Complaint / Follow-up
2   BEFORE "REACHING" ONE "HOSPITAL"... IT'S THAT
3   BAD" FOR "ADEQUATE MEDICAL CARE," ALSO
4   YOUR COMPANIES "NURSING STAFF" ALWAYS WANTS
5   TO "MINIMIZE", "ACTUAL MEDICAL NEEDS"
6   MINIMIZE", MINIMIZE", SUBSEQUENTLY THERE IS
7   "NO PRICE" FOR "SOMEONE'S "HEALTH CONCERNS" ←
8   SINCE WHEN DOES "COST MATTER WHEN IT
9   COMES TO "PROVIDING "ADEQUATE MEDICAL CARE"... —
10  THAT'S "OBSURD"... BUT TRUE... ←
11
12  IN THE PRESENT CASE", DOES YOUR COMPANY
13  REALIZE, BECAUSE "NURSE BARNES" FAILED TO
14  MAKE THE NECESSARY EFFORT TO MEET MY
15  MEDICAL NEEDS, IT WAS ALMOST A "MONTH"
16  AND "HALF LATER" BEFORE, " DOCTOR GULMAN "
17  PROVIDED MY "ANTIBIOTICS," FOR MY
18  "INFECTION" AT A "DIFFERENT UNIT..."
19  "NOT" WINSLOW "BUT "C.D.U.," YOUR
20  "NURSE" HAD ME "PLACED INTO "CLOSE"
21  CUSTODY "-"SEGREGATION" WHEN I HAD
22  DONE "NOTHING TO "DESERVE" ANY "WRITTEN"
23  OR "ANYTHING ELSE"... YOUR "NURSE BARNES"
24  FILED ON ME A "PATIENT"... WHO "HAS
25  NEVER HAD ANY "ISSUES" WITH ANY
26  (PAGE 13     )
27
28

1  No Complaint / Follow-up

2  MEDICAL STAFF' WITHDREW IN OVER

3  "7 YEARS" OF "PRISON" THE "Following":..

4     - "CITATIONS"

5  1. Violation 07 B - "HARASSMENT"

6  2. Violation 20 B - "OBSTRUCTING STAFF"

7  3. Violation 39 B - "THREATENING & INTIMIDATING"

8

9  WHEN THE "TRUTH OF THE MATTER IS I DID

10  "NONE OF THE "ABOVE"... I AM NOT

11  "GUILTY"...

12  NOW, THE RESULTS AS Follows;

13

14  1. Violation 07 B - HARASSMENT (DISMISSED')

15  2. Violation 20 B - OBSTRUCTING STAFF" (DISMISSED).

16  3. Violation 39 B - THREATENING & INTIMIDATING" - "PENDING"

17

18  My "FAMILY" & MYSELF ARE NOW, - REACHING

19  OUT TO - A LOCAL ATTORNEY'S... AND THE

20  "DEPARTMENT OF JUSTICE", FOR "RESOLVE"...

21  DOES YOUR Company REALIZE "I RECEIVED A

22  CITATION" FOR REQUESTING YOUR "CORRECT"

23  "ADDRESS" FROM "MEDICAL AS - "WITNESSOME UNIT"

24  THAT A "FACT"... WHICH IS ALSO "UNACCEPTABLE"...

25

26           ( PAGE 14        )

27

28

1      W/o Complaint / Follow-up —

2      Your "Nurse" Corizon" Has Caused "ME"

3      So much "Grief" it is "unfathomable"

4      Because, She is "Guilty" of Failing to

5      Make The "Necessary Effort" to provide

6      Adequate Medical Care" or Trying to "Make

7      "ME" Look As if I was THE "problem"

8      When "This" Simply "Not-True"... When

9      I Have Done "None of These

10     "Alleged Allegations" And The "Camera" ←

11     Film Will "prove" on "12/05/2022", And

12     12/06/2022 inside of "Medical As

13     Intensive Unit" or "Tucson"... Which Can

14     Be "Observed" Via "A.D.O.C." Security Film" will

15     "prove" I Did "Nothing to This "Nurse", to

16     Deserve Any "Reprimand" "Whatsoever"...,

17     Meanwhile I Have Been "Extremely"

18     "punished" for "Exercising my Constitutionally

19     Present" Secured Attorney Right to "Self —

20     Representation," Constitutionally prepared Secured

21     Right to Adequate Medical Care; Due process of

22     Law, Equal protection under the Law,

23     Illinive under Color of Law"... ("protected

24     Conduct") ← ...

25       "Constitutionally Secured Protected Conduct" —

26        ( page 15 )

27

28

1 <u>No Complaints / Follow-ups -</u>

2 I will STATE this - "DIRECTLY," Your

3 Companies - NURSE GARLICK "- Violated "my"

4 Constitutionally PROTECTED Secured Autonomy

5 Right to "SELF REPRESENTATION, Right to

6 ADEQUATE medical CARE, DUE process of LAW,

7 Equal PROTECTION under THE LAW, While

8 UNDER Color of LAW, 18 U.S.C. § 241; 18 U.S.C. §

9 242); AND - 18 U.S.C. § 245"... A "FEDERAL CLAIM"

10 - THE "DEPARTMENT OF JUSTICE" IS NOTIFIED,"

11 AND - "DENIAL OF RIGHTS under Color of LAW,

12 Has - BEEN "SERVED" TO - "NURSE GARLICK", for

13 Failing TO MAKE THE - NECESSARY EFFORT

14 TO PROVIDE ADEQUATE medical CARE"...

15 A CLEAR U.S.C.A. EIGHTH AMENDMENT - "Violation"

16 - NURSE GARLICK - "FABRICATED, ALLEGATIONS

17 AGAINST "ME" THAT ARE Simply - NOT "TRUE"

18 OR "TRUE", I NEVER - THREATENED NOR

19 INTIMIDATED "Your - Nursing STAFF" OR

20 - "NURSE GARLICK"; - "FAKE - ALLEGATIONS"; THAT

21 CAN BE PROVEN IN A "COURT OF LAW"...

22 - SHE Violated my "PROTECTED CONDUCT"...

23 AND HAS ME PUNISHED WHEN I

24 Committed "No-LEGAL OFFENSE" OR - "ACT"

25 THAT Would HAVE CAUSED ANY DEPENDABLE TO

26          ( PAGE 26           )

27

28

1
2  No Complaint / Follow-up.
3  TO "THE "Legal Rights"... YOUR "NURSE's GARNES
4  "ACTIONS" OR "INACTIONS" HAVE "COST ME
5  MY "LEVEL OF CUSTODY," "RAISED MY CUSTODY
6  LEVEL SCORE," COST ME MY PAROLE LEVEL,"
7  DISTURBED MY "FAMILY," "DISRUPTED MY
8  OTHER LEGAL ACTIONS" IN THE "FEDERAL COURTS"
9  CAUSED ME "HARM,---" UNNECESSARY AND
10  WANTON "-INFLICTION OF PAIN" FOR A SERIOUS
11  MEDICAL NEED", BASED UPON HER DELIBERATE
12  INDIFFERENCE" OF FAILING TO MAKE THE
13  NECESSARY EFFORT TO PROVIDE "ADEQUATE"
14  MEDICAL CARE" FOR A "SERIOUS MEDICAL NEED"...
15  BASED UPON "FABRICATIONS"...- OF ALLEGATIONS
16  MADE BY "NURSE GARNER" THAT ARE NOT
17  "TRUE" NOR "PROVEN FACT" IN A "COURT OF
18  -LAW"... THE "FACTS" SUPPORT "MY"
19  "LEGAL POSITION", THAT MY "CONSTITUTIONALLY"
20  "PROTECTED CONDUCT" WAS IN DEED "
21  "VIOLATED"- BEGUN "MISDUE" BY "NURSE"
22  "GARNES "OF "HEALTHCARE OPERATIONS"- FAILING
23  TO "TRAIN "-NURSING STAFF" BY
24  "HEALTHCARE OPERATIONS"... I AM "ABLE"
25  TO "PASS" A "LIE" DETECTOR TEST," ALSO SHE
26  MAY BE "NOT PASS A "LIE DETECTOR TEST"...
27  (PAGE 17)
28

No. Complaint / Follow-up —

"CREDIBILITY" is "IN ISSUE," concerning how Companies "NURSE GATHERS", AND HER competency may be "QUESTIONABLE" to carefully perform the "DUTIES" AS A "NURSE," OR ANY "supervising position", OR ANY Medical FIELD. — NURSE GATHERS may NEED A "psychiatric EVALUATION", or "Examination" to determine HER "competency" to "carefully perform" HER "DUTIES AS A "NURSE", which "RAISES" THE "QUESTION" "Has You "Company" ANY "psychiatric Examination" of your NURSING STAFF "prior" to "Employment"? — to determine "competency" of "NURSING STAFF"? — prior TO "Hire"? — OR ANY "psychiatric" "Evaluation "TO DETERMINE Competency" OF A "NURSE" prior TO "HIRE"? — THEN IF there THESE ARE "BACKGROUND CHECKS" OR prior "Employment "History", "Qualifications, AND Current Employee History, which I AM "Now" REFERRING TO BE produced IN Accordance TO F.R.C.P. 26-37. — For 42 U.S.C. § 1983, purposes ("disclosure/Discovery") — "LEGAL ACTION" "NOT" "HARASSMENT" — LEGAL ACTION".

(PAGE 18)

1  No Complaint / Follow up
2  OF "NURSE GOLUES" ... "Employee History"
3  WITH "DUPLICATE COPY" FROM THE TIME OF
4  "HIRE," OR "SIGNING OF A CONTRACT," AND
5  "QUALIFICATIONS" - PURPOSES ? ... CRIMINAL
6  BACKGROUND CHECK OF "NURSE GOLUES," PRIOR
7  TO HIRE" AND "PRESENT DAY"... - THERE
8  "MUST" BE - SOME "REASON WHY" SHE
9  DOESN'T "WORK FOR A "HOSPITAL"
10  INSTEAD OF A "STATE PRISON" OR "MAPHCARE
11  "CORPORATION" "CREDIBILITY IS IN ISSUE" ...
12  "COMPETENCY IS IN ISSUE," IS HER "NURSING"
13  - "LICENSE CURRENT AND "UP-TO-DATE" ? ? ? "
14  AS OF - "8/06/2021" OR EVEN "PRESENT DAY"
15  "THESE ARE - "BASIC" "QUESTIONS" - ANY JURY
16  WILL "ASK" OF "NURSE GOLUES," AND
17  "MYSELF" ... I AM ALSO REQUESTING
18  ALL "TRAINING RECORDS" OF "NURSE
19  GOLUES" OF "MAPHCARE CORPORATION"
20  F.R.C.P. 26-37 " ... TO PROVE ANY
21  TRAINING "MAPHCARE" HAS "PROVIDED
22  THEIR "NURSING STAFF" AND "NURSE GOLUES"
23  UPON MY "REQUEST" ... SEE BRADY V.
24  MARYLAND, (BRADY MATERIALS). ("DISCLOSURE")
25
26  ( PAGE 19 ) "F.R.C.P. 26-37 "
27
28

1  No Compliance / Follow up
2  For the Record " and " Into Corporate Records"
3
4  I Am - "Mr. James Norman Ziegenfuss, Jr. III
5  136479 A.n.o.R. "Attorney of Record" in this
6  Cause of Action, Exercising "my" Constitutionally
7  Protected "Sacred" Autonomy Right to Self-
8  Representation," Due Process of Law, Equal
9  Protection Under the Law, Immune Crime
10  Act of Law "n." U.S.C.A. "Sixth Amendment, and
11  U.S.C.A. Fourteenth Amendment", For "Violating"
12  "my" Constitutionally "Protected" "Autonomy"
13  my Current Mailing Address is as Follows;
14
15  : Mr. James Norman Ziegenfuss, Jr. III
16  136479 A.n.o.R. - "Attorney of Record"
17  Arizona State Prison Complex Tucson
18  Winchester Unit   4-B-09-Upper
19  11002 South Wilmot Road
20  P.O. Box 24401
21  Tucson, Arizona 85734
22
23
24
25
26          ( page 20 )
27
28

1   No. Complaint / Follow-up —
2   "HEALTH CARE" SEEMS TO HAVE A
3   "SYSTEMATIC FAILURE," IN "PROVIDING"
4   ADEQUATE MEDICAL CARE FOR ARIZONA
5   STATE PRISONS", AND — TRAINING THEIR "NURSING
6   STAFF MEMBERS" ... THE SCREENING POLICIES, OR
7   STAFFING FOR PRISONER'S SEEKING ADEQUATE
8   MEDICAL CARE OF IT'S — "NURSING STAFF MEMBERS" ...
9        "SYSTEMATIC FAILURE" ...
10
11   — IT HAS BEEN MADE "CLEAR" PRISON OFFICIALS"
12   MAY "NOT "ACT WITH "DELIBERATE INDIFFERENCE"
13   TO A "SERIOUS MEDICAL NEED." IN
14   NUMEROUS CASES" ... IT IS ALSO "CLEAR" THE
15   EIGHTH AMENDMENT PROTECTS THIS "PETITIONER,"
16   AND "PRISONER'S RIGHT TO ADEQUATE MEDICAL
17   CARE, AND IF THIS "PETITIONER "FEELS" THAT
18   MY "RIGHT TO "ADEQUATE MEDICAL CARE" WAS
19   BEEN "VIOLATED " THAT I MAY BRING CLAIMS
20   "NOT "ONLY IN FEDERAL COURT SYSTEM, BUT ALSO
21   STATE CLAIMS, UNDER THE "STATE CONSTITUTION,"
22   OR "STATE STATUES" RELATING TO MEDICAL CARE
23   OR THE "TREATMENT OF PRISONER'S," I CAN ALSO
24   BRING "HUNC-PERSONE " SUIT IN "STATE COURTS "
25
26            ( PAGE 21       )
27
28

1      *No Complaint / Follow-up-*
2    A Copy of these "Documents" may be
3    filed in "Federal," "State," "Civil," as well
4    as "Department of Justice" in - Washington D.C.
5    Along with the - "Media"... for "failing-
6    to make the "necessary effect" to
7    provide - "adequate medical care" to
8    this "plaintiff,"- "petitule"... for a "serious
9    medical need, causing further injury, and
10   unnecessary and "wanton infliction of pain."
11   - The matters "alleged" within this "Document"
12   are upon "information and Belief"... to the
13   best of "my" "knowledge"...
14          - "Verification"
15   - I have read the foregoing "Complaint,
16   "Document," and hereby "verify" that the
17   matters "alleged" therein are true, except
18   as to matters alleged on information and
19   Belief, and as to those, I believe them to be
20   true. I certify under "penalty of perjury"
21   that the foregoing is true and "correct," to
22   the best of my "knowledge and Belief"...
23
24
25
26            ( Page 22 )
27
28

No. Complaint / Follow-up

Executed at: Arizona State Prison Complex Tucson

Winchester Unit 4-B-09

10002 South Wilmot Road

P.O. Box 24401

Tucson, Arizona 85734

Dated: January 14th, 2023

Respectfully Submitted this 14th DAY OF
January, in the Year of our Lord 2023.

BY: Mr. James Morman Eckberry Jr. III

MR. James Morman Eckberry Jr. III

136479 A-nord - "Attorney of Record"

Arizona State Prison Complex Tucson

Winchester Unit 4-B-09-Upper

10002 South Wilmot Road

P.O. Box 24401

Tucson, Arizona 85734-

"U.S. Naval Veteran"

"See 'Attachments'..."

( Page 23 )

1   46.

2

3

4

5   *ATTACHMENT - O*

6

7

8

9   *COMPLAINT FILED AGAINST*

10

11      *NURSE GARVES*

12

13   *NAPH·CARE CORP.*

14

15      *WITH:*

16

17   *ARIZONA STATE BOARD OF*

18

19      *NURSING.*

20

21

22

23

24

25

26            ( *PAGE*          )

27

28

1. No. NEW Filing / Complaint
2. MR. JAMES NORMAN ZIEGENFUSS JR.
3. 136429 A.D.O.C. "ATTORNEY OF RECORD"
4. ARIZONA STATE PRISON Complex Tucson
5. WINCHESTER Unit 4-B-09-UPPER
6. 10002 South WILMOT ROAD
7. P.O. BOX 24401
8. TUCSON, ARIZONA 85734          COMPLAINT
9.
10. January 23RD, 2023          NEW
11.
12. INTAKE COUNSEL          FILING
13. ARIZONA STATE BOARD
14. OF NURSING          "INVESTIGATION"
15. 1740 WEST Adams Street          REQUIRED".
16. PHOENIX, ARIZONA 85007
17.
18. COMPLAINT FILED AGAINST
19.
20.          "NURSE GARNES"
21.
22.          OF
23.
24. NAPHCARE CORPORATION;
25.          - A.D.O.C.
26.          (PAGE 1          )
27.
28.

1   *Re: Complaint / New Filing*

2

3   Now Comes "Mr. James Norman Zientek Jr.,

4   136479 A.D.O.C., the "Attorney of Record",

5   currently located, in the Arizona State Prison

6   Complex Winchester Unit, 4-B-09-Upper,

7   10002 Santa Maria Road, P.O. Box 24401,

8   Tucson, Arizona, 85734, to file this

9   direct Complaint, against "Nurse Barnes,"

10  of "Wexford Corporation", & Arizona Department

11  of Corrections, "Winchester Unit" "Medical Staff"

12  "Nurse Barnes" for "failing to "make" the

13  "necessary effort" "to provide" "adequate"

14  medical care, for a serious medical need,

15  Causing, further and significant injury,

16  and "unnecessary "wanton" infliction of

17  pain "Suffering"...

18

19  Respectfully Submitted this 23 day of

20  January_____, in the Year of our

21  Lord 2023.

22

23  By: Mr. _____ to 136479 "A.D.O.C."

24  Mr. James Norman Zientek Jr.

25  136479 A.D.O.C. "Attorney of Record"

26  (page 2)

27

28

1. No. MED. FILING / COMPLAINT

2.

3. # "VERIFICATION"

4.

5.

6. I, MR. JAMES NORMAN ZIEBEARTH, JR. #136479,

7. A.D.O.C., "ATTORNEY OF RECORD", HAVE READ THE

8. FOREGOING Complaint, FILED AGAINST NURSE

9. "BARNES" OF UNIHEALTHCARE Corporation, "A.D.O.C."

10. "LIMESTONE UNIT" MEDICAL DIVISION," AND HEREBY

11. VERIFY THAT THE "MATTERS" ALLEGED THEREIN

12. ARE "TRUE", EXCEPT TO THOSE "MATTERS" ALLEGED

13. ON "INFORMATION" AND "BELIEF", AND AS TO THESE

14. I BELIEVE THEM TO BE "TRUE..."

15. "I CERTIFY UNDER "PENALTY OF PERJURY" THAT

16. THE FOREGOING "DOCUMENT" IS "TRUE" AND "CORRECT"

17. TO THE "BEST OF MY "KNOWLEDGE" AND "BELIEF", THE

18. STATEMENTS MADE WITHIN THIS DOCUMENT ARE

19. BASED "UPON "INFORMATION AND "BELIEF..." IN

20. ACCORDANCE TO "Civil ACTION..."

21.

22.

23.

24.

25.

26.                    ( PAGE  3          )

27.

28.

No. 11th Filing / Complaint

EXECUTED AT:

      Arizona State Prison Complex Tucson

      Winchester Unit   4-B-09-Upper

      10000 South Wilmot Road

      P.O. Box 24401 #

      Tucson, Arizona 85734

Respectfully Submitted This 23th DAY OF January _____, in the Year of Our Lord 2023.

BY: MR. _____ on _____ # 136479 #

MR. JAMES NEWTON REGENTS, Jr. III

136479 # A.D.O.C. "Attorney of Record"

Arizona State Prison Complex Tucson

Winchester Unit   4-B-09-Upper

10000 South Wilmot Road

P.O. Box 24401

Tucson, Arizona 85734

" U.S. NAVY VETERAN "

" DESERT SHIELD — DESERT STORM "

( PAGE ___ )

1. No.
2. Complainant, MR. JAMES NORMAN ZIEGENFUSS JR. #
3. 136479, "ATTORNEY OF RECORD" FILED A DIRECT Complaint
4. With "NAPHCARE Corporation" on "December 09, 2022," it
5. was Received on "January 04, 2023, BY Corporate
6. Counsel, "Seetal Tejura, of Litigation" for "NAPH-
7. CARE Corporation," Requesting "Additional"
8. "information", including "Video" or "Film" of
9. Whetstone Unit medical office" on: 12-05-2022,
10. AND "12-06-2022, Concerning "NURSE GARNES" of
11. NAPHCARE Corporation, ALSO "A.D.O.C." To Conduct
12. "Further investigation, for "NURSE GARNET" -
13. Failing to make the "NECESSARY effort" to
14. Provide Adequate medical care", for a "Serious
15. Medical need, Causing Further significant
16. injury, Also "unnecessary wanton "infliction" of
17. Pain.
18.
19. "Prison officials," or "Nursing Staff "may" "NOT"
20. Act, with "DELIBERATE indifference" To a
21. Serious Medical need." The Eighth Amendment
22. Protects "my" Right to "Adequate medical care.
23. "The Supreme Court, Explained that this is
24. Because an "inmate"-"MUST" Rely on Prison
25. Authorities to "TREAT" His medical NEEDS," if
26. (PAGE 5)
27.
28.

1.                                        No.

2. THE "AUTHORITIES" FAILS TO DO SO, THOSE NEEDS

3. WILL "NOT" BE MET." ESTELLE V. GAMBLE, 429

4. U.S. 97, 103 (1976). THE U.S.C.A. EIGHTH

5. AMENDMENT ALSO "ALLOWS" THAT IF I FEEL MY

6. CONSTITUTIONALLY PROTECTED RIGHT TO ADEQUATE

7. MEDICAL CARE HAS BEEN VIOLATED, THE

8. CONSTITUTION IS NOT THE ONLY "SOURCE" OF "MY"

9. LEGAL RIGHTS, THAT PLAINTIFF CAN BRING "CLAIMS"

10. UNDER THE "STATE" CONSTITUTION, OR "STATE" STATUTES

11. RELATING TO MEDICAL CARE, OR "TREATMENT" OF

12. PRISONERS." I CAN ALSO BRING "MEDICAL MALPRACTICE"

13. SUIT IN ONE "STATE COURTS". I MAY ALSO BRING

14. A "CLAIM" IN "FEDERAL COURTS" UNDER THE

15. FEDERAL TORT CLAIMS ACT, WHICH WILL "FOCUS"

16. EXCLUSIVELY "ON" "MY" RIGHT TO ADEQUATE "MEDICAL

17. CARE UNDER THE "U.S. CONSTITUTION"; ALSO OF COURSE

18. FILING THIS "COMPLAINT" WITH THE "ARIZONA STATE

19. BOARD OF NURSING" TO REPORT VIOLATIONS OF "MY"

20. CONSTITUTIONALLY PROTECTED CONDUCT... FOR

21. INVESTIGATION INTO "NURSING COMPETENCY"

22. TO PERFORM "NURSE GARRIES" DUTIES" AS

23. A "PROFESSIONAL NURSE".".

24.

25.

26.                         (PAGE 6)

27.

28.

No.

1. THIS PLAINTIFF, HAD A "SERIOUS MEDICAL NEED" TO SEE
2. A "PHYSICIAN" WITH REGARD TO AN "INFECTION" ON HIS
3. BODY TO OBTAIN "ANTIBIOTICS," "BACK PAIN CREAM," FOR A
4. SCIATICA NERVE PROBLEM IN HIS BACK, AND PSORIASIS
5. CREAM FOR "SKIN CARE," WHICH HAS ALL BEEN
6. PRESCRIBED, A "YEAR PRIOR" IN "WINSLOW" CORONADO
7. UNIT "MEDICAL STAFF" IN "ADOC." NURSE GARNES AT
8. "LIMESTONE UNIT MEDICAL IN "A.D.O.C." TUCSON, AZ,
9. SHOWED "DELIBERATE INDIFFERENCE" WHEN ON
10. DECEMBER 06, 2022, FAILED TO MAKE THE
11. "NECESSARY EFFORT," TO "ASSESS" THE "PATIENT," OR
12. PROVIDE ANY ADEQUATE MEDICAL CARE, OR EVEN
13. DISCUSS "ANY" OF THIS "PATIENT" MEDICAL ISSUES —
14. THAT "HE" WAS IN MEDICAL TO SPEAK TO NURSE
15. GARNES ABOUT," BECAUSE OF THIS "DELIBERATE"
16. INDIFFERENCE" CAUSED FURTHER SIGNIFICANT
17. INJURY, AND "WANTON," UNNECESSARY WANTON
18. INFLICTION OF PAIN — TO MY "BACK" PAIN" AND
19. "INFECTION" BECAME WORSE" WITHOUT ANY MEDICAL
20. ATTENTION "OR" ANTIBIOTICS FOR MY INFECTION OR
21. ANY "ANTIBIOTICS," OR EVEN SETTING ANY APPOINTMENT
22. WITH A "PHYSICIAN." THIS "PATIENT" INFORMED
23. "NURSE GARNES" THROUGH J-PAY MESSAGING FOR
24. HEALTH NEEDS REQUEST FORMS ON THE "TABLET" — PRIOR"

(PAGE 7)

1     No.

2 "PRIOR" TO ANY "MEDICAL VISIT" ON "DECEMBER 06, 2022,

3 OF THE "MEDICAL NEEDS" THAT HE NEEDED

4 PROVIDED FOR, AND "DISCUSSED" PRIOR TO ANY VISIT"

5 THE "PATIENT" SUBMITTED APPROXIMATELY "7 EMAIL

6 MESSAGES ON THE "E-PAY HEALTH NEEDS REQUEST SYSTEM,"

7 BECAUSE THERE ARE ONLY SO MANY "ALPHABETIC"

8 CHARACTERS" "ALLOWED" ON EACH MESSAGE", AND I DID

9 NOT WANT ANY "CONFUSION" ON WHAT MY MEDICAL

10 NEEDS WERE"—UPON ARRIVAL ON "DECEMBER 06, 2022",

11 — "NURSE GAINES" AT LEWISTOWE MEDICAL "—

12 PROCEEDED TO "LECTURE ME" ON THE USE OF THE

13 "HEALTH NEED REQUEST FORMS" SUBMITTED TO AVOID ANY

14 CONFUSION "THAT I HAD SUBMITTED TO HER"... I'VE

15 BEEN IN PRISON FOR OVER "7 YEARS"... I SURELY DO NOT

16 NEED TO BE "LECTURED ON HOW TO WRITE THE

17 "HEALTH NEED REQUEST SYSTEM" WHEN I "NEVER"

18 HAD ANY PROBLEM PRIOR" WITH ANY NURSING

19 STAFF ON MY "HEALTH NEED REQUEST FORMS" WHICH

20 THEY WERE SUBMITTED TO THEM"... I AM "FIFTY

21 "SEVEN YEARS OF AGE"... I DON'T NEED A LECTURE,

22 ON — HOW TO WRITE A COMMUNICATIONS FORM TO

23 MEDICAL"... WHEN I AM THERE FOR ADEQUATE

24 MEDICAL CARE"... "NOT A LECTURE"... THIS

25 "PATIENT" WAS NOT FEELING WELL"...

26     (PAGE 8)

1. Mr.
2. THEN "AFTER" A "LENGTHY LECTURE" FROM
3. "NURSE GARNES" SHE - DECIDED TO ISSUE A
4. "PEDOLOGICAL TICKET" FOR "OBSTRUCTING STAFF" WHICH
5. WAS "NOT THE CASE AT ALL" THE INFORMATION
6. WAS SUBMITTED BY "ME" TO "AVOID" ANY
7. CONFUSION" IN TO WHAT THE MEDICAL VISIT WAS
8. FOR "... THE "PATIENT" NEVER OBSTRUCTED
9. ANY "STAFF"... NOR - OTHER NURSE EVER HAD
10. ANY "PROBLEMS" WITH MY HEALTH NEEDS REQUEST
11. FORMS"... WHEN "SUBMITTED" THEY ARE INFORMATIVE
12. TO AVOID "CONFUSION"... SEEMS AS IF ONLY "NURSE
13. GARNES" HAD A PROBLEM WITH THE "HEALTH
14. NEEDS REQUEST FORM SUBMIT"... BECAUSE, ON
15. JANUARY 06, 2023 THE "ATTORNEY FOR "A.D.O.C"
16. "DISMISSED THE "OBSTRUCTING STAFF CITATION"...
17. THEREFORE, "NO ONE "WAS OBSTRUCTING "ANY"
18. "STAFF - MEMBER"... ON "DECEMBER 06, 2022"...
19. THE "PEDOLOGICAL TICKET" WAS "DISMISSED" BY
20. A.D.O.C "GENERAL COUNSEL"... JANUARY 06, 2023"...
21. IN ANY CASE, ON "DECEMBER 06, 2022" NURSE
22. GARNES "OF "MAXILINE CORPORATION" FAILED TO MAKE
23. THE "NECESSARY EFFORT" TO "ASSESS" THIS "PATIENT",
24. OR PROVIDE ANY "ADEQUATE MEDICAL CARE" FOR
25. A SERIOUS MEDICAL NEED...
26.                    (PAGE 9)
27.
28.

116.

ON DECEMBER 06, 2022 "NURSE GATHET" USED RUDE AND ABUSIVE "DEMEANOR" TOWARDS THIS "PATIENT", IT WAS "UNBELIEVABLY "EMOTIONAL" WAS THE "IMPRESSION" I RECEIVED FROM THE "VERBAL" AND "CONVERSATION", ALMOST AS IF SUE WAS "NURSE GATHET THE ALMIGHTY"... BUT WE ALL KNOW THIS ISN'T "DALLAS" AND "NURSE GOTHET" IS "NOT" "SUE ELLEN", OR "J.R. EWING"... AND OBVIOUSLY SHE'S WORKING AT A "STATE PRISON" AND "NOT" A HOSPITAL SO THAT SAYS IT ALL"... IT PROBABLY WOULD BE GOOD IDEA FOR NURSE GATHET TO "READ" THE "THIRTEENTH AMENDMENT" PASSED BY "CONGRESS JANUARY 31, 1865" RATIFIED DECEMBER 6, 1865" TO "ABOLISH "SLAVERY"... IT SEEMS TO ME SUE MAY STILL THINK THIS IS THE "1800'S"... AND WARDENS ARE "SLAVE MASTERS" MAYBE SHOULD BE OUT "PICKING COTTON" OR "SOMETHING"... OR MAYBE "PRISONERS RIGHTS" TO ARIZONA MANUAL CODE"... THE "VERBAL, VISUAL AMENDMENT"... PROBABLY WOULDN'T HURT TO PICK UP A BOOK OR BETTER YET THE "U.S. CONSTITUTION" FOR HER TO READ SUE MAY LEARN "SOMETHING"... THAT WHAT A "BRAIN IS FOR"... YES INDEED THIS IS "ARIZONA" "NOT" "TEXAS"... STONE AGES ARE "GONE"...

(PAGE 10  )

1   116
2   - IT WOULD BE MY GUESS - "NURSE RATCHED" IS
3   A LEGEND IN HER OWN MIND"... BY THE USE
4   OF HER TONE OF VOICE" I GUESS SUE THINKS
5   SUE'S HAVE GIFT TO NURSING"... OR SOMETHING "?"
6   I DON'T THINK THE WORLD "REVOLVES AROUND
7   "NURSE RATCHED "DOES IT?" MAYBE WE
8   SHOULD BUILD A "FENCE" AROUND "TEXAS," AND
9   "BUS" ALL THE "REPUBLICANS "TO TEXAS," WE ONLY
10  NEED TO "BUS" - 70 MILLION OF THEM, AND THEY
11  CAN ALL SIT IN "TEXAS" TO ELECT "DONALD TRUMP"
12  TO MAKE AMERICA GREAT AGAIN," THEN THE REST OF
13  THE "UNITED STATES" CAN FINALLY HAVE SOME PEACE"
14  "DONALD TRUMP "PRESIDENT OF "TEXAS" ONLY"...
15  THE REST OF THE "UNITED STATES' - SHOULD GIVE
16  TEXAS TO THE "REPUBLICANS" TRY TO GET "RID" OF
17  THEM IN THE "REST OF THE "UNITED "STATES" THEN
18  THEY CAN ALL "ARGUE WITH "EACH OTHER"...
19  WITH A "PRESIDENT LIKE" DONALD TRUMP" WHO
20  NEEDS ENEMIES"... I GUESS THE - SAME COULD BE
21  SAID ABOUT - "NURSE RATCHED"... WITH A - "NURSE"
22  LIKE "NURSE RATCHED" WHO NEEDS ENEMIES" MAYBE
23  SUE SHOULD HAVE STAYED IN "TEXAS"... YOU
24  KNOW - "TEXAS" THINKS IT'S OWN "COUNTRY ANYWAY"...
25  IN ANY CASE" I'M FROM "PENNSYLVANIA"
26          (PAGE 11)
27
28

No...

ALSO "WE" ACTUALLY SUPPORT THE "U.S. CONSTITUTION"...
"TEXAS" LOST THE "CIVIL-WAR" IF I REMEMBER
CORRECTLY"..."DECEMBER 06, 1865" "ABOLISHED SLAVERY"
-"IN ANY CASE", -"NURSE BARKER" SEEMS TO DISPLAY
AN "ABUSE OF EXERCISE OF POWER" WITH RUDE,
ABUSIVE DEMEANOR TOWARDS INMATES INCLUDING
"ME"... THIS IS "NOT" AN "ISOLATED INCIDENT"
OCCURRING -"NURSE BARKER" OTHER "INMATES" BESIDES
FEEL THE "SOMETHING"... ABOUT "NURSE BARKER" SHE
FAILS TO REALIZE" WE ARE PEOPLE AS WELL"... NOT
-"SUB HUMANS"... SHE SHOULD "PRACTICE" GIVING "SOME
R-E-SPECT TO INMATES" NOT ALL INMATES ARE
"IGNORANT"... I HAPPEN TO BE A COLLEGE
GRADUATE - "PENN STATE UNIVERSITY" MY FAMILIES
HOME WAS -ASSESSED AT $450,000.00, WE ALSO OWN
THREE BUSINESSES IN AND OUT OF THE STATE OF
ARIZONA FOR -OVER "20 YEARS"... BUT ALSO OWN
INCOME PROPERTIES"... I-AM "FIFTY SEVEN YEARS OF
"AGE"... AND "DEBT FREE" IN THE REAL WORLD
OUTSIDE OF PRISON" FAR"... FAR FROM -IGNORANT"
OR-"UNEDUCATED"... NOW, THAT WE ARE ALL ON
THE -"SAME PAGE"..."SEE MY POINT"...SO
UNLESS "NURSE BARKER" HAS A "FEW MILLION"
"LAYING AROUND" SHE MAY WANT TO CONSIDER -
(PAGE 12)

1

2 PROVIDING "ME" "ADEQUATE MEDICAL CARE" AND

3 SAME "RESPECT" AS A "PERSON"... DON'T JUDGE

4 A "BOOK" BY ITS "COVER"... SUBSEQUENTLY, PRIOR TO

5 DECEMBER 06, 2022 "I HAD NO IDEA WHO

6 "NURSE BARNES" WAS" OR IF SHE EVEN "EXISTED"...

7 I NEVER SAW THIS PERSON BEFORE IN MY "LIFE"...

8 ALL I KNOW IS SHE HAS CAUSED ME ALOT OF

9 "GRIEF" OVER "ONE" SINGLE MEDICAL VISIT... DOES

10 THIS "BOOK" ACTUALLY REQUIRE "NURSE BARNES"

11 STOOD IN FRONT OF ME" STATING TO "CONSENT"-

12 "CONSENT"... "CONSENT TO WHAT?" WAS MY

13 ANSWER"... AS IF I "COMMITTED SOME CRIME OR

14 SOMETHING"?" UNREAL BUT "TRUE"... ORDERING ME

15 TO "CONSENT" "FREE"... WHEN I DID" PLANNING

16 "ILLEGAL OR "WRONG" I GUESS SHE DOESN'T

17 REALIZE I AM "LEGALLY TRAINED" I STUDIED

18 LAW IN "COLLEGE"... I AM ACTUALLY BEING "NICE"

19 RIGHT NOW"... IF I REALLY WANTED TO

20 THIS COULD BE "LEGALLY MESSY "NURSE"...

21 MAYBE ORDER A "PSYCHIATRIC EVALUATION FOR

22 "NURSE BARNES"... FOR "COMPETENCY"... NOW

23 LETS GET DOWN TO MORE "FACTS"...

24 "NURSE BARNES" WAS SO "RUDE TO "ME", AFTER

25 I TOLD HER I WAS "GOING TO FILE" GRIEVANCE"

26                    (PAGE 3)

27

28

1   No

2   SHE "STATED" TO "ME" MAKE SURE YOU "SPELL" MY

3   "NAME RIGHT", I THEN STATED "IS THAT

4   "CARNES", SHE-REPLIED "YES".. REAL-"SHORT".-

5   SO BASICALLY SHE-PROVIDED "HER OWN

6   "GRIEVANCE TO BE-"FILED" BY HER OWN "ACTION".. OF

7   IN THIS CASE "IGNORANT" OF FAILING TO MAKE THE

8   "NECESSARY EFFORT" TO PROVIDE ADEQUATE MENTAL

9   CARE FOR "SERIOUS MENTAL NEED" CAUSING FURTHER

10  SIGNIFICANT INJURY, AND "UNNECESSARY-WANTON"-

11  INFLICTION OF PAIN & SUFFERING TO THIS-"PATIENT"-

12  - THIS IS A CLEAR MISUSE OF HER "LEGAL AUTHORITY"

13  AND A "CLEAR VIOLATION OF MY "CONSTITUTIONALLY

14  PROTECTED COUNTS".-"ADEQUATE MEDICAL CARE",

15  WHICH MAY "LEAD TO A-"SYSTEMATIC FAILURE OF

16  NEGLIGENCE TO MAKE THE NECESSARY EFFORT TO

17  PROVIDE ADEQUATE MEDICAL CARE"..OR FAILURE

18  TO-"TRAIN"-NURSING STAFF MEMBERS".-

19  SEE: SHALINA-JENSEN V. DAVID SHINN ET.AL,

20  CV-12-00601-PHX (ROS), THAT WAS RECENTLY

21  DENIED FOR "INJUNCTIVE RELIEF" FOR "ADEQUATE

22  "MEDICAL CARE"..-(SYSTEMATIC-FAILURE) -

23  - ON - "DECEMBER 05, 2022" THE "DAY BEFORE"

24  THE ACTUAL NURSE LINE VISIT ON "12-06-2022"

25  THIS "PATIENT" WAITED A MONTH / WEEK TO BE

26                    (PAGE 14)

27

28

No.

SEEN BY "NURSING STAFF" ON "12-05-2022" WHEN THERE
WAS ONLY "THREE PEOPLE" IN THE ENTIRE "WAITING"
ROOM AT "KINGSTON UNIT MEDICAL." THIS PATIENT
NEEDED TO "BASICALLY RECEIVE" AID TO THE "WAIT"
ON "12-05-2022" ... I "TURNOUT" "NURSE GATHES"
WAS ALSO ON "DUTY" ON "12-05-2022" —
GENNY "NEVER CALLED THIS "PATIENT" IN OVER
"1 HOUR" OF WAITING WITH ONLY "2 PEOPLE" IN
FRONT OF ME" ... "NURSE GATHES" EVEN
ADMITTED TO ME ON "12-06-2022" SHE WAS
THE "NURSE" WHO DID NOT CALL ME ON
12-05-2022" ... FOR THE SAME MEDICAL NEEDS
THAT WERE SUPPOSED TO BE ADDRESSED ON
"12-06-2022" AND "12-05-2022" ... AGAIN THIS
PATIENT NEVER SAW NURSE GATHES "PRIOR"
TO "12-06-2022" ... AND HAD "NO IDEA" WHO
SHE WAS OR "IF" SHE EVEN "EXISTED" ON
"PLANET EARTH" SEE MY "POINT" ... I DIDN'T
KNOW THIS "NURSE" FROM "ADAM" ... I WAS
SIMPLY ATTEMPTING TO "TAKE CARE" OF "MEDICAL ISSUES"
THATS IT, THAT SIMPLE" ITS NOT "ROCKET SCIENCE".
MORE LIKE "COMMON SENSE" — SOMEONE NEEDS
MEDICAL ATTENTION "OBVIOUSLY" THEY SEE "MEDICAL —
STAFF "COMMON SENSE", ... NOT "ROCKET SCIENCE" ...

(PAGE 15)

110.

AGAIN THIS IS "NOT" AN "ISOLATED" INCIDENT SHE HAS
TREATED OTHER INMATES JUST AS "RUDE" AND "ABUSIVE".
"FACT" SHE DOESN'T WANT TO APPROVE "MEDICATIONS", OR
MEDICAL ITEMS" FOR INMATES, INCLUDING "ME",.
IT'S SIMPLY "EGREGIOUS & OUTRAGEOUS"... THERE CAN
BE "NO-COST" ASSESSMENT ON INMATES HEALTH
NEEDS IT SIMPLY "MUST" BE "SUPPLIED" PERIOD".
THERE IS "NO SUCH THING AS A "BUDGET FOR HEALTH-
CARE". TO PROVIDE "ADEQUATE MEDICAL CARE"...
IN THE PRESENT ONE, "DOCTOR GUZMAN".. AT
A COMPLETELY DIFFERENT PRISON UNIT, "C.D.U." AFTER
I WAS TRANSFERRED FROM WHETSTONE TO "CDU,"
WITH A "COMPLETELY DIFFERENT "NURSE" ESCORTED ME
TO SEE "DR. GUZMAN" WHO ISSUED 6 WEEKS
OF "ANTIBIOTICS" FOR AN "INFECTION" OVER A
"WEEK LATER" FROM "12-06-2022"... DR. GUZMAN"
ALSO "REVIEWED THE "MEDICAL RECORDS" IN THE
"PATIENTS POSSESSION" AND ON RECORDS WITH "A.D.O.C."
AND DID "ASSESS" THE "INFECTION" IN THIS
"PATIENTS" HIP AREA".. THERE WAS A
"SERIOUS MEDICAL NEED"...FACT" THAT "NURSE CARRING"
FAILED TO MAKE THE NECESSARY EFFORT" TO
ASSESS, OR PROVIDE ADEQUATE MEDICAL CARE"...
THIS CAN BE "PROVEN ON "MEDICAL RECORDS"...

(PAGE 16)

1  
2  "NURSE CAINES" HAD THIS - 57 YEAR OLD MAN  
3  PLACED INTO THE "HOLE" AT "C.B.DUE", FROM  
4  "WINSLOW UNIT" TO "C.B.DUE", ... WHO WAS  
5  LATER AGAIN TRANSFERRED TO "WINSLOW UNIT"  
6  WHERE, THIS "PATIENT" WAS AGAIN A  
7  "DIFFERENT NURSE" RECEIVED "BACK PAIN CREAM",  
8  ALSO HAD HIS PRESCRIPTION REFILLED FOR "ABSORBINE  
9  CREAM FOR SKIN CARE", ... ALSO HAD HIS  
10  "HEART MEDICATION" REFILLED IN A "PRESCRIPTION"  
11  ALL-READY EXISTING", ... THAT "NURSE CAINES"  
12  NEVER DID AT "WINSLOW UNIT", ... BECAUSE  
13  NURSE CAINES DID IN FACT FAIL TO  
14  MAKE THE "NECESSARY EFFORT" TO "ASSESS"  
15  THIS "PATIENT" AND PROVIDE ADEQUATE MEDICAL  
16  CARE", ... THESE ARE THE "FACTS" WHICH CAN  
17  BE - "PROVEN" - WITH "CRITICAL PHYSICAL MATERIAL  
18  EVIDENCE" IN - "FAVOR" OF THIS - "PATIENT", ...  
19  UNFAVORABLE TO "NURSE CAINES", - AND  
20  "HEALTHCARE CREDENTIALS", ... MEDICAL RECORDS CANNOT  
21  BE - "DISPUTED" "UNDISPUTABLE FACT", -  
22  
23  - THE "EVIDENCE" WILL SHOW" THIS - "PATIENT" DID  
24  IN FACT - HAVE A "SERIOUS MEDICAL NEED OF  
25  - "ANTIBIOTICS" - FOR AN - "INFECTION", NEED FOR -  
26  (PAGE 17 )  
27  
28

1.  no.
2.  For a "Sciatic Nerve problem" or "Bunion",
3.  and "Absorbine cream" for a "Skin Condition"
4.  along Being a Refill of "Heart Medication" that
5.  "Doctor Guzman"... of C.D.U., and Nursing
6.  State of Illinois... Unit are in fact
7.  Business Worthy of "Comment or Treatment",
8.  and that the "Conditions" Significantly Affected
9.  Daily Activities due to "Chronic" and "Serious
10. pain" "to issue" - "Back pain cream", and
11. other medications, along with "Antibiotics" &
12. For an "Infection on this Patients Body"...
13. See, Brock V. Wright, 315 F.30 158 (2D Cir.
14. 2003), It is a "Fact" - "Nurse Garcia" and
15. "Wellness Staff" intentionally "Denied" and
16. Delayed my "Access to Treatment"... See,
17. Brown V. District of Columbia, 514 F.30
18. 1279 (D.C. Cir. 2008), The Fact is this "
19. "Nurse Garcia," and the "Prison officials"
20. Knew About my Serious medical needs and,
21. "Nurse Garcia" and the Wellness prison
22. officials Failed to Reasonably Respond to it."
23. See, "Estelle" - 429 U.S. at 104"; Gutierrez V.
24. Peters, 111 F.30 1364, 1369 (7th Cir. 1997)
25. 
26.                    (page 40)
27. 
28.

"NURSE BATHES" AND "WHITESTONE PRISON OFFICIALS"
"SHOULD "HAVE-KNOWN" THAT I THE
"PATIENT" HAD A SERIOUS MEDICAL NEED", THE
COURT WILL ASSUME THAT PRISON OFFICIALS KNEW
ABOUT MY CONDITION IF IT WAS "VERY-OBVIOUS"...
SEE ... FARMER V. BRENNAN, 511 U.S. 825, 842
(1995)...

- THE "PRISON OFFICIALS" AT "WHITESTONE" CAN "BE
HELD "LIABLE" EVEN FOR FOLLOWING THE "ADVICE"
OF "PRISON MEDICAL OFFICIALS" IF IT IS OBVIOUS
EVEN TO A "LAYPERSON" THAT THE "PERSON OR
THIS "PATIENT" IS IN NEED OF HOSPITALIZATION,
OR OTHER CRITICAL MEDICAL CARE"... SEE... McRAVEN
V. SANNERS, 577 F.3D 974 (8TH CIR. 2009)...

"WHITESTONE UNIT" HAS A "SYSTEMATIC FAILURE" IN
MEDICAL SCREENING "PROCEDURES" FOR "PRISONERS,
SCREENING "POLICIES" OR "STAFFING FOR "PRISONERS"
SEEKING CARE", AND THE "RELEASE" BOUND
POLICIES OF "PRISONS." SEE... MONTO V. FINNEY
437 U.S. 678 (1978)...

(PAGE 79)

- THE "FACTS" AND THE "LAW" SUPPORT THE
FACT "NURSE GARNES" OF "WEXFORD MEDICAL"
DID "IN FACT" FAIL TO MAKE THE NECESSARY
EFFORT TO "ASSESS", OR PROVIDE ADEQUATE
MEDICAL CARE FOR THIS PATIENT... ON
DECEMBER 06, 2022"...

- THEREFORE "SHOULD" BE "REPRIMANDED", —
SANCTIONED"... AND NURSING LICENSE "REVOKED"
TO "PRACTICE" IN THE NURSING PROFESSION". —
"REVOCATION OF LICENSE TO PRACTICE MEDICINE"
OR NURSING IN ANY "STATE", WITHIN THE
JURISDICTION OF THE "UNITED STATES", ANY "STATE",
TERRITORY, COMMONWEALTH, DISTRICT, COUNTY, CITY,
WITHIN THE "JURISDICTION OF THE UNITED STATES" OF
AMERICA"... "NURSE GARNES" IS NOT "COMPETENT"
TO PRACTICE NURSING... "WHATSOEVER"... "HALF DONE"

RESPECTFULLY SUBMITTED THIS 23ʳᵈ DAY OF
JANUARY ___, IN THE YEAR OF OUR LORD
2023.

(PAGE 20)

1    Mr.

2

3    BY: Mr. _____ J. _____ III  136479

4    MR. JAMES NORMAN DEGENIS JR III

5    136479 A. no. 1 " ATTORNEY OF RECORD "

6    ARIZONA STATE PRISON COMPLEX Tucson

7    WINCHESTER UNIT 4-B-09-UPPER

8    10000 South Wilmot Road

9    P.O. Box 24401

10    Tucson, Arizona 85734

11

12    - "U.S. - NAVY VETERAN "

13

14    "DESERT SHIELD" - "DESERT STORM"

15

16    MERITORIOUS UNIT COMMENDATION "AWARD;

17    "BATTLE "E"; - SEA - SERVICE DEPLOYMENT;

18    MERITORIOUSLY PROMOTED "WITHIN" THE "TOP"

19    "1% " OF THE "U.S. NAVY"- SURFACE WARFARE

20    QUALIFIED " "TOP SECRET CLEARANCE"...

21

22

23

24

25

26

27    (PAGE #1)

28

No. _____

ATTACHMENT - P

COMPLAINT FILED WITH

U.S. DEPARTMENT OF

JUSTICE...

CIVIL-RIGHTS VIOLATIONS

DECEMBER 14th, 2022

( page            )

1    No Complaint.

2    MR. JAMES NORMAN ZIEGENFUSS, JR III

3    136478 A.D.O.C. "ATTORNEY OF RECORD "

4    ARIZONA STATE PRISON COMPLEX TUCSON

5    C.o.n.u.  202-A

6    10006  SOUTH WILMOT ROAD

7    P.O. Box  24403

8    TUCSON, ARIZONA 85734    COMPLAINT

9

10    DECEMBER 14, 2022    NO:

11

12    MS. KRISTEN CLARKE,

13    ASSISTANT U.S. ATTORNEY GENERAL

14    U.S. DEPARTMENT OF JUSTICE

15    950  PENNSYLVANIA AVENUE, N.W.

16    WASHINGTON, D.C. 20530 - 0001

17

18    COMPLAINT FILED AGAINST

19

20    ARIZONA DEPARTMENT OF

21    "CORRECTIONS..."

22

23

24    VIOLATIONS OF CIVIL RIGHTS" &

25    CONSTITUTIONAL RIGHTS" ...

26    (PAGE 1 )

27

28

1. No. Complaint
2. THIS Complaint is being Filed within the
3. Jurisdiction OF the United States Government,
4. And State of Arizona "; For Violations of
5. "My" Constitutionally Protected Secured Autonomy
6. Right to Self-Representation; Adequate
7. Medical Care, Due-Process of Law, Equal
8. protection under the Law, Injuries under the
9. Color of Law "Conspiring Against Rights" -
10. denial of Meaningful Access to the Courts" -

11.
12.        VERIFICATION
13.
14. I HAVE READ THE Foregoing Complaint AND
15. HEREBY VERIFY that the MATTERS ALLEGED
16. THEREIN ARE TRUE". EXCEPT as to matters
17. ALLEGED upon information AND BELIEF, AND, as to
18. those, I BELIEVE them TO BE true. I
19. CERTIFY under Penalty OF perjury that the
20. Foregoing is true, AND Correct.
21.
22. EXECUTED: in Tucson Arizona, in this
23.      Year OF our Lord 2022, .
24.      ( DECEMBER 14th, 2022 )
25.
26.           ( PAGE 2        )
27.
28.

1      No, Complaint

2      Respectfully Submitted By;

3

4

5

6      "/s/me

7      MR. JAMES Norman Zweibinski Jr. III

8      136479 Arroca - "Attorney of Record"

9      Arizona State Prison Complex Tucson

10      C-P_-U, 202 (A)

11      10006 South Wilmot Road

12      P.O. Box 24403

13      Tucson, Arizona 85734

14

15      "U.S. NAVY VETERAN"

16

17

18

19

20

21

22

23

24

25

26      (page 3 )

27

28

1     No. "Complaint"

2     THE PURPOSE OF MY "Complaint" IS TO

3     ESTABLISH" THE "FACT" MY Constitutionally

4     PROTECTED Secured Autonomy Right TO Self-

5     Representation, meaningful Access to the Courts,

6     Adequate medical CARE, Due process of Law,

7     Equal protection Under the Law, injuries

8     Under the Color of Law, Have Been

9     Clearly "Violated" By A.D.O.C. Staff and

10    NAPH-CARE inc. medical Staff"... This is

11    A Serious PROBLEM A.D.O.C. & NAPH-CARE inc

12    Seems TO Have "NO-Regard" FOR ANY OF

13    MY "<u>Constitutional Rights</u>" OR "<u>PROTECTED</u>

14    <u>Autonomy</u>"... OR "<u>Rights</u> OF THE people or

15    "<u>prisoners</u>"... "<u>Civil Rights</u>"...

16

17    FiRST, I Would Like TO ADDRESS THE

18    "... Denial OF ADEQUATE medical CARE BY

19    "NAPH-CARE "Employee" "NURSE GARNES" AT

20    <u>LUMLEY STONE Unit" ON "DECEMBER 06, 2022,</u>

21    MR. ZIEGENFUSS Was Denied Adequate medical

22    CARE, BY "NURSE" GARNES" OF "NAPH-CARE inc.

23    "Entirety," When SHE FAILED TO Even

24    Speak of, or "Address" A Serious medical

25    NEED OF A possible, "BACTERIAL "INFECTION" OR

26           ( page 4 )

27

28

No Complaints"

1
2  "BODY" OF MR. ZIEGENHISS" AND THE REQUEST FOR
3  TRIPLE ANTIBIOTIC OINTMENT", BACK PAIN CREAM FOR
4  MY "SCIATIC" NERVE IN MY LOWER BACK, AND
5  ABSORBINE CREAM" ... NURSE GARNES KNEW
6  ABOUT MY SERIOUS MEDICAL NEEDS, ALSO WITH
7  DELIBERATE INDIFFERENCE" FAILED TO RESPOND
8  REFERENTLY TO IT", IN FACT SHE DID NOT
9  RESPOND AT ALL OR TAKE ANY ACTION TO
10  PROVIDE ANY ADEQUATE MEDICAL CARE" ...
11  BUT IN FACT "FAILED TO TREAT "MR. ZIEGENHISS'S
12  CONDITION COULD "RESULT IN FURTHER SIGNIFICANT
13  INJURY, OR THE "UNNECESSARY" AND " WANTON"
14  INFLICTION OF PAIN" ... SEE ESTELLE, 429 U.S. AT 104)
15  JETT V. PENNER, 439 F.3D 1091, 1096 (8TH CIR.-2006)
16  - WHICH IS A "DENIAL OF ADEQUATE MEDICAL CARE"
17  MR. ZIEGENHISS'S "PROTECTED CONDUCT" ...
18

19  - WHAT IS REALLY INTERESTING IS THE "FACT"
20  THAT "NURSE GARNES" AND "C.O. IR. SAENZ"
21  WHO IS THE GRIEVANCE COORDINATOR" HAD AL-
22  READY "SPOKEN" PRIOR TO MY ARRIVAL OR
23  12-06-2022   TO THE SCHEDULED MEDICAL
24  APPOINTMENT" IN FACT "NURSE GARNES "
25  MADE THAT CLEAR TO ME DURING THE -
26              ( PAGE 5    )
27
28

1   No. "Complant"
2   "Conversations" also before "Nurse Gatlines"
3   gave Mr. Zieglers "or placed Mr.
4   Zieglers on "Report"... By "Nurse Gatline"
5   did "Not" address or provide any adequite
6   "Medical Care" or "Treatment" for any
7   "Medical issue" presented to her as the
8   "Health needs request forms"... "Not-one"
9   single medical issue was ever addressed.
10  for this original meeting scenario where
11  "Nurse Gatlines" issues a "Discipline Ticket" to
12  Mr. Zieglers but never addressed any
13  "Medical issue" on (12-06-2022)... which
14  is a complete "abuse of contempt of power"
15  exceeding the "Scope of her legal authority"
16  she is not a "D.O.C. officer, but instead a
17  "Contracted-Nurse", of "Centurion Medical Company"
18  -"NAPH Care"... Hired to "A.D.O.C."... to provide
19  "Medical Care"... but instead issues a
20  "Disciplinary Ticket" to the "plaintiff"
21  Mr. Jame Norman Zieglers Jr # 136479
22  for sending "several HNR" messages
23  explaining the "parasitic infection"...
24  and "incident took place 7 years ago", when the
25  plaintiff had the same "symptoms"...
26          ( page 6 )
27
28

16. "Complaint"

OR "Similar Symptoms". Even with one

(HNR) "Health Needs Request" in Explaining

the Need for "Medical Care" Sue

"Nurse Garnes" Failed to treat

mr. Ziegerviss's Condition Could Result in

Further Significant injury or the

"Unnecessary" and "Wanton" infliction of

pain ".."

- Because "Nurse" "Garnes" "Failed" to

Treat mr. Ziegerviss's Condition Could

Result in Further "Significant" injury

or the "Unnecessary and Wanton"

infliction of Pain ".." in the Evening on

"12-06-2022", the Plaintiff/mr.

"Ziegerviss".. Requested the "Name" of

the "Medical Company" again

"Nurse Garnes" had Officer Trammel

issue a "Sealed" "Disciplinary Ticket" to

the "Plaintiff/mr. Ziegerviss", for Simply

Requesting the Name and Address

of "Naph-Care inc".. That Later

in Time was "provided Freely" with

"No Problem By - "C/O III Villas" at

C.P.U. (202-A) to "mr. Ziegerviss"..

                    (page 7        )

1  No. Complaint"

2  It was a clear - "Campaign of

3  Harassment" to "Continue issue - disciplinary

4  Tickets", Because this "Plaintiff"/ Mr.

5  Ziehenross is exercising his Constitutionally

6  protected Secured Autonomy Right to Self-

7  Representation; Due process of Law, Equal

8  Protection under the Law, While under

9  "Color of Law" ... And Right of Redress of

10  "Grievance" ... Contained Within U.S.C.A. First

11  Amendment to U.S. Constitution" ... In the

12  "Present Case," This is not Being "Resolved"

13  But "Denied" By A.D.O.C. & Many Case Inc.

14  - Which is also a U.S.C.A. First Amend.

15  "Violation" ...

16

17  In the present case, A.D.O.C. - Continue

18  to issue Disciplinary Tickets to

19  Mr. Ziehenross 136479, Because He is

20  Exercising His Constitutionally protected"

21  Secured Autonomy Right to Self-Representation,

22  Due-process of Law, Equal protection under

23  the Law, While under Color of Law" ...

24  "Plaintiffs Constitutionally -protected Conduct" ...

25  - Fact" ...

26         (page 8     )

27

28

No "Complaint"
- I observed "on the narration" of
disciplinary officer "ignore" the "facts"
of any statement made"... the fact is
"this"- Nurse Barnes; Co II Hereford;
Co II Castino "12652, A.D.W. Lewis,"
Co II Baehr" Javier - "NMT" "Designed"
to "excessively ticket", and cause a
"campaign of Harassment" upon this
plaintiff, as the Records will show"...
in fact"... the plaintiff was issued
atleast "3 Major Violations" of "penal code",
"retaliatory transferred" from illustone
unit to C.D.U. (protection unit) (203-A)
without being found guilty of any
"penalogical code" or any full fair,
impartial Hearing, or full, fair, impartial
administration of fisure "thing place"...
"there was "no + due process of law,"
prior to placing this plaintiff in C.D.U. -
the "hole"...
→ the plaintiff / Ziegenfuss was
"denied the opportunity to "prepare" a
"defense "by A.D.O.L", prior to any
disciplinary Hearing taking place"...
(page 9)

1  NO. "Complaint"
2  OR ANY "Opportunity" TO HAVE Witness
3  APPEAR ON MY BEHALF BEFORE I WAS
4  RETALIATORY TRANSFERED" PRIOR TO ANY
5  HEARING Taking place" or BEFORE I WAS
6  PLACED IN "C.D.U." "HOLE" I HAD NO
7  ACCESS TO "A.D.O.C. policy" TO PREPARE ANY
8  "DEFENSE"... NO ACCESS TO ANY "LAW" Library"
9  TO Conduct ANY Legal Research TO PREPARE A
10  "DEFENSE"... THIS IS Completely "ONE-SIDED"
11  ONLY IN FAVOR OF A.D.O.C." THE "PLAINTIFF/
12  ZIEGENFUSS WAS AND IS "DENIED", OR BEING
13  "PREVENTED"... FROM PRESENTING ANY Evidence
14  ON HIS BEHALF" FOR THE "DECISION TO
15  BE-MADE" "ONE-SIDED" ANY DECISION"
16  THAT WOULD BE MADE WITH THE
17  PLAINTIFF/ ZIEGENFUSS WOULD ARBITRARY/ AND
18  "CAPRICIOUS" A CLEAR "ABUSE OF DISCRETION"
19  BY THE "HEARING BODY"... Completely "ONE-
20  SIDED" AN "UNFAIR" HEARING"... Causing
21  FUNDAMENTAL UNFAIRNESS"... DENIAL OF A
22  FULL, FAIR, impartial HEARING, OR FULL, FAIR
23  impartial administration of Justice, A.D.O.C.
24  "ALLOWS THIS "ACTION OR INACTION" TO TAKE
25  "PLACE", BEFORE A.D.O.C. IS MORE CONCERNED
26          ( PAGE 10         )
27
28

14. Complaint

1. With obtaining a "Conviction" of a
2. "pedagogical Violation" than to providing
3. any Full, Fair, impartial hearing, or Full
4. Fair, impartial Administration of Justice,
5. to obtain such own "prejudiced" and
6. "Goals"... This Action also "denied" the
7. plaintiff the "Fundamental Legal
8. principle" that a defendant must be
9. allowed to make his own decisions
10. about "the proper way to "protect" his
11. own "Liberty"... including "Created Liberty
12. and "property-interests"...

In Conclusion;

-A.D.O.C. is "Violating my "Constitutionally
protected Settled/Automatic Right to Self-
Representation, meaningful access to the Courts,
Adequate medical Care, "Due process of Law,
Equal protection under the Law, while
under Color of Law"...

A "Conspiracy Against Rights"

18 USC § 241; 18 USC § 242; 18 USC § 245"
(PAGE 11)

1  No. "Complaint"

2  THIS IS AN, ON going problem in A.D.O.C

3  ALSO THE "STATE OF ARIZONA" TO RECEIVE A

4  FULL, FAIR, impartial HEARING ALSO FULL, FAIR

5  impartial ADMINISTRATION OF JUSTICE...

6  ALSO ILLEGAL NEED TO BE TAKEN

7  BY THE "D.O.J." IN TO "A.D.O.C"

8  ALSO THE "ARIZONA LEGAL SYSTEM"

9

10  Respectfully Submitted THIS 14ᵀᴴ DAY of

11  DECEMBER, IN THE "YEAR OF OUR LORD" 2022,

12

13  BY: MR. _____ # 136479

14  MR. ____ Henson Lugardo JR.

15  136479 A.D.O.C. ATTORNEY OF RECORD

16  ARIZONA STATE PRISON Complex Tucson

17  C.D.U. 202 A

18  10006 South Wilmot Rd.

19  P.O. Box 24403

20  Tucson ARIZONA 85734

21

22  — "U.S. NAVY VETERAN"

23

24  (SEE ATTACHED DOCUMENTATION)

25

26  (PAGE 12    )

27

28

1  No.

4
5  ATTACHMENT - Q

8
9  NAPH-CARE RESPONSE

11
12  DATED: JANUARY 06, 2023

14
15  CONCERNING: NURSE GARNES'

17  DENIAL OF ADEQUATE MEDICAL

19  CARE.

26  (page          )



**Your independent health care choice.**

January 6, 2023

**Legal Mail**

James Norman Ziegenfuss, ADCRR # 136479
Arizona Department of Corrections
Arizona State Prison Complex- Tucson
Winchester Unit
P.O. Box 24401
Tucson, AZ 85734

Dear Mr. Ziegenfuss:

    This confirms receipt of your correspondence dated December 9, 2022, received on January 4, 2023. Please provide additional information, including the "film" that you mention, regarding your claim that "Nurse Garnes failed to address any of [your] medical issues on 12/05/2022 and 12/06/2022" so that we may understand and investigate your claim further.

    Please note that there is nothing intended by this correspondence, or any other communications between you and any NaphCare employee, which would stay any applicable statute of limitations for the claims that you believe you have. NaphCare is also not waiving any defense that it may have to any causes of action that has been or may be asserted, including but not limited to any exhaustion requirement.

                    Sincerely,

                    Seetal Tejura
                    Corporate Counsel, Litigation

No. _____

# ATTACHMENT - R

# DENIAL OF ADEQUATE

# MEDICAL CARE

# COMPLAINT FILED

# ON: FEBRUARY 23rd, 2023

# TO: NAPH-CARE CORPORATION

(PAGE           )

1             To: *NAPH-CARE CORP.*

2 MR. JAMES HERMAN ZIEGENFUSS, JR.

3 186479 B.N.O.C. "ATTORNEY OF RECORD"

4 ARIZONA STATE PRISON COMPLEX TUCSON

5 WINCHESTER UNIT   4-B-09-UPPER

6 10000 SOUTH WILMOT ROAD

7 P.O. BOX 24401 "

8 TUCSON, ARIZONA 85734

9                   CASE NO:

10 FEBRUARY 23rd, 2023   :_____

11

12 MR. SEXTAL TIGURA       "INVESTIGATION"

13 CORPORATE COUNSEL, LITIGATION "REQUIRED"...

14 NAPH-CARE CORPORATION "

15 290 COLUMBIANA ROAD   *NAPH-CARE CORP.*

16 SUITE 400 "

17 BIRMINGHAM, ALABAMA 35216

18

19 IN RE: DENIAL OF "ADEQUATE" MEDICAL

20       CARE. AND "ATTACHMENTS"...

21       "EVIDENCE." ENCLOSED...

22

23 INVOLVING WINCHESTER UNIT "MEDICAL"

24       STAFF MEMBERS "

25

26         (PAGE 1)

27

28

1  No. MAPH CARE Corp.

2  MR. SCOTT TETURA

3  Corporate Counsel, Virginia

4  MAPH-CARE Corp. ";

5

6  MR. James Hannah Ziegenfus JR. 136479 "

7  A.n.o.c. "Inmate Patient" HAS A Serious

8  Medical Need of A "Lower-Bunk," For

9  Lower Back Pain, And "Sciatic Nerve Condition"

10  That was All-Ready Ordered Treatment

11  preference of, Lower Bunk, No-Bending," And

12  No-Twisting," Along with a prescription of

13  500 mgs ACETAMINOPHEN Extra Strength

14  orally tablets, by a "Licensed Medical physician,"

15  on "October 05, 2021," Then Actually "Renewed"

16  BY "MAPH-CARE Corp." on "October 08, 2022"...

17  Good Through "October 31, 2023"...° Winchester

18  Unit A.n.o.c. Tucson Showed Deliberate

19  indifference "When "Winchester Unit" A.n.o.c.

20  Medical "Nurse practioner" ALONSO

21  stated that A "Sciatic Nerve" Does Not "

22  meet the "criteria" for "Lower Bunk" on

23  February 18, 2023", Consequently on

24  February 06, 2023 "clinical Team" Stated

25  "Sciatic Nerve Condition "complaint" is "Not "-

26            ( page 2   )

27

28

1. No. MADU LIVE Corp.
2. CRITERIA FOR "LOWER BUNK," AFTER MANY
3. LICENSED PHYSICIANS FOR YEARS PRIOR IN
4. A.D.O.C., CONSIDERED THE "LOWER BACK PAIN,
5. AND "SCIATIC NERVE CONDITION" WAS
6. WORTHY OF A MEDICAL DOCTORS "COMMENT"
7. AND "TREATMENT PROCEDURES" OF A "LOWER-
8. BUNK, NO-BENDING, AND NO-TWISTING,"
9. BECAUSE THE "LOWER BACK PAIN, AND
10. SCIATIC NERVE CONDITION "SIGNIFICANTLY"
11. AFFECTS "DAILY ACTIVITIES," AND THE "PATIENT"
12. MR. JAMES HERMAN ZIEGENFUSS, JR. III 136479
13. OF A.D.O.C. HAS "CHRONIC" AND "SERIOUS"
14. PAIN", MADU-LIVE Corp, AND NURSE
15. PRACTITIONER ALONSO" FAILED TO FOLLOW THE
16. MEDICALLY PRESCRIBED TREATMENT
17. PROCEDURES, THAT HAD ALL-READY BEEN
18. IN "EFFECT FOR "YEARS" PRIOR" BY "LICENSED"
19. MEDICAL DOCTORS", AND "RENEWED" ON
20. 10-28-2022 THROUGH "10-31-2023" BY
21. THE MADU LIVE Corp MANAGEMENT "MEDICAL
22. STAFF AT "WINCHESTER UNIT," A.D.O.C. TUCSON,"
23. RIGHT NEXT" TO "WILMOT UNIT" A.D.O.C;
24. IN TUCSON, ARIZONA"..., THIS DELIBERATE
25. INDIFFERENCE IS "CAUSING" FURTHER-
26. (PAGE "3")
27.
28.

110. Much more corp.

"significant" injury to my "lower back"
pain, and Sciate nerve condition, and
"unnecessary" wanton infliction of pain
and suffering...

See Estelle V. Gamble, 429 U.S. 97 (1976)
Hill V. DeKalb, Reg'l Youth Det. Ctr., 40
F.3D 1176, 1127 (11th cir. 1994), Estelle, 429
U.S. at 104) and Jett V. Penner, 439 F.3D
1091, 1096 (9th Cir. 2006)... Subsequently,
See Shawn Jensen et. al., V.
David Shinn et. al., CV-12-00601-PHX-ROS "
Adequate medical care"... the eighth
Amendment protects my constitutionally
protected secured right to adequate
medical care, the Supreme Court
explained that this is because "an inmate
must rely "on "prison" authorities to treat
his medical needs) if the authorities
fail to do so, those needs will not be
met". Estelle V. Gamble, 429 U.S. 97, 103
(1976)...

(PAGE 4)

1  No. MATH-CARE COLD
2  THE "PATIENT," (MR JAMES NORMAN ZIEGENFUS JR III
3  136479 A.D.O.C, "INFORMED" A.D.O.C. PRISON
4  OFFICIALS, OR STAFF MEMBERS UPON ARRIVAL TO
5  WINCHESTER UNIT, THAT "MR JAMES NORMAN ZIEGENFUS, JR III
6  REQUIRED A "LOWER-BUNK" FOR HIS TREATMENT
7  PROCEDURES, FOR "LOWER BACK PAIN," AND "SCIATIC
8  NERVE CONDITION," PRISON OFFICIALS WERE "DELIBERATELY
9  INDIFFERENT, WHERE A.D.O.C PRISON OFFICIALS
10  DELIBERATELY "DISREGARDED" MR. JAMES NORMAN
11  ZIEGENFUS'S 136479 A.D.O.C "TREATMENT PROCEDURE
12  TO PROVIDE A "LOWER BUNK," THEN DELIBERATELY
13  PLACED MR. JAMES NORMAN ZIEGENFUS, JR # 136479
14  INTO A "TOP BUNK" 4-B-09-TOP,"... IT IS
15  CLEAR, PRISON OFFICIALS A.D.O.C, KNEW OR SHOULD
16  HAVE KNOWN, WAS AWARE, OR SHOULD HAVE
17  BEEN AWARE OF THE "LOWER BUNK," NO-
18  BENDING,' NO-TWISTING "TREATMENT PROCEDURE
19  CONTAINED WITHIN THE "PATIENTS' MR. JAMES
20  NORMAN ZIEGENFUS'S 136479 "MEDICAL RECORDS," WHERE
21  BEING "INFORMED "VERBALLY "BY MR. JAMES NORMAN
22  ZIEGENFUS JR III, 136479 UPON ARRIVAL TO
23  WINCHESTER UNIT, TUCSON, AZ. AND PRISON OFFICIALS
24  FAILED TO RESPOND, REASONABLY TO IT..."
25  
26  ( PAGE 5 )
27  
28

1. No. HEATH CARE GIP.
2. SEE ESTELLE, 429 U.S. AT 104, GUTIERREZ V
3. PETERS, 111 F.3D 1364, 1369 (7th Cir. 1997);
4. FARMER V. BRENNAN, 511 U.S. 825, 842 (1985)
5. IT IS ALSO CLEAR, THAT "HEATH CARE MEDICAL
6. STAFF FAILED TO RESPOND APPROPRIATELY, OR DID
7. 'NOT' RESPOND AT ALL TO MY SERIOUS MEDICAL
8. NEEDS AT ALL TO MY SERIOUS MEDICAL NEEDS
9. FOR PRESCRIBED TREATMENT PROCEDURES OF "LOWER
10. BACK PAIN, AND SCIATIC NERVE CONDITION.
11. SEE SCOTT V. AMBANI, 577 F.3D 642 (6th
12. CIR. 2009); SPROUL V. GILLIS, 372 F.3D 218
13. (3rd CIR. 2004); MELOY V. BACHMEIER, 302
14. F.3D, 845, 849 (8th CIR. 2002).
15. IT IS ALSO CLEAR "A.D.O.C." STAFF MEMBERS, OR
16. PRISON OFFICIALS, OR OTHER NON-MEDICAL STAFF
17. OFFICIALS INTENTIONALLY DID "DENY" OR "DELAY"
18. MY ACCESS TO THE PRESCRIBED TREATMENT
19. PROCEDURES OF A "LOWER BOUND," NO-TREADING,
20. NO-TWISTING, FOR "LOWER BACK PAIN" AND SCIATIC
21. NERVE CONDITION. SEE. BROWN V. DISTRICT OF
22. COLUMBIA, 514 F.3D 1279 (D.C. CIR. 2008).
23.
24.
25.
26.               ( PAGE 6    )
27.
28.

26. NAPH-CARE CORP.

1. THE "DELIBERATE, INDIFFERENCE" WAS COMPLETE,

2. WHEN THESE "SAME" - NON-MEDICAL, PRISON

3. OFFICIALS "INTERFERED" WITH THE PRESCRIBED

4. TREATMENT PROCEDURES THAT A "MEDICAL"

5. DOCTOR, OR "PHYSICIAN" ORDERED, AND WAS

6. REFERRED ON "10-28-2022" see, ESTELLE, 429

7. U.S. AT 104 -05,' LOPEZ U. SMITH 203 F.3.D

8. 1122 (9TH CIR. 2000).

9. "THERE IS A "SYSTEMIC FAILURE" OF NAPH-

10. CARE, MEDICAL STAFF MEMBERS "SCREENING"

11. PROCEDURES FOR NEW ARRIVALS OF INMATES

12. TO WINCHESTER UNIT, A.S.O.C OR OTHER A.D.O.C

13. PRISON UNITS," THE SCREENING POLICIES, OR STAFFING

14. AND THE "DISEASE CONTROL POLICIES OF PRISONS."

15. SEE, HUTTO U. FINNEY, 437 U.S. 678 (1978);

16. SHAWN JENSEN ET.AL, U. DAVID SHINN ET.AL.

17. CV-12-00601-PHX-ROS'.

18.

19. THE FOLLOWING FACTS WILL SUPPORT THE

20. PLAINTIFF PATIENTS' CLAIM,

21.

22. 1). MEDICAL RECORDS OF A.D.O.C; CORE CIVIC CORP.;

23. GEO GROUP INC.; AND NAPH CARE CORP. WILL

24. ILLUSTRATE AND PROVE THIS "PATIENT"

                    ( PAGE 7 )

1  No. MAIN CARE CORP

2  MR. JAMES NORMAN ZIEGLSTEIN JR III 136279,

3  WAS PRESCRIBED BY; NUMEROUS - "MEDICAL DOCTOR'S"

4  A - LOWER BUNK, FOR YEAR'S PRIOR TO HIS

5  ARRIVAL TO WINCHESTER UNIT, TUCSON AZ. FOR

6  "LOWER BACK PAIN, AND SCIATIC NERVE CONDITION"

7  REGARDLESS OF WHICH PHASE THIS PATIENT WAS

8  GRANTED...

9

10  2) MEDICAL "TREATMENT PROCEDURES" FOR

11  LOWER BACK PAIN, AND " SCIATIC NERVE CONDITION"

12  SUPERSEDE "BEDDING ISSUES," OR ANY

13  RECOMMENDED - "PRIME LEVEL" OF CREATED

14  LIBERTY OR PROPERTY INTEREST". "THEY"...

15

16  3) AN "INFORMAL COMPLAINT" CONCERNING "MY"

17  OR MR. ZIEGLSTEIN'S" LOWER TRUNK, NO - BENDING,

18  NO - TWISTING, TREATMENT PROCEDURES WAS

19  FILED ON - FEBRUARY 18th 2023, CONCERNING

20  NURSE PRACTITIONER ALONZO, WINCHESTER UNIT,

21  TUCSON UNIT, "MEDICAL STAFF"...

22

23  4) IN THE PAST ON 10-05-2021 AT 12:46 pm

24  A.S.P.C. WINSLOW CORONADO UNIT, "MD," DANIEL

25  MILLER " DID IN FACT - ORDER A "LOWER BUNK"

26                 ( PAGE 8   )

27

28

1. NO. MANH-CARE, Corp.
2. No- Boning, No- Fluiding, And - 500 MG1 of
3. ACETAMINOPHEN EXTRA Strength oral - 500 mg1 as a
4. PRESCRIBED Treatment procedure By a Licensed
5. Medical Doctor - DR. Daniel Miller - "MD". of Annual
6. Period of One Year...
7. 5). The "Prescribed Treatment procedure"
8. From the previous Year" While once Again
9. "Renewed" on 10-27-2022 "11:23:24 AM"
10. Also for a one year period From
11. "10-28-2022" thougu "10-31-2023" for "Lower"
12. Back Pain, And "Scitic Nerve Sciatic,"
13. Treatment procedure" Lower Back, No -
14. Bending, No-Turning, And 500 mg of
15. ACETAMINOPHEN Extra Strength oral... For a
16. Scheduled Period of One Year... "Renewed" ←
17. AT - Kinetstone Unit Medical, in Tucson, AZ,
18. 85734, Right Next to "Winchester Unit", Also
19. in Tucson AZ. - Before Arrival to
20. Winchester Unit, Tucson AZ. The Treatment
21. procedure Were All-Ready "Renewed"
22. Prior To Arrival To Winchester Unit, Tucson, AZ.
23. For A Period of "One Full Year."
24. "10-28-2022" Thoug "10-31-2023". - For
25. - MANH-CARE Corp... To "Fellow"...
26. (page 9)

No. HALTH CARE Corp.

6) UPON ARRIVING TO - WINCHESTER UNIT, TUCSON AZ
PRISONS OFFICIALS, MED - WINCHESTER MEDICAL
STAFF, OF HEALTH CARE Corp. DECLINED ANY
"LOWER BUNK" TO THIS "PATIENT" TO
FOLLOW THE ORDERED TREATMENT PROCEDURES"
FOR LOWER TIER PLAN, SINCE MEDICAL CLINICIANS
FAILED TO FOLLOW WRITTEN TREATMENT
PROCEDURES" FOR LOWER BACK PAIN, AND
SCIATIC NERVE BUSINESS!

7) ON FEBRUARY 06, 2023 AT 06:58 AM
THE CLINICAL TEAM OF WINCHESTER UNIT TUCSON
AZ. STATED "SCIATIC NERVE COMPLAINT IS NOT"
CRITERIA FOR LOWER BUNK"... IN A MEDICAL
RESPONSE TO AN H.N.R' (HEALTH NEEDS
REQUEST") (DELIBERATE INDIFFERENCE)...

8) ON "FEBRUARY 18th, 2023 AT: 10'35 AM"
AGAIN A SECOND RESPONSE FROM HEALTH CARE
CLINICAL TEAM "NURSE PRACTITIONER ALONSO"
STATED ("NP ALONSO STATED THAT SCIATIC
    NERVE DOES NOT MEET CRITERIA FOR
    LOWER BUNK"...-)
AGAIN (DELIBERATE INDIFFERENCE)
            (PAGE 10        )

No "HEALTH CARE GRP." r

9) Upon MR. JAMES HOLMAN ZIEGERS JR #
136479 A.D.O.C. REQUEST TO BE SEEN BY A
"MEDICAL DOCTOR" - M.D.! FOR THE LOWER
BACK PAIN, SCIATIC NERVE COMPLAINS AND
OTHER MEDICAL NEEDS" THE CLINICAL TEAM
ON FEBRUARY 20TH, 2023 RESPONDED TO
MR. JAMES HOLMAN ZIEGERS 136479 A.D.O.C.!
AFTER HE ALREADY FILED AN "ELECTRONIC"
(H.N.R.) ON HIS TABLET TO THE CLINICAL TEAM
RESPONDED TO HIM "STATUS."
- IF YOU HAVE A NEW MEDICAL CONCERN THAT
NEEDS TO BE ADDRESSED, PLEASE PUT IN A
"HNR!" "IF YOU ARE "UPSET" ABOUT A
DECISION THAT HAS BEEN MADE, PLEASE
PUT IN A "WRITTEN COMPLAINT" NOT AN
H.N.R." FROM HEALTH CARE CLINICAL TEAM
FEBRUARY 20TH, 2023 AT 06:11 AM
( DELIBERATE INDIFFERENCE ) =

10) "NO" MEDICAL DOCTOR HAS "BEEN"
SEEN BY THIS "PATIENT," SINCE
HIS ARRIVAL TO INDICATED UNIT, TUCSON, AZ
AT HE REQUESTED SEVERAL TIMES!
( DELIBERATE INDIFFERENCE ).
( PAGE 11 )

No. MAIN CARE C.P.

1) "MAIN CARE" CLINICAL STAFF MEMBERS HAVE
COMPLETELY "DISREGARDED", "IGNORED" TREATMENT
PROCEDURES OF A "LOWER TRUNK, NO BENDING,
"NO TWISTING" ... THAT WAS ALREADY "RENEWED"
ON "10-08-2022 THROUGH 10-31-2023" ... AND
HAS BEEN IN - EXISTENCE FOR "YEARS PRIOR" ... BY
MEDICAL PERSONS" ... (DELIBERATE INDIFFERENCE) ...

2) THIS "PATIENT" mr. JAMES HERMAN ZIEGLER # ??
B6488 A.D.O.C." HAS BEEN ON CHRONIC CARE FOR
YEARS IN "A.D.O.C", CORE CIVIC, PRIO GROUP LLC"
ALSO IN - PRISON FOR - OVER "7 YEARS" ... AND IS
"57 YEARS OF AGE" ... A U.S. NAVY VETERAN" ...
- COLLEGE GRADUATE" ... - "57 YEARS OF AGE" ...
WITH LOWER BACK PAIN, AND SCIATIC NERVE
"RUNNING" DIAGNOSED BY "MEDICAL DOCTORS" FOR
YEARS PRIOR TO ARRIVING TO KINGMAN UNIT,
A.D.O.C. "FROM - CORE-CIVIC CORP, PRIO GROUP LLC
"A.D.O.C." ALL OVER THE "STATE OF ARIZONA" ...
FOR OVER "7 YEARS" HAD LOWER BACK
PROBLEMS AND BACK PAIN, SCIATIC NERVE"
"RUNNING" ... THIS PATIENT HAD BEEN
"DOUBLE BUNKED" WITH "CELL MATES" FOR OVER
"6 YEARS" ... OUT OF "7 1/2 YEARS" OF "PRISON" ...

(page 12)

206. LARRY CARE CORP.

HAVE THIS "PATIENT" WHO'S A "LARGER TRUNK"
FOR HIS LOWER BACK PAIN & SCIATIC NERVE
CONDITIONS... HAVEN THE MEDICAL RECORDS WITH
SUPPORT... ALL OVER THE "STATE OF ARIZONA"
PRISON SYSTEM" MENTAL TEAMS... NOW
LARRY CARE CORP. "N.P. ALONSO" "DECIDES" TO
FAIL TO PROVIDE THE DOCTORS RECOMMENDED"
TREATMENT PROCEDURES" OF A LOWER TRUNK,
NO-BENDING, NO TWISTING... WHEN FOR YEARS
IT'S ALREADY BEEN IN EFFECT" ALL OVER THE
"STATE OF ARIZONA"... FOR "YEARS" ATLEAST
5 TO 6 YEARS"... PRIOR TO MOVING TO
WINCHESTER UNIT, TUCSON AZ, I GUESS
NURSE PRACTITIONER ALONSO OF LARRY CARE
CORP. THINKS HER "DECISION "SUPERSEDES" MEDICAL
DOCTORS ALL OVER THE "STATE OF ARIZONA"
"DIAGNOSIS"... AND TREATMENT... PROCEDURES"...
THAT WOULD BE "OBSOLETE"... M.P.
ALONSO' IS A "NURSE PRACTITIONER HIT A
"MEDICAL DOCTOR", MAYBE NURSE
PRACTITIONER ALONSO, AND LARRY CARE CORP
WOULD LIKE TO "REWRITE" THE "BIBLE" AS
WELL "?"... MAYBE LARRY CARE CORP MEDICAL
STAFF N.P. ALONSO WOULD LIKE TO TELL "GOD"
(PAGE 19)

1. No. 2600 - EXHIBIT LTR.
2. HOW TO RETRIEVE THE "UNIVERSE" - OR MAYBE
3. TRY TO REINVENT THE "WHEEL"? - IT IS
4. CLEAR - NURSE PRACTITIONERS ALLUDED - IT JUST
5. THAT A "NURSE PRACTITIONER "NP" A MEDICAL
6. DOCTOR" - AND I DON'T THINK SHE CAN
7. RE-INVENT THE "UNIVERSE" - OR THE "WHEEL,"
8. BETTER YET MAYBE SHE WOULD LIKE TO BE
9. ME "THE PATIENT" LIVING WITH CHRONIC
10. PAIN, "AND UNNECESSARY" WRONGFUL 10 YEARS OF
11. PAIN" - AT THIS "TIME" - SINCE OBVIOUSLY SHE
12. THINKS HER "DIAGNOSIS" OUTLINES "NUMBERS
13. MEDICAL DOCTORS' TREATMENT PROCEDURES" OF A
14. "OLIVE BRUM, NO-BLEEDING, NO TRAUMA" FOR
15. LOWER BACK PAIN, AND "SCIATIC NERVE BURNING".
16. IT IS HARD TO BELIEVE "NURSE PRACTITIONER ALLUDED"
17. AND NAPHCARE. OWNED STATE CAN OUTLINE A
18. MEDICAL DOCTORS' "TREATMENT PROCEDURE" FOR
19. YEARS, CLEARLY "DELIBERATE INDIFFERENCE"
20. "COMPLETELY UNREASONABLE" - ON THE "PART OF
21. NAPHCARE CORP. THIS MAY BE
22. RETALIATION BY NAPHCARE OWNED STATE"
23. MEMBERS AT MANCHESTER UNIT FOR THIS
24. "PATIENT" FILING ON NAPHCARE NURSE
25. CARTHLES AT WHETSTONE UNIT TUCSON "AZ.
26. ( PAGE 14 )
27.
28.

1  No. HEALTH CARE REP

2  "RETALIATION" BY HEALTH CARE CLINICAL STAFF

3  MEMBERS... A "CAMPAIGN OF HARASSMENT" FOR

4  EXERCISING MY CONSTITUTIONALLY PROTECTED"

5  BENEFIT...

6

7  13) THIS "PATIENT" M.R. JAMES HENRY ZIEGENFUS JR.

8  B36479 A.M.O.B HAS BEEN "WITHOUT" ANY

9  HEART MEDICATION LISINOPRIL ONE 40 MGS.

10  ALSO AMLODIPINE BESYLATE ONE 10 MGS"

11  FOR THIS "PATIENT" HIGH BLOOD PRESSURE...

12  HEALTH CARE CLINICAL STAFF AT WINCHESTER

13  UNIT ARE "NOT ORDERING", OR "NOT"

14  NOTIFYING INMATES AS ME, AS TO HAVE

15  OR 1ST PRIOR MEDICATION IT AVAILABLE TO

16  REORDER IT FROM MEDICAL OR C.O.III.'S?

17  INMATES ARE NOT RECEIVING ANY

18  "NOTICE" OF THEIR MEDICATION RUNNING OR

19  ANYTHING... THIS "PATIENT" HAS BEEN

20  WITHOUT HEART MEDICATION NOW FOR

21  ATLEAST "TWO TO THREE WEEKS" NOW!

22  WHICH COMPLETE "DELIBERATE INDIFFERENCE"...

23  Completely UNACCEPTABLE, I AM SUPPOSED TO

24  BE ON "CHRONIC CARE" LIST!...

25

26          (PAGE 15)

27

28

NO. NEON CARE CORP.

14) THIS "PATIENTS" FAMILY MEMBERS HAVE
CONTACTED NEON-CARE Corporate OFFICE
TO "REPORT" THIS "DELIBERATE INDIFFERENCE"[b]
TO Corporate OFFICE TO MAKE THE CORRECTIONS,
AS OF THIS DATE, FEBRUARY 25th, 2023, NO
CORRECTIONS HAVE BEEN MADE,[c] ... AND I
STILL DO NOT HAVE MY "HEART MEDICATION"
NOR HAVE I BEEN "NOTIFIED" TO pick up
my "HEART MEDICATION"... THESE ARE THE
"FACTS"... MEDICAL RECORDS ARE THE
"EVIDENCE THEMSELF"... MY OWN FAMILY
MEMBERS CAUSED HEALTH-CARE OUT THEIR
MEDICAL ISSUES "DIRECTLY" AND CAN
TESTIFY THIS TO BE TRUE"... IT IS
Completely "UNREALISTIC" WHEN I HAVE
TO WRITE TO A Corporate ATTORNEY TO
Obtain "ADEQUATE MEDICAL CARE" THINK
ABOUT THIS FOR A "MINUTE"... Would YOU
NOT CONSIDER IT "UNREASONABLE" Yourself"(?) ...
OF COURSE YOU DO ... SEE MY "POINT"...
... THIS IS EXACTLY HOW "NEGLIGENT" I
AM BEING TREATED BY YOUR OLDER
NEON-CARE-Clinic STAFF AT WINCHESTER
UNIT, TUCSON, AZ, THEY ARE Completely —
( PAGE 16 )

1. No. MAIN CARE CORP.
2. "DISORGANIZED," LACK OF TRAINING," AND
3. OBVIOUSLY THEY CALL "CARELESS"; IT'S ACTUALLY
4. "PATHETIC" in THEY EVEN HAVE A NURSING
5. "LICENSE"... I HAVE LITERALLY OBSERVED
6. "ONE OF YOUR NURSE PRACTITIONER'S
7. LITERALLY "SCOLD" A "SUBORDINATE NURSE"
8. IN FRONT OF ME, WHILE SHE WAS TAKING
9. MY MEDICAL INTERVIEW... TALK ABOUT
10. "UN PROFESSIONAL"... "WHERE THE ETHICS"
11. — YOUR NURSE PRACTITIONER'S IN SUPERVISORY
12. POSITIONS ARE "NOT" QUALIFIED; TO BE IN
13. A "LEADERSHIP POSITION PERIOD"... I'M SORRY
14. THAT IS MY "OBSERVANCY AND "OPINION"
15. — YOUR MAIN CARE NURSING STAFF IS "NOT"
16. TRAINED FOR "PRISONER'S HEALTH CARE"
17. IN A "STATE PRISON SETTING" THIS IS "NOT"
18. "COUNTY JAIL" PRISONER'S ARE IN HERE
19. FOR "YEARS" AND "YEARS"; THEY ARE "NOT"
20. GOING HOME "NEXT WEEK" ALSO WE
21. HAVE TO DEAL WITH YOUR "SAME"
22. MEDICAL "STAFF FOR "YEARS" NOT "WEEKS"...
23. SEE MY "POINT"... PRISONER'S ARE
24. PEOPLE TOO, AND "PATIENTS" WITH
25. MEDICAL NEEDS... "NOT SOME "COMMODITY"...
26. _____ PAGE 7 _____
27.
28.

1  No. HEALTH CARE DEP

2  YOUR "NURSING STAFF ETHICS" - "CODE OF ETHICS" IT

3  A "DIRECT REFLECTION" OF "NURSING STAFF

4  "LEADERSHIP"... ALSO A "DIRECT REFLECTION OF

5  "YOUR OWN COMPUTATION"... YOUR "LEADERSHIP"

6  NURSE PRACTITIONER'S ARE NOT QUALIFIED TO

7  LEAD" OR "TRAIN OTHERS"... THEY ARE "RUDE," &

8  YOUR NURSE PRACTITIONERS THINK THEY CAN

9  REINVENT THE "WHEEL"... EGOTISTICAL" SO TO

10 SPEAK?... MAYBE THERE "REPUBLICANS" OR

11 SOMETHING?... WHO REALLY KNOWS?... HONESTLY

12 THERE "NOT" AN FROM-"TEXAS?"... MAYBE

13 YOUR OFFICE SHOULD HIRE "NURSE PRACTITIONER'S"

14 FROM - "PENNSYLVANIA" OR -OREGON OR

15 SOMETHING "FOOD FOR THOUGHT"... IN ANY CASE,

16 THERE IS MORE TO "LEADERSHIP" THEN A

17 "PIECE OF PAPER"... "NATIVE AMERICAN'S" ARE

18 "GOOD" NURSING STAFF MEMBERS," FROM MY

19 EXPERIENCE"... RIGHT HERE AT WINCHESTER

20 UNIT" TUCSON, NURSING STAFF IS COMPLETELY

21 -DISORGANIZED," AND YOUR "LEADERSHIP" ←

22 "NURSING STAFF" IS NOT TRAINING THERE

23 PROPERLY... TO DEAL WITH - PRISONERS "

24 IN STATE PRISON, THAT IT NOT COUNTY

25 JAIL" - FACT "... "STATE PRISON'S"...

26           (PAGE 18   )

77

78

1. No. NAPH CORE CORP.
2. THE CURRENT NURSING STAFF LEADERSHIP POSITIONS
3. ARE TERRIBLE in THEY NEED TRAINING
4. THEMSELVES TO BE ABLE TO "LEAD" ANYONE...
5. "DISORGANIZED"... SERIOUSLY THEY CAN'T ANYONE
6. THAT IS A "NURSE" in A "LEADERSHIP" POSITION
7. LET A "PATIENT" RUN OUT OF THEIR
8. MEDICATION" BECAUSE THEY DID NOT ORDER
9. THE "MEDICATION"... ORDERED BUT TIME... OR
10. "REVIEW THE MEDICATION"... WHAT IF
11. SOMEONE HAD A "HEART ATTACK" THEY
12. WOULD BE "EMPLOYER LIABLE"... "NOT
13. QUALIFIED TO LEAD OR TRAIN ANYONE...
14. IN THE PRESENT CASE, SEE THE "ATTACHED"
15. "FACTUAL DOCUMENTATION"... FROM CURRENT
16. MEDICAL FILES CONCERNING MY OWN
17. MEDICAL CARE "FACTS" WHAT I SPEAK IS
18. SUPPORTED BY "FACTS"... NOT "HEARSAY"
19. "READ IT YOURSELF"... NOW IT IS UP TO
20. NAPH CORE CORP. TO TAKE CORRECTIVE
21. ACTION"... TO "REMEDY THE PROBLEM"...
22. - I SHOULD BE IN A LOWER BUNK, PER
23. LOWER BACK PAIN, AND SCIATIC NERVE
24. GUIDELINES," - - MY ACETAMINOPHEN 500 mgs
25. SHOULD BE ORDERED MONTHLY, AND "MY"

26. ( PAGE 29 )
27.
28.

1. No. MANY CARE CARP
2. HEART MEDICATION "LISINOPRIL ORAL-40 mgs
3. TABLET K.O.P.S. & AMLODIPINE ORAL-10 mgs
4. TABLET N.O.P.S SHOULD BE ORDERED ON
5. TIME AND "MONTHLY" IN A TIMELY
6. MANNER - NOT UNTIMELY. AND YOUR
7. NURSING STAFF SHOULD "NOTIFY" THAT
8. PATIENT" WHEN THEY ARRIVE.-
9. NUTRITION OF "INMATES IS A "LARGE"
10. PROBLEM OF "MEDICATIONS" ARRIVING.
11. BECAUSE WE HAVE "NO-IDEA" WHEN
12. MEDICATION ARRIVES.- NONE".-. "NOTICE"
13. - WHEN "MY FAMILY MEMBERS HAVE
14. TO "CONTACT YOUR OFFICE" BECAUSE I AM
15. NOT RECEIVING ADEQUATE MEDICAL CARE"
16. AND IF I HAVE TO INFORM YOUR
17. OFFICE OF MY "LACK OF ADEQUATE
18. MEDICAL CARE, - "THEN WHAT IS YOUR
19. NURSING STAFF DOING HERE? ". MAYBE
20. THE-NURSING STAFF LEADER'S ARE STILL
21. TRYING TO "REINVENT THE "WHEEL? ".
22. MAYBE THE NURSING STAFF LEADERSHIP
23. SHOULD BE PAYING ATTENTION TO THEIR
24. PATIENT INSTEAD".- A PRICE CANNOT BE
25. PLACED ON "SOMEONES HEALTH-CARE"...
26.                     ( page 20      )
27.
28.

1. NO. SLASH CARE COST.
2. A "PERSONS" HEALTH COMES FIRST, BEFORE
3. "MONEYS" OR "HEALTHCARE COSTS" HEALTHCARE
4. COSTS CANNOT BE "minimized" WHEN IT
5. COMES TO "providing" "ADEQUATE" MEDICAL CARE,
6. - IT "COSTS" WHATEVER IT MAY COST! ... TO
7. PROVIDE A "HEALTHIER LIFESTYLE" ... "PERIOD" ...
8. - THATS MY "POINT OF VIEW" ... REMEMBER
9. WE ARE DEALING WITH "HUMAN LIFE," AND
10. "LIBERTY" AT "STAKE" ... PEOPLE ARE NOT
11. A "Commodity" ... THEY ARE "PATIENTS" ...
12.
13. THANK YOU FOR YOUR "CONTINUED EXPERIENCE,"
14. AND "CLOSE ATTENTION" TO THIS SUBJECT
15. MATTER ...
16.
17. RESPECTFULLY SUBMITTED THIS 27th DAY OF
18. FEBRUARY IN THE YEAR OF OUR LORD 2023.
19.
20. BY; MR. James Henry Ziegenfuss JR. III   136479
21. MR. JAMES HENRY ZIEGENFUSS JR. III
22. 136479 AMOR  ATTORNEY OF RECORD
23. (U.S. NAVY VETERAN)
24.
25.
26.                    ( page 21 )
27.
28.

1  No. MADE CASE COVER

2

3  # VERIFICATION

4

5  I, Mr. JAMES NORMAN ZIEGENER, JR III,

6  136479 A.D.O.C, ATTORNEY OF RECORD; HAVE

7  "READ" THE FOREGOING DOCUMENT, AND HEREBY

8  "VERIFY" THAT THE "MATTERS"-ALLEGED "

9  THEREIN ARE "TRUE", EXCEPT AS TO THOSE

10 MATTERS ALLEGED ON " INFORMATION AND BELIEF

11 AND AS TO THOSE I BELIEVE THEM TO BE

12 "TRUE", THIS "DOCUMENT IS BASED UPON INFORMATION

13 AND BELIEF. "

14  I CERTIFY UNDER PENALTY OF PERJURY " THAT

15 THE FOREGOING DOCUMENT IS TRUE AND

16 CORRECT TO THE BEST OF MY KNOWLEDGE AND

17 BELIEF.

18

19  EXECUTED AT;

20

21 ARIZONA STATE PRISON COMPLEX TUCSON,

22 WINCHESTER UNIT 4-B-09 "UPPER/TOP"

23 1010 SAN PEDRO ROAD

24 P.O. BOX 24401

25 TUCSON, ARIZONA 85734

26 ─────── ( PAGE 22 )

27

28

1   No. "MATH-CATE CORP"

2

3   ## VERIFICATION

4

5   RESPECTFULLY SUBMITTED THIS 25ᵗʰ DAY OF

6   FEBRUARY IN THE YEAR OF OUR LORD "2023"...

7

8   BY: MR. _____ 136479 ᵍ

9      MR. JAMES HUBBARD HEGELER JR III

10     136479 A.N.D.C "ATTORNEY OF RECORD

11     ARIZONA STATE PRISON COMPLEX TUCSON

12     WINCHESTER UNIT, 4-B-09 "UPPER/TIER"

13     10002 SOUTH WILMOT ROAD

14     P.O. BOX 24401 ᵉ

15     TUCSON, ARIZONA 85734

16

17     - (U.S. NAVAL VETERAN)

18

19     "DESERTSHIELD / DESERTSTORM"...

20

21     "UNLIMITED RESPONSE REQUESTED"...

22

23

24

25

26            ( page 23 )

27

28