1  Joseph J. Popolizio, Bar #017434
   Justin M. Ackerman, Bar #030726
2  Daniel A. Shudlick, Bar #035950
   JONES, SKELTON & HOCHULI P.L.C.
3  40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
4  Telephone: (602) 263-4424
   Fax: (602) 651-7579
5  jpopolizio@jshfirm.com
   jackerman@jshfirm.com
6  dshudlick@jshfirm.com

7  Attorneys for Amicus Curiae NaphCare, Inc.
   d/b/a NaphCare Arizona, LLC

8

9              **UNITED STATES DISTRICT COURT**

10               **DISTRICT OF ARIZONA**

11 | Shawn Jensen; Stephen Swartz;          | No. 2:12-cv-00601-ROS
   | Dustin Brislan; Sonia Rodriguez;       |
12 | Christina Verduzco; Jackie Thomas;     | **NOTICE OF ASSOCIATION OF**
   | Jeremy Smith; Robert Gamez; Maryanne   | **COUNSEL WITHIN THE SAME**
13 | Chisholm; Desiree Licci; Joseph Hefner;| **FIRM**
   | Joshua Polson; and Charlotte Wells, on |
14 | behalf of themselves and all others    |
   | similarly situated; and Arizona Center for|
15 | Disability Law,                        |

16                    Plaintiffs,

17        v.

18 Ryan Thornell, Director, Arizona
   Department of Corrections; and Richard
19 Pratt, Interim Division Director, Division
   of Health Services, Arizona Department
20 of Corrections, in their official capacities,

21                    Defendants.

22

23        Daniel A. Shudlick, of the law firm Jones, Skelton & Hochuli, P.L.C., hereby

24 gives notice that he is appearing as co-counsel with Joseph J. Popolizio and Justin M.

25 Ackerman for Amicus Curiae NaphCare, Inc. d/b/a NaphCare Arizona, LLC, in the above-

26 captioned matter, and requests that copies of all notices, pleadings, correspondence, and

27 other matters of record be served at the address shown above.

28

11598349.1

DATED this 17th day of April, 2023.

JONES, SKELTON & HOCHULI, P.L.C.


By /s. Daniel A. Shudlick
Joseph J. Popolizio
Justin M. Ackerman
Daniel A. Shudlick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Amicus Curiae NaphCare,
Inc. d/b/a NaphCare Arizona, LLC


**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Jennifer Bernardo

2