Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.,<br><br>                     Plaintiffs,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>                     Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE NAMES AND QUALIFICATIONS OF PROPOSED EXPERTS** |

Plaintiffs and Defendants, through counsel, respectfully request an extension regarding submitting a proposed team of experts to conduct the ordered staffing analysis of the ADCRR healthcare delivery system. The parties have been diligently working towards an agreement with respect to this proposal, but need an additional week, to April 28, 2023, to allow them to continue meeting, discussing, and attempting to reach a consensus on the make-up of this team.

DATED this 21st day of April, 2023.

| | |
|---|---|
| **STRUCK LOVE BOJANOWSKI & ACEDO, PLC** | **PRISON LAW OFFICE** |
| By: s/ Daniel P. Struck<br>Daniel P. Struck<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>3100 W. Ray Road, Ste. 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>Email: dstruck@strucklove.com<br>rlove@strucklove.com<br>tbojanowski@strucklove.com<br>nacedo@strucklove.com<br>*Attorneys for Defendants Pratt and Thornell* | By: s/ Donald Specter<br>Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Rita K. Lomio (Cal. 254501)*<br>Sophie Hart (Cal. 321663)*<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Email:  dspecter@prisonlaw.com<br>ahardy@prisonlaw.com<br>snorman@prisonlaw.com<br>rlomio@prisonlaw.com<br>sophieh@prisonlaw.com<br><br>*Admitted pro hac vice<br><br>John H. Gray (Bar No. 028107)<br>Karl J. Worsham (Bar No. 035713)<br>Mikaela N. Colby (Bar No. 035667)<br>Kelly Soldati (Bar No. 036727)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: (602) 351-8000<br>Email:  jhgray@perkinscoie.com<br>kworsham@perkinscoie.com<br>kboughton@perkinscoie.com<br>mcolby@perkinscoie.com<br>ksoldati@perkinscoie.com<br>docketphx@perkinscoie.com<br><br>Jared G. Keenan (Bar No. 027068)<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013<br>Telephone: (602) 650-1854<br>Email:  jkeenan@acluaz.org |

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         mmorris@aclu.org
         echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:   ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar # 015690)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**

| | |
|---|---|
| 1 | 177 North Church Avenue, Suite 800 |
| 2 | Tucson, Arizona 85701<br>Telephone: (520) 327-9547 |
| 3 | Email:<br>   rdalyrooney@azdisabilitylaw.org |
| 4 |    mabela@azdisabilitylaw.org |
| 5 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alisha Tarin-Herman | atarinherman@perkinscoie.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck