**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | NO. 2:12-cv-00601-ROS |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE NAMES AND QUALIFICATIONS OF PROPOSED EXPERTS** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court, having reviewed the Joint Motion for Extension of Time to File Names and Qualifications of Proposed Experts, and good cause appearing,

IT IS ORDERED that the Joint Motion is GRANTED.

IT IS FURTHER ORDERED extending the deadline for the parties to file names and qualifications of proposed experts to April 28, 2023.