IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

      James Norman Ziegenfuss, an unnamed class member, submitted a Motion for Emergency Injunctive Relief (Doc. 4415) claiming denial of adequate medical care and retaliation.  Ziegenfuss' motion alleges that he has a longstanding diagnosis of lower back pain and sciatica and has been treated with prescriptions and orders for lower bunk status but NaphCare is not currently providing appropriate treatment, resulting in severe pain and risk to his safety.

      The Court previously instructed unnamed class members to file individual actions to challenge their own healthcare. (Doc. 4362 at 2).  The Court will direct the Clerk of Court to open the motion for emergency injunctive relief as a separate civil action.

      The parties seek additional time to submit proposed experts.  That request will be granted.

      **IT IS ORDERED** Ziegenfuss' Motion for Emergency Injunctive Relief (Doc. 4415) is **DENIED**.

      **IT IS FURTHER ORDERED** that the Motion for Emergency Injunctive Relief

filed by James Ziegenfuss must be opened as a separate civil action.

**IT IS FURTHER ORDERED** the Motion for Extension of Time (Doc. 4418) is **GRANTED**.

Dated this 26th day of April, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge