THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
CIV.L.R.
REFERENCE (7.0. 14-17, 5.4, 7.1(A)(1)
(Rule Number/Section)

4/19/23

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 24 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States District Court
U.S. Court House
401 W. Washington
Phoenix, AZ 85003-2118

Senior Judge
Mr Rosly D. Silver

Re: Jensen et al v. Ryan Thornell

2-12 C.V. 00601-ROS

Comes now a inmate confined in the Arizona Dept of Corrections, who is without any attorney or help to proceed in this matter.

Inmate Howard Ron, D. #062341 Prayfully asks this ruling Judge to appoint separate counsel for inmates to strick another law suite. Their is approx 800 inmates confined here at L25 Barchey unit. At least 4-5 hundred taking medications, which are being deprived of their proper issue, see my-

No. 2                                              4/24/23

inmate informally, dated, 4-16-23 Also
The inmate Grievance started on
4/16/23.

Respectfully submitted
it would appear that a senior Ruling
Judge, orders does not carry any
credence.

Respectfully,

Ron Howard
ADCRR Lewis Barchey
P. Box 70
Buckeye, AZ 85326

Arizona Department of Corrections, Rehabilitation & Reentry
Grievance Details



# Inmate Grievance/Informal Response Notice
# Medical

**Inmate Name:** RON HOWARD

**ADC#:** 62341

**Prison/Unit:** LEWIS/LEWIS BARCHEY

**Bldg/Bed:** L25 D-5A20L

## Case #:23-054632

# Informal Complaint

**Type:** Informal Response
**Date Received:** 04/17/2023 05:39 PM
**Response Author:** RUNION, TEARRA NMI
**Responded On:** 04/18/2023 09:51:44 AM
**Decision:**

# Case Details

**Case Number:** 23-054632

**Grievance Status:** Open

# Case Data

**Prison of Complaint:** LEWIS
**Opened Date:** 04/17/2023 05:39 PM
**Grievance Category:** Health Care/Medical

**Unit of Complaint:** LEWIS BARCHEY
**Grievance Stage:** Informal Answered

# Informal Grievance Response

**Grievance Date:** 04/16/2023 12:00:00 AM
**Response Due:** 05/08/2023 05:39 PM

**Issue:** Medication
**Responder:** RUNION, TEARRA NMI

**Response:** SUMMARY OF COMPLAINT Per your grievance you mentioned that on 04/15/23 during pill call you were only given one tramadol and one Keppra. You stated that you were informed that the unit Provider changed the order. You stated that a Doctor Taylor prescribed you this medication due to medical conditions and that your medical conditions have not changed. INMATE PROPOSED RESOLUTION Per your grievance you would like to resolve this issue by requesting the head contractor to please put your medication back to where they were for the last 7 years. INVESTIGATIVE ACTION Review of electronic medical records, to include consults, medications, Labs, scanned documents and provider notes FINDINGS AND DECISION Per review of your medical records you are scheduled to be seen by the Provider to discuss your plan of care for your medical and medication needs. If you continue to have medical concerns continue to follow the HNR process.

☐ Unprocessed

**Responder's Name:** TEARRA RUNION

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:



- Placing a single complaint on a single inmate Grievance form.

    **NOTE:  If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.**



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

**RECEIVED BY:** CCIII N4/17 79677

**TITLE:** CCIII 79677

**BADGE NUMBER:**

**DATE (mm/dd/yyyy):**

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

**INMATE NAME** (Last, First M.I.) (Please print): Howard Ron D.

**ADC NUMBER:** 062341

**DATE (mm/dd/yyyy):** 4/18/23

**INSTITUTION/FACILITY:** ADCRR Lewis Barchey, L25

**CASE NUMBER:** 23-054632

**TO: GRIEVANCE COORDINATOR:** K-Alford, or current

### Description of Grievance (To be completed by the Inmate)

Dr. 802, 5.0, 5-2, 5.2.4 This Grievance is struck against the Contract Facility Health Administrator. This Contractor is failing to provide proper medications and is delinquent in their job responsibility, and failure in their obligations to provide dependable Accountability with no regard to the Health and welfare of this inmate, or other prisoners confined at the Dept of Corrections, State of Arizona Barchey Unit. By cutting my prescripted medication in Half, from 4-Tramsdull's and 2-Krapter daily, down to 1-Tramsdull and 1-Krapter, AM-PM. This Contractor has showed deliberate indifference, to me.

### Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

**INMATE'S SIGNATURE:** Ron Howard

**DATE (mm/dd/yyyy):** 4/18/23

**GRIEVANCE COORDINATOR'S:**

**DATE (mm/dd/yyyy):**

**Action taken by** _____ **Documentation of Resolution or Attempts at Resolution.**

**STAFF MEMBER'S SIGNATURE:**

**BADGE NUMBER:**

**DATE (mm/dd/yyyy):**

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

LOG NO. 23-054632

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

5-A-20

COIII Munn #9677

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Howard Ron D. | 062341 | Lewis Barchey L25 | 4/16/23 |

| TO | LOCATION |
|---|---|
| MEDICAL INFORMAL CONTRACT ASSISTANT Director | Medical Dept, Lewis Barchey L25 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

D.O. 802, 5.0 - 5.2

This complaint is struck on the Medical Contractor for this prison unit. ADCRR Lewis Barchex L25.

# On and about 4/15/23, a employee who works for this contractor, here at ADC Lewis L25. This employee who passes out medication, daily came here and only gave me half of my prescribed medication which is 2-Tramdols, and 1-Kapter, daily, AM and PM. Today pill lady Jensen only gave me 1 Tramdol and 1-Kapter, I asked who ordered this, she told me this lady Sharon Joshua who is a Nurse Practenor, changed my original order from Dr. Taylor, which was order for me, back in Oct 2016. My Medical conditions have not changed. I was diagnosed with D.J.D., Also I have had 5-previous surgeres for Basil Cell Cancer. With out my original medications, I will suffer from this Joint disease of the spine, my arm loses all strenght and hurts all over.

To fix this injustice and harm that is being perturbable for my age of 75 yrs. And having also suffered thur 5-cancer surgery's, I am asking this head contractor, to please put my medication back to where they were for the last 7-yrs. Thank you
Also this Sharon Joshua gave no reasons to change any thing

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Ron Howard | 4/16/23 |

Have you discussed this with institution staff? ☑ Yes ☐ No

If yes, give the staff member name: Jensen Pill Lady, Also I am sending copy's to court Jensen et al. vs Ryan Thornell
2:12-cv-00601-ROS

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14