Health Needs Request (HNR), 4/12/23
Inmate Informal Complaint Res, 4-17-23
Inmate Grievance, 802.3, 4-21-23
Case Number, 23-04875

5-4-19, LARA, D # 254793

April 29, 2023

CV-12-00601-PHX-ROS

Daniel LARA, 254793
L25,
Medical Dept,
ADCRR Lewis Barchey unit

Head Medical Administrator
Dr. Paul,

Phoenix, Arizona

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

MAY 03 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIV·L·A·5·4
(Rule Number/Section)

Phoenix/Prescott Divisions
Clerk of The Court, U.S. District
U.S. Courthouse, Suite 130
401 West Washington Street, SPC 10
Phoenix, Arizona 85003-2119

Respectfully submitted, 4/29/23

I am a inmate, incarcerated at ADCRR Lewis Barchey unit, This is A separate unit at Lewis Complex, Buckeye, AZ 85326
My Civil Rights Are Being violated on A Daily Basis in The information which is Herein Pervided, inclosed copy's of The Exhibits, filed To date.

It is my Prayer That This information could Be Treated As A open face letter To The Courts, U.S. District Clerk And Previded for Review By The Honerble, U.S. District Judge, Senior Ros. O. Silver.

Sincerly,
Daniel Lara
A.D.C # 254-793
5-A-19
Lewis Complex Barchey Unit

Jensen et,al V. R. Thornell
2-12, CV-00601, ROS

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

RECEIVED BY: CCIII _mmm_
TITLE: CCIV
BADGE NUMBER: 9079
DATE (mm/dd/yyyy): 4/21/23

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

INMATE NAME (Last, First M.I.) (Please print): Lora Daniel
ADC NUMBER: 254793
DATE (mm/dd/yyyy): 4 21 23
INSTITUTION/FACILITY: Lewis/Barchey
CASE NUMBER: 23-04875
TO: GRIEVANCE COORDINATOR: Kyle Alford

**Description of Grievance** (To be completed by the Inmate): I Am not sotafied with the Responce given 2 to 3 - weeks ago I seen the pRovider and was given a scRiped for pain mangement, that scriped was 1/2 for no Reason my Needs havent Been addressed at all I was seen by a street DoctoR and was given a plan to follow. there is a deliberate indifference to me and my health, the obligations to provide dependale AccountaBility for my health is medicals Responsibilty. Health and welfare is my Right and the state Responsibility as providers and medical practice and facility Health AdministRator Job to conduct, And the obligations of the states. I was not taken Back to the doctors on the streets oR on the yaRd.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?): I want my prescribed medication Back to what I was prescribed and I want to Be seen By a Real street doctor so that my Back can Be fixxed Before the problem gets so Bad that I cant walk or worse.

INMATE'S SIGNATURE:
DATE (mm/dd/yyyy): 4 21 23
GRIEVANCE COORDINATOR'S:
DATE (mm/dd/yyyy):

Action taken by _____   Documentation of Resolution or Attempts at Resolution.

STAFF MEMBER'S SIGNATURE:
BADGE NUMBER:
DATE (mm/dd/yyyy):

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| LARA Daniel | 254793 | Lewis / Barchey | 4/17/23 |

**TO** Medical Informal Resolution
Contract Assistant Director

**LOCATION** Medical Dept. Lewis Barchey (L.25)

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I am Informaly trying to Resolve this issue, Two Week's ago I went to the yard doctor, at witch time, I was given a script for Gabbapenton, to day I was told my script was cut in half, and wasn't told why. I was sent to the doctor on the streets and they gave "3 shots on the left and "3 shots on the Right, witch was so painful that I started complaing about intence pain on Both sides of my Back. I asked them then please help me I don't think I could even walk, I was put in a wheel chair and took back to the D.O.C. Van, and took back to the prison, I was told than that I would Be seen agin, by Real Doctor's on the streets, and have not, I was in so much pain a day later I had to have an officer call Medical and get them to see me!

This has all Been Documented By Both your Doctor's and the street doctors, so I Am starting a law suit Now.

Thank you have a nice day

**INMATE SIGNATURE** [signature]

**DATE** 4-17-23

**Have you discussed this with institution staff?** ☒ Yes ☐ No

**If yes, give the staff member name:** Provider Joshua & Nurse Jenson

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| LARA Daniel | 254-793 | 4-17-23 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| S-A-19 | Barchey | 70 | Lewis/Barchey |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente)
☒ Medical/Médico   ☐ Dental   ☒ FHA
☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I need to be seen by a provider. I was issued medication for 2 serious back issue by Sharon Jashua and now my medication was cut in half. How can you cut my dose of medication down when I've done nothing wrong and to top it off I'm still in pain. I will continue forward and File a civil suit for negligence of treatment. All see you in court!!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

### SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA
☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  |  |

### SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  |  |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR