**EXHIBIT A**

**EXHIBIT A**

# COURT ORDER QUARTERLY CORRECTIONAL STAFFING REPORT
## JANUARY 2023 – MARCH 2023

### Number of Correctional Staff Assigned to Each Complex at the Beginning of the Quarter*

| | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 401 | 9 | 28 | 45 | 17 | 5 | 6 | 511 |
| Eyman | 757.25 | 12 | 85 | 117 | 34 | 13 | 9 | 1027.25 |
| Lewis | 614.25 | 23 | 54 | 84 | 32 | 13 | 10 | 830.25 |
| Perryville | 385.5 | 12 | 49 | 67 | 27 | 13 | 8 | 561.5 |
| Phoenix | 188.5 | 8 | 16 | 17 | 8 | 4 | 3 | 244.5 |
| Safford | 204.25 | 6 | 27 | 41 | 18 | 7 | 6 | 309.25 |
| Tucson | 745.5 | 26 | 63 | 91 | 37 | 15 | 11 | 988.5 |
| Winslow | 186.5 | 1 | 20 | 40 | 13 | 5 | 5 | 270.5 |
| Yuma | 765 | 31 | 51 | 66 | 25 | 10 | 7 | 955 |
| TOTAL | 4247.75 | 128 | 393 | 568 | 211 | 85 | 65 | 5697.75 |

*There are currently 39 employees assigned to Florence Complex to help with the closure

### Number of Correctional Staff Employed at Each Complex by the End of the Quarter

| | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 420 | 17 | 28 | 45 | 17 | 6 | 6 | 539 |
| Eyman | 759.75 | 10 | 85 | 120 | 35 | 13 | 9 | 1031.75 |
| Lewis | 660 | 29 | 59 | 86 | 32 | 12 | 7 | 885 |
| Perryville | 397.5 | 11 | 52 | 69 | 26 | 13 | 6 | 574.5 |
| Phoenix | 192.5 | 11 | 16 | 17 | 8 | 4 | 3 | 251.5 |
| Safford | 204.75 | 6 | 27 | 40 | 18 | 7 | 6 | 308.75 |
| Tucson | 743.25 | 29 | 62 | 91 | 37 | 15 | 11 | 988.25 |
| Winslow | 183.25 | 2 | 18 | 39 | 15 | 5 | 5 | 267.25 |
| Yuma | 749 | 31 | 51 | 65 | 25 | 9 | 9 | 939 |
| TOTAL | 4310 | 146 | 398 | 572 | 213 | 84 | 62 | 5785 |

# COURT ORDER QUARTERLY CORRECTIONAL STAFFING REPORT
## JANUARY 2023 – MARCH 2023

### Turnover Rate for the Quarter - Terminations and Staff Assigned

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned |
| Douglas | 3 | 401 | 0 | 9 | 0 | 28 | 0 | 45 | 1 | 17 | 0 | 5 | 0 | 6 | 4 | 511 |
| | 0.75% | | 0.00% | | 0.00% | | 0.00% | | 5.88% | | 0.00% | | 0.00% | | 0.78% | |
| Eyman | 20 | 757.25 | 1 | 12 | 1 | 85 | 1 | 117 | 0 | 35 | 1 | 13 | 0 | 9 | 24 | 1028.25 |
| | 2.64% | | 8.33% | | 1.18% | | 0.85% | | 0.00% | | 7.69% | | 0.00% | | 2.33% | |
| Lewis | 26 | 614.25 | 0 | 23 | 0 | 54 | 1 | 84 | 0 | 32 | 0 | 13 | 1 | 10 | 28 | 830.25 |
| | 4.23% | | 0.00% | | 0.00% | | 1.19% | | 0.00% | | 0.00% | | 10.00% | | 3.37% | |
| Perryville | 19 | 385.5 | 0 | 12 | 1 | 49 | 2 | 67 | 0 | 26 | 0 | 13 | 1 | 8 | 23 | 560.5 |
| | 4.93% | | 0.00% | | 2.04% | | 2.99% | | 0.00% | | 0.00% | | 12.50% | | 4.10% | |
| Phoenix | 4 | 188.5 | 0 | 8 | 2 | 16 | 0 | 17 | 0 | 8 | 0 | 4 | 0 | 3 | 6 | 244.5 |
| | 2.12% | | 0.00% | | 12.50% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 2.45% | |
| Safford | 7 | 120.25 | 0 | 6 | 1 | 27 | 0 | 41 | 0 | 18 | 0 | 7 | 0 | 6 | 8 | 225.25 |
| | 5.82% | | 0.00% | | 3.70% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 3.55% | |
| Tucson | 27 | 745.5 | 0 | 26 | 2 | 63 | 0 | 91 | 0 | 37 | 0 | 15 | 0 | 11 | 29 | 988.5 |
| | 3.62% | | 0.00% | | 3.17% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 2.93% | |
| Winslow | 11 | 141.5 | 0 | 1 | 0 | 20 | 0 | 40 | 0 | 15 | 0 | 5 | 0 | 5 | 11 | 227.5 |
| | 7.77% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 4.84% | |
| Yuma | 20 | 765 | 1 | 31 | 0 | 51 | 1 | 66 | 0 | 25 | 0 | 10 | 0 | 7 | 22 | 955 |
| | 2.61% | | 3.23% | | 0.00% | | 1.52% | | 0.00% | | 0.00% | | 0.00% | | 2.30% | |
| TOTAL | 137 | 4118.75 | 2 | 128 | 7 | 393 | 5 | 568 | 1 | 213 | 1 | 85 | 2 | 65 | 155 | 5570.75 |
| | 3.33% | | 1.56% | | 1.78% | | 0.88% | | 0.47% | | 1.18% | | 3.08% | | 2.78% | |

# COURT ORDER QUARTERLY CORRECTIONAL STAFFING REPORT
# JANUARY 2023 – MARCH 2023

### Retention Rate for the Quarter - Staff Employed 12+ Months (mo.) and Staff Assigned**

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned |
| Douglas | 326 | 381 | 16 | 9 | 27 | 28 | 41 | 45 | 16 | 17 | 4 | 5 | 4 | 6 | 434 | 491 |
| | 85.56% | | 177.78% | | 96.43% | | 91.11% | | 94.12% | | 80.00% | | 66.67% | | 88.39% | |
| Eyman | 617 | 1077 | 10 | 12 | 65 | 85 | 100 | 117 | 32 | 34 | 10 | 13 | 9 | 9 | 843 | 1347 |
| | 57.29% | | 83.33% | | 76.47% | | 85.47% | | 94.12% | | 76.92% | | 100.00% | | 62.58% | |
| Lewis | 473 | 1042 | 30 | 23 | 54 | 54 | 80 | 84 | 29 | 32 | 11 | 13 | 10 | 10 | 687 | 1258 |
| | 45.39% | | 130.43% | | 100.00% | | 95.24% | | 90.63% | | 84.62% | | 100.00% | | 54.61% | |
| Perryville | 352 | 634 | 11 | 12 | 50 | 49 | 69 | 67 | 26 | 27 | 10 | 13 | 7 | 8 | 525 | 810 |
| | 55.52% | | 91.67% | | 102.04% | | 102.99% | | 96.30% | | 76.92% | | 87.50% | | 64.81% | |
| Phoenix | 154 | 225 | 10 | 8 | 14 | 16 | 15 | 17 | 6 | 8 | 4 | 4 | 2 | 3 | 205 | 281 |
| | 68.44% | | 125.00% | | 87.50% | | 88.24% | | 75.00% | | 100.00% | | 66.67% | | 72.95% | |
| Safford | 163 | 275 | 6 | 6 | 22 | 27 | 33 | 41 | 14 | 18 | 4 | 7 | 4 | 6 | 246 | 380 |
| | 59.27% | | 100.00% | | 81.48% | | 80.49% | | 77.78% | | 57.14% | | 66.67% | | 64.74% | |
| Tucson | 645 | 997 | 28 | 26 | 57 | 63 | 90 | 91 | 35 | 37 | 14 | 15 | 10 | 11 | 879 | 1240 |
| | 64.69% | | 107.69% | | 90.48% | | 98.90% | | 94.59% | | 93.33% | | 90.91% | | 70.89% | |
| Winslow | 173 | 325 | 4 | 1 | 20 | 20 | 36 | 40 | 13 | 13 | 5 | 5 | 3 | 5 | 254 | 409 |
| | 53.23% | | 400.00% | | 100.00% | | 90.00% | | 100.00% | | 100.00% | | 60.00% | | 62.10% | |
| Yuma | 604 | 756 | 30 | 31 | 49 | 51 | 63 | 66 | 25 | 25 | 10 | 10 | 8 | 7 | 789 | 946 |
| | 79.89% | | 96.77% | | 96.08% | | 95.45% | | 100.00% | | 100.00% | | 114.29% | | 83.40% | |
| TOTAL | 3507 | 5712 | 145 | 128 | 358 | 393 | 527 | 568 | 196 | 211 | 72 | 85 | 57 | 65 | 4862 | 7162 |
| | 61.40% | | 113.28% | | 91.09% | | 92.78% | | 92.89% | | 84.71% | | 87.69% | | 67.89% | |

**Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter

# COURT ORDER QUARTERLY CORRECTIONAL STAFFING REPORT
# JANUARY 2023 – MARCH 2023

## Overtime Hours for Correctional Staff

|  | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 4,741.25 | 112.25 | 16.00 | 627.25 | 38.50 | 7.00 | 4.50 | 5,546.75 |
| Eyman | 93,634.25 | 1,096.50 | 7,408.75 | 18,657.00 | 6,270.50 | 1,106.25 | 1,556.25 | 129,729.50 |
| Lewis | 99,197.80 | 5,286.35 | 9,073.90 | 13,666.90 | 4,277.60 | 1,503.00 | 1,454.00 | 134,459.55 |
| Perryville | 18,410.45 | 1,083.25 | 1,738.25 | 3,742.75 | 1,380.75 | 986.95 | 514.25 | 27,856.65 |
| Phoenix | 20,700.70 | 1,360.00 | 916.50 | 2,136.25 | 526.50 | 128.75 | 136.50 | 25,905.20 |
| Safford | 9,596.52 | 244.25 | 1,024.25 | 2,478.20 | 628.50 | 183.50 | 56.75 | 14,211.97 |
| Tucson | 61,748.55 | 2,817.45 | 4,163.95 | 9,517.75 | 4,029.25 | 622.50 | 671.75 | 83,571.20 |
| Winslow | 11,582.12 | 190.75 | 1,392.50 | 2,287.25 | 1,622.00 | 243.00 | 756.75 | 18,074.37 |
| Yuma | 9,157.00 | 277.75 | 44.50 | 838.00 | 260.00 | 26.50 | 13.00 | 10,616.75 |
| TOTAL | 328,768.64 | 12,468.55 | 25,778.60 | 53,951.35 | 19,033.60 | 4,807.45 | 5,163.75 | 449,971.94 |

# COURT ORDER QUARTERLY CORRECTIONAL STAFFING REPORT
# JANUARY 2023 – MARCH 2023

**Vacancy Rate for the Quarter - # Vacant Positions at end of Quarter / Total Number of Positions**

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions |
| Douglas | 13 | 433 | 3 | 20 | 0 | 28 | 0 | 45 | 1 | 17 | 0 | 6 | 0 | 6 | 17 | 555 |
| | 3.00% | | 15.00% | | 0.00% | | 0.00% | | 5.88% | | 0.00% | | 0.00% | | 3.06% | |
| Eyman | 390.25 | 1150 | 27 | 37 | 3 | 88 | 0 | 120 | 0 | 35 | 1 | 13 | 0 | 9 | 421.25 | 1452 |
| | 33.93% | | 72.97% | | 3.41% | | 0.00% | | 0.00% | | 7.69% | | 0.00% | | 29.01% | |
| Lewis | 403 | 1063 | 12 | 41 | 1 | 60 | 3 | 89 | 0 | 32 | 1 | 13 | 3 | 10 | 423 | 1308 |
| | 37.91% | | 29.27% | | 1.67% | | 3.37% | | 0.00% | | 7.69% | | 30.00% | | 32.34% | |
| Perryville | 243.5 | 641 | 25 | 36 | 3 | 55 | 4 | 73 | 2 | 28 | 0 | 13 | 3 | 9 | 280.5 | 855 |
| | 37.99% | | 69.44% | | 5.45% | | 5.48% | | 7.14% | | 0.00% | | 33.33% | | 32.81% | |
| Phoenix | 34.5 | 227 | 0 | 11 | 0 | 16 | 0 | 17 | 0 | 8 | 0 | 4 | 0 | 3 | 34.5 | 286 |
| | 15.20% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 12.06% | |
| Safford | 127.25 | 332 | 12 | 18 | 0 | 27 | 2 | 42 | 0 | 18 | 0 | 7 | 0 | 6 | 141.25 | 450 |
| | 38.33% | | 66.67% | | 0.00% | | 4.76% | | 0.00% | | 0.00% | | 0.00% | | 31.39% | |
| Tucson | 260.75 | 1004 | 18 | 47 | 1 | 63 | 0 | 91 | 0 | 37 | 0 | 15 | 0 | 11 | 279.75 | 1268 |
| | 25.97% | | 38.30% | | 1.59% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 22.06% | |
| Winslow | 143.75 | 327 | 18 | 20 | 4 | 22 | 2 | 41 | 0 | 15 | 0 | 5 | 0 | 5 | 167.75 | 435 |
| | 43.96% | | 90.00% | | 18.18% | | 4.88% | | 0.00% | | 0.00% | | 0.00% | | 38.56% | |
| Yuma | 9 | 758 | 1 | 31 | 0 | 51 | 1 | 66 | 0 | 25 | 1 | 10 | 0 | 9 | 12 | 950 |
| | 1.19% | | 3.23% | | 0.00% | | 1.52% | | 0.00% | | 10.00% | | 0.00% | | 1.26% | |
| TOTAL | 1625 | 5935 | 116 | 261 | 12 | 410 | 12 | 584 | 3 | 215 | 3 | 86 | 6 | 68 | 1777 | 7559 |
| | 27.38% | | 44.44% | | 2.93% | | 2.05% | | 1.40% | | 3.49% | | 8.82% | | 23.51% | |