**EXHIBIT B**

**EXHIBIT B**



# Arizona Department of Corrections, Rehabilitation, and Reentry

# Information Technology Memo

**To:** James O'Neil, Assistant Director, Office of Planning, Information & Research

**From:** Stephen Baird, Chief Information Officer

**Date:** 05/05/2023

**Subject:** Communication Engineer - Hired May 5, 2023

---

On April 7, 2023 we contacted the state contracted staffing firm ACRO to solicit a Communication Engineer to provide the assessment of the technical requirements to install the EOMS at the designated sites per the Jensen Order and Permanent Injunction. The week of April 3, 2023 thru April 7, 2023 we conducted five (5) interviews and selected a candidate. A conditional offer was made and accepted.

Our candidate started the background review and then on Wednesday May 3, 2023 ACRO advised the candidate resigned his acceptance of the position because of illness.

On May 4, 2023 we reached out to our second candidate George Rittenbach about the position and he responded on May 5, 2023 and expressed continued interest. A conditional offer was made to the candidate and he accepted on May 5, 2023. Currently we are working through ACRO to get the background check started and begin the onboarding process with Mr. Rittenbach.