# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Thornell, | |
| Defendant. | |

The parties have agreed the staffing analysis should be conducted by a team led by Marc F. Stern, M.D., with Donna Strugar-Fritsch, as a member of the team. Both Dr. Stern and Ms. Strugar-Fritsch have appropriate knowledge and experience to perform the staffing analysis. Therefore, the Court will appoint them. The parties may make recommendations for additional individuals to assist in the analysis and Dr. Stern may appoint such individuals as he deems appropriate.

Class member Ron Howard filed a motion seeking the appointment of counsel to address issues with the delivery of medication. (Doc. 4421). The motion and supporting documents reflect Mr. Howard claims his daily prescription medication dosage has been cut in half without explanation. Similarly, class member Daniel Lara filed a notice stating his civil rights are being violated. (Doc. 4423). Mr. Lara also asserts that a recent prescription for medication to address back pain was cut in half for no reason. The Court will direct the Clerk of Court to open both documents as separate civil actions.

Accordingly,

1    **IT IS ORDERED** pursuant to 1.17 of the Order and Permanent Injunction, Marc. F. Stern, M.D., is appointed to lead the team performing the staffing analysis. Donna Strugar-Fritsch is appointed as a member of that team. Dr. Stern may appoint additional team members as he deems appropriate.

**IT IS FURTHER ORDERED** the Motion to Appoint (Doc. 4421) is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion for Appointment of Counsel filed by Ron Howard (Doc. 4421) and the Notice of Civil Rights Violations by Daniel Lara (Doc. 4423) must be opened as separate civil actions.

Dated this 9th day of May, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge