Anant Kumar Tripati
(02081)
P. O. Box 8800
Yuma, AZ 85349

FILED ☒   LODGED ___
RECEIVED ___   COPY ___

MAY 0 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: LR Civ 5.4
(Rule Number/Section)

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen | 12-CV-00601 ROS |
| vs | Motion Concerning |
| Ryan Thornell | Techcare Breach |

The Inmate Techcare System that

Napheare uses — is NOT secure —

Specifically — Inmates can

Take the ADC Number and

Date of Birth of Any Inmate

— And get their entire

Activity that the inmate

Has War with MEDICAL.

I Ask that NaphCare And Adoc be told to Shut the Techcare System — until it. Re Fixed.

Respectfully

5/3/23

Come to Court