# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>　　　　Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

The Court-appointed personnel have submitted invoices through March 2023. Those invoices will be paid.

Accordingly,

**IT IS ORDERED** the Clerk of Court is directed to disburse from the amounts previously deposited the following amounts:

- Emma Zanetti: $720.00;
- Madison Divis: $2,115.00;
- Lara Strick, M.D.: $6,337.80;
- Bart Abplanalp, Ph.D.: $550.00;
- Scott R. Frakes: $5,543.61.

…

…

…

…

**IT IS FURTHER ORDERED** the Clerk of Court must forward a copy of this Order to the Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona.

Dated this 16th day of May, 2023.

_____
Honorable Roslyn O. Silver
Senior United States District Judge