Francisco V. Chala, #134523
ASPC-Lewis / Barchey unit
P.O. Box 70
Buckeye, Az. 85326

FILED LODGED
May 19 2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Shawn Jensen, et al.
Plaintiffs,

v.

Ryan Thornell, et al,
Defendants.

CASE NO.: CV-12-00601-PHX-ROS

NOTICE TO COURT

Comes now, Plainff, Francisco V. Chala #134523 is coming to this respectable court to Notice court of continuing bad faith acts of deliberate Indifference that are carried out by medical.

I found out last year about this time that my A1C count is 6.3 which puts me as a border line diabetic according to Nurse Practicioner S. Joshua. N.P Joshua continues Not to treat and address my medical needs, I asked N.P. Joshua in numeral occassions to please order a Low Carb diet, N.P Joshua states that I have to be a full diabetic to recieve a diet, I have filed 2 grievances to no avail, I have spoken to

The head Nurse Runion, to no Avail.

I'm respectably asking this court to intervene in this matter in hopes that I can get proper medical care for this issue that has been drawn out far further than medically necessary.

RESPECTFULLY submitted this 19 day of May 2023

By: Francisco V. Chala
Francisco V. Chala.
Plaintiff Pro se