Alfredo Martinez #241374
A.S.P.C. Lewis
Rast Max -3B3-23
P.O. Box 70
Buckeye, AZ 85326
Plaintiff; Subclass member

☒ FILED   ☐ LODGED

**May 19 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| Shawn Jensen, et al. Plaintiff, V. Thornell Ryan et al., Defendants. | No. CV-12-00601-PHX-ROS Motion of Clarification of Sub-class Plaintiff Members / Declaration of Subclass Member Alfredo Martinez (Refuse To House) |

    Order and Injunction Document No. 4410, filed on 04/07/23 outlines subclass members as follows: "The Subclass consists of "all prisoners who are now, or will in the future be, subjected by the A.D.C. to isolation, defined as confinement in a cell for 22 hours or more each day."

1-of-3

Although This court has recognized That "it is possible prisoners outside of the four Classifications will become subclass members," ADC Administration Continues To Deny such status housed In Rast Max For Inmate's Labeled "Refuse To House" pursuant to D.o. 704:10.0 Inmate Regulations. Thus, To This effect A.D.C. Has effectivley Hindered and blocked "Refuse to house" inmates relief outlined In The Courts order and injunction, prejudiced to all "Refuse to house" inmates confined to the Isolation conditions of Detention confinement Housed at Rast Max.

"Refuse To House" Inmate's are subjected to the most restrictive conditions of Confinement. 22 Hour Lock Down Daily, Removal of Commissary purchase, Removal of Visit/Phone/Tablet priviledges, Loss of good Time, Reduction of Recreation Availability, Reduction of Nutritional/Caloric Intake Less Than general population, And repetitive disciplinary sanctions, without Penological intrest. Refuse To house inmates In Protective Custody Request further protection from Dangerous elements in p.c. units, And Are Thus Are Labeled wrongly "Refuse To house" And Subjected To Confinement Conditions.

I, Alfredo B. Martinez #241374, Defined And outlined In The Court's order And Injunction Doc. #4410 Submit's this Declaration As A Subclass member To Shawn Jensen v. Ryan Thornell, Seeking Relief Imposed And the Court's intervention.

I, Alfredo B. Martinez Submit this Declaration under The Penalty of Purjury, That the Above stated Is True And Accurate to the best of my Knowledge And understanding.

Submitted: This 19th Day of May, 2023.

Alfredo B. Martinez #241374

*Alfredo Martinez*

Subclass member