Michael Aguilar

FILED ✓    LODGED
RECEIVED   COPY

MAY 19 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Clerk of the Court
United States District Court
United States Courthouse, Suite 130
401 West Washington Street, SPC 10
Phoenix, Arizona 85003-2119

CV-12-00601-PHX-ROS

May 11, 2023

RE: Notice of no copying capabilities

Dear Clerk:

I write to you from the most corrupt county in America. Please help me. I have no way of making copies, but I want someone of integrity to read the attached motion. People die in the Pima County Jail every week and no one cares. Please help me.

Thank you.

Eternally grateful,

[signature]