To Whom it May Concern,                                5-17-23

The enclosed letter is in Ref. to CASE NO. CV-12-00601-PHX-ROS I have also sent the same to the Plaintiffs Attorneys as well. I feel that the Honorable Judge Silver should know they are doing the same things in Private Prisons and are showing the same Medical indifference as the Did on State D.O.C. yards. Thank you for your time.

Sincerely,

[signature]

FILED ____ LODGED
RECEIVED ____ COPY

MAY 22 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

To whom it May Concern:                                5-8-23

My Name is Jim M. Settles, Jr. ADC# 293261 I am currently Housed on Aspc-Kingman Complex on Huachuca Unit Building 1 Epod Bunk 48 Lower. This facility is Run by Geo group. The Medical Services here is Sub-Standard, Like is decribed in the Lawsuit Jensen V Thornell. This yard houses at max, 1500 inmates. Our current population approximately 1300 currently. We have One full time MD and One Part-time MD in total.

I hAve Life threatening Sleep Apnea. During my Sleep Study I had 273 Desaturations in 58.30 minutes. I am a 16 on Epwort Sleepiness Scale. my Desats were As Low as 50%. The current mask has been giving me problems effecting my Sleep Since October of 2022. In January of 2023 I was seen By FNP-Lucero. I Explained the issues I was having and She agreed I needed a C-pap Mask with a Chin Strap. At this time She ordered a Phillips Respersonics Opti-Life C-pap Mask. I Watched As she entered her order on a Soap note in my chart. I wrote an HNR on 2-5-23 stating my current mask has a hole that I taped But was still leaking. My HNR Also inquired about my New Mask FNP Lucero had ordered 3-4 weeks prior. CNA Chase Responded to My HNR with "Call you to medical to get C-pap Mask." While waiting to be called I had to use Cellophane and Masking Tape to "Patch" the hole in the Mask Hose. On 3-18-23 my 6th hose from the Machine to the Mask Hose was getting very thin. I Submitted a HNR requesting a new hose. I Also asked about the new mask NP Lucero ordered me about 3 months ago

again Stressing My Current mask "has a hole and is Being held togeather with Plastic Wrap and Tape" Again CNA Chase Responded to HNR with "your C-PAP mask has been ordered ~~××××~~ + Call you to Medical when it Comes in. Call you to Medical - CPAP hose" I was Called a few days Later to recieve my Hose. At that time I inquired to CNA Chase about the New Mask Np Lucero ordered over 3 months ago. She Stated that Director of Nursing Taylor had Just ordered it and I should Recieve it Sometime In April 2023. ~~××××~~ About a week and a half ago I went to Medical on Doctors Line. While there I again inquired about Mask and New filters for my C-PAP Machine to CNA Chase. She asked me to go back to my Housing Unit and Bring the Mask with the hole and filter back to medical. When I Returned with Both She Looked for both and Returned Stating that they Had None in stock that the Pharmacy Tech R. Lio CPHT was going to Cerbat another unit on the Complex at noon and he was going to Check there to see if they had filters and a Replacement Hose. I Returned to my housing Location and was not Called to medical until 05/08/2023.

I went to Case Manager (CO III) Rutherford today 05/08/2023 to Ask him to Call Medical to get information Reguarding My C-PAP Mask or Replacement Parts. The yard was Closed and I Cannot just go to Medical without a Call out from Medical. He then Contacted The Director of nursing MS Grassi. He identified himself and Explained I was in his office asking About My Mask or Replacement parts. I Couldn't hear her Actual Response but Could hear her yelling. Mr. Rutherford Ended the conversation and hung up the phone Stating "God Shes A BITCH!"

He then informed me that my C-PAP mask came in this morning and I would be called to Medical sometime before Friday to pick up my new mask. I left the case managers office and returned to my housing unit. Within the next 10 minutes I was paged to the control bubble where OJT Glick informed me Medical called and wanted me to grab my old C-PAP mask and report to medical. Once I arrived I was called directly back into Medical area. Accucheck Line was being conducted. RN Buckley stated "you should know better than to go over our (nurses) heads. Everything goes thru us (nurses) first." CNA Chase came out of nurses office a stated "Who in the hell do you think you are? Don't you ever fucking lie about me. I'm not the one." I tried to ask how I lied and was cut off. CNA Chase then stated "No don't interrupt me your going to listen to what I say." We then walked further back to a table. While we were walking away RN Buckley stated to the inmates getting Accucheck, "Skittles (my nickname) run shit around here, he knows people, He doesn't have to follow protocol." There were several inmates present as well a Security officer Ochoa. CNA Chase proceed to open a mask and what she called my chin strap for the mask. It wasn't the mask FNP-C Lucero had ordered and the "chin strap" was headgear for a BI-PAP mask. I informed CNA Chase of both facts and I stated I would use the mask, because my current one had a hole, until the correct one could be orded and delivered. She asked me to write down the name of the mask FNP-C Lucero ordered and she would have D.O.N. Grassi order it the next day. CNA Chase stated "Don't leave yet I'm gonna make sure you sign something saying I gave you a mask." She pulled out a sign in sheet filled it out and had me sign. I left Medical and returned to my housing location.

Another Medical issue Started with an HNR I Submitted on 11/24/2021 Complaining about Pain in my left Kidney. Not hearing anything I wrote another HNR on 12/1/2021 FNP-C Lucero Seen me on 12/08/2021 and ordered FLO-MAX. Finally in July 2022 MD Richardson finally ordered a CT and Stated he Put "A Rush" on it. I didn't go out Until October 2022 about a week Prior to CT FNP-C Lucero was worried how long it was taking to get me out for CT So she ordered an inhouse X-RAY. I went out about a week Later for CT when I Returned from KRMC. The xray tech took XRAY the Same day. Both the CT and XRAY Confirmed I had a 20mm Kidney Stone in the pelvic junction of my left Kidney. At that time FNP-C Lucero Started me on Pain Medication. The tramidol she ordered wasn't working much so After talking to FNP-C Lucero and MD Richardson I was Switched to tylenol 3 with Codine. Shortly After I was finally taken to KRMC urology MD Reed the urologist went over options for Surgery and decided a Lithotripsy was the best Corse of Action, which I finally had Surgery on Feb. 2023 during this time I kept Running out of pain Pills which I went to Pill Call for 3 times aday at watch swallow. The Pharmacy Tech had Quit and we (inmates) Started to run out of All Kinds of Medication. No one person was Responsible for ordering Medication. On one occasion it was on 01/29/23 I was told at am pill call I was taking the Last tylenol 3 in my script card they had Run out. My script was Renewed a week Prior with 90 pills. I only took 3 A day for 7 days I should have had 69 pills Left. I Sent an HNR To Assistant Health Service Administrator Jones on 01/29/23. I Stated I was Notified via pill Call I was taking my my last pill in Card where was the rest of the Script as I had not taken 30 days of Pills and was told By Nurses that I would

Have to "Bare thru the Pain" until the next day and could have more ordered. When I asked the nurses to call on-call MD or FNP-C I was told they couldn't do that and I would have to put in HNR. During this time I was dealing with this entire pain I lost 40-50 lbs in about a 3 or 4 month period. I wasn't able to eat as the pain made me nauseous. FNP-C Lucero was more than accomidating she listened to all the issues I was having and helped to the best of her abilities. She was angry with the nurses for not calling her she apoligized repeatedly for how stuff was going and taking forever she informed me that she was "having her hands tied" by Medical administration and couldn't do what she thought would be appropriate for my care. She also told me she had to be careful as she needed her job and couldn't do anything to Jepordize Medical Firing her. She had a family to provide for, and she wanted to be able to continue helping the inmates because she was afraid no one else would. Several times they ran out of pain medication and substituted Tordol shots. On several occasions RN Buckley administered the injections. I had written an Inmate letter dated 09/10/2021 to HSA Ford complaing about RN Buckleys indifference and attitude towards me in a prior issue. Regional Manager Sumi Erno responded on 09/14/2021 where she stated "I do apologize for the unprofessionalism from Nurse Buckley and her Attitude will be addressed" Due to this prior complairt she "had it in" for me. The Tordol shots are supposed to be in the muscle of my arm or Buttox. She purposly injected above my Left Butt Cheek into a nerve cluster and I lost all feeling in my leg and pain at the injection sight for 20 to 30 minutes. It became a pattern other nurses gave me injections and they did not make my arm or legs hurt. 2 more times when

She gave me injection in the arm she went to high and I could feel Pain as she injected me in My Shoulder Joint. Finally I stopped D.O.C Captain Garrett on the unit Explained everything I Just Said to him and He Called D.O.C. Warden Byrd. I never personally Talked to Dw Byrd, But the next day I was Called to Medical. When I Arrived Geo Facility Administrator Morrish, Geo Captain Johnston, FNP-C Lucero And AHSA Jones Were present. I informed them of the Retaliation from RN Buckley, Medication missing, and How long everything was taking. I was Shown that Tylenol 3 was ordered from Local CVS Pharmacy for 3 day Supply. AHSA Jones informed FNP-C Lucero that she Couldn't do that, and that she first had 2 people to talk to to get Approval to get Credit Card to pay for My Meds. So again toradol injections were ordered. I Requested that RN Buckley not administer my injections. was told one of the other RN's would give me my injections. That happened for 1 day. the following Day RN Buckley agian administered my Injection into my Shoulder. Also at this meeting they showed Me a Screen shot of my Surgery order however the Date was Blacked out for Security Reasons. No one Looked into the other 69 pills that were missing. On Several occasions at watch swallow I've whitnessed differnt RN's Taking pills from 1 inmates Script and giving to another inmate with same medication script even though that inmates Name wasn't on the CARD. I Surmise this is what happened to the other 69 doses on my Card that came up Missing. They were out of Pharmacy stock of Tylenol 3 and At least 2 other inmates were on Tylenol 3 as well. I finally Recieved Surgery in Feburary 2023. I Submited an HNR and Medication Refusal for tylenol 3, 3 days After my Surgery as I No longer needed them and was in Manageable Pain without Medication

After Surgery I went to KRMC Uriology and Seen MD Reed. He Removed my stent and informed me I still had a 9mm stone in the left Kidney Pelvic Junction. This was April 2023. He wanted to See me in a month and have XRay Right before I came back. If Stone hasn't Passed He wants to do Laser Surgery. MD Richardson ordered the XRay at KRMC Hospital, but do not know if a follow up with KRMC Uriology has been Scheduled.

I Currently have 8 months left of my Sentence. My Release Date is Febuary 11, 2024. It takes about 2 to 3 weeks from Date being Seen on Nurses Line to see a provider and Since FNP-C Lucero was transfered Medical Wait times have Jumped to 4 to 6 weeks out to see provider. Several People "fall Thru the Cracks" One inmate is about to have his Big toe Amputated Due to nurses Medical indifference. This is a Sex offender yard and the attitude here by Medical Staff is we are Monsters, and don't deserve Respect or proper Medical we should feel Lucky they are here to help us at all. There are several of us that would Be willing to talk to you or Governor Hobbs independent Commission. Some peoples stories of Medical incompitence would Horrify you. Please feel free to contact me at the following address:

Jim M Settles Jr #293261
ASPC-Kingman/Huachuca 1-E-48L
P.O. Box 6639
Kingman, AZ 86402

Again I thank you for your time. I hope you can Reccomend the proper Course of Action and put us in touch with the independaNt Comrission.

Sincerely,

*[signature]*