☒ FILED   ☐ LODGED

**May 24 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1  John P. Baker #046157
2  Arizona State Prison
3  Lewis/ Barchey
   P.O. Box 70
   Buckeye, Az 85326
4
5
6
        IN THE UNITED STATES DISTRICT COURT
7          FOR THE DISTRICT OF ARIZONA
8
9  Shawn Jensen,    NO: CV-12-00601-PHX-ROS
10     Plaintiff,
11       vs.            NOTICE TO THE COURT
12  David Shinn,
13     Defendant.
14
15     Comes now a member of the class, John P. Baker,
16  who files this Notice to the Court:
17
18     1) In January, 2023, during a retaliation
19  search, my foot rests to my wheelchair were
20  taken.
21
22     2) The response is "they come off and can
23  be used as a weapon."
24
25     3) I have been in a wheelchair for over
26  ten (10) years with incident.
27
28                    -1-

4) Other inmates still have foot rests, and some do NOT.

5) I turn 79 in June, 2023, am unable to keep my feet up when riding, and have had numerous surgeries that have NOT helped.

6) Hopefully, this court can help so I do NOT need to file a lawsuit.

Respectfully submitted this 24th day of May, 2023.

_____
John P. Baker
Member of the Class

copy of the foregoing
E-mailed to the attorneys
handling this case.