Andre Kumse Puyesi
10 20 81
P.O. Box 8909
San Luis AZ 85349

United States District Court
District of Arizona

| Shawn Jensen et al | CIV 12-0601 ROS |
| vs | NOTIFICATION About |
| Ryan Thornell et al | HAZARDOUS CONDITION |

As in our medical unit — it is impossible to Receive treatment for ADCRR — Packs us in medical — Creating a Dangerous situation↓

1) The Security videos support this.

And as a consequence — many of us are Refusing treatment — And as our Deputy Warden — has Declined to take any corrective Action I notify the Court.

Attached is my complaint to the Coordinator

Respectfully Submitted

[signature]

5/19/23

cc: to Counsel



# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*
*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Tripati, Anand K | 102081 | Yug/4Disc | 5/12/23 |

| TO | LOCATION |
|---|---|
| CoIV | |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

Though vast in size - Medical - as it stands - poses a threat to our requesting treatment - and violates pp 11-12 of the Injunction - pars 1.6 and 1.7 specifically

(1) The pill line should be outside with 2 windows. As it stands - it is inside and impedes other services

(2) At any one time there are nurses - dental - provider - mental health - telemed - therapy - treatment lines. The area should be modified - so that we can get to these lines. As it stands - many of us are refusing medical care - due to the inability to feel safe. We are safer outside medical than in medical - due to overcrowding

(3) Staff assigned to medical should be experienced. As it stands - they are not trained to work medical. This creates a lot of chaos.

VIDEO
(4) A look at the medical video proves this fact.

— I spoke to DW Quinteros and she outright lied to me - that she will resolve this - taking no action

INMATE SIGNATURE: [signature]   DATE: 5/12/23

Have you discussed this with institution staff?  ☐ Yes  ☐ No
If yes, give the staff member name:

Distribution:  INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
               FINAL: White – Inmate; Canary – Grievance Coordinator File
802-11
11/17/20