THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _CIVIL 5.4_
(Rule Number/Section)

Mark Anthony Barquera (310548)          May 23, 2023
A.S.P.C. Yuma-Cibola-4-C-28
P.O. Box 8909 San Luis, AZ. 85349

___✓___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

MAY 3 0 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

          United States District Court
          District OF Arizona

Shawn Jensen                |  CIV 12-0601 PHX ROS
        vs                  |
                            |  Notice OF No Treatment
Ryan Thornell et all        |  REQUEST FOR HELP.

I am 61 years old and survived an often fatal
necrotizing Fascitis infection to my entire right foot, ankle and
leg, see attachment. As a result 13 surgeries later I am
very disabled. I am in constant pain From the entire foot, ankle
and leg being 100% skin grafted with neuropathy. Recently the
podiatrist and infectous disese specialist ordered custome
compression stockings For correct Fit, custome insoles and
medical shoes. The custom insoles were made wrong and dont
Fit correctly, the custom compression garments are still
needed and Naphcare is refusing to provide them. There was
also hinderance by Complex Warden MacAdorey regarding my shoe
selection. I have taken Four trips to Hanger Medical and still
dont have the correct insoles and Fitted compression stockings.
I am in unbearable pain. I need your help in getting the
proper shoes, insoles and compression stockings.

I greatly thank you for your help, its highly appriciated.

Sincerly,
Mark Anthony Barquere 310548

Mark A. Barquere



PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Thomas Nosewicz
Camille Woods
Lynn Wu

VIA EMAIL ONLY

March 2, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:    *Parsons v. Ryan*, 2:12-CV-00601
Class Member in Need of Medical Care
Mark Anthony Barquera, ADC 310548, Lewis - Stiner

Dear Mr. Bojanowski:

We write regarding Mr. Barquera. His record shows that an orthotist from the Hanger Clinic documented the following on 1/3/18 regarding his foot condition: "Fit and [illegible] AFO stocking and garter. Recommend wider shoes like New Balance. Referred pt to podiatry for bunions and callous."

The record shows that on 2/7/18 a provider submitted a request for a podiatry referral to Utilization Management (UM). The request reads as follows:

> hx of necrotizing fasciitis to R leg, resulted in tightening of the skin (which appears much like a burn) causing his R foot to invert.
> recently sent to hanger orthotics who provided custom AFO brace, however, they feel their services will be inadequate to fully treat the patient's maladies and they recommend a podiatrist. The patient has significant bunion and callouses, possibly r/t inversion of his foot r/t scar tissue from his hx of necrotizing fasciitis.

According to the record, UM denied the request on 2/12/18:

> IM has been seen by podiatry who recommended conservative therapy based on the complexity of the surgery that would be required. As Hangar has just supplied IM with a new AFO, recommend conservative therapy using this and medical shoes, and reevaluate IM in 8-12 weeks.

UM appears to be referencing a podiatry consult from August 2016, in which the podiatrist recommended conservative treatment for "nec. fasc. [necrotizing fasciitis] R leg [with] extensive skin grafting." However, UM appears to have misconstrued the provider's request, which referenced the orthotist's 1/3/18 recommendation for podiatry consult ("they feel their services will be inadequate to fully

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: Mark Anthony Barquera, ADC 310548
March 2, 2018
Page 2

treat the patient's maladies and they recommend a podiatrist") rather than the August 2016 podiatry consult.

     Given UM's reliance on a two-year-old podiatry consult to inform their decision to deny Mr. Barquera specialty care for necrotizing fasciitis, and the apparent disregard of the orthotist's recent 1/3/18 recommendation that Mr. Barquera receive specialty care for that condition, we request that Corizon reconsider their denial and that Mr. Barquera be scheduled for podiatry care as soon as possible.

     Thank you for your prompt attention to this matter.

Sincerely,

Alison Hardy
Senior Staff Attorney

Sarah Hopkins
Investigator

cc:   Mr. Barquera