Ariz. Dept. of Corr
Rehabilitation and Reentry
Edward M. Reyes Young ADC #80072
Ariz St. Prison Complex Lewis
Rast Max Unit 3·B2·02
P.O. Box 70
Buckeye, Arizona 85326

☐ FILED    ☒ LODGED

**May 31 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

In The United States District Court
For The District of Arizona

| | |
|---|---|
| Shann Jensen, et al<br>Plaintiffs | Case No. CV·12·00601·PHX·ROS |
| v | Motion For Emergency Protection<br>Order |
| Ryan Thornell et al<br>Defendants | |

Your Honorable Judge Roslyn Silver
Sandra Day Oconnor District Courthouse, At this
Time and Date 5/20/2023, I Edward M. Reyes Young
ADC #80072 Come Before You In and Through This
Informal Letter - Pleading With You To Intervene
On The Behalf of My Safety Protection For I am
In Emenant Peril of Threat and Danger For

THE SAFETY OF MY LIFE...!

Your Honerable Judge Roslyn Siler. Please take Notice that I am a "Serios.y Mentaly Ill" Person and Inmate Since Childhood I've Had Frontal Lobe Dissfunction a Learning Dissability. I can sign a Release of Records To Your Name To Open my Juvenile Record To Obtain This information At Indio California at the Age of 12 yrs 1979 I was Court Ordered to a Outpatient Clinic Mental Health Facility at Indio By Indio California Juvenile Court For 9 mnths I Frequnted Treatment at the Out-Patient Falcility and Seens a Thecropist. Was Prescribed "Riddelin" Prescribed by a Psyciatrist.

As a Adult in DOC I was Confirmed Diagnosed "SMI" by Several Doctors. In 1997 Dr. Tenero was The Lead Psych Associate in Special Management Unit SMU II now Browning Unit A Maximum Security Prison in Eyman. Dr. Tinero Opened the 1st SMI Program In 1997 I was In That Program Long befor Parsons v Ryan or Shinn v Thurnell. ever existed

Since 1997 During my Incarceration up untill 2017 I Have Been on Suicide Watch - "Cut My Wrists" and Have Been Under Mental Health Treatment or Medications For Years Many times and Many Years Over.

Honorable Judge Roslyn Silver, Apon Release from The Mental Health Program and DOC Kasson-Unit In 2017 I Attended The Yavapai Mental Health Clinic West 642 Dameron Drive Prescott AZ 86301 #928-515-1585

MY THEOROPIST Roxanne Clever + My MENTOR AND Supervisor Judy Tackson Sat in A DIAGNOSIS Taken By Dr. David Simpson The Lead Psychiatrist in the State 6301 S. McClintok Tempe Arizona IN 2017 I WAS DIAGNOSED Sivere P.T.SD. - Bi'POLAR - MANIC DEPRESSANT AND schizophrenic Type Disorder. Your Honor Ive Said All That To Say This.

Honorable Ms. Roslyn Silver I DONT Know How To File Motions I Dont Know the Law or the Constitution. Im 55 Yrs old Now AND AM Doing my Best To Contact Notify you of the Threat of My Life Here in (R-T-H) "Refuse to House" a unit/Building At RAST MAX in Lewis Buckeye Complex. Central Office DOC AND Lewis Brass AND Ministration Is Housing Me WITH The (4) Four Suspects AND ASSAILANTS THAT Violently + Brutaly Assaulted Me At Buckley Unit Lewis on Jan 16th. 2023 MARTIN Luther King Day.

The Lead Investigator SSU ← Prison Gang Task Invest-igators Sgt Kruszyna Sgt Riley Caught Captured on Security Video Footage Buckley Floor Staff Lower Rank Officers Orchestrating Planning THAT Assault in Collusion WITH The (4) Assailants AT The Fenced IN Gate Surrounding The Outside Recreation Area Where Wethin The Violent Assault took Place The Assult (8) eight Minutes OF Violence WAS Also Caught on Security Video Footage.

Since the Investigation began January 27th 2023 (4) Four Months into A (6) Six Month Investigation over (8) eight DOC officers Have been Fired The (4) Four Inmates Have been Indicted AND 1 SGT. DOC IS under

INVESTIGATION. THIS INVESTIGATION IS COME'ING STRAIGHT FROM CENTRAL OFFICE INTO THE HANDS OF (BUCKLEY LEAD INVESTIGATUR SSU SGT KRUSZYNA) AND LEAD INVESTIGATOR OF LEWIS COMPLEX CENTRAL INVESTIGATIONS UNIT C.I.U (P. MORENO @ AZ ADC LEWIS ← THIS AUTHORITY TO LEAD HIS INVESTIGATION IS COME'ING FROM HIS BOSS DEP. DIR-DIRECTOR OVER CIU LEWIS COMPLEX MR. HATTFIED).

Your Honor Ms. Silver HERES THE PROBLEM THE ATTACK AND ASSAULT TOOK PLACE INSIDE OF PROTECTIVE CUSTODY AND INSIDE A KEEP SEPERATE "DO NOT HOUSE" INVIROMENT CALLED (RTH/REFUSE TO HOUSE.! TWO (2) OF THE FOUR (4) INMATES THAT ASSAULTED ME IN RTH BUCKLEY HAVE BEEN MOVED HERE TO RAST MAX RTH. IN MY 1ST FORMAL LETTER TO YOU I EXPLAINED TO YOU THAT I HAVE A HISTORY OF A "SO" SEX OFFENDER, STAFF DOC BUCKLEY STAFF (CO'OBERATED) THAT INFORMATION TO THE (4) INMATES WHO ASSAULTED ME (2) TWO OF THE (4) ARE HOUSED IN RTH WHERE I SIT RIGHT NOW.! I ONLY KNOW THE REAL NAMES OF (2) OF THE (4) INMATE OLIVAS #067113 AND TARRAZAS THE OTHER TWO'S NICK NAMES ARE "CISCO" & "OSO" ← BEAR THESE LAST (2) CISCO AND OSO ARE HOUSED IN THE CLOSED AREA BUILDING AND CLUSTER WHER I AM HOUSED NOW. I KNOW THIS BECAUSE THEY YELL/HOLLAR OVER TO MY CELL AND THOSE CELLS AROUND ME "TORMENTING ME" TELLING THE OTHER INMATES THAT I AM PRESSING CHARGES ON THEM AND THAT I AM A SEX OFFENDER. I'm EXPLAINING IN GREAT DETAIL TO SHOW YOU WHATS COMING TO ME AGAIN...

DOC RAST MAX Floor Staff and Brass is Fully Aware of the NONSTOP TAUNTING THREATS TO MY LIFE DAY BY DAY TORMENT THE (2) Suspects Have Influenced All My Surrounding (24) othe Inmates IN Cells Surrounding Me. Sex Offense Are Frowned Apon By the General Population & Protective Segregation Custody The Same Way. RAST MAX IS AWARE OF All THAT IS GOING ON The CONSTANT Barauge Banging Yelling TAUNTING AND THREATS Being Directed At Me From All SIDES OF MY SUrroundigs

ITS GOTTON SO baD FOR Me THAT I CANNOT GO OUtsiDe To Recreation For Fear OF ATTACK ANOTHER Assault ON MY Person TO BE Violently Victemized All OVER AGAIN ITS GROSS CRUEl & UNUSUAL PUNISHEMENT. IVE AlREADY Suffered The Attack OF My Physical By Buckley DOC Staff AND The (4) inmates AND NOW THE CONSTANT THREATS OF BEING STABED JUMPED AND Assaulted THREATS TO MY Person All DAY EVERY DAY.

Your HONOR IT GETS EVEN Worse Under THE Guidelines OF THE ORDER AND PERMENANT INJUNCTION THAT YOU OVERSEE AND PASSED Approved OF IN Your Court. You GAVE DOC ADMINISTRATION & Central Office A Due Date A END Date To Fullfill THEIR PART OF THE INJUCTION. We NOW KNOW THAT DOC WIll BE DOING AWAY WITH RTH THAT THEY WIll BE TRANSFERING RTH INMATES TO GETHER IN A VAN OR BUS TO A NEW LOCATION a building THAT WIll be opened AS A (4) YARD MEDIUM CUSTODY WHERE All THE DOORS WIll be OPENED SIMOTANIOSLY (BY JUNE 1ST OR 7TH)! Do You UNDERSTAND WHAT EMMINANT DANGER I AM IN

DOC STAFF IS IGNOREING THE KEEP SEPERATE (DO NOT HOUSE) OF THE (2) OF (4) INMATES THAT ARE HOUSED WITH ME IN RTH NOW. PRESUMABLY 90% ODDS ARE, I WILL BE HOUSED TAKEN TO THIS NEW FACILITY WITH THE (2) INMATES WHO HAVE INCITED PROVOKED THE ENTIRE RTH POPULATION TO CARRY OUT THE THREATS AND ASSAULTS IM EXPECTING VERY SOON.

DOC STAFF AT Lewis Complex HAVE brought me NOTHING but HEARTACHE PAIN AND SUFFERING IVE GONE UNDER MANY TRIALS FORCEING me TO CUT MY RISTS TO SEEK SEPERATION OF THE PC COMMUNITY THE CONSTANT THREATS OF MY SURROUNDINGS. YOUR HONOR I AM A SERIOUS MENTALY ILL PERSON IN THE FREE COMMUNITY AND IN PRISON AND Lewis STAFF AND MEDICAL STAFF ARE AWARE OF THIS, THEY ARE REFUSING BLATANTLY REFUSING TO HOUSE ME IN MY ASSIGNED CATAGORY THE 'SMI' PROGRAMS IVE KITED THEM AND SENT MENTAL HEALTH LEAD Ms WHEELER COUNTLESS RECORDS OF MENTAL HEALTH HISTORY Diagnosis' THAT IM SENDING YOU TODAY SHE CONTINUES TO SHOW DELIBERATE INDIFFERENCE DENYING ME OF TREATMENT PROGRAMING CLASSES REHABILITATION & SERVICES. WHEN I WAS ASSAULTED I ALREADY HAVE (4) RUPTURED DISCS (2) IN MY NECK C 3-4 (2) IN SPINE L 6 & 7 (S) SHAPE Scoliocis, (T) DEXTROSCOLIOSIS, (L) LESSER LEVOSCOLIOSIS, IVE BEEN REQUESTING MEDICAL TREATMENT FROM DR JAMES KONKE AND NOW OLIVIA CORONADO SINCE 1-11-2023, SHE REFUSES TO GO OVER MY MEDICAL FILE A RELEASE OF THE LAST UPDATED FULLBODY X-RAY TAKEN BY DIGNITY HEALTH YAVAPAI Regional MEDICAL CENTER WEST 1003 WILLOW CREEK RD PRESCOTT AZ 86301 (928)-445-2700, CORONADO REFUSES TO TREAT ME REFUSES THE MRI & NECK X-RAY REFUSES, PHYSICAL THEROPY REFUSE A SPINE SPECIALIST REFUSES SURGERY REFUSES MY PAIN MANAGEMENT MEDS AND REFUSES TO ANSWER ANY HB R s - INFORMAL LETTERS OR THE GRIEVANCE PROCESS IVE GONE THROUGH SINCE JANUARY 11 TH 2023

Your Honorable Judge Roslyn Silver
A DOC Staff Officer: N. Supond at Rast Max the Unit 6 Blog Where I Am Housed
Just Gave A Inmate Romero in Cell 3 B 2 Cell 15 A printout of the AIMS
Sex Offender Record Printout of MY History using Retalitory Methods Against
Me With Inmates Surrounding Me, Honorable Ms Silver I Am begging You
Pleading With You to Intervene. Please Sign And Send A "Order" to
Central-Office/Seperate Me From the Danger to My Life And This enviroment.
In 19 Days DOC Will try To House Me With These Men Who Have been
Planning For Weeks to Assault Me. I Have A Sex Offender History And
Am being Threatened Right Now And Have Been For Weeks I Am Pleading
With You For Your Help to Intervention Please Issue A Protection And
Seperation Order on 8 MY Behalf,          BADGE #306
   I Need You To Please contact CIU P. MORENO @ AZ ADC Lewis
Inquire of Him If Those Officers Were Infact Fired Contact Lead
Investigator SSU Sgt Kruszyna Sgt Riley at Buckley Unit They Can
Give You The Full Names of the (4) Inmates That Brutaly Violently
Attacked & Assaulted Me And The Locations Bldg Cell That They are being
Housed Around Me. I'm pleading For MY Life That You Step In or Have
Mr. Scott Frakes The Monitor Contact CIU P. Moreno And Rast ADW Scott And
Relay the Urgency of the Time Line You Gave In The Injunction! I'm
Running out of Time. Please Seperate Me Away From (RTH) And Their
New House Yard Location - Send Me To MY Legal Rightfull Location The
SMI Program at Barchey Yard or Kasson CB6 or Tucson Rincon.
   I'm entering In The Fallowing Medical Documents That Were Sent
To Mental Healt & Medical Staff Months Ago. Please Contact My
Juoge In My Case Deborah M. Fines And Relay to Her The Injustices
Retalitory Victimizing. The immenant Danger And Perils of Threats to MY Life
That I Am Faceing. Please Your Honor Respond to Me, Sincerely Yours In
ERNEST          Edward M. Reyes, Young #800072

I EDWARD YOUNG DO HERE BY SWEAR AN OATH BEFOR ALMIGHTY GOD THAT THESE STATEMENTS ARE TRUE AND FACT UNDER PENALTY OF PERJURY

6/1/23                    Edward Young

Your Honorable Roslyn Silver I MUST INFORM YOU THAT BESIDES All THAT HAPPENED At Buckley-UNIT STAFF ORHESTRATING THE ASSAULT ON ME AND BEING ASSAULTED BY (4) MEXICANS, 90% OF THE INMATES AT Buckley HAVE been TRANSFERRED Here THE KNOW I PRESSED CHARGES ON THE INMATES AND STAFFEMEMBERS So IM LABELED AS A SEX OFFENDE & INFORMANT.

You NEED TO UNDERSTAND A CORRECTIONAL OFFICER HERE CO II NICHOLAS SUPONT USED HIS STAFF COMPUTER AND DOWNLOADED MY BACKGROUND HISTORY ON 5/21/23 At Aproximately 2:00 pm ON RAST MAX-UNIT. I INFORMED COT IV KEATON ON WRITTEN GRIEVANCE AND I CAUSED 3 INCIDENT COMMAND SECURITY (ICS) EMERGENCY" ISSUES WHERE A "SUPERVISOR" SHIFT COMMANDER IS FORCED TO PRESENT HIMSELF AT THE Cell FRONT AT ANY ICS, "INCIDENT" So LT. CURTIS A Female CO II J. lemus AND (5) OTHER UNAMED STAFF members PRESENTED THEMSELVES AT MY DOOR, THEY ARE NOW MY WITNESSES, INFORMED LT. CURTIS OF WHAT TOOK PLACE I e-MAILED ADW. SCOTT-, CRIMINAL INVESTIGATIONS-UNIT AND SSU LOPEZ & BOAREZ A TYPE OF INTERNAL AFFAIRS. IM ASKING YOU TO INNERVENE IM ASKING FOR YOUR SUPPORT, IM ASKING FOR A SEPERATION ORDER IM ASKING YOU TO SIGN A RESTRAINING ORDER AGAINST THIS OFFICER. I CANNOT SHOWER OR EAT WHEN He IS WORKING THIS BUILDING 4 DAYS OF THE Week!

May THE LORD BLESS YOU AND KEEP YOU YOUR HONOR JUDGE ROSLYN SILVER PLEASE RESPOND MR. YOUNG 5/30/23



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

3·13·2 cell #(2)



Requests are limited to one page and one issue.  NO ATTACHMENTS PERMITTED.  Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| EDWARD YOUNG | #80072 | Rast·Max (RTH) | 2/15/2023 |

| TO | LOCATION |
|---|---|
| LEAD PSYCH MRS. WHEELER | Lewis Medical (Hubb) |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

Ms. Wheeler: I'm Writing You Concerning my Situation. I was Recently Assaulted at Buckley Unit by (4) Inmates all younger & Stronger Than me. One Week later C.I.U. P. Moreno @ AZ ADC Lewis CIU Came And Interviewed me Recording my Statements. The Day before SSU Sgt Riley & SU Sgt Kresyna with the Captain Also Recorded my Statements While Conducting the Interview Sgt Riley & Sgt Kresyna Said That I AM The Victim Here. They all (4) Men Reviewed Security Footage of The Involvement Collusion & Orchestration of Staff Involvement. This Investigation is On-Going From The Top Central Office and P. Moreno Boss Mr. Hatfield Say They are Persuing Prosecution of Staff Members Involved. I Have been Assaulted Jumped Many Many Times on behalf That I Have a "S.O" Sex Offender History. I've been Diagnosed by The Lead/Head Psychiatrist In The State Dr. David Simpson out of Temple In West Yavapai Guidence Clinic 2017 Judy Jackson is My Therapist & Counselor 642 Cameron Prescott AZ 86301. I Have Been Diagnosed (SMI) By Psych Dr. Tenero In DOC 1997. This Punishment being housed at Max is Unwarrented. The (4) Assaltents Suspects are Housed Here at Max I'm Asking For Seperations Beclussion of These Assailents, I'm Asking for Your (Referral) I'm Asking You To Send For My Records From Dr. Simpson at Temple, I'll Sign the Release of Records From West Yavapai Guidence Clinic. I'm Asking You To Contact Central Office In Regards To The Severity of My Diagnosis. To Contact SSU Sgt. Kresyna at Buckley Unit He Informed me He Would be Cooperating With ADW Jones & Central Office To Move, Relocate me To The SMI Program at Barchey Unit or Kassen COG away From The (4) Inmates Here at Max That Assaulted Me. I'm asking You to Contact Central Office, ADW Scott at Rast Max and ADW Jones with Sgt Kresyna at Buckley To Insure my Safety & Transfer to SMI Program I am Diagnosed: PTSD, Manic Depressant, Bi-Polar & Schitsophrenic. I'm Sick with a Handycapp but I'm Not Stupid I Know When my Civil Rights are being Violated

Hello Mr. Young,

have reviewed your chart and would like to see you engaging with your therapist in working on therapeutic goals. We can revisit your eligibility for a program after successful engagement. Thank you!

— Wheeler

2/15/23

Sgt. Mr. Kresyna Buckley asserted He Would speak to ADW Jones for Transfer to SMI Program, Sgt Riley Was Present

...inappropriate names or making inappropriate remarks in this written ...be tolerated and may result in no response to the correspondence

916-1
7/25/19

**Arizona Department of Corrections**
**Rehabilitation and Reentry**

3.B.2 Cell #2

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Edward M. Keyes Young | # 80072 | 2.28.23 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 3.B.2 Cell #2 | Rast. Max   —(RTH)— |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| Box 70 | Keyes Complex Rast Max |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☒ Medical/Médico | ☐ Dental |
|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Other *(specify)/Otros (especifique)* C. Coronado

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] I'm experiencing constant consistant worsening neck & back pain from (4) ruptured disks. I have constant tingling & numbness in my hands & feet shooting up & down the left side of my body. The Naproxin you prescribed is not working helping the pain. Doctor Nicolaus J. Kuehn MD recomended the MRI 1-11-23 over a year ago. I've requested a spine specialist. Physical therapy to reliev my injuries months ago. The providers diagnosis from 2-11-15 their names and results over a year ago. Four months ago Coronado when you spoke to me at my door you told me you would go over my injuries trauma to my spine and the serious releva sev from dignity health medical center. You have deliberately

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.] ignored my issue

INMATE SIGNATURE/FIRMA DEL PRISIONERO   Edward M. Keyes Young   you refuse to see me for or provide adequate medical treatment   It's been nearly 5 months & you have yet to see me

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]** WHY?

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia |
|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Other *(specify)/Otros (especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| Theresa C. Pick Rn | 2/28/13 | 18CO |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| Added to the drop line |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| Theresa C. Pick Rn | 2/28/23 | 18CO |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR

*11*

**Arizona Department of Corrections Rehabilitation and Reentry**

**Inmate Grievance**  3B2 cell #(2).

| RECEIVED BY | |
|---|---|
| N | |
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| | 1/28/23 |

Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Edward M. Reyes Young | #80072 | 2/28/2023 |
| INSTITUTION/UNIT | | CASE NUMBER |
| Kast Max. Lewis Complex (RTH) | | |

TO: GRIEVANCE COORDINATOR
CO IV Mr. Alan J. Chen                    COIV's Office

Description of Grievance (To be completed by the Inmate)

Mr. Chen; I am a "SMI" Seriously Mentally Ill person diagnosed in the free world by psychiatrist David Simpson at West Yavapai Guidence Clinic at Prescott 2017 I've relayed my diagnosis to Lewis Lead Psych Assoc: Mis Wheeler and she refuses to house me in my legal rightfull house assignment on 2/15/23 I explained to her she is refusing me mental health programing housing access to classes treatment re-habilitation and a safe invirement within SMI peers at a SMI program and station according to Parsons v Ryan I by law my SMI status a 3 a seriously mentally ill inmate cannot be refused treatment programing SMI housing meds classes and theropy. I explained to her in great detail she's violating my civil constitutional rights, that I'm going to name her in my 1983 civil rights complaint — to no avail she refuses to respond — 

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

The only solution/resolution is that she acknowledges recognizes my disability and diagnoses —> as SMI in the freeworld - that she recognizes my civil rights and according to state law house me relocate me to a seriously mentally ill yard facility program that I may recieve programing classes treatment theropy access to fundamental rehabilitation resources

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Edward M. Reyes Young | 2/28/23 | | |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| | |
| | |
| | |
| | |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate; Canary – Grievance File

802-1
10/16/16

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

3.B.2 cell # (2)

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT Lewis | DATE (mm/dd/yyyy) |
|---|---|---|---|
| EDWARD M. REYES YOUNG | #200072 | KAST-MAX-RTH- | 2-28-23 |

| TO (PHSYCIATRIST ASSOCIATE) Mental Health Lead: Ms. Wheeler | LOCATION Lewis Complex MENTAL HEALTH Hubb |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

MS. WHEELER: PER THE FEDERAL CASE: IN THE U.S. DISTRICT COURT "ORDER OF PERMANENT INJUCTION" CASE 2:12-VC-00601-Ros, DOC 4410 FILED 4/7/23. THIS ORDER CLEARLY SHOWS CENTRAL OFFICE LEWIS COMPLEX ADMINISTRATION LEWIS STAFF MEMBERS INCLUDING MENTAL HEALTH -SMI-STAFF EAD MS WHEELER ESTRADA CALDARON REICE INCLUDING MEDICAL PROVIDERS JAMES CONKEL OLIVIA CORONADO ARE VIOLATING MY CIVIL RIGHTS CIVIL LIBERTIES & CONSTITUTIONAL RIGHTS BY DENYING OUTRIGHT DELAYING WITHHOLDING PROVIDING ADEQUATE MENTAL HEALTH TREATMENT AND RIGHT TO ACCESS A MENTAL HEALTH YARD PROGRAM SMI FACILITY PROGRAMS CLASSES TC-MS. WHEELER IVE ASKED YOU TO WRONG THIS INJUSTICE, IM ASKING THAT MY (SMI) AND MENTAL HEALTH STATUS BE OBSERVED & RECOGNIZED THAT MY SERIOUSLY-MENTAL-ILLNESS RIGHTS BE REINSTATED ACCORDING TO THE LAWS PASSED BY HONORABLE ROSLYN SILVER IN THE (PERMENANT-INJUNCTION) THE TIMEFRAME & TIMELINE MUST BE ENFORCED!!! I LEFT PAROLED IN 2017 FROM A MENTAL HEALTH PROGRAM BARCHEY AND KASSON CB6- IVE ENTERED INTO RECORDS AT KAST MAX MS. STOVAL RECORDS -2 RULE 11'S THE AZ STATES LEAD PSYCIATRIST DAVID SIMPSON DIAGNOSIS HIS OFFICE 301 S. McCLINTOK TEMPE AZ 85283 HIS EXAMINATION W/S CONDUCTED AT WEST YAVAPAI GUIDENCE UNIC 642 DAMERON DRIVE PRESCOTT AZ 86301 (928) 445-5211 ROXANNE CLEVER IS MY THERAPIST IVE RELAYED TO ████████ YOU MS WHEELER COUNTLESS TIMES MY DIAGNOSIS PTSD·BI POLAR MANIC DEPRESSANT & SCHITSOPHRENIC EFFECTIVE DISSORDER WITH A LEARNING DISSABILITY YET YOU CONTINUE TO DELIBERATELY SHOW INDIFFERENCE CRUEL & UNUSUAL PUNISHMENT BY HOUSING ME IN A HOSTILE ENVIROMENT AWAY FROM THE SMI MENTAL HEALTH PROGRAM. OLIVIA CORONADO THE KAST MEDICAL PROVIDER HAS ALSO NEGLECTED HER POSITION/OFFICE, FAILING TO PROVIDE MEDICAL ADEQUAT TREATMENT FOR 5 MONTHS IVE BEEN KITING HER ASKING FOR THE MRI - A SPINE SPECIALIST. A PHYSICAL THEROPIST- FAIL ure TO GO OVER THE CD MEDICAL RELEASE SENT BY DIGNITY HEALTH YAVAPAI REGIONAL MEDICAL CENTER 1003 WILLOW CREEK RD PRESCOTT AZ 86301 928)-445-2700 THIS PROVIDER OLIVIA CORONADO IS ALSO THAT PROVIDER WHO PRESCRIBED ME THE PAIN MANAGEMENT MEDS. 5 YEARS AGO. SINCE IVE RETURNED TO PRISON SHE HAS REFUSED MY PAIN MEDS KNOWING I HAVE (4) RUPTURED DISCS - ITS BEEN (4) MONTHS WITH NO RESPONSE

| INMATE SIGNATURE Edward M. Reyes Young | DATE (mm/dd/yyyy) 2/28/23 |
|---|---|

Have you addressed this with Department staff?  ☑ Yes  ☐ No  PROVIDER JAMES KONKEL OLIVIA CORONADO
If yes, give the staff member's name and the date you addressed with them: NICOLAUS J. KUEHN MD. - NURSES
D:AMBRA - L. DAVIILA - ZAVAILA - PRICE-DYAR- PEREZ  THIS NEGLECT AND
INDIFFERENCE HAS BEEN GOING ON FOR OVER A YEAR - 1/11/2023

(Staff Member's Name) (Please print)          (Date addressed)

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803. Inmate Disciplinary Procedure.

Distribution:  Original – Master File
               Copy - Inmate

916-1
7/25/19

# LUMBAR SPINE W/ OBLIQ

YOUNG, EDWARD (#080072) → LUMBAR SPINE W/ OBLIQ

*3B-202*

LEWIS
26700 SOUTH HIGHWAY 85
BUCKEYE, AZ 85326

3/18/2023 9:25:39 AM

**Patient:** YOUNG, EDWARD        **Ordering Provider:** JAMES E CONKLE (1861709537)
**Patient ID:** 080072            **Lab Reference ID:** 896695149527
**DOB:** 01/04/1968 **Race:** MA **Sex:** M    **Report Last Updated:** 1/11/2023 10:03:27 AM

| LUMBAR SPINE W/ OBLIQ (72110-53) | | Resulted: 1/11/2023 9:46:38 AM |
|---|---|---|
| | | EXAM DATE: 1/11/2023 9:24 AM |

**Reason for Exam:**                                                          M54.50 LOW BACK PAIN, UNSPECIFIED

| Test Name | Value | Range Flags Status Observation Time |
|---|---|---|
| 1 | LUMBAR SPINE W/ OBLIQ FINDINGS: No acute loss of vertebral body height of significance. The osseous structures appear intact. Intervertebral disc spaces are narrowed. Soft tissues are unremarkable. Mild facet hypertrophic changes. CONCLUSION: No acute fracture. Degenerative intervertebral disc space narrowing. Recommend MRI if symptoms are chronic or continue to persist. ELECTRONICALLY SIGNED BY NICOLAUS J. KUEHN, M.D. 1/11/2023 9:46:38 AM MST. | R . Final 1/11/2023 9:46:38 AM |

LUMBAR SPINE W/ OBLIQ

Results: No acute loss of vertebral body height of significance. The osseous

structures appear intact. Intervertebral disc spaces are narrowed. Soft tissues are

unremarkable. Mild facet hypertrophic changes.

Conclusion: No acute fracture. Degenerative intervertebral disc space narrowing.

(Recommend MRI if symptoms are chronic or continue to persist.)

Electronically signed by NICOLAUS J. KUEHN, M.D. 1/11/2023 9:46:38 AM MST.

## Comments

James Conkle Nurse Practitioner on 1/13/2023 12:14:09 AM
CONCLUSION: No acute fracture. Degenerative intervertebral disc space narrowing.

Reviewed By James Conkle at 1/13/2023 7:18:02 AM

**Comments (1) - Add Comment**

*[Handwritten annotations throughout the page:]*

*13*

*DIGNITY HEALTH YAVAPAI REGIONAL (RELEASE) MEDICAL CENTER "WEST" (928) 445-2700 DOWNLOAD PAPER COPY OF CD - CERTIFIED MAIL CONFIRMED DIAGNOSIS 11-17-2023 W.Y.G.C. WEST YAVAPAI GUIDANCE CLINIC SPONSOR JUDY JACKSON (THERAPIST ROXANNE CLEVER, 642 DAMERON DRIVE PRESCOTT AZ 86301 (925) 445-5211 EXT: ROXANNE CLEVER RECORDS COPY PRINTOUT OF DIAGNOSIS MD. PSYCIATRY DR. OSARIO FLAGSTAFF OF. -ADD- MD PSYCIATRY DR. DAVID SIMPSON Tempe OFFICE AZ: MEDICAL BOARD - "COMPLAINT" CENTURI HEALTH SOLUTIONS PHX ACLU: D.C. CORENA KENDRICK DEP. DI ADLI: AZ. DISABILITY LAW: MAYA APPELA ESQ "COMPLAINT" SPECTOR: SAN QUINTAN CA A.N.P.R. PARSONS VS RYAN - JENSEN VS SHINN LAW: SUITE COPY DAVILA BIRTH CERTIFICATE - Full Name - SS# RELEASE DATE BIRTH DATE. US NAVY BASE S.D.CA. BALBOA M. CNT US DEPT OF NAVY Command MILLINGTON TN 623 386-6160 EAST MEDICAL DAVILA L.*

*REQ: MRI - PER M.D. KUEHN'S RECOMENDATION = "C-3/4" - REQ: PAIN MANAGEMENT MEDS RESTORE REQ: PHYSICAL THEROPY DR. NAME ADD - ADA: STATUS RECOGNIZED BY DOC/STATE REQ: SPINE CEURY SPECIALIST DR. NAME ADD - S.N.O.W: ADA CELL - SHOES/BOOTS AQUIRE: SURGERY DR. ♦ HOSPITALS NAME/ADD - 2'K/BRACES 1X "N" BACKBRACE 1X ♦ INSOLES FOR KNEE SUPPORT*

MONDAY MAY 1ST

CASE NO #
CV-23-00615-PHX-SRB (DMF)

14

Ms. Coronado; THE FEDERAL DISTRICT COURT HAS GIVEN ME A CASE #, SO THAT I MAY BEGAIN PROCESSING ENTERING MOTIONS AND EVIDENCE TO Judge Roslin Silver THE Presiding Judge Over Jensen VS Schinn

#1. I WAS BRUTALY Violently ASSAULTED AT Buckley UNIT WHILE HAVING (4) Ruptured Discs I WAS ASSAULTED By (4) INMATES WHILE being ON A 72 HR Lockdown iN RTH Buckeye STAFF WERE CAUGHT ON Film VIDIO SECURITY FOOTAGE ORCHESTRATING ONSPIRING COMMUNICATING WITH SAID 4 INMATES MINUTES before THE ASSAULT CAUGHT ON SECURITY FOOTAG.       CIU Pete Moreno & SSU Sgt KREYBNA both INTERVIEWED ME ON RECORDED DEVICE AND HAVE THESE OFFICERS UNDER INVESTIGATION, I've Already pressed CHARGES ON THE 4 INMATES AND AM PERSUING PROSECUTION ON STAFF Members

#2. Im Sueing NAMEing All DOC employees 'INVOLVED WITH "Deliberate INDIFFERENCE" "RUEL & UNUSUAL PUNISHMENT" AND FAiLURE TO PROVIDE ADEQUETE MEDICAL TREATMENT, Im Keeping A JOURNAL FOOTNOTES OF DATES/Time/NAMES AND H&R Reciepts - INFORMALS GRIEVENCES All MEDICAL & DOC STAFF NAMES

#3. Four weeks AGO I SENT YOU A H&R WITH A 3 prong ATTATCHMENT Copy FOR My records STATING THE FAiLURE LACK OF ADEQUETE MEDICAL TREATMENT by Provider JAMES KONKEL All MY MEDICAL ISSUES & CONCERNS THAT NEEDED TO BE ADDRESSED. PRACTICING NURSE PRICE & DIRE iNNERCEPTED THAT H&R AND REFUSED TO FOWARD IT TO YOU. Two DAYS LATER I SPOKE TO YOU AT MY CELL FRONT YOU SAID YOU Would pull ME OUT TO REVIEW THESE iSSUES YOU SAID YOU WOULD 'REVIEW MY MEDICAL CHART/RECORD AND TOUCH ON THESE TOPICS WITH ME THAT WAS 6 WEEKS AGO. You HAVE DeliberatelY REFUSED ME MEDICAL TREATMEN A MRI -RAYS CAT SCAN TO REVIEW MY FILE FROM YAVAPAI Dignity Health You REFUSED A Spine SPECIALIST PHYSICAL THEROPY PAIN MANAGEMENT MEDS SINCE 1-11-2023

**Arizona Department of Corrections
Rehabilitation and Reentry**

*EMERGENCY
H&R*

**Health Needs Request (HNR)**

Date : _____
Time : _____
Initials : _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| MR EDWARD M. REYES YOUNG | 80072 | 3.15.2023 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 3.B.2 cell #(2) | RAST.MAX.  RTH |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| P.O. Box 70 | LEWIS/Complex Buckeye |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☑ Medical/Médico | ☐ Dental |
|---|---|---|

☐ Pharmacy/Farmacia      ☐ Mental Health/Salud Mental      ☐ Other *(specify)/Otros (especifique)* Ms. O. CORONADO

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea especifico. ¡NO USE MAS HOJAS!

Ms. CORONADO: I'M REQUESTING A MEETING WITH YOU CONCERNING MY/THE INJURIES TO MY NECK & BACK. I WENT OVER THOSE INJURIES WITH YOU IN OUR LAST MEET. THE TRAUMA IS A CONSTANT CHRONIC INJURY I DEAL WITH DAILY #) RUPTURED DISCS (C-3&4) AND (L-6&7). MANY X-RAYS (& HAVE BEEN CONDUCTED. I'm ASKING FOR THE (MRI) (CT) AND TO BE SENT TO PHYSICAL THERAPY ASAP.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

Edward M. Reyes Young #80072   3.B.2 cell #(2)

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

### SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia |
|---|---|---|---|
| ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental | ☐ Other *(specify)/Otros (especifique)* | | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| Michel J C-Price | 3/16/23 | 1800 |

### SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| Added to Nurse line |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| Michel J C-Price | 3/16/23 | 1800 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance – GF Supplement

| INMATE'S NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Mr. Edward M.R. Young | #80072 | Lewis Complex Rast. Max (RTH) | |

DEAREST MS. O. CORONADO, I'M SENDING THIS ATTACHED DOCUMENT, I NEED YOU TO UNDERSTAND I'M DOCUMENTING MY CORRESPONDENCE TO YOU. MS. O. CORONADO, I NEED YOU TO KNOW 7th HAVE (2)1983 CIVIL RIGHTS COMPLAINTS FILLING, SANDRA DAY O'CONNOR FEDERAL COURT. I'M NAMEING DOC CENTRAL-OFFICE & PROVIDEN JAMES KONKEL, R.N. ZAVALLA, D. AMBER PEREZ & DAVILLA AS DEFENDANTS, FOR DELIBERATE INDIFFERENCE DIRECTLY DENYING THE ACKNOWLEDGEMENT CONSISTEN (5) SETS OF X-RAYS 2 CAT. SCANS FROM 2001 - 2015, ALSO JAMES KONKEL OF BUCKLEY UNIT RAN A (6TH) X-RAY 9 MONTHS AGO, HE REFUSED TO RELAY THOSE RESULTS TO ME, HE REFUSED ME ACCESS TO MY MEDICAL MASTER FILE, HE REFUSED TO ACKNOWLEDGE MY ADA STATUS, HE REFUSED TO RELAY PROVIDE ME WITH THE RESULTS TAKEN IN THE STREETS AT "DIGNITY HEALTH. YAVAPAI, REGIONAL MEDICAL CENTER WEST 1013 WILLOW CREEK RD PRESCOTT AZ 863)) #928-445-2700, A FULL SCALE BODY X-RAY WAS CONDUCTED IN WHICH I SINGED A "RELEASE" FOR, HE HAS ALSO REFUSED ME MY PAIN MANAGEMENT MEDS UPON ARRIVAL BACK TO D.O.C 2022. I'M IN CORRESPONDANCE WITH SEVERAL LAWYERS "MAYA ABDELA @ ADL ARIZONA DISSABILITY LAW. 177 N. CHURCH ST. TUCSON AZ. 85701.", REYES & REYES DISSABILITY LAW FIRM 8607 N. 59TH AVE B2 GLENDALE AZ 85302 AND THE ARIZONA MEDICAL BOARD 1740 W. ADAMS ST. STE 4000 PHX AZ. 85007 THESE INSTITUTIONS WILL BE RECIEVING A "NOTORIZED LETTER" SIGNED BY ME RELINQUISHING THEM A "MEDICAL-RELEASE" FROM YAVAPAI REGIONAL MEDICAL @ PRESCOTT, FURNISHING YOU WITH THE "C-D" DIAGNOSIS DOCUMENTED 11-27-2019 WHILE IN THE FREE WORLD, MY COPY WILL BE SENT TO ME DOWNLOADED ON PAPER TO MY CELL VIA CERTIFIED MAIL, SO I CAN PROVE TO THE FEDERAL COURTS THAT MY CIVIL/CONSTITUTIONAL RIGHTS ARE BEING VIOLATED! MS. O CORONADO; I NEED YOU TO KNOW & UNDERSTAND THAT I AM NOW WRITING TO THE ACLU AT D.C. DEPUTY DIRECTOR: MS CORENE KENDRICK, N.P.P. 915, 15TH. STREET N.W. WASH DC 20005 *(202) 393-4930 *C. KENDRICK@ACLU.ORG E-WHOM I'VE HAD THE PRIVELAGE MEETING IN PERSON DURING HER PERSONAL INNERVIEW WITH THE DEP DIR DAVID FATHI IN 2014 AT SMU 1 DURING LITIGATION PARSONS & RYAN (SHE KNOWS WHO I AM)! MS. O. CORONADO; I WILL NEVER NAME YOU AS A DEFENDANT! (PERIOD), BUT I NEED YOU TO RECOGNIZE MY ADA STATUS IMMEDIATELY! I WANT/NEED TO SIGN A "RELEASE" TO YAVAPAI! I NEED THE RESULTS OF X-RAYS TAKEN AT BUCKLEY! I NEED TO REVIEW MY RECORDS &C.D. I NEED A MRI ASAP

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Edward M. Reyes Young #80072 | 3/15/2023 |

INITIAL DISTRIBUTION:  GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION:  White or Copy - Inmate
Canary or Copy - Grievance File

802-7
12/12/13

I ALSO NEED YOU TO GO BACK TO RECORDS AND SEE THAT IT'S YOUR SIGNATURE THAT PRESCRIBED ME MY PAIN MANAGE MEDS WHEN I WAS HOUSED HERE & MET (YOU) BEFORE. I NEED PHYSICAL THEROPY AND I NEED YOUR FULL CO-OPERATION

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

*3.B.2. Cell #(2)*

Date: *4/9/23*
Time: *0655*
Initials: *BVD*

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| *EDWARDO B.M. KEYES YOUNG* | | *#180072* | *3·6·2023* |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
| *3.B.2 Cell #2* | *Rast·Max* | *70* | *Lewis·Complex* |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

*"RECORDS"*

| AREA OF INTEREST(Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|
| ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☑ Other (specify)/Otros (especifique) | | *D. CORONADO* | |

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

*YAVAPAI MEDICAL CENTER #1 (928) 445-2700*
*IM (WRITING YOU TO REMIND YOU ABOUT THE RELEASE OF MEDICAL RECORDS*
*REQUESTED FROM DIGNITY HEALTH YAVAPAI REGIONAL MEDICAL CENTER WEST*
*1003 Willow Creek Rd, Prescott Az. 86301, I WISH TO REVIEW THESE RECORDS, A.S.A.P*
*ITS MY INTENTION TO FOWARD/RELEASE TO MY MOTHER (TERESA R. KEYES: 606*
*5TH. STREET PRESCOTT Az. 86301 #1 (928) 515-1585.) SEND ME 2 RELEASE FORMS.*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]  *ALSO MY Allergie's*

INMATE SIGNATURE/FIRMA DEL PRISIONERO  *ARE GOING CRAZY CAN YOU SEE ME PRESCRIBE OR*
*CLARITEN ? PLEASE*
*Mr. Edward Manuel Keyes Young #80072*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☑ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|
| ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) | | | | |
| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | | DATE/FECHA (mm/dd/yyyy) | TIME/HORA | |
| *BVD*    *R. Dyer* | | *4/9/23* | *0710* | |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

*Added   to   medical   records   line   and   Nurse line*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| *BVD*    *R. Dyer* | *4/9/23* | *0710* |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

CUT BACK
18

5:00 **FILED** P
O'Clock_____M

**DEC 0 8 1998**                    1

**RULE 26.5 EVALUATION**           NORBERT G. WEDEPOHL, Clerk
                                   BY _Tina M. Fortune_
**Neuropsychology**                    Deputy

**Name**       :  Eduardo Manuel Young          **Case Number:** CR-98-0376/203/204
**Referred by:**  Honorable William T. Kiger
                Division 5, Yavapai County Superior Court
                Prescott, Arizona 86301
                                                **Dates of Evaluation:**  11-12-98, 11-13-98

**Date of Birth:** 1-4-68   **Age:** 30   **Sex:** Male   **Children:** 4 – ages 9, 7, 8 1/2, 1 1/2 months
**Ethnicity**   :  Mexican-American/Black                 **Marital Status:** Separated
**Education**   :  7th (special education classes), Coachilla High School, California
**Occupation**  :  gardener, concrete finisher, certified maintenance (schools, parks)

## REFERRAL INFORMATION

Defendant was referred by the Honorable William T. Kiger for a Rule 26.5 evaluation for assistance to the Court in determining sentence. On 8-18-98 Defendant agreed to plead guilty to 1) Aggravated Assault, a dangerous class 3 felony, as consolidated from Counts I and II in CR98-0203 in that on or about 3-18-98 Defendant, using a deadly weapon or dangerous instrument, to-wit, knife, intentionally placed Mark Fricke and Thomas Alibrando in reasonable apprehension of imminent physical injury; 2) Residential Burglary, a class 3 felony, as charged in Count VII of the Indictment in CR 98-0203; and 3) Robbery, a class 4 felony, as amended from Count I of the Indictment in CR 98-0204, as follows – on or about 2-22-98 Defendant, in the course of taking property of another from Jordan Piergrossi's person or immediate presence and against his will, used threats or force against him with the intent to coerce surrender of the property or to prevent resistance to Defendant's taking or retaining the property. During this incarceration, Defendant has additionally incurred more than 22 incident reports, resulting in charges of aggravated assault against Detention Officers and a charge of criminal damage.

On 8-18-98, pursuant to a Plea Agreement, Defendant agreed to plea to: 1) Aggravated Assault, a dangerous class 3 felony (using a deadly weapon or dangerous instrument), Residential Burglary, a class 3 felony, and Robbery, a class 4 felony (in the course of taking property from another, using threats or force against another).

On 10-8-98 during a Presentence Hearing, Defendant decided to withdraw his motion to represent himself with his Defense attorney acting only in an advisory position. After discussion with Counsel, an Order denied Defendant's request to withdraw his plea. Counsel for Defendant informed the Court that Defendant was on various medications at the Verde Complex for manic depression, and asked the Court for a 26.5 evaluation to get the full scope of medical and mental problems.

## RECORD REVIEW

An Adult Probation report by Jennifer Manera, Adult Probation Officer, was submitted to Judge Kiger on 9-22-98. Mrs. Manera documented the offense, the officers version, and Defendant's statements along with her regular report. (Please refer to this document for a detailed description of the events leading to Defendant's arrest. Mrs. Manera's summary impressions were that Defendant could be very dangerous, given the right set of circumstances. There were numerous incident reports of contact with inmates and detention officers which indicated the Defendant believes he should be in control and would take whatever actions to ensure that case, and not being above using threats and intimidations as a means to serve his purpose, whether a person in authority or one just met. However, with Mrs. Manera he was cooperative and polite although he told her that he was the "Daddy" of Mexican prisoners who came to him for protection. She noted his apparent diminished mental capacity and need to remain on psychometric medications, which he did not do consistently after his release from prison. She additionally noted his difficult childhood and abusive background, later becoming the violator rather than the victim. There was both substance and physical abuse, and she considered him a danger to others, and the only viable alternative was to serve a prison term.

DR. VIRGINIA LEA CONNER                    *Psychology • Neuropsychology*

1055 RUTH STREET, SUITE 6                              (520) 778-4711
PRESCOTT, ARIZONA 86301                           Fax (520) 778-4716

daily by his teens. At the time of his arrest he was consuming 18/beers daily with intermittent whisky. Polysubstance abuse, and later dependence, also began at age 12 and involved crystal methamphetamine, marijuana, heroin, and cocaine, progressing into heavy use until his arrest in March 1998. He began smoking at age 12, and was using two packs per day at the time of his arrest

## LEGAL HISTORY

At age 12, Defendant was expelled from school and later received trespassing charges and spent a month in juvenile hall. At age 13, he burglarized a car, and his mother called the police which resulted in juvenile hall placement for a year with work furlough during the day. From ages 13-15, he was in the Boys Republic facility in Chino, California, from ages 13-16 in Los Pinos, California, and from ages 16 to 17 was in the Pride House in Los Angeles – all juvenile facilities. He subsequential was incarcerated for 20 days after a fight with his older brother during which Defendant cut him severely with a knife. He turned 18 while being incarcerated, however, reportedly, the State did not press charges, viewing it as a "family affair" involving domestic violence towards his brother. During a period of heavy drug use, including IVs, with methamphetamine, heroin and cocaine, Defendant was incarcerated for one year in his mid-twenties, and had a 90-day observation in the Chino prison. He relocated to Prescott where his mother was residing to hopefully deescalate the drug use and leave that environment. However, in 1989 he broke his brother's car windows and was incarcerated in the Winslow facility for 1 year and 7 months. After release he returned to his wife, and was arrested for carrying a shotgun which resulted in incarceration in the Florence prison for 3 1/2 years. While there, he was placed in the special management unit. He was released in August 1997 and rearrested on the current charges in March 1998.

## PAST PSYCHIATRIC HISTORY

Defendant reported that he saw his first psychiatrist upon an order by the Court when he was approximately 13 or 14. The psychiatrist was in a mental health clinic. His mother was told that he was schizophrenic, but she was unable to get further information from the clinic and could not remember what medications he had been prescribed. He had had an extensive psychiatric workup in the clinic and was followed several times weekly for treatment. However, he stopped going to this mental health facility and school, and was subsequently place in the Boys Republic in Chino, California. His mother reported that he has a paternal aunt with schizophrenia as well as a paternal uncle. When she picked Defendant up in California at age 19 to bring him back to Arizona with her, she reported that his perception was distorted and he would see mystical representations and symbols embedded in such things as the mountains, environment, etc. She noted that these illusions and rather bizarre behavior was a frequent topic of conversation with the family from age 19 on.

Defendant reported that he first remembered hearing someone talk to him at age 7, but didn't know who it was as "there was nobody there." At the time he was locked in his room by his father for punishment, a rather frequent occurrence, with his brothers outside playing. He heard a voice telling him "not to worry, He sees what's happening, and will send somebody to help you." Defendant reported having a dream repetitively at about the time he incurred a post concussive syndrome during childhood or adolescence in which he would see a big ball of fire coming at him with a needle in it." He stated that he increasingly developed a dislike of the color red, as well as fire, stating that both scared him. Symptoms accelerated during the times in which he would be locked in his room by his stepmother and his father was overseas and unable to intervene. He stated that "that's when the anger began." Defendant reported an acceleration of bizarre thoughts and images at about age 12 following an incident in which he was severely beaten up and was beginning to use drugs heavily.

During this intake during questioning, Defendant stated he would often see a face during a particular image during a newscast on Channel 3 in which a picture would show the Earth revolving, however, although it went very fast, "you could see an evil face in the clouds which is visible for a split second." He told this examiner that if she would look very hard, she would also see it. He also reported an incident while in the recreation yard in Camp Verde, during which he saw the same evil face in the full moon with another face behind it, frightening him. He reported that it was not a "hallucination or a hologram," and stated that "Officer Gibson was also there with him."

a reputation with "his mean act," i.e., people being frightened of him. She wrote in a note given to this examiner which added to the psychosocial history, that there was a problem with her son, that she had seen him do things which "no person in their right mind would do." "It's like he's another person, one that surfaces once in awhile, considerate, happy, smiling, and can't do enough for you, and the other taking over, cursing threatening, mean, hallucinating, and out-of-control."

Subsequently, Defendant was arrested for carrying a sawed-off shotgun and incarcerated for 3 1/2 years in Florence. He was released in August 1997, returned to his mother's home and was rearrested in March 1998. His wife now lives in Palm Springs with their 2 children, and Defendant claims that he has 2 other children which are not by his wife.

## BEHAVIORAL OBSERVATION

Defendant was initially seen in the Yavapai County jail, and was then transported to the Barrow Neurological Group Clinic office for testing. He was a man of medium stature, weighing 170 pounds for his 5'11" height. His complexion was dark, and he had short black hair with a moustache. He appeared well nourished and physically healthy. He dressed in orange prison clothes and was shackled and handcuffed. Eye contact was variable, at times his head being lowered, but as he became more comfortable with the examiner, eye contact became more appropriate. He had multiple tatoos over his body, stating "30 or 50." Although he was cooperative in attempting to give his history, he had some significant difficulty with organization, as well as the chronology due to his problems with processing numbers and dates. He had difficulty with opened-ended questions, his responses tending at times to have somewhat loose associations and tangentiality, as well as occasionally losing track of where he was. He was distractable and hypervigilant with startled responses. At times he would give up easily on difficult items, but was cooperative and continued with encouragement from the examiner.

During the midmorning of the second day, the examiner left the room briefly and upon returning witnessed an angry confrontation between Defendant and the officer who had brought him. The officer had refused to take Defendant's handcuffs off after they had been put back on him following the neuropsychological motor and sensory testing. Defendant was very angry and threatened the Officer, but with a little time he was able to calm down and continued to cooperate with the testing.

## TEST ADMINISTERED

| | |
|---|---|
| Wechsler Adult Intelligence Scale | Wechsler Memory Scale-R |
| Wide Range Achievement Test-3 | Rey-Osterreith Complex Figure |
| California Verbal Learning Test | finger tapping, grooved pegboard, sensory tests |
| Trail-Making Test | Wisconsin Card-Sorting Test |
| Category Test | Controlled Oral Word Association |
| Cookie Theft Story | Mesulam's Cancellation Tests |
| Warrington's Recognition Memory Test | Minnesota Multiphasic Personality Inventory-2 |

## TESTS RESULTS

**Psychometric Intelligence**-On the WAIS-R Defendant performed in a borderline to low average range, and the following IQs and percentiles were obtained

| | | | |
|---|---|---|---|
| Verbal IQ | 78 | 7 | %tile |
| Performance IQ | 81 | 10 | " |
| Full Scale IQ | 77 | 6 | " |

The following standard scaled scores and percentiles were obtained:

| Verbal | | | | Performance | | | |
|---|---|---|---|---|---|---|---|
| Information | 6 | 9 | %tle | Picture Completion | 9 | 37 | %tile |
| Digit Span | 8 | 25 | " | Picture Arrangement | 6 | 9 | " |
| Vocabulary | 7 | 16 | " | Block Design | 9 | 37 | " |

6

| Arithmetic | 5 | 5 %tile | Object Assembly | 8 | 25 %tile |
|---|---|---|---|---|---|
| Comprehension | 6 | 9 " | Digit Symbol | 5 | 5 " |
| Similarities | 5 | 5 " | | | |

Defendant had particular difficulty with speed-of-information processing, subtests which involved numbers, higher-word relationships, and verbal abstractions.

**Attention and Mental Control**– On the WMS-R Attention/Concentration subtest Defendant obtained 1 %tile. He was only able to repeat 4 digits forward and 4 digits backward, less than 2 and 11%tiles. (On the WAIS-R he did somewhat better, obtaining 6 forward and 4 backward.) On an analogous visual memory span test, he gave 5 forward and 4 backward, 26 and 19 %tiles. On letter and symbol cancellation tests he had 2 errors of omission, however, his performance was exceedingly slow, moving his pencil in small straight lines very carefully back and forth across the page.

**Executive Functions and Cognitive Flexibility**– On Trail-Making A and B (connecting a number sequence and then alternating between the number sequence and alphabet) Defendant obtained 42 and 5 %tiles (30" and 170"). On a test of cognitive flexibility, Wisconsin (sorting cards to categories) he obtained only 1/6 categories, making less than 1 %tile for Perseverative and Conceptual Level Responses, as well as Categories Completed. Nonperseverative Errors were 2 %tile. On a nonverbal concept formation test, Category (generating hypotheses for problem-solution) he obtained 1 %tile for his normative group, making 116/208 errors. Verbal abstractions were exceedingly concrete.

**Motor and Sensory**– On tests of simple motor speed and fine motor coordination this left-handed Defendant obtained the following scores:

| | left hand | | | right hand | | |
|---|---|---|---|---|---|---|
| finger tapping | 44.2 mean taps | 1 | %tile | 41.6 mean taps | 8 | %tile |
| grooved pegboard | 85 seconds | 4 | " | 89 seconds | 2 | " |

There was no suppression on bilateral simultaneous stimulation test for tactile, auditory, or visual functions.

**Language** -- Spontaneous speech was fluent and grammatic, and without dysarthria, aprosodia or paraphasias. Word fluency to 3 alphabet letters was within an average range (11, 11, and 14 words), and he was similarly within an average range in generating nouns to a semantic category (17 words).

**Visuo-Spatial** – Defendant tended to be within an average range on the WAIS-R subtests of replicating block designs and assembling puzzles. He was able to execute 7/9 of the block designs and 3/4 of the puzzles, having difficulty with items of higher-level complexity and analysis. His copy of a complex geometric figure (Rey-Osterreith) was in a moderately impaired range for perceptual organization, Defendant having difficulty seeing the underlying structure of the figure.

**Memory and New Learning** -- On the WMS-R the following indexes and percentiles were obtained:

| General Memory | 91 | 27 %tile | Attention/Concentration | 67 | 1 %tile |
|---|---|---|---|---|---|
| Verbal Memory | 91 | 27 " | Delayed Recall | 81 | 10 " |
| Visual Memory | 91 | 27 " | | | |

Immediate and 30' delayed recall for 2 paragraphs was 47 and 54 %tiles. Immediate and delayed recall for 5 simple geometric figures was 56 and 6 %tiles. There was a 92% (65 %tile) savings for the verbal material and 47% (< 5 %tile) for the nonverbal.

On a test of new learning, California Verbal Learning Test (16-word list over 5 trials) Defendant's learning curve was less than 1 %tile, obtaining 3, 6, 6, 7, and 6 words, respectively. He was -3 Standard Deviations on the 1st trial and -5 S.D. on the 5th. When given a new 16-word distractor list, he only obtained 1 word due to distracting himself by beginning to talk after the examiner had given the list. Immediate and 30' delayed recall for the original list was 8 and 5 words, -3 and -4 S.D. He obtained 13/16 correct words on the word recognition memory test, -4

FRONT/BACK

7

S.D., and gave 4 false positives on the recognition memory test.

The Warrington Recognition Memory Test was given as a test of cooperation, and Defendant obtained 48/50 words, 75 %tile.

Academic– On the WRAT-3 the following scores were obtained:

|  | grade equivalent | %tile |
|---|---|---|
| reading (word recognition) | high school | 30 |
| spelling | high school | 37 |
| arithmetic | 4th grade | 1 |

This appears to be consistent with Defendant's premorbid abilities.

Personality -- On the MMPI the following T scores were obtained:

| L  48 | Hs (l)  81 | Pd (4)  84 | Pt (7)  91 | Si (0)  58 |
|---|---|---|---|---|
| F  120+ | D  (2)  80 | Mf (5)  56 | Sc (8)  115 | |
| K  35 | Hy (3)  76 | Pa (6)  120 | Ma (9)  98 | |

Looking in isolation with the psychosocial background, Defendant's profile would be considered invalid. However, if this were a very disturbed individual, the 6-8 high-point profile would suggest a paranoid schizophrenic classification, but this examiner is hesitant to provide an interpretation due to the extremely elevated scores. Additionally, his cognitive ability is quite low although his word recognition is within an average range, therefore, some confusion might be an artifact. (He had to retake the first part of the test as he had gotten his response sheet out of line with the test booklet.) If there were no other indication of psychiatric problems, it would be easy to say that Defendant was malingering, but within the realm of psychiatric problems the MMPI lends some support to a schizophrenic type of disorder.

DSM-IV

| Axis I | 295.70  schizoaffective disorder -- bipolar type |
|---|---|
| | 304.80  polysubstance dependence, in remission in controlled setting |
| Axis II | 315.9  learning disorder NOS |
| | V62.89 borderline intellectual functioning |
| | 301.7 antisocial personality disorder |
| Axis III | multiple mild traumatic brain injuries (loss of consciousness < than 10'), hepatitis |
| Axis IV | psychosocial stressors -- pending sentencing, lengthy incarceration, worried about family, cognitive impairment and mental disorder sequelae |
| Axis V | current Global Assessment of Functioning 55 moderate-serious impairment in functioning. highest GAF past year -- 45 |

NEUROPSYCHOLOGY SUMMARY

Defendant had a Full-Scale IQ in a borderline intellectual range.  He had moderate impairment in attention and mental control.  On frontal lobe tests of divided attention he was in a moderately impaired range, on cognitive flexibility tests he performed in a 1-2 %tile range, and on a nonverbal problem-solving test he was 1 %tile for his normative group. These frontal lobe tests reflected severe problems in executive functions and higher-level cognitive processing.  Defendant was left-handed, and motor tests reflected mild to below-average performance on sustained finger tapping speed with mild-to-moderate impairment on tests of fine motor coordination.  There was no lateralization on either sensory or motor tests.  Language was generally within normal limits with the exception of processing numbers, a developmental disorder.  Visuo-spacial abilities were generally better than language-related tests with the exception of perceptual organization, a frontal lobe function.  Memory quotient was 91 (27 %tile) with delayed recall being mildly impaired.  He was severely impaired on a word list new learning test.  Reading and spelling were within an average range, but arithmetic was only at a 1 %tile level (4th grade equivalent).  There was no suggestion of malingering or that Defendant did not fully cooperate during the neuropsychology testing.

FRONT BACK 22

# J|H

**James Holmes, Psy.D.**
Psychological and Forensic Services

300 West Clarendon Ave. Suite 470
Phoenix, AZ 85013
Ph: 480.365.8233| www.drjamesholmes.com

## Rule 11 Evaluation

**Defendant's Name:** Edward Manuel Young
**Ethnicity:** Mixed
**Date of Birth (Age):** 01/04/68 (52)
**Case Numbers:** P1300CR201901083, P1300CR202000011,
          P1300CR202000012

**Primary Language:** Spanish
**Evaluator:** James Holmes, Psy.D.
**Date of Evaluation:** 03/23/20
**Date of Report:** 04/01/20

**Honorable Christopher L. Kottke**
**Superior Court, State of Arizona, Yavapai County**
**Re: Edward Manuel Young**

Dear Judge Kottke,
This report serves as the requested Rule 11 Evaluation regarding Edward Manuel Young's competency to stand trial. According to the Indictment (01/03/20), Mr. Young is charged with Misconduct Involving Weapons, a class 4 felony (P1300CR202000012).

In a separate Indictment (01/03/20), Mr. Young is being charged with Possession or Use of Dangerous Drugs, a class 4 felony; Possession or Use of Narcotic Drugs, a class 4 felony; two counts of Possession of Drug Paraphernalia, both class 6 felonies; and Misconduct Involving Weapons, a class 4 felony (P1300CR202000011).

I do not have the Indictment for Case Number P1300CR201901083; however, the police report indicates Mr. Young is being charged with Aggravated Assault of an Officer, a felony; Simple Assault, a misdemeanor domestic violence offense; Disorderly Conduct-Fighting, a misdemeanor; Preventing/Interfering Telephone Emergency, a misdemeanor; and Resisting Arrest, a misdemeanor.

### Competency Opinion
I believe, with a reasonable degree of psychological certainty, that Mr. Young **is competent to stand trial, and his competency appears to be medication-dependent**.

### Evaluation Procedures
Record review
Interview
Modified Competency Assessment Instrument (MCAI)

### Sources of Information
Police reports, Prescott Police Department, 07/18/19
Letter of verification of services, Judie Jackson, West Yavapai Guidance Clinic, Hillside Campus,
    08/28/19

Medical History: Mr. Young reported he has scoliosis but did not report any other current medical problems. When asked about prior serious illnesses, injuries, or surgeries, he mentioned breaking his collar bone, foot, hands (from fighting), and knee. Upon query of previous head injuries, Mr. Young recalled being hit with a "two by four" by his brother and others and hit his head on the bars of a swing as a child. He said he believes he lost consciousness with almost all of the injuries. Mr. Young also mentioned he received stitches for his injuries. When asked if he noticed any changes after the head injuries, he remembered that he started seeing more things that were not there and began seeing more shadows. Upon query of seizures, he believed he has experienced four of them in the past month. He went on to describe the experiences as getting up too fast, shaking, and falling down. Mr. Young stated the episodes usually last about two minutes. He reported these episodes started in 2018. I question whether these episodes may be another medical condition, rather than seizures. However, I would defer this opinion to Mr. Young's medical/psychiatric provider.

Legal History: Mr. Young was asked what he has been arrested for, besides his current charges, and he replied, "Everything but murder." He added that in 1998, he was charged with kidnapping, burglary, prohibitive weapons, and assaults. Mr. Young recalled serving 20 years "flat time" in prison for his charges. He said he is taking measures to not allow the public to see his charges. Mr. Young stated that he had to stand up for himself in prison even though he did not want to do this. He said he is now "ex-affiliated" from his gang, completed a "step-down program," was in protective custody for 12 years in prison, and is currently in protective custody. Mr. Young recalled being evaluated by Dr. Virginia Conner in 1997 who determined he was "coherent enough to understand." It appears this may have been a competency evaluation.

Psychiatric History: Mr. Young said he received 9 months of counseling when he got out of custody which was court-appointed. He recalled doing another 9 months of counseling on a voluntary basis as well. When asked why he was receiving treatment, he mentioned bipolar disorder and manic depression. Mr. Young said he has a Serious Mental Illness (SMI) designation and was diagnosed by his evaluator, Dr. Simpson, with "PTSD [posttraumatic stress disorder];" "schizophrenia, bipolar type;" and "frontal lobe dysfunction." He recalled two previous psychiatric hospitalizations. Specifically, he mentioned being hospitalized as a juvenile and was prescribed Ritalin. Mr. Young said he was hospitalized when he was older to treat bipolar disorder and manic depression. Regarding previous psychiatric medications, he remembered being prescribed Adderall, Ritalin, Effexor, Tegretol, Tramadol, Neurontin, and possibly others that he could not recall. He stated he is currently taking Risperdal (an antipsychotic), Cogentin (for side effects), Wellbutrin (an antidepressant), and another medication that he could not recall. Mr. Young acknowledged prior self-harm and suicide attempts and stated he used a razor to cut his wrist "more than once." At this point, Mr. Young showed me the scars on his wrists. He mentioned attempting suicide in prison, adding, "Couldn't deal with it, gave up kind of." When asked about prior mental health problems and diagnoses, Mr. Young said he does not do well around certain people and does not like to deal with a lot of people. He also reiterated his diagnoses of bipolar disorder with manic depression, frontal lobe dysfunction, and PTSD. In terms of familial mental illness and addiction, he said his paternal uncle died from something that had to do with his mental illness. He added that his

uncle was on drugs. Mr. Young previously mentioned his sister, mother, and father are all alcoholics. He also stated his grandparents and uncles all drink. As noted earlier, Mr. Young said one of his brothers died secondary to a drug overdose.

Per a letter of verification of services by Judie Jackson from West Yavapai Guidance Clinic, Hillside Campus (08/28/19), Mr. Young was receiving psychiatric services, was being enrolled in an outpatient substance abuse program that requires the participant to attend 48 classes, was monitored by integrated care and care management, was being referred for counseling, and would be attending their Thrive program.

### Current Symptoms
When asked about his recent mood, Mr. Young reported feeling cold the past couple of days and developed a fever on the day of the evaluation. He endorsed depressed mood, problems with sleep and appetite, crying episodes, and difficulty with concentration and decision-making. Upon query of his self-esteem, he replied, "Not good." No flashbacks or nightmares were endorsed. He did not report current thoughts of self-harm or harm to others. Mr. Young acknowledged he "always" has thoughts of death and said it does not get to the point that it takes control. He did not endorse impulsivity (acting with little or no forethought) and emphasized that he did not want me to think he was like that. Mr. Young endorsed racing thoughts, extreme mood swings, and periods of excessive energy. He also reported lack of need for sleep which lasts 2 days. Mr. Young said this occurs when sober and drunk as well.

He endorsed auditory hallucinations (hearing noises or voices that others do not hear). Mr. Young added that he sometimes hears things a lot. He further mentioned that he sometimes asks his cellmate if he hears what he hears and gets frustrated. Mr. Young also endorsed visual hallucinations (seeing things that others do not see) and noted that he sees things moving in walls and the door. He further mentioned that he sees flashes in the corner of his eye and wonders, "Is it me or someone playing games with me?" Mr. Young reported he sees death and skeletons on the floor and walls and thinks the objects have flown over him. When asked how often he hears things, he mentioned it (seeing and hearing things) is never going to go away. He added that he does his "best to sift through." Mr. Young also questioned why the Lord does this to him (allows him to experience these symptoms). He endorsed paranoia (suspicious beliefs others are out to get him or are poisoning him). Mr. Young reported instances of receiving special messages from the television or radio. No beliefs he has special powers or abilities were endorsed. He did not report problems with memory or language; however, he acknowledged word-finding difficulties, adding, "Sometimes can't always find the word to say or words to say it." I also observed this during the evaluation. Mr. Young noted that he repeats himself when talking. With sensory or motor problems, Mr. Young mentioned sensitivity in his right ear, especially when people yell. He added that he handles this by putting toilet paper in his ear.

### Behavioral Observations
Mr. Young was seen in a semi-private room on 03/23/20 at the Yavapai County Camp Verde Jail facility. There were some distractions during the evaluation (officers and inmates that could be seen and heard through the window). Mr. Young said he is about six feet tall and weighs

showed understanding of the functions of courtroom participants. He also demonstrated some understanding of courtroom procedures and was provided with additional clarification.

Mr. Young did not know what plea he plans to enter. He alluded to "Prop 200" and said he wants to get back into treatment, get his life started, and go to rehab. Mr. Young added that he knows he is a good person and works hard. He said he does not believe the case against him is very strong. Nonetheless, he thinks his chances of being found not guilty are "not good," rating it at 40% to 60%. He showed the ability to engage in legal planning. Mr. Young correctly explained a plea bargain and seems open to considering one in his case. He showed the ability to cooperate with his attorney and was given some additional education about how to handle a potential disagreement. Mr. Young appears to have some ability to disclose pertinent information, testify, and challenge witnesses. He was given some clarification about how to handle a witness that is lying or if he cannot understand the witness. Mr. Young has an understanding and ability to exhibit appropriate behavior in the courtroom. Clarification was provided about the consequences of misbehaving in the courtroom. He also demonstrated a partial understanding of his plea rights and was provided additional clarification. Mr. Young knows that he gives up his plea rights in exchange for a guilty plea.

### Diagnostic Formulation
Mr. Young reported a history of experiencing symptoms consistent with psychosis (hallucinations, delusions, paranoia), mania (excessive energy, lack of need for sleep, racing thoughts, mood swings), and depression (sleep and appetite disturbance, problems with concentration and decision-making, depressed mood, crying episodes, self-harm and suicidal behaviors, thoughts of death, self-esteem issues). He remembered being treated with psychiatric medications and is currently taking antipsychotic, side effect, and antidepressant medications. There is a history of psychiatric hospitalizations, and he mentioned being determined SMI. Mr. Young recalled diagnoses of bipolar disorder, schizophrenia, and possibly schizoaffective disorder. Some of his symptoms, including visual hallucinations, could also be due to prolonged substance use and possibly, prior head injuries. Nonetheless, given the available information, **schizoaffective disorder, bipolar type** seems appropriate which is characterized by psychotic symptoms that are accompanied by major mood (manic, hypomanic, depressive) symptoms. Psychotic symptoms can also occur without major mood symptoms.

Mr. Young endorsed multiple criteria related to prior methamphetamine use. He has attended substance abuse treatment, and his methamphetamine use led to functional impairment in multiple life domains. Thus, a diagnosis of **methamphetamine use disorder, severe** is offered.

I had also considered personality disorders, such as antisocial personality disorder, given Mr. Young's early behavioral problems, prior gang affiliation, and criminal history; however, there is not enough information to offer a diagnosis in this domain at this time .

### Diagnostic Impression
schizoaffective disorder, bipolar type
methamphetamine use disorder, severe