# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

The administrative assistants for the Court-appointed experts will need access to past and future filings. Because these assistants are acting on behalf of the Court, they will be granted exemptions from PACER fees.

Accordingly,

**IT IS ORDERED** Madison Divis and Emma Stone are granted exemptions from PACER access fees.

Dated this 12th day of June, 2023.

_____
Honorable Roslyn O. Silver
Senior United States District Judge