THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICE
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE **Civ. L.R. 5.4, 7.1 (A)(1)**
(Rule Number/Section)

☑ FILED          ☐ LODGED
☐ RECEIVED       ☐ COPY

JUN 12 2023

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES
FOR THE DISTRICT OF ARIZONA

Jensen, et al.,
           Plaintiffs

        -U-

SHINN, et al.,
           Defendants

NO. CV-12-00601-PHX-ROS

The INMATE Writing This, is not an Actual Plaintiff
of The Case before This Court, However is Currently and
For over 30 plus years been an Inmate in The Custody
of The ADCRR.

The Writer of This, WILLIAM E. STOKES, SR # 065373
Wishes To Inform This Court That within 1 (ONE) Week
After This Courts Ruling Against ADCRR in early April-2023
ADCRR and The Medical providers, According To The Provider
On STOKES's Unit (Barchey) Were Ordered To Cut or
All Current Pain medications in half or All Together Take Them
Away. STOKES Was on 200mg of Tramadol Extended Relief in
The Morning and 100 mgs of Tramadol Extended Relief, due
To 3 Seperat Spinal Surgeries in 2020, 2021 and 2022
in less Than 3 full years. STOKES's Spine (Back To Lumbar) is
Titanium, screws, bolts and Rods from The Thorasic 10 Vertebrae
Through To below The Lumbar, With 2 10or12 inch screws
going Through The left and Right sides of The Lower Spine
into The opprisit sides of The Pelvic bone(s) To Hold it all
Together, AND Was Told by The Neuro Surgeon That STOKES

(1)

Would be on Some Type of Pain Medication FOR THE
REMAINDer of His LIFE. STOKES ALSO HAS HAD
His Cervical Spine (NECK) Fused multiple Vertebrae
STOPPING Full RANGE of Movement from both Side To Side
and Up and Down. Since The Cervical Spine STOKES Has
Suffered MIGRAINE HEAD ACHES, The lower Thorasic and
Full Lumbar Surgeries, STOKES Cannot Sleep Flat down
ANYMORE, When That's Been TRIED and Any Movement brings
STOKES Out of Sleep With Seriously Exeruciating Pain. STOKES
Lives in CONSTANT, At Times (more often Than Not) Exeruciating
Pain, and Debilitating Pain All THE TIME. STOKES NEVER
ASKED For or Wanted a HIGHER Dose of Tramadol
in The AM or PM. However Living in Constant Pain is
NOT What He Expected AFTER These Surgical Procedures.
He Hoped and Expected That ADCRR's Providers of
MEDICAL CARE Would NOT PLAY Childish Games by
Cutting The Medically NEEDED PAIN MEDICATION. IT
Was ORDERED BY NAPH CARE'S Regional Director
DR. PANCHO, ORDERED ALL PAIN Medications To be Cut in half
or STOPPED ALL Together, He Ordered DR. Theodora Paul, The
Head Doctor at Lewis Complex, Then She Ordered Every
Nurse Practioner and/or Physicans Assostant, Working The Units
At Lewis Complex. NOR IS NAPH CARE Approving Any
Return/ Follow up after Care With Specialized Outside
Medical Providers. STOKES'S Last Spinal Surgery Was done
in Late September of 2022 and was Supposed TO Have been
Scheduled To Return For Any/All Follow up Care Within

(2)

6 TO 8 weeks. THI NEVER Happened. IT Should have been done by late December of 2022, And STOKES Has Sat in The Nurses Office and Heard atleast 4 or 5 Conversations when The Nurses (RN's) Called TO have Thrsdays, As of The Date of This being Mailed To This Court, STOKES Has Filed All The Required Informal Resolution and Formal Grievance over both The Serious and at Times The Excruratingly Debilitating Pain He's Continuing To Have, Unable To Sleep The Night Through, and about Half To Two Thirds of The Time Cannot Leave The RUN/DORM He Lives In due To The Serious Pain. The Morning Dose Original dose OR 200 mgs of Tramadol Extended Relief allow STOKES TO DO Normal Things Throughout The Day, While The Evening Dose Allows Stokes To Sleep Through The Night.

Respectfull Submitted This Date June _____ 2023

W.E. Stokes, Sr  # 065373