**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

Court-appointed expert Bart Abplanalp submitted an invoice for work performed in February 2023 that has not yet been paid. That invoice will be paid.

Class member William Stokes filed a document stating his pain medication was reduced inappropriately. (Doc. 4440). The Clerk of Court will be directed to open that filing as a separate civil action.

Class member Phillip Lee Carson filed a document stating he was "forced to urinate on himself in his wheelchair in front of his living area . . . for staff's entertainment." (Doc. 4441 at 1). Carson also complains prison officials are mishandling his grievances. The Clerk of Court will be directed to open that filing as a separate civil action.

Reymundo R. Lazo sent a letter directly to the Court regarding the medical care at a private facility. The Clerk of Court will be directed to docket the letter and open it as a separate civil action.

Class member Chris Simcox sent a letter directly to the Court regarding the conditions in maximum custody. The Clerk of Court will be directed to docket the letter

and open it as a separate civil action.

Class member Elizabeth Rizzo sent a letter directly to the Court regarding medical care. The Clerk of Court will be directed to docket that letter and open it as a separate civil action.

Accordingly,

**IT IS ORDERED** the Clerk of Court shall disburse $750 to Bart Abplanalp from the amounts previously deposited.

**IT IS FURTHER ORDERED** the Clerk of Court shall open the Notices (Doc. 4440, 4441) as separate civil actions.

**IT IS FURTHER ORDERED** the Clerk of Court shall docket the letters from Reymundo R. Lazo, Chris Simcox, and Elizabeth Rizzo and open each as a separate civil action.

Dated this 10th day of July, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge