Moises R. Garibay ADC NO. 348004
ASPC Safford / Tonto Unit
896 South Cook Road
Safford, AZ. 85546

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 14 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1 IN THE UNITED STATES DISTRICT COURT
2 FOR THE DISTRICT OF ARIZONA
3
4 MOISES R. GARIBAY          CASE NO. CV-12-00601-PHX-ROS
5        Petitioner
6        V.
7 ARIZONA DEPT. OF CORRECTIONS    MOTION TO ENFORCE
8 REHABILITATION AND REENTRY      JUDGMENT
9 DIRECTOR RYAN THORNELL
10       Respondent
11
12   Petitioner respectfully request, pursuant to
13 Rule 70 (a); (e) Fed.R.Civ.P. and Rule 71 Fed.R.
14 Civ.P. an ORDER to ENFORCE JUDGMENT in the
15 matter UNITED STATES DISTRICT COURT, Case 2:12-
16 CV-00601-ROS, Doc. 4410 section 29.1 pg. 64,
17 Line 18-23, as Honorable Roslyn O. Silver
18 Senior United States District Judge, ORDERED
19 Injunctive Relief under 18 U.S.C. § 3626
20 (a)(1)(A), which A.S.P.C Safford/Tonto Unit
21 Deputy Warden R. Hill Badge NO. 3600
22 has failed to ACT and/or PERFORM the specified
23 ORDER of INJUNCTION.
24   Respectfully submitted this 7 day of July
25 of 2023
26 Petitioner *Moises R. Garibay* ADC NO. 348004
27            (1) of (5)

This MOTION is made on the grounds that:

1. A.S.P.C Safford/Tonto Unit Deputy Warden Hill Badge NO. 3600 has failed to comply with the ORDER of INJUNCTION -see- CASE 2:12-cv-00601-ROS, DOC. 4410 section 29.1, pg. 64, Line 18-23, as in some instances there arises SECURITY issues due to housing Classification Level (2) Minimum Custody Inmates, Classification Level (3) Medium Custody Inmates and Classification Level (4) Inmates at the SAME Correctional facility (A.S.P.C. Safford/Tonto Unit) -see- Farmer V. Brennan, 511 U.S. 825, 838-42 (1994) -see-also ARIZONA DEPT. OF CORRECTIONS REHABILITATION AND REENTRY Dept. ORDER NO. 704-8.1; 8.2 (Housing Assignment Principles), Dept. Order No. 704-8.5, 13.2, Dept. Order No. 801-1.1; 1.1.1; 1.1.2; 1.2; 1.4.2; 1.5, Dept. Order No. 801-6.0; 6.1; 6.2; 6.3; 6.4; 6.5; 7.0; 7.1; 7.1.4; 7.1.5 (Inmate Classification) and Dept. Order No. 806-2.0; 3.0 (Security Threat Groups), -Reference- ADCRR, Housing Activity Report, as to further determine inappropriate Housing Classification, through a failure to ensure Classification Reviews, Step Progression

(2) of (5)

1  (UP or DOWN) and movements to
2  appropriate Classification Levels.
3
4      2. A.S.P.C. Safford/Tonto Unit Deputy
5  Warden Hill Badge No. 3600 has failed to
6  comply with the ORDER of INJUNCTION
7  -see- CASE NO. 2:12-CV-00601-ROS, DOC. 4410
8  section 29.1, pg. 64 Line 18-23, which further
9  deprives Inmates at the appropriate Classif-
10 ication Level, (3) Medium Custody which
11 is A.S.P.C. Safford/Tonto Unit in Safford,
12 Az. the ability to participate in programs,
13 education and Inmate Work activities,
14 as placement has been provided to Inmates
15 who do NOT meet the identified criteria
16 outlined in the Earned Incentive Program
17  -see- Dept. Order No. 809-1.0; 1.2; 2.2;
18 2.2.1; 2.3; 2.3.1; 2.3.1.1; 2.3.1.2;
19 2.3.1.3; 2.3.1.4 and outlined in the
20 Inmate Work Activities -see- Dept. Order
21 NO. 903
22
23   In Conclusion petitioner would respectfu-
24 lly request this COURT to ENFORCE JUDGMENT
25 in the matter of UNITED STATES DISTRICT
26 COURT, case 2:12-CV-00601-ROS, section
27        (3) of (5)

1  29.1, as this COURT may find A.S.P.C.
2  Safford/Tonto Unit Deputy Warden Hill
3  Badge No. 3600 has failed to ACT and/or
4  PERFORM the specified ORDER of
5  INJUNCTION which further draws various
6  SECURITY issues and deprives Inmates
7  at the appropriate Classification Level
8  (classification Level (3) Medium custody)
9  of Earned Incentive Programs and
10 Inmate Work Activities as stipulated
11 in ground 1 and 2.

14  Respectfully submitted this 7 day
15  of July, 2023

17  Petitioner _Moises R. Garibay_   ADC No. 348004

(4) of (5)

# Certificate of Service

I, Moises R. Garibay ADC NO. 348004, hereby certify under penalty of perjury that a true and correct copy of the "MOTION TO ENFORCE JUDGMENT" has been provided to the below listed parties on this __7__ day of __July__, 2023:

* Clerk of UNITED STATES DISTRICT COURT
  Honorable Roslyn O. Silver
  Senior United States District Judge
  401 W. Washington St.
  Phoenix, Az. 85003

(1) Original Copy and (1) Copy to be returned to petitioner stamped filed copy by the COURT

* Arizona Attorney General Kris Mayes
  2005 N. Central Ave.
  Phoenix, Az. 85004

(1) Copy

Respectfully submitted this __7__ day of __July__, 2023

Petitioner _Moises R. Garibay_    ADC NO. 348004

NOTARY PUBLIC _[signature]_

DATE _7-7-23_

JACOB NYKAZA
Notary Public - State of Arizona
GRAHAM COUNTY
Commission # 649115
Expires May 24, 2027

( 5 ) of ( 5 )

Attn. Clerk of Court

My name is Moises R. Garibay ADC NO. 348004 and the purpose of this correspondence is to request the Clerk of the COURT to direct the enclosed "MOTION TO ENFORCE JUDGMENT" to Honorable Roslyn O. Silver Senior United States District Judge who is presiding over Jensen V. Thornell, CV-12-00601-PHX-ROS, as this (5) pg. MOTION pertains to an Injunctive Order Judge Silver adjudicated. I am also requesting the Clerk of Court to RETURN the additional enclosed copy of "MOTION TO ENFORCE JUDGMENT" to petitioner at his current address:

> Moises R. Garibay ADC NO. 348004
> ASPC Safford / Tonto Unit
> 896 SOUTH COOK ROAD
> Safford, Az. 85546

\* Please RETURN (MOTION) stamped filed copy by the COURT. Thank you for your time & consideration

Submitted this __7__ day of __July__, 2023

Petitioner _Moises R. Garibay_
ADC NO. __348004__



NOTARY PUBLIC _[signature]_
DATE __7-7-23__