**Marc F. Stern, MD, MPH**
**Assistant Affiliate Professor, School of Public Health, University of Washington**
**Faculty, School of Public Health, University of Albany**
**Consultant in Correctional Health Care**

July 14, 2023

<u>via electronic mail only</u>

Dr. Ryan Thornell, Director
Arizona Department of Corrections, Rehabilitation, and Reentry
701 E. Jefferson St.
Phoenix, AZ 85034
rthornell@azadc.gov

Re: *Jensen v. Thornell*, Case No. 12-00601

Dear Director Thornell:

On April 7, 2023, the Federal Court issued its Order and Permanent Injunction in this case. A key component of the order was a requirement to increase health care staffing. Serious medical needs cannot be met without a sufficient number of staff who are adequately qualified, adequately trained, and familiar with the environment in which they work.

Specifically, ADCRR was instructed to hire 22 FTE (medical physicians, psychiatrists, psych associates, and psychologists) by July 7, 2023, in addition to all positions for which ADCRR had otherwise contracted with its health care vendor, NaphCare, for a total of 1,187.9 FTE. The Court recognized that the number of immediate hires may ultimately be insufficient to remedy the unconstitutional substantial risk of serious harm identified in the Court's decision. Therefore, the Court required a further staffing analysis be completed within six months of its Order noting that the results of that analysis may require that the Defendants hire additional staff or staff with different qualifications. However, until the staffing levels required by ADCRR's contract with NaphCare have been fulfilled it will be difficult to determine what additional staff may be required.

Unfortunately, as of the most recent information provided to me after July 7, staffing remains markedly inadequate to meet the immediate requirements of the Order.

To more closely monitor ADCRR's progress in rapidly achieving the required minimum staffing levels in health care and discharge my responsibilities to the Court to inform it of the status of compliance with its Order, I am formally requesting that you report the department's progress to me in writing on the first of each month, beginning on August 1,

2023 and until further notice. The report should reflect data from the most recent pay period.

That report should accurately detail the staffing level of all health care personnel. The data in the report should conform to the following:

    1. Separate the contracted 1,187.9 FTE from any additional FTE.

    2. Enumerate the data by category of worker for each complex and for the state overall.

    3. For each category of worker (whether in the by-complex or statewide list), show:

        a. the number of FTE filled by full-time or part-time permanent employees

        b. the number FTE of positions filled or partially filled by any other type of staff (e.g., registry, PRN, locum tenens) by staff type

        c. the number of FTE of unfilled (i.e., vacant) positions.

Please note that an individual may not fill more than 1.0 FTE. So, for example, a 1.0 FTE nurse practitioner working overtime may not be counted as filling any other position, neither of the same category (nurse practitioner) nor of another category (e.g., LPN). Thus in the above report, that nurse practitioner should only appear as filling 1.0 FTE. Further, a part-time worker at Complex A who works more than their scheduled shift at Complex A may not be counted as filling any position at Complex B nor may they be counted as filling any position at Complex A unless the position at Complex A is one they are credentialed to fill and they actually perform the duties of that position.

Please also note that within each category of worker, at least 85% of required FTE must be filled by full-time or part-time permanent employees (with the exception of the 22 positions cited above, for which that requirement does not take effect until October 7, 2023); any other worker type (e.g., registry, PRN, locum tenens) does not count towards the 85% requirement.

Please feel free to contact me if you have any questions.

Respectfully,

Marc F. Stern, MD, MPH
Court-Appointed Monitor

cc:
Honorable Roslyn O. Silver
Ms. Corene Hendrick
Dr. Bart Abplanalp
Dr. Lara Strick
Mr. Scott Frakes