Jeffrey L. Graybill, ADC 267381, et al.
A.S.P.C. Kingman Huachuca 2B3
P.O. Box 6639
Kingman, AZ 86402

FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 2 4 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.<br>Plaintiffs,<br>v.<br>Ryan Thornell, et al.<br>Defendants | No. CV-12-00601-PHX-ROS<br><br>EYEWITNESS ACCOUNT FROM SUBCLASS RE: DOC 4410 |

On April 7, 2023, the Court issued an Order and Permanent Injunction in this case (Doc. 4410). In the Order the Court refers to "All Prisoners" with the implication of all prisoners in ADCRR custody to be subclass members. The Court's intention to order the Defendants to greatly improve upon a wide variety of Conditions of Confinement for all ADCRR Prisoners is apparent. "We" are a group of ADCRR Prisoners housed at A.S.P.C. Kingman-Huachuca Unit. We are hereby providing our Eyewitness account of the Defendants' actions, or lack there of, in Complying with the April 7th Order, solely at A.S.P.C. Kingman-Huachuca Unit. Of note, while an ADCRR owned facility, the daily operations are

-1-

1  Sub-contracted to a Private, for profit, corporation
2  known as The GEO Group, Inc. The Court makes
3  it clear that the April 7th Order and Injunction
4  does apply to Private Prisons (Doc. 4410, Page 53
5  at footnote line 27-28). In May and June of 2023
6  the Defendants have sent over 50 Prisoners from
7  other units with Special Needs and Severe Mental Health
8  Issues, we believe to circumvent some compliance issues
9  with the Court's Order and Injunction. A.S.P.C. Kingman-
10 Huachuca is a Medium Custody (Level 3) Unit. However,
11 Prisoners classified as level 2, 3 and 4 are housed here
12 together. The Unit does have a Maximum Custody,
13 or Central Detention Unit, that we, as Level 2 and 3
14 Prisoners, do not see. Perhaps, changes to comply with
15 document 4410 have occurred there, but certainly not
16 for the remainder of us. This document is not a Motion;
17 We are not requesting a reply or any action from the Court.
18 We are simply informing the Court and it's appointed experts
19 and monitors of inside observations of one group of educated
20 Prisoners. We have served anywhere from 5 years to 15
21 years of our sentences at various ADCRR facilities. We
22 are long standing victims of the Defendants' harm.
23      In regards to the medical and Mental Health Requirements
24 outlined in the April 7th Order, absolutely no changes have
25 been made at A.S.P.C. Kingman-Huachuca. We have seen
26 no good faith at all from Defendants to even attempt to
27 meet the 3 month deadline set by the Court. All Health
28
                              -2-

1  Services are Subcontracted to GEO medical. Prior to 2022, it
2  was Correct Care Solutions, Inc. The Unit has never used Corizon,
3  Centurion, or NaphCare. There is no Electronic Health Records
4  (EHR) system here. There has not been a visible computer at
5  all in the Health Unit since the GEO Group, Inc. took over
6  operations of the Unit in 2015. All Medical and Mental Health
7  encounters and records are completely handwritten paper
8  documents, no matter the classification level of prisoners.
9  There are over 1200 Prisoners housed at Huachuca Unit.
10 A large percentage of us have chronic care conditions.
11 most of us have from 2-6 very large volumes of medical
12 files. Our "Problems Lists" are typically incorrect or out
13 dated. Chronic Care Provider Appointments are currently
14 months behind. Provider staffing levels vary, but range
15 from 1 to 3. Most see Prisoners an average of 3 days a
16 week. There is currently no Dentist or Phlebotomist
17 assigned solely to the Unit. Health Unit Staff is commonly
18 shared with A.S.P.C. Kingman-Cerbat, a 2500 plus
19 bed Unit. Blood draws or any other testing can easily be
20 weeks or even months after tests are ordered. When tests
21 or X-rays are ordered by a Provider, it often takes a Health Needs
22 Request form from the Prisoner for it to be completed. Once
23 results are back, it takes a Prisoner to request results via HNR
24 to receive any results. Often, the results cannot be located.
25 After an initial Nurse Line appointment for a new problem
26 resulting from a Prisoner completing an HNR, it is typically 2 weeks
27 to one month to see a Provider. If an outside specialty
28

-3-

1  appointment is ordered, it takes weeks to months for
2  approval. To actually be scheduled and transported
3  out to a Specialist will be months and quite often
4  a year. If a Specialist orders a medication or a treatment
5  plan, the Unit will not typically approve the treatment.
6  There is absolutely no adequate system for any follow-up
7  care. Multiple HNR's are usually required to prompt
8  follow-up. If an in house Provider writes a script for a new
9  medication it can take anywhere from 10 to 30 days to receive
10 the medication if it is KOP. Many KOP medications are not
11 kept in stock for watch swallow (DOT) to fill gaps.
12 Refills for KOP's are not often automatic. Typically, the
13 Prisoner must submit an HNR 7 days prior to running
14 out of a KOP med. Once the Pharmacy Tech processes the
15 refill request from an out of state pharmacy it is typically
16 5-7 days for the Prisoner to receive the refill. To renew
17 a script, the Prisoner needs to start that process with an
18 HNR about 30 days out. Running out of a medication is a
19 reoccurring problem for all of us. Typically, we will have too many
20 of one medication and be out of others (KOP's). As KOP refills
21 are often not all processed at the same time (same day)
22 it is not uncommon for Prisoners with multiple meds
23 to be scheduled to stand in line 10 afternoons for an hour
24 each time to receive refills. All medications require
25 the Prisoner to wait outdoors at a dispensary window,
26 no matter Mohave County weather conditions. KOP's
27 are only distributed from 2pm to 3pm, with a pass;
28

-4-

1  they are scheduled. All medications are tracked on paper
2  MAR's sheets held in 2-3 very large binders. There are handwritten
3  notes and even post it notes. No tabs to easily find a name
4  by alphabet, though they are in alphabetical order. Waiting
5  for a Nurse to locate the MAR and then your pill(s)
6  can make for a line up to an hour. It's a 1980's era
7  system at best. Again, nothing electronic and nothing
8  appears to be automatic. In Summary, Defendants have
9  failed, in our eyewitness opinion, to act in good faith to
10 adhere to the April 7th order in regards to adequate
11 Health Care at A.S.P.C. Kingman - Huachuca. We suggest
12 the court appointed monitors make an unscheduled visit to
13 our Health Unit. They may review the files of Graybill, 267381.
14       In regards to Building Conditions (Doc. 4410, Section 23,
15 page 58 at line 25 to Page 60 at line 9), absolutely nothing
16 has been completed in this area. Absolutely no sinks or showers
17 have been replaced or repaired in the non-COU housing areas.
18 Broken sink drains, moldy (black mold) shower tiles and ceilings,
19 leaky urinals, leaky toilets and broken and moldy bathroom tiles
20 abound. Exterior roof repairs above housing (sleeping beds)
21 were made this year. Many, large leaks have existed for
22 over 6 years. Damage done between the roof and the
23 drop ceilings were not addressed. Broken ceiling tiles
24 expose what appears to be black mold. No one has ever
25 used a mold meter, or any device, to measure spore levels.
26 Many of us have developed breathing problems. For 3 years
27 we were kept indoors under these roofs and ceiling issues
28
                              -5-

1  for 21 hours a day. Many of the roof leaks were in the same
2  area in each pod in every building - often the leaks resulted
3  from poor maintenance of Swamp Coolers on roofs above. No
4  buildings used to house Prisoners are air conditioned (AC).
5  Swamp Cooler drip pans are not emptied routinely, even after
6  a monsoon storm. Most leaks are large and developed under swamp
7  coolers. Many of these swamp coolers are 10 to 20 years old.
8  Swamp coolers do not operate well in humidity, such as AZ Monsoon
9  season, or without water. Our water is shut off for hours on
10 end at least 3 times, on average, each year. Interior temps go
11 well below 65°F in winter and typically 85°F to even 95°F
12 nearly every day from June to late September. There are heat
13 related deaths every year, some indoors. A warm, moist
14 environment is perfect for mold growth between the leaky
15 roof and the drop ceiling tiles, as well as throughout bathrooms.
16 Air Conditioning unit purchase and installation funds were
17 approved and allocated over 8 years ago by AZ state legislature.
18 The Defendants have not installed Air Conditioning in Prisoners'
19 housing at all at Huachuca, and only 1 building each at A.S.P.C.
20 Eyman-Cook and Meadows Units. Prior to the April 7th Order
21 the Huachuca Unit purchased and installed one small ice machine
22 in each building. Buildings vary in size, but house 250-350
23 Prisoners each. In Summer, we are allowed to fill one 5
24 gallon jug of water per pod of 60 Prisoners two times a
25 day and place a small amount of ice into warm water. There
26 is no way to select hot or cold water at Huachuca. There
27 are no mixing valves. Showers are push button. Water temps
28

1. of the water that comes out is dependant on ground temps.
2. We typically have cold water in Winter and luke warm in
3. Summer. Ice melts fast in warm water. We typically have
4. one to two hours worth of cold water to drink twice a day.
5. Tempers flare in the heat outdoors and indoors, and with water
6. issues, an unsafe environment exists. Maintenance and upkeep
7. of our buildings and environment is abysmal pre and post April 7th
8. Order. Placing a work order must be done by Security Staff.
9. It can easily be weeks before a Maintenance Staff person
10. physically looks at a reported problem. Inmates are then
11. scheduled later to actually do the work. Huachuca does not
12. bring professionals/vendors into Prisoner housing areas to do
13. any repairs, replacements, or to complete projects. Typically,
14. once a problem is looked at parts need to be ordered. The
15. par inventory stock of supplies, even those commonly used,
16. is apparently nil to none. From breakage report to an item
17. being fully repaired is usually over a month. Absolutely no
18. painting, interior or exterior, has been done on a large scale for
19. at least 7 years. About once a year, on average, a small Inmate
20. crew will do interior touchups to metals. No prep work or scraping,
21. etc. is done. The wrong type of paint is used that doesn't adhere long.
22. To our knowledge, no mold preventing additives are used.
23. Bathrooms are typically not touched up. Only a few Battleship
24. Grey colored desks and lockers are done in each pod. The buildings'
25. initial design, as well as the Physical Plant issues, were not intended
26. to house 1200+ Medium Custody Prisoners; However the Defendants'
27. have taken no actions at all for years, much less since the
28.

-7-

1. April 7th order to address building conditions at Huachuca.
2. For the past 9 mos. we have been promised "bathrooms will
3. be remodeled." We've been given no update beyond "we're
4. still awaiting the supplies." In 2022, on August 4th,
5. we were told "AC unit install will start Feb. 2023." Now 2025 or '26.
6.     In regards to Pest Control, (Doc. 4410, Section 23.7, Page 60
7. at line 18 through 25) the unit has contracted with Patriot Pest
8. Control earlier this year. In March, they sprayed the interior housing
9. areas (each bunk area) 1 time. We have reported to staff onsite
10. multiple times that there is an ant, spider, cricket, and roach
11. problem throughout the unit. In June, they treated just 1 pod
12. of the 26 pods for ants. Insects crawling on you while you
13. are attempting to sleep is common. For years, the unit has a history
14. of practicing sleep deprivation torture techniques'; slamming
15. poorly maintained pod doors, turning radios up and jingling keys.
16. Insects will eat our packaged, purchased, commissary food. Policy
17. states - no refunds. It is quite possible, based on Defendants'
18. documentation history, that the June spray of 1 pod reflects all pods.
19. From our vantage point, the Defendants have not fully addressed
20. Pest Control. A policy change and a contract does not ensure results.
21. Defendants' are not addressing pest control on a semi-monthly
22. basis to eliminate insects in all common areas used by prisoners.
23.     In regards to Food Service and Meals (Doc. 4410, Page 61 at
24. line 24 through Page 62 at line 14), the Defendants' have started,
25. as of July 8, 2023, to provide 3 seperate meals each weekday.
26. A hot lunch is served at approximately 12:30 pm to 2:00 pm.
27. A Dinner sack consisting of 4 slices of bread, 1 slice of
28.

-8-

1  questionable in quality of lunch meat, and a small bag (sandwich sized)
2  with a protein powdered p-nut butter and sugar free jelly is served
3  at 5:00pm. We are continuing to go, on average, 18 hours between hot
4  trays from lunch to breakfast the next day; nothing substantial to eat.
5  Where the Defendants have not at all acted in good faith is with food
6  quality or quantity. There has been absolutely no change at all in
7  the menu or food quality in the past 6 years, much less since the
8  April 7th Court Order. Our nutritional needs are certainly not being
9  met. Portion size continues to be the same on the medium custody
10 menu as it has been for 15 years. Portions are smaller for we adults
11 than an elementary school lunch. These meals, with very few exceptions,
12 continue to not be "of the same quality or have the same nutritional
13 and caloric content as meals served in [the] general population."
14 (Document 4410, Page 62 at lines 1-2). In addition, the Huachuca
15 Unit has a long history of dish machine and refridgeration maintenance
16 problems, which are typically related to a lack of routine, professional
17 maintenance as well as parts supplies. For over 8 mos., from 2021
18 to April of 2022, we ate off styrofoam trays due to a non-operational
19 dish machine. Pots and pans weren't properly sanitized. A filthy tray
20 with food from a previous meal is an ongoing issue. This year there
21 were cooler/refridgeration issues causing spoiled food to be served, etc.
22 Digestive issues abound for Medical. Pests in kitchen not uncommon.
23      In conclusion, we acknowledge that the latest main Defendant,
24 Director Dr. Ryan Thornell, has inherited decades worth of neglect in
25 his Department. His predecessors had no regard for basic human
26 needs and the rights of hundreds of thousands of people over the years.
27 Thornell has posted new changes to policy (Director's Orders). These
28

1  are in accordance with the Court's April 7th Order and Injunction.
2  However, we prisoners at Kingman-Huachuca are not seeing much of any
3  of the required 3 month period results. The Court gave a clear deadline
4  to meet specific criteria. The fact is, the Defendants have been well aware
5  of the issues in need of correction for over 11 years of this case. They
6  continue to unconstitutionally harm well over 30,000 Arizonans daily.
7  We are incarcerated convicted felons - we are well aware, but the
8  Defendants continue to violate our 8th Amendment rights. The ADCRR
9  Legal Dept., and a few levels of staff under the Director, continue to
10  operate in a strictly punishment and denial mindset. It is not
11  the Dept. of Punishment and harm. It is supposed to be the Dept.
12  of Corrections, Rehabilitation and Re-entry. They continue to
13  not live up to their stated objectives and mission in their title.
14  Sub-contracting whole prison complexes to limit their liability
15  has never been the correct answer, and continues not to be. The
16  issues the Court has acted upon in the order are the same ones
17  at our private prison, or worse, than units have that are both
18  ADCRR owned and operated. There are other issues not raised by
19  the Plaintiffs such as clothing and laundry. The Defendants have
20  proven they are not capable of supplying basic human needs to prisoners.
21  We encourage the Court to keep Receivership an option, always.
22  Thank you for reviewing our eyewitness accounts and your efforts.
23
24             *Jeffrey L Graybill*
25  July 19, 2023    Jeffrey L. Graybill ADC#267381
26                   et al. continued page 11
27
28              — 10 —

*[signature]* #258848
Christopher HANNER

*[signature]*
Robert Rowley #319936

*[signature]*
Douglas Hensley #332367

*[signature]*
Dean Tarnow #343155

*[signature]*
Arnold Helms #306609

*[signature]*
James Lantz #321462

*[signature]*
Kevin Huffman #352914

*[signature]*
Todd W. Peterson #222055

*[signature]*
Hunter Vance Tingey #345346

-11-

_____
Danah Wickware #357948

_____
Nathan Blockey 338164

_____
John Spero 352559

_____
Kyle B. Schoenberger #332911

_____
Cody M. Fay        343310

_____
DANIEL  WALLACE    286028

_____
Daniel Sanchez-Valenzuela  341841

_____
Kyler Leyva 342898

_____
Matthew Langway 166638

-12-

Certificate of Proof of Service

I hereby certify that a copy of the forgoing document was mailed this 19th Day of July, 2023 to:

Dr. Ryan Thornell
Director, ADCRR
701 E. Jefferson St.
Phoenix, AZ 85034

Certificate of Proof of Service

I hereby certify that a copy of the forgoing document was mailed this  19th  Day of July, 2023  to:

Donald Specter, Esq.
Prison Law Office
General Delivery
San Quentin, CA 94964