United States District Court
In and for the District of Arizona

original
6/26/2023

Ex parte Alfred
Erik Caraffa
ADC#350727 et. al.,

Petitioner

v.

Ryan Thornell et. al.,
as of 1/3/2023

Respondent(s)

Case NOS. 23-1455/
23-1457

Case Number
2-12-CV-00601-
PHX-ROS

Motion of New
Evidence

☒ FILED     ___ LODGED
___ RECEIVED ___ COPY

JUL 28 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

---

I, Alfred Erik Caraffa ADC#350727, Being Pro SE Counsel in All of Alfred E. Caraffa ADC#350727 civil and class Actions hereby Enter this Motion of New

1 of 10 Plus Proof of service (1) page

evidence to the United States District Court in and for the District of ~~[redacted]~~ Arizona. Directly to Honorable Judge Silver.

Since the Federal U.S. District Court order Document 4335 on 6/30/22 pg-1 and 2 of 200.

"Defendants have failed to provide and continue to Refuse to provide a constitutionally adequate Medical care and Mental Health Care system for all Risoners. Defendants' health care system is plainly grossly inadequate.

Defendant have been aware of their Failures for years and Defendants have Refused to take necessary actions to Remedy the failures. Defendants' years of inaction, despite Court intervention and imposition of Monetary sanctions.

2 of 10 plus (1)

Establish Defendants are acting with deliberate indifference to the substantial risk of serious harm posed by the lack of adequate Medical And Mental Health care affecting all prisoners.

Further, Defendants keep thousands of prisoners in restrictive housing units where they are not provided adequate nutrition, nor are they provided meaningful out-of-cell time for exercise or social interaction.

At Arizona State Prison Complex-Tucson on the Medical/Mental Health units of RINCON. From April 4# 2023 to May 29# 2023. A total of 45 days NO third meal of the Day, Each day was not provided by Defendants Arizona Dept. of Corrections in official or Individual

3 of 10 plus (1)

Capacities.

with years of Refusing to Comply with A number of Federal Court orders from the U.S. District Court.

Since May 29th ~~2023~~ 2023. Every Saturday and Sunday NO cold meal as An Lunch has Been provided to Any prisoner on Rincon Unit. (8 times)

Alfred E. Caraffa ADC#350727 wishes to file federal criminal charges under 18 USCS section(s) - <u>241 Conspiracy against rights</u> and <u>18 USCS section 242 Deprivation of Rights under color of Law</u> and <u>section 371 Conspiracy to commit offense or to defraud ~~the~~ united states.</u> and finally criminal charges under <u>18 USCS section 402 - Contempts constituting crimes.</u> In which All the crimes Above fall under criminal offenses

4 of <u>10</u> plus (1)

Under the Unconstitutionally dismissed Class Action Members of Caraffa V Shinn et. al. 2-23-CV-00057-TUC-JGZ-PSOT and 2-23-CV-00058-TUC-JGZ-PSOT. While this class Action was still in the Injunction Stage. Document 4410 filed 4/7/23 of 67 pgs.

The Unconstitutionally dismissed Individual civil action(s) were made class member(s) of this class action IN Document 4389 filed 1/31/2023 and signed by Honorable Roslyn O. Silver Senior United States District Judge.

On June 22nd/23rd of 2023, I tried to make Another legal Call to the F.B.I. building in Washington D.C. with 15 days prior Notice at least. Was Refused Again by the Defendant(s) in official and Individual capacities which I wish to Add criminal

5 of 10 plus (1)

Charges to the list. <u>18 USCS Sections 1505</u>; <u>1509</u>; <u>1510</u>; <u>1511</u>; <u>1512</u>; <u>1513</u>; <u>1518</u>. and under 18 USCS section <u>2381 - Treason</u> and <u>2383 Rebellion and Insurrection</u>.

Disobeying A federal Court order, giving aid and Allowing others to Disobey those orders As well.

Disobedience Against the United States of America is An Act of Rebellion against the SAME. In violating the Federal U.S. Constitutional Laws under color of State Law.

All of these federal Charge I, Alfred Caraffa ADC#350727 wish to file against all person(s) involved as Defendant(s) in official and Individual capacity in the Arizona Dept. of Corrections.

6 of <u>10</u> plus (1)

And I still have information on an murder investigation of Charles Thurman and in the murder investigation of a 15 years old teenager in Tempe, AZ. And on an known Terrorist of the United States of America. In which The Dept. of Corrections don't understand what I'm talking about.

I've tried to call at least (5) five time. And all five times my legal calls to Report these crimes were Refused by the Arizona Dept. of Corrections on Santa Rita and Rincon units.

Also I'm missing two civil actions I've filed the the U.S. District Courts of Arizona, which still have NO case numbers. And the ADCRR is withholding and have stolen Federal Court Document(s)

7 of 10 plus (1)

In official and Individual Capacities.

Finally, the United States Constitution

<u>Fourteenth Amendment</u>

--- No State shall make or enforce any Law which shall abridge the privileges or immunities of Citizens of the United States, Nor shall any State deprive any person ~~[scribbled]~~ of Life, Liberty or property without Due process of Law, Nor deny to Any person within its Jurisdiction the equal protection of the Laws.

In the Federal Injunction and court order In this case Exparte Communications were asked to be done by Defendant(s) in this class action Alfred Erik Caraffa ADC#350727 is one of th~~ose~~ person(s) who are under Ex parte Per Supreme Court Rule 20.4(b) Habeas Corpus proceeding except in capital case(s) Are Exparte.

I know of one other Ex parte habeas corpus

8 of <u>10</u> plus(1)

Case for NO seal of the Superior Court of Maricopa County under Arizona Constitution A.R.S. Const. Article 22 section ten and A.R.S.A Title 12-126. In which falls under the 14th Amendment of the U.S. Constitution. which is Now in the Supreme Court of the United States of America. under A class Action habeas Corpus comparable case(s) of Cantell v. Folsom M.D. Fla. 1971, 332 F. Supp. 767.

In conclusion, the Individual(s) of the Arizona Dept. of Corrections under color of State Law in official Capacity have refused too provide the requirement(s) set out in another Federal U.S. District Court ORDER/writ of the United States Courts.

Only True ~~remedy~~ solution to this unconstitutional Act(s) of Treason and Rebellion against the United States of America is criminal charges. Since the

9 of 10 plus 1

Individual(s) under color of state Law have been disobeying the United States Federal Court orders/writs/Injunctions willingly and knowingly making false documentation to the Federal Court(s) to cover-up their Individual behavior As An entity of Terrorist(s) who continue to work for And Are employed by the Arizona Dept. of Corrections and the State of Arizona.

    with continuing Interferrance to Report the Criminal offenses And violations of Court order(s) by the Defendant(s) under color of Law who Act in official capacity But truely are Acting As An entity of Individual(s) to Rebellion against the U.S Constitution and Against the United States itself.

    In addition, knowing they Are doing Federal criminal Activities As An entity of criminals and continuing the same Behavior only Proves Rebellion and Treason.

June 29th 2023 ~~Alfred~~ ~~ADC#~~

10 of 10 Plus 1

## Proof of Service

I, Alfred Erik Caraffe ADC#350727, placed this ten paged federal court document in the Institutional Legal Mailing System of Arizona State Prison Complex - Tucson on Rincon Unit on _____ 2023 copies have been provided for All Defendants Attornies in this civil class Action.

(A) Arizona Attorney General's office
400 west Congress Street
Tucson Arizona 85701

(B) United States Attorney Generals office
401 west washington Street
Phoenix, Arizona 85003

(C) United States Solicitor General's office
Department of Justice
950 Pennslyvania Avenue
washington D.C. 20530

(D) Supreme Court of the United States
1 First Street N.E.
Washington D.C. 20543

Executed on _____ 2023
by Alfred E. Caraffe ADC#350727

Left thumb print w/ DNA
Real Signature

1 of 11



Case 2:12-cv-00601-ROS   Document 4450   Filed 07/28/23   Page 12 of 12

Inmate Alfred Carene
ADC # 555727
Arizona State Prison Complex Tucson
Unit Bldg C41 Hcesix Acell2R
PO Box 24403
Tucson, AZ 85754

157 pages total

C/O Honorable Judge R. O. Silver
United States District Courthouse
Office of the Clerk

401 West Washington Street
Phoenix, Arizona 85003 USA

RECEIVED
JUL 28 2023
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

63 paged civil complaint
3 paged original
3 paged Insurance copy
6 pages total
1 pg- Proof of Service

+ 70 paged writ of habeas corpus
125
8 Document
133 pages
8 page Document
141 total
152 total

LEGAL MAIL
152 total pages