**EXHIBIT A**

**EXHIBIT A**

# COURT ORDER QUARTERLY CORRECTIONAL STAFFING REPORT
# APRIL 2023 – JUNE 2023

### Number of Correctional Staff Assigned to Each Complex at the Beginning of the Quarter*

|  | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 425 | 17 | 28 | 45 | 17 | 6 | 6 | 544 |
| Eyman | 757.75 | 10 | 85 | 120 | 35 | 13 | 9 | 1029.75 |
| Lewis | 668 | 29 | 59 | 86 | 32 | 12 | 7 | 893 |
| Perryville | 403.5 | 11 | 52 | 69 | 26 | 13 | 6 | 580.5 |
| Phoenix | 193.5 | 11 | 16 | 17 | 8 | 4 | 3 | 252.5 |
| Safford | 204 | 6 | 27 | 40 | 18 | 7 | 6 | 308 |
| Tucson | 739.25 | 29 | 62 | 91 | 37 | 15 | 11 | 984.25 |
| Winslow | 181.25 | 2 | 18 | 39 | 15 | 5 | 5 | 265.25 |
| Yuma | 747 | 31 | 51 | 65 | 25 | 9 | 9 | 937 |
| TOTAL | 4319.25 | 146 | 398 | 572 | 213 | 84 | 62 | 5794.25 |

*There are currently 37 employees assigned to Florence Complex to help with the closure

### Number of Correctional Staff Employed at Each Complex by the End of the Quarter

|  | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 416 | 19 | 28 | 44 | 16 | 6 | 6 | 535 |
| Eyman | 775 | 9 | 83 | 118 | 35 | 13 | 9 | 1042 |
| Lewis | 754 | 37 | 56 | 86 | 30 | 13 | 9 | 985 |
| Perryville | 420.25 | 17 | 50 | 69 | 27 | 13 | 5 | 601.25 |
| Phoenix | 208.75 | 10 | 16 | 17 | 8 | 4 | 3 | 266.75 |
| Safford | 192.5 | 6 | 27 | 40 | 18 | 7 | 6 | 296.5 |
| Tucson | 750.75 | 29 | 63 | 89 | 36 | 15 | 11 | 993.75 |
| Winslow | 184.25 | 3 | 19 | 39 | 15 | 5 | 5 | 270.25 |
| Yuma | 725 | 29 | 51 | 66 | 25 | 9 | 9 | 914 |
| TOTAL | 4426.5 | 159 | 393 | 568 | 210 | 85 | 63 | 5904.5 |

# COURT ORDER QUARTERLY CORRECTIONAL STAFFING REPORT
## APRIL 2023 – JUNE 2023

**Turnover Rate for the Quarter - Terminations and Staff Assigned**

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned |
| **Douglas** | 11 | 416 | 0 | 19 | 0 | 28 | 1 | 44 | 1 | 16 | 0 | 6 | 0 | 6 | 13 | 535 |
| | 2.64% | | 0.00% | | 0.00% | | 2.27% | | 6.25% | | 0.00% | | 0.00% | | 2.43% | |
| **Eyman** | 17 | 775 | 1 | 9 | 0 | 83 | 2 | 118 | 1 | 35 | 0 | 13 | 0 | 9 | 21 | 1042 |
| | 2.19% | | 11.11% | | 0.00% | | 1.69% | | 2.86% | | 0.00% | | 0.00% | | 2.02% | |
| **Lewis** | 14 | 754 | 1 | 37 | 1 | 56 | 0 | 86 | 0 | 30 | 0 | 13 | 0 | 9 | 16 | 985 |
| | 1.86% | | 2.70% | | 1.79% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 1.62% | |
| **Perryville** | 12 | 420.25 | 0 | 17 | 0 | 50 | 2 | 69 | 0 | 27 | 0 | 13 | 0 | 5 | 14 | 601.25 |
| | 2.86% | | 0.00% | | 0.00% | | 2.90% | | 0.00% | | 0.00% | | 0.00% | | 2.33% | |
| **Phoenix** | 4 | 208.75 | 0 | 10 | 1 | 16 | 0 | 17 | 0 | 8 | 0 | 4 | 0 | 3 | 5 | 266.75 |
| | 1.92% | | 0.00% | | 6.25% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 1.87% | |
| **Safford** | 12 | 192.5 | 0 | 6 | 1 | 27 | 3 | 40 | 1 | 18 | 0 | 7 | 0 | 6 | 17 | 296.5 |
| | 6.23% | | 0.00% | | 3.70% | | 7.50% | | 5.56% | | 0.00% | | 0.00% | | 5.73% | |
| **Tucson** | 28 | 750.75 | 2 | 29 | 0 | 63 | 1 | 89 | 1 | 36 | 0 | 15 | 0 | 11 | 32 | 993.75 |
| | 3.73% | | 6.90% | | 0.00% | | 1.12% | | 2.78% | | 0.00% | | 0.00% | | 3.22% | |
| **Winslow** | 4 | 184.25 | 0 | 3 | 0 | 19 | 1 | 39 | 0 | 15 | 0 | 5 | 0 | 5 | 5 | 270.25 |
| | 2.17% | | 0.00% | | 0.00% | | 2.56% | | 0.00% | | 0.00% | | 0.00% | | 1.85% | |
| **Yuma** | 20 | 725 | 0 | 29 | 0 | 51 | 0 | 66 | 0 | 25 | 0 | 9 | 0 | 9 | 20 | 914 |
| | 2.76% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 2.19% | |
| **TOTAL** | 122 | 4426.5 | 4 | 159 | 3 | 393 | 10 | 568 | 4 | 210 | 0 | 85 | 0 | 63 | 143 | 5904.5 |
| | 2.76% | | 2.52% | | 0.76% | | 1.76% | | 1.90% | | 0.00% | | 0.00% | | 2.42% | |

# COURT ORDER QUARTERLY CORRECTIONAL STAFFING REPORT
# APRIL 2023 – JUNE 2023

### Retention Rate for the Quarter - Staff Employed 12+ Months (mo.) and Staff Assigned**

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned |
| **Douglas** | 351 | 416 | 16 | 19 | 28 | 28 | 44 | 44 | 15 | 16 | 6 | 6 | 6 | 6 | 466 | 535 |
| | 84.38% | | 84.21% | | 100.00% | | 100.00% | | 93.75% | | 100.00% | | 100.00% | | 87.10% | |
| **Eyman** | 602 | 775 | 9 | 9 | 74 | 83 | 112 | 118 | 33 | 35 | 11 | 13 | 9 | 9 | 850 | 1042 |
| | 77.68% | | 100.00% | | 89.16% | | 94.92% | | 94.29% | | 84.62% | | 100.00% | | 81.57% | |
| **Lewis** | 457 | 754 | 27 | 37 | 58 | 56 | 86 | 86 | 32 | 30 | 12 | 13 | 7 | 9 | 679 | 985 |
| | 60.61% | | 72.97% | | 103.57% | | 100.00% | | 106.67% | | 92.31% | | 77.78% | | 68.93% | |
| **Perryville** | 330 | 420.25 | 11 | 17 | 50 | 50 | 66 | 69 | 26 | 27 | 13 | 13 | 6 | 5 | 502 | 601.25 |
| | 78.52% | | 64.71% | | 100.00% | | 95.65% | | 96.30% | | 100.00% | | 120.00% | | 83.49% | |
| **Phoenix** | 161 | 208.75 | 11 | 10 | 15 | 16 | 17 | 17 | 8 | 8 | 4 | 4 | 3 | 3 | 219 | 266.75 |
| | 77.13% | | 110.00% | | 93.75% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 82.10% | |
| **Safford** | 151 | 192.5 | 6 | 6 | 22 | 27 | 31 | 40 | 14 | 18 | 6 | 7 | 5 | 6 | 235 | 296.5 |
| | 78.44% | | 100.00% | | 81.48% | | 77.50% | | 77.78% | | 85.71% | | 83.33% | | 79.26% | |
| **Tucson** | 625 | 750.75 | 27 | 29 | 62 | 63 | 89 | 89 | 36 | 36 | 15 | 15 | 11 | 11 | 865 | 993.75 |
| | 83.25% | | 93.10% | | 98.41% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 87.04% | |
| **Winslow** | 153 | 184.25 | 2 | 3 | 18 | 19 | 38 | 39 | 15 | 15 | 5 | 5 | 5 | 5 | 236 | 270.25 |
| | 83.04% | | 66.67% | | 94.74% | | 97.44% | | 100.00% | | 100.00% | | 100.00% | | 87.33% | |
| **Yuma** | 659 | 725 | 30 | 29 | 51 | 51 | 65 | 66 | 25 | 25 | 9 | 9 | 8 | 9 | 847 | 914 |
| | 90.90% | | 103.45% | | 100.00% | | 98.48% | | 100.00% | | 100.00% | | 88.89% | | 92.67% | |
| **TOTAL** | 3489 | 4426.5 | 139 | 159 | 378 | 393 | 548 | 568 | 204 | 210 | 81 | 85 | 60 | 63 | 4899 | 5904.5 |
| | 78.82% | | 87.42% | | 96.18% | | 96.48% | | 97.14% | | 95.29% | | 95.24% | | 82.97% | |

**Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter

# COURT ORDER QUARTERLY CORRECTIONAL STAFFING REPORT
# APRIL 2023 – JUNE 2023

## Overtime Hours for Correctional Staff

| | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 6,026.75 | 184.50 | 0.00 | 1,355.25 | 0.25 | 0.00 | 0.75 | 7,567.50 |
| Eyman | 100,916.15 | 1,275.00 | 8,209.98 | 20,078.00 | 6,143.15 | 1,426.50 | 1,760.50 | 139,809.28 |
| Lewis | 113,903.05 | 6,230.00 | 9,347.55 | 14,350.00 | 4,656.00 | 1,377.75 | 1,157.50 | 151,021.85 |
| Perryville | 19,138.45 | 1,111.25 | 1,353.00 | 3,678.25 | 1,726.50 | 1,296.00 | 791.00 | 29,094.45 |
| Phoenix | 19,702.15 | 1,119.25 | 749.25 | 1,533.75 | 412.75 | 200.50 | 89.50 | 23,807.15 |
| Safford | 12,917.66 | 353.75 | 1,496.75 | 3,160.75 | 1,133.25 | 242.75 | 80.75 | 19,385.66 |
| Tucson | 70,616.76 | 3,238.63 | 4,619.50 | 11,017.05 | 4,119.25 | 579.50 | 667.50 | 94,858.19 |
| Winslow | 14,539.75 | 281.00 | 1,315.50 | 3,368.75 | 1,627.50 | 292.25 | 903.75 | 22,328.50 |
| Yuma | 11,070.60 | 198.25 | 21.25 | 981.00 | 181.75 | 0.00 | 0.00 | 12,452.85 |
| TOTAL | 368,831.32 | 13,991.63 | 27,112.78 | 59,522.80 | 20,000.40 | 5,415.25 | 5,451.25 | 500,325.43 |

# COURT ORDER QUARTERLY CORRECTIONAL STAFFING REPORT
## APRIL 2023 – JUNE 2023

### Vacancy Rate for the Quarter - # Vacant Positions at end of Quarter / Total Number of Positions

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions |
| Douglas | 7 | 423 | 1 | 20 | 0 | 28 | 1 | 45 | 1 | 17 | 0 | 6 | 0 | 6 | 10 | 545 |
| | 1.65% | | 5.00% | | 0.00% | | 2.22% | | 5.88% | | 0.00% | | 0.00% | | 1.83% | |
| Eyman | 331 | 1106 | 28 | 37 | 5 | 88 | 2 | 120 | 0 | 35 | 0 | 13 | 0 | 9 | 366 | 1408 |
| | 29.93% | | 75.68% | | 5.68% | | 1.67% | | 0.00% | | 0.00% | | 0.00% | | 25.99% | |
| Lewis | 309 | 1063 | 4 | 41 | 4 | 60 | 3 | 89 | 2 | 32 | 0 | 13 | 1 | 10 | 323 | 1308 |
| | 29.07% | | 9.76% | | 6.67% | | 3.37% | | 6.25% | | 0.00% | | 10.00% | | 24.69% | |
| Perryville | 220.75 | 641 | 19 | 36 | 5 | 55 | 4 | 73 | 1 | 28 | 0 | 13 | 4 | 9 | 253.75 | 855 |
| | 34.44% | | 52.78% | | 9.09% | | 5.48% | | 3.57% | | 0.00% | | 44.44% | | 29.68% | |
| Phoenix | 18.25 | 227 | 1 | 11 | 0 | 16 | 0 | 17 | 0 | 8 | 0 | 4 | 0 | 3 | 19.25 | 286 |
| | 8.04% | | 9.09% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 6.73% | |
| Safford | 139.5 | 332 | 12 | 18 | 0 | 27 | 2 | 42 | 0 | 18 | 0 | 7 | 0 | 6 | 153.5 | 450 |
| | 42.02% | | 66.67% | | 0.00% | | 4.76% | | 0.00% | | 0.00% | | 0.00% | | 34.11% | |
| Tucson | 263.25 | 1014 | 18 | 47 | 0 | 63 | 2 | 91 | 1 | 37 | 0 | 15 | 0 | 11 | 284.25 | 1278 |
| | 25.96% | | 38.30% | | 0.00% | | 2.20% | | 2.70% | | 0.00% | | 0.00% | | 22.24% | |
| Winslow | 142.75 | 327 | 17 | 20 | 3 | 22 | 2 | 41 | 0 | 15 | 0 | 5 | 0 | 5 | 164.75 | 435 |
| | 43.65% | | 85.00% | | 13.64% | | 4.88% | | 0.00% | | 0.00% | | 0.00% | | 37.87% | |
| Yuma | 32 | 757 | 2 | 31 | 0 | 51 | 0 | 66 | 0 | 25 | 1 | 10 | 0 | 9 | 35 | 949 |
| | 4.23% | | 6.45% | | 0.00% | | 0.00% | | 0.00% | | 10.00% | | 0.00% | | 3.69% | |
| TOTAL | 1463.5 | 5890 | 102 | 261 | 17 | 410 | 16 | 584 | 5 | 215 | 1 | 86 | 5 | 68 | 1609.5 | 7514 |
| | 24.85% | | 39.08% | | 4.15% | | 2.74% | | 2.33% | | 1.16% | | 7.35% | | 21.42% | |