1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9  Shawn Jensen, et al.,

10              Plaintiffs,

11  v.

12  Ryan Thornell, et al.,

13              Defendants.

14

No. CV-12-00601-PHX-ROS

**ORDER**

15      Class member Alfred Erik Caraffa filed a "Motion of New Evidence" complaining

16  of meal service and other issues.  The motion will be denied but the Court will open a

17  separate action so that Caraffa can litigate his claims if he wishes to do so.  Class member

18  Kelly Bologna mailed a document to the Court complaining about unprofessional conduct

19  by a member of the medical care staff.  That document will be docketed and opened as a

20  separate action.

21      Accordingly,

22      **IT IS ORDERED** the Motion of New Evidence (Doc. 4450) is **DENIED**.  The

23  Clerk of Court shall open Doc. 4450 as a separate civil action, directly assigned to the

24  undersigned.

25  …

26  …

27  …

28  …

**IT IS FURTHER ORDERED** the Clerk of Court shall docket the letter from Kelly Bologna in this matter and open it as a separate civil action, directly assigned to the undersigned.

Dated this 7th day of August, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge