United States District Court
In and For the District of Arizona

Court's copy

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
AUG 04 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Alfred E. Caroffa
ADC#350727 et. al.,

Petitioner

vs.

Ryan Thornell et al.,

Respondent(s)

Case Number: 2:12-CV-00601-PHX-ROS

Statement of the facts in A Class Action

Dated July 9th 2023 at 2:20 PM / Approx.

I, Alfred E. Caroffe ADC#350727 Being Unconstitutionally in Custody of the Arizona State Dept. of Corrections here do Enter this Statement of the facts In a Class Action Civil Complaint. The Defendant(s) in this Deliberate Indifference Incident Are All in

1 of 7

Official and Individual Capacities under color of State Law. Except for the Arizona Dept of Corrections who is Just in official Capacity.

The foregoing Statement of facts is evidenced by Camera footage and personally witnessed by this habeas petitioner Alfred E. Caraffa ADC#350727. (Statement of facts of (4) four pages)

at 4:20 PM Correctional officer P. Henry took Inmate Munos ADC#346398 out of the Shower After Reporting he was suicidal Afterwards officer P. Henry Brought Inmate Munos ADC#346398 to the cell Door told him they were going to move him tomorrow. He snatched away from c/o P. Henry saying he wasn't going back

2 of 7

Into the cell Because I was "gay" and transsexual And he was suicidal. Inmate MUNOS ADC#346398 was handcuffed at that time. And with two or three other correctional officers.

After Rec. yard this Morning while The unit Nurse was passing out Medication The Inmate MUNOS ADC#346398 touched my Buttocks on my left side. I clearly told him Not to Ever do that again. This sexual contact was on Camera. July 9th 2023.
I have not Reported An PREA yet. over the telephone But Did inform Another prisoner what happened. Reported PREA at 10:30pm by written Inmate letter.
I seek the Sum of (1) one Dollar plus Interest from each Correctional officer involved In Individual Capacity and the Sum of $125,000 dollars Against the Arizona Dept. of Corrections in official Capacity.

3 of 7

At Approx. 2:20 pm. My cellie Reported to the C/O he wanted to kill himself several times and that he wanted to go to the Shower.

G. MUNOS
ADC#346398

ADC#346398
G. MUNOS

From Approx. 12PM to 2PM He was threatening people who were not there hitting/smacking people who were not there while talking to himself.
An ICS happened After this suicide Report. That ICS was Dealt with Before this Indicident. By the same Officer.

At 2:40 pm. My Mentally ill cellie is still in the cell. have Stated Again he wants to kill himself now Four times and desires to hang out in the Shower before going to Security Watch. They just put Able 3 cell into the Shower.

At 2:43 pm- the C/O's on Bldg-C41 Housing unit six Still have Done Nothing for the Reported Suicide Activity/ thoughts by G. Munos ADC#346328

At 2:44 pm- G. Munos ADC#346328 Made verbal threats of violence towards Me, and the Suicide Activity Report Still has Not Been Dealt with. As Shown in cell Camera footage in cell two on Able Run Housing unit 6 Bldg-C41 on the Mental Health Treatment program unit Rincon- Arizona State Prison Complex- Tucson.

As witnessed by/on July 9th 2023
Alfred E Garcia
ADC#~~350724~~ on
Bldg ~~C41~~ HU six A cell 2

The Correctional officers Are again having Deliberate Indifference Issues with Another Mentally ill Prisoner. who other prisoners State Is A "Child Molster"

2 of 4

Approx. 2:45pm C/o Did security walk on A Run. I stated that my cellie has Reported suicide thoughts with wanting to kill himself. (C/o O'Bryan) again My Bunkie stated this time (3) times he wanted to kill himself.

2:50 pm No response from Mental Health or corrections.

Like I've stated in prior civil Action(s) correctional officers Do things like this to certion Inmate(s) to create civil Action(s) to cost the State of Arizona and Dept. of Corrections more Money thru Jensen et. al. v. Thornell et al. 2-12-CV-00601-PHX-ROS. More Medical Neglect to cause more cost to the Medical Dept. and Dept. of Corrections Delibrate Indifference Done on purpose. Knowing A threat to SAfty and failure to Respond reasonably and failing on

3(a)
3 of 4

purpose to Allow AN Mentally ill prisoner to harm themselves.

The threats doesn't have to happen to Be Deliberate Indifference It's knowing or knowledge of the threat to harm (Safty) And failing to Respond to that Security Issue.

List of Defendants

C/O O'BryaN iN official/Individual Capacity

C/O MuDIO IN official/Individual Capacity

and one John Doe Male C/O IN official/Individual Capacity

Arizona Dept of Corrections IN official Capacity

I seek Against EAch officer Involved the Sum of 1 Dollar plus Interest under Individual Capacity and the Sum of $25,000 Dollars from the Arizona Dept. of Corrections iN official Capacity.

c/(a) of 4