Kelly Bologna #54707
Arizona State Prison Complex-Lewis
Barchey Unit, 1-F-1
P.O. Box 70
Buckeye, Arizona 85326

Re: Ms. Joshua (Barchey Unit/Medical)
   with-holding Hep. C. stage 4 status
   and blood lab. results, as of February 2023.

Dear your honor,

CV-12-601-PHX-ROS

Yesterday, a¹ psychologist or psychologist seen me via telecommunications. Her name is being obtained for me, approximately I'll ascertain it by tomorrow via the² pill call nurse, then I'll readdress it to you in a letter. Medical (Ms. Joshua) has constantly promised she would make sure that I get all my blood lab work provided, as is custom with all inmates but refused to follow through, as of February 2023, and even a few days ago when I was summoned by her, approximately Monday 7-18-2023. I am traumatized by Ms. Joshua's unprofessional conduct. If you can, please use this letter, 7-19-23 informal resolution, 7-19-23 letter addressed to you, 3 page letter from former Director, Charles L. Ryan dated 11-6-2009, in: Shawn Jensen, et al.,   Document 4410
                 V.                    #CV-12-00601-PHX-ROS
           Ryan Thornell, et al,
                Page 1 of 2

This medical suppressed knowledge appears to be why my Hep. C treatment was given and ceased 7-17-2023. Were Joshua, etc. hoping to keep stage 4 status from me until after the scheduled/upcoming ultrasound?

Per 8th Amendment U.S.C.A. prison officials must provide adequate medical care. The wasn't anything adequate about Joshua's inactions.

I declare under penalty of perjury that the following is true and correct.

Signed this 21 day of July 2023.

Kelly Bologna
Kelly Bologna

1. Denotes: nurse practitioner (Michelle McCray) inadvertently referred to as a psychologist, also referred to inadvertently in July 19, 2023 and July 20, 2023 H.N.R (Health Needs referral), and 7-17-23 802-11 Form.

2. Denotes: Ms. Steward or Stuart, RN, pill call nurse.

Sworn before me this 21st day of July 2023

ALLEN W. HARTZELL
Notary Public - Arizona
MARICOPA COUNTY
Commission # 572729
Expires November 29, 2023

Page 2 of 2