# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Informal Complaint Resolution

*Medical*

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE PRINTED NAME (Last, First M.I.) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Bologna, Kelly | 54707 | ASPC-Lewis, Bachman Unit, 1-F-1 | July 19, 2023 |

| TO | LOCATION | CASE NUMBER |
|---|---|---|
| Director of Nursing | Complex Medical Hub | |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

Today via Psych. Telecom communication an unbeknownst female advised me that I was a genotype 4 with scarred liver badly scarred at that. This is the first time any A.D.C.R.R. staff advised me of scarring to my liver. Hep. C treatment was completed yesterday. I have been pleading with (Ms. Joshua) to provide me with documentation of my lab line results that occurred several times since February 2023, to include my results of HIV/AIDS lab line results and responses to three to four months old HNR responses filed on my tablet.

**Proposed Resolution**

1. Provide a justified reason from Ms. Joshua as to why she never advised me of being a genotype 4 and never mentioned severe scarring to my liver.

2. Provide me responses to my tablet filed HNRs.

3. Provide me all results/lab line conducted on me since February 2023.

**INMATE SIGNATURE:** Kelly Bologna    **DATE:** July 19, 2023

Have you discussed this with institution staff? ☒ Yes  ☐ No
If yes, give the staff member name: Psych. Ms. ? via Telecom today

| RECEIVED BY (Staff printed name) | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| Gonzalez, A | COII | Gonzalez, A | 07/19/23 |

Distribution: INITIAL: White and Canary – Grievance Coordinator; Pink – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
11/16/21

**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Inmate Letter**

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Bologna, Kelly | 54707 | ASPC-Lewis, Barchey 1F1 | Wednesday July 19, 2023 |

| TO | LOCATION |
|---|---|
| Ms. Joshua, Health Care Provider | Barchey Medical |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Today, I spoke to an unbeknownst Nurse Practitioner M. McCray, via telecommunication who advised me that I was a level 4 genotype with severe liver scarring. I've spoke to you days before this new medical advise was told to my by the female M. McCray - revelation about my hep. C. status and you never mentioned the afore Hep C status to me and won't provide me with any lab line blood diagnoses results, as of February 2023. why? This contradicts:

Jensen et al. V. Thornell et al.
Case # 2:12-cv-00601-ROS (presiding Judge)

I will be contacting:

District Court Judge Roslyn O' Silver
U.S. District Court, Suite 624
401 W. Washington Street
Phoenix, Arizona 85003-2158

P.S. Be advised that I will attach this form 916-1 and the November 6, 2009, 3 page letter from former director to the July 19, 2023 Informal Resolution, and the presiding Judge mentioned above.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Kelly Balegra | 7-19-23 |

Have you addressed this with Department staff? ☒ Yes ☐ No
If yes, give the staff member's name and the date you addressed with them:

M. McCray Via Telecomm.?    7/19/23
(Staff Member's Name) (Please print)    (Date addressed)

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution: Original – Master File
Copy - Inmate

916-1
7/25/19

# Arizona Department of Corrections



1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

November 6, 2009

To All ADC, Health Services Staff:

I received an anonymous letter expressing concerns with the medical staff's ability to provide ADC inmates with constitutionally mandated health care. Below please find my comment or response to each anonymous allegation.

On several separate RECENT dates, numbers of prison health care workers have had phone conversations/face to face conversations and group meetings with and other messages given to individuals in one, two or all three levels of administration controlling the prison health care system.

In the same vein, various notices and protests have been elevated over the past few years with conditions getting worse and worse.

To wit:

WE ARE DANGEROUSLY FAR BEHIND IN OUR WORK OF PROVIDING HEALTH CARE TO INMATES IN THE CUSTODY OF THE STATE.
SPECIFICALLY:
CHRONIC CARE VISITS, ACCESS TO CARE VIA NSG LINE / DR LINE / AND THE HEALTH NEED RESPONSE SYSTEM HAVE FALLEN FAR BELOW OUR OWN POLICY STANDARDS AS WELL AS ACCEPTED NATIONAL STANDARDS OF PRISON HEALTH CARE.

THERE ARE STACKS AND STACKS OF CHARTS NEEDING HCP REVIEW THAT NEVER GET CAUGHT UP. THERE ARE NUMBERS OF INMATES WITH REAL HEALTH CARE NEEDS THAT ARE UNATTENDED

I have directed Dr Adu-Tutu and his staff to complete an assessment of the current health care status of the Department and establish a plan of action to alleviate any delays or obstacles to providing constitutionally mandated health care to our inmate population with the resources available.

THIS IS DUE TO A STEADY DIMINUNUTION IN NUMBERS OF PHYSICIANS, MID-LEVEL PRACTITIONCERS, NURSING AND PHARMACY PERSONNEL.

WE HAD CERTAIN RATIOS OF PERSONNEL TO INMATES INCLUDING MD/HCP DAYS PER WEEK PER UNIT UNTIL ABOUT 5 YEARS AGO.
OVER THE PAST SEVERAL YEARS WE HAVE LOST NUMEROUS; PHYSCIANS, MIK-LEVEL HEALTH CARE PROVIDERS, NURSES, NURSING ASSISTANTS AND WHOLE PHARMACY UNITS.

COMPLEXES HAVE BEEN LEFT WITH EXTREMELY LOW LEVELS OF COVERAGE; AT TIMES SOME UNITS HANE NONE.
POSITIONS AMONG PHYSICIANS, HCP'S, NURSING AND PHARMACY HAVE BEEN ELEIMINATED AS POSITIONS ARE LOST OR UNFILLED AND THE SALARIES DIVERTED THROUGH ADMINISTRATIVE MANIPULATION.

WE DESPARATELY NEED ADDITIONAL MD/HCP/NSG/PHARMACY PEOPLE SERVING IN OUR COMPLEXES.

I understand the frustration and concern being felt by medical staff at this time. I am also cognizant of the fact all State agencies and employees are facing similar challenges as is ADC given the current State budget deficit/projections. As a Department, medical is not the only segment of ADC being considered for privatization. A Request for Information (RFI) is being written to be forwarded to DOA to consider the privatization of one or more ADC prison complexes. All ADC employees are experiencing the stress of uncertainty with respect to the possibility of privatization and the possible loss of state employment.

I have approved 21 positions for immediate recruitment. The positions authorized to hire include physicians, nurses, pharmacy staff, dental staff, mental health and medical record staff. We will continue to evaluate our vacancies in Health Services to ensure critical positions are identified, prioritized and recruited within the frame work of ADCs budget.

*RISK MANAGEMENT NEEDS TO BE AWARE AND INVOLVED AS WE ARE FAILING TO MEET OUR OWN POLICY STANDARDS AS WELL AS NATIONAL PRISON STANDARDS.*

*These are recurring themes, INCREASINGLY STRIDENT, throughout the ADOC system of health care for the past 4-5 years during which we have unitedly, consistently, and repeatedly reported such shortcomings to administrators at the local and central levels of ADOC. We have written group letters repeatedly, certified letters to the Director, individual emails, and had numerous face to face conversations about the conditions of our prison health system.*

*We have staff spread way too thin.. all with INCREASING LEVELS of job requirement in amount, intensity and complexity.*

*Over the years the State of Arizona has reduced it state employee positions authorized because of budget restrains, efficiency reviews and re-organization of Agencies. The Department of Corrections also experienced lost positions due to legislative action, efficiency reviews and/or re-organization. Health Services has lost numerous positions since 2002 as a result of the above actions. Worth noting, of the positions lost only one (1) physician position and one (1) mid-level position were abolished, both assigned to central office.*

*During this time of increasing concern regarding constitutional mandate, professional liability and increased demand for objective documentation, we have lost many critically needed people.*

*There has been a lack of aggressive recruiting.*

*These now is no recruiting as we are faced with loss of State Employment.*

I understand the frustration and fear being felt by medical staff at this time. I am also cognizant of the fact all State agencies and employees are facing similar challenges as is ADC given the current State budget deficit/projections. As a Department, medical is not the only segment of ADC being considered for privatization. A Request for Information (RFI) is being written to be forwarded to DOA to consider the privatization of one or more ADC prison complexes. All ADC employees are experiencing the stress of uncertainty with respect to the possibility of privatization and the possible loss of state employment.

*There currently is an administrative plan to transfer all our sickest inmates to xxxxxxx.*

I have approved a plan to house our most medically and mental health needy inmates at the Tucson prison as a cost savings measure. The plan's objective is to reduce outside transports from other complexes and position our most medically needy inmates closer to contracted specialty and hospital services. Additionally, Tucson would provide mental health services and programming to a targeted population requiring such services reducing the high use mental health population in other complexes. To implement the plan it will require transferring of positions and staff from other complexes to the Tucson prison to support the higher medical and mental health acuity of inmate population housed there.

*Simultaneously cutting our contracted rate of reimbursement to hospital systems that handle our referrals for hospital and specialty care in that area from 1.9 x ahccs reimbursement rates to 1.0 x ahccs reimbursement rates.*

The rate reduction was a Legislative action include in House Bill 2010 and will become law November 23, 2009. ADC is working behind the scenes in establishing alternative plans for the provision of speciality and hospital services to our inmate population.

Anonymous Letter
November 6, 2009
Page 3

*We are feeling an increasing sense that our efforts are futile, of imminent disaster, of negative stress and of overwhelming personal and professional vulnerability.*

I understand the frustration and fear that stems from staff shortages, budget restraints, perceived future job loss given the possibility of privatization of segments of the Department. I urge all ADC staff to continue the great work that they are accomplishing and stay the course. There is no question we will be challenged in the months and years ahead to accomplish more with less given the current budget deficit / projections. However I feel confident the ADC team will once again step up to the challenges ahead and will emerge a more leaner and efficient agency.

*Sincerely we remain,*
*The people in the front lines, trying to provide needed health care (the right to which has been legally preserved) to those individuals in State custody.*

I prefer to communicate with employees by name. However, if you would rather call me, my telephone number is (602) 542-5225.

As always my door is open to all ADC staff. You are also welcome to send me an email to express your concerns or provide recommendations to improve the Arizona Department of Corrections.

Sincerely,

Charles L. Ryan
Director

CLR:JT:lb



# Arizona Department of Corrections
## Rehabilitation and Reentry
### Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Bolaña Kelly | 54207 | Jul 18, 2023 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 1-F-1 | Barchey |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 70 | ASPC-Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

Attention: Joshua, Barchey Medical Unit.

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)*  ☒ Medical/Médico  ☐ Dental
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I would like to speak to you about swelling in my feet and legs, and bunion, Arthritis in Right leg/knee.
See: Medical records/Notification of Diagnostic Results approved by several staff members.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

*Kelly Bolaña*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
|  |  |  |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
|  |  |  |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

1101-10ES
6/2/21

SECTION 4, HNR



# Arizona Department of Corrections
## Rehabilitation and Reentry
### Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCIÓN I**  *Please comply with Jensen V. Thornell, case # CV-12-00601-PHX-ROS*

| INMATE NAME/NOMBRE (Last, First M.I.) | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Bologna, Kelly | 54707 | July 19, 2023 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 1-F-1 | Barchey, 1-F-1 |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 70 | ASPC-Lewis, Barchey Unit |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

**SECTION/SECCIÓN II**  *Psych, Ms. Cash*

AREA OF INTEREST (Check only one block below): ☐ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Other (specify)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

Today, a female from your department advised me that I was a Hep C Stage 4 with severe scarring to my liver. Barchey medical (Ms. Joshua) never told me I had level 4 Hep C and severe liver scarring. I am traumatized that lab work as of Feb. 2023 has been withheld. How long has medical etc. known this. **SEE ME IMMEDIATELY!**

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee for the visit that I am herein requesting.

INMATE SIGNATURE/FIRMA DEL PRISIONERO: K. Bologna

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**SECTION III/SECCION III**

REFERRAL BY MEDICAL STAFF: ☐ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Other

STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.*

Distribution: White – Health Unit; Canary, Pink & Goldenrod – Inmate

1101-10ES
6/2/21

SECTION 4, HNR



# Arizona Department of Corrections
## Rehabilitation and Reentry
### Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Bologna, Kelly | CS4702 | July 20 2023 |

| CELL/BED NUMBER/CELDA/NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 1F1 | Barchey, 1-F-1 |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
| 70 | ASPC-Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II** — Attention: Ms. Joshua Barchey Medical

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)    ☒ Medical/Médico    ☐ Dental
☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Comply with Jensen V. Thornell, case # CV-12-00601-PHX-ROS
Yesterday, the psych advised me to consume next to nothing in medications: pills, etc.
I want to know what & why I'm prescribed 1. Metoprolol, 2. Amlodipine? ___ and has calcium/vit D reversed my osteoporosis ___ to where I can be removed from said prescription

R3

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO: Kelly Bologna

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

**SECTION III/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA    ☐ Medical/Médico    ☐ Dental    ☐ Pharmacy/Farmacia
☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  |  |

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  |  |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR

Maricopa                08/07/2008 8:31              RightFax

MARICOPA INTEGRATED HEALTH SYSTEM
Maricopa Medical Center - Comprehensive Healthcare Center - Family Health Center
(602) 344-5311 Diagnostic Imaging

```
PATIENT: BOLOGNA,KELLY                              CI#: 1407813
PCP:                                                MR#: 0033823113
ORDERING PHYSICIAN: MACABUHAY,RONOLFO S             ACCT#: A0821900690
ORDERING LOCATION:                                  DOB: 04/10/65
DATE OF STUDY: 08/06/08 0923                        SEX: M
STUDY PERFORMED: 78401 BD AXIAL SKELETON DEXA       Pat Type: CHC
```
---

REASON FOR EXAM     V828.1;SCREEN - OSTEOPOROSIS

DUAL PHOTON X - RAY ABSORPTIOMETRY of BILATERAL HIPS AND LUMBAR SPINE

TECHNIQUE - The bone density was obtained using a rectilinear scan table and dual photon x-ray source.

Bone mineral density is measured in gm/cm2. T scores are comparison to younger sex-matched patients with mean peak bone mass and are given in standard deviations. Z scores are comparisons to age and sex-matched patients. Each -1 standard deviation corresponds to approximately 10 percent bone loss. For every 10 percent drop in bone density, fracture risk approximately doubles.

FINDINGS-   In the lumbar spine, the patient's bone mineral density is 1079 gm/cm2 yielding a T score of -0.9 standard deviations.

In the left femoral neck, the patient's bone mineral density is 891 gm/cm2 yielding a T score of  -1.1 standard deviations.

World Health Organization Definitions :

Normal          T score greater than -1 standard deviation

HCP REVIEW
SIGNATURE 8/13/08
AUG 1 1 2008
RECEIVED
RONOLFO MACABUHAY, MD
DEA BA6086020-105
ASPC-Lewis
623-386-6160 x4832

BOLOGNA, KELLY, MRN-33823113, ACCT #-0821900690, Chartmaxx Copy- cheimbac
Job 27901 (08/07/2008 08:44)

Bone Densitometry

Maricopa                08/07/2008 8:31                RightFax

MARICOPA INTEGRATED HEALTH SYSTEM
Maricopa Medical Center - Comprehensive Healthcare Center - Family Health Center
(602) 344-5311 Diagnostic Imaging

```
PATIENT: BOLOGNA,KELLY                          CI#: 1407813
PCP:                                            MR#: 0033823113
ORDERING PHYSICIAN: MACABUHAY,RONOLFO S         ACCT#: A0821900690
ORDERING LOCATION:                              DOB: 04/10/65
DATE OF STUDY: 08/06/08 0923                    SEX: M
STUDY PERFORMED: 78401 BD AXIAL SKELETON DEXA   Pat Type: CHC
```

Osteopenia     T score between -1 and -2.5 standard deviation

Osteoporosis   T score less than -2.5 standard deviation


IMPRESSION :

1. The bone mineral density of the lumbar spine is in the borderline osteopenia range.

2. The bone mineral density of the left femoral neck is in the osteopenia range.

Read By: DAN G GRIDLEY
Released By: DAN G GRIDLEY

DD: 08/07/08 0730
DT: 08/07/08 0731   DGG
DR: 08/07/08 0733