Kelly Bologna # 54707
Arizona State Prison Complex - Lewis
Barchey Unit, 1-F-1
P.O. Box 70
Buckeye, Arizona
　　　　　85326



District Court Judge, Roslyn O'Silver
U.S. District Court, Suite 624
401 West Washington Street
Phoenix, Arizona
　　　　　85003-2158



LEGAL MAIL
Indigent
MON 24 JUL 2023
WWAZ PDC 850 ZIP