30 JULY 2023 — NO MONITOR CONTACT INFORMATION YET

CV-12-00601-PHX-ROS

TO - ROSLYN - O - SILVER

ADC IS NOT COMPLYING WITH YOUR COURT ORDER
MEDICAL TOLD CO3 MCGURK THAT THE
JENSEN - V - THORNELL
LAWSUIT DOES NOT APPLY TO THEM MEDICAL —
INMATES STILL HAVE NO MEDICAL CARE
INMATES ARE STILL BEING STARVED 1200 TO 1800
CALORIES A DAY
WORTHRISES.ORG
TELLS OF HIG CAPITAL SCAM TO STARVE
INMATES TO FORCE INMATES TO BUY MORE FOOD
FROM KEEFE STORE TO KEEP FROM STARVING
HIG CAPITAL OWNS TRINITY FOOD THAT FEEDS INMATES
AND KEEFE STORE THAT SELLS FOOD TO INMATES
PLUS NOT MUCH COOLING IN SUMMER
NO HEAT IN WINTER
ROTTEN TOXIC AND UNEDIBLE FOOD AND ROACHES
IN INMATES FOOD
I AM IN SCREAMING PAIN FROM HORROR SKIN SORES
FOR OVER 3 YEARS NOW AND MEDICAL REFUSES
TO TREAT ME — FORCED SUICIDES TO GET AWAY FROM
ABUSIVE ADC STAFF AND MEDICAL NEGLECT MURDERS
OF INMATES TO MAKE MORE PROFIT ARE A "STANDARD" AT
THE ARIZONA STATE PRISON — ALL ADC STAFF SAY THE NEW
ADC DIRECTOR RYAN THORNELL IS NOT QUALIFIED FOR THE
JOB — I AM RETALIATED AGAINST DAILY FOR COMPLAINING
ABOUT NO HEALTH CARE AND PRISON CONDITIONS PLEASE HELP Kemp

KEMP - HORTON - 202496
PO BOX - 24403 - TUCSON - AZ - 85734