INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS

Inmate KEMP HORTON
ADC# 202496
Arizona State Prison Complex TUCSON
Unit RINCON
PO BOX 24403
City TUCSON AZ
85734

HORROR SHOW

JENSEN-V-THORNELL

PLEASE HELP ADC STAFF ARE CONSTANTLY RETALIATING AGAINST ME FOR COMPLAINING ABOUT NO HEALTH CARE AND WE STILL DO NOT HAVE HEALTH CARE AND NO WAY TO CONTACT THE MONITORS

TO JUDGE ROSLYN O SILVER
ATTN
DISTRICT COURT
401-W-WASHINGTON
PHX AZ
85003

Clerk of Court

INSPECTED
RECEIVED
U.S. PROBATION
ARIZONA
AUG 07 2023
PHOENIX AZ 852