DEAR COURT/JUDGE                                    AUGUST 6, 2023

RE: NO. 2:12-CV-00601-ROS
NO. CV-12-00601-PHX-ROS

AUGUST 4, 2023 I HAD REC BEFORE MY DIALYSIS TREATMENT SO I WAS CALLED TO DIALYSIS AND I HAD 45 MINUTES LEFT ON REC. I WENT TO DIALYSIS AND WHEN I CAME BACK I ASKED IF I CAN GET MY 45 MINUTES LEFT. CO II CORENADO SAID THAT CO III RAUDER SAID THAT WE HAD TO CHOOSE DIALYSIS OR REC. I LIVE IN HOUSE 9 INFIRMARY AT RINCON UNIT.

WE IN HOUSE 9 DO NOT GO TO CHOW HALL NOR SCHOOL. ALL WE GET IS SOME REC & SHOWERS. SINSE THIS INJUNCTION HAS STARTED OR FILED 04/07/23, HOUSE 9 DID NOT START ANY OF THIS UNTIL 6/01/23. ALSO WE HAVE NOT ONE TIME REACHED THE ORDER OF 14 HOURS OF OUT-OF-CELL TIME. IN HOUSE 9 THERE IS NO MAKE UP REC..

I AM A LEVEL 3 INMATE, WHICH MEANS THAT I AM OUT OF CELL ALL DAY. HERE IN THE INFIRMARY THEY HAVE ME LOCKED DOWN AS A MAX INMATE 22 HOURS A DAY. THIS TIME VERYS ON MON, WED, FRIDAY BECAUSE OF DIALYSIS OR REC. 19 HOURS ON LOCKDOWN ON THESE DAYS. TUE, THUR, SAT, SUN. 22 HOURS OR MORE LOCKDOWN IF WE DONT GET REC.

NOW LETS TALK ABOUT THE 14 HRS FEEDING, KEEP IN MIND I'M ONLY TALKING ABOUT THE HOUSE 9 INFIRMARY AT RINCON UNIT. MON.-FRI. TIMES VERY ON WHAT TIME WE RECEIVE OUR BREAKFAST, ANYMARE FROM 7:30 TO 10:00AM LUNCH

(1)

COMES AROUND 4:30 PM TO 6:00 PM, THEN WE GET SACK FOR DINNER AROUND 8:00 PM TO 10 PM. THIS IS ONLY MON-FRI. SAT-SUN. BREAKFAST AT 7:30 AM, DINNER 8:00PM. WE ONLY GET FEED 2 TIMES ON THE WEEKENDS. (TO HOTS)

WE HAVE INMATES IN HERE THAT DONT HAVE NO HELP FROM FAMILY AND ALSO PEOPLE THAT HAVE TO TAKE INSULIN AND HAVE TO EAT A ~~SEVER~~ TIMES ~~AFT~~ AFTER THEY GET THERE SHOTS. BUT BECAUSE THE INJUNCTION DOES NOT STATE THAT THE INFIRMARY NEEDS TO BE FEED AT DIFFERENT TIME AND NOT GO ON THE 14 HOURS BETWEEN MEALS BECAUSE MEDICAL STANDPOINT IS A HIGH PRIORITY FOR MEDICAL BUILDINGS IN ADOC NEEDS TO HAVE TO HAVE THIS CHANGE.

WHEN I COME BACK FROM DIALYSIS I HAVE TO EAT TO GET MY STRENGTH BACK UP OR I'LL PASS OUT. I GET BACK AT 1:30 PM AND LUNCH DOES NOT GET TO ME UNTIL 4:30 PM OR 5 PM. SO I HAVE TO FIGHT PASSING OUT OR GETTING SICK FOR HOURS UNTIL FOOD IS BROUGHT. THIS IS NOT GOOD FOR MYSELF OR OTHERS WITH ANY MEDICAL CONDITION AND NEED THE FOOD.

OKAY MY KIDNEY SPECIALIST DR MASSOD NEPHROLOGIST WANTS ME TO SEE A DIETITIAN BECAUSE THE FOOD THAT IS SERVED AT ADOC IS NOT GOOD FOR US DIALYSIS PEOPLE. BUT ADOC IS SAYING THEY ONLY HAVE ONE DIETITIAN FOR ALL OF ADOC AND I'LL NOT BE ABLE TO GET TO SEE A DIETITIAN NO MATTER WHAT. SO I HAVE BEEN TRYING SO HARD TO GET A DIFFERENT TYPE OF DIALYSIS THAT

IS BETTER FOR ME AND ALSO THE COST-EFFECTIVENESS OF PERITONEAL DIALYSIS IS SUPERIOR TO HEMODIALYSIS.

BECAUSE I CAN'T GET THE RIGHT FOOD HERE IN PRISON THE PERITONEAL DIALYSIS WOULD BE BETTER FOR MY LIFE AS WELL IT IS CHEEPER FOR THE TAX PAYERS OF ARIZONA.

AS FOOD THE FOOD GOES FOR ME THE RENAL DIET IS ONLY FOR THE DIALYSIS PEOPLE THAT CAN NOT PEE. MY KIDNEYS ARE STILL LETTING ME PEE. I HAD SENT LETTERS OUT TO NAPH CARE, INC.                NAPH CARE, INC.
 2090 COLUMBIANA RD.   &   4643 E. THOMAS RD #9
 BIRMINGHAM, AL 35216      PHOENIX, AZ 85018

I GOT MY LETTERS BACK THAT STATED THAT THESE ADDRESS ARE NOT FOR THIS COMPANY. THIS WAS BACK IN DECEMBER 2022.

I AM A MEMBER OF THE CLASS ACTION SUITE THROUGH PRISON LAW OFFICE. I HAVE BEEN A MEMBER FROM 2016, 2017. I CAN'T SEEM TO GET ANY CIVIL ATTORNEY THAT WOULD HELP ME DO A LAWSUIT AS A PRO BONO FOR PRISONERS.

WITH MY LIFE ON HEMODIALYSIS I AM ONLY GETTING THE MOST OF 10 YEARS OF LIFE. BUT IF I CAN GET ON THE PERITONEAL DIALYSIS MY LIFE SPAN IS WAY LONGER THAN 10 YEARS. I AM A LIFER AND ADOC IS MY HOME SO I'M ASKING FOR THIS COURT TO HELP ME AND EVERY

(3)

INMATE THAT IS GOING THROUGH ALL THIS.

SO ACCORDING TO THE INJUNCTION 27.3.6 PRISONERS MAY VOLUNTARILY REQUEST TO END THEIR RECREATION PERIOD AT ANY TIME. BUT NOTHING IN THIS INJUNCTION DOES IT STATE THAT WE HAVE TO FORFEIT OUR RECREATION BECAUSE OF DIALYSIS, OR ANY MEDICAL TREATMENT.
AGAIN ACCORDING TO THE INJUNCTION 27.3.2 PRISONERS WILL BE ALLOWED TO USE THE RESTROOM DURING RECREATION PERIODS AS NEEDED, WITHOUT FORFEITING THE REMAINDER OF THE RECREATION PERIOD.

SO IF I USE THE RESTROOM DURING MY REC TIME WITHOUT FORFEITING THE REMAINDER OF THE RECREATION PERIOD, THEN WHY DO I HAVE TO FORFEIT MY REMAINDER OF THE RECREATION PERIOD BECAUSE I HAVE TO DO MY DIALYSIS? AGAIN THIS WAS THE CALL MADE FROM CO II RAUDEZ. "CHOOSE DIALYSIS OR RECREATION".

WE DON'T HAVE ANY POD TIME SO WE ALL HERE IN THE INFIRMARY DEPEND ON OUR REC. THE CO'S START THE REC TIME WHEN THEY OPEN THE FIRST DOOR AND BY THE TIME THEY GET TO ALL OTHER DOOR, ABOUT 15 MINUTES HAVE PASSED. THEY FIND ANY WAY POSSIBLE WAY TO SCREW US OUT OF OUT OF CELL TIME. THE MOST TIME WE HAD OUT IS 1 HRS. THATS IT.
    PLEASE RESPOND.
(4)          SINCERELY, MR. KHRON DALE GROW #293268