**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate GROW, KYRON DALE
ADC# 295 268
Arizona State Prison Complex TUCSON
Unit RINCON IPC
P.O. BOX 24403
City TUCSON                AZ 85734

RECEIVED
AUG 10 2023
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PHOENIX AZ 852
8 AUG 2023   PM 5 L

U.S. DISTRICT COURT CLERK'S OFFICE
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON STREET, SPC 1
PHOENIX, AZ 85003-2118

LEGAL MAIL
ARIZONA DEPARTMENT
OF CORRECTIONS
REHABILITATION AND REENTRY

LEGAL MAIL

(4 PAGES)

LEGAL MAIL