Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Ryan Thornell, et al., <br><br> Defendants. | NO. CV-12-00601-PHX-ROS <br><br> **DEFENDANTS' STATUS REPORT PURSUANT TO COURT ORDER (Dkt. 4445)** |

Pursuant to the Court's July 20, 2023, Order (Dkt. 4445), Defendants submit the following status report, addressing the topics listed in that Order. ADCRR's new leadership also reaffirms its initiative to rebuild ADCRR with a central emphasis on the health and well-being of everyone in its custody, and its specific commitment to comply with all aspects of the Permanent Injunction.

**1. Specific actions Defendants took after issuance of the draft Permanent Injunction and after issuance of the Permanent Injunction to obtain medical and custody staffing.**

*Custody Staffing; Permanent Injunction, Sec. 1.15*

ADCRR has engaged in numerous agency-wide recruitment and retention efforts to obtain custody staffing. Prior to the Permanent Injunction, ADCRR established the Yuma/Lewis Project, which temporarily places ASPC-Yuma staff at ASPC-Lewis for one

year to help decrease the ASPC-Lewis vacancy rate. Currently, the project has 185 staff working with a 99% retention rate. The Yuma/Lewis Project has been successful, in large part, because ASPC-Yuma has very few vacancies and high retention rates. The success of the Yuma/Lewis Project has led to the design, development, and implementation of a similar project involving ASPC-Douglas and ASPC-Eyman, which is anticipated to roll out in the first quarter of FY 2024. ASPC-Douglas staff will temporarily work at ASPC-Eyman to alleviate the vacancy rate there.

An additional three (3) COTA (new cadet training) classes were added to the schedule to accommodate the recent increase in hiring, taking place on April 17, 2023, May 1, 2023, and August 7, 2023, respectively. Pay increases and hiring incentives in place prior to the Permanent Injunction continue to assist with custody staffing.[1]

Additional custody staffing efforts include onsite job fairs held at ASPC-Eyman on April 19, 2023, and at ASPC-Lewis on May 10, 2023, which provided applicants the opportunity to meet with staff, tour the prison, and begin the selection process. A full-time satellite office was opened on March 24, 2023, at ASPC-Eyman to add resources and support recruiting efforts. This satellite office provides extra testing days and more resources for community engagement events.

ADCRR's custody staffing recruitment strategy was in effect long before the injunction. This included: a contract with Career Builder, Google Ads, Facebook & Facebook Retargeting, along with radio, print, and billboard advertisements. Beginning July 2023, ADCRR is advertising on KRKQ FM – Safford. Also beginning July 2023, ADCRR has print advertisements in the Hopi-Navajo Observer. ADCRR's use of billboard advertisements include: (1) Phoenix Metro Electronic Billboards (10 billboards rotated

---

[1] In July 2021, Correctional Officers were given a 5% increase in pay. In July 2022, Correctional Officers received a 20% pay increase (as were all ADCRR staff). Additionally, a $5,000 hiring incentive, effective November 2022, has played a significant role in sustaining the increase in COTA classes. This hiring incentive is given in two payments—one upon COTA graduation and the other six (6) months later.

weekly between July 3 – September 24); (2) Casa Grande off SH 84 and Trekell (current contract length: 4/10/23-10/1/23); (3) Quartzsite off I-10 & Exit 19 (current contract length: 3/20/23-9/3/23); (4) Yuma off I-8 and Araby (current contract length: 4/2/23-9/16/23); (5) Wilcox off I-10 and Rex Allen Drive (current contract length: 3/13/23-9/12/23); and (6) Winslow/Holbrook off I-40 right before Exit 253 (current contract length: 12/30/22-12/29/23). In addition, new billboards were added to increase the advertising footprint in Pinal County. A billboard was added in Casa Grande at the intersection of Trekell Rd. and Jimmie Kerr Blvd on April 10, 2023. And on June 1, 2023, a trailer with a vinyl recruitment poster was added on the corner of Pinal Parkway Ave. and E. Butte.

*Actions Taken to Obtain Medical Staffing*

As of July 31, 2023, the Medical Services Contract Monitoring Bureau (MSCMB) created and filled a Clinical Nurse Educator position to initiate and support general awareness of correctional healthcare career opportunities. A Mental Health Monitor at ASPC-Phoenix was hired on April 24, 2023, to monitor the provision of care in inpatient and residential mental health treatment settings. On July 27, 2023, three (3) additional Medical Healthcare Monitors were hired. These are Physician Monitors, all board certified in internal medicine, hired by ADCRR who work remotely via telehealth to audit the work of NaphCare Providers using the Quality Indicators (QIs). Other actions to obtain medical staffing are broken down below by educational partnerships, retention actions, and various recruitment actions.

**Educational Partnerships**. ADCRR has partnered with NaphCare and local educational institutions, listed below, to provide clinical experience opportunities within ADCRR facilities to assist in the development of an additional recruitment source. Affiliation agreements for student rotations across disciplines have been established at: Arizona State University School of Nursing, Brookline College, Grand Canyon University, Herzing University, Midwestern University, Northern Arizona University, Pima Medical Institute, Rocky Mountain University of Health Professions, University of Arizona College of Pharmacy, and Walden University. Pending affiliation agreements for student rotations

3

include Arizona College of Nursing, Carrington College, Capella University, Gateway Community College, Ottawa University, and United States University.

**Retention Actions**.  When NaphCare assumed the ADCRR contract, there were approximately 830 Centurion staff members, which included a high number of registry staff.  NaphCare retained most of the incumbent health staff after taking over the contract by offering a 20% wage stipend (paid on each paycheck) along with assuming payments for sign-on bonuses (paid monthly) previously offered by Centurion.

Beginning in January 2023, NaphCare began conducting evaluations and merit raises for certain disciplines of incumbent staff each month.  The below chart is illustrative of the total raises (418) from January 2023 through July 2023. These merit raises are provided as a percentage increase to an employee's hourly or salary pay.  NaphCare considered geographically appropriate market rates and salary gaps within disciplines.

| DISCIPLINE | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Total |
|---|---|---|---|---|---|---|---|---|
| ADON | | | 22 | | | | | 22 |
| CLINICAL COORDINATOR | | | | | | | 6 | 6 |
| CNA | | | | | | 63 | | 63 |
| CNA/SCHEDULER | | | | | | 1 | | 1 |
| DENTAL ASSISTANT | 25 | | | | | | | 25 |
| DENTAL DIRECTOR | | | | | | 9 | 1 | 10 |
| DENTIST | | | | | | 11 | | 11 |
| DON | | | 5 | | | | | 5 |
| FHA | | | | | | | 3 | 3 |
| INVENTORY COORDINATOR | | | | | | | 14 | 14 |
| INVENTORY COORDINATOR - LEAD | | | | | | | 7 | 7 |
| LAB TECH | | | | | | 6 | | 6 |
| LEAD INVENTORY COORDINATOR | | | | | | | 1 | 1 |
| LPN | | 90 | | | | | | 90 |
| MENTAL HEALTH - LEAD | 1 | | | | | | | 1 |
| NP | | | | | 25 | 7 | | 32 |
| PA | | | | | 6 | 3 | | 9 |
| PHARMACY INVENTORY COORDINATOR | | | | | | | 1 | 1 |
| PSYCH ASSOCIATE | 30 | | | | | | 1 | 31 |
| PSYCH ASSOCIATE - LEAD | 4 | | | | | | | 4 |
| PSYCH NP | | | | | 17 | | 1 | 18 |
| PSYCH PA | | | | | 1 | | | 1 |
| PSYCHOLOGIST | | | 15 | | | | | 15 |
| RN | | | | 33 | | | | 33 |
| SCHEDULER | | | | | | | 9 | 9 |
| **Grand Total** | 60 | 90 | 42 | 33 | 49 | 100 | 44 | 418 |

4

Merit raises were crafted to ensure movement toward better wage equity. To ensure equity, NaphCare gave raises between 4% and 12%. The last few disciplines are currently in process and all incumbent employees will have received a raise by the end of September 2023. Beginning in October 2023, NaphCare will start early evaluations and raises for the disciplines who were raised in January and continue each month going forward as we continue to analyze and meet changing market rates.

**Recruitment Actions**. NaphCare utilizes recruitment websites on industry-leading platforms like LinkedIn, Indeed, ZipRecruiter, CareerBuilder, Practice Manager, the NaphCare corporate website, and many others. From January 1, 2023, to the end of June 2023, NaphCare spent $164,623 on recruiting platform costs alone. After a job listing is posted, NaphCare recruiters actively search for candidates, reviewing hundreds of resumes and encouraging qualified candidates to apply. For prescriber and advanced-level practitioners, PracticeMatch and Doximity are used to source qualified candidates. NaphCare enacted an online recruitment cadence via Taleo applicant tracking software AppCast, which allows for the retention of resumes for future open positions and broadcasts positions to many online advertising sites. Recruitment specialists review past submitted resumes for possible matches whenever a healthcare position becomes open.

At the start of NaphCare's contract, NaphCare expanded its Recruitment Team and continues to spend more on recruitment to support the needs of the ADCRR. This Team originally consisted of thirteen (13) members and has now increased to fifteen (15)—five (5) Talent Acquisition Partners who recruit staff level positions, five (5) Senior Talent Acquisition Partners who recruit leaders and prescribing providers, and five (5) Human Resources Business Partners who handle onboarding.

ADCRR renegotiated and finalized Amendment 9 to the NaphCare Contract on June 8, 2023, to include the 22 court-required injunction positions. (*See* Exhibit A – Amendment 9.) To help meet this need, NaphCare retained Jackson + Coker, a company specializing in physician and advanced practitioner recruitment, to assist with the immediate need for hiring seven (7) physicians and other staff using locum tenens. NaphCare also retained

5

VHS to assist with filling psychology associate positions and retained Barton and Associates to assist with filling physician and dentist positions. In addition, NaphCare conducted a recruiting campaign to hire the seven (7) physicians using Practice Match, another physician recruitment platform. NaphCare sent 2,114 emails to pre-qualified candidates, mailed 2,114 postcards directly to these candidates, and posted online display ads targeting candidates in a specific geographic area in Arizona (up to 1.5 million impressions).

NaphCare has also attended and hosted community and industry wide career fairs to get face-to-face recruitment time with experienced healthcare professionals looking for new career opportunities. These include March 2023 Arizona College of Nursing career Fair; April 2023 Carrington College Career Fair; May 2023 Tucson Nurses Week Foundation Conference & Health Fair; June 2023 Carrington College Lunch & Learn; and June 2023 Carrington College Career Fair. Additionally, NaphCare hosted 11 virtual hiring events through Indeed's online career fair platform targeting RNs, LPNs, CNAs and MHPs. NaphCare is registered to participate in the 55th Annual Southwestern School for Behavioral Health Status Conference in August 2023 to focus on recruiting Mental Health Professionals. Also, in August 2023, NaphCare is registered to participate in the Tucson CareerMD Career Fair, which is focused on recruiting physicians. In September 2023, NaphCare is registered to participate in the American College of Correctional Physicians Annual Meeting, which is also focused on recruiting physicians.

NaphCare has utilized several bonus and incentive programs to recruit qualified employees, discussed in depth below. From January 1, 2023, through the end of June 2023, NaphCare spent $6,394,120 on bonuses specific to Arizona.

**Employee Referral Program**. NaphCare utilizes an employee referral program, offering a bonus to current employees who refer a candidate who is hired. This program allows employees who successfully recruit a full-time or part-time employee to work for NaphCare to receive a $500 bonus after that employee completes six (6) months of service

with NaphCare.[2] The employee referral program also allows for a Provider Referral Bonus, in which any employee (with the exception of Executives/Vice-Presidents/Recruiters) who successfully recruits a full-time or part-time provider, such as a Physician, Dentist, Nurse Practitioner, or Physician Assistant, will receive a referral bonus in the following amounts: $5,000 for the referral of a full-time provider to be paid in four payments of $1,250 as the referred employee completes each quarter of employment (completion of three months, six months, nine months and twelve months); and $2,500 for the referral of a part-time provider to be paid in four payments of $625 as the referred employee completes each quarter of employment (completion of three months, six months, nine months and twelve months).[3] Since October 2022, the employee referral program has been utilized five (5) times.

**Sign-on Bonuses**. NaphCare utilized sign-on bonuses in the first several months of assuming the contract to assist with recruitment. For new external RN hires, NaphCare offered $18,000 in sign-on bonuses, requiring a one-year commitment, and paid in 12 equal installments. NaphCare offered and continues to make these monthly payments to 34 RNs. Similarly, NaphCare offered $12,000 sign-on bonuses for new external LPN hires, requiring a one-year commitment, and paid in 12 equal installments. NaphCare offered and continues to make these monthly payments to 11 LPNs. Currently, NaphCare uses sign-on bonuses during negotiation as needed.

*Medical Staffing (including MOUD & HCV); Permanent Injunction Sec 1.16*

Effective June 1, 2023, Contracted FTEs increased from 1110.9 to 1187.9 per Contract Amendment 9. (*See* Exhibit A). ADCRR funded the 22 positions specifically required by the Permanent Injunction—seven (7) physicians (PI Sec. 6.10); two (2) psychiatric prescribers (PI Sec. 13.1); ten (10) psych associates (PI Sec. 13.1); and three (3) psychologists (PI Sec. 13.1). Of the 22 required positions, 15 (or 68%) have been hired and

---

[2] If the referring employee supervises the position in which the referred candidate has applied, the referring employee is not eligible for the bonus.

[3] If the referring employee supervises the position in which the referred candidate has applied, the referring employee is not eligible for the bonus.

started working. Three (3) of the required positions are in the background-check phase, two (2) are pending paperwork,[4] and two (2) are vacant. The specifics of these numbers are discussed below under question two.

ADCRR also funded 55 positions for the Medications for Opioid Use Disorder (MOUD) and Hepatitis C (HCV) programs. Overall, 38 (or 69%) of the 55 positions have been hired and started working. One (1) position, a Hepatitis C mid-level provider, has been hired and has a start date of August 31, 2023[5]. Two (2) positions are pending background checks, one (1) position is pending an offer, and two (2) positions are pending paperwork. The below chart is illustrative of this breakdown by position. Of the 43 positions that have either been hired, pending background checks, pending an offer, or pending paperwork, 22 are FT, one (1) is PRN, and 20 are Registry.

| 55 MOUD AND HEP C POSITIONS | | | | | | |
|---|---|---|---|---|---|---|
| POSITION | HIRED | PENDING BGC | PENDING OFFER | PENDING PPW | VACANT | TOTAL |
| LPN | 22 | | | | 9 | 31 |
| MEDICAL AST - HEP C | 5 | 1 | | 1 | 3 | 10 |
| PROVIDER - HEPATITIS C MID | 4 | | 1 | | | 5 |
| PROVIDER | 3 | 1 | | 1 | | 5 |
| PSYCH NP | 4 | | | | | 4 |
| GRAND TOTAL | 38 | | | | | 55 |

Lastly, ADCRR is in the process of negotiating a contract modification with NaphCare that will take into account any salary increases for all health care disciplines, necessitated by the current nationwide shortage of healthcare providers. ADCRR recognizes that, to fill the FTEs allotted in Contract Amendment 9 while faced with the lack of candidates and the inherent difficulty in recruiting healthcare providers in a correctional setting, salary increases must be implemented. ADCRR expects to complete the modification process in the next month.

---

[4] Pending paperwork means that the candidate has been provided background-check and other forms but has not yet completed and returned them.

[5] This position is listed under the hired column in the corresponding chart.

**2. The date by which Defendants expect to have hired all the staff required by the Permanent Injunction in §§ 1.15, 1.16, 6.1, and 13.1.**

*Custody Staffing Numbers to Date & Projections*; *Permanent Injunction, Sec. 1.15*

From April 2023 through July 31, 2023, ADCRR hired 478.5 custody staff, which includes 182 cadets currently in the academy. ADCRR currently has 1192.75 vacant CO/CO Trainee positions. When the Permanent Injunction was issued, there were 1507.75 vacant positions. Based on current hire and loss trends and the external environment, ADCRR expects to continue the current rate of hiring and should be able to fill all vacancies by the end of March 2026. Any changes to the external environment as it relates to hiring or the economy and/or the loss rate may have a material effect on this projection, whether it be positive or negative. Any additions to the current staffing pattern would also affect the projection. ADCRR reaffirms its commitment to comply with the Permanent Injunction and will continue to take all necessary steps to increase custody staffing in line with the requirements of the Permanent Injunction.

*Medical Staffing Numbers to Date & Projections; Permanent Injunction, Sec. 1.16, 6.1, and 13.1*

Of the 22 required positions, 15 (or 68%) have been hired and started working. Three (3) of the required positions are in background, two (2) are pending paperwork,[6] and two (2) are vacant. Based on current hire and loss trends and the external environment, NaphCare expects to continue the current rate of hiring and should be able to fill all positions required under Sec. 1.16, 6.1, and 13.1 of the Permanent Injunction by December 1, 2023.

The below chart is illustrative of the breakdown by position of all 22 positions required by Sec. 1.16, 6.1, and 13.1 of the Permanent Injunction. Specific to Sec. 6.1 of the Permanent Injunction, two (2) of seven (7) Physician positions have been hired, two (2) are pending background, one (1) is pending paperwork, and two (2) are vacant. An additional

---

[6] Pending paperwork means that the candidate has been provided background and other forms but has not yet completed and turned them in.

four (4) positions are being filled by Locum Tenens physicians. Specific to Sec. 13.1 of the Permanent Injunction, as of August 14, 2023, 13 (or 87%) of the 15 positions for Mental Health Staffing have been hired to include: two (2) of two (2) Psychiatric Prescribers; two (2) of three (3) Psychologists with one (1) pending paperwork; and nine (9) of ten (10) Psych Associates, with one (1) pending background.  Of the 20 positions that have either been hired, pending background, pending offer, or pending paperwork, eight (8) are FT and twelve (12) are Registry.

| 22 INJUNCTION POSITIONS | | | | | | |
|---|---|---|---|---|---|---|
| POSITION | HIRED | PENDING BGC | PENDING OFFER | PENDING PPW | VACANT | TOTAL |
| PSYCH NP | 2 | | | | | 2 |
| PSYCHOLOGIST | 2 | | | 1 | | 3 |
| PSYCH ASSOCIATE | 9 | 1 | | | | 10 |
| STAFF PHYSICIAN | 2 | 2 | | 1 | 2 | 7 |
| GRAND TOTAL | 15 | | | | | 22 |

**3. The specific actions Defendants took after issuance of the draft Permanent Injunction and after issuance of the Permanent Injunction to modify the delivery of medical and mental healthcare as required by the Permanent Injunction.**

*Actions Related to Classification*

On July 15, 2023, ADCRR hired the Restrictive Housing Administrator.  On July 22, 2023, ADCRR hired seven (7) COIV positions as Classification Monitors pursuant to Sec. 29.1 of the Permanent Injunction.  Yuma complex did not have an applicant.  Currently, an ADW is filling this position until a COIV can be identified to serve as a Classification Monitor for Yuma.

As of April 7, 2023, all SMI inmates were moved out of maximum custody and detention.  To ensure compliance, daily reports are run and reviewed on all detention and maximum custody units to ensure no SMI inmates are placed in these areas.  In January 2023, the maximum custody population totaled 1,356, including 153 SMI inmates.  As of August 8, 2023, the maximum custody population totaled 460, including zero (0) SMI inmates, marking a 66% decrease in the total maximum custody population.

Effective June 6, 2023, ADCRR DO 804 "Inmate Behavior Control" added a procedure for SMI inmates who need to be removed from a unit and cannot be placed in detention (DO 804, Sec. 1.1.3), pursuant to Sec. 19.5 of the Permanent Injunction. Effective June 9, 2023, ADCRR DO 811 "Individual Inmate Assessments and Reviews" added language requiring a monthly individualized correction plan for all inmates housed in maximum custody and detention pursuant to Sec. 29 of the Permanent Injunction. Effective June 14, 2023, ADCRR DO 801 "Inmate Classification" added language (DO 801, Sec. 2.3.1) restricting SMI inmates from being placed in maximum custody. The amendment also added the requirement to conduct a classification review at 60 and 180 days for all inmates housed in maximum custody and detention (DO 801, Sec. 11.0 and 12.0) pursuant to Sec. 29 of the Permanent Injunction. Thirty (30) day correction plan reviews and 60 and 180-day classification reviews were implemented as of June 7, 2023. Comprehensive memos were sent to ADCRR staff with instructions on SMI inmates and the 30, 60, and 180-day reviews and ongoing communication around this process has continued.

Additionally, because of reduced populations in restrictive housing, parts of Eyman Complex's SMU were consolidated with Browning Unit to increase efficiency with staffing, management of inmates, and use of the Guardian RFID.

*Actions Related to Policy and Protocols*

MSCMB has drafted revisions to the Mental Health Technical Manual (MHTM) to ensure mental health clinical protocols specified in the injunction and opioid treatment program standards are followed. The document has received approval by the Court monitors, is under review by the Director, and will then be transmitted to Plaintiffs for their review and feedback before it is signed into effect. The Dental Technical Manual is currently being consolidated with the Medical Services Technical Manual (MSTM). Currently, the MSTM is in the process of being updated to incorporate best practices and all mental health requirements for the injunction. Additionally, the use of observation beds has been discontinued.

The Department has reviewed and updated internal practices to ensure compliance

with the following Permanent Injunction requirements: Language Translation Services, Refusal Process, Hepatitis C (HCV) Screenings for Future Treatment, MOUD/MAT, Immunizations, and TB Protocols. Formal policy changes are forthcoming and will be made in conjunction with Plaintiffs' counsel and the monitors pursuant to the Permanent Injunction.

### *Actions Related to Medical Space*

Medical Spaces Tours have been conducted with ADCRR Facilities Management and NaphCare to determine where space will be needed to meet both medical and mental health privacy protocols as well as the development of an improved IPC/SNU in the future. Following those tours, plans were drawn up for several office conversions to increase space for medical and mental health teams. Space has been identified for the development of an improved inpatient mental health unit and additional residential treatment unit beds. Physical Plant renovations have begun to prepare a 300 bed IPC/SNU at ASPC-Tucson Catalina Unit in addition to the current 66 bed IPC that currently exists. These renovations are anticipated to be completed by October 2023. Physical Plant renovations have also begun to prepare a mental health inpatient unit of at least 150 beds to replace the current 125 bed inpatient unit at ASPC-Phoenix Flamenco Unit. In addition, the department added 30 mental health residential treatment beds.

### *Actions Related to the Development Quality Indicators*

On July 27, 2023, ADCRR hired three (3) Physician Monitors who worked on the Quality Indicators and Safety Measures (QIs). ADCRR has now developed 190 measures and finalized a list of the Quality Indicators (QIs) with the assistance of the Court Monitors. A spreadsheet for data analysis and reporting has been developed and approved. Medical, Mental Health, and MSCMB Operations will begin monitoring at least 30 QIs, beginning August 1, 2023. ADCRR has finalized 156 QIs through a review with the court monitors, which will then be submitted to NaphCare to develop reports.

A monitoring tool and Quality Indicators for prison operations is in the final stages of development in conjunction with the court monitors.

*Education and Training*

To modify and improve the delivery and quality of mental health care, ADCRR launched Crisis Intervention Team (CIT) Training (conducted by the National Institute of Corrections) on July 10, 2023. This training provides staff with additional tools to effectively manage crisis situations with incarcerated individuals. The inaugural training began with 36 ADCRR employees along with the development of steering and training committees.

ADCRR also developed content for Trauma Informed Care (TIC) training for custody staff expected to roll out Fall 2023. The purpose of this training is to teach correctional staff about trauma responses and triggers in self-harming behaviors. This training also teaches custody staff the strategies to prevent or minimize negative responses.

*Actions Related to Medication for Opioid Use Disorder (MOUD)*

The Medication Assisted Treatment (MAT) Program was developed, and the MAT Program Administrator was hired, on May 15, 2023. On August 1-2, 2023, the ADCRR Medical Director, Mental Health Director, MAT Program Administrator, Operations Staff, NaphCare Staff, and other community stakeholders attended the Substance Abuse and Mental Health Services Administration (SAMHSA) Policy Academy where they created an action plan for statewide implementation of MAT.

ADCRR created a MAT Steering Committee in April 2023 and began bi-weekly meetings on May 2, 2023. The Committee has been responsible for the development of the MAT Program and is leading the implementation plan associated with the programs operation. The Committee has produced and distributed informational materials for staff and an educational video to provide awareness regarding MAT for the population. As of May 5, 2023, ADCRR began screening pregnant and postpartum women, when clinically appropriate, along with newly arriving patients and inmates already on MAT drugs.

ADCRR was approved by the Substance Abuse and Mental Health Services Administration (SAMHSA) and the State Opioid Treatment Authority (SOTA) to begin a methadone treatment program at ASPC-Perryville and ASPC-Tucson. In order to begin

receiving, storing, and dispensing methadone, Drug Enforcement Administration (DEA) approval is needed. MAT licensing submitted the DEA application in early June 2023. On July 27, 2023, the Drug Enforcement Agency (DEA) site visit was completed at ASPC-Perryville.  Additionally, a DEA site visit is scheduled at ASPC-Tucson on August 24, 2023.

On June 29-30, 2023, the SAMHSA Policy Academy onsite visit occurred, including a tour of ASPC-Perryville as well as several multidisciplinary meetings to plan the initiation of the ADCRR MAT Program.  On August 1-2, 2023, ADCRR sent a team of nine (9) members to the SAMHSA Policy Academy in Washington D.C., where they attended sessions hosted by subject matter experts in MAT and collaborated with teams from four (4) other state departments of corrections on MAT program implementation strategies.

During the week of June 5, 2023, the MAT Pilot began at ASPC-Lewis Bachman Unit and ASPC-Tucson Manzanita Unit.  On June 27, 2023, MAT patient notifications were sent to the incarcerated population at ASPC-Winslow to offer MAT services, and August 1, 2023, marked the roll out of MAT services at ASPC-Winslow, prioritizing those who have been treated for HCV.  MAT services are anticipated to expand to ASPC-Lewis on August 14, 2023, and ASPC-Perryville on August 28, 2023.  Meetings with the private prisons occur every two weeks to discuss both MAT and HCV updates.  ASPC-Tucson is the next identified facility and the initial phases of the MAT implementation process have commenced at ASPC-Tucson.

### *Actions Related to Hepatitis C Virus (HCV)*

All inmate patients are currently offered OPT Out Screening for HCV during the intake process effective April 7, 2023.  On May 30, 2023, an announcement went out on tablets regarding future HCV testing and treatment along with a HCV Specific Patient Education document (provided in English and Spanish) informing the population that they have the ability to request HCV testing and treatment within six (6) months of diagnosis. As of July 5, 2023, a single prioritized list for screening was created to offer HCV screening to all inmates who have not been screened.

Prior to the Permanent Injunction, from October 1, 2022, to April 1, 2023, there were 108 patients receiving HCV treatment. Since April 8, 2023, 310 patients have received HCV treatment. That is an over 500% increase in the number of patients receiving HCV treatment on a per month basis since the Injunction was entered.

As of July 15, 2023, ADCRR has pursued 340B price agreements for the private prisons to provide discount pricing on HIV, Hep B, and Hep C medications. The 340B pricing agreements are already in place for the nine (9) state complexes. Those 340B prescription program registrations were submitted for the three private prison companies by the enrollment deadline of July 15, 2023.[7] As of June 8, 2023, Contract Amendment 9 was signed, which authorized the hiring of additional staff (77 for NaphCare, and 5 for the MSCMB – 3 Physicians and 2 Mental Health Professionals) to oversee patient evaluations, diagnostic testing, prioritization of patients, and ordering of treatment, in order to meet the Permanent Injunction requirements for Hepatitis C.

ADCRR currently has 6,079 patients with Hepatitis C, including patients in private prisons. Beginning in October 2023, ADCRR anticipates treating 285 patients each month with Epclusa, which requires a 12-week course of treatment. Therefore, there will be approximately 855 patients on treatment at any given time. This will result in treating nearly 3600 patients annually. Due to patients coming into the system with Hepatitis C, it will take approximately 4 years to eliminate most known cases.

*Actions Related to Patient Self-Scheduling Pilot*

On June 3, 2023, a new form was developed and implemented as a pilot to allow self-scheduling of provider visits on inmates' tablets. On June 5, 2023, ADCRR initiated the Patient Self-Scheduling Pilot at three (3) different units at two (2) prison complexes. Visits began at APSC-Perryville Lumley Unit, ASPC-Perryville Piestewa Unit, and ASPC-Lewis Rast Max Unit.

On July 21, 2023, the Patient Self-Scheduling Pilot was completed. Lessons learned

---

[7] Geo Group and CoreCivic are complete. MTC is still outstanding.

included differences of utilization based on custody levels and gender, and user interface optimization requiring better patient education for using health needs requests (HNRs) and scheduling of provider appointments on tablets.

On August 7, 2023, reimplementation of the patient self-scheduling process took place at ASPC-Lewis Rast Max Unit. Phoenix Aspen will implement self-scheduling on August 28, 2023, with additional sites to be determined in the coming months.

**4. Any modifications to the Permanent Injunction the parties believe would be appropriate and the basis for those modifications.**

*Registry Positions*

ADCRR is requesting a temporary modification to the 15% calculation for registry use. Specifically, ADCRR proposes a sunset provision—for example, a temporary revision of the percentage of the registry staff use from 15% to 30% with a 5% taper off every 90 days until it gets back to 15%. This modification will allow ADCRR to fill positions with registry staff until non-registry staff can be hired. Assuming the Court enters an order within seven days of the status conference, ADCRR proposes the following timeline: August 24, 2023 - 30%; November 22, 2023 – 25%; February 20, 2024 – 20%; May 20, 2024 – 15%.

**5. What additional Orders from the Court would be helpful to ensure Defendants comply with the Permanent Injunction?**

At this time Defendants do not believe additional Orders from the Court would be helpful to ensure compliance with the Permanent Injunction. ADCRR reaffirms its initiative to rebuild the entire agency with a central emphasis on the health and well-being of everyone in its custody, and its specific commitment to comply with all aspects of the Permanent Injunction. This comprehensive rebuilding effort has a positive impact on compliance with the Permanent Injunction.

**6. What sanctions would spur compliance with the PI?**

Defendants do not believe that sanctions are warranted. ADCRR is making a concerted and sincere effort to comply with the terms of the Permanent Injunction. Levying

sanctions now would hinder substantial compliance with the injunction.

**7. If monetary sanctions, the amount**. N/A

**8. Whether Plaintiffs' counsel believe Defendants have taken all reasonable steps to comply with the PI**. N/A

**9. Any other matters the parties want to bring to the Court's attention**.

*NaphCare Comprehensive Contract Amendment*

A comprehensive contract amendment between ADCRR and NaphCare has been proposed and is in the process of being negotiated. ADCRR anticipates this will be complete and in effect by mid-September 2023.

*Additional Accomplishments: Facilities*

Additional accomplishments attributed to ADCRR facilities include the expansion of recreation enclosures at ASPC-Lewis Rast Max Unit—concrete pads were poured on August 2, 2023. In addressing shower renovations and repairs, as of May 23, 2023, all showers statewide completed inspections with ongoing inspections occurring. Repairs have ranged from minor to complete resurfacing and painting. Showers have been completed on APSC-Tucson Cimarron Unit (96), ASPC-Lewis Stiner Unit (69), ASPC-Yuma Cibola/La Paz/Cheyenne Units (63), ASPC-Safford Graham/Tonto/Ft. Grant Units (108), and ASPC-Eyman Browning Unit (27). Specific to Browning Unit, showers are in several stages of being repaired. Twenty-four (24) showers have been remodeled and sixteen (16) showers are in process. All showers in ASPC-Eyman SMU 1 have been repainted with mold resistant paint. All pest control contracts were amended to require visits twice a month.

*Additional Accomplishments: IT*

On April 7, 2023, the RFID Pilot initiated at ASPC-Eyman Browning Unit. Overall, this Pilot has proven to be a success. Historically, staff depended on a Control Room Officer to document activities. Now, all staff can record/document services electronically using RFID capabilities and spend additional time with the population in the pods. The Pilot has been successful in other ways as well: (1) real time information is accessible for supervisors via the EOMS dashboard; (2) tracking information has a permanent record which cannot be

manipulated; (3) videos can be documented and recorded for retention; (4) supervisors can monitor staff performance, i.e. security checks and time management; (5) provides assistance in researching grievances and investigations related to lack of services and/or misconduct; (6) potential expansion for future applications, i.e. paperless Correctional Service Journals; and (7) easy to use technology.

On May 22, 2023, a Communications Engineer was retained to assess the technical requirements to install the EOMS at the designated sites. That assessment has since been completed.

Additionally, the online Monitor Portal for internal and external complaints has been finalized and it is in the process of final sign-off from the Court monitors pursuant to the Permanent Injunction. Finally, as of July 17, 2023, a technical enhancement was made in TechCare to assign a Primary Care Doctor to patients. All patients were assigned to providers based on their housing unit and current provider coverage, and a staffing amendment was completed to ensure more providers are available for full model implementation.

### *Additional Accomplishments: Healthcare*

Additional accomplishments include the development of job aids for private prison vendors on the use of the electronic medical record (TechCare) to access Transfer Summaries and ensure continuity and quality of care. Similarly, ADCRR Substance Use Counselors were provided access to electronic medical records to document encounters and ensure coordination of care.

Additionally, ADCRR opened 47 new Sex Offender (SO)/Americans with Disabilities Act (ADA) compliant beds at ASPC-Eyman South Unit. ADCRR also finalized a contract with Abrazo West Hospital to allow for mother-infant bonding to occur for a full 72 hours at the hospital. Bonding will be able to occur in the same facility in an inpatient hospital setting.

### *Request for Accounting*

Lastly, Defendants respectfully request from the Court an accounting of the sanction

monies left in the court account and any proposed plans the Court may have in relation to the spending of that money.

DATED this 14th day of August, 2023.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Daniel P. Struck
  Daniel P. Struck
  Rachel Love
  Timothy J. Bojanowski
  Nicholas D. Acedo
  3100 West Ray Road, Suite 300
  Chandler, Arizona 85226

  *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck