**EXHIBIT A**

**EXHIBIT A**



| **Contract Amendment** | | State of Arizona Department of Corrections, Rehabilitation, and Reentry 701 E. Jefferson Street Phoenix, AZ 85234 |
|---|---|---|
| Contract No.: CTR060508 | ADCRR Tracking No.: 22-036-32 | |
| Contract Title: Inmate Correctional Healthcare | | |
| Contract Amendment  No.: 9 | Date: June 7, 2023 | Contract Officer: Kristine Yaw |

NaphCare, Inc.
Bradford McLane, CEO
2090 Columbiana Road, Suite 4000
Birmingham, AL 35216
brad.mclane@naphcare.com

This Contract is amended as follows:

Contract Amendment No. 9 supersedes the unsigned Contract Amendment No. 8 removing the April staffing information.

1.  In compliance with the Order and Permanent Injunction ("Permanent Injunction") entered by the U. S. District Court for the District of Arizona in Jensen, et. al v. Thornell, et al., Case No. CV-12-00601-PHX-ROS (Doc. 4410), the attached Revised Staffing Plan is hereby incorporated into the contract effective June 1, 2023.  The total number of FTE positions changed from 1110.90 to 1187.90.

2.  PIPD Fee Schedule and Budget Narrative from June 1, 2023 through August 31, 2023. NaphCare will be utilizing primarily registry staff during this time period for the newly-added staff positons. The PIPD rate during this timeframe will be $33.128.

3.  PIPD Fee Schedule and Budget Narrative starting September 1, 2023. NaphCare will be primarily utilizing its own staff starting September 1, 2023. The PIPD rate from September 1, 2023 will be $32.194.

| **ALL OTHER REQUIREMENTS, SPECIFICATIONS, TERMS AND CONDITIONS REMAIN UNCHANGED** | |
|---|---|
| **ACKNOWLEDGEMENT AND AUTHORIZATION** | |
| **This Contract Amendment is not binding against the State of Arizona unless signed by an authorized representative of the Contractor and then accepted in writing by an authorized representative of the State.** | |
| CONTRACTOR HEREBY ACKNOWLEDGES RECEIPT, AGREES AND UNDERSTANDS THE ABOVE AMENDMENT | THE ABOVE REFERENCED CONTRACT AMENDMENT IS HEREBY EXECUTED THIS DATE BY THE STATE |
| *[signature]* | |
| Signature of Authorized Representative | Signature of Authorized Representative |
| Bradford McLane | Denel M. Pickering |
| Typed or Printed Name | Typed or Printed Name |
| Title: CEO | Title: Chief Procurement Officer |
| Date: 6/8/2023 | Date: |

Contract No. CTR060508 / ADCRR No. 22-036-32

Contract Amendment No. 9<br>Revised Staffing Plan - Injunction

| Position Title | Regional | Douglas | Eyman | Lewis | Injunction Related |
|---|---|---|---|---|---|
| Additional Intake RN (Schedule may vary) | | | | | |
| Administrative Assistant | | 1.00 | 3.00 | 2.00 | |
| Administrative Assistant/Medical Assistant Hep C | 1.00 | | | | 1.00 |
| Assistant DON | | 1.00 | 8.00 | 6.00 | |
| Assistant FHA | | | 2.00 | 1.00 | |
| Associate Regional MH Director | 1.00 | | | | |
| Associate VP Operations/COO | 1.00 | | | | |
| Behavioral Health Technician | | | 5.00 | 4.00 | |
| Business Analyst/HRBP | 1.00 | | | | |
| Clinical Coordinator | | 0.50 | 1.50 | 1.00 | |
| Clinical Director (Mental Health) | | | | | |
| Dental Assistant | | 2.00 | 7.00 | 6.00 | |
| Dental Director | | 1.00 | 1.00 | 1.00 | |
| Dental Hygienist | | 0.20 | 1.00 | 1.00 | |
| Dentist | | 1.00 | 3.00 | 3.00 | |
| Dentist (Globe) | | | | | |
| Director of Operations | 1.00 | | | | |
| DON | | 1.00 | 1.00 | 1.00 | |
| Education Coordinator/Trainer | 1.00 | | | | |
| EMT | | | 8.40 | 8.40 | |
| EMT (Paramedic) | | | | 4.20 | |
| EMT Director | 1.00 | | | | |
| Facility Health Admin | | 1.00 | 1.00 | 1.00 | |
| Family Clinical Liaisons | 4.00 | | | | |
| Float Psych Nurse Practitioner | 1.00 | | | | |
| Infection Control Nurse | | 1.00 | 1.00 | | |
| Infection Control/Education Nurse | | | | 1.00 | |
| Inventory Coordinator/Pharmacy Tech | | 1.00 | 4.00 | 4.00 | |
| Lab Technician | | | 0.50 | | |
| Lead Inventory Coordinator/Pharmacy Tech | | 1.00 | 1.00 | 1.00 | |
| Lead Outpatient UM Reviewer/Utilization Management Manager | 1.00 | | | | |
| Lead Psychologist/MH LEAD | | | | | |
| Lead Psychology Asse/ MH Lead | | | | | |
| Lead Psychology Asse/MH LEAD | | | 1.00 | 1.00 | |
| LPN | | 2.10 | 37.80 | 33.90 | |
| LPN - Medication for Substance Use Disorder Program | | 3.00 | 5.00 | 5.00 | 13.00 |
| Medical Assistant – Hep C | | 1.00 | 1.00 | 1.00 | 3.00 |
| Medical Director | | 1.00 | 1.00 | 1.00 | |
| Medical Director/Chief Medical Officer | 1.00 | | | | |
| Medical Records Clerk | | 1.00 | 4.00 | 3.00 | |
| Medical Records Director/Medical Records Supervisor | 1.00 | | | | |
| Medical Records Supervisor | | 1.00 | 1.00 | 1.00 | |
| Mental Health Clerk | | | 2.00 | 1.00 | |
| Mental Health Director | 1.00 | | | | |
| Mental Health Midlevel | | | 6.00 | 3.50 | |
| Mental Health RN | | | 5.00 | 4.00 | |
| Mental Health RN – Charge | | | | | |
| MH Clinical Director (PhD) | | | | | |
| Midlevel Practitioner | | 2.00 | 6.50 | 6.00 | |
| Nursing Assistant/PCT | | 4.20 | 14.70 | 14.70 | |
| OBGYN | | | | | |
| Office Manager/HRBP | 1.00 | | | | |
| Optometrist | | | 1.00 | | |
| Physical Therapist | | | 1.00 | | |
| Physical Therapy Technician | | | | 1.00 | |
| Provider – HEP C | 5.00 | | | | 5.00 |
| Provider – Medication for Substance Use Disorder Program | | | 1.00 | 1.00 | 2.00 |
| Psychiatrist | | | 2.20 | 2.00 | 2.00 |
| Psychologist | | | 5.00 | 3.00 | 1.00 |
| Psychology Associate | | | | | |
| Psychology Associate (Clinician) | | 1.00 | 17.00 | 9.00 | |
| Psychology Associate (Lead) | | | | | |
| Recruiter | 1.00 | | | | |
| Regional Behavioral Health Technician | 1.00 | | | | |
| Regional Dental Director | 1.00 | | | | |
| Regional Director CQI/CQI Director | 1.00 | | | | |
| Regional Director of Nursing | 1.00 | | | | |
| Regional Grievance Coordinator | 1.00 | | | | |
| Regional Infection Control Nurse | 1.00 | | | | |
| Regional Lead Psychology Associate | 1.00 | | | | |
| Regional Pharmacist | 2.00 | | | | |
| Regional Pharmacy Director | 1.00 | | | | |
| Regional Psychiatric Director | 1.00 | | | | |
| Release/Discharge Planner | 1.00 | | 1.00 | 1.00 | |
| RN | | 7.80 | 27.30 | 30.00 | |
| Scheduler | | 1.00 | 3.00 | 1.50 | |
| Scheduler/Clinical Coordinator | | | | | |
| Service Desk Analyst/Provider Services/Claims Manager | 1.00 | | | | |
| Staff Physician | | | 3.00 | 3.00 | 2.00 |
| StatCare Provider | 8.00 | | | | |
| StatCare Psych Provider | 4.00 | | | | |
| Training & Development Manager | 1.00 | | | | |
| Utilization Review RN | 4.00 | | | | |
| VP of Operations/Chief Executive Officer | 1.00 | | | | |
| Women's Health NP (OB/GYN) | | | | | |
| X-Ray Technician | | 0.25 | 1.50 | 1.00 | |
| Total FTE | 54.00 | 37.05 | 196.40 | 173.20 | |

Contract No. CTR060508 / ADCRR No. 22-036-32

Contract Amendment No. 9
Revised Staffing Plan - Injunction

| Position Title | Perryville | Phoenix | Phoenix IRC | Safford | Injunction Remittal |
|---|---|---|---|---|---|
| Additional Intake RN (Schedule may vary) | 1.00 | | | | |
| Administrative Assistant | 2.00 | 1.00 | | 1.00 | |
| Administrative Assistant/Medical Assistant Hep C | | | | | |
| Assistant DON | 6.00 | | | 2.00 | |
| Assistant FHA | 1.00 | | | | |
| Associate Regional MH Director | | | | | |
| Associate VP Operations/COO | | | | | |
| Behavioral Health Technician | | | | | |
| Business Analyst/HRBP | 3.00 | 5.00 | | | |
| Clinical Coordinator | 1.00 | | | | |
| Clinical Director (Mental Health) | 1.00 | | | | |
| Dental Assistant | 6.00 | 4.00 | | 2.00 | |
| Dental Director | 1.00 | 1.00 | | 1.00 | |
| Dental Hygienist | 0.50 | | | 0.20 | |
| Dentist | 4.00 | | | | |
| Dentist (Globe) | | | | 0.20 | |
| Director of Operations | | | | | |
| DON | 1.00 | 1.00 | | 1.00 | |
| Education Coordinator/Trainer | | | | | |
| EMT | 4.20 | 4.20 | | | |
| EMT (Paramedic) | | | | | |
| EMT Director | | | | | |
| Facility Health Admin | 1.00 | 1.00 | | 1.00 | |
| Family Clinical Liaisons | | | | | |
| Float Psych Nurse Practitioner | | | | | |
| Infection Control Nurse | | | | 1.00 | |
| Infection Control/Education Nurse | 1.00 | 1.00 | | | |
| Inventory Coordinator/Pharmacy Tech | 2.00 | 1.00 | | 1.00 | |
| Lab Technician | 0.50 | 0.50 | | | |
| Lead Inventory Coordinator/Pharmacy Tech | 1.00 | 1.00 | | | |
| Lead Outpatient UM Reviewer/Utilization Management Manager | | | | | |
| Lead Psychologist/MH LEAD | | | | | |
| Lead Psychology Assoc/ MH Lead | 1.00 | | | | |
| Lead Psychology Assoc/MH LEAD | | | | | |
| LPN | 27.30 | 6.30 | 8.40 | 6.30 | |
| LPN - Medication for Substance Use Disorder Program | 4.00 | 3.00 | | 3.00 | 10.00 |
| Medical Assistant – Hep C | 1.00 | 1.00 | | 1.00 | 3.00 |
| Medical Director | 1.00 | 1.00 | | 1.00 | |
| Medical Director/Chief Medical Officer | | | | | |
| Medical Records Clerk | 4.00 | 3.00 | | 1.00 | |
| Medical Records Director/Medical Records Supervisor | | | | | |
| Medical Records Supervisor | 1.00 | 1.00 | | 1.00 | |
| Mental Health Clerk | 1.00 | | | | |
| Mental Health Director | | | | | |
| Mental Health Midlevel | 3.50 | 4.50 | | | |
| Mental Health RN | 4.00 | 9.00 | | | |
| Mental Health RN - Charge | | 1.00 | | | |
| MH Clinical Director (PhD) | | 1.00 | | | |
| Midlevel Practitioner | 5.00 | 6.00 | | 1.00 | |
| Nursing Assistant/PCT | 12.60 | 6.60 | 10.50 | 4.20 | |
| OBGYN | 0.20 | | | | |
| Office Manager/HRBP | | | | | |
| Optometrist | 1.00 | | | | |
| Physical Therapist | 1.00 | | | | |
| Physical Therapy Technician | | | | | |
| Provider – HEP C | | | | | |
| Provider – Medication for Substance Use Disorder Program | 1.00 | 1.00 | | | 2.00 |
| Psychiatrist | 2.00 | 2.00 | | | 2.00 |
| Psychologist | 3.00 | 4.00 | | | 1.00 |
| Psychology Associate | | 10.00 | | | 10.00 |
| Psychology Associate (Clinician) | 11.00 | 13.00 | | 1.00 | |
| Psychology Associate (Lead) | | 1.00 | | | |
| Recruiter | | | | | |
| Regional Behavioral Health Technician | | | | | |
| Regional Dental Director | | | | | |
| Regional Director CQI/CQI Director | | | | | |
| Regional Director of Nursing | | | | | |
| Regional Grievance Coordinator | | | | | |
| Regional Infection Control Nurse | | | | | |
| Regional Lead Psychology Associate | | | | | |
| Regional Pharmacist | | | | | |
| Regional Pharmacy Director | | | | | |
| Regional Psychiatric Director | | | | | |
| Release/Discharge Planner | 1.00 | 1.00 | | | |
| RN | 30.00 | 14.70 | 18.90 | 12.60 | |
| Scheduler | 1.00 | 1.00 | | 0.50 | |
| Scheduler/Clinical Coordinator | | | | | |
| Service Desk Analyst/Provider Services/Claims Manager | | | | | |
| Staff Physician | 2.20 | 2.00 | | | 2.00 |
| StatCare Provider | | | | | |
| StatCare Psych Provider | | | | | |
| Training & Development Manager | | | | | |
| Utilization Review RN | | | | | |
| VP of Operations/Chief Executive Officer | | | | | |
| Women's Health NP (OB/GYN) | 1.00 | | | | |
| X-Ray Technician | 0.50 | 1.00 | | 0.25 | |
| Total FTE | 157.50 | 119.80 | 37.80 | 44.25 | |

Contract Amendment No. 9
Revised Staffing Plan - Injunction

| Position Title | Tucson | Winslow | Yuma | Injunction Related |
|---|---|---|---|---|
| Additional Intake RN (Schedule may vary) | | | | |
| Administrative Assistant | 2.00 | 1.00 | 2.00 | |
| Administrative Assistant/Medical Assistant Hep C | | | | |
| Assistant DON | 8.00 | 2.00 | 5.00 | |
| Assistant FHA | 1.00 | | 1.00 | |
| Associate Regional MH Director | | | | |
| Associate VP Operations/COO | | | | |
| Behavioral Health Technician | 7.00 | | 4.00 | |
| Business Analyst/HRBP | | | | |
| Clinical Coordinator | 1.00 | | 1.00 | |
| Clinical Director (Mental Health) | | | | |
| Dental Assistant | 6.00 | 2.00 | 4.00 | |
| Dental Director | 1.00 | 1.00 | 1.00 | |
| Dental Hygienist | 1.00 | 0.20 | 1.00 | |
| Dentist | 3.00 | | 2.00 | |
| Dentist (Globe) | | | | |
| Director of Operations | | | | |
| DON | 1.00 | 1.00 | 1.00 | |
| Education Coordinator/Trainer | | | | |
| EMT | 8.40 | | 4.20 | |
| EMT (Paramedic) | | | | |
| EMT Director | | | | |
| Facility Health Admin | 1.00 | 1.00 | 1.00 | |
| Family Clinical Liaisons | | | | |
| Float Psych Nurse Practitioner | | | | |
| Infection Control Nurse | 1.00 | | | |
| Infection Control/Education Nurse | | 1.00 | 1.00 | |
| Inventory Coordinator/Pharmacy Tech | 3.00 | 1.00 | 2.00 | |
| Lab Technician | 2.00 | | 2.00 | |
| Lead Inventory Coordinator/Pharmacy Tech | 1.00 | 1.00 | 1.00 | |
| Lead Outpatient UM Reviewer/Utilization Management Manager | | | | |
| Lead Psychologist/MH LEAD | 1.00 | | | |
| Lead Psychology Assc/ MH Lead | | | | |
| Lead Psychology Assc/MH LEAD | | | 1.00 | |
| LPN | 35.70 | 4.20 | 9.90 | |
| LPN - Medication for Substance Use Disorder Program | 5.00 | 3.00 | | 8.00 |
| Medical Assistant – Hep C | 1.00 | 1.00 | 1.00 | 3.00 |
| Medical Director | 1.00 | 1.00 | 1.00 | |
| Medical Director/Chief Medical Officer | | | | |
| Medical Records Clerk | 6.00 | 1.00 | 3.00 | |
| Medical Records Director/Medical Records Supervisor | | | | |
| Medical Records Supervisor | 1.00 | 1.00 | 1.00 | |
| Mental Health Clerk | 1.00 | | 1.00 | |
| Mental Health Director | | | | |
| Mental Health Midlevel | 4.50 | | 3.00 | |
| Mental Health RN | 5.00 | | 2.00 | |
| Mental Health RN - Charge | | | | |
| MH Clinical Director (PhD) | | | | |
| Midlevel Practitioner | 8.00 | 2.00 | 5.00 | |
| Nursing Assistant/PCT | 18.90 | 3.00 | 10.50 | |
| OBGYN | | | | |
| Office Manager/HRBP | | | | |
| Optometrist | 1.00 | | | |
| Physical Therapist | 1.00 | 1.00 | 1.50 | |
| Physical Therapy Technician | | | | |
| Provider – HEP C | | | | |
| Provider – Medication for Substance Use Disorder Program | 1.00 | | | 1.00 |
| Psychiatrist | 3.00 | | 1.00 | 2.00 |
| Psychologist | 7.00 | | 1.00 | 1.00 |
| Psychology Associate | | 1.00 | | |
| Psychology Associate (Clinician) | 16.00 | | 11.00 | |
| Psychology Associate (Lead) | | | | |
| Recruiter | | | | |
| Regional Behavioral Health Technician | | | | |
| Regional Dental Director | | | | |
| Regional Director CQI/CQI Director | | | | |
| Regional Director of Nursing | | | | |
| Regional Grievance Coordinator | | | | |
| Regional Infection Control Nurse | | | | |
| Regional Lead Psychology Associate | | | | |
| Regional Pharmacist | | | | |
| Regional Pharmacy Director | | | | |
| Regional Psychiatric Director | | | | |
| Release/Discharge Planner | 2.00 | | 1.00 | |
| RN | 39.90 | 12.60 | 18.90 | |
| Scheduler | 2.00 | | 2.00 | |
| Scheduler/Clinical Coordinator | | 1.00 | | |
| Service Desk Analyst/Provider Services/Claims Manager | | | | |
| Staff Physician | 4.00 | | 2.00 | 3.00 |
| StatCare Provider | | | | |
| StatCare Psych Provider | | | | |
| Training & Development Manager | | | | |
| Utilization Review RN | | | | |
| VP of Operations/Chief Executive Officer | | | | |
| Women's Health NP (OB/GYN) | | | | |
| X-Ray Technician | 1.00 | 0.50 | 1.00 | |
| Total FTE | 213.40 | 43.50 | 111.00 | |

Contract No. CTR060508 / ADCRR No. 22-036-32

| Position Title | Position Total | Injunction Total |
|---|---|---|
| Additional Intake RN (Schedule may vary) | 2.00 | |
| Administrative Assistant | 15.00 | |
| Administrative Assistant/Medical Assistant Hep C | 1.00 | 1.00 |
| Assistant DON | 42.00 | |
| Assistant FHA | 6.00 | |
| Associate Regional MH Director | 1.00 | |
| Associate VP Operations/COO | 1.00 | |
| Behavioral Health Technician | 28.00 | |
| Business Analyst/HRBP | 1.00 | |
| Clinical Coordinator | 6.00 | |
| Clinical Director (Mental Health) | 1.00 | |
| Dental Assistant | 39.00 | |
| Dental Director | 9.00 | |
| Dental Hygienist | 5.10 | |
| Dentist | 16.00 | |
| Dentist (Globe) | 0.20 | |
| Director of Operations | 1.00 | |
| DON | 9.00 | |
| Education Coordinator/Trainer | 1.00 | |
| EMT | 37.80 | |
| EMT (Paramedic) | 4.20 | |
| EMT Director | 1.00 | |
| Facility Health Admin | 9.00 | |
| Family Clinical Liaisons | 4.00 | |
| Float Psych Nurse Practitioner | 1.00 | |
| Infection Control Nurse | 4.00 | |
| Infection Control/Education Nurse | 5.00 | |
| Inventory Coordinator/Pharmacy Tech | 19.00 | |
| Lab Technician | 5.50 | |
| Lead Inventory Coordinator/Pharmacy Tech | 9.00 | |
| Lead Outpatient UM Reviewer/Utilization Management Manager | 1.00 | |
| Lead Psychologist/MH LEAD | 1.00 | |
| Lead Psychology Assoc/ MH Lead | 1.00 | |
| Lead Psychology Assoc/MH LEAD | 3.00 | |
| LPN | 171.90 | |
| LPN - Medication for Substance Use Disorder Program | 31.00 | 31.00 |
| Medical Assistant – Hep C | 9.00 | 9.00 |
| Medical Director | 9.00 | |
| Medical Director/Chief Medical Officer | 1.00 | |
| Medical Records Clerk | 26.00 | |
| Medical Records Director/Medical Records Supervisor | 1.00 | |
| Medical Records Supervisor | 9.00 | |
| Mental Health Clerk | 6.00 | |
| Mental Health Director | 1.00 | |
| Mental Health Midlevel | 25.00 | |
| Mental Health RN | 29.00 | |
| Mental Health RN - Charge | 1.00 | |
| MH Clinical Director (PhD) | 1.00 | |
| Midlevel Practitioner | 41.50 | |
| Nursing Assistant/PCT | 99.90 | |
| OBGYN | 0.20 | |
| Office Manager/HRBP | 1.00 | |
| Optometrist | 3.00 | |
| Physical Therapist | 5.50 | |
| Physical Therapy Technician | 1.00 | |
| Provider – HEP C | 5.00 | 5.00 |
| Provider – Medication for Substance Use Disorder Program | 5.00 | 5.00 |
| Psychiatrist | 12.20 | 6.00 |
| Psychologist | 23.00 | 3.00 |
| Psychology Associate | 11.00 | 10.00 |
| Psychology Associate (Clinician) | 79.00 | |
| Psychology Associate (Lead) | 1.00 | |
| Recruiter | 1.00 | |
| Regional Behavioral Health Technician | 1.00 | |
| Regional Dental Director | 1.00 | |
| Regional Director CQI/CQI Director | 1.00 | |
| Regional Director of Nursing | 1.00 | |
| Regional Grievance Coordinator | 1.00 | |
| Regional Infection Control Nurse | 1.00 | |
| Regional Lead Psychology Associate | 1.00 | |
| Regional Pharmacist | 2.00 | |
| Regional Pharmacy Director | 1.00 | |
| Regional Psychiatric Director | 1.00 | |
| Release/Discharge Planner | 8.00 | |
| RN | 212.70 | |
| Scheduler | 12.00 | |
| Scheduler/Clinical Coordinator | 1.00 | |
| Service Desk Analyst/Provider Services/Claims Manager | 1.00 | |
| Staff Physician | 16.20 | 7.00 |
| StatCare Provider | 8.00 | |
| StatCare Psych Provider | 4.00 | |
| Training & Development Manager | 1.00 | |
| Utilization Review RN | 4.00 | |
| VP of Operations/Chief Executive Officer | 1.00 | |
| Women's Health NP (OB/GYN) | 1.00 | |
| X-Ray Technician | 7.00 | |
| **Total** | 1,187.90 | 77.00 |

Contract No. CTR060508 / ADCRR No. 22-036-32

## PIPD Fee Schedule and Budget Narrative – Registry
### June 1, 2023 - August 31, 2023

Contract Amendment No. 9
PIPD Fee Schedule and Budget Narrative - Registry
June 1, 2023 - August 31, 2023

Contract No. CTR060508 / ADCRR No. 22-036-32

**PIPD Fee Schedule - 25,000 inmates**

| No. | Title | | Medical | Dental | Pharmacy | Mental Health | Administration | Total |
|---|---|---|---|---|---|---|---|---|
| | Breakdown of relative daily costs included in the rate: | | Per Inmate per Day (PIPD) Cost | | | | | |
| 1 | Employee Personal Services - Direct Care | | | | | | | |
| | 1.1 | Base Wages | $8.871 | $1.039 | $0.248 | $3.171 | $0.616 | $13.945 |
| | 1.2 | Overtime | $0.296 | $0.036 | $0.009 | $0.111 | $0.000 | $0.452 |
| 2 | Employer Related Expenditures for Employees - Direct Care (employer paid) | | | | | | | |
| | 2.1 | Employee medical plan | $0.992 | $0.096 | $0.053 | $0.280 | $0.118 | $1.539 |
| | 2.2 | Employee dental and vision plan | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 2.3 | Employee life insurance and disability | $0.036 | $0.004 | $0.002 | $0.011 | $0.004 | $0.057 |
| | 2.4 | Employee retirement (example: 401K) | $0.124 | $0.015 | $0.003 | $0.045 | $0.009 | $0.196 |
| | 2.5 | Payroll taxes | $0.723 | $0.071 | $0.020 | $0.246 | $0.053 | $1.113 |
| | 2.6 | Other | $0.943 | $0.087 | $0.021 | $0.265 | $0.052 | $1.368 |
| 3 | Professional and Outside Services - Direct Care | | | | | | | |
| | 3.1 | Professional and Outside Services - Non Staffing | $3.791 | $0.000 | $0.000 | $0.000 | $0.000 | $3.791 |
| | 3.2 | Professional and Outside Services - Staffing | $0.561 | $0.000 | $0.000 | $1.143 | $0.026 | $1.730 |
| 4 | Travel - In State | | | | | | | |
| | 4.1 | Travel - In State | $0.000 | $0.000 | $0.000 | $0.000 | $0.066 | $0.066 |
| 5 | Travel - Out of State | | | | | | | |
| | 5.1 | Out of State | $0.000 | $0.000 | $0.000 | $0.000 | $0.052 | $0.052 |
| 6 | Other Operating Expenses | | | | | | | |
| | 6.1 | Other Operating Expenses excluding Pharmaceuticals | $0.264 | $0.027 | $0.000 | $0.000 | $0.000 | $0.291 |
| | 6.2 | Pharmaceuticals, excluding Hepatitis B, C, and HIV | $0.892 | $0.000 | $0.000 | $0.722 | $0.313 | $1.927 |
| | 6.3 | Hepatitis B pharmaceuticals | $0.001 | $0.000 | $0.000 | $0.000 | $0.000 | $0.001 |
| | 6.4 | Hepatitis C pharmaceuticals | $0.658 | $0.000 | $0.000 | $0.000 | $0.000 | $0.658 |
| | 6.5 | HIV pharmaceuticals | $0.702 | $0.000 | $0.000 | $0.000 | $0.000 | $0.702 |
| 7 | Capital Equipment | | | | | | | |
| | 7.1 | Capital Equipment | $0.000 | $0.000 | $0.000 | $0.000 | $0.053 | $0.053 |
| | 7.2 | ~~Building Improvement/Construction~~ | | | | | | |
| 8 | Non-Capital Equipment | | | | | | | |
| | 8.1 | Non-Capital Equipment | $0.000 | $0.000 | $0.000 | $0.000 | $0.031 | $0.031 |
| 9 | Insurance | | | | | | | |
| | 9.1 | Commercial General Liability | $0.000 | $0.000 | $0.000 | $0.000 | $1.308 | $1.308 |
| | 9.2 | Business Automobile Liability | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 9.3 | Umbrella Liability | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 9.4 | Professional Liability | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| 10 | Electronic Health Records | | | | | | | |
| | 10.1 | Staffing | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 10.2 | Training | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 10.3 | Hardware, software and peripherals | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 10.4 | Telecommunication and storage | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 10.5 | Licensing, user agreements and other associated fees | $0.000 | $0.000 | $0.000 | $0.000 | $0.373 | $0.373 |
| | 10.6 | Maintenance and support | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 10.7 | EHR transition and Contract termination | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| 11 | Other | | | | | | | |
| | 11.1 | Claims | $0.000 | $0.000 | $0.000 | $0.000 | $0.095 | $0.095 |
| | 11.2 | In-State Administration | $0.000 | $0.000 | $0.000 | $0.000 | $0.217 | $0.217 |
| | 11.3 | Out-of-State Administration | $0.000 | $0.000 | $0.000 | $0.000 | $0.645 | $0.645 |
| | 11.4 | Corporate Overhead and Administration | $0.000 | $0.000 | $0.000 | $0.000 | $1.423 | $1.423 |
| | 11.5 | Profit | $0.000 | $0.000 | $0.000 | $0.000 | $1.095 | $1.095 |
| | | | | | | | | |
| | | Total fixed per inmate per day rate | $18.854 | $1.375 | $0.356 | $5.994 | $6.549 | $33.128 |

Contract Amendment No. 9
PIPD Fee Schedule and Budget Narrative - Registry
June 1, 2023 - August 31, 2023

Contract No. CTR060508 / ADCRR No. 22-036-32
**Budget Narrative**

| No. | Title | | Detailed Narrative Explanation |
|---|---|---|---|
| 1 | Employee Personal Services - Direct Care | | |
| | 1.1 | Base Wages | Cost of salaries for direct labor personnel based on Solicitation Amendment No. 12, Exhibit 24, Minimum Required Staffing Plan and Injuction staffing |
| | 1.2 | Overtime | Cost of overtime. |
| 2 | Employer Related Expenditures for Employees - Direct Care (employer paid) | | |
| | 2.1 | Employee medical plan | Cost of employer provided health care plan. |
| | 2.2 | Employee dental and vision plan | Included in Section 2.1. |
| | 2.3 | Employee life insurance and disability | Cost of employer provided life insurance and accidental death and dismemberment plans. |
| | 2.4 | Employee retirement (example: 401K) | Cost of company match for employee 401K contributions. |
| | 2.5 | Payroll taxes | Employer match of Social Security and Medicare, Federal and State Unemployment, Worker's Compensation |
| | 2.6 | Other | Cost of paid time off and bonuses/incentives. |
| 3 | Professional and Outside Services - Direct Care | | |
| | 3.1 | Professional and Outside Services - Non Staffing | Cost of off-site inpatient stays, outpatients visits, emergency room visits, laboratory services, EKG, mammography, optometry, ambulance, dialysis radiology services. Utilized stats provided in previous solicitation and historical experience. |
| | 3.2 | Professional and Outside Services - Staffing | Cost of officer time to transport patients not treated in secure unit based on Soliciation Section 1.6.4.1 and cost of Injuction registry costs. |
| 4 | Travel - In State | | |
| | 4.1 | Travel - In State | Cost of travel in the state by Arizona office personnel. |
| 5 | Travel - Out of State | | |
| | 5.1 | Out of State | Cost of travel by those based outside of Arizona. |
| 6 | Other Operating Expenses | | |
| | 6.1 | Other Operating Expenses excluding Pharmaceuticals | Cost of medical supplies, dental supplies and waste disposal. Increased cost due to pandemic. |
| | 6.2 | Pharmaceuticals, excluding Hepatitis B, C and HIV | Cost of pharmaceuticals (based on data provided in Solicitation Amendment No 10, Answer No 36). |
| | 6.3 | Hepatitis B pharmaceuticals | Cost of Hepatitis B pharmaceuticals. |
| | 6.4 | Hepatitis C pharmaceuticals | Cost of Hepatitis C pharmaceuticals. |
| | 6.5 | HIV pharmaceuticals | Cost of HIV pharmaceuticals. |
| 7 | Capital Equipment | | |
| | 7.1 | Capital Equipment | Cost of computers, office furniture, telemedicine equipment, and medical equipment where cost is in excess of $500. |
| | 7.2 | ~~Building Improvement/Construction~~ | |
| 8 | Non-Capital Equipment | | |
| | 8.1 | Non-Capital Equipment | Cost of computers, office furniture, telemedicine equipment, and medical equipment where cost is in excess of $500. Leased equipment (copiers). |
| 9 | Insurance | | |
| | 9.1 | Commercial General Liability | Cost of insurance provided. |
| | 9.2 | Business Automobile Liability | Cost included in 9.1 above. |
| | 9.3 | Umbrella Liability | Cost included in 9.1 above. |
| | 9.4 | Professional Liability | Cost included in 9.1 above. |
| 10 | Electronic Health Records | | |
| | 10.1 | Staffing | Included in Licensing fee, Section 10.5. |
| | 10.2 | Training | Included in Licensing fee, Section 10.5. |
| | 10.3 | Hardware, software and peripherals | Included in Licensing fee, Section 10.5. |
| | 10.4 | Telecommunication and storage | Included in Licensing fee, Section 10.5. |
| | 10.5 | Licensing, user agreements and other associated fees | License fee of EHR. |

Contract No. CTR060508 / ADCRR No. 22-036-32

|    |       |      |                                        |                                                                                      |
|----|-------|------|----------------------------------------|--------------------------------------------------------------------------------------|
|    |       | 10.6 | Maintenance and support                | Included in Licensing fee, Section 10.5.                                              |
|    |       | 10.7 | EHR transition and Contract termination | Cost included in sections above.                                                    |
| 11 | Other |      |                                        |                                                                                      |
|    |       | 11.1 | Claims                                 | Cost of claims adjudication and processing personnel.                                |
|    |       | 11.2 | In-State Administration                | Cost of Arizona state office including rent and utilities.                           |
|    |       | 11.3 | Out-of-State Administration            | Cost of contract start up, payroll processing, performance bond, legal/professional fees. |
|    |       | 11.4 | Corporate Overhead and Administration  | Cost of corporate staff support including human resources, recruiting, accounting, operations. |
|    |       | 11.5 | Profit                                 | Margin before taxes.                                                                 |

Contract No. CTR060508 / ADCRR No. 22-036-32

# Injunction: Staffing Related Cost Calculations by NaphCare

I.   Please calculate the Registry Cost for the agreed upon positions:

**First Three (3) Months
(June 1, 2023 – August 31, 2023)**

| Position | Cost |
|---|---|
| • Medication for Substance Use Disorder Program **- Five (5) Providers** (Tucson, Lewis, Eyman, Perryville, Phoenix) | $276,468.90 |
| • Medication for Substance Use Disorder Program **- Thirty One (31) LPNs** (5) Tucson, (5) Lewis, (5) Eyman, (4) Perryville, (3) Phoenix, (3) Douglas, (3) Winslow, (3) Safford | $1,036,251.43 |
| • Hepatitis C **- Five (5) Providers** (Regional) | $276,468.90 |
| • Hepatitis C **- Admin Assistant / Medical Assistant** (Regional) | $21,479.24 |
| • Hepatitis C **- Medical Assistants** (Eyman, Douglas, Safford, Phoenix, Tucson, Perryville, Winslow, Yuma, Lewis) | $153,184.59 |
| • General Staffing **- Seven (7) Physicians** (2) Tucson, Eyman, Lewis, Yuma, Perryville, Phoenix | $1,280,437.84 |
| • General Staffing **- Six (6) Psychiatric Providers (Psychiatric NPs)** (2) Tucson, Phoenix, Eyman, Lewis, Perryville | $833,838.79 |
| • General Staffing **- Ten (10) Psych Associates** (Phoenix) | $1,330,800.15 |
| • General Staffing **- Three (3) Psychologists** (Eyman, Tucson, Perryville) | $443,171.71 |

**TOTAL: $5,652,101.55**

Contract Amendment No. 9
PIPD Fee Schedule and Budget Narrative - NaphCare Staff
Starting September 1, 2023

Contract No. CTR060508 / ADCRR No. 22-036-32

**PIPD Fee Schedule and Budget Narrative – NaphCare Staff**
**Starting September 1, 2023**

Contract Amendment No. 9
PIPD Fee Schedule and Budget Narrative - NaphCare Staff
Starting September 1, 2023

Contract No. CTR060508 / ADCRR No. 22-036-32

**PIPD Fee Schedule - 25,000 inmates**

| No. | Title | Medical | Dental | Pharmacy | Mental Health | Administration | Total |
|---|---|---|---|---|---|---|---|
| | Breakdown of relative daily costs included in the rate: | | | Per Inmate per Day (PIPD) Cost | | | |
| 1 | Employee Personal Services - Direct Care | | | | | | |
| | 1.1 Base Wages | $9.178 | $1.039 | $0.248 | $3.538 | $0.616 | $14.620 |
| | 1.2 Overtime | $0.296 | $0.036 | $0.009 | $0.111 | $0.000 | $0.452 |
| 2 | Employer Related Expenditures for Employees - Direct Care (employer paid) | | | | | | |
| | 2.1 Employee medical plan | $1.003 | $0.096 | $0.053 | $0.309 | $0.118 | $1.579 |
| | 2.2 Employee dental and vision plan | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 2.3 Employee life insurance and disability | $0.037 | $0.004 | $0.002 | $0.012 | $0.004 | $0.059 |
| | 2.4 Employee retirement (example: 401K) | $0.129 | $0.015 | $0.003 | $0.050 | $0.009 | $0.206 |
| | 2.5 Payroll taxes | $0.737 | $0.071 | $0.020 | $0.274 | $0.053 | $1.156 |
| | 2.6 Other | $0.943 | $0.087 | $0.021 | $0.265 | $0.052 | $1.368 |
| 3 | Professional and Outside Services - Direct Care | | | | | | |
| | 3.1 Professional and Outside Services - Non Staffing | $3.791 | $0.000 | $0.000 | $0.000 | $0.000 | $3.791 |
| | 3.2 Professional and Outside Services - Staffing | $0.000 | $0.000 | $0.000 | $0.000 | $0.026 | $0.026 |
| 4 | Travel - In State | | | | | | |
| | 4.1 Travel - In State | $0.000 | $0.000 | $0.000 | $0.000 | $0.066 | $0.066 |
| 5 | Travel - Out of State | | | | | | |
| | 5.1 Out of State | $0.000 | $0.000 | $0.000 | $0.000 | $0.052 | $0.052 |
| 6 | Other Operating Expenses | | | | | | |
| | 6.1 Other Operating Expenses excluding Pharmaceuticals | $0.264 | $0.027 | $0.000 | $0.000 | $0.000 | $0.291 |
| | 6.2 Pharmaceuticals, excluding Hepatitis B, C, and HIV | $0.892 | $0.000 | $0.000 | $0.722 | $0.313 | $1.927 |
| | 6.3 Hepatitis B pharmaceuticals | $0.001 | $0.000 | $0.000 | $0.000 | $0.000 | $0.001 |
| | 6.4 Hepatitis C pharmaceuticals | $0.658 | $0.000 | $0.000 | $0.000 | $0.000 | $0.658 |
| | 6.5 HIV pharmaceuticals | $0.702 | $0.000 | $0.000 | $0.000 | $0.000 | $0.702 |
| 7 | Capital Equipment | | | | | | |
| | 7.1 Capital Equipment | $0.000 | $0.000 | $0.000 | $0.000 | $0.053 | $0.053 |
| | 7.2 Building Improvement/Construction | | | | | | |
| 8 | Non-Capital Equipment | | | | | | |
| | 8.1 Non-Capital Equipment | $0.000 | $0.000 | $0.000 | $0.000 | $0.031 | $0.031 |
| 9 | Insurance | | | | | | |
| | 9.1 Commercial General Liability | $0.000 | $0.000 | $0.000 | $0.000 | $1.308 | $1.308 |
| | 9.2 Business Automobile Liability | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 9.3 Umbrella Liability | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 9.4 Professional Liability | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| 10 | Electronic Health Records | | | | | | |
| | 10.1 Staffing | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 10.2 Training | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 10.3 Hardware, software and peripherals | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 10.4 Telecommunication and storage | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 10.5 Licensing, user agreements and other associated fees | $0.000 | $0.000 | $0.000 | $0.000 | $0.373 | $0.373 |
| | 10.6 Maintenance and support | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| | 10.7 EHR transition and Contract termination | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 | $0.000 |
| 11 | Other | | | | | | |
| | 11.1 Claims | $0.000 | $0.000 | $0.000 | $0.000 | $0.095 | $0.095 |
| | 11.2 In-State Administration | $0.000 | $0.000 | $0.000 | $0.000 | $0.217 | $0.217 |
| | 11.3 Out-of-State Administration | $0.000 | $0.000 | $0.000 | $0.000 | $0.645 | $0.645 |
| | 11.4 Corporate Overhead and Administration | $0.000 | $0.000 | $0.000 | $0.000 | $1.423 | $1.423 |
| | 11.5 Profit | $0.000 | $0.000 | $0.000 | $0.000 | $1.095 | $1.095 |
| | | | | | | | |
| | Total fixed per inmate per day rate | $18.631 | $1.375 | $0.356 | $5.283 | $6.549 | $32.194 |

Contract No. CTR060508 / ADCRR No. 22-036-32

**Budget Narrative**

| No. | Title | | Detailed Narrative Explanation |
|---|---|---|---|
| 1 | Employee Personal Services - Direct Care | | |
| | 1.1 | Base Wages | Cost of salaries for direct labor personnel based on Solicitation Amendment No. 12, Exhibit 24, Minimum Required Staffing Plan and Injuction staffing |
| | 1.2 | Overtime | Cost of overtime. |
| 2 | Employer Related Expenditures for Employees - Direct Care (employer paid) | | |
| | 2.1 | Employee medical plan | Cost of employer provided health care plan. |
| | 2.2 | Employee dental and vision plan | Included in Section 2.1. |
| | 2.3 | Employee life insurance and disability | Cost of employer provided life insurance and accidental death and dismemberment plans. |
| | 2.4 | Employee retirement (example: 401K) | Cost of company match for employee 401K contributions. |
| | 2.5 | Payroll taxes | Employer match of Social Security and Medicare, Federal and State Unemployment, Worker's Compensation |
| | 2.6 | Other | Cost of paid time off and bonuses/incentives. |
| 3 | Professional and Outside Services - Direct Care | | |
| | 3.1 | Professional and Outside Services - Non Staffing | Cost of off-site inpatient stays, outpatients visits, emergency room visits, laboratory services, EKG, mammography, optometry, ambulance, dialysis radiology services.  Utilized stats provided in previous solicitation and historical experience. |
| | 3.2 | Professional and Outside Services - Staffing | Cost of officer time to transport patients not treated in secure unit based on Soliciation Section 1.6.4.1. |
| 4 | Travel - In State | | |
| | 4.1 | Travel - In State | Cost of travel in the state by Arizona office personnel. |
| 5 | Travel - Out of State | | |
| | 5.1 | Out of State | Cost of travel by those based outside of Arizona. |
| 6 | Other Operating Expenses | | |
| | 6.1 | Other Operating Expenses excluding Pharmaceuticals | Cost of medical supplies, dental supplies and waste disposal. Increased cost due to pandemic. |
| | 6.2 | Pharmaceuticals, excluding Hepatitis B, C and HIV | Cost of pharmaceuticals (based on data provided in Solicitation Amendment No 10, Answer No 36). |
| | 6.3 | Hepatitis B pharmaceuticals | Cost of Hepatitis B pharmaceuticals. |
| | 6.4 | Hepatitis C pharmaceuticals | Cost of Hepatitis C pharmaceuticals. |
| | 6.5 | HIV pharmaceuticals | Cost of HIV pharmaceuticals. |
| 7 | Capital Equipment | | |
| | 7.1 | Capital Equipment | Cost of computers, office furniture, telemedicine equipment, and medical equipment where cost is in excess of $500. |
| | 7.2 | ~~Building Improvement/Construction~~ | |
| 8 | Non-Capital Equipment | | |
| | 8.1 | Non-Capital Equipment | Cost of computers, office furniture, telemedicine equipment, and medical equipment where cost is in excess of $500.  Leased equipment (copiers). |
| 9 | Insurance | | |
| | 9.1 | Commercial General Liability | Cost of insurance provided. |
| | 9.2 | Business Automobile Liability | Cost included in 9.1 above. |
| | 9.3 | Umbrella Liability | Cost included in 9.1 above. |
| | 9.4 | Professional Liability | Cost included in 9.1 above. |
| 10 | Electronic Health Records | | |
| | 10.1 | Staffing | Included in Licensing fee, Section 10.5. |
| | 10.2 | Training | Included in Licensing fee, Section 10.5. |
| | 10.3 | Hardware, software and peripherals | Included in Licensing fee, Section 10.5. |
| | 10.4 | Telecommunication and storage | Included in Licensing fee, Section 10.5. |
| | 10.5 | Licensing, user agreements and other associated fees | License fee of EHR. |
| | 10.6 | Maintenance and support | Included in Licensing fee, Section 10.5. |

Contract No. CTR060508 / ADCRR No. 22-036-32

| | | | |
|---|---|---|---|
| | | 10.7 EHR transition and Contract termination | Cost included in sections above. |
| 11 | Other | | |
| | | 11.1 Claims | Cost of claims adjudication and processing personnel. |
| | | 11.2 In-State Administration | Cost of Arizona state office including rent and utilities. |
| | | 11.3 Out-of-State Administration | Cost of contract start up, payroll processing, performance bond, legal/professional fees. |
| | | 11.4 Corporate Overhead and Administration | Cost of corporate staff support including human resources, recruiting, accounting, operations. |
| | | 11.5 Profit | Margin before taxes. |

Contract No. CTR060508 / ADCRR No. 22-036-32

**II.** Please calculate the next 3 months of cost at the Normal NaphCare Full Time Employee Rate for the agreed upon positions (Registry period exhausted):

### Beginning September 1, 2023 (Three Month Budget Example Below)

| Position | Cost |
|---|---|
| • Medication for Substance Use Disorder Program<br>   **- Five (5) Providers**<br>   (Tucson, Lewis, Eyman, Perryville, Phoenix) | $276,468.90 |
| • Medication for Substance Use Disorder Program<br>   **- Thirty One (31) LPNs**<br>   (5) Tucson, (5) Lewis, (5) Eyman, (4) Perryville, (3) Phoenix,<br>   (3) Douglas, (3) Winslow, (3) Safford | $1,036,251.43 |
| • Hepatitis C<br>   **- Five (5) Providers**<br>   (Regional) | $276,468.90 |
| • Hepatitis C<br>   **- Admin Assistant / Medical Assistant**<br>   (Regional) | $21,479.24 |
| • Hepatitis C<br>   **- Medical Assistants**<br>   (Eyman, Douglas, Safford, Phoenix, Tucson, Perryville, Winslow,<br>   Yuma, Lewis) | $153,184.59 |
| • General Staffing<br>   **- Seven (7) Physicians**<br>   (2)Tucson, Eyman, Lewis, Yuma, Perryville, Phoenix | $777,560.10 |
| • General Staffing<br>   **- Six (6) Psychiatric Providers (Psychiatric NPs)**<br>   (2) Tucson, Phoenix, Eyman, Lewis, Perryville | $436,361.87 |
| • General Staffing<br>   **- Ten (10) Psych Associates**<br>   (Phoenix) | $406,907.50 |
| • General Staffing<br>   **- Three (3) Psychologists**<br>   (Eyman, Tucson, Perryville) | $137,589.24 |

**TOTAL: $3,522,271.77**