To: Monitors for
Case # CV-12-00601-PHX-ROS

Psychiatric NP Rideway has committed medical malpractice as follows:

1) She yelled at me during 2 of our sessions even after I left the room.

2) She told me "all psych meds have to be DOT" which is a complete lie because Department Order #1103, section 8.2.2 states psych meds like my Sertaline can be prescribed as KOP.

3) She changed my Sertaline from KOP to DOT because she said "other inmates have attempted suicide by overdosing on their psych meds so I have to protect my license". This is an obvious violation of Section 10.5.1 of the Court's April 2023 Permanent Injunction (see Pages 33 and 34 of Jensen v. Thornell, Case # CV-12-00601-PHX-ROS) because: ⓐ she is prescribing my Sertaline as DOT due to the actions of OTHER inmates not my actions; and ⓑ my Sertaline was prescribed as KOP for years when I was housed on a tighter custody unit than I am now.

4) As is stated above, she cares more about HER LICENSE than what is clinically appropriate for me.

Paul A. Robledo - #250767
PARobledo
8-9-2023