INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Paul A. Detlam
ADC# 250707 Lewis
Arizona State Prison Complex
Unit P.O. Box 20
Bachman Unit
City Buckeye AZ 85326

PHOENIX AZ 852
AUG 1 4 2023
$2. RECEIVED
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

U.S. District Court For The District Of Arizona
Attention: Monitors for Case# CV-12-00601-PHX-ROS
401 West Washington Street
Phoenix, AZ 85003-2118

85003-213099