| ✎AO 435<br>AZ Form (Rev. 10/2018) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|

| 1. NAME Lucy M. Rand | 2. PHONE NUMBER 602-542-7683 | 3. DATE 08/18/2023 |
|---|---|---|

| 4. FIRM NAME Attorney General's Office |
|---|

| 5. MAILING ADDRESS 2005 N. Central Ave. | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85004 |
|---|---|---|---|

| 9. CASE NUMBER 2:12-cv-00601-PHX-ROS | 10. JUDGE Roslyn O. Silver | DATES OF PROCEEDINGS | |
| | | 11. 08/17/23 | 12. 08/17/23 |

| 13. CASE NAME Shawn Jensen, et al., v. Ryan Thornell, et al. | LOCATION OF PROCEEDINGS | |
| | 14. AZD - PHX Division | 15. STATE Arizona |

**16. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Status Conference | 08/17/2023 |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS (expedited) | ☑ | ☐ | | ☑ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS Lucy.Rand@azag.gov | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE s/ Lucy M. Rand, Assistant Attorney General

20. DATE August 18, 2023

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY