KRISTIN K. MAYES
ATTORNEY GENERAL

Gregory Honig, Bar No. 018804
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-7670
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No: 2:12-cv-00601-PHX-ROS |
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL WITHIN FIRM** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

Pursuant to LRCiv. 83.3(b)(4), notice is hereby formally given that Assistant Attorney General ("AAG") Gregory Honig hereby appears along with AAG Lucy Rand as counsel for Defendants in the above captioned matter. All copies of all notices, pleadings, minute entries, correspondence, and other matters of record should also be directed to AAG Honig at the address and e-mail shown above.

RESPECTFULLY SUBMITTED this 23rd day of August, 2023.

KRISTIN K. MAYES
ATTORNEY GENERAL

/s/ Gregory Honig
Gregory Honig
Assistant Attorney General
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System. This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho: | ECho@aclu.org |
| Jared G. Keenan: | jkeenan@acluaz.org |
| Maria V. Morris: | mmorris@aclu.org |
| Maya Abela: | mabela@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart: | sophieh@prisonlaw.com |
| Daniel P. Struck | Dstruck@strucklove.com |
| Rachel Love | rlove@strucklove.com |
| Timothy Bojanowski | tbojanowski@strucklove.com |
| Nicholas D. Acedo | nacedo@strucklove.com |

/s/ Leanne Crudup
#11461814