13 AUG 2023

TO - JUDGE ROSLYN O SILVER

PLEASE END THE PRIVATE HEALTH CARE AT THE ARIZONA STATE PRISON
IT IS NOTHING BUT A TAX PAYER RIP OFF SCAM AND EVERY ONE KNOWS THAT INCLUDING YOU

PRISONLEGALNEWS.ORG

NOOO PRIVATE COMPANY MEDICAL CARE HAS EVER ACTUALLY PROVIDED MEDICAL CARE TO INMATES

ALL PRIVATE MEDICAL CARE COMPANIES TO PRISONS MILK THE CONTRACT TILL THEY ARE FIRED FOR REFUSING TO PROVIDE MEDICAL CARE THEN ONTO THE NEXT SUCKER THAT WILL HIRE THEM OR THE NEXT CONGRESS PERSONS THEY CAN BRIBE TO GET THE CONTRACT
YOU ARE SMART ENOUGH TO KNOW THIS Key

KEMP - HORTON - 202496
PO BOX 24403
TUCSON AZ 85734

I HAVE NOT HAD MEDICAL CARE IN 17 YEARS NOW
I HAVE HAD SCREAMING PAINFUL SKIN SORES ALL OVER MY BODY FOR OVER 3½ YEARS AND MEDICAL REFUSES TO GIVE ME MEDICAL CARE

13 AUG 2023

TO JUDGE ROSLYN O ~~SILVER~~ SILVER

AdC STAFF ARE CONSTANTLY GASSING INMATES ON SUICIDE WATCH FOR LITTLE OR NO REASON AND GASSING THE CRAZIES FOR LITTLE OR NO REASON

PLEASE STOP AdC STAFF FROM GASSING MENTALLY ILL INMATES FOR LITTLE OR NO REASON

ALOT OF AdC STAFF GET A THRILL OUT OF GASSING INMATES

Kemp

KEMP - HORTON - 202496
POBOX - 24403
TUCSON AZ
85734

TO JUDGE ROSLYN O SILVER

PLEASE REMOVE THE CAMERAS IN THE CELLS - THE VIDEO CAMERAS IN THE CELLS SERVE NO PURPOSE EXCEPT TO LET PERVERTS VOYEURS AND WEIRDO ADC STAFF WATCH INMATES VIDEO CAMERAS IN THE CELLS CAUSE INMATES AN AND MAKE INMATES FEEL LIKE LAB RATS

PLEASE REQUIRE ALL ADC STAFF TO REPORT MISCONDUCT BY OTHER ADC STAFF IMMEDIATELY OR FACE SUSPENTION - AS IT IS NOW IF AN ADC STAFF REPORTS ABUSE BY ADC STAFF ADC INSTANTLY RETACIATES AGAINST THAT STAFF FOR YEARS AND ENDS THE STAFFS PROMOTIONS

PLEASE REFORM ADC FROM THE TOP DOWN AND BOTTOM UP ADC IS COMPLETELY BROKEN AND DYSFUNCTIONAL IN EVERY ASPECT AND SECTOR OF ADC AND CANNOT BE FIXED WITHOUT A COMPLETE OVERHAUL OF ADC

THANK YOU Kemp

KEMP - HORTON - 202496
PO BOX - 24403
TUCSON AZ
85734