13 AUG 2023

TO - JUDGE ROSLYN-O-SILVER

PLEASE END THE ADC POLICY OF NOT LETTING INMATES CALL THEIR FAMILIES AS A PUNISHMENT FOR GETTING A TICKET

PLEASE MAKE THE PHASE STEPS 3 MONTHS PER PHASE AS IT IS NOW IT TAKES ONE YEAR TO GO FROM PHASE 1 TO PHASE 3 6 MONTHS PER PHASE - SO YOU ARE PUNISHED ONE FULL YEAR FOR GETTING A TICKET JUST ABSURD

PLEASE END MOST TICKETS UNLESS THEY ARE SERIOUS ISSUES LIKE ASSAULT - ADC STACKS PETTY TICKETS UP SO AS TO PUNISH AN INMATE ON LOP FOR YEARS FOR VERY MINOR THINGS 10 MINOR HARASSMENT TICKETS 30 DAYS LOP EACH IS 300 DAYS ON LOP - NO STORE NO PHONE CALLS - I HAVE BEEN PUT ON LOP FOR YEARS FOR STACKED MINOR ISSUE TICKETS

PLEASE DO NOT ALLOW ADC TO STACK TICKETS FOR MORE THAN 60 DAYS CONSTANT LOP PUNISHMENT - AS IT IS NOW ADC CAN STACK PETTY AND FALSE AND MADE UP TICKETS FOR 10-20 YEARS JUST A PUNISHMENT JUST ABSURD

PLEASE STOP ADC FROM USING SUICIDE WATCH AS A RETALIATION TACTIC - AND STOP FORCED DRUGGING OF INMATES AS AN ADC RETALIATION TACTIC AGAINST INMATES THAT COMPLAIN ABOUT NO HEALTH CARE AND PRISON CONDITIONS

THANK YOU

KEMP HORTON - 202496
PO BOX - 24403
TUCSON AZ 85734

TO - JUDGE - ROSLYN - O - SILVER

THE PRISON HAS TAKEN MY WHEELCHAIR FROM ME

I HAVE SEVERE VERTIGO FOR 11 MONTHS NOW AND I JUST FALL OVER IF I WALK MUCH
THIS IS JUST MORE RETALIATION BY ADC AGAINST ME FOR OVER 17 YEARS FOR COMPLAINING ABOUT NO HEALTH CARE

PLEASE REQUIRE ADC MEDICAL TO GIVE ME A WHEELCHAIR AGAIN - I HAVE A SNO SPECIAL NEEDS ORDER FOR A CHAIR IN THE SHOWER SO I DONT PASS OUT IN THE SHOWER AND HURT MYSELF SEVERELY AGAIN AND A SNO FOR LAY IN - TO GET MEALS IN MY ROOM BECAUSE THE LONG WALK TO THE LUNCH ROOM MESSES ME UP BAD AND I JUST FALL OVER WALKING AND CANNOT CONTROL IT

THANK YOU Kemp

KEMP - HORTON - 202496
POBOX - 24403
TUCSON AZ 85734

TO - JUDGE ROSLYN - O - SILVER

ADC TOOK AWAY MY WHEELCHAIR TO RETALIATE AGAINST ME FOR COMPLAINING ABOUT NO HEALTHCARE

ADC HAS BEEN RETALIATING AGAINST ME DAILY HOURLY FOR OVER 17 YEARS FOR COMPLAINING ABOUT NO HEALTH CARE AND ADC CONDITIONS IN GENERAL

I HAVE SEVERE VERTIGO AND FALL DOWN IF I WALK MUCH - I HAVE ALREADY FALLEN DOWN AND SEVERELY INJURED MY NECK 11 MONTHS AGO AND ADC MEDICAL REFUSES TO GIVE ME MEDICAL CARE TO FIX MY NECK OR ANY OTHER TYPE OF MEDICAL CARE I HAVE NOT HAD ALMOST ANY MEDICAL CARE FOR OVER 17 YEARS NOW

PLEASE REQUIRE ADC TO GIVE ME BACK MY WHEELCHAIR
PLEASE STOP THE ENDLESS DAILY HOURLY ADC RETALIATION AGAINST ME FOR OVER 17 YEARS NOW FOR COMPLAINING ABOUT NO HEALTH CARE
    THANK YOU Kemp
KEMP - HORTON - 202496
PO BOX - 24403
TUCSON AZ
85734