**EXHIBIT A**

**EXHIBIT A**



**Request for Proposal**
**Notice Page**

State of Arizona
**Department of Corrections,
Rehabilitation & Reentry**
Procurement Services
701 E. Jefferson Street
Phoenix, AZ 85034

Solicitation Number:           **BPM005593**

Description:                   **RFID – Inmate Tracking and Management System**

Solicitation Due Date and Time: **September 27, 2023 at 5:00 P.M. (Arizona Time)**

Pre-Offer Conference:          Pre-Offer Conference will not be conducted

Location:                      **All Institutions**

Contract Type:                 Fixed Price

Contract Term:                 Twelve (12) Months with Options to Renew

In accordance with Arizona Revised Statutes § 41-2534, Competitive Sealed proposals for the materials or services specified, will be received by the Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR) through the State's e-Procurement System, Arizona Procurement Portal (APP) **at https://app.az.gov until the "Bid/Offer Due Date" indicated in "The State's e-Procurement System" for the Solicitation No. shown at the top of this page**. Proposals must be in the ADCRR's possession online no later than that deadline.

LATE PROPOSALS WILL NOT BE CONSIDERED. No extension or grace period will be given for delays or incomplete proposals caused by internet connectivity problems, file uploading difficulties, or misunderstand of the requirements or procedures for online submission in "The State's e-Procurement System".

Submit technical inquiries about navigating and/or submitting proposals in the State's e-Procurement System to the State's e-Procurement System Help Desk by phone at (602) 542-7600, option 2; or by email to app@azdoa.gov

It is the responsibility of the supplier/offeror to routinely check the APP website for Solicitation Amendments. Additional instructions for preparing an Offer are included in this solicitation.

Persons with a disability may request a reasonable accommodation, such as a sign language interpreter, by contacting the Solicitation contact person. Requests shall be made as early as possible to allow time to arrange for the accommodation.

**OFFERORS ARE STRONGLY ENCOURAGED TO CAREFULLY READ THE ENTIRE SOLICITATION.**

*An Equal Employment Opportunity Agency*



| | Table of Contents<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

## Table of Contents

Scope of Work                                                                                    3

Special Terms and Conditions                                                    21

Addendum A to the Special Terms and Conditions                     43

Uniform Terms and Conditions                                                    47

Exhibit A                                                                                           64

Exhibit B                                                                                           67

Exhibit C                                                                                           68

Exhibit D                                                                                           70



| | Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

**Scope of Work**

1. **Introduction**

   1.1. The Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR) Vision and Mission Statements are:

      1.1.1. Vision: The Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR) is committed to creating a safe, secure, and humane correctional environment that provides a healthy environment for staff and offers the incarcerated population opportunities to learn and practice the necessary skills for success upon release.

      1.1.2. Mission: To enhance public safety across Arizona through modern, effective correctional practices and meaningful engagements.

2. **Background**

   The signed Injunction No. CV-12-00601-PHX-ROS, Jensen vs. Thornell filed April 7, 2023 mandates installation of a comprehensive Radio Frequency Identification (RFID) system at designated areas across multiple state prison complexes. The RFID system will track inmate out of cell movement across various locations to include but not limited to, recreation, medical, counseling, and programming, and document refusals. The system should also be able to capture the delivery of services and the refusal of those services.  This project will consist of an RFID solution and installation of a wireless network at the designated areas. Installation, testing and full implementation must be completed by December 31, 2024 to comply with the above aforementioned injunction.

3. **Task**

   The intent of this solicitation is to allow the ADCRR to enter into a contract(s) for the procurement of the following specified equipment and service, as specified within the Scope of Work, at a fixed price for a twelve (12) month period.

4. **Terms and Definitions**

   For the purposes of this RFP, the following terms and definitions shall apply:

   4.1. "Chief Procurement Officer" means the ADCRR Deputy Chief Procurement Officer.

   4.2.  "Department" means Arizona Department of Corrections, Rehabilitation & Reentry (same as "ADCRR")

   4.3. "Complex" means the overall collection of buildings/Units in a specific location where administration/maintenance/physical plant/logistics/ are located.



| Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
| --- | --- |

4.4.    "Unit" means the grouping of interconnected buildings and related areas (Rec yard, showers, classrooms)

4.5.    "Wing" means a particular section of a Unit.

4.6.    "Cluster" means the grouping of interconnected cells and pods.

4.7.    "Pod" means cells within a Cluster designated for shared uses (showers, security checkpoints)

Example: Complex > Unit > Wing > Cluster > Cell:  Eyman > Browning > Easy > 1 > 002

4.8.    "Cell" the area where the inmate sleeps.

4.9.    "Yard" means outdoor areas outside of buildings, but within the perimeter of an institution.

4.10.   "Runs" mean designated sleeping areas in the open yard.

4.11.   "Watch Cell" a designated cell used for the temporary detention of a mental health inmate.

4.12.   "Detention Cells" means a designated cell used for the temporary detention of an inmate who has been taken into custody (inmate status) after issuance of a warrant and is pending transport for return to custody or for disciplinary offenses.

4.13.   "Rec" means a recreational area.

**5.    Scope of Services**

5.1.    OVERVIEW AND CURRENT ENVIRONMENT

5.1.1.    ADCRR is soliciting a qualified Contractor to provide equipment and services for the tracking and monitoring of inmates through RFID electronic tracking and managing with both one-piece and multi-piece device systems. This RFP will establish a single contract for the implementation and operation of a turnkey inmate tracking system with management capabilities to meet current and future requirements. The proposed solution is to include, among other things, installation, maintenance, training, software, sensors, scanners, wristbands, ID cards, batteries, charges, key fobs, communications, enclosures, panel and such other equipment or materials necessary to implement the inmate tracking and management system/services.

5.1.2.    Overview of ADCRR designated Detention, Watch Cell, and Maximum Custody Units locations where the RFID solution and wireless network will be installed has been provided below.

5.1.3.    Based on current staffing positions, the amount of handheld scanners that will be needed is estimated utilizing a 1:1 ratio. At this time, the total number of handheld scanners is estimated to be 365. Due to potential staff position expansions, Contractor must be able to provide additional scanners upon request and within a reasonable time frame so as to not impede operations at the sites.



| | Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

5.1.4.     Installation of a comprehensive RFID system and wireless network will take place in prioritized designated areas. Offeror shall install an RFID solution and wireless network to the ADCRR designated; Detention, Watch Cell, and Maximum Custody Units, overviewed as follows

5.1.4.1.     Douglas - Mohave Detention and Watch Cell:

Mohave Detention Unit (MDU) has one level with three runs.  Each run has 15 cells and two showers.  One access point per run is connected to the inmate tablet vendor's wireless network.  There are no outdoor wireless access points.  Two rows of eight rec enclosures are located behind A Run.   The inmates are escorted to the Medical building.  Approximately 70 RFID tags will be required.

5.1.4.2.     Eyman – Browning:

Browning is a maximum custody unit.  The RFID solution must support out of cell movement across the entire unit.  Inmates are housed in clusters.  There are 12 clusters divided into 4 wings. Two of the wings have 4 clusters and 2 of the wings have 2 clusters. Each cluster has 6 pods for a total of 72 pods. .  Each pod has two levels, 10 cells on each level, and one access point connected to the inmate tablet vendor's wireless network.   Six outdoor wireless access points are also connected to that network.   There is an outdoor rec area directly attached at the end of the runs.  There are 10-30 additional outside rec enclosure areas adjacent to every other cluster.  Browning's clusters have identical layouts to SMU-1 and are similar to Lewis Rast Max. Inmates are escorted to various locations around the unit such as medical, classrooms, programming areas, chow hall, etc. Approximately 1,200 RFID tags will be required.

5.1.4.3.     Eyman - SMU-1

SMU-1 is a maximum custody unit.  The RFID solution must support out of cell movement across the entire unit.  Inmates are housed in clusters.  There are 16 clusters evenly divided into 4 wings.  Each cluster has 6 pods for a total of 96 pods. Each run has two levels, eight cells on each level and one access point connected to the inmate tablet vendor's wireless network.   Six outdoor wireless access points are also connected to that network.   There is an outdoor rec area directly attached at the end of the runs.  There are 10-20 additional outside rec enclosure areas adjacent to every other cluster.  SMU-1's cluster layout is identical to Browning's clusters and similar to Lewis Rast Max.



| Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
| --- | --- |

Inmates are escorted to various locations around the unit such as medical, classrooms, programming areas, chow hall, etc. Approximately 1,200 RFID tags will be required.

5.1.4.4.    Lewis - Bachman Detention

Bachman Detention has two identical pods. Each pod has two levels, 25 cells, three showers, and two access points connected to the inmate tablet vendor's wireless network.  Two rec enclosures are attached to each pod.  There are no wireless access points outside.  There is a small medical office in Detention.  Inmates are also escorted to the ACI building to visit Medical Services depending on their medical needs. Morey and Stiner are identical in design.  Yuma Dakota Detention has a similar design.  Approximately 65 RFID tags will be required.

5.1.4.5.    Lewis - Morey Detention

Morey Detention has two identical pods. Each pod has two levels, 25 cells, three showers, and two access points connected to the inmate tablet vendor's wireless network.  Two rec enclosures are attached to each pod.  There are no wireless access points outside.  There is a small medical office in Detention.  Inmates are also escorted to the ACI building to visit Medical Services depending on their medical needs. Bachman and Stiner are identical in design.  Yuma Dakota Detention has a similar design.  Approximately 65 RFID tags will be required.

5.1.4.6.    Lewis - Rast Maximum Custody and Watch Cells

Rast Max is made up of 1 building with 3 clusters.  - 3 Able, 3 Baker, and 4 Charlie.  Each cluster has six pods with two levels. A pod consists of 24 cells and four showers.  There are four program rooms and one medical area.  3 Able I has two rows of five rec enclosures, and one large enclosure between pods 2 and 3.  There is one large rec enclosure between pods 3 and 4.  There is an additional enclosure 50' away from the building.  3 Baker has two rows of five and one row of three rec enclosures between pods 2 and 3.  A large rec enclosure is 70' away from Run 3.  Between pods 4 and 5, there are three rows of seven rec enclosures.  Additional enclosures will be added.  4 Charlie has two rows of five enclosures between pods 4 and 5.

ADCRR has an Ubiquiti Nano access point in Visitation.  There is also one access point connected to the inmate tablet vendor's wireless network. 62 access points are connected to the inmate tablet vendor's



| | Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,<br>Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
| --- | --- | --- |

wireless network. Rast Max runs are similar to the cluster layout are Eyman Browning and SMU-1 units.  Approximately 640 RFID tags will be required. The Watch Cells are located within 3 Able Run 6.  The layout is the same as all other runs.

5.1.4.7.   Lewis - Stiner Detention

Stiner Detention has two identical pods. Each pod has two levels, 25 cells, three showers, and two access points connected to the inmate tablet vendor's wireless network.  Two rec enclosures are attached to each pod.  There are no wireless access points outside.  There is a small medical office in Detention.  Inmates are also escorted to the ACI building to visit medical services depending on needs.  Bachman and Morey are identical in design.  Yuma Dakota Detention has a similar design.  Approximately 65 RFID tags will be required.

5.1.4.8.   Perryville - Lumley Detention

Lumley Detention is located in A Yard Building 30-C.  There are two identical levels.  The lower level is the primary location.  Upper level is for overflow.  Each level has six cells and one shower.  One outdoor access point per level is connected to the inmate tablet vendor's wireless network.   Two rec enclosures are in front of Building 30-D. The medical office is located in Building 29.  Approximately 15 RFID tags will be required..

5.1.4.9.   Perryville - Watch Cells

Watch Cells are located in the Complex Watch Area (CWA) building. There are two identical wings.  Each wing has one single level run with 10 cells and two showers.  One access point per run is connected to the inmate tablet vendor's wireless network.   There are two rows of three rec enclosures behind the building.  There are no outdoor wireless access points.   The inmates typically do not leave the building for medical; medical staff travels to them. Depending on the inmate's needs, they can be escorted to the Medical Building.  Winslow Detention is identical to CWA.   Approximately 30 RFID tags will be required.

5.1.4.10.   Perryville - Ward

Three Watch Cells are located in the Complex Ward Area building. There are three cells beside each other.  One access point per run is connected to the inmate tablet vendor's wireless network.   There is one open recreation area.   There are no outdoor wireless access points.



| | | |
|---|---|---|
| | **Scope of Work**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

 The inmates typically do not leave the building for medical; medical staff travels to them. Depending on the inmate's needs, they can be escorted to the Medical Building.  Approximately 10 RFID tags will be required.

5.1.4.11.   Phoenix - Watch Cells

Six watch cells will be located in the Baker Ward area.  There are six cells beside each other in an open dorm type setting.  One access point per is connected to the inmate tablet vendor's wireless network.   There is one open recreation area.   There are no outdoor wireless access points.  The inmates typically do not leave the building for medical; medical staff travels to them.  Approximately 10 RFID tags will be required.

5.1.4.12.   Safford Fort Grant - Miles Detention and Watch Cells

Miles Detention Unit (MDU) is located on the Fort Grant Unit which is about an hour drive from Safford Complex.  MDU has one level and three runs.  There are five cells on A Run, 11 cells on B Run, and eight cells on C Run.  There is one watch cell outside of A Run.  B Run has two showers.   One access point per hall is connected to the inmate tablet vendor's wireless network.   ADCRR has one Ubiquiti Nano access point in the building's front office.  Six rec enclosures located between the B and C Runs.  There are no outside wireless access points.   The medical office is attached to MDU on the B Run.  Approximately 35 RFID tags will be required.

5.1.4.13.   Tucson - Cimarron Detention

Cimarron Detention is located in Housing Unit 2 C/D with two identical pods.  Each pod has two levels, 24 cells and six showers. Three access points per pod are connected to the inmate tablet vendor's wireless network.  ADCRR has one Ubiquiti Nano access point in the sallyport between the pods.  There are four rows of six rec enclosures behind the building.   The medical office is located within the building. Approximately 90 RFID tags will be required.

5.1.4.14.   Tucson - Complex Detention Unit

The Complex Detention Unit (CDU) has two identical pods.  Each pod has two levels, 20 cells and four showers. Two access points per pod are connected to the inmate tablet vendor's wireless network.  Two rows of four rec enclosures behind the building.  There are no outdoor access points.   The medical office is located within the building.  The layout of



| | Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

this area is similar to Yuma Cheyenne Detention. Approximately 70 RFID tags will be required.

5.1.4.15. Tucson - Manzanita Detention

The Manzanita Detention area is located within the Administration building. It has one level with one run of 12 cells, three showers and one access point connected to the inmate tablet vendor's wireless network. Behind Detention is a single run of six rec enclosures. There are no outdoor wireless access points. Inmates are escorted to the Medical building. The layout of this area is identical to Winchester Detention. Approximately 25 RFID tags will be required.

5.1.4.16. Tucson - Rincon Mental Health Watch

The Mental Health Watch Cells are located within Housing Unit 8. It has one level with three runs. Each run has a single entrance into the showers. A Run has 15 cells and B & C Runs has 14. Each run has two access points connected to the inmate tablet vendor's wireless network. Currently there are two rows of four rec enclosures behind C Run. One large rec enclosure is located in front of A Run. There are no outdoor wireless access points. The medical office is located in the housing unit's Day room. Approximately 70 RFID tags will be required.

5.1.4.17. Tucson - Winchester Detention

Winchester Detention area is located within the Administration building. It has one level with one run of 12 cells, three showers and One access point connected to the inmate tablet vendor's wireless network. Behind Detention is a single run of six rec enclosures. There are no outdoor wireless access points. Inmates are escorted to the Medical building. The layout of this area is identical to Manzanita Detention. Approximately 25 RFID tags will be required.

5.1.4.18. Winslow - Complex Detention and Watch Cell

Complex Detention (CDU) is located in the Kiabab Unit. There are two watch cells within CDU. CDU has two identical wings. Each wing has one single level run with 10 cells and two showers. One access point per run is connected to the inmate tablet vendor's wireless network. There are two rows of three rec enclosures behind the building. There are no outdoor wireless access points. The inmates typically do not leave the building for medical; medical staff travels to them. Depending on the inmate's needs, they can be escorted to the Medical Building.



| | Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management System | State of Arizona<br>**Department of Corrections,<br>Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

Winslow Detention is identical to CWA.   Approximately 35 RFID tags will be required.

5.1.4.19.   Yuma - Cheyenne Detention

Cheyenne Detention (CDU) has two identical pods.  Each pod has two levels, 20 cells and four showers. Two access points per pod are connected to the inmate tablet vendor's wireless network.  There are no outdoor wireless access points.   There are two rows of four rec enclosures behind the building.  The medical office is located within the building.   The layout of this area is similar to the Tucson Complex Detention Unit.  Approximately 50 RFID tags will be required.

5.1.4.20.   Yuma - Dakota Detention and Mental Health Watch Cells

Dakota Detention Unit (DDU) has two identical pods. Each pod has two levels, 25 cells, two showers, and one access point connected to the inmate tablet vendor's wireless network.   Two rec enclosures are attached to each pod.  There are no wireless access points outside.  There is a small medical office in Detention.  Inmates are also escorted to the Medical building depending on their medical needs.  Lewis' Bachman, Morey, and Stiner Units are similar in design.  Approximately 65 RFID tags will be required.

The Mental Health Watch cells are located in Building 5, 6, 7, and 8. Each building has two groups of watch cells located on opposite sides of the building.   The layout of the watch cells is identical within the four buildings.

5.1.5.   ADCRR may be required to add other, alternate, or new locations in the future. Offeror should be able to scale up when required.

5.2.   PROJECT OBJECTIVE

The objective of this project is to design, develop and implement an RFID-based inmate movement tracking system for each designated location. The Offeror system will accurately track and monitor the movement of inmates and complex staff within ADCRR locations, ensuring that they are in the designated areas and that security personnel can locate them based on point-to-point check-ins. This project will include both a wireless and an RFID component. The Offeror will provide a wireless system including infrastructure, hardware, and dedicated circuit to support the RFID solution. The wireless network will be a stand-alone network, not attached to the current ADCRR network.

5.3.   PROJECT SCOPE



| | Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,<br>Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
| --- | --- | --- |

5.3.1.    The Offeror shall conduct an assessment of the current complex facilities to determine the most suitable hardware and software solutions for the RFID system.

5.3.2.    The Offeror shall design and develop of the RFID system to track real-time or near real-time inmate movements, and integration with existing complex facilities management systems.

5.3.3.    The Offeror shall install and configure of RFID hardware components such as antennas, scanners/readers, and tags, as well as any necessary software components.

5.3.4.    The Offeror shall conduct testing of the system to ensure accuracy, reliability, and compliance with applicable laws and regulations.

5.3.5.    The Offeror shall train complex staff on how to use the system and its components.

5.3.6.    The Offeror shall provide on-going support and maintenance of the wireless network and components.

5.4.    WIRELESS HARDWARE AND SOFTWARE REQUIREMENTS:

5.4.1.    The proposed solution requires wireless connectivity for operation. Offeror's solution must operate in an environment where there are multiple existing wireless networks, inmate tablets and medical vendors, education etc. The solution must provide comprehensive connectivity coverage within the buildings and areas prioritized and listed in Section 5.13, as well as the location they are in transit to, such as the Medical building, classroom, etc. The system does not have to track their entire movement while in transit. This system must not interfere with or negatively affect the existing wireless networks.

5.4.2.    The Offeror shall be responsible for the wireless system, its installation, and maintenance. It is permitted to subcontract for the wireless build out only. If requested, ADCRR can provide a list of state approved wireless vendors for subcontracting.

5.4.3.    The Offeror's proposed solution shall include a backup plan for power redundancy to ensure there is power at all times to include emergency situations at each designated location.

5.4.4.    The Offeror's system shall make use of the most viable wireless technology. The proposed solution may include such options as cellular connectivity, WIFI installation, network as a service, or similar alternatives.

5.4.5.    The Offeror's Wireless system shall be present in all designated locations.



| | Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

5.4.6.   The Offeror's Wireless system shall provide a stable connection in all designated locations.

5.4.7.   The Offeror's Wireless system shall have all necessary hardware required to provide wireless capability.

5.5.   RFID HARDWARE AND SOFTWARE REQUIREMENTS

The Offeror's proposed solution shall have the following requirements for RFID hardware:

5.5.1.   A web-based record keeping Electronic Offender Management System (EOMS) accessible via standard web browsers. Log entries and electronically captured data to be secured and stored with no capabilities for modification, deletion, or alteration.

5.5.2.   Support ISO 15693 high-frequency, 13.56MHz RFID tags

5.5.3.   RFID tags to contain a unique identification number (UID) that cannot be duplicated or altered

5.5.4.   Have the ability to auto identify inmates by name when scanned by the RFID system

5.5.5.   RFID barcodes/chips/tags must be on each inmate ID card

5.5.6.   RFID tags to be installed in required locations specific to inmate movement and location

5.5.7.   Fixed RFID and/or Handheld Mobile RFID readers/scanners for complex staff

5.5.8.   Handheld Mobile RFID readers/scanners must have docking stations

5.5.9.   Backup batteries for RFID docking stations

5.5.10.   RFID Mobile devices must have carrying holsters and/or shoulder straps.

5.5.11.   RFID Mobile devices must support Wi-Fi.

5.5.12.   RFID Mobile devices must have an embedded high-resolution camera capable of taking photographs and recording video.

5.5.13.   RFID Mobile devices should have replaceable battery or expected battery life over 12 hours of continual use

5.5.14.   RFID Mobile devices should be able to auto log off after a specified time period if officer has not logged out



| | Scope of Work<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

5.5.15.   RFID Mobile devices should allow disconnected use from a network with a synchronization capability upon reconnection without the need to cradle the device (i.e. wireless connectivity)

5.5.16.   All functionality of the device should be available in offline and online modes (e.g. voice to text capabilities for capturing observation notes etc.)

5.5.17.   RFID Mobile devices should be locked down to prevent use of any non-approved applications and external Wi-Fi access

5.5.18.   RFID Mobile devices should be water-resistant, shock-resistant, and ruggedized for use within a correctional environment

5.5.19.   RFID Mobile devices should capture all officer or inmate signatures related to refused services

5.6.   SOFTWARE REQUIREMENTS FOR THE SYSTEM

The Offeror's proposed solution shall include the following software requirements for the system:

5.6.1.   RFID middleware software to manage the communication between the readers and the database

5.6.2.   Database management software to store and manage the data collected by the system

5.6.3.   Integration software to allow the RFID system to interface with existing prison management systems

5.6.4.   Generate offender-level reports that identify inmate(s) by name and identification number.

5.6.5.   Support offender-level documentation where log entries positively identify inmate(s) by name and housing assignment.

5.6.6.   Allow system administrators to create an unlimited number of touch-screen incident codes or WordBlocks.

5.6.7.   Be Password Protected.

5.6.8.   Be securely accessible via an Internet-accessible PC and protected by a 128-bit SSL



| | Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,<br>Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
| --- | --- | --- |

5.6.9. Include a "Dashboard" or dynamic on-screen report that identifies completed and missed checks by officers to identify round compliance due to speed of round; average time between tags, etc.

5.6.10. Support integration for read only access from our Offender Management System.

5.6.11. Support integration with the Arizona Correctional Information System (ACIS)

5.6.12. Support Web-based remote technical support

5.6.13. Allow system administrators to fully customize end user privileges by module

5.6.14. Allow users to freehand log entries by inmate name and support up to 5,000 characters

5.6.15. Support a training database for optional training and/or new hire practice

5.6.16. Storage of photographs and video with audio using a high resolution camera to automate logging of prisoner activity and the completion or refusal of prisoner services including but not limiting to; meal delivery, recreation, medications, supplies, laundry, and bedding

5.6.17. Support cloud-based storage with the retention period required state record-retention laws and rules.

5.6.18. Support data transfer in FTP, MQ, or API.

5.7.    ADCRR REQUIREMENTS FOR SOLUTION DEPLOYMENT

The Offeror's proposed solution shall include and comply with the following:

5.7.1. Browser access:  a Cloud-based website that can be rendered by any common browser, including: Chrome, Firefox, Edge, and Safari.

5.7.2. Real release: Inmates that are marked as Released from the Department's Offender Management System (OMS) will not be available for inmate-specific workflows.  If inmates are marked Released in the OMS, but remain in the facility for a significant time, then both parties will need to agree on the necessary database triggers or policy update.

5.7.3. Exhaustive assignments: Each inmate must be assigned to a specific housing location for the Cell Checks workflow.

5.8.    NON-FUNCTIONAL REQUIREMENTS

The Awarded Contractor's system must have the following:



| | Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,<br>Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

5.8.1.   99% uptime.

5.8.2.   Minimal latency.

5.8.3.   Service Level Agreement(s) (SLA) for:

    5.8.3.1.   Single access point outage: to include service agreement with specified hours and day availability with direct contact numbers to the support service team.

    5.8.3.2.   Multiple access points in the same area outage: to include service agreement with specified hours and day availability with direct contact numbers to the support service team.

    5.8.3.3.   Entire network outage: to include service agreement with specified hours and day availability with direct contact numbers to the support service team.

    5.8.3.4.   Broken mobile device:  to include service agreement with specified hours and day availability with direct contact numbers to support service team.

    5.8.3.5.   Damaged RFID locator tags.

    5.8.3.6.   Defective equipment such as scanners, batteries, etc.

5.8.4.   The system must be able to generate reports regarding network performance and SLA compliance.

## 5.9.   USER REQUIREMENTS

Offeror's solution shall allow users the following:

5.9.1.   To connect to the wireless network with multiple RFID scanners/readers.

5.9.2.   To access a stable wireless connection within the designated areas.

## 5.10.   SYSTEM REPORTING REQUIREMENTS

The Awarded Contractor's system reporting shall have the following requirements:

5.10.1.   Use Microsoft SQL Server Reporting Services (SSRS)

5.10.2.   Ability to export data into multiple file formats, such as PDF, Excel, HTML, and XML to be printed and/or saved to a local area network

5.10.3.   Automatically generate and send reports via email to select recipients.



| | |
|---|---|
| **Scope of Work**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

5.10.4.    Data must be able to be pulled to show inmate movement to include:

    5.10.4.1.    Inmate Activity Report

    5.10.4.2.    Housing Activity Report

    5.10.4.3.    Round Compliance Report

    5.10.4.4.    Meals Report

    5.10.4.5.    Recreation Report

    5.10.4.6.    Movement Report

    5.10.4.7.    Population Report

    5.10.4.8.    Use of Confinement/Restricted Movement Report

    5.10.4.9.    Maintenance and Equipment Report

    5.10.4.10.    Recreation Area Hydration Station Reporting

    5.10.4.11.    Inmate Out of Cell Time Report

5.11.    CONTRACTOR REQUIREMENTS

All Contractors and Subcontractors must adhere to the requirements stipulated in Exhibit B.

5.12.    SECURITY REQUIREMENTS

Offeror shall meet ADCCR security requirements as follows:

5.12.1.    Contractor and subcontractor workers must pass a background check.

5.12.2.    Contractor's systems must be installed in a secure tamper resistant fashion.

5.12.3.    Wireless signals must be password protected to prevent unauthorized access.

5.12.4.    Comply with all ADCRR security standards as listed in the Security Policy Table. See Exhibit C.

5.13.    DESIGNATED AREAS FOR WORK

Installation of a comprehensive RFID system and wireless network will take place in prioritized designated areas noted in Exhibit D. Due to population adjustments and additional area utilization requiring electronic capturing; Awarded Contractor must be able to provide additional RFID scanners and/or tags upon request and within a reasonable time frame so as to not impede operations at the sites.



| | Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,<br>Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

5.14.  MILESTONES

Awarded Contractor shall be responsible for the completion of a full project plan to include project start and completion of both the RFID and Wireless components. The milestones are to be detailed and aligned with a start date of December 31, 2023 and end date of December 31, 2024. Contractor will provide a Project Plan including key milestones and delivery dates and timeframes.

5.15.  STANDARDS AND TESTING

RFID tracking systems for inmates have specific standards and testing that should be followed to ensure the system is effective and meets the necessary requirements. The Offeror's system to meet the following standards and testing:

5.15.1.  ISO/IEC 18000-6c: This standard defines the protocol for UHF (Ultra-High Frequency) RFID systems, which is commonly used for tracking assets and people in a variety of industries.

5.15.2.  ASTM F3018: This standard provides guidelines for the installation and operation of RFID systems in correctional facilities.

5.15.3.  FCC Part 15: This is the regulation for the use of radio frequency (RF) devices in the United States. RFID tracking systems must comply with this regulation to ensure that they do not interfere with other RF devices in the area.

5.15.4.  Acceptance testing: The RFID tracking system should be tested before deployment to ensure that it meets the necessary requirements. Acceptance testing should include functionality testing, performance testing, and interoperability testing.

5.15.5.  User acceptance testing: This involves testing the system with actual users (inmates, correction staff, etc.) to ensure that it meets their needs and is easy to use for the end user.

5.15.6.  System validation: This involves testing the system in a live environment to ensure that it meets the necessary performance requirements and can handle the expected workload.

5.15.7.  Security testing: Since RFID tracking systems in prisons involve sensitive data, security testing should be performed to ensure that the system is secure from unauthorized access or tampering.

5.16.  AUTOMATING PRISONER ACTIVITY LOGGING

The Offeror's solution shall automate prisoner activity logging as follows:

5.16.1.  Logging cell checks and security checks via fixed RFID tags.



| | Scope of Work<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

5.16.2.   Automating whether prisoner services such as meal delivery, recreation, medications, supplies, laundry, functionality ADCRR believes will help validate their actions, and bedding have been completed or refused.

5.16.3.   The Department requires wireless capabilities in the designated areas where the RFID system will operate.

5.16.4.   Support a real time or near real time interface with ADCRR's EOMS to interface and share inmate demographics, information, and housing assignments.

5.16.5.   Use of portable devices that support Wi-Fi and an embedded high-resolution camera capable of taking photographs and recording videos.

5.16.6.   Installation of required hardware and infrastructure to allow RFID mobile devices to connect to the network wirelessly.

5.16.7.   Track and record compliance with required security checks based on inmate classification.

5.16.8.   RFID tags or location tags should have lifetime warranty replaceable at no cost to The Department.

5.16.9.   Expansion to the wireless network based on a Department request and/or approval.

5.17.   FUNCTIONAL REQUIREMENTS

Offeror's solution shall meet the functional requirements as follows:

5.17.1.   RFID solution will make use of the most viable wireless technology.

5.17.2.   The wireless network must be present in all designated areas.

5.17.3.   The wireless network must provide a stable connection in all designated areas.

5.17.4.   The wireless network must have all necessary hardware required to provide wireless capability.

5.17.5.   The wireless network infrastructure must adhere to ADCRR's infrastructure standards.

5.17.6.   The RFID solution must utilize RFID tags that are high-frequency and capable of near-field communication.

5.17.7.   The RFID tags shall contain a unique identification number that cannot be duplicated or altered.



| | Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

5.17.8.   The RFID tags must be robust and support secure mounting, be enclosed in a tamper-proof, shatter-proof unit, and have the ability to identify inmates by name when scanned.

5.17.9.   The system must support digital incident codes that can be customized by system administrators and used by end users to collect observations of inmates and other activities.

5.17.10.   The system must enable users to create a unique PIN to authenticate login privileges or login via Key FOB or ID card.

5.17.11.   The system must support web browsers, such as Chrome, Firefox, Edge, and Safari, and is password protected.

5.17.12.   The System must support inmate level documentation where log entries positively identify inmates by name and housing assignment.

5.17.13.   The system must generate inmate level reports that identify inmates by name and identification number.

5.17.14.   The system must support the ability to log meals, movements, recreation, refusals, headcounts, medications, supply passes, security checks, and other appropriate information by inmate name, officer ID, and time/date;

5.17.15.   The system to log other inmate documentation by inmate name, identification number, and housing assignment.

5.17.16.   The system must automatically visually distinguish between log entries created by RFID scan versus those manually recorded without an RFID scan or "read".

5.17.17.   The system must include a real-time module that tracks system usage to display the date, time, and location of completed activities

5.17.18.   The System must ensure accurate reporting such as export data into multiple file formats, such as PDF, Excel, HTML, and XML to be printed and/or saved to a local area network.

5.17.19.   The System must retain data in accordance with required state record-retention laws and rules.

5.17.20.   Automatically generate and send reports via email to select recipients; and filter reports by date, time, housing unit, prisoner name, identification number, and officer ID.

5.17.21.   Log entries as well as other electronically captured data cannot be edited, deleted, or altered in any way.

5.17.22.   Support the capture of inmate observation notes via speech to text whether online or offline.

5.17.23.   Allow custom configuration of standard observation notes for officers to select.



| | Scope of Work<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,<br>Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

5.17.24.    Support electronic signature captures

5.17.25.    Track the issuing of restricted, dangerous items such as razors to an inmate, and the subsequent return of such items.

5.17.26.    Officers should be able to assign a single or group of inmates as "in transit" under their escort from the mobile device.

5.17.27.    Receiving officers should be able to "check-in" inmates to housing or other locations from "In Transit" from the mobile device.

5.18.    OWNERSHIP

Upon completion of the contract Offeror agrees that ADCRR maintains ownership of the any installed wireless system, equipment, and infrastructure.

**Experience and Qualifications**

5.19.    Offeror must be an established business firm with all required licenses, fees, bonding, facilities, equipment and trained personnel necessary to meet all requirements and perform the work as specified in the Solicitation. Offeror shall maintain compliance with these requirements throughout the life of this contract. ADCRR reserves the right to require receipt of proof of compliance with said requirements within ten (10) calendar days from the date of request, and to terminate this Contract as a material breach or noncompliance with any requirement of this paragraph.



| Special Terms and Conditions<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|

### Special Terms and Conditions

1   PURPOSE:
Pursuant to provisions of the Arizona Procurement Code, A.R.S. § 41-2501, et. seq., the State of Arizona, Department of Corrections, Rehabilitation & Reentry intends to establish a Contract for an Inmate Tracking and Management System.

2   AUTHORITY TO CONTRACT:
This Contract activity is issued under the authority of the Arizona Department of Corrections, Chief Procurement Officer.  No alteration of any portion of the Contract, any items or services awarded, or any other agreement that is based upon this Contract may be made without express written approval of the Department in the form of an official Contract amendment.  Any attempt to alter any documents on the part of the ordering agency or any Contractor is a violation of the Contract and the Arizona Procurement Code.  Any such action is subject to legal and Contractual remedies available to the State inclusive of, but not limited to, Contract cancellation, suspension and/or debarment of the Contractor.

3   ELIGIBLE AGENCIES:
Any contract resulting from this solicitation shall be for the exclusive use of the Arizona Department of Corrections Rehabilitation and Re-entry.

4   DOCUMENTS FOR AWARD:
ADCRR will not sign any agreements or any other documents presented for the services listed herein.  The completed Offer and Acceptance form signed by the Chief Procurement Officer and the award notice will be the Contract.

5   BIDDING CONDITIONS:
At the time of the opening of the bid, each bidder shall be presumed to have inspected the site, and to have read and be thoroughly familiar with the contract documents, including all addendums.  The bidder shall satisfy himself as to the] nature and locations of the work and the general and local conditions.  The bidder shall gain full knowledge as to the employment of labor, transportation, disposal handling and storage material, availability of water, electric power and all other facilities in the area that will have a bearing on the performance of this work and the contract for which he submits his bid.

6   TERM OF CONTRACT:
The term of any resultant Contract shall commence on the date of award or as specified in the award document(s) and shall continue for a period of one (1) year, unless renewed, terminated or canceled, as otherwise provided herein.

7   CONTRACT RENEWAL:
By mutual written agreement, any resultant Contract may be renewed by (4) supplemental periods of up to 12 months each for a total contract term of 60 months.



| | | |
|---|---|---|
| | **Special Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

8    PRESS/PUBLICITY:
Prior to pursuing any press or publicity regarding these services, the contractor shall work with ADCRR's Communications Department. ADCRR retains approval rights concerning any such factors.

9    PRICING:
The method of compensation governing the Contract shall be fixed price.

10   PRICE INCREASE:
The Department may review a fully documented request for a price increase only after the Contract has been in effect for thirty six (36) months.  A price increase adjustment shall only be considered at the time of a Contract renewal and shall be a factor in the renewal review process.  The Department shall determine whether the requested price increase or an alternate option is in the best interest of the State.  The price increase adjustment, if approved, will be effective upon the effective date of the Contract renewal.

11   PRICE REDUCTION:
A price reduction may be offered at any time during the term of the contract and shall become effective upon issuance of a contract amendment.

12   BUSINESS STANDING A.R.S. § 10-1501:
A selected Contractor whose business structure requires that documents be filed regularly with the Arizona Corporation Commission (ACC) must remain in good standing with the ACC during the term of the Contract.   An out-of-state firm selected for Contract award must file necessary documents with the ACC as doing business in Arizona prior to execution of the Contract and, throughout the term of the Contract, must remain in good standing with the ACC and the entity where the original documents were filed.

13   INVOICING/BILLING REQUIREMENTS:
13.1    A legible and detailed invoice shall be provided by the Contractor to Accounting at ADCPayables@azadc.gov or mail to the address below:

> Arizona Department of Corrections, Rehabilitation, and Reentry
> Attn: Account Payable
> 701 E. Jefferson Street
> Phoenix, AZ 85034

13.2    At a minimum the invoice shall include:
- Department Location's Name and Address
- Contractor's Name, Remit to Address and Contact Information
- Contract Number
- Purchase Order Number
- Invoice Number and Date
- Date the items or services were shipped or provided
- Applicable taxes
- Total Invoice Amount Due



| | |
|---|---|
| **Special Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

13.3   Invoices not sent to the proper address or not containing the necessary and required information may delay payment. A contractor whose payments are delayed due to improper invoicing shall make no claim(s) against the Department or the State for late or finance charges.

13.4   The Department will make every effort to process payment(s) within thirty (30 calendar days after acceptance of goods and or services. Delivery of goods and or services does not constitute acceptance.

14   PAYMENTS: AUTOMATED CLEARING HOUSE. The Department may pay invoices for some or all Orders through an Automated Clearing House (ACH). In order to receive payments in this manner from the Department, Contractor must complete an ACH Vendor Authorization Form (form GAO-618) within 30 (thirty) days after the effective date of the Contract. The form is available online at:
https://gao.az.gov/publications/forms

15   INDEPENDENT STATUS OF THE CONTRACTOR:

15.1   Personnel actions of employees on the Contractor's payroll shall be the Contractor's responsibility. The Contractor shall comply with all applicable government regulations related to the employment, compensation and payment of personnel.

15.2   The Department will not be responsible in any way for the damage or loss caused by fire, theft, accident, or otherwise to the Contractor's stored supplies, materials, equipment, or his employee's personal property stored on Department property.

16   CONFIDENTIALITY OF RECORDS:
The Contractor shall establish and maintain procedures and controls, that are acceptable to the Department for the purpose of assuring that no information contained in its records or obtained from the Department or from others in carrying out its functions under the Contract shall be used or disclosed by it, its agents, officers, or employees, except as required to efficiently perform duties under the Contract.  Persons requesting such information should be referred to the Department. Contractor also agrees that any information pertaining to individual persons shall not be divulged other than to employees or officers of the Contractor as needed for the performance of duties under the Contract, unless otherwise agreed to in writing by the Department.

17   COMPLIANCE WITH DEPARTMENT LAWS, RULES AND REGULATIONS
The Contractor shall abide by all formally adopted Department Rules and General Operating Policies and Procedures as applicable for fulfilling the obligations outlined in the Contract.  Any allegations of non-compliance with Department Rules, General Operating Policies and/or Procedures, or other Contractor misconduct shall be subject to investigation by the Department and may result in Contract termination. The Department's General Operating Policies and Procedures are available for review upon request.



| | **Special Terms and Conditions<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System** | State of Arizona<br>**Department of Corrections,<br>Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

18  RULES AND REGULATIONS

    18.1  Attention of the bidders is called to the requirements of the document APP Attachment 3, Rules and Regulations for Non-Employees of ADCRR in Arizona State Prison Complex, which are attached herein and which shall be adhered to in all respects.

    18.2  Should the owner require signatures of other parties such as subcontractors or persons directly or indirectly employed by the contractor, it shall be the contractor's responsibility to obtain such signatures.  The signed document must be submitted within ten (10) days of notification of intent to award.

19  INVESTIGATIONS:

The ADCRR reserves the right to make investigations, as deemed necessary, to determine the ability of the contractor to perform the specified work.  The contractor shall furnish to ADCRR all such information and data for this purpose as may be requested.  ADCRR reserves the right to reject any bid if evidence submitted or investigation fails to satisfy the owner that the contractor is properly qualified to carry out the obligations of the solicitation.  Conditional bids shall not be accepted.

20  NOTICE WARNING:

Any person who takes into or out of or attempts to take into or out of a correctional facility or the grounds belonging to or adjacent to a correctional facility, any item not specifically authorized by the correctional facility, shall be prosecuted under the provisions of the Arizona Revised Statutes.  All persons, including employees and visitors, entering upon these confines are subject to routine searches of their persons, vehicles, property or packages.

    Authority:      A.R.S. § 13-2501;
                     A.R.S. § 13-2505;
                     ADC Department Order 708

21  CONTRABAND:

Contraband means any dangerous drug, narcotic drug, intoxicating liquor of any kind, deadly weapon, dangerous instrument, explosive or any other article whose use of or possession would endanger the safety, security or preservation of order in a correctional facility or any person therein. (Any other article includes any substance which could cause abnormal behavior, i.e., marijuana, nonprescription medication, etc.)

Promoting prison contraband A.R.S. § 13-2505:

A person, not otherwise authorized by law, commits promoting contraband:

By knowingly taking contraband into a correctional facility or the grounds of such a facility; or

By knowingly conveying contraband to any persons confined in a correctional facility; or

By knowingly making, obtaining, or possessing contraband in a correctional facility.



| | Special Terms and Conditions<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,<br>Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

Promoting Prison Contraband is a Class 5 felony:

Authority:     A.R.S. § 13-2501;
               A.R.S. § 13-2505;
               ADC Department Order 708

22   FEDERAL PRISON RAPE ELIMINATION ACT 2003:
     The Contractor shall comply with the Federal Prison Rape Elimination Act of 2003.
     Reference 28 C.F.R. Part 115.

23   UNLAWFUL SEXUAL CONDUCT:
     23.1   A person commits unlawful sexual conduct by intentionally or knowingly engaging in any act
            of a sexual nature with an offender who is in the custody of the ADCRR, the Department of
            Juvenile Corrections, a private prison facility or a city or county jail or with an offender who is
            under the supervision of either Department or a city or county. For the purposes of this
            subsection, "person" means a person who:

            23.1.1   Is employed by the ADCRR or the Department of Juvenile Corrections.

            23.1.2   Is employed by a private prison facility or a city or county jail.
            23.1.3   Contracts to provide services with the ADCRR, the Department of Juvenile
                     Corrections, a private prison facility or a city or county jail.

            23.1.4   Is an official visitor, volunteer or agency representative of the ADCRR, the
                     Department of Juvenile Corrections, a private prison facility or a city or county jail.

     23.2   This section does not apply to a person who is employed by the ADCRR, a private prison
            facility or a city or county jail or who contracts to provide services with the ADCRR, a private
            prison facility or a city or county jail or an offender who is on release status if the person was
            lawfully married to the prisoner or offender on release status before the prisoner or offender
            was sentenced to the ADCRR or was incarcerated in a city or county jail.

     23.3   Unlawful sexual conduct with an offender who is under fifteen years of age is a class 2
            felony. Unlawful sexual conduct with an offender who is between fifteen and seventeen
            years of age is a class 3 felony. All other unlawful sexual conduct is a class 5 felony.

     23.4   Unlawful sexual conduct; correctional facilities; classification; Definition A.R.S. §13-1419.

24   PANDEMIC CONTRACTUAL PERFORMANCE:
     24.1   The State shall require a written plan that illustrates how the Contractor shall perform up the
            contractual standards in the event of a pandemic.   The State may require a copy of the plan
            at any time prior or post award of a contract.   At a minimum, the pandemic performance
            shall include:



| | |
|---|---|
| **Special Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

24.1.1 Key succession and performance planning if there is a sudden significant decrease in Contractor's workforce.

24.1.2 Alternative methods to ensure there are products in the supply chain.

24.1.3 An up-to-date list of company contacts and organization chart.

24.2   In the event of a pandemic, as declared by the Governor of Arizona, U.S. Government or the World Health Organization, which makes performance of any term under this contract impossible or impractical, the State shall have the following rights:

24.2.1 After the official declaration of a pandemic, the State may temporally void the contract in whole or specific sections if the Contractor cannot perform to the standards agreed upon in the initial terms.

24.2.2 The State shall not incur any liability if a pandemic is declared and emergency procurements are authorized by the director as per § 41-2537 of the Arizona Procurement Code.

24.2.3 Once the pandemic is officially declared over and/or the Contractor can demonstrate the ability to perform, the State, at its sole discretion may reinstate the temporality voided contract.

25   INDEMNIFICATION:

To the fullest extent permitted by law, Contractor shall defend, indemnify, and hold harmless the State of Arizona, and its departments, agencies, boards, commissions, universities, and any jurisdiction or agency issuing permits for any work included in the project, and their respective directors, officers, officials, agents and employees (hereinafter referred to as "Indemnitee") from and against any and all claims, actions, liabilities, costs, losses, or expenses, (including reasonable attorney's fees), (hereinafter collectively referred to as "Claims") arising out of actual or alleged bodily injury or personal injury of any person (including death) or loss or damage to tangible or intangible property caused, or alleged to be caused, in whole or in part, by the negligent or willful acts or omissions of Contractor or any of Contractor's directors, officers, agents, employees, volunteers or subcontractors. This indemnity includes any claim or amount arising or recovered under the Workers' Compensation Law or arising out of the failure of Contractor to conform to any federal, state or local law, statute, ordinance, rule, regulation or court decree. It is the specific intention of the parties that the Indemnitee shall, in all instances, except for Claims arising solely from the negligent or willful acts or omissions of the Indemnitee, be indemnified by Contractor from and against any and all Claims. It is agreed that Contractor will be responsible for primary loss investigation, defense and judgment costs where this indemnification is applicable. This indemnification will survive the termination of the above listed contract with the Contractor. In consideration of the award of this contract, the Contractor agrees to waive all rights of subrogation against the State of Arizona, its officers, officials, agents, and employees for losses arising from the work performed by the Contractor for the State of Arizona.



| | | |
|---|---|---|
| | **Special Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

This indemnity shall not apply if the contractor or sub-contractor(s) is/are an agency, board, commission or university of the State of Arizona.

26   INSURANCE REQUIREMENTS:

26.1   Contractor and subcontractors shall procure and maintain, until all of their obligations have been discharged, including any warranty periods under this Contract, insurance against claims for injury to persons or damage to property arising from, or in connection with, the performance of the work hereunder by the Contractor, its agents, representatives, employees or subcontractors.

26.2   The Insurance Requirements herein are minimum requirements for this Contract and in no way limit the indemnity covenants contained in this Contract. The State of Arizona in no way warrants that the minimum limits contained herein are sufficient to protect the Contractor from liabilities that arise out of the performance of the work under this Contract by the Contractor, its agents, representatives, employees or subcontractors, and the Contractor is free to purchase additional insurance.

26.3   Minimum Scope and Limits of Insurance.
Contractor shall provide coverage with limits of liability not less than those stated below:

26.3.1   Commercial General Liability (CGL) – Occurrence Form
Policy shall include bodily injury, property damage, and broad form contractual liability coverage.
• General Aggregate                                          $2,000,000
• Products – Completed Operations Aggregate    $1,000,000
• Personal and Advertising Injury                        $1,000,000
• Damage to Rented Premises                                  $50,000
• Each Occurrence                                                $1,000,000

a.   The policy shall include coverage for Sexual Abuse and Molestation (SAM). This coverage may be sub-limited to no less than $500,000. The limits may be included within the General Liability limit or provided by separate endorsement with its own limits. If you are unable to obtain SAM coverage under your General Liability because the insurance market will not support it, it should it be included with the Professional Liability.

b.   Contractor must provide the following statement on their Certificate(s) of Insurance: "Sexual Abuse and Molestation coverage is included" or "Sexual Abuse and Molestation coverage is not excluded."

c.   The policy shall be endorsed, as required by this written agreement, to include the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees as additional insureds with respect to liability arising out of the activities performed by or on behalf of the Contractor.



| | | |
|---|---|---|
| **Special Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

    d.  Policy shall contain a waiver of subrogation endorsement, as required by this written agreement, in favor of the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees for losses arising from work performed by or on behalf of the Contractor.

26.3.2 Business Automobile Liability
Bodily Injury and Property Damage for any owned, hired, and/or non-owned automobiles used in the performance of this Contract.

    • Combined Single Limit (CSL)          $1,000,000

    a.  Policy shall be endorsed, as required by this written agreement, to include the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees as additional insureds with respect to liability arising out of the activities performed by, or on behalf of, the Contractor involving automobiles owned, hired and/or non-owned by the Contractor.
    b.  Policy shall contain a waiver of subrogation endorsement as required by this written agreement in favor of the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees for losses arising from work performed by or on behalf of the Contractor.

26.3.3 Workers' Compensation and Employers' Liability

    • Workers' Compensation          Statutory
    • Employers' Liability
       o Each Accident            $1,000,000
       o Disease – Each Employee    $1,000,000
       o Disease – Policy Limit       $1,000,000

    a.  Policy shall contain a waiver of subrogation endorsement, as required by this written agreement, in favor of the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees for losses arising from work performed by or on behalf of the Contractor.
    b.  This requirement shall not apply to each Contractor or subcontractor that is exempt under A.R.S. § 23-901, and when such Contractor or subcontractor executes the appropriate waiver form (Sole Proprietor or Independent Contractor).

26.3.4 Technology Errors & Omissions Insurance

    • Each Claim               $2,000,000
    • Annual Aggregate        $2,000,000



| | |
|---|---|
| **Special Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

    a. Such insurance shall cover any, and all errors, omissions, or negligent acts in the delivery of products, services, and/or licensed programs under this contract.

    b. Coverage shall include copyright infringement, infringement of trade dress, domain name, title or slogan.

    c. In the event that the Tech E&O insurance required by this Contract is written on a claims-made basis, Contractor warrants that any retroactive date under the policy shall precede the effective date of this Contract and, either continuous coverage will be maintained or an extended discovery period will be exercised for a period of two (2) years, beginning at the time work under this Contract is completed.

26.3.5 Network Security (Cyber) and Privacy Liability

    • Each Claim                                   $2,000,000<br>
    • Annual Aggregate                        $2,000,000

    a. Such insurance shall include, but not be limited to, coverage for third party claims and losses with respect to network risks (such as data breaches, unauthorized access or use, ID theft, theft of data) and invasion of privacy regardless of the type of media involved in the loss of private information, crisis management and identity theft response costs. This should also include breach notification costs, credit remediation and credit monitoring, defense and claims expenses, regulatory defense costs plus fines and penalties, cyber extortion, computer program and electronic data restoration expenses coverage (data asset protection), network business interruption, computer fraud coverage, and funds transfer loss.

    b. In the event that the Network Security and Privacy Liability insurance required by this Contract is written on a claims-made basis, Contractor warrants that any retroactive date under the policy shall precede the effective date of this Contract and, either continuous coverage will be maintained, or an extended discovery period will be exercised for a period of two (2) years beginning at the time work under this Contract is completed.

    c. The policy shall be endorsed, as required by this written agreement, to include the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees as additional insureds with respect to vicarious liability of the insured arising out of the activities performed by or on behalf of the Contractor.

    d. Policy shall contain a waiver of subrogation endorsement, as required by this written agreement, in favor of the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees for losses arising from work performed by or on behalf of the Contractor.

26.3.6 Professional Liability (Errors and Omissions Liability)



**Special Terms and Conditions**
**Solicitation No. BPM005593**
**RFID – Inmate Tracking and Management**
**System**

State of Arizona
**Department of Corrections,**
**Rehabilitation & Reentry**
Procurement Services
701 E. Jefferson Street
Phoenix, AZ 85034

| | |
|---|---|
| • Each Claim | $ 2,000,000 |
| • Annual Aggregate | $ 2,000,000 |

a. If SAM coverage is being provided under this policy then Contractor must provide the following statement on their Certificate(s) of Insurance: "Sexual Abuse and Molestation coverage is included" or "Sexual Abuse and Molestation coverage is not excluded." This coverage may be sub-limited to no less than $500,000.

b. In the event that the professional liability insurance required by this Contract is written on a claims-made basis, Contractor warrants that any retroactive date under the policy shall precede the effective date of this Contract; and that either continuous coverage will be Insurance and Indemnification Guidelines for State of Arizona Contracts Professional Service Contracts Updated: May 8, 2018 Page 18 of 183 maintained or an extended discovery period will be exercised for a period of two (2) years beginning at the time work under this Contract is completed.

c. Policy shall cover professional misconduct or wrongful acts for those positions defined in the Scope of Work of this contract.

26.4   Additional Insurance Requirements
The policies shall include, or be endorsed to include, as required by this written agreement, the following provisions:

26.4.1 The Contractor's policies, as applicable, shall stipulate that the insurance afforded the Contractor shall be primary and that any insurance carried by the Department, its agents, officials, employees or the State of Arizona shall be excess and not contributory insurance, as provided by A.R.S. § 41-621 (E).

26.4.2 Insurance provided by the Contractor shall not limit the Contractor's liability assumed under the indemnification provisions of this Contract.

26.5   Notice of Cancellation
Applicable to all insurance policies required within the Insurance Requirements of this Contract, Contractor's insurance shall not be permitted to expire, be suspended, be canceled, or be materially changed for any reason without thirty (30) days prior written notice to the State of Arizona. Within two (2) business days of receipt, Contractor must provide notice to the State of Arizona if they receive notice of a policy that has been or will be suspended, canceled, materially changed for any reason, has expired, or will be expiring. Such notice shall be sent directly to the Department and shall be emailed to the contract owner listed in APP.

26.6   Acceptability of Insurers
Contractor's insurance shall be placed with companies licensed in the State of Arizona or hold approved non-admitted status on the Arizona Department of Insurance List of Qualified Unauthorized Insurers. Insurers shall have an "A.M. Best" rating of not less than A- VII. The State of Arizona in no way warrants that the above-required minimum insurer rating is sufficient to protect the Contractor from potential insurer insolvency.



| | **Special Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

26.7   Verification of Coverage
Contractor shall furnish the State of Arizona with certificates of insurance (valid ACORD form or equivalent approved by the State of Arizona) evidencing that Contractor has the insurance as required by this Contract. An authorized representative of the insurer shall sign the certificates.

   26.7.1 All such certificates of insurance and policy endorsements must be received by the State before work commences. The State's receipt of any certificates of insurance or policy endorsements that do not comply with this written agreement shall not waive or otherwise affect the requirements of this agreement.

   26.7.2 Each insurance policy required by this Contract must be in effect at, or prior to, commencement of work under this Contract. Failure to maintain the insurance policies as required by this Contract, or to provide evidence of renewal, is a material breach of contract.

   26.7.3 All certificates required by this Contract shall be sent directly to the Department. The State of Arizona project/contract number and project description shall be noted on the certificate of insurance. The State of Arizona reserves the right to require complete copies of all insurance policies required by this Contract at any time.

26.8   Subcontractors
Contractor's certificate(s) shall include all subcontractors as insureds under its policies or Contractor shall be responsible for ensuring and/or verifying that all subcontractors have valid and collectable insurance as evidenced by the certificates of insurance and endorsements for each subcontractor. All coverages for subcontractors shall be subject to the minimum Insurance Requirements identified above. ADCRR reserves the right to require, at any time throughout the life of the Contract, proof from the Contractor that its subcontractors have the required coverage.

26.9   Approval and Modifications
The Contracting Agency, in consultation with State Risk, reserves the right to review or make modifications to the insurance limits, required coverages, or endorsements throughout the life of this contract, as deemed necessary. Such action will not require a formal Contract amendment but may be made by administrative action.

26.10  Exceptions
In the event the Contractor or subcontractor(s) is/are a public entity, then the Insurance Requirements shall not apply. Such public entity shall provide a certificate of self-insurance. If the Contractor or subcontractor(s) is/are a State of Arizona agency, board, commission, or university, none of the above shall apply.

27   PATENT AND COPYRIGHT INDEMNIFICATION.
With respect to Materials or Services provided or proposed by a Contractor Indemnitor for performance under the Contract, Contractor shall indemnify, defend and hold harmless State indemnitees against any third-party claims for liability, costs, and expenses, including, but not



| | **Special Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
| --- | --- | --- |

limited to reasonable attorneys' fees, for infringement or violation of any patent, trademark, copyright, or trade secret by the Materials and the Services. With respect to the defense and payment of claims under this subparagraph:

27.1   ADCRR shall provide reasonable and timely notification to Contractor of any claim for which Contractor may be liable under this paragraph;

27.2   Contractor, with reasonable consultation from ADCRR, shall have control of the defense of any action on an indemnified claim including all negotiations for its settlement or compromise;

27.3   ADCRR may elect to participate in such action at its own expense; and

27.4   ADCRR may approve or disapprove any settlement or compromise, provided that, (i) ADCRR shall not unreasonably withhold or delay such approval or disapproval and (ii) ADCRR shall cooperate in the defense and in any related settlement negotiations.

28   TAXES:
Prices offered shall not include applicable State and Local taxes.

29   ELIGIBILITY FOR STATE or LOCAL PUBLIC BENEFITS; DOCUMENTATION AND VIOLATIONS:
Contractors providing services as an agent the State, shall ensure compliance with A.R.S. § 1-502. A.R.S. § 1-502 requires each person applying or receiving a public benefit to provide documented proof which demonstrates a lawful presence in the United States. The State shall reserve the right to conduct unscheduled, periodic process and documentation audits to ensure Contractor compliance. All available contract remedies, up to and including termination may be taken for failure to comply with A.R.S. § 1-502 in the delivery of services under this Contract.

30   END OF CONTRACT TRANSITION:

In the event that a Contract is terminated for any reason, or expires, the Contractor shall assist the Department in the transition to a new Contractor. In addition, the Department reserves the right to extend the term of the Contract on a month to month basis to assist in the transition of services to a new Contractor. The Contractor shall make provision for continuing all management and administrative services until the transition of services is complete and all other requirements of the Contract are satisfied. The Contractor shall be responsible during the transition for all requirements within the Contract.

31   SECURITY:
31.1   Contractor shall, forty-eight hours prior to starting his work, supply the full names, dates of birth and social security numbers for all his employees and subcontractor employees who may be working at the job-site, Erica Altigieri, Restrictive Housing Administrator, at 602-851-7942, for advance security clearance.



| Special Terms and Conditions<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management System | State of Arizona<br>**Department of Corrections,<br>Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
| --- | --- |

31.2   Contractor will be required to perform all work in conjunction with the Security Unit while on the institutional grounds and shall be responsible for all personnel employed by their firm to ensure that institutional dress codes and overall policies are followed.

32   PERFORMANCE/PAYMENT BONDS:
Successful contractor will be required to submit a fully executed 100% Statutory Performance Bond, 100% Statutory Payment Bond DOC Forms 302 and 303, within five (5) days written notice of ADCRR's intent to award this contract.

33   BRAND NAME:
Reference made to items, identified by trade name, is intended to show the kind and quality of products desired and is not intended to be restrictive or limit competition.  The use of brand names or manufacturer's catalog references shall be constructed as quality level, method and type of performance and does not indicate that item cited is mandatory.  Products substantially equivalent to those designated shall qualify for consideration.

34   DESCRIPTIVE LITERATURE:
34.1   Contractor shall identify items, with the manufacturer's name and catalog/model number.  In addition, Contractor shall furnish descriptive literature, including technical specifications of items other than specified and must identify any variances to facilitate comparison of bids.

34.2   Failure to submit descriptive literature or to identify any variances may result in bid disqualification.

35   CURRENT PRODUCTS:
All materials/products under contract shall be in current and ongoing production, shall be new (not used or refurbished) and shall meet or exceed all specifications and requirements contained herein.

36   PRODUCT DISCONTINUANCE:
36.1   In the event that a product or groups of products are discontinued by a manufacturer, the State at its sole discretion may allow the contractor to provide substitutes for the discontinued product(s) or allow the deletion of such products from the contract. The request may be submitted at any time during the contract period and shall be supplemented with the following information. Failure to supply any of the following information with the request may result in the state not considering the request.

36.2   A formal announcement from the manufacturer stating that the product(s) have been discontinued.

36.3   Documentation from the manufacturer that cites the affected products by item number and description.

36.4   Documentation from the manufacturer that names the replacement product(s).



| Special Terms and Conditions<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
| --- | --- |

36.5    Documentation that provides clear evidence that the replacement product(s) meets or exceeds the specifications of the discontinued product(s) while remaining in the same product group(s) as the discontinued item, and;

36.6    Documentation confirming that the price for the replacement product(s) is the same as or less than the discontinued item.

36.7    Approval(s) shall be in the form of a contract amendment and shall become effective on the date specified in the amendment.

37    DEFECTIVE MATERIALS AND PRODUCTS
All defective materials or products shall be replaced and exchanged by the contractor. All costs associated with replacement, including but may not be limited to re-packaging and shipping of the defective materials or products back to the contractor, and all replacement costs as specified herein shall be borne by the contractor. All replacement products must be received by ADCRR within 30 days of the initial notification or as mutually agreed upon in writing by ADCRR and the contractor.

38    PACKAGING:
All parts shall be delivered in the manufacturer's individual original standard package clearly marked as to part number and contents.

39    WARRANTIES AND REQUIREMENTS RELATED TO INFORMATION TECHNOLOGY:
Addendum A: Warranties and Requirements Related to Arizona Information Technology Statewide Policies, Standards, and Procedures is incorporated herein as part of the Special Terms and Conditions.

40    MANUALS:
Contractor shall supply maintenance and/or owner service manuals.

41    SERIAL NUMBERS:
Offers must be for equipment on which the original manufacturer's serial number has not been altered in any way.  Throughout the contract term, ADCRR reserves the right to reject any altered equipment.

42    SAFETY STANDARDS:
All items supplied on this contract must comply with the current applicable Occupational Safety and Health Standard of the State of Arizona Industrial Commission, the National Electric Code and the National Fire Protection Association Standards.

43    SAFETY REQUIREMENTS:
43.1    Contractor shall provide and maintain all necessary barricades and other reasonable safeguards required to ensure the safety of personnel, inmates and pedestrians.

43.2    Contractor shall provide proper means of ventilating the occupied area when installing or working with noxious materials, so as not to cause inconvenience or conditions hazardous to



| | **Special Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

the health of personnel or inmates.

43.3    Contractor shall provide protection for the existing building(s).  Damage to any part of the existing building(s) due to negligence on the part of the contractor or his workmen shall be remedied by the contractor to the full satisfaction of the owner.

44    FINAL INSPECTION:
There will be a final inspection by representatives from ADCRR, prior to acceptance of work and final payment.

45    HOUSEKEEPING:
45.1    During the course of the proposed project, the contractor shall be responsible for properly organizing all activities on the job site to the extent that good housekeeping is practiced at all times as the job progresses, work shall be kept in a neat and orderly fashion.

45.2    A safe access way to all work areas shall be maintained at all times.  Materials, tools and equipment must be stored in a safe and secure manner to prevent harm or damage to persons or property.  Open containers must be resealed and transported off premises.  Used rags and other debris shall be removed off the premises and all items disposed of properly.

46    REGULATIONS:
Contractor will comply with all applicable codes, rules and regulations.

47    PERMITS:
Contractor will obtain and pay for all required permits and licenses.

48    CONTRACTOR RESPONSIBILITY:
It shall be the responsibility of the Contractor to provide his/her own transportation.

49    DATA AND INFORMATION HANDLING:

49.1    Applicability. This article applies to the extent the Work includes handling of any (1) ADCRR's proprietary and sensitive Data or (2) confidential or access-restricted information obtained from ADCRR or from others at ADCRR's behest.

49.2    Data Protection and Confidentiality of Information. Contractor warrants that it will establish and maintain procedures and controls acceptable to ADCRR for ensuring that ADCRR's proprietary and sensitive Data is protected from unauthorized access and information obtained from ADCRR or others in performance of its contractual duties is not mishandled, misused, or inappropriately released or disclosed. For purposes of this paragraph, all Data created by Contractor in any way related to the Contract, provided to Contractor by ADCRR, or prepared by others for ADCRR are proprietary to ADCRR, and all information by those same avenues is ADCRR's confidential information. To comply with the foregoing warrant:

49.2.1 Contractor shall provide the ADCRR and Eligible Agencies with a copy of its Disaster Recovery upon request. The Disaster Recovery plan shall outline the



| | **Special Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

Contractor's actions, with timelines, in the event of a natural disaster, cyber-attack or loss of ability to operate and perform services under this contract.

49.2.2   Contractor shall: (a) notify ADCRR immediately of any unauthorized access or inappropriate disclosures, whether stemming from an external Data Breach, internal Data Breach, system failure, or procedural lapse within twenty-four (24) hours of a Data Breach, by sending an email to the Arizona Department of Homeland Security at AZSOC@azdohs.gov, reporting the incident that occurred; (b) cooperate with ADCRR to identify the source or cause and respond to each unauthorized access or inappropriate disclosure; and (c) notify ADCRR promptly of any security threat that could result in unauthorized access or inappropriate disclosures; and

49.2.3   Contractor shall not: (a) release any such Data or allow it to be released or divulge any such information to anyone other than its employees or officers as needed for each person's individual performance of his or her duties under the Contract, unless ADCRR has agreed otherwise in advance and in writing; or (b) respond to any requests it receives from a third party for such Data or information, and instead route all such requests to ADCRR's designated representative.

49.3   Personally Identifiable Information: Without limiting the generality of paragraph 49.2, Contractor warrants that it will protect any personally identifiable information ("PII") belonging to ADCRR's employees or other contractors or members of the general public that it receives from ADCRR or otherwise acquires in its performance under the Contract. For purposes of this paragraph:

49.3.1   PII has the meaning given in the [federal] Office of Management and Budget (OMB) *Memorandum M-17-12 Preparing for and Responding to a Breach of Personally Identifiable Information, January 3, 2017*; and

49.3.2   "protect" means taking measures to safeguard personally identifiable information and prevent its Data Breach that are functionally equivalent to those called for in that OMB memorandum and elaborated on in the [federal] General Services Administration (GSA) *Directive CIO P* 2180.*1 GSA Rules of Behavior for Handling Personally Identifiable Information*.

NOTE (1): For convenience of reference only, the OMB memorandum is available at: https://dpcld.defense.gov/Privacy/Authorities-and-Guidance/

NOTE (2): For convenience of reference only, the GSA directive is available at: https://www.gsa.gov/directive/gsa-rules-of-behavior-for-handling-personally-identifiable-information-(pii)-

49.4   Protected Health Information: Contractor warrants that, to the extent performance under Contract involves individually identifiable health information (referred to hereinafter as protected health information ("PHI") and electronic PHI ("ePHI") as defined in the Privacy Rule referred to below), it:



| | Special Terms and Conditions<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,<br>Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

49.4.1 is familiar with and will comply with the applicable aspects of the following collective regulatory requirements regarding patient information privacy protection: (a) the "Privacy Rule" in CFR 45 Part 160 and Part 164 pursuant to the Health Insurance Portability and Accountability Act ("HIPAA") of 1996; (b) Arizona laws, rules, and regulations applicable to PHI/ePHI that are not preempted by CFR45-160(B) or the Employee Retirement Income Security Act of 1974 ("ERISA") as amended; and (c) State's current and published PHI/ePHI privacy and security policies and procedures.

49.4.2 will cooperate with ADCRR in the course of performing under the Contract so that both ADCRR and Contractor stay in compliance with the requirements in *(1)* above; and

49.4.3 will sign any documents that are reasonably necessary to keep both ADCRR and Contractor in compliance with the requirements in *(1)* above, in particular "Business Associate Agreements" in accordance with the Privacy Rule.

NOTE: For convenience of reference only, the Privacy Rule is available at: http://www.hhs.gov/hipaa/for-professionals/privacy/index.html

50   INFORMATION TECHNOLOGY WORK:

50.1   Applicability. Article 50 applies to any Invitation for Bids, Request for Proposals, or Request for Quotations for "Information Technology," as defined In A.R.S. §18-101(6) "…all computerized and auxiliary automated information processing, telecommunications and related technology, including hardware, software, vendor support and related services, equipment and projects," if and to the extent that the Work is or includes Information Technology.

50.2   Background Checks. Each Contractor's personnel who is an applicant for an information technology position must undergo the security clearance and background check procedure, which includes fingerprinting, as required by A.R.S. § 41-710, Eligible Agency, or Co-Op Buyer.  Contractor shall obtain and pay for the security clearance and background check. Contractor personnel who will have administrator privileges on a ADCRR network must additionally provide identity and address verification and undergo ADCRR-specified training for unescorted access, confidentiality, privacy, and Data security

50.3   Information Access

50.3.1 System Measures. Contractor shall employ appropriate system management and maintenance, fraud prevention and detection, and encryption application and tools to any systems or networks containing or transmitting ADCRR's proprietary Data or confidential information.

50.3.2 Individual Measures. Contractor personnel shall comply with applicable ADCRR policies and procedures regarding Data access, privacy, and security, including prohibitions on remote access and obtaining and maintaining access identifications (IDs) and passwords. Contractor is responsible to ADCRR for



**Special Terms and Conditions**
**Solicitation No. BPM005593**
**RFID – Inmate Tracking and Management**
**System**

State of Arizona
**Department of Corrections,**
**Rehabilitation & Reentry**
Procurement Services
701 E. Jefferson Street
Phoenix, AZ 85034

ensuring that any ADCRR access IDs and passwords are used only by the person to whom they were issued. Contractor shall ensure that personnel are only provided the minimum only such level of access necessary to perform his or duties. Contractor shall, on request, provide a current register of the access IDs and passwords and corresponding access levels currently assigned to its personnel.

50.3.3 Access Control. Contractor is responsible to ADCRR for ensuring that hardware, software, Data, information, and that has been provided by ADCRR or belongs to or is in the custody of ADCRR and is accessed or accessible by Contractor personnel is only used in connection with carrying out the Work and is never commercially exploited in any manner whatsoever not expressly permitted under the Contract. ADCRR may restrict access of Contractor personnel, or instruct Contractor to restrict their access, if in its determination the requirements of this subparagraph are not being met.

50.4    Pass-Through Indemnity

50.4.1 Indemnity from Third Party. For computer hardware or software included in the Work as discrete units that were manufactured or developed solely by a third party, Contractor may satisfy its indemnification obligations under the Contract by, to the extent permissible by law, passing through to ADCRR such indemnity as it receives from the third-party source (each a "Pass-Through Indemnity") and cooperating with ADCRR in enforcing that indemnity. If the third party fails to honor its Pass-Through Indemnity, or if a Pass-Through Indemnity is insufficient to indemnify ADCRR Indemnitees to the extent and degree, Contractor is required to do by the Uniform Terms and Conditions, then Contractor shall indemnify, defend and hold harmless State Indemnitees to the extent the Pass-Through Indemnity does not.

50.4.2 Notification of Claims. ADCRR shall notify Contractor promptly of any claim to which a Pass-Through Indemnity might apply. Contractor, with reasonable consultation from ADCRR, shall control of the defense of any action on any claim to which a Pass-Through Indemnity applies, including negotiations for settlement or compromise, provided that:

50.4.2.1    ADCRR reserves the right to elect to participate in the action at its own expense;

50.4.2.2    ADCRR reserves the right to approve or reject any settlement or compromise on reasonable grounds and if done so timely; and

50.4.2.3    ADCRR shall in any case cooperate in the defense and any related settlement negotiations.

50.5    Systems and Controls. In consideration for ADCRR having agreed to permit Pass-Through Indemnities in lieu of direct indemnity, Contractor agrees to establish and keep in place



**Special Terms and Conditions
Solicitation No. BPM005593
RFID – Inmate Tracking and Management
System**

State of Arizona
**Department of Corrections,
Rehabilitation & Reentry**
Procurement Services
701 E. Jefferson Street
Phoenix, AZ 85034

systems and controls appropriate to ensure that ADCRR funds under this Contract are not knowingly used for the acquisition, operation, or maintenance of Materials or Services in violation of intellectual property laws or a third party's intellectual property rights.

50.6    Redress of Infringement

50.6.1 Replace, License, or Modify. If Contractor becomes aware that any Materials or Services infringe, or are likely to be infringing, on any third party's intellectual property rights, then Contractor shall, at its sole cost and expense and in consultation with ADCRR, either:

50.6.1.1    replace any infringing items with non-infringing ones;

50.6.1.2    obtain for ADCRR the right to continue using the infringing items; or

50.6.1.3    modify the infringing items so that they become non-infringing, so long as they continue to function as specified following the modification.

50.6.2 Cancellation Option. In every case under 50.6.1, if none of those options can reasonably be accomplished, or if the continued use of the infringing items is impracticable, ADCRR may cancel the relevant Order or terminate the Contract, and Contractor shall take back the infringing items. If ADCRR does cancel the Order or terminate the Contract, Contractor shall refund to ADCRR:

50.6.2.1    for any software created for ADCRR under the Contract, the amount ADCRR paid to Contractor for creating it;

50.6.2.2    for all other Materials, the net book value of the product provided according to generally accepted accounting principles; and

50.6.2.3    for Services, the amount paid by ADCRR or an amount equal to twelve (12) months of charges, whichever is less.

50.6.3 Exceptions. Contractor will not be liable for any claim of infringement based solely on any of the following by a State Indemnitee:

50.6.3.1    modification or use of Materials other than as contemplated by the Contract or expressly authorized or proposed by a Contractor Indemnitor;

50.6.3.2    operation of Materials with any operating software other than that supplied by Contractor or authorized or proposed by a Contractor Indemnitor; or

50.6.3.3    combination or use with other products in a manner not contemplated by the Contract or expressly authorized or proposed by a Contractor



| | **Special Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

Indemnitor.

50.7    First Party Liability Limitation

50.7.1 Limit. Subject to the provisos that follow below and unless stated otherwise in the Special Terms and Conditions, ADCRR's and Contractor's respective first party liability arising from or related to the Contract is limited to the greater of $1,000,000 (one million dollars) or three (3) times the purchase price of the specific Materials or Services giving rise to the claim.

50.7.2 Provisos. This paragraph limits liability for first party direct, indirect, incidental, special, punitive, and consequential damages relating to the Work regardless of the legal theory under which the liability is asserted. This paragraph does not limit liability arising from any:

50.7.2.1    Indemnified Claim against which Contractor has indemnified State Indemnitees under Articles 25 and 26;

50.7.2.2    claim against which Contractor has indemnified State Indemnitees under Article 27; or

50.7.2.3    provision of the Contract calling for liquidated damages or specifying amounts or percentages as being at-risk or subject to deduction for performance deficiencies.

50.7.3 Purchase Price Determination. If the Contract is for a single-agency and a single Order (or if no Order applies), then "purchase price" in Subparagraph 50.7.1 above means the aggregate Contract price current at the time of Contract expiration or earlier termination, including all Contract Amendments having an effect on the aggregate price through that date. In all other cases, "purchase price" above means the total price of the Order for the specific equipment, software, or services giving rise to the claim, and therefore a separate limit will apply to each Order.

50.7.4 No Effect on Insurance. This paragraph does not modify the required coverage limits, terms, and conditions of, or any insured's ability to claim against any insurance that Contractor is required by the Contract to provide, and Contractor shall obtain express endorsements that it does not.

50.8    Information Technology Warranty

50.8.1 Specified Design. Where the Scope of Work for information technology, Work provides a detailed design specification or sets out specific performance requirements, Contractor warrants that the Work will provide all functionality material to the intended use stated in the Contract, provided that, the foregoing warranty does not extend to any portions of the Materials that are:



**Special Terms and Conditions**
**Solicitation No. BPM005593**
**RFID – Inmate Tracking and Management System**

State of Arizona
**Department of Corrections, Rehabilitation & Reentry**
Procurement Services
701 E. Jefferson Street
Phoenix, AZ 85034

50.8.1.1    modified or altered by anyone not authorized by Contractor to do so;

50.8.1.2    maintained in a way inconsistent to any applicable manufacturer recommendations; or

50.8.1.3    operated in a manner not within its intended use or environment.

50.8.2    COTS Software. With respect to Materials provided under the Contract that are commercial-off-the-shelf (COTS) software, Contractor warrants that:

50.8.2.1    to the extent possible, it will test the software before delivery using commercially available virus detection software conforming to current industry standards;

50.8.2.2    the COTS software will, to the best of its knowledge, at the time of delivery be free of viruses, backdoors, worms, spyware, malware, and other malicious code that could hamper performance, collect unlawfully any personally identifiable information, or prevent products from performing as required by the Contract; and

50.8.2.3    it will provide a new or clean install of any COTS software that ADCRR has reason to believe contains harmful code.

50.8.3    Payment has no Effect. The warranties in this paragraph are not affected by ADCRR's inspection, testing, or payment.

50.9    Specific Remedies.Unless expressly stated otherwise elsewhere in the Contract, ADCRR's remedy for breach of warranty under paragraph 50.8 includes, at ADCRR's discretion, re-performance, repair, replacement, or refund of any amounts paid by ADCRR for the nonconforming Work, plus (in every case) Contractor's payment of ADCRR's additional, documented, and reasonable costs to procure materials or services equivalent in function, capability, and performance that was first called for. For clarification of intent, the foregoing obligations are limited by the limitation of liability in paragraph 15.7. If none of the foregoing options can reasonably be effected, or if the use of the materials by ADCRR is made impractical by the nonconformance, then ADCRR may seek any remedy available to it under law.

50.10    Section 508 Compliance. Unless specifically authorized in the Contract, any electronic or information technology offered to the State of Arizona under this Contract shall comply with A.R.S. §18-131 and §18-132 and Section 508 of the Rehabilitation Act of 1973, which requires that employees and members of the public shall have access to and use of information technology (IT) that is comparable to the access and use by employees and members of the public who are not individuals with disabilities.

50.11    Cloud Applications.The following are required for Contractor of any Offer that includes the hosting of ADCRR Data outside of the ADCRR's network, or transmission and/or receipt of ADCRR Data.



**Special Terms and Conditions**
**Solicitation No. BPM005593**
**RFID – Inmate Tracking and Management**
**System**

State of Arizona
**Department of Corrections,**
**Rehabilitation & Reentry**
Procurement Services
701 E. Jefferson Street
Phoenix, AZ 85034

50.11.1 Contractor shall submit a completed Arizona Baseline Infrastructure Security Controls assessment spreadsheet in the .xls format provided as found at: https://azdohs.gov/file/4357, and mitigate or install compensating controls for any issues of concern identified by ADCRR. Contractor is required to provide any requested documentation supporting the review of the assessment to include NIST-based System Security Plans (SSP), Written Information Security Programs (WISP), and/or written IT policies in the manner requested. The assessment shall be re-validated on a minimum annual basis.

50.11.2 ADCRR reserves the right to conduct penetration tests or hire a third party to conduct penetration tests of the Contractor's application. Contractor will be alerted in advance and arrangements made for an agreeable time. Contractor shall respond to all serious flaws discovered by providing an acceptable timeframe to resolve the issue and/or implement a compensating control.

50.11.3 Contractor must submit a copy of system logs from the Cloud system to the State of Arizona security team if or when requested, and in the format requested, to be added to the State SIEM (Security Information Event Monitor) or IDS (Intrusion Detection System).

50.11.4 Contractor must employ a government-rated Cloud compartment to better protect sensitive or regulated ADCRR Data.



| | Addendum A to the Special Terms and Conditions<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management System | State of Arizona<br>**Department of Corrections, Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

**Addendum A to the Special Terms and Conditions**

**Warranties and Requirements Related to**
**Arizona Information Technology Statewide Policies, Standards, and Procedures**

1    Security Standards

    1.1    Security of the State's systems and Data are of **utmost** importance to the State. In order to assure security from a personnel and operations perspective, Contractor shall comply with all requirements, in their entirety, as described in the statewide enterprise architecture; statewide Information Technology security policies, standards, and procedures; and any applicable agency-specific Information Technology security policies, standards, and procedures.

    1.2    Contractor shall follow the correct, current version of these policies, standards, and procedures established by the Arizona Department of Homeland Security (AZDOHS) pursuant to their authority under A.R.S. Title 41, Chapter 41. The current website for these policies, standards, and procedures is: Information Technology Policies, Standards and Procedures. Note that this link is provided for convenience only.

    1.3    For security reasons, some ADCRR facilities require non-ADCRR personnel to have escorts. If required by the ADCRR facility, Contractor personnel shall only be allowed inside of an ADCRR facility if accompanied by an escort designated by ADCRR. This is applicable in Correctional facilities, Public Safety facilities, State Lottery, and other facilities as designated by the State of Arizona.

2    Security Framework

    2.1    The State of Arizona information security policies and standards follow the National Institute of Standards and Technology (NIST) Cyber Security Framework (CSF) and NIST SP 800-53 Rev. 5 Security and Privacy Guidelines may currently be located at: https://nvlpubs.nist.gov/nistpubs/SpecialPublications/NIST.SP.800-53r5.pdf.

    2.2    The State has established a process to assess risk associated with storing, processing and/or transmitting State of Arizona Data with external, non-State of Arizona entities.  The Arizona Risk and Authorization Management Program (AZRamp) was developed to ensure State and contractors meet these requirements. All contractors responding to State solicitations must successfully complete the AZRamp risk assessment based upon the Data classification involved as determined by the Data owner and AZDOHS Cyber Command. Failure to successfully complete AZRamp assessment will be deemed as breach of contract.

    2.3    In the ADCRR's sole discretion, ADCRR may also accept current FedRamp and StateRamp certifications as evidence that the Contractor has met the State's risk assessment requirements.



| **Addendum A to the Special Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
| --- | --- |

2.4    Other forms of Cybersecurity Frameworks (CSF), Trust Documents, Self-Attestations, including, but not limited to, ISO/IEC, SOC 2 & 3, PCI, or HIPAA reports of compliance, may be reviewed as part of the State's risk assessment, but are not exclusive or conclusive evidence that the Contractor has met the State's risk assessment requirements.

3    Additional Security Requirements

3.1    Contractor shall comply with all security requirements requested by ADCRR.

3.2    If an Arizona Risk and Authorization Management Program (AZRamp) is required, it will generally follow these steps, each of which shall be completed by the Contractor upon request by ADCRR:

3.2.1    Contractor shall submit a completed Arizona Baseline Infrastructure Security Controls assessment spreadsheet with its Offer. The Arizona Baseline Infrastructure Security Controls assessment spreadsheet as found at: https://azdohs.gov/file/4357, and mitigate gaps or install compensating controls for any issues of concern identified by ADCRR.

3.2.2    Contractor shall provide Information Security documentation for the AZRamp assessment to include System Security Plan (SSP), Written Information Security Programs (WISP), or supporting written IT policies for review of the assessment.

3.2.3    Note regarding the confidential treatment of Contractor information:

3.2.3.1    The State of Arizona seeks a partnership with our supporting vendors, therefore, Non-Disclosure Agreements (NDA) for release to review submitted SSPs, WISPs, or  written IT policies will not be considered.

3.2.3.2    Submitted SSPs, WISPs, or written IT policies are deleted and not retained after AZRamp Authorization is granted.

3.2.3.3    Procedures for submission of documents considered confidential or proprietary are identified within this RFP.

3.2.3.4    Special secure transfer of documents related to this AZRamp review process may be made by contacting:    GRC@AZDOHS.gov to make special arrangements for the transfer of these documents.

3.2.4    If applicable to this Solicitation, Contractor shall complete and submit with the Offer an unedited and signed State of Arizona Health Insurance Portability and Accountability Act (HIPAA) Business Associate Addendum (BAA).

3.2.5    All contract awards are contingent on the successful completion of the AZRamp 125 Low Impact (public information) or the AZRamp 325 Moderate (Confidential, PII, or PHI) Impact Control spreadsheet titled "Arizona Infrastructure Security Controls (Excel)," to be determined by the Enterprise Security, Privacy & Risk Compliance team. Low (Column E) and Moderate (Column F) Impact controls spreadsheet can be located here: https://azdohs.gov/file/4356.



| | **Addendum A to the Special Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

3.3     ADCRR reserves the right to conduct risk assessments, vulnerability assessments, black-box penetration tests or hire a third party to conduct risk assessments, vulnerability assessments, and black-box penetration tests of the Contractor's environment. Contractor will be alerted in advance and arrangements made for an agreeable time. Contractor shall respond to all flaws deemed serious by ADCRR when discovered by providing an acceptable timeframe to resolve the issue and/or implement a compensating control(s).

3.4     Upon request, Contractor shall submit copies of system logs from Contractor's environment to the State of AZ security team in the format requested to be added to the State SIEM (Security Information Event Monitor) or IDS (Intrusion Detection System).

3.5     Contractor shall comply with all applicable State and Federal laws and regulations, including, but not limited to, the following (please note that the links are provided for convenience only and may change):

3.5.1   State of Arizona statewide policies, standards and procedures: https://azdohs.gov/information-technology-it-policies-standards-and-procedures;

3.5.2   Federal Information Security Modernization Act of 2014 (FISMA): https://csrc.nist.gov/topics/laws-and-regulations/laws/fisma;

3.5.3   OMB Circular A-130: https://www.federalregister.gov/documents/2016/07/28/2016-17872/revision-of-omb-circular-no-a-130-managing-information-as-a-strategic-resource;

3.5.4   National Cyber Strategy of the United States of America: https://www.cisa.gov/executive-order-strengthening-cybersecurity-federal-networks-and-critical-infrastructure;

3.5.5   Health Insurance Portability and Accountability Act (HIPAA) including Business Associate Agreement/ Health Information Technology for Economic and Clinical Health Act (HITECH): https://www.hhs.gov/hipaa/index.html;

3.5.6   Tax Information Security Guidelines For Federal, State and Local Agencies: Safeguards for Protecting Federal Tax Returns and Return Information (I.R.S. Publication 1075): https://www.irs.gov/pub/irs-pdf/p1075.pdf;

3.5.7   Criminal Justice Information Services Security Policy (CJIS): https://www.fbi.gov/services/cjis/cjis-security-policy-resource-center;

3.5.8   Centers for Medicare & Medicaid Services (CMS), Minimum Acceptable Risk Standards for Exchanges (MARS-E): https://www.cms.gov/CCIIO/Resources/Regulations-and-Guidance/Downloads/2-MARS-E-v2-0-Minimum-Acceptable-Risk-Standards-for-Exchanges-11102015.pdf;

3.5.9   A.R.S. Title 41, Chapter 41. Arizona Department of Homeland Security;



| | **Addendum A to the Special Terms and Conditions** **Solicitation No. BPM005593** **RFID – Inmate Tracking and Management System** | State of Arizona **Department of Corrections, Rehabilitation & Reentry** Procurement Services 701 E. Jefferson Street Phoenix, AZ 85034 |
|---|---|---|

3.5.10 A.R.S. §18-104 - Arizona Department of Administration, Arizona Strategic Enterprise Technology (ADOA-ASET), Powers and duties of the agency: https://www.azleg.gov/arsDetail/?title=18;

3.5.11 A.R.S. §18-105 - Statewide Information Security and Privacy Office (SISPO): https://www.azleg.gov/viewdocument/?docName=http%3A//www.azleg.gov/ars/18/00105.htm;

3.5.12 A.R.S. §18-551 - Definitions Information Security Including PII: https://www.azleg.gov/ars/18/00551.htm;

3.5.13 A.R.S. §18-552 - Notification of security system breaches; requirements; enforcement; civil penalty; preemption; exceptions: https://www.azleg.gov/ars/18/00552.htm;

3.5.14 Arizona Executive Order 2008-10 – Mitigating Cyber Security Threats: https://aset.az.gov/node/428;

3.5.15 SIPC Memorandum of Understanding (MOU): https://www.sipc.org/about-sipc/;

3.5.16 State Environmental policies: https://azdeq.gov/LawsAndRules;

3.5.17 Family Education Rights Privacy Act (FERPA): https://www2.ed.gov/policy/gen/guid/fpco/ferpa/index.html?src=rn;

3.5.18 Driver's Privacy Protection Act (DPPA): https://azdot.gov/motor-vehicles/driver-services/driver-license-information/motor-vehicle-records;

3.5.19 Incident Response Reporting program and system: https://aset.az.gov/sites/default/files/P8240%20Incident%20Response%20Planning_Sept2018_0.pdf;

3.5.20 Privacy Incident Reporting policy and standards: https://aset.az.gov/sites/default/files/STANDARD%208240%20INCIDENT%20RESPONSE%20PLANNING.pdf;

3.5.21 State of Arizona Library, Archives and Public Records, Records Management Division, General Retention Schedules https://azlibrary.gov/branches/archives-records-management; and

3.5.22 Payment Card Industry (PCI) Security Standards including but not limited to Supplemental Documents, Information Supplements and Validation Requirements: https://www.pcisecuritystandards.org.



| | | |
|---|---|---|
| | **Uniform Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

**Uniform Terms and Conditions**

1.      Definition of Terms. As used in this Solicitation and any resulting Contract, the terms listed below are defined as follows:

1.1.    "Attachment" means any item the Solicitation requires the Offeror to submit as part of the Offer.

1.2.    "Contract" means the combination of the Solicitation, including the Uniform and Special Instructions to Offerors, the Uniform and Special Terms and Conditions, and the Specifications and Statement or Scope of Work; the Offer and any Best and Final Offers; and any Solicitation Amendments or Contract Amendments.

1.3.    "Contract Amendment" means a written document signed by the Procurement Officer that is issued for the purpose of making changes in the Contract.

1.4.    "Contractor" means any person who has a Contract with the State.

1.5.    "Data" means recorded information, regardless of form or the media on which it may be recorded. The term may include technical data and computer software. The term does not include information incidental to contract administration, such as financial, administrative, cost or pricing, or management information.

1.6.    "Days" means calendar days unless otherwise specified.

1.7.    "Exhibit" means any item labeled as an Exhibit in the Solicitation or placed in the Exhibits section of the Solicitation generally containing maps, schematics, examples of reports, or other documents that will be used to perform the requirements of the Scope of Work after contract award.

1.8.    "Gratuity" means a payment, loan, subscription, advance, deposit of money, services, or anything of more than nominal value, present or promised, unless consideration of substantially equal or greater value is received.

1.9.    "Materials" means all property, including equipment, supplies, printing, insurance and leases of property but does not include land, a permanent interest in land or real property or leasing space.

1.10.   "Procurement Officer" means the person, or his or her designee, duly authorized by the State to enter into and administer Contracts and make written determinations with respect to the Contract.

1.11.   Services" means the furnishing of labor, time or effort by a Contractor or Subcontractor which does not involve the delivery of a specific end product other than required reports and performance, but does not include employment agreements or collective bargaining agreements.



| | |
|---|---|
| **Uniform Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

1.12.   "State" means any department, commission, council, board, bureau, committee, institution, agency, government corporation or other establishment or official of the executive branch or corporation commission of the State of Arizona that executes the Contract

1.13.   "State Fiscal Year" means the period beginning with July 1 and ending June 30.

1.14.   "Subcontract" means any Contract, express or implied, between the Contractor and another party or between a Subcontractor and another party delegating or assigning, in whole or in part, the making or furnishing of any Materials or any Services required for the performance of the Contract.

1.15.   "Subcontractor" means a person who contracts to perform work or render Services to a Contractor or to another Subcontractor as a part of a Contract with the State.

2.   Contract Interpretation

2.1.   Arizona Law. The Arizona law applies to this Contract including, where applicable, the Uniform Commercial Code as adopted by the State of Arizona and the Arizona Procurement Code, Arizona Revised Statutes (A.R.S.) Title 41, Chapter 23, and its implementing rules, Arizona Administrative Code (A.A.C.) Title 2, Chapter 7.

2.2.   Implied Contract Terms. Each provision of law and any terms required by law to be in this Contract are a part of this Contract as if fully stated in it.

2.3.   Contract Order of Precedence. In the event of a conflict in the provisions of the Contract, as accepted by the State and as they may be amended, the following shall prevail in the order set forth below:

2.3.1.   Special Terms and Conditions;

2.3.2.   Uniform Terms and Conditions;

2.3.3.   Statement or Scope of Work;

2.3.4.    Specifications;

2.3.5.   Attachments;

2.3.6.   Exhibits; then

2.3.7.   Any other documents referenced or included in the Solicitation including, but not limited to, any Bid or Offer documents provided by the Contractor that do not fall into one of the above categories.



| **Uniform Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|

2.4. Relationship of Parties. The Contractor under this Contract is an independent Contractor. Neither party to this Contract shall be deemed to be the employee or agent of the other party to the Contract.

2.5. Severability. The provisions of this Contract are severable. Any term or condition deemed illegal or invalid shall not affect any other term or condition of the Contract.

2.6. No Parol Evidence. This Contract is intended by the parties as a final and complete expression of their agreement. No course of prior dealings between the parties and no usage of the trade shall supplement or explain any terms used in this document and no other understanding either oral or in writing shall be binding

2.7. No Waiver. Either party's failure to insist on strict performance of any term or condition of the Contract shall not be deemed a waiver of that term or condition even if the party accepting or acquiescing in the nonconforming performance knows of the nature of the performance and fails to object to it.

3. Contract Administration and Operation

3.1. Records. Under A.R.S. § 35-214 and § 35-215, the Contractor shall retain and shall contractually require each Subcontractor to retain any and all Data and other "records" relating to the acquisition and performance of the Contract for a period of five (5) years after the completion of the Contract. All records shall be subject to inspection and audit by the State at reasonable times. Upon request, the Contractor shall produce a legible copy of any or all such records.

3.2. Non-Discrimination. The Contractor shall comply with State Executive Order Nos. 2023-09, 2023-01, 2009-09, and any and all other applicable Federal and State laws, rules and regulations, including the Americans with Disabilities Act. Contractor shall include these provisions in contracts with Subcontractors when required by Federal or State law.

3.3. Audit. Pursuant to A.R.S. § 35-214, at any time during the term of this Contract and five (5) years thereafter, the Contractor's or any Subcontractor's books and records shall be subject to audit by the State and, where applicable, the Federal Government, to the extent that the books and records relate to the performance of the Contract or Subcontract.

3.4. Facilities Inspection and Materials Testing. The Contractor agrees to permit access to its facilities, Subcontractor facilities, and the Contractor's processes or services, at reasonable times for inspection of the facilities or Materials covered under this Contract as required under A.R.S. § 41-2547. The State shall also have the right to test, at its own cost, the Materials to be supplied under this Contract. Neither inspection of the Contractor's facilities nor Materials testing shall constitute final acceptance of the Materials or Services. If the State determines non-compliance of the Materials, the Contractor shall be responsible for the payment of all costs incurred by the State for testing and inspection.



| | Uniform Terms and Conditions<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,<br>Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

3.5.    Notices. Notices to the Contractor required by this Contract shall be made by the State to the person indicated on the Offer and Acceptance form submitted by the Contractor unless otherwise stated in the Contract. Notices to the State required by the Contract shall be made by the Contractor to the Solicitation Contact Person indicated on the Solicitation, stated in the Contract, or listed on the State's eProcurement system. An authorized Procurement Officer and an authorized Contractor representative may change their respective person to whom notice shall be given by written notice to the other and an amendment to the Contract shall not be necessary.

3.6.    Advertising, Publishing and Promotion of Contract. The Contractor shall not use, advertise or promote information for commercial benefit concerning this Contract without the prior written approval of the Procurement Officer.

3.7.    Continuous Improvement. Contractor shall recommend continuous improvements on an on-going basis in relation to any Materials and Services offered under the Contract, with a view to reducing State costs and improving the quality and efficiency of the provision of Materials or Services. State may require Contractor to engage in continuous improvements throughout the term of the Contract.

3.8.    Other Contractors. State may undertake on its own or award other contracts to the same or other suppliers for additional or related work. In such cases, the Contractor shall cooperate fully with State employees and such other suppliers and carefully coordinate, fit, connect, accommodate, adjust, or sequence its work to the related work by others. Where the Contract requires handing-off Contractor's work to others, Contractor shall cooperate as State instructs regarding the necessary transfer of its work product, Materials, Services, or records to State or the other suppliers. Contractor shall not commit or permit any act that interferes with the State's or other suppliers' performance of their work, provided that, State shall enforce the foregoing section equitably among all its suppliers so as not impose an unreasonable burden on any one of them.

3.9.    Ownership of Intellectual Property.

3.9.1.    Rights In Work Product. All intellectual property originated or prepared by Contractor pursuant to the Contract, including but not limited to, inventions, discoveries, intellectual copyrights, trademarks, trade names, trade secrets, technical communications, records reports, computer programs and other documentation or improvements thereto, including Contractor's administrative communications and records relating to the Contract, are considered work product and Contractor's property, provided that, State has Government Purpose Rights to that work product as and when it was delivered to State.



| | |
|---|---|
| **Uniform Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

3.9.2.   "Government Purpose Rights" are:

    3.9.2.1.   the unlimited, perpetual, irrevocable, royalty free, non-exclusive, worldwide right to use, modify, reproduce, release, perform, display, sublicense, disclose and create derivatives from that work product without restriction for any activity in which State is a party;

    3.9.2.2.   the right to release or disclose that work product to third parties for any State government purpose; and

    3.9.2.3.   the right to authorize those to whom it rightfully releases or discloses that work product to use, modify, release, create derivative works from the work product for any State government purpose; such recipients being understood to include the federal government, the governments of other states, and various local governments.

3.9.3.   "Government Purpose Rights" do not include any right to use, modify, reproduce, perform, release, display, create derivative works from or disclose that work product for any commercial purpose, or to authorize others to do so.

3.9.4.   Joint Developments. The Contractor and State may each use equally any ideas, concepts, know-how, or techniques developed jointly during the course of the Contract, and may do so at their respective discretion, without obligation of notice or accounting to the other party.

3.9.5.   Pre-existing Material. All pre-existing software and other Materials developed or otherwise obtained by or for Contractor or its affiliates independently of the Contract or applicable Purchase Orders are not part of the work product to which rights are granted State under subparagraph 3.9.1 above, and will remain the exclusive property of Contractor, provided that:

    3.9.5.1.   any derivative works of such pre-existing Materials or elements thereof that are created pursuant to the Contract are part of that work product;

    3.9.5.2.   any elements of derivative work of such pre-existing Materials that was not created pursuant to the Contract are not part of that work product; and

    3.9.5.3.   except as expressly stated otherwise, nothing in the Contract is to be construed to interfere or diminish Contractor's or its affiliates' ownership of such pre-existing Materials.

3.9.6.   Developments Outside Of Contract. Unless expressly stated otherwise in the Contract, this Section does not preclude Contractor from developing competing



| | |
|---|---|
| **Uniform Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

Materials outside the Contract, irrespective of any similarity to Materials delivered or to be delivered to State hereunder.

3.10. Property of the State. If there are any materials that are not covered by Section 3.9 above created under this Contract, including but not limited to, reports and other deliverables, these materials are the sole property of the State. The Contractor is not entitled to a patent or copyright on those materials and may not transfer the patent or copyright to anyone else. The Contractor shall not use or release these materials without the prior written consent of the State.

3.11. Federal Immigration and Nationality Act. Contractor shall comply with all federal, state and local immigration laws and regulations relating to the immigration status of their employees during the term of the contract. Further, Contractor shall flow down this requirement to all Subcontractors utilized during the term of the contract. The State shall retain the right to perform random audits of Contractor and Subcontractor records or to inspect papers of any employee thereof to ensure compliance. Should the State determine that the Contractor or any Subcontractors be found noncompliant, the State may pursue all remedies allowed by law, including, but not limited to: suspension of work, termination of the contract for default and suspension or debarment of the contractor.

3.12. E-Verify Requirements. In accordance with A.R.S. § 41-4401, Contractor warrants compliance with all Federal immigration laws and regulations relating to employees and warrants its compliance with Section A.R.S. § 23- 214, Subsection A.

3.13. Offshore Performance of Work involving Data is Prohibited. Any Services that are described in the specifications or scope of work that directly serve the State of Arizona or its clients and involve access to Data shall be performed within the defined territories of the United States.

3.14. Protection of State Cybersecurity Interests. The Contractor shall comply with State Executive Order No. 2023-10, which includes, but is not limited to, a prohibition against (a) downloading and installing of TikTok on all State-owned and State-leased information technology; and (b) accessing TikTok through State information technology.

3.15. Certifications Required by State Law.

3.15.1. If Contractor is a Company as defined in A.R.S. § 35-393, Contractor certifies that it is not currently engaged in a boycott of Israel as described in A.R.S. §§ 35-393 et seq. and will refrain from any such boycott for the duration of this Contract.

3.15.2. Contractor further certifies that it shall comply with A.R.S. § 35-394, regarding use of the forced labor of ethnic Uyghurs, as applicable.



| | |
|---|---|
| **Uniform Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

4.    Costs and Payments

4.1.    Payments. Payments shall comply with the requirements of A.R.S. Titles 35 and 41, Net 30 days. Upon receipt and acceptance of Materials or Services, the Contractor shall submit a complete and accurate invoice for payment from the State within thirty (30) days.

4.2.    Delivery. Unless stated otherwise in the Contract, per A.R.S. § 47-2319, all prices shall be F.O.B. ("free on board") Destination and shall include all freight delivery and unloading at the destination.

4.3.    Firm, Fixed Price. Unless stated otherwise in the Special Terms and Conditions of the Contract, all prices shall be firm-fixed-prices.

4.4.    Applicable Taxes

4.4.1.    Payment of Taxes. The Contractor shall be responsible for paying all applicable taxes.

4.4.2.    State and Local Transaction Privilege Taxes. The State of Arizona is subject to all applicable state and local transaction privilege taxes. Transaction privilege taxes apply to the sale and are the responsibility of the seller to remit. Failure to collect such taxes from the buyer does not relieve the seller from its obligation to remit taxes.

4.4.3.    Tax Indemnification. Contractor and all Subcontractors shall pay all Federal, state and local taxes applicable to its operation and any persons employed by the Contractor. Contractor shall, and require all Subcontractors to hold the State harmless from any responsibility for taxes, damages and interest, if applicable, contributions required under Federal, and/or state and local laws and regulations and any other costs including transaction privilege taxes, unemployment compensation insurance, Social Security and Worker's Compensation.

4.4.4.    IRS W9 Form. In order to receive payment the Contractor shall have a current I.R.S. W9 Form on file with the State of Arizona, unless not required by law.

4.5.    Availability of Funds for the Next State Fiscal Year. Funds may not presently be available for performance under this Contract beyond the current State Fiscal Year. No legal liability on the part of the State for any payment may arise under this Contract beyond the current State Fiscal Year until funds are made available for performance of this Contract.

4.6.    Availability of Funds for the Current State Fiscal Year. Should the State Legislature enter back into session and reduce the appropriations or for any reason and these Materials or Services are not funded, the State may take any of the following actions:

4.6.1.    Accept a decrease in price offered by the contractor;



| Uniform Terms and Conditions<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|

    4.6.2.   Cancel the Contract; or

    4.6.3.   Cancel the contract and re-solicit the requirements.

5.   Contract Changes

    5.1.   Amendments. This Contract is issued under the authority of the Procurement Officer who signed this Contract. The Contract may be modified only through a Contract Amendment within the scope of the Contract. Changes to the Contract, including the addition of Services or Materials, the revision of payment terms, or the substitution of Services or Materials, directed by a person who is not specifically authorized by the Procurement Officer in writing or made unilaterally by the Contractor are violations of the Contract and of applicable law. Such changes, including unauthorized written Contract Amendments shall be void and without effect, and the Contractor shall not be entitled to any claim under this Contract based on those changes.

    5.2.   Subcontracts. The Contractor shall not enter into any Subcontract under this Contract for the performance of this Contract without the advance written approval of the Procurement Officer as described in Arizona State Procurement Office Standard Procedure 002. The Contractor shall clearly list any proposed Subcontractors and the Subcontractor's proposed responsibilities. The Subcontract shall incorporate by reference the terms and conditions of this Contract.

    5.3.   Assignment and Delegation. The Contractor shall not assign any right nor delegate any duty under this Contract without the prior written approval of the Procurement Officer. The State shall not unreasonably withhold approval.

6.   Risk and Liability

    6.1.   Risk of Loss. The Contractor shall bear all loss of conforming Materials covered under this Contract until received by authorized personnel at the location designated in the purchase order or Contract. Mere receipt does not constitute final acceptance. The risk of loss for nonconforming Materials shall remain with the Contractor regardless of receipt.

    6.2.   Indemnification

        6.2.1.   Contractor/Vendor Indemnification (Not Public Agency).To the fullest extent permitted by law, Contractor shall defend, indemnify, and hold harmless the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees (hereinafter referred to as "Indemnitee") from and against any and all claims, actions, liabilities, damages, losses, or expenses (including court costs, attorneys' fees, and costs of claim processing, investigation and litigation) (hereinafter referred to as "Claims") for bodily injury or personal injury (including death), or loss or damage to tangible or intangible property caused, or alleged to be



| | |
|---|---|
| **Uniform Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

caused, in whole or in part, by the negligent or willful acts or omissions of Contractor or any of its owners, officers, directors, agents, employees or Subcontractors. This indemnity includes any claim or amount arising out of, or recovered under, the Workers' Compensation Law or arising out of the failure of such Contractor to conform to any federal, state, or local law, statute, ordinance, rule, regulation, or court decree. It is the specific intention of the parties that the Indemnitee shall, in all instances, except for Claims arising solely from the negligent or willful acts or omissions of the Indemnitee, be indemnified by Contractor from and against any and all claims. It is agreed that Contractor will be responsible for primary loss investigation, defense, and judgment costs where this indemnification is applicable. In consideration of the award of this contract, the Contractor agrees to waive all rights of subrogation Insurance and Indemnification Guidelines for State of Arizona Contracts Professional Service Contracts against the State of Arizona, its officers, officials, agents, and employees for losses arising from the work performed by the Contractor for the State of Arizona. This indemnity shall not apply if the Contractor or Subcontractor(s) is/are an agency, board, commission or university of the State of Arizona.

6.2.2.  Public Agency Language Only. Each party (as 'indemnitor') agrees to indemnify, defend, and hold harmless the other party (as 'indemnitee') from and against any and all claims, losses, liability, costs, or expenses (including reasonable attorney's fees) (hereinafter collectively referred to as 'claims') arising out of bodily injury of any person (including death) or property damage but only to the extent that such claims which result in vicarious/derivative liability to the indemnitee, are caused by the act, omission, negligence, misconduct, or other fault of the indemnitor, its officers, officials, agents, employees, or volunteers.

6.3.  Indemnification - Patent and Copyright. The Contractor shall indemnify and hold harmless the State against any liability, including costs and expenses, for infringement of any patent, trademark or copyright arising out of Contract performance or use by the State of Materials furnished or work performed under this Contract. The State shall reasonably notify the Contractor of any claim for which it may be liable under this paragraph. If the Contractor is insured pursuant to A.R.S. § 41-621 and § 35-154, this paragraph shall not apply.

6.4.  Force Majeure.

6.4.1.  Except for payment of sums due, neither the Contractor nor State shall be liable to the other nor deemed in default under this Contract if and to the extent that such party's performance of this Contract is prevented by reason of force majeure. The term "force majeure" means an occurrence that is beyond the control of the party affected and occurs without its fault or negligence. Without limiting the foregoing, force majeure includes: acts of God, acts of the public enemy, war, riots, strikes,



**Uniform Terms and Conditions
Solicitation No. BPM005593
RFID – Inmate Tracking and Management
System**

State of Arizona
**Department of Corrections,
Rehabilitation & Reentry**
Procurement Services
701 E. Jefferson Street
Phoenix, AZ 85034

mobilization, labor disputes, civil disorders, fire, flood, lockouts, injunctions-intervention-acts, failures or refusals to act by government authority, and other similar occurrences beyond the control of the party declaring force majeure which such party is unable to prevent by exercising reasonable diligence.

6.4.2.   Force Majeure shall not include the following occurrences:

   6.4.2.1.   Late delivery of equipment, Materials, or Services caused by congestion at a manufacturer's plant or elsewhere, or an oversold condition of the market;

   6.4.2.2.   Late performance by a Subcontractor unless the delay arises out of a force majeure occurrence in accordance with this force majeure term and condition; or

   6.4.2.3.   Inability of either the Contractor or any Subcontractor to acquire or maintain any required insurance, bonds, licenses or permits.

6.4.3.   If either the Contractor or State is delayed at any time in the progress of the work by force majeure, the delayed party shall notify the other party in writing of such delay, as soon as is practicable and no later than the following working day, of the commencement thereof and shall specify the causes of such delay in such notice. Such notice shall be delivered or mailed certified-return receipt and shall make a specific reference to this article, thereby invoking its provisions. The delayed party shall cause such delay to cease as soon as practicable and shall notify the other party in writing when it has done so. The time of completion shall be extended by Contract Amendment for a period of time equal to the time that results or effects of such delay prevent the delayed party from performing in accordance with this Contract.

6.4.4.   Any delay or failure in performance by either party hereto shall not constitute default hereunder or give rise to any claim for damages or loss of anticipated profits if, and to the extent that such delay or failure is caused by force majeure.

6.5.   Third Party Antitrust Violations. The Contractor assigns to the State any claim for overcharges resulting from antitrust violations to the extent that those violations concern Materials or Services supplied by third parties to the Contractor, toward fulfillment of this Contract.

7.   Warranties

7.1.   Liens. The Contractor warrants that the Materials supplied under this Contract are free of liens and shall remain free of liens.



**Uniform Terms and Conditions**
**Solicitation No. BPM005593**
**RFID – Inmate Tracking and Management System**

State of Arizona
**Department of Corrections, Rehabilitation & Reentry**
Procurement Services
701 E. Jefferson Street
Phoenix, AZ 85034

7.2.    Quality. Unless otherwise modified elsewhere in the Special Terms and Conditions, the Contractor warrants that, for one (1) year after acceptance by the State of the Materials, they shall be:

7.2.1.    Of a quality to pass without objection in the trade under the Contract description;

7.2.2.    Fit for the intended purposes for which the Materials are used;

7.2.3.    Within the variations permitted by the Contract and are of even kind, quantity, and quality within each unit and among all units;

7.2.4.    Adequately contained, packaged, and marked as the Contract may require; and

7.2.5.    Conform to the written promises or affirmations of fact made by the Contractor.

7.3.    Conformity to Requirements.

7.3.1.    Contractor warrants that, unless expressly provided otherwise elsewhere in the Contract, the Materials and Services will for one (1) year after acceptance and in each instance:

7.3.1.1.    Conform to the requirements of the Contract, which by way of reminder include without limitation all descriptions, specifications, and drawings identified in the Scope of Work and any and all Contractor affirmations included as part of the Contract;

7.3.1.2.    Be free from defects of material and workmanship

7.3.1.3.    Conform to or perform in a manner consistent with current industry standards; and

7.3.1.4.    Be fit for the intended purpose or use described in the Contract.

7.3.2.    Mere delivery or performance does not substitute for express acceptance by the State. Where inspection, testing, or other acceptance assessment of Materials or Services cannot be done until after installation or invoicing, the forgoing warranty will not begin until State's explicit acceptance of the Materials or Services.

7.4.    Inspection/Testing. The warranties set forth in this Section 7 [Warranties] are not affected by inspection or testing of or payment for the Materials or Services by the State.

7.5.    Contractor Personnel. Contractor warrants that its personnel will perform their duties under the Contract in a professional manner, applying the requisite skills and knowledge, consistent with industry standards, and in accordance with the requirements of the Contract. Contractor further warrants that its key personnel will maintain any and all certifications



| | |
|---|---|
| **Uniform Terms and Conditions**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

relevant to their work, and Contractor shall provide individual evidence of certification to State's authorized representatives upon request.

7.6.    Compliance With Applicable Laws. The Materials and Services supplied under this Contract shall comply with all applicable federal, state, and local laws and policies (including, but not limited to, information technology policies, standards, and procedures available on the State's website and/or the website of any department, commission, council, board, bureau, committee, institution, agency, government corporation or other establishment or official of the executive branch or corporation commission of the State of Arizona). Federal requirements may be incorporated into this Contract, if required, pursuant to A.R.S. § 41-2637. Contractor shall maintain any and all applicable license and permit requirements. This requirement includes, but is not limited to, any and all Arizona state statutes that impact state contracts, regardless of whether those statutory references have been removed during the course of contract negotiations; this is notice to Contractors that the State does not have the authority to modify Arizona state law by contract.

7.7.    Intellectual Property. Contractor warrants that the Materials and Services do not and will not infringe or violate any patent, trademark, copyright, trade secret, or other intellectual property rights or laws, except only to the extent the Specifications do not permit use of any other product and Contractor is not and cannot reasonably be expected to be aware of the infringement or violation.

7.8.    Licenses and Permits. Contractor warrants that it will maintain all licenses required to fully perform its duties under the Contract and all required permits valid and in force.

7.9.    Operational Continuity. Contractor warrants that it will perform without relief notwithstanding being sold or acquired; no such event will operate to mitigate or alter any of Contractor's duties hereunder absent a consented delegation under paragraph 5.3 [Assignment and Delegation] that expressly recognizes the event.

7.10.   Performance in Public Health Emergency. Contractor warrants that it will:

7.10.1. Have in effect, promptly after commencement, a plan for continuing performance in the event of a declared public health emergency that addresses, at a minimum:

7.10.1.1.   Identification of response personnel by name;

7.10.1.2.   Key succession and performance responses in the event of sudden and significant decrease in workforce; and

7.10.1.3.   Alternative avenues to keep sufficient product on hand or in the supply chain.



**Uniform Terms and Conditions
Solicitation No. BPM005593
RFID – Inmate Tracking and Management
System**

State of Arizona
**Department of Corrections,
Rehabilitation & Reentry**
Procurement Services
701 E. Jefferson Street
Phoenix, AZ 85034

7.10.2. Provide a copy of its current plan to State within three (3) business days after State's written request. If Contractor claims relief under paragraph 6.4 [Force Majeure] for an occurrence of force majeure that is a declared public health emergency, then that relief will be conditioned on Contractor having first implemented its plan and exhausted all reasonable opportunity for that plan implementation to overcome the effects of that occurrence, or mitigate those effects to the extent that overcoming entirely is not practicable.

7.10.3. A request from the State related to this paragraph 7.10 does not necessarily indicate that there has been an occurrence of force majeure, and the Contractor will not be entitled to any additional compensation or extension of time by virtue of having to implement a plan.

7.10.4. Failure to have or implement an appropriate plan will be a material breach of contract.

7.11. Lobbying

7.11.1. Prohibition. Contractor warrants that it will not engage in lobbying activities, as defined in 40 Code of Federal Regulations (CFR) part 34 and A.R.S. § 41-1231, et seq., using monies awarded under the Contract, provided that, the foregoing does not intend to constrain Contractor's use of its own monies or property, including without limitation any net proceeds duly realized under the Contract or any value thereafter derived from those proceeds; and upon award of the Contract, it will disclose all lobbying activities to State to the extent they are an actual or potential conflict of interest or where such activities could create an appearance of impropriety. Contractor shall implement and maintain adequate controls to assure compliance with above. Contractor shall obtain an equivalent warranty from all Subcontractors and shall include an equivalent no-lobbying provision in all Subcontracts.

7.11.2. Exception. This paragraph 7.11 does not apply to the extent that the Services are defined in the Contract as being lobbying for State's benefit or on State's behalf.

7.12. Covered Telecommunications or Services. Contractor warrants that the Materials and Services rendered under this Agreement will not require Contractor to use for the State, or provide to the State to use, "covered telecommunications equipment or Services" as a substantial or essential component of any system, or as critical technology as part of any system, within the meaning of Federal Acquisition Regulation ("FAR") Section 52.204-25.

7.13. Debarment, Suspension, U.S. Government Restricted Party Lists. Contractor warrants that it is not, and its Subcontractors are not, on the U.S. government's Denied Parties List, the Unverified List, the Entities List, the Specially Designated Nationals and Blocked Parties



**Uniform Terms and Conditions**
**Solicitation No. BPM005593**
**RFID – Inmate Tracking and Management**
**System**

State of Arizona
**Department of Corrections,**
**Rehabilitation & Reentry**
Procurement Services
701 E. Jefferson Street
Phoenix, AZ 85034

List, and neither the Contractor nor any Subcontractors are presently debarred, suspended, proposed for debarment or otherwise declared ineligible for award of federal contracts or participation in federal assistance programs or activities.

7.14.   False Statements. Contractor represents and warrants that all statements and information Contractor prepared and submitted in response to the Solicitation or as part of the Contract documents are current, complete, true, and accurate. If the Procurement Officer determines that Contractor submitted an Offer or Bid with a false statement, or makes material misrepresentations during the performance of the Contract, the Procurement Officer may determine that Contractor has materially breached the Contract and may void the submitted Offer or Bid and any resulting Contract.

7.15.   Survival of Rights and Obligations after Contract Expiration or Termination.

   7.15.1. Survival of Warranty. All representations and warranties made by Contractor under the Contract will survive the expiration or earlier termination of the Contract.

   7.15.2. Contractor's Representations and Warranties. All representations and warranties made by the Contractor under this Contract shall survive the expiration or termination hereof. In addition, the parties hereto acknowledge that pursuant to A.R.S. § 12-510, except as provided in A.R.S. § 12- 529, the State is not subject to or barred by any limitations of actions prescribed in A.R.S., Title 12, Chapter 5.

   7.15.3. Purchase Orders. The Contractor shall, in accordance with all terms and conditions of the Contract, fully perform and shall be obligated to comply with all purchase orders received by the Contractor prior to the expiration or termination hereof, unless otherwise directed in writing by the Procurement Officer, including, without limitation, all purchase orders received prior to but not fully performed and satisfied at the expiration or termination of this Contract.

8.   State's Contractual Remedies

8.1.   Right to Assurance. If the State in good faith has reason to believe that the Contractor does not intend to, or is unable to perform or continue performing under this Contract, the Procurement Officer may demand in writing that the Contractor give a written assurance of intent to perform. Failure by the Contractor to provide written assurance within the number of Days specified in the demand may, at the State's option, be the basis for terminating the Contract under the Uniform Terms and Conditions or other rights and remedies available by law or provided by the contract.

8.2.   Stop Work Order.

   8.2.1.   The State may, at any time, by written order to the Contractor, require the Contractor to stop all or any part of the work called for by this Contract for period(s) of days



**Uniform Terms and Conditions**
**Solicitation No. BPM005593**
**RFID – Inmate Tracking and Management**
**System**

State of Arizona
**Department of Corrections,**
**Rehabilitation & Reentry**
Procurement Services
701 E. Jefferson Street
Phoenix, AZ 85034

indicated by the State after the order is delivered to the Contractor. The order shall be specifically identified as a stop work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage.

8.2.2.   If a stop work order issued under this clause is canceled or the period of the order or any extension expires, the Contractor shall resume work. The Procurement Officer shall make an equitable adjustment in the delivery schedule or Contract price, or both, and the Contract shall be amended in writing accordingly.

8.3.   Non-exclusive Remedies. The rights and the remedies of the State under this Contract are not exclusive.

8.4.   Nonconforming Tender. Materials or Services supplied under this Contract shall fully comply with the Contract. The delivery of Materials or Services or a portion of the Materials or Services that do not fully comply constitutes a breach of contract. On delivery of nonconforming Materials or Services, the State may terminate the Contract for default under applicable termination clauses in the Contract, exercise any of its rights and remedies under the Uniform Commercial Code, or pursue any other right or remedy available to it.

8.5.   Right of Offset. The State shall be entitled to offset against any sums due the Contractor, any expenses or costs incurred by the State, or damages assessed by the State concerning the Contractor's non-conforming performance or failure to perform the Contract, including expenses, costs and damages described in the Uniform Terms and Conditions.

9.   Contract Termination

9.1.   Cancellation for Conflict of Interest. Pursuant to A.R.S. § 38-511, the State may cancel this Contract within three (3) years after Contract execution without penalty or further obligation if any person significantly involved in initiating, negotiating, securing, drafting or creating the Contract on behalf of the State is or becomes at any time while the Contract or an extension of the Contract is in effect an employee of or a consultant to any other party to this Contract with respect to the subject matter of the Contract. The cancellation shall be effective when the Contractor receives written notice of the cancellation unless the notice specifies a later time. If the Contractor is a political subdivision of the State, it may also cancel this Contract as provided in A.R.S. § 38-511.

9.2.   Gratuities. The State may, by written notice, terminate this Contract, in whole or in part, if the State determines that employment or a Gratuity was offered or made by the Contractor or a representative of the Contractor to any officer or employee of the State with the purpose of influencing the outcome of the procurement or securing the Contract, an amendment to the Contract, or favorable treatment concerning the Contract, including the making of any



**Uniform Terms and Conditions**
**Solicitation No. BPM005593**
**RFID – Inmate Tracking and Management System**

State of Arizona
**Department of Corrections, Rehabilitation & Reentry**
Procurement Services
701 E. Jefferson Street
Phoenix, AZ 85034

determination or decision about contract performance. The State, in addition to any other rights or remedies, shall be entitled to recover exemplary damages in the amount of three (3) times the value of the Gratuity offered by the Contractor.

9.3. Suspension or Debarment. The State may, by written notice to the Contractor, immediately terminate this Contract if the State determines that the Contractor has been debarred, suspended or otherwise lawfully prohibited from participating in any public procurement activity, including but not limited to, being disapproved as a Subcontractor of any public procurement unit or other governmental body. Submittal of an offer or execution of a contract shall attest that the Contractor is not currently suspended or debarred. If the Contractor becomes suspended or debarred, the Contractor shall immediately notify the State.

9.4. Termination for Convenience. The State reserves the right to terminate the Contract, in whole or in part at any time when in the best interest of the State, without penalty or recourse. Upon receipt of the written notice, the Contractor shall stop all work, as directed in the notice, notify all Subcontractors of the effective date of the termination and minimize all further costs to the State. In the event of termination under this paragraph, all documents, Data and reports prepared by the Contractor under the Contract shall become the property of and be delivered to the State upon demand. The Contractor shall be entitled to receive just and equitable compensation for work in progress, work completed, and Materials or Services accepted before the effective date of the termination. The cost principles and procedures provided in A.R.S. § 41-2543 and A.A.C. Title 2, Chapter 7, Article 7, shall apply.

9.5. Termination for Default.

9.5.1. In addition to the rights reserved in the contract, the State may terminate the Contract in whole or in part due to the failure of the Contractor to comply with any term or condition of the Contract, to acquire and maintain all required insurance policies, bonds, licenses and permits, or to make satisfactory progress in performing the Contract. The Procurement Officer shall provide written notice of the termination and the reasons for it to the Contractor.

9.5.2. Upon termination under this paragraph, all goods, Materials, documents, Data, and reports prepared by the Contractor under the Contract shall become the property of and be delivered to the State on demand.

9.5.3. The State may, upon termination of this Contract, procure, on terms and in the manner that it deems appropriate, Materials or Services to replace those under this Contract. The Contractor shall be liable to the State for any excess costs incurred by the State in procuring Materials or Services in substitution for those due from the Contractor.



| | Uniform Terms and Conditions<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
| --- | --- | --- |

9.6.    Continuation of Performance Through Termination. The Contractor shall continue to perform, in accordance with the requirements of the Contract, up to the date of termination, as directed in the termination notice.

10.   Contract Claims

All contract claims or controversies under this Contract shall be resolved according to A.R.S. Title 41, Chapter 23, Article 9, and rules adopted thereunder.

11.   Arbitration

The parties to this Contract agree to resolve all disputes arising out of or relating to this Contract through arbitration, after exhausting applicable administrative review, to the extent required by A.R.S. § 12-1518, except as may be required by other applicable statutes (A.R.S. Title 41).



| Exhibit A<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
| --- | --- |

**Exhibit A**
**ADCRR Locations**

---

| **ARIZONA STATE PRISONS & FACILITIES** |
| --- |
| Arizona State Prison Complex  - Douglas<br>Physical Address    Mailing Address<br>6911 N. BDI Blvd.    P.O. Drawer 3867<br>Douglas, AZ 85607    Douglas, AZ 85608 |
| Arizona State Prison Complex  - Douglas / Papago Unit<br>Physical Address<br>25-70 E 16th Street<br>Douglas, Arizona 85607 |
| Arizona State Prison Complex  - Eyman / South Unit<br>Physical Address    Mailing Address<br>1305 East Butte Avenue  P.O. Box 629<br>Florence, AZ  85132   Florence, AZ  85132 |
| Arizona State Prison Complex  - Eyman<br>Physical Address    Mailing Address<br>4374 E. Butte Avenue   P.O. Box 3500<br>Florence, AZ 85132    Florence, AZ 85232 |
| Arizona State Prison Complex  - Lewis<br>Physical Address    Mailing Address<br>26700 South Hwy. 85   P.O. Box 70<br>Buckeye, Arizona 85326  Buckeye, Arizona 85326 |
| Arizona State Prison Complex - Perryville<br>Physical Address    Mailing Address<br>2015 North Citrus Road  P.O. Box 3000<br>Goodyear, AZ 85395   Goodyear, Arizona 85395 |



| Exhibit A<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management System | State of Arizona<br>**Department of Corrections, Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
| --- | --- |

Arizona State Prison Complex - Phoenix

| Physical Address | Mailing Address |
| --- | --- |
| 2500 E. Van Buren Street | P.O. Box 52109 |
| Phoenix, AZ 85008 | Phoenix, AZ 85072 |

Arizona State Prison Complex - Safford

Physical Address
896 S. Cook Road
Safford, AZ 85546

Arizona State Prison Complex – Safford / Fort Grant Unit

Physical Address
15500 S. Fort Grant Road
Safford, AZ 85643

Arizona State Prison Complex – Safford / (Globe Unit)

| Physical Address | Mailing Address |
| --- | --- |
| 1000 Fairgrounds Road | P.O. Box 2799 |
| Globe, AZ 85501 | Globe, AZ 85502 |

Arizona State Prison Complex - Tucson

| Physical Address | Mailing Address |
| --- | --- |
| 10000 South Wilmot Road | P.O. Box 24400 |
| Tucson, Arizona 85756 | Tucson, Arizona 85734-4400 |

Arizona State Prison Complex - Winslow

Physical Address
2100 S. Highway 87
Winslow, AZ 86047

Arizona State Prison Complex – Winslow / Apache

| Physical Address | Mailing Address |
| --- | --- |
| 38322 U.S. Highway 180 | P.O. Drawer 3240 |
| St. Johns, AZ 85936 | St. Johns, AZ 85936 |



| Exhibit A<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

Arizona State Prison Complex – Yuma

Physical Address
7125 E. Juan Sanchez Blvd.
San Luis, AZ 85349

Mailing Address
P.O. Box 8909
San Luis, AZ 85349

Correctional Officers Training Academy(COTA)
Physical Address
5601 West Trails End Road
Tucson, Arizona 85745

Maricopa Reentry Center (MRC)
Physical Address
24601 N. 29th Ave.
Phoenix, AZ 85027

Pima Reentry Center (PRC)
Physical Address
1275 West Star Pass Boulevard
Tucson, Arizona 85713

Central Office
Physical Address
701 E. Jefferson Street
Phoenix, AZ 85034



| Exhibit B<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|

**Exhibit B**

**Requirements for Contractors**

---

**STIPULATED REQUIREMENTS FOR CONTRACTORS**

| Parameter | Requirement |
|---|---|
| Alcohol and Illegal Drugs | Prohibited in accordance with Department Order #522, Drug-Free Workplace |
| Background Check and Fingerprinting | Refer to Department Order #602, Background Investigations |
| Identification Cards | • Visiting Contractors for business and training related purposes (i.e., Pre-bid Conferences) – Department-issued visitor cards shall be worn at all times.<br><br>• All other contractors – Refer to Department Order #515, Employee Identification System |
| Tuberculosis (TB) Clearance | Refer to Department Order #116, Employee Communicable Disease Exposure Control Plan |
| Grooming Standards | Refer to Department Order #503, Employee Grooming and Dress |
| Personal Property | For personal property requirements, refer to Department Orders #513, Employee Property and #109, Smoking and Tobacco Products.<br><br>Camera/Cellular Phone:<br><br>• Visiting contractors – Permitted in presence of Department escort; restricted to business-related purposes only.<br><br>• All other contractors – Permitted with Warden's approval, use restricted to business-related purposes only. |
| Vehicles | Vehicles shall be locked and parked only in designated areas. |
| Tool Inventories | • Visiting contractors – N/A<br><br>• All other contractors – Complete inventory to be maintained on site |
| Work Area | Contractors shall remain in their authorized work area(s) at all times under the direction of the Warden, Bureau Administrator, Contract Coordinator or designee. |



| | **Exhibit C**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management**<br>**System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

**Exhibit C**
**Security Policy Table**

| Policy # | Policy Name | Compensating Controls<br>Rationale for Exception |
|---|---|---|
| P8110 | Data Classification | RFID vendor adheres to the Arizona Statewide Policy for P8110 Data Classifications.<br><br>ADCRR encrypts confidential data, properly disposes, destroys or deletes data, limits access to confidential information, and securely stores confidential data. Users are given access to confidential data only as required to perform job duties. |
| P8120 | Information Security Program | RFID vendor adheres to the Arizona Statewide Policy for P120 Information Security Program.<br><br>ADCRR - IT BUREAU will maintain and update the System Security Plan annually. ADCRR will manage the security risk for the RFID vendor application by completing Security Risk Assessment, Vendor Risk Management, Third Party Risk Assessment, and vulnerability scanning. |
| P8130 | System Security Acquisition | RFID vendor adheres to the Arizona Statewide Policy for P8130 System Security Acquisition.<br><br>RFID vendor will be responsible for applying operating system updates, security patches, AWS provided security group firewall and software updates.<br><br>AWS will be responsible for protecting the infrastructure that runs all of the services offered in the AWS Cloud. This infrastructure is composed of the hardware, software, networking, and facilities that run AWS Cloud services. |
| P8210 | Security Awareness Training | ADCRR - IT BUREAU adheres to the Arizona Statewide Policy for P8210 Security Awareness Training. |
| P8220 | System Security Maintenance | RFID vendor adheres to the Arizona Statewide Policy for P8220 System Security Maintenance.<br><br>ADCRR-IT BUREAU uses Splunk to consolidate and monitor login attempts.<br><br>RFID vendor's website is SSL encrypted and cannot eavesdrop on data in transit.<br><br>RFID vendor utilizes TLS 1.2 encryption. |
| P8230 | Contingency Planning | RFID vendor adheres to the Arizona Statewide Policy for P8230 Contingency Planning.<br><br>ADCRR-IT BUREAU maintains a Disaster Recovery Plan which is updated annually or when there are changes. ADCRR conducts annual Disaster Recovery testing. |
| P8240 | Incident Response Planning | RFID vendor adheres to the Arizona Statewide Policy for P8240 Incident Response Planning. |

Exhibit C
ADCRR Tracking No. 24-042-29

Page 68 of 71



| | Exhibit C<br>Solicitation No. BPM005593<br>RFID – Inmate Tracking and Management<br>System | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

| P8250 | Media Protection Policy | ADCRR - IT BUREAU  adheres to the Arizona Statewide Policy for P8250 Media Protection Policy.<br><br>ADCRR  limits access to people that maintain and support the RFID vendor application. |
|---|---|---|
| P8260 | Physical Protections | ADCRR adheres to the Arizona Statewide Policy for P8260 Physical Protections.<br><br>ADCRR provides physical security around desktop computers and other devices in the ADCRR offices.<br><br>AWS will be responsible for protecting the infrastructure that runs all of the services offered in the AWS Cloud. This infrastructure is composed of the hardware, software, networking, and facilities that run AWS Cloud services |
| P8270 | Personnel Security Controls | ADCRR Human Resources or Inspector General completes background checks for all vendors as part of the hiring process. |
| P8280 | Acceptable Use | ADCRR adheres to the Arizona Statewide Policy for P8280 Acceptable Use.<br><br>All ADCRR users receive, review and sign the required  Agreement with the RFID vendor prior to receiving credentials to access the RFID vendor Application. |
| P8310 | Account Management | ADCRR adheres to the Arizona Statewide Policy for P8310 Account Management.<br><br>RFID vendor will follow the SOW for creating accounts within the RFID vendor application. |
| P8320 | Access Control | ADCRR adheres to the Arizona Statewide Policy for P8320 Access Controls.<br><br>RFID vendor will follow the SOW for account access within the RFID vendor application. |
| P8330 | System Security Audit | ADCRR adheres to the Arizona Statewide Policy for P8330 System Security Audit. |
| P8340 | Identification and Authentication | ADCRR adheres to the Arizona Statewide Policy for P8340 Identification and Authentication.<br>RFID vendor uniquely identify users that access the RFID vendor system. Users are maintained and have role based security access with password-based authentication. |
| P8350 | System and Communication Protection | ADCRR adheres to the Arizona Statewide Policy for P8350 System Communication Protection.<br>RFID vendor creates and maintains user roles to limit user access for what is needed for their specific role within the RFID vendor Application. |
| P8410 | System Privacy | RFID vendor will  have all RFID vendor participants review and sign the Participant Rights and Obligations Form to authorize collection, use, maintenance, and sharing of personal identifiable information (PII).<br>ADCRR Program will collaborate to create roles and limit access for RFID vendor users to access data as required for their job. |

Exhibit C
ADCRR Tracking No. 24-042-29
Page 69 of 71



| | **Exhibit D**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management System** | State of Arizona<br>**Department of Corrections,**<br>**Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |
|---|---|---|

**Exhibit D**
**Designated Prioritized Area List**

| Priority | Complex | Area | Address |
|---|---|---|---|
| 1 | Eyman | Browning Unit | 4374 E. Butte Ave.<br>Florence, AZ 85132 |
| 2 | Lewis | Rast Maximum Custody including Watch Cells | 26700 S. Highway 85<br>Buckeye, AZ 85326 |
| 3 | Lewis | Morey Detention | 26700 S. Highway 85<br>Buckeye, AZ 85326 |
| 4 | Lewis | Stiner Detention | 26700 S. Highway 85<br>Buckeye, AZ 85326 |
| 5 | Lewis | Bachman Detention | 26700 S. Highway 85<br>Buckeye, AZ 85326 |
| 6 | Eyman | SMU I Unit | 4374 E. Butte Ave.<br>Florence, AZ 85132 |
| 7 | Tucson | Cimarron Detention | 10000 S. Wilmot Rd.<br>Tucson, AZ 85734 |
| 8 | Tucson | Manzanita Detention | 10000 S. Wilmot Rd.<br>Tucson, AZ 85734 |
| 9 | Tucson | Complex Detention Unit | 10000 S. Wilmot Rd.<br>Tucson, AZ 85734 |
| 10 | Tucson | Rincon Mental Health Watch Cells | 10000 S. Wilmot Rd.<br>Tucson, AZ 85734 |
| 11 | Tucson | Winchester Detention | 10000 S. Wilmot Rd.<br>Tucson, AZ 85734 |
| 12 | Yuma | Cheyenne Detention | 7125 E. Cesar Chavez Blvd.<br>Yuma, AZ 85349 |
| 13 | Yuma | Dakota Detention including Mental Health Watch Cells | 7125 E. Cesar Chavez Blvd. |



| | | | State of Arizona |
|---|---|---|---|
| | | **Exhibit D**<br>**Solicitation No. BPM005593**<br>**RFID – Inmate Tracking and Management System** | **Department of Corrections, Rehabilitation & Reentry**<br>Procurement Services<br>701 E. Jefferson Street<br>Phoenix, AZ 85034 |

| | | | Yuma, AZ 85349 |
|---|---|---|---|
| 14 | Perryville | Lumley Detention | 2105 N. Citrus Rd.<br>Goodyear, AZ 85395 |
| 15 | Perryville | Complex Watch Cells | 2105 N. Citrus Rd.<br>Goodyear, AZ 85395 |
| 16 | Perryville | Complex Ward | 2105 N. Citrus Rd.<br>Goodyear, AZ 85395 |
| 17 | Winslow | Complex Detention including Watch Cells | 2100 S. Highway 87<br>Winslow, AZ 86047 |
| 18 | Douglas | Mohave Detention including Watch Cells | 6911 N. BDI Blvd.<br>Douglas, AZ 85607 |
| 19 | Safford | Fort Grant Miles Detention including Watch Cell | 896 S. Cook Rd.<br>Safford, AZ 85546 |
| 20 | Phoenix | Complex Watch Cells | 2500 E. Van Buren St.<br>Phoenix, AZ 85008 |