United States District Court In and For the District of **Arizona**
Division of **Phoenix**

FILED ✓ ___ LODGED
RECEIVED ___ COPY

AUG 3 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Alfred Erik Caraffa ADC#350727 and Shawn Jensen et al.,

Plaintiff(s)

vs.

Ryan thornell et al.,

Defendant(s)

Case Number
2-12-CV-00601-PHX-ROS

Statement of New ongoing FACTS

I, Alfred Erik Caraffa ADC#350727 Being Pro se for myself And A class member of the Above cited class Action civil suit also unlawfully housed at Arizona State Prison Complex-Tucson on the

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE **CIVIL 5.4, 7.1 (a)(1)**
(Rule Number/Section)

722

1 of 22

Medical/Mental Health treatment program unit. Rincon Compound in Building 41 Housing unit six A Run in cell 02.

Hereby enter this statement of the ongoing facts to Honorable Judge Silver of the U.S. District Court of Arizona.

Fact ONE- the Arizona Dept of Corrections has violated the U.S. Constitution to the First and Fourteenth Amendment(s) By Abridging and setting limitation(s) to filing grievances to Address issue(s) with the government entity of the Defendant(s)

the First Amendment clearly states that "Congress shall make NO Law that Abridges the right to redress the

2 of 22 of 122

government for grievances"

also the U.S. Constitutional Law of the fourteenth Amendment states No State shall make or enforce any Law that Deprives the Due process of Law.

Employes of the Arizona Dept. of Corrections in official and Individual Capacities have under color of Law Abridged the time to filing of Inmate grievances by Exhibits of Evidence 1 to 15 and 16/17 of 17. and have enforced a Law that doesn't Exsist constitutionally to the 14th Amendment of the United States Constitution.

By the Grievance Coord. own Statements in Exhibits of Evidence on July 4th 2023 only two meals were served. Not three. Every weekend since May 29th 2023 the Defendant(s) in

3 of 22 of 122

Official and Individual Capacities under color of Law have Not Been in full Compliance with the federal U.S. District Court of Arizona order and Injunction.

which Alfred Erik Caroffe ADC#350727 filed two civil action(s) that Addressed those issue(s) of food Being served only twice per day.

The order clearly states two separately provided meals of equal carolies and Nutrition value.
Exhibit of Evidence Rmk 134A pg 2of2 of 15 of 17 total states "2 meals were served" Brunch meals consist of two meals A Hot meal and A cold meal fruit/cereal and A lowfat milk (1) cup of cereal A 6oz cup. Does Not have the same carolies As the rest stated As A Brunch. the ADCRR is Providing false Information to the U.S. District Court and in Inmate Grievance's to hide the fact(s) of NON-compliance with

4 of 22 of 722

this statement of ongoing facts as Plaintiff Exhibit 733A430BBK also Exhibit of Evidence 4A36CD shows I've been writting Inmate Grievances on the meals issue(s) before May 20th 2023 at least. this Grievance went unprocessed As well.

Over 600 Breakfast sacks, 10,000 single cookies and 10,000 coffee packs with 2,300,000 Dollars or 260 Billion in civil class Action Damages. the ADCRR decides to deny and cover-up with false statement(s) In grievance forms under the first Amendment U.S. Constitution.

Exhibit ADCRR 7/24/23 - is how the ADCRR Is Addressing their common problems with A one page "Aceeptness for your Behavior" Sheet. (Also An Exhibit in 23-15873) In the

9th circuit court of Appeals.

Exhibits of plaintiff evidence dated 7/26/2023 (3 of 3 pages) is the cost of copies And document for one week. ten (10) document(s), 119 pages written. with exhibits of Evidence.
Some copies were denied to be copied $17.85 in copies for one week. pgs. 1/2/3 of 14

pg 4 of 14 is for the week of July 24th 2023 (9) Nine total Document(s). In A single week the ADCRR will Not provide weekly Legal Supplies. And the paralegal plan out Refuses to provide white #10 Envelopes At the cost of 10 cents for (5) five.

those 4 or 6/7 paged document(s) could have been sent out in An #10 white envelope at cost of two cents each envelope.

7 of 22 of 122

This civil Action call for the Federal U.S. District Court to help enforce the order and Injunction which has Been Denied and Deprived by the officers of the ADCRR, For Months, with nothing Done to ~~deter~~ Unlawful Behavior.

Therefore I'm seeking the Sum of Full ~~compensation~~ ~~350 Million dollars~~ in Relief and Compensation for Not Eating, Meals Not given by the Defendant(s). And Enforcement of the order and Injection.

THE WORD OF GOD
ADC#350727
July 28, 2023

Amended 8/27/2023

8 of 22 of 122