The federal court(s).

If 100 or 200 Inmates did not comply with An U.S. District Court order, what would happen?

But in this case of starving people to save a few dollars on meals or to charge 26.00 for A sandwich from Ken's BBQ in A fundraiser provided by this Prison Complex that went in yesterday. (or 2.11 Dollars for cornbread or 6.33 for cole slaw/or Potato salad. Another Bighouse sandwich was 29 dollars and some thing.

So this prison will only give two meals on the weekends/holiday's. while they have Institutional fundraisers like the last one 23.00 for A signature Pizza. Plain cheese pizza (8 slices).

The eight paged Exhibit of Constitutional Error and default Judgment Rule 55(d) Fed. Rules of civil procedure is Included with

5 of 22 of 722