THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CIVLR 5.4, 7.1 (a)(1), (2), (3)
(Rule Number/Section)

Case 2:12-cv-00601-ROS   Document 4475   Filed 08/24/23   Page 1 of 3

FILED ___ LODGED ___
RECEIVED ___ COPY ___
AUG 24 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-12-601-PHX-ROS

Honorable Judge Silver,   8-3-23

Thank you for reading my previous letter and for opening a civil case based on information I provided in regards to conditions at ADOC Lewis Rast Max. I received notification from Judge Tuchi; the civil case was filed improperly; I was instructed to refile and pay a $350 fee which I cannot afford to do. I did not expect you to file a civil case, I only sent you the letter to inform you of problems regarding safety and loss of privileges, but thank you for your concern.

Today, 8-3-23 at 11:10am, a tour of inspectors came through our facility. I requested to speak with one of the monitors tasked by your court to assess mandated changes. I assumed monitors would welcome feedback from inmates; my request was denied; can your court send me contact information on how to correspond with monitors?

8-7-23: Today I was brought in to speak with administration and told that I can no longer be housed in protective Max custody. Even though I have been moved to 8 different yards and assaulted 7 times in 7 years I was notified that Director Thornell is shutting down the entire Max custody facility here at Lewis. Administration is forcing all inmates to return to general population yards regardless of the threat to safety. Instead of providing a protective custody Max custody environment responsive to your injunction mandates, this facility is being closed. I have serious PTSD; I am a high profile status inmate who cannot be housed in general population. I was told that in 4-6 weeks I would have 2 options: refuse to house and be moved to detention where I would lose all privileges - even though I am a minimum security classified inmate with exemplary behavior; or, I would be forced to move

out of state, away from family and friends by interstate compact.

Either choice is a lose/lose - I am being forced to make a choice of losing visitation with family and friends and forced to move into a less safe environment because Lewis Rast Max protective custody will be closed instead of conforming to your court ordered mandated improvements.

Dozens of inmates will be forced into dangerous, life threatening circumstances by the closure of Lewis Max Rast as a housing option. By Director Thornell closing this Lewis Rast Max facility, my only option for safety is to apply for interstate compact; to move away from family, and potentially back into an unsafe environment.

I reread your injunction and I cannot find a mandate to close this protective Max custody facility, however CO3 Garcia and CO3 Larios have asserted the mandate to move to an unsafe housing location or move to detention.

Thank you for your efforts to reform conditions at Lewis Rast Max; I assumed the reform would improve safety and quality of life for people who have suffered indignities of indifference. Now rather than to accommodate your mandates many of us who have no other safe options will be without Max protective custody. Was this your intention to completely shut down Lewis Max Rast? Are we being punished by the injunction?

Thank you,

Chris Simcox  #311769
Lewis Rast Max
Buckeye, AZ  85326

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate SIMCOX, CHRIS
ADC# 311769
Arizona State Prison Complex LEWIS
Unit Rast Max
City Buckeye         AZ 85326



Honorable Roslyn O. Silver
United States District Judge
Sandra Day O'Connor
U.S. Courthouse Suite 624
401 W. Washington ST. SPC 59
Phoenix, AZ  85003-2158