FILED ✓ LODGED
RECEIVED COPY

SEP 0 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Case 2:12-cv-00601-ROS  Document 4476  Filed 09/01/23  Page 1 of 4

#1  6-AUG-2023   PLEASE STOP THE FORCED SUICIDES OF INMATES TO GET AWAY FROM ABUSIVE ADC STAFF

TO - JUDGE ROSLYN-O-SILVER    CV-12-601-PHX-ROS

#1
ADC MEDICAL NAPHCARE STATES YOUR COURT ORDER DOES NOT APPLY TO NAPHCARE

#2
ADC AND MEDICAL ARE REFUSING TO COMPLY WITH YOUR COURT ORDER

#3
MOST INMATES STILL DONT HAVE HEALTHCARE

#4
ADC STAFF ARE CONSTANTLY RETALIATING AGAINST ME FOR COMPLAINING ABOUT NO HEALTH CARE AND PRISON CONDITIONS FOR OVER 17 YEARS NOW AND THIS RETALIATION CONTINUES TO THIS DAY

#5
NAPHCARE IS STILL CONSTANTLY OUT OF MEDICAL PILLS INMATES REQUIRE TO TAKE

#6
PAGE 8 OF 67 LINE-18 - NOTHING IS SET UP FOR INMATES TO CONTACT THE COURT APPOINTED MONITORS PER YOUR ORDER THIS WAS TO BE DONE ON 4-JULY-2023 IT IS NOW 6 AUG AND THIS IS NOT DONE

#7
NOTHING IN YOUR COURT ORDER HAS BEEN DONE BY ADC OR NAPHCARE - ADC ADMINISTRATIVE STAFF SEE YOUR COURT ORDER AS A JOKE AND DOES NOT NEED TO BE COMPLIED WITH

#2
FORCED SUICIDES OF INMATES TO GET AWAY FROM ABUSIVE ADC STAFF ARE A "STANDARD" AT ADC

#8
INMATES ARE STILL BEING GIVEN TRASH FOOD AND BEING STARVED 1200 TO 1800 CALORIES A DAY

#9
WORTHRISES.ORG   LAYS OUT THE HIG CAPITAL SCAM AGAINST ARIZONA TAXPAYERS HIG CAPITAL OWNS KEEFE STORE AND TRINITY FOOD — TRINITY FOOD STARVES INMATES TO FORCE INMATES TO BUY MORE FOOD FROM KEEFE STORE TO KEEP FROM STARVING

#10
MISSISSIPPI STATE ATTORNEY GENERAL IS PURSUING A LAWSUIT AGAINST KEEFE FOR FRAUD AND BRIBERY WHY IS NOT ARIZONA LOOKING INTO THE FRAUD AND BRIBERY BY KEEFE IN ARIZONA

#11
PRISONLEGALNEWS.ORG
HAS VAST CASES OF FRAUD AND BRIBERY AGAINST KEEFE AND TRINITY FOOD

#12
WHY ARE YOU NOT ENFORCING YOUR COURT ORDER... WHY

#13
PAGE 9 OF 67 — LINE 27 FOOTNOTE #4
I AM CONSTANTLY RETALIATED AGAINST FOR GATHERING AND PRODUCING INFORMATION RELEVANT TO DEFENCE PERFORM AND NO ONE STOPS THIS — YOUR COURT ORDER SEEMS UNENFORCEABLE — IS IT ENFORCEABLE IN ANY WAY —

#14
PAGE-24-OF 67PAGES-LINE 13 - WITHIN 3 MONTHS OF THIS ORDER-7 PHYSICIANS TO BE ALLOCATED...
I AINT SEEN A "REAL" DOCTOR IN A COUPT OF YEARS JUST RN AND "THE PROVIDER" WHATEVER THAT IS IT AINT A "REAL" DOCTOR

#15
PAGE 19 OF 67 PAGES LINE 23   OVERALL SYSTEM IMPROVEMENT...
THE GRIEVANCE PROCESS IS A JOKE...
AdC STAFF do NOT RESPOND TO FORMS AND ACTUALLY GIVE YOU TICKETS FOR FILING FORMS ABOUT PRISON CONDITIONS - VEXATIOUS FOR A TICKET

#16
I AM CONSTANTLY PUT ON REPORT AND GIVEN PETTY TICKETS FOR YOU NAME IT - LAST WEEK I WAS PUT ON REPORT FOR ABUSING MAIL... AdC STAFF HAS NEVER HEARD OF SUCH A THING

#17
AdC INSTANTLY RETALIATES AGAINST AdC STAFF IF THEY REPORT AdC STAFF ABUSE OR AdC PROBLEMS

#18
AdC CONSIDERS YOUR COURT ORDER A JOKE AND AdC STATES THEY do NOT HAVE TO COMPLY WITH YOUR COURT ORDER FOR AFTER 12 YEARS OF YOU TELLING THEM TO do STUFF AND AdC REFUSES TO do IT... OBVIOUSLY THERE ARE NO REPERCUSSIONS FROM YOU FOR AdC TO REFUSE TO COMPLY WITH YOUR COURT ORDER - SOOO.... WHY COMPLY AdC SAYS

KEMP-HORTON-202496-POBOX-24403 TUCSON AZ
85734

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate
ADC# KEMP HORTON 302496
Arizona State Prison Complex
Unit
City PO BOX 24403 AZ
TUCSON AZ
85734

AdC IS REFUSING
TO COMPLY WITH
YOUR COURT ORDER
JENSEN V THORNELL
NO INTEGRITY
NO OVERSIGHT
NO ACCOUNTABILITY
THAT IS AdC

TO - JUDGE - ROSLYN - O - SILVER
401 - W - WASHINGTON - #130
PHX - AZ
85003

23 AUG 2023 PM 10 L

**INSPECTED**

85003-215030