TO JUDGE ROSLYN O SILVER

PLEASE STOP ALLOWING ADC TO FORCE SUICIDE INMATES TO GET AWAY FROM ABUSIVE ADC STAFF AND TO GET AWAY FROM THE CONSTANT RETALIATION AGAINST SPECIFIC INMATES

ADC FORCED SUICIDED INMATE LAST NAME FARMER TO GET AWAY FROM ABUSIVE ADC STAFF AND FORCE SUICIDED THE GUY ACROSS FROM ME IN FLORENCE PRISON

ADC POLICY OF ABUSING HARASSING RETALIATING ASSAULTING INMATES NEEDS TO END AND THE ONLY WAY TO STOP THE CULTURE OF ADC STAFF ABUSING HUMANS IS THROUGH A COURT ORDER

PLEASE HELP THE ABUSE OF HUMANS BY ADC STAFF IS A "STANDARD" PROCEDURE AT ADC AND NOT GIVEN A SECOND THOUGHT

Kep

KEMP-HORTON-202496
PO BOX-24403
TUCSON-AZ
85734

FILED ✓
AUG 3 0 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE Civil 5.4, 7.1(a)(1)
(Rule Number/Section)

TO-JUDGE-ROSLYN-O-SILVER

PLEASE REQUIRE ADC TO GIVE A WARNING FOR FIRST TIME OFFENSE TICKETS

I JUST RECEIVED A MAJOR FELONY TICKET FOR WRITING AN INMATE IN ANOTHER STATE I did NOT KNOW I COULD NOT WRITE OTHER STATE INMATES

IT IS ABSURD THE MAJOR FELONY TICKETS I HAVE BEEN GIVEN FOR VERY MINOR ISSUES

I HAVE BEEN CONSTANTLY RETALIATED AGAINST FOR OVER 17 YEARS NOW FOR COMPLAINING ABOUT NO HEALTH CARE AND PRISON CONDITIONS

PLEASE STOP THIS CONSTANT RETALIATION

Kemp

KEMP-HORTON-202496
PO BOX-24403
TUCSON AZ
85734

Case 2:12-cv-00601-ROS Document 4477 Filed 08/30/23 Page 3 of 3

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate: KEMP HORTON
ADC#: 202496
Arizona State Prison Complex
Unit:
City: PO BOX 24403
TUCSON AZ
85734

AdC IS REFUSING
TO COMPLY WITH
YOUR COURT ORDER
JENSEN V THORNELL
NO INTEGRITY
NO OVERSIGHT
NO ACCOUNTABILITY
THAT IS AdC

TO - JUDGE - ROSLYN - O - SILVER
401 - W - WASHINGTON - #130
PHX - AZ
85003

23 AUG 2023 PM 10 L

INSPECTED
85003-215030