IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Thornell, | |
| Defendant. | |

The Court received a series of filings from class members. One class member filed a notice detailing alleged ongoing deficiencies in the provision of meals at the Yuma Complex's Cibola Unit (Doc. 4454). The prisoner wished to remain anonymous to avoid retaliation so that document will be sealed and no additional action will be taken.

Class member Kemp Horton mailed a document to the Court concerning the ongoing denial of medical care and insufficient and rotten meals in the Tucson Complex (Doc. 4456). He also explained he has painful skin sores that medical staff refused to treat. That document will be opened as a separate action.

Class member Kyron Grow filed a document indicating correctional officers force prisoners to choose between dialysis treatment and recreation (Doc. 4457). He also alleged meals are inconsistently provided, which affects his diabetes, but he has not seen a dietitian as directed. This document will be opened as a separate action.

Class member Paul Robledo submitted a letter explaining that a nurse practitioner modified his psychiatric medication prescription from "keep on person" to "directly

observed therapy" in violation of the injunction (Doc. 4461). This will be opened as a separate action.

Class member Andres De La Torre filed a Motion to Intervene/Preliminary Injunction claiming he has been held in solitary confinement for five years without meaningful review of his conditions of confinement, in violation of his due process rights (Doc. 4470). He asserted he has been reclassified to close custody but remains housed in solitary confinement and has been denied human contact for an extended period of time, causing psychological and physical injury. The motion will be denied but will be opened as a separate action.

Finally, class member Chris Simcox mailed a document to the Court regarding his contemplated transfer from maximum protective custody to general population. Mr. Simcox previously mailed a letter to the Court about the conditions in maximum custody, which was opened as a separate civil action (Doc. 4443). In his current letter, Doc. 4475, Mr. Simcox indicated he does not wish to pursue a separate action, but wanted to alert the Court his only option is to seek an interstate compact transfer or be put at risk in general population. No additional action will be taken.

Accordingly,

**IT IS ORDERED** the Notice re: Food Service filed at Doc. 4454 must be **sealed**.

**IT IS FURTHER ORDERED** the Clerk of Court shall open Docs. 4456, 4457, 4461, and 4470 as separate civil actions, directly assigned to the undersigned.

**IT IS FURTHER ORDERED** Andres De La Torre's Motion to Intervene/Preliminary Injunction (Doc. 4470) is **denied**.

Dated this 1st day of September, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge