(1)

FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___
SEP 0 8 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

AUGUST 31, 2023

UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
401 WEST WASHINGTON STREET
PHOENIX, ARIZONA 85003-2119

CV-12-00601-PHX-ROS

SENIOR U.S. DISTRICT JUDGE ROSLYN O. SILVER

I AM HAVING SEVERE ACTS OF RETALIATION, HARASSMENT, ABUSE; VIOLATIONS OF FEDERAL COURT ORDERS AND STATE LAWS OBSTRUCTING MY ARIZONA 70% SENATE BILL TO REDUCE MY RELEASE DATE. I HAVE TRIED TO OBTAIN A COPY OF THE ARIZONA 70% SENATE BILL THROUGH THE ADCRR, TO WHICH I HAVE BEEN BEEN DENIED BY THE ADCRR STAFF IN ADDITIONAL ACTS OF RETALIATION.

WHEN I WAS HOUSED AT THE ASPC LEWIS-MOREY "AKA MURDER MOREY" FACILITY, I WAS NOTIFIED THAT I HAD QUALIFIED FOR THE 70% SENATE BILL FOR AN EARLY RELEASE OF WHICH I HAD TO PARTICIPATE IN A COURSE(S), THE COGNITIVE-BEHAVIORAL CURRICULUM WHICH I WAS PARTICIPATING IN WITH OTHER INMATES FROM BOTH SIDES, RED AND BLUE OF THE

(2)

MOREY UNIT AFTER THE AGGRAVATED ASSAULT AGAINST MYSELF BY MEMBERS OF THE ARYAN BROTHERHOOD AT THE MOREY UNIT WHICH IS SUPPOSE TO BE INVESTIGATED BY DETECTIVES OF THE CRIMINAL INVESTIGATION UNIT (CIU) OF WHICH THEY HAVE THE IDENTIFIED SUSPECTS FROM MOREY UNIT FROM MY IDENTIFICATION FROM A PHOTO. I WAS MOVED TO THE ASPC LEWIS-STEINER "AKA, STICK-EM STEINER" UNIT WHERE I STARTED DEALING WITH CO-III CORTEZ, MY COURSE ASSOCIATED WITH MY 70% SENATE BILL WAS DISCONTINUED, OBSTRUCTED FIRST BY CO-III CORTEZ, I WAS TOLD THE COURSE WAS NOT OFFERED AT THE STEINER UNIT BECAUSE THE CO-III'S WERE NOT TRAINED, CERTIFIED IN REHABILITATION AND REENTRY COURSES AS MANDATED BY THE FEDERAL GOVERNMENT.

AFTER A MONTH TO SIX (6) WEEKS OF BEING HOUSED AT THE STEINER UNIT AND HEALING AFTER THE AGGRAVATED ASSAULT BY THE ARYAN BROTHERHOOD MEMBERS AND/OR GANG MEMBERS AS IDENTIFIED BY THE ARIZONA GANG TASK FORCE THAT I SPOKE TO AT HOSPITAL, I WAS MOVED AGAIN THIS TIME TO THE ASPC LEWIS-BUCKLEY UNIT RED SIDE, NOTE THAT THE OFFICERS OF

(3)

THE SPECIAL SECURITY UNIT (SSU) AT MOREY WERE UPSET THAT I SPOKE TO THE ARIZONA GANG TASK FORCE AT THE HOSPITAL.

AT BUCKLEY IS WHERE I WAS CAUGHT ALONE WITH REPORTING TO THE INSPECTOR GENERAL AND OMBUDSMAN, THROUGH REGIONAL DIRECTOR JULIE ROBERTS BUCKLEY WAS SUPPOSE TO BE WHERE I WAS TO BE PLACED IN A PROTECTIVE CUSTODY UNIT AND WHEN I ARRIVED I WAS PLACED ON THE RED SIDE, I WAS PLACED IN BUILDING-FOUR A SECURITY THREAT GROUP UNIT WHERE THE INMATES HAVE MURDER SENTENCES, I HAVE DUI SENTENCES WITH NO BODILY OR PROPERTY DAMAGE, CLEARLY ANOTHER ACT OR ACTS OF RETALIATION, HARASSMENT, ABUSE, AND GROSS FELONY ACT OF DELIBERATE ENDANGERMENT.

AT ASPC LEWIS, WHICH INCLUDES BUCKLEY, ONCE AGAIN THERE ARE NO POSTINGS ON INMATE BULLETIN BOARDS CONCERNING ACTS OF RETALIATION IN VIOLATION OF FEDERAL COURT ORDERS; AT BUCKLEY WHERE CO-IV MOISES R. VARGAS HAS AND IS CONSTANTLY EXECUTING ACTS OF RETALIATION, HARASSMENT, ABUSE, AND LYING IN FORMS OF VERBAL

(4)

AND STATE WRITTEN INSTRUMENTS A FELONY TO MYSELF, THE INSPECTOR GENERAL'S OFFICE, THE INMATE OMBUDSMAN KIMBERLY CURRIER; CO-III CORTEZ OF ASPC LEWIS-STEINER WAS ALSO CAUGHT CONSTANTLY LYING IN THE SAME MANNERS.

CO-IV MOISES R. VARGAS, INMATE GRIEVANCE COORDINATOR WOULD DELIBERATELY OBSTRUCT INFORMAL COMPLAINTS AND FORMAL GRIEVANCES AT THE BUCKLEY UNIT AND HAS AND IS DELIBERATELY OBSTRUCTING MY AUTHORIZED AND APPROVED EARLY RELEASE UNDER THE 70% SENATE BILL ON MULTIPLE LEVELS, TO EXTREMES, THAT EVEN THERE ARE NO INSTRUCTORS AT THE BUCKLEY UNIT WHICH IS A PROVEN LIE, SINCE THE REQUIRED COURSE IS CURRENTLY ONGOING WHICH HE LATER STATED WHEN HE WAS CAUGHT LYING, SO HE STATED THAT I WAS ON THE WRONG SIDE (RED) OF THE YARD, WHERE THE COURSE IS CURRENTLY BEING ATTENDED BY INMATES ON THE BLUE SIDE, I WOULD HAVE TO MOVE TO THE BLUE SIDE TO ATTEND THE COURSE.

INFACT INMATES, AS STATED BY INMATES ON THE RED SIDE WERE I AM HOUSED, INMATES

(5)

ON THE RED AND BLUE SIDES ARE PARTICIPATING IN THE CURRENT COURSE, THUS I AM RECEIVING ACTS OF RETALIATION, HARASSMENT, ABUSE BY AND FROM CO-IV MOISES R. VARGAS AND OTHER STAFF AT THE BUCKLEY UNIT SUPPORTING CO-IV VARGAS, A FACT SINCE HIS ACTIONS WERE REPORTED TO THE INSPECTOR GENERAL'S OFFICE WHO WOULD HAVE CONTACTED THE DEPUTY WARDEN, ASSOCIATE DEPUTY WARDEN, AND WARDEN WHERE NOTHING WAS DONE.

I AM NOT THE ONLY INMATE THAT HAS QUALIFIED FOR THE 70% INMATE SENATE BILL WHERE THERE EARLY RELEASE UNDER THE 70% SENATE BILL IS DELIBERATELY BEING OBSTRUCTED BY STAFF AT BUCKLEY.

COPIES OF THIS DOCUMENT HAVE BEEN MAILED TO THE FOLLOWING:

(1) PRISON LEGAL OFFICE
(2) ACLU-ARIZONA
(3) ABC-15 DAVE DISCOBING
(4) GOVERNOR KATIE HOBBS
(5) ATTORNEY GENERAL KRIS MAYES
(6) INSPECTOR GENERAL

(6)

(7) OMBUDSMAN KIMBERLY CURRIER
(8) REGIONAL DIRECTOR JULIE ROBERTS
(9) DIRECTOR RYAN TORNEL
(10) U.S. DISTRICT JUDGE ROSLYN O. SILVER
         CV-12-00601-PHX-ROS

*[signature]*

MARK STEVEN FORISTER
301007-4C03
ASPC LEWIS-BUCKLEY
POST OFFICE BOX 70
BUCKEYE, ARIZONA 85326