IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

☒ FILED   ☐ LODGED
Sep 14 2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al. | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | DEFENDANTS VIOLATION OF ORDER AND PERMANENT INJUNCTION |
| V | |
| Ryan Thornell, et al, | Honorable Roslyn O. Silver Senior United States District Judge |
| Defendants | |

Honorable Judge Roslyn O. Silver, my name is Preston A. Strong #256997 I'm a Death Row Inmate in Arizona Prison system. The reason I'm contacting you is regarding because the Defendant in the case No. CV-12-00601-PHX-ROS Shawn Jensen, et al, Plaintiff V. Ryan Thornell, et al, Defendants is violating the April 7, 2023 Order and Permanent Injunction. I want the Courts to know NaphCare and The Arizona Department

Rehabilitation Reentry is not following the Injunction it agreed to with the Courts.

I've been diagnosis with Hepatitis C (Inflammation of the Liver) in early 2022. Instead of providing me with proper medical treatment as agreed to in Section 11. Disease Specific Requirements 11.1 Hepatitis C section of the Courts Injunction. I was lied to until March 2023 about my diagnosis which NaphCare medical staff convinced their contract offsite Doctor to say otherwise to lie on say that I don't have Inflammation to the Liver or intestines to cover-up their wrongdoing.

I filed a civil suit in January 2023 related to this matter but is having a difficult time obtaining his medical records because NaphCare is deleting and Altering medical records to make

(2)

it appear that they ~~do~~ wasn't aware of my diagnosis. They have gone as far as to have a offsite GI Doctor prescribe anti-depression medication because the pain is in my head. This was done to make it appear I'm imagining my pain from the inflammation to my Intestines and Liver.

    My family has tried to reach the Lawyers from the ACLU who represented Jensen but was unsuccessful. Hopefully the Courts can address this matter and investigate my allegations.

RESPECTFULLY SUBMITTED this 14 day of September 2023

*Preston A. Strong*

(3)