Things MONITORS for     Page 1 of 1

CASE NO. CV-12-00601-PHX-ROS

1) NAPHCare medical and ADCRR has committed medical malpractice
2) and ADCRR Not feeding All Diabetic with Insulin in a timly manner.
3)
4) 1) N.P. Pong fails to treat my diabetic Nerve damage,
5) as a type (2) diabetic. she prescribes IBU 600mg
6) 2) N.P. PONG fails to treat my bone spurs I have
7) in my heels, with proper medication, gives me
8) Tylenol.
9) 3) ADCRR Fails to feed All diabetic in time frame
10) that is ordered in permanent injuction, of Jensen V. Thornell
11) section/page 32-10.2.3. we are given a simple snack
12) for am. 1 small pack of gram crackers or 3 packs of
13) crackers.
14) 4) All medications are not ordered in a timly manner
15) as stated in section/page 35-10.5.5
16) 5) Hep C. treatments not being met as stated in page 35-
17) 36 section 11.0; 11.1; 11.1.1; 11.1.4; 11.1.5
18) N.P. PONG AND ADCRR are not following the law. This
19) is an obvious violation of sections layed out in
20) Court Order from April 2023 permanent injuction,
21) of Jensen V. Thornell case No. CV-12-00601-PHX-ROS
22) Inmates at Lewis complex are not receving the
23) medical care as stated in the 8th Amendment due to
24) the law not being followed. As stated above, medical
25) sees us as Inmates and not Patience, and
26) ADCRR are not feeding in a timly manner, am insulins
27) have to wait 2 hours to be feed a meal.
28)
29)
30)
31) John Spallino #234238                    09/12/2023
32) [signature]      ASPC-Lewis Bachman Unit
33)                  PO - Box 70
34)                  Buckeye AZ 85326

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIV R 5.4.7.1(a)(1)
(Rule Number/Section)

FILED ✓    LODGED ___
RECEIVED ___   COPY ___
SEP 14 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

TO: Monitors for

Case No. CV-12-00601-PHX-ROS

1) Additional facts:
2) 1) The Swamp Coolers leak rusty water
3) 2) The Ceiling leak water
4) 3) Water leaks from behind the walls. (huge
5) puddles of water.) goes out about 3 feet
6) and is about 6 feet wide.
7) 4) Temp reaching as high as 88° - 90°
8) during summer
9)
10) John Spallino  # 234238
11)                                              9-12-23
12) [signature]

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate: Spalling John
ADC#: 234238
Arizona State Prison Complex: Lewis
Unit: Bachman
PO-Box 70
City: Buckeye  AZ 85326

LEGAL MAIL

Legal Mail

**RECEIVED**
SEP 14 2023
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PHOENIX AZ 852
12 SEP 2023 PM 10 L

U.S. District Court for Arizona
Attention: Monitors for Case # CV-12-00601 PHX-ROS
401 West Washington Street
Phoenix, AZ 85003-2118