THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT
REFERENCE  CIV L.S. 4, 7.1(a)(1)
(Rule Number/Section)

☑ FILED   ___ LODGED
___ RECEIVED   ___ COPY

SEP 14 2023   Sep 10th 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

To: Monitors for case # CV-12-00601-PHX-ROS
Jensen V. Thornell

ADCRR & Medical have and continue to violate my constitutional rights to medical care and violate the order and injunction placed on them by Honorable Judge Silver.

My name is Jason Getscher #074220, and this is what's going on.

On 2-8-21 I was given a new heart valve at St. Joseph's Hospital in Phx, Az. During my stay in the hospital the doctors discovered that I have advanced cirrhosis of the liver and Hep C. They also noticed that I had lesions on my liver, which turned out to be cancer. In the report to the prison, hospital staff suggested that I get Hep C treatment immediately to be followed up with oncology.

I had already been going back and forth with prison medical trying to get treatment for Hep C. I was approved, then I wasn't approved. I was told I was only phase 3 and not approved as they only treat phase 4.

After the hospital suggested I recieve treatment prison medical staff told me that

Case 2:12-cv-00601-ROS   Document 4483   Filed 09/14/23   Page 2 of 7

2 of 6

the hospital does not dictate who they treat and my health care was ignored.

Fast forward to May of 2021. I woke up in the middle of the night and threw up blood everywhere and passed out. I was rushed to the hospital (Abrazo west) and I recieved four (4) bands in my esophagus. The hospital again said I needed Hep C treatment immediately with follow up with oncology.

Now prison medical staff tell me they were looking at old records and it turns out that I was bad enough to treat for Hep C. I was placed on treatment and sent to an oncologist who confirmed the lesions were cancer. At this time Provider Garcia was in charge of my case. She had my Hep C file and my cancer file and saw me on a regular basis.

Before I finished my Hep C treatment provider Garcia was rotated off the unit and replaced by Provider Joshua. Provider Joshua was now in charge of my case. After finishing my Hep C treatment I asked several times about starting cancer treatment. Provider Joshua kept telling me there was nothing wrong with my liver, even showing me the lab reports indicating good liver function. I told her several times that I had cancer. After a full year passes Provider

Garcia was rotated back to my unit and I told her what had been going on. She was dumbfounded that I had not received cancer treatment and within two months I was sent to University Medical Center Banner in Tucson. At that point in time I had grown more lesions and the original lesions had nearly tripled in size. I then began radiation treatments, and the treatments were working. My last treatment was scheduled on Nov. 11th 2022 but was canceled that day. Prison medical staff told me that Banner Hospital pulled their contract with Naphcare. Ten months later I was sent to Yuma Regional Medical Center and eleven (11) months later I finally get my first chemo treatment August of 2023.

On 8·31·2023 I was sent to the oncologist I originally saw two years prior. He tells me the radiation and chemo isn't working and he wants to start me on immunotherapy. I tell him the radiation was working but was stopped, and the chemo was eleven months later. I had grown new lesions in that eleven months and I haven't even got the follow up MRI, so therefore we have no idea if the chemo is working. He agrees to discuss it further after I get the MRI and we see the results.

Now let's go back to me getting the new heart

valve. You should know my cardiologist had me sent to his office for testing so he could put me in the hospital. I was sent to the E.R. at St. Josephs from his office. His words and I quote, "If I send you back to prison you will die and that's not going to happen on my watch". end quote.

During the placement of the heart valve the doctors noticed an aneurysm on my aortic artery. I am suppose to get a C.T. scan every six months to monitor the growth of the aneurysm. After nine or ten months pass I have to write a letter to my cardiologist and they will immediately order a C.T. scan and office visit.

I ask prison medical staff about my annual C.T. scans and they tell me there's no follow up care with cardiology. I explain the fake valve and aneurysm need monitored and still medical staff seem confused.

So, Recently after ten (10) months of no C.T. scan I wrote my cardiologist a letter and had a C.T. scan on 7.17.2023. I didn't go for an office visit but, I am scheduled to have a consult with a vascular surgeon. I have no idea what's going on. I can only assume that my cardiologist saw the C.T. scan and is now pushing for surgery. Living with an aneurysm on my

aortic artery is scary, and weighs heavily on me emotionally. As does the unfinished cancer treatments. The damage to my liver just baffles me as it is and was so unneccessary. I fear I wont live long enough to see my release date of Nov 2026. Im serving a ten year sentence for a fake I.D. I dont deserve to die in prison due to inadiquite medical care.

I feel it is time to file a law suit in this matter and will be taking it very seriously. I will have to do it myself as my search for an attorney has been unsuccessful.

Below are the violations happening right now. These are just off the top of my head. Please forgive me as I dont know or really understand legal issues.

1.) Delaying and/or not finishing treatments

2.) Not knowing orders given by outside doctors, such as my cancled C.T. scans

3.) I havent seen a provider in several months

4.) Not having a provider on the unit that

understands how to look up older orders given by outside doctors, such as my cardiologist.

5.) Not responding to multipal Health Needs Requests.

6.) Cancelling outside appointments

7.) Switching doctors so nothing gets done

8.) Not scheduling outside appointments in a timely manner. Delaying treatments causing further damage to my overall health

I'm sure I'm missing alot. As I said, There's alot I don't understand. My apologies. Thank you for your time, it is truly appreciated.

Signed and dated this 10th day of Sep, 2023.

Subscribed and affirmed before me this 10th Day of September 2023

Jason Getcher #074220
Az. St. Prison - Lewis
P.O. Box - 70
Buckeye, AZ. 85326

Nathaniel Dean Portmeyer
Notary Public - Arizona
Maricopa Co. / #647597
Expires 03/31/2027

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: Jose Gaxiola
ADC# 014720
Arizona State Prison Complex Lewis
Unit Rawson
P.O. Box 70
City Buckeye                    AZ 85326

PHOENIX AZ 852
12 SEP 2023 PM 9

RECEIVED
SEP 14 2023
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

U.S. District Court of Arizona
Attention: Federal Matters for case #CV-12-00601-PHX-ROS
401 West Washington Street
Phoenix, Az., 85003-2118

85003-213099