# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Thornell, | |
| Defendant. | |

The Court received two recent filings from class members. Class member John Spallino filed a document concerning the denial of treatment for his diabetic nerve damage and bone spurs (Doc. 4482). He also claimed ADCRR fails to feed diabetic prisoners in a timely fashion, does not order medication in a timely manner, and is not providing Hepatitis C treatment as required by the Permanent Injunction. That document will be opened as a separate action.

Class member Jason Getscher also filed a document outlining his medical care (Doc. 4483). He explained that while undergoing surgery to receive a new heart valve in February 2021, he was diagnosed with advanced cirrhosis and liver cancer caused by Hepatitis C. The hospital recommended immediate treatment for Hepatitis C, which was not provided until mid-2022. Radiation treatment for the liver cancer, however, was not started until November 2022 and chemotherapy did not begin until August 2023. Also, during valve replacement, Mr. Getscher was diagnosed with an aortic aneurysm, for which he is ordered to receive biannual CT scans, which are not timely provided. This document

will be opened as a separate action.

Accordingly,

**IT IS ORDERED** the Clerk of Court shall open Docs. 4482 and 4483 as separate civil actions, directly assigned to the undersigned.

Dated this 18th day of September, 2023.

　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　Senior United States District Judge