THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT

REFERENCE Civil 5.4, 7.1(a)(1)
(Rule Number/Section)

Case 2:12-cv-00601-ROS   Document 4485   Filed 09/15/23   Page 1 of 4

_FILED ___LODGED
_RECEIVED ___COPY

SEP 15 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

To: Monitors for
Case # CV-12-00601-PHX-ROS

ADCRR and medical are violating my constitutional rights and continue to violate the court order and injunction given by Honorable Judge Silver.

Greetings, my name is Clenten Lewis Meek. I am an inmate currently serving the last 4 years of my sentence within the Arizona Department of Corrections Rehabilitation/ReEntry. I am currently housed at ASPC-Lewis-Bachman Unit-RSAT Building 5-E-12 Lower. I have a case filed in the U.S. District Court for the District of Arizona, Case # 2:22-CV-01175-SRB-MTM; Meek v. Thornell I am currently a Pro-Se prisoner litigant. My last filing was a motion to appoint counsel filed on 9-3-2023.

After months of requesting and being denied information on how to report infractions and contact y'all, I received help from another inmate yesterday. Although I have filed and began the legal process to gain adequate health care and stop retaliation I am not a lawyer and have very little legal experience in getting ADCRR and medical to

-1-

take care of my medical needs.

As of today's date 9-10-2023 myself and many others continue to suffer and are still being denied adequate medical care. I need y'all to know what's going on, I need your help. The following list is a factual example of the many ways ADCRR and medical continue to deny basic human rights and continue to ignore the court orders and injunction for Case # CV-12-00601-PHX-ROS.

1). Delayed Treatments for my Barrett's Disease and Gastrointestinal issues.

2). Off-site GI Specialists make specific requests and they are ignored or disregarded.

3). I am not being sent to follow-up appointments in a timely manner for issues that are time sensitive.

4). Medications are being disregarded, discontinued, or are not ordered for weeks causing significant time lapses of me not receiving needed medications.

5). Ordered blood work is not being taken or providers are lying to me about ordering blood work that is needed for treatments.

6). Multiple requests for Hep-C treatments are being ignored. My first treatment with Mavenitt was un-successful over 1 year ago. I was diagnosed with critical levels prior to this treatment and now my requests are being ignored further allowing more damage

-2-

to continue.

7). Providers and medical staff (Provider Pong) prescribe me medications telling me that they are safe for me when in fact these medications are known to be harmful to my specific issues.

8). I make requests for health care services and I am not seen for days, weeks, and sometimes months.

9). I am denied access to my medical records and medical staff refuse to give me any copies or information from off-site appointments and procedures.

10). Medical allowed ADCRR employee Pam Smith to discontinue prescribed nutritional supplements that I was already receiving and replace them with Trinity Food Services "Bernard Supplements" which do not meet equal nutritional values and goes against specialists orders because of monetary value.

11). Medical allowed ADCRR administrators to interfere with treatments I was receiving by discontinuing my prescribed medical ice for consumption.

12). ADCRR and Medical Administrators disregard the greivance system by not answering documents or sometimes not even entering documents filed into the system.

I have tried many times to remedy these issues by following policy and asking for help but nothing

1  has been successful. ADCRR and medical staff
2  refuse to afford me basic human decency and
3  respect my constitutional rights. I humbly ask for
4  your assistance. I greatly respect and appreciate
5  your time and attention in this matter.

7  I swear under penalty of perjury that the
8  foregoing is true and correct.

Respectfully,
Clenten Lewis Meek
*[signature]*  9-10-2023

Clenten Lewis Meek #283894
ASPC-Lewis-Buckeye-Bachman Unit-RSAT 5-E-12 Lower
P.O. Box 70
Buckeye, AZ 85326

NATHANIEL DEAN FORTMEYER
Notary Public - Arizona
Maricopa Co. / #647597
Expires 03/31/2027

Subscribed and affirmed before me
this 10th day of September 2023
*[signature]* Nathaniel Dean Fortmeyer
NOTARY PUBLIC

-4-