1
2

KRISTIN K. MAYES
ATTORNEY GENERAL

3

Gregory Honig, Bar No. 018804
Lucy M. Rand, Bar No. 026919

4

Assistant Attorneys General
2005 North Central Avenue

5

Phoenix, AZ 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-7670

6

Gregory.Honig@azag.gov

7

Lucy.Rand@azag.gov

8

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881

9

Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644

10

STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300

11

Chandler, Arizona 85226
Telephone: (480) 420-1600

12

Fax: (480) 420-1695
dstruck@strucklove.com

13

rlove@strucklove.com
tbojanowski@strucklove.com

14

nacedo@strucklove.com

15

*Attorneys for Defendants*

16

17

**UNITED STATES DISTRICT COURT**

18

**DISTRICT OF ARIZONA**

19

Shawn Jensen, et al.,

NO. CV-12-00601-PHX-ROS

20

Plaintiffs,

v.

**DEFENDANTS' NOTICE OF
COMPLIANCE WITH COURT
ORDER (Dkt. 4410)**

21

Ryan Thornell, et al.,

22

Defendants.

23

24

In compliance with the Court's Order (Dkt. 4410 at 54-55), Defendants submit the

25

attached Correctional Staffing Report for the third quarter 2023 (Exhibit A). Defendants

26

also submit the third quarter 2023 Healthcare Staffing Report (Exhibit B).

27

28

DATED this 2nd day of October, 2023.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Daniel P. Struck
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

    KRISTIN K. MAYES
    ATTORNEY GENERAL

    Gregory Honig
    Lucy M. Rand
    Assistant Attorneys General
    2005 North Central Avenue
    Phoenix, AZ  85004-1592

    *Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on October 2, 2023, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
Notice of Electronic Filing to the following CM/ECF registrants:

3

4

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Gregory Honig | Gregory.Honig@azag.gov |
| Lucy Rand | Lucy.Rand@azag.gov |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

I hereby certify that on this same date, I served the attached document by U.S. Mail,
postage prepaid, on the following, who is not a registered participant of the CM/ECF
System:

21

22

N/A

23

/s/ Daniel P. Struck

24

25

26

27

28