**EXHIBIT A**

**EXHIBIT A**

# COURT ORDER CORRECTIONAL STAFFING REPORT
# JULY 2023 – SEPTEMBER 2023

### Number of Correctional Staff Assigned to Each Complex at the Beginning of the Quarter*

| | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 415 | 19 | 28 | 44 | 16 | 6 | 6 | 534 |
| Eyman | 773.75 | 9 | 83 | 118 | 35 | 13 | 9 | 1040.75 |
| Lewis | 754 | 37 | 55 | 86 | 30 | 13 | 9 | 984 |
| Perryville | 420.25 | 17 | 50 | 69 | 27 | 13 | 5 | 601.25 |
| Phoenix | 206.75 | 10 | 16 | 17 | 8 | 4 | 3 | 264.75 |
| Safford | 192.5 | 6 | 27 | 40 | 18 | 7 | 6 | 296.5 |
| Tucson | 748.75 | 29 | 63 | 89 | 36 | 15 | 11 | 991.75 |
| Winslow | 184.25 | 3 | 19 | 39 | 15 | 5 | 5 | 270.25 |
| Yuma | 722 | 29 | 51 | 66 | 25 | 9 | 9 | 911 |
| TOTAL | 4417.25 | 159 | 392 | 568 | 210 | 85 | 63 | 5894.25 |

*There are currently 33 employees assigned to Florence Complex to help with the closure

### Number of Correctional Staff Employed at Each Complex by the End of the Quarter

| | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 412 | 18 | 26 | 45 | 17 | 6 | 5 | 529 |
| Eyman | 810 | 8 | 78 | 120 | 35 | 13 | 9 | 1073 |
| Lewis | 833 | 35 | 58 | 87 | 31 | 12 | 9 | 1065 |
| Perryville | 430.25 | 15 | 52 | 70 | 26 | 11 | 8 | 612.25 |
| Phoenix | 211 | 10 | 16 | 16 | 7 | 4 | 3 | 267 |
| Safford | 189.75 | 4 | 26 | 41 | 17 | 7 | 6 | 290.75 |
| Tucson | 781.75 | 28 | 61 | 91 | 34 | 15 | 11 | 1021.75 |
| Winslow | 183.75 | 3 | 20 | 41 | 15 | 5 | 5 | 272.75 |
| Yuma | 704 | 29 | 51 | 66 | 25 | 8 | 8 | 891 |
| TOTAL | 4555.5 | 150 | 388 | 577 | 207 | 81 | 64 | 6022.5 |

# COURT ORDER CORRECTIONAL STAFFING REPORT
## JULY 2023 – SEPTEMBER 2023

### Turnover Rate for the Quarter - Terminations and Staff Assigned

|  | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned |
| Douglas | 3 | 412 | 0 | 18 | 0 | 26 | 1 | 45 | 0 | 17 | 0 | 6 | 0 | 5 | 4 | 529 |
|  | 0.73% | | 0.00% | | 0.00% | | 2.22% | | 0.00% | | 0.00% | | 0.00% | | 0.76% | |
| Eyman | 13.25 | 810 | 0 | 8 | 0 | 78 | 1 | 120 | 1 | 35 | 0 | 13 | 0 | 9 | 15.25 | 1073 |
|  | 1.64% | | 0.00% | | 0.00% | | 0.83% | | 2.86% | | 0.00% | | 0.00% | | 1.42% | |
| Lewis | 15 | 833 | 0 | 35 | 3 | 58 | 1 | 87 | 0 | 31 | 0 | 12 | 0 | 9 | 19 | 1065 |
|  | 1.80% | | 0.00% | | 5.17% | | 1.15% | | 0.00% | | 0.00% | | 0.00% | | 1.78% | |
| Perryville | 9 | 430.25 | 0 | 15 | 1 | 52 | 0 | 70 | 0 | 26 | 0 | 11 | 0 | 8 | 10 | 612.25 |
|  | 2.09% | | 0.00% | | 1.92% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 1.63% | |
| Phoenix | 8.5 | 211 | 0 | 10 | 0 | 16 | 1 | 16 | 0 | 7 | 0 | 4 | 0 | 3 | 9.5 | 267 |
|  | 4.03% | | 0.00% | | 0.00% | | 6.25% | | 0.00% | | 0.00% | | 0.00% | | 3.56% | |
| Safford | 2.75 | 189.75 | 1 | 4 | 1 | 26 | 1 | 41 | 0 | 17 | 0 | 7 | 0 | 6 | 5.75 | 290.75 |
|  | 1.45% | | 25.00% | | 3.85% | | 2.44% | | 0.00% | | 0.00% | | 0.00% | | 1.98% | |
| Tucson | 13 | 781.75 | 0 | 28 | 0 | 61 | 1 | 91 | 4 | 34 | 0 | 15 | 0 | 11 | 18 | 1021.75 |
|  | 1.66% | | 0.00% | | 0.00% | | 1.10% | | 11.76% | | 0.00% | | 0.00% | | 1.76% | |
| Winslow | 0 | 183.75 | 0 | 3 | 0 | 20 | 2 | 41 | 0 | 15 | 0 | 5 | 0 | 5 | 2 | 272.75 |
|  | 0.00% | | 0.00% | | 0.00% | | 4.88% | | 0.00% | | 0.00% | | 0.00% | | 0.73% | |
| Yuma | 8 | 704 | 0 | 29 | 0 | 51 | 0 | 66 | 0 | 25 | 0 | 8 | 0 | 8 | 8 | 891 |
|  | 1.14% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.90% | |
| TOTAL | 72.5 | 4555.5 | 1 | 150 | 5 | 388 | 8 | 577 | 5 | 207 | 0 | 81 | 0 | 64 | 91.5 | 6022.5 |
|  | 1.59% | | 0.67% | | 1.29% | | 1.39% | | 2.42% | | 0.00% | | 0.00% | | 1.52% | |

# COURT ORDER CORRECTIONAL STAFFING REPORT
# JULY 2023 – SEPTEMBER 2023

**Retention Rate for the Quarter - Staff Employed 12+ Months (mo.) and Staff Assigned****

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned |
| Douglas | 376 | 412 | 4 | 18 | 25 | 26 | 43 | 45 | 13 | 17 | 4 | 6 | 5 | 5 | 470 | 529 |
| | 91.26% | | 22.22% | | 96.15% | | 95.56% | | 76.47% | | 66.67% | | 100.00% | | 88.85% | |
| Eyman | 637 | 810 | 8 | 8 | 78 | 78 | 110 | 120 | 32 | 35 | 9 | 13 | 9 | 9 | 883 | 1073 |
| | 78.64% | | 100.00% | | 100.00% | | 91.67% | | 91.43% | | 69.23% | | 100.00% | | 82.29% | |
| Lewis | 516 | 833 | 9 | 35 | 42 | 58 | 79 | 87 | 28 | 31 | 8 | 12 | 9 | 9 | 691 | 1065 |
| | 61.94% | | 25.71% | | 72.41% | | 90.80% | | 90.32% | | 66.67% | | 100.00% | | 64.88% | |
| Perryville | 339 | 430.25 | 8 | 15 | 44 | 52 | 56 | 70 | 26 | 26 | 10 | 11 | 6 | 8 | 489 | 612.25 |
| | 78.79% | | 53.33% | | 84.62% | | 80.00% | | 100.00% | | 90.91% | | 75.00% | | 79.87% | |
| Phoenix | 151 | 211 | 6 | 10 | 12 | 16 | 13 | 16 | 6 | 7 | 2 | 4 | 3 | 3 | 193 | 267 |
| | 71.56% | | 60.00% | | 75.00% | | 81.25% | | 85.71% | | 50.00% | | 100.00% | | 72.28% | |
| Safford | 178 | 189.75 | 5 | 4 | 22 | 26 | 29 | 41 | 16 | 17 | 2 | 7 | 6 | 6 | 258 | 290.75 |
| | 93.81% | | 125.00% | | 84.62% | | 70.73% | | 94.12% | | 28.57% | | 100.00% | | 88.74% | |
| Tucson | 645 | 781.75 | 21 | 28 | 55 | 61 | 84 | 91 | 31 | 34 | 12 | 15 | 9 | 11 | 857 | 1021.75 |
| | 82.51% | | 75.00% | | 90.16% | | 92.31% | | 91.18% | | 80.00% | | 81.82% | | 83.88% | |
| Winslow | 160 | 183.75 | 2 | 3 | 18 | 20 | 35 | 41 | 14 | 15 | 5 | 5 | 4 | 5 | 238 | 272.75 |
| | 87.07% | | 66.67% | | 90.00% | | 85.37% | | 93.33% | | 100.00% | | 80.00% | | 87.26% | |
| Yuma | 680 | 704 | 29 | 29 | 47 | 51 | 62 | 66 | 24 | 25 | 7 | 8 | 7 | 8 | 856 | 891 |
| | 96.59% | | 100.00% | | 92.16% | | 93.94% | | 96.00% | | 87.50% | | 87.50% | | 96.07% | |
| TOTAL | 3682 | 4555.5 | 92 | 150 | 343 | 388 | 511 | 577 | 190 | 207 | 59 | 81 | 58 | 64 | 4935 | 6022.5 |
| | 80.83% | | 61.33% | | 88.40% | | 88.56% | | 91.79% | | 72.84% | | 90.63% | | 81.94% | |

**Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter

# COURT ORDER CORRECTIONAL STAFFING REPORT
# JULY 2023 – SEPTEMBER 2023

### Overtime Hours for Correctional Staff***

| | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 3,283.50 | 120.75 | 0.00 | 555.00 | 0.00 | 0.00 | 4.75 | 3,964.00 |
| Eyman | 75,886.70 | 927.00 | 6,165.00 | 14,042.90 | 4,444.50 | 793.75 | 1,317.25 | 103,577.10 |
| Lewis | 96,629.40 | 5,408.66 | 7,852.75 | 10,678.60 | 4,427.25 | 1,233.50 | 751.75 | 126,981.91 |
| Perryville | 18,217.25 | 1,026.25 | 1,048.50 | 4,030.00 | 1,224.50 | 845.00 | 625.00 | 27,016.50 |
| Phoenix | 16,447.75 | 971.25 | 712.75 | 1,298.25 | 533.75 | 130.75 | 97.00 | 20,191.50 |
| Safford | 9,363.37 | 193.25 | 1,234.25 | 2,901.75 | 741.75 | 273.25 | 91.25 | 14,798.87 |
| Tucson | 61,675.03 | 2,764.00 | 3,803.35 | 9,142.00 | 3,312.75 | 705.25 | 546.25 | 81,948.63 |
| Winslow | 11,146.98 | 278.75 | 892.50 | 3,031.50 | 1,187.50 | 182.50 | 734.50 | 17,454.23 |
| Yuma | 11,046.60 | 636.75 | 113.50 | 1,498.25 | 220.75 | 4.00 | 12.50 | 13,532.35 |
| TOTAL | 303,696.58 | 12,326.66 | 21,822.60 | 47,178.25 | 16,092.75 | 4,168.00 | 4,180.25 | 409,465.09 |

***Hours for through pay period end 09/15/2023

# COURT ORDER CORRECTIONAL STAFFING REPORT
# JULY 2023 – SEPTEMBER 2023

**Vacancy Rate for the Quarter - # Vacant Positions at end of Quarter / Total Number of Positions**

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions |
| Douglas | 11 | 423 | 2 | 20 | 2 | 28 | 0 | 45 | 0 | 17 | 0 | 6 | 1 | 6 | 16 | 545 |
| | 2.60% | | 10.00% | | 7.14% | | 0.00% | | 0.00% | | 0.00% | | 16.67% | | 2.94% | |
| Eyman | 296 | 1106 | 29 | 37 | 10 | 88 | 0 | 120 | 0 | 35 | 0 | 13 | 0 | 9 | 335 | 1408 |
| | 26.76% | | 78.38% | | 11.36% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 23.79% | |
| Lewis | 230 | 1063 | 6 | 41 | 2 | 60 | 2 | 89 | 1 | 32 | 1 | 13 | 1 | 10 | 243 | 1308 |
| | 21.64% | | 14.63% | | 3.33% | | 2.25% | | 3.13% | | 7.69% | | 10.00% | | 18.58% | |
| Perryville | 210.75 | 641 | 21 | 36 | 3 | 55 | 3 | 73 | 2 | 28 | 2 | 13 | 1 | 9 | 242.75 | 855 |
| | 32.88% | | 58.33% | | 5.45% | | 4.11% | | 7.14% | | 15.38% | | 11.11% | | 28.39% | |
| Phoenix | 16 | 227 | 1 | 11 | 0 | 16 | 1 | 17 | 1 | 8 | 0 | 4 | 0 | 3 | 19 | 286 |
| | 7.05% | | 9.09% | | 0.00% | | 5.88% | | 12.50% | | 0.00% | | 0.00% | | 6.64% | |
| Safford | 142.25 | 332 | 14 | 18 | 1 | 27 | 1 | 42 | 1 | 18 | 0 | 7 | 0 | 6 | 159.25 | 450 |
| | 42.85% | | 77.78% | | 3.70% | | 2.38% | | 5.56% | | 0.00% | | 0.00% | | 35.39% | |
| Tucson | 232 | 1014 | 19 | 47 | 2 | 63 | 0 | 91 | 2 | 36 | 0 | 15 | 0 | 11 | 255 | 1277 |
| | 22.88% | | 40.43% | | 3.17% | | 0.00% | | 5.56% | | 0.00% | | 0.00% | | 19.97% | |
| Winslow | 143.25 | 327 | 17 | 20 | 2 | 22 | 0 | 41 | 0 | 15 | 0 | 5 | 0 | 5 | 162.25 | 435 |
| | 43.81% | | 85.00% | | 9.09% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 37.30% | |
| Yuma | 53 | 757 | 2 | 31 | 0 | 51 | 0 | 66 | 0 | 25 | 2 | 10 | 1 | 9 | 58 | 949 |
| | 7.00% | | 6.45% | | 0.00% | | 0.00% | | 0.00% | | 20.00% | | 11.11% | | 6.11% | |
| TOTAL | 1334.25 | 5890 | 111 | 261 | 22 | 410 | 7 | 584 | 7 | 214 | 5 | 86 | 4 | 68 | 1490.25 | 7513 |
| | 22.65% | | 42.53% | | 5.37% | | 1.20% | | 3.27% | | 5.81% | | 5.88% | | 19.84% | |

# COURT ORDER CORRECTIONAL STAFFING REPORT
# JULY 2023 – SEPTEMBER 2023

ADCRR is engaged in numerous agency-wide recruitment and retention efforts. The following highlight is a new initiative since the last report:

- Douglas/Eyman CO project graduated the first cadet on 08/29/2023 and has 9 CO II working at Eyman.  In addition, 11 cadets are now in COTA.
- An additional 2 COTA classes were added (08/07/2023 and 09/18/2023) since the last report to accommodate the increase in hiring. We have also scheduled an additional regional academy at ASPC-Eyman on 10/02/2023.
- We ran 100 radio station spots on KRKQ FM in the Safford area from July 2023 to September 2023.