**EXHIBIT B**

**EXHIBIT B**

# QUARTERLY HEALTH SERVICES STAFFING REPORT
## JULY 2023 - SEPTEMBER 2023

**Administrative Retention Rate for the quarter**

| | Administrative Assistant | | Assistant FHA | | Associate VP Operations | | Clinical Coordinator | | Director of Operations | | Facility Health Admin | | Medical Records Clerk | | Medical Records Supervisor | | Scheduler | | VP of Operations | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End |
| Douglas | 1.0 | 1.0 | - | - | - | - | - | - | - | - | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | - | - | 5.0 | 5.0 |
| | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 0.00% | | **100.00%** | |
| Eyman | 3.0 | 4.0 | 2.0 | 2.0 | - | - | 2.0 | 2.0 | - | - | 1.0 | 1.0 | 4.0 | 4.0 | 1.0 | 1.0 | 3.0 | 3.0 | - | - | 16.0 | 17.0 |
| | 133.33% | | 100.00% | | 0.00% | | 100.00% | | 0.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 0.00% | | **106.25%** | |
| Lewis | 2.0 | 2.0 | 1.0 | 2.0 | - | - | 1.0 | 1.0 | - | - | 1.0 | 1.0 | 3.0 | 3.0 | 1.0 | 1.0 | 1.5 | 1.5 | - | - | 10.5 | 11.5 |
| | 100.00% | | 200.00% | | 0.00% | | 100.00% | | 0.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 0.00% | | **109.52%** | |
| Perryville | 2.0 | 2.0 | - | 1.0 | - | - | 1.0 | 1.0 | - | - | 1.0 | 1.0 | 3.0 | 4.0 | 1.0 | - | 1.0 | 1.0 | - | - | 9.0 | 10.0 |
| | 100.00% | | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 100.00% | | 133.33% | | 0.00% | | 100.00% | | 0.00% | | **111.11%** | |
| Phoenix | 2.0 | 2.0 | - | - | - | - | - | - | - | - | 1.0 | 1.0 | 3.0 | 3.0 | 1.0 | 1.0 | 1.0 | 1.0 | - | - | 8.0 | 8.0 |
| | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 0.00% | | **100.00%** | |
| Regional | - | - | - | - | 1.0 | 1.0 | - | - | 1.0 | 1.0 | - | - | - | - | - | - | - | - | 1.0 | 1.0 | 3.0 | 3.0 |
| | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | **100.00%** | |
| Safford | 1.0 | 1.0 | - | - | - | - | - | - | - | - | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 0.5 | 0.5 | - | - | 4.5 | 4.5 |
| | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 0.00% | | **100.00%** | |
| Tucson | 2.0 | 2.0 | 1.0 | 1.0 | - | - | 1.0 | 1.0 | - | - | 1.0 | 1.0 | 6.0 | 6.0 | 1.0 | 1.0 | 2.0 | 2.0 | - | - | 14.0 | 14.0 |
| | 100.00% | | 100.00% | | 0.00% | | 100.00% | | 0.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 0.00% | | **100.00%** | |
| Winslow | 1.0 | 1.0 | - | - | - | - | - | - | - | - | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | - | - | 5.0 | 5.0 |
| | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 0.00% | | **100.00%** | |
| Yuma | 2.0 | 2.0 | 1.0 | 1.0 | - | - | 1.0 | 1.0 | - | - | 1.0 | 1.0 | 3.0 | 3.0 | 1.0 | 1.0 | 2.0 | 2.0 | - | - | 11.0 | 11.0 |
| | 100.00% | | 100.00% | | 0.00% | | 100.00% | | 0.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 0.00% | | **100.00%** | |
| TOTAL | 16.0 | 17.0 | 5.0 | 7.0 | 1.0 | 1.0 | 6.0 | 6.0 | 1.0 | 1.0 | 9.0 | 9.0 | 25.0 | 26.0 | 9.0 | 8.0 | 13.0 | 13.0 | 1.0 | 1.0 | 86.0 | 89.0 |
| | 106.25% | | 140.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 104.00% | | 88.89% | | 100.00% | | 100.00% | | **103.49%** | |

*Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter

# QUARTERLY HEALTH SERVICES STAFFING REPORT
## JULY 2023 - SEPTEMBER 2023

**Medical Provider Retention Rate for the quarter**

| | Float Psych Nurse Practitioner | | Medical Director | | Midlevel Practitioner | | OBGYN | | Optometrist (contracted) | | Provider - Hep C | | Provider -SUD Program | | Staff Physician | | StatCare Provider | | StatCare Psych Provider | | Women's Health NP (OB/GYN) | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End |
| Douglas | - | - | 1.0 | 1.0 | 2.0 | 2.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3.0 | 3.0 |
| | 0.00% | | 100.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| Eyman | - | - | 1.0 | 1.0 | 5.5 | 5.5 | - | - | 1.0 | 1.0 | - | - | - | - | 1.8 | 1.9 | - | - | - | - | - | - | 9.3 | 9.4 |
| | 0.00% | | 100.00% | | 100.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 105.71% | | 0.00% | | 0.00% | | 0.00% | | **101.08%** | |
| Lewis | - | - | 1.0 | - | 6.0 | 4.5 | - | - | - | - | - | - | 1.0 | 1.0 | 3.0 | 2.0 | - | - | - | - | - | - | 11.0 | 7.5 |
| | 0.00% | | 0.00% | | 75.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 66.67% | | 0.00% | | 0.00% | | 0.00% | | **68.18%** | |
| Perryville | - | - | 1.0 | 1.0 | 5.0 | 5.0 | 0.2 | 0.2 | 1.0 | 1.0 | - | - | - | - | 2.2 | 1.2 | - | - | - | - | 1.0 | 1.0 | 10.4 | 9.4 |
| | 0.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 0.00% | | 0.00% | | 54.55% | | 0.00% | | 0.00% | | 100.00% | | **90.38%** | |
| Phoenix | - | - | 1.0 | 1.0 | 6.6 | 6.6 | - | - | - | - | - | - | - | - | 2.0 | 2.0 | - | - | - | - | - | - | 9.6 | 9.6 |
| | 0.00% | | 100.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| Regional | 1.0 | 1.0 | 1.0 | 1.0 | - | - | - | - | - | - | 5.0 | 5.0 | - | - | - | - | 8.0 | 8.0 | 4.0 | 5.0 | - | - | 19.0 | 20.0 |
| | 100.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 100.00% | | 125.00% | | 0.00% | | **105.26%** | |
| Safford | - | - | 1.0 | 1.0 | 3.0 | 2.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4.0 | 3.0 |
| | 0.00% | | 100.00% | | 66.67% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **75.00%** | |
| Tucson | - | - | 1.0 | 1.0 | 8.0 | 6.4 | - | - | 1.0 | 1.0 | - | - | - | - | 2.5 | 2.0 | - | - | - | - | - | - | 12.5 | 10.4 |
| | 0.00% | | 100.00% | | 80.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 80.00% | | 0.00% | | 0.00% | | 0.00% | | **83.20%** | |
| Winslow | - | - | - | - | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1.0 | 1.0 |
| | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| Yuma | - | - | 1.0 | 1.0 | 5.0 | 4.0 | - | - | - | - | - | - | - | - | 2.0 | 1.0 | - | - | - | - | - | - | 8.0 | 6.0 |
| | 0.00% | | 100.00% | | 80.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 50.00% | | 0.00% | | 0.00% | | 0.00% | | **75.00%** | |
| TOTAL | 1.0 | 1.0 | 9.0 | 8.0 | 42.1 | 37.0 | 0.2 | 0.2 | 3.0 | 3.0 | 5.0 | 5.0 | 1.0 | 1.0 | 13.5 | 10.1 | 8.0 | 8.0 | 4.0 | 5.0 | 1.0 | 1.0 | 87.8 | 79.3 |
| | **100.00%** | | **88.89%** | | **87.89%** | | **100.00%** | | **100.00%** | | **100.00%** | | **100.00%** | | **74.72%** | | **100.00%** | | **125.00%** | | **100.00%** | | **90.31%** | |

*Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter

# QUARTERLY HEALTH SERVICES STAFFING REPORT
## JULY 2023 - SEPTEMBER 2023

**Dental Services Retention Rate for the quarter**

| | Dental Assistant | | Dental Director | | Dental Hygienist | | Dentist | | Regional Dental Director | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End |
| **Douglas** | 2.0 | 2.0 | 1.0 | 0.9 | - | - | - | 0.5 | - | - | 3.0 | 3.4 |
| | 100.00% | | 90.00% | | 0.00% | | 0.00% | | 0.00% | | **113.33%** | |
| **Eyman** | 5.0 | 6.0 | 1.0 | 1.0 | 1.0 | 1.0 | 4.3 | 4.0 | - | - | 11.3 | 12.0 |
| | 120.00% | | 100.00% | | 100.00% | | 94.12% | | 0.00% | | **106.67%** | |
| **Lewis** | 3.0 | 6.0 | 1.0 | 1.0 | 1.0 | 1.0 | 3.0 | 3.0 | - | - | 8.0 | 11.0 |
| | 200.00% | | 100.00% | | 100.00% | | 100.00% | | 0.00% | | **137.50%** | |
| **Perryville** | 6.0 | 6.0 | 1.0 | 1.0 | - | 0.5 | 4.0 | 4.0 | - | - | 11.0 | 11.5 |
| | 100.00% | | 100.00% | | 0.00% | | 100.00% | | 0.00% | | **104.55%** | |
| **Phoenix** | 3.0 | 3.0 | 1.0 | 1.0 | - | - | - | - | - | - | 4.0 | 4.0 |
| | 100.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| **Regional** | - | - | - | - | - | - | - | - | 1.0 | 1.0 | 1.0 | 1.0 |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | **100.00%** | |
| **Safford** | 2.0 | 2.0 | 1.0 | 1.0 | - | - | - | 0.2 | - | - | 3.0 | 3.2 |
| | 100.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | **106.67%** | |
| **Tucson** | 6.0 | 6.0 | 1.0 | 1.0 | 1.0 | 1.0 | 3.0 | 2.5 | - | - | 11.0 | 10.5 |
| | 100.00% | | 100.00% | | 100.00% | | 83.33% | | 0.00% | | **95.45%** | |
| **Winslow** | 2.0 | 2.0 | 1.0 | 2.0 | - | - | - | - | - | - | 3.0 | 4.0 |
| | 100.00% | | 200.00% | | 0.00% | | 0.00% | | 0.00% | | **133.33%** | |
| **Yuma** | 4.0 | 4.0 | 1.0 | 1.0 | - | - | 2.0 | 2.0 | - | - | 7.0 | 7.0 |
| | 100.00% | | 100.00% | | 0.00% | | 100.00% | | 0.00% | | **100.00%** | |
| **TOTAL** | 33.0 | 37.0 | 9.0 | 9.9 | 3.0 | 3.5 | 16.3 | 16.2 | 1.0 | 1.0 | 62.3 | 67.6 |
| | **112.12%** | | **110.00%** | | **116.67%** | | **99.69%** | | **100.00%** | | **108.59%** | |

*Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter

# QUARTERLY HEALTH SERVICES STAFFING REPORT
## JULY 2023 - SEPTEMBER 2023

**Mental Health Leadership Retention Rate for the quarter**

| | Associate Regional MH Director | | Clinical Director (Mental Health) | | Lead Psychologist/MH Lead | | Lead Psychology Assc/MH LEAD | | Regional Lead Psychology Associate | | Regional Mental Health Director | | Regional Psychiatric Director | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End |
| **Douglas** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| **Eyman** | - | - | - | - | - | - | 1.0 | 1.0 | - | - | - | - | - | - | 1.0 | 1.0 |
| | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| **Lewis** | - | - | - | - | - | - | 1.0 | 1.0 | - | - | - | - | - | - | 1.0 | 1.0 |
| | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| **Perryville** | - | - | 1.0 | 1.0 | - | - | 1.0 | 1.0 | - | - | - | - | - | - | 2.0 | 2.0 |
| | 0.00% | | 100.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| **Phoenix** | - | - | 1.0 | 1.0 | - | - | 1.0 | 1.0 | - | - | - | - | - | - | 2.0 | 2.0 |
| | 0.00% | | 100.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| **Regional** | 1.0 | 1.0 | - | - | - | - | - | - | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 | 4.0 |
| | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 100.00% | | 100.00% | | **100.00%** | |
| **Safford** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| **Tucson** | - | - | - | - | 1.0 | 1.0 | - | - | - | - | - | - | - | - | 1.0 | 1.0 |
| | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| **Winslow** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| **Yuma** | - | - | - | - | - | - | 1.0 | - | - | - | - | - | - | - | 1.0 | - |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| **TOTAL** | 1.0 | 1.0 | 2.0 | 2.0 | 1.0 | 1.0 | 5.0 | 4.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 12.0 | 11.0 |
| | 100.00% | | 100.00% | | 100.00% | | 80.00% | | 100.00% | | 100.00% | | 100.00% | | **91.67%** | |

*Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter*

# QUARTERLY HEALTH SERVICES STAFFING REPORT
## JULY 2023 - SEPTEMBER 2023

**Mental Health Services Retention Rate for the quarter**

| | Behavioral Health Technician | | Mental Health Clerk | | Mental Health Midlevel | | Psychiatrist | | Psychologist | | Psychology Associate (Clinician) | | Regional Behavioral Health Technician | | Release/Discharge Planner | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End |
| **Douglas** | - | - | - | - | - | - | - | - | - | - | - | 1.0 | - | - | - | - | - | 1.0 |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| **Eyman** | 5.0 | 5.0 | 2.0 | 1.0 | 7.0 | 7.0 | 1.0 | 1.0 | 4.0 | 5.0 | 11.4 | 13.5 | - | - | 1.0 | 1.0 | 31.4 | 33.5 |
| | 100.00% | | 50.00% | | 100.00% | | 100.00% | | 125.00% | | 118.42% | | 0.00% | | 100.00% | | **106.69%** | |
| **Lewis** | 4.0 | 2.2 | 1.0 | 1.0 | 4.5 | 4.5 | 1.0 | 1.0 | 2.0 | 2.0 | 6.9 | 9.0 | - | - | 1.0 | 1.0 | 20.4 | 20.7 |
| | 55.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 130.43% | | 0.00% | | 100.00% | | **101.47%** | |
| **Perryville** | 3.0 | 3.0 | 1.0 | 1.0 | 4.2 | 4.5 | 1.0 | 1.0 | 3.0 | 1.4 | 9.0 | 10.0 | - | - | - | 1.0 | 21.2 | 21.9 |
| | 100.00% | | 100.00% | | 107.14% | | 100.00% | | 46.67% | | 111.11% | | 0.00% | | 0.00% | | **103.30%** | |
| **Phoenix** | 5.0 | 5.0 | - | - | 5.5 | 5.5 | 1.0 | 1.0 | 3.0 | 4.6 | 23.0 | 19.0 | - | - | - | 1.0 | 37.5 | 36.1 |
| | 100.00% | | 0.00% | | 100.00% | | 100.00% | | 153.33% | | 82.61% | | 0.00% | | 0.00% | | **96.27%** | |
| **Regional** | - | - | - | - | - | - | - | - | - | - | - | - | 1.0 | 1.0 | 1.0 | 1.0 | 2.0 | 2.0 |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 100.00% | | **100.00%** | |
| **Safford** | - | - | - | - | - | - | - | - | - | - | 1.0 | 1.0 | - | - | - | - | 1.0 | 1.0 |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | **100.00%** | |
| **Tucson** | 7.0 | 7.0 | 1.0 | 1.0 | 6.5 | 6.0 | 1.0 | 1.0 | 8.0 | 7.0 | 16.0 | 15.0 | - | - | 2.0 | 2.0 | 41.5 | 39.0 |
| | 100.00% | | 100.00% | | 92.31% | | 100.00% | | 87.50% | | 93.75% | | 0.00% | | 100.00% | | **93.98%** | |
| **Winslow** | - | - | - | - | - | - | - | - | - | - | 1.0 | 1.0 | - | - | - | - | 1.0 | 1.0 |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | **100.00%** | |
| **Yuma** | 4.0 | 4.0 | 1.0 | 1.0 | 3.0 | 3.0 | 1.0 | 1.0 | 1.0 | 1.0 | 5.0 | 5.4 | - | - | 1.0 | 1.0 | 16.0 | 16.4 |
| | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 108.00% | | 0.00% | | 100.00% | | **102.50%** | |
| **TOTAL** | 28.0 | 26.2 | 6.0 | 5.0 | 30.7 | 30.5 | 6.0 | 6.0 | 21.0 | 21.0 | 73.3 | 74.9 | 1.0 | 1.0 | 6.0 | 8.0 | 172.0 | 172.6 |
| | 93.57% | | 83.33% | | 99.35% | | 100.00% | | 100.00% | | 102.18% | | 100.00% | | 133.33% | | **100.35%** | |

*Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter

# QUARTERLY HEALTH SERVICES STAFFING REPORT
## JULY 2023 - SEPTEMBER 2023

**Nursing Leadership Retention Rate for the quarter**

| | Assistant DON | | DON | | Education Coordinator/Trainer | | Utilization Management Manager | | Mental Health RN - Charge | | Regional Director of Nursing | | Regional Infection Control Nurse | | Training & Development Manager | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End |
| Douglas | 1.0 | 1.0 | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - | - | 2.0 | 2.0 |
| | 100.00% | 100.00% | | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| Eyman | 5.0 | 6.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | 6.0 | 6.0 |
| | 120.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| Lewis | 5.0 | 4.0 | - | 1.0 | - | - | - | - | - | - | - | - | - | - | - | - | 5.0 | 5.0 |
| | 80.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| Perryville | 6.0 | 5.0 | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - | - | 7.0 | 6.0 |
| | 83.33% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **85.71%** | |
| Phoenix | 3.0 | 4.0 | 1.0 | 1.0 | - | - | - | - | 1.0 | 1.0 | - | - | - | - | - | - | 5.0 | 6.0 |
| | 133.33% | | 100.00% | | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | **120.00%** | |
| Regional | - | - | - | - | 1.0 | 1.0 | 1.0 | 1.0 | - | - | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 5.0 | 5.0 |
| | 0.00% | | 0.00% | | 100.00% | | 100.00% | | 0.00% | | 100.00% | | 100.00% | | 100.00% | | **100.00%** | |
| Safford | 2.0 | 2.0 | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - | - | 3.0 | 3.0 |
| | 100.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| Tucson | 5.0 | 8.0 | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - | - | 6.0 | 9.0 |
| | 160.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **150.00%** | |
| Winslow | 2.0 | 2.0 | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - | - | 3.0 | 3.0 |
| | 100.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| Yuma | 5.0 | 5.0 | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - | - | 6.0 | 6.0 |
| | 100.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| TOTAL | 34.0 | 37.0 | 8.0 | 8.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 48.0 | 51.0 |
| | 108.82% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | **106.25%** | |

*Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter

# QUARTERLY HEALTH SERVICES STAFFING REPORT
## JULY 2023 - SEPTEMBER 2023

**Nursing Services Retention Rate for the quarter**

| | Additional Intake RN | | Infection Control Nurse | | LPN | | LPN - SUD Program | | Mental Health RN | | Nursing Assistant/ PCT | | RN | | Utilization Review RN | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End |
| **Douglas** | - | - | 1.0 | 1.0 | 3.2 | 2.1 | 3.0 | 3.0 | - | - | 4.1 | 5.2 | 7.9 | 9.0 | - | - | 19.2 | 20.3 |
| | 0.00% | | 100.00% | | 65.63% | | 100.00% | | 0.00% | | 126.83% | | 113.92% | | 0.00% | | **105.73%** | |
| **Eyman** | - | - | 1.0 | 1.0 | 30.3 | 31.2 | 4.0 | 6.0 | 5.0 | 3.0 | 12.6 | 14.7 | 29.1 | 29.1 | - | - | 82.0 | 85.0 |
| | 0.00% | | 100.00% | | 102.97% | | 150.00% | | 60.00% | | 116.67% | | 100.00% | | 0.00% | | **103.66%** | |
| **Lewis** | - | - | 1.0 | 1.0 | 29.8 | 27.9 | 5.0 | 5.0 | 1.0 | 3.0 | 13.0 | 13.7 | 28.8 | 33.0 | - | - | 78.6 | 83.6 |
| | 0.00% | | 100.00% | | 93.62% | | 100.00% | | 300.00% | | 105.38% | | 114.58% | | 0.00% | | **106.36%** | |
| **Perryville** | 1.0 | 1.0 | 1.0 | 1.0 | 17.7 | 18.3 | 1.0 | 1.0 | 3.6 | 3.6 | 9.9 | 10.8 | 28.0 | 32.3 | - | - | 62.2 | 68.0 |
| | 100.00% | | 100.00% | | 103.39% | | 100.00% | | 100.00% | | 109.09% | | 115.36% | | 0.00% | | **109.32%** | |
| **Phoenix** | 1.0 | 1.0 | - | 1.0 | 13.5 | 14.4 | 3.0 | 4.0 | 6.6 | 7.8 | 10.0 | 8.2 | 34.5 | 36.3 | - | - | 68.6 | 72.7 |
| | 100.00% | | 0.00% | | 106.67% | | 133.33% | | 118.18% | | 82.00% | | 105.22% | | 0.00% | | **105.98%** | |
| **Regional** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4.0 | 4.0 | 4.0 | 4.0 |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | **100.00%** | |
| **Safford** | - | - | 1.0 | 1.0 | 7.6 | 6.6 | - | 3.0 | - | - | 3.6 | 4.2 | 14.5 | 14.7 | - | - | 26.7 | 29.5 |
| | 0.00% | | 100.00% | | 86.84% | | 0.00% | | 0.00% | | 116.67% | | 101.38% | | 0.00% | | **110.49%** | |
| **Tucson** | - | - | 1.0 | - | 36.1 | 37.0 | 2.0 | 3.0 | 4.0 | 4.0 | 17.3 | 18.2 | 47.4 | 41.3 | - | - | 107.8 | 103.5 |
| | 0.00% | | 0.00% | | 102.49% | | 150.00% | | 100.00% | | 105.20% | | 87.13% | | 0.00% | | **96.01%** | |
| **Winslow** | - | - | 1.0 | 1.0 | 2.7 | 2.7 | 2.0 | 3.0 | - | - | 4.0 | 2.0 | 11.8 | 11.7 | - | - | 21.5 | 20.4 |
| | 0.00% | | 100.00% | | 100.00% | | 150.00% | | 0.00% | | 50.00% | | 99.15% | | 0.00% | | **94.88%** | |
| **Yuma** | - | - | 1.0 | 1.0 | 7.2 | 6.3 | - | - | 1.0 | 2.0 | 9.9 | 9.3 | 16.2 | 20.1 | - | - | 35.3 | 38.7 |
| | 0.00% | | 100.00% | | 87.50% | | 0.00% | | 200.00% | | 93.94% | | 124.07% | | 0.00% | | **109.63%** | |
| **TOTAL** | 2.0 | 2.0 | 8.0 | 8.0 | #### | #### | 20.0 | 28.0 | 21.2 | 23.4 | 84.4 | 86.3 | #### | #### | 4.0 | 4.0 | 505.9 | 525.7 |
| | 100.00% | | 100.00% | | 98.92% | | 140.00% | | 110.38% | | 102.25% | | 104.26% | | 100.00% | | **103.91%** | |

*Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter

# QUARTERLY HEALTH SERVICES STAFFING REPORT
## JULY 2023 - SEPTEMBER 2023

### Ancillary Staff Retention Rate for the quarter

| | EMT | | EMT (Paramedic) | | EMT Director | | Inventory Coordinator | | Lab Technician | | Lead Inventory Coordinator | | Medical Assistant - Hep C | | Physical Therapist | | Physical Therapy Technician | | X-Ray Technician (Contracted) | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End |
| Douglas | - | - | - | - | - | - | 1.0 | 1.0 | - | - | 1.0 | 1.0 | 1.0 | 1.0 | - | - | - | - | 0.3 | 0.3 | 3.3 | 3.3 |
| | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 100.00% | | 100.00% | | 0.00% | | 0.00% | | 100.00% | | **100.00%** | |
| Eyman | 3.0 | 5.1 | 0.9 | 0.9 | - | - | 4.0 | 4.0 | 0.5 | 0.5 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | - | - | 1.5 | 1.5 | 12.9 | 15.0 |
| | 170.00% | | 100.00% | | 0.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 0.00% | | 100.00% | | **116.28%** | |
| Lewis | 0.9 | 6.6 | - | 0.9 | - | - | 3.0 | 4.0 | - | - | 1.0 | 1.0 | 1.0 | 1.0 | - | - | - | - | 1.0 | 1.0 | 6.9 | 14.5 |
| | 733.33% | | 0.00% | | 0.00% | | 133.33% | | 0.00% | | 100.00% | | 100.00% | | 0.00% | | 0.00% | | 100.00% | | **210.14%** | |
| Perryville | - | 2.7 | 0.9 | 0.9 | - | - | 2.0 | 2.0 | 0.5 | 0.5 | 1.0 | 1.0 | 1.0 | 1.0 | - | - | - | - | 0.5 | 0.5 | 5.9 | 8.6 |
| | 0.00% | | 100.00% | | 0.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 0.00% | | 0.00% | | 100.00% | | **145.76%** | |
| Phoenix | 3.3 | 3.3 | - | - | - | - | 1.0 | 1.0 | - | 0.5 | 1.0 | 1.0 | - | 1.0 | - | - | - | - | 1.0 | 1.0 | 6.3 | 7.8 |
| | 100.00% | | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | **123.81%** | |
| Regional | - | - | - | - | 1.0 | 1.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1.0 | 1.0 |
| | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **100.00%** | |
| Safford | - | - | - | - | - | - | 1.0 | 1.0 | - | - | 1.0 | 1.0 | - | 1.0 | - | - | - | - | 0.3 | 0.3 | 2.3 | 3.3 |
| | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | **144.44%** | |
| Tucson | 13.8 | 7.8 | - | 0.9 | - | - | 2.0 | 2.0 | 1.0 | 2.0 | 1.0 | 1.0 | - | 1.0 | 1.0 | 1.0 | - | - | 1.0 | 1.0 | 19.8 | 16.7 |
| | 56.52% | | 0.00% | | 0.00% | | 100.00% | | 200.00% | | 100.00% | | 0.00% | | 100.00% | | 0.00% | | 100.00% | | **84.34%** | |
| Winslow | - | - | - | - | - | - | 1.0 | 1.0 | - | - | 1.0 | 1.0 | - | 1.0 | - | - | - | - | 0.5 | 0.5 | 2.5 | 3.5 |
| | 0.00% | | 0.00% | | 0.00% | | 100.00% | | 0.00% | | 100.00% | | 0.00% | | 0.00% | | 0.00% | | 100.00% | | **140.00%** | |
| Yuma | 0.9 | 1.8 | - | - | - | - | 2.0 | 2.0 | 2.0 | 2.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | - | - | 1.0 | 1.0 | 8.9 | 9.8 |
| | 200.00% | | 0.00% | | 0.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 0.00% | | 100.00% | | **110.11%** | |
| TOTAL | 21.9 | 27.3 | 1.8 | 3.6 | 1.0 | 1.0 | 17.0 | 18.0 | 4.0 | 5.5 | 9.0 | 9.0 | 5.0 | 9.0 | 3.0 | 3.0 | - | - | 7.0 | 7.0 | 69.7 | 83.4 |
| | **124.66%** | | **200.00%** | | **100.00%** | | **105.88%** | | **137.50%** | | **100.00%** | | **180.00%** | | **100.00%** | | **0.00%** | | **100.00%** | | **119.66%** | |

*Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter

# QUARTERLY HEALTH SERVICES STAFFING REPORT
## JULY 2023 - SEPTEMBER 2023

### Regional Staff Retention Rate for the quarter

| | Administrative Assistant - Hep C | | Business Analyst/ HRBP | | Family Clinical Liaison | | Medical Records Director | | Office Manager/ HRBP | | Recruiter | | Regional Director CQI | | Regional Grievance Coordinator | | Regional Pharmacist | | Regional Pharmacy Director | | Service Desk Analyst | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End | Q Beg | Q End |
| Douglas | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| Eyman | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| Lewis | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| Perryville | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| Phoenix | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| Regional | - | - | 2.0 | 2.0 | 4.0 | 2.0 | 1.0 | 1.0 | 4.0 | 6.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 2.0 | 2.0 | 1.0 | 1.0 | 5.0 | 4.0 | 22.0 | 21.0 |
| | 0.00% | | 100.00% | | 50.00% | | 100.00% | | 150.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 100.00% | | 80.00% | | **95.45%** | |
| Safford | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| Tucson | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| Winslow | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| Yuma | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | **0.00%** | |
| TOTAL | - | - | 2.0 | 2.0 | 4.0 | 2.0 | 1.0 | 1.0 | 4.0 | 6.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 2.0 | 2.0 | 1.0 | 1.0 | 5.0 | 4.0 | 22.0 | 21.0 |
| | **0.00%** | | **100.00%** | | **50.00%** | | **100.00%** | | **150.00%** | | **100.00%** | | **100.00%** | | **100.00%** | | **100.00%** | | **100.00%** | | **80.00%** | | **95.45%** | |

*Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter*

# QUARTERLY HEALTH SERVICES STAFFING REPORT
**JULY 2023 - SEPTEMBER 2023**

9/25/2022