THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _CRULE 54, 71(A)(1)(2)_
(Rule Number/Section)

No. _____

___ FILED       ___ LODGED
___ RECEIVED    ___ COPY

OCT 03 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE

SUPREME COURT OF THE UNITED STATES

22-80114

ADc#

Alfred E. Caroffa 350727 et.al., PETITIONER
(Your Name)

vs.

CV-12-601-PHX-ROS

Ryan Thornell et. al., — RESPONDENT(S)

ON PETITION FOR A WRIT OF CERTIORARI TO

Not heard on the Merits

(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR WRIT OF CERTIORARI

Alfred Erik Caroffa ADc#350727
(Your Name)
Arizona Dept of Corrections
POBox24403
(Address)

Tucson Arizona 85734
(City, State, Zip Code)

In Custody
(Phone Number)

39 total pages

**QUESTION(S) PRESENTED**

(1) Does the state of Arizona have criminal Jurisdiction to Arrest and Prosecute Federal Jurisdictional criminal case(s)?

(2) IF NO State Jurisdiction exsists in An Absolute (federal) Jurisdiction, Does State Convictions violate the 14th Amendment to enforcing A Law and Deprivation of Liberty?

(3) Does the State of Arizona have to uphold Arizona Constitutional Laws?

(4) Do federal U.S. District Court Judge's have Absolute Immunity to all Act(s) inside their Jurisdiction?

(5) Are Correctional officer(s) Immune to Act(s) of Disobeying An U.S. District Court order/writ?

(6) Are state Correctional officers Immune to Act(s) of kidnapping, Retaliction against federal witnesses, Treason, Murder and Act(s) of Terrorism?

(7) Does the united State Seal of the U.S. District Court's have to be on A federal Document/order to be Constitutional? Per Constitutional Procedure?

(8) Does the seal of the Superior Court for the serveral counties have to be on A court Document of Record or writ/order to Be A constitutional writ/order or Document per the Arizona Constitution?

Alfred Erik Caroffe ADC# 350717

1 C of 6

## Question(s) Presented

9) Can Correctional officer(s) Steal Exhibits of Evidence to Interferr with Federal Court documents(s) Being Filed?

10) Can correctional officer(s) refuse to Allow AN Unconstitutionally In Custody prisoner to file Federal criminal charges of Rebellion, Aiding and Comforting Treason Act(s) And Acts of Terrorism (killing Americans(s) And transcending the United State Boarders?

11) Is Mentel torture and Torment A Normal punishment for Unconstitutionally in custody prisoners?

12) Can AN District Superior Court Prosecutor tamper with Exhibits of Evidence and Change those Exhibits?

13) can A person Be tried and Convicted with NO Police Report or Supplemental police Report shown In trial?

14) Can the Prosecutor and Judge in A Superior Court trial poison the Jury to get A guilty Verdict?

Alfred Erik Coroffa ADC #550727
2 of 6

## Questions Presented

(15) Can the State of Arizona go outside the guidelines on A prison sentence violating the 14th Amendment of the United States Constitution?

(16) Can an unelected and unconstitutionally Appointed Superior Court Judge Preside over An Constitutional Criminal Case?

(17) Can the State of Arizona in official Capacity Violate Constitutional Laws?

(18) Can A federal Judge in official Capacity Violate Constitutional Laws?

(19) Can A federal Judge hold A habeas Action that Belong to the Jurisdiction of Southern California in his Courtroom in the District of Arizona Constitutionally for over 92 days?

Alfred Erik Caroffe ADc #350727
BC of 6

## Questions Presented

(20) Is the state of Arizona liable for the Interest rate in A habeas Action in the State of California As long As the State of Arizona Unconstitutionally holds the prisoner in Custody?

(21) Is it An Criminal Act to upstruct the Constitutional procedure and proceedings of An habeas Corpus Action?

(22) while An Unconstitutional prisoner is held in Custody of the State of Arizona Is Deprivations of Liberties to smoke Cigarettes/Cigars, Drink Coffee and eat food of that person(s) choice A Deprivation under the 14th Amendment of the United States Constitution.

(23) How much money is too much Money to uphold the Constitutional Rights and Privileges of American Citizen(s), So Denial of United States Constitutional Rights and Privileges is Justified to the keeping of that person as a prisoner?

Alfred Erik Gentoff

4 C of 6

# Questions Presented

(24) what is the Constitutional time limitation to take A prisoner to trial In the State of Arizona?

(25) Is it Constitutional to exceed that time limitation for A fast and speedy Public trial under the Sixth Amendment of the United States Constitution?

(26) Can a. federal Judge Allow 40 days for A State Attorney General to show cause why A writ of habeas Corpus should Not Be Issued? without showing good Cause and exceeding the Max. peroid by 20 days.

(27) How long can the United States District Court Refuse to hold A Mandatory Evidentiary hearing in A Habeas Corpus Action.

(28) Is the United States of America liable for Violation(s) of U.S. Constitutional Laws In Refusing to follow Constitutional procedure?

Alfred Erik Canffe A0#350727

5C of 6

# Question(s) Presented

(29) Can the Assistant Attorney General of the State of Arizona refuse to Reply and Answer the Grounds (issues) in A petition for A writ of habeas Corpus?

(30) If the Grounds (issues) in A petition. for habeas Corpus Are Not Replied too or Answered is the Defense to those issue(s) waived?

(31) what is the time limitation(s) to hold an American Citizen unconstitutionally in Custody of A State of this United States of America?

(32) Do time limitation(s) to An Unconstitutional Custody of A State prisoner(s) start on the Day of Conviction or sentence?

(32(a) OR is Everyday of that unconstitutional Custody A New Begining of the time limitation(s) Since the prisoner(s) is still suffering the Unconstitutional Custody?

Alfred Erik Carota ADC#350727

(📧) 6 C of 6

**LIST OF PARTIES**

[ ] All parties appear in the caption of the case on the cover page.

[X] All parties **do not** appear in the caption of the case on the cover page.   A list of all parties to the proceeding in the court whose judgment is the subject of this petition is as follows:

(2) Arizona Department of Corrections (ADCRR)
(3) State of Arizona (was unconstitutionally dismissed)
(4) Governor of the State of Arizona
(5) Attorney General of the State of Arizona
(6) United States of America
(7) President Joe Biden of the United States of America

**RELATED CASES**

(1) 9th Cir. Court Case No. 23-1455 District Court of Arizona Case No. 4:23-CV-00057-TUC-JGZ-(PSOT)

(2) 9th Cir. Court Case No. 23-1457, District Court of Arizona Case No. 4-23:CV-00058-TUC-JGZ-(PSOT)

(3) 9th Cir. Court Case No. 23-15744 - D.C. court case No. 2:23:CV-00247-PHX-MTL (ESW)

(4) 9th Cir. Court Case No. 23-15874 - D.C. Court case No. 2:23-CV-00633-PHX-MTL-(ESW)

(5) 9th Cir. Court Case No. 23-15873 - D.C. Court case No. 2:22:CV-00813-PHX-MTL-(ESW)

(6) 9th Cir. Court Case No. 23-15875 - D.C. court case No. 4:23:CV-00173-TUC-JGZ-(PSOT)

10 of 3

# List of Parties

8) state of California

9) California Attorney General's office

10) County of Los Angeles, California

Alfred Erik Caraffa
AD c# 350207
2D of 3

## Related Case(s)

(7) 9ᵗʰ Cir. Court Case No. 23-15876 District Court Case No. 4:23-CV-00177-TUC-JGR-(PSOT)

(8) Los Angeles County Court Case NO. 089450-001 As A future Custody During this unlawful and Unconstitutional Custody.

Alfred E. Coroffe ADC#350727
2D of 3

## TABLE OF AUTHORITIES CITED

CASES                                                          PAGE NUMBER

Pope V. Turner C.A. 10 (UTAH) 1970, 426 F. 2d. 783          pg 14

U.S. Ex. Rel. Sero V. Preiser C.A. 2 (N.Y)
1974, 506 F. 2d. 1115, certiorari denied, 95               pg - 17
S. Ct. 1587, 421 U.S. 921, 43 L. Ed. 2d 789


STATUTES AND RULES
28 USC Section 2243                                        pg - 15, 17
28 USC Section 2241                                        pg - 5

OTHER

## TABLE OF CONTENTS

OPINIONS BELOW................................................................................................ 1

JURISDICTION.................................................................................................... 2

CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED ................................ 3

STATEMENT OF THE CASE ............................................................................... 4 to 25

REASONS FOR GRANTING THE WRIT................................................................. 26

CONCLUSION.................................................................................................... 27

## INDEX TO APPENDICES

APPENDIX A  Ninth Circuit court of Appeals Documents   6 pgs

APPENDIX B  Orders/motion(s) U.S. District Court of Arizona and exhibits filed by the Attorney General of Arizona.   87 pgs.

APPENDIX C

APPENDIX D

APPENDIX E  Case Search for Public Access case S-0700 CR2019-155732   6 pgs.

APPENDIX F  Unconstitutional Report and Recommendation   23 pgs

Appendix G - Motion for leave to Proceed In forma Paupers   7 pgs

IN THE

SUPREME COURT OF THE UNITED STATES

PETITION FOR WRIT OF CERTIORARI

Petitioner respectfully prays that a writ of certiorari issue to review the judgment below.

**OPINIONS BELOW**

[X] For cases from **federal courts:**

The opinion of the United States court of appeals appears at Appendix $A$ to the petition and is
[X] reported at 22- 80114 _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the United States district court appears at Appendix $B$ to the petition and is
[X] reported at 2:22-CV-00813-PHX- MTL(DMF) or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

[ ] For cases from **state courts:**

The opinion of the highest state court to review the merits appears at Appendix $B$ to the petition and is
[X] reported at CR2019-155732-001 DT ; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the ___ NONE ___ court appears at Appendix N/A to the petition and is
[ ] reported at ___ N/A ___; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

1.

## JURISDICTION

[ ] For cases from **federal courts:**

The date on which the United States Court of Appeals decided my case was _have not Decided as of 9/1/2023_

[ ] No petition for rehearing was timely filed in my case.

[ ] A timely petition for rehearing was denied by the United States Court of Appeals on the following date: _____, and a copy of the order denying rehearing appears at Appendix _____.

[ ] An extension of time to file the petition for a writ of certiorari was granted to and including _____ (date) on _____ (date) in Application No. ___ A _____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1254(1).

[ ] For cases from **state courts:**

The date on which the highest state court decided my case was _____. A copy of that decision appears at Appendix _____.

[ ] A timely petition for rehearing was thereafter denied on the following date: _____, and a copy of the order denying rehearing appears at Appendix _____.

[ ] An extension of time to file the petition for a writ of certiorari was granted to and including _____ (date) on _____ (date) in Application No. ___ A _____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1257(a).

2

CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

Page(s)

First Amendment - U.S. Constitution        1, 3, 19,

Fifth Amendment - U.S. Constitution        2, 3, 6, 14, 19

Article one section nine U.S. Constitution   3, 4, 19, 20,

ARS Const. Art. 22 section 10 of the Arizona
Constitution                                 6,

ARSA Title 12-126 of the Arizona Revisived
Statute Annotted                             6,

Fourteenth Amendment of the United States
Constitution - Equal Protection of Law       6, 8, 9, 15
                Due process of Law           6, 8, 9, 15

ARSA 13-610 of the Arizona Revisived statute  8,
Annotted

Sixth Amendment of the U.S. Constitution      8, 9,
Rights of the Accused.

Fourth Amendment of the U.S. Constitution     8,
Fifth Amendment of the U.S. Constitution      8, 13, 22

ARS Const. Article 20 subsection fourth of the  15,
Arizona Constitution

8th Amendment U.S. Constitution               21,

3

Jurisdictional Statement of the
Statement of the Case pg(1 of 22)
Supreme Court Rule 18.

Under the Retroactive case(s) to each
other habeas corpus Action, filed But Not
herd on the Merits of the habeas Action(s)
with Deprivation(s) of Evidentiary
hearing(s) by the United States of America
In official Capacity the Jurisdiction.
Is with the Supreme Court of the United
States under Supreme Court Rule 20(4)(b)
Case 20-8007 under case Numbers 20-16246,
and 20-16295 (habeas Corpus) and 20-16653 were
filed to the U.S. Supreme Court. No Evidentiary
hearing was ordered in 20-16295 Nor 20-8007
therefore All Action(s) Are Retroactive to those
case(s) Not herd on the Merits by any court of
the United States.

Motion(s) of transfer to Judge Liburidi
have Been filed and denied As Moot by the
unconstitutional Deprivation(s) of Correct
Jurisdictional Court by A federal Judge in
official Capacity of the United States.

Motion of Correct Jurisdiction have again
Been filed to the Ninth circuit Court of Appeals
and to Judge Silver at the U.S. District Court of
Arizona. Alfred Erik Graff, ADC#350727

1 of 22 of 25

**STATEMENT OF THE CASE (pg. 2)**

THE NINth Circuit ~~&~~ Court of Appeals
Placed Seven case(s) filed to that
Court for An Appeal(s) Into Pre-filing
Review case Number 22-80114.
And has taken over 100 days to Decide
the first pre-filing review case of A petition
for A writ of habeas Corpus (Filed May 16th 2023)
which violates the first Amendment of the
U.S-Constitution — Congress shall make NO
Law which Abridges the right to redress
the Government of Grievances.

   All the habeas Corpus Actions, two
Class Action Member(s) of Jensen etal., V.
Thornell et.al. 2-12-CV-00601-PHX- ROS.
and the civil Action Lawsuit(s) Placed
under Pre-filing case NO. 22-80114 Abridges
the time to redress the Government of
grievances under the first Amendment and
has held up the Constitutional proceedings.
       Alfred Erik Carafe ADC#350227

2 of 22

## Statement of the Case (pg. 3)

In Evidentiary hearing(s) for two American Citizens in three habeas Corpus Action(s) filed to the U.S. Court of Appeals for the Ninth Circuit Court.

which Violates the fifth Amendment to Due process of Law of the U.S. Constitution Depriving Liberty from this Petitioner and Britney Douglas/ADC#305089.

A New Matter of Law and fact has Been opened up in Alfred E. Caroffa ADC#350727 V. Ryan Thornell et al, on August 7th 2023.

which is involved with the same important issue(s) of Alfred Erik Caroffa ADC#350727 et. al, V. Ryan Thornell et. al, (As of 1/2023) 4:23-CV-00057-TUC-JGZ(PSOT) and 4:23-CV-00058-TUC-JGZ-(PSOT) which Are 23-1455 and 23-1457 under pre-filing Review in 22-80114.

The New Matter includes ex parte communication(s) opened in An U.S. District Court order and Injunction under Jensen et. al. V. Thornell et. al., 2-12-CV-00601-PHX-ROS. Also criminal charges for violation(s) of that Federal U.S. District Court order/Injunction.
Alfred Erik Caroffa ADC#350727

3 of 22

## Statement of the Case (pg-4)

Both class Action Members have Been
Awaiting Pre-filing Review since July 14th
2023. over 40 days Now as of Sept. 1st 2023

Ninth Circuit Court Case No(s) 23-15874;
23-15875; 23-15876; and 23-15873 have
All Been Awaiting Pre-filing review under
22-80114 since June 13th 2023 Also over
forty days which is violating the fifth
Amendment and the first Amendment of the U.S.
Constitution. Deprivation(s) of Life, Liberty
and property And ABridging the time to
Petition the Government for redress of
Grievance(s)
        which the Appeal in 23-15873 was filed
to the U.S. District Court of Arizona and
Stamped recieved on May 24th 2023 which
Is the second writ of habeas Corpus case
under Review for Pre-filing and is suspending
the right to the privilege to A writ of
habeas Corpus under Article one section Nine
of the U.S. Constitution.
        The privilege to A writ of habeas Corpus shall
                Alfred Erik Caraffe ADC#350727

5 of 22

Statement of the Case (pg-5)

Not be suspended, (except in time of war on Invision) from May 9th 2022 to September 1st 2023 the United States of America is Not at war Nor have we Been Invaded.

But four writ(s) of habeas corpus have Been held up for Evidentiary hearing(s) for Month(s) By the U.S. Federal Court(s)

In Alfred Erik Caraffa T602433 U-Maricopa County Sheriff's office 2-20-CV-00598-PHX-MTL-(ESW) NO Evidentiary hearing was held to present the Exhibits to the court as Evidence. Although Relief was Available under 28 USC section 2241 - For A case that could Not get An Constitutional conviction.

When Appealed to the Ninth Circuit court In 20-16295, No Evidentiary hearing was held in Any Federal Court and No Answer or Reply was Filed by the Attorney General of the State of Arizona. who got A copy of the Appeal and An Informal opening Brief on July 19th 2020. So Did Judge Michael T. Liburdi.

If an Evidentiary hearing had Been Constitutionally ordered by the Ninth circuit Court of Appeals. This Petitioner would Not Be currently held in An unconstitutional Custody of the Arizona Dept of Corrections. Alfred Erik Caraffa ADC#350707

5 of 22

Statement of the Case (pg-6)

Based on clear evidence of the Arizona
Constitutional Law of ARS. Const. Article
twenty-two section ten and ARSA Title 12-
126 and the fourteenth Amendment of the
United States Constitution.
    In violation(s) of the 14th Amendment
to Due process of Law and Equal protection of
Law Against the State of Arizona and the fifth
Amendment of the U.S. Constitution against
the United States of America.

    The Indictment Court writ has NO
Seal of the County of Maricopa For the
State of Arizona. which the seal is held by
the clerk of the County court. and is
State of Arizona Exhibit O. Time stamped
Filed on 2019 Dec. 16th at 4:25 pm.

The Direct Complaint with A Filed stamp
of 2019 Dec. 10th at 4:48 pm Also has NO
Seal of the Superior Court of Maricopa County
for the State of Arizona (Both included)

Petitioner Exhibit of Evidence "Blank civil Packet"
    Alfred Enik Caraffa ADC#350727

        6 of 22

Statement of the Case (pg. 7)

Exhibit ADCRX0.18-19 shows the Arizona
Constitutional Seal suppose to Be on
Every order/writ of the County Court(s)
and All process of the Court of Record(s)

The Direct Complaint has DR201900002117636-
Phoenix Police Department case File Number
States VACATE with 0131813273 under the
printed VACate with caseNO. CR2019-155732-
001. and Also states IN Custody

Indictment 764 GJ602 statesthe SAME
Criminal Case Number the SAME Phoenix Police
Dept. File Number and 813273 without the
0131- in the front of that vaccated Number

the NOT provided Phoenix Police Report
or the Not provided Supplemental Phoenix
Police Report have Been impeded by the
Federal U.S. District Court of Arizona and
By the Maricopa County Clerk. Are NOT
Listed As Exhibits of Evidence in the
Index of Exhibits for case No. CV-22-00813-
PHX-MTL(ESW).
          Alfred Erik Caroffe. ADC#350727

7 of 22

## Statement of the Case (pg. 8)

The charging Documents provided are
An Prerelease Questionaire used At
my Intital Appearance.

The Stamp of the Judicial office Review
of Probable cause statement and Complaint
on oath or Affirmation on page two is Not
Signed or Dated and there's No file stamp from
the clerk of the Court for the County of
Maricopa as An official Court document.

Pursuant to ARS. title 13-610. NO DNA
Sample was provided at time of Arrest.

Taking AN DNA Sample upon Arrest for A
Criminal offense is providing evidence against
myself. A violation of self-incrimination under
the U.S. Constitution Before trial

which Also violates the sixth Amendment
Rights of the Accused.

Is in conflict with the fourteenth, sixth
Fourth and fifth Amendments of the United
States Constitution.

Title 13 of the A.R.S.A. Is Prison(s) and
Prisoner(s) not for unconvicted citizen(s)
       Alfred Erik Caraffa ADC#350727
            8 of 22

Statement of the Case (pg-9)

Before trial.

ON Feb. 5th 2020 A Notice of Final Disclouse and Request for Disclosure, For A fast And speedy trial was filed to Judge Roger Hartsell while in the court-Room hearing. A copy was provided for the state of Arizona.

ON Feb. 18th 2020, Judge Hartsell ruled that my trial would Be well within the time limitations. which is 90 days for A fast and speedy trial under the sixth Amendment of the U.S. Constitution.

my trial was set for April 20th 2020. ON April 21st 2020 there is An Entry for trial in the Public Access to Court Information Case Search(6 of 6 pages) Case Number S-0700-CR2019-155732 filing Date Dec. 10th 2019.

which Also means I was unconstitutionally Confined for four(4) days with No charges even filed.

There Are two Direct Complaint(s) filed Alfred Erik Caraffa ADC#350727

9 of 22

Statement of the Case (pg 10)

ON December 10th 2019 Both for the
Defendant. and An status Conference
on Dec. 13th 2019. Which I was Not iN
Attendance. Is the unconstitutional Conviction
In habeas Corpus case 2-23-CV-00247-PHX-
MTL-(ESW) which Became Apart of the Pre filing
unconstitutional Case 22-80114 as S 23-
15744 on May 16th 2023.

An Preliminary hearing was held on Dec 17th
2019 which I was Not in Attendance And
Didn't have An Arraignment for There is NO
Charging Document(s) or Indictment for A
Second Criminal charge in Any of the Exhibits
for the case file of CR2019-155733-001 DT
But the is An conviction date an order of
Confinement/sentence to Maricopa County
Jail for the Defendant on June 11th 2020,
In which is An unconstitutional Conviction.
        Since I, Alfred Erik Caraffa ADC
Number 350727 was Never Charged,
Indicted, Arraigned or taken to trial. But
I served the County of Maricopa Jail
        Alfred Erik Caraffa ADC#350727
            1 0 of 22

Sentence. During Rule 11 hearings for Being Incompetent to stand trial on June 12th 2020, which the Rule 11 hearings for Competence to stand trial post-poned my speedy trial until A. re-start date of. Jan. 19th 2021. when I was still Trans-sexual I was found Compentent to stand trial.

That trial began on August 23rd 2021 214 Days After Being found Competent to stand trial.

A supplement Notice of final Disclosure was filed with A statement to the Superior Court of Maricopa County on Jan. 28th 2021.

A writ of habeas corpus was filed to the wrong court of the Superior Court of Maricopa County on Jan. 29th 2021. which was Dismissed by Judge Frank Moskowitz on Jan. 22nd 2021. Then Judge Moskowitz recused himself as the trial Judge to Avoid the fact(s) he ruled
    Alfred Erik Caraffa ADC# 350727

Statement of the Case (pg-12)

unconstitutionally on A writ of habeas
Corpus to its Dismissal with ~~the~~ NO
Evidentiary hearing or An Answer to the
Issue(s) Brought Before the Court in the
writ of habeas Corpus. see exhibits of Evidence

The Habeas Corpus case Filed February
16th 2021 to the trial Court is in Exhibit
of Evidence Arizona Supreme Court case
Number HC-21-0010 filed 6/28/21. Before
My unconstitutional Conviction.

the Arizona Court of Appeals Division one
cites case Number 1 CA-CR 21-0593
In the exhibit of Evidence under Enclosures
An Honorable Jeff Fine is listed as A
Clerk of the Court. A Judge As A clerk
of the Superior Court of Maricopa County
Note An Honorable Federal Magistrate Judge
Deborah M. Fine Presided over the unlawful
and unconstitutional Report and Recommend-
ation. which the Notice of Appeal was filed
on May 24th 2023 to the SAME U.S. District
    Alfred Erik Caraffa ADC#350727

12 of 22

<u>Statement of the Case (pg.13)</u>

OF Arizona Courthouse Assigned Ninth
Circuit Court Case Number <u>23-15873</u>
which is Document 74 and 74-1 any Document
Filed to the court by the court is clearly
outside the Jurisdiction of that U.S.
District Court of Arizona For the habeas
Action of 2-22-CV-00813-PHX-MTL(DMF)
Document 85 Filed August 1st 2023 is
Clearly outside the Jurisdiction of the
U.S. District Court of Arizona.
          On the Appeal was File.Stamped
IN Document 74 and 74-1 All Jurisdiction
stops for the U.S. District Court of Arizona

     On March 23rd 2023, the Limited Answer
to the Amended Petition (Doc. 55) was Filed
No Evidentiary hearing has Been held in
this habeas Action.

AS A Matter of Fact and Law under
the Fifth Amendment of the U.S. Constitution
          Alfred Erik Careffa ADc#350727
               13 of <u>22</u>

<u>Statement of the Case (pg-14)</u>

State Prisoner was entitled to Evidentiary hearing on his Petition for habeas corpus on grounds of...... denial of due Process see Pope V. Turner C. 1-10 (UTAH) 1970, 426 F.2d.783

and under 28 USC section 2243 that Evidentiary hearing is to be done within Five(5) days of the Return of the Answer to the Petition- (which was March 23rd 2023) which should have Been March 28th 2023 A Tuesday. Over 157 days Ago.

In official Capacity the United States of America is and has Been violating the Fifth Amendment of the United States Constitution to Evidentiary hearing(s) In three writs of habeas Corpus through the Same United States District Court of Arizona Judge. Depriving Liberty from An American citizen and violating United Alfred Erik Carter ADC #350727

14 of 22

Statement of the Case (pg. 15)

States Constitutional laws.

Under the New Matter opened by the U.S. District Court of Arizona, Senior District Court Judge Silver on August 7th 2023. (2-23-cv-01594-PHX-ROS(ESW)

I filed on Behalf of All present and Future State prisoner(s) in the state of Arizona as well As Myself under 28 USC Section 2243 - Any other material fact(s)" can Be raised to the Court(s) once An Answer/Reply to the Petition for A writ of habeas Corpus has Been filed (March 23rd 2023)

which Factual issue(s) of Arizona Constitution ARS Const. Article 20 subsection fourth, — Indian Lands - Public Lands under the 14th Amendment of the United States Constitution which ARS Const. Article 20 subsection fourth States - that All the property ownership in the State of Arizona is now and forever given to Alfred Erik Caraffe ADC# 350727

15 of 22

Statement of the Case (pg-16)

the Indian (Native) tribes.
Also that the "Absolute Jurisdiction and
Control" under the U.S. Congress.

which Mean(s) Constitutionally All of
the State of Arizona is under ONE federal
Jurisdiction of the United States of

America.

The local Police Department(s) and Law
enforcement Agencies of the State of
Arizona or the City of Phoenix currently
have NO Jurisdiction to Arrest Anyone
on the lands of the Navajo Nation.
And the State of Arizona has NO Control
or Jurisdiction on the lands of the
Navajo Nation to prosecute or confine
any person who committs A Felony crime.

Therefore The correct Constitutional
Jurisdiction Belongs to the federal government
for the Entire State of Arizona.

The Arizona Constitution Does Say
that Any criminal case Being held in the
Alfred Erik Caruffa ADC#350727

16 of 22

## Statement of the Case (pg-77)

Territorial Jurisdiction of Arizona Shall Change over to the State of Arizona.

My criminal case is Not one of those Criminal Case(s), Niether is Any other current criminal Case(s) unconstitutionally prosecuted by the State of Arizona.

I think most of the unconstitutional prisoner(s) Now held in Custody were not old enough in 1910 to committ A felony or were not Born yet.

Therefore the "any other Material facts" in My habeas Action filed on Behalf of All present and future prisoner(s) in custody of the State of Arizona can Be filed as AN class action habeas corpus Case under-
U.S. Ex. Rel. JERO V. Preiser C.A.2. (N.Y) 1974, 506 F.2d.1115, Certiorari denied, 95 S.Ct.1587,421 U.S.921, 43 L.Ed.2d.789

States-Where representative parties who Sought habeas Corpus for themselves and for other young adult misdemeanants held
Alfred Erik Careffe ADC#350727

17 of 22

Statement of the Case (pg. 18)

In state prison Could have proceeded
Individually in District Court for the
Southern District of New York, that Court
had Jurisdiction over the entire class,
    Including those, who were Neither
imprisoned Nor sentenced in the Southern
District.

    Which means If the United States
District Court has Jurisdiction to hear
An class Action habeas Corpus case(s)
than the Ninth Circuit court of Appeals
and this Court the Supreme Court of
the United States Also has Jurisdiction
to hear the class Action habeas Corpus
Case(s)

    since 4:23-cv-00057-TUC-JGZ-PSOT
and 4:23-cv-00058-TUC-JGZ-PSOT were
First Filed to the U.S. Court of Appeals
For the Ninth Circuit Court. then the
New Matter in Alfred Erik CareffA
ADC Number 350727 V. Ryan Thornell et al.,
        Alfred Erik Careffe ADC#350727

18 of 22

Statement of the Case (pg. 19)

2-23-CV-01594-PHX-ROS-(ESW) was
opened by the U.S. District Court of
Arizona And is Retroactive to Jensen
et.al. V. David Shinn etal (Replaced by
Ryan thornell etal) 2-12-CV-00601-PHX-ROS

Now Includes the Habeas Corpus
Class Action Retro Active to Alfred Erik
Caraffe ADC#350727 V. Ryan Thornell et.al.)
2:22-CV-00813-PHX-MTL-(DMF) Also
Filed to U.S. Court of Appeals for the
Ninth Circuit Court and in the same
pre-Filing review Case 22-80774 that's
Violating my First Amendment and Fifth
Amendment Rights of the U.S. Constitution
as well as Every prisoner in the State
of Arizona held in unconstitutional
State Custody.

with over 47,000 Petitioner(s) in
on class Action habeas corpus Case.
ON Behalf of All present and future State
prisoner I request that the Named citizen(s)
In the class action recieved the Nullity
Alfred Erik Caraffa ADC#350727

19 of 22

## Statement of the Case (pg. 20)

and voiding of their state convictions
and Compensation for the unconstitutional
time spent in the Custody of the Arizona
Dept. of Corrections at $175⁰⁰ Dollars per day
at 25 to one Ratio for punitive damages
and Interest on EAch Judgment under Rule
42- Interest and Damages for All Named
Petitioner(S) in this Class Action Habeas
Corpus case.

I hereby on Behalf of All others in the
Subclass request the Nullity and voiding of
the unconstitutional Convictions of the
State of Arizona. Compensation for time spent
IN unconstitutional Custody at $175⁰⁰ Dollars
per day at 25 to one Ratio for Punitive damages.

I hereby Request on Behalf of All Illegal
person(s) who Are Not citizen(s) of the United
States of America held in the unconstitutional
Custody by the State of Arizona Department of
Corrections the Nullity and Voiding of the
Alfred Erik Canaffe ADC# 350727
20 of 22

<u>Statement of the Case P3(21)</u>

Unlawful and Unconstitutional Conviction and Release from unlawful custody, to AN ICE holding facility for processing Back to the Country In which they Are A citizen within 72 hours since they were unlawfully held in custody by the State of Arizona. And going from one unconstitutional custody to Another is Not Constitutional treatment and violates the 8th Amendment to Cruel punishment.

the federal Government can then purchase, or lease the State facilities and/or County Jails Put in place the Statewide federal Jurisdiction which is suppose to be in place in the first place.

Plus all cost(s) and fees to the Defendant(s)/ Respondant(s) State of Arizona.

And Also As the paralegal In this habeas Corpus Action class Action Case I seek twenty (20%) percent of EAch Judgment given to EAch Unconstitutional person in custody Except for those two prisoner(s) who Are Alfred Erik Carath ADC#350727

21 of 22

Statement of the case(pg22)

Named in the Petition.

For the Unconstitutional Conviction In Alfred Erik Caruffe V. Unknown party etal., (which is known as Maricopa County and State of Arizona) 2-23-cv-00247-PHX-MTL-(ESW)-filed on Appeal case Number 23-15744. I seek the Sum of $450,000,000.00 Million Dollars for the Unconstitutional Conviction, plus Interest from the first District court(s) order.

For Ninth Circuit court case Numbers 23-15874 and 23-15875 in Alfred E. Caruffe U. Michael T. Liburdi 23-15874 I seek $280,000,000.00 Million each Dollars against the United States of America in official Capacity. plus Interest on the Judgment In Alfred Erik Caruffe V. U.S.A. et. al. 23-15875- I seek the Sum of $295,000,000.00 Million dollars In Compensation/Relief.

In the california habeas corpus Action hindered by the United States in official Capacity I seek in compensation the Sum of $37,625,000.00 Dollars plus Interest Against the United States of America in official Capacity and $250,000,000.00 Dollars in Compensation Relief for the Deprivation(s) under the Fifth Amendment U.S. Constitution

Alfred Erik Caruffe A0CH350727

22 of 22

**REASONS FOR GRANTING THE PETITION**

<u>1</u>) the current Constitutional issue(s) of unconstitutional Jurisdiction of the State of Arizona to prosecute and confine prisoner(s) is costing the taxpayer(s) of the State of Arizona unnecessarily and adding undue punishment, cruelity to those under the unconstitutional custody.

2) To uphold the Constitutional Rights and privileges of over 47,000 people

3) to fix the wrongs done by the State of Arizona and Because upholding the Rights of the Citizens of the United States of America is why the U.S. Constitution was created in the first place.

## CONCLUSION

The petition for a writ of certiorari should be granted.

Respectfully submitted,

ADC#350727

Date: September 2nd 2023

27

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

22-80774

Alfred Erik Caruffa

ADC#350627 et al.,  — PETITIONER

(Your Name)

VS.

Ryan Thornell et al.,  RESPONDENT(S)

**PROOF OF SERVICE**

I, Alfred Erik Caruffa, do swear or declare that on this date,

September 15, 20 23 as required by Supreme Court Rule 29 I have
served the enclosed MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
and PETITION FOR A WRIT OF CERTIORARI on each party to the above proceeding
or that party's counsel, and on every other person required to be served, by depositing
an envelope containing the above documents in the United States mail properly addressed
to each of them and with first-class postage prepaid, or by delivery to a third-party
commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:

Attorney General of Arizona 400 West Congress St.
Tucson Arizona 85701 and Solicitor General of U.S.
Dept. of Justice 950 Pennsylvania Av. NW Washington
D.C. 20543 USA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2nd, 20 23

163 of 163

(Signature)



Inmate AL/Fred Erik Gingette
Arizona State Prison Complex - TUCSON
Unit - Kincon Hbo 4-00
PO BOX 24505
TUCSON AZ 85734

U.S. District Court
- D. SILVER
ert In and for the
ona (Phoenix Division)
Cington Street
85003 USA

on civil suit
the Courts w/ Inscrence copy
he Courts
A writ of
on (under U.S. Supreme Court Rule 45-2)
44 total / pages