KRISTIN K. MAYES
ATTORNEY GENERAL

Gregory Honig, Bar No. 018804
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-7670
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>Ryan Thornell, et al.,<br><br>  Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**DEFENDANT THORNELL'S NOTICE TO THE COURT OF SIX-MONTH STATUS** |

Pursuant to the Court's Permanent Injunction (Dkt. 4410), Defendant Thornell, through counsel, submits the following status report regarding aspects of the Injunction.

/ / /

/ / /

/ / /

1. **Deadline to begin treatment each month for HCV. (Dkt. 4410 at Section 11.1.5.)**

Beginning on October 7, 2023 the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") will begin treating 270 patients per month, based upon the requirements set forth in the Injunction. As of September 11, 2023, the prioritized list had been created with all known HCV patients totaling 5,600 patients. This list is being analyzed and prioritized based on Injunction mandates. All patients offered HCV treatment are evaluated for Opioid Use Disorder, and, if found to have OUD, are offered medication for opioid use disorder.

2. **Deadline to seek the Court's permission to introduce nursing triage. (Dkt. 4410 at Section 7.4.8.)**

Prior to the Injunction, the entire correctional healthcare system was designed around a nursing triage process. Pursuant to 7.4 (Non-Urgent/Non-Emergent Care), ADCRR, in conjunction with Dr. Stern, Dr. Strick, and the monitoring team, are implementing a self-scheduling process or Patient Centered Care Model (PCCM). Changing from a nursing triage system to a provider triage system will be a gradual process, and ADCRR is working closely with the monitoring team to accomplish this requirement. Currently, Phoenix-Aspen and Lewis-Rast Max are piloting the self-scheduling model. In addition, focus groups are taking place at Douglas, Lewis, Perryville, Phoenix, and Yuma complexes to develop implementation plans at these sites, with plans for future expansion at other locations. Defendant Thornell respectfully requests that the nursing triage system be allowed to continue during this transition period.

3. **Deadline to allow inmates to make direct requests for services through tablets. (Dkt. 4410 at Section 24.1.)**

Director Thornell reports the following regarding utilization of tablets with respect to access to healthcare and programming:

- **Language.** As of August 31, 2023, the tablets are set up to have six (6) different languages for the core system.

- **Direct Requests for Services.** As of September 15, 2023, inmates are able to submit a direct request for medical services on the tablets with the NaphCare application.

- **File a Letter or Other Request.** Inmates are able to file a letter or other request that is required prior to filing a grievance from their tablet within the FYI application.

- **File a Grievance, File an Appeal, Access Case Notices, Access Disciplinary and Hearing Documents, Access Appeal Decisions.** All forms have been created to file a grievance or appeal. The forms will allow inmates to file a grievance or appeal on the tablets. Then the grievance coordinator will use the current method inside ACIS to process the grievance or appeal. When the process is completed the entire packet will be uploaded into the inmates' FYI application on the tablet. Starting the week of October 2, 2023, the forms are being tested at Phoenix Complex. Rollout of the forms will commence after this test period.

- **Access and Send Electronic Mail.** Inmates currently have access to send personal mail and professional mail to Department staff.

- **Check Commissary Account Balance and Purchase Commissary.** ADCRR is working with its vendors to ensure completion and successful rollout of this portion of the injunction. This has included a contract amendment and price increase.

- **Obtain Current Program Schedules and Curriculum.** Effective August 31, 2023, current program schedules and curriculum are sent to the inmates via the FYI application.

- **Access the Prisoner Handbook.** The prisoner handbook was previously available on the tablets. On August 4, 2023, the prisoner handbook was pushed out on the FYI application.

- **Access Current Classification Level and Progress.** This information is sent to inmates via the tablets after they request their current classification level and progress towards the next step down.

- **Access to Entertainment.** Previously and still available.

- **Paper or Other Means.** As of September 15, 2023, all documentation listed in Section 24.1 of the Injunction is available on the tablet and/or paper.

**4.  Deadline to offer MOUD in three new facilities.  (Dkt. 4410 at Section 11.3.6.)**

MAT services are currently being offered at seven (7) complexes (Winslow, Lewis, Perryville, Tucson, Phoenix, Douglas, Safford) and two (2) complexes to ensure services are not discontinued due to movement (Eyman and Yuma). MAT implementation began at Winslow on August 1, 2023. As of October 3, 2023, 118 individuals at Winslow were receiving MOUD with another ten requests. MAT implementation began at Lewis on

August 14, 2023. As of October 3, 2023, 599 individuals were receiving MOUD with another 706 requests. MAT implementation began at Perryville on August 28, 2023. As of October 3, 2023, 210 individuals were receiving MOUD with another 220 requests. MAT implementation began at Tucson on September 12, 2023. As of October 3, 2023, 420 individuals were receiving MOUD and requests are increasing. MAT implementation began at Douglas on October 2, 2023 and as of October 3, 2023, 16 individuals were receiving MOUD. Phoenix, Yuma, and Safford did not have official MAT implementation start dates. However, as of October 3, 2023, Phoenix had 30 individuals receiving MOUD with an additional 34 requests; Yuma had 43 individuals receiving MOUD with an additional 50 requests; and Safford had 14 individuals receiving MOUD. As of October 3, 2023, Eyman had 15 individuals receiving MOUD and Yuma had 43. Overall, MAT implementation began July 11, 2023 with 172 individuals receiving MOUD and has increased rapidly over the last 13 weeks to 1,566 individuals receiving MOUD as of October 3, 2023.

DATED this 6th day of October, 2023.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Daniel P. Struck
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

KRISTIN K. MAYES
ATTORNEY GENERAL

Gregory Honig
Lucy M. Rand
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ  85004-1592

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Gregory Honig | Gregory.Honig@azag.gov |
| Lucy Rand | Lucy.Rand@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck