17-SEPT-2023

CV-12-601-PHX-ROS

TO-JUDGE-ROSLYN-SILVER

ADC ADMINISTRATION IS ORDERING NEAR CONSTANT RETALIATION AGAINST ME FOR COMPLAINING ABOUT NO HEALTH CARE AND PRISON CONDITIONS

PLEASE DEMAND ADC TO STOP RETALIATING AGAINST ME

THANK YOU Kemp

KEMP-HORTON-202496
POBOX-24403
TUCSON AZ
85734

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 06 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVIL 5.4, 7.1(a)(1),(2),(3)
(Rule Number/Section)