**EXHIBIT A**

**EXHIBIT A**

| Post Staffing Analysis - 50-100 bed detention unit with functioning control booth - 12 hour shifts | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | Relief | Total |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st (AM) | 2nd (PM) | Factor | FTE Req. |
| Direct Supervisor | **Essential** | Sergeant | Shift Supervision | | x | | 1 | 1/0 | 2.7/1.8 (convert to 8 hour shift) | 5.4/1.8 | Sergeant hours will be adjusted to 8 hours shifts, to encompass this operational period from 0800 to 1600 hours. This operational Period is representative of where the majority of the delivery of services occur and can be directly overseen. This location is within the Complex Unit. Units have dedicated Shift Lieutenants and Shift Sergeants 24 hrs a day / 7 days per week regardless of if it is on an 8 or 12 hour footprint. |
| **SUBTOTAL** | | **Sergeants** | | | | **0** | **1** | **1/0** | | **5.4/1.8** | |
| Control booth | **Mandatory** | Officer/Cprl | Pod observation, cell access | | x | | 1/1 +1(F&B) | 1/1 +1(F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 5.4/5.04 | 12 HR shifts require staffing allocations for four quadrants. AM Front, AM Back, PM Front, PM Back for every post. The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrants). |
| Floor Staff | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 4/2 +2 (F&B) | 4/2+2 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 21.6/10.08 | 12 HR shifts require staffing allocations for four quadrants. AM Front, AM Back, PM Front, PM Back for every post. The amount of floor staff being recommended is excessive based on physical plant/proximity location of detention cell housing unit.  The FTE is calculated by total posts (8) x 2.52/2 (to address 4 quadrants). |
| Floor Rover | **Mandatory** | Officer/Cprl | Access to staff #22 | | x | | 1/1 + 1 (F&B) | 1/1 +1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 5.4/5.04 | Position is currently utilized by ADCRR but does not have allocated staffing; the amount of rover coverage varies based on detention size. Typically rovers are in place during the busiest operational periods of detention to ensure that security checks remain uninterrupted even if the detention floor officer are engaged conducting other security functions. The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrants). |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1/1 +1 (F&B) | 0 | 2.7/2.52 (div. by 2 for 4 quadrents) | 2.7/2.52 | This position is not currently allocated however ADCRR will comply with Injunction requirement. The FTE is calculated by total posts (2) x 2.52/2 (to address 4 quadrants). |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **7/10** | **6/8** | | **35.1/22.68** | |
| **Total fte's** | | | | | | | | | | **40.5/24.48** | |
| | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass in housed in the unit. |
| | | | | | | | | | | | In detention units utilizing 1-2 "short-term" watch beds, those beds will be staffed as temporary posts, filled only as needed.  Any staffing for temporary posts is in addition to the staffing required to operate the detention unit, per the staffing plan. |
| **Document 1** | | | | | | | | | | | |

| Post Staffing Analysis - 50-100 bed detention unit with functioning control booth - 8 hour shifts | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | | Relief | Total |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st | 2nd | 3rd | Factor | FTE Req. |
| Direct Supervisor | **Essential** | Sergeant | Shift Supervision | | x | | 1/1 | 1/0 | 1/0 | 1.8 | 5.4/1.8 | Sergeant hours will be adjusted to encompass this operational period  from 0800 to 1600 hours. This operational Period is representative of where the majority of the delivery of services occur and can be directly overseen. This location is within the Complex Unit. Units have dedicated Shift Lieutenants and Shift Sergeants 24 hrs a day / 7 days per week regardless of if it is on an 8 or 12 hour footprint. |
| **SUBTOTAL** | | **Sergeants** | | | | **0** | **1/1** | **1/0** | **1/0** | | **5.4/1.8** | |
| Control booth | **Mandatory** | Officer/Cprl | Pod observation, cell access | | x | | 1/1 | 1/1 | 1/1 | 1.8/1.8 | 5.4/5.4 | |
| Floor Staff | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 4/2 | 4/2 | 3/2 | 1.8/1.8 | 19.8/10.8 | The amount of floor staff being recommended is excessive based on physical plant/proximity location of detention cell housing unit. The workload or inmate movement that occurs in these detention units do not warrant staffing being proposed by Court Monitor. |
| Floor Rover | **Mandatory** | Officer/Cprl | Access to staff #22 | | x | | 1/1 | 1/1 | 1/0 | 1.8/1.8 | 5.4/3.6 | Rover on GY not required based on unit activity; position is currently being utilized by ADCRR but does not have allocated staffing. the amount of rover coverage varies based on detention size. Typically rovers are in place during the busiest operational periods of detention to ensure that security checks remain uninterrupted even if the detention floor officer are engaged conducting other security functions. |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1/1 | 1/1 | 0/0 | 1.8/1.8 | 3.6/3.6 | Rec officer for Days & Swings only; no rec on GY; this position is not currently allocated however ADCRR will comply with Injunction requirement |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **7/5** | **7/5** | **5/3** | | **34.2/23.4** | |
| **Total fte's** | | | | | | | | | | | **39.6/25.2** | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass in housed in the unit. |
| | | | | | | | | | | | | In detention units utilizing 1-2 "short-term" watch beds, those beds will be staffed as temporary posts, filled only as needed.  Any staffing for temporary posts is in addition to the staffing required to operate the detention unit, per the staffing plan. |
| **Document 2** | | | | | | | | | | | | |

| Post Location | Necessity | Post Position Title | Duties & Responsibilities | Type | | # of Posts by Shift | | | Relief | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 4 day | 7 day | Day | 1st (AM) | 2nd (PM) | Factor | FTE Req. | |
| Direct Supervisor | **Essential** | Sergeant | Staff Supervision | | x | 1/1 | | | 2.7/1.8 (convert to 8 hour shift) | 2.7/1.8 | Sergeant hours will be adjusted to encompass this operational period from 0800 to 1600 hours. This operational Period is representative of where the majority of the delivery of services occur and can be directly overseen. This location is within the Complex Unit. Units have dedicated Shift Lieutenants and Shift Sergeants 24 hrs a day / 7 days per week regardless of if it is on an 8 or 12 hour footprint. |
| **SUBTOTAL** | | **Sergeants** | | | | **1/1** | **0** | **0** | | **2.7/1.8** | |
| Control booth | **Mandatory** | Officer/ Cprl | Pod observation, cell access | | x | | 1/1 +1 (F&B) | 1/1 +1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 5.4/5.04 | 12 HR shifts require staffing allocations for four quadrants. AM Front, AM Back, PM Front, PM Back for every post. The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrents). |
| Floor Staff | **Mandatory** | Officer/ Cprl | Count, feeding, observation, escorts | | x | | 2/2 +2 (F&B) | 2/2 +2 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 10.8/ 10.08 | 12 HR shifts require staffing allocations for four quadrants. AM Front, AM Back, PM Front, PM Back for every post. The amount of floor staff being recommended is excessive based on physical plant/proximity location of detention cell housing unit. The workload or inmate movement that occurs in these detention units do not warrant staffing being proposed by Court Monitor. The FTE is calculated by total posts (8) x 2.52/2 (to address 4 quadrents). |
| Floor Rover | **Mandatory** | Officer/ Cprl | Access to staff #22 | | x | | 1/1 +1 (F&B) | 1/0 | 2.7/2.52 (div. by 2 for 4 quadrents) | 5.4/2.52 | This position is currently utilized by ADCRR but does not have allocated staffing; the amount of rover coverage varies based on detention size. Typically rovers are in place during the busiest operational periods of detention to ensure that security checks remain uninterrupted even if the detention floor officer are engaged conducting other security functions. The FTE is calculated by total posts (2) x 2.52/2 (to address 4 quadrants). |
| Recreation | **Mandatory** | Officer/ Cprl | Direct observation of recreation | | x | | 1/1 +1 (F&B) | 0/0 | 2.7/2.52 (div. by 2 for 4 quadrents) | 2.7/2.52 | This position is not currently allocated however ADCRR will comply with Injunction requirement. The FTE is calculated by total posts (2) x 2.52/2 (to address 4 quadrants). |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **5/10** | **4/6** | | **24.3/20.16** | |
| **Total fte's** | | | | | | | | | | **27/21.96** | |
| | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass in housed in the unit. |
| | | | | | | | | | | | In detention units utilizing 1-2 "short-term" watch beds, those beds will be staffed as temporary posts, filled only as needed. Any staffing for temporary posts is in addition to the staffing required to operate the detention unit, per the staffing plan. |

**Document 3**

| Post Staffing Analysis - 1-49 bed detention unit with functioning control booth - 8 hour shifts | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | | Relief | Total | |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st | 2nd | 3rd | Factor | FTE Req. | |
| Direct Supervisor | **Essential** | Sergeant | Staff Supervision | x | | | 1/1 | 1/0 | 0 | 1.25/1.8 | 2.5/1.8 | Sergeant hours will be adjusted to encompass this operational period  from 0800 to 1600 hours. This operational Period is representative of where the majority of the delivery of services occur and can be directly overseen. This location is within the Complex Unit. Units have dedicated Shift Lieutenants and Shift Sergeants 24 hrs a day / 7 days per week regardless of if it is on an 8 or 12 hour footprint. |
| **SUBTOTAL** | | **Sergeants** | | | | **0** | **1/1** | **1/0** | **0** | | **2.5/1.8** | |
| Booth staff | **Mandatory** | Officer/ Cprl | Pod observation, cell access | | x | | 1/1 | 1/1 | 1/1 | 1.8/1.8 | 5.4/5.4 | |
| Floor Staff | **Mandatory** | Officer/ Cprl | Count, feeding, observation, escorts | | x | | 2/2 | 2/2 | 2/2 | 1.8/1.8 | 10.8/10.8 | The amount of floor staff being recommended is excessive based on physical plant/proximity location of detention cell housing unit. The workload or inmate movement that occurs in these detention units do not warrant staffing being proposed by Court Monitor |
| Floor Rover | **Mandatory** | Officer/ Cprl | Access to staff #22 | | x | | 1/1 | 1/1 | 1/0 | 1.8/1.8 | 5.4/3.6 | Rover on GY not required based on unit activity; position is currently being utilized by ADCRR but does not have allocated staffing. the amount of rover coverage varies based on detention size. Typically rovers are in place during the busiest operational periods of detention to ensure that security checks remain uninterrupted even if the detention floor officer are engaged conducting other security functions. |
| Recreation | **Mandatory** | Officer/ Cprl | Direct observation of recreation | | x | | 1/1 | 1/1 | 0/0 | 1.8/1.8 | 3.6/3.6 | Rec officer for Days & Swings only; no rec on GY; this position is not currently allocated however ADCRR will comply with Injunction requirement |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **5/5** | **5/5** | **4/3** | | **25.2/23.4** | |
| **Total fte's** | | | | | | | | | | | **27.7/25.2** | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass in housed in the unit. |
| | | | | | | | | | | | | In detention units utilizing 1-2 "short-term"watch beds, those beds will be staffed as temporary posts, filled only as needed.  Any staffing for temporary posts is in addition to the staffing required to operate the detention unit, per the staffing plan. |

Document 4

| Post Location | Necessity | Post Position Title | Duties & Responsibilities | Type | | # of Posts by Shift | | | Relief | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Post Staffing Analysis - 50-100 bed detention unit with no control booth - 12 hour shifts** | | | | | | | | | | | |
| | | | | 5 day | 7 day | Day | 1st (AM) | 2nd (PM) | Factor | FTE Req. | |
| Direct Supervisor | **Essential** | Sergeant | Shift Supervision | | x | | 1/1 | 1/0 | 2.7/1.8 (convert to 8 hour shift) | 5.4/1.8 | Sergeant hours will be adjusted to encompass this operational period  from 0800 to 1600 hours. This operational Period is representative of where the majority of the delivery of services occur and can be directly overseen. This location is within the Complex Unit. Units have dedicated Shift Lieutenants and Shift Sergeants 24 hrs a day / 7 days per week regardless of if it is on an 8 or 12 hour footprint. |
| **SUBTOTAL** | | **Sergeants** | | | | **0** | **1/1** | **1/0** | | **5.4/1.8** | |
| Floor Staff | **Mandatory** | Officer/ Cprl | Count, feeding, observation, escorts | | x | | 4/2 +2 (F&B) | 4/2 +2 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 21.6/ 10.08 | 12 HR shifts require staffing allocations for four quadrants. AM Front, AM Back, PM Front, PM Back for every post. The amount of floor staffing being recommended is excessive based on physical plant /proximity location of detention cell housing unit. The workload or inmate movement that occurs in these detention units do not warrant staffing being proposed by Court Monitor. The FTE is calculated by total posts (8) x 2.52/2 (to address 4 quadrents). |
| Floor Rover | **Mandatory** | Officer/ Cprl | Access to staff #22 | | x | | 1/1 +1 (F&B) | 4/1 +1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 5.4/5.04 | This position is currently utilized by ADCRR but does not have allocated staffing; the amount of rover coverage varies based on detention size. Typically rovers are in place during the busiest operational periods of detention to ensure that security checks remain uninterrupted even if the detention floor officer are engaged conducting other security functions. The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrents). |
| Recreation | **Mandatory** | Officer/ Cprl | Direct observation of recreation | | x | | 1/1 +1 (F&B) | 0/0 | 2.7/2.52 (div. by 2 for 4 quadrents) | 2.7/2.52 | This position is not currently allocated, however ADCRR will comply with Injunction requirement. The FTE is calculated by total posts (2) x 2.52/2 (to address 4 quadrants). |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **6/8** | **5/6** | | **29.7/17.64** | Court Monitor's FTE for 2nd (PM) shift  is incorrectly added because the PM shift incorrectly totals 5 when it should be 8. |
| **Total fte's** | | | | | | | | | | **35.1/19.44** | |
| | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |
| | | | | | | | | | | | In detention units utilizing 1-2 "short-term" watch beds, those beds will be staffed as temporary posts, filled only as needed. Any staffing for temporary posts is in addition to the staffing required to operate the detention unit, per the staffing plan. |

**Document 5**

| Post Staffing Analysis - 50-100 bed detention unit with no control booth - 8 hour shifts | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | | Relief | Total | |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st | 2nd | 3rd | Factor | FTE Req. | |
| Direct Supervisor | **Essential** | Sergeant | Shift Supervision | | x | | 1/1 | 1/0 | 1/0 | 1.8/1.8 | 5.4/1.8 | Sergeant hours will be adjusted to encompass this operational period  from 0800 to 1600 hours. This operational Period is representative of where the majority of the delivery of services occur and can be directly overseen. This location is within the Complex Unit. Units have dedicated Shift Lieutenants and Shift Sergeants 24 hrs a day / 7 days per week regardless of if it is on an 8 or 12 hour footprint. |
| **SUBTOTAL** | | **Sergeants** | | | | **0** | **1/1** | **1/0** | **1/0** | | **5.4/1.8** | |
| Floor Staff | **Mandatory** | Officer/ Cprl | Count, feeding, observation, escorts | | x | | 4/2 | 4/2 | 3/2 | 1.8/1.8 | 19.8/10.8 | The amount of floor staff being recommended is excessive based on physical plant/proximity location of detention cell housing unit. The workload or inmate movement that occurs in these detention units do not warrant staffing being proposed by Court Monitor |
| Floor Rover | **Mandatory** | Officer/ Cprl | Access to staff #22 | | x | | 1/1 | 1/1 | 1/0 | 1.8/1.8 | 5.4/3.6 | Rover on GY not required based on unit activity; position is currently being utilized by ADCRR but does not have allocated staffing; the amount of rover coverage varies based on detention size. Typically rovers are in place during the busiest operational periods of detention to ensure that security checks remain uninterrupted even if the detention floor officer are engaged conducting other security functions. |
| Recreation | **Mandatory** | Officer/ Cprl | Direct observation of recreation | | x | | 1/1 | 1/1 | 0/0 | 1.8/1.8 | 3.6/3.6 | Rec officer for Days & Swings only; no rec on GY; this position is not currently allocated however ADCRR will comply with Injunction requirement |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **6/4** | **6/4** | **4/2** | | **28.8/18** | |
| **Total fte's** | | | | | | | | | | | 34.2/19.8 | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass in housed in the unit. |
| | | | | | | | | | | | | In detention units utilizing 1-2 "short-term" watch beds, those beds will be staffed as temporary posts, filled only as needed. Any staffing for temporary posts is in addition to the staffing required to operate the detention unit, per the staffing plan. |

Document 6

| | | | | Type | | # of Posts by Shift | | | Relief | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Post Staffing Analysis - 1-49 bed detention unit with no control booth - 12 hour shifts** | | | | | | | | | | | |
| Post Location | Necessity | Post Position | Duties & Responsibilit | 4 day | 7 day | Day | 1st (AM) | 2nd (PM) | Relief Factor | Total FTE Req. | |
| Direct Supervisor | **Essential** | Sergeant | Staff Supervision | | x | 1 | | | 2.7/1.8 (convert to 8 hour shift) | 2.7/1.8 | Sergeant hours will be adjusted to encompass this operational period from 0800 to 1600 hours. This operational Period is representative of where the majority of the delivery of services occur and can be directly overseen. This location is within the Complex Unit. Units have dedicated Shift Lieutenants and Shift Sergeants 24 hrs a day / 7 days per week regardless of if it is on an 8 or 12 hour footprint. |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | | **2.7/1.8** | |
| Floor Staff | **Mandatory** | Officer/ Cprl | Count, feeding, observation, escorts | | x | | 2/2 +2 (F&B) | 2/2 +2 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 10.8/ 10.08 | 12 HR shifts require staffing allocations for four quadrants. AM Front, AM Back, PM Front, PM Back for every post. The amount of floor staff being recommended is excessive based on physical plant/proximity location of detention cell housing unit. The workload or inmate movement that occurs in these detention units do not warrant staffing being proposed by Court Monitor. The FTE is calculated by total posts (8) x 2.52/2 (to address 4 quadrants). |
| Floor Rover | **Mandatory** | Officer/ Cprl | Access to staff #22 | | x | | 1/1 +1 (F&B) | 1/0 | 2.7/2.52 (div. by 2 for 4 quadrants) | 5.4/2.52 | This position is currently utilized by ADCRR but does not have allocated staffing; the amount of rover coverage varies based on detention size. Typically rovers are in place during the busiest operational periods of detention to ensure that security checks remain uninterrupted even if the detention floor officer are engaged conducting other security functions. The FTE is calculated by total posts (2) x 2.52/2 (to address 4 quadrants). |
| Recreation | **Mandatory** | Officer/ Cprl | Direct observation of recreation | | x | | 1/1 +1 (F&B) | 0/0 | 2.7/2.52 (div. by 2 for 4 quadrants) | 2.7/2.52 | This position is not currently allocated however ADCRR will comply with Injunction requirement. The FTE is calculated by total posts (2) x 2.52/2 (to address 4 quadrants). |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **4/8** | **3/4** | | **18.9/15.12** | |
| **Total fte's** | | | | | | | | | | 21.6/16.92 | |
| | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |
| | | | | | | | | | | | In detention units utilizing 1-2 "short-term" watch beds, those beds will be staffed as temporary posts, filled only as needed. Any staffing for temporary posts is in addition to the staffing required to operate the detention unit, per the staffing plan. |

**Document 7**

| Post Staffing Analysis - 1-49 bed detention unit no control booth - 8 hour shifts | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | Relief | Total | |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st | 2nd | 3rd | Factor | FTE Req. | |
| Direct Supervisor | **Essential** | Sergeant | Shift Supervision | x | | | 1/1 | 1/0 | | 1.25/1.8 | 2.5/1.8 | Sergeant hours will be adjusted to encompass this operational period from 0800 to 1600 hours. This operational Period is representative of where the majority of the delivery of services occur and can be directly overseen. This location is within the Complex Unit. Units have dedicated Shift Lieutenants and Shift Sergeants 24 hrs a day / 7 days per week regardless of if it is on an 8 or 12 hour footprint. |
| **SUBTOTAL** | | **Sergeants** | | | | **0** | **1/1** | **1/0** | **0/0** | | **2.5/1.8** | |
| Floor Staff | **Mandatory** | Officer/ Cprl | Count, feeding, observation, escorts | | x | | 2/2 | 2/2 | 2/2 | 1.8/1.8 | 10.8/10.8 | The amount of floor staff being recommended is excessive based on physical plant/proximity location of detention cell housing unit. The workload or inmate movement that occurs in these detention units do not warrant staffing being proposed by Court Monitor |
| Floor Rover | **Mandatory** | Officer/ Cprl | Access to staff #22 | | x | | 1/1 | 1/1 | 1/0 | 1.8/1.8 | 5.4/3.6 | Rover on GY not required based on unit activity; position is currently being utilized by ADCRR but does not have allocated staffing; the amount of rover coverage varies based on detention size. Typically rovers are in place during the busiest operational periods of detention to ensure that security checks remain uninterrupted even if the detention floor officer are engaged conducting other security functions. |
| Recreation | **Mandatory** | Officer/ Cprl | Direct observation of recreation | | x | | 1/1 | 1/1 | 0/0 | 1.8/1.8 | 3.6/3.6 | Rec officer for Days & Swings only; no rec on GY; this position is not currently allocated however ADCRR will comply with Injunction requirement |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **4/4** | **4/4** | **3/2** | | **19.8/18** | |
| **Total fte's** | | | | | | | | | | | **22.3/19.8** | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass in housed in the unit. |
| | | | | | | | | | | | | In detention units utilizing 1-2 "short-term" watch beds, those beds will be staffed as temporary posts, filled only as needed. Any staffing for temporary posts is in addition to the staffing required to operate the detention unit, per the staffing plan. |

**Document 8**

**Post Staffing Analysis, 12 hour shifts - Maximum Custody Housing Unit (facility), Browning**

| Post Location | Necessity | Post Position Title | Duties & Responsibilities | Type 5 day | Type 7 day | Day | 1st (AM) | 2nd (PM) | Relief Factor | Total FTE Req. | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 12 HR shifts require staffing allocations for four quadrants. AM Front, AM Back, PM Front, PM Back for every post. The relief factor for each quadrant is 1.26 |
| Shift Office | Mandatory | Lieutenant | Shift Supervisor | | x | | 1/1 + 1 (F&B) | 1/1 + 1 (F&B) | 2.7/NR | 5.4/4 | 12-HR Shifts/7-day coverage possible because of staggered RDOs. |
| Administrative | Important | Lieutenant | Visiting, property, tools, etc | x | | 2 | | | | 2 | This position was not part of the court monitor's recommendation but is currently part of the unit staffing / chain of command / reporting relationship |
| **SUBTOTAL** | **Lieutenants** | | | | | 0/2 | 1/1 (F&B) | 1/1 (F&B) | | 5.4/6 | Front (F) = S/M/T (W) RDOs; Back (B) = (W)Th/F/S RDOs |
| Shift Office | Mandatory | Sergeant | Asst Shift Supv | | x | | 1/0 | 1/0 | 2.7/NR | 5.4/0 | Shift sergeants are responsible for the overall operations of their assigned areas and the yard; this position does not currently exist |
| Yard | Mandatory | Sergeant | Supervise Yard Staff | | x | | 1/0 | 1/0 | 2.7/NR | 2.7/0 | Shift sergeants are responsible for the overall operations of their assigned areas and the yard; this position does not currently exist |
| Wing 1 | Essential | Sergeant | Supervison (4 clusters) | | x | | 1/0 | 1/0 | 2.7/NR | 2.7/0 | |
| Wing 2/3 | Essential | Sergeant | Supervison (4 clusters) | | x | | 1/0 | 1/0 | 2.7/NR | 2.7/0 | |
| Wing 4 | Essential | Sergeant | Supervison (4 clusters) | | x | | 1/0 | 1/0 | 2.7/NR | 2.7/0 | |
| Wings (all) | Mandatory | Sergeant | 12 clusters | | x | | 4 + 4 (F&B) | 4 + 4 (F&B) | 2.7/NR | 2.7/16 | Sergeants are allocated by shift assignments. All sergeants are responsible for the oversight and supervision of all clusters and yard operations. RDOs are staggered allowing 7-day coverage. |
| Administrative | Important | Sergeant | Visiting, property, tools, etc | x | | 2/12 | | | 1.25/NR | 2.5/12 | Relief factor is not necessary for 5-day Support supervisor posts |
| **SUBTOTAL** | **Sergeants** | | | 2/12 | | | 5/8 | 2/8 | | 21.4/28 | |
| Main Control | Mandatory | Officer/ Cprl | Control Unit access | | x | | 1/1 + 1 (F&B) | 1/1 + 1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 5.4/5.04 | The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrants) |
| Housing Unit Control | Mandatory | Officer/ Cprl | Control cluster, pod and cell access | | x | | 12/12 + 12 (F&B) | 7/7 + 7 F&B | 2.7/2.52 (div. by 2 for 4 quadrants) | 51.3/ 47.88 | The FTE is calculated by total posts (38) x 2.52/2 (to address 4 quadrants) |
| Wing Control | Mandatory | Officer/ Cprl | Control - Wing access | | x | | 2/2 + 2 (F&B) | 2/2 + 2 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 10.8/ 10.08 | The FTE is calculated by total posts (8) x 2.52/2 (to address 4 quadrants) |
| Housing Unit Floor | Mandatory | Officer/ Cprl | Count, escorts, feeding | | x | | 36/24 + 24 (F&B) | 24/24 + 24 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 162/ 120.96 | ADCRR doubled the number of officers that are currently assigned to each floor: AM increased from 12 to 24 (Front & Back halves) and PM increased from 12 to 24 (Front & Back halves). This will result in requiring an additional 60.48 FTEs. The FTE is calculated by total posts (96) x 2.52/2 (to address 4 quadrants) |
| BMU Floor | | Officer/ Cprl | BMU Program Administratio n | | x | | 2 + 2 (F&B) | 2 + 2 (F&B) | 2.52 (div. by 2 for 4 quadrants) | 10.08 | Court Monitor did not factor BMU Program into Browning Unit Staffing Analysis. The FTE is calculated by total posts (8) x 2.52/2 (to address 4 quadrants) |
| Tower | Mandatory | Officer/ Cprl | Perimeter security, sally port | | x | | 1/1 + 1 (F&B) | 1/1 + 1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 5.4/5.04 | This post is not part of the sub-class area. The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrants) |
| Yard Officer/Cprl | Mandatory | Officer/ Cprl | Movement control | | x | | 2/2 + 2 (F&B) | 1/1 + 1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 8.1/7.56 | The FTE is calculated by total posts (6) x 2.52/2 (to address 4 quadrants). |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| External Escort | **Essential** | Officer/ Cprl | Movement off of the housing unit | | | x | 8/16 + 16 (F&B) | 2/2 + 2 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 27/45.36 | Browning Unit utilizes more escorts than what is being proposed. These escorts are not specifically assigned to clusters but are utilized based on unit or movement activity. These external escorts are also used to provide direct observation of recreation. The FTE is calculated by total posts (36) x 2.52/2 (to address 4 quadrants) |
| Medical Security | **Essential** | Officer/ Cprl | Security in the medical unit | | | x | 3/2 + 2 (F&B) | 1/0 | 2.7/2.52 (div. by 2 for 4 quadrants) | 10.8/ 5.04 | Medical security provides security in the medical unit which consists of the nursing station and the exam room. The nursing station is in direct line of sight of the exam room. ADCRR believes the security in the  medical unit is adequate based on the physical layout of the unit. The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrants) |
| Watch | **Essential** | Officer/ Cprl | Direct/indirect observation | | | x | 3/2 + 2 (F&B) | 3/2 + 2 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 16.2/ 10.08 | The watch officers are adequate to carry out necessary duties required in the Watch Pod. Whenever continuous watches are ordered, additional staffing augmentation is implemented. The FTE is calculated by total posts (8) x 2.52/2 (to address 4 quadrants) |
| Recreation | **Mandatory** | Officer/ Cprl | Direct observation of recreation | | | x | 12/0 | 4/0 | 2.7/NR | 43.2/0 | ADCRR utilizes staffing from external escorts (above) to provide direct observation of recreation. The number of the recreation officers is contingent on the amount of inmates participating in rec |
| Floor Rover | **Mandatory** | Officer/ Cprl | Direct access to staff (#22) | | | x | 12/0 | 12/0 | 2.7/NR | 64.8/0 | This is not currently an ADCRR post. This function is carried out by the assigned housing unit officers |
| Kitchen | **Mandatory** | Officer/ Cprl | Food prep security | | | x | 2/2 | 2/2 | 2.7/2.42 | 10.8/ 9.68 | ADCRR operates Kitchens on 10-hour shifts. This is not part of the sub-class area |
| SSU | **Important** | Officer/ Cprl | Intelligence/Investigations | x | 2/3 | | | | 1.0/NR | 2/3 | |
| Tool Control | **Important** | Officer/ Cprl | Tool security | x | 1/1 | | | | 1.0/NR | 1/1 | |
| Accountability | **Important** | Officer/ Cprl | ??/Count & Movement | x | 1/1 | | | | 1.0/NR | 1/1 | |
| Sally port | **Mandatory** | Officer/ Cprl | access security | x | 1/1 | | | | 1.0/NR | 1/1 | NOT DIRECTLY RELATED TO SUBCLASS HOUSING |
| Work Coordinator | **Important** | Officer/ Cprl | Work Crew supervision | x | 3/2 | | | | 1.0/NR | 3/2 | |
| Key Control | **Essential** | Officer/ Cprl | Key Control | x | 1/1 | | | | 1.0/NR | 1/1 | |
| Visitation | **Essential** | Officer/ Cprl | Visiting security/management | x | 4/4 | | | | 1.25/NR | 5/4 | |
| Mail & Property | Officer/ Cprl | | Mail & Property processing and distribution | x | 2 | | | | NR | 2 | |
| **SUBTOTAL** | **Officer/Cprl** | | | | 13/ 15 | 94/ 130 | 60/ 86 | | 429.8/287.16 | | |
| Total fte's | | | | | | | | | 456.6/321.16 | | |

**Document 10**

| Post Staffing Analysis, 12 hour shifts - Maximum Custody Housing Unit (facility), Rast | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | Relief | Total |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st (AM) | 2nd (PM) | Factor | FTE Req. | 12 HR shifts require staffing allocations for four quadrants. AM Front, AM Back, PM Front, PM Back for every post. |
| Shift Office | **Mandatory** | Lieutenant | Shift Supervisor | | x | | 1/1 + 1 (F&B) | 1/1 +1 (F&B) | 2.7/NR | 5.4/4 | 12-HR Shifts/7-day coverage possible because of staggered RDOs |
| Support /Administrative | | Lieutenant | Support Supervisor | x | | 3 | | | | 3 | This position was not part of the court monitor's recommendation but is currently part of the chain of command/unit reporting relationship to oversee Operations and should therefore be included in the Supervisory FTE's. |
| **SUBTOTAL** | | **Lieutenants** | | | | **0** | **1** | **1** | | **5.4/7** | |
| Shift Office | **Mandatory** | Sergeant | Asst Shift Supv | | x | | 1/0 | 1/0 | 2.7/NR | 5.4/0 | Shift sergeants are responsible for the overall operations of their assigned areas and the yard; this position does not currently exist. Sergeants are allocated by shift assignments. All sergeants are responsible for the oversight and supervision of all clusters and yard operations. RDOs are staggered allowing 7-day coverage. |
| Yard | **Mandatory** | Sergeant | Supervise Yard Staff | | x | | 1/0 | 0 | 2.7/NR | 2.7/0 |
| Wing 1 | **Essential** | Sergeant | Supervison (4 clusters) | | x | | 1/5 + 5 (F&B) | 2/2 + 2 (F&B) | 2.7/NR | 2.7/14 |
| Administrative /Support | **Important** | Sergeant | Visiting, property, tools, etc | x | | 2/2 | | | 1.25/NR | 2.5/2 | Relief factor is not necessary for 5-day Support supervisor posts |
| **SUBTOTAL** | | **Sergeants** | | | | **2/2** | **3/10** | **1/4** | | **13.3/ 16** | |
| Main Control | **Mandatory** | Officer/ Cprl | Control Unit access | | x | | 1/1+1 (F&B) | 1/1+1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 5.4/5.04 | The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrants). |
| Housing Unit Control | **Mandatory** | Officer/ Cprl | Control cluster, pod and cell access | | x | | 3/3+3 (F&B) | 3/3+3 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 16.2/ 15.12 | The FTE is calculated by total posts (12) x 2.52/2 (to address 4 quadrants). |
| Wing Control | **Mandatory** | Officer/ Cprl | Control - Wing access | | x | | 1/1+1 (F&B) | 1/1+1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 5.4/5.04 | The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrants). |
| Housing Unit Floor | **Mandatory** | Officer/ Cprl | Count, escorts, feeding | | x | | 18/17+17 (F&B) | 14/14+14 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 86.4/ 78.12 | The FTE is calculated by total posts (62) x 2.52/2 (to address 4 quadrants). |
| Yard Officer/Cprl | **Mandatory** | Officer/ Cprl | Movement control | | x | | 2/4+4 (F&B) | 1/2+2 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 8.1/15.12 | Court Monitor reduced the number of Yard Officer positions. Yard Officers are responsible for direct coordination and execution of all shift activities and therefore ADCRR would like to continue its current staffing for this post. The FTE is calculated by total posts (12) x 2.52/2 (to address 4 quadrants). |
| Tower | | Officer/ Cprl | Monitor Yard Operations | | x | | 1 +1 (F&B) | 1+1 (F&B) | 2.52 (div. by 2 for 4 quadrents) | 5.04 | Even though this is not a sub-class location, Court Monitor removed the Tower position. This position is critical for the monitoring of yard activities based on the location of the Tower post at Rast (in the middle of the yard). The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrants). |

| Post | Priority | Position | Function | | | | | | Relief | FTE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| External Escort | **Essential** | Officer/ Cprl | Movement off of the housing unit | | x | | 4/5+5 (F&B) | 2/1+1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 16.2/15.12 | The FTE is calculated by total posts (12) x 2.52/2 (to address 4 quadrants). |
| Medical Security | **Essential** | Officer/ Cprl | Security in the medical unit | | x | | 1/3+3 (F&B) | 1/1+1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 5.4/10.08 | This is currently reflected on the shift roster as "Medical/Psych/Pill Call Escort"; there is a separate medical security post as a Support function with no relief factor. The FTE is calculated by total posts (8) x 2.52/2 (to address 4 quadrants). |
| Watch | **Essential** | Officer/ Cprl | Direct/indirect observation | | x | | 2/2+2 (F&B) | 2/2+2 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrents) | 10.8/10.08 | The FTE is calculated by total posts (8) x 2.52/2 (to address 4 quadrants). |
| Recreation | **Mandatory** | Officer/ Cprl | Direct observation of | | x | 6 | 3/0 | 1/0 | 2.7/NR | 10.8/6 | This is currently a Support Services staffing function consisting of 6 individuals with no relief factor (NR); coverage 0600-1800 |
| Floor Rover | **Mandatory** | Officer/ Cprl | Direct access to staff (#22) | | x | | 4/0 | 4/0 | 2.7/NR | 21.6/0 | This is not currently an ADCRR post. This function is carried out by the assigned housing unit officers. |
| Kitchen | **Mandatory** | Officer/ Cprl | Food prep security | | x | | 2/2 | 2/2 | 2.7/2.42 | 10.8/9.68 | ADCRR operates Kitchens on 10-hour shifts. This is not part of the sub-class area |
| SSU | **Important** | Officer/ Cprl | Intelligence/Investigations | x | | 1/2 | | | 1.0/NR | 1/2 | Court Monitor reduced the number of allocated SSU positions. SSU is not a sub-class post however it place a critical role in intel gathering for the unit/agency. |
| Tool Control | **Important** | Officer/ Cprl | Tool security | x | | 1/1 | | | 1.0/NR | 1 | |
| Accountability | **Important** | Officer/ Cprl | ??/Count & Movement | x | | 1/1 | | | 1.0/NR | 1 | |
| Sally port | **Mandatory** | Officer/ Cprl | Access security | x | | 1/1 | | | 1.0/NR | 1 | |
| Work Coordinator | **Essential** | Officer/ Cprl | Work Crews | x | | 2/2 | | | 1.0/NR | 1 | |
| Key Control | **Essential** | Officer/ Cprl | Key Control | x | | 1/1 | | | 1.0/NR | 1 | NOT DIRECTLY RELATED TO SUBCLASS HOUSING |
| Visitation | **Essential** | Officer/ Cprl | Visiting security/management | x | | 4/4 | | | 1.25/NR | 5/4 | |
| Mail & Property | | Officer/ Cprl | Mail & Property distribution/processing | x | | 2 | | | 1.0/NR | 2 | |
| Medical | | Officer/ Cprl | Medical unit security | x | | 6 | | | 1.0/NR | 6 | Court Monitor did not factor in multiple Support positions (no Relief Factor) including Mail & Property (2), Medical Unit Security (6), and Programs Security (1). Additionally, 1 Visitation post was added and 1 SSU post was subtracted from the numbers. |
| Programs Security | | Officer/ Cprl | Programs security | x | | 1 | | | 1.0/NR | 1 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | 11/27 | 41/76 | 32/52 | | 209.1/188.28 | |
| **Total fte's** | | | | | | | | | | 227.8/211.28 | |

Document 15

| Post Staffing Analysis, 12 hour shifts - Maximum Custody Housing Unit (facility), SMU1 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | Relief | Total | |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st (AM) | 2nd (PM) | Factor | FTE Req. | |
| Shift Office | **Mandatory** | Lieutenant | Shift Supervisor | | x | | 1/1 + 1 (F&B) | 1/1 +1 (F&B) | 2.7/NR | 5.4/4 | 12 HR shifts require staffing allocations for four quadrants. AM Front, AM Back, PM Front, PM Back for every post. 12-HR Shifts/7-day coverage possible because of staggered RDOs. |
| Support /Administrative | | Lieutenant | Support Supervisor | x | | 2 | | | NR | | This position was not part of the court monitor's recommendation but is currently part of the chain of command/unit reporting relationship to oversee Operations. |
| **SUBTOTAL** | | **Lieutenants** | | | | **0/2** | **1/1+1 (F&B)** | **1/1 +1 (F&B)** | | **5.4/6** | |
| Shift Office | **Mandatory** | Sergeant | Asst Shift Supv | | x | | 1/0 | 1/0 | 2.7/NR | 5.4/0 | |
| Yard | **Mandatory** | Sergeant | Supervise Yard Staff | | x | | 1/0 | 1/0 | 2.7/NR | 2.7/0 | |
| Wing 1 | **Essential** | Sergeant | Supervison (4 clusters) | | x | | 1/0 | 1/0 | 2.7/NR | 2.7/0 | Shift sergeants are responsible for the overall operations of their assigned areas and the yard; this position does not currently exist. Sergeants are allocated by shift assignments. All sergeants are responsible for the oversight and supervision of all clusters and yard operations. RDOs are staggered allowing 7-day coverage. |
| Wing 2 | **Essential** | Sergeant | Supervison (4 clusters) | | x | | 1/0 | 1/0 | 2.7/NR | 2.7/0 | |
| Wing 3 | **Essential** | Sergeant | Supervison (4 clusters) | | x | | 1/0 | 1/0 | 2.7/NR | 2.7/0 | |
| Wing 4 | **Essential** | Sergeant | Supervison (4 clusters) | | x | | 1/0 | 1/0 | 2.7/NR | 2.7/0 | |
| Wings (all) | **Mandatory** | Sergeant | 16 clusters | | x | | 3 +3 (F&B) | 3 +3 (F&B) | 2.7/NR | 2.7/12 | |
| Administrative / Support | | Sergeant | Visiting, property, tools, etc | x | | 2/14 | | | 1.25/NR | 2.5/14 | Relief factor is not necessary for 5-day Support supervisor posts |
| **SUBTOTAL** | | **Sergeants** | | | | **2/14** | **6** | **2** | | **24.1/ 26** | |
| Main Control | **Mandatory** | Officer/ Cprl | Control Unit access | | x | | 1/1 +1 (F&B) | 1/1+1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 5.4/5.04 | The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrants). |
| Housing Unit Control | **Mandatory** | Officer/ Cprl | Control cluster, pod and cell access | | x | | 16/16+16 (F&B) | 9/9+9 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 67.5/ 63 | The FTE is calculated by total posts (50) x 2.52/2 (to address 4 quadrants). |
| Wing Control | **Mandatory** | Officer/ Cprl | Control - Wing access | | x | | 2/2+2 (F&B) | 2/2+2 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 10.8/ 10.08 | The FTE is calculated by total posts (8) x 2.52/2 (to address 4 quadrants). |

| Post | Category | Rank | Function | | | | | | | Notes |
|------|----------|------|----------|---|---|---|---|---|---|-------|
| Housing Unit Floor | **Mandatory** | Officer/Cprl | Count, escorts, feeding | | | x | 48/ 32+32 (F&B) | 32/ 32+32 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 216/ 161.28 | ADCRR will double the number of officers that are currently assigned to each floor: AM increased from 16 to 32 (Front & Back halves) and PM increased from 9 to 32 (Front & Back halves). This will result in requiring an additional 98.28 FTEs. The FTE is calculated by total posts (128) x 2.52/2 (to address 4 quadrants). |
| Tower | **Mandatory** | Officer/Cprl | Perimeter security, sally port | | | x | 1/1+1 (F&B) | 1/1+1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 5.4/5.04 | The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrants). |
| Yard Officer/Cprl | **Mandatory** | Officer/Cprl | Movement control | | | x | 2/2+2 (F&B) | 1/1+1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 8.1/7.56 | The FTE is calculated by total posts (6) x 2.52/2 (to address 4 quadrants). |
| External Escort | **Essential** | Officer/Cprl | Movement off of the housing unit | | | x | 8/18+18 (F&B) | 2/2+2 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 27/50.4 | Court Monitor recommended the reduction of the number of escorts. SMU I does not predesignate the working location of escorts, utilizing them throughout the facility where needed. The FTE is calculated by total posts (40) x 2.52/2 (to address 4 quadrants). |
| Medical Security | **Essential** | Officer/Cprl | Security in the medical unit | | | x | 3/3+3 (F&B) | 1/1+1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 10.8/ 10.08 | The FTE is calculated by total posts (8) x 2.52/2 (to address 4 quadrants). |
| Watch | **Essential** | Officer/Cprl | Direct/indirect observation | | | x | 3/3+3 (F&B) | 3/3+3 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 16.2/ 15.12 | The FTE is calculated by total posts (12) x 2.52/2 (to address 4 quadrants). |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | | x | 16/0 | 6/0 | 2.7/NR | 59.4/0 | ADCRR utilizes staffing from (EXTERNAL) ESCORT positions to provide direct observation of recreation. The number of the recreation officers is contingent on the amount of inmates participating in rec |
| Floor Rover | **Mandatory** | Officer/Cprl | Direct access to staff (#22) | | | x | 16/0 | 16/0 | 2.7/NR | 86.4/0 | This is not currently an ADCRR post. This function is carried out by the assigned housing unit officers |
| Kitchen | **Mandatory** | Officer/Cprl | Food prep security | | | x | 2/2 | 2/2 | 2.7/2.42 | 10.8/ 9.68 | ADCRR utilizes 10-hour overlapping shifts for Kitchen staff to accommodate meal times and sanitation. ADCRR's 10-hour relief factor is 2.42. |
| SSU | **Important** | Officer/Cprl | Intelligence/Investigations | x | 2/2 | | | | 1/NR | 2/2 | |
| Tool Control | **Important** | Officer/Cprl | Tool security | x | 1/1 | | | | 1/NR | 1/1 | |
| Accountability | **Important** | Officer/Cprl | ??/Count & Movement | x | 1/1 | | | | 1/NR | 1/1 | |
| Sally port | **Mandatory** | Officer/Cprl | access security | x | 1/1 | | | | 1/NR | 1/1 | |
| Work Coordinator | **Essential** | Officer/Cprl | Work crews | x | 3/3 | | | | 1/NR | 3/3 | NOT DIRECTLY RELATED TO SUBCLASS HOUSING |
| Key Control | **Essential** | Officer/Cprl | Key Control | x | 1/1 | | | | 1/NR | 1/1 | |

| Visitation | Essential | Officer/ Cprl | Visiting security/mana gement | x | | 4/4 | | | 1.25/NR | 5/4 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mail & Property | | Officer/ Cprl | Mail & Property processing & distribution | x | | 4 | | | NR | 4 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **13/ 17** | **118/ 158** | **70/ 106** | **537.8/349.64** | | |
| Total fte's | | | | | | | | | 567.3/381.64 | | |
| **Document 17** | | | | | | | | | | | |

| Post Staffing Analysis - Flamenco Mental Health Watch - 8 hour shifts | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | | Relief | Total | |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st | 2nd | 3rd | Factor | FTE Req. | |
| Direct Supervisor | **Essential** | Sergeant | Shift Supervisic | x | | | | 1/1 | | 1.25/1.8 | 1.25/1.8 | Sergeant hours will be adjusted to encompass this operational period  from 0800 to 1600 hours. This operational Period is representative of where the majority of the delivery of services occur and can be directly overseen. This location is within the Complex Unit. Units have dedicated Shift Lieutenants and Shift Sergeants 24 hrs a day / 7 days per week regardless of if it is on an 8 or 12 hour footprint. |
| **SUBTOTAL** | | **Sergeants** | | | | **0** | **0** | **1/1** | **0** | | **1.25/1.8** | |
| Main Control | **Mandatory** | Officer/ Cprl | Pod observation, cell access | | x | | 1/1 | 1/1 | 1/1 | 1.8/1.8 | 5.4/5.4 | This is a control room, not "Main Control" |
| Floor Staff | **Mandatory** | Officer/ Cprl | count, feeding, observation | | x | | 3/7 | 3/7 | 3/7 | 1.8/1.8 | 16.2/37.8 | These are floor positions for George (x2), John (x2), King, Ida, Quiet. ADCRR maintains that 7 are needed to properly staff each ward. |
| Floor Rover | **Mandatory** | Officer/ Cprl | Access to staff #22 | | x | | 1/0 | 1/0 | 1/0 | 1.8/1.8 | 5.4/0 | Rover not required due to the number of floor officers available to provide access to staff |
| Watch | **Mandatory** | Officer/ Cprl | Patient observation | | x | | 3/1 | 3/1 | 3/1 | 1.8/1.8 | 16.2/5.4 | Number of watch officers allocation should be based on the number of actual watches. These positions can be augmented when needed. |
| Recreation | **Mandatory** | Officer/ Cprl | Direct observation of | | x | | 1 | 0 | 0 | 1.8 | 1.8/1.8 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **9/10** | **8/9** | **8/9** | | **45/50.4** | |
| **Total fte's** | | | | | | | | | | | 46.25/52.2 | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the Mental Health Watch unit, and must be followed if just one member of the subclass in housed in the unit. |
| | | | | | | | | | | | | The number of people on mental health watch, and the observation requirements (constant, 10 minute, etc.) will dictate the number of staff needed to provide direct/indirect observation.  Temporary posts must be established and staffed when watch requirements exceed the dedicated positions identified in the staffing plan.  All staffing for temporary posts is in addition to the staffing required to operate the MHW unit, per the staffing plan. |

Document 18

| Post Location | Necessity | Post Position Title | Duties & Responsibilities | Type | | # of Posts by Shift | | | | Relief | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 5 day | 7 day | Day | 1st | 2nd | 3rd | Factor | FTE Req. | |
| Direct Supervisor | **Essential** | Sergeant | Staff Supervisic | x | | | 1/1 | 1/0 | | 1.25/1.8 | 2.5/1.8 | Sergeant hours will be adjusted to encompass this operational period from 0800 to 1600 hours. This operational Period is representative of where the majority of the delivery of services occur and can be directly overseen. This location is within the Complex Unit. Units have dedicated Shift Lieutenants and Shift Sergeants 24 hrs a day / 7 days per week regardless of if it is on an 8 or 12 hour footprint. |
| **SUBTOTAL** | | **Sergeants** | | | | 0 | 1/1 | 1/0 | 0 | | 2.5/1.8 | |
| Booth staff | **Mandatory** | Officer/Cprl | Pod observation, cell access | | x | | 1/1 | 1/1 | 1/1 | 1.8/1.8 | 5.4/5.4 | |
| Floor Staff | **Mandatory** | Officer/Cprl | Count, feeding, observation | | x | | 2/2 | 2/2 | 2/2 | 1.8/1.8 | 10.8/10.8 | |
| Floor Rover | **Mandatory** | Officer/Cprl | Access to staff #22 | | x | | 1/1 | 1/1 | 1/0 | 1.8/1.8 | 5.4/3.6 | Unit size and activity does not support the rover position |
| Watch | **Mandatory** | Officer/Cprl | Patient observation | | x | | 3/1 | 3/1 | 3/1 | 1.8/1.8 | 16.2/5.4 | Number of watch officers allocation is expanded be based on the number of actual watches. These positions can be augmented when needed. |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1/1 | 0/0 | 0/0 | 1.8/1.8 | 1.8/1.8 | This is not currently a post; however ADCRR will comply with Injunction requirements. |
| **SUBTOTAL** | | **Officer/Cprl** | | | | 0 | 8/6 | 7/5 | 7/4 | | 39.6/27 | |
| **Total fte's** | | | | | | | | | | | 42.1/28.8 | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the Mental Health Watch unit, and must be followed if just one member of the subclass in housed in the unit. |
| | | | | | | | | | | | | The number of people on mental health watch, and the observation requirements (constant, 10 minute, etc.) will dictate the number of staff needed to provide direct/indirect observation.  Temporary posts must be established and staffed when watch requirements exceed the dedicated positions identified in the staffing plan.  All staffing for temporary posts is in addition to the staffing required to operate the MHW unit, per the staffing plan. |

**Document 19**

**Post Staffing Analysis - Perryville Mental Health Watch unit - 8 hour shifts**

| Rincon - Post Staffing Plan - 85 bed Mental Health Watch unit -  12 hour shifts | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | Relief | Total | |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st (AM) | 2nd (PM) | Relief Factor | FTE Req. | |
| Direct Supervisor | **Essential** | Sergeant | Shift Supervision | | x | | 1/1+1 (F&B) | 1/0 | 2.7/2.52 (div. by 2 for 4 quadrants) | 5.4/3.6 | Sergeant hours will be adjusted to encompass this operational period  from 0800 to 1600 hours. This operational Period is representative of where the majority of the delivery of services occur and can be directly overseen. This location is within the Complex Unit. Units have dedicated Shift Lieutenants and Shift Sergeants 24 hrs a day / 7 days per week regardless of if it is on an 8 or 12 hour footprint. The FTE is calculated by total posts (2) x 2.52/2 (to address 4 quadrants). |
| SUBTOTAL | | Sergeants | | | | 0 | 1/2 | 1/0 | 2.7 | 5.4/3.6 | |
| Control booth | **Mandatory** | Officer/ Cprl | Pod observation, cell access | | x | | 1/1+1 (F&B) | 1/1+1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 5.4/5.04 | The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrants). |
| Floor Staff | **Mandatory** | Officer/ Cprl | Count, feeding, observation, escorts | | x | | 4/2+2 (F&B) | 4/2+2 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 21.6/ 10.08 | 12 HR shifts require staffing allocations for four quadrants. AM Front, AM Back, PM Front, PM Back for every post. The FTE is calculated by total posts (8) x 2.52/2 (to address 4 quadrants). |
| Floor Rover | **Mandatory** | Officer/ Cprl | Access to staff #22 | | x | | 1/1+1 (F&B) | 1/1+1 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 5.4/5.04 | The FTE is calculated by total posts (4) x 2.52/2 (to address 4 quadrants). |
| MH Watch | **Mandatory** | Officer/ Cprl | Patient observation | | x | | 6/2+2 (F&B) | 6/2+2 (F&B) | 2.7/2.52 (div. by 2 for 4 quadrants) | 32.4/ 10.08 | Watches are provided by sending unit as continuous watch occurs. The FTE is calculated by total posts (8) x 2.52/2 (to address 4 quadrants). |
| Recreation | **Mandatory** | Officer/ Cprl | Direct observation of recreation | | x | | 1/1+1 (F&B) | 0/0 | 2.7/2.52 (div. by 2 for 4 quadrants) | 2.7/2.52 | The FTE is calculated by total posts (2) x 2.52/2 (to address 4 quadrants). |
| SUBTOTAL | | Officer/Cprl | | | | 0 | 13/14 | 12/12 | | 67.5/32.76 | |
| Total fte's | | | | | | | | | | 72.9/36.36 | |

| | |
|---|---|
| | Staffing levels are not tied to the number of people housed in the MHW unit, and must be followed regardless of the number of people housed in the unit. |
| | The number of people on mental health watch, and the observation requirements (constant, 10 minute, etc.) will dictate the number of staff needed to provide direct/indirect observation.  Temporary posts must be established and staffed when watch requirements exceed the dedicated positions identified in the staffing plan.  All staffing for temporary posts is in addition to the staffing required to operate the MHW unit, per the staffing plan. |
| **Document 20** | |

| Post Staffing Analysis - Yuma Mental Health Watch beds (16) - 8 hour shifts | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | | Relief | Total | |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st | 2nd | 3rd | Factor | FTE Req. | |
| Direct Supervisor | **Essential** | Sergeant | Staff Supervision | x | | | | 1/0 | | 1.25/1.8 | 1.25/1.8 | Supervision of this location is overseen by the unit Shift Commander as this is part of Dakota Unit; 1 Lieutenant and 3 Sergeants are allocated on each shift. |
| **SUBTOTAL** | | **Sergeants** | | | | **0** | **0** | **1/0** | **0** | | **1.25/0** | Additionally, there are 2 Lieutenants and 4 Sergeants allocated for Support (Administration) |
| Watch | **Mandatory** | Officer/Cprl | Patient observation | | x | | 3/2 | 3/3 | 3/2 | 1.8 | 16.2/12.6 | Watch Officer allocation is augmented commensurate to the number of continuous watches as needed. |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of | | x | | 1/1 | 0 | 0 | 1.8 | 1.8/1.8 | This is not currently a post; however ADCRR will comply with Injunction requirements. |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **4/3** | **3/3** | **3/2** | | **18/14.4** | |
| **Total fte's** | | | | | | | | | | | **19.25/14.4** | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the Mental Health Watch unit, and must be followed if just one member of the subclass in housed in the unit. |
| | | | | | | | | | | | | The number of people on mental health watch, and the observation requirements (constant, 10 minute, etc.) will dictate the number of staff needed to provide direct/indirect observation.  Temporary posts must be established and staffed when watch requirements exceed the dedicated positions identified in the staffing plan.  All staffing for temporary posts is in addition to the staffing required to operate the MHW unit, per the staffing plan. |

Document 21