THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  CIVLL 5.4, 7.1(a)(1)
(Rule Number/Section)

Iv Enclosed Case 2:12-cv-00601-DKD

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 18 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-12-601-PHX-ROS

Brinsler B Celeals

Iv Enclosed MultiPcl Documents Regarding Inhuman conditions Also PARSON v RYANs money Scams to As the case Number Above A lot is Redacted cuz I did my own Investigations to And on the Verge of doing A Law Suite to but DOC was Actively All Interfeering of Fileing Documents thier were Delais I Got the Run Arounds to Some Are old to but the Retaliation was continues Iv Also enclosed the Illegal Conviction with the FBI Fake Flag Operation And Generated FEAR And used the Threat For control Now that the ANIMA and ULTIMA thing is no more Now comes the Question They Fed Hogwash to the Citizens About Terrorisom and Lied to All About Intelligence Now who will Trust who So I want to Add All this to the File if Nothing Happens oR change then the Citizens Had Seen this All Just As Iv Destroyed PARSON n RYAN And Exposed BM And of on How Worthless other Resorces All Are to why do They Give us Thies And they dont work oR Help At All to It only worked For GOV not the Inmates And All these Peace of shit Inmates that talk About LAW Suites "Civil" Fuck em I did my own Reuserch And it was A GOV WAR cuz of the RePetiton of the DOC Systematic Provocations with Great Deprivitations to if You All dont Understand this Then Your All Retarded IN be A keep Look out of This Futer GOV WAR And money collecto