*GOV TRICKERY TRECHORY And SECRECY* [handwritten]



**ACDL**™
ARIZONA CENTER for DISABILITY LAW

*FUCU the POLPT ICANS The Media And the GOVERNMENT* [handwritten]

*Fuch Business to* [handwritten]
August 27, 2018

**LEGAL COMMUNICATION** *The misluhen bellef that if we Iden tIPY A Cwie Fur Cend uct Including mental And or* [handwritten]

Brandon Colorado #216510
ASPC – Rincon Unit
P. O. Box 24403
Tucson, AZ 85734-4403

*PYSICAL Dircrders Then The Lenders Is Then Necerrer ItLY Excead INf You Cent do AnY of All Thles Then FULU YOLL* [handwritten]

*PSYCHOLEGAL ERROR* [handwritten]

Dear Mr. Colorado:

*WhY did TheY tell me TheY Cunnet Arcnt wltn Healln cere Its All the SAME* [handwritten]

You filed a grievance because you believe that the Arizona Center for Disability Law (ACDL) should represent you in your dispute with Arizona Department of Corrections about your medication. I am writing to explain why we did not accept your case for direct representation. *Then WHY did TheY ReFer me to You All And FUCU Yall All Your Ldeo And bull Shit For AllIMAC NULLEAR FLRE.* [handwritten]

We sent you a letter with information about the *Parsons v. Ryan* settlement rather than provide legal assistance. As explained in the letter that Staff Attorney Asim Dietrich sent to you, ACDL cannot represent you on obtaining appropriate medical care and mental health care because, as a *Parsons* class member, you are represented by American Civil Liberties Union/National Prison Project (NPP) and the Prison Law Office (PLO). ACDL also does not have sufficient staffing to represent you on this issue in a separate proceeding. *So Now TheY Make up Ther Dw Al Rules And LeGullze Ther Own Criminalify For MONEY Collect And to HArM Trades tw* [handwritten]

ACDL is a non-profit law firm that assists Arizonans with disabilities to promote and protect their legal rights to independence, justice, and equality. ACDL provides free legal services to people with disabilities in areas such as discrimination in employment, housing, public accommodations, and governmental services as well as denial of appropriate special education, health care, mental health services, and vocational rehabilitation services. The demand and need for ACDL's services exceeds our staffing and resources. ACDL makes decisions about whether to accept cases based on many factors, such as: *Then WhY is It AllwAYr bull ShIF That Never Happeneds WhY Are Thles Fake Reserces All Created to!* [handwritten]

- whether the matter is a disability-related legal issue; *Then VhY WAS I Denied* [handwritten]
- whether the problem falls within one of our areas of focus as determined through public surveys and board approval. *IAll ReadY FUCUIng told Yall* [handwritten]

5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
(602) 274-6287
(602) 274-6779 (Fax)

177 North Church Avenue, Suite 800
Tucson, Arizona 85701
(520) 327-9547
(520) 884-0992 (Fax)

www.azdisabilitylaw.org

Follow us on: ☐ Facebook ☐ Twitter and ☐ YouTube

Brandon Colorado
August 27, 2018
Page 2

- availability of funding, *to what And For what*
- staff workload and case commitments, and
- the extent to which a case may benefit others with disabilities. *Following Should And Then Fury business to.*

We agree with you that inmates' mental health needs are very important and that is why we have devoted staff and resources to help enforce the Parsons' lawsuit. *bull Shit I didnt Say That They Rip Me off of MOWEY Theyll he heals IN ANY MAY VICTIMA*

If you are dissatisfied with my response, you may contact our CEO J.J. Rico. *I dont know why All You Fucker Create All This Worthless BullShit An*

Sincerely, *Reserers That That Would Never Happen or Is All This For You*

*Rose Daly-Rooney SW Fucker cult All For MOWEY Collect Reserers And then Creating All this HARM For Your MOWEY Collec*

Rose Daly-Rooney
Legal Director *P14-19458*

*I Understand The Check on the GREAT POWER of the State to InPose Severe Punishment "WAR" on Its citleens However I'll counter to And Then This GROSS All Inhumain RR And That Now OUR Formal Complaints Are All DeLuted And MANY Created New And Confides two Neutral Proceds to Not Answer Our Formal Complaint And that Retalliation comes In All MANY Different Forms to As They knew About the DePrivitation to For MANY other Things And Then to Create A less Productive way to the R and R Environment so 88 BC and AM DMA with Proceed Due to The FIJI Perpretrating the terror From thru Duress of Mind Control Shmulas A RED Luser been At My Head And which is Already un offence (ASSAULT) And could couse Sudden Death to,*

*After APA DLS 2009 of Adverse Side effects That Also created Volunterx Intoxicalton of Volunterx conferhous with Solpt Mennhellon I Must Have became A targeted Individual And They Preared on ne Thought I was weel "Mental Health For couvslton" Instead of Help or The GOV Mental Health NOT Takeing Resrecadblity the FBI Thought I must Have been Really SMI And Thats why They Had Prixed on ne but I New was SMF Booss this lur PKPC Med Induced And Also the Root Couses of Colm History In that Reasol TOWN to.*

SECRECY

**PRISON LAW OFFICE**
General Delivery, San Quentin CA. 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Thomas Nosewicz
Camille Woods
Lynn Wu

**LEGAL MAIL – CONFIDENTIAL**

*Why didnt AnY of Those Fuchhas WAN A Beer hill that Ar Pa10 I thaught that Phoenix Had the most PoweR full 5A Migs Fuchas Shit bugs. 88BC And AllE MA wIm Fuch PIIIs Snew Em And You How Fuek DEAce DI4-14488*

Dear Sir or Madam: *to Embarrass, De Grade use las transbender bullShIt*

Thank you for contacting our office. We received your letter which either in whole or in part is about the conditions of confinement in Maricopa County jails. This response is only about the Maricopa County Jails conditions of confinement issues in your letter. If your letter had questions or concerns about other issues, you may receive another response from us. *I did Just All That And They Sent me The wrong letter And Cuce to And Parpurtl Y too.*

As you may know, the ACLU National Prison Project and the ACLU of Arizona represent all prisoners in the Maricopa County jails in the class action lawsuit *Graves v. Arpaio*. In October 2008, a federal court ruled that unconstitutional and life-threatening conditions in the jails necessitated federal court oversight to ensure that Sheriff Joe Arpaio and other county officials maintained safe and humane conditions and provided the thousands of detainees held there basic levels of medical and mental health care. In 2010, the Ninth Circuit Court of Appeals ruled that Arpaio and county officials must abide by a federal district court order mandating that they fix unconstitutional conditions in the jails that jeopardize the health and safety of prisoners. In September 2014, the federal district court held that the jails continue to provide detainees with unconstitutional and dangerously deficient medical and mental health care, neglecting serious medical conditions and mental illnesses. *Fuch Huspm Ess And All Per Pins1Y MEss trecatment And TOUR TIAR use of helas Inmater*

The Prison Law Office is not counsel in *Graves v. Arpaio*, so we have forwarded a copy of your letter to the ACLU of Arizona. In the future, please write them directly via legal mail if you have problems with the health care system or the conditions of the jails, at the following address: *I drd Just All That And Add ressed The Problem You Fuchhas RETARDS*

ACLU of Arizona
P.O. Box 17148
Phoenix, AZ 85011

However, if you transfer into Arizona Department of Corrections custody, you can write our office regarding ADC's health care system and conditions of confinement. *So You can Get More More x And Now WHY Am I betting the RCUN Arcunds MAN FUCH YAW*

Sincerely,

Prison Law Office



Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
• Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Colorado Brandon B | 216510 | RENCOW R R | 1.12.23 |

To: Central office

Location: 10 - C - 9

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I know that the Constituton does not oblibc staff to believe what Inmates SAY Although Retallation still Does Happen And the 4th Circut has Held no Requirement of Intent to harm or Punish specific Inmate "the McGal Counrton" And to this date I'h AM still Longstanding Pervasive And Freudulentl Documented I can prove my Innocence but I'm Not being Abel to cend my legal work some Are stolen to Enclosed the Paper ReGording the Pursute And That You can Lock back And See this dodnt Happen And I Reallnest the Record Displnory ExPunGed I Also Enclosed the Incilln That Had M Illness sidc effects That I didnt know And thios other Forms to That Arc Also Retallalton with Deproralt rve to All was to Provoke Vileut behovser This Setcp to was to Delay LeGal Work And new At CSO to be Discredited And wholly unbelivable with Fabicated SMI Portraton. I know it ALD

| Inmate Signature | Date |
|---|---|
| Brandon B Lederly | 1.12.2023 |

Have You Discussed This With Institution Staff?  ☒ Yes   ☐ No

If yes, give the staff member's name: #16215

Distribution: White - Master Record File   Canary - Inmate

916-1
5/13/10

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO BRANDON D | 216510 | Rincon R R | 10.2.23 |

| To: TEJADA | Location: 10 - A - 6 |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I Refuse to be Permonelly Institutionllzed on All FALSE INFORM-AITON of the ongoing Mental Health Por truter to the "LEVIED, FABUCATED complaints I know my Records Are EXAGGERATED At CSU R.R. I didnt order this Idem See Attuched And This All. Profile create of additional Factors of Millness or abnormalitys of "demonstrated ProPensitier" to commit sex crimer or behavior can reasonably be exPected or any continuing illness and or dangerousness or showing behaYors that can reasonably be. ExPected or a Present disorder makes it hibhly likelY that a Person would enGaGe In Future harmful sexual Actror to be used As evidence of Past sexuallY mental conditionr or beIn6 used of The Ahnermal Thats unable to control or who suffers From a mental abnormality disorder which makes the Person Lihelly to enGaGe In PredatorY sexualYacts. This counter is to the APPLication of SPecific Theorier Towards The. UnderstandInG of Indiv: Duals Pstemeds created the dan6erousness And created the Mental illnerser. Im not SMI I never wus.

| Inmate Signature | Date |
|---|---|
| Thundey B Colorado | 10. 2. 2023 |

Have You Discussed This With Institution Staff?  ☑ Yes  ☐ No

If yes, give the staff member's name: COIII

Distribution: White - Master Record File      Canary - Inmate

916-1
5/13/10

KEEFE COMMISSARY NETWORK
P.O BOX 17490, St Louis, MO 63178-7490
32A for A S P C TUCSON WAREHOUSE

Name: COLORADO, BRANDON    Bal Before Order: 1,415.80
ID: 216510    DOB:    Bal After Order: 1,293.36
Acct #: 16685    Order #: 17773759
CPR #: 2106043    Order Date: 05/07/2021
Block: TUCSON   Tier: HU-6   Cell: C09B
RINCON

PROFILE CREATE

17773759-2106043

| Bay-Seq STK | Qty | UOM | Description | Alias T | Price |
|---|---|---|---|---|---|
| * | 2 | BA | IRSH SPRNG ICY BLST SOA | 0449 | 2.00 |
| * | 1 | PK | AA 4PK ION3 BATTERIES | 1210 | 0.75 |
| * | 4 | EA | CIGARETTE PAPERS - GUM | 4576 | 2.56 |
| * | 4 | EA | DB REGULAR-RED (AZ) | 5095 | 15.40 |
| A-8 | 2 | EA | NACHO TORTILLA CHIPS 16 | 6695 | 5.76 |
| B-100 | 2 | EA | CHILI CHS CORN CHIPS 12 | 6699 | 4.72 |
| D-328 | 4 | EA | 4OZ KEEFE COFFEE | 2010 | 12.32 |
| E-401 | 2 | EA | FLAMING HOT DORITOS 7.5 | 3023 | 5.56 |
| F-500 | 2 | EA | MOM TOOTIE FRUITIES CE | 2477 | 7.32 |
| F-508 | 2 | EA | POTATO CHIPS 6OZ BAG | 6160 | 3.92 |
| H-872 | 6 | EA | AZ PRE-ADRSD MANILA EN | 1007 | 1.02 |
| H-888 | 2 | EA | ALBERTO VO5 SHAMPOO 1 | 0010 | 2.16 |
| I-1048 | 1 | EA | POCKET FOLDER | 4687 | 0.28 |
| N-1644 | 2 | EA | CHERRY COUGH DROPS- 3 | 0671 | 2.00 |
| T-2520 | 2 | EA | MAXWELL HOUSE COFFEE | 2017 | 12.02 |
| T-2528 | 1 | EA | CREAMY PEANUT BUTTER | 6417 | 1.69 |
| U-2612 | 2 | EA | BBQ CHIPS 6OZ | 6165 | 3.92 |
| U-2632 | 3 | EA | KEEFE FREEZE DRIED COF | 2015 | 17.94 |
| V-2736 | 8 | BX | PINK SUGAR SUBSTITUTE- | 2216 | 16.16 |

PROPERTY ITEMS -TO BE DELIVERED FROM PROPERTY OFFICE
| TT-8320 | 1 | EA | PROPERTY ITEM | 2974 | 2.45 |

Total Pick Qty 53    SubTotal:   119.95
   Tax:   2.49
   Total:   122.44

SHORTAGES/CANCELLED
| Alias | Qty | Description | Reason |
|---|---|---|---|
| 1200 | 1 | AAA 4/PK ION3 BATTERIES | Item restricted |
| 3446 | 5 | ICE CREAM SANDWICH | Exceeds dollar limit |
| 6321 | 3 | BBQ CORN NUTS | Exceeds dollar limit |

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed:_____ Date:_____
Witnessed By:_____ Date:_____

4BR Note
And to   MAY 12 2021
CREATED PROFILE   ORIGANALLY →   And to
Bxsoysnote
CRX ?   10/09   OK

### s and Clothing Items

| Item/# unless noted) | | Price | Item/Category | | Price |
|---|---|---|---|---|---|
| | T | $0.60 | **Boxer Shorts (Limit 7) Approved only** | | |
| (limit 2) | T | $1.00 | 2946 | Men's Boxers - S | T | $2.62 |
| | T | $3.75 | 2947 | Men's Boxers - M | T | $2.62 |
| | T | $3.75 | 2948 | Men's Boxers - L | T | $2.62 |
| c-Too | T | $4.75 | 2949 | Men's Boxers - XL | T | $3.26 |
| | T | $1.39 | 2950 | Men's Boxers - 2XL | T | $3.16 |
| ooks | | | 2951 | Men's Boxers - 3XL | T | $3.28 |
| | T | $5.99 | 2952 | Men's Boxers - 4XL | T | $3.28 |
| | T | $5.99 | 2953 | Men's Boxers - 5XL | T | $3.28 |
| | T | $5.99 | **Women's Briefs (Limit 7) Approved only** | | |
| | T | $5.99 | 2965 | Women's Briefs - S | T | $2.45 |
| | T | $5.99 | 2966 | Women's Briefs - M | T | $2.45 |
| | T | $5.99 | 2967 | Women's Briefs - L | T | $2.45 |
| | T | $5.99 | 2968 | Women's Briefs - XL | T | $2.45 |
| r | T | $5.99 | 2969 | Women's Briefs - 2XL | T | $2.44 |
| | T | $5.99 | 2970 | Women's Briefs - 3XL | T | $2.45 |
| | T | $5.99 | 2971 | Women's Briefs - 4XL | T | $2.45 |
| | T | $5.99 | 2972 | Women's Briefs - 5XL | T | $2.45 |
| | T | $5.99 | 2973 | Women's Briefs - 6XL | T | $2.45 |
| Limit 1) | | | 2974 | Women's Briefs - 7XL | T | $2.45 |
| | T | $25.00 | 2975 | Women's Briefs - 8XL | T | $2.45 |
| | T | $25.00 | **Women's Sports Bra (Limit 4) Approved only** | | |
| | T | $25.00 | 2954 | Sports Bra - 32 | T | $3.50 |
| | T | $25.00 | 2955 | Sports Bra - 34 | T | $3.50 |
| | T | $25.00 | 2956 | Sports Bra - 36 | T | $3.50 |
| | T | $25.00 | 2957 | Sports Bra - 38 | T | $3.50 |
| | T | $25.00 | 2958 | Sports Bra - 40 | T | $3.50 |
| | T | $25.00 | 2959 | Sports Bra - 42 | T | $3.50 |
| | T | $25.00 | 2960 | Sports Bra - 44 | T | $3.50 |
| | T | $25.00 | 2961 | Sports Bra - 46 | T | $3.50 |
| | T | $25.00 | 2962 | Sports Bra - 48 | T | $3.50 |
| | T | $25.00 | 2963 | Sports Bra - 50 | T | $3.50 |
| | T | $25.00 | 2964 | Sports Bra - 52 | T | $3.50 |
| Items-Tops (Limit 2) | | | **Women's Bra (Limit 3) Approved only** | | |
| m -M | T | $4.50 | 1608 | BB Women's Bra 32B | T | $3.15 |
| m -L | T | $4.50 | 1601 | Women's Bra 34B | T | $3.15 |
| m -XL | T | $4.50 | 1602 | Women's Bra 36B | T | $3.15 |
| m -2XL | T | $4.50 | 1603 | Women's Bra 38B | T | $3.15 |
| m -3XL | T | $4.50 | 1614 | BB Women's Bra 34C | T | $3.15 |
| m -4XL | T | $6.00 | 1609 | BB Women's Bra 36C | T | $3.15 |
| m -5XL | T | $6.00 | 1610 | BB Women's Bra 38C | T | $3.15 |
| -M | T | $4.50 | 1604 | Women's Bra 40C | T | $3.15 |
| -L | T | $4.50 | 1605 | Women's Bra 42C | T | $3.15 |
| -XL | T | $4.50 | 4726 | Hanes Women's Bra 44C | T | $10.00 |
| -2XL | T | $4.50 | 1616 | BB Women's Bra 36D | T | $3.15 |
| -3XL | T | $4.50 | 1611 | BB Women's Bra 38D | T | $3.15 |
| -4XL | T | $6.00 | 1612 | BB Women's Bra 40D | T | $3.15 |
| -5XL | T | $6.00 | 2922 | Hanes Women's Bra 42D | T | $10.00 |
| | | | 1606 | Women's Bra 44D | T | $3.15 |
| nit 5) | | | 4852 | Hanes Women's Bra 36DD | T | $19.45 |
| 32 | T | $13.00 | 2903 | Women's Bra 38DD | T | $3.15 |
| 34 | T | $13.00 | 2905 | Women's Bra 40DD | T | $3.15 |
| 36 | T | $13.00 | 2907 | Women's Bra 42DD | T | $3.15 |
| 2 | T | $13.00 | 2910 | Women's Bra 44DD | T | $3.15 |
| 34 | T | $13.00 | 2913 | Women's Bra 46DD | T | $3.15 |
| 36 | T | $13.00 | 2916 | Women's Bra 48DD | T | $3.15 |
| 2 | T | $13.00 | 2917 | Women's Bra 50DD | T | $3.15 |
| 34 | T | $13.00 | 2919 | Women's Bra 52DD | T | $3.15 |
| 36 | T | $13.00 | **Athletic Supporters (Male only, Limit 1)** | | |
| 2 | T | $13.00 | 1535 | Life Wear Athletic Supporter Small | T | $5.75 |
| 34 | T | $13.00 | 1536 | Life Wear Athletic Supporter Medium | T | $5.75 |
| 36 | T | $13.00 | 1537 | Life Wear Athletic Supporter Large | T | $5.75 |
| 2... | T | $13.00 | 1529 | Life Wear Athletic Supporter Xlarge | | |

Wyley's List

4576 x1   Rolling Paper   0.64 ✓
2010 x 2   Red bags   6.16 ✓
5095 x 1   Pouch   3.35 ✓
2474 x1   Apple Zings   366
2477 x 1   Tootie Fruity   366
6417 x 1   PB   ~~336~~ 1.69
2297 x 2   Brown suga oatmeal   5.64
~~2585~~ 24.80

For This one TheY Had TamPard with mY STORE SlIP And Then chanGed
The Numbers I don't Think to HAMPER or Enbarrus hut to PROElEL
CREATE of SEChILY mlnded or SMI Pontrate create.

**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Inmate Letter**

p6 2 op4

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Cornno Nomdon 13 | 266SW | Rincn RR | 6 5 2023 |

TO: PMRB

LOCATION: W US

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

How could I Supper from A Mental Disorder when Performance was in entirely what in limits, Normal I Responded Quickly And in Organized way And showed Excellent concentration I showed no tendencies Toward Unmanageable behavior and I was not claiming Any Experience of Severe M Muror Pr Lahr Fabricated complaint was Plumd And Thisted Brand And Thal AS, 21, 201, 01 Hae Gotten me In Dlided Wilts to And That Im Alergic to Prolixon which cause Select Muscleters And Suside The shts Also Resperdal And Thes Medruteas Forced him Threw A Title 36 Proceeding UZ thes meds resulted in development of Very Negative And Deadly Psychia toric Sxmptoms Such As hallucin ations And they All made me Unable to Think clearly and Thats Experience blunzed Wison And then I was not Exhibiting an explosing Sxmptoms Assuc rated with sever Mental Disorder Particularty of a Psychotic varietys to Haed At the Hearing I Had No Difficlt Processing Information but Moreover Wished me out And Also showed reasonably well Developed Intellectual abilities to There was no Psychosocial Stressors At the Hearing And I do Not show Any exhbit Signs of A Present Mdisorder And At Earlest Interview I showed no tendencies torward unmanageable behavior And was not claiming Any Experience of Sever Mental Illness when Labr Suchord Info From me And Tusted Mt Thread to And That Trumester with Psychotic behavior Perform Poorly another Illustrer of Disturbance In Thinking And I did not Perform Poorly in Any WAY to Also how could I be Severely Impaired or Have A Mental Disorder when I At the Hearing to Presented

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 6 5 2023 |

Have you addressed this with Department staff? ☐ Yes ☐ No

If yes, give the staff member's name and the date you addressed with them:

(Staff Member's Name) (Please print)     (Date addressed)

*Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Inmate Letter**

PG 2 of 4

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Coronado Mark B | 216510 | Rincon R R | Le 5, 2023 |

TO
AMRD

LOCATION
H U8

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

As an Alert controlled and reasonably well controlled WSHT my speech was fast but reasonably well controlled and I knew it was going to be cut short and also I do not respond to internal stimulation or the tone that produced by psychotic processes to. And the whole time since 2018 there is not evidence of our self esteem or which various uncles. However there was a lot of pressure and great deprivations then PHASE UN in RAT 17 core. So see delusions or perception is AU voted out and that I don't need medications we of my willing need to come clean. Int. who normal present do they don't take medications and I do not AU exaggerate. SMI I symptoms in the past but there to be treatment consistent. And Dr Labor consistent is in treatment consistent manner. I do not know why she doesn't see me as Alert and orientated and there has no displayed evidence. For doctors health and that AU been there no displays no evidence for injuries. Psychotic symptoms. I was given no meds but the threats were did it 2014 FBI force houston WSH the ATF, John terrorism task force con H in 819.4581? and not in going psychotic. Sounds Dr Labor claim is Either no of this signed is reviewed for GADF to report Dr Labor to MCLA and PLO and PLLP. It can't Law safe. Together Dr John AU was Met brio but Met plethora. And complaining Delusions of Persecution can can be rebut AU out or thorax can't AU my fondness is truly Butt m M respect.

INMATE SIGNATURE
Mark B Coronado

DATE (mm/dd/yyyy)
Le 5, 2023

Have you addressed this with Department staff?   ☐ Yes  ☐ No
If yes, give the staff member's name and the date you addressed with them:

_____          _____
(Staff Member's Name) (Please print)                (Date addressed)

*Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*



**Arizona Department of Corrections**
**Rehabilitation and Reentry** _PG 3 of 4_
**Inmate Letter**

Requests are limited to one page and one issue. NO
ATTACHMENTS PERMITTED. Please print all
information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Cheramna Randy B | 246510 | Rincon RR | 6.5.2023 |

TO
DMRD

LOCATION
HUS

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

MENTAL HEALTH SYSTEMS FRAUDULENT SCHEMS AND
ARTIFICES All Inhumane Treatment
Deterioration Results From The states Intent to cause Harm
All Gross staffing Deficiencies
OM or About 1.4.23 Karen Luhr offerd or with Intent to Presen
ted wheather Accepted or Not is Dangerdur Medications or Drug
or Toxic Substance That contained False Information to Intencully
Malice or Neble6ence or would cause a Grave Risk of Death
to Brandon B Colorado

OM or About 1.4.23 Dr Mowrey offerd or with Intent to Presen
ted wheather Accented or Not is Danserour Medications or Drug
or Toxic Substance That contained False Information to Inten
cdfr Malice or Neble6ence or Would cause a Brave Risk of Death
to Brendan B Colorado

OM or About 1.4.23 COIV Wood offend or with Intent to Prese
nted wheather Accepted or Not A Dangerous Medications
or DruG or toxic Substance That contained False Information to
Intencer Malice or Noble6ence And would cure A Brave risk of
Death to Brendan B Colorado.

This Appeal Forms is to show my Rights were Violated And Gwas
Not Fair I Did not Get to Have A Full Chonce to Present the
other Burdence And to continue to Cross Examine And Then
For No Reuen Mowrer Wished me out of the PMRD for no Reron

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Randy B Colorado | 6.5.2023 |

Have you addressed this with Department staff? ☐ Yes ☐ No
If yes, give the staff member's name and the date you addressed with them:

_____   _____
(Staff Member's Name) (Please print)          (Date addressed)

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written
correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence
and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution: Original – Master File
Copy - Inmate

916-1
7/25/19

**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Inmate Letter**

PG 4.4

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED.   Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| GIORDANO Ronda B | 216510 | Rincon RR | 1. 5. 2023 |

TO
? MRD

LOCATION
HU8

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Still The Lack of Understanding and PBITH of M Illness That still
Exist in Todays Society can Result in loss of Johs And
Deviment of jobs, Item Ita care Bit. Thats why the MRS Guided.
All over stemming Deficiencies
Un w Rhout 1. 4a 2) Dud'et uffrad or with Intent to Prevented
when the Accented in MUt Ir Dangerous Medication or Mrs ch
texor, schizofrene That continued Fulce Information to Intentif
Malice w illegitimate or would cure It over Rock of Death
to Ronda D Lu Ende

Un w Rhout 1. 4a 2) T.J aide and lack offord w with Intent
to Presented in More w traffic schizones That continued Fulce
Information to Inherent Malice w Illegitimate w would cure
a over Rick of Death to Ronda D Lilenser

The PLRA Prohibits All Civil Actions by Prisoner For MEN
Tal w EMOTIUNAL Fu Jurrs suffered while in custeal =See
That located in Illness And with ther AU help Further Medevlad
workly I Never Needed or wanted to be NF CSD Illen BSee
the continente Services would be term full to my health
and Scoff w to Inether Person And Allow AU That M
Health in cahilitt to Function will be Harmed E Mce Here
A Right to he Free From Metcarafion "Getting Worse and
All there In And of Labor chemV noted. I want off watch
And Petery to last ASAP I Still didn't Have A full Fair
Hearing to present evidence and cross Examine All Lech Just Phed

INMATE SIGNATURE
Ronda B Colrad

DATE (mm/dd/yyyy)
1. 5. 2023

Have you addressed this with Department staff?   ☐ Yes ☐ No
If yes, give the staff member's name and the date you addressed with them:

(Staff Member's Name) (Please print)          (Date addressed)

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution:   Original – Master File
                Copy - Inmate

916-1
7/25/19

**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Colorado Brandon B | 216510 | RINCON R R | |

TO
LONG

LOCATION
10 - C - 9

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

This is the 5th PAGE to Ccuntor the PMRB

NEGLIGENCE, FRAUD and DECEIT

STRICT PRODUCTS LIABILITY

BREACH of EXPRESS WARRANTY

BREACH OF IMPLIED WARRANTY

The Risk That Mr taken Millness could Damage the Inmate All
Reputation was GREAT ARS 31-201.01

To Herm the Inmater REPUTATION ARS 31-201.01

Courts Were Forced Rehabilitation as A Punishment

There is A Possiblity the Inmate will Experience Psycelogical HARM.

Wheres Their is Created Evidence of Psicelogial Created HARM

If APPears the Ongoing confinement At CSO did And Would Herm me.

88BC with A Fabricated Millnerr Got Trapped In the Disciplinery
Process And ended Up in This Fidelated confinement Settings And
Trying to make me Deteriorate Psychratically!!!

I Will Under Condisteno up Extream Frostly to Render Legal Way.
AN A Fabricated DivGernment Assessment.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Brandy D Colvede | |

Have you addressed this with Department staff?  ☐ Yes ☐ No
If yes, give the staff member's name and the date you addressed with them:

_____          _____
(Staff Member's Name) (Please print)                    (Date addressed)

*Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

Distribution:   Original – Master File
                Copy - Inmate

916-1
7/25/19

NEGLEGENCE

**ARIZONA DEPARTMENT OF CORRECTIONS**

Please print or type all information

**Notification of Intent to Request Approval to
Involuntarily Administer Psychotropic Medication**

You are hereby notified that, in my professional opinion, you suffer from a diagnosed mental disorder. That mental disorder is:

~~Full Paranoid~~ Schizophrenia FABUCATED

ADSe31,191,191 Has caused me Harm And Harm in the Futur--

As a result of this mental disorder:

[✓] You are severely impaired   [✓] Your behavior poses a likelihood of serious harm

As evidenced by: ALL INVALAD. FRAUD And DECEAT

I/m continues delusional, paranoid, distorted thinking & tengential Speech; belieces FBI & CIA is controlling his life & none of his charges are valid (Aggravated Assaults & child molestations) Examples of HNR's: "I went to see of all CIA FBI electron mind control. shit!", "SmI ANIMA will still NUKE you", "You fuckers will be bombed!", Refuses REC & Groups, Refuses MH meds; continues cell isolation; poor hygiene; Dxed ē Diabetes Type I but refuses Low Carb Diet; poor level of disease control; HBAIC ranges from 9.9 to 12.1; blood Sugar overages 448; threatens to make shanks to attack others; makes intimidating statements to staff, Escelating anger ALL Cherry Picked VIth FRAUD and DECEAT.

You have been offered the opportunity to voluntarily participate in a plan of treatment for this mental disorder, which includes a medication component. This treatment plan, in my professional opinion, provides a substantial likelihood of ameliorating your condition, and is in your medical interest. You have refused this opportunity to voluntarily participate in this treatment plan, including the medication component. ALL ERECT ARBITRARY

You are therefore notified that an involuntary medication hearing before a PSYCHOTROPIC MEDICATION REVIEW BOARD (PMRB) is being requested. You will receive written notification of this hearing as well as a list of your rights.

Not A Rele/l Bvelaiten

Delivered to the inmate on 01/03/2023 at 0908
(Date)                                    (Time)

Psychiatric Provider's Signature   Date
Dr K Lok                             12/29/22

Inmate Name (Last, First M.I.)    ADC Number
Colorado, Brendon                  216510
Date of Birth    Institution/Facility
2/17/1980       ASPC - Tucson - Rincon
                HU10 -C09

**Notification of Intent to Request Approval to
Involuntarily Administer Psychotropic Medication**

Distribution:
White - Inmate Medical Record
Canary - Key Contact Psychologist   All Gross staffing Deficiencies
Pink - Inmate

1103-15
8/6/07

**Response to PMRB Appeal**

**To:** Colorado, Brandon
**ADC Number:** 216510
**Institution/Unit:** ASPC-Tucson Rincon
**Hearing Date:** 1/4/2023

Response:

I am receipt of your INMATE LETTER appealing decision of the January 4, 2023, Psychotropic Medication Review Board hearing. The findings of a PMRB may be overturned based upon a failure to allow the patient due process, procedural error, or failure of time frame adherence. In reviewing the records of the hearing and your appeal, I find no indication of a violation of the hearing process or of an attestation on your part suggesting procedural error or malfeasance.

Based upon this finding, I cannot support your request that the results of the PMRB hearing be overturned. Your appeal is denied. It is hoped that the initiation of the medication will have a positive result and assist in the treatment of your condition. *oP Aller6ies*

**Ashley Pelton, Ph.D.**
Regional Mental Health Director

*D.O.C StaFF continues to Inter Feer to Dimiassh conpuesty to not File Legal Documents And the Ninfuished Conaesty to Hinderund Hamper Legal Work. All to conceal Illegal conviction And The Fabucated Mental Healty History to Discred it me. And Male me All wholely Unbelevibul And by Not Pravin6 Any thing.*



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Psychotropic Mediation Review Board**
**Notification of Hearing and Inmate's Rights**   *ALL ERECT ARBITRARY*

TO   *On The VerGe of Developing Mental illness*

INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY/LOCATION
Colorado, Brandon | 216510 | AIPC - TUCSON Rincon Hus

FROM   *In Order to Make me SUFFER*

KEY CONTACT PSYCHOLOGIST *(Last, First M.I.) (Please print)* | DATE *(mm/dd/yyyy)*
Del S. Bailey | 01/03/2023

*All Created Inhuman Treatment*

You are hereby notified that a hearing before the Psychotropic Medication Review Board (PMRB) has been scheduled to consider the request of your treating psychiatric provider to involuntarily administer psychotropic medication to you as part of your treatment plan. The hearing will be held:

*Deterioration Results From the State Intent to Case Harm.*

LOCATION | TIME | DATE *(mm/dd/yyyy)*
Rincon Hus | 1130 Am | 01/04/2023

The purpose of the hearing is for the PMRB panel to determine if:

You suffer from a mental disorder,

Due to a mental disorder, you are severely impaired or your conduct presents a likelihood of serious harm, and

The proposed medication is in your best medical interest.

*For Pinted For Serius Created MESSMENHAVEORn*

**YOU HAVE THE RIGHT TO ATTEND THIS HEARING**

At the hearing, you have the right to assistance and presence of your CO III or your CO III's supervisor and, at the discretion of the PMRB panel, to present evidence and cross examine staff witnesses.

You will be provided a copy of the PMRB's findings within eight (8) hours of the conclusion of the hearing.

If the PMRB determines that there is not sufficient cause for you to be involuntarily medicated, in the absence of clear and imminent threat of death or physical injury to yourself or another, you will not be involuntarily medicated. *That DIDnt Follow*

Your treating psychiatric provider can petition for another hearing before the PMRB no sooner than fourteen (14) days of the last hearing.

If the PMRB determines that there is sufficient cause for you to be involuntarily medicated, you have the right to appeal that decision to the Mental Health Program Manager of the Department of Corrections, or his designee, by sending an inmate letter to the key contact Psychologist within twenty-four (24) hours of your receipt of the PMRB's decision.

*Created Deterioration Result From States Intent to Case Herm*

Distribution: White – Inmate Medical Record
Green – Psychiatric Provider
Canary – Deputy Warden or Assistant Deputy Warden
Pink – CO III
Goldenrod - Inmate

1103-1
12/19/12

*All clerly inadequate Mental Health Staff*

*ARS 31.201.151 Has caused me Harm Had Been In the Future*

## ARIZONA DEPARTMENT OF CORRECTIONS *All FRAUD and 11BC13AT*

### Findings of Psychotropic Medication Review Board (PMRB) *All Gross staffing Deficiencies*

| Date of Hearing | Treating Psychiatric Provider *(Last, First M.I.)* | Time | | AM |
|---|---|---|---|---|
| 01-04-2023 | Lahr, Karen | 13:25 | | x PM |

**PMRB MEMBERS** *(Please print)*

Psychiatrist (non-treating) Dr. Mowrey

Deputy Warden/ADW ADW Straud

Psychologist Dr. Bailey

**OTHERS IN ATTENDANCE**

Inmate Colorado, Brandon

CO III CO-IV Wood

Treating Psychiatric Provider NP Dr. Lahr

Other Tejada (co-lead), Heidi Long (Lead)

On the above date and time, this Psychotropic Medication Review Board considered the request of treating psychiatric provider, NP Dr. Lahr , to involuntarily administer psychotropic medications to inmate Colorado, Brandon as part of the inmate's treatment plan.

The PRMB has received and considered:

- [✓] The "Notification of Intent to Request Approval"
- [✓] The "Notification of Hearing and Inmate's Rights"
- [✓] Testimony provided by: NP Dr. Lahr
- [✓] The following documents: Electronic Medical Record

The PRMB finds that:

- [✓] The inmate was properly provided copies of the "Notification of Intent to Request Approval" and the "Notification of Hearing and Inmate's Rights" in a timely manner.
- [✓] The inmate suffers from a mental disorder.
- [✓] Due to a mental disorder, the inmate is severely impaired. *? Why? Not Fill In? See All PL11WD*
- [ ] Due to a mental disorder, the inmate's conduct presents a likelihood of serious harm.
- [✓] The proposed medication is in the inmate's best interest.

Having received the benefit of the foregoing information, testimony, and documents this PMRB has determined by majority vote (with the psychiatrist in the majority) that:

- [✓] The treating psychiatric provider's request for involuntary medication is approved.
- [ ] The treating psychiatric provider's request for involuntary medication is NOT approved.

| Signature of the PMRB Chair | Date |
|---|---|
| | 01/04/2023 |

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Colorado, Brandon | 216510 |
| Date of Birth | Facility/Unit |
| 02/17/1980 | Tucson-Rincon |

Distribution:
White - Inmate Medical Record
Canary - Deputy Warden or Assistant Deputy Warden
Pink - Key Contact Psychologist
Goldenrod - Inmate

1103-2
8/6/07

*Deterioration Results From the State Intent to cure Harm.*

Hidden words TRIEDTORY

Patient DUE PROCESS
Procedural Error
Failure of time Frame adherence
Attestation=any Part suggesting procedural error
or Mal Peasance.

Encounter Date: 05/11/2018          Time: 08:04:29          Type: Nurse - Sick Call - Unscheduled

Location: ASPC-T RINCON II [C50]          Staff: Watts, Rebecca

*12, 14, 2018*

*FINALIZED 88 BC*

Category*: Medical ADA Restrictions/Special Needs

Type*: Daily Shower

Count*: 1          Sequence Number: 01

Approximate Begin Date: 05/11/2018          Approximate End Date: 05/11/2019

Refer to Staff: Watts, Rebecca [▼]
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z All Help

Status: Active [▼]          As of Date: 05/11/2018          **Status History**

Standard Phrases: [▼] **Append**

**Specify Comments**

*ALL TO DEHUMANIZE And Got Instead of Extra TP SNOW of The Medicin Side effect of Diarea.*

*So This was made to Have* [Update] [Prior Page] *MORE Self Destructly behaviors Not to create mental Health Perhaber.*

Show Last Updated Information

*More Gross M, Health SM I Penetrates So of No TP They wanted me to Go to The Shower Had to wush off The Steals So They wanted to Create mecing Health Per Kulter So Creal And unosled penish -ment And more Gross Voliatian. FUCK Mental Health.*

*The All Created Grossly Blzarre behavior for Additional M'illness Portrates*



All Degrading treatment At R.R.

Arizona Department of Corrections

TUCSON - TUCSON RINCON

Notice:

To All Have A Negative Impact on he.

As of: 10/21/2021

Incentive phase criteria is reviewed each day. Information in the system since the previous day is used to determine if any changes have taken place that would change an inmate's incentive level. This letter provides information about the change and why.

Notice: 216510 COLORADO BRANDON

Bed: T, TUCSON RINCON C34HU10C09B

Effective today your phase level has been changed from Phase 3 to Phase 1

Attention Required! Due to failing to maintain one or more of your phase level requirements (see below) your phase level has been revised accordingly (see above). This may be a setback will affect your privileges but you are encouraged to rededicate yourself in order to move up to the next phase.

To advance your status you must: Participate in Programs, removal from a program for poor performance or behavior will result in a reduction to Phase 1. NOTE: Per D.O. 809.01.1.5.4: if you are removed from a program, you shall remain in Phase 1 for 1 year before becoming eligible to advance to Phase 2. Maintain a good discipline violation record, no major or minor violations for 6 straight months.

Reason(s)

☑      Found guilty of class A major disciplinary violation.

The PLRA Prohibits All Federal Civil Actions (constitutional And TORT claims) brought in Federal court by Prisoners (convicted Felons, misdem eanants) And Pre trial Detainees for MENTAL or EMOTIONAL injury suffered while in custody, "All ROOT CAUSES"

All Created a Policy And custom that Allowed the wrong to Occur. They Flully trapped me in the Disciplinary Process and ended up And Prolonged Psolated conFinement Settings, And to Have me All Deteriorate Psychiatrically to Create Millness And That Thies Isolations can Provide Extream stress And to Create A warsen Conditions to Provoke Retaliaiton And vileat misbehaviors And That All this could siGniPicantly Increased the Neen Loch Restraints upon me And Expose me to Extraordinary Hard ships And to Cause me to suPPer indiGult les Frustrations with Dangers And both Physical and Prtcholo Gical Creating Dangerous thoughts.

Page 1 of 1

COLLEGE JUNK SCIENCE of THUGS ALL Profiting to be like They became Fools And Gov blinds
People to The Truth mean Gov Turns The World Into A Place of Pain Suffering And Hurt with
SLAVERY. Oppression

FINAL to The Normal Approach to crime And WAR "Punishment"?

Next Time You Fuckers Say Liberty Instead of FREEDOM Fuck Politics to As Gov Says the
word FREEDOM to confuse the community of citizens And to Also brainwash For military Drafting
And misleading teens About the word Freedom And Brainwash All others Indulge what ever You
want when ever You want where ever You want As I Thought Fuck Gov Politics And the All
created Perpetrators of multi Pet Domestic Vilence? AoG Assaults? Drunk Drivers? And Vilent
Drug offenders! Robbery! Burglery?! Is All You Fuckers Fueling Poverty creating Instability For
All Terrorisom out comes and TERRORISOM! And BY Arcuseing Greif "ANGER And Fear In the
Public And IMPLASION with DANK. to concern with FIA DePt For Serious Emothaal Destress cve of the
Finnachal InTury of All DANNER WARs so FULK Bushness so Fuck Jobs Jobs A Slaurx And to still be
Exterminated while being Enslaved And bullshit man made LAWS of the Excuse Peenel Live with
no central?! And we become to Govs own Desters For All Productivity to build All Thier shit but As
Your buildings will meat Like butter In ANEMAs bL I Im A "NUCLEAR BLAST And Fuck the comm
inalty As Gov shows off to make them selves look Good! Fuck Yeah! And Em to wall WAR!!! And the
chock wave the yll And Yull with the communlty will Feel my ANGER So Fuck All of Your comm
inisom! And the comunisson And better FuWrs Rechculec I Go So Over the U.S. And Ill wake
sheve! its Getting to late For Any PEACE to In tIme with my SORCOrt Nothing will Recover
And Then uccing Note "MONEY" For central All That Ah body Has will be Fule For Flve As Peenel have
Turnded to College Currers As College Had crcated Peenels, whads But Also For the Desires of
Life to Support the Status Quo And Soclty And Gov Socil Uncler Order but Still Fueling Puverty And
create Instability For terror out comes As the media And Always Supprecees the Root cause on
why Such thIngs Happen All That causes FIGHTING, killing, ENVY, HATE and PAIN 'REVENGE
And Pollce will All be worthless As They LAY Down thler Life For Gov SACRIFICE will be Exp
osed Also to military offIcals As thler to be used And killed This First befor the conwiltion I
Lunch AGain As did in 2011 As You All wonder of the END RUN Around of the Fu Justice to So Fudg
business to And How So Public Safetr." oR All You Fuckers Talking About Gov workers?" And
Seeing Peonel As A Resorre So FUCK DUE PROCCESS All Persons born or Naturalized in
The Unlted States And SubJect to the Tursdicton There of the State where
They Reside So Fuck DUE PROCCESS. And SubJect to the Jursdicton there

FUCK The Politicians The Media And the GOVERNMENT                    88IIC

of the State where In they Reside So Fuck DUE PROCESS And Generating Fear is the
Govs Food to And so Guns can Form to And to Provide A check on the Great Power? of the
state to In Pace severe Punishment on it's citizens to Practice of WAREHOUSE ING citizens
for Fix Long Prison Terms For Fed Funding. And Hear the constitutional Righ & Personal Thought
Are considered A Personal matter to the citizens And the State Also the media And Attorney
of Any Refuse to tell it And the AZ Legislator to Pass LAWs to hear Them Incorporated to
be Legal All Sanctioned to be Discorded As Useless And to be Permanent & Institutioned
to Exclct the InJustice And Hear You Fucking Retards Tell 4 About the All Repestive And Reef
"endIng If You dont Understand Anything Hear Then You Dont know what Justice Is
And This Is All of Your Fuckling CO.G corruptx of Government And Hear All Vee Fecher
Thing of Your Self or RIGHtfull Ruler And still the FBI continue it's False Flag Attacks
And Foiled terror Plots to Punish us As A whole citizens I dont care 88BC AN IMA will Pro
cced And As they Murdered And Then Tortured thier way to Fake Power As Thier Also
Trying to control the masses. I killed A Lot of Peonol to All of the Fulse Flown Alerts
of Them to Mobillize the cittens Absence me to Fight on thier side of Folse Flown Alert who
Prophon it'sred Ill will off Threw SORCORY to Destroy this Pursute So Fuck the PMINE And
to be Destroled Lith it And As the MALICE PLOTTING GOVERNMENT continue to Get
me In Illegal Ways to Point the Finger And Lie befor You Sav the SO bull shit As they
Had used in x Jur Recerds I'll Flursh off what They Had started And Hand of thier
Population centred but Not for thier heal/fit I CAN PROVE All I let me see the overreaction
And in x Fuchors Pursute code And what they want AZ legislator legalized thier own
crimin/nal'd x to So Fuck the Constitution And I back the Blame to Safe Gard thier And Power has
esTerror Gov Reserses systems 88BC, AN IMA will Proceed And As NULL EIIR Attack
is eve of thier Assas uestion Attempts And completing And will shut the stla 6 Damn Threw
NULL BAR Attack And Thats uv cookillbarln the Rucist Town And I win NOW You
know - In Flagstaff AZ AllIs A civil matter civil NUCLEAR WAR RETARDS!

*SEE FUCK PARSONS v. RYAN its PARSON with RYAN vs Inmates WO Gov Simply do Not have The Wisdom And Power to bring About A Permanent Solution - or All really is A big SECRET For Thier All corrupted Deviers { As Thier Jool Slave All Feeds off Each other And Then All Their Had been Deceed And Then Now Receiving As They Had been to. And then watch the Social Fatrents will be Dowted In to what He Really wecash Says As to Evolve or For The Intrents of Judical economy And CObCentinanceoI of Guvimont*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

*TRICKERY TRECHORY · SECRECY*

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER** *BANKER WARs Fuck the HNR boxes to This is not The Point And As more AZ Gov WARs upon the Community to lie All For MONEY Collect !!* |
| Charles L. Ryan, et al., | |
| Defendants. | |

A Health Needs Request (HNR) form is the mechanism by which Arizona Department of Corrections (ADOC) inmates request medical treatment, dental care, mental health treatment, prescription refills, or report symptoms to the health care providers. ADOC's longstanding practice required housing units to have a repository for inmates to submit HNRs—HNR Boxes—from which health care staff would collect, review, log, triage, and act upon accordingly. At least a dozen of the Stipulation's performance measures require Defendants to act within certain time frames and it is the submission of an HNR which starts the clock for assessing compliance with them.[1] For example, PM 37 requires an RN to see a sick call inmate within 24 hours after receiving an HNR (or earlier if a more urgent need is present). *Why Not Here both Re terds!!*

In a significant shift, the parties informed the Court in May 2017 that HNR Boxes would be removed from multiple units because those units had adopted the "open clinic *All by Approving unsafe Pharmutated DRUGS And our Short medrates with poor effect And broken other Symptoms All worne As The Sin Ar pre Pkg of BMD Reseř Rants Hidden!*

[1] Specifically, Performance Measures 5, 7, 36, 37, 39, 40, 41, 42, 47, 98, 102, and 103. (Doc. 1185-1)

*No its Not its The Fucking Health Cere And medically Needs You Fucking Idiot!! All more JUNK aot Dated mass Guided Slcree And Fuck the Gov corporation States Clive As Still Reporting of Health care on the cost to or Thier way be A Sheture That The Gov Do not ware Us or Dont Know!!!*

INTIMALIZED BY 888C · 10 2019 · 1. 10 2019

THE Real TERRORISTS Occupy The Political Sub Division, States, Busin error And legislative Branch And Any corporative Joseiber !!

*But Still remind of previous; All because of being fumbled of Nothing of change!!!*

*HNR boxes Are Not the Problem Relends Fuck the HNR boxes to!!*
*OUT of The Control of Government*

process." As explained by the Defendants, the open clinic process is similar to the urgent

2  care model in the community and requires inmates to go to the health unit at designated

3  hours to see a nurse. As implemented by the Defendants, the open clinic procedures only

4  allow the inmate to submit the HNR when visiting with the nurse in person (Doc. 2365 at

5  5). *Then what that Happened to This As it Disregard And then went to the All HNRs*
*Boxes Fuck the HNR Boxes This is Not The Problem RETARDS.*

6  Because the way HNRs are submitted and evaluated is critical to assuring

7  meaningful compliance with multiple areas of the Stipulation, the Court held a four-day

8  hearing to assess whether the new HNR submission process frustrated the ability to

9  assess compliance with the Stipulation's Performance Measures. The Court heard

10  testimony from multiple inmate witnesses, ADOC staff, and Corizon staff (Docs. 2124,

11  2186, 2233, 2318). *Why is That And How they Say This So called Problem?? Depends*
*on the cut like WRONG are Dont Do All of This And other doubt b!*

12  Witness testimony at the hearing confirmed that HNRs are now only tracked when

13  an inmate sees a health care provider (Doc. 2148, June 14, 2017 Hr'g Tr. at 94:15-95:21;

14  Doc. 2328, September 13, 2017 Hr'g Tr. at 143:13-25). The testimony indicated that

15  ADOC does not have any mechanism to track inmates who attempted to attend an open

16  clinic (and does not log HNRs when inmates arrived) at the open clinic (Doc. 2148, June

17  14, 2017 Hr'g Tr. at 94:15-95:21). *And Why do Cover up All This Neglegee And believe*
*To All who Now You can Not Put Any Delend on The H Nl/Rs to!*

18  The testimony presented in Court indicated that not all inmates are able to attend

19  an open clinic, wait to be seen, and submit an HNR without difficulty. Specifically,

20  witnesses testified that some inmates were unable to attend the open clinic during the

21  designated hours (Doc. 2208, July 14, 2017 Hr'g Tr. at 85:1-5, 132:3-4, 134:20-135:12,

22  137:19-138:3; Doc. 2243, August 9, 2017 Hr'g Tr. at 12:2-6, 13:13-14, 15-2:4). Other

23  inmates were too ill or disabled to get to and wait at the open clinic (Doc. 2208, July 14,

24  2017 Hr'g Tr. at 67:2-12, 67:25-68, 69:9-71:6). Finally, some inmates were required to

25  wait outside in temperatures exceeding 100 degrees while waiting to see nursing staff

26  (Doc. 2208, July 14, 2017 Hr'g Tr. at 18:18-21, 20:25-21:4, 34:4-5, 34:11-35:5, 52:6-20,

27  83:13-15, 94:20-95:1).[2] *But Its to BAD the Dun Fails dont Take coe of Them Saly in the*
*only And then They Run All This Polsher And Do All this clean hell*

28  *Just Dirty All This Just Run GANG who hole Shit And Do it The Roof coe And crowded Nerds!*

[2] This ruling does not pass judgment on the open clinic process itself which, as

*[handwritten top margin]* of Mental Ponrhary A Coverup, any? 1 by / sy of Ancony very beyar poling Hentals!

*ALL TRICKERY TRECHORY, SECRECY*

*[left margin handwritten]* Not cure still et For Money collect.

This shift flatly contradicts Defendants' avowal to the Court on January 18, 2017, wherein they maintained that multiple HNR submission methods "ensure that inmates are able to submit HNRs in multiple ways to request and receive routine medical care" (Doc. 1873 at 3). And indeed, certain health care monitor staff testified that only accepting HNRs upon seeing a nurse at the open clinic erects a barrier for inmates to access care (Doc. 2244, August 8, 2017 Hr'g Ex. 27 at 2) ("I said this was in direct contradiction to what I was told today, which is that [HNR Boxes] are never going away because it is an access to care issue."). Finally, Mr. Pratt acknowledged that he did not believe it was necessary to completely remove the HNR boxes (Doc. 2244, August 8, 2017 Hr'g Tr. at 54:19-24). *[handwritten]* To Poss/bol put And Spread Fear In to the Inmates All will Benefit by Horhre And Death of Staff And Beato And All Fate For Plave !!! ex of Death!!!

Based on the evidence presented during the four-day hearing and the parties' briefing, it is clear that the open clinic process means that the only HNRs logged for measuring compliance with the Stipulation are the HNRs submitted by inmates who were able to see a nurse in person. In other words, there is no trace of an inmate's HNR until s/he is seen by a nurse, at which point the HNR is submitted. The Court concludes that the modified open clinic HNR process may impermissibly constrict the numbers of HNRs submitted for measurement and so it cannot replace the HNR Boxes for purposes of measuring compliance with the Stipulation. Because the parties identified the HNR boxes as the triggering event with some of the performance measures, this practice cannot be abandoned without proof that it would have no effect on the measurement of Defendants' compliance with the Stipulation. Not only have Defendants failed to meet this burden of proof but the Court is satisfied that it is likely that some class members would not be able to brave the gauntlet of making it to a nurse at the open clinic. *[handwritten]* Remove the HNR BOXES

Defendants raise several arguments in defense of the open clinic process. None of them are well taken. First, Defendants maintain that the Court is powerless to address their decision because the Stipulation does not mandate a particular method for inmates *[handwritten]* So As This MONEY FCelly MONEY Launderly CONTINUEGS The Cent Had Judac unfit be So Feebly Staped He knox Not know of Are All In It And why This way to !

the witnesses noted, has positive attributes. This ruling also does not address how ADOC collects and logs HNRs during the open clinic process. *[handwritten]* Then How can Fan Fix the Heuth care of FAnd at the Root Red problem cences / Had Its Simple All They Had to do is Investhet More Pronther ! Then Dinquer Han Then Treat Not Relaps And Run Aronds And Report to fly For More 4 % 14 HRs mevey Colleot All eved They Feebly PUG DiEY As they Had Remved that Secure to Save the use Feet other And All Planed by Secst All ere of Hel Heart of the bllllon. Fan D.C.

*Sounds Like All was well Plated Planned And F/X As They Had Two-leaky P/X Already*

1   to submit HNRs (Doc. 2416 at 3-4). But, as Plaintiffs point out, when the parties

2   negotiated the Stipulation, there was no indication that the HNR Box system—where

3   inmates could submit HNRs in a collection box at any time of the day or to have another

4   inmate submit it on their behalf if they were unable—would change (Doc. 2458 at 3).[3]

5       Moreover, Defendants' contention that the Court cannot evaluate their

6   fundamental change in health care delivery to determine whether it complies with the

7   letter and spirit of the Stipulation is meritless. As with innumerable disputes regarding

8   monitoring compliance with the Performance Measures, the Court is well within its

9   discretion to address Defendants' removal of the HNR boxes in order to ensure that

*Bull Shit* 10   compliance is assessed meaningfully. *Bull Shit The Removal is For the Department of Health Care And How Do Throw the GRIEVANCES!*

11       Similarly unavailing is Defendants' contention that this issue is not yet ripe for

*For Money -et al?*
*Collect* 13   resolution—it has been over one year since this decision was reported to the Court and
13   the parties have litigated the issue to conclusion. *You Mean to Conspire*

14       Based upon the testimony and evidence before it, the Court finds that the removal

15   of the HNR boxes is inconsistent with the Stipulation's requirements. *Their Not The Reht You Feely RETARDS*

16       **IT IS THEREFORE ORDERED** that within 30 days of this Order, Defendants

17   shall: *MMM FULL The H.NR Boxes Is the medidla Feely RETARDS! And See All Pure Whore Treebog And Secrecy!*

18       (1)  Defendants shall reinstall HNR boxes in all housing units where they were

19   removed. The Court will not require the HNR boxes to be replaced in the same locations

20   but will require the same number in each unit as before and expects that any change in

21   location will not create a barrier for any particular group of inmates (i.e., if an HNR box

22   was previously accessible to wheelchair-bound inmates then a comparably accessible box

23   must be placed in the same unit); *Feeling Stoped Sands Like It A more Ill A So The All Pearl A Care For Grade Proceders Im 4 S Wavy Collect*

24       (2)  Defendants shall resume the previous process for collecting and logging the

25   submitted HNRs. Defendants may also continue the open clinic procedures for accepting

26   HNRs; *If The Sy Stem Was All Desired Difficulty For Money Conser All Would be Different to All The Same thing So Feely Bordness Thru And Hear they half*

27   *About Public Safety And Human Rights And Use Wisly And the Community For It Shold*

[3] The parties negotiated the Stipulation understanding that other procedural changes, such as the adoption of electronic medical records, were imminent. *Bull Shit All A counter Cover op Like to Say if A Hemlelde of Undersly All Wold be Planted to A Meteor I Health care! Talk About Terrorism And Conspracy!*

*(4)*

*And Still Make plotting And Conspracy!!! For Neglebence*

Fuck the HSR box So All For what to Con the The Depsitivity of All The Health CARE For Depsitivity So The Maney Collect can Aceive !

(3) Defendants shall notify the affected inmates in writing announcing the reversion to the prior HNR submission process; and New why Are we Push to The Defendants Side NOW !!!!

(4) Defendants shall provide competent and admissible evidence to the Court that this return to the *status quo ante* has occurred. THEN Why the MASSCARADE The !

Dated this 22nd day of June, 2018.

FUCK The Politicans The Media And the Government!! All more GOV WARS In AZ FUCK DUE PROCCESS

David K. Duncan
United States Magistrate Judge

Another Staged Terror Event carried out by the US Government Ag a Inst its own citizens And of 3 A scam where losses Are made public but Gains Are kept Private Money Collect And The Fuching ACLU And PLO And The Fuching ACDL And Don Fech Track check Ryan And Dug Docy Think of Them selves as Right Pill Pulers And to Regard The Inmates As Nothing more Than cattle to be Prodded used And Willed of Depsitivitates of medicin And by Doth App rovin unsafe Phar-mucecitical DRUGS And Pyc Dregs And All Hear to Play of The Inmates Attentay From whats Is really Going on And All For A C.O.O of The LOW Life Isolated Person From Abd A.D.C with CERTION to Foiled And Attadsicy Inmates of Terror plots of Depsitivity of medich to Pearsh is All As A Wade To Conscime With A PYX Money Scam !! All A Slow Will And Soft Will to intreat Urgent Health care needs That ceuld lead to Death And or Permovat Supps.

And Then the Jail of Mericopa the Jail icntlnued to Provide Prisoners with Unconstitutional with Dangerously Deficient Medical and Mental Health care Neglecting Serious Medical conditions And Mental Illness And See the PLO Get Thier MOM for ite I P They Iecan of A dunnate who har Urgent Untrcated Health cwe Needs That ccdd lead to Death And Then Perminit InJery to.

- 5 -

*There Is A way that Seems Right to A man "Gov" but in the End it lead to DEATH.*

*WO Gov has Dominated People to Thier Harm.*

*It does not belong to Gov — even to Direct This And our Steps.*

*I wonder why Its All Difficult Here to Get Health care but on the acts its All very Easy And Effcable They want but Now Seems All medication with Poor Effects Is to Just make worser to*

*The UNIR Parties can Can Be And Like All Here Is A Type of Experence to create A type of crime Tilmes to use It NIR For My Money Collect! So Very Stayes*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Victor Antonio Parsons, et al.,

    Plaintiffs,

v.

Charles L. Ryan, et al.,

    Defendants.

No. CV-12-0601-PHX-DKD

**ORDER**

*All BANKER WARS !!!*

*FUCK Boiluors to..*

The Court's expert, Advisory Group, has made its final presentation to the Court and submitted a final report. Plaintiffs have asked the Court to issue an order that Defendants file a plan to implement these recommendations. (Doc. 2880) Good cause appearing,

**IT IS THEREFORE ORDERED** that, within 30 days of the date of this Order, Defendants shall file their plan to implement the recommendations contained in the final Advisory Group report. *So AZ courts Are Also Not Polished And No wonder why They is So MANY Injustice And potege to the All So The 4th court. Dated this 22nd day of June, 2018. EP PSAM corrupted to And Perhaten to!*

*So The Court of Appeals the No Frudelear to*

David K. Duncan
United States Magistrate Judge

*SEE Fuck PARSONS or RYAN.*

*So All of A Money collect oR POWER. At the U.S Gov has its own Ideological cause of Power And Power, Power And No matter what the cost to The Environment or And Human life to, All This Power is All Fake to. As AZ Gov together its own criminality. And Illy of This All new Money collect And then A New company?, And Now the FMID of This MONEY Scens Seems to be Nowhere In Sight So This Is Futer Discoveies And The Prepeasity Is itho This And Now S Till There!*

All GOV DUE PROCESS

Why And How did All Started in 2009? And of This All FRAUD And Neglesence what Started this Deprivirtix of Medicla Mut Skare they Just Sex Health care To Tulsit Them was Around us to Black which Result v **WO** Golate was And Also of the Deceat That Goes Along whith is AM And How is Done And Handeled As The Non Fuck TRUCK ☞ the LAWYERS Get the Money For Vas Futury: So This was whi the Inmater Had Done The LAWSUTE For Money are of body Damages If it was This wix I Dont Thlos The Inmater invisited Flle an All This oR And Some Stockes Furds Had Stepded Some thing to Get other Dreamt to Reamt Fucklos Them ASS becose I Inmates didnt Get Any MEDILTEY to but who ear He is Hos H Pere of Slit All This did was Get worse In Fout A classeleder Posslbal e

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

TRICKERY TRBCHORY'S SECRECY

|  |  |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, |  |
| v. | **ORDER** |
| Charles L. Ryan, et al., | ALL BANKER WARS |
| Defendants. |  |
|  | M AL EL B , N BOL IS IS ML B |

After more than three years, it is clear to the Court that Defendants are unable or unwilling to meet several of the Stipulation's requirements. Defendants have submitted, and the Court has adopted, multiple remediation plans. (Docs. 1619, 2030) Defendants have revised and re-revised these remediation plans and yet, pockets of non-compliance persist. For example, PM 42 at Eyman has been non-compliant since April 2017 and Defendants have stopped proposing substantive revisions to their remediation plan. (Docs. 2801-1 at 83-85; 2807 at 68) Similarly, PM 39 at Lewis has been non-compliant for eight of the last 12 months and Defendants most recent plan is that they "will continue to utilize the same corrective action plan as set forth in the [previous] update." (Doc. 2874-1 at 79-80) All FRAUD, DECEAT with Malter, Neglesence ford Them to!! All In A Troped Secured Facility And Locked Down to VAIX castonly For All No, For other performance measure/locations, Defendants have not even attempted a substantive remedial measure and have simply informed the Court that a new hire will solve the problem. For example, PM 50 at Tucson has been non-compliant for 11 of the last 13 months. Defendants informed the Court on May 9, 2018, that "A new clinical

16 Money Collect And SCBAMS CLx why didnt They Use the Rescuer Defor but ther All Also worth less to And Urelers to but when Inmates Flle LAtw Suter They dant went to Give on MONEY but For ther other Corroreutions is No thing They bories WAR When us And Dlat Whats Really Golos on to And ther Sux Alo Money Damages but ther SILL is As A Different Porto Got, the Inmex And Inmutes Rent! Fuck bactions to

Left margin handwritten (top to bottom): FINAL IZED BY SBBC  M.T.M  1.02.2.2019  X6

Left margin handwritten: V BOLESFNLE15  M HLELE 16  FOR MOME 21  Y Collect 22  FUR MONEY 27  Collect 28

*All money collected for "C·O·G" continuity of Government As no was legalized it own whatever the facility praiads*

1    coordinator has been hired and is currently in the process of on-boarding. Effects of this

2    action should be reflected in the May audit." (Doc. 2803-1 at 5)  At the Status Hearing,

*Delay For Money Collect*

3    Counsel could not address basic issues and had no information about how hiring one new

4    person could constitute a remediation plan or would solve the previous year's non-

*Why did PM pay all*

5    compliance. (Doc. 2807 at 165-166)  Accordingly, the Court ordered a remediation plan.

6    (Doc. 2810)  In response, Defendants responded with an explanation of the hiring history

7    of the clinical coordinator position. (Doc. 2858-1 at 2)  However, when Defendants had

8    the position filled, PM 50/Tucson was non-compliant so it is unclear to the Court, and

9    Defendants do not explain, why refilling the position will solve the underlying

10   problem(s) and create compliance. *Many seem lost but at the End Look to Death !!! So who decides if what they did happened in/before 2012!!!*

11   In another example, PM 19 at Lewis has been non-compliant for at least 13

12   consecutive months. Defendants submitted a corrective action plan on May 9, 2018, that

13   stated "A new DON [Director of Nursing] started March 12 and, upon arrival, began

14   addressing medication administration issues. . . . Due to the large number of staff that

*Why ?*

15   will need to be trained on the new plan, full plan development and implementation will

16   not be accomplished until July 2018." (Doc. 2801-1 at 39)  This means that for the

17   previous year Defendants did not attempt to create a solution. *Fuck what REMARKS !!*

18   The Court further notes that the show cause hearing did not result in full

19   compliance with the subset of PM/locations targeted by the OSC. Moreover, the OSC

20   only covered some of the failing PM/locations, in the year since the OSC was first

21   raised, other PM/locations have been consistently non-compliant. For example, PM 42 at

*Any fail PM*

22   Florence has been non-compliant for 12 of the last 13 months, PM 42 at Lewis has been

23   non-compliant for 8 of the last 10 months, PM 44 at Florence has been non-compliant for

24   the last three months, PM 52 at Tucson has been non-compliant for 8 of the last 10

25   months, and PM 67 has been non-compliant for 10 of the last 12 months. (Doc. 2801-1 at

26   86, 88, 93, 162, 183)  It appears that Peter has, in fact, been robbed to pay Paul.

*All secret or Money collect*

27   Defendants have professed that they welcome ideas from Plaintiffs. (Doc. 2071 at

28   137-138)  To the extent that this knowledge-sharing has occurred, it has not produced

*Then why wasn't I notified to he Part of The PLaintiff to fixed our tax Money! To And who is It That Will? The Ledwy PM Are Not the Unitone The Inmates Ares*  ②  *19. who do Staff Need to be trained When They Allready went to School for It All That They Have Focus cled Books I wonder if They teel em to do Save whet of Dearhrits For this cut Long And to give the PM want thf so what when were A Dollar Sign that Extilot for Bed Pendling.*

*[handwritten:]* So what Did at WORK And Wht oR COMPLABLCY!
All Delays For MUMEY Collect And Also why Prull, Prec. CURTION
After The BANM Rept of CORTZON And who Toch So Lous. New of
Review in Dec 28 2019 And New Stilt At A Min/met to of the Suvat

1  compliance. Based on Defendants' representations to the Court and the monthly CGAR

2  reports, it appears that Defendants do not have additional ideas or resources that they can

3  rely upon to obtain compliance with the Stipulation. As a result, the Court has

4  determined that it is not efficacious to require Defendants to submit yet another revised

5  remediation plan. (Doc. 1185 at ¶ 36) *[handwritten:]* So APter An Inmate Had Died Due to The All / Dep/l/ted/t x to Help oppress Inmate/Thur He Grebe/Th.

6      "The ongoing, intractable nature of this litigation affords the district court

7  considerable discretion in fashioning relief." *Armstrong v. Brown*, 768 F.3d 975, 986 (9th

8  Cir. 2014). Accordingly, as part of the Court's remedial authority under the Stipulation

9  (Doc. 1185 ¶ 36), the Court will require Defendants to hire outside experts who can

10 perform the analysis necessary to understand why deficiencies persist and to opine as to

11 the policies and procedures necessary to compel compliance with the Stipulation.[1]  Put

12 another way, the Court expects that the experts will review existing policies and

13 procedures, create a remediation plan based on their expertise, and that Defendants will

14 then adopt the expert's remediation plan.    The Court expects that, because the

15 problematic performance measures cover different categories of care, different experts

16 may be necessary to create remediation plans that are targeted to the varying needs and

17 difficulties at different prisons.  Specifically, the Court expects expert opinions on the

18 following six categories: *[handwritten:]* All the Just Slam Education Full of Proud And Deart For The / All AZ Gov Corrupted Devices For Money Collect !!!

19  • Pharmacy: PM 15 at Lewis; PM 19 at Lewis.  *[handwritten:]* As There being used For Money Collect And opperate of the S.C.

20  • Intersystem Transfers: PM 35 at Lewis.  *[handwritten:]* but Not All the people on Just Life !!! Maybe That why Put Just Image

21  • Access to Care: PM 39 at Lewis; PM 40 at Eyman; PM 42 at Eyman, Florence,

22     Lewis; PM 44 at Eyman, Florence, Lewis.

23  • Diagnostic Services: PM 46 at Eyman; PM 47 at Eyman, Lewis, Phoenix, Tucson.

24  • Specialty Care: PM 49 at Tucson; PM 50 at Florence, Tucson; PM 51 at Florence;
       *[handwritten:]* So why All Different All Souls Life if was All

25     PM 52 at Eyman, Florence, Tucson. *[handwritten:]* The Department to opppress Inmate, Then The
*[handwritten:]* Regulated to Randomly pick Inmate And do Oltenore Procedere For All It'ull, the Money Collect All superably Peopl Problems will Al,

27  _____
    [1] Because of Defendants' inability to hire and retain providers, the Court has ordered an
    outside consultant, Advisory Group, to opine on the hiring and retention of providers.

28  Advisory Group presented its findings in open court on June 13, 2018. (Doc. 2880) The
    Court expects the additional expert(s) would opine on what Defendants' employees
    should do and/or how they should do it. *[handwritten:]* FI Souls Life The S.O. Yard was Mainly All
*[handwritten:]* Tuesday Post but Not to take Sides, don't Forget Peopl in Jet Life Are Point the Btyor
And that I know may be the All reason why The Field And Policy then Legal work And May
He Hears the Courts So They Can Not Prove 3 that They to Were Mainly Convicted So
Peopl Need to Look All The evidence If I to It Bloody Officer into Staff Secur Life under
They/It's All So Not Her Say even Peopl Can Just We So All Long Show to So —

Case 2:12-cv-00601-DKD   Document 2905   Filed 06/22/18   Page 4 of 4

*So why weren't Anything Done About All This ASAP And How do They live up All This In Detail of The certin People behing Harmed At Thing Places And to do A Population ?!*

- *TRONITC* Chronic Care: PM 54 at Eyman; PM 55 at Eyman.

- Infirmary Care: PM 66 at Florence; PM 67 at Lewis, Tucson.

**IT IS THEREFORE ORDERED** that, within 30 days of the date of this Order, Plaintiffs and Defendants shall each submit a list of two proposed experts for each of the following categories of care delineated by the Stipulation: Pharmacy, Intersystem Transfers, Access to Care, Diagnostic Services, Specialty Care, and Chronic Care. For each proposed expert, the parties shall submit a current CV/resume and confirm that s/he is available to serve as an outside expert to Defendants. The Court will then conduct its selection process. *what was the Best course of the Defendents Problem? Was It A Medical Stratagic? Was It A Financ. In Action Problem? Lot Of D Or GRAND?!*

Dated this 22nd day of June, 2018.

_____

David K. Duncan
United States Magistrate Judge

*So PRIMARY of Public Safety —*

*Is All Ruled out !!!*

*Many God Work Known to Inmates!*

*MANY PEOPLE WILL WANT TO COME TO TERMS WITH THE GREAT WORLD LEADERS WHO WILL HAVE WAR UPON THEM THE POLETICAL LEADERS WILL NOT WANT TO HEAR ANY THING OF THEIR MESSAGE ULTIMA IS God dowit send Peace to the Earth.*

*PLD. ACLU P 2018-2019 Had Not Fix Anything At All And Now of This This other Resources Got MONEY Fast and Fast and The Guilty Posibly To put Now 2 Think not only They Protect Each other but Help Each other to Public Sofety It All Thrown out I can Now Say All This IS A GOV WAR I dont know why The Money did not Go to The Health Care For better Good med/cultures Instead of Generic Med/cultures That Do more Harm Then Good Had Have Poor effects to but why does The D.O.C Med/cal All Different from the outs. I They Sure it's All The Same or did They want us to Think Like That.*

*And see The PLD Get Their MONEY As IF They learn of A Inmate who has Urgent Untreated Health care Needs That could lead to Death And Then Permanit Injury to.*

*And Then the Jail of Man too P H the Jail continued to Provide Prisons with Unconstitutional who Dangerously Deficient Medical And Mental Health care I Neglect has Serious Med/cal conditions And Mental Illness.*

Case 2:12-cv-00601-ROS   Document 4495-1   Filed 10/18/23   Page 33 of 73

All Flat/1 ec1 And Recevod In 2U/2/ 1 7/ME

Also Why A N EW Over HAUL All of A Sudd ers

**WO** See FUCK PARSON's Vs RYAN AH GOV WAR's upen us

THE Real TERRORISTS Occupy The Political Sub Dividing, DAN's Businesses And legeslative Branch And Any corporations Together!

G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-DKD |
| Plaintiffs, | |
| v. | **ORDER AND JUDGMENT OF CIVIL CONTEMPT** |
| Charles L. Ryan, et al., | MONEY SCAM COLLECT |
| Defendants. | BANKER WARS.!!! |

To continue untreated Heath care Needs that could lead to Death or Permanent Injury & Population Control

In October 2014, the parties settled this case and signed a Stipulation to end the litigation. The Court approved the settlement and Stipulation after a fairness hearing in February 2015. (Doc. 1185 at 16; Doc. 1455) Under the Stipulation, Defendants agreed to provide health care to the Class Members as measured by 103 Performance Measures. (Doc. 1185) And all The untreated Heath core needs that could lead to Death And all Permahit INJURY And why And See it did Happen.

In April 2016, after Defendants failed to meet many Performance Measures, Plaintiffs filed their first Motion to Enforce the Stipulation. (Doc. 1555) At the May 2016 Status Conference, the Court ordered Defendants to submit a responsive remediation plan ("First Remediation Plan"). (Docs. 1582, 1583, 1754) The Court thereafter informed Defendants of its concerns about the efficacy of the First Remediation Plan but, in deference to the Stipulation's framework, adopted it nonetheless. (Doc. 1619) All WAS FRAUD And Deceat All was to covie Nesleserec And blothe with Both by Approving unsafe Phvimace tical Drugs To Also worren The Disease And with lily Phurma LIEs And BAD Reserch Results Hidden And As Inhoman conditens In The max/ muon certhery units to And Still Thier was No Perushit Soluten How ever As I mood say the Covil Mocter WAR I'll Soon Here Inunder WH Thles cloulcen And The Goody As well In Time As The Mcethe pluttfey And censpovorty, ceal/looes And FULL All of Your And The SUEZ Progrovr to All will be Destroed

Case 2:12-cv-00601-DKD   Document 2898   Filed 06/22/18   Page 2 of 24

*SEE All WAS For Money Collect 23*   *[8,9,10,12,1}*
*First Remidey Plan war Full of Deceut [?7.  (They didnt hou to it war It Money Scam*

*(1)*

1    In November 2016, after three months under the First Remediation Plan, the Court

2    "'determine[d] that the Defendants' [First Remediation] plan did not remedy the

*(3)*

3    deficiencies' for the First Non-Compliant PMs. (Stipulation at ¶ 36)."  (Doc. 1754)

4    Citing to the Stipulation's acknowledgment that "[t]he Court has 'the power to enforce

5    this Stipulation through all remedies provided by law,'" the Court ordered Defendants "to

6    use the health care services in the community to ensure compliance with the"

*a [illegible] better than*    7    Performance Measures covered by the First Remediation Plan."' ("Outside Provider

8    Order") (Doc. 1754)  The Court noted that "the current data show that Defendants have

9    not been able to meet the Performance Measures by using their current procedures or by

*They willen s All of that*   10    adopting the First Remediation Plan." (Doc. 1754)  The Court further explained that it

11    had "considered and rejected requiring the Defendants to submit a revised plan because

12    of its concerns, expressed earlier on the record, about Defendants' grasp of the problem at

13    hand, the failure, abject in some cases, of its first remediation plan to deliver compliance,

14    and the health and safety danger posed by continued failures to meet the Performance

15    Measures."   *Population Control And Putting Lives over Money / Ron Adronds And Delays For All Money collect, IG*

16            In May 2017, Defendant Pratt testified that he did not know of any instances of

17    compliance with the Outside Provider Order.  (Doc. 2071 at 742:1-4)

18            The Court continued to conduct monthly status conferences with the parties.

19    These monthly status conferences were often lengthy and constituted the Court's efforts

20    to understand the impediments to compliance and to prompt Defendants to meet their

21    obligations under the Stipulation.  The centerpiece of the status conferences, as with the

22    Stipulation, was (and is) Defendants' compliance with the Stipulation as measured by the

*MORAL TCB ?!*   23    CGAR (Code Green Amber Red) results.  The CGARs are the monthly report card on

24    Defendants' performance under the Stipulation.  For many of the PM/locations,

25    particularly PMs addressing critical components of inmates' healthcare, compliance

26    remained unattainable.   *See All To cause Death w And Permenent Injury So They / All knew what They were doing to Them!*

27            On June 14, 2017, the Court informed Defendants that, effective immediately,

28    every single failure to comply with certain performance measures at certain prisons

*So how Wernt Thes Any Constitoldal Violations lords Inmate Neldvoated From PARSONS? And tormoor Should he censursiders thes Laws to who desent These Just Do And Start PM that For The All (2) Reynlds Plan For Those Inmater That were Victenslord by A new Instilden with Remnut Innate Conflicts!*

*[handwritten top margin: Buy I due And Delay Per untreated Heath Care to lead to Heally And or Permanent Injury, For Many ethical So Pooh business. 3, 4 Money collect 7.]*

*[handwritten right: All A line of ORGANIZED MESSING]*

1  ("OSC PMs") would result in an order to show cause as to why a $1,000 fine should not

2  be imposed. (Doc. 2124) *[handwritten bracket]* Based on Plaintiffs' suggestion that Defendants should have

*[handwritten left: Delays For Money collect]*

3  time to cure their ongoing failure to comply with the Stipulation, the Court held off until

4  October 2017 to enter its Order, "that, effective immediately, Defendants shall comply"

5  with specific performance measures at specified prisons "for every class member" ("OSC

6  Order"). (Doc. 2373 at 3) The October 2017 Order required Defendants to "file a list of

7  every instance of non-compliance with this Order during December 2017" by Friday,

8  January 5, 2018. At the November 2017 Status Hearing, the Court added Performance

9  Measure 52 at Eyman. (Doc. 2456)   An order to show cause hearing was set for

10  Tuesday, January 9, 2018. (Doc. 2373 at 4) *[handwritten: See All Delays Per Money collect & Got Plan other Sever So the Memory]*

11       Defendants requested and received several extensions for submitting the list of

12  every instance of non-compliance (the "OSC List") and for holding the show cause

13  hearing. (Doc. 2456, 2526, 2605, 2620, 2640) As part of these extension requests,

*[handwritten left: Then Why will be with for Williams]*

14  Defendants informed the Court—for the first time—that there was no system for

15  collecting real time data on compliance with any performance measure covered by the

16  Stipulation. Defendants submitted a partial OSC List but, without explanation or

17  warning, did not timely comply with the Court's OSC Order for PM 54 at Eyman. (Doc.

18  2583) Subsequently, Defendants filed multiple revised OSC Lists. (Doc. 2595, 2648,

19  2662, 2786, 2812) *[handwritten: All Ready FRAUD And Deceit And Uninformity the Cost Nr All This Motive And Neglance to Prepare upon the Funds Per Money collect?]*

20       The Court heard testimony on March 26, March 27, and April 10, 2018, from the

*[handwritten left: SL HY coll]*

21  following witnesses: Arizona Department of Corrections Director Charles Ryan, Deputy

*[handwritten left: WWP MMST]*

22  Director Richard Pratt, Division Director Carson McWilliams, Dr. David Robertson, and

*[handwritten left: ER GRANTS]*

23  William Upton.  (Docs. 2689-1 at 5, 2769, 2770, 2724) Mr. Pratt has primary

24  responsibility to ensure compliance with the Stipulation's performance measures. (Doc.

25  2769 at 48) Mr. McWilliams is in charge of prison operations. (Doc. 2724 at 167) Dr.

26  Robertson works as a physician monitor in ADC's Monitoring Bureau. (Doc. 2671 at 87)

27  Mr. Upton is a member of the Plaintiff class. (Doc. 2671 at 60) *[handwritten: See They Had Allready Had The Corrupt Ceclesges As They Had Plutthe plan This Fruadulent Sceevy So]*

28  *[handwritten: In make may Have Glum up Hr Thler was No more 1000 dollar Flows So like of 2018 what Had Hopped ? So PM54 PHRSONS or RYAN DUS DUCLY is The Real Head And dont Forget DUS DUCT is The Head And The AZ TR ESCAPER So They All live of A Money collect !! So Also why didn't The INMATTES Get A sum Percentage From the Money collect.]*

Case 2:12-cv-00601-ROS Document 4495-14 Filed 10/18/23 Page 36 of 73

Case 2:12-cv-00601-DKD Document 2898 Filed 06/22/18 Page 4 of 24

*AZ Fail CASE LAW COVER UPS to Keep Pursuding Defendants in To The Ground And AZ legalized own Criminality And Rase Surgestion Unable to Get Away with Any thing CASE LAW For Counter Coverup Penalties?*

1   At the conclusion of testimony, Defendants informed the Court that they were re-

2   viewing the OSC Lists. (Doc. 2782 at 136-139) The parties agreed that Defendants

3   would provide the persons most knowledgeable about the procedure used to compile the

4   OSC Lists. (Doc. 2782 at 148-149) (Because counsel did not timely inform the Court

*Ineffective Assistance Relative* → 5   about witness availability,) Defendants filed declarations instead. (Docs. 2807 at 92-93;

6   2808; 2809) *So No Transfer That They Had Violated by Counsel on malice plainly And conspirators to cause Death And persolut Injury For No-ex collect*

7   **LEGAL STANDARD FOR CIVIL CONTEMPT**

8   The Parties' Stipulation empowered the Court to enforce it "through all remedies

*misstated!* → 9   provided by law" with two exceptions not relevant here. (Doc. 1185 ¶ 36) Thus the

10   Court's remedial power necessarily includes civil contempt proceedings. *See* 18 U.S.C. §

11   401(3) ("A court of the United States shall have power to punish by fine or

12   imprisonment, or both, at its discretion, such contempt of its authority (and none other,) as

13   [. . .] [d]isobedience or resistance to its lawful writ, process, order, rule, decree, or

14   command."); *Spallone v. United States*, 493 U.S. 265, 276 (1990) ("[C]ourts have

15   inherent power to enforce compliance with their lawful orders through civil contempt")

16   (quotation marks and citation omitted). *why didn't This itigation in April 2015 of The very First Time So ill Purpose Deprivation of Health care*

17   Before finding civil contempt, a court must determine by clear and convincing

18   evidence that: (1) a valid court order exists that is "specific and definite" (*Balla v. Idaho*

19   *State Bd. of Corr.*, 869 F.2d 461, 465 (9th Cir. 1989)); (2) the party had knowledge of the

20   order, and notice of and an opportunity to be heard about the alleged noncompliance

21   (*Int'l Union, United Mine Workers of Am. v. Bagwell*, 512 U.S. 821, 827 (1994); *United*

22   *States v. Ayres*, 166 F.3d 991, 995 (9th Cir. 1999)); and (3) the party failed to take "*all*

23   *reasonable steps* to comply with the order." *Kelly v. Wengler*, 822 F.3d 1085, 1096 (9th

24   Cir. 2016) (emphasis in original). *So All Ran Afoul Policy For Money Collect And All was still Fraudulent And A b/s conspiracy for Money collect*

25   Civil contempt (need not be willful,) and there is no good faith exception to the

26   requirement of obedience to a court order.") *In Re Dual-Deck Video Cassette Recorder*

27   *Antitrust Litig. v. Motion Picture Ass'n of Am.*, 10 F.3d 693, 695 (9th Cir. 1993) (internal

28   quotation marks and citation omitted). Should a party seek to defend against a contempt

*So Now Fulfillment of The Published Leaders? They will All be Killed As The GARUs As well And Many Police offkeers As They Say Atteny, Judges And the Prosecutor As I lenely busy Attack □→ And Part The Community out Then I will off The busses by busses to Republic Courts And The Slaves They All Register SLAVES They Protect Thier Slaves For Production And For another So Nowof The Wealth of DUTE PROCESS of LAW Pears No God Ram Evidence!*

Case 2:12-cv-00601-DKD   Document 2898   Filed 06/22/18   Page 5 of 24

*So EVEN! They it is in Detail would They STILL FIXIT?! Why didn't They Ask for All This in the First PLACE! wR Have Have How Readily In case of Some These Like This oR All Test Ninow involved THINGS oR A consperc e?!*

1  finding by arguing inability to comply, it must show "categorically and in detail" why it

2  is unable to comply. *N.L.R.B. v. Trans Ocean Export Packing, Inc.*, 473 F.2d 612, 616

3  (9th Cir. 1973). *All Sands Like Au oRGANIZEN! mAcRO foR Terets INLIMITES*

4                                   **FINDINGS OF FACT** *MORE IM FSSGIS? And to*

5  To show that they had taken all reasonable measures, Defendants presented

6  testimony about their engagement with the State's prisoner health care provider Corizon

7  and their efforts with Performance Measure 35, the only Performance Measure on the

8  OSC List that ADC has not delegated to Corizon. *Why A Performance Mearere ?! And*

9  *Why wade it ib All Ware to! And STIll Fukeingly!* **ADC's Oversight of Corizon** *where the criGinal Report*

10  *whes Hidrost? You No better This Juridect* **Written Demands**

11  (1)  Defendants have chosen to contract with a third-party to provide Plaintiffs

12  with heath care and awarded that contract to Corizon in 2013. (Doc. 2770 at 61-62, Ex.

13  99, 103) *And Then [le Allert And He Allert but when <Ill the Jene wade Cemraltan.*
       *of The New one to come Anat why is it Like This to v.*

14  (2)  Since the OSC Order was issued, ADC sent at least six letters to Corizon

15  about its lack of compliance. (Doc. 2770 at 181-182, 199-201; Exs. 18, 30, 35, 36, 87,

16  193) *What Complive.!! what wat how6? All Deto Zaver it was la Compliance*
       *to Like It Have Gixed to New what Further.? RLimited Meddebu?!*

17  (3)  As a result of the OSC Order, ADC's Monitoring Bureau reclassified one

18  staff position from clerical duties to a liaison position. (Doc. 2770 at 155) In addition,

19  ADC sent several letters to Corizon demanding performance. (Doc. 2770 at 108, 114;

20  Exs. 20, 30, 31, 33, 97) *What Demanded Performec !! How did It Get This how ?!*

21  (4)  In February or March 2018, ADC began requiring Corizon to provide

22  additional details about staffing efforts because "additional staff were required to fill a

23  current gap." (Doc. 2770 at 112, 208:12-13) Director Ryan testified that he thought

24  *Like And when?!* Corizon might have flown in additional health care staff but he did not know how many

25  people, what positions, what prison complexes were impacted, when they arrived, how

26  long they stayed, or if they were still here. (Doc. 2769 at 72-73) *Fucking Stupid ASS*

27  (5)  Deputy Director Pratt testified that he believed Corizon did bring in staff to

28  *health Prove It!* assist in Arizona but he did not know how many people came. (Doc. 2770 at 208-209)
       *Fucking Retards And of 4 What SMP See They didn't went to test us And The*
       *Remediation Plen was All Pepositors So Sove How ADC Does A Secot Type of*
       *Fushrate on How STaff to do Things Ascz Have been Seeing The All Repository They*
       *Stopped Doctan to Secn Flog will he willed by funudy Alto & Plen All This wehal wot*
       *Proactive with Waffle Grase a*

*So if the both bunch of suppressing of evidence And omission of LAWs And fraud, Scam What Cover up. And why So Fucking Long on 17 why Are They Type of kind to CHARGE, And why The Different Delay/answer How does That Apply to URGENT LIMITREATED Heath car Are they ill*

1  Corizon did not provide him with any specifics about flying in additional staff.) (Doc.

2  2769 at 158) Mr. Pratt believes that up to a dozen nurses may have come but he does not

3  know when they arrived and there was no testimony about how long they stayed and no

4  written communication about any staffing increases. (Doc. 2770 at 209-210) Corizon

5  may add five additional monitors but have not yet done so. (Doc. 2770 at 153-154) *WHY?*

6  *Then !!!*          **Meetings with Defendant Ryan and Defendant Pratt** *what Happen —*

7          (6)    In November 2017, Defendants Ryan and Pratt began to meet every other

8  week with Corizon leadership to discuss performance measures, staffing, and compliance

9  with the OSC Order. (Doc. 2770 at 112, 130, 179; Doc. 2769 at 22, 35, 39)  In these

10  meetings, ADC had asked Corizon to increase the use of telemedicine because Corizon

11  did not regularly use telemedicine; however, ADC has not made a written demand to

12  Corizon to do so. (Doc. 2671 at 208; Doc. 2769 at 95, 160-163; Doc. 2770 at 49-51, 23-

13  26; Ex. 160)  In these meetings, ADC had also asked Corizon to fill the staff positions

14  that were required by the then-current contract but had not asked Corizon to add more

15  staff. (Doc. 2769 at 95) *Fuck, The telemedicine !! to Support to be medial Mrys/Supply or — So why do They Peer off The Deal In Thier bothn the Plo PLo Sold !!*

16          (7)    In November 2017, Corizon informed ADC that it was "prepared with

17  detailed analyses of the root causes of non compliance." (Doc. 33)  This analysis consists

18  of flow charts that identify potential fail points for different performance measures.

19  (Doc. 2770 at 113-114, 133, 147-148; 152-153, 223-224; Doc. 2781 at 72-73; Exs. 52-

20  74)  There is no evidence that these flow charts address or analyze facility-specific fail

21  points.  Further, there is no evidence that these flow charts were based on past

22  performance at Arizona prisons. *So !! Was Cover up And All Just con like And Rea-Rues For the — Power to Prot Gove So ACLU, PLo, DOC con bury Collect !!!*

23          (8)    Defendant Ryan had conversations with Corizon's CEO "almost on a"

24  weekly basis." (Doc. 2769 at 35) But not until January 31, 2018, did Defendants Ryan

25  and Pratt have an ad hoc meeting with Corizon leadership and ADC operations staff

26  about the OSC Order issued in October. *They Positively did In Secret-to use The Deportely*
27 ... *As The Fealty contracts to Peoduce And STILL The Billian Pellas, Perked And Alew They Als ... They Hid used Their Short corporation Reaven to Lendry Moveex And All was DM*
28 ... *Free A It Seems And All of Their wree Suppose to be Safety place but Alew AMs A Moveey Scam And Diet At The Gov Puller Reseves And Poler Powtx In Sochty Socsty*
*New They do It In A Smell Seat Incorseration And of A RRLGTON and TRRELTHET of The Courtshns Violation And The State Prins It HARMLESS? WITH This LEWG List of CASES To Plaisod us In to The Grove So All 6 The Same As Jonestx So Judy And The Noise Defindus AM up idded The Coweton So Ib Alot About The TREATH So Back Fiy Yur Fees will the Boom, B All will Read In ANOTHER USo LAWs RULE BAR Attack*

*[handwritten annotations at top of page]*

1    **Meetings with Regional and Site Staff**

2          (9)    In November or December 2017, ADC began to conduct daily meetings at

3    each facility to discuss facility-level issues such as inter-facility transportations, missed

4    medical appointments, staffing issues, and nursing lines. (Doc. 2781 at 9-10, 36) These

5    meetings are attended by the warden, facility health administrator, ADC monitor,

6    transportation sergeant, and deputy warden of operations. (Doc. 2781 at 9) *[handwritten: what About the — Real Prat Leader]*

7          (10)   ADC Wardens are expected to have daily meetings with their prison's

8    health administrator to solve problems. (Doc. 2769 at 44) Corizon conducts monthly

9    meetings at each prison to discuss corrective actions plans. These meetings have been

10   expanded to include ADC Monitoring Bureau staff and ADC's outside counsel. (Doc.

11   2770 at 84, 113, 133-134) Corizon posted training materials for its field staff but there *[handwritten: see Completing And He So]*

12   were no classes for staff. (Doc. 2770 at 138-147; Exs. 41-51) *[handwritten: Salve Publication Deps Wat's]*

13         (11)   ADC regional operations staff meets every other week with the Corizon

14   team to discuss the performance measures in the OSC Order and staffing levels. (Doc.

15   2770 at 112; Doc. 2769 at 35-36) Specific performance measures are discussed at this

16   meeting. (Doc. 2770 at 129) As a result of the OSC Order, ADC expanded its weekly

17   meeting with Corizon to include more people. (Doc. 2770 at 112, 128, 129) *[handwritten: All This Feeler]*

*[handwritten: All Disrupted And didn't Have Any Thing Probly So The Very coflict Fehine A Possible Amser Given up And if & That is Cheapness of Delay for Seemly For All MONEY colleat !!!]*

18                         **Mortality Reviews**

19         (12)   ADC conducts mortality reviews for each inmate who dies in custody.

20   (Doc. 2671 at 95-100) Starting in February or March 2018, an individual from Corizon's

21   Continuous Quality Improvement ("CQI") team started to call into ADC's mortality

22   reviews. (Doc. 2671 at 131:15-16; Doc. 2770 at 7, 28-29) The ADC Mortality Review

23   team has made recommendations to Corizon's CQI representative and those

24   recommendations have received "a mixed response" and have not generated a solution

25   for expediting specialty consults. (Doc. 2770 at 8:25, 9) *[handwritten: So why This Is Souls Like They do want he will search with Poor effective]*

*[handwritten: Medical Drugs Unsafe to use All Well]*

26         (13)   These mortality reviews consistently show a failure to properly document

27   the medical care provided to inmates and a failure in written and verbal communication

28   among the health care staff. (Doc. 2671 at 137-138) Of the 18 mortality reviews

*[handwritten: So All Wudd be A Counter Cover up So Sept The Wont Athey wuld be Even The heed been of Hight Colerhor but They want to believe the Diahobse, of That Bleed Steep As A Cover up And That, They Used Used About The Ulcer colerbry And Say It was That As A Bot Fake plify As They do This Is belief up All At The Save Time And I have but Seen All place it As They way Nothing yet IF So will Result In All HB NULLC EAR Attacky And Ate The Staff will be Willed to]*

*[handwritten top]* The old tradingbury & HCP?!
Was the Family ever Notified of the Death of This Inmate! Did the INMATES Family See DOC?! or DID the Pece of SHIT FAMILY to died Notified.

1 submitted into evidence during the OSC hearing, ADC checked "yes" 6 times to the

*[handwritten left: Possibd med]* 2 question: "Could the patient's death have been prevented or delayed by more timely

*[handwritten left: De Pritusty]* 3 intervention." (Exs. 30, 35, 36, 37, 40, 47) ADC checked "yes" 8 times to the question:

4 "Is it likely that the patient's death was caused by or affected in a negative manner by

5 health care personnel." (Exs. 30, 33, 35, 36, 37, 40, 46, 47) *[handwritten: Deprivedly with cover ups and

6 Jeah Stevee And Uothe, Censplering* Escalation List: *To Woven Funter?!*

7     (14) In the summer of 2017, Dr. Robertson was speaking to Dr. FallHowe,

8 Corizon's Western Regional Director, almost daily about obtaining specialty care for

*[handwritten left: See The]* 9 specific patients because their consults were languishing and prisoners were not being

*[handwritten left: Item E That]* 10 seen on a timely basis> (Doc. 2671 at 146-147) Dr. Robertson felt "that Utilization

*[handwritten left: Conspiracy to]* 11 Management was being arbitrary." (Doc. 2671 at 147:15-16) Subsequently, Dr.

12 FallHowe "and her team decided to have meetings on every one of the[] cancer patients

13 in the Tucson complex." (Doc. 2671 at 147:16-18) *[handwritten: So How do They Know Ahent Util?? 3 times? — Did Report till Thom to do This And That to AMSlate]*

14     (15) By August 2017, Tucson's Assistant Facility Health Administrator had

15 started circulating a weekly email update to ADC and Corizon staff about high acuity

16 inmates at Tucson with cancer. (Doc. 2671 at 143-144, 148; Ex. 84) These emails were

17 "to make sure the patients that were high acuity that needed care got the care." (Doc.

18 2671 at 143:21-22) There was a regular meeting about the patients on this email list.

19 (Doc. 2671 at 143-144) There is no evidence in the record whether a similar system was

20 employed to track high acuity patients in other facilities. (Doc. 2671 at 143, 144) *[handwritten: Then why ?!?!?]*

21     (16) Around December 2017, the meeting about high acuity Tucson cancer

22 patients evolved into a weekly, system-wide meeting between ADC and Corizon staff to

23 discuss high acuity patients who did not seem to be obtaining care ("Escalation

24 Meeting"). (Doc. 2671 at 144, 148-150; Doc. 2770 at 31) *[handwritten: Why Deprio Toshly AII SHit ?!?]*

25     (17) The agenda for the weekly Escalation Meeting is a spreadsheet listing

26 individual patients who have come to the attention of Dr. Robertson ("Escalation

27 List"). (Doc. 2671 at 144, 150-153, 156; Ex. 95 at 2) There are no formal criteria to include

28 someone on the Escalation List. (Doc. 2770 at 13-15, 38) Sometimes an individual in

*[handwritten bottom]* So They did The Depritloity So That Inmates codd Go Threw The Greve process So ACLU And PLO will Get The LAW Suite So A petit Hod Wed Duck Depritloitys So They Worked All of At many Inmates h 8 Past Llike Sostes So The Deprivloity of Heart cere Were All An Bredt Sccem And Artifice WOW B.!!!

*It Sounds Like they Just Went CANERS to Grow And Get Were And to Allow em to Just Die And Went Them to Die to Live of Medibl med Healthers to.*

1   ADC will advocate for an individual. (Doc. 2671 at 206-207; Ex. 158) Sometimes

2   family members write a letter to Dr. Robertson and he will contact Corizon to bring

3   attention to that individual's case. (Doc. 2770 at 11) The University of Arizona's Cancer

4   Center has contacted Dr. Robertson about an individual who needs expedited care. (Doc.

5   2770 at 38) Corizon line staff have also contacted Dr. Robertson to complain about

*Sec-money-collect*

6   delays in specialty care. (Doc. 2770 at 42) *See They Talk About All other Thing's Stupid Shit* *To Like mole Deporthty wear Like The Fully Shows H. AUR JSCX*

7        (18)   Dr. Robertson testified that when Class Counsel writes to ADC's counsel

8   about individuals, those individuals are added to the Escalation List. (Doc. 2671 at 151)

9   However, it appears that as late as July 2017, Dr. Robertson had not been informed of

10   these letters. (Doc. 2671 at 171) *See All A Cove of to Have tumeler Go Throw The Grouse* *Proceedr So The ACUI can Money collecte*

11        (19)   Dr. Robertson asks the ADC field monitors to track the care provided to the

12   inmates on the Escalation List. (Doc. 2770 at 11-12) Defendants Pratt and Ryan also get

13   involved in individual patient care. (Doc. 2770 at 135-138) *AM To Vote NOW !*

14        (20)   Corizon's Utilization Management ("UM") Team manages the Escalation

15   List and circulates it ahead of the weekly calls. (Doc. 2770 at 35) Dr. Robertson believes

16   that the UM team participates in the weekly meeting but it could be "their clerks" or

17   somebody." (Doc. 2671 at 157:5) *Type of Reg Arms And Reigadhs And He Ideas of the CAIM'* *See The Some Thing to Not PM Polect the Insurse Am Live A*

18        (21)   Dr. Robertson testified that the system of weekly meetings about the

19   Escalation List is "working" to obtain care for individual inmates but acknowledged that

20   if the system worked as it should then high acuity patients would receive appropriate care

21   as a matter of course and there would be no need for the Escalation List. (Doc. 2671 at

22   154:19; Doc. 2770 at 40-41) *It was fixed befor 2012 what went wrong why did They Thier All the* *buthcly went Then Take em NOW So All was A Set up By This Merey Scoal*

23        (22)   Dr. Robertson believes Corizon's site and regional medical directors have

24   become more responsive to his calls about individuals. (Doc. 2770 at 32) As of August

25   2017, Dr. Robertson has noticed an improvement in that "morphine is given on the yards

26   if it's needed. And nursing notes are much more thorough." (Doc. 2671 at 115:2-3)

27   *And See The Deprithalty This is Strage So The Rownld to Have Punch Go Then the*
*... Grewline Proceder Am They Had Gade An Bkees Hon Fech DUG Deer About the*

28   *... Home Gade been For An Epcure To do This Deprilaty, its So abuse And So Fen*
*An Excuse of All This Reg Arms So A lot of Courption Still And Unethical's the*
*Funeln Per Morey collect the ear In The tundn in the cut with Who Aru Thar GOV*
*I cepul Head the Police That Protent Plea Air 2 Leach Attlaly And Who Cee This*
*Persole Arec Then t !!!*

*So How did They become A acuity? Was it becse of ALL The Placebo. They Gave em And SHM helps Bringback' Medicables Povtoed of ALL Thier SHM ?!*

*Write one*

1  (23) There is no version of the Escalation List for chronic care patients, or

2  patients of a slightly lower acuity to ensure that they receive care before they become

*So who's And why The Need For This Is If beese Theres*

3  high acuity patients. (Doc. 2770 at 39) *No Department's or Not Yes As The Bev eqineces For the*

*Prode/Policy/Pouvier And Messy ceftey And Slovesy!*

4  **Carrots and Sticks: Fines, Sanctions, and Incentives**

5  (24) Originally, the ADC contract with Corizon was for three years. This

6  Contract included an offset for failing to meet staffing requirements. (Doc. 2770 at 75-

7  77, 121) ADC has assessed this staffing offset penalty every month of the Corizon

8  contract which, at the time of the hearing, had totaled $3,800,000. (Doc. 2770 at 77; Exs.

9  7, 9, 13, 14, 15, 103, 205) *So This Is The Money Scam For the Deprillvity And Hostle*

*All Spaulted For The Money.collea And No Heath care.care!*

10  (25) In May 2015, ADC amended its contract with Corizon to extend the

*For Money collea*

11  contract to a fourth year, or from March 2016 to March 2017 ("Amendment 10"). (Ex.

12  201) Amendment 10 increased the amount paid to Corizon to $11.60 per inmate per day.

*Sovely like Money collea Justeed of Any Health CARE 1?X All They Meded*

13  (Ex. 201.3 at ¶ 8) *by do's Cike Tranter why they Meded but why Alny becse thes Trancher .!!*

14  (26) Amendment 10 included a sanctions provision whereby ADC would

*See Money.Pich*

15  sanction Corizon $5,000 for each performance measure at each prison, that did not satisfy

16  the Stipulation's requirements but the total for this sanction was capped at $90,000 per

17  month. (Doc. 2770 at 93, 98, 183-184; Doc. 2769 at 55-56; Ex. 201.3 at ¶ 6) Director

*For 4 busihess*

18  Ryan testified that it was "a smart business decision." (Doc. 2769 at 70) Deputy

19  Director Pratt also testified that this cap "was an appropriate business decision" and that

20  he thought it was "reasonable" but acknowledged that the $90,000 per month was only "a

21  small percentage" for Corizon. (Doc. 2770 at 197-198) Director Ryan testified that the

22  cap was "part of the negotiation process" and thought that the sanction was likely to have

23  a significant effect on Corizon's behavior. (Doc. 2769 at 57-58) *So it Allol was They Went-*

*Come to Money collea*

*For Money Collea*

24  (27) In Amendment 10, Corizon agreed to extend the contract to a fifth year "if

25  ADC requests 4.0% CPI increases in its annual budget request for contract Years 4 and

26  5." (Ex. 201.1 at ¶ 2) While negotiating Amendment 10 Corizon indicated that it would

27  cancel the contract if it did not receive the 4.0% increase. (Doc. 2769 at 18) Mr. Pratt

28  testified that this increase was a business decision and reflected increased health care

*So Now All They Money Lasryby As SHM They ALL diddot come to A Perselm F Soloten And Now F can See The Full View of The Mentlit celle F And All Souielle They may Heol All Justhced for Advice In Secet So This-10-Ver-Ceciption And They Heol wred And Abused This Showed Pesorter And N And DX Victoulzby The Famates of The Deprites of of medolely And Also By Funse Und Lold And Sens I the They Hol All Cewel it Ahep to by A Feslr Up topix of And Few Scol:*

*All TRICKERY TREICHORY And SECRECY. Fuck bushers to!!*

*All to create Instabillity So Inmato can File Complants So PLO can Get MONEY*

1    costs.  (Doc. 2781 at 52-53)  At the time of Amendment 10, Director Ryan was not

2    satisfied with Corizon's performance.  (Doc. 2769 at 50, 60) *bull Shit!!! And what Year* *or when"!!*

3        (28)  Amendment 10 includes a revised indemnity provision.  (Doc. 2769 at 114;

4    Ex. 201.1-201.2 at ¶ 4)  Deputy Director Pratt and Director Ryan understand this

5    indemnity language to mean that the State would look to Corizon for any monies assessed

6    for contempt from the Court.  (Doc. 2770 at 205; Doc. 2769 at 74-75)  Director Ryan

7    believes that this was appropriate because Corizon is "the entity or organization

8    [responsible] for the delivery of health care to the inmate population" while ADC "was

9    overseeing Corizon in terms of its accountability in the delivery of health care to the

10   inmate population."  (Doc. 2769 at 21) *Corizon w/ the Shot P! In DOC Then what was the* *Delay And why Report harm cR ti Gov w HR Apply!*

11       (29)  In September 2015, ADC sent Corizon a letter detailing sanctions for

12   failure to perform between April 1 and June 30, 2015.  (Ex. 12) *WHY! And where the —* *Letter And Not it Say?!*

13       (30)  In June 2016, Director Ryan was not satisfied with Corizon's performance

14   but nevertheless extended Corizon's contract to a fifth year, March 2017 to March 2018,

15   because ADC had received approval for the retroactive application of the 4% increase

16   described in Amendment 10 ("Amendment 11").  (Doc. 2769 at 59-60; Exs. 18, 20, 202)

17   Amendment 11 increased the inmate health care per diem from $11.60 to $12.06.  (Doc.

18   2770 at 183, 185; Ex. 202) *For the F'17' And Pulling Der' 17*

19       (31)  In June 2016, ADC sent Corizon a letter detailing sanctions for failure to

20   perform in April 2016.)  (Ex. 18)  In July 2016, ADC sent Corizon a letter detailing

21   sanctions for failure to perform in May 2016.  (Doc. 2769 at 64-65; Ex. 20) *How So !!*

22       (32)  In June 2017, ADC again amended its contract with Corizon to extend the

23   contract from March 2018 through June 2018 and increased Corizon's payment to $12.54

24   per prisoner per day ("Amendment 13").  (Doc. 2770 at 185-186; Ex. 202)  Between

25   March 2016 and June 2017 Corizon paid ADC a total of $1,440,000 in sanctions but *EE Mr\over Gilled.*

26   would have paid $7,350,000 without the cap.  (Doc. 2770 at 199; Ex. 206)  Between July

27   and October 2017, the cap on sanctions meant that Corizon paid $1,260,000 less than it

28   would have paid without the cap.  (Doc. 2770 at 202)  From March 2016 to October

*Now why Would Corizon Pay ADC ?! So The Director Is Getting The Millions And Why* *Wevey The Media Focus All Hear Instead of CHIP B And ALL STILL Abusely the Inmat* *And Their Gov Pescrves All For Wheevy Collect (11)*

*So All Sounds Like the BVE on the Price And No payments To Inmates!!!*

1   2017, (ADC could have offset $6.8 million against Corizon's payment) but for the

2   negotiated cap. (Doc. 2770 at 203) *New Why does it keep Increasing And the Properly Webber And There are No Improvement or Shut Downs*

3   (33)   In September 2017, ADC made a business decision to amend its contract

4   with Corizon to remove the previous cap on performance-based sanctions and to add

5   performance-based incentives ("Amendment 14").   (Doc. 2770 at 73-74, 122-123, 125,

6   126; Doc. 2769 at 23-24; Ex. 205)   Amendment 14 does not specify that Corizon has to

7   spend the incentive payments on anything specific.   (Doc. 2770 at 196; Doc. 2769 at 70)

8   This amendment was made in anticipation of the Court's OSC Order.   (Doc. 2770 at 124-

9   125; Doc. 2769 at 24, 27) *Now where Are These New Amendments So They — made up Their New or Anything Always So Not For The Public.*

10   (34)   During the first four months of Amendment 14, (ADC has paid Corizon

11   $2,550,000 in incentive payments.)   (Doc. 2770 at 189-90; Doc. 2769 at 92).   The

12   incentive payments are capped at $3,500,000.)   (Doc. 2770 at 127)   The incentive

13   payments will be paid in the first part of FY 2018 and then there will be no further funds

14   available to Corizon.)(Doc. 2770 at 194-195; Doc. 2769 at 106)   Corizon's CEO asked

*See that AM 1½ AM Renew*

15   Director Ryan to consider providing Corizon with additional incentive funds and Director

16   Ryan told him that there would not be any.)   (Doc. 2769 at 108-109) *So Is that why All Has New Ended!!*

17   (35)   Director Ryan testified that Amendment 14's incentive money came either

18   from a contingency fund or from vacancy savings accrued from vacant Correctional

19   Officer positions.   (Doc. 2769 at 27, 92-93)   After his testimony, Defendants submitted a

20   declaration correcting this testimony and stating that the incentive funds came only from

21   funds appropriated for health care.   (Doc. 2716) *Then why did The Attempt Had NCci — Solves 6 of Paid And Not NDC Health Issues!*

22   (36)   The disparity between the sanctions and the incentive payments in

23   Amendment 14 was "the negotiated business decision that [ADC] made to try and

24   compel and encourage Corizon to achieve much better performance."   (Doc. 2769 at

25   104:22-24) (Director Ryan thinks this decision "was, and still is, a good idea.")   (Doc.

26   2769 at 106:9-10) *More Negligence And Deceit With WALTER B.*

27   *... I don't Think its Corizon Some How the Staff In Heath Core Are being Told*

28   *to do All Just The opposite And All Sounds Like They Just Move Each other ... Richer And How Still Just considered The Inmates to be Used And Prodded And Willed And to make other Things Worse for The caid he were Crealy of The All Gross And Inhuman borders but Why Net out! Thro It Never Like This At All!.*

*And They'll Still Get it with Delays And Heartfelt tx of the effort it to Do Move Potholed Until These Get Their Answer teR In Freedom with contract 5x ends to 1*

(-12-)

*What About the Inmates In Jars to Them ccc of All the Years Below*

1   (37)   Director Ryan believes that Amendment 14 worked to increase compliance

2   because the CGAR numbers increased shortly after ADC and Corizon executed

3   Amendment 14.  (Doc. 2769 at 24) *So How So who told Corizon to Execute Amd 14 Aud to*
*Also Increase Monthly Flow? All Dosnt make Sence to!*

4   (38)   For FY2014 to FY2017, ADC assessed $2,071,000 in sanctions against

5   Corizon for Corizon's failure to comply with its contract with the State for the delivery of

6   health care.  (Doc. 2770 at 189) (Through January 2018 of FY2018, ADC) had assessed

7   $945,000 in sanctions against Corizon,  (Doc. 2770 at 189) *So why doA 11 All Slip At 2018*
*So APk (as Mae flexit was PX'*

8   (39)   Director Ryan testified that Corizon paid ADC's outside counsel's fees and

9   the annual fee to Plaintiffs' counsel that is required by the (Stipulation.)  (Doc. 2769 at 51-

10  53) On re-direct, he testified that he did not know.  (Doc. 2769 at 112) *Stipl/watks) How cara A Dicker*
*Unter Note thas*

11  (40)   Mr. Pratt assumes that the Amendments' various increases (in the inmate

*whit is All*  12  health care per diem are used by Corizon to compensate for the increased cost of doing)

*Like This*  13  business,) (Doc. 2770 at 188-189)  But there is no contractual requirement that Corizon

*Then*  14  use money to increase salaries for health care staff or to hire more staff. ) (Doc. 2769 at

15  160)  Mr. Pratt understands that Corizon operated at a loss in Arizona during the previous

16  two quarters.  (Doc. 2781 at 55) *what About better medvily Aud medical Supplys*
*Why Are They All Perces off The Real Problem!*

17  (41)   Mr. Pratt has not been satisfied with Corizon's performance.  (Doc. 2770 at

18  181-185)  Mr. Pratt has thought that if ADC pushes Corizon too hard, Corizon will

19  terminate its contract.  (Doc. 2781 at 78) *why didht He And At aP the Juststation why*
*didnt Honlucing plead with That County why*

20  *We Already know That Always* **Performance Measure 35** *It created Problems witness eP!*

21  (42)   PM 35 states ("All inmate medications (KOP [keep on person] )and DOT

22  [direct observation therapy]) will be transferred with and provided to the inmate or

23  otherwise provided at the receiving prison without interruption."  (Doc. 1185-1 at 10)

24  (43)   Compliance with PM 35 is *(business)* "a true partnership) between ADC and Corizon

25  and requires ADC to follow its own rules.  (Doc. 2770 at 162:9-11; Doc. 2769 at 42)

26  ADC transfers 30,000 inmates every year between complexes.  (Doc. 2769 at 174)

27  (44)   ADC began collaborating with Corizon on PM 35 in June 2017) because

28  compliance with PM 35 was ("a failed process.") (Doc. 2769 at 172; Doc. 2770 at 161,

*So All Hear A created Business Problem Slac 2012 And All may Have been All A*
*Set up to Pull Pescrsor All For An Instability create And That Hear And So Far*
*Money was All More Focus on They (13) The Inmate Loves Aud Sefetys And*
*Hear the State Says its Hermlers up The Leartistion Violations And The ARS code is Says*
*For the Violations To be Hermler Aud other Dear Faith Inmates Tells that Ccartistion Violations*
*They dont know what This Talking About Nor Any JHLs tos*

1    163:18) As a result of that collaboration, during the summer of 2017, ADC conducted a

2    series of meetings and developed an outline of a process to transfer medication with an

3    inmate. (Doc. 2769 at 178; Ex. 1)  As part of this process, ADC and Corizon developed a

4    flowchart with possible fail points. (Doc. 2770 at 163-164; Ex. 78) *This is Not The Point All This Is All very true*

5         (45)  There was no evidence presented to the Court indicating that ADC

6    understood the fail points at specific prisons. *So All was A counter cover up So That The Inmates can Go Threw the Grieve Process*

7         (46)  ADC began to develop DI-361 in August 2017 and adopted it on October

8    31, 2017.  (Doc. 2781 at 28; Ex. 78, 98)  DI-361 was submitted to the Court shortly

9    thereafter.  (Ex. 2)  DI-361 was distributed to ADC employees with an email address.

10   (Doc. 2769 at 191)  For ADC employees without an email address, ADC generally

11   distributes new Director's Instructions through electronic briefing boards and through

12   discussions at briefings.  (Doc. 2769 at 191-192)  There is no evidence that this process

13   was, in fact, completed for DI-326. *Fuck The Electronic breffing of All The Jerk Silence but Also why was A per Hester Yerot Torgaded Thev to !*

14        (47)  If an inmate arrives at the new complex and his medications are not

15   available, DI-361 dictates that Corizon will "obtain the medications from the back-up

16   pharmacy."  (Ex. 2 at ¶3.5)  There have been instances when a local pharmacy was used

17   to obtain medications for a transferring inmate.  (Doc. 2769 at 186) *Why A backup Thesup All was the Same oR*

*whe di that over Stock*

18        (48)  In March 2018, Mr. Pratt wrote to Roland Maldonado, Corizon's Vice

19   President of Operations for Arizona, about Corizon's controlled substance audits and

20   stated that the quarterly controlled substance findings "have been a great concern" for

21   years as related to non-adherence to the stated policies."  (Ex. 96; Doc. 2769 at 154)

*W H Y ?!*

22   ADC has not asked Corizon to stop relying on an out-of-state pharmacy to provide

*All was Needed*   23   medications to prisoners but it has asked Corizon to increase the stock of pharmaceuticals)

24   maintained on site.  (Doc. 2769 at 96)  Mr. Ryan does not know if this request was made

*Whe Not ?!*   25   in writing.)  (Doc. 2769 at 96)  Mr. Ryan understands that Corizon is not willing to

*W H V !*   26   relocate a pharmacy into Arizona.)  (Doc. 2769 at 127) *So All The bull S h it JUNK And over Stock Medicic/us That No*

27   *body buys And That Are No based on the Market And That Are Poor Sells And The Scene with Psyc Drugs They Give And Bolng All That bull Shit*

28   *...Hear Liz Thier Is NO Inshuvee Hear to oR Anything Like that And in 2006 when came Down Thier was Nothlng Like This And That was All Liz of The Side effects of Psyc Drvis So Wear They Have All Po Alergic to And I do not Need BUN And then Also why does ___(- 14 )___ They Have The Meds Plenn Provest of State Like Oklahoma And For whaT Torrish of ADR PlenGlys Fuck Beslum to! And Now Still Nothlng And All SLOW Will And SoR WIll Re ALL Aumoshes to! And Also PUCU Mented Heavth !All TRICLLERY TREICHORY and SECRICY.*

*So with This Scary Theirment Herebooked At All of The Pelafy So For Money collect All So For Smth Life A created Problem After people At & Just Got Properly Worte And Werren Who Always to*

1 | Why Points **Real Time Monitoring** *And why Failed Points to!*

2 | (49) ADC cannot monitor health care in real time. (Doc. 2781 at 60) Two

3 | weeks after the Court issued its October 2017 OSC Order, ADC leadership asked Corizon

4 | leadership to institute real-time data tracking for the performance measures covered by

5 | the OSC Order. (Doc. 2769 at 28; Ex. 31) Deputy Director Pratt understood that

6 | Corizon would implement such a program in part to find fail points. (Doc. 2770 at 211)

*Medical Care TARDS*

7 | (50) In early November 2017, Mr. Pratt exchanged emails with Corizon's

8 | EVP/CAO about real-time reporting on the performance measures covered by the OSC

9 | Order. (Doc. 2781 at 58-60; Exs. 105, 106) *what do All This DCM Shit All Herdent make Any Sence Amoluty POPMTS en 44*

10 | (51) In response Corizon's interim CEO and chair of their Board wrote a letter

11 | to Director Ryan that stated Corizon would "not implement any daily real-time

12 | monitoring data program." (Doc. 2770 at 211:2-3; Doc. 2769 at 31-32; Ex. 33) Ryan

*To Concer no About*

13 | and Pratt co-signed a response letter demanding that Corizon hire additional staff to

14 | monitor the OSC Order performance measures. (Doc. 2769 at 34-35; Doc. 2769 at 150;

15 | Ex. 34) Mr. Pratt thinks that, as part of complying with the OSC Order, Corizon brought

16 | in three or four people to assist with real time data collection. (Doc. 2769 at 150; Doc.

*Khost why*

17 | 2781 at 81) *All The wrong data Thow to So why Here Corizon if may Here been PCC For cover up vp. RYAN Directed the Health cec Staff of The Report Not yp for long collec*

18 | (52) In January 2018, Ryan and Pratt co-signed a letter to Mr. Maldonado that

19 | concluded there had been 2,481 incidents covered by the OSC Order in December 2017.

20 | (Doc. 2769 at 37-38; Ex. 37) In February 2018, they sent a clarification letter stating that

21 | they had recalculated the number of incidents to be 668. (Doc. 2769 at 38-39; Ex. 39)

22 | (53) In March 2018, the week before the hearing in this matter, Ryan and Pratt

23 | co-signed a letter to Mr. Maldonado about real time reporting. (Doc. 2769 at 82; Ex. 97)

24 | This letter noted that, for January 2018, Corizon had compiled the number of incidents

25 | and concluded that there were 891 incidents of non-compliance for the PMs covered by

26 | the OSC Order. (Ex. 97.002) *All Money collect And A hace of lolllnes POMAS*

27 | *vte* (54) In March 2018, Corizon informed ADC that it had implemented real-time

28 | reports for some performance measures. Neither Mr. Ryan nor Mr. Pratt know or could

*So Now where the 1000 Dollars So That could be 2481 And Now 891 vidlations So Now They Had Victomlied All us Tamity For Money?! And They why Not They Say They cey Not Represt us And in Sere letters Flept - 15 - So Not They do And That They Not Them We All over the Place All Hear And Thdb.*

1  remember which performance measures have real-time reports. (Doc. 2770 at 211; Doc.

2  2769 at 82-83) *by Then The Reports may Have An Abundant They Photo The AM Real Time Problems after write Left me See And Why Wont The*

3       (55)    There is still no real-time monitoring program for all performance

4  measures. (Doc 2704 at 3:25-26; Doc. 2770 at 108, 210; Ex. 31.002) *Then why did They Stop All of This ball Switches*

5       (56)    In March 2018, ADC made its first written demand to Corizon for a written

6  description of its "efforts taken over the last five months to document Corizon's

7  commitment to comply with the [OSC Order's] performance measures and to fill vacant

8  positions on your rosters." (Doc. 2769 at 85) *How come Not Long Ago of to Alot Interview the violations Juinwhere*

9       (57)    Pentaho, a Corizon-owned program, can run reports from eOMIS,

10  Corizon's electronic medical records program. (Doc. 2769 at 147-148)  ADC does not

11  have access to Pentaho and has to ask Corizon for any specific Pentaho reports. (Doc.

12  2769 at 148-149) *So why Is it All Scattered All over to Here And Then Another Alot All on are And Then Counected to Intune why Alt AM Separted Them*

13       (58)  ADC had, and has, "serious concerns" with using Pentaho to generate lists

14  of incidents for the OSC Order. (Doc. 2769 at 156; Ex. 38, 97)  ADC worked with

15  Corizon to run different Pentaho reports for the OSC Order in an attempt to increase the

16  *Wr Htv?!* accuracy of the reports.  (Doc. 2769 at 155-156)   ADC demanded "significant

17  improvement" in Corizon's next report. (Doc. 2769 at 157:21; Ex. 97)  ADC did not

18  *See Delays* disclose its concerns to the Court or to Plaintiffs about the December 2017 real time data

19  *Fw Moves Culled* until Mr. Pratt's cross-examination as a part of the OSC hearing. (Doc. 2769 at 156-157;

20  Doc. 2781 at 81-82; Ex. 97) *And STM BAR RESPLID Rest to Holder, And Sends Like A Cuer up In AM And Any Direckons*

21       (59)    Plaintiffs alleged that ADC had missed 420 instances of non-compliance in

22  the December 2017 OSC List.  ADC reviewed Plaintiffs allegations and added 238 names

23  to the December 2017 OSC List. (Doc. 2690 at 21; Doc. 2781 at 62, 68; Docs. 2745,

24  2755) Plaintiffs made no similar allegation about the January 2018 or February 2018

25  OSC List. *So Not until July ok Set So The Plah HPP can Refer In Money And*

26  *This may be AM The Save Slac 2015 ok So ever Complts Started to Decline*

**CONCLUSIONS OF LAW**

27  *Then why did They Get Three Factors to Then Whot The other Solebon & up they*     (a)    Defendants' contract with Corizon does not obviate their non-delegable

28  duty to provide Plaintiffs with health care under state law.  Ariz. Rev. Stat. §§ 31-

*Whot About the Common of Assist of Problems is the DENIAL of PATIN medication of That Gives A Different Medication Then which Is Needed So They kant had A Arew of th 16 lWHAT! So See Feal an to THIS MAY BE THE ROOT CAUSE! And Then To Divert the Root CAUSES. As They know It will CREATE Problems*

*And Still Inmates Suffer Serious bodily HARM MORE GOV TRICHERY TRECHORY And SECRECY*

1   201.01(D); 41-1604(B)(1)(d) (the director may delegate functions or duties "that the

2   director believes can be competently, efficiently and properly performed"); *Starr v. Baca*,

3   652 F.3d 1202, 1208 (9th Cir. 2011) (relying on fact that the defendant sheriff was

*Not DOC (4)*   4   required by state statute to take charge of county jails and was answerable for prisoner's

*But Not DOC (5)*   5   safekeeping). (Doc. 2781 at 89:11) Similarly, Defendants' contract with Corizon does

6   not modify their position as obligors on the Stipulation. *Then why didnt They of being note Supreme Court to text be it*

7   (b)   Defendants' management of Corizon does not indicate that they have any

8   real ability to spur Corizon's compliance with the Stipulation. The Demand Letters

9   evince ADC's frustrations with Corizon, frustrations that are similar to the frustration that

10  the Court has expressed to Defendants. Specifically, ADC's communication with Corizon

11  demonstrates a concern about the quality of internal audits, about staffing levels, and

12  about performance. *bull shit Corizon is Just A Medical corporation And Its ADC That Makes The staff of Are he missing Sire They Bike And Sout they chased*

13  (c)   Obtaining care for high acuity patients depends on committed individuals

14  advocating for the care that the State has already paid Corizon to provide.

15  Notwithstanding Defendants' use of the Escalation List, Defendants are not entitled to

16  congratulations for developing an extraordinary method, which identifies a subset of high

*TO CREATE*   17  acuity patients, in order to ensure that they receive the care that all high acuity inmates

18  are entitled to receive under the Stipulation. To be clear, these high acuity patients made

19  it to the Escalation List because they had not received the health care to which all inmates

20  are entitled. If the system worked as it should, there would be no need for this Escalation

21  List. *And Their Wadat be No Need For the Stipulation And who wrote the Stipulation As They Had Diverted The All Root Cures And Also For All Heath As They Try by to Dhould't me !!*

22  (d)   Instead, Defendants' "good business decision" was to provide incentive

23  payments to a contractor who had already committed to the State to provide that very

*SEE ALL*   24  service and had repeatedly and consistently failed to meet that obligation. The wisdom of

*Cuires collect*   25  a business decision that so rewards a failing contractor escapes the Court but is, for these

26  purposes, irrelevant. *Then why create The Stipulation And why the Reprtibility of The Heath CARE In The First Place And what And why Redly wast wring Br All The b !*

27  (e)   Of the performance measures covered by the OSC Order, only PM 35

28  involves ADC operations. When undertaking a remediation plan for PM 35, ADC did

*All created Rearity Plans Are Poporterois And Mallvles And Full of DECEAT! And why wont The Inmates Inform of The Escalation List For who was Abnot to Die! oR who to do Repritinity to So That They 17 can Go Threw The Greivle procedur And They The UAW Suite Is Handed off to ACLU And PLO? And The INMATE Is SHH! In The GRAVE Rink of DEATH of A Slew will And Soft will to leat to persons report?!!!*

*[handwritten annotation at top:] why were Perfector And They Yeods Targeted ? of 4, 5 The Compliance was All on befor 2012 How And why done They All Core Where of was If the Dam Body Foke Slut Liasholds the Pape Ineds See They way Heal Perbol It Abligo Ext Trade Pipe Fourt*

not review operations at each prison to determine why PM 35 was, or was not, working.

ADC did not begin working on a procedure to address PM 35, DI-361, until after the Court first announced it was contemplating the OSC. This is no evidence before the Court to show that ADC understands why DI-361 did not create compliance in Eyman on Lewis in December 2017, why DI-361 did not create compliance in Florence or Lewis in January 2018, or why Tucson attained compliance in August 2017 without DI-361.

(f)    The OSC Order has not resulted in ADC's compliance with the Stipulation, which requires that every single inmate receive the benefit of each Performance Measure. The Stipulation requires 100% compliance with each of its Performance Measures. As this Court has repeatedly stated, the Stipulation's 85% threshold is simply a triggering point for the Court's intervention.    And since the OSC Order, the following PM/Locations have remained below the Stipulation's 85% threshold:

- Performance Measure 35 at Eyman in December 2017; *[handwritten:] About what Which Delull of A Created FIX Problem.*
- Performance Measure 35 at Florence in January 2018;
- Performance Measure 35 at Lewis in December 2017 and January 2018;
- Performance Measure 39 at Lewis in January 2018 and March 2018;
- Performance Measure 44 at Eyman in December 2017, January 2018, February 2018, and March 2018;
- Performance Measure 46 at Eyman in December 2017 and February 2018;
- Performance Measure 47 at Eyman in December 2017, January 2018, February 2018, and March 2018;
- Performance Measure 47 Florence in January 2018 and March 2018;
- Performance Measure 47 Lewis in December 2017, January 2018, February 2018, and March 2018;
- Performance Measure 47 Phoenix in December 2017, January 2018, and February 2018;
- Performance Measure 47 Tucson in January 2018 and February 2018;
- Performance Measure 50 at Florence in December 2017 and January 2018;

*[handwritten at bottom:] So why were EV M AN The main Targeted And Then They Say Please Is All The Seir Thing of Thler & So All Sewes Who A Set ep In 2012 And They the All of A Sudden The Struggles. I Screwed And still All is Not WAS  — 18 — Fewless to!*

*Fuch the Performance Measure What was the Detail of The Problem*

*FUCK Business All Tricks Treachery And Seeking with Compliance! to.*

1    • Performance Measure 51 at Eyman in January 2017; *After I left*

2    • Performance Measure 51 at Florence in December 2018;

3    • Performance Measure 52 at Florence in December 2017, January 2018, February

4    2018, and March 2018;

5    • Performance Measure 54 at Eyman in December 2017; *After Gown*

6    • Performance Measure 66 at Florence in February 2018 and March 2018; and

7    • Performance Measure 66 at Tucson in March 2018.

8    (Docs. 2373, 2801-1) *SEE All A Cover up And went Side ways to Reduce This All For being Collect*

9        (g)    Defendants did not introduce any evidence to the Court about specific

10   efforts to bring PMs 39, 44, 47, 50, 51, 52, 54, or 66 into compliance. With respect to

*why All really*
*knew*

11   PM 35, the testimony Defendants presented was generic in nature and not geared toward

12   the specific issues precluding compliance at each facility. This failure alone supports the

*hx court*
*u knew!*

13   conclusion that Defendants have not taken "all reasonable steps to comply with the

14   [OSC] order." *Kelly v. Wengler*, 822 F.3d 1085, 1096 (9th Cir. 2016). *Cuz All Was It by Truc Money collect!!!*

15       (h)    Because ADC remains noncompliant with these portions of the Stipulation,

16   the Court concludes that civil contempt sanctions against Defendants are warranted here

17   to address Plaintiffs' "injuries resulting from [ADC's] noncompliance." *Shuffler v.*

18   *Heritage Bank*, 720 F.2d 1141, 1147 (9th Cir. 1983) (citing *Gompers v. Bucks Stove &*

19   *Range Co.*, 221 U.S. 418, 448-49 (1911)). *See All Was The Same thing All Deprivhlty of CARE. And Medical to Just for the Greed. Proceeds for All meaning collect*

*cuz of DANGER*
*zorno tex*

20       (i)    The evidence shows that the mere threat of monetary sanctions was not

21   sufficient to generate ADC's compliance with the Stipulation. More importantly, the

22   evidence presented to the Court indicates that wide-spread and systemic failures remain.

23   In one recent example, Defendants had no information about what could be done to

24   improve compliance for PM 50 at Tucson and failed to even attempt to provide a

25   corrective action plan at the May 2018 Status Conference. (Doc. 2810). In another

26   example, instead of presenting a corrective action plan aimed at trying something new,

27   Defendants informed the Court at the June status hearing that they will continue to use

28   their previous plan even though the CGARs reflect that the previous plan has not

*CORIZON Now DOC! on 21 And How So A Systematic Failure when Deprivhlty was the The real Thing And HA HA And For SO RIDICULOUS!! of Tucson HAHA The Fraud BF DC Destroter This halfship Gross And In health (19) M Health System HA HA And All Without Remisy HA HA on 23-24 And Now other AZ courts will he Sorry to As he there he There They covers the oppression, Then we Store With Fr Au ferral*

*All Money Collect And Puly Dule Prosecct Cl Must 9 Pepple the A GOV Perse* [handwritten]

*SEE !!* [handwritten]

1    obtained consistent compliance for PM 39 at Lewis.   (Doc. 2874-1 at 81)   That

2    Defendants should exhibit such nonchalance about addressing on-going failures to

3    comply with the Stipulation—even as the sword of sanctions loomed above them—is

4    considerable evidence that a contempt order and monetary sanctions are necessary. *th* [handwritten]

5        (j)   The inescapable conclusion is that Defendants are missing the mark after

*All Wis FOR* [handwritten]

6    four years of trying to get it right. Their repeated failed attempts, and too-late efforts, to

*Money collect* [handwritten]

7    take their obligation seriously demonstrate a half-hearted commitment that must be

8    braced.  The evidence suggests that the States' recalcitrance flows from its fear of losing

9    its contracted healthcare. But even if true, such fear is not a factor that can properly be

10   considered in determining what steps the State must take to meet the health care needs of

11   its inmates. If a private contractor is pushed to the door because it cannot meet the

*All For Money* [handwritten]

12   State's obligations, then so be it. Such a result would flow directly from the state's

*collect* [handwritten]

13   decision to privatize health care to save money. That goal of privatization cannot be

14   achieved at the expense of the health and safety of the sick and acutely ill inmates.

15   Indeed, Arizona for most of its history, and many states, do not privatize their healthcare

16   services.  The Court must place a clear and focused light on what is happening here:  the

17   State turned to a private contractor which has been unable to meet the prisoner's health

*Delays For* [handwritten]

18   care needs. Rather than push its contractor to meet those needs, the State has instead paid

*All Money* [handwritten]

19   them more and rewarded them with financial incentives while limiting the financial

*Collect* [handwritten]

20   penalties for non-compliance.   Accordingly, it appears the Court must do what

21   Defendants will not: compel compliance with the Stipulation. *So New oppressive* [handwritten]

22             **CIVIL SANCTIONS**

23       The OSC Order was valid, specific, and definite. Defendants had knowledge of

24   the OSC Order and an extended opportunity to be heard about their non-compliance. As

25   detailed herein, the Court has concluded that Defendants did not take all reasonable steps

26   to comply with the Court's order.  As a result, and as previewed in the OSC Order,

27   Defendants shall pay a financial penalty of $1,000 per failed instance for the

28   *See All The Same Thing All That Your Deperthilty of Medroln For Money collect*
     *And Is Perperly Cansprorly to Here Trustee On Threw the Grothe Prosecoler h.*
     *So why Now the court complain About the MONEY collect? what didn't*
     *They Stop this or Point It All out!*   *(-20-)*
     *So That the Reason For the State to Go to A Private contractor So They said*
     *Do All this Money Scam Like NOW And to Do A Deprthrth of Medloln to*
     *So New ? See why all this Dor come to.* [handwritten]

AZ GOV BANYER WARS!!! Fraudulent Scam And AntiPlec

1   PM/Locations in the OSC Order that fell below the Stipulation's threshold of 85%. The

2   information provided to the Court by Defendants showed 1,445 such violations:

3   All Money Collect

| **December 2017** | | |
| --- | --- | --- |
| (Docs. 2600, 2747, 2815) | | |
| PM/Location | CGAR % | # of Instances |
| PM 35 at Eyman | 74 | 26 |
| PM 35 at Lewis | 84 | 26 |
| PM 44 at Eyman | 11 | 9 |
| PM 46 at Eyman | 84 | 161 |
| PM 47 at Eyman | 54 | 17 |
| PM 47 at Lewis | 53 | 11 |
| PM 47 at Phoenix | 50 | 1 |
| PM 50 at Florence | 60 | 34 |
| PM 51 at Florence | 80 | 21 |
| PM 52 at Florence | 65 | 26 |
| PM 52 at Eyman | 57 | 23 |
| PM 54 at Eyman | 60 | 542 |
| **Subtotal** | | **897** |

20  ...So the Purpusly Neglegent of Depri/thrltys of care what Had Happend
21  befor 2012! That Had to do This out come So The Finan clal Penalty!
22  ...of 1000?! what About the Inmates! So the 1,445 violatous So why went
23  ...coRRzon Flood the First Time And why did D.O.C GeT Paid of The Hd
24  1. 440,000 ; but The Goal was 7, 350,000 ! So As of 2019 conveen bt
25  Behind But S/III The Scam And conscwcla, Had Accored ! And Nber that
26  A clfent died Due to Thisr own Fults And weaknesser That Had been A
27  ...ceart Ruloing AII P Sec Is This Fuclla, Record weophy of MONEY And That
    This war AII The Moln Concern Instead of core And then who wrote the
    100 New So collect Ruler! And to Diart whet Is to Really Go And Corly on
    ...AII Sandr We A Setup !III was ws s Gurded And Seve War AII Decut to
28  As Your Denh Stevelster for All Needs off Book other And AII Had been Dlwrd
    And Then Con the Decerlng As Theirs First war like For An Exscoepel AII Side effat
    breast to A MAX custool, whit but Puch an They chooc that Lefe Fenly MI
    That Slusertty of Mooled Health well Plwdershod For Short Thron Per th SSF
    As Idva Pa 2011 But Nke Perken AII Idint Pull thy Scm, P war eppmwiced hd
    AII vied For b/Hly And Proud Purlere For Seals, New Rendrd At TOC...

why Violates Instead of The Type of Inmate Injurys! And why A Feel'n Stupd court Thing Scnds Like Delays And Ran Amok For AM MONEY COLLECT!!!

| January 2018 | | |
|---|---|---|
| (Doc. 2650, 2664, 2675, 2815) | | |
| PM/Location | CGAR % | # of Instances |
| PM 35 at Florence | 82 | 13 |
| PM 35 at Lewis | 70 | 44 |
| PM 39 at Lewis | 81 | 5 |
| PM 44 at Eyman | 56 | 4 |
| PM 47 at Eyman | 75 | 9 |
| PM 47 at Florence | 82 | 8 |
| PM 47 at Lewis | 36 | 7 |
| PM 47 at Phoenix | 83 | 1 |
| PM 47 at Tucson | 62 | 9 |
| PM 50 at Florence | 77 | 35 |
| PM 51 at Eyman | 68 | 17 |
| PM 52 at Florence | 69 | 21 |
| PM 52 at Eyman | 60 | 34 |
| | Subtotal | 207 |

... The Defendants may Have told And Irom th State to do the Deparshilly And For their Conspircty we Trandr For MONEY collact AM Due to the ... Declining Econm ys. will SecAr M Lewt Attchs of RM This Adves of cut off of AM of Beth For Clods, Harbge And Woultie of This Noslect Proceders!

...

...

...

...

...

...

...

- 22 -

*[handwritten at top: Sends like it was to get worse And worse in Certen Parts or to See what And where could get worse And Then do The Possibilty In certen Areas Per The Course Proseeder And to See In what Facilitys They Could Violoate the punhr with The Help of Certain Staff At DOC may Had ccorpted Wothed ens That we dat lnw About]*

**February 2018**

(Doc. 2786-2)

| PM/Location | CGAR % | # of Instances |
|---|---|---|
| PM 44 at Eyman | 43 | 4 |
| PM 46 at Eyman | 82 | 157 |
| PM 47 at Eyman | 61 | 20 |
| PM 47 at Lewis | 61 | 11 |
| PM 47 at Phoenix | 67 | 1 |
| PM 47 at Perryville | 83 | 3 |
| PM 47 at Tucson | 64 | 5 |
| PM 52 at Eyman | 58 | 60 |
| PM 52 at Florence | 67 | 60 |
| PM 66 at Florence | 70 | 20 |
| **Subtotal** | | **341** |

*[handwritten: SEE Muny collect Not medichn oR Henlth Pross So Care is Just The WoRDS !!]*

The Court will impose these sanctions and collect these funds with the understanding that they will be used to further compliance with the healthcare requirements of the Stipulation. To that end, the parties will submit proposals for use of the funds and the Court will distribute the monies after considering their proposals. *[handwritten: Futh bcsinss]*

**IT IS THEREFORE ORDERED** that Defendants are held in civil contempt for failure to comply with the Stipulation as detailed in the Court's Order to Show Cause.

**IT IS FURTHER ORDERED** that Defendants shall pay $1,445,000 for their December 2017, January 2018, and February 2018 violations of the Court's Order to Show Cause. Within 14 days, Defendants must remit payment to the Clerk of Court in the amount of $1,445,000. *[handwritten: See Now the compuny is Phrod They wont Nn Nn Hew Posted The mensit sCriNy Nsn to Seurty Wrny the LAW oR Jth Wold Caus/prod Now the Compny is out And All ing Wre hon Placd]*

**IT IS FURTHER ORDERED** that the Clerk of Court must enter judgment against Defendants reflecting contempt fines for December 2017, January 2018, and

*[handwritten left margin: SEE All The ... PLAYS For ... ALOW It ... collect]*

*[handwritten bottom: So Then All Satis.Plod with The All Muncy collect! And they nw All Ends I! MAN Plcly Yull !!!  (23) And SHll the Same Thlng Is SHll on Going to Fur Some Secret Reason to!]*

*WAS The System All Poporly Built Like This And All Sady Like A Money Scan All Instead of CARE! Where Are There STAFF TARD In human Peopel Care PROW!!!!*

6

1 February 2018 totaling $1,445,000.) This total is due and payable into the Registry of the

2 Court, to be kept in the Registry until further order of the Court. This judgment shall

3 bear interest at the federal statutory rate until satisfied. *Satisfied?! So Still More Medw dadow Inventer For Money collato*

4 **IT IS FURTHER ORDERED** that Defendants shall continue to file monthly

5 reports reflecting every instance of noncompliance for PMs at facilities under the October

6 10, 2017 Order to Show Cause that are at less than 85% compliance. *All A SCEAM*

7 **IT IS FURTHER ORDERED** that, within 30 days of the date of this Order, the

8 parties shall submit their respective proposals regarding the best use of these funds.

9 Dated this 22nd day of June, 2018. *All A Fu lity SCEAM For Money collat S!!*

*FINTHLIZED BY 6806*

*1.10.2019*

10 *FRAUDULENT SCEAM And*

11 *ARTFFICE!!!* ⟶

12

David K. Duncan
United States Magistrate Judge

13 *All Sandal Like A FIX Money a llor Scan*

14 *what if it Was A Same Corpany ten but then CORTZUM is A Different COMPANY And wz of This WHNIs Rated Had Effected This New other cont-*

15 *way As Now certam med ldor Had been Remved where Monthn And The*

16 *COMPANYS !! Hmm— As Now I Revered All over Abo la In 12.28.18*

17 *PLD ACLU of 2018 2019 Not Fix And ThiaG At All And Now of This Thles other Resories Got MONEY But Eay and Fust and Illegally Possibilty to*

18 *beat Now I Thrah but cnlY The Project back other but Help Buch other to Public Safety is All Thrown Out I Can Now See All This is A GOV*

19 *WAR I dont hncw whY The MOM Bt didnt Go to the Health ure For better Good med reations Instead of Generic med rations That Do more*

20 *Harm Than Good And Have Poore Ffects to but whY dues The DOC med rea I All Differant From The cwle I Thabal Is All the came w did*

21 *TheY want us to Thiuk Like That,*

22 *And See The PLD Gets Thlar MON Br As if TheY leevn of A Immate who has UsGeat Untreated Hea dn ure Nleeds That could Izud to Healtн*

23 *And Then Pernralt Injur to.*

24 *And Then the Tall of Murla PA the Tall continued to Provide Prisen with Uncurt/hrt/lael wiн DunG cour W Defricient Medded und Mentа*

25 *Healtн cwe· NeGleGenedG Senior Medrcal Lond thnr And Mental Illvert*

26

27

28

- 24 -

ARS § 13-502
CORRT ARIZONA
PUBLIC DEFENDER

Requirement of subsec. B of former section that defendant prove his assertion of insanity by clear and convincing evidence was not improper or unconstitutional shifting of State's burden of proof. State v. Turrentine (App. Div.2 1986) 152 Ariz. 61, 730 P.2d 238.

Former section's requirement that defendant prove assertion of insanity by clear and convincing evidence was not unconstitutional under State's due process clause, since sanity is not an element of a crime but rather is result of public policy to exonerate insane defendant from guilt. State v. Bowling (App. Div.2 1986) 151 Ariz. 230, 726 P.2d 1099. Constitutional Law ⊂═ 4653; Constitutional Law ⊂═ 4694; Criminal Law ⊂═ 550.

Placing burden of proving insanity on defendant, under former section did not violate separation of powers doctrine by making change regarding procedural matter. State v. Fletcher (1986) 149 Ariz. 187, 717 P.2d 866. Criminal Law ⊂═ 307.

Placing burden of proving insanity on defendant under subdivision (B) of former section, in changing burden of proof on insanity issue, did not violate federal constitutional standards. State v. Fletcher (1986) 149 Ariz. 187, 717 P.2d 866. Criminal Law ⊂═ 307.

M'Naghten insanity test is not unconstitutional. State v. Howland (App. Div.2 1982) 134 Ariz. 541, 658 P.2d 194. Criminal Law ⊂═ 48.

Application of M'Naghten rule to defendant did not violate his due process rights, despite variety of tests of criminal responsibility applied in different state and federal jurisdictions around the country, where United States Supreme Court has not held that single rule of criminal responsibility is required for every state and federal court. State v. Steelman (1978) 120 Ariz. 301, 585 P.2d 1213. Constitutional Law ⊂═ 4514.

Privileges and immunities clause was not violated by application of M'Naghten rule to defendant, despite contention that because Arizona applies M'Naghten test people are discouraged from entering state, impinging upon their constitutional right to free travel, since right to travel does not include crossing state lines to commit crime. State v. Steelman (1978) 120 Ariz. 301, 585 P.2d 1213. Constitutional Law ⊂═ 2951; Criminal Law ⊂═ 48.

M'Naghten rule does not violate equal protection clause, since it covers all of those who fit category of those unable to form criminal intent, regardless of type or degree of mental illness, and rule does not create classification among different mental illnesses. State v. Steelman (1978) 120 Ariz. 301, 585 P.2d 1213. Constitutional Law ⊂═ 3169; Criminal Law ⊂═ 48.

Use of M'Naghten rules as test of criminal responsibility did not deny defendant due process or equal protection. State v. Wilcynski (1975) 111 Ariz. 533, 534 P.2d 738, certiorari denied 96 S.Ct. 141, 423 U.S. 873, 46 L.Ed.2d 104. Constitutional Law ⊂═ 3803; Constitutional Law ⊂═ 4514; Criminal Law ⊂═ 48.

3. Construction and application

© 2015 Thomson Reuters. No Claim to Orig. US Gov. Works.

110 E. Cherry Avenue, Flagstaff, AZ 86001-4627  |  Phone: 928-679-7700  |  Toll Free: 866.290.2466  |  Fax: 928-679-7701  |  www.coconino.az.gov

https://web2.westlaw.com/print/printstream.aspx?utid=2&prft=HTMLE&vr=2.0&destination=atp&sv...   8/11/2015

Difficulty Paying Attention
Difficulties Remembering And Recalling Information
Difficulty Processing Information leisurely
Difficulty Responding to Information Quickly
Difficulty With solident Thinking, Planning, Organizing And Problem Solving
Difficulty Initiating Speech
All The For Families Defense

Use 159 Durhams Rule of 1954 the Court of Appeals of the UNITED STATE Said A
Acquired is that whatsit a Reversible IF We Unbu Fell Act Was the Product of A
mental Disease or Defect Hence Forth A lie Freedom who is Mentally CM or Mental Ills
Defective mean not be convicted This case Sop or sealed the UNREASUNABLE.

# FUCK WUS PM BSS  SEE All GOV WARS

is This A Real the Principal Question concerns the Defense of Insanity. There
A Presumption That All Persons Are Sane And ordinarily by A Criminal case the
prosecution may Rely on this Presumption. FOSTER Vs STATE, 37 Ariz 281 294 P
645 However the Defendant may Raise the Issue of Insanity in His Defense. But who
is adder So it is The STATEs Burden To Establish beyond A Reasonable Doubt that the
Defendant was LEGALLY sane, STATE v Schmenz. 98 Ariz 200  403 P 2d 552.

o IF You A Mental Health LAW Firm Then You Should know All both Sides of the Laws
are LAW List And That You to max Had been Disease Abuser the All In Uneven And
gross Mental Health And How About the AH MZ So called LAWS? Fuc Notes And They
operates On Gross Information Whatever And the All MIS Guided And HARM FULL All
form And As Posteat Above A All Rampant And You know It All Unwanted who Addat
me get far Away with it All Easy Self And Seen All This to bout There Patient Had
never They Life And should Have Not taken the meds in the First Place As Evidence.
The help of To share the Pinmeeds And All Side effect were lived Arerese me to new
Have A Futurelated M Health History And was All Owner due to MB Gridsure center
similar to let me Go All they used me For And A lot of other People was For BMI das And
asherance FRAUD And For others Service Never Rendered well they to chicken Meed to
Void that x are of SSI Then were Give Info out SSI Like County This way the other All
well From two I Stayed Around Not For It All this is to Show You All IM MANUAL
Mental Health Was And Due to Expose was For Oppressive A Normal Person "88 BE"
o Cries The System So New Distant Due to SSI cut off And Now Its being used As A
SW tool to Discredit And Disbelieve me And This used the key to Control An Illegal
condition For A Crime That Had Never been Committed All Then Needed was For Some
me to We AND POINT THE FINGER And Relays And Ruin friend to accused the
Full Mental Health



Evidence of defendant's mental disorder short of insanity is inadmissible either as an affirmative defense or to negate mens rea element of a crime. State v. Mott (1997) 187 Ariz. 536, 931 P.2d 1046, certiorari denied 117 S.Ct. 1832, 520 U.S. 1234, 137 L.Ed.2d 1038, habeas corpus granted 2002 WL 31017646. Criminal Law ☞ 354

Finding that first degree murder defendant was insane at time she killed victim did not cancel out the "knowingly" and "premeditation" elements of first degree murder. State v. Ovind (App. Div.1 1996) 186 Ariz. 475, 924 P.2d 479, review denied. Homicide ☞ 1558

Arizona does not recognize insanity defense as distinct "plea" such as to require demonstration of murder defendant's express consent to insanity defense; rather, insanity defense is an affirmative defense. State v. Hurles (1996) 185 Ariz. 199, 914 P.2d 1291, habeas corpus dismissed in part 2006 WL 2091707. Criminal Law ☞ 286.5(2); Criminal Law ☞ 331; Homicide ☞ 947

"Sanity" and "insanity" are terms applicable to mode of operation of the mind as judged by some accepted standard of normality; that mode of operation is ascertainable from conduct of person in question, i.e., from effect produced by his surroundings on his mind when responding by action to those surroundings. State v. Hurles (1996) 185 Ariz. 199, 914 P.2d 1291, habeas corpus dismissed in part 2006 WL 2091707. Criminal Law ☞ 48; Homicide ☞ 817

Insanity is affirmative defense in criminal law; it is a substantive matter affecting guilt or innocence of a defendant. State v. Fletcher (1986) 149 Ariz. 187, 717 P.2d 866. Criminal Law ☞ 48

Determination of insanity defense is better suited to the function of the petit jury than the grand jury. State v. Coconino County Superior Court, Div. II (1984) 139 Ariz. 422, 678 P.2d 1386. Grand Jury ☞ 36.8

A trial court must defer to the wishes of the defendant with respect to presentation of an insanity defense if the defendant voluntarily and intelligently rejects the defense. State v. Fayle (App. Div.1 1982) 134 Ariz. 565, 658 P.2d 218. Criminal Law ☞ 286

It was not reversible error for parties to murder prosecution to fail to sign written stipulation on competency issue where record amply demonstrated parties' intention to submit issue of defendant's competency on experts' reports. State v. Hills (1982) 124 Ariz. 491, 605 P.2d 893. Criminal Law ☞ 1166(12)

Former § 13-132 (see, now, § 13-503) providing that voluntary intoxication may be shown to negate specific criminal intent did not create impermissible classification, despite contention that it permitted person who voluntarily intoxicated himself to present evidence of diminished capacity while person suffering from mental disorder with same impact is not permitted to present evidence of effect of his disorder on his ability to form specific intent. State v. Steelman (1978) 120 Ariz. 301, 585 P.2d 1213. Constitutional Law ☞ 2991; Criminal Law ☞ 53

© 2015 Thomson Reuters. No Claim to Orig. US Gov. Works.

110 E. Cherry Avenue, Flagstaff, AZ 86001-4627  |  Phone: 928-679-7700  |  Toll Free: 866.290.2466  |  Fax: 928 679 7701  |  www.coconino.az.gov

https://web2.westlaw.com/print/printstream.aspx?utid=2&prft=HTMLE&vr=2.0&destination=atp&sv...    8/11/2015

FRAUD And DECEIT "Causes"
NEGLIGENCE "Treatment"
STRICT PRODUCTS LIABILITY" Are not DISCUSSED"
BREACH of EXPRESS WARRANTY "Are Not DISCUSSED"
BREACH of IMPLIED WARRANTY "Are Not DISCUSSED"
ARIZONA UNFAIR COMPETITION LAW.
PROBLEMS And DISORDERS are CREATED "Effects and SIDE Effects
DEVELOPMENTAL PSYCHOLOGY "Behavior Modification
INTRODUCTION to STATISTICS "All HUMAN SCIENCE
INTRODUCTION to PSYCHOLOGY "Behavior Modification
ABNORMAL PSYCHOLOGY Deadly side Effects and "ALL CREATED"
PSYCHOLOGY of PERSONALITY "Impairments with Disorders"
Dk Habushes between Normal Behavior to CREATE ABNORMAL BEHAVIOR.
Fields of PSYCHOLOGY with Bush Principles And METHODS
Human Development From conception through Adult Hood.
TRICKERY TRECHORY and SECRECY
Recommended For students MAJORING in Nursing "RETARDS"
Includes Physical Leadstive "Voluntery Intoxication Psacuate SUPASA Via
Emotional And Social Inequities that Develop at various AGEs Present Induce
Introduction to Theories of Personel Abstract "All Was Guided And DECEIT"
Patient Abuse Runs Punts And undns the CONFIDENTIAL by "Get Away"
Hospital Administrators And clinicians Are Getting Away with it "HARM FULL"
Misguided state Federal And International LAWs with POLICY "ALL Lies"
All Public Mental Health care Facilities Operater at A level of Practice In which Violations
To Help create A feeling of SAFETY and COHESION "All TRECHERY"
Professing to Be Who They Become FOULs All the while TRADE
IN Fact INCARCERATING Rather Than Treating the Mental Ill "Fuck business"

Mental Capasity. Retroactive Application of STATE COURT Decisions Absconding Mandatory
apactly Defence Did not Violate mardors Defendant's DUE PROCESS Rights So See All Luz
F Deadly Side effects So All conversation to change You As An CRIMINAL And for Innervate
he Mentally ill Rather Than Treat well... slave It All Perceived Injured And claimed
enables to Much untreat And I Persecuted, St to Ant for me Now here's what As A GOV
Got to Protect, I Dishelieve me. And then to Dehumanize me? Its AM "IM Health" is All
Misguided And HARM Plate So Fuck business And Fuck WRET RISH v. LANCASTER,
013.133 S.Ct. 1781.185 L.Ed. 2d 988. Habeas Corpus 477 All were TRICKERY And
DCR PCY And TRECHORY to. And other Side effects to Shift Ired... And Fake
Carelessness to A Deadly Side effects And Inhuman M Health treatment. All Its Finished
hey Use to in AM And to This Love ones that It Treatment! All Nothing but FRAUD and
DECEIT but I do know Some Workers don't know And when Some Find out This All
Disappointed And Disapoint Em For those that Really want to Help but M Health is
A Mess Made Restless And A Gov You Accountable to M K Lit Tith Re-tools!!!
Just As The FBI CBA Are useful It uses me to And New P car Prove !!!

Medications For Psychiatric Illness are Really Dangerous People Can die or Will some bad a
r End in in Jail For Some thing very Scarlus And Induces Severe Physical side heal
Bstart How well And Turn You In to A SUP care of Deadly Side effects, ha

*All Prisoners Incluced And Deadly Side Effects ...* [handwritten]

A.R.S. § 13-592 *[handwritten]*

ARIZONA

PUBLIC DEFENDER

Page 16

*Being Forced in Medicated can lead to Manafered to* [handwritten]

Defendant had burden of proving by clear and convincing evidence, at guilt phase of capital murder trial, that he was not malingering with respect to his alleged insanity. State v. Moody (2004) 208 Ariz. 424, 94 P.3d 1119. Homicide ⟶ 947; Homicide ⟶ 1210 *) Inverse This, maker sence but How these to.* [handwritten]

Insanity defense does not vitiate presumption of innocence or negate state's burden of proof against murder defendant; state is still required to prove every element beyond reasonable doubt, and insanity defense does not require defendant to prove or to disprove any element of offense charged. State v. Hurles (1996) 185 Ariz. 199, 914 P.2d 1291, habeas corpus dismissed in part 2006 WL 2091707. Homicide ⟶ 817; Homicide ⟶ 947 *So Sence by Gret, Fa In May WAY And to educ te You As Aa ERRG FNIAL All are of Deadly Side offeets And Sedial What coincidence All Sence the TREINERY, TREINEMOY SUERT. An Pain med Induced* [handwritten]

Instruction as to defendant's burden to establish insanity by clear and convincing evidence was fundamentally erroneous, insofar as it defined clear and convincing evidence as certain and unambiguous. State v. Leonardo (1989) 161 Ariz. 111, 776 P.2d 789. Criminal Law ⟶ 782(14); Criminal Law ⟶ 1038.1(5) *Move, Have been The Trid. About Deadly Side offeets. R other Juducements but How to Pre The bel Mc aturs un Bacant Stand A Was A thun All And bizar st All. As In cots were The FACTOR* [handwritten]

Decision in State v. King, 763 P.2d 239, holding that jury instruction, requiring that defendant prove insanity defense by certain and unambiguous evidence, erroneously escalated defendant's burden of proof, applied retroactively. State v. Gardfrey (1989) 161 Ariz. 31, 775 P.2d 1095. Courts ⟶ 100(1) *Must these by in brainteck in the Are And went Head into The TRUTH but Met the bel Mabshken Decient Shendent ok was A Pine A And Record All off Ceccve And blew It All the thet.* [handwritten]

Evidence supported finding that defendant had not carried his burden of proving by clear and convincing evidence he was insane at time of crime, although three experts claimed defendant was legally insane at time of crime; one expert testified defendant was not legally insane at time of crime, and there was evidence of defendant's sanity, including stepfather's testimony that defendant was malingering and appeared to be feigning mental illness. State v. Zmich (1989) 160 Ariz. 108, 770 P.2d 776. Criminal Law ⟶ 570(2) *So How com Ving And ten Mal wowed LePacten sP Veence a los, And Leaf asdua And other Mutshard Cement's And I how Shell Fa Thu Hud Mea If was The Victima but Still of what ever Was Pin med Induced.* [handwritten]

Defendant's burden of proving that he was not responsible for criminal conduct by reason of insanity by clear and convincing evidence was the same clear and convincing evidence standard used in civil cases. State v. King (1988) 158 Ariz. 419, 763 P.2d 239. Criminal Law ⟶ 570(2) *Then where, The Real Answer There And How. Med Side Effects Revent The Nurd Research Results It taken of FMANO And ORIGHT.* [handwritten]

In informing jury as to defendant's burden of proving lack of responsibility for criminal conduct by reason of insanity by "clear and convincing evidence," court should inform jury that clear and convincing evidence is evidence that makes the existence of issue propounded "highly probable." State v. King (1988) 158 Ariz. 419, 763 P.2d 239. Criminal Law ⟶ 782(14) *This could but Else but in Jury the Coreman sence. And there an How The tabesic a the Health last in teat with outdo st Yas And the Pectron Remote No. And that their was Nothing You leath do. And Revent Adverse Side offects* [handwritten]

"Clear and convincing evidence," which is required to prove insanity, is not certain and unambiguous evidence, but is evidence that claim is highly probable. State v. Renforth (App. Div.1 1987) 155 Ariz. 385, 746 P.2d 1315, review denied 158 Ariz. 487, 763 P.2d 983. Criminal Law ⟶ 570(2) *IP the Herd to Get And A TR ELMANY WAY To Leve It And taken Metter of The Little And Md 14 Ineffect the Nid, tee to whiside You be Sen Serve tchos do, Celft extasis the Me Blanshed Company I Uses but Meas I been by All Prix med take* [handwritten]

State constitutionally may require defendant to carry burden of proving insanity beyond a reasonable doubt. State v. Moorman (1987) 154 Ariz. 578, 744 P.2d 679. Criminal Law ⟶ 570(2) *IP the A Complex Case ok to TR fEU YUY And to Sther You to to You could Devolue Then I bes will Just it All ARGUING To Still Get You in has been to the system is full of TREINEISA to Pow.* [handwritten]

Record was sufficient to find that trial court applied the correct burden of proof as to defendant's sanity for vari-

© 2015 Thomson Reuters. No Claim to Orig. US Gov. Works.

IN 2 CODE 11-2944
VIOLY. NULL SUIT!!! ALL DECEAT!!! AND FRAUD

The Director of A Facility That Is Providing Treatment to A Person who Is Respons
ble For supervision of the Person may Take the Person oR Request that the
Persons. Mental Heath has DETERIORATED to the Point that the Person
Is In need of Immediate to case custodx treatment or That DETERIORATION
Likely because of noncompliance with A Treatment Program. A Person who Is
when Into custodx Persuunt To This Subsection shall be Trans Ported
immediately to A Security STATE Mental Heath Facility And shall have the
same RIGHTs as hav Person Appear In G before the Psych Iatric securitx Review
board.

DIANTERS TheY USE — ────────→ KEY NOTE

The Mental Lendition of the Person
whether the Person is DANGERUS
while Safe And Protection Are Primarx For Gov Penal intx or the commenity
Citizens of VULNERBILITY of Deseslve Results to Havin me eR Threeten InG
Got ANIMA Him with his Nuclear Weapon And IM have Mone by Lexs Tal
lear Influmental Evidence. The Gov Corporaiton will be DESOLATED
And Destroid If on Abents side to Fabucule Militeath Portrates As They use
Thler Resorses to Eliminate me. M Heath is All INVALAD
HE PERSON NO LONGER NEED. UNGOING TREATMENT For A Mental
CREATED Disorder That Was All Psxcmed Induceed And That The side
Affects were used For Diagnosties So All Again IS INVALAD Due to The
Ive to Side Effects And All Is Rule Out Due to FUL. INTERDILTON
INTERIGATION, INTIMIDATION oR PRESSUR or Harrsssment!
Suurity as ELement of crime 13 Ariz. L. Rev. 392(1971)
Feelulag A Tune Istution! Regralug Has Interests In Fasility Mentdca this lashutut Befeatute
to Trtal Compretency Jeffrex I Lee.54 Ariz L Rev 1073(Winter-2021)
o Thers who Is All This Twisted Around Why be Forcilvix Medicated when it was Pene next Reduced
but Had Lent to the offence And Then IF So Still Inconsistent In Full And Then After the Role
I was Incompetent Due to Passive Deving of Pxe Brugs That Also Ceured Dihulavitud Cenultus
Had Also Derivol offence. So did the Leberty For Justir Thler wux Around to transtract centline
had cente 13 For Au Conversive June Solutuns! So Then How come R TL ASM Does not Tell us that
of Thles Thinge Who Do Aut Public Defenders! Nor A thorne And Also whe Peevitunlline Am
eguie what IP A Diadist Custotty Hermenls All cver Again Then Her cun Yeu An Asi Yer Behili-
refuedor Then wux Just Inte Advice back on Yer IP So eue See IF I were Thus Run Then wuld
wht Every Mistol Around And Wuld Here IF I wus Oulty to Then I could Go to ASH And Blue
wt IP All over Acsla but I didnt if The wresht Rile Got Lenudcten Fuer Mtwh Heelthk.

OFFICE OF THE
CARSON ARIZONA
PUBLIC DEFENDER

Where defendant pleaded not guilty by reason of insanity to charge of aggravated assault, burden of prosecution in proving sanity could have been satisfied by evidence presented either at trial to determine guilt or at trial to determine sanity, where single jury was used, and jury's consideration of insanity could not be limited to evidence presented at trial to determine sanity. State v. Shanahan (App. Div.1 1969) 10 Ariz.App. 215, 457 P.2d 755. Criminal Law ⟷ 625.15 *[handwritten annotations]*

Under former § 13-1621.01 (repealed; see, now, Rules Cr.Proc., Rules 11 and 25) which provided for two trials where defense of not guilty by reason of insanity was asserted, one to determine guilt and one to determine insanity, there was in essence one trial on ultimate issue of criminal guilt with procedural attempt to control presentation of evidence and determination of insanity so as to avoid confusion, and within the statutory preference for separation of issues traditional discretion of trial judge as to order of proof was preserved. State v. Shanahan (App. Div.1 1969) 10 Ariz.App. 215, 457 P.2d 755. Criminal Law ⟷ 625.20; Criminal Law ⟷ 680(1)

*[handwritten annotations]*

To permit state to rebut evidence of insanity of defendant would be proper. State v. Sherrick (1965) 98 Ariz. 46, 402 P.2d 1, certiorari denied 86 S.Ct. 1938, 384 U.S. 1022, 16 L.Ed.2d 1024. Criminal Law ⟷ 354

Fact that complaining witness was not expert did not disqualify her from giving her opinion as to sanity of defendant at time robbery offense was allegedly committed upon her where defendant had put matter of his sanity at that time into issue. State v. Miranda (1965) 98 Ariz. 11, 401 P.2d 716. Criminal Law ⟷ 456 *[handwritten annotations]*

**17. Evidence** *[handwritten annotations]*

On claim of ineffective assistance of counsel, defendant could not show that there was reasonable probability that result of his trial on charge of first-degree murder for intentionally or knowingly killing law enforcement officer in line of duty would have been different but for counsel's alleged unprofessional errors in not explicitly preserving issue of observation evidence that he was having paranoid delusion that officer was alien intent on killing him, since state presented substantial evidence showing defendant's intent to kill police officer. Clark v. Arnold, C.A.9 (Ariz.)2014. 769 F.3d 711. Criminal Law ⟷ 1922 *[handwritten annotations]*

Evidence supported conclusion that juvenile's manic episode was not the sole cause of her assaultive behavior, which, in turn, supported juvenile court's rejection of her insanity defense, in delinquency proceeding in which juvenile was found to have committed aggravated assault; juvenile's expert conceded it was just as likely that juvenile's behavior had been the result of her angry response to circumstances of encounter as her bipolar disorder, and there was evidence, including eyewitness testimony, from which court could have inferred that juvenile had been adamant and purposeful in her refusal to enter her cell, and thus knew her behavior was wrong. In re Natalie Z. (App. Div.2 2007) 214 Ariz. 452, 153 P.3d 1081. Infants ⟷ 176 *[handwritten annotations]*

Testimony relating details of murder defendant's prior convictions for sexual assaults upon two boys refuted insanity defense, and was thus properly admitted, where defense expert grounded opinion that defendant was psychotic on fact that murder and attempted rape of library employee occurred in public place in middle of the day, making it likely he would get caught, where prosecution used facts of earlier molestations to show that defendant *[handwritten annotations]*

© 2015 Thomson Reuters. No Claim to Orig. US Gov. Works.

All Psyc meds Induce And Impair LEARNING. MEMORY. EMOTION PERCEPTION PHYSIOLOGICAL DEVELOPMENTAL INTELLIGENCE SOCIAL And ABNORMAL and PSYCHOLOGICAL DISORDERS STRESS DISORDERS PROBLEMS WITH ANXIETY And DEPRESSION UNUSUAL and ABNORMAL SEXUAL BEHAVIOR Created SCHIZOPHRENIA and ADDICTIVE BEHAVIORS All JUNK SCIENCE of BAD Research Results Hidden And DEADLY Side Effects And of by Both Approving Unsafe Pharmaceutical Mental DRUG "FDA"

III Emphasis Upon APPLICATION OF SPECIFIC THEORIES TOWARDS THE UNDERSTANDING of INDIVIDUALS Are All Behavioral Observation and Experience is the KEY of Trying the Psyc meds And All Disturbed expressly created Are Used Against You to.

o How can the Methods of Data Collection be 100% Accurate And All the sampling Techniques be 100% Accurate And by Graphing of All Data And the Statistical Evaluation of DATA COLLECTED Through Off the XPERIMENTATION?" Not Treatment we who would It be Called XPERIMENTATION to? So if/I/There dont know what a Harm exists or DUD In it All? why Always The BAD to So Now I See How I Got All FUCKED of o. So Delusional Persecution All Ruled out Now

The Mental Health Programing          All JUNK SCIENCE
Pscho educational Programing          All JUNK SCIENCE
Evaluation For Program Placement      All JUNK SCIENCE
The to Properly Identify All SMI Prisoners   All JUNK SCIENCE

Mental Illness Ruled out when the Pressure That would Force 88BC to Weak The Reality And Becoming Psych of the Past Inaulalelely If The Stress And the Environmental Pressure becomes over whelming And To what to Label 88BC As Paranoid Schizophrenia And Delusion of Persecution Create to the Gov could Get Away with The Plot Absence 88BC However Theler will be NUCLEAR CONFLICT # PY14 1445 8 If the Illegal Convicton War No Born was out of to Gore Some Thing to Fall back out As Now I See Theler Not Going to Step of to and to STILL Get me of Try to In Any way they Can And Now The Illegal WAR know whats Going on That's why I Endure It And to be Legal & Sanctioned to be discarded As Useless And to be Permanently Institutionalized on All FALSE BREATED INFORMATION So Fuck My Health A Gov Fuck kill

*All Drugs And Medds In Insurance For Services Never Needed to*



*Pacu* — THE
# Guidance
CENTER

If you have trouble reading this notice because the letters are too small or the words are hard to read, please call our office at 928-527-1899 and someone will help you. This letter is available in other languages and formats if you need it.

Si usted tiene problemas leyendo ésta carta por que las letras son muy pequeñas o las palabras son difíciles de leer, por favor llame a nuestras oficinas al 928-527-1899 y alguien le ayudará. Esta carta está disponible en otros idiomas y formatos si es que lo necesita.

## NOTICE OF ACTION

**TO:**    Brandon Colorado                        Date: July 10, 2008
        700 Blackbird Roost Bld 10 Apt
        Flagstaff, AZ 86004
**FROM**: The Guidance Center
        Phil Sickles (928) 527-1899

You or your health care provider have asked that The Guidance Center pay for your continuing services through the Psychiatric Acute Care Unit with The Guidance Center. *All For FRAUD Dulls FRAUD INSHURANCE*

## OUR DECISION

Discharge you from The Guidance Center's Psychiatric Acute Care Unit to Outpatient Psychiatric Services. *of the Me6le Serice of*
*The Deadly Side affects of BRIACH! Turbled Warnty fact*
## THE REASONS FOR OUR DECISION

This level of care is no longer clinically needed. *SEE why drdus All This Happened They wuuldnt let Aus hada OD*
*And they Also Justified to when sts All fad lers Just Live Now At CSO of fuhasotad In Hanlth*
Legal Basis for Our Decision *Documents So M/Haulh Ir ENVHLHD Doc ts created in Illhamer*

Per Arizona Department of Behavioral Health policy PM3.14.2 Treatment can be safely and effectively provided in a less restrictive level of care.

## YOUR RIGHTS IF YOU DISAGREE WITH THIS DECISION
*All the FUTURD AN NGFRUSINESS of Oppresshen*
If you are not happy with this decision, you can ask NARBHA to look at the decision again. This is called an appeal. You can appeal by telling NARBHA over the phone or in writing. You must call them at 1-800-640-2123 or 928-774-7128 or 1-877-923-1400 or write us by completing PM Form 5.3.1, ADHS/DBHS Appeal or SMI Grievance Form, by _____ September 8th , 2008 _____
                                      Date

**For translation or alternative format requests, call [1-800-640-2123 or 928-774-7128]**
**Para recibir esta forma en español, llame al: [1-800-640-2123 or 928-774-7128]**

D:\Documents and Settings\amsusunkewa\Desktop\Laney's Stuff\PAC NoA dc.doc, Last Revised: 04/08/2008

If you are writing your appeal, please send it to NARBHA Grievance and Appeals, 1300 South Yale Street, Flagstaff, AZ 86001.

You can also see your medical records and get other information about your appeal. Before NARBHA makes a decision, you can give NARBHA any information that you think will be helpful. You can ask NARBHA to set up a meeting so that you can give them the information in person, or you can give it to them in writing.

After NARBHA reviews your appeal, NARBHA will send you their decision in writing within 30 days of the date NARBHA received your appeal request.

## IF YOU NEED A FASTER DECISION ON YOUR APPEAL

If you or your health care provider believes that your health or ability to function will be harmed unless a decision is made in the next three days, you or your health care provider can ask NARBHA for a fast review by calling NARBHA and asking for an expedited appeal. If NARBHA agrees, NARBHA will decide your appeal in 3 working days. If NARBHA does not agree a fast review is needed, NARBHA will write you within 2 days, and will also try to call you. Then, NARBHA will decide your appeal within 30 days.

*I Be Further THIRD Line Workers Didnt Say 1 Hrs oR Do Not Know This to Will em Fuchs to !!!*

## GETTING HELP IF YOU WANT TO APPEAL THIS DECISION

You can have someone help you appeal. Your doctor or other health care provider can appeal for you if you write to us giving them permission. *Fuch Yur Anmes*

If you would like legal help with this decision, you can ask for it by contacting the legal aid program, DNA People's Legal Services, Inc, 2323 E. Greenlaw Lane, Suite 1, Flagstaff, AZ 86004, 928-774-0653 or 1-800-789-5781. You may also contact the State Protection and Advocacy System, the Arizona Center for Disability Law, at 1-800-922-1447 in Tucson, or 1-800-927-2260 in Phoenix. Persons determined to have a Serious Mental Illness (SMI) may also ask for help by contacting an Advocate at the Office of Human Rights at 1-800-421-2124 or 1-602-364-4574. *Fulu him All to !!*

## CONTINUING SERVICES WHILE NARBHA MAKES A DECISION ON YOUR APPEAL

If the services you write about in your appeal are already being given to you, but are going to be cut back or stopped, you can ask that the services continue while we make a decision. If you want those services to continue, you must say so when you appeal. Your services will only be continued if you appeal by ____July 20th, 2008____. If you do not win your appeal, you may be responsible for paying for these services provided during the appeal. *So Fuch Brchan Had See All About Member Not Came Fuch Houtha to !!*

If you are a person determined to have a Serious Mental Illness (SMI), the services being appealed will be continued when you file an appeal, unless continuing the services would be harmful to your health and safety, or to another person. The services being appealed will be continued throughout the appeal process. You will not have to pay for the cost of these services provided during the appeal. *All Poisoned Induced And Then See Neordsuers And oR Homicide So No Wonder I Got the Corm Hrlers cuz of BM*

## TAKING MORE THAN 30 DAYS TO DECIDE YOUR APPEAL

For all appeals, up to 14 more days may be taken to make a decision on your case. This is called an extension. If NARBHA wants an extension, NARBHA will write you and tell you why it is needed and how it is helpful to

**For translation or alternative format requests, call [1-800-640-2123 or 928-774-7128]**
**Para recibir esta forma en español, llame al: [1-800-640-2123 or 928-774-7128]**

D:\Documents and Settings\amsusunkewa\Desktop\Laney's Stuff\PAC NoA dc.doc, Last Revised: 04/08/2008

you. If you want an extension, you can ask for it by writing or calling NARBHA. If an extension is given, a decision in your appeal will be made in 44 days, rather than 30 days.

If you have any questions about filing an appeal or if you need help, you can call NARBHA at NARBHA Grievance and Appeals 1-800-640-2123, 1-928-774-7128 or 1-877-923-1400.

FUCK Bushner

Sincerely,

Signature and Printed Name of person completing the form

Date of Delivery: _____ June 10, 2008 _____
Delivery Method: ☑ Hand Delivered      ☐ Certified Mail

All For MORE MONEY COLLECT And to LVCBL The Interven M' Health M

For translation or alternative format requests, call [1-800-640-2123 or 928-774-7128]
Para recibir esta forma en español, llame al: [1-800-640-2123 or 928-774-7128]

D:\Documents and Settings\amsusunkewa\Desktop\Laney's Stuff\PAC NoA dc.doc, Last Revised: 04/08/2008

*Above All This ~~PETITATIN~~ IN INHUMAIN Provon is No where Near This All This*

Phoenix Service Unit
## PATIENTS RIGHTS AND RESPONSIBILITIES

The staff of Phoenix Service Unit (PSU) wants to partner with you in delivering your healthcare. We will respect your rights, values and dignity. We ask that you acknowledge the responsibilities that come with being a patient. Please read and exercise these rights as outlined below. Should you or your designated representative feel at any time that your rights as PSU patient have been violated, please contact the Risk management Office at 602-248-1198.

## PATIENT RIGHTS

- You have the right to safe, high quality medical care that is compassionate and respects personal dignity, values and beliefs.

- You have the right to expect that all communications and records pertaining to your care will be treated as confidential to the extent permitted by law.

- You have the right to participate and make decisions about your care, including refusal of care, to the extent permitted by law. Your care provider will explain the medical consequences of refusing any recommended care, treatment or services.

- You have the right to receive the information necessary for you to give informed consent prior to any procedures or treatment, including a description of procedure or treatment, any potential risks or benefits, the predicted time for recovery.

- You have the right to receive complete information about your illness, treatment and prognosis from your doctor in terms that are easily understood by you. In the event we cannot communicate these to you due to your medical condition, we will communicate them to your authorized representative.

- You have the right to an interpreter to assist you in understanding any aspect of your healthcare.

- You have the right to know the name and role of your caregivers.

- You have the right to requests consults with other providers as well as request a Native Healers or Medicine Man. *SHAmAIN ?? PL*

- You have the right to be informed about transfer to another facility and be provided a complete explanation including alternatives to a transfer.

- You have the right to receive information about the continuation of your care at discharge.

- You have the right to receive information regarding advanced directives. We would like you to think about your right to determine, in advance of a crisis or emergency, the types of care that would and would not be acceptable to you. Your nurse or provider can provide more information about advanced directives or you may request a copy of the 5 wishes document from the Patient Business Department, social work staff or chaplain at PSU. We will respect your advance directives to the fullest extent permissible by law. Advance Directives cannot be honored in the Out Patient setting.

- You have the right to access your medical records in a reasonable time frame, to the extent permissible by law.

- You have the right to be informed of charges and receive counseling on financial resources that you may be eligible for.

- You have the right to be free of restraints that are not medically required or used inappropriately.

- You have the right to access advocacy or protective services agencies and the right to be free from abuse. *HOW So*

- You and your family have the right to have your compliments, concerns and complaints heard and addressed. Sharing you concerns and complaints will not compromise your access to care, treatment, services or payment. If you are not satisfied with the care, treatment or services you receive you may call: **Risk Management** @ 602-428-4198 OR our **Quality Improvement Organization** @ 1-800-350-9909 OR **The Joint Commission** @ 1-800-994-6610.

## TIENT RESPONSIBILITIES:

- You are responsible to provide as much information as possible about your health, medical history, medications and insurance benefits.

- You are responsible for telling your care provider when you do not understand medical words or information regarding your plan of care.

- You are responsible for following your plan of care. If you are unable/unwilling to follow your plan of care you are responsible to tell your care provider. Your care provider will explain the medical consequences of not following the recommended care plan. You are responsible for the outcomes of not following your plan of care.

- You are responsible to follow the rules and regulations of PSU.

- You are responsible to behave in a manner that is respectful of other patients, staff and PSU property.

- You are responsible to schedule appointments necessary for your healthcare and to cancel appointments you are unable to keep.

1

## Result of Disciplinary Hearing

*TO CREATE SEVER PHYSOLOGICAL DISRUPTION To Create A NeGative ImPact on me.*

| | | | |
|---|---|---|---|
| Name | BRANDON | Location TUCSON, TUCSON | ADC   216510 |
| | COLORADO | RINCON C34 | |
| | | HU10C09B | *ArbItrarY* |
| Date | 10/21/2021 10:50:00 AM | Case   21-TC1-002066 # | *ERRONEOUS* ~~Violation~~ 19A - ~~Tampering with~~ |

*DISCIPLINarY did not ReccGnize The ProlonGed Isolation Had created A Abnormal PsYcholoblcal EFFects.*

~~or manipulating any~~
~~locking device or door~~
*Criminal DAMAGE . D9B*

Hearing Officer Name:

Inmate Plea: Not guilty

Staff Assistant Assigned: No

Name of Staff Assistant Provided:

Findings of DHO: Guilty

*Courts view forced rehabilitation as A Punishment*

Penalty Assessed for Felony Violation

*The Violation was Caused bY Deterioratlnö In M Health .*

| Penalty | Amount | Penalty to Run | Suspension | Case # |
|---|---|---|---|---|
| ==Loss of Privilege== | ==180 Days== | Concurrent | N | 21-TC1-002066 |
| Parole Class III | 90 Days | Concurrent | N | 21-TC1-002066 |

*The State Actlons to Produce A Purtlcular Result FinucIul Ruin to Hamper leGal Work And Concal IlleGal Leavrlan"*

Specific Evidence Considered in Finding Of Guilt Which Meets the Established Standard of Proof. I am persuaded by the evidence that is more probably true than not that you committed the disciplinary violation based on the following:

Disciplinary Report, ==$500.00 fine imposed.==

*SUFFER GREATE DEPRIVATIONs In Order to Make me Suffer "For Per HYGIENE"*

Additional Comments:

Disciplinary Hearing Officer Signature

*Capt. T. Pol*

Date
11/4/2021 1:53:27 PM

*It APPears The OnGolnG Lcunfluement At CSU did And Would Harm me . belns Under Lcondltlcus of Extream Frolutlon For This Dlsrurtrar Resdt*

I have received a copy of the decision of the Disciplinary Hearing Officer. I understand that I may appeal this decision within 5 (five) calendar days through the Disciplinary Appeal process.

Inmate Signature                                    Date

*The Decision was Illegal And ArbItrarY And GrosslY Uufulr*



**Result of Disciplinary Hearing** And to Avoid Unwanted GROSS and Inhumaln MISGuided Treatment

11/4/2021 1:53:27 PM



CSO R&R was the PurPose of Punichment Rather than "TREATMENT"

Warden/Deputy Warden's Signature                    Date

Generated Date: 11/04/2021 13:53

The Created Understanding Disciplinent UREP LOCK Scorebated Confive ment

There are Certain conditions Under which Producing Inmate with created in Illness to BXP ereance PSYchoLoGicuL HARM And This Freolated to Poce AV erge of Developing in Illnece of Extreme stress And well below to.

There Furns of Tisdated confinement Made in Health conditions Worse. whever my Rfoht to Avoid Detervorution "Getting More Sick" This Deteleration Resolli From Statzto cuse Harm Adverse Impact. Thler is Actual Deteleration change In the Seal Enclorer Conflue ment. Thler confinement condition Only For Plelled Serlui Mishehurtor.

NotFur the PurPose of Restarting DisclPline

The Puttern of unnecessary And Winton Inflict ion of Pain And the Inadequate Provisiun of Medlcal And Inhumein Mental Health cere was Cruel And Unusual conditions of Confinement we to SMZ.



#591

Just by cullins it Medical Act treatment"!

## Inmate Grievance/Informal Response Notice
### Medical

**Inmate Name:** BRANDON
COLORADO

**ADC#:** 216510

**Prison/Unit:** TUCSON/TUCSON RINCON

**Bldg/Bed:** C34 HU10C09B

## Case #:21-033938

### Informal Complaint

**Type:** Informal Response

**Date Received:** 10/15/2021 02:20 PM

**Response Author:** JENNIFER DAVIE

**Responded On:** 10/25/2021 03:13:19 PM

**Decision:**

other Acts of cruel Inhumaln and Degradlng. Treatment And Punishment which Amount to Torture committed by A clinlcan.

### Case Details
to Harm The Inmater REPUTATION. ARS 31-201.01

**Case Number:** 21-033938

**Grievance Status:** Open

### Case Data

**Prison of Complaint:** TUCSON

**Opened Date:** 10/15/2021 02:20 PM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** TUCSON RINCON

**Grievance Stage:** Informal Submitted

### Informal Grievance Response

**Grievance Date:** 10/15/2021 12:00:00 AM

**Response Due:** 11/05/2021 02:20 PM

**Issue:** unclear

**Responder:** JENNIFER DAVIE

**Response:** Summary of Complaint: Your complaint was received and your medical chart has been reviewed. Inmate Proposed Resolution: Unclear. Investigative Action: Chart Review. Findings and Decision: Complaints are limited to one page and one issue. Please send your complaint or issue clearly so that it can be understood what you need addressed. This issue has been addressed. ***The above response is from this IM's ADON, RN D. Dennis. For administrative purposes the Centurion Grievance & Informal Coordinator for ASPC-Tucson is uploading this response in ACIS.***

⌐Unprocessed  Halding Inmater have an Interest In Avoidlng Physical And mental Detorloratlon.

**Responder's Name:** DAVIE, JENNIFER          00ennon   10/25/21

D. Dennis
ADON

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
• Placing a single complaint on a single inmate Grievance form.

**NOTE:** If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.   ofAMLiuls FaLLur to ResPond ReusonsblY clinicans Subject hnowlege of Risk All Substantial Rish of Serius Harms.

The unconstitutional conditions in the DOC that jeopardize the Health and Safety of Prisoners continue to Provide the Detainees with unconstitutional and Dangerously Deficient Mental Health care with Pitimede Deadly effect to create Life Threatening Conditions. PERSONS in RYAN

AM is FRAUD of the state to both show That Inmate has A Millness And is Dangerous 'AM FRAUD with Decut 'Ps't imed Induced Thier For thier counters of I Refuse to be illegally Sanctioned And he Discarded Hi Useless And to be Permenatly Institution – Ilzed in AM PAUSE PNIFORMATION. ARS 31.201.01 Allows The cldntcans to LBU BBD and PAIBU CATBD Complaints.

The Risk that Mistaken Millness could Damage The Prisoner AM Reputation is GREAT ARS 31.201.01



**Arizona Department of Corrections Rehabilitation and Reentry**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME *(Last, First M.I.)* *(Please print)* | ADCRR NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| COLORADO PRYNNON B | 216510 | RINCON II | 10.07.2020 |

| TO | LOCATION |
|---|---|
| Dr SHARD All of 2020 | 6 — 13 — 12 |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

This is All About 2021 And that Some Info was used Above me And that Insider MI Around And that All FRAUD And DEFEAT of All the Method of Data collect on And Sampling techneche orapbing of mY data And the Setup statistical Fraud at ion of mY data And of the TRICKERY to sucker me into Quertion so How Jo A RFD FLAG And the Deadly Side effrck And Side effecte used AGence me in the Past Now I Have A Fabricated MHealth Histro Y And That I was Illegal Y convicted of A Crim that Never Happened Had they All knew that to And That the MHealth being used AcA GCW took to Disbelieve And Discredit me So this is the biggest Problem but Also to Review How All Related Prticulars That Had No Experience in trying the RFK DRUG And Trying Them Forever is the Let so Thats whY I know No All Your College Jush Sience oR of the observation Thing And Also I Haved Those nerds like tested on mkce and Rate And that bY Reviewing All of the HARMFULL misGuided Jush Sience And Heal Fix Anthody Problems And You All belive is Repreriver Gov SorlenY what About A Psycological Disorder ceise And I non Stress And Depression And Anxety All Retcured Induced And of the SMO Thing To Mellce mood was used to save How crimto recer in is that LPUL but I can Prove And buch mY Ideas to And the Deadly Side effeck That Had tested Great Y Disusee Serol Annunl I E between That started NOV 2008 & Will 5 2008 I didut uche so Refresh I-have the Sleeever to sleep Not cen I self but did to the Multiven How while Asleep And I didut knew it would be used Above me to And other Puct cuver will be mention in th Futur when Proven And if the X 50 to keep me Detained of A benefled of the Fabricated SMI Perfater Also the DFU MSONC of PROSECUTION in Exempt And if the Data from You I ADD Direc Artertater And the other IARD twdere will crean me threw M Health for the Data collated throu6h I XPFRIMENTATION? when th leatheat? then See F — business In A Heapa helps Not A Dollor Slon

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Ricordo N Laloodo | 1 / 1 / 2020 |

Have you discussed this with institution staff?  ☐ Yes   ☐ No

If yes, give the staff member name:

Distribution:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
11/17/20