

**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Inmate Letter**

| Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information. |

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| CCLVRIMND Ovradon B | 216510 | RINCON RR | |

| TO | LOCATION |
|---|---|
| Library | 10-C-9 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I wanted to Rewind You That I Requested legal copy This is to
Re 6uvd of 11.4. 22 Tv Already talked to em Ph the Metul
Lcuvisten, And That All is Created Delays And Created Excess Dtr
to Delut legal Work And level Conditor of Confinement to.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Bradly B Celeele | |

Have you addressed this with Department staff?   ☐ Yes  ☐ No

If yes, give the staff member's name and the date you addressed with them:

_(Staff Member's Name) (Please print)_          1/19/2025   _(Date addressed)_

***Note:** Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

> **For distribution:** Copy of corresponding Inmate Letter must be attached to this response.

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Colorado, B | ADC NUMBER<br>216510 |
|---|---|

| INSTITUTION/UNIT<br>ASPC-T-Rincon 10C9 | |

| FROM *(Last, First M.I.) (Please print)*<br>Librarian Torres | LOCATION<br>ASPC-T-Rincon/Cimarron |
|---|---|

This is in response to your inmate letter dated 11/4/22 regarding your request to come to the library.

You cannot come to Rincon Library. If you need to find out the reason, you will have to ask your COIII. If you need something I can send you through the mail, you can ask and I will send it. If it's something else, your assigned COIII and I will have to coordinate to get it for you.

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)*<br>11/22/22 |
|---|---|

Distribution:   Original – Master File
               Copy – Inmate

916-2(e)
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Colorado Brandon B | 216510 | RINCON R.R. | 11.4.22 |

| To: | Location |
|---|---|
| Library | 10-C-9 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

~~[struck through]~~

I would like to Turn out to Legal Access on 11.10.22 to
Make Legal Copys.

| Inmate Signature | Date |
|---|---|
| Brandon B Colorado | 11.4.2022 |

Have You Discussed This With Institution Staff?   ☒ Yes   ☐ No

If yes, give the staff member's name: CLHM

Distribution:  White - Master Record File   Canary - Inmate

916-1
5/13/10



**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Inmate Letter**   ORIGINAL

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Colorado Brandon B | 216910 | RPMCOW RR | 11.11.2022 |

| TO | LOCATION |
|---|---|
| Library | 10-C-9 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Thank You For Responding Back See Since 2018 At CSO was the Purpose was For Punishment Rather Then the Miss Guided Treatment And That I understand how to And That Ther is some Personal Created Policy to All Delay legal work And That DOC is Notely still Enter fering to Hinder And Hower legal work to And That You Are Not So Trained to Had the Hassel up And the Cover up Centhues And Heer to Ther NU Cell to Had Heer to I Get Delays And Run Around, to but IPIF Relays To The Illegal Conviction It mekes no Sence Ther is Mixes and Housed with Different charged Inmates And when I walked Around or At Library befor I was Around GP Inmates And Heer Housed with Some GP Inmates This mekes no Sence but still I Hve to Put All This in Paper I Never was SMI And Now I See the Cover up is Gethis Harder And Harder Tords me Regarding the Illegal Conviction M Health is now being A GOV tool to Discredit, Dishoern me And Deher me me treating FUTUR DANGEROUS MESS To so Then FBI Created Policy and Custom For This Democritys to Cancel the Illegal conviction And Targeted only me Cuz I only do legal WORK.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Brandon B Colorado | 11.11.2022 |

Have you addressed this with Department staff?  ☐ Yes ☐ No

If yes, give the staff member's name and the date you addressed with them:

_____          12/20/2022
(Staff Member's Name) (Please print)          (Date addressed)

*Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

Distribution:   Original – Master File
Copy - Inmate

916-1
7/25/19

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Colorado Brandon 13 | 216510 | R/incon 11 | 2.3.23 |

| To: | Location |
|---|---|
| MEDICAL | 10-C-6 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I Am missing 6 x 5 10.30.2022 HNRs 3 other HNRs
That I dated wrong LV 11 9 22 And weve Acctully
1.9.23 And 2 move HNRs dated 1.19.23 And one
1.28.23 And 2.1.23 I would Like em Returnded
If I dont Get EM All Back Then DOC Is All Actively
InterPerarIng with The FileInG of HNR counters
Due to M Health havr usedmout SSA stated Im
Not SMI

| Inmate Signature | Date |
|---|---|
| Branden 13 Colorado | 2.3.23 |

Have You Discussed This With Institution Staff?  ☒ Yes   ☐ No

If yes, give the staff member's name:

916-1
4/15/04

ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name  (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | RPTMICONI II | 4.15.21 |

| To: | Location |
|---|---|
| M Health Dr SHARP | 6 — C — 9 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Althow thier Are Some NON SMI Hear At C50 And For me of The All contlnveinG DeGradinG treatment but Heer Are some of my Questons And That is id TRUE to the missconception is that Peopel with Schizophrenla are CRAZY GENIUSES who Alternate between brilliant Instants!! M.D. Pxchiatrists Peter R Breggin In Toxic Psychiatric Drvgs Produce lonG term Broin DamaGe !!! And I AGree with this that Most scientists JGnore Peopel who claim Mental Disorders are not diseases And or do not even Exist! And the CCHR the AntiPsychiatry OrGanization called the Citicens Commission on Human RiGhts!!! The Mentally ill in some coltives They may have been seen as Peopel In close touch with HiGher mystical Forces!!! For me why do I Hav to Like everything why wos I Labeled As AntiSocol In other WAYs eveadinG the InJustice SYstem whats wrong with minding my own busiuss but AnYways to Reserch All of the colleGe Junh Slence And Fund All Thise other Sorcer And Possibol Recorcer And then to Find out All The colleGe Junh Slence State of whods And How It come About to be HARMPUL And MISSGUIDED And why the All Wurk of PSYchmeds Had cvsed SelAt Destructino behavecr And the cvrce of the crim History And As the Purescer contlnves vpen me At C50 From the FBI to somethinG to Not Got me off As ORJGINAL or to Discredit? but I'll Need All Thise other Reserces In Time or isA the OppressIveness Colcellng M Health! This is All For Now!!! For Dr Bolly hnows Alothing And was Here Twisted Certan things Around. to I Threoten to Sve Boll rIP the ISP Are Slonderd oR Full of Fabucated SMI Portrets And iP PossIbol werhIng For the FBI to CCunter Cover up For SMI Is DIFFIcolt For me to Records Revew to!

| Inmate Signature | Date |
|---|---|
| Brandon B Colorado | 4. 15. 2021 |

Have You Discussed This With Institution Staff?   ☐ Yes   ☑ No

If yes, give the staff member's name;

Distribution:  White - Master Record File     Canary - Inmate

916-1
5/13/10



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

For distribution:   Copy of corresponding inmate Letter must be attached to this response.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| | |

| INSTITUTION/UNIT |
|---|
| |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| | |

Hello Colorado (216510),

I have received your letters and reviewed the information you shared. It is true that the Rincon MH unit has both SMI and non-SMI inmates. It is also true that people in general have misconceptions about mental health and people with mental health diagnoses. That is why it is important for us to educate the people around us and continue to do what we can to stay healthy. It seems like you are doing well and I hope you continue to explore your thoughts and perspectives with the mental health team.

—Dr. Shaar 4/20/21

Blending In Normals to Brainwach the Citizeur of my Pursute to Say Thier All SMI. All Are Playing the PART to For FBI

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

Distribution:   Original – Master File
                Copy - Inmate

916-2(e)
5/14/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Colorado Randy B | 216510 | RINCON II | 1-28-20 |

| TO | LOCATION |
|---|---|
| CO III | 6—C—10 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I would like to Move In 6—C—8 with GARY Gutridge because I'm Hi6H ~~Blood~~ DySFUNCTIONAL And In 6—C—10 is A Health Hazard to Due to my Celler breath And other Health Hazards of an How He can Not take care of Him Self So ASAP 6—B—8 with GARY GNtridge

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Randy B Colorado | 1-28-20 |

Have you addressed this with Department staff?   ☐ Yes   ☒ No
If yes, give the staff member's name and the date you addressed with them:

COIII S. OsKouee                          1-29-2020
(Staff Member's Name)  (Please print)              (Date addressed)

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution:   Original ~ Master File
               Copy ~ Inmate

916-1
7/25/19



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

For distribution:   Copy of corresponding Inmate
Letter must be attached to this response.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Colorado, Branson | 216510 |

| INSTITUTION/UNIT |
|---|
| ASPC-TUCSON/ RINCON   6-C-10 |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| COIV Alt, J | Rincon |

This is in response to your Inmate Letters dated 01/28/2020 in regards to your request to be housed with inmate Gutridge 303796. Due to your housing conflicts ADW Schwestak has denied your request.

End of response

Litln 6 Encreased Tension For Prisoners without M Illness and
The Danger of Retaliation Against those with Created M Illness.
Failur to Separate Inmate with Severe M Illness Fwm those with out
M Illness.
The officials knew that I would be Harmed.
To Subject me to Association with Persons likely to Harm me.

The 4th Circuit has held no Requirement of Intent to Harm or
Punish Specific Individual. "or of Illegal condition use"

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| COIV alt | 02/07/2020 |

Distribution:   Original – Master File
Copy - Inmate

916-2(e)
5/14/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance – GF Supplement**  DG 1 of 3

*Staff Refused to Accept*

| INMATE'S NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| COLORADO MANDO N | 216510 | RINCON R.R. | 21-033938 |

Why did they Say Unclear Investigative Action And of my
Medical chart has been Revewd How come they knew Nothing to
And Due to ARS 31-201.01 Now I Have A Nguly Fabricated SMI Holes?
And to Get me In Tllegal WAYs to And Due to ARS 31-201.01 Is the
Reason why I couldn't leave R.R Im Not SMI Now Due to the
ARS 31-201.01 How can I Avold Unwanted Treatment And the ARS
31-201.01 of Psyc Nisorders do not recoGnize the ProlonGed Isolation
Had Created A Abnoral PsYchoLoGical effects! And the Ongoing conf-
Inement At RR did And would Harm my Reputation with A Fabricated
Millners And Due to Pressor Got Trapped in the Disciplinary
Process And ended up In Thies Isolated confinement SettinGs And
TryinG to make me Deteriorate PsYchiatricallY And I was Sent
Hear to be Punish And Isolated And ExPerence PsYcholoGical HARM
And is This Isolated the Pure verbe of DevelopinG And CreatinG Illners
And used with ARS 31-201.01 And Due to ARS 31-201.01 of FRMADULFIN
T I.S.P That In Never Seen Nor AGoreed to And IF my Medical
chart Has Unclear reviewd Investioative Action then wheres the All
FindinG no SiGnificant DePrivation of A libertY Interest to the
Inmate who Failed to show that confinement conditions oR to Also
SupPort sIgnificant and Probative evidence And or cause unnecessary
and wanton of Infliction of Pain Im not chroomeinG own MHealth care
I dont want it And Never Needed it And Due to ARS 31-201.01
How can I show conduct of Adminlstrator was unreasonable under the
circumstances and was in conscious DisreGard of an Excessinly rick
to my well beinG As in 2011 theY tryed to kill me with thies Rx meds
And As the DeadlY Side effecIs All Feed off Each other the
SelfT Mvedlation was HappeninG And theY dold NothinG At All
And ARS 31-201.01 of Inmate has not and cannot Present any evidence
to the contrary and Inmate clearlY Falls to establish objective or subTective
elements for Deliberate indifference And that ARS 31-201.01 maker

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *Mando B Colorado* | 7.4.2022 |

INITIAL DISTRIBUTION:   GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION:   White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

Staff Refused to Accept

**Inmate Grievance – GF Supplement**  PG 2 of 3

| INMATE'S NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | RINCON R. R. | 21-035476 / 21-033438 |

Inmate to not cited and cannot offer any evidence, either by medical Record or by Expert ARS 31-201.01 Inmate cannot Possibly meet the High standard Requirement to Prove he has been Deprived the Minimal civilized measure of life's necessities And that Staff of any Are AWARE of it All And the Deprivation was the States All Intent to make me Suffer oR And to Respond Vilently, Threatenably oR to Provoke Assualtive oR Vilently threatening Vilent behavyors to And to Purposly Harm Anyways cuz officials are not liable even iP the harm is not ultimately AVERTED And Lies And missGuided Are the same with the Reasonible respond vish And Deaths Are cover cour up to cuz Now I See How they were trying to kill me with Psyc meds cuz they can create Heart Attack and Stroke then they would blame Diabettes As They tryed This in 2011 And the Deadly side effects Feed All off Each other to And that the Danger was Incorrect And Not to Cause Harm it; to Create Homicide That's the FBI Action And that ARS 31-201.01 to Inmate cannot. and has not. alleGed or shown that he Suffered Any Actual Injury as a result of unValleGed Deliberate Indifference of And From officials to And that ARS 31-201.01 makes Inmate to Fuild to Provide evidence of any DamaGe And Failed to Provide any evidence to Support A Fact that Any alleGed Injury Related to Psyc meds Deadly side effects And caused by it or and Inaction by officials Deul G 2011 of the Selft Muddallion And that with the PURSUTE code I could WAPP back And use 213669.13. 9999 BC ALERT 999. BC. COM. COLORADO BLAIN ALERT. COM BRANDON B COLORADO @ NNU. COM And why did they Forcibly Medicate me For Telling the TRUTH. And Faully of ARS 31-201.01 when Records Revew oR Any other thing oR Court How WILL I BE ABLE TO ARGUE THAT THE STATISTICS THEM SELVES ARE FLAWD And I Have Documents to back All up to is ARS 31-201.01 To Further GOV Interests "WARr". ARS 31-201.01 does Pass A FRADULENT DanGerousness Assessment ?.

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Brandon B Colorado | 7.4.2022 |

INITIAL DISTRIBUTION:   GF Supplement – White and Canary or Copies - Grievance Coordinator
                        Pink, or Copy - Inmate

FINAL DISTRIBUTION:     White or Copy - Inmate
                        Canary or Copy – Grievance File

802-7
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance – GF Supplement** PG 3 of 3   *Staff Refused to Accept*

| INMATE'S NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| COLORADO DRANNON A | 216510 | RTMCON R.R. | 21-035436 |

The 4th Circuit has held no Requirement of Intent to harm or Punish
i.e. "Individual Illegal Condition use" a Inmate had A Right to
refuse treatment And have A Right to Get Enough Information about
the Inhumane Treatment to make an Informed decision In 2018 whether
to Accept or refuse it To Prove that officials violated this Right to
be officals did not tell me Enough about the Inhumane Treatment
For me to make an Informed Decision I Never was SMI to because I
couldn't make an Informed decision I would And were Given the
Gross Inhumane Experimental Interogation treatment that I would
have refused IF I had been informed and I to come to CSO
R.R. was the Purpose was Punishment Rather than "treatment"
Colorado with A Fabricated M'Illness 6th Trapped in the Disciplin
-ary Process And ended up in Thies Isolated confinement settings
And Trying to make me Deteriorate Psychiatrically!!!
And SUFFER GREATER DEPRIVATIONS And It Appears
the ongoing confinement At CSO did And would Harm my All
REPUTATIONS with And For Disciplinary SeGreGated confinement
'KEEP LOCK' Condt view Forced rehabilitation as A Punishment

SIGNATURE
Drennin B Colorado

DATE *(mm/dd/yyyy)*
7.6.2022

INITIAL DISTRIBUTION:   GF Supplement – White and Canary or Copies - Grievance Coordinator
                        Pink, or Copy – Inmate

FINAL DISTRIBUTION:     White or Copy – Inmate
                        Canary or Copy – Grievance File

802-7
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter Response

| For distribution: Copy of corresponding Inmate Letter must be attached to this response. |
|---|

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| | |

| INSTITUTION/UNIT |
|---|
| |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| | |

Hello Mr. Colorado, 216810,

I have received your inmate letters
dated 10/10/20, 10/13/20, and 10/16/20.
I understand you are requesting to
leave the MHU, though our mental
health team feel this is the best
placement for you. Thus, you will
remain enrolled at the Rincon MHU. I
have forwarded your letters to your
assigned clinicians so your concerns can
continue to be addressed.

Dr. Shaer 11/2/2020

SMI with A Fabricated MIllness, Got Trapped In Disciplinary
Process And ended up In Jules Isolated confinement Settings
And Trying to make me Deteriorate Psychiatrically!!!
R.R. was the Purpose was Punishment Rather Then "Treat"

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

Distribution:   Original – Master File
                Copy - Inmate

916-2(e)
5/14/12

Disciplinary Segregated confinement WEAPLOCK

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Colorado Brenden B | 216510 | RPMCON II | 10.16.20 |

| To: | Location |
|---|---|
| Dr SHARD | 6 — 11 — 12 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I Am REQUESTING TO LEAVE The PROGRAM Im Not SMI And The Reason is MEDICAL malPractice JudGements of NegleGence And why is my SCORE A 4? it should be A 3 I wish to Return to EYMAN Complex There to much Presser Hear And I Get Delays And The LeGal Access Delays In The PAST And been Attuehed by Unstubel Inmates In the PAST And Then IFIt The IlleGal Convicton thats creulless All This to Then I Have no business being Hear to In The Ford Place In Fact Id be Free by Now As I Proved my cace I wish to Return to EYMAN Comptex so I can work on my cace And Finish off what the FBI started And IP more of my LeGal work And other Papors Doctvins Are Stolen ib Destroying Evidence They will be An Accomplic Liability to concealy the MeGal Convicton beday Hear At C50 was A waste of Time And Frateless M Health is worthless to All being Hear was A BIG DISRUPTON And Get No where but more tichets to.

ALL M Health is INVAVAD Due to Fabricated Complents And SMI I Have not Seen my Records And to Also break AWAY From All This to And Ner will I be Discreddes to with The Execulure to has Inter/Gultum At "C50" In Fact it All MisGurded And WRAM FULL to. And the citizens Have seen And will See All thats Heaned Hear to.

| Inmate Signature | Date |
|---|---|
| Brenden B Colorado | 10.16.2020 |

Have You Discussed This With Institution Staff? ☒ Yes  ☐ No

If yes, give the staff member's name: COII OSKOKEE

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

*Extra copy*

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | RINCON II | 10.10.20 |

| To: | Location |
|---|---|
| Dr SHARD | 6 — B — 12 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

This Regards to the Warning signs of RELAPSE ! Like the change in Sleeping Patterns Just because of Haveing coffee And is in Your System For 12 Hours And A Poverbly changeing schedul to For the B.S. Productivity ?! And discussion of Troubling Delusions? Remember I didnt create The 213669. B. 9999 BC. ALERT 999 BC. COM COLORADO. BLAIN ALERT .COM Brandon B Colorado @ NAU. COM = PURSUITE so Thier And the Increased Agitation ?! of the Gard in #20-022222 is Around use of the Unknown of Retaliaton threw Preventive Improvement And due to color of state LAWs with Immunity excuse And can File Any Type of False Report And the Furmates Response threw Paper work my Perspective is Twisted Around And The Mental Health being used As A Gov tool to Discredit or And Dishonor or Dehumanize As its been done to me befor I can Prove it to Howaver In Not Given The chance ! And the Avoidance of other People ?! like Baily is because of the Fabricated complaints Involves A betrayal of Trust And I not being Abel to Reveiw my Records it is also And All of This is being Perpretrated ? Mental Health is INVALAD with Delusions of Persecution RETARD And to Developument of the created Mlllness with Presser For MILlness to Get stronger ? And For the Excuse that In handa Treatment needs to become more Intense ?! And still Functions remain un answered ? And In ways Yall still dint Understand ! P.s.x meds Are the Developument of the Desease but see still All openness of Dr Betts All Mal Practice Judgements And of "Nots sic or Help needed" ?! and unable to Releve it ?! no You dint Redmitt After SS I cut off ! Directed Mntealth !

| Inmate Signature | Date |
|---|---|
| Brandon B Colorado = 88136 XX | 10.10.2020 |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO BRANDOM B | 216510 | RINCON | 09-27-2022 |

| To: | Location |
|---|---|
| DisciPlinarY | 10-C-9 |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

When I came to bldG 10 From 6 Voice mail in C Run didnt work
of mine And then Phone in B Run was Down to And A Run was the
onlY one I could use was in A Run And that helps in 10-C-9 is
to SUFFER GREATE DEPRIVATIONS And to ExtremelY limit
All of PHONE And Inadequate Food to when the Guard
does His Rounds He or she start in A Run then to B And then
C And then sometimes like Are to Full Iv Had this kind of
same PHONE DePrivation In Jail of 2015 And That the
Retoldation come In Diffiet Froms Also Itevinrment All
Has been switched to DEPRIVATIUNS PurPociY And GUARDS
Favor other Inmate In cells closer to C1, C16 And RarelY come Around
C9, C8 to And BarlY use the Microwave Phone or shower to
And the keepinG me under Extreum Isolation and Hart
to All Create MIll nesser with PsYchodics to And the on
GoinG confine ment At C50 would torn me

| Inmate Signature | Date |
|---|---|
| Brandon B Colorado | 09-27-2022 |

**Have You Discussed This With Institution Staff?** ☒ Yes ☐ No

If yes, give the staff member's name: COIII OsKouee

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

COPYs

Requests are limited to <u>one page</u> and <u>one issue</u>. <u>NO</u>
<u>ATTACHMENTS PERMITTED</u>. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO MILLIMON B | 216510 | RINCON | 09/27/2022 |

| To: | Location |
|---|---|
| DISCIPLINArY | 10-C-9 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

SUFFER GREATE DEPRIVATIONS

Ever Since I moved to 10-C-9 From HU6 And Not culY Had to
Suffer GREATE Deprivations but Also to ExtremelY to
Unit Phone PrivleGes And Invade Quate Food to And theY
will Starte From A Run then to B Run then when theY come
to C TheY starte From Those First cells PurPuslY And then theY
ZiG ZaG thier waY Down to C8 And C9 And That C9 is
And Im Alwavs Last then TheY Alwavs Run out oP Food
And I beinG A Diabetic And this Harassment is PurPuslY All
to Intimidate me of FallinG Into Diabetic coma And That
Its count Time oR Lock Down to And I didnt Get tauicte Phone
cuz Im Last sometimes the shower to sometimes GAURDs do not come
back to 9C Inmates Clw C16 cells Are more Favord And C9
Bur IY Get A chance to use Microewve Phone or shower to And then
C9 is 2x more Hot than other cells to

| Inmate Signature | Date |
|---|---|
| Ruuslov B (ebrodo) | 09/27/2022 |

Have You Discussed This With Institution Staff?  ☑ Yes  ☐ No

If yes, give the staff member's name:   CoⅡ oskovee

Distribution:  White - Master Record File      Canary - Inmate

916-1
5/13/10



**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Inmate Letter**

*COPY*

| | |
|---|---|
| Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information. | 21-TCI-002284 |

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | RINCON R.R.U | 12.7.21 |

| TO | LOCATION |
|---|---|
| DISCIPLINARY | 10-C-9 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Oslanee stated verbal commands On 11.19.21 He Never did And That I would like the WP of my Pursute of This created event to Prove This Deceut Its off of 213669. B. 4444 BC ALERT. 444. BC COM COLORADO BLAZN. ALERT.COM. BRANDON B COLORADO @ NAU.COM.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Brandon B Colorado | 12.7.20 21 |

Have you addressed this with Department staff?  ☐ Yes  ☐ No

If yes, give the staff member's name and the date you addressed with them:

_____          7/21
(Staff Member's Name) (Please print)          (Date addressed)

**Note:** Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, *Inmate Disciplinary Procedure.*

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

*COPY*

| Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information. |
| --- |

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
| --- | --- | --- | --- |
| COLORADO BRANDON B | 216510 | RINCON RR | 9.21.22 |

| To: | Location |
| --- | --- |
| CO.III | 10 - C - 9 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

SUFFERING GREATER DEPRIVATIONS

I Need to know when I Get off L.D.P

ON 09/30/2022

| Inmate Signature | Date |
| --- | --- |
| Brandon B Colorado | 9.21.2022 |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

Distribution: White - Master Record File    Canary - Inmate

916-1
5/13/10



# ARIZONA DEPARTMENT OF CORRECTIONS
## ORIGINAL
## Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Brandon B Colorado | 216510 | RINCON II | 2.2.2021 |

| TO | LOCATION |
|---|---|
| M H Dr SHARP | 6 - C - 9 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

This is A STRANGE Inmate Letter of where it states "NOTE"

How About been wronged or treated unfairly From People of Institutions That wronged Inmates with BARBAROUS with TOP FURIOUS In order to make INMATES suffer "ERECT ARBITRARY" And in 6-C heeated Inmates Under conditions of Extream Isolation And HEAT to Aggravate his Mental illness? Also medical Neglect How About the CREATED POLICY And CUSTOM That allowed the wrons to what Accur to Further GOV Interests 'Get You in Any Way They can" oR JF the gov Seeks to medicate You For Dangerousness 'Who tellas the TRUTH !!' And Then Also to Justify the Trchets of Its Action or Lach of Inmates Action?! How About the Fabucated DSPs when to Refuse to Take Part In research studies And to charge Your Mind at Any time ! of the GROSS Inhuman GOV TOOL! oR How About GOV officals Directly Participated in the WRONG or And know about the wrons but GOV did not Try to Stop or Fix it or And Foiled to oversee the GOV People who caused the wrons to such us Hiring UnQualified People or Failing to adequatly Train staff Whe PARSON or RYAN Created A Policy custom That allowed the wrons to Occur For MONEY Collect! From NEGLEGENCE 'treatment Fraudulent Sceams

THE Real TERRORISTS Occupy The Political Job Division BANKs businesses LeGestlation And LeGeslative Branch And Corporations of Any

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Brandon B Colorado | 2.2.2021 |

Have you addressed this with Department staff? ☐ Yes ☐ No

If yes, give the staff member's name and the date you addressed with them:

_____     _____
(Staff Member's Name) (Please print)          (Date addressed)

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution:   Original – Master File
                Copy - Inmate

918-1
7/25/19

**ARIZONA DEPARTMENT OF CORRECTIONS**

For Distribution:   Copy of Corresponding Inmate
Informal Complaint Resolution must be attached to
this response.

**Inmate Informal Complaint Response**   SET UP
For Delays
of 12.24.18 And Also to Confuse
And Undermind

INMATE NAME (Last, First M.I.) (Please print)
Colorado Branden B

ADC NUMBER
216510

INSTITUTION/UNIT
6-C-5   RINCON II

FROM
H6-C-5

LOCATION

On or About 12.26.18 I Had Had A Heated Disscushan with A certain Whiteun
And That I Had the Paper work to back up An unsafe Phermaceutical Drug And
That This HUMILIN DID more Harm than Good And They The old Excise of
Her Saying she cant Reed my Hand writings was to Divert The TRUTH but This compl
aint is To Show cause That thier is more Harry certain Whiteun Nor did Mental Heatly
DI Put tell me of Thies Deadly Side effects And of How I Got more Irritabit by cuz of
The INCREASED STRESS, ILLNESSes That caused Disordily conduct And Some Abuse
ways Doing why to I dont need Any more Fabricated Mi Heatly Pictrates And Also being In This
Fake Inhuman Program And it Also cures Confuslion, blurred Vision Anxity And
IRRITABILITY And Bad Mood changes And the LOW blood shugers it can come to is
Death coma I dont Need Thies in A control locked Down yard but becaie of this Drug All Thies
Hear do Not A Normal LOW Blood Shugar Experince Is the key And HUNGER to All
make worse For High blood Shugers And I was Never told to change in Unalted Exercis
e So Also Work For the Swelling of your Anyles and Feet As I Had to Quit A Past Job
And The certain staff kept Saying, it's my Diabetes but it was Not So Still was Guided heath
care that could lead to Death or Permenent Injurys Like Heart Failer but Yes Ali wood
blame the Diabetes of A Cover up of The Epilepsy For The out Side Partys And I dont need Any
more Extreme Drowsiness "sleep" or Confushon to Delay ok Disorganise Process of The
legal work So I Know my body I'm Also Not SMI So All Sounds Like A Soft
Kill And Slow Kill Approach Just As You All Had Given me A lot of Immunosuppre-
ssion And by Following Your Advice I Got PNEUMONIA And I would Have Died IF I
kept Following Your Advice And I Finely Healed So it was All Your So I do not know
why D.O.C contrackted Yall ok other Partys ok thier Purposly tell Yall to do the
Deparity For PARSONs vs RYAN of Money collect Endangering All of our
Safty by Providing All unsafe Phermucutical Medical, Bye Illness than I'll Suffer
many Retalections if Any D.O.C Staff Also Financhel Hard Ships becaie I Speak the
TRUTH Publicaly▪

STAFF SIGNATURE

DATE (mm/dd/yyyy)

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-12
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Colorado Brandon B | 216510 | RINION II | |

| TO | LOCATION |
|---|---|
| Itemized Statement of Accounts | |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I dont know why Accout was All Frozen on 4.11.19 And I Recived A with Drawl Recept on 4.25.19 And 450 was From 3.11.19 So How on 2019 04 11 WI PP 18°00 And 4.25.19 3.11 21.19 of Page 3 of 5.01.19 # 30:26.44 And that this complaint was becue of Legal Acces Deluxe And to reverd the Illegal Acces And still suffering Rehalliation to icenter cover ups And Acces to courts And there ALSO of A tube SMI Program to be Discredided Dishelord And Dehemerized And Im No SMI Nor did I Persue An Mental Health Defence of the Illegal Convction And Starde on 4.11.2019 was the Library at a Day! So Any way So this was the Time of when I was Making Legal Copys And on 04/15/2019 1.60 that Im Disspened And I Needed to Make Legal Copys And then on 04/01 2019 2.14 Jus Disspened And I Needed to make Legal Copys of All Device this time And it No is my Fuilt This wer No COII for Many Months And Many be Perpaty So!! I will Tholove to So All thes RETALIATION HARASSMENT And Acces to Courts!!!

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Brandon B Colorado | |

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

| | |
|---|---|
| | *Complaints are limited to one page and one issue.*  Please print all information. |

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | RINION II | 11.30.19 |

| TO | LOCATION |
|---|---|
| PROPERTY | 6 — C — 10 |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible

on 2.25.2017 went to watch but I dont know why the LEGAL MATRIMLS
And MAIL were All Not Listed Also Legal Papers And Pockets No Listed
but Got All back on 3.1.17 As Released from watch So All very Strange
And the Set up on 10.14.17 I didnt Get All of my Property back And At
SMU I didnt Get back in 72 Hours So Also of on why my Property that All
been Gown for A Long time Like for Almost 6 months 10.14.2017 to 1.30.18
why? And my Mail is were All Disorganized to Like to confuse me So I'm Still
missing my other Property of Legal work And Religious Materials And for
my Method of my Journaling And News Paper Journaling of Political Scene
And Legal Books with other Legal Documents that would three Excluded
me of the Illegal conviction of All created UNPROPERLY with my Jur Records
And I'm Not SMI I didn't Persue SMI As A Legal Defense At All And
Then About of Around 1.30.2018 I was TRICKED As I had to Sign First
before to touch the rely of the 4 of 4 So who else that did A Detail Long At
All of my IMPSONRY XX work And why Certian Paper work were Gown
if So All to to Cover the Illegal conviction So All How RETALIATION' MAIL
ACCESS to COURTS And DOC. hobe As All ESSARY in Legal Document Distriction
for CONFILEMENT So when I Get the PURSUIT code free Now All Part before
10.14.2017 So See what is Gown.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Brandon B Colorado | 11. 30. 2019 |

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance – GF Supplement**

| INMATE'S NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Coleman Brandon B | 216510 | Florence II | N/A |

I refuse to be Sanctioned And to be Discarded Retaliatory And To Be Permantly Restricted or NO ENSE ENFORMATION This GF is to show that I Have Not been Able to See MY RECORDS to the whole Time Iv been At C 50 or A Possibal KEEP LOCK And The On Going Mental Health Issu As clear Iy Demonstrate And to LIVED, FARICATD Documents And Harassin HARM or FOU And will cause me Harm to the FUTURE And the LIVED, FARICATD Documents will not HOLD up to Constitution to the Request to See MY RECORDS to insure that that I would Not be Harmed and I created SMY Portal, Nor will I be Discriminated against by me I Have Got The internet BACK

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Brandon B Coleman | 5/12/21 |

INITIAL DISTRIBUTION:   GF Supplement – White and Canary or Copies - Grievance Coordinator
                        Pink, or Copy - Inmate

FINAL DISTRIBUTION:     White or Copy – Inmate
                        Canary or Copy – Grievance File

802-7
12/12/13



**ARIZONA DEPARTMENT OF C⬚⬚⬚⬚⬚ONS**

**Inmate Letter Response**

| For distribution: Copy of corresponding Inmate Letter must be attached to this response. |
| --- |

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
| --- | --- |
| Colorado, Brandon | 216510 |

| INSTITUTION/UNIT |
| --- |
| ASPC-T Rincon HU 6-c-10 |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
| --- | --- |
| Lara,L ADON | Rincon West Medical |

Your Inmate letter was received on: 10/23/19 *A Gain of M.V Perspectives To be Twisted Around All is the Same And Seems Like A Counter Cover-up to.*

Your primary area of concern is: Medications and side effects of psychotropic and immunosuppressant drugs.

Your medical record has been reviewed and it has been determined that: You currently are not on any psychotopic or immunosuppression drugs. If you have concerns or need to discuss your currently prescribed medications please fill out an HNR to speak with medical. *All Still They Twist It AROUND*

This issue has been resolved. *All bull Shit And A Scam they Concealment of Medical Mal Practice !!!*

Thank You, *All For PARSON & RYAN Money Collect!*

*All so FAR Sounds Like MALICE PLOTTING And CONSPIRING For MONEY Collect And to Divert the TRUTH to.*

| STAFF SIGNATURE | L. Lara ADON | DATE *(mm/dd/yyyy)* 10/23/19 |
| --- | --- | --- |

Distribution: Original – Master File
Copy - Inmate

916-2(e)
5/14/12

93

Due by 3.13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

2/21

Complaints are limited to one page and one issue. Please print all information.

20 - 014799

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Colorado Brandon B | 216510 | RENLON 11 | 2. 5. 20 |

| TO Neefe-Palmer Laura DON "Mental Health" | LOCATION 6 — C — 10 |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

why do You Always Twist Your way Around And give me the Run Arounds is the M' Heath Gov tool is to Under mind my MORALS And that I didnt Pursue M' Heath At It Defence concerning the Illegal conviction Remember I'm Not SMI on the Street And I'll Not be Discredited or Disbelieved of the Illegal conviction And That All M' Heath is Invalid And Ruled out Due to the FBI's Interdiction, Interrogation' Intimidation with Pressure harassment' So I'm Suprised that CENTURION Is Not Following Any of ACDL Guide-lines So I beleive You Go by College Junk Sciences And You Have Putted Medical I dont know why You didnt Give us Forward to the Gross And Inhumain M' Heath And Yet Patient A here is Still Rampant cuz You See the Faster Dangerousness is the oppression And the Propensity is You And They dont Understand thats why the Patients Go to the Jail And Suicide on Solving Ect AM is Psychved Induced As Experience is the key And Its Tyler Prince Associates Had been Deceived that they All Continue Deceiving And The Teams Hear Are Worthless And my concern is not Resolved And I knew whats Going on All This was Delays And Run Arounds to cover up, And to conceal All Fabricated M' Heath Particular !!! So why didnt You Hand off to Inhumain M' Health And STILL Suffering REINGHT DON of Blanched Health And Access to Courts And I'm Still being Denived of Records my Records of the Fabricated M Health Which is FRAUD And Illegal I Never WAS SMI Experienced Interrogation continue the LtW Rs Are Friteless to And A Good Staff Harasses me A but to to Excel the Desillusiory but Also Fear Thou If Continue Thou will be And November Factor to Discredit And to conceal The Illegal Conviction! And wheres the care Number to this to.

| INMATE SIGNATURE Brandon B Colorado | DATE (mm/dd/yyyy) 2. 5. 20 |
|---|---|

Have you discussed this with institution staff?    ☐ Yes    ☐ No

If yes, give the staff member name:            2/21/2020

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

| | |
|---|---|
| | *For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.* |

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Colorado, Brandon | 216510 |

| Institution/Unit |
|---|
| ASPC- Tucson / Rincon |

| From | Location |
|---|---|
| Neefe- Palmer, Laura, DON | Complex Health Unit  20-014799 |

CENTURION
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 2/5/20 was received in the Tucson office of Centurion Inmate Health Services on 2/21/20.

Your primary area of concern is unclear, though you indicate you are not SMI on the street and you seem discontent with Centurion Services. *All Oppressive And All Nothing but Negative Treatment of Both Medical And M Health Infact People who claim Mental Disorders are not Diseases And do Not Exsate I Never was SMI!!!*

Your concern has been reviewed by medical and it was determined that I encourage you to continue addressing your concerns with your assigned mental health clinician. You are designated SMI in our system and you will continue to receive mental health services and support. *Then Why did I Get The RUN Around why didn't I Get Referrals From M Health why is the Created M Health Mystory continuesto be Fabricated !!! I Never Needed M Health Nor Was SMI And we All is HARMPLLE And Then IMFSSGUINENED.*

This informal complaint has been addressed. This has resolved your concern. *HOW CANI THIS All Be And That m x Perception was All Twisted Around why Should I Cyled the All GROSS And Inhumeln M Health All is FRAUM SCHEAM Practice And Medicl Mall Practice*

LP/ba
(93)

| Staff Signature | Date |
|---|---|
| | |

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

COPY

Requests are limited to one page and one issue, NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | RINCON II | 4.10.19 |

To: A.LOSTA.C ADON

Location: 6—C—10

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

The HUMUL IN Had Deadly Side effects That Had caused some Mental illness And Induced SMI Portrater This Had Cycled me Threw The Displinary Procced Ings Such As Increared stress 3 X And illnesses of Irritability And Abnormal mood swings All With Anxietx! And big time confushon All This was used Agence me And Now All on my Record of created Abnormality From HUMULIN. IV And can cause Heart Failur! so why didnt The CORIZON staff tell me This And I tried to tell them this but see they blamed the Diabetes They kept saying that so most knew Nothing About HUMUL IN so why this cheep Invilin You All talk About this Safety bull crap And Still You All know Nothing And if This is the only way Instead of I onY buser then Your All Resisting the TRUTH And To Put money over Lives So dont think Say if something did Happen to me I belev Your YARDs would blame The Diabetes And The uptopsy would be False And Deceat Just Saying Hypotheticly And All This Time This Insilen of HUMULIN Had No Effect on me And the swelling of Feet and Ankles was the Side effect but Your YARD staff said it was The Diabetes so Now I look back And it was Not And the Side effects of Mental illness Had Putted me threw the Displinary Procced Ings And used Aberce me So if I Get out And Get A Full hitty cat Scan And thler was some Damace And Just becarse Im no linger In D.O.C Duent mean Thler Going to Get Away with This And This is terrorism tords Inmate/Theaten our lives to All will know And up to Inmates to Handel em Espershuly Attempted MURDERs of Neglegent Health care So Ill do my Responses like This Since they dont want to Document it In The comuter That would Halt Any New Futer Errors So Dont Tread on me OK Thats All And I will Find out if AnY of You ll Tuhelng Part of The FBI For MALICES So Now DELUSINAL PROSECUTION All Ruled out That's All.

| Inmate Signature | Date |
|---|---|
| Brandon B Colorado | 4.11.2019 |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| COLORADO, BRANDON | 216510 |
| INSTITUTION/UNIT | |
| ASPC - TUCSON RINCON M/H | |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| ACOSTA, C., ADON | HEALTH UNIT |

YOUR INMATE LETTER WAS RECEIVED BY MEDICAL STAFF.

AFTER REVIEWING YOUR INMATE LETTER, MEDICAL STAFF WAS UNABLE TO IDENTIFY ANY CLEARLY OUTLINED PROBLEMS OR QUESTIONS. PLEASE SUBMIT INMATE LETTERS WITH BRIEF BUT COMPLETELY STATED PROBLEMS IN WHICH YOU DESIRE ASSISTANCE. That was it You Fucking Idiot

All counter Cover ups And to Suppress the TRUTH And to continue HARM to the Inmates of Injury with PLACEBUS And Medich with Poor Effects That do more HARM Than GOOD For PADIUM, or RYAN MONEY Collect!!!

See They didnt want to talk to me And Says Like A cover up coc They want to All Suppress the MACOCE Plotting, Law Adviser And FUCK PARSONS or RYAN Ja So AM Sends Like It COVRD up cuz They dont want This or This Documented in their counselor or PM Records So They Fov Im telling the TRUTH.

| STAFF SIGNATURE | C.Acosta ADON,RN | DATE *(mm/dd/yyyy)* 04/10/2019 |
|---|---|---|

Distribution:   Original – Master File
        Copy - Inmate

916-2(e)
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

COPY

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | RETARD RICON | 4.10.19 |

| To: | Location |
|---|---|
| ACOSTA. L ADO. N | 6 - C -10 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm DisaPointed That You could Not understand AnYthing ! Now I See why A Lot of You medical Staff were kicked out of Real community Hospital Jobs Just As PeoPel became Inmates my Reqest Is simpel Now I See How And why INMATEs Get more worse And Sometimes Die And The Violation of The Ethnic LAW "DO NO HARM" And if You don't or cant understand then You don't know what Your doing then And I do not want AnY Informstion Supressed I know my body Not All of Your Junk Sience And what ever D.D.C Instrucks All of You do And to do causeing them to All ERR but now I See clearly And No Q.H.C.P Junk Sience Educaiton So All ready Another LAW Breah So Now I See A betrayal of Trust And the Infliction or threatened Infliction of An serious Physical Injury to 88BC?? See! I was Hopeing For A Q.H.C.P but I See Now Yall Dont want To Hear the TRUTH SO DE IT... So No Q.H.C.P For Any Predicted Time Recovery And to Particl Pate to make Decisions About my care to Safe High Quality care that is compassionate And Respects the Personal Dignity, Values And beliefs And Im being Responsible to provide As much Information As Possibul About my Health care And the Deadly side effects that the care provider does not understand And They Have no understanding of Any Aspects of Health care even The Interpiter And the oppressiveness is Also Futur Dangerousness to This Is All For Now.

| Inmate Signature | Date |
|---|---|
| Brandon D Colorado | 4.10.2019   11 PM |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No
If yes, give the staff member's name:

Distribution: White - Master Record File    Canary - Inmate

```
======================================================
                    AZDOC - TUCSON
======================================================
      Sent Order 102337707 for COLORADO  BRANDON,
              Tuesday, November 05, 2019  @11:33

======================================================
```

ID                Order #         Name
  216510          102337707       COLORADO  BRANDON,

Order Date                  Location                          Order Form
  2019-10-26                C34 C34 HU-6 C10B                   MENTAL HEALTH

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|-------|-------------|-----|-------|--------|-----|-------|--------|
| 1200 | AAA 4/PK ION3 BATTERIES | 1 | 0.70 | 0.70 | 0.06 | 0.76 | Sent |
| 1210 | AA 4PK ION3 BATTERIES | 1 | 0.75 | 0.75 | 0.07 | 0.82 | Sent |
| 2010 | 4OZ KEEFE COFFEE | 2 | 3.08 | 6.16 | 0.00 | 6.16 | Sent |
| 6699 | CHILI CHS CORN CHIPS 12OZ | 1 | 2.36 | 2.36 | 0.00 | 2.36 | Sent |
| | | | Order Total | 9.97 | 0.13 | 10.10 | |

| Category | Max Limit | Current | Funds Available |
|----------|-----------|---------|-----------------|
| Order Form Max Limit ($980.00) | 980.00 | 0.00 | 15.68 |
| Commissary Items | 100.00 | 0.00 | |
| GT $10 | 300.00 | 0.00 | |

```
                            AZDOC - TUCSON
        =================================================
          Sent Order 102331145 for COLORADO  BRANDON,
               Tuesday, November 05, 2019  @11:33

        =================================================
```

ID
  216510

Order #
  102331145

Name
  COLORADO  BRANDON,

Order Date
  2019-10-12

Location
  C34 C34 HU-6 C10B

Order Form
  MENTAL HEALTH

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|-------|-------------|-----|-------|--------|-----|-------|--------|
| 1200 | AAA 4/PK ION3 BATTERIES | 1 | 0.70 | 0.70 | 0.06 | 0.76 | Sent |
| 1210 | AA 4PK ION3 BATTERIES | 1 | 0.75 | 0.75 | 0.07 | 0.82 | Sent |
| 5095 | DB REGULAR-RED (AZ) | 3 | 3.08 | 9.24 | 0.80 | 10.04 | Sent |
| | | Order Total | | 10.69 | 0.93 | 11.62 | |

| Category | Max Limit | Current | Funds Available |
|----------|-----------|---------|-----------------|
| Order Form Max Limit ($980.00) | 980.00 | 0.00 | 22.53 |
| Commissary Items | 100.00 | 0.00 | |
| GT $10 | 300.00 | 0.00 | |

-------------------------------------------------------------------



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter** COPY

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| COLORADO BRANDON B | 216610 | RINCON II | 10. 28. 2019 |

| TO | LOCATION |
|---|---|
| Keefe "MANAGER" | 6-C-10 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I want An Investigation on why I'm Not Getting my Store For The Past 2 or 3 weeks cuz this Has Happened before in the critical times of Legal work or Needed materials For it or For my Journaling And Stuff like that or this type of Harrasment or RETALIATION For Like A center Cover up or like cancel Something but As Long As ANYWAY And the Citizens of my Pursute All See As the Experimentation Investigation continue At "C 50" but they have Nothing of Store in 10.17 And 10.24 of Oct I want to See the Reason For All of This And A Response ASAP if This is The Stupid Pencil Thing Hou cuz that bee before the other cover we dont Lady we Never Had this Problem And Had Always Got every thing except A Pen And How can There be Ordering Problems if Ther is A New Store MACHINE It would Have been Posted on the bulletin so Why didnt I Get the Store but Just Remember If You Also didnt Farm For The FBI Not only Your Destroying Your Life, Your Also Destroying Your Career And It Dosnt matter what The FBI thing In Store For Em All will Follow em And Then they that will Prosa em Like In This Term Just becuse I Left back to the Event Team Dosnt even fit All over Now For em GUARD At Plenus At Plus SWAZ if I Have to cuz the CRIME Nuclear WAR modifacation so This is All So PIMD Chg??!!! And if Ther is Any Justifiatin Like A Cover up I will Find out You cont Fool A NIGGA!!!

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Brandly B Colrado | 10. 29. 2019 |

Have you addressed this with Department staff?   ☐ Yes ☐ No

If yes, give the staff member's name and the date you addressed with them:

N/A *(Staff Member's Name) (Please print)*      N/A *(Date addressed)*   cuz She Hides And They know Ther Doing WRONG to !

**Note:** Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution:   Original – Master File
                Copy - Inmate

916-1
7/25/19

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

> For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| Inmate Name *(Last, First M.I.)* | | ADC Number |
|---|---|---|
| COLORADO, BRANDON   6C10B | | 216510 |
| Institution/Unit | | |
| ASPC TUCSON/RINCON | | |

| From | Location |
|---|---|
| COMMISSARY SUPERVISOR VELAZQUEZ | ASPC TUCSON/RINCON |

The following is in regards to your inmate letter. Please find attached the two most recent orders that you have received.

All This to Some How Confirce And Undermind Like A Counter Cover up To Like Possibut Add More M'Health Perturbes oR of the created Delusied Projection And to Still make me look Crazy So The ~~Experience~~ Experimental Intercebilto to Also do A Counter Cover up As they do Their Immentros "A COVER UP" but Just As Long As They counter to Cover up. And I'M Just Pull of my PURSUITE of The Dates to.

| Staff Signature   *M. Velazquez* | Date |
|---|---|
| | 11/05/2019 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter *ORIGINAL*

*All PENNAL 720*

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | RINCON II | 10.28.2019 |

| TO | LOCATION |
|---|---|
| Keefe "MANAGER" | 6 — C — 10 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I want An Investigation on why Im Not Getting my Store For The Past 2 or 3 weeks on this Has Happened befor in the critical times of Legal work or Needed materials For it or For my Jewnling And Strange on How This Tone of Hummnet or RETALEATION For like A cover Cover up to like cancel Sweethr but As long As ADOMA And the Citizens of my Pursite All See At The Experlment to this Interogution continues At "C50" but Anyways Nothing of Store on 10.17 And 10.24 of Oct I want to See the Reuson For All of This And A Responce ASAP if This is The Stupid Pencel Thing How can that be befor the other over wought Ledy we Never Had this Problem And Had Almost Got everything Vieing A Pen And How can Thear be ordering Problems if Thear is A New Store MACHIANN It would Have been Posted in the halls So why didnt I Get the Store but Just Remember if Your Also destroy Funr For The FBI Not only Your Destroyed Your life Your Also Destroyed Your Career And it Dwent matter what The FBI Has on Store For him All will Follow on And Those That Hurt will Find em Like in This Town Just because I left back to the River Town Dwent mean its All over Also For em GARDS At Reform At Also SMU3 if I Have to cca tha the CIVIL Nuclea WAR modification So This is All So FEND OUT !!! And if Thear is Any Justification Like A cover up I will Find out You cant PLAY A MAGICAN !!!

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Brandon B Colorado | 10.29.2019 |

Have you addressed this with Department staff?  ☐ Yes  ☐ No

If yes, give the staff member's name and the date you addressed with them:

N/A _(Staff Member's Name) (Please print)_     N/A _(Date addressed)_   CO2 She Holder And They know Thor Doing WRONG to!

**Note:** Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution:   Original – Master File
                Copy - Inmate

916-1
7/25/19

268

Due 7/24

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

712

Complaints are limited to one page and one issue.  Please print all information.

MI — C01 — 19 — 077

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Colorado Brendan B | 216510 | RINCON II | 5.31.2020 |

| TO | LOCATION |
|---|---|
| MEDICAL | 6 — C — 10 |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

This is A complaint of Inhuman Treatment And Medical Neglect And Still continues on 7.31.2019 I Got SZ 10 And on 8.1.2018 So Then why did this Denrithult Acur Samon Like RETALIAZION beccuse Durins That Time my Foot Got BAD And then on 4.22.2020 Got the Plum Ice Stone And Then Finlly 5.14.2020 Got the SZ 10 Foot wore So How did the Chronic Care Go wrong ?! So was All This to create M' Heath Pericraler Of An Additluol Pour Groomins oR to care A Grave Risk bodily HARM And oR move Sever Physiologiccal Disruption oR this Malice to Provoke me in A Danberes Response ! And then Where Are my Insoles. GROSS Inhuman Conditons Continue.

Delusions of Persecutions is All Ruled out to use of This And will be Added As An Additluol Factor.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Brendan B Colorado | 5.31.2020 |

Have you discussed this with institution staff?  ☐ Yes  ☐ No

If yes, give the staff member name:

Distribution:  INITIAL: White and Canary - Inmate
FINAL: White — Inmate; Canary — Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

*For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Colorado, Brandon | 216510 |
| Institution/Unit | |
| ASPC- Tucson / Rincon | |

| From | Location |
|---|---|
| Padovano, Nelfa, DON | Complex Health Unit  MI-C01-20-077 |

CENTURION
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 6/30/20 was received in the Tucson office of Centurion Inmate Health Services on 7/9/20.

Your primary area of concern is in regards to medical equipment. *No It WAS Not it WAS A PRODUCT Not the EQUIPMENT TARDS*

Your concern has been reviewed by medical and it was determined that you received one pair of medical shoes on 05/14/2020, one pumice stone was received on 04/23/2020. You have come up to medical to receive your insulin/medications, but told the nurse that you will come back to do your foot soaks. It has been documented that you did not return for your foot soak. Medical supply was contacted for the insoles. *All Justified blame GAME to Shift the burden All off Then put Then Neucive Staff would Not let me RETURN to Medical As I Stated here is Detupt It? HUB All show is A Medical Neglect Cover up And to Possibal Provoke Some What of Ulicat Retaliation or All Negligntly WSice of The Created Illegal Conviction And that Cuild be the Creation of Secuity [illegible] IN Jury to.*

This informal complaint has been addressed. This has resolved your concern. *All CREATED Partly Cover UP!!!*

NP/ba
(268)

*All more Created DisorGanized Schizo Phrenia of UnKempt Appearance And to Add to Poor HYGIENE As Bathing with Grooming of the Medical Shoes But the Creation of PARANOID SCHIZOPHRENIA with Delusions of Persecutions to.*

| Staff Signature | Date |
|---|---|
| *Upadwani   D. O. N* | *July 24/ 2020* |

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter

*ORIGINAL*

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Colorado Brandon B | 216810 | RINCON II | 2, 10, 20 |

| TO | LOCATION |
|---|---|
| heffee | 6 — C — 10 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Its been 3 weeks And I Have Not Gotten my Store So why is That All Over Again How come This Always Happends when I do Legal work or order Legal Services And This Always Happends but then who took my Sheet out RUNS!!! oR which Staff did it? of takeing the bubbel Sheet All Deliver of ACCESS To CCAARP So IF I got A Accout Sheet of the orders of Just the Orders Then The bubbel Sheet Had been Stolen.

RETALIATION ' ACCESS TO COURTS

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Brandon B Colorado | 2, 10, 2020 |

Have you addressed this with Department staff?   ☐ Yes  ☐ No

If yes, give the staff member's name and the date you addressed with them:

_____     _____
*(Staff Member's Name)  (Please print)*          *(Date addressed)*

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution:   Original – Master File
               Copy - Inmate

916-1
7/25/19

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

*COPY*

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Colorado Brandon B | 216510 | RINCON II | 2, 10, 20 |

| TO | LOCATION |
|---|---|
| Weffce | 6 — C — 10 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Its been 3 weeks And I Have Not Gotten my Store So why is That All
even Again How come This Alwways Happends when I do Legal work or
order legal Supplys And This Allways Happends but then who
took my sheet out Yea!!!oR which staff did it? uP takeing the
bubbel sheet All Delaws of ACCESS TO COURTS So if I Get A
Account Sheet of the orders off Just The Orders Then the bubbel
sheet Had been stolen

RETALIAPTION' ACCESS TO COURTS

DID not Get COpy And Not Pulted in
MASTER File

_What's the Date, short amount, & CR?_

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Randy B Colorado | 2. 10 2020 |

Have you addressed this with Department staff?   ☐ Yes  ☐ No

If yes, give the staff member's name and the date you addressed with them:

_____     _____
(Staff Member's Name) (Please print)          (Date addressed)

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution:   Original – Master File
                Copy - Inmate

916-1
7/25/19

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

| | |
|---|---|
| | For distribution:  Copy of corresponding Inmate Letter must be attached to this response. |

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| COLORADO | 216510 |

| Institution/Unit |
|---|
| ASPC TUCSON/RINCON |

| From | Location |
|---|---|
| COMMISSARY SUPERVISOR VELAZQUEZ | ASPC TUCSON/RINCON |

The following is in regards to your inmate letter. I couldn't locate the refund you were inquiring about because you didn't provide an accurate store date, order amount ($), and CPR number. If the commissary was purchased at another complex, please provide that information in your next inquiry as well. Please provide as much information as possible.

All were Deluxe And Ran Awards All to Doss Ind x Ran Inter COUNTERS
By Purposi x Doing This or An to Add or Exsoggerate DELUSION AL Persecton
And Im Surprised As of the Regular Routean Like A CASH Register
Job And For this RETARD To Not Do A Reversi Inat Routean And then why
Become A Supervisor So See Those who Go to College Ane Nothing And
They Still Fuck up or She was Doing Favor For the FBI Seen these will be
Destroied with Inter copies And or the business or Coorporaton to a
Review FINALIZED on 6.4.2020

All To CREATE The Mental Health Portraite of A SUBTYPE Generally Has Poor
HYGIENE And to Exsoggerate the Unkept Apppearance And to Heeded the All
Disturbed Apppearance Clearly And to CREATE Deterioraton or Highs And Lows
of The Desibtivity to Respond with What behavior or to CREATE Progressives
ANGER, HOSTILITY or ANXIETY or to Stay in EXTREAM NEGATIVITY ISOM And
Behavioral DisorGanization Like bathing And Grooming And Certain Nutrition intake
of Depletion of HYGEAM Products of Commissary to All For the Created Successful
Interview Will Reveal the DELUSIONs of PERSECUTION .

| Staff Signature  *M. Velazquez* | Date 03/05/2020 |
|---|---|

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.   Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | RINCON II | 11.30.19 |

| TO | LOCATION |
|---|---|
| Mental Health | 6—C—10 |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

On 2.21.19 And 3.29.19 I Had Requested Some Info to counter the Psycological Prooftel cvz of ARS code 13 of 1441 of An EQUAL REVERSE So I didnt Get MUSIC PRINT out of SLAYER South of HEAVEN And METAVLICA And Justice For ALL So I Didnt Get the LYRICS Print out And I Also didnt Get INFO From TRUTH Denied.com And MKULTRA.COM And THE MATRIX.COM And UCADPA.com cvz I Had been A Bible Scholar' Para PsycoloGy AstroloGy and Politicial Junk Slave on mx own AI I was being opprocied to ~~go~~ Go to The 6idance Center For billins And FRAUD Fusher ance For Services Never needed And Also I didnt Get The Printcis of MONTE CAZA-ZZA A MICHELL HANDEL MAN Conspiracy Against the Developins Mind M.M Productions PO BOX 170415 San Fransisco CA 94117. JAMES SHELBY DOWN ARD The call to Chaos c/o Feral House PO BOX 86 1893 Los AnGeles CA 90086-1893. GREG DRY KRRUPEY The Christian RIGHT Z Ton from Feral House PO BOX 86 1893 Los AnGeles CA 900 86-1893. ANTON LaVEY The Invisible WAR The Church of Satan PO BOX 210082 San Fransisco CALIFORNIA 94121 Since They Always want to Get something out of You So Due to The on Goins Experimental Interogation And the Futurctid M'Harth Blicknss Intelliicnce From the FBI And the MAX dose Pressur AM still continues And the Reason is I Need A BALANCE APPROCH to AM the worthless M Health Junk Slave cvz In 2011 At Fort Unit As Just being med compliance The Side effects were All inted AGave me to And Possibul some Sexicul Abnormllia of the side effects But then I Had Tolked About the Persole of BC Alexicion Fct But I was telling The Truth And that they Had Dave A cced thro And my use of Side effects From Another I was Alerbic to it And NoBody did Nothing And the SelPt Invistilation Also Had Alarned At the Result of 13 EFfect And Still They did Not WanG As they Alened it Still Nobody did Any thiin Still So This Shows You AM Twcd to Gill me And my Heart to Lp to Prevent AM This AM over. I Need AM Thicrein top of This Im Not SMI And Due to the Frizical Constution I didnt Purive M'Illnors As De force And Due to Adebtic Fond For on to do Live blood Skeer Pry Dcn 14? See note P44 19458.

*III Not be Discredited Delushcd Persection Ruled out* (right margin, vertical)

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Brandon B Colorado | 11/30/2019 |

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:  Coiff oskovee

Received on 12-21/19

802-11
6/25/14

*Delays And Run Arounds to cover up !!! All Fabricated MH Health Partner !!!*

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Response**

**For Distribution:** Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Colorado, Brandon | 216510 |
| Institution/Unit | |
| ASPC- Tucson / Rincon | |

| From | Location |
|---|---|
| Neefe- Palmer, Laura, DON | Complex Health Unit |

**CENTURION**
**INMATE INFORMAL COMPLAINT RESPONSE**

Your inmate informal complaint dated 11/30/19 was received in the Tucson office of Centurion Inmate Health Services.

*Then why didn't You Forward it to the MH Health Team. THADS*

Your primary area of concern is in regards to medical treatment. *They take off the MH Worker And Here it Recored Seperately !!! And All kinds of Delays to make SBISC Give up And to COVERUP ht  !!!! (Viel the Gross Injusries MH Health.*

Your concern has been reviewed by medical and it was determined that there are limitations on what can be provided by medical and mental health, if you would like activites or worksheets you will need to discuss that with the mental health team at rincon If you have any other concerns please submit an HNR. *This Informal was to go to the MH Health Staff Not These THADS !!! And All Move to Contrive oR Undermine And to Disorganized Progress of ORIGINALITY.*

This informal complaint has been addressed. This has resolved your concern. *Null Shit As A Cever up !!! WAS Suppose to go to MH Health !!! And to Also contInvance of the Fabricated MH Health DSP.*

LP/ba

| Staff Signature | | Date |
|---|---|---|
| *Lpalmer. neefe RN DON* | L.Palmer-Neefe  DON, RN | 1-2-20 |

Distribution:   Original - Inmate
                Copy – Grievance Coordinator File

802-12(e)
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

*All FINNALIZO*

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

VAI - COI - 19 - 077

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | RINCON II | 5.26.19 |

| To: | Location |
|---|---|
| Kimberlee Switzer BSN Director Nursing | 6-C-10 |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

This Has Not Resolved my concern until All centers than been Added to my computer Part of All Your Matter Plotting And constating to Poss that case At Hardcore And Actual record Deck? For the FBI to correct the Illegal conviction if So See case PH 419458 As For So many times I've tried to Explain And Due to All of Your JUNK Stereo As I talked About So many times And Still Your All miss coupled Thats Furby Dangerouns And that I'll Note that Delusional Persecutor is Ruled out And that sane PARANOIA in RYANs will be Extended if Its many collect centers than Matter Plotting And constating but Forbid I have other Sorry ass Life Inmates that believe Anything And Still dont take care of em Selves As their Sides Poss that to the unknown Also The Generic Medical Drugs do to Fag As best will do more All NEW Harm Then Good but Forbid em they chose that Life And I do know the other Part of The Rehabilitation of Medical Drugs And Medical Supplies And Toll Severe Hard Drug effects I've Has Shared Myself Immediatly And About the Medical Things So I do Understand to My Also the other is They obdurt Take care of em Self in the cuts And they Still claim Hear Sorry? ADPs And the Truths they Fed em to Jail And D.O.C And Yet they Refuse to be corrected my Situation is Diffeent And All is Patient but Anyhow I've was Just Settled An Presumpt but Anyhow will I Still Suffer Relitalis I studid the Grands chift of one AM And the other PM As I was thanked Dialthery for telling the TRUTH side of Each in the open Needs to be All Documented So will I be STuck in Abada An more Retaliation? And my All my clothes And observe the Results And I've Said I was Drug Search Poss to An Illegal conviction if So why And I get Put Here Then to be Planted? Are they Fixiting on the FBI Side to correct the Illegal conviction? well See in time WHICH Now do to Otrecaous Deval For me to Feel An Poor Health And Hear Yall Truth About PRIMARY of Public Safety? I will See other Herd's Not Such Lunches for Law blood Status Smears STUGARS So Hearth Suggesting So New Phone This clears the Confusion And You See my Part I do And Inderpathic, Shown that.

| Inmate Signature | Date |
|---|---|
| Brandon B Colorado | 5.26.19 |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**   S0074

Complaints are limited to one page and one issue.   Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Colorado Brandon B | 216510 | RINCON II | 3.26.19 |

| TO | LOCATION |
|---|---|
| CO III  "MED/CAL" | 6—C—10 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

on or About 24 I was Trying to log in the Computer And I Saw A comments on the New Slip oR IM Health Reports And that This Nurse or Nurse Saw before Had Not wanted to put Any of my Saying And That That was why And the Reason why I had Putted All on Record And in All of Their HNR. I'll Not HAVE A FABRICATED Move. IM Health created Mastery I'm Not Shure to Conceal the Illegal crucolan with All This in house IM Health System And that Every Place From the Clinics And Hospitals on the out And the Grape House All keep You in Destructive behaviors And Also Your Thought Process to of Side effects And That Also leds to Criminal Activities And of being Med compliance thus lead to All Thies And that I was Reported to Explain my Self And That This Deputising oR Suppression disorder A betrayal of Trust So Since You All Don't want to Hear the TRUTH And why oppressive if You don't understand And to Review my Records And to Make Public Statements Regarding All Past In-humane treatment And to thee my well being Protected And to Advocate For my Self And to Add to the psychiatric Records And the Reason For to consent to And why And the Refused treatment And the Reason or why I Disagree with the Any Services And to Abuse All to be Freed From Unnecessary seclusion And or Restraints And Also An Explanation And caption of Treatments And The Reason For No Psyc meds Needed And the All Review why the So called Type of care And the Review why They would not be Acceptable to me And Still I didn't Got the Request to back up my Values And belieffs And with This they can be to Fabric Shizo Disorder And That The investigation process At C50 is being Used And created Inappropriately And that All I.S.P. Since P Print core Are All Frivolous And Malicious So This is All For This And That Time As Medical Staffing Angry And helped me out And Still Suffer RETALIATION,,

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Brandon B Colorado | 3.27.2019 |

Have you discussed this with institution staff?   ☐ Yes   ☑ No

RCVD 5/6/19
MZ-501-19-077

If yes, give the staff member name:   Cuz They'll Cover It All up oR And Put Into Shredder!

Distribution:   INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

*FINALIZED. 2019*
*All counter cover up*



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

*Mental Health*

| For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Colorado, Brandon | 216510 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson / Rincon |

| FROM | LOCATION |
|---|---|
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit  MI-C01-19-077 |

CORIZON *MEDICAL NEGLECT*

INMATE INFORMAL COMPLAINT RESPONSE

*This GOV Retaliation is US Were INMATES*

Your inmate informal complaint dated 3/27/19 was received in the Tucson office of Corizon Inmate Health Services on 5/6/19. *Urgent Untreated Health Care Needs That Cald lead to DEATH or Permanent INJURYs*

Your primary area of concern is a complaint against staff.

Your concern has been reviewed by medical and it was determined that your claims will be investigated but you will not be informed of those results. And training and education will be given to all medical staff. *To Continue Polices And Practices With Inhumade Condtions All For PARSONS w RYAN*

This informal complaint has been addressed. This has resolved your concern. *Then Instead of Insulting My Perspective Award Just Tell me WE CANNOT ASSIST WITH YOUR INDIVIDUAL HEALTH CARE CONCERN*

KS/ba
(50074)

| STAFF SIGNATURE | K.Switzer DON | DATE *(mm/dd/yyyy)* 05/22/2019 |
|---|---|---|

Distribution:   INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
                FINAL:  White - Inmate; Canary - Grievance Coordinator File

802-12
10/16/16

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

*ADC*

*All FINNActod*

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | AINION TI | 10.10.19 |

To: MEDICAL "Bell"

Location: lo---(---10

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

This is to Inform You That why do some meds work And others don't where do You Get Thies counter Fit unsafe medical Drugs As some Had to cause Mental Problems And The Imiune Suppressent All over Again I Also Had A bad Head AKE And being really cold off And on And At Night really Hot As if Ther Tryng To Get me All Shid Down Just As I Got the Pneumonia?! And Some Times They burn my mouth And Feels if it could or would Give me An ulcer or Put Holes in my ORGANS And my ORGANS that sometime is So Am I Getting Some thing Else?! Are they All MEX!? cuz I Always Run my Tests As I chew my Em As Ther Are A Lot of counterfit meds And on How Some Psyc med Are Not Mixed So They can market the ever short Psyc meds to the Jails And Prisons That do more Harm Than Good And the Side effects Are used Above them And they contiune to Retrawite Forget All That Shstilly And They chose that life I didint I was enpressed Like now And I Knew Your A Health care Pro vider Bell but Not A Professhnal I Hope You Are Not one of those Peopl that Belive Anythng To And that IMMUNOSUPPRESSION is A Deadly Side effect is And So k D.O.C Getting over stock medical Drugs As the FDA, GOV Both Approv unsafe Pharmaceutical Drugs And that For 2 Years HAMULIN N'. was not wurking And I toled to Exblain its side effects to Shife They were blaming the Diabetes but it was not So As To Restated PARSON or RYAN? cuz of thelor Fraudulent Schemes And Many collect so the Immuno Suppression to cure every Problems So the HAIR 4P Many Scaner?! And why the No Good HAMULIN To been Peopel Running Highs?! So They could Not Get Any Smocks is it That BAD of the Blocket is All other Msh or things Also cuz of Thelor same Stupid Labe Petison or do they want to Give Em Hart Atteks Strobes And why doesnt the Results All Show of the Diagnostic Results of All Any Search So to cure I Dont Neo cuver up or I Now B Show will Soft hill And to See For my Self ther is NON Futher Action And that Delusional Persecution is All Ruded out As I Present my Self.

| Inmate Signature | Date |
|---|---|
| *Brandon B Colorado ZU T'r 88BC X[signature]* | 10.10.2019 |

Have You Discussed This With Institution Staff?   ☐ Yes   ☑ No

If yes, give the staff member's name: *All is to Prove I do what I can to take care of my Self As much As I can*

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue, NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | RINCON II | 10.10.19 |

| To: MEDICAL "Bell" | Location: 6—C—10 |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

This is to Inform You That why do some meds work And others don't where do You Get Thles counter-Fit unsafe medical Drugs As some Had to cause Mental Problems And The Immune Suppressent All over AGain I Also Had A bad Head AUE And being Really cold off And on And at Night Really Hot As iF Thler trying To Get me All Sick AGain Just As I got the Pneumonia?! And Some Times Thex burn my mouth And Feels iF it could oR would Give me An ulcer oR Put Holes In my ORGANS And my ORGANS Hurt Sometimes to So Am I Getting Some thing Else?! Are thex All MPX!? cuz I Always Run my tests As I chew on Em As Thler Are A Lot of counterFict meds and on How Some Psyc meds Are Not Aloud so They can market the over stock Psyc meds to the Jails And Prisons That do more Harm then Good And the Side effects Are used AGence them And they continue to Deteoralte ForGet All That Sincirity And Thex chose that Life I didn't I was oppressted Like now And, I Know Your A Health Care Provider Bell but Not A Profesionwel I Hope You Are Not one of those People that belevs Anything to And that IMMUNOSUPPRESSION Is A Deadly Side effect to And So Is D.O.C Getting over stock medical Drugs As the FDA, GOV Both Approv unsafe Pharmacettical Drugs And that For 2 Years HUMMULIN N! was not working And I tuled to Exolain its Side effects to Staff They were blamelng the Dlabetles but it was not So As Iv llestrated PANSOM or (RYAN) cuz of thler Fraudulent Schemes And Money collect so the Immuned Suppression to cause crenic Problems so the HNR 4! money Scam?! And why the No Good HUMMULIN to keep People Running High?! So they could Not Get Any Snacks Is it That DAD of the Budget As All other Dlets Get thles Also cuz of Thler same Stepid Fake Religon or do they Want to Give Em Hart Atlex, Strokes And why do cut the Results All show of the Dlagnostics Results of All Any Scureds So In cure thlers No cover up or There A Srenghts oft will And to see For my Self that there is NO All Further Action And that Delusional Persecution is All Ruled out As I Present my Self!

| Inmate Signature | Date |
|---|---|
| Thursby B (colorado) MM 88BC | 10.10.2019 |

Have You Discussed This With Institution Staff?  ☐ Yes  ☑ No

If yes, give the staff member's name: All is to Prove I do what I can to Take care of my Self At As much As I can.

Distribution:  White - Master Record File      Canary - Inmate

916-1
5/13/10

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | 6.19.2019 |

| TO | LOCATION |
|---|---|
| [illegible] | [illegible] |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

[illegible]

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [illegible] | 6.19.2019 |

Have you discussed this with institution staff? ☐ Yes ☐ No [illegible]

If yes, give the staff member name:

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

COPY

AA - TCT - D00307

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | R.R. L50 | 2.17.22 |

| To: | Location |
|---|---|
| DISCIPLINARY | 10 - C - 9 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

This Diversion to HAMPER Legal Work And R.R. An Gross Experimental Not Treatment And This other TYPE of Harrasment is to Abbreviate Mental Health not Mental Illness And Due to The FBI CIA's bombardment of Perpetrating Detrimental Psychological effects with Mental Impairment the RR Fake Program Provide Remission And Reprisodies to And the Fabricated Deterioration Results From the FBI who states to cause Harm "SUBJECT TO ASSAULT VIA Invisible ELECTRONIC WEAPONS And All the Cycling of Disciplinary Procedures is For High Score Rates For the UBEP LOCK And Tickets to cause me Harm And more Harm In the Futer of "Yes Dumb eracly WILL" but the Fabricated Danger will be Inccorect And If I was Oet the Dairlr text with the Fake Flaws High I could Prove It.

Add to MASTER FILE

Inmate Signature

Brandon B Colorado

| | Date |
|---|---|
| | 2 11 71 2022 |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

Distribution:  White - Master Record File      Canary - Inmate

916-1
5/13/10

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

COPY

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | R. R. C50 | 2.9.22 |

To: Disciplinary

Location: 10 - C - 9

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

All Retaliation and Harassment As It can come in Many other Forms And this Diversion to Fabricated Mental illness And to All create "Hes Dangerously mentally ill" And that All this was to trap me In the Disciplinary Prosess And to End us in the Isolation confinement settings And that This was the All Very starte of this Plan since MAY of 2018 And that this would Create the Deteraration Psychatrically with Dangerus thoughtrure Lock Downs Provide Extreum stress and to worsen my conditions And For the FBI CPA to bow hard nest of Developing and Fabricated SMI Portraites "Subject to Assult VIA Indethol Electronic weapeuse" And the Lock Down Provideing Extreum stress and to Provoke It worsento conditions And they want me to Self Destruct to And This other type of Harasment is to Provoke me And to Engage me in to the Vilent And Thretuns behaviors.

Add to MASTER FILE

Inmate Signature: Brandon B Colorado

Date: 2 / 9 / 2022

Have You Discussed This With Institution Staff?  ☑ Yes  ☐ No

If yes, give the staff member's name: CO III

Distribution: White - Master Record File     Canary - Inmate

916-1
5/13/10

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

COPY

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | R. R. C50 | 2.9.22 |

| To: | Location |
|---|---|
| Disciplinary | 10 - C - 9 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I know whats GoInG on Thats why I Endure It And to be All leGulY Sanctioned And To be Discarded Hi meeless And to be Permenetly Institutnolized on All FALSE INFORMATION All A Gov Tool And This created Disrvston to Delax LeGal work Above All How did Yall know I was GoInG to wurk on my care And Last Time This same thing Had Happened when I was doInG LeGal work Delusus of Perseevtion is Not Present.

Add to MASTER FiLe

| Inmate Signature | Date |
|---|---|
| Brandon 13 Colorado | 2 / 9 / 2022 |

Have You Discussed This With Institution Staff?    ☑ Yes    ☐ No

If yes, give the staff member's name: CO III Stone

916-1
5/13/10

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

COPY

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| COLORADO BRANDON B | 216510 | R.R. "C50" | 2.9.22 |

| To: | Location |
|---|---|
| Disciplinary | 10 - C - 9 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Mental Illness Ruled out when the Presser That would Force 88BC to Break with Reality And Becoming Psichotic And Particulabrialy IF the stress And Enviormental Pressur becomes over whelming And Trying to Label 88BC As A Paranoid Schizophrenia with Fabricated Delushions And Created Futur Dangerousness.

Add to MASTER FILE

Inmate Signature: Brandon B Colorado

Date: 2/9/2022

Have You Discussed This With Institution Staff? ☑ Yes ☐ No

If yes, give the staff member's name: CO III

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

22-ICI-000515

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Colorado Presley B | 216510 | ISC- R.R. | 3.3.22 |

| To: | Location |
|---|---|
| Disciplinary | 10-C-9 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

How could I Pass This when THEY said Im SMI? who created this Sdpt Sahltuse AN This M, Health b J, is All An DMsion of Thinking THeY can Reform em! The Psyc meds cause Harm to And the bambardment of VEA Electronic Assault Involhat Weakness That will Develop And create Poor Performance but this Dirupten is to Hammer Legal work to! but I cant becuse of First Im not SMI but the Disrupten would be Im Paired Thinking, brain Disfunction, lack of motivation Memary loss with Fuctional Abilitys to o becuse to This is now Going on Due to the FBI, Interdicten of Hinder Legal work! And to Oppress und DeGrade me!

Inmate Signature: Presley D Colorado

Date: 3. 3. 2022

Have You Discussed This With Institution Staff?   ☐ Yes   ☐ No

If yes, give the staff member's name: CO III ___

Distribution: White - Master Record File   Canary - Inmate

916-1
5/13/10

GOV TRICKERY TRECHORY and SECRECY

SIDE Effects "DEADLY"

HAVE A Difficult Time Processing Informaiton. This Time Diffi
culty in Processing Information. BAD Reserch Results Hidden
Big Pharma LIES. So Fuch There Right to Approprate Mental He
-lth Services based on Your needs. The ISP was All wrong to. so so
Much From the Right to be Physically 'sexually or Verbally Abused From.
The side Effects 'med compliants Due to side Effects Senthetic Volunta
Intoxication. character Defects. Psychosexual Disorders DamGeru
Impulse uncontrol Disorders. Moral Decadence. cause Abnormality.
AGGressive Actions RAGE. ANGER. HATRED. TERROR. Furious Resentme
Stately Marked. Hallusinatoins. Jealus x. Flash bachs. Terror Induced.
That cause Marked And Severe Fuctional Limitations. Alcohol can Incr
use some side Effects Then. should Have Refused All Inhumala Treat
ent. Review Your own Records. Psychotic Episode. crisis or Eme
Gent x. Deadly side effect. blurred EYE sight. change. how You Act
Confushon. Notable to Focus. Distractibility. Paranoia 'Delusions or Hallucina
Tions. Disorganized Speech with behaviors. ID. Assault ive behavior. All
confushon New 'worsend or sudden Symptoms. NMS Abnormal Thilakha
memory loss. worsdns Mental mood changes. Trouble concentrating.
vishen changes. NMS Ideas of killing others 'Homicide. Psychoses. change in
Thinking clearly and with basic. Acting AGGresstve being Adusrx or Vidlent x
Seeing or Hearing Things That are not Thler- 'Hallucinatoins. Feeling Peased An
AGinst You. Difficulty with Treading. Personality change. Dissociative E
Pode. Terrorist Activity. The Act is crimal unless The mind is criminal
created "Chronic. Both Appraying unsafe Pharmacetical DEUG
Selft Destructing behaviors. Suside 'Possibel cancer or For
Terminaiton.

All Probative Evidence

**R** **HUMAN**                                        *Novo Nordisk®*

Patient Information

# NOVOLIN® R (NO-voe-lin)
(insulin human injection) for subcutaneous or intravenous use

**Do not share your Novolin R FlexPen or syringes with other people, even if the needle has been changed. You may give other people a serious infection, or get a serious infection from them.**

**What is Novolin R?**
Novolin R is a man-made insulin that is used to control high blood sugar in adults and children with diabetes mellitus.

**Who should not use Novolin R?**
**Do not use Novolin R if you:**
- are having an episode of low blood sugar (hypoglycemia).
- have an allergy to human insulin or any of the ingredients in Novolin R. See the end of this Patient Information leaflet for a complete list of ingredients in Novolin R.

**Before using Novolin R, tell your healthcare provider about all of your medical conditions, including if you:**
- have liver or kidney problems.
- take other medicines, especially ones called TZDs (thiazolidinediones).
- have heart failure or other heart problems. If you have heart failure, it may get worse while you take TZDs with Novolin R.
- **are pregnant or plan to become pregnant.** Talk with your healthcare provider about the best way to control your blood sugar if you plan to become pregnant or while you are pregnant.
- **are breastfeeding or plan to breastfeed.** Novolin R may pass into your breast milk. Talk with your healthcare provider about the best way to feed your baby while using Novolin R.

**Tell your healthcare provider about all of the medicines you take,** including prescription and over-the-counter medicines, vitamins and herbal supplements.
**Before you start using Novolin R, talk to your healthcare provider about low blood sugar and how to manage it.**

**How should I use Novolin R?**
- **Read the detailed Instructions for Use that comes with your Novolin R.**
- Use Novolin R exactly as your healthcare provider tells you to. Your healthcare provider should tell you how much Novolin R to use and when to use it.
- Use Novolin R about **30 minutes** before eating a meal.
- Know the type, strength, and amount of insulin you use. **Do not** change the type or amount of insulin you use unless your healthcare provider tells you to. The amount of insulin and the best time for you to take your insulin may need to change if you use different types of insulin.
- Check your insulin label each time you give your injection to make sure you are using the correct insulin.
- Inject Novolin R under your skin (subcutaneously). **Do not** inject Novolin R into your vein (intravenously) or muscle (intramuscularly) or use in an insulin infusion pump. Novolin R may be given into your vein only by your healthcare provider.
  ○ **Do not** mix Novolin R with any other insulin except isophane insulin human suspension. If Novolin R is mixed with isophane insulin human suspension, Novolin R should be drawn into the syringe first. Inject immediately after mixing.
- Change (rotate) your injection site with each dose.
- **Check your blood sugar levels.** Ask your healthcare provider what your blood sugars should be and when you should check your blood sugar levels.

**Keep Novolin R and all medicines out of the reach of children.**

**Your dose of Novolin R may need to change because of:**
- change in level of physical activity or exercise, weight gain or loss, increased stress, illness, change in diet, or because of other medicines you take

**What should I avoid while using Novolin R?**
While using Novolin R **do not:**
- drive or operate heavy machinery until you know how Novolin R affects you.

All Produced SMI SYMPTOMS

ARS 31-201-01 To Harm the Inmates REPUTATION

*All Probative Evidence* (handwritten)

...e suspension) is a human insulin suspension.
...nology utilizing a non-pathogenic laboratory
...sion of crystals produced from combining
...priate conditions for crystal formation. The
...human insulin and has the empirical formula

...h milliliter of HUMULIN N contains 100 units
... mg of glycerin, 3.78 mg of dibasic sodium
...enol, zinc oxide content adjusted to provide
...pH is 7.0 to 7.5. Sodium hydroxide and/or
...to adjust the pH.

...g peripheral glucose uptake by skeletal muscle
...n. Insulins inhibit lipolysis and proteolysis, and

...n with a slower onset of action and a longer
...insulin. In a study in which healthy subjects
...IN N (0.4 unit/kg) on 4 occasions, the median
...to 13 hours). In this study, insulin activity was

...HUMULIN N may vary in different individuals or
...MULIN N activity (time of onset, peak time, and
...sidered only as general guidelines. The rate of
...activity is known to be affected by the site of
...*[see Warnings and Precautions (5.3)].*



[legend: Humulin N (0.4 unit/kg)]

12        18        24
e (hours)

...e Profile After Subcutaneous Injection of
...) in Healthy Subjects.

...bcutaneous doses of HUMULIN N (0.4 unit/kg),
...curred at approximately 4 hours (range: 1 to 12

...i of insulin occurs predominantly in liver, kidney,

take your insulin may need to change): you can ask...
...your healthcare provider what your blood sugars should
be and when you should check your blood sugar levels.
- **Check your blood sugar levels.** Ask your healthcare provider what your blood sugars should
be and when you should check your blood sugar levels.
- **Do not share your HUMULIN N Pen, HUMULIN N KwikPen, or syringes with other people,
even if the needle has been changed. You may give other people a serious infection or
get a serious infection from them.**

**Your HUMULIN N dose may need to change because of:**
- change in level of physical activity or exercise, weight gain or loss, increased stress, illness,
change in diet.

*All were Produced SMI Pertrates* (handwritten)

**What should I avoid while using HUMULIN N?**
While using HUMULIN N do not:
- Drive or operate heavy machinery, until you know how HUMULIN N affects you.
- Drink alcohol or use prescription or over-the-counter medicines that contain alcohol.

**What are the possible side effects of HUMULIN N?**
HUMULIN N may cause serious side effects that can lead to death, including:
- **low blood sugar (hypoglycemia).** Signs and symptoms that may indicate low blood sugar
include: *All SMI Produced Symptoms* (handwritten)
  - dizziness or light-headedness, sweating, confusion, headache, *blurred vision*, slurred
  speech, shakiness, fast heartbeat, anxiety, irritability, or mood changes, hunger.
- **serious allergic reaction (whole body reaction). Get medical help right away, if you have
any of these symptoms of an allergic reaction:**
  - a rash over your whole body, trouble breathing, a fast heartbeat, or sweating.
- **low potassium in your blood (hypokalemia).**
- **heart failure.** Taking certain diabetes pills called thiazolidinediones or "TZDs" with HUMULIN N
may cause heart failure in some people. This can happen even if you have never had heart
failure or heart problems before. If you already have heart failure it may get worse while you
take TZDs with HUMULIN N. Your healthcare provider should monitor you closely while you
are taking TZDs with HUMULIN N. Tell your healthcare provider if you have any new or worse
symptoms of heart failure including:
  - shortness of breath, swelling of your ankles or feet, sudden weight gain
Treatment with TZDs and HUMULIN N may need to be adjusted or stopped by your healthcare
provider if you have new or worse heart failure.

**Get emergency medical help if you have:**
- trouble breathing, shortness of breath, fast heartbeat, swelling of your face, tongue, or throat,
sweating, extreme drowsiness, dizziness, confusion.

**The most common side effects of HUMULIN N include:**
- low blood sugar (hypoglycemia), allergic reactions including reactions at the injection site, skin
thickening or pits at the injection site (lipodystrophy), itching, rash, weight gain, and swelling of
your hands and feet.

These are not all the possible side effects of HUMULIN N. Call your doctor for medical advice about
side effects. You may report side effects to FDA at 1-800-FDA-1088.

**General information about the safe and effective use of HUMULIN N:**

Medicines are sometimes prescribed for purposes other than those listed in a Patient Information
leaflet. You can ask your pharmacist or healthcare provider for information about HUMULIN N that
is written for health professionals. Do not use HUMULIN N for a condition for which it was not
prescribed. Do not give HUMULIN N to other people, even if they have the same symptoms that
you have. It may harm them.

**What are the ingredients in HUMULIN N?**

*All used AGence And to Fabucated SMI Pertrates And this could Also Fabucated other SMI Pertutes
dR confured Brainscaner to : ARS 31-201-01 To Harm the Inmater REPUTATION* (handwritten)

*All Productive Evidence.*

*All used Agence And to Fabucated SMI Pentrates And This could Also Fabucated other SMI Pentrates or confused Brain scars to.*

**Dose Counter:** Your PROAIR HFA has a dose counter attached to the canister of medicine.

When the patient actuates the inhaler, a black dot will appear in the viewing window until it has been primed 3 times, at which point the number 200 will be displayed. The dose counter will count down each time a spray is released. When the dose counter reaches 20, the color of the numbers will change to red to remind the patient to contact their pharmacist for a refill of medication or consult their physician for a prescription refill. When the dose counter reaches 0, the background will change to solid red. PROAIR HFA inhaler should be discarded when the dose counter displays 0 or after the expiration date on the product, whichever comes first.

### 3    DOSAGE FORMS & STRENGTHS
PROAIR HFA is an inhalation aerosol. PROAIR HFA is supplied as an 8.5 g/200 actuations pressurized aluminum canister with a red plastic actuator with a dose counter and white dust cap each in boxes of one. Each actuation delivers 120 mcg of albuterol sulfate from the canister valve and 108 mcg of albuterol sulfate from the actuator mouthpiece (equivalent to 90 mcg of albuterol base).

### 4    CONTRAINDICATIONS
PROAIR HFA Inhalation Aerosol is contraindicated in patients with a history of hypersensitivity to albuterol and any other PROAIR HFA Inhalation Aerosol components. Rare cases of hypersensitivity reactions, including urticaria, angioedema, and rash have been reported after the use of albuterol sulfate *[see Warnings and Precautions (5.6)]*.

### 5    WARNINGS & PRECAUTIONS
#### 5.1    Paradoxical Bronchospasm
PROAIR HFA Inhalation Aerosol can produce paradoxical bronchospasm that may be life threatening. If paradoxical bronchospasm occurs, PROAIR HFA Inhalation Aerosol should be discontinued immediately and alternative therapy instituted. It should be recognized that paradoxical bronchospasm, when associated with inhaled formulations, frequently occurs with the first use of a new canister.

#### 5.2    Deterioration of Asthma
Asthma may deteriorate acutely over a period of hours or chronically over several days or longer. If the patient needs more doses of PROAIR HFA Inhalation Aerosol than usual, this may be a marker of destabilization of asthma and requires re-evaluation of the patient and treatment regimen, giving special consideration to the possible need for anti-inflammatory treatment, e.g., corticosteroids.

#### 5.3    Use of Anti-inflammatory Agents
The use of beta-adrenergic-agonist bronchodilators alone may not be adequate to control asthma in many patients. Early consideration should be given to adding anti-inflammatory agents, e.g., corticosteroids, to the therapeutic regimen.

#### 5.4    Cardiovascular Effects
PROAIR HFA Inhalation Aerosol, like other beta-adrenergic agonists, can produce clinically significant cardiovascular effects in some patients as measured by pulse rate, blood pressure, and/or symptoms. Although such effects are uncommon after administration of PROAIR HFA Inhalation Aerosol at recommended doses, if they occur, the drug may need to be discontinued. In addition, beta-agonists have been reported to produce ECG changes, such as flattening of the T wave, prolongation of the QTc interval, and ST segment depression. The clinical significance of these findings is unknown. Therefore, PROAIR HFA Inhalation Aerosol, like all sympathomimetic amines, should be used with caution in patients with cardiovascular disorders, especially coronary insufficiency, cardiac arrhythmias, and hypertension.

#### 5.5    Do Not Exceed Recommended Dose
Fatalities have been reported in association with excessive use of inhaled sympathomimetic drugs in patients with asthma. The exact cause of death is unknown, but cardiac arrest following an unexpected development of a severe acute asthmatic crisis and subsequent hypoxia is suspected.

#### 5.6    Immediate Hypersensitivity Reactions
Immediate hypersensitivity reactions may occur after administration of albuterol sulfate, as demonstrated by rare cases of urticaria, angioedema, rash, bronchospasm, anaphylaxis, and oropharyngeal edema. The potential for hypersensitivity must be considered in the clinical evaluation of patients who experience immediate hypersensitivity reactions while receiving PROAIR HFA Inhalation Aerosol.

#### 5.7    Coexisting Conditions

angioedema, rash, bronchospasm, hoarseness, oropharyngeal edema, and arrhythmias (including atrial fibrillation, supraventricular tachycardia, extrasystoles). In addition, albuterol, like other sympathomimetic agents, can cause adverse reactions such as: angina, hypertension or hypotension, palpitations, central nervous system stimulation, insomnia, headache, nervousness, tremor, muscle cramps, drying or irritation of the oropharynx, hypokalemia, hyperglycemia, and metabolic acidosis.

### 7    DRUG INTERACTIONS
Other short-acting sympathomimetic aerosol bronchodilators should not be used concomitantly with PROAIR HFA Inhalation Aerosol. If additional adrenergic drugs are to be administered by any route, they should be used with caution to avoid deleterious cardiovascular effects.

#### 7.1    Beta-Blockers
Beta-adrenergic-receptor blocking agents not only block the pulmonary effect of beta-agonists, such as PROAIR HFA Inhalation Aerosol, but may produce severe bronchospasm in asthmatic patients. Therefore, patients with asthma should not normally be treated with beta-blockers. However, under certain circumstances, e.g., as prophylaxis after myocardial infarction, there may be no acceptable alternatives to the use of beta-adrenergic-blocking agents in patients with asthma. In this setting, consider cardioselective beta-blockers, although they should be administered with caution.

#### 7.2    Diuretics
The ECG changes and/or hypokalemia which may result from the administration of non-potassium sparing diuretics (such as loop or thiazide diuretics) can be acutely worsened by beta-agonists, especially when the recommended dose of the beta-agonist is exceeded. Although the clinical significance of these effects is not known, caution is advised in the coadministration of beta-agonists with non-potassium sparing diuretics. Consider monitoring potassium levels.

#### 7.3    Digoxin
Mean decreases of 16% and 22% in serum digoxin levels were demonstrated after single dose intravenous and oral administration of albuterol, respectively, to normal volunteers who had received digoxin for 10 days. The clinical significance of these findings for patients with obstructive airway disease who are receiving albuterol and digoxin on a chronic basis is unclear. Nevertheless, it would be prudent to carefully evaluate the serum digoxin levels in patients who are currently receiving digoxin and PROAIR HFA Inhalation Aerosol.

#### 7.4    Monoamine Oxidase Inhibitors or Tricyclic Antidepressants
PROAIR HFA Inhalation Aerosol should be administered with extreme caution to patients being treated with monoamine oxidase inhibitors or tricyclic antidepressants, or within 2 weeks of discontinuation of such agents, because the action of albuterol on the cardiovascular system may be potentiated. Consider alternative therapy in patients taking MAO inhibitors or tricyclic antidepressants.

### 8    USE IN SPECIFIC POPULATIONS
#### 8.1    Pregnancy
Teratogenic Effects: Pregnancy Category C:

There are no adequate and well-controlled studies of PROAIR HFA Inhalation Aerosol or albuterol sulfate in pregnant women. During worldwide marketing experience, various congenital anomalies, including cleft palate and limb defects, have been reported in the offspring of patients treated with albuterol. Some of the mothers were taking multiple medications during their pregnancies. No consistent pattern of defects can be discerned, and a relationship between albuterol use and congenital anomalies has not been established. Animal reproduction studies in mice and rabbits revealed evidence of teratogenicity. PROAIR HFA Inhalation Aerosol should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

In a mouse reproduction study, subcutaneously administered albuterol sulfate produced cleft palate formation in 5 of 111 (4.5%) fetuses at an exposure approximately eight-tenths of the maximum recommended human dose (MRHD) for adults on a mg/m² basis and in 10 of 108 (9.3%) fetuses at approximately 8 times the MRHD. Similar effects were not observed at approximately one-thirteenth of the MRHD. Cleft palate also occurred

---

## HANDWRITTEN LEFT COLUMN (patient information)

**Dose Counter** [note near top of left column]

The most common side effects of PROAIR HFA include:
• your heart feels like it is pounding or racing (palpitations)
• chest pain
• fast heart rate
• *shakiness*
• *nervousness*
• headache
• *dizziness*
• *sore throat*
• runny nose

Tell your doctor if you have any side effect that bothers you or that does not go away.

These are not all of the possible side effects of PROAIR HFA. For more information, ask your doctor or pharmacist.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store PROAIR HFA?**
• Store PROAIR HFA at room temperature between 59° F and 77° F (15° C and 25° C).
• Avoid exposure to extreme heat and cold.
• Shake the PROAIR HFA canister well before use.
• **Do not** puncture the PROAIR HFA canister.
• **Do not** store the PROAIR HFA canister near heat or a flame. Temperatures above 120° F may cause the canister to burst.
• **Do not** throw the PROAIR HFA canister into a fire or an incinerator.
• Avoid spraying PROAIR HFA into your eyes.

**Keep PROAIR HFA and all medicines out of the reach of children.**

**General Information about the safe and effective use of PROAIR HFA**
Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use PROAIR HFA for a condition for which it was not prescribed. Do not give PROAIR HFA to other people, even if they have the same symptoms that you have. It may harm them.

This Patient Information summarizes the most important information about PROAIR HFA. If you would like more information, talk with your doctor. You can ask your pharmacist or doctor for information about PROAIR HFA that is written for health professionals.

For more information, go to www.ProAirHFA.com.

*All Produced SMI Symptoms*

*ARS 31-201-01 To Herm the Trancater REPUTATION*



397493

## HIGHLIGHTS OF PRESCRIBING INFORMATION
These highlights do not include all the information needed to use FLUTICASONE propionate safely and effectively. See full prescribing information for FLUTICASONE propionate.

**FLUTICASONE propionate nasal spray, USP, 50 mcg**
**FOR INTRANASAL USE**
Initial U.S. Approval: 1994

------------RECENT MAJOR CHANGES------------
Indications and Usage (1)          01/2015

------------INDICATIONS AND USAGE------------
Fluticasone propionate nasal spray, USP is a corticosteroid indicated for the management of the nasal symptoms of perennial nonallergic rhinitis in adult and pediatric patients 4 years and older. (1)

------------DOSAGE AND ADMINISTRATION------------
For intranasal use only. Recommended starting dosages:
• Adults: 2 sprays per nostril once daily (200 mcg per day). (2.1)
• Adolescents and children aged 4 years and older: 1 spray per nostril once daily (100 mcg per day). (2.2)

------------DOSAGE FORMS AND STRENGTHS------------
Nasal spray: 50 mcg of fluticasone propionate in each 100-mg spray. (3)

------------CONTRAINDICATIONS------------
Hypersensitivity to any ingredient. (4)

------------WARNINGS AND PRECAUTIONS------------
• Epistaxis, nasal ulceration, Candida albicans infection, nasal septal perforation, and impaired wound healing. Monitor patients periodically for signs of adverse effects on the nasal mucosa. Avoid use in patients with nasal ulcers, nasal surgery, or nasal trauma. (5.1)

• Close monitoring for glaucoma and cataracts is warranted. (5.2)
• Hypersensitivity reactions (e.g., anaphylaxis, angioedema, urticaria, contact dermatitis, and rash) have been reported after administration of fluticasone propionate nasal spray. Discontinue fluticasone propionate nasal spray if such reactions occur. (5.3)
• Potential worsening of infections (e.g., existing tuberculosis; fungal, bacterial, viral, or parasitic infection; ocular herpes simplex). Use with caution in patients with these infections. More serious or even fatal course of chickenpox or measles can occur in susceptible patients. (5.4)
• Hypercorticism and adrenal suppression may occur with very high dosages or at the regular dosage in susceptible individuals. If such changes occur, discontinue fluticasone propionate nasal spray slowly. (5.5)
• Monitor growth of pediatric patients. (5.7)

------------ADVERSE REACTIONS------------
The most common adverse reactions (>3%) are headache, pharyngitis, epistaxis, nasal burning/nasal irritation, nausea/vomiting, asthma symptoms, and cough. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Apotex Corp. at 1-800-706-5575 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

------------DRUG INTERACTIONS------------
Strong cytochrome P450 3A4 inhibitors (e.g., ritonavir, ketoconazole): Not recommended. May increase risk of systemic corticosteroid effects. (7.1)

------------USE IN SPECIFIC POPULATIONS------------
Hepatic impairment: Monitor patients for signs of increased drug exposure. (8.6)

See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.
Revised: 12/2015

## FULL PRESCRIBING INFORMATION: CONTENTS*
1   INDICATIONS AND USAGE
2   DOSAGE AND ADMINISTRATION
2.1   Adults
2.2   Adolescents and Children (Aged 4 Years and Older)
3   DOSAGE FORMS AND STRENGTHS
4   CONTRAINDICATIONS
5   WARNINGS AND PRECAUTIONS
5.1   Local Nasal Effects
5.2   Glaucoma and Cataracts
5.3   Hypersensitivity Reactions including Anaphylaxis
5.4   Immunosuppression
5.5   Hypercorticism and Adrenal Suppression
5.6   Drug Interactions with Strong Cytochrome P450 3A4 Inhibitors
5.7   Effect on Growth
6   ADVERSE REACTIONS
6.1   Clinical Trials Experience
6.2   Postmarketing Experience
7   DRUG INTERACTIONS
7.1   Inhibitors of Cytochrome P450 3A4
8   USE IN SPECIFIC POPULATIONS
8.1   Pregnancy
8.3   Nursing Mothers
8.4   Pediatric Use
8.5   Geriatric Use
8.6   Hepatic Impairment
8.7   Renal Impairment
10   OVERDOSAGE
11   DESCRIPTION
12   CLINICAL PHARMACOLOGY
12.1   Mechanism of Action
12.2   Pharmacodynamics
12.3   Pharmacokinetics
13   NONCLINICAL TOXICOLOGY
13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
14   CLINICAL STUDIES
16   HOW SUPPLIED/STORAGE AND HANDLING
17   PATIENT COUNSELING INFORMATION

*Sections or subsections omitted from the full prescribing information are not listed.

## FULL PRESCRIBING INFORMATION

### 1   INDICATIONS AND USAGE

Fluticasone propionate nasal spray, USP is indicated for the management of the nasal symptoms of perennial nonallergic rhinitis in adult and pediatric patients aged 4 years and older.

### 2   DOSAGE AND ADMINISTRATION

Administer Fluticasone propionate nasal spray by the intranasal route only. Prime fluticasone propionate nasal spray before using for the first time or after a period of non-use (1 week or more) by shaking the contents well and releasing 6 sprays into the air away from the face. Shake fluticasone propionate nasal spray gently before each use.

Patients should use fluticasone propionate nasal spray at regular intervals since its effectiveness depends on its regular use. Maximum effect may take several days and individual patients will experience a variable time to onset and different degree of symptom relief.

#### 2.1   Adults

The recommended starting dosage in adults is 2 sprays (50 mcg of fluticasone propionate each) in each nostril once daily (total daily dose, 200 mcg). The same total daily dose, 1 spray in each nostril administered twice daily (e.g., 8 a.m. and 8 p.m.) is also effective. After the first few days, patients may be able to reduce their dose to 1 spray in each nostril once daily for maintenance therapy.

Maximum total daily doses should not exceed 2 sprays in each nostril (total dose, 200 mcg/day). There is no evidence that exceeding the recommended dose is more effective.

#### 2.2   Adolescents and Children (Aged 4 Years and Older)

The recommended starting dosage in adolescents and children, aged 4 years and older is 1 spray in each nostril once daily (total daily dose, 100 mcg). Patients not adequately responding to 1 spray in each nostril may use 2 sprays in each nostril once daily (total daily dose, 200 mcg). Once adequate control is achieved, the dosage should be decreased to 1 spray in each nostril once daily.

The maximum total daily dosage should not exceed 2 sprays in each nostril (200 mcg/day). There is no evidence that exceeding the recommended dose is more effective.

### 3   DOSAGE FORMS AND STRENGTHS

Fluticasone propionate nasal spray, USP is a nasal spray suspension. Each 100-mg spray delivers 50 mcg of fluticasone propionate.

### 4   CONTRAINDICATIONS

Fluticasone propionate nasal spray is contraindicated in patients with hypersensitivity to any of its ingredients [see Warnings and Precautions (5.3), Description (11)].

### 5   WARNINGS AND PRECAUTIONS

#### 5.1   Local Nasal Effects

In clinical trials of 2 to 26 weeks' duration, epistaxis was observed more frequently in subjects treated with fluticasone propionate nasal spray than those who received placebo [see Adverse Reactions (6.1)].

**Nasal Ulceration**
Postmarketing cases of nasal ulceration have been reported in patients treated with fluticasone propionate nasal spray [see Adverse Reactions (6.2)].

**Candida Infection**
In clinical trials with fluticasone propionate administered intranasally, the development of localized infections of the nose and pharynx with Candida albicans has occurred. When such an infection develops, it may require treatment with appropriate local therapy and discontinuation of fluticasone propionate nasal spray. Patients using fluticasone propionate nasal spray over several months or longer should be examined periodically for evidence of Candida infection or other signs of adverse effects on the nasal mucosa.

**Nasal Septal Perforation**
Postmarketing cases of nasal septal perforation have been reported in patients treated with fluticasone propionate nasal spray [see Adverse Reactions (6.2)].

**Impaired Wound Healing**
Because of the inhibitory effect of corticosteroids on wound healing, patients who have experienced recent nasal ulcers, nasal surgery, or nasal trauma should avoid using fluticasone propionate nasal spray until healing has occurred.

#### 5.2   Glaucoma and Cataracts
Use of intranasal and inhaled corticosteroids may result in the development of glaucoma and/or cataracts. Therefore, close monitoring is warranted in patients with a change in vision or with a history of increased intraocular pressure, glaucoma, and/or cataracts.

#### 5.3   Hypersensitivity Reactions including Anaphylaxis
Hypersensitivity reactions (e.g., anaphylaxis, angioedema, urticaria, contact dermatitis, and rash) have been reported after administration of fluticasone propionate nasal spray. Discontinue fluticasone propionate nasal spray if such reactions occur [see Contraindications (4)]. Rarely, immediate hypersensitivity reactions may occur after the administration of fluticasone propionate nasal spray.

#### 5.4   Immunosuppression
Persons who are using drugs that suppress the immune system are more susceptible to infections than healthy individuals. Chickenpox and measles, for example, can have a more serious or even fatal course in susceptible children or adults using corticosteroids. In such children or adults who have not had these diseases or been properly immunized, particular care should be taken to avoid exposure. How the dose, route, and duration of corticosteroid administration affect the risk of developing a disseminated infection is not known. The contribution of the underlying disease and/or prior corticosteroid treatment to the risk is also not known. If a patient is exposed to chickenpox, prophylaxis with varicella zoster immune globulin (VZIG) may be indicated. If a patient is exposed to measles, prophylaxis with pooled intramuscular immunoglobulin (IG) may be indicated. (See the complete prescribing information for VZIG and IG.) If chickenpox develops, treatment with antiviral agents may be considered.

Intranasal corticosteroids should be used with caution, if at all, in patients with active or quiescent tuberculosis infections of the respiratory tract; systemic fungal, bacterial, viral, or parasitic infections; or ocular herpes simplex.

#### 5.5   Hypercorticism and Adrenal Suppression
When intranasal corticosteroids are used at higher than recommended dosages or in susceptible individuals at recommended dosages, systemic corticosteroid effects such as hypercorticism and adrenal suppression may appear. If such changes occur, the dosage of fluticasone propionate nasal spray should be discontinued slowly consistent with accepted procedures for discontinuing oral corticosteroid therapy.

The replacement of a systemic corticosteroid with a topical corticosteroid can be accompanied by signs of adrenal insufficiency. In addition, some patients may experience symptoms of corticosteroid withdrawal (e.g., joint and/or muscular pain, lassitude, depression). Patients previously treated for prolonged periods with systemic corticosteroids and transferred to topical corticosteroids should be carefully monitored for acute adrenal insufficiency in response to stress. In patients who have asthma or other clinical conditions requiring long-term systemic corticosteroid treatment, rapid decreases in systemic corticosteroid dosages may cause a severe exacerbation of their symptoms.

#### 5.6   Drug Interactions with Strong Cytochrome P450 3A4 Inhibitors
The use of strong cytochrome P450 3A4 (CYP3A4) inhibitors (e.g., ritonavir, atazanavir, clarithromycin, indinavir, itraconazole, nefazodone, nelfinavir, saquinavir, ketoconazole, telithromycin, conivaptan, lopinavir, nefazodone, voriconazole) with fluticasone propionate nasal spray is not recommended because increased systemic corticosteroid adverse effects may occur [see Drug Interactions (7.1) Clinical Pharmacology (12.3)].

#### 5.7   Effect on Growth
Intranasal corticosteroids may cause a reduction in growth velocity when administered to pediatric patients [see Use in Specific Populations (8.4)]. Monitor the growth routinely of pediatric patients receiving fluticasone propionate nasal spray. To minimize the systemic effects of intranasal corticosteroids, including fluticasone propionate nasal spray, titrate each patient's dose to the lowest dosage that effectively controls his/her symptoms [see Dosage and Administration (2), Use in Specific Populations (8.4)].

### 6   ADVERSE REACTIONS

Systemic and local corticosteroid use may result in the following:

• Epistaxis, nasal ulceration, Candida albicans infection, nasal septal perforation, and impaired wound healing [see Warnings and Precautions (5.1)]
• Cataracts and glaucoma [see Warnings and Precautions (5.2)]
• Immunosuppression [see Warnings and Precautions (5.4)]
• Hypercorticism and adrenal suppression [see Warnings and Precautions (5.5)]
• Effect on growth [see Warnings and Precautions (5.7)]

All used AGence And to Fabucated SMI Portrates And This culd Also
Fabucated Other SMI Portrates iR conPured Druluscove to.
ARS-31-201-01 to Haun the Inmates REPUTATION



# ARIZONA DEPARTMENT OF CORRECTIONS

### Refusal to Submit to Treatment

| SERVICE BEING REFUSED | RELATED TO DIAGNOSIS OR PROCEDURE |
|---|---|
| ☐ Medication* | |
| ☐ Diet** | |
| ☐ Lab | |
| ☐ Imaging Study | |
| ☐ Medical treatment/assessment | |
| ☐ Mental Health treatment/assessment | |
| ☐ Dental treatment/assessment | |
| ☐ Other (Describe) _Not 'SMI'_ | |

I have been informed and understand that the consequences of my refusal, if any, could lead to increased pain, worsening of my condition, or other consequences, up to and including death. I assume full responsibility for the risks and consequences of this refusal and release the State of Arizona, the Arizona Department of Corrections, and all of its employees from any and all liability for these risks and consequences.

I also understand that this refusal does not prevent me from seeking the above treatment of services in the future.

| INMATE SIGNATURE | INITIALS | TIME | DATE (mm/dd/yyyy) |
|---|---|---|---|
| _Wesley D Cebula_ | 13C | 14:55 | 3/16/2021 |
| HEALTH STAFF NAME (Last, First M.I.) (Please print/Stamp) _CHAU, R._ | TITLE _Psych Associate_ | | |
| SIGNATURE | TIME 14:56 | DATE (mm/dd/yyyy) 3/16/2021 | |

I hereby acknowledge that the above-named inmate refused the treatment/assessment/medication checked above in my presence and refused to sign this form.

| HEALTH STAFF NAME (Last, First M.I.) (Please print/Stamp) | TITLE | |
|---|---|---|
| SIGNATURE | TIME | DATE (mm/dd/yyyy) |
| WITNESS NAME (Last, First M.I.) (Please print/Stamp) | TIME | DATE (mm/dd/yyyy) |
| SIGNATURE (Health or Custody staff) | TIME | DATE (mm/dd/yyyy) |

*AFTER THREE CONSECUTIVE DOSES OF ANY SPECIFIC MEDICATION ARE REFUSED, QHCP EDUCATION IS REQUIRED.
** AFTER A PRESCRIBED DIET IS REFUSED FOR THREE CONSECUTIVE DAYS, QHCP EDUCATION IS REQUIRED.

QHCP: Physicians, Physician Assistants, Dentists, Nurses, Nurse Practitioners, Mental Health Professionals, and others, who by virtue of their education credentials/license.
and experience are permitted by law to evaluate and care for patients.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| _Colorado Wesley D_ | 216510 |
| DATE OF BIRTH (mm/dd/yyyy) _2/17/1980_ | INSTITUTION/UNIT _RINCON II_ |

**SECTION 3, CONSENTS/REFUSALS**

1101-4Draft
10/29/18

ARIZONA DEPARTMENT OF CORRECTIONS

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

☐ Dental examination
☐ Nursing assessment
☐ Mental Health assessment/treatment
☐ Medical Provider evaluation
☐ Emergency assessment for

☐ Outside medical appointment
☐ NPO/PREP for _____
☐ Other _____

**Treatment**  *(Check box and specify)*

☐ Dental procedure _____
☐ Nursing procedure _____
☐ Medical procedure _____
☐ Medication _____
_____
☐ Injection _____
☐ Emergency treatment _____
☐ Lab   ☐ X-ray

Related to (diagnosis or procedure) _____

**Consequences of Refusal**  *(Check all that might apply)*

☐ Pain
☐ Stomach (GI) Distress
☐ Infection
☐ Permanent loss of mobility
☐ Stroke and/or Heart attack
☐ Irreversible coma
☐ Death
☐ Inability to fully evaluate, treat or diagnosis
☐ Other _____

☐ Worsening of this disease
☐ Permanent loss of control:   Bowel and/or Bladder
☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
☐ Loss of sense(s): *(please circle)*
     hearing   sight   touch   taste   smell
☐ Impaired skin integrity: *(bed sores, scars, etc.)*
☐ Loss of body part(s) *(specify)* _____
☐ Deterioration of Mental Status

☐ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☐ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☐ It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

☐ REASON FOR REFUSAL: _"I am not mentally ill"_

| Inmate Signature | Initials  TTC | Date  3.22.17 | Time  0935 |
|---|---|---|---|
| Witness's Signature | | Date  3/22/2017 | Time  0935 |
| Witness's Signature *(Needed if inmate refuses to sign form)* | | Date | Time |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Colorado | 216510 |
| Date of Birth | Facility/Unit  ASR-E/SMU-1 |

1101-4
2/6/07

ARIZONA DEPARTMENT OF CORRECTIONS

**Refusal to Submit to Treatment**

I have been advised that it is necessary for me to undergo the following:

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for

_____

- [ ] Outside medical appointment
- [ ] NPO/PREP for _____
- [x] Other _Individual Counseling_

**Treatment** *(Check box and specify)*

- [ ] Dental procedure _____
- [ ] Nursing procedure _____
- [ ] Medical procedure _____
- [ ] Medication _____
  _____
- [ ] Injection _____
- [ ] Emergency treatment _____
- [ ] Lab   [ ] X-ray

**Related to (diagnosis or procedure)**

_____

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] Stroke and/or Heart attack
- [ ] Irreversible coma
- [ ] Death
- [ ] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [ ] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
      hearing   sight   touch   taste   smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc.)*
- [ ] Loss of body part(s) *(specify)* _____
- [ ] Deterioration of Mental Status

_____

- [ ] Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

- [ ] ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

- [ ] It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

- [x] **REASON FOR REFUSAL:** _I'm Not Mentaly Ill_

| | | |
|---|---|---|
| Inmate Signature _X Livvy B Calvery_ | Initials X BC | Date X X 20 17 Time X 1655 |
| Witness's Signature _S. Stein Associate_ | Date 4/20/2017 | Time 1655 |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date | Time |

**INSTRUCTIONS:** Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, **check ALL areas which might apply** as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Colorado | 216510 |
| Date of Birth | Facility/Unit ASPC-E/Meadows |

1101-4
2/6/07

**ARIZONA DEPARTMENT OF CORRECTIONS**

Refusal to Submit to Treatment

---

**I have been advised that it is necessary for me to undergo the following:**

Evaluation

- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☐ Medical Provider evaluation
- ☐ Emergency assessment for

___ Outside medical appointment
___ NPO/PREP for
___ Other

Treatment *(Check box and specify)*

- ☐ Dental procedure
- ☐ Nursing procedure
- ☐ Medical procedure
- ☐ Medication

- ☐ Injection
- ☐ Emergency treatment
- ☐ Lab    ☐ X-ray

---

Related to (diagnosis or procedure)

---

**Consequences of Refusal** *(Check all that might apply)*

- ☐ Pain
- ☐ Stomach (GI) Distress
- ☐ Infection
- ☐ Permanent loss of mobility
- **Stroke and/or Heart attack**
- **Irreversible coma**
- **Death**
- ☐ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☐ Worsening of this disease
- ☐ Permanent loss of control:   Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- Loss of sense(s):  *(please circle)*
    hearing    sight    touch    taste    smell
- Impaired skin integrity:  *(bed sores, scars, etc.,)*
- Loss of body part(s) *(specify)*
- Deterioration of Mental Status

---

Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

✓ REASON FOR REFUSAL: "Because I'm not SMI"

| Inmate Signature | Initials X BC | Date X 5.16.17 | Time X 2:45 |
|---|---|---|---|
| Witness's Signature | | Date | Time |
| Witness's Signature *(Needed if inmate refuses to sign)* | | Date | Time |

| INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff. | Inmate Name *(Last, First M.I.)* Colvado | ADC Number 216510 |
|---|---|---|
| | Date of Birth | Facility/Unit ASPC-E/SMU-1 |

SECTION 3, CONSENTS/REFUSALS

1101-4
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Refusal to Submit to Treatment

**I have been advised that it is necessary for me to undergo the following:**

**Evaluation**

- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☐ Medical Provider evaluation
- ☐ Emergency assessment for

___ Outside medical appointment
___ NPO/PREP for
___ Other

**Treatment** *(Check box and specify)*

- ☐ Dental procedure
- ☐ Nursing procedure
- ☐ Medical procedure
- ☐ Medication

- ☐ Injection
- ☐ Emergency treatment
- ☐ Lab    ☐ X-ray

Related to (diagnosis or procedure)

**Consequences of Refusal** *(Check all that might apply)*

- ☐ Pain
- ☐ Stomach (GI) Distress
- ☐ Infection
- ☐ Permanent loss of mobility
- ☐ **Stroke and/or Heart attack**
- ☐ **Irreversible coma**
- ☐ **Death**
- ☐ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☐ Worsening of this disease
- ☐ Permanent loss of control:   Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- ☐ Loss of sense(s): *(please circle)*
       hearing    sight    touch    taste    smell
- ☐ Impaired skin integrity: *(bed sores, scars, etc.,)*
- ☐ Loss of body part(s) *(specify)*
- ☐ Deterioration of Mental Status

Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

REASON FOR REFUSAL: _Not SMI All Fabricated, Fuvslad_

| | | | |
|---|---|---|---|
| Inmate Signature | Initials _BC_ | Date _6.18.17_ | Time _9/17_ |
| Witness's Signature | Date _6/15/2017_ | Time _0911_ | |
| | S. Stein | | |
| | Psych Associate | | |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date | Time | |

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check **ALL areas which might apply** as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| _Colorado_ | _216510_ |
| Date of Birth | Facility/Unit _ASPC-E/Meadows_ |

**SECTION 3, CONSENTS/REFUSALS**

1101-4
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Refusal to Submit to Treatment**

---

**I have been advised that it is necessary for me to undergo the following:**

**Evaluation**

- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☐ Medical Provider evaluation
- ☐ Emergency assessment for

Outside medical appointment
NPO/PREP for
Other

**Treatment** *(Check box and specify)*

- ☐ Dental procedure
- ☐ Nursing procedure
- ☐ Medical procedure
- ☐ Medication

- ☐ Injection
- ☐ Emergency treatment
- ☐ Lab     ☐ X-ray

---

**Related to (diagnosis or procedure)**

---

**Consequences of Refusal** *(Check all that might apply)*

- ☐ Pain
- ☐ Stomach (GI) Distress
- ☐ Infection
- ☐ Permanent loss of mobility
- ☐ **Stroke and/or Heart attack**
- ☐ **Irreversible coma**
- ☐ **Death**
- ☐ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☐ Worsening of this disease
- ☐ Permanent loss of control:   Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- ☐ Loss of sense(s): *(please circle)*
       hearing    sight    touch    taste    smell
- ☐ Impaired skin integrity: *(bed sores, scars, etc..)*
- ☐ Loss of body part(s) *(specify)*
- ☐ Deterioration of Mental Status

---

Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

REASON FOR REFUSAL: _"No longer mentally ill"_

| Inmate Signature X _Nancy Medina_ | Initials X BC | Date X 7/12/17 | Time X 7:40 |
|---|---|---|---|
| Witness's Signature _Aleri__ | Date 7-12-2017 | Time 0735 | |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date | Time | |

---

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, check ALL areas which might apply as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)* Colorado | ADC Number 216511 |
|---|---|
| Date of Birth | Facility/Unit ASPC-E/KMU-1 |

SECTION 3, CONSENTS/REFUSALS

1101-4
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Refusal to Submit to Treatment**

**I have been advised that it is necessary for me to undergo the following:**

Evaluation

- ☐ Dental examination
- ☐ Nursing assessment
- ☐ Mental Health assessment/treatment
- ☐ Medical Provider evaluation
- ☐ Emergency assessment for ____

____ Outside medical appointment
____ NPO/PREP for ____
____ Other ____

Treatment *(Check box and specify)*

- ☐ Dental procedure ____
- ☐ Nursing procedure ____
- ☐ Medical procedure ____
- ☐ Medication ____

- ☐ Injection ____
- ☐ Emergency treatment ____
- ☐ Lab   | ☐ X-ray

**Related to (diagnosis or procedure)** ____

**Consequences of Refusal** *(Check all that might apply)*

- ☐ Pain
- ☐ Stomach (GI) Distress
- ☐ Infection
- ☐ Permanent loss of mobility
- ☐ **Stroke and/or Heart attack**
- ☐ **Irreversible coma**
- ☐ **Death**
- ☐ Inability to fully evaluate, treat or diagnosis
- ☐ Other

- ☐ Worsening of this disease
- ☐ Permanent loss of control:   Bowel and/or Bladder
- ☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- ☐ Loss of sense(s): *(please circle)*
       hearing    sight    touch    taste    smell
- ☐ Impaired skin integrity: *(bed sores, scars, etc..)*
- ☐ Loss of body part(s) *(specify)* ____
- ☐ Deterioration of Mental Status

____ Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

REASON FOR REFUSAL:   "I am not SMI"

| Inmate Signature _Shirley D Colada 88 DC_ | Initials X DC | Date X 8.10.17 | Time X 1008 |
|---|---|---|---|
| Witness's Signature | Date 8/16/2017 | | Time 1008 |
| S. Stern ____ Associate | | | |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date | | Time |

INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, **check ALL areas which might apply** as a consequence of refusing. Consequences not listed can be written in the blank lines marked "OTHER". Complete a SOAP note documenting all education given to the inmate. IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC staff.

| Inmate Name *(Last, First M.I.)* Colorado | ADC Number 216510 |
|---|---|
| Date of Birth | Facility/Unit ASPC-E/SMU-1 |

SECTION 3, CONSENTS/REFUSALS

1101-4
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Refusal to Submit to Treatment**

**I have been advised that it is necessary for me to undergo the following:**

**Evaluation**

- [ ] Dental examination
- [ ] Nursing assessment
- [ ] Mental Health assessment/treatment
- [ ] Medical Provider evaluation
- [ ] Emergency assessment for

- [ ] Outside medical appointment
- [ ] NPO/PREP for
- [ ] Other

**Treatment** *(Check box and specify)*

- [ ] Dental procedure
- [ ] Nursing procedure
- [ ] Medical procedure
- [ ] Medication

- [ ] Injection
- [ ] Emergency treatment
- [ ] Lab      [ ] X-ray

---

**Related to (diagnosis or procedure)**

---

**Consequences of Refusal** *(Check all that might apply)*

- [ ] Pain
- [ ] Stomach (GI) Distress
- [ ] Infection
- [ ] Permanent loss of mobility
- [ ] **Stroke and/or Heart attack**
- [ ] **Irreversible coma**
- [ ] **Death**
- [ ] Inability to fully evaluate, treat or diagnosis
- [ ] Other

- [ ] Worsening of this disease
- [ ] Permanent loss of control:   Bowel and/or Bladder
- [ ] Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*
- [ ] Loss of sense(s): *(please circle)*
       hearing   sight   touch   taste   smell
- [ ] Impaired skin integrity: *(bed sores, scars, etc.)*
- [ ] Loss of body part(s) *(specify)*
- [ ] Deterioration of Mental Status

---

Patient education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

It has been fully explained to me the effect and nature of this treatment.  Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment.  I assume full responsibility for the risks and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences.  I also understand, however, that if at any time I change my mind, I may seek treatment again.

REASON FOR REFUSAL:   _Per Alex Staff Member_

| Inmate Signature  X *Brandon P Colorado* | Initials  X *BC* | Date  X *104.17* | Time  X *2017* |
|---|---|---|---|
| Witness's Signature | Date | | Time |
| Witness's Signature *(Needed if inmate refuses to sign)* | Date | | Time |

INSTRUCTIONS:  Make a checkmark in the box or boxes which apply to the refusal.  Where there are choices, circle the most appropriate answer.  If none of the choices or boxes are appropriate, write in the OTHER the reason which applies.  Under the consequences section, **check ALL areas which might apply** as a consequence of refusing.  Consequences not listed can be written in the blank lines marked "OTHER".  Complete a SOAP note documenting all education given to the inmate.  IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A.  A single witness is needed unless I/M refuses to sign form, then two witnesses are needed.  The second witness may be non-medica ADC staff.

| Inmate Name *(Last, First M.I.)* *Colorado* | ADC Number *216510* |
|---|---|
| Date of Birth | Facility/Unit *ASPC-E/Meadows* |

SECTION 3, CONSENTS/REFUSALS

1101-4
12/19/12