**ARIZONA DEPARTMENT OF CORRECTIONS**
**Inmate Letter Response**

*For distribution: Copy of corresponding Inmate Letter must be attached to this response.*

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Brandon | 216510 |
| Institution/Unit: ASPC - EYMAN - SMU-1 | HOUSING LOCATION: 3-B-13 |
| From: D. Tucker, Librarian II | Unit Location: SMU-1 Resource Center |

**FORMS: ( SHADING INDICATES WHICH FORMS ARE ATTACHED) LIMIT 1**

- [ ] PARA-LEGAL FORM ATTACHED (902-1P)
- [ ] SOLICITUD DE PRESO PARA AYUDA FORM ATTACHED (902-1PS)
- [ ] QUALIFIED LEGAL COPIES FORM ATTACHED (902-2P)
- [ ] NON-QUALIFIED LEGAL COPIES FORM ATTACHED (902-7)
- [ ] LEGAL SUPPLY FORM ATTACHED (D.O. 902.09)
- [ ] ADDITIONAL LEGAL SUPPLY FORM ATTACHED (D.O. 902.09)
- [ ] E-FILING FORM ATTACHED (FEDERAL DISTRICT COURT ONLY)

Also I beleve That An Inmate Had Pulled An Inmate Letter with the Mental Health Clistitr For the Property Return but I Didnt

**LEGAL RESOURCE/POLICY# BEING CHECKED OUT : ( RESOURCES LISTED WILL BE DELIVERED ON) WINGS 1 & 2 ON WEDNESDAYS & WINGS 3 & 4 ON THURSDAYS**

| | | |
|---|---|---|
| 1. Title: | 40543 | DO 909 INMATE PROPERTY |
| 2. Title: | 40400 | DO 914 INMATE MAIL |
| 1. Alternate: | | YOUR REQUEST WAS RECEIVED LATE - TO BE DELIVERED NEXT WEEK |
| YOU HAVE BEEN SCHEDULED FOR PICK UP ON: | | |

10.14.17 Got to SMU 2 of SET UP IN

**MAKE SURE YOU HAVE FILLED OUT THE ATTACHED FORMS COMPLETELY AND HAVE THEM READY WITH YOUR DOCUMENTS BEFORE I COME TO PICK THEM UP.**

**Notary or Copies Picked-Up with incomplete paperwork shall be returned unprocessed..**

**YOU HAVE BEEN SCHEDULED FOR PICK UP FOR:**

- [ ] NON-QUALIFY COPY PICK-UP (A completed Money Withdrawal and Non-Qualified Copy Request is required)
- [ ] QUALIFY COPY PICK-UP FOR PARALEGAL APPROVAL. (A completed Money Withdrawal and Qualified Copy Request is required )
- [ ] E-FILE PICK-UP (A completed Request/Authorization for Electronic Filing is required)
- [ ] NOTARY PICK-UP FOR PARALEGAL APPROVAL. (A completed Money Withdrawal and Qualified Copy Request is required even if you do not need copies)

**D.O 902 LEGAL FORMS PACKETS ATTACHED B:**
Shading Of Number Indicates Which Court Form Are Attached (Limit 2 )

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 14 | 15 | | | | | | | | | |

| | | | |
|---|---|---|---|
| Court Form Sent | | | |
| Court Form Sent | | | |
| Court Form Sent | | | |
| Court Form Sent | | | |
| Court Form Sent | | | |

**Other Response**

**THIS IS A RESPONSE TO YOUR REQUEST** DO NOT USE THIS TO REQUEST ANY FORMS.ANY REQUEST SENT WITH THIS RESPONSE WILL NOT BE PROCESSED!!!!

Staff Signature

Date 1/19/2018

WHY was my Property Gone This Long And That other Le Gel WORK to WAS MISSING too

Distribution: Original - Central Office Master File; Copy - Inmate; Copy - Institutional File

916-2
5/13/2010

They Took some of my JUV Records That WAY I could not do A Full Disclusur of They went off Documents And Fabricated The Illegal conviction And of what The Agreement was of The Testimony Exchange to Point the Finger And etc. 2x The FBI Said who do I work For How Stand I Work For Nobody.

FINALIZED

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Property Inventory**

*Use the Inmate Property Inventory Supplement, Form #909-1P for additional property.*

*P = Personal Property S = State Issue*

| INMATE NAME (Last, First M.I.) | ADC NUMBER | DATE |
|---|---|---|
| [illegible] | [illegible] | 5/1/16 |

| LOCATION | TRANSFER FROM | TRANSFER TO |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

REASON(S) FOR INVENTORY

☐ Contraband ☐ Court ☐ Movement ☐ Not Registered ☐ Hospital ☐ Other

| QUANTITY | PROPERTY DESCRIPTION APPLIANCES (Make, Model, Serial #, Color, etc.) | *P/S | CONDITION | SENDING | RECEIVING |
|---|---|---|---|---|---|
| | Television | | | | |
| 1 | Radio LAMP | P | Working | | |
| | Stereo | | | | |
| | Typewriter | | | | |
| | Headphone/Earphones | | | | |
| | Other Appliances | | | | |
| | Jewelry (Complete Description) | | | | |
| | Ring | | | | |
| | Religious Medallion | | | | |
| | Watch | | | | |
| | Other Jewelry | | | | |

COMMENTS [illegible]

| PROPERTY RELEASED TO | RECEIVED BY |
|---|---|
| | [illegible] |

| INVENTORIED BY (CO #1) | INVENTORIED BY (CO #2) |
|---|---|
| [signature] | [illegible] |

I certify that I have witnessed the inventory of my personal property and that the inventory is a true and accurate accounting of my personal property and the condition thereof, and that no item on this inventory is valued in excess of limits stated in the authorized inmate property list.

| INMATE'S SIGNATURE | DATE SENT |
|---|---|
| | |

| INMATE'S SIGNATURE | DATE RECEIVED |
|---|---|
| [signature] | [illegible] |

Distribution: White – Property File
Canary – Sending Unit
Pink – Inmate

1 of 1 FINALIZED

909-4
5/30/13

FINALIZED

ADC

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Property Inventory Supplement**

*Use the Inmate Property Inventory Supplement, Form #909-1P for additional property.*

*P = Personal Property* *S = State Issue*

| INMATE NAME *(Last, First M.I.)* | ADC NUMBER | INSTITUTION/FACILITY |
|---|---|---|
| Colorado | 216516 | [illegible] |

| TRANSFER FROM: | TO: |
|---|---|
| [illegible] | [illegible] |

FINALIZED

| QUANTITY | PROPERTY DESCRIPTION | P/S | CONDITION | SENDING | RECEIVING |
|---|---|---|---|---|---|
| 1 | [illegible] | | | | |
| 1 | [illegible] | | | | |
| 1 | [illegible] | | | | |
| 1 | [illegible] | | | | |
| 1 | [illegible] | | | | |
| 1 | [illegible] | | | | |
| 2 | [illegible] | | | | |
| | [illegible] | | | | |
| | [illegible] | | | | |
| | [illegible] | | | | |
| | [illegible] | | | | |
| | [illegible] | | | | |
| | [illegible] | | | | |
| | [illegible] | | | | |
| 1 | [illegible] | | | | |
| 1 | [illegible] | | | | |
| 1 | [illegible] | | | | |
| 1 | [illegible] | | | | |
| | [illegible] | | | | |
| | [illegible] | | | | |

COMMENTS

| INVENTORIED BY | DATE 5/1/18 |
|---|---|
| INMATE SIGNATURE *(Sending)* [signature] | DATE |
| INMATE SIGNATURE *(Receiving)* [signature] | DATE |

Distribution: White – Property File
Canary – Sending Unit

__ of __ FINALIZED

909-1
5/30/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Property Inventory**

3-B-13

*Use the Inmate Property Inventory Supplement, Form #909-1P for additional property.*

*P = Personal Property S = State Issue*

| INMATE NAME *(Last, First M.I.)* | ADC NUMBER | DATE |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

| LOCATION | TRANSFER FROM | TRANSFER TO |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

REASON(S) FOR INVENTORY

☐ Contraband ☐ Court ☐ Movement ☐ Not Registered ☐ Hospital ☐ Other ______

| QUANTITY | PROPERTY DESCRIPTION APPLIANCES *(Make, Model, Serial #, Color, etc.)* | *P/S | CONDITION | SENDING | RECEIVING |
|---|---|---|---|---|---|
| | Television | | | | |
| | Radio | | | | |
| | Stereo | | | | |
| | Typewriter | | | | |
| | Headphone/Earphones | | | | |
| 1 | Other Appliances [illegible] | P | [illegible] | | [illegible] |
| | Jewelry *(Complete Description)* | | | | |
| | Ring | | | | |
| | Religious Medallion | | | | |
| | Watch | | | | |
| | Other Jewelry | | | | |

COMMENTS

Harris / Freeland

| PROPERTY RELEASED TO | RECEIVED BY |
|---|---|
| | |

| INVENTORIED BY *(CO #1)* | INVENTORIED BY *(CO #2)* |
|---|---|
| [illegible] | [illegible] |

I certify that I have witnessed the inventory of my personal property and that the inventory is a true and accurate accounting of my personal property and the condition thereof, and that no item on this inventory is valued in excess of limits stated in the authorized inmate property list.

| INMATE'S SIGNATURE | DATE SENT |
|---|---|
| | |

| INMATE'S SIGNATURE | DATE RECEIVED |
|---|---|
| [signature] | 1.12.18 |

Distribution: White – Property File
Canary – Sending Unit
Pink – Inmate

1 of 4

TRICKED

909-4
5/30/13

MISSING some Legal Work

ADC CORRECTIONS

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Property Inventory Supplement**

*Use the Inmate Property Inventory Supplement, Form #909-1P for additional property.*

*P = Personal Property* *S = State Issue*

| INMATE NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/FACILITY |
|---|---|---|
| Colorado | [illegible] | [illegible] |

| TRANSFER FROM: | TO: |
|---|---|
| Meadows | [illegible] |

| QUANTITY | PROPERTY DESCRIPTION | P/S | CONDITION | SENDING | RECEIVING |
|---|---|---|---|---|---|
| 2 1/2 | Personal Paperwork | P | Used | | T |
| 3 | Magazines | P | Used | | T |
| 6 | Books [illegible] | P | Used | | T |
| 12 | [illegible] | P | Used | | T |
| 4 | Cables | P | Used | | T |
| 15 | [illegible] | P | [illegible] | | T |
| [illegible] | Mail Envelopes | P | [illegible] | | T |
| 2 | Manila Envelopes | P | [illegible] | | T |
| 1 | [illegible] | P | Used | | [illegible] |
| 2 | AA Batteries | P | Used | | |
| 2 | hair ties | P | Used | | T |
| 1 | [illegible] | P | Used | | [illegible] |
| 2 | [illegible] | P | Used | | [illegible] |
| 2 | combs | P | Used | | T |
| 3 | Deodorant | P | Used | | T |
| [illegible] | Shampoo | P | Used | | T |
| 2 | Tooth Brush | P | Used | | T |
| [illegible] | [illegible] | P | Used | | T |
| 1 | [illegible] Brush | P | Used | | T |
| 4 | Cassette Tapes | P | Used | | S Total |

COMMENTS

| INVENTORIED BY [illegible] / [illegible] | DATE 10-14-17 |
|---|---|
| INMATE SIGNATURE (Sending) | DATE |
| INMATE SIGNATURE (Receiving) [signature] | DATE 1-11-18 |

Distribution: White – Property File
Canary – Sending Unit

2 of 4

TRICKED

909-1
5/30/13

MISSING [illegible]

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Property Inventory Supplement

Use the Inmate Property Inventory Supplement, Form #909-1P for additional property.

P = Personal Property S = State Issue

| INMATE NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/FACILITY |
|---|---|---|
| Colunga | 216510 | [illegible] |

| TRANSFER FROM: | TO: |
|---|---|
| Meneses | SMU I |

| QUANTITY | PROPERTY DESCRIPTION | P/S | CONDITION | SENDING | RECEIVING |
|---|---|---|---|---|---|
| 1 | [illegible] | P | USED | | I |
| 1 | cotton swabs | P | USED | | I |
| 1 | Partial [illegible] | P | USED | | I |
| 1 | Baby Powder | P | USED | | I |
| 2 | Pencils | P | USED | | Issued |
| 10 | Mayonnaise Packets | P | USED | | I |
| 3 | Juice Packs | P | USED | | I |
| 1 | Combo Lock | P | USED | | I |
| 2 | Pens | P | USED | | I |
| 2 | Highlighter | P | USED | | I |
| 3 | erasers | P | USED | | I |
| 2 | [illegible] Pencils | P | USED | | I |
| 1 | Pencil Sharpener | P | USED | | I |
| 11 | [illegible] | P | USED | | I |
| 1 | [illegible] | P | USED | | I |
| 2 | eye glass cases | P | USED | | I |
| 2 | broken eye glasses | P | USED | | I |
| 1 | eye glasses | P | USED | | I |
| 1 | Cup | P | USED | | I |
| 1 | [illegible] | P | USED | | I |

COMMENTS

| INVENTORIED BY | DATE |
|---|---|
| [illegible] | 10-14-17 |
| INMATE SIGNATURE (Sending) | DATE |
| | |
| INMATE SIGNATURE (Receiving) | DATE |
| [signature] | 1-31-18 |

Distribution: White – Property File
Canary – Sending Unit

3 of 4 TRACKED

909-1
5/30/13

MISSING legal work

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Property Inventory Supplement**

*Use the Inmate Property Inventory Supplement, Form #909-1P for additional property.*

*P = Personal Property* ***S*** *= State Issue*

| INMATE NAME *(Last, First M.I.)* | ADC NUMBER | INSTITUTION/FACILITY |
|---|---|---|
| Colorado | [illegible] | [illegible] |

| TRANSFER FROM: | TO: |
|---|---|
| [illegible] | [illegible] |

| QUANTITY | PROPERTY DESCRIPTION | P/S | CONDITION | SENDING | RECEIVING |
|---|---|---|---|---|---|
| 2 | Rain Deck Shoes | P | Fair | | — |
| 2 | Sox pair | P | Fair | | — |
| 2 | Skull cap | P | Fair | | — |
| 1 | Sweat Shirt | P | Fair | | — |
| 6 | Full pk K.O.P. | P | Fair | | Mailed |
| — | Partial pk K.O.P. | P | Fair | | Mailed |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

COMMENTS

| INVENTORIED BY | DATE |
|---|---|
| [illegible] | 10-14-17 |
| INMATE SIGNATURE *(Sending)* | DATE |
| | |
| INMATE SIGNATURE *(Receiving)* | DATE |
| [illegible signature] | 1-7-18 |

Distribution: White – Property File
Canary – Sending Unit

4 of 4

TRICKED

909-1
5/30/13

Because They Go by FRAUD Scheme And Artifice FORGERY And Obtaining BY FRAUD the STATE Deliberately Busted me And The Detective [illegible] Defendant [illegible] Activity In Issue by Denying It The Government will Entitled to Rebut by showing That The Defendant Has Lied to All Hear of the Detective did too

Because They Go To FRAUD Scheme And Artifice FORGERY And Obtaining BY FRAUD The STATE Introduction of The Illegal Conviction was not an attempt to Impeach The General character For Truthfulness or untruthfulness but Rather A Setup Permissible means of Demonstrating that Colorado Had Lied As Also Suckerd In to Questions And Then The M Health GOV TOOL to Discredit.

Arizona Department of Health Services

October 25, 2001

The Honorable Charl
Coconino County Su
100 East Birch Street
Flagstaff, AZ 86001

RE: Brandon Col
FINAL REP

PRIOR EVALUAT

dated July, 1996, Cor

COERCIVE INTERROGATION And INTERVIEW TECHNIQUES
FALSE CONFESSIONS RESULTING FROM COERCIVE QUESTIONING
IMPROPER witness Interviews Conducted by LAW Enforsement
INDUCTIVE & Deductive Investigative Techniques Used
Complete Forensic REPORTS, Expert witness Testimony. BRADY v. MARYLAND "Created All Evidence"

PROSECUTORIAL MISSCONDUCT
Police COERCION length of the Interrogation; The locations; Its CONTINUITYS.

VOUCHING FOR the CREDIBILITY of witnesses "Looking For People to Fight on their side"

RD

FRAUD SCHEM Practic ALL

HAD TO BE SIMILARITY SITUATED And TO SEEM A CRIME HAD ACCURD AS THEY HAD USED MY JUV RECORDS For The ILLEGAL CONVICTON of JULY 1 AUG 30 of 96 of This open date slot And Filed on It

After thier Littil meeting And conviceing The 4 UGLY Pathilogical Liers For Testimony Exchange And to counter cover every corner constrating the Illegal conviction And to use the M Health GOV TOOL to Discredit And Disbelieve me Then to Bombard me with created Evidence And to Get me in Illegal WAYS to.

And Then to use the M Health GOV tool to Discredity Disbelieve me And to counter with Delusions of Persecution.

FRAUD SCAM PAT...

HAD TO BE SIMILARITY SITUATED And TO SEEM A CRIME HAD ALLURD AS THEY HAD USED MY JUV RECORDS For The ILLEGAL CONVICTON of JULY 1 AUG 30 of 96 of This open date slot And Flled on It

After thier littil meetinG And convincinG The 4 UGLY PathiloGical Liers For TestimonY ExchanGe And to counter cover every corner constructinG the IlleGal convicton And to use the M Health GOV TOOL to Discredit And Disbeleve me Then to Bombard me with created Evidence And to Get me in IlleGal WAYS to.

And Then to use the M Health GOV tool to Discredits Disbeleve me And to counter with Delusions of Persecuton.

• CONFIDENTIAL

• • CONFIDENTIAL • •

CONTAINS CRIMINAL HISTORY INFORMATION

NOT FOR PUBLIC RECORD

SEE THEY ALL READY HAD MY JUV RECORDS TO FEEL UN THE CREATED ILLEGAL CONVICTON AND TO COACH THE 4 PATH

• CONFIDENTIAL

ILLEGAL LDERS FOR A CONVICTON.



HAD TO BE SIMILARITY SITUATED AND TO SEEM A CRIME HAD ACCURED AS THEY HAD USED MY JUV RECORDS For The CREATED ILLEGAL CONVICTON of JULY 1 AUG 30 of 46 of The OPEN date Slot And FIELD on TH And: All This was Cuppressed From the Community to And They Are Trying to use M Health to TRY to Discredit me to.

Along with 1. Ariz LeGal Forms RU 8 RECORDS
And 1. Ariz LeGal Forms RU 8 Form 1 Motion For OPening of Sealed RePorts.
And The C42 CFR Part 2 Records to Sheuten And Discred It me And the Added RED FLAG of DanGerousness As Additinal Factor

# CONFIDENTIAL

All PSYC MED INDUCED

CONTAINS CRIMINAL HISTORY INFORMATION

# NOT FOR PUBLIC RECORD

## SECURITY AND PRIVACY ACT

You are advised that the criminal history record information contained in this report is subject to U.S Department of Justice Regulations 28CFR20, and to the provisions of the Arizona Plan for Security and Privacy of Criminal History Record Information. This information is to be used only for matters pertaining to the defendant's criminal case for which this report was prepared.

In addition, some information contained in this report relative to education and health history is subject to restrictions on dissemination, as imposed by Federal Law.

Coconino County Adult Probation Department



PART TWO

**CONFIDENTIAL** ← SEE They Had my Records And Filed Created in FF All

**FOR DISCLOSURE ONLY TO THE COURT, PROSECUTOR, DEFENSE ATTORNEY, AND OTHER AUTHORIZED CRIMINAL JUSTICE AGENCIES**

---

**CRIMINAL HISTORY:**

**FBI #:** 884975HB9 **SID #:** AZ13421412

**PRIOR RECORD:**

**Convictions**

| Felony: | 4 | Misdemeanor: | 23 | Juvenile: | 12 |
|---|---|---|---|---|---|

**Incarcerations**

| Prison: | 2 | Jail: | 10 | Other: | 0 |
|---|---|---|---|---|---|
| Escapes: | 0 | | | | |

**Supervision**

| Probation: | 2 | Parole: | 2 |
|---|---|---|---|
| Other: | 3 | | |

The defendant and local, state, and national law enforcement agencies document the following police contacts.

**Status of Driver's License:** No driver's license has been issued for this defendant.

**JUVENILE:**

Date: 8-7-1988 GOV FULE POVERTY
Offense: Theft-oth
Location: Flagstaff, AZ
Disposition: 12-30-1988: Transferred to another jurisdiction

Date: 9-25-1988 GOV FULE POVERTY
Offense: Theft oth
Location: Flagstaff, AZ
Disposition: 12-30-1988: Transferred to another jurisdiction

Defendant: Brandon B Colorado
Cause No: CR 2015-00369

Date: 11-18-1995
Offense: SexMinr<15
Location: Flagstaff, AZ
Disposition: 6-6-1996: Adjusted other

Date: 12-18-1995
Offense: MinorConsp
Location: Flagstaff, AZ
Disposition: 6-27-1996: Placed on JIPS

HAD TO BE SIMILARITY SITUATED And to SEEM A CRIME HAD ACCURED AS THEY HAD USED MY JUV RECORDS For The ILLEGAL CONVICTON of JULY 1 AUG 30 of 96 of This OPEN DATE Slot And Filed on It

Date: 1-26-1996
Offense: AggAslt; FalseRptLE
Location: Flagstaff, AZ
Disposition: 6-27-1996: Placed on JIPS

ALL FRAUD SCEAM PRACTIC

Date: 2-28-1996
Offense: Trespass
Location: Flagstaff, AZ
Disposition: 6-27-1996: Placed on JIPS

Date: 1-1-1997
Offense: Escape; SniffVapor; Tobacco
Location: Flagstaff, AZ
Disposition: 4-17-1997: Placed on JIPS [illegible]

Date: 1-24-1997 PSYC MED Induced
Offense: AlcoholMC; Dis Condct; ThreatItGg
Location: Flagstaff, AZ
Disposition: 4-21-1997: Continued on JIPS

Date: 10-22-1997 PSYC MED Induced
Offense: Harassment
Location: Flagstaff, AZ
Disposition: 11-5-1997: Adjusted unfounded complaint

Date: 10-22-1997 PSYC MED Induced
Offense: Prob viol
Location: Coconino County, AZ
Disposition: 11-5-1997: Adjusted unfounded complaint

Date: 1-14-1998
Offense: DVAssltInj; DVIntimidn NeGative Impact From PSYC MEDs
Location: Flagstaff, AZ
Disposition: 2-13-1998: Deferred to adult jurisdiction

Defendant: Brandon B Colorado
Cause No: CR 2015-00369

Date: 12-1-1990
Offense: ArsnUn100+; ArsnUn100+
Location: National Park Service
Disposition: 3-25-1991: Placed on probation Took All The blame

Date: 3-7-1991
Offense: Theft oth; Theft oth
Location: National Park Service
Disposition: 3-25-1991: Placed on probation Fucked up

Date: 3-7-1991
Offense: Assaultoth
Location: National Park Service
Disposition: 5-13-1992: Adjusted other Got Dissmiss

Date: 8-21-1994
Offense: MinorConsp
Location: Flagstaff, AZ
Disposition: 1-31-1995: Adjusted other Got Dissmiss

Date: 1-26-1995
Offense: Dam-100+
Location: Flagstaff, AZ
Disposition: 6-6-1996: Adjusted other Got Dissmiss

Date: 3-1-1995
Offense: Dis Condct
Location: Flagstaff, AZ
Disposition: 6-6-1996: Adjusted other Got Dissmissed

Date: 3-9-1995
Offense: Incorrig
Location: Flagstaff, AZ
Disposition: 11-27-1995: Adjusted other Got Dissmissed

Date: 9-24-1995
Offense: MinorConsp
Location: Flagstaff, AZ
Disposition: 6-27-1996: Placed on JIPS

Date: 10-30-1995
Offense: ThreatIntm; Incorrig
Location: Flagstaff, AZ
Disposition: 6-27-1996: Placed on JIPS

I Should HAVE NEVER Added The VOICES And The HALLUCINATIONS TO This Police Brutality cuz How They could use the M Health Gov tool To Twist it All Around to Also Say: its A lie to So Fuck M Health.

ideation as directed by the auditory hallucinations and delusional belief system. He further indicates that he was not suicidal and in no way did he want to be harmed or die. He did feel marked anger associated further with what he perceived to be racial comments made against him by the police and the correlation between Native Americans and alcohol use issues in our community. His judgment and insight seem markedly impaired as associated with his psychotic experiences. It did not appear that this impairment was likely a direct consequence of substance use issues as his last use of inhalants had been approximately eight hours before which should no longer have been affecting his mental state to this degree. Also when Confronted by The Police And to be Arrested on Additinal Charges on Their Basic Tricks That Police use to Get Peopel to Incriminate Them Selves.

...some allege.

He stated that he hears voices and that the initial onset of his auditory hallucinations occurred at approximately 16 years-old. He has a name for the voices, "Atima." He reported that this name is not a specific term in any language, but rather is a term that "came to me." Brandon indicated, with respect to current charges, that the voice told him to strike out at the officers. He also indicated that he struck out in response to the officers having been hitting him. In fact, Brandon reported that he had attempted to "crawl away" from the officers and, because they continued to strike at him, he struck back. Also when Confronted by The Police And to be Arrested on Additinal Charges on Their Basic Tricks That Police use to Get Peopel to Incriminate Them Selves.

66. He was moving in the direction of Safeway. He stated that police confronted him and that police made spontaneous statements concerning whether or not he had an "AK-47." He reported that the arresting officers were provocative in their manner of dealing with him. Brandon began to experience the voice of Atma and in this regard, Atma had reported to Brandon that he would experience a heart attack if he did not take action against the arresting officers. He stated that he was hearing the voice of Atma "pretty constant" off and on for at least Also when Confronted by The Police And To be Arrested on Additinal Charges on Their Basic Tricks That Police use to Get Peopel to Incriminate Them Selves.

Guidance Center for the past 10 years and I have worked with him as a psychiatrist for the past ... years. The client reported that at the time of the alleged offense, "the cops were harming me and I tried to get away … Then they grabbed me and Atima, told me to spit on him but I didn't … Then they threw me on the ground and I couldn't breathe and I was kicking my legs trying to turn over and they said I was trying to hurt them but I wasn't. Then in the car, the white cop said all Indians are drunks and Atima said to spit on him." (It should be noted that the individual that the client identifies as Atima is a longstanding psychotic experience that Mr. Colorado had during my time working with him.) Mr. Also when Confronted by The Police And To be Arrested on Additinal Charges on Their Basic Tricks That Police use to Get Peopel to Incriminate Them Selves.

Due to the FBI, Interdictions, Intimidations, Interrogations, PRESSURE, Harrasment All IS Ruled out of Fabricated M Health Portrayles! For Anything They use Against me Now to

TRICKERY. [illegible] with Excuses to All Gov ORGANIZED CRIME Fuck in Healthy

PART 1 Police use AGGresson StraGitxs or Tactics to Provoke. Intimidate And they Activitxs to create InstabILItx And Problems So Thier can be Problems And chaos So How So Public Safetx And bx Stirring up Conflict And Fears Resentment And creat other Hard Feelings So Citizens can do A much less Dangerousness Response So They can make Arrests but Soon No more of the Civil Nuclear WAR and both Sides Ill do of the Minoritxs And Police And As of 6.18.19 the Attacks Had been lowch Threw SLCRCARS

PART 2 IN the Racist Town called FlaGstaff Ms. Police Had used Excessive Racial Profiling to Intimidate And to Activitx create chaos bx StIRRInG up Conflict with Fear Resentment And other HARD Feelings And with Side effects with Deadlx Side effects Had lead to This out come of Threats And Side effects of uncontrolled mucel movements to EnGaGe in Assaultive behavior So they Had used AGGresson StraGitxs For This out comes I wich I Had A Time Macheen to WARP back And to Prove All with This Persute So of course Thex use Diverston StraGitxs And Avoidance of mx Persute If So Public Safetx will All be Ruled out I come First Fuck All of the citizens Ill kill All off All of the Masses of the Agents Mobilize AGence me of the False Flags Alerts As Thex Try A Diffrent Secret Tyme to Get citizens to Fight on Thier side Like to do An Assassination but If So Thex would Die to In the ANIMAs ULTIMA And to do The COP killing AGain And If The Dum Fuck Minoritxs Still Dont Listen on that Side And of the Delays I Had been Launching Attacks but Not the Last one Now it Just Left off And During the Translator or Translation Process the Fucking FBI. CIA Dare to chall-enGe A Sorcerer GOOD ANIMA, ULTIMA In That Racist Town will be mx cop killing Thier will be Never Anx Federal charGe to me of Planning oR Bet ccz Its Not me As the FBI continue to Twist Thier wax Around Fuck the communistx to Fuck All the Peopel watching out thier to Doing!! Nothing And Dont care?! Then dont Tread on me to Fuck Yall to Your All Going to Die watch ever wax This Goes to.

PART 3 See Thex Had used AGGresson straGitxs And tactics to Attacks Then Intimidation And to Activity create chaos And to use Color of State LAW with Immunitxs to Direct Attention AWAY From Them Selves POLICE And with the Media to use Avoidance StraGitxs And to Escape Responsibilitxs with Thier All Gov Responsibilitx with thier Gov tool Resorces Like the PRESS And Now of mx Persute As A counter Cover up of All

PART 4 See this will I do The Attacks on Minoritx Gov Politicans That DRAW WAR upon us but First the Culter Thing to Prove to The Same other Dum Fuck Minoritxs to And Attacks upon Police to And of the White Mans Womans Burden As Thex use Minoritxs As A Sheild As of the DALLASS Thing And to tell And warn the Sorry Ass let others to to what Happend to Him And of No back up Then shame And Embarressment to Bm Veterins That were Pissed on And shitted on bx the PentaGon As I was oppressed to Get basic Training At 18 After the 3rd Refusal to SIGn the card so SS. Gov is the Same SS. Gov And that the kkk, Neo Nazies kill off Minoritxs Gov off If oR If the Minoritxs Black, NIGGers do Nothing in the Southern states So Ill Modifx This crash coarse to All This Not till DEC 2019 As I Have A Long wax to Go And If I was out Thier Now Fuck Peace So As the Economx continues to Decline to to Gov Greed And carelessness As Some of You Fucking Minoritxs tov this to me to out thier bx then moneyx And Resorces will be right And As Ill See You Have Nothing to Give And I Shall PASS!!!

YES Im An EXTREMIST Also A SHAMAN. MASTER FREE MASON I Firmlx Believe That Minoritxs Have The RIGht to FIGht AGainst These Racists BY AnY Means That Are Necessary SLAY OFF SLAVE MASTER GIANTS. Quench GIANTS oR DIE!!!

MALCOM X Words

The USA will No LonGer be Reser Gent Thier Running Out of Democracx Running out of Pluralism Running out of oil Running out of GAS Running out of clean Water And Running out of FOOD!!! Soon Thex can FIGht Thier own WARs And us Minoritxs become Feirce Traders of Thier contrx As I did And thex Die with us All As we Destroy thier Resorses And I cast mx FIRAGA when were All Dead Then They can Sax OUR COUNTRY FUCK PEACE!!!

113. Criminal Law 625(1)

Where mother of defendant initiated insanity proceedings against defendant prior to filing of information charging him with assault with intent to murder, trial court could proceed to trial of the criminal matter without first disposing of insanity proceedings. State v. Voeckell (1949) 69 Ariz. 145, 210 P.2d 972. Criminal Law 303.50

5. Constitutional rights of defendant

Right of defendant not to be tried and convicted while incompetent and his right to competency hearing are guaranteed by due process. State v. Tramble (App. Div.1 1977) 116 Ariz. 249, 568 P.2d 1147, certiorari denied 98 S.Ct. 530, 434 U.S. 974, 54 L.Ed.2d 465. Constitutional Law 4782; Constitutional Law 4783(2)

Right of defendant to have his competency determined and his right to be present at competency hearing are not of equal weight. State v. Tramble (App. Div.1 1977) 116 Ariz. 249, 568 P.2d 1147, certiorari denied 98 S.Ct. 530, 434 U.S. 974, 54 L.Ed.2d 465. Criminal Law 625.20

Fifth Amendment privilege against self-incrimination of defendant who had previously been found incompetent to stand trial on murder charges, was not violated by subsequent court-ordered examination of defendant by psychiatrist for purpose of determining whether he was competent to stand trial, despite contention that, when examination took place, issue of sanity at time of alleged offense was not properly before court in that only defendant and not his attorney could raise insanity defense because such defense necessarily constituted waiver of privilege against self-incrimination and even though psychiatrist testified at murder trial on question of sanity at time of offense on basis of examination to determine competency and without conducting second examination to determine sanity at time of crime. State v. Freeman (1976) 114 Ariz. 32, 559 P.2d 152, denial of habeas corpus affirmed 116 F.3d 483, certiorari denied 118 S.Ct. 328, 522 U.S. 927, 139 L.Ed.2d 254. Criminal Law 393(1)

6. Purpose of hearing

Competency hearing may be had for purpose of determining whether defendant is mentally able to stand trial, as well as to determine whether defendant is competent to conduct his own defense. State v. Djerf (1998) 191 Ariz. 583, 959 P.2d 1274, certiorari denied 119 S.Ct. 557, 525 U.S. 1024, 142 L.Ed.2d 464, motion to recall mandate denied. Criminal Law 625(1)

Under subd. A of Rule 250 (abrogated in 1973) providing that if, before or during trial, court believes defendant was insane or mentally defective to extent he was unable to understand proceedings against him or assist in his defense, court had to set a time for hearing to determine defendant's mental condition, purpose of hearing was to give counsel, if they desired, an opportunity to cross-examine experts or to submit other evidence upon the issue. State v. Craft (1958) 85 Ariz. 143, 333 P.2d 728. Criminal Law 625.20

7. Time of hearing

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

IF Terminated 2.17.2017 4:01 Am

IF This Plotted Illegal conviction was An Easy way out! 88BC (6)

The Fuck Head Feds with The CIA of A lesson well learnded From The Defeat From 88BC And ANIMA "about" The GREAT RED ONE And That ANIMA Nuclear weapon will Reduce The Agents with Their Interdiction And Malice And Negligence From Their Terror Gov Reserse Systems And That Anymore MALICE, CONSPIRING / PLOTTING And Unlawfull Imprisonment on False Information or Seriously bodily Harm That could And would cause A Grave Risk of Death or Assassination Attempts or Done will Result In A Counter Strike of ANIMA's 450 Million 99.47% Plutonium weapons Grade That will Bring Down The whole U.S. Power Structure Grid And I Decend In to Heavn Fuck The American Dream Dog Dicx Fuck All the Jobs Businesses Fuck the college And careers Fuck the money Last words? Fuck The Politicans The Media And The Government I'll continue to Attack The U.S. Strongest Forts As They continue to make me A target by Pro Phecified for me but As I'm Allready Exposed Alaskan Early warning Radar The USS AGESIS Destroyer And the Control Center In Chyan Mountain COLORADO For N KOREA and CHINA So better Fucking Recognize And The Agents to keep it up I'm over Prepare And For The Worse As will In Time.

IF Im TERMINATED 2.17.2017 3:55 AM

And As Their Thretening my Safety with The False Flary Alerts by Still making me A Target As I'm over Prepared And I will Succeed In All I do now Nothing will Stop me Their Messengers Are Allready completly Trapped! I'll FINISH OFF WHAT THEY All STARTED And will be All Irreversible And I'll Destroy with out Remedy of Your Gov Corporations And Those That Helped Their Agents with All Lie So How many Police officer Have I killed Since 2011? RETARD! HOW MANY! MOTHERFUCKER!! I Havent Started on Attorneys of Any Prosecutors And Judges And State officials Yet!!! After I Prove the All Manifest Injustice Fuck All of Your And The National Security to And They will All Drown In All of Their corruption! And That's WAR is The Result cuz of the GOV WARS upon me As I've modified The Civil NUCLEAR WAR And is At Hand my POWER As A SHAWMAN A Part of my Native Culture Has Grown Full Strength As of 2018 THEY PLOT I'll PLOT And I'm Not Being Forcefull or Manipulative THE FLAWD PLOTTED ILLEGAL CONVICTION INDICMENT Has been Revealed Now who Had Requested The List of Statue of Limitations As They Had used my Juv Records of 96 Are You Involved to! who did IF NUCLEAR WAR Breaks out when I Give ANIMA The Signal if I'm Stuck in DOC For something That Never Happend And They All knew That And who Are They! I've told The community to Hol. Gov Accountable So Fuck Y'all The Agents continue Their Path Now, I know They'll will Not Stop oR GO AwAY And to Get me In Any way They can And The ILLEGAL WAYS They want to Pay A High Price Then continue 88BC, ANIMA will Proceed! FUCK The Politicans The Media And the Government Now who Requested The List of Limitations For the Illegal conviction For the Records Date use of 96 to be Similarity Situated why Are They Still Pursuing me? For counter cover up!!!

JAMIE R. ANELLO
Notary Public - Arizona
COCHISE COUNTY
Commission # 576014
Expires November 20, 2023

[signature] Notary

All AZ [illegible] Stence

You As Director FUCK M Heath As This Gov Tool to Discredit me

Period of time from date defense counsel moved to have defendant examined and date of filing of reports of examination by psychiatrist with court was excludable as delay occasioned by or on behalf of defendant in computing 60-day time period for commencing a trial after a mistrial. State v. Lewis (1975) 112 Ariz. 38, 537 P.2d 25. Criminal Law 577.10(8) And They were of The oppressive [illegible] And [illegible] M Health to [illegible] And get You In Any way They Can So [illegible] [illegible] See The Psyc Drugs [illegible] [illegible] to Them And See to Try [illegible] [illegible] And the [illegible] [illegible] to [illegible] the Injustice System.

14. Subsequent examinations

Trial court which granted defendant's initial motion for competency examination did not abuse its discretion in refusing defendant's subsequent request for an additional competency examination based on his failure to cooperate with counsel, where psychiatric report indicated that defendant's uncooperative attitude might have been result of advice from other inmates, rather than psychological problems. State v. Amaya-Ruiz (1990) 166 Ariz. 152, 800 P.2d 1260, certiorari denied 111 S.Ct. 2044, 500 U.S. 929, 114 L.Ed.2d 129, denial of habeas corpus affirmed 121 F.3d 486, certiorari denied 118 S.Ct. 1083, 522 U.S. 1130, 140 L.Ed.2d 140. Mental Health 434 All Twisted Around And to [illegible] [illegible] of A Created [illegible] [illegible] [illegible] This Part.

Where defendant's competency to stand trial had been extensively reviewed and determined prior to trial, and defendant's application for yet another examination was based only upon counsel's assertions in the application and a newspaper article attached thereto, trial court did not abuse its discretion in concluding that another examination was unnecessary. State v. Bishop (App. Div.2 1983) 137 Ariz. 5, 667 P.2d 1331, dismissal of habeas corpus affirmed 131 F.3d 145. Mental Health 434 To Get You In Any way They Can And A [illegible] to [illegible] [illegible] All [illegible] of Psychotic [illegible] Deadly Side effects That [illegible] [illegible]

Prior determinations of competency to stand trial are not conclusive in determining whether another examination is necessary; trial court may consider such examinations, particularly when recently made. State v. Bishop (App. Div.2 1983) 137 Ariz. 5, 667 P.2d 1331, dismissal of habeas corpus affirmed 131 F.3d 145. Mental Health 434 So As Some [illegible] [illegible] [illegible] Trying to Play the System of being [illegible] [illegible] [illegible] They Shouldn't Have Taken the meds In The First Place to [illegible] That Should Have [illegible]

Determination of competency did not absolutely bar, under doctrine of res judicata or collateral estoppel, a second competency hearing two weeks later, even though basis or starting point for such inquiry would have been same experts whose reports were used in determining competency before. State v. Dorsey (App. Div.1 1977) 115 Ariz. 250, 564 P.2d 939. Judgment 559 So See oppressive to Try [illegible] [illegible] [illegible]

Where defendant's competency to stand trial had been determined less than one month before trial, on day of trial defense counsel again raised issue of competency, and trial judge then suggested that one of doctors who had previously examined defendant again interview defendant, informal examination of doctor, in chambers, following such second examination was for purpose of determining whether reasonable grounds existed to order further examination of defendant, and defendant had no right to be present at such informal examination. State v. Cook (App. Div.1 1976) 26 Ariz.App. 198, 547 P.2d 50, vacated 115 Ariz. 188, 564 P.2d 877. Criminal Law 636(3) So The Same [illegible] [illegible] [illegible] To Also Help the State And to Get You In Any Other way [illegible] [illegible] [illegible] the AZ [illegible] Approach to Mental Health Good [illegible] As the Psyc Drugs will [illegible] the Injustice System [illegible]

Where trial court has determined that defendant was competent to plead guilty, there must be some reasonable ground to justify another hearing to determine competency to be sentenced in order for trial judge to have abused his discretion in not ordering such a hearing on his own initiative. State v. Contreras (1975) 112 Ariz. 358, See Fuck M Health All to Get You In Any way They Can So If A [illegible] Approach to M Health Then why Have these corporations That Are All [illegible] And Full of Deceit by creating A False Safety And [illegible] but Instead were [illegible] As [illegible] Dangerous People And why didn't They Tell us All This [illegible] Stence At RTC ASH!! or At the Facility [illegible] And or the Globe Center And of All Those Dam Fucking Counselors Tell us All This Fucking bull Shit on Also How the System Is All [illegible] Injustice

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

[illegible] Strange of [illegible] How These corporations Are All Nothing but Sandy [illegible] A [illegible] [illegible] Place Like A Slaughter House [illegible] Problem They don't want [illegible] to Spread to other people [illegible] [illegible] [illegible] [illegible] [illegible] order And that They Send You to These places to [illegible] [illegible] And [illegible] [illegible] the Side effects or [illegible] [illegible] of The [illegible] So The Injustice System can [illegible] You maybe [illegible] Any other people Got [illegible] by other Things [illegible] but They don't [illegible] I [illegible] the Doctors, Counselors to All [illegible] by College [illegible] [illegible] And [illegible] [illegible]

3-3994 101% bull Shit!!! All Deceat!!! AND FRAUD Fuck Mental Health

he Director of A Facility that is Providing Treatment to A Person who is Responsi ble For The So Pervision of the Person may take The Person oR Request that he Persons Mental Heath has Deter iorated to the Point that the Persons Conditional Release should be Revoked And that the Person is in need of Immediate care custody or treatment or That DETERIORATION is likely because of non compl iance with A Treatment Program A Person who is Taken Into custody Persuant to this subsection shall be Trans Ported Immediately To A Security State Mental Health Facility And shall have the same Rights as Any Person Appearing before the Psyc hiatric Security Review board. All cuz of Side Effects.

COUNTERS THEY USE ——————— KEY NOTE

The Mental condition of the Person?
Whether the Person is DanGerous?
Public safety And Protection Are Primary = or Gov People or community of the boys volnerbility upon Them of Desesive Results to Harm me Threatens Retaliate oR A Dessest ve buttel to Brainwash the State But I come First And I Got ANIMA Him with his Nuclear Weapon And I'll Have Proof by cristal clear Influmental Evidence The Gov corPoration will be Desoluted And Destroid if on Agents Side. The Person no Longer needs onGoing Treatment For A Mental Disorder That was All Psymeds Induced And that The Side Effects were used For DiaGnostics So All IS INVALAD Due To Fabucated And FRAUD

he Person is DanGerous? or Has A ProPensity? Due to side Effects!' And All is Ruled out Due to Interdiction, Instigation, Intimidation oR Pressur oR Harrasment! And of The False Flag Alerts to mistaken my Thoughts to Get me Assalted oR The ProPhecyAying to make me A Target of what ever their Mind Games Say!

Ind of which ever This Goes of This False Flag oPPeration of A Scam where losses Are made Public out the Gains Are kept Private "mass Incarcration" will not be blessed in Any way or Any other thing And of The False Flag Alerts to Direct whats Really Going on As Fed Hogwash About terrorism And Lied to About IntelliGence And Last Thing You Freakers Dont Think Like In the movies where Their was Arrests oR As of the Boston Bombing thing will be the Same I know You All Have covered Except NUCLEAR POWER Fuck Yall will NUKE Yall And its In Prophecy The U.S. is Not A Super Power And The Agents Had their chance In A Parade of No one And Nothing And if This is Terrorism? Then I'll bring up History That we were Heer First "Indians" And I'll Speak For ANIMA "chaka" His Nuclear weapon is The cure Genocide to us Indians And I'll neutrilize All And Yall Get It The NUCLEAR BOMB when it Goes off continue Your All mass communication Fucking TARDS !!!

JAMIE R. ANELLO
Notary Public - Arizona
COCHISE COUNTY
Commission # 576014
Expires November 20, 2023

Jamie Anello (signature) Notory

uch The Constitution To The Constitution will Not Help the Illegal Conviction Ill Now

hull unGe the constitution its A Sheald As Close LAW A LonG List to keep Pummeling Record to The

Harvey, Steven   Ground Record An So Full to Strold As Far as confine the Public of Rights !!!

| | |
|---|---|
| **From:** | stevenharvey <stevenharvey@juno.com> |
| **Sent:** | Friday, September 18, 2015 10:32 AM |
| **To:** | Harvey, Steven |
| **Subject:** | Bc |

*Now wheres my NEW Fucking Pursuite code So I can See the blam. Fix Trial Event And the many comments In 2014 And How my Info to be Stolen !!!*

THE PERSUTE? 213669.B.  9999 BC ALERT.  999.BC.COM  COLORADO.BLAIN

ALERT.COM  BRANDON B

COLORADO@NAU.COM.......  HMMMMM.......  */G\*

Sent from my Verizon Wireless 4G LTE Smartphone

[The remainder of the page consists of dense handwritten text that is largely illegible.]

---

JAMIE R. ANELLO
Notary Public - Arizona
COCHISE COUNTY
Commission # 576014
Expires November 20, 2023

1

ReQuested The Statues Lists And ARS code IS For The Illegal conviction You Fucking Bastard

1:25:30
Results for: brandon colorado@nau weeden colorado
APRIL 5 2009 Exsampels
Exsampels
BLAME Fix Trial Event

About
Press & Blogs
Copyright
Creators & Partners
Advertising
Developers
Help
Terms Privacy
Safety Send feedback
Try something new!
Language: English

NOW ANYBODY of Any Gov or And Penal Like the 4 PathloGical UGLY Inbreed Liars That do Favors For the AGents or The 3 or 6 lx Harlots of All Racial Discrimination of Any New Plotted Illegal conviction center "Slave Penal con Tier Lie" Ill Accuse And with my Private They Are All TARGETING CHILDREN And Involved to Help An IntellIGence, FBI Agency CREATE Rapes And CHILD MOLESTATION And Misscendants to continue So For Dishonest Gain And Profit by blackmailing. BC, ANIMA will All Proceed Due to Assassination Attempts or And to build False cases on me to cause Frustration will Not work And will Result in ANIMA Nuclear Blast. So Public Safety or community Protect is All Ruled out As they Are Victimizing the community And Fuck the community As the AZ Gov All Lies Ill Handed their Population control but Not For Your benefit And of the Future DanGerousness of the False Plans Alerts to Get me Assaulted For Revenge out come of the ProvokinG For the All Something So Ill Need the Private code ASAP. And In Not SMI! I Never WAS!!!

Now I Need the code So I can See The All Blame FIX Trial event And How my Info was All Stolen to And How they were trying to make Fix All And of All The Delays And Run Arounds to And Now A DC Fighting on the AGents Side to cancel The Illegal conviction Still And Now of my other LeGal Work Gown Fuck Yall You Fuckers will be BOMB'S See CASE P14#19458 TARD



PM-17968

Correspondence

Subject

Msg from BRANDON B COLORADO, Tue Dec 16 17:54:34 2014

Type

Incoming

Upload Letter

No

Content

YOU BETTER FUCKING STEP DOWN I WILL KILL THESE COPS AND ANIMA WILL NUKE YOU FUCKING WHITE AMERIKKAN DREAM FUCK YOU STAND DOWN!!!!!!! NOW!!!!!!

Date: Tue Dec 16 17:54:34 2014 Fuck All Your National

Location: US SECURITY All You Fuckers Had

Note: Reference Number: 9583815 Your chance FUCK YALL

User Confirmation Number: [illegible]

Internal Location: US

And The communalty As They

Additional information: will All GO Down with Yall

ip: 24.156.39.88

name: BRANDON B COLORADO

phone: 666 2012 And Die In The ULTIMA

work_phone: 666 2012

Aftermath of the Radiation As I'M being Malice' Plotted. Conspiering

Method: All For the communITY Gain.

Form E-Mail

Recipient Constituent/Contact

| Contact Information | |
|---|---|
| Constituent Type: | Individual |
| VIP: | No |
| Full name: | not provided |
| Salutation: | Dear First Name |
| Last Name: | not provided |
| Default E-mail: | bc1999eternal@gmail.com |
| Phone Number: | not provided not provided |
| Work Phone Number: | not provided not provided |
| Do Not Mail: | No |
| Unsubscribed from Newsletter: | No |

Status: All ToGether 88BC. ANIMA will Proceed Fuck the CIA. FBI

Reply Needed They'll Get ANIMA Nucler bomb when It Goes off!!!

Received:

Dec 16, 2014 5:55 pm

Correspondence Details

ID: 314760

Type: Incoming

Method: Form E-Mail

Status: Reply Needed

Created: December 16th 2014 17:55:12

Created by: Process System

Modified on: December 16th 2014 17:55:12

Modified by: Process System

Date Received: Dec 16th 2014 17:55:03

Correspondence Tags

Email Source

Subject: Msg from BRANDON B COLORADO, Tue Dec 16 17:54:34 2014

From: bc1999eternal@gmail.com

To: [illegible]

CC:

IP: 24.156.39.88

Messages

Better Fucking Recognize 88BL ANIMA Are Truly MIGHTY NOW Will PROCEED Due to The IlleGal convicton

THE Real TERRORISTS OCCUPY The Political Subdivision And BANKs Busineses of Any And LeGeslative And leGeslation Branch And Any many Corporations

THE MAIN ANIMA And THE 450 ...

# Flagstaff Police Department

Kevin Treadway
Chief of Police

911 E Sawmill Rd Flagstaff AZ 86001
(928)774-1414

Case Number:P14-19458

## Incident/Investigation Report

BETTER FUCKING RECKONIZE THE CIA, FBI HAD Thier chance to back Down Now will Proceed civ of The ILLEGAL CONVICTION!!!

### Incident Information

| Date/Time Reported | Date/Time Found | Date/Time Found | Officer |
|---|---|---|---|
| 12/17/2014 03:17 | 12/17/2014 03:17 | 12/17/2014 03:17 | GILBERT, BRADLEY SCOTT |

| Incident Location | Common Place Name |
|---|---|
| Central Intelligence Agency Office Of Public Affairs, Washington, DC | |

| Case Status | Forced Entry | Felony/Misd/NC | DV Related |
|---|---|---|---|
| INFORMATION OR NON-CRIME (24) | ☐ Yes ☑ No | NON CRIME | N |

| Case Disposition | Connecting Reports |
|---|---|
| | 1. 2. 3. 4. |

| Investigator Assigned | Supervisor |
|---|---|
| | SEAY, COLLIN G |

### Charges

| | Charge Type | Description | Statute | DV | |
|---|---|---|---|---|---|
| 1 | Municipal | OFFICER INFORMATION | OFFICER | N | ☐ Att ☑ Com |

LOOK HEAR ANIMA

### Other Persons

| Type | Name(Last, First, M) | AKA |
|---|---|---|
| INVESTIGATIVE | COLORADO, BRANDON B | Manny Colorado |

| Race | Sex | DOB | SSN | Height | Weight | Hair | Eyes | Age | Ethnicity |
|---|---|---|---|---|---|---|---|---|---|
| I | M | 02/17/1980 | 600583277 | 506 | 160 | BLK | N | 34 | Non-Hispanic |

| Address | Driver License # | State | Home Phone |
|---|---|---|---|
| 6110 N HIGHWAY 89 APT. # 12, FLAGSTAFF, AZ 86004 | B14557021 | AZ | (928) 600-0984 |

| Employer Name/Address | Cell Phone | Business Phone |
|---|---|---|
| | | |

BETTER FUCKING RECKONIZE

State v. Reid, 114 Ariz. 16, 21, 559 P.2d 136, 141 (1976), cert. denied, Reid v. Arizona, 431 U.S. 921, 97 S.Ct. 2191, 53 L.Ed.2d 234 (1977).

This court's definition of bias and prejudice further enunciates the standard applied to judicial disqualification:

> Bias and prejudice means a hostile feeling or spirit of ill-will, or undue friendship or favoritism, towards one of the litigants. The fact that a judge may have an opinion as to the merits of the cause or a strong feeling about the [***61] type of litigation involved, does not make the judge biased or prejudiced.

State v. Myers, 117 Ariz. 79, 86, 570 P.2d 1252, 1259 (1977), cert. denied, Myers v. Arizona, 435 U.S. 928, 98 S.Ct. 1498, 55 L.Ed.2d 524 (1978).

Defendant's claim is not the same as the right to voir dire a jury. A judge is not the unknown quantity a prospective juror may be. Furthermore, the right to a fair and impartial tribunal is adequately protected by Arizona Rules of Criminal Procedure 10.1 and 10.2, which allow for a change of judge.

Finally, the fact that there is mandatory appeal in death sentence cases insures that this court will independently review the findings to determine if they are supported by the record, and not based on bias and prejudice. State v. Jeffers, 135 Ariz. at 428, 661 P.2d at 1129. Defendant has no constitutional right to conduct a voir dire examination of the trial judge.

4. IS ARIZONA'S DEATH PENALTY UNCONSTITUTIONAL BECAUSE IT REQUIRES IMPOSITION OF THE DEATH PENALTY WHEN ONE AGGRAVATING CIRCUMSTANCE EXISTS AND THERE ARE NO MITIGATING FACTORS?

In Arizona, [***62] under A.R.S. § 13-703(E), the trial court *must* impose a sentence of death if it finds the existence of one statutory aggravating factor and does not find the existence of any mitigating factor sufficient to call for leniency.

> Under § 13-703(E) if a case involves one or more of seven enumerated aggravating circumstances and no mitigating circumstances sufficiently substantial to call for leniency then the trial court is required to impose a sentence of death.

State v. Zaragoza, 135 Ariz. 63, 69, 659 P.2d 22, 28, cert. denied, Zaragoza v. Arizona, 462 U.S. 1124, 103 S.Ct. 3097, 77 L.Ed.2d 1356 (1983).

Defendant contends that the statute is unconstitutional because if the court finds an aggravating circumstance and no mitigating circumstance, then the court must impose the death penalty. We do not agree. As we have noted in State v. Beaty, 158 Ariz. 232, 247, 762 P.2d 519, 534 (1988), the statute reduces the human element in the imposition of the death penalty and in doing so saves the constitutionality of the statute. Under the statute a defendant will stand the [***63] same chance of receiving the death penalty from a judge who does not philosophically believe in the death penalty as from a judge who does. *Id.* at 247, 762 P.2d at 534. By applying the death penalty only to those who come under the statute, the death penalty is reserved only for crimes and those criminals the legislature intended to be covered by the statute. We find no error.

[*258] [**623] 5. IS ARIZONA'S DEATH PENALTY STATUTE UNCONSTITUTIONAL BECAUSE INADEQUATE STANDARDS ARE UTILIZED BY TRIAL COURTS IN BALANCING AGGRAVATING CIRCUMSTANCES AGAINST MITIGATING CIRCUMSTANCES?

Years Some of Your Fucking Jury Silence For conviction And Ignored All Innocence All Your Fucking Hard Work will burn In Ashes As Nuclear The New Murders will be Shift to All You Fucking Gov People once I Prove Your The Root cause And once Again I'll Shift The Killings to the Gov Judges Attorneys, Prosecutors And Police officers For All This Disgusting behavior And Your Disgusting Results And Purposely Discarding us As Useless to Cycle Your Systems There will be No more of This bull Shit This Time will Rather Then Cycle Your Gov Systems using us For money I will continue to Expose And Instruct money As I Cite The And You can persuade Agency They well They want This Things to Happen I'll do but Not For Their benefit. So Fuck Y'all Let's WAR Again!!

## SBC THE GRAND MASTER FREEMASON summery. A

Proceedings Ducey So Good You were Reelected So I could Finish off what All You Fuckers had Started And Now with AMFMA You Fucking Retard So Again who Are the out Side Party that Had Plotted with The Illegal conviction And Had used my Records to Have me to be Slaughtered, Tortured And Seeing A crime Had Happened who Are the Agents How many Cops did I kill In Arizona Since 2011 of Fucking Bivens Hold Your Grown Laws Giving People The wrong Power And All was For mass Incarceration And Instability to Shift All Burden off Gov And How About the Arson of My Firearm And Also In California Fuck the community to who cares of The People Voted In the By Firearm And Fuck the Future to And Also cuz All You Fuckers Also using me For Your Mental Disorders And I'm Not SMI I Never was All Hear is being Fabricated to So I Refuse to Take Part In All The Agents Research Studies of All This To Invent And create Rapes As They use me of Their Fingerprint Evidence So of All AZ Firearm Is For the Phoenix Rivers of SSI So Seeing I'll Shift It All You All Fucking Attorneys, Prosecutors And City officials As I used By The Civil Needs WAR Already booked So Again who Had Requested The State Limitation I'm Still Needing the Porsche code So I can See How they Had Stolen my Info And made All It For the blame I'll Twist I Need the porsche code You Using You mother Fucker I Have A Person out There with A Fucking NUCLEAR WEAPON Thats why I'm Afraid of No one And Nothing And If I Retaliated of the Record Date use of the Jiv Record And to use SMI. Mental Health Partakes to Mislead me or Discredit me use of the Illegal conviction They Had used All of their shared Resources All For community Gain or Advancement Fuck the community I'll kill off the masses Threw Gun Shooting Drought And Food Shortages If I'm In The middle of All This Piece of Shit People Like You That want to be Something Find out The Rest Your Self And Have the Day Fuck THRIDS can Have the loss calculation And All will Result In AMFMA 450 Wichita NUCLEAR Attack You better Looking Redeemer I Go So does the U.S. And They Joined An Assassination Attempts Hear to Go Worthy clean If So Something bottom Line AMFMA will NUKE Y'all Fuck the community Any the WORLD out there They will All Go Down with Y'all I want the Porsche code So I can see All of 2014 of who Had Bid on the Illegal conviction And That I Take the blame of the Past 6 Years of the Sting operation And The Illegal conviction was to be on the con Hinted for Their own Profits or wednesdays And This was The Easy way out Bottom Line well NUKE If Their own Profits That You Fuckers will Get The NUCLEAR WEAPO. call And You tell The CPH and FBI That AMFMA the Stand See case P14 1458 Retarded And when It Goes off when I Give AMFMA the Fuck For An Excuse For Detachment As They Try Any How they Lie And Say who do I work For For An Excuse I believe A Board Former Attorney Homicide Attempts to Get Awhile with The Illegal conviction In 2014 And why I was not worry And If Your Fucking Had Bided on the Illegal conviction And If continued off Illegally convicted Again the

FUCK Mental Health All TRECHERY TRECHORY, SECRECY All Gov Root cause. That is Strange to Have A long list of cases of The Deadly Side effect Hidden of MURDER!! very Strange!

I Think This is A Type of A Trickery Now It Says Insanity is Available ?? where At See All This case Law is All Psych Doctors And Doctors can Tell Lies to Hide This Before Like The DAM Codex So I did not know That The A... to Have Picked ... The Justice System All because of Side effects And being med Compliance.

⊂⊃ 1502 Since A lot of Anti Depressants Don't Work This Leads to Alcohol Abuse Just As Psyche meds Need A Cigarette And The Cigarette Relaxes The ... Same Trouble That Cause The ... We Paid So ... All of The University And The both ... And Researchers ... Like They been FOOLS!!!

A distinction is made between an existing state of mental illness and a temporary episode of mental incapacity caused by voluntary use of liquor or drugs; in the first instance defense of insanity is available even though the state of mental illness may have been brought about by excessive or prolonged use of liquor or drugs, but in the latter instance the defense is not available. State v. Cooper (1974) 111 Ariz. 332, 529 P.2d 231. Criminal Law ⊂⊃ 48 So How do You know That Drugs or Liquor Can Induce All of This Was This Research All Really Done?? So All This may be Trickery And Trechery And Secrecy cuz How do They know this.

6. Necessity for mental examination

Massive Dosages of Psyc Drugs!

See, also, Notes of Decisions under Rule 11.3.

So If You Take This And Fully Accept You will Do No Hot but being med Compliance And The Temporary or momentary Condition may Have Landed Him In Jail So See All Psych meds Induce And may Have Said Forcibly And med compliance No More

Evidence established defendant's competency and failed to disclose reasonable grounds that would justify a competency hearing, where preliminary psychiatric report stated that defendant was competent to stand trial, to represent himself, and to enter a plea agreement, and concluded that he had rational and factual understanding of charges and proceedings against him. State v. Djerf (1998) 191 Ariz. 583, 959 P.2d 1274, certiorari denied 119 S.Ct. 557, 525 U.S. 1024, 142 L.Ed.2d 464, motion to recall mandate denied. Criminal Law ⊂⊃ 625.10(3)

This is Strange And will Rarely would Happen In Some of Most cases but They'll Still allows You Then to Fuck In Health And Must Take The meds Then

Rule that defendant may be compelled to submit to psychiatric exam when he or she raises defense of insanity applied to defendant, who did not plead insanity, but sought only to prove lack of intent. State v. Schackart (1993) 175 Ariz. 494, 858 P.2d 639, certiorari denied 114 S.Ct. 1578, 511 U.S. 1046, 128 L.Ed.2d 220. Mental Health ⊂⊃ 432

So After Getting off All The Psych meds After coming to Reality That It was The Side effect That Had Lead to The conduct And That Now was Twisted Around to Public cannot It So where The Part of This Was clearly Avoided!

Trial court correctly denied defendant's motion for pretrial mental health examination under Rule 11 to determine defendant's competence to stand trial, where there was no evidence that defendant suffered from delusions or lacked rational capacity; evidence before judge indicated only that defendant disliked his counsel. State v. Johnson (1985) 147 Ariz. 395, 710 P.2d 1050. Mental Health ⊂⊃ 434 Twisted This WAY AROUND And SLANDER.

So Still Some Stupid Idiots believe They'll Get cut Loose Due to My Power This will be No more And As Finally They will know Its oppression And Fuck Those who chose The Stuff Who Had Leads when They end up And All Per- -Mentally Fucking Badly

An accused has right to a mental examination and hearing to determine his competence where reasonable grounds exist to support examination and hearing. State v. Bishop (App. Div.2 1983) 137 Ariz. 5, 667 P.2d 1331, dismissal of habeas corpus affirmed 131 F.3d 145. Criminal Law ⊂⊃ 625.10(3); Mental Health ⊂⊃ 434

So How can You Assist In A Defense with Diminish capacity As Still Some States believe they'll Get Treatment Instead of Prosecuting And Wrong Had behind This Total to way way Back but No All case of Deadly Side effect!!!

A court must order a mental examination pursuant to this rule and Criminal Rule 11.3 to determine if a defendant understands the proceedings or can assist in his defense if reasonable grounds for such an examination exist. State v. Ortiz (App. Div.2 1977) 117 Ariz. 264, 571 P.2d 1060. Mental Health ⊂⊃ 434 So All Every way cut For This Lazy Reason.

So As being med Compliance That Causes The Disease of The Worst Worse And For All This cut Come And Then Now became A border For TREACHERY And SECRECY As I came close to MURDER cuz of Psyc Drugs And That They All Wanted

There should be a finding of probable cause either by the justice of the peace or by a grand jury which would justify the court holding the defendant for trial before conducting a mental examination of defendant. State ex rel. Berger v. Superior Court, In and For Maricopa County (1974) 111 Ariz. 212, 526 P.2d 1234. Mental Health ⊂⊃ 434 So Due to Deadly Side effects And In Jail And This Is So called Peace This Is A WAR So Fuck Civil Rights.

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

summery. B

ecped That do more Runs For the Agents will Die In AII Rights Ablet mostly of The Redistory So
All other mind Games of WAR PARE Pil do As The Detective want but Not For You All
Reality And to Strike to kill off The weeces by weeres As They create Rumors by False Plans
Plots And to make by BA Target by Prophetyzing me And Framing And cheating Not Finished
thy You knew of This didn't You So This Is Not Terrorism Just Reason ber You were Fooling
Landed See They were Manipulating the System And Rice Pull we They Had used
Their shared Resources to Railroad The Illegal conviction So I want to know who They All
Are In the mean time The Civil Nuclear WAR Is being Modified Dont work my Time And
Fuck the community of All out Their Rob the PARE to So As Long As The Red beem
Also Trying to Disorganized my thinking Patterns And to Destroy my thinking Ability to
keep me From Proving The Illegal conviction Termination will Result of AN Third USO
Who Can Counter Strike That will Doing Down the whole U.S Power Structure And A Lot of
Law corporations They continue to Deteriorate And Also why did They do That to me?
See All The case LAWS That was Sent to The Court of Appeals were used to Support the
Illegal conviction So All was Already FIX In 2014 So where my Feeding Route code And I want
to know All of the crews That Are Involved So I can see what Had Happend If Not This all
will Still NUKE Yall You should Thank me I Had You Blocked So That way As I would Fix the
Civil Nuclear WAR I can Finally clear All You Fuckers out You And Brewer As The AZ LAW
Makers Had come to The 2010 The AZ Legislator Had Legalized Their criminality For Disorder
Makers As The Presser to Have me Attack Somebody So I could Get Shot As The Agents Trying
And For A Long time to create A Disorder belted with Disorder Results And to do A Type of
Reverse So They could do An Assasination As They Tried In 2012 For A cover up So corrupt
Ex theres Had used me of the Research but Some Saved me to but They Some Have Lever And Saw
The Nuclear Blast So Those Dam Fucks Years Ago Had Gotten I and "chicha" ANIMA I can Hit
So now I See of the street clean but Now I know And besides who will else Protect me Fuck
The community If They dont Fuck off to And Still believe Anything I'll Will offer to The
masses off As now I'll do my Investigation on How to work on It To Proved It to All The people
under Mind Games And They Had Also used Purposely Featured Difficultys And Also The
States Detective Said whos Doing It?! And I'll need to See All of their computer Equipment we Need
See They can look Ahead And This Is How They Had modified The blam Fix Trial event And The
There call Futures to And So who Had Aid Field on It Mother Fucker And that I was Suckered Into
Questions And they Had made All Fit! And then useing Race Hatred to Say Its Terrorism Just As
They Had used Some Race Ethnics of the Illegal conviction to Cover All Particle Years of Reading
And It would be wildly optimistic So now I See their useing the Delusional prosecution the
Health Govt tool to Disbelieve me So Thats why I Need the Persuit code to So I can See All
Their Counters of That And this And Also I want to See who The And Type of Agency Is because
I know this are That Hear And Gives The SECRECY, CONTRACTS And I'll Need And See A copy
If I can See How much MONEY They Bribed the 4 Ugly pathological Liars And why Are They
Still Pursuing me?! To be an continual Guard of the Illegal conviction? And to make It
Stick! oR to Steal my Info All over Again Like In 2015 And to do Counter Cover
Ups And If All Delays oR Run Arounds Are For the Detectives to do An Assasination of
A Heart Attack with The Red beem That is Now Fucking with my Heart oR is It to
Suppress my Respiratory System And doing A Soft Kill And Slow kill with Some kind of

SUMMERY. C

False Pharmaceutical Drugs Man Fuck Fall You Fuckers will be Dead Ill continue to Attack the Shooger Party And The All military complexes And You better Fucking Reelcate F00 So does The US Jim Cathy to Any For of Global Stored off with my Allies So After I Fall And ANZUMA MOVES You And That ANZUMA 450 Willo ton bracky Down the whole U.S. POWER Starter Grid Just As I Attacked The US missile Should As Obama Started As I continued to see This Persecute Agency Agency And Fuck the community As the Agents Try to create A Possible Battel of the False Please Alerts And of All The Prophetsying They And You will All Die In the Radiation Aftermath DO NOT UNDERESTIMATE MY CAPABILI-TYS As the Civil Nuclear WAR is being Modified If Not Then Give me the Possible code So I can Prove It And I want to know what The Red Beam can do And then Thursday Thursday My DR with it And Then Still doing A Terminate For All cover up?! For Your New long List of core LAW And the mass Incarceration In 2015 For Money collect So How So Public Safety of me I mean Fuck You will Nuke You And Now Fuck Your Stupid Investigating All Your Fucking miss calculation we of Day Fucky THRDs Dont Tread on me And Its not me to You Fuckers will Get the Dead when It Goes Fuck Tramp Playstuff Keep I top FUCK The Community I care Forget And Letes off In That Fucking Race Tramp If NUCLEAR WAR Really act Its Not me So They Plot Ill Plot So Agendy mislead Them to And wokely If Nuclear WAR Really act Its Not me So They Plot Ill Plot So Agendy misleaded Them to And who Requested the State of Washington LSPY! And who Had Field on the Illegal Conviction In All of 2014 who was I Informed by A Former Recent only Penal Attorney I All That came to The Court of Appeals They Had Months Prior All These core LAWS And As I Look back it Seemed As It was All ready Done Fix In 2014! I would be Arlety Your DOW Fuck THIRD DUCY Fuck You Ill be Governor From New city Poet In Governor Ditchy I killed A Bunch of Police officers Since 2011 So Say Ill Shift it to City officials, Attorneys or Any Prosecutors And Judges cuz of the Manifest Injustice MY Destruction will Never Slumber For AZ Ill cost the Peer Agy And Destroy The Gas core Ability to make money the FBI CIA Had Their chance I work For Nobody Now Yall Fuckers will Get ANZUMA 450 Wilo ton 99.97% weapon Grade Platinum Nuclear weapon that I Hold In 1999 As the Prophesying continued And the False Please Alerts continue 88PC, ANZUMA will Proceed better Fucking Reelcate F00 So Does the U.S. Tell The Fucking FBI with the CIA they'll Get ANZUMA NUCLEAR WEAPON when it Goes off All You Fuckers Had Your chance! Feter Dangerousness is the Phrase to make me A Target to Get Peopel to Fight on Your Side They will All be Killed Soon Ill Launch Another Attack of my Rampage And Mega Death As You believe the Intimidation, Interdicting, Terminate may be Present Fuck Yall well WAR cuz of Your Assassinating Attempts You All Fuckers will Not cover cover up No Longer And As Ill Pray A weekly ARMY of an New Gang members And Innocent app register Sex offenders Due to Rejecting Registration They'll Kill You Go Peopel of A Police And Probationers officers All Due to Manifest Injustice And oppressiveness And if So Ill madly the Next Fiscal PAY And bottom Line You Fuckers will be Dead Now who Are the cut Side Parties blackmailing me what ever they do oR Put me threw Ill Strip Naked And Expose Gov corruption So of The Intent of Some Sex offenders As the Juridicary Victims can Just lie And You may All ready know this Just As The Illegal Conviction Had come About And when I Get the Persecute code Ill See In 2014 on How the False Please Alerts was How to Pass that made me A Target Ill Find A way For the Internet to Then to say How to Have A paper work to Prove Innocence of Some Sex offenders And A Secret Internal After WAR Suicide killing Sprees to Kill You Fucking Gov Politicians of No matter How well You All Guarded As I see And Still Pursued my 1998 Scientific Service weapons Training And A big Part of my WEAPONS TRAINING with my Expert in the ARTS Hearts of WARFARE And to Also Kill off Military Personal Due to the Gravity of the Fadress As I work on my MINORITY REPORTS And SOME RACE CARD Projects So now You may will call It Terrorism? well Also Fuck Your LAWS As its the LAW being If For Scientific Service I Refuse All 3 And Still Get BASIC Training And In Time Ill Address the Notion that Some in The Military "approved That we Also kill And Bomb And Script Destruct The US Military weapons And All violent weapons They Mother Fuckers with my MASONIC INFLUENCE Ill Now Pass of I killing Peopel of Any Many with the Implants to Share ...

SUMMERY. D

UCLEAR WAR is At Hand In time I'll Find Strongholds to Add At my Side And do my bidding ad my POWER continues to Grow And of Now of They do As what I'll do oR I'd do And As , is is In Progress This will soak up all out Your Gov tools of cul years And the Illegal counting F A counter And They This will Prove All of the AZ Gov Tools And the commenity will See ad ANDALL of All These counters box they I was Right of This Icon hard work And How So Sun I her history, Police Lay Down their Lives of Your Parked up LAWS As They to Have been ceived FULLY POLITICS And I'll Have my Trod back up of my Allies of the UNITED PSAM STATES And that AMIMAs 450 Wlodoy will bring Down the whole U.S. Power Grid ad Stricter Power to And they Inscode After ANIMA Leftward Then I will After my Deary ill I Deeud in to HEVEN And my mission, conquest is Finished As I Bury All off The WAR The PA, FBI Started And Fed the commenity out Their to GO!!) Now wheres my ching Parasite code So I can prove my Info being Stolen For the Illegal converting Fin y Jov Records date use And Also to prove The plotting conspiring And Malice And Assass ation Attempts For An All cover up And I'll Not Take the blame As They And All You Federally Gov boose Your Imenity And color of State Laws And Still using the Sun I Gov Tool to Discredit and Disbelieve me And Dehumanize me And A Hope That This will conceal the Illegal converting of ... Records date use of ... All So where Now And to whose State Whatsoever And of All ... Patriots created care LAW of ARS code 13 Now who Requested It in 2014 For 2015 Fully ... And Some of my legal work is Possibly Suppressed oR Stolen For Delays And The Run ... ad I'm Still Suffering Retaliation So who Are the out Side Partys to Are they Saying the Sun I Thing 2 to Mislead ad to Discredit me And Again who Requested the Status LIST For the Jov Record Date use to be ... ported And to Seem A Wire Head Accord Are You Funded to?) Are All You Federal Priority on the Agents Side And to Protect Them to? As the Gov Has to be an Central GARD of Their own Faith And whatever to? And why do I Take The blame And they Think I was Sun I? And was that the Reason why I was Targeted Do You ... Remember How many cops were Killed I Killed Since 2011 what You don't recall Good I don't either. ... Federal will All be closed out ... Not be Saying This If I was Guilty And They I didn't ... Most People can Just Lie And that's All They Need And You may have to Feel All Your ... Reading ...

8DC Shall Recover All Photo Graph ... Image And Voice to Shall Equipment And Program centers computers Systems or Laser Instrument "RED Beam" of the Communications That The Gov or ... All Great AO every ... or used Exclusive IV by the AGents and That is used For ... ... Offence And The using TYPE of A electronic Communication Device To Purpose ... with Brainwashing with Lies to Knowingly misrepresent A Person, AGE For A child or ... And the Recipients of the Daily FIX Predictive Text Plant False Alerts is made A ... ? to cure Temptation Towards where "Little Girls And Excitement For Sexually ... viewers And the Texting to Divert whats Really Going on Just Like How Food comercials how Good Fast Food to Entice So they can GO Fat! This is The Same Thing They know what Their doing use Common Sense Gov Voluntarily the commenity And to Prophecy By 88DC Fully And ... Shift the burden off The Agents So All Now For the Cover up of the past 6 Years All my Findings Are Truthful In All Respects

[signature] 10.10.2018

the Grand Master Mason Mercury the Messenger Weapon of Mass Destruction

SUMMERY. E

FUCK THE Politicians THE Media And THE Government !!!

o why The Implant of All Type of Ualvers with SEX Porn to The community do their Full view Intrests will Rear The community off whats Really Going on ur to Still And Twist And create misconducts And Now during my needed condition I'm Getting Nothing why Is it Entertain to the community like Good Food comercials To still Wetenlize the community And to use my ID to INSTIGATE CREATE and to INVENT and Their not crowding Down After TARGETING to wake Invests For Dishonest Gain Revenge wave False Gov Trust, Attention And All used As A Gov center with media to cover up corruption or cause confusion upon the community for thought About All This and the Past 7 Years its all obvious And All This time and Years I was Their Experiment on the community so no wonder of Their Detain I'll Destroy it with A Disorganized So I'll do The WAR stuff Their Population Controled Not For Their Benefit And As Long As They are Vulnerbility to Target me! with All Their 3 offences to Threaten my Safety by Shifting the burden off Them on to me And Then the Gov wants to WAR And Fight till Death we will And the Destruction will Never Slumber And Surveilance is not Security I Aint work For no body As the Detectives continue to Steal my Info To conceal the Illegal convictions I know of The All U.S Enlmys I know of Foreign Policy And of Politician Silence As they continue To Twist Their way Around And Any of Gov TRICHARY TRECHORY and SECRICY with All of Your Terror Gov Resorces corporations like M Health, In Justice Systems Ect Now wheres my Fucking Pursuite code! And Fuck the community out their I come First NOW ANY BODY of Gov or People like the 4 Pathological ugly liers of Do Favors For the Agents or the 3 ugly Deserved Harlots That Are with Em At court I'll Answer if Any new Illegal counter convictions They Are All TARGETING CHILDREN to Help the Intelligence, FBI Agency CREAE CHILD MOLESTATION And MISSCONDUCT For Profit And blackmailing me For Dishonest Gain 88BC, ANTMA will Proceed Due to Assassination Attempts or to build more False cases to cause Frustration? All will Result In A NUCLEAR Attack As The Document Is Enclosed, wheres is my New Pursuite CODE!!!

SUMMERY. F
THE END

AZ. Govs TERRORISOM. UGLYNESS, VIOLENCE

nd I'P Stuck Hear And Still The Rev Awards For Delayed And to Fight Along the Detectives Side For A
over up And Delaying my copys And Fabricating M Heath Portrales And Still Havending
e And Threatening my Safety And Wand Gamer For Dishonat Gain ol Ill Instant my Assursher From Among
he community to Will Yur Gards At SMUZ Pleace. As cons being Willed In Late 2011 of my Persuit
nd using my Medical Condition to Implant But Lacking Real Sexual Energy LUST. DESIER. TEMPT
ATION. Adult Sex Acts Aimed At children of my sex organs And Enjoying Each other Its
Highlyobvius NOW of Victomizing community And Iv Proved It to Them And Delaying to Prove
y Inicence For All This continuence And Govs never community Gain due to the TRUTH And using
xcuseses such As M Heath, Public Safety to Divert whats Really Going on For Dishonest Gain
f Black mailing me Now Any Az Gov That Helps Them will Look BAD For Brewing WAR were
The community For Profit Now Their Enough Evidence to Furnest All this And to The Civil Nuder WAR
ll worlde will know whats The Agents of what They Really doing to me And to the Public. I know
our All Not Going to Stop oR GO AWAY And to Get me In Anyway They can And In 2015 The Illegal
ats 88IX. ANIMA will Proceed Ill want to See A NCROLIGITS without the REDBEEM HITTing me to Rule
t All The Fake Junk Science Intelligence Program Proving Gunda other wise let me See All Their Buisment a
ll And what They doing And Any Fabucated Disorder And Getting me In Fraudulent ways And Possibal coll
ng me the User of The VOICE to Skull of within my thought of the 2 way Res [illegible] of the REDBEEM, HARR
nd the translator being wssucced Ill need to Reveu All mind scan Disorders And Print outs of Addone Au
aw All is being wossured And to not Chrater me And All is INVALAD Due to Fabucated And is As
uated PURGURY Ill need to Review All befor Any Finilized Agreement And Ill need the Persite code
Reveu All False Flow Alerts with Their VULNERBILITY watching me A TARGET. To create A
Diss essive battel with Disserlve Results. THE Real TERRORISTS occupy The Political Sub Division DAM
Business of Any corporatons Any Serouly bodily Harm oR Grave Risk of Death or Any Terminat
ion will Result In ANIMA. NULL BAR COUNTER ATTACK!!! And Still Join You All
roose For the Detectives MALICE, PLOTTING, CONSPIERING Fuck All of Your
Excuses of National Security to Get Your WARS!!!

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials:

SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| COLORADO BRANDON B | | 216510 | / / |
| Cell/Bed Number/Celda/Número de Cama 6-B-8 | Unit/Unidad N/A | P.O. Box/Apartado Postal N/A | Institution/Facility/Instalación: ASPC RINCON |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!*]

SECTION/SECCION II

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☑ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* ______

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] P14=19458

Any kind of Forcibly medicated Due to Pressor And Intimidation And Interrogation From the out Side Partys to Diminish my capacity So They can Pursuit All my Remedies To conceal the Illegal conviction So They could Get Away clean And to use the Massive Dosages of Psyc Drugs with the RED Beam to cause A Heart Attack As They Tried in 2011 And For the Soft Will And Slow Will will Result in ANFM As 450 Williston Nuclear Center Attack As They Had used Their Shared Resources "GOV" To Deal with me And For Assassination Attempts of the other Fake Drugs They Gave me cuz why did I Get Pneumonia As Things Got cortad NOW And I Got Illegaly Convicted of A crime I Never committed And Lost things In Not SMI And I Need Not to be Discredited [illegible]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero
[signature] Chronic CARE

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) ______

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión politica de este estado.]

A INMATE MAY RESIST AN ILLEGAL ORDER TO PROTECT HIM SELF FROM IMMEDIATE IRREPARABLE AND PERMANENT PHYSICAL or MENTAL DAMAGE or DEATH.

THE MAIN ANIMA

# Flagstaff Police Department

Kevin Treadway
Chief of Police

911 E Sawmill Rd Flagstaff AZ 86001
(928)774-1414

Case Number: P14-19458

## Incident/Investigation Report

### Incident Information

| Date/Time Reported | Date/Time Found | Date/Time Found | Officer |
|---|---|---|---|
| 12/17/2014 03:17 | 12/17/2014 03:17 | 12/17/2014 03:17 | GILBERT, BRADLEY SCOTT |

| Incident Location | Common Place Name |
|---|---|
| Central Intelligence Agency Office Of Public Affairs, Washington, DC | |

| Case Status | Forced Entry | Felony/Misd/NC | DV Related |
|---|---|---|---|
| INFORMATION OR NON-CRIME (24) | ☐ Yes ☑ No | NON CRIME | N |

| Case Disposition | Connecting Reports |
|---|---|
| | 1. 2. 3. 4. |

| Investigator Assigned | Supervisor |
|---|---|
| | SEAY, COLLIN G |

### Charges

| | Charge Type | Description | Statute | DV | |
|---|---|---|---|---|---|
| 1 | Municipal | OFFICER INFORMATION | OFFICER | N | ☐ Att ☑ Com |

LOOK HEAR ANIMA

### Other Persons

| Type | Name(Last, First, M) | AKA |
|---|---|---|
| INVESTIGATIVE | COLORADO, BRANDON B | Manny Colorado |

| Race | Sex | DOB | SSN | Height | Weight | Hair | Eyes | Age | Ethnicity |
|---|---|---|---|---|---|---|---|---|---|
| I | M | 02/17/1980 | 600583277 | 506 | 160 | BLK | N | 34 | Non-Hispanic |

| Address | Driver License # | State | Home Phone |
|---|---|---|---|
| 6110 N HIGHWAY 89 APT. # 12, FLAGSTAFF, AZ 86004 | B14557021 | AZ | (928) 600-0984 |

| Employer Name/Address | Cell Phone | Business Phone |
|---|---|---|
| | | |



PM-19458

Correspondence

Subject
Msg from BRANDON B COLORADO, Tue Dec 16 17:54:34 2014

Type
Incoming

Upload Letter
No

Content

YOU BETTER FUCKING STEP DOWN I WILL KILL THEE COPS AND ARMY WILL NUKE YOU FUCKING WHITE AMERIKKAN DREAM FUCK YOU STAND DOWN NOW!!!

Date: Tue Dec 16 17:54:34 2014

Location: US

Note: Reference Number: 958361-5
User Confirmation Number: 8HNRW
Material Location: US

Additional information:
ip: 24.156.39.88
name: BRANDON B COLORADO
phone: 555 2012
work_phone: 555 2012

Method
Form E-Mail

Recipient Constituent/Contact

| Contact Information | |
|---|---|
| Constituent Type | individual |
| VIP | No |
| Full name | not provided |
| Salutation | Dear First Name |
| Last Name | not provided |
| Default E-mail | bc1998elemal@gmail.com |
| Phone Number | not provided not provided |
| Work Phone Number | not provided not provided |
| Do Not Mail | No |
| Unsubscribed from Newsletter | No |

ULTEMA Last Mucler Must END
The best and Most Extream of its kind "Social Dec 8V 18"
2. ONE WHOSE REJECTION WILL END NEGOTIATIONS AND CAUSE A RESULT OF FORCE, OTHER DIRECT ACTION PM 19458

Status
Reply Needed

Received
Dec 16, 2014 5:55 pm

| Correspondence Details | |
|---|---|
| ID | 314780 |
| Type | Incoming |
| Method | Form E-Mail |
| Status | Reply Needed |
| Created | December 16th 2014 17:55:12 |
| Created by | Process System |
| Modified on | December 16th 2014 17:55:12 |
| Modified by | Process System |
| Date Received | Dec 16th 2014 17:55:03 |

Correspondence Tags

| Email Source | |
|---|---|
| Subject | Msg from BRANDON B COLORADO, Tue Dec 16 17:54:34 2014 |
| From | bc1998elemal@gmail.com |
| To | [illegible] |
| CC | |
| IP | 24.156.39.88 |
| Message | |

**Harvey, Steven**

| | |
|---|---|
| From: | stevenharvey <stevenharvey@juno.com> |
| Sent: | Friday, September 18, 2015 10:32 AM |
| To: | Harvey, Steven |
| Subject: | Bc |

THE PERSUTE? 213669.B. 9999 BC ALERT. 999.BC.COM COLORADO.BLAIN ALERT.COM BRANDON B COLORADO@NAU.COM....... HMMMMM...... */G*

Sent from my Verizon Wireless 4G LTE Smartphone

All Your Gov Institutons And Cor Porations Are All Futer DANGERUSNESS As of The All Past Years Since 2009 As They oppressed me to Cycel The InJustice System As The FBI.CI Had used Thier Resorses AGence me Now I know 88BC ANIMA will Proceed Your And the Foundations will be Broken And How so, Justice when its been Turned Into A business And Any many Attorneys don't Understand the Definition of TRUTH as The LeGislation with the LeGeslator write misfortune And Decree Unrighteous Decrees which Politicans They had Prescribed To Rob the Needy of Justice And to Take what Is RIGht From the Poor of Peopel That widows maybe Thier Prey For Financel HARM And That They may Rob the Fatherless so Fuck business.

Thier will be No more Glory For The U.S. Due to Ransom to And That You GOV Peopel shall Fall Among the Slain of the Police officers And military officals And You All Lay Dead Like Trash with All the MONEY That is or was made For GOV Productivity From compensation As many Fall Threw TRICKERY Into BANKER GOV WARs !!! And Fuck JObs And That In Time I Spill A Flood of Information That will cause WARs And That No more will Thier be JOBs For the U.S. which the Head or tail of A Palm Branch or Bulrush may do And As we SLAY off our GOV SLAVE MASTER Giants And oR RACIST GIANTS And Those who mess up That did HARM will Also be killed Just As They Give Psycmeds to Create SocioPaths And PsYcoho Paths All GOV TRICKERY TRECHORY SECRECY the Root cases will be Proven As All College Junk Sience Has caused many to ERR Just As A Drunken MAN Staggers in His Vomit So As The FBI.CIA Give me The lime LIGht As Thier Experimental Interrogation with Prophound Pled And with the blackwell Intellig-ence with Thier GOV TOOLs upon me And use Those That Fight on Thier Side And with The False Flag Alerts That to Has caused the Citizens to All ERR to And They will All Go Down with Them And with Thier Hopes to with this Dwelle And I'll See to of Those who Are led by Them Are Going to be Destroyed And Also All over AGain use of the lies From Politicans And Then Finally the Land Is All Dried up And burned up Due to my FIRAGA. And befor You Go Into the SO bullshit Dont ForGet UGLY And Unfortunat Bitches can Just Point the FinGer And Lie And I'll kill All off Those The CIA mobilizes. AGence me with There False Flag Alerts to Falsly Create And A Possible battel create And with The Daily Text with the Fix Predictive ProGraming "BRAINWASHING" Recalts

All is Strange For me because All of the Following Had Accured
1 Directly Participated In the WRONG And OR
2 Knew About the Wrong but did not Try to Stop or FIX it or And
3 Failed to oversee the People who caused The Wrong Such As by Hiring UnQualified People or Failing to AdeQuately Train staff or And
4 Created A Policy or custom That Allowed the Wrong to Occur

How come the DOC staff Have A Confidental Resourse With In the Department to All Counter Cover up And to Advocate For Fair Processes For GARDs Then Also Provided With Neutral With Confidental Imput to Analyze A Provocitive created Problem And to Identify options to Delay And DisOrGanized Inmate Grevences Process And Create An Unfairness And Violating Inmate Rights to And to Address Subtle Forms With Sensitivity And TRUTH Fullness And Unfair to All of US Inmates to And THAT WILL NOT RISE TO THE LEVEL AT A Informal COMPLAINT How ever To Lunched An Attack "SPELL CAST" 2 Goods Got Attacked 2X In A 2 Days In A ROW MY GOAL was 3 X For the 3rd DAY Three Always Next Time And That In Time I'll Prove Inhumain Conditions Here And That Mental Health Is worthless And All Detained Inclosed to And Thus Proves That Its MissGuided on Training And All Treatment Is MissGuided And to Destroy This Inhumain Fake Program And That It Will Get Worse I know Then I'll Prove to And Then the Depositivity Is And GARDs All know About The Depository Just As The FBI Provides me And will do Respond In A Different Dangerous WAY Due to GARD Harassment For Retaliation comes In MANY other WAYs To Just As the CIA wants me to Self Destruct And will do Do to Oppresiveness How ever Not For Their benefit And Then Above All That R.R C50? Is All Nothing but A All less PRODUCTIVE WORK ENVIRONMENT Then How so Treatment Fucks M Health.

SLAY oFF Gov SLAVE MASTER Grants And Racket Grants
All Codified LeGalized Gov CrimInality

EVERY Person who under COLOR OF ANY STATUE Ordinance ReGulation. Custom or usuGe of AnY state or TeerritorY or The Distric of Columbia SubJects or causes to be SubJected The DePrivation of AnY RIGhts PrivIIGes or IMMUNITYs Secured bY The Constituton And LAWs.

EverY Person who under color of AnY statute OrdInance ReGulation custom or UsuGe of AnY state or TerritorY or the District of colombia SubJects or causes to be SubJected AnY citizens of the United states or other Person with in the Jurrsdiction There of to The DePrivation or AnY Rights PrivIIGes or Imunities Secured bY The Constitution and LAW suit in EQuitY or other ProPer ProseedInG For redress. THE DESTRUCTION FROM THE POOR IS THIER "GOV" POVERTY when Gov Throws out Your LAW suite

THE VIOLENCE of THE WICKED WILL DESTROY "GOV" BECAUSE THEY REFUSE TO DO JUSTICE

OfFicals usuallY offer non RetaliatorY Explanations For Thier Actions AND COURTS TEND TO BELIEVE THEM

A lot of ANGRY OFFICALs can Get AWAY with AnYthinG to

[illegible] WAR [illegible]
All CodelFled leGalized GOV CrimInalITY
MASS Incrleraiton And All manIfest created InJustIce

Qualifted Immunity shields an official sued in his Individual CaPacity For Damages If the constituton or statury RIGHT That You Allege The official Violated was not clearly Estab- -lished at The Time of The Violaiton. Qulifted IMMUNITY = hey Note cust FIREAGA on GOV ProPertYs Attack Lunch Expose The GOV money Collect LAWs with All The GOV WARs Drawn upon The citizens Then The all know of U.S. Gov IdeoloGical cause Power Power And more Power no matter the cost to the Environment or Human LIves

CaPtans may tell Police This Atshift change to Will MInoritYs. Prosecutorss CaPtans Posibal Remind em And Not to worrY cuz They Have ImmunitYs but the Media is not Quich to SaY this And AnY Gov worker You All Protect Each other Now I know This Immunity thinG could be Used For APlicaiton Police ReQur-eatement but still SLAY off Gov slave master Giants oR Racist Giants AnY state Gov oR Prosecutors SaY this Immunity ThinG do not know what JustIce is it was Turned Into A BusIness !!!

Due to beinG under FBI Interdiction with MIND CONTROL to with Vilent IdolIGY And BrainwashinG Terror Induced And CIA All involved in PerPetratinG not PreventinG Terrorism As theY use me Ill use this PURSUTE AGainst Em to And while All this is on GoinG TheY ll be AideinG And AbettinG me And Due to beinG A Mind Control Slave Ill do so but Not For thier benifit As Iv Listed on This PaPer Don t TREAD on me !!!

**Harvey, Steven**

**From:** stevenharvey <stevenharvey@juno.com>
**Sent:** Friday, September 18, 2015 10:32 AM
**To:** Harvey, Steven
**Subject:** Bc

Hear The Code RETARD so You can WARP BACK to See It -

THE PERSUTE? 213669.B. 9999 BC ALERT. 999.BC.COM COLORADO.BLAIN ALERT.COM BRANDON.B COLORADO@NAU.COM....... HMMMMM....... */G*

Sent from my Verizon Wireless 4G LTE Smartphone

In Enclosed 4 Forever USA Envelopes They were Returned Delays And Run Arounds to And If You Notice They were Mailed to Certain Institutions to And 1 Stamp Stamped Real Stamp Envelope And 2 ACDL And 3 Indigent Mailers And I'm Not Sure If Your Dum Fuck GARDs were Doing Favors For the Agents or was It the Illegal Corruption or They Just Plain Fucking Stupid This Shows How Fast They would be In Combat or If This was Just More Delays And Run Arounds to was the DO 905 changed or Due to the Fiscal Years As The Govs Inflation had Occurred So did 905? How come At CASSAM the Letter Said 8 Pos In the Forever Stamped Envelope! Is Indigent Same As the Regular letter USA Envelope? or what! So I'm Confused or It Really WAS A Delay to Cover up And I Received Retaliation And Still Yall did Nothing That's ok I'll Launch Attacks And Destroy Yall Core Ability to make money Like In that Movie BACK DRAFT They were Killing Fire man For MONEY Just As the Same As us Inmates being used For How Much Some of Them Peace of Shits For They'll be Slaughtered Like Cattle being Med Compliance And Eventually They'll Suicide them Selves or Go on A Killing Spree or Get A SD charge From Deadly Side effects From the Psychmeds And Now GAY Inmates were Fucking Each other Cuz of Infections They were All Ready Suicidal to All Cuz of being Med Compliance And Them Dum Fuck Psyco Associates continue to Deceive Just As They been Deceived to From All that College Junk Science The Dum Fucks use the Feeling of Suicide As A Mental Disorder but Then Hear It was the Side effects Just As the Leaflet Said And could Worsen Depression! Then Some of Them Dum Fucks believe They'll Get Rescued or Get Released Sooner when They Play All These Dum Fuck Mental GAMES but to BAD the Injustice System wants Them to Think that WAY I did my own Research Fuck Mental Health It's A GOV tool And Never Is Real Treatment And of All what the CIA FBI Are Doing to me And Made me do what Mental Health Really Is Record Are So Fucking Stupid All That College Junk Science of Any Abnormality And bad Sex Drive Like In 2009 was All Psychmed Induced I Never Knew that And I didn't know And I Never was SMI to I was bullied with BRRB SSI so MH Health is Invalid Any WAYs they couldn't cure This letters I Knew they'll be In Your Safe keeping cuz they'll Disappear Buildings to

Hear Are the Exsamples You Fucking Idiot

Results for: brandon ~~colorado@nau~~ weeden colorado

← APRIL 5 2009

About
Press & Blogs
Copyright
Creators & Partners
Advertising
Developers

Help

Terms Privacy
Safety Send feedback
Try something new!

Language: English

JAMIE R. ANELLO
Notary Public - Arizona
COCHISE COUNTY
Commission # 576014
Expires November 20, 2023