9 OCT 2023

THAT REPORT ON ADC MISCONDUCT AGAINST INMATES AND THREATENING ADC STAFF OR TRY TO HELP INMATES GET MEDICAL CARE

TO-JUDGE-ROSLYN-O-SILVER

CV-12-601-PHX-ROS

FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 20 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

ADC IS BLOCKING THE INJUNCTION PORTAL AZCOURTMONITORS.ORG ON THE INMATE TABLETS FOR ABOUT 2 WEEKS NOW SO INMATES CANNOT USE IT

ADC IS NOT COMPLYING IN ANY WAY WITH YOUR COURT ORDERS

INMATES STILL HAVE NO HEALTH CARE

PLEASE PUT MEDICAL INTO RECEIVERSHIP IMMEDIATELY

PLEASE REQUIRE LEVEL 4 YARDS TO HAVE 8 HOURS OF OUTDOOR TIME A DAY 7 DAYS A WEEK

ADC IS DISCRIMINATING AGAINST MENTALLY ILL INMATES THAT CAN NEVER GET ON A LEVEL 3 YARD

PLEASE HELP
THANK YOU Kemp

KEMP-HORTON-202496
PO BOX-24403
TUCSON AZ
85734

PLUS ADC IS CONSTANTLY RETALIATING AGAINST ME FOR COMPLAINING ABOUT NO HEALTH CARE AND HORROR PRISON CONDITIONS IN GENERAL