1  Jared G. Keenan (Bar No. 027068)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: jkeenan@acluaz.org

4  *Attorneys for Plaintiffs Shawn Jensen, Dustin*
   *Brislan, Robert Gamez, Jonathan Gonzalez,*
5  *Jason Johnson, Kendall Johnson, Joshua*
   *Polson, Laura Redmond, Sonia Rodriguez,*
6  *Ronald Slavin, Jeremy Smith, and Christina*
   *Verduzco, on behalf of themselves and all*
7  *others similarly situated*

8  **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY**
   **LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for*
14 *Disability Law*

15 **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**

16              UNITED STATES DISTRICT COURT

17                  DISTRICT OF ARIZONA

18 | Shawn Jensen, *et al.*, on behalf of themselves | No. CV 12-00601-PHX-ROS |
   and all others similarly situated; and Arizona
19 Center for Disability Law,

20              Plaintiffs,                    **DECLARATION OF MARIA**
                                               **V. MORRIS IN SUPPORT OF**
21      v.                                     **PLAINTIFFS' RESPONSE TO**
                                               **DEFENDANTS' OBJECTIONS**
22 Ryan Thornell, *et al.*, in their official   **TO THE PROPOSED**
   capacities,                                 **CORRECTIONAL STAFFING**
23                                             **ANALYSIS AND PLAN (DOC.**
                Defendants.                    **4489)**
24

25

26

27

28

I, MARIA V. MORRIS, declare:

1.      I am an attorney licensed to practice in the District of Columbia. I am a Senior Staff Attorney at the ACLU National Prison Project and an attorney of record to the Plaintiffs in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.      Attached as **Exhibit 1** is a true and correct copy of the Arizona Department of Corrections, Rehabilitation, and Reentry Institutional Capacity Committed Population Report for September 8, 2023.  I have highlighted the six detention units Defendants reported were empty as of that date.

3.      Defendants produced a .pdf of the Electronic Offender Monitoring System ("EOMS") Prisoner Activity Report for September 2-8, 2023 for Eyman Browning.  This report is over 5000 pages.  Many of the entries that show what the activity was are cut off, making them difficult or impossible to read.  Defendants also produced an excel spreadsheet of the same report.  The excel spreadsheet, as produced, included all the activities and times for those activities for each person in Eyman Browning during that week.  However, the spreadsheet shows the name and booking number of each person only at the beginning of the entries for that person, and the date only at the beginning of the entries for that date for that person.  To make the report useable, I have populated the cells next to the times and activities to show the name and booking number of the person about whom the entry was made, and the date for the entry.

4.      Attached as **Exhibit 2** are excerpts of the spreadsheet showing examples of times when people were reported as being "in transit" for more than half an hour.   I have not included the names or booking numbers of the individuals in the excerpts, but I have included their cell numbers.

5.      Defendants also produced an EOMS report entitled, "Out of Cell Log 9.2.23-9.8.23."  This report shows movements to and from cells at Eyman Browning. Attached as **Exhibit 3** are true and correct excerpts of the Out of Cell Log 9.2.23-9.8.23. These excerpts show the times when a person housed at Eyman Browning went "To

EMERGENCY ROOM".  I have highlighted the entries showing that a persons went to or returned from the emergency room.  I have redacted names and booking numbers of all people housed in Eyman Browning.

6.    I have reviewed the Defendants produced Out-of-Cell-Time Tracking Forms for the maximum custody and detention units at ASPC Eyman SMU-1, ASPC Lewis, ASPC Perryville, ASPC Safford, ASPC Tucson, ASPC Winslow, and ASPC Yuma Defendants produced for the period September 2-8, 2023.  They did not produce Out-of-Cell-Time Tracking Forms for the detention unit at ASPC Douglas, although it housed 18 people as of September 8, 2023.  Many of the Out-of-Cell-Time Tracking Forms reflect less than one week of time in the maximum custody or detention units.  The population as of September 8, the number of forms for each facility or unit, and the number of forms that cover less than a week are as follows:

| Facility or Unit | 9/8/23 Population | # of Forms | # of Forms reflecting less than a week and approximate number of days covered |
|---|---|---|---|
| Eyman SMU-I | 71 | 3 | 0 |
| Lewis Bachman | 58 | 7 | 3: 2 days, 3.5 days, 2 days |
| Lewis Morey | 34 | 3 | 0 |
| Lewis Stiner | 61 | 6 | 1: 2 days |
| Lewis Rast | 49 | 2 | 0 |
| Perryville | 5 | 1 | 1: 1 day |
| Stafford | 15 | 1 | 1: 2 days |
| Tucson | 133 | 13 | 4: 5 days, 3 days, 2 days, 1day |
| Winslow | 9 | 1 | 0 |
| Yuma Dakota | 75 | 5 | 0 |
| Yuma Cheyenne | 73 | 8 | 0 |

7.    Attached as **Exhibit 4** is a true and correct copy of the fronts of the Out-of-Cell-Time Tracking Forms produced for Lewis Bachman for September 2-8, 2023.  I have redacted the names and booking numbers.  I have highlighted information relevant to the

1   issues raised in Plaintiffs' brief, including meal times, recreation locations, and times of

2   "Offer/Out" for recreation.  The Lewis Bachman Out-of-Cell-Time Tracking Forms are

3   the only forms that have any indication of meals being served at three separate times on

4   September 2, 3, and 4, which were a Saturday, a Sunday, and Labor Day Monday.

5        8.      Attached as **Exhibit 5** is a true and correct copy of the fronts of the Out-of-

6   Cell-Time Tracking Forms produced for Lewis Morey for September 2-8, 2023.  I have

7   redacted the names and booking numbers.  I have highlighted information relevant to the

8   issues raised in Plaintiffs' brief, including meal times, recreation locations, and times of

9   "Offer/Out" for recreation.

10       9.      Attached as **Exhibit 6** is a true and correct copy of the fronts of the Out-of-

11  Cell-Time Tracking Forms produced for Lewis Stiner for September 2-8, 2023.  I have

12  redacted the names and booking numbers.  I have highlighted information relevant to the

13  issues raised in Plaintiffs' brief, including recreation locations and times of "Offer/Out"

14  for recreation.

15       10.     Attached as **Exhibit 7** is a true and correct copy of the front of the Out-of-

16  Cell-Time Tracking Form produced for Winslow for September 2-8, 2023.  I have

17  redacted the names and booking numbers.  I have highlighted information relevant to the

18  issues raised in Plaintiffs' brief, including times of "Offer/Out" for recreation.

19       11.     Attached as **Exhibit 8** is a true and correct copy of the fronts of the Out-of-

20  Cell-Time Tracking Forms produced for Yuma for September 2-8, 2023.  I have redacted

21  the names and booking numbers.  I have highlighted information relevant to the issues

22  raised in Plaintiffs' brief, including recreation locations for Yuma Dakota.

23       12.     Attached as **Exhibit 9** is a true and correct copy of two Out-of-Cell-Time

24  Tracking Forms produced for Tucson for September 2-8, 2023.  I have redacted the names

25  and booking numbers.  I have highlighted information relevant to the issues raised in

26  Plaintiffs' brief, including activities that were recorded then crossed out for events that

27  occurred after the individuals left the unit.

28       13.     Attached as **Exhibit 10** are excerpts of the Prisoner Activity Report for

September 2-8, 2023 for Eyman Browning.  I have redacted the names and booking numbers, and highlighted examples of times when more than 30 minutes passed between security checks.

14.     Attached as **Exhibit 11** is an excerpt of the Prisoner Activity Report spreadsheet for September 2-8, 2023 for Eyman Browning.  I have not included the name and booking number.  This excerpt shows that most of the security checks done for a person who was at recreation were security checks of the cell where the person was "Not Present".  While the spreadsheet contains some entries where it is indicated that the person was checked on in the recreation are, most reflect that the checks during recreation were primarily or entirely of the cell where the person was not present.

15.     Attached as **Exhibit 12** is an excerpt of the Prisoner Activity Report spreadsheet for September 2-8, 2023 for Eyman Browning, sorted by Officer, date and time.  This excerpt shows the security checks on people in the three pods of D Cluster with cells 1-10, 11-20, and 21-30 in the early morning of September 5, 2023.  I have shaded in the rounds of security checks in alternating red and blue for ease of review. There were 28 cells occupied for most of the night, 29 cells during the last of the checks. The times that it took for the officer to the do each round of security checks, and the amount of time it appears was spent walking from pod to pod or from one tier (with even number cells) to the other (with odd numbered cells) were as follows:

| Time | Total Time Spent | Time Spent Walking from Tier to Tier or Pod to Pod |
|---|---|---|
| 1:13:59-1:17:18 | 3 minutes, 19 seconds | 2 minutes, 21 seconds |
| 1:40:01-1:43:18 | 3 minutes, 17 seconds | 2 minutes, 16 seconds |
| 2:06:10-2:09:45 | 3 minutes, 35 seconds | 2 minutes, 39 seconds |
| 2:32:17-2:36:25 | 4 minutes, 8 seconds | 2 minutes, 42 seconds |
| 2:58:13-3:2:03 | 3 minutes, 50 seconds | 2 minutes, 42 seconds |
| 3:24:35-3:28:27 | 3 minutes, 52 seconds | 2 minutes, 59 seconds |

| 3:50:42-3:54:33 | 3 minutes, 51 seconds | 2 minutes, 40 seconds |
| 4:17:19-4:21:00 | 3 minutes, 41 seconds | 2 minutes, 11 seconds |

16.     Attached as **Exhibit 13** is an excerpt of the Prisoner Activity Report spreadsheet for September 2-8, 2023 for Eyman Browning.  This shows the entries for an individual housed in cell C-60 from 18:33:36 on September 3 through 5:14:14 on September 4.  The 9-hour period during which this individual was left locked in the shower, 18:56:16-3:59:33, is highlighted.

17.     Attached as **Exhibit 14** is an excerpt of the Prisoner Activity Report spreadsheet for September 2-8, 2023 for Eyman Browning.  This shows the entries for an individual housed in cell B-15 from 7:05:24-20:27:36 on September 3.  The 8½-hour period during which this individual was left locked in the shower, 10:52:51 to 19:24:28, is highlighted.

18.     Attached as **Exhibit 15** are excerpts of the Prisoner Activity Report spreadsheet for September 2-8, 2023 for Eyman Browning.  These show portions of the log for September 2, 3, and 4 for the individual housed in cell C-15.  The periods for two showers, one on September 2 lasting five hours, and one on September 4 lasting 3 hours, are highlighted.

19.     Attached as Exhibit 16 is an excerpt of the National Institute of Corrections, *Prison Staffing Analysis, A Training Manual With Staffing Considerations for Special Populations*.  The excerpt is the chapter entitled, "Developing the Shift Relief Factor."


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of October 2023 in Washington, District of Columbia.

*s/ Maria V. Morris*

Maria V. Morris