# ADC INSTITUTIONAL CAPACITY COMMITTED POPULATION

**8-Sep-23**

| Custody | UNIT | USE | RATED G.P. | RATED M/MH | RATED TOTAL | TEMP T/G.P. | TEMP T M/MH | TEMP TOTAL | SU S.U. | SU T.S.U. | SU TOTAL | INM RATED G.P. | INM RATED M/MH | INM TEMP T/G.P. | INM TEMP T M/MH | INM TOTAL | TOTAL S.U./T.S.U. | INSIDE TOTAL | OUTSIDE TOTAL | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASPC-DOUGLAS** | | | | | | | | | | | | | | | | | | | | |
| MIN | Gila | GP | 632 | | 632 | | | 632 | | | | 305 | | 0 | | 305 | 0 | 305 | 1 | 306 |
| MED | Mohave | GP | 803 | | 803 | 140 | | 943 | | | | 803 | | 127 | | 930 | 0 | 930 | 18 | 948 |
| | Complex Detention | DET | | | 0 | | | 0 | 44 | 44 | 88 | | | | | | 17 | 17 | 1 | 18 |
| MH | Complex Mental Health Watch | MH | | | 0 | | | 0 | 1 | | 1 | | | | | | | 0 | 0 | 0 |
| MIN | Eggers | GP | 240 | | 240 | | | 240 | | | | 235 | | 0 | | 235 | 0 | 235 | 0 | 235 |
| MIN | Maricopa | GP | 130 | | 130 | | | 130 | | | | 0 | | | | 0 | | 0 | 0 | 0 |
| MIN | Papago - F | GP | 100 | | 100 | | | 100 | | | | 0 | | | | 0 | | 0 | 0 | 0 |
| | **TOTAL** | | 1905 | 0 | 1905 | 140 | | 2045 | 45 | 44 | 89 | 1343 | 0 | 127 | 0 | 1470 | 17 | 1487 | 20 | 1507 |
| **ASPC-EYMAN** | | | | | | | | | | | | | | | | | | | | |
| MED | Cook | SO | 796 | | 796 | 648 | | 1444 | | | | 796 | | 621 | | 1417 | 0 | 1417 | 5 | 1422 |
| MED | Meadows | SO | 796 | | 796 | 483 | | 1279 | | | | 796 | | 455 | | 1251 | 0 | 1251 | 5 | 1256 |
| | Meadows Detention | DET | | | 0 | | | 0 | 40 | 40 | 80 | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 |
| CLOSE | Rynning A37 | SO | | | 0 | 80 | | 80 | | | | 0 | | 52 | | 52 | 0 | 52 | 2 | 54 |
| CLOSE | Rynning A37 | SO | 600 | | 600 | | | 600 | | | | 372 | | | | 372 | 0 | 372 | 0 | 372 |
| CLOSE | Rynning Death Row | | 200 | | 200 | | | 200 | | | | 93 | | | | 93 | 0 | 93 | 0 | 93 |
| MAX | SMU I | GP | 352 | | 352 | 32 | | 384 | | | | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 |
| MAX | SMU I SO | SO | 88 | | 88 | 56 | | 144 | | | | 12 | | 0 | | 12 | 0 | 12 | 0 | 12 |
| CLOSE | SMU I SO CLOSE | SO | 328 | | 328 | 200 | | 528 | | | | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 |
| MAX | SMU I P.C. | PC | 32 | | 32 | 16 | | 48 | | | | 24 | | 0 | | 24 | 0 | 24 | 1 | 25 |
| | SMU I Detention | DET | | | | | | | 181 | 171 | 352 | | | | | | 33 | 33 | 1 | 34 |
| MH | SMU I M/H Watch | MH | | 24 | 24 | | | 24 | | | | | 10 | | | 10 | 0 | 10 | 0 | 10 |
| INTAKE | Browning Intake | GP | 30 | | 30 | 30 | | 60 | | | | 3 | | 0 | | 3 | 0 | 3 | 0 | 3 |
| MAX | Browning Unit | GP | 354 | | 354 | 226 | | 580 | | | | 93 | | 0 | | 93 | 0 | 93 | 10 | 103 |
| MAX | Browning STG | STG | 135 | | 135 | 5 | | 140 | | | | 45 | | 0 | | 45 | 0 | 45 | 1 | 46 |
| MAX | Browning D/Row | DR | 69 | | 69 | 9 | | 78 | | | | 14 | | 0 | | 14 | 0 | 14 | 0 | 14 |
| MAX | Browning D/Row | DR | 10 | | 10 | | | 10 | | | | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 |
| CLOSE | Browning MH Treatment | MH | | 30 | 30 | | | 30 | | | | | 27 | | | 27 | 0 | 27 | 1 | 28 |
| MH | Browning M/H Watch | MH | | 10 | 10 | | | 10 | | | | | 9 | | | 9 | 0 | 9 | 0 | 9 |
| CLOSE | Browning BMU | MH | | 30 | 30 | | | 30 | | | | | 16 | | | 16 | 0 | 16 | 0 | 16 |
| CLOSE | Browning MH Treatment II | MH | | 20 | 20 | | | 20 | | | | | 19 | | | 19 | 0 | 19 | 0 | 19 |
| MAX | Browning RSHP | GP | 45 | | 45 | 5 | | 50 | | | | 21 | | 0 | | 21 | 0 | 21 | 3 | 24 |
| | Anthem Hospital | MED | | | | | | | 16 | | 16 | | | | | | 16 | 16 | 0 | 16 |
| MED | South Unit | SO | 544 | | 544 | 421 | | 965 | | | | 535 | | 0 | | 535 | 0 | 535 | 2 | 537 |
| | **TOTAL** | | 4379 | 114 | 4493 | 2211 | 0 | 6704 | 237 | 211 | 448 | 2804 | 81 | 1128 | 0 | 4013 | 49 | 4062 | 31 | 4093 |
| **ASPC-PERRYVILLE-F** | | | | | | | | | | | | | | | | | | | | |
| MED | Santa Cruz | GP | 768 | | 768 | | | 768 | | | | 732 | | 0 | | 732 | 0 | 732 | 16 | 748 |
| CLOSE | Lumley 1 | GP | 384 | | 384 | | | 384 | | | | 248 | | 0 | | 248 | 0 | 248 | 3 | 251 |
| CLOSE | Lumley Mental Health | MH | | 42 | 42 | | | 42 | | | | | 14 | | | 14 | 0 | 14 | 1 | 15 |
| CLOSE | Perryville SNU | MED | | | | | 10 | 10 | | | | | | | | | | | | 0 |
| MED | Lumley Medium | GP | 192 | | 192 | | | 192 | | | | 174 | | 0 | | 174 | 0 | 174 | 1 | 175 |
| CLOSE | Perryville Watch Cells | MH | | 6 | 6 | | 14 | 20 | | | | | 6 | | 2 | 8 | 0 | 8 | 1 | 9 |
| | Recp&Asmnt | GP | 130 | | 130 | | | 130 | | | | 85 | | 0 | | 85 | 0 | 85 | 0 | 85 |
| CLOSE | Lumley PC | PC | 2 | | 2 | | | 2 | | | | 0 | | | | 0 | 0 | 0 | 0 | 0 |
| | Lumley Detention | DET | | | 0 | | | 0 | 12 | | 12 | | | | | | 5 | 5 | 0 | 5 |
| CLOSE | Building 45 Central  MH Unit | MH | | 12 | 12 | | | 12 | 2 | | 2 | | 6 | | | 6 | 0 | 6 | 0 | 6 |
| CLOSE | Treatment MH Ward | MH | | | | | 16 | 16 | | | | | | | 12 | 12 | 0 | 12 | 0 | 12 |
| MIN | San Pedro | GP | 432 | | 432 | 4 | | 432 | | | | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 |
| MED | Santa-Maria | GP | 336 | | 336 | 4 | | 340 | | | | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 |
| | Santa-Maria Detention | DET | | | 0 | | | 0 | 24 | 20 | 44 | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 |
| CLOSE | Perryville IPC | MED | | 10 | 10 | | 5 | 15 | | | | | 3 | | | 3 | 0 | 3 | 0 | 3 |
| MIN | Piestewa | GP | 210 | | 210 | | | 210 | | | | 158 | | 0 | | 158 | 0 | 158 | 1 | 159 |
| MIN | Piestewa Second Chance Center | GP | 50 | | 50 | | | 50 | | | | 48 | | 0 | | 48 | 0 | 48 | 0 | 48 |
| MIN | Santa Rosa | GP | 390 | | 390 | | | 390 | | | | 311 | | 0 | | 311 | 0 | 311 | 24 | 335 |
| MIN | San Carlos | GP | 1250 | | 1250 | 80 | | 1330 | | | | 1250 | | 40 | | 1290 | 0 | 1290 | 7 | 1297 |
| | **TOTAL** | | 4144 | 70 | 4214 | 84 | 45 | 4343 | 38 | 20 | 58 | 3006 | 29 | 40 | 17 | 3092 | 5 | 3097 | 54 | 3151 |
| **ASPC-PHOENIX** | | | | | | | | | | | | | | | | | | | | |
| INTAKE | Reception | GP | 207 | | 207 | 129 | | 336 | | | | 207 | | 16 | | 223 | 0 | 223 | 2 | 225 |
| MIN | Inmate Worker | GP | 30 | | 30 | 31 | | 61 | | | | 30 | | 27 | | 57 | 0 | 57 | 0 | 57 |
| MED | B-Ward IPC | MED | | 40 | 40 | | 30 | 70 | | | | | 40 | | 6 | 46 | 0 | 46 | 2 | 48 |
| CLOSE | Flamenco Ida Ward- M | MH | | 25 | 25 | | 12 | 37 | | | | | 23 | | 0 | 23 | 0 | 23 | 4 | 27 |
| MH | Flamenco Mental Health Watch | MH | | 15 | 15 | | 11 | 26 | | | | | 14 | | 0 | 14 | 0 | 14 | 0 | 14 |
| CLOSE | Flamenco John PS- M | MH | | 16 | 16 | | | 16 | | | | | 16 | | | 16 | 0 | 16 | 0 | 16 |
| CLOSE | Flamenco King - M | MH | | 35 | 35 | | | 35 | | | | | 24 | | | 24 | 0 | 24 | 0 | 24 |
| CLOSE | Flamenco-George | MH | | 20 | 20 | | | 20 | | | | | 11 | | | 11 | 0 | 11 | 0 | 11 |
| MED | Aspen/SPU | MH | | 150 | 150 | | | 150 | | | | | 146 | | | 146 | 0 | 146 | 1 | 147 |
| | **TOTAL** | | 237 | 315 | 552 | 160 | 53 | 765 | 0 | 0 | 0 | 237 | 274 | 43 | 16 | 560 | 0 | 560 | 9 | 569 |

# ADC INSTITUTIONAL CAPACITY COMMITTED POPULATION

| 8-Sep-23 | | | OPERATING CAPACITY | | | | | | | | | INMATE COMMITTED POPULATION AS MIDNIGHT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RATED | | | TEMPORARY | | | SPECIAL USE | | | RATED | | TEMPORARY | | TOTAL | | INSIDE | OUTSIDE | GRAND |
| Custody | UNIT | USE | G.P. | M/MH | TOTAL | T/G.P. | T M/MH | TOTAL | S.U. | T.S.U. | TOTAL | G.P. | M/MH | T/G.P. | T M/MH | TOTAL | S.U./T.S.U. | TOTAL | TOTAL | TOTAL |
| **ASPC-LEWIS** | | | | | | | | | | | | | | | | | | | | |
| CLOSE | Morey | GP | 800 | | 800 | | | 800 | | | | 657 | | | | 657 | 0 | 657 | 12 | 669 |
| | Morey Detention | DET | | | 0 | | | 0 | 80 | | 80 | | | | | 0 | 33 | 33 | 1 | 34 |
| CLOSE | Rast | PC | 404 | | 404 | | | 404 | | | | 368 | | | | 368 | 0 | 368 | 7 | 375 |
| CLOSE | Rast II | PC | 48 | | 48 | | | 48 | | | | 15 | | | | 15 | 0 | 15 | 0 | 15 |
| CLOSE | RAST III | PC | 96 | | 96 | | | 96 | | | | 72 | | | | 72 | 0 | 72 | 1 | 73 |
| MAX | Rast PC | PC | 296 | | 296 | | | 296 | | | | 45 | | | | 45 | 0 | 45 | 4 | 49 |
| CLOSE | Rast IV | PC | 36 | | 36 | | | 36 | | | | 0 | | | | 0 | 0 | 0 | 0 | 0 |
| MH | Rast MH Watch | MH | | 24 | 24 | | 4 | 28 | | | | | 13 | | 0 | 13 | 0 | 13 | 0 | 13 |
| | Lewis Medical | MED | | | 0 | | 17 | 17 | | | 0 | | | | | 0 | 11 | 11 | 0 | 11 |
| MED | Stiner II | GP | 800 | | 800 | 416 | | 1216 | | | 0 | | | 0 | | 0 | 0 | 0 | 0 | 0 |
| | Stiner Detention | DET | | | 0 | | | 0 | 70 | | 70 | | | 0 | | 0 | 59 | 59 | 2 | 61 |
| MIN | Bachman PC | PC | 112 | | 112 | 76 | | 188 | | | | 112 | | 48 | | 160 | 0 | 160 | 1 | 161 |
| MED | Bachman GP | GP | 300 | | 300 | 76 | | 376 | | | | 300 | | 4 | | 304 | 0 | 304 | 1 | 305 |
| MIN | Bachman PC RSAT | PC | 188 | | 188 | | | 188 | | | | 108 | | 0 | | 108 | 0 | 108 | 0 | 108 |
| | Bachman Detention | DET | | | | | | | 80 | | 80 | | | | | 0 | 58 | 58 | 0 | 58 |
| CLOSE | Buckley PC | PC | 750 | | 750 | | | 750 | | | | 553 | | | | 553 | 0 | 553 | 9 | 562 |
| CLOSE | Buckley PC II | PC | 50 | | 50 | | | 50 | | | | 0 | | | | 0 | 0 | 0 | 0 | 0 |
| MED | Barchey PC I | PC | 370 | | 370 | 150 | | 520 | | | | 370 | | 46 | | 416 | 0 | 416 | 10 | 426 |
| MED | Barchey PC II | PC | 370 | | 370 | 120 | | 490 | | | | 370 | | 5 | | 375 | 0 | 375 | 4 | 379 |
| MED | Barchey PC III | PC | 60 | | 60 | | | 60 | | | | 0 | | | | 0 | 0 | 0 | 0 | 0 |
| MED | Barchey  PC MH | MH | | | | | 20 | 20 | | | | | | | 8 | 8 | 0 | 8 | 0 | 8 |
| CLOSE | Sunrise Male Minors | GP | 75 | | 75 | | | 75 | | | | 30 | | | | 30 | 0 | 30 | 0 | 30 |
| CLOSE | Sunrise Female Minors | GP | 11 | | 11 | | | 11 | | | | 0 | | | | 0 | 0 | 0 | 0 | 0 |
| CLOSE | Sunrise Minors Reception | GP | 14 | | 14 | | | 14 | | | | 1 | | | | 1 | 0 | 1 | 0 | 1 |
| MIN | Eagle Point | GP | 300 | | 300 | | | 300 | | | | 0 | | | | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL** | | 5080 | 24 | 5104 | 838 | 41 | 5983 | 230 | 0 | 230 | 3001 | 13 | 103 | 8 | 3125 | 161 | 3286 | 52 | 3338 |
| **ASPC-SAFFORD** | | | | | | | | | | | | | | | | | | | | |
| MIN | Fort Grant | GP | 588 | | 588 | | | 588 | | | | 573 | | 0 | | 573 | 0 | 573 | 0 | 573 |
| | Miles Detention | DET | | | 0 | | | 0 | 24 | 24 | 48 | | | | | 0 | 11 | 11 | 4 | 15 |
| MH | Miles Mental Health Watch | MH | | | | | | | 1 | | 1 | | | | | 0 | 4 | 4 | 0 | 4 |
| MIN | Graham | GP | 615 | | 615 | | | 615 | | | 0 | 582 | | 0 | | 582 | 0 | 582 | 0 | 582 |
| MED | Tonto | PC | 250 | | 250 | 160 | | 410 | | | | 250 | | 77 | | 327 | 0 | 327 | 3 | 330 |
| | Tonto Detention | DET | | | | | | | 6 | | 6 | | | | | 0 | 0 | 0 | 0 | 0 |
| MIN | Globe | GP | 250 | | 250 | | | 250 | | | | 235 | | | | 235 | 0 | 235 | 0 | 235 |
| | Globe Detention | DET | | | | | | | 9 | | 9 | | | | | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL** | | 1703 | 0 | 1703 | 160 | 0 | 1863 | 40 | 24 | 64 | 1640 | 0 | 77 | 0 | 1717 | 11 | 1728 | 7 | 1735 |
| **ASPC-TUCSON** | | | | | | | | | | | | | | | | | | | | |
| CLOSE | Cimarron | GP | 648 | | 648 | | | 648 | | | | 632 | | 0 | | 632 | 0 | 632 | 5 | 637 |
| | Cimarron Detention | DET | | | | | | | 48 | 48 | 96 | | | | | 0 | 76 | 76 | 0 | 76 |
| MH | Rincon MH Watch | MH | | 79 | 79 | | 6 | 85 | | | | | 47 | | 0 | 47 | 0 | 47 | 1 | 48 |
| MED | Rincon Medical | MED | | | | | 66 | 66 | | | 0 | | | | 64 | 64 | 0 | 64 | 3 | 67 |
| CLOSE | Rincon S.N.U. | MED | | 16 | 16 | | | 16 | | | | | 15 | | | 15 | 0 | 15 | 0 | 15 |
| CLOSE | Cimarron Transitory | TRANS | | | | 24 | | 24 | | | | | | 8 | | 8 | 0 | 8 | 0 | 8 |
| CLOSE | Rincon | GP | 340 | | 340 | | | 340 | | | 0 | 327 | | | | 327 | 0 | 327 | 4 | 331 |
| CLOSE | Rincon MH Program | MH | | 405 | 405 | | 23 | 428 | | | | | 366 | | 0 | 366 | 0 | 366 | 2 | 368 |
| MED | Santa Rita | GP | 768 | | 768 | | | 768 | | | | 754 | | 0 | | 754 | 0 | 754 | 7 | 761 |
| MED | Manzanita S.N.U. | MED | | 25 | 25 | 20 | | 45 | | | | | 25 | | 20 | 45 | 0 | 45 | 0 | 45 |
| MED | Manzanita  RSAT | MED | 179 | | 179 | 107 | | 286 | 0 | | 0 | 179 | | 51 | | 230 | NA | 230 | 4 | 234 |
| MED | Manzanita Second Chance Center | MED | 48 | | 48 | | | 48 | | | | 44 | | | | 44 | NA | 44 | 0 | 44 |
| MH | Manzanita Mental Health | MH | | 24 | 24 | | | 24 | | | | | 16 | | | 16 | 0 | 16 | 0 | 16 |
| MED | Manzanita Residential | MED | | 58 | 58 | | | 58 | | | | | 58 | | 0 | 58 | 0 | 58 | 5 | 63 |
| | Manzanita Detention | DET | | | | | | | 12 | 11 | 23 | | | | | 0 | 9 | 9 | 2 | 11 |
| MED | Winchester | GP | 400 | | 400 | 336 | | 736 | | | | 400 | | 310 | | 710 | 0 | 710 | 17 | 727 |
| | Winchester Detention | DET | | | | | | | 12 | 12 | 24 | | | | | 0 | 0 | 0 | 0 | 0 |
| | Complex Detention | DET | | | | | | | 40 | 40 | 80 | | | | | 0 | 56 | 56 | 1 | 57 |
| MIN | Catalina | GP | 360 | | 360 | | | 360 | | | 0 | | | 0 | | 0 | 0 | 0 | 0 | 0 |
| MIN | Whetstone | GP | 1250 | | 1250 | | | 1250 | | | | 1205 | | | | 1205 | 0 | 1205 | 2 | 1207 |
| | **TOTAL** | | 3993 | 607 | 4600 | 467 | 115 | 5182 | 112 | 111 | 223 | 3541 | 527 | 369 | 84 | 4521 | 141 | 4662 | 48 | 4710 |
| **ASPC-WINSLOW** | | | | | | | | | | | | | | | | | | | | |
| MIN | Coronado | GP | 492 | | 492 | | | 492 | | | 0 | 173 | | 0 | | 173 | 0 | 173 | 0 | 173 |
| CLOSE | Kaibab | GP | 800 | | 800 | | | 800 | | | | 385 | | | | 385 | 0 | 385 | 4 | 389 |
| | Complex Detention | DET | | | | | | | 19 | 19 | 38 | | | | | 0 | 8 | 8 | 1 | 9 |
| MH | Kaibab Mental Health Watch | MH | | | | | | | 1 | | 1 | | | | | 0 | 1 | 1 | 0 | 1 |
| MIN | Apache | GP | 334 | | 334 | | | 334 | | | 0 | 328 | | 0 | | 328 | 0 | 328 | 0 | 328 |
| | Apache Detention | DET | | | | | | | 12 | | 12 | | | | | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL** | | 1626 | 0 | 1626 | 0 | 0 | 1626 | 32 | 19 | 51 | 886 | 0 | 0 | 0 | 886 | 9 | 895 | 5 | 900 |
| **ASPC-YUMA** | | | | | | | | | | | | | | | | | | | | |
| MED | Cheyenne | GP | 800 | | 800 | 324 | | 1124 | | | | 800 | | 144 | | 944 | 0 | 944 | 13 | 957 |
| | Cheyenne Detention | DET | | | | | | 0 | 40 | 39 | 79 | | | | | 0 | 69 | 69 | 4 | 73 |
| MIN | Cocopah | GP | 250 | | 250 | | | 250 | | | | 0 | | | | 0 | 0 | 0 | 0 | 0 |
| CLOSE | Dakota Y13 | GP | 800 | | 800 | | | 800 | | | | 729 | | | | 729 | 0 | 729 | 6 | 735 |
| | Dakota Detention | DET | | | | | | 0 | 80 | | 80 | | | | | 0 | 75 | 75 | 0 | 75 |
| MH | Dakota MH Watch | MH | | | | | | | 16 | | 16 | | | | | 0 | 10 | 10 | 0 | 10 |
| MED | Cibola | GP | 1250 | | 1250 | 16 | | 1266 | | | | 1214 | | 0 | | 1214 | 0 | 1214 | 26 | 1240 |
| MIN | La Paz | GP | 1250 | | 1250 | | | 1250 | | | | 1154 | | 0 | | 1154 | 0 | 1154 | 2 | 1156 |
| | **TOTAL** | | 4350 | 0 | 4350 | 340 | 0 | 4690 | 136 | 39 | 175 | 3897 | 0 | 144 | 0 | 4041 | 154 | 4195 | 51 | 4246 |
| | **TOTAL IN-STATE** | | 27417 | 1130 | 28547 | 4400 | 254 | 33201 | 870 | 468 | 1338 | 20355 | 924 | 2031 | 115 | 23425 | 547 | 23972 | 277 | 24249 |

# ADC INSTITUTIONAL CAPACITY COMMITTED POPULATION

Case 2:12-cv-00601-ROS   Document 4497-2   Filed 10/26/23   Page 3 of 3

| Custody | UNIT | USE | OPERATING CAPACITY RATED G.P. | M/MH | TOTAL | TEMPORARY T/G.P. | T M/MH | TOTAL | SPECIAL USE S.U. | T/S.U. | TOTAL | INMATE COMMITTED POPULATION AS MIDNIGHT RATED G.P. | M/MH | TEMPORARY T/G.P. | T M/MH | TOTAL | TOTAL S.U./T.S.U. | INSIDE TOTAL | OUTSIDE TOTAL | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CONTRACT BEDS | | | | | | | | | | | | | | | | | | | |
| MED | CACF - GEO | SO | 1000 | | 1000 | 280 | | 1280 | 40 | | 40 | 1000 | | 266 | | 1266 | | 1266 | 5 | 1271 |
| MIN | Phx. West- GP- GEO | GP | 200 | | 200 | | | 200 | 19 | | 19 | 190 | | 0 | | 190 | | 190 | 1 | 191 |
| MIN | Phx West 2nd Chance Center GEO | GP | 200 | | 200 | | | 200 | | | | 111 | | 0 | | 111 | | 111 | 0 | 111 |
| MIN | Flor. West-- GEO | GP | 600 | | 600 | 150 | | 750 | 14 | 11 | 25 | 512 | | 0 | | 512 | 3 | 515 | 0 | 515 |
| MED | Kingman GEO- Huachuca | SO | 1400 | | 1400 | 108 | | 1508 | 73 | | 73 | 1400 | | 33 | | 1433 | 2 | 1435 | 3 | 1438 |
| MIN | Kingman GEO- Cerbat | GP | 2000 | | 2000 | | | 2000 | 80 | | 80 | 1896 | | | | 1896 | 28 | 1924 | 7 | 1931 |
| MIN | Marana - MTC | GP | 500 | | 500 | | | 500 | 7 | | 7 | 302 | | | | 302 | | 302 | 2 | 304 |
| MED | Red Rock- GP- CCA | GP | 2000 | | 2000 | 24 | | 2024 | | | | 1901 | | | | 1901 | | 1901 | 36 | 1937 |
| DET | Red Rock Det- CCA | DET | | | | | | | 78 | | 78 | | | | | | 51 | 51 | | 51 |
| CLOSE | La Palma- Core Civic | GP | 1020 | | 1020 | | | 1020 | 7 | | 7 | 618 | | | | 618 | 7 | 625 | 7 | 632 |
| CLOSE | La Palma -Core Civic | GP | 80 | | 80 | | | 80 | | | | 0 | | | | 0 | | 0 | 0 | 0 |
| MED | La Palma -Core Civic | GP | 1020 | | 1020 | | | 1020 | | | | 989 | | | | 989 | | 989 | 8 | 997 |
| MED | La Palma -Core Civic | GP | 586 | | 586 | | | 586 | | | | 566 | | | | 566 | | 566 | 5 | 571 |
| DET | La Palma-Core Civic | DET | | | | | | | 120 | | 120 | | | | | | 67 | 67 | 0 | 67 |
| | TOTAL CONTRACT | | 10606 | 0 | 10606 | 562 | 0 | 11168 | 438 | 11 | 449 | 9485 | 0 | 299 | 0 | 9784 | 158 | 9942 | 74 | 10016 |
| | TOTAL IN-STATE | | 27417 | 1136 | 28547 | 4400 | 254 | 33201 | 870 | 468 | 1338 | 20355 | 924 | 2031 | 115 | 23425 | 547 | 23972 | 277 | 24249 |
| | TOTAL CONTRACT | | 10606 | 0 | 10606 | 562 | 0 | 11168 | 438 | 11 | 449 | 9485 | 0 | 299 | 0 | 9784 | 158 | 9942 | 74 | 10016 |
| | GRAND TOTAL | | 38023 | 1136 | 39153 | 4962 | 254 | 44369 | 1308 | 479 | 1787 | 29840 | 924 | 2330 | 115 | 33209 | 705 | 33914 | 351 | 34265 |
| | TOTAL STATE MALE | | 23162 | 1060 | 24222 | 4316 | 209 | 28747 | 832 | 448 | 1280 | 17349 | 895 | 1991 | 98 | 20333 | 542 | 20875 | 223 | 21098 |
| | TOTAL CONTRACT MALE | | 10606 | 0 | 10606 | 562 | 0 | 11168 | 438 | 11 | 449 | 9485 | 0 | 299 | 0 | 9784 | 158 | 9942 | 74 | 10016 |
| | TOTAL MALE | | 33768 | 1060 | 34828 | 4878 | 209 | 39915 | 1270 | 459 | 1729 | 26834 | 895 | 2290 | 98 | 30117 | 700 | 30817 | 297 | 31114 |
| | TOTAL STATE FEMALE | | 4255 | 70 | 4325 | 84 | 45 | 4454 | 38 | 20 | 58 | 3006 | 29 | 40 | 17 | 3092 | 5 | 3097 | 54 | 3151 |
| | GRAND TOTAL | | 38023 | 1130 | 39153 | 4962 | 254 | 44369 | 1308 | 479 | 1787 | 29840 | 924 | 2330 | 115 | 33209 | 705 | 33914 | 351 | 34265 |

| STATE MALE | Rated Beds | Temp Beds | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|---|---|
| MINIMUM CUSTODY | 7021 | 107 | 7128 | 5184 | 1944 |
| MEDIUM CUSTODY | 8767 | 3437 | 12204 | 10044 | 2160 |
| CLOSE CUSTODY | 6610 | 339 | 6949 | 5119 | 1830 |
| MAXIMUM CUSTODY | 1371 | 349 | 1720 | 276 | 1444 |
| RECEPTION -MAX | 237 | 159 | 396 | 228 | 168 |
| INPATIENT CARE UNIT | 40 | 113 | 153 | 126 | 27 |
| MH WATCH | 176 | 21 | 197 | 121 | 76 |
| TOTAL | 24222 | 4525 | 28747 | 21098 | 7649 |

| CONTRACT MALE | Rated Beds | Temp Beds | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|---|---|
| MINIMUM CUSTODY | 3500 | 150 | 3650 | 3052 | 598 |
| MEDIUM CUSTODY | 6006 | 412 | 6418 | 6265 | 153 |
| CLOSE CUSTODY | 1100 | 0 | 1100 | 699 | 401 |
| TOTAL | 10606 | 562 | 11168 | 10016 | 1152 |
| TOTAL MALE | 34828 | 5087 | 39915 | 31114 | 8801 |

| STATE FEMALE | Rated Beds | Temp Beds | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|---|---|
| MINIMUM CUSTODY | 2432 | 80 | 2512 | 1840 | 672 |
| MEDIUM CUSTODY | 1296 | 4 | 1300 | 923 | 377 |
| CLOSE CUSTODY | 467 | 45 | 512 | 303 | 209 |
| RECEPTION | 130 | 0 | 130 | 85 | 45 |
| TOTAL | 4325 | 129 | 4454 | 3151 | 1303 |
| GRAND TOTAL | 39153 | 5216 | 44369 | 34265 | 10104 |

| RATED/TEMP. BED VACANCY | MINIMUM | MEDIUM | CLOSE | MAXIMUM | TOTAL |
|---|---|---|---|---|---|
| MALE RATED BED VACANCIES: | 2285 | 1892 | 1095 | | 5272 |
| MALE TEMP BED VACANCIES: | 257 | 2313 | 339 | 349 | 3258 |
| TOTAL MALE BED VACANCIES: | 2542 | 2313 | 2231 | 1444 | 8530 |
| FEMALE RATED BED VACANCIES: | 592 | 373 | 164 | NA | 1129 |
| FEMALE TEMP BED VACANCIES: | 80 | 4 | 45 | NA | 129 |
| TOTAL FEMALE BED VACANCIES: | 672 | 377 | 209 | NA | 1258 |
| GRAND TOTAL VACANCIES: | 3214 | 2690 | 2440 | 1444 | 9788 |

## OUT COUNT

| | Male | Female | Total |
|---|---|---|---|
| Hospital | 39 | 2 | 41 |
| Fire Crew | 0 | | 0 |
| Other Work | 0 | 23 | 23 |
| Court | 258 | 29 | 287 |
| Total Out | 297 | 54 | 351 |

### OUT TO COURT/AGENCY BREAKDOWN

| | Male | Female | Total |
|---|---|---|---|
| Apache | 0 | 1 | 1 |
| Cochise | 3 | 0 | 3 |
| Coconino | 6 | 1 | 7 |
| Gila | 2 | 0 | 2 |
| Graham | 2 | 0 | 2 |
| Greenlee | 0 | 0 | 0 |
| Maricopa | 129 | 15 | 144 |
| Mohave | 6 | 2 | 8 |
| Navajo | 1 | 0 | 1 |
| Pima | 30 | 2 | 32 |
| Pinal | 16 | 0 | 16 |
| Santa Cruz | 4 | 0 | 4 |
| Yavapai | 7 | 0 | 7 |
| Yuma | 12 | 0 | 12 |
| La Paz | 3 | 0 | 3 |
| Other | 18 | 2 | 20 |
| Federal | 19 | 6 | 25 |
| Total Court Out | 258 | 29 | 287 |

## COMMUNITY SUPERVISION OFFENDERS

| | |
|---|---|
| Arizona Parole Prior TIS | 73 |
| Interstate Parole | 575 |
| Work Furlough | 0 |
| Home Arrest | 24 |
| Truth In Sentencing (TIS) | 4670 |
| Total | 5342 |

| Maricopa Re-Entry Center | Sex Offender | Non-Sex Offender |
|---|---|---|
| Sanctioned | 25 | | 25 |
| Intensive Treatment | 25 | 0 | 25 |
| Without Placement | 0 | 0 | 0 |
| Total Maricopa Re-Entry Center | 50 | 0 | 50 |

| Pima Re-Entry Center | Sex Offender | Non-Sex Offender |
|---|---|---|
| Sanctioned | 5 | | 5 |
| Intensive Treatment | 23 | 2 | 21 |
| Without Placement | 0 | 0 | 0 |
| Total Pima Re-Entry Center | 28 | 2 | 26 |
| Community Corrections Grand Total | 5342 | |

| COUNTY JAIL INTAKE | Male | Female | Both |
|---|---|---|---|
| County Jail Intake 09/08/23 | 1 | 0 | 1 |
| County Jail Transfers Pending | 0 | 0 | 0 |
| Inside Count | 30817 | 3097 | 33914 |
| Outside Count | 297 | 54 | 351 |
| Official Daily Count | 31115 | 3151 | 34266 |