| Date | Time | Description | Unit | ID |
|---|---|---|---|---|
| 09/08/2023 | 07:05:12 | * Security Check/Welfare Check-Observed living breathing flesh (J-56) | J-56 | 227234 |
| 09/08/2023 | 07:09:33 | *** To IN TRANSIT | J-56 | 212490 |
| 09/08/2023 | 07:35:49 | * Security Check/Welfare Check-Observed living breathing flesh (J-56) - Not Present - IN TRANSIT | J-56 | 227234 |
| 09/08/2023 | 08:01:12 | * Security Check/Welfare Check-Observed living breathing flesh (J-56) - Not Present - IN TRANSIT | J-56 | 227234 |
| 09/08/2023 | 08:25:47 | * Security Check/Welfare Check-Observed living breathing flesh (J-56) - Not Present - IN TRANSIT | J-56 | 212490 |
| 09/08/2023 | 08:54:20 | * Security Check/Welfare Check-Observed living breathing flesh (J-56) - Not Present - IN TRANSIT | J-56 | 227234 |
| 09/08/2023 | 09:22:51 | * Security Check/Welfare Check-Observed living breathing flesh (J-56) - Not Present - IN TRANSIT | J-56 | 227234 |
| 09/08/2023 | 09:50:10 | * Security Check/Welfare Check-Observed living breathing flesh (J-56) - Not Present - IN TRANSIT | J-56 | 227234 |
| 09/08/2023 | 10:20:50 | * Security Check/Welfare Check-Observed living breathing flesh (J-56) - Not Present - IN TRANSIT | J-56 | 227697 |
| 09/08/2023 | 10:47:43 | * Security Check/Welfare Check-Observed living breathing flesh (J-56) - Not Present - IN TRANSIT | J-56 | 227697 |
| 09/08/2023 | 11:41:57 | * Security Check/Welfare Check-Observed living breathing flesh (J-56) - Not Present - IN TRANSIT | J-56 | 227234 |
| 09/08/2023 | 12:03:53 | * Security Check/Welfare Check-Observed living breathing flesh (J-56) - Not Present - IN TRANSIT | J-56 | 227234 |
| 09/08/2023 | 12:31:46 | * Security Check/Welfare Check-Observed living breathing flesh (J-56) - Not Present - IN TRANSIT | J-56 | 227697 |
| 09/08/2023 | 12:54:21 | * Security Check/Welfare Check-Observed living breathing flesh (J-56) - Not Present - IN TRANSIT | J-56 | 227697 |
| 09/08/2023 | 12:59:33 | *** From IN TRANSIT | J-56 | 227697 |
| 09/08/2023 | 12:59:47 | * Accepted Meal | J-56 | 227697 |

| Date | Time | Description | Unit | ID |
|---|---|---|---|---|
| 09/03/2023 | 10:30:12 | * Security Check/Welfare Check-Observed living breathing flesh (I-05) | I-05 | 225355 |
| 09/03/2023 | 10:50:27 | *** To IN TRANSIT | I-05 | 157708 |
| 09/03/2023 | 10:55:15 | * Security Check/Welfare Check-Observed living breathing flesh (I-05) - Not Present - IN TRANSIT | I-05 | 225355 |
| 09/03/2023 | 11:16:50 | * Security Check/Welfare Check-Observed living breathing flesh (I-05) - Not Present - IN TRANSIT | I-05 | 215438 |
| 09/03/2023 | 11:39:59 | * Security Check/Welfare Check-Observed living breathing flesh (I-05) - Not Present - IN TRANSIT | I-05 | 136990 |
| 09/03/2023 | 12:05:33 | * Security Check/Welfare Check-Observed living breathing flesh (I-05) - Not Present - IN TRANSIT | I-05 | 136990 |
| 09/03/2023 | 12:30:22 | * Security Check/Welfare Check-Observed living breathing flesh (I-05) - Not Present - IN TRANSIT | I-05 | 136990 |
| 09/03/2023 | 12:55:19 | * Security Check/Welfare Check-Observed living breathing flesh (I-05) - Not Present - IN TRANSIT | I-05 | 136990 |
| 09/03/2023 | 13:02:02 | *** To IN TRANSIT | I-05 | 157708 |
| 09/03/2023 | 13:02:02 | *** From IN TRANSIT | I-05 | 157708 |
| 09/03/2023 | 13:08:35 | *** From IN TRANSIT | I-05 | 156635 |

| Date | Time | Description | Unit | ID |
|---|---|---|---|---|
| 09/03/2023 | 07:32:12 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) | I-20 | 136990 |
| 09/03/2023 | 07:33:38 | *** To IN TRANSIT | I-20 | 156635 |
| 09/03/2023 | 07:56:27 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) - Not Present - IN TRANSIT | I-20 | 136990 |
| 09/03/2023 | 08:27:10 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) - Not Present - IN TRANSIT | I-20 | 225355 |
| 09/03/2023 | 08:52:17 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) - Not Present - IN TRANSIT | I-20 | 225355 |

| Date | Time | Description | Unit | ID |
|---|---|---|---|---|
| 09/03/2023 | 09:16:46 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) - Not Present - IN TRANSIT | I-20 | 225355 |
| 09/03/2023 | 09:42:00 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) - Not Present - IN TRANSIT | I-20 | 225355 |
| 09/03/2023 | 10:09:29 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) - Not Present - IN TRANSIT | I-20 | 136990 |
| 09/03/2023 | 10:12:27 | *** From IN TRANSIT | I-20 | 225170 |
| 09/03/2023 | 10:12:27 | *** To IN TRANSIT | I-20 | 225170 |
| 09/03/2023 | 10:30:38 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) - Not Present - IN TRANSIT | I-20 | 136990 |
| 09/03/2023 | 10:55:59 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) - Not Present - IN TRANSIT | I-20 | 136990 |
| 09/03/2023 | 11:18:32 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) - Not Present - IN TRANSIT | I-20 | 215438 |
| 09/03/2023 | 11:43:46 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) - Not Present - IN TRANSIT | I-20 | 136990 |
| 09/03/2023 | 12:06:05 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) - Not Present - IN TRANSIT | I-20 | 225355 |
| 09/03/2023 | 12:32:01 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) - Not Present - IN TRANSIT | I-20 | 225355 |
| 09/03/2023 | 12:56:02 | * Security Check/Welfare Check-Observed living breathing flesh (I-20) - Not Present - IN TRANSIT | I-20 | 225355 |
| 09/03/2023 | 12:58:53 | * To IDA 2 UPPER SHOWER | I-20 | 136990 |
| 09/03/2023 | 12:58:53 | *  From IN TRANSIT | I-20 | 136990 |

| Date | Time | Description | Unit | ID |
|---|---|---|---|---|
| 09/08/2023 | 12:05:31 | * Security Check/Welfare Check-Observed living breathing flesh (I-04) | I-04 | OT#2 |
| 09/08/2023 | 12:06:41 | *** To IN TRANSIT | I-04 | OT#2 |
| 09/08/2023 | 12:29:42 | * Security Check/Welfare Check-Observed living breathing flesh (I-04) - Not Present - IN TRANSIT | I-04 | OT#7 |
| 09/08/2023 | 12:59:17 | * Security Check/Welfare Check-Observed living breathing flesh (I-04) - Not Present - IN TRANSIT | I-04 | OT#2 |
| 09/08/2023 | 13:45:36 | * Security Check/Welfare Check-Observed living breathing flesh (I-04) - Not Present - IN TRANSIT | I-04 | OT#7 |
| 09/08/2023 | 13:48:29 | NS#  From IN TRANSIT | I-04 | 173460 |
| 09/08/2023 | 14:03:25 | * Security Check/Welfare Check-Observed living breathing flesh (I-04) | I-04 | OT#7 |