| Time | Action | Signature | Location | Officer |
|---|---|---|---|---|
| 17:15:36 | * From IN TRANSIT | | I-34 | 225355 |
| 17:19:18 | * From LINCOLN 1 LOWER SHOWER | | L-03 | 225355 |
| 17:25:14 | * From LINCOLN 1 UPPER SHOWER | | L-04 | 225355 |
| 17:28:58 | * From LINCOLN 3 LOWER SHOWER | | L-23 | 225355 |
| 17:31:22 | * From IN TRANSIT | | L-51 | 225355 |
| 18:32:22 | * From CHARLIE 6 LOWER SHOWER | | C-55 | 204440 |
| 18:33:25 | * From CHARLIE | | C-58 | 204440 |
| 18:33:36 | * From CHARLIE 6 UPPER SHOWER | | C-60 | 204440 |
| 18:35:08 | * From CHARLIE | | C-43 | 204440 |
| 18:37:08 | * From CHARLIE | | C-37 | 204440 |
| 18:37:32 | * From CHARLIE | | C-38 | 225339 |
| 18:47:05 | *** From IN TRANSIT | | C-37 | 95370 |
| 18:47:05 | *** To IN TRANSIT | | C-37 | 95370 |
| 18:47:05 | *** To CHARLIE 4 LOWER SHOWER | | C-37 | 95370 |
| 18:49:05 | *** To CHARLIE 4 LOWER SHOWER | | C-37 | 204440 |
| 18:56:16 | *** To CHARLIE 6 UPPER SHOWER | | C-60 | 95370 |
| 19:23:35 | *** To CHARLIE 5 LOWER SHOWER | | C-49 | 204440 |
| 19:24:28 | * From BAKER 2 LOWER SHOWER | | B-15 | 185858 |
| 19:26:58 | * From BAKER 3 UPPER SHOWER | | B-22 | 185858 |
| 19:29:33 | * From BAKER 1 UPPER SHOWER | | B-19 | 185858 |
| 19:32:55 | * From CHARLIE 4 LOWER SHOWER | | C-37 | 185858 |
| 20:00:20 | * From IN TRANSIT | | B-46 | 225339 |
| 20:00:38 | * From BAKER | | B-11 | 204440 |
| 20:00:39 | * From BAKER | | B-47 | 225339 |
| 20:00:44 | * From NORTH VISITATION | | B-45 | 225339 |
| 20:00:58 | * From BAKER 2 UPPER SHOWER | | B-14 | 204440 |
| 20:01:15 | * From BAKER 4 LOWER SHOWER | | B-33 | 225339 |
| 20:01:20 | * From BAKER | | B-31 | 225339 |
| 20:01:44 | * From BAKER 4 UPPER SHOWER | | B-40 | 225339 |
| 20:02:12 | * From BAKER 3 LOWER SHOWER | | B-21 | 204440 |
| 20:02:54 | * From BAKER | | B-26 | 204440 |
| 20:03:23 | *** To ABLE 6 UPPER SHOWER | | A-56 | 95370 |
| 20:08:35 | NS# From ABLE 6 UPPER SHOWER | | A-56 | 206389 |
| 20:10:08 | * From HOUSING PORTER | | B-01 | 204440 |
| 20:10:41 | * From IN TRANSIT | | B-10 | 204440 |
| 21:17:52 | *** To HEALTH UNIT | | B-19 | 95370 |
| 21:45:20 | *** To INTAKE | | B-19 | 95370 |
| 21:45:20 | *** To Emergency Transport ICS (Inmate | | B-19 | 95370 |
| 21:45:20 | *** From HEALTH UNIT | | B-19 | 95370 |
| 21:45:20 | *** From INTAKE | | B-19 | 95370 |
| 22:47:03 | * From CHARLIE 5 LOWER SHOWER | | C-49 | 204440 |

| Date | Booking Num | Offender | Time | Action | Signature | Location | Officer |
|---|---|---|---|---|---|---|---|
| 09/04/2023 | | | | | | | |
| | | | 00:34:21 | *** To BAKER | | B-19 | 204440 |
| | | | 03:59:33 | NS# From CHARLIE 6 UPPER SHOWER | | C-60 | 166460 |
| | | | 03:59:41 | NS# From BAKER | | B-19 | 166460 |
| | | | 06:18:58 | *** To INTAKE | | C-53 | 223368 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID and other trademarks are owned/protected and patents pending.

| Time | Event | Location | ID |
|---|---|---|---|
| 10:21:09 | NS# From CHARLIE 6 UPPER SHOWER | C-53 | 226509 |
| 10:21:41 | *** To IN TRANSIT | J-44 | 156635 |
| 10:21:47 | *** To IN TRANSIT | J-50 | 166460 |
| 10:24:38 | *** To IN TRANSIT | J-44 | 156635 |
| 10:24:38 | *** From IN TRANSIT | J-44 | 156635 |
| 10:24:44 | *** From IN TRANSIT | J-36 | 157708 |
| 10:24:44 | *** To NR-B14 | J-36 | 157708 |
| 10:24:52 | *** To NR-B15 | J-40 | 225170 |
| 10:24:52 | *** From IN TRANSIT | J-40 | 225170 |
| 10:25:21 | *** To IN TRANSIT | J-46 | 156635 |
| 10:25:51 | *** To EMERGENCY ROOM | A-58 | 132730 |
| 10:27:43 | *** To NR-B07 | L-10 | 225170 |
| 10:27:43 | *** From IN TRANSIT | L-10 | 225170 |
| 10:28:10 | *** To JOHN 2 UPPER SHOWER | J-16 | 157708 |
| 10:29:29 | *** To IN TRANSIT | J-13 | 157708 |
| 10:29:31 | *** To NR-B18 | J-44 | 166460 |
| 10:29:43 | *** To NR-B20 | J-50 | 166460 |
| 10:29:43 | *** To NR-B19 | J-50 | 166460 |
| 10:29:43 | *** From NR-B19 | J-50 | 166460 |
| 10:29:43 | *** From IN TRANSIT | J-50 | 166460 |
| 10:29:45 | NS# From ABLE 1 UPPER SHOWER | A-08 | 153784 |
| 10:30:26 | *** To ABLE 1 LOWER SHOWER | A-03 | 153784 |
| 10:31:22 | *** From JOHN 4 LOWER SHOWER | J-37 | 186859 |
| 10:31:58 | *** To IN TRANSIT | J-30 | 166460 |
| 10:32:43 | *** From HOUSING PORTER | D-44 | 211187 |
| 10:32:43 | *** To DOG | D-44 | 211187 |
| 10:32:48 | *** From HOUSING PORTER | D-46 | 211187 |
| 10:32:48 | *** To DOG | D-46 | 211187 |
| 10:32:50 | *** From IN TRANSIT | J-13 | 157708 |
| 10:32:50 | *** To NR-B17 | J-13 | 157708 |
| 10:32:59 | NS# From DOG | D-46 | 211187 |
| 10:33:02 | NS# From DOG | D-44 | 211187 |
| 10:33:16 | *** To IN TRANSIT | J-28 | 156635 |
| 10:34:18 | *** To JOHN 4 LOWER SHOWER | J-31 | 186859 |
| 10:34:48 | *** To IN TRANSIT | J-22 | 156635 |
| 10:36:07 | *** To NR-B13 | I-20 | 157708 |
| 10:36:07 | *** From IN TRANSIT | I-20 | 157708 |
| 10:36:41 | *** To IN TRANSIT | D-20 | 162517 |
| 10:36:41 | *** From NORTH VISITATION | D-20 | 162517 |
| 10:36:51 | *** To IN TRANSIT | D-12 | 162517 |
| 10:36:51 | *** From NORTH VISITATION | D-12 | 162517 |
| 10:37:01 | *** From IDA 1 LOWER SHOWER | I-05 | OT#9 |
| 10:37:47 | *** To IDA 1 LOWER SHOWER | I-01 | OT#9 |
| 10:38:00 | *** From IDA 6 UPPER SHOWER | I-55 | 201127 |
| 10:38:56 | *** To IDA 4 LOWER SHOWER | I-39 | 124930 |
| 10:39:22 | *** From IN TRANSIT | J-22 | 156635 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. This Patent/Protected and patents pending.

| Time | Event | Location | ID |
|---|---|---|---|
| 10:39:22 | *** To NR-B23 | J-22 | 166635 |
| 10:39:58 | *** To NR-B21 | J-30 | 166460 |
| 10:39:58 | *** From IN TRANSIT | J-30 | 166460 |
| 10:40:11 | *** To NR-B22 | J-28 | 166460 |
| 10:40:11 | *** From IN TRANSIT | J-28 | 166460 |
| 10:40:55 | *** From IDA 5 LOWER SHOWER | I-50 | 201127 |
| 10:42:25 | *** From IDA 5 UPPER SHOWER | I-46 | 201127 |
| 10:50:19 | NS# From NR-B24 | J-27 | 166460 |
| 10:50:39 | *** From JOHN 2 UPPER SHOWER | J-16 | 152514 |
| 10:50:44 | NS# From IN TRANSIT | J-03 | 166460 |
| 10:50:45 | NS# From IN TRANSIT | J-08 | 166460 |
| 10:51:04 | NS# From IN TRANSIT | J-41 | 166460 |
| 10:52:45 | *** From IN TRANSIT | J-46 | 166460 |
| 10:52:45 | *** To NR-B20 | J-46 | 166460 |
| 10:55:58 | *** To DOG | D-60 | 211187 |
| 10:55:58 | *** From DOG 6 in POD REC | D-60 | 211187 |
| 10:56:08 | NS# From DOG | D-60 | 211187 |
| 10:58:15 | *** From ABLE 1 LOWER SHOWER | A-03 | 153784 |
| 11:00:39 | *** To DOG | D-37 | 211187 |
| 11:00:39 | *** From DOG 4 in POD REC | D-40 | 211187 |
| 11:00:39 | *** From HOUSING PORTER | D-37 | 211187 |
| 11:00:39 | *** To DOG | D-40 | 211187 |
| 11:00:41 | *** To DOG | D-38 | 211187 |
| 11:00:41 | *** From DOG 4 in POD REC | D-38 | 211187 |
| 11:00:43 | *** To DOG | D-33 | 211187 |
| 11:00:43 | *** From DOG 4 in POD REC | D-33 | 211187 |
| 11:00:49 | *** To JOHN 1 UPPER SHOWER | J-08 | 186384 |
| 11:00:54 | NS# From DOG | D-38 | 211187 |
| 11:00:54 | NS# From DOG | D-40 | 211187 |
| 11:00:54 | NS# From DOG | D-37 | 211187 |
| 11:00:54 | NS# From DOG | D-33 | 211187 |
| 11:00:56 | NS# From DOG 3 in POD REC | D-30 | 89312 |
| 11:00:57 | NS# From DOG 1 UPPER SHOWER | D-02 | 89312 |
| 11:00:59 | NS# From HOUSING PORTER | D-04 | 89312 |
| 11:00:59 | NS# From HOUSING PORTER | D-23 | 89312 |
| 11:03:31 | *** To INTAKE | A-58 | 127564 |
| 11:03:31 | *** From EMERGENCY ROOM | A-58 | 127564 |
| 11:03:42 | *** From IDA 1 LOWER SHOWER | I-01 | 124930 |
| 11:04:41 | *** From IDA 4 LOWER SHOWER | I-39 | 201127 |
| 11:05:41 | *** To JOHN 2 LOWER SHOWER | J-17 | 186859 |
| 11:07:37 | *** To IDA 3 LOWER SHOWER | I-29 | 124930 |
| 11:19:33 | NS# From HOUSING PORTER | A-18 | 153784 |
| 11:19:41 | NS# From HOUSING PORTER | A-46 | 153784 |
| 11:19:42 | NS# From HOUSING PORTER | A-40 | 153784 |
| 11:19:44 | NS# From HOUSING PORTER | A-05 | 153784 |
| 11:19:48 | *** From HOUSING PORTER | B-42 | 226509 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. This material is copyright protected and patents pending.

| Time | Event | Location | ID |
|---|---|---|---|
| 13:03:01 | *** From IN TRANSIT | A-39 | 104426 |
| 13:03:27 | *** To SR-C01 | A-46 | 156635 |
| 13:03:34 | NS# From IN TRANSIT | A-33 | 104426 |
| 13:03:34 | NS# To SR-C02 | A-33 | 104426 |
| 13:05:33 | *** To BAKER 3 UPPER SHOWER | B-28 | 55305 |
| 13:06:46 | NS# To ABLE | A-08 | OT#10 |
| 13:06:46 | NS# From ABLE | A-08 | OT#10 |
| 13:07:18 | *** From IN TRANSIT | B-24 | OT#13 |
| 13:07:18 | *** To APPOINTMENT ROOM HU3 | B-24 | OT#13 |
| 13:07:28 | NS# To ABLE 1 in POD REC | A-08 | OT#10 |
| 13:07:28 | NS# From ABLE | A-08 | OT#10 |
| 13:07:34 | *** To IN TRANSIT | C-58 | 225170 |
| 13:07:34 | *** To IN TRANSIT | C-52 | 225170 |
| 13:07:34 | *** To IN TRANSIT | C-60 | 225170 |
| 13:07:36 | * From IN TRANSIT | B-24 | 225330 |
| 13:07:45 | * From BAKER 3 UPPER SHOWER | B-28 | 225330 |
| 13:08:17 | NS# To IN TRANSIT | C-55 | 225170 |
| 13:11:08 | *** To LINCOLN 2 LOWER SHOWER | L-15 | 131578 |
| 13:11:36 | *** To CLASSROOM 4 | C-58 | 225170 |
| 13:11:36 | *** To CLASSROOM 4 | C-60 | 225170 |
| 13:11:36 | *** From IN TRANSIT | C-58 | 225170 |
| 13:11:36 | *** From IN TRANSIT | C-60 | 225170 |
| 13:11:37 | *** From DENTAL ROOM | B-43 | OT#12 |
| 13:11:37 | *** To IN TRANSIT | B-43 | OT#12 |
| 13:11:40 | *** From IN TRANSIT | C-52 | 225170 |
| 13:11:40 | *** To CLASSROOM 4 | C-52 | 225170 |
| 13:11:41 | * From BAKER 4 UPPER SHOWER | B-36 | 225330 |
| 13:11:51 | NS# To CLASSROOM 4 | C-55 | 225170 |
| 13:11:51 | NS# From IN TRANSIT | C-55 | 225170 |
| 13:12:11 | * From BAKER 4 LOWER SHOWER | B-33 | 225330 |
| 13:12:38 | *** From HOUSING PORTER | D-52 | 211187 |
| 13:12:38 | *** To DOG 6 UPPER SHOWER | D-52 | 211187 |
| 13:14:29 | NS# From DOG 2 UPPER SHOWER | B-14 | OT#4 |
| 13:14:37 | *** To BAKER 2 UPPER SHOWER | B-38 | OT#4 |
| 13:14:37 | *** From SR-D01 | B-38 | OT#4 |
| 13:15:37 | *** From APPOINTMENT ROOM HU3 | B-24 | OT#13 |
| 13:15:37 | *** To IN TRANSIT | B-24 | OT#13 |
| 13:16:08 | *** From IN TRANSIT | B-43 | OT#12 |
| 13:18:28 | *** From IN TRANSIT | B-24 | OT#13 |
| 13:19:30 | *** To IN TRANSIT | A-54 | 176189 |
| 13:21:40 | *** To ABLE 4 UPPER SHOWER | A-38 | 227257 |
| 13:23:27 | *** From IN TRANSIT | A-54 | 176189 |
| 13:23:27 | *** To EMERGENCY ROOM | A-54 | 176189 |
| 13:24:45 | *** To ABLE 4 LOWER SHOWER | A-36 | 227257 |
| 13:29:07 | * To IDA 4 UPPER SHOWER | I-38 | 124930 |
| 13:29:54 | NS# From IDA 4 UPPER SHOWER | I-38 | 124930 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. This content is protected and patents pending.

| Time | Location | Cell | ID |
|---|---|---|---|
| 13:33:08 | NS#  From LINCOLN 2 LOWER SHOWER | L-15 | 131578 |
| 13:33:44 | *** To HOUSING PORTER | L-15 | 131578 |
| 13:34:31 | *** From EMERGENCY ROOM | A-54 | 176189 |
| 13:34:31 | *** To IN TRANSIT | A-54 | 176189 |
| 13:37:11 | *** To HOUSING PORTER | B-18 | OT#4 |
| 13:37:11 | ***  From SR-D01 | B-18 | OT#4 |
| 13:37:35 | *** From IN TRANSIT | A-54 | 176189 |
| 13:37:43 | *** To BAKER 3 UPPER SHOWER | B-22 | 225330 |
| 13:45:34 | *** From ABLE 4 LOWER SHOWER | A-36 | OT#10 |
| 13:45:34 | *** To ABLE | A-36 | OT#10 |
| 13:46:24 | *** ABLE 4 LOWER SHOWER | A-32 | OT#10 |
| 13:48:59 | *** To IN TRANSIT | C-39 | 225170 |
| 13:48:59 | *** From CLASSROOM 2 | C-33 | 225170 |
| 13:48:59 | *** From CLASSROOM 2 | C-38 | 225170 |
| 13:48:59 | *** To IN TRANSIT | C-33 | 225170 |
| 13:48:59 | *** From CLASSROOM 2 | C-39 | 225170 |
| 13:48:59 | *** To IN TRANSIT | C-38 | 225170 |
| 13:48:59 | *** To IN TRANSIT | C-36 | 225170 |
| 13:48:59 | *** From CLASSROOM 2 | C-36 | 225170 |
| 13:48:59 | *** From CLASSROOM 2 | C-37 | 225170 |
| 13:48:59 | *** To IN TRANSIT | C-37 | 225170 |
| 13:49:01 | *** To IN TRANSIT | C-31 | 225170 |
| 13:49:01 | *** From CLASSROOM 2 | C-31 | 225170 |
| 13:49:03 | *** To IN TRANSIT | C-35 | 225170 |
| 13:49:03 | *** From CLASSROOM 2 | C-35 | 225170 |
| 13:49:11 | *** From CLASSROOM 2 | C-32 | 225170 |
| 13:49:11 | *** To IN TRANSIT | C-32 | 225170 |
| 13:51:12 | * To BAKER 3 LOWER SHOWER | B-23 | 139362 |
| 13:54:07 | *** To IDA 2 UPPER SHOWER | I-15 | 131578 |
| 13:56:49 | *** To IN TRANSIT | J-43 | 177312 |
| 13:56:49 | *** To IN TRANSIT | J-13 | 177312 |
| 13:56:49 | *** From NR-B13 | J-43 | 177312 |
| 13:56:49 | *** From NR-C03 | J-13 | 177312 |
| 13:56:49 | *** From NR-C02 | J-44 | 144232 |
| 13:56:49 | *** To IN TRANSIT | J-44 | 144232 |
| 13:56:51 | *** To IN TRANSIT | J-41 | 144232 |
| 13:56:51 | *** From NR-C01 | J-41 | 144232 |
| 13:57:15 | *** To IN TRANSIT | J-28 | 177312 |
| 13:57:15 | *** From NR-B12 | J-28 | 177312 |
| 13:57:24 | *** To IN TRANSIT | J-41 | 157708 |
| 13:57:24 | *** From NR-C01 | J-41 | 157708 |
| 13:57:26 | *** From IN TRANSIT | J-50 | 177312 |
| 13:57:26 | *** To IN TRANSIT | J-50 | 177312 |
| 13:57:36 | *** From NR-C02 | J-44 | 157708 |
| 13:57:36 | *** To IN TRANSIT | J-44 | 157708 |
| 13:57:55 | *** To DOG 1 LOWER SHOWER | D-09 | 89312 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. This item is patent-protected and patents pending.

| Time | Event | Cell | ID |
|---|---|---|---|
| 14:30:23 | *** From BAKER 3 LOWER SHOWER | B-23 | 55305 |
| 14:30:23 | *** To LINCOLN 1 UPPER SHOWER | L-10 | 144232 |
| 14:31:46 | NS# From NR-B22 | L-04 | 144232 |
| 14:32:24 | *** To IN TRANSIT | I-59 | 152442 |
| 14:32:52 | NS# To EMERGENCY ROOM | A-37 | 176189 |
| 14:32:52 | NS# From IN TRANSIT | A-37 | 176189 |
| 14:33:38 | *** From IN TRANSIT | L-02 | 144232 |
| 14:33:38 | *** To IN TRANSIT | L-02 | 144232 |
| 14:34:01 | *** To IN TRANSIT | A-34 | OT#12 |
| 14:34:12 | NS# From BAKER 4 UPPER SHOWER | B-04 | 55305 |
| 14:34:29 | *** To JOHN 5 UPPER SHOWER | J-46 | OT#5 |
| 14:34:53 | *** To JOHN 5 LOWER SHOWER | J-43 | OT#9 |
| 14:35:44 | NS# To IN TRANSIT | A-37 | 176189 |
| 14:35:44 | NS# From EMERGENCY ROOM | A-37 | 176189 |
| 14:36:10 | *** From IN TRANSIT | L-02 | 144232 |
| 14:38:27 | *** From LINCOLN 1 UPPER SHOWER | L-10 | 144232 |
| 14:38:49 | *** To CLASSROOM 5 (CHOWHALL) (Guitar class) | I-59 | 152442 |
| 14:38:49 | *** From IN TRANSIT | I-59 | 152442 |
| 14:39:58 | *** From NR-B27 | J-02 | 157708 |
| 14:39:58 | *** To IN TRANSIT | J-02 | 157708 |
| 14:40:12 | *** From NR-B26 | J-03 | 177312 |
| 14:40:12 | *** To IN TRANSIT | J-03 | 177312 |
| 14:40:51 | *** From IN TRANSIT | A-34 | OT#12 |
| 14:40:51 | *** To APPOINTMENT ROOM HU2 | A-34 | OT#12 |
| 14:41:01 | *** To IN TRANSIT | B-36 | OT#13 |
| 14:42:18 | *** From NR-B27 | J-02 | 177312 |
| 14:42:21 | *** To JOHN 1 UPPER SHOWER | J-02 | 177312 |
| 14:42:39 | *** From NR-B26 | J-03 | 157708 |
| 14:42:39 | *** To JOHN 1 LOWER SHOWER | J-03 | 157708 |
| 14:43:35 | NS# From IN TRANSIT | A-37 | 176189 |
| 14:43:52 | *** From APPOINTMENT ROOM HU2 | A-34 | OT#12 |
| 14:43:52 | *** To IN TRANSIT | A-34 | OT#12 |
| 14:44:02 | *** From CLASSROOM 4 | C-41 | 225170 |
| 14:44:02 | *** From CLASSROOM 4 | C-60 | 225170 |
| 14:44:02 | *** To IN TRANSIT | C-43 | 225170 |
| 14:44:02 | *** To IN TRANSIT | C-58 | 225170 |
| 14:44:02 | *** To IN TRANSIT | C-41 | 225170 |
| 14:44:02 | *** To IN TRANSIT | C-60 | 225170 |
| 14:44:02 | *** From CLASSROOM 4 | C-43 | 225170 |
| 14:44:02 | *** From CLASSROOM 4 | C-42 | 225170 |
| 14:44:02 | *** From CLASSROOM 4 | C-58 | 225170 |
| 14:44:02 | *** To IN TRANSIT | C-42 | 225170 |
| 14:44:04 | *** From CLASSROOM 4 | C-49 | 225170 |
| 14:44:04 | *** To IN TRANSIT | C-49 | 225170 |
| 14:44:05 | *** To IN TRANSIT | L-07 | 144232 |
| 14:44:13 | *** From CLASSROOM 4 | C-52 | 225170 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a registered trademark. This content is protected and patents pending.

| Time | Event | Cell | ID |
|---|---|---|---|
| 14:05:43 | NS# From SHOWER PORTER | I-17 | 225143 |
| 14:05:49 | NS# From IDA 4 UPPER SHOWER | I-38 | 225143 |
| 14:05:56 | NS# From SHOWER PORTER | I-48 | 225143 |
| 14:06:39 | *** From ABLE 4 UPPER SHOWER | A-32 | 127564 |
| 14:10:12 | * From LINCOLN 1 UPPER SHOWER | L-10 | OT#12 |
| 14:10:35 | * From LINCOLN 1 LOWER SHOWER | L-09 | OT#12 |
| 14:11:16 | * To LINCOLN 1 LOWER SHOWER | L-05 | OT#19 |
| 14:11:27 | *** To ABLE 2 LOWER SHOWER | A-17 | 127564 |
| 14:11:44 | *** From BAKER 1 UPPER SHOWER | B-06 | 167257 |
| 14:12:30 | *** To LINCOLN 1 UPPER SHOWER | L-07 | OT#19 |
| 14:12:39 | *** To BAKER 1 UPPER SHOWER | B-02 | 167257 |
| 14:16:02 | NS# From DOG 6 LOWER SHOWER | D-60 | 183090 |
| 14:17:56 | NS# From IN TRANSIT | A-08 | 193089 |
| 14:21:24 | *** To LINCOLN 6 UPPER SHOWER | L-52 | OT#19 |
| 14:24:26 | *** From BAKER 3 LOWER SHOWER | B-23 | OT#5 |
| 14:25:24 | *** To LINCOLN 6 LOWER SHOWER | L-57 | OT#19 |
| 14:25:54 | *** To BAKER 3 LOWER SHOWER | B-21 | OT#5 |
| 14:28:21 | *** From BAKER 3 UPPER SHOWER | B-22 | OT#5 |
| 14:41:46 | * To ABLE 1 UPPER SHOWER | A-10 | 127564 |
| 14:44:46 | *** To LINCOLN | L-07 | OT#19 |
| 14:44:46 | *** From LINCOLN 1 UPPER SHOWER | L-07 | OT#19 |
| 14:45:29 | * To LINCOLN 1 LOWER SHOWER | L-06 | OT#12 |
| 14:50:09 | NS# From LINCOLN 6 LOWER SHOWER | L-57 | OT#12 |
| 14:52:20 | NS# From LINCOLN 6 UPPER SHOWER | L-52 | OT#12 |
| 14:53:01 | *** To EMERGENCY ROOM | A-55 | 182652 |
| 14:54:30 | *** From BAKER 1 UPPER SHOWER | B-02 | 167257 |
| 14:54:54 | *** To IDA 1 UPPER SHOWER | I-04 | 229277 |
| 14:57:54 | *** From BAKER 3 LOWER SHOWER | B-21 | 226503 |
| 14:58:42 | *** To HOUSING PORTER | B-25 | 226503 |
| 14:58:50 | *** To IDA 1 LOWER SHOWER | I-01 | 229277 |
| 14:59:44 | *** To IN TRANSIT | B-26 | 141035 |
| 15:00:59 | *** To IN TRANSIT | B-51 | 148891 |
| 15:00:59 | *** From SR-B11 | B-51 | 148891 |
| 15:01:39 | *** From SHOWER PORTER | I-36 | 225143 |
| 15:02:36 | *** From SR-B17 | B-47 | 141035 |
| 15:04:51 | NS# From IN TRANSIT | B-26 | 141035 |
| 15:12:46 | *** To A CLUSTER CONSULT ROOM | D-03 | OT#4 |
| 15:13:05 | *** From SR-C02 | A-02 | 141035 |
| 15:13:05 | *** To IN TRANSIT | A-02 | 141035 |
| 15:13:07 | *** To IN TRANSIT | A-09 | 141035 |
| 15:13:07 | *** From SR-C02 | A-09 | 141035 |
| 15:13:36 | * To ABLE 6 UPPER SHOWER | A-60 | 140054 |
| 15:13:50 | *** To IN TRANSIT | A-20 | 193089 |
| 15:13:50 | *** From SR-C01 | A-20 | 193089 |
| 15:13:51 | *** To IN TRANSIT | A-19 | 193089 |
| 15:13:51 | *** From SR-C01 | A-19 | 193089 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. Protected and patents pending.

| Time | Action | Signature | Location | Officer |
|---|---|---|---|---|
| 17:56:36 | * From HOUSING PORTER | | D-37 | 227697 |
| 18:23:00 | * To ABLE 2 UPPER SHOWER | | A-12 | 225021 |
| 18:24:19 | NS# From ABLE 2 UPPER SHOWER | | A-12 | 225021 |
| 18:24:26 | *** To ABLE 2 UPPER SHOWER | | A-20 | 225021 |
| 18:32:59 | * To LINCOLN 1 LOWER SHOWER | | L-03 | 124260 |
| 18:35:10 | NS# From EMERGENCY ROOM | | A-55 | 182652 |
| 18:35:14 | NS# To ABLE 2 LOWER SHOWER | | A-12 | 225021 |
| 18:52:42 | NS# From ABLE 2 LOWER SHOWER | | A-12 | 225021 |
| 18:52:46 | NS# From ABLE 2 UPPER SHOWER | | A-20 | 225021 |
| 18:56:16 | NS# To ABLE 5 LOWER SHOWER | | A-46 | 225021 |
| 19:04:38 | NS# To EMERGENCY ROOM | | A-51 | 225715 |
| 19:06:36 | NS# To ABLE 5 UPPER SHOWER | | A-48 | 194910 |
| 19:16:07 | *** To DOG 6 LOWER SHOWER | | D-58 | 225021 |
| 19:30:35 | NS# From ABLE 5 LOWER SHOWER | | A-46 | 225021 |
| 19:43:21 | *** From LINCOLN 1 LOWER SHOWER | | L-03 | 225540 |
| 20:11:18 | NS# From EMERGENCY ROOM | | A-55 | 225715 |
| 20:32:00 | * To HEALTH UNIT | | A-55 | 95370 |
| 20:32:38 | NS# To DOG | | D-33 | 225021 |
| 20:33:25 | NS# To DOG | | D-49 | 225021 |
| 20:33:37 | NS# From DOG | | D-49 | 225021 |
| 20:33:41 | NS# From DOG | | D-33 | 225021 |
| 20:34:35 | NS# To DOG | | D-33 | 225021 |
| 20:35:01 | NS# To DOG | | D-49 | 225021 |
| 20:41:51 | NS# From HEALTH UNIT | | A-55 | 95370 |
| 20:50:46 | NS# From DOG 6 LOWER SHOWER | | D-58 | 225021 |
| 20:58:21 | * From ABLE 5 UPPER SHOWER | | A-48 | 209748 |
| 22:42:28 | NS# From DOG | | D-49 | 225021 |
| 22:42:28 | NS# From DOG | | D-33 | 225021 |

| Date | Booking Num | Offender | Time | Action | Signature | Location | Officer |
|---|---|---|---|---|---|---|---|
| 09/07/2023 | | | 01:44:23 | To EMERGENCY ROOM | | D-13 | 225021 |
| | | | 03:46:32 | NS# From EMERGENCY ROOM | | A-54 | 225715 |
| | | | 03:47:00 | NS# To IN TRANSIT | | A-51 | 225715 |
| | | | 05:24:27 | *** To IN TRANSIT | | L-46 | 215438 |
| | | | 06:28:27 | *** To IN TRANSIT | | C-36 | 157397 |
| | | | 06:28:27 | *** To IN TRANSIT | | C-34 | 157397 |
| | | | 06:28:43 | *** To IN TRANSIT | | C-33 | 141035 |
| | | | 06:28:43 | *** To IN TRANSIT | | C-37 | 141035 |
| | | | 06:28:47 | *** To IN TRANSIT | | C-37 | 141035 |
| | | | 06:29:06 | *** To IN TRANSIT | | C-40 | 157397 |
| | | | 06:29:06 | *** To IN TRANSIT | | C-31 | 141035 |
| | | | 06:34:15 | *** To IN TRANSIT | | I-37 | 148891 |
| | | | 06:34:36 | *** To IN TRANSIT | | I-34 | 148891 |
| | | | 06:34:39 | *** To IN TRANSIT | | I-36 | 148891 |
| | | | 06:35:02 | NS# To IN TRANSIT | | I-38 | 148891 |
| | | | 06:35:21 | *** To IN TRANSIT | | C-43 | 193089 |
| | | | 06:35:21 | *** To IN TRANSIT | | C-45 | 193089 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID and our Tagline are trademarks administered/protected and patents pending.

| Time | Event | Cell | ID |
|---|---|---|---|
| 09:33:58 | * To IDA 6 UPPER SHOWER | I-59 | OT#10 |
| 09:35:17 | *** From CHARLIE 6 LOWER SHOWER | C-59 | 227240 |
| 09:36:51 | NS# To IN TRANSIT | A-55 | 142054 |
| 09:36:58 | NS# From IN TRANSIT | C-03 | 204512 |
| 09:36:58 | NS# To IN TRANSIT | C-03 | 204512 |
| 09:37:10 | NS# To EMERGENCY ROOM | A-55 | 142054 |
| 09:37:10 | NS# From IN TRANSIT | A-55 | 142054 |
| 09:37:45 | *** From IDA 4 UPPER SHOWER | I-36 | 182331 |
| 09:38:41 | *** To IN TRANSIT | J-43 | 148149 |
| 09:38:41 | *** From NR-B18 | J-43 | 148149 |
| 09:38:47 | * To IDA 4 UPPER SHOWER | I-38 | 173460 |
| 09:38:55 | *** From NR-B17 | J-46 | 148149 |
| 09:38:55 | *** To IN TRANSIT | J-46 | 148149 |
| 09:39:07 | *** From NR-B16 | J-44 | 148149 |
| 09:39:07 | *** To IN TRANSIT | J-44 | 148149 |
| 09:39:16 | NS# From IDA 4 UPPER SHOWER | I-36 | 173460 |
| 09:41:07 | *** From NR-B13 | J-03 | 148891 |
| 09:41:07 | *** To IN TRANSIT | J-03 | 148891 |
| 09:41:17 | *** To IN TRANSIT | J-02 | 148891 |
| 09:41:17 | *** From NR-B14 | J-02 | 148891 |
| 09:41:47 | *** To LINCOLN 6 UPPER SHOWER | L-60 | OT#7 |
| 09:42:08 | NS# From IN TRANSIT | C-03 | 204512 |
| 09:42:57 | *** To ABLE 5 LOWER SHOWER | A-47 | OT#19 |
| 09:43:19 | * To LINCOLN 5 LOWER SHOWER | L-45 | 227234 |
| 09:44:20 | *** From NR-B15 | J-41 | 148149 |
| 09:44:25 | *** From IN TRANSIT | J-43 | 148149 |
| 09:44:32 | *** From IN TRANSIT | J-44 | OT#5 |
| 09:44:32 | *** To JOHN 5 UPPER SHOWER | J-44 | OT#5 |
| 09:45:56 | *** To IN TRANSIT | J-14 | 148891 |
| 09:45:56 | *** To IN TRANSIT | J-13 | 148891 |
| 09:45:56 | *** From NR-B12 | J-14 | 148891 |
| 09:45:56 | *** From NR-B11 | J-13 | 148891 |
| 09:46:22 | *** From IN TRANSIT | J-17 | 148891 |
| 09:46:22 | *** To IN TRANSIT | J-17 | 148891 |
| 09:46:27 | *** To JOHN 5 LOWER SHOWER | J-46 | OT#5 |
| 09:46:27 | *** From IN TRANSIT | J-46 | OT#5 |
| 09:48:21 | *** From IN TRANSIT | J-03 | 148149 |
| 09:48:44 | * To CHARLIE 1 LOWER SHOWER | C-01 | 159539 |
| 09:48:55 | *** To IN TRANSIT | B-09 | 185315 |
| 09:48:55 | *** From APPOINTMENT ROOM HU3 | B-09 | 185315 |
| 09:49:00 | *** To IN TRANSIT | J-25 | 148891 |
| 09:49:00 | *** From IN TRANSIT | J-25 | 148891 |
| 09:49:02 | *** From IN TRANSIT | B-09 | 185315 |
| 09:49:18 | *** From IN TRANSIT | J-02 | 148149 |
| 09:49:33 | *** From CHARLIE 5 LOWER SHOWER | C-45 | 159539 |
| 09:49:53 | *** To IN TRANSIT | J-27 | 148891 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. This product is patented. Other patents pending.

| Time | Action | Signature | Location | Officer |
|------|--------|-----------|----------|---------|
| 17:28:31 | * From HOUSING PORTER | | A-40 | 227192 |
| 17:33:22 | * From HOUSING PORTER | | A-46 | OT#4 |
| 17:34:19 | NS# To DOG 6 LOWER SHOWER | | D-60 | 226507 |
| 18:07:32 | *** To ABLE 1 LOWER SHOWER | | A-01 | 226507 |
| 18:21:28 | NS# To ABLE 2 LOWER SHOWER | | A-12 | 225021 |
| 18:21:42 | NS# To ABLE 1 UPPER SHOWER | | A-05 | 225160 |
| 18:24:57 | NS# From ABLE 1 in POD REC | | A-17 | 225021 |
| 18:24:57 | NS# To ABLE 2 LOWER SHOWER | | A-17 | 225021 |
| 18:31:41 | *** To EMERGENCY ROOM | | A-56 | 225540 |
| 18:34:41 | NS# From ABLE 1 in POD REC | | A-15 | 225021 |
| 18:34:41 | NS# To ABLE 2 LOWER SHOWER | | A-15 | 225021 |
| 18:48:07 | NS# From ABLE 2 LOWER SHOWER | | A-12 | 225160 |
| 18:48:13 | NS# From ABLE 1 UPPER SHOWER | | A-05 | 225160 |
| 18:48:20 | NS# From ABLE 1 LOWER SHOWER | | A-01 | 225160 |
| 18:48:49 | NS# To ABLE 1 UPPER SHOWER | | A-10 | 225160 |
| 18:51:18 | NS# To ABLE 5 LOWER SHOWER | | A-46 | 222419 |
| 18:58:30 | NS# From ABLE 2 LOWER SHOWER | | A-11 | 225021 |
| 18:58:36 | NS# From DOG 6 LOWER SHOWER | | D-60 | 225021 |
| 18:59:00 | NS# From ABLE 1 in POD REC | | A-19 | 225021 |
| 18:59:09 | NS# From DOG 1 LOWER SHOWER | | D-01 | 225021 |
| 18:59:15 | NS# From ABLE 2 LOWER SHOWER | | A-15 | 225021 |
| 19:33:43 | NS# From ABLE 1 UPPER SHOWER | | A-10 | 225160 |
| 19:33:52 | NS# From ABLE 5 LOWER SHOWER | | A-46 | 225160 |
| 19:59:18 | NS# From ABLE 2 LOWER SHOWER | | A-17 | 225021 |
| 20:10:26 | NS# From EMERGENCY ROOM | | A-56 | 225715 |
| 23:23:17 | *** To EMERGENCY ROOM | | D-42 | 225021 |

| Date | Booking Num | Offender | Time | Action | Signature | Location | Officer |
|------|-------------|----------|------|--------|-----------|----------|---------|
| 09/08/2023 | | | | | | | |
| | | | 00:00:29 | NS# From EMERGENCY ROOM | | D-42 | 225021 |
| | | | 05:14:15 | *** To IN TRANSIT | | C-39 | 225586 |
| | | | 05:17:04 | *** To IN TRANSIT | | C-57 | 221716 |
| | | | 05:34:40 | * To IN TRANSIT | | A-15 | 204440 |
| | | | 05:35:13 | *** To IN TRANSIT | | C-39 | 215438 |
| | | | 05:35:34 | *** To INTAKE | | C-39 | 215438 |
| | | | 05:35:34 | *** From IN TRANSIT | | C-39 | 215438 |
| | | | 06:23:58 | *** To IN TRANSIT | | B-09 | 193089 |
| | | | 06:23:58 | *** To IN TRANSIT | | B-01 | 193089 |
| | | | 06:24:01 | *** To IN TRANSIT | | B-03 | 193089 |
| | | | 06:24:07 | *** To IN TRANSIT | | B-05 | 193089 |
| | | | 06:24:09 | *** To IN TRANSIT | | B-07 | 193089 |
| | | | 06:24:37 | *** To IN TRANSIT | | B-10 | 193089 |
| | | | 06:24:44 | *** To IN TRANSIT | | B-08 | 193089 |
| | | | 06:24:46 | *** To IN TRANSIT | | B-06 | 193089 |
| | | | 06:24:53 | *** To IN TRANSIT | | B-04 | 193089 |
| | | | 06:24:56 | *** To IN TRANSIT | | B-02 | 193089 |
| | | | 06:25:01 | *** To HOUSING PORTER | | D-37 | 227192 |
| | | | 06:36:20 | *** To IN TRANSIT | | B-17 | 193089 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID® and Maximum Awareness™ are registered trademarks. This product is protected and patents pending.

| Time | Location | Code | ID |
|------|----------|------|------|
| 07:49:54 | *** From IN TRANSIT | J-40 | 194438 |
| 07:49:54 | *** To CLASSROOM 4 | J-40 | 194438 |
| 07:49:57 | *** To CLASSROOM 4 | J-34 | 194438 |
| 07:49:57 | *** From IN TRANSIT | J-34 | 194438 |
| 07:50:00 | *** To CLASSROOM 4 | J-37 | 194438 |
| 07:50:00 | *** From IN TRANSIT | J-37 | 194438 |
| 07:50:21 | NS# From IN TRANSIT | J-36 | 194438 |
| 07:50:21 | NS# To CLASSROOM 4 | J-36 | 194438 |
| 07:53:39 | * To IN TRANSIT | C-01 | 142054 |
| 07:54:10 | *** From B CLUSTER CONSULT ROOM | C-40 | 159539 |
| 07:56:24 | *** From JOHN 5 LOWER SHOWER | J-43 | 212490 |
| 07:59:59 | *** To JOHN 5 LOWER SHOWER | J-46 | 212490 |
| 08:01:30 | *** To IN TRANSIT | D-33 | 185315 |
| 08:03:19 | *** To PSYCH ROOM I | D-33 | 185315 |
| 08:03:19 | *** From IN TRANSIT | D-33 | 185315 |
| 08:15:24 | *** To BAKER 2 LOWER SHOWER | B-19 | 159539 |
| 08:18:08 | *** From JOHN 1 LOWER SHOWER | J-03 | 227234 |
| 08:23:32 | *** From JOHN 5 LOWER SHOWER | J-46 | 212490 |
| 08:26:22 | NS# From CLASSROOM 4 | J-34 | 181597 |
| 08:32:49 | *** To IN TRANSIT | D-33 | 185315 |
| 08:32:49 | *** From PSYCH ROOM I | D-33 | 185315 |
| 08:34:06 | *** From IN TRANSIT | D-33 | 185315 |
| 08:37:55 | *** To IN TRANSIT | D-17 | 185315 |
| 08:40:51 | *** To PSYCH ROOM I | D-17 | 185315 |
| 08:40:51 | *** From IN TRANSIT | D-17 | 185315 |
| 08:41:46 | * To IN TRANSIT | C-52 | 142054 |
| 08:43:54 | * From SR-C02 | A-33 | 225330 |
| 08:43:54 | * To ABLE 4 LOWER SHOWER | A-33 | 225330 |
| 08:46:21 | *** To HOUSING PORTER | A-40 | 225330 |
| 08:46:21 | *** From SR-C02 | A-40 | 225330 |
| 08:46:40 | *** From BAKER 2 LOWER SHOWER | B-19 | 159539 |
| 08:46:58 | *** From IN TRANSIT | C-52 | 142054 |
| 08:46:58 | *** To EMERGENCY ROOM | C-52 | 142054 |
| 08:50:55 | *** To JOHN 1 UPPER SHOWER | J-08 | 212490 |
| 08:51:10 | *** To ABLE 5 LOWER SHOWER | A-49 | 225330 |
| 08:55:29 | *** To IN TRANSIT | D-17 | 185315 |
| 08:55:29 | *** From PSYCH ROOM I | D-17 | 185315 |
| 08:55:34 | NS# From JOHN 5 UPPER SHOWER | J-44 | OT#9 |
| 08:56:17 | *** To HOUSING PORTER | J-41 | OT#9 |
| 08:56:25 | *** To HOUSING PORTER | L-17 | 173460 |
| 08:56:51 | *** To HOUSING PORTER | J-53 | 212490 |
| 08:57:18 | *** From IN TRANSIT | D-17 | 185315 |
| 09:00:00 | *** From SR-D01 | B-23 | 193089 |
| 09:00:00 | *** To IN TRANSIT | B-11 | 193089 |
| 09:00:00 | *** To IN TRANSIT | B-38 | 193089 |
| 09:00:00 | *** To IN TRANSIT | B-08 | 193089 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. This material is protected and patents pending.

| Time | Event | Location | ID |
|---|---|---|---|
| 09:01:38 | *** From SR-D01 | B-36 | 193089 |
| 09:01:41 | *** To IN TRANSIT | B-34 | 193089 |
| 09:01:41 | *** From SR-D01 | B-34 | 193089 |
| 09:01:44 | *** To IN TRANSIT | B-32 | 193089 |
| 09:01:44 | *** From SR-D01 | B-32 | 193089 |
| 09:01:48 | *** To IN TRANSIT | B-31 | 193089 |
| 09:01:48 | *** From SR-D01 | B-31 | 193089 |
| 09:01:49 | *** To IN TRANSIT | B-39 | 193089 |
| 09:01:49 | *** From SR-D01 | B-39 | 193089 |
| 09:01:52 | *** To IN TRANSIT | B-22 | 193089 |
| 09:01:52 | *** From SR-D01 | B-22 | 193089 |
| 09:01:55 | *** To HOUSING PORTER | B-47 | 159539 |
| 09:02:29 | NS# From SR-D01 | BAKER | 193089 |
| 09:02:29 | NS# To IN TRANSIT | BAKER | 193089 |
| 09:02:29 | NS# To IN TRANSIT | BAKER | 193089 |
| 09:02:29 | NS# From SR-D01 | BAKER | 193089 |
| 09:02:29 | NS# To IN TRANSIT | BAKER | 193089 |
| 09:02:29 | NS# To IN TRANSIT | BAKER | 193089 |
| 09:02:29 | NS# To IN TRANSIT | BAKER | 193089 |
| 09:02:29 | NS# From SR-D01 | BAKER | 193089 |
| 09:02:29 | NS# From SR-D01 | BAKER | 193089 |
| 09:02:29 | NS# From SR-D01 | BAKER | 193089 |
| 09:06:10 | *** To B CLUSTER CONSULT ROOM | B-54 | OT#5 |
| 09:06:19 | *** From SR-B14 | B-09 | 88213 |
| 09:06:19 | *** From SR-B16 | B-03 | 88213 |
| 09:06:19 | *** To IN TRANSIT | B-09 | 88213 |
| 09:06:19 | *** To IN TRANSIT | B-03 | 88213 |
| 09:06:38 | *** From SR-B13 | B-02 | 88213 |
| 09:06:38 | *** To IN TRANSIT | B-02 | 88213 |
| 09:06:45 | *** To IN TRANSIT | B-04 | 88213 |
| 09:06:45 | *** From SR-B17 | B-04 | 88213 |
| 09:06:53 | *** To IN TRANSIT | I-29 | 182593 |
| 09:11:39 | *** To IN TRANSIT | C-52 | 142054 |
| 09:11:39 | *** From EMERGENCY ROOM | C-52 | 142054 |
| 09:12:13 | *** To IN TRANSIT | B-51 | 88213 |
| 09:12:13 | *** From SR-B06 | B-51 | 88213 |
| 09:12:25 | *** To BAKER 1 UPPER SHOWER | B-04 | 227244 |
| 09:12:25 | *** From SR-B17 | B-04 | 227244 |
| 09:12:51 | *** To IN TRANSIT | B-40 | 88213 |
| 09:12:51 | *** From IN TRANSIT | B-40 | 88213 |
| 09:12:56 | *** To IN TRANSIT | B-30 | 88213 |
| 09:12:56 | *** From SR-D01 | B-30 | 88213 |
| 09:13:19 | *** From SR-B18 | B-42 | 88213 |
| 09:13:19 | *** To IN TRANSIT | B-42 | 88213 |
| 09:13:27 | *** From SR-B19 | B-44 | 88213 |
| 09:13:27 | *** To IN TRANSIT | B-44 | 88213 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. This patent protected and patents pending.

| Time | Description | Location | ID |
|---|---|---|---|
| 12:35:59 | *** From CHARLIE 5 LOWER SHOWER | C-43 | 159539 |
| 12:37:17 | *** From IN TRANSIT | L-05 | 148891 |
| 12:37:17 | *** To NR-B24 | L-05 | 148891 |
| 12:37:21 | *** To CHARLIE 5 LOWER SHOWER | C-43 | 159539 |
| 12:37:57 | *** From CHARLIE 6 LOWER SHOWER | C-53 | 197500 |
| 12:38:04 | *** To C CLUSTER DRY CELL | C-56 | OT#5 |
| 12:38:38 | *** To CHARLIE 5 LOWER SHOWER | C-45 | 159539 |
| 12:38:40 | *** To IN TRANSIT | A-46 | 127564 |
| 12:39:03 | *** To A CLUSTER CONSULT ROOM | A-46 | 127564 |
| 12:39:03 | *** From IN TRANSIT | A-46 | 127564 |
| 12:39:03 | *** To CHARLIE 6 LOWER SHOWER | C-59 | 227257 |
| 12:41:44 | *** To NR-B25 | L-07 | 148149 |
| 12:41:44 | *** From IN TRANSIT | L-07 | 148149 |
| 12:43:19 | * To CHARLIE 6 UPPER SHOWER | C-58 | 190828 |
| 12:45:20 | *** To NR-B23 | L-09 | 148891 |
| 12:45:20 | *** From IN TRANSIT | L-09 | 148891 |
| 12:46:29 | *** From CHARLIE 6 LOWER SHOWER | C-59 | 190828 |
| 12:47:34 | *** From IN TRANSIT | L-10 | 148149 |
| 12:47:34 | *** To NR-B22 | L-10 | 148149 |
| 12:49:42 | *** From IN TRANSIT | L-06 | 173460 |
| 12:49:42 | *** To NR-B21 | L-06 | 173460 |
| 12:50:57 | *** From CHARLIE 5 LOWER SHOWER | C-45 | 159539 |
| 12:51:52 | *** From CHARLIE 4 UPPER SHOWER | C-40 | 190828 |
| 12:52:39 | NS# From IN TRANSIT | L-04 | 148891 |
| 12:52:39 | NS# To NR-B18 | L-04 | 148891 |
| 12:53:34 | *** To CHARLIE 5 LOWER SHOWER | C-49 | 159539 |
| 12:53:53 | *** From HOUSING PORTER | J-14 | 181597 |
| 12:54:25 | *** To CHARLIE 5 UPPER SHOWER | C-41 | 159539 |
| 12:55:26 | *** From LINCOLN 6 UPPER SHOWER | L-52 | 182593 |
| 12:56:37 | *** From C CLUSTER DRY CELL | C-56 | 227240 |
| 12:57:27 | *** To CHARLIE 5 UPPER SHOWER | C-42 | 159539 |
| 12:58:21 | *** From IN TRANSIT | L-57 | 148891 |
| 12:58:21 | *** To NR-B20 | L-57 | 148891 |
| 12:59:33 | *** From IN TRANSIT | J-56 | 227697 |
| 13:00:36 | *** From IN TRANSIT | L-58 | 182593 |
| 13:00:36 | *** To NR-B07 | L-58 | 182593 |
| 13:00:42 | *** To NR-B06 | L-51 | 148149 |
| 13:00:42 | *** From IN TRANSIT | L-51 | 148149 |
| 13:03:19 | NS# From CHARLIE 6 UPPER SHOWER | C-58 | 190828 |
| 13:03:59 | *** From CHARLIE 4 LOWER SHOWER | C-37 | 142054 |
| 13:03:59 | *** To EMERGENCY ROOM | C-37 | 142054 |
| 13:05:27 | *** To CHARLIE 6 LOWER SHOWER | C-60 | 226946 |
| 13:05:32 | *** To CHARLIE 6 UPPER SHOWER | C-60 | 190828 |
| 13:05:49 | *** To IDA | I-55 | OT#7 |
| 13:05:49 | *** From IDA 6 UPPER SHOWER | I-55 | OT#7 |
| 13:06:44 | *** To SR-B07 | D-20 | 193089 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID and Our Mission. Every Shift. are registered trademarks. Patented/Patent protected and patents pending.

| Time | Description | Cell | ID |
|---|---|---|---|
| 13:08:19 | *** To CHARLIE 4 LOWER SHOWER | C-37 | 226946 |
| 13:09:04 | *** To NR-B08 | L-56 | 148891 |
| 13:09:04 | *** From IN TRANSIT | L-56 | 148891 |
| 13:09:21 | *** To IN TRANSIT | D-18 | 141035 |
| 13:10:07 | * To IN TRANSIT | D-08 | 193089 |
| 13:11:03 | *** To IN TRANSIT | D-04 | 193089 |
| 13:11:03 | *** To IN TRANSIT | D-05 | 193089 |
| 13:11:08 | *** To IN TRANSIT | D-07 | 193089 |
| 13:12:55 | * To ABLE 6 UPPER SHOWER | A-60 | 219961 |
| 13:13:51 | *** To IN TRANSIT | D-28 | 88213 |
| 13:16:30 | ***  From CHARLIE 5 LOWER SHOWER | C-49 | 159539 |
| 13:16:31 | *** To IN TRANSIT | C-37 | 142054 |
| 13:16:31 | *** From EMERGENCY ROOM | C-37 | 142054 |
| 13:16:35 | *** To NR-B09 | L-50 | 148149 |
| 13:16:35 | *** From IN TRANSIT | L-50 | 148149 |
| 13:16:43 | ***  From IN TRANSIT | C-37 | 142054 |
| 13:16:43 | *** To NR-B10 | L-45 | 148891 |
| 13:16:43 | *** From IN TRANSIT | L-45 | 148891 |
| 13:18:02 | *** To HOUSING PORTER | C-44 | 159539 |
| 13:18:02 | ***  From CHARLIE 5 UPPER SHOWER | C-42 | 190828 |
| 13:18:05 | * From LIBRARY(Juvenile Stalls) | A-08 | 193089 |
| 13:18:05 | * To IN TRANSIT | A-08 | 193089 |
| 13:18:22 | * To IN TRANSIT | A-04 | 193089 |
| 13:18:41 | *** To IN TRANSIT | A-02 | 193089 |
| 13:19:06 | *** To IN TRANSIT | A-09 | 141035 |
| 13:20:51 | *** To IN TRANSIT | A-19 | 88213 |
| 13:21:05 | *** To IN TRANSIT | A-17 | 88213 |
| 13:21:38 | NS# To IN TRANSIT | A-13 | 88213 |
| 13:22:35 | *** To SR-C02 | A-10 | 141035 |
| 13:22:35 | *** From IN TRANSIT | A-09 | 141035 |
| 13:22:35 | *** To SR-C02 | A-09 | 141035 |
| 13:24:03 | NS# To SR-C02 | ABLE | 141035 |
| 13:24:03 | NS# From IN TRANSIT | ABLE | 141035 |
| 13:24:03 | NS# To SR-C02 | ABLE | 141035 |
| 13:24:03 | NS# From IN TRANSIT | ABLE | 141035 |
| 13:24:27 | *** To SR-B08 | A-02 | 141035 |
| 13:24:27 | *** From IN TRANSIT | A-02 | 141035 |
| 13:24:40 | *** From IN TRANSIT | L-46 | 148891 |
| 13:24:40 | *** To NR-B01 | L-46 | 148891 |
| 13:24:44 | NS# To IN TRANSIT | A-12 | 88213 |
| 13:25:33 | *** To IN TRANSIT | A-20 | 88213 |
| 13:26:47 | *** To EMERGENCY ROOM | A-43 | 142054 |
| 13:26:54 | *** To IN TRANSIT | L-02 | 182593 |
| 13:28:11 | NS# To SR-D01 | DOG | 157397 |
| 13:28:11 | NS# From IN TRANSIT | DOG | 157397 |
| 13:28:11 | NS# From IN TRANSIT | DOG | 157397 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. This product is protected and patents pending.

| Time | Event | Cell | ID |
|---|---|---|---|
| 13:50:05 | NS# From SR-D01 | D-08 | 88213 |
| 13:50:05 | NS# To IN TRANSIT | D-08 | 88213 |
| 13:50:32 | *** To CHARLIE 6 LOWER SHOWER | C-56 | 190828 |
| 13:51:07 | * To ABLE 6 LOWER SHOWER | A-55 | 226508 |
| 13:52:24 | *** From C4 - C TO C | J-08 | 146030 |
| 13:52:24 | *** To IN TRANSIT | J-08 | 146030 |
| 13:52:25 | *** From C4 - C TO C | J-02 | 146030 |
| 13:52:25 | *** To IN TRANSIT | J-02 | 146030 |
| 13:52:27 | *** From C4 - C TO C | J-03 | 146030 |
| 13:52:27 | *** To IN TRANSIT | J-03 | 146030 |
| 13:54:04 | NS#  From HOUSING PORTER | B-26 | OT#5 |
| 13:57:04 | ***  From ABLE 6 UPPER SHOWER | A-56 | 226507 |
| 13:59:25 | ***  From C4 - C TO C | J-03 | 194438 |
| 13:59:28 | ***  From C4 - C TO C | J-02 | 194438 |
| 13:59:30 | ***  From C4 - C TO C | J-08 | 194438 |
| 14:00:01 | NS#  From IN TRANSIT | D-08 | 88213 |
| 14:00:04 | NS#  From IN TRANSIT | D-07 | 88213 |
| 14:00:05 | NS#  From IN TRANSIT | D-28 | 88213 |
| 14:00:15 | NS#  From IN TRANSIT | D-18 | 88213 |
| 14:02:23 | ***  From HOUSING PORTER | B-01 | 159539 |
| 14:04:02 | ***  From HOUSING PORTER | B-18 | 159539 |
| 14:04:17 | *** From C2 - C TO C | J-44 | 185515 |
| 14:04:17 | *** To IN TRANSIT | J-43 | 185515 |
| 14:04:17 | *** To IN TRANSIT | J-44 | 185515 |
| 14:04:17 | *** From C2 - C TO C | J-43 | 185515 |
| 14:04:19 | *** To IN TRANSIT | J-41 | 185515 |
| 14:04:19 | *** From C2 - C TO C | J-41 | 185515 |
| 14:04:23 | *** To IN TRANSIT | J-46 | 185515 |
| 14:04:23 | *** From C2 - C TO C | J-46 | 185515 |
| 14:07:58 | *** From HOUSING PORTER | B-47 | 190828 |
| 14:09:41 | *** From IN TRANSIT | J-43 | 194438 |
| 14:09:42 | *** From IN TRANSIT | J-44 | 185515 |
| 14:09:42 | *** From IN TRANSIT | J-41 | 194438 |
| 14:09:44 | *** From IN TRANSIT | J-46 | 185515 |
| 14:12:07 | *** To HOUSING PORTER | C-32 | 159539 |
| 14:12:14 | *** From CHARLIE 4 UPPER SHOWER | C-32 | 159539 |
| 14:13:45 | NS# From ABLE 6 LOWER SHOWER | A-55 | 226508 |
| 14:14:11 | *** To IN TRANSIT | A-43 | 142054 |
| 14:14:11 | *** From EMERGENCY ROOM | A-43 | 142054 |
| 14:14:33 | NS#  From IN TRANSIT | J-03 | 181597 |
| 14:14:34 | NS#  From IN TRANSIT | J-08 | 181597 |
| 14:14:35 | NS#  From IN TRANSIT | J-46 | 181597 |
| 14:14:35 | NS#  From IN TRANSIT | J-02 | 181597 |
| 14:14:41 | NS#  From IN TRANSIT | J-44 | 181597 |
| 14:15:24 | *** From CHARLIE 6 LOWER SHOWER | C-56 | 190828 |
| 14:17:55 | NS# From SR-C02 | A-08 | 141035 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. This Page is protected and patents pending.

| Time | Event | Location | ID |
|---|---|---|---|
| 15:45:08 | NS# From NR-B21 | L-06 | 148891 |
| 15:45:16 | *** To IN TRANSIT | L-02 | 142054 |
| 15:45:16 | *** From IN TRANSIT | L-02 | 142054 |
| 15:48:03 | *** From IN TRANSIT | L-02 | 142054 |
| 15:49:13 | NS# From JOHN 6 UPPER SHOWER | J-56 | 227697 |
| 15:49:30 | *** From NORTH VISITATION | J-36 | 185315 |
| 15:49:30 | *** To IN TRANSIT | J-36 | 185315 |
| 15:49:52 | NS# To JOHN 2 LOWER SHOWER | J-14 | 181597 |
| 15:50:05 | NS# To JOHN 1 LOWER SHOWER | J-03 | 227697 |
| 15:50:21 | *** From IN TRANSIT | J-36 | 185315 |
| 15:51:05 | *** From NR-B16 | L-59 | 173460 |
| 15:53:10 | NS# To JOHN 5 UPPER SHOWER | J-36 | 181597 |
| 15:55:53 | *** To EMERGENCY ROOM | A-59 | 219961 |
| 16:02:15 | NS# From IDA 4 UPPER SHOWER | I-38 | 173460 |
| 16:02:21 | NS# From NR-B17 | L-03 | 173460 |
| 16:03:49 | * To LINCOLN 2 LOWER SHOWER | L-17 | 167613 |
| 16:06:25 | * To LINCOLN 6 LOWER SHOWER | L-57 | 167613 |
| 16:07:18 | NS# From CHARLIE 4 LOWER SHOWER | C-32 | 159539 |
| 16:08:12 | * To LINCOLN 6 UPPER SHOWER | L-56 | 167613 |
| 16:10:18 | NS# From JOHN 2 LOWER SHOWER | J-14 | 227697 |
| 16:10:18 | NS# From JOHN 1 LOWER SHOWER | J-03 | 227697 |
| 16:10:18 | NS# From JOHN 5 UPPER SHOWER | J-36 | 227697 |
| 16:11:00 | *** From LINCOLN 2 LOWER SHOWER | L-17 | 167613 |
| 16:14:30 | * To IDA 1 LOWER SHOWER | I-03 | 167613 |
| 16:15:09 | * To IDA 1 UPPER SHOWER | I-04 | 167613 |
| 16:16:07 | * To IDA 2 LOWER SHOWER | I-15 | 167613 |
| 16:21:55 | * From LINCOLN 5 LOWER SHOWER | L-45 | 127007 |
| 16:21:59 | *** From IDA 1 LOWER SHOWER | I-03 | 167613 |
| 16:22:19 | *** From IDA 1 UPPER SHOWER | I-04 | 167613 |
| 16:22:45 | *** To CHARLIE 4 LOWER SHOWER | C-35 | 159539 |
| 16:26:49 | *** From LINCOLN 6 UPPER SHOWER | L-56 | 167613 |
| 16:27:53 | NS# From HOUSING PORTER | C-55 | 159539 |
| 16:31:44 | *** To CHARLIE 5 UPPER SHOWER | C-48 | 159539 |
| 16:32:00 | *** To CHARLIE 5 LOWER SHOWER | C-46 | 159539 |
| 16:34:22 | *** From LINCOLN 6 LOWER SHOWER | L-57 | 167613 |
| 16:35:13 | NS# From IDA 2 LOWER SHOWER | I-15 | 167613 |
| 16:36:32 | *** To CHARLIE 6 LOWER SHOWER | C-51 | 159539 |
| 16:39:36 | * To LINCOLN 1 LOWER SHOWER | L-05 | 167613 |
| 16:40:45 | * To LINCOLN 1 UPPER SHOWER | L-06 | 167613 |
| 16:40:51 | NS# From CHARLIE 4 LOWER SHOWER | C-35 | 159539 |
| 16:40:58 | NS# From CHARLIE 5 LOWER SHOWER | C-46 | 159539 |
| 16:41:03 | NS# From CHARLIE 5 UPPER SHOWER | C-48 | 159539 |
| 16:48:24 | NS# From CHARLIE 6 LOWER SHOWER | C-51 | 159539 |
| 16:49:37 | *** From LINCOLN 1 LOWER SHOWER | L-05 | 167613 |
| 16:50:11 | * To LINCOLN 1 LOWER SHOWER | L-09 | 167613 |
| 16:51:14 | *** To CHARLIE 5 UPPER SHOWER | C-44 | 159539 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. This product is patent protected and patents pending.

| Time | Event | Location | ID |
|---|---|---|---|
| 16:52:12 | *** From LINCOLN 1 UPPER SHOWER | L-06 | 167613 |
| 16:52:45 | * To LINCOLN 1 UPPER SHOWER | L-04 | 167613 |
| 16:58:02 | NS# From CHARLIE 5 UPPER SHOWER | C-44 | 226946 |
| 16:59:19 | *** From LINCOLN 1 LOWER SHOWER | L-09 | 167613 |
| 16:59:52 | * To LINCOLN 1 LOWER SHOWER | L-07 | 167613 |
| 17:01:29 | NS# From LINCOLN 1 UPPER SHOWER | L-04 | 167613 |
| 17:02:34 | * To LINCOLN 1 UPPER SHOWER | L-10 | 167613 |
| 17:05:21 | * From SR-B07 | D-20 | OT#4 |
| 17:18:35 | *** To IN TRANSIT | L-10 | 173460 |
| 17:18:35 | *** From LINCOLN 1 UPPER SHOWER | L-10 | 173460 |
| 17:19:09 | * From SR-B08 | A-02 | 225330 |
| 17:19:16 | * To LINCOLN 1 LOWER SHOWER | L-03 | 167613 |
| 17:19:32 | * From ABLE 1 LOWER SHOWER | A-09 | 225330 |
| 17:19:37 | *** From IN TRANSIT | L-10 | 173460 |
| 17:20:16 | *** From LINCOLN 1 LOWER SHOWER | L-07 | 167613 |
| 17:20:19 | *** To CHARLIE 6 UPPER SHOWER | C-54 | 190828 |
| 17:20:45 | * From ABLE 2 UPPER SHOWER | A-20 | 225330 |
| 17:20:57 | * From ABLE 2 UPPER SHOWER | A-12 | 225330 |
| 17:21:34 | * From ABLE 2 LOWER SHOWER | A-19 | 225330 |
| 17:22:25 | * To CHARLIE 5 UPPER SHOWER | C-50 | 190828 |
| 17:45:40 | *** From LINCOLN 1 LOWER SHOWER | L-03 | 167613 |
| 17:46:35 | NS# From CHARLIE 6 UPPER SHOWER | C-54 | 190828 |
| 17:56:03 | NS# From CHARLIE 5 UPPER SHOWER | C-50 | 167613 |
| 18:36:35 | NS# From HOUSING PORTER | D-44 | 222419 |
| 18:36:45 | NS# From ABLE 4 LOWER SHOWER | A-36 | 222419 |
| 19:07:22 | * From ABLE 5 LOWER SHOWER | A-47 | 104433 |
| 19:08:46 | * From HOUSING PORTER | A-46 | 104433 |
| 19:37:23 | *** To JOHN 4 UPPER SHOWER | J-34 | 212490 |
| 19:38:12 | *** From JOHN 4 UPPER SHOWER | J-34 | 212490 |
| 21:32:57 | NS# To IN TRANSIT | A-56 | 225715 |
| 23:05:07 | *** To EMERGENCY ROOM | A-43 | 225021 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. This product is protected and patents pending.