


# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-Lewis/Bachman |
|---|---|
| Week Start Date (mm/dd/yy) | 9-2-23 |
| Week End Date (mm/dd/yy) | 9-8-23 |

| INMATE NAME | (please print) | ADCRR NUMBER | HOUSING LOCATION | STEP PHASE |
|---|---|---|---|---|
| | | | BDW A12 | |

**C = Cancelled OOC time**
**R = Refusal** — When OOC time offered not allowed by Meal, Medical, Laundry be... 

**Meals**: Write time offered, type of meal and/or "R" if inmate refused meal. Regular RE = Religious MD = Medical — Breakfast / Lunch / Dinner

**Sanitation**: Cell cleaning / Pest Control. Indicate type C = Cell cleaning, P = Pest control. Log time offered "R" if refused.

**Meds**: Log time offered. Check "R" if refused.

**Shower**: A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation Codes**: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education**: Entries must be made on the back of form specifying activity.

**Visitation / Phone**: Only phone calls conducted outside of the cell are logged.

**Other OOC**: This includes table time, work and all other OOC.

| Day | Staff | Meals - Breakfast | | | Lunch | | | Dinner | | | Sanitation | | | Meds | | Shower | | Recreation | | | | Programs/Ed | | Visit/Phone | | Other OOC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | T | R | Time | T | R | Time | T | R | Time | T | P | Time | Time Returned | Time | R | Time Offer | Time In | A-P | Time Offer Out | R | Time I/M Req ER | Time In | Time Out | Time In | Time Out | Time In | Time Out | Time In |
| Sat | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | Villegas 1108 / Csandelles / Berg J 7140 / Alfaro 1000 | R | | 0520 RD | | | 1005 RD | | | 1710 RD | P | | 0953 | R | | | 0657 TL | | A | 0217 | B | | | NA NA / NA NA / NA NA | | | | |
| Thu | Ocampo 6424 / Berg J 7140 / Alfaro 1000 | R | | | | | 1105 RD | | | 1725 RD | C | | 1621 | R | | | 0800 0820 | | A | 0808 | B | | | NA NA / NA NA / NA NA | | | | |
| Fri | Villanueva 0430 | R | | | | | | | | | C | | 1605 | 1609 | | | | | | | | | | NA NA | | | | |

O NOT WRITE BELOW THIS LINE — SUPERVISOR ONLY — CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK — WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Time 20mins | Meal Refusal Total 0 | | | Shower OOC 20mins | Recreation OOC 0 | P/E/VIP OOC 0 | Other OOC 0 |
|---|---|---|---|---|---|---|---|---|



**Arizona Department of Corrections Rehabilitation and Reentry**
**Inmate Activity and Out-of-Cell Tracking**

| Complex / Unit | ASPC-Lewis/Bachman |
|---|---|
| Week Start Date (mm/dd/yy) | 9-2-23 |
| Week End Date (mm/dd/yy) | 9-8-23 |

INMATE NAME: (redacted)
HOUSING LOCATION: BDU B8
STEP / PHASE:

Legend:
- C = Cancellation of OOC time
- R = Refusal. Write time offered on front followed by "R" in box
- Meal, Medication, Laundry/bedding – inmate does not have to be back of the cell
- Types of meals: R = Regular, RE = Religious, MD = Medical
- Cell cleaning / Pest Control – Indicate type: C = Cell cleaning, P = Pest control. Log time offered "R" if refused
- Shower: A standard shower will be 30 minutes long. Inmates may choose to return early
- Recreation Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.
- Programs / Education: Entries must be made on the back of form specifying activity
- Visitation / Phone: Only phone calls conducted outside of the cell are logged
- Other OOC: This includes table time, work, and all other OOC

### Daily Log

| Day | Staff Name (Last, First M / Badge #) | Breakfast T/R/Time Offer | Lunch T/R/Time Offer | Dinner T/R/Time Offer | Cell Cleaning/Pest Control T/Time Offer/Items Returned | Meds Time Offer/R | Shower Time Offer/Time In | Recreation A-P/Time Offer/R/Time I/M Req ER/Time In | Programs Time Offer/Time In | Visitation Time Offer/Time In | Other Time Offer/Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | | | | | | | | | | | |
| Sun | | | | | | | | | | | |
| Mon | | | | | | | | | | | |
| Tue | | | | | | | | | | | |
| Wed | Villegas, 1102 / Espinoza(?) 0431 RD / Berg, T 7140 / Alfaro (0003) | | 1005 RD | 1700 RD | C 1930 1937 | | 0831 0842 | A 0801 / 0825 0827 | NA NA | NA NA | (struck) |
| Thu | Ocampo 4870 0429 ED / Berg, T 7140 / Alfaro 10003 | | 1110 RD / 1165 RD | 1810 RD / 1725 RD | P A42 R / C 1602 1604 1600 / C 1835 1840 1541 | | 1200 1225 | A 0801 / A 0523 | NA NA / NA NA / NA NA | NA NA / NA NA / NA NA | |
| Fri | Espinoza 0461 RD / Anaya 9362 / Alfaro 10003 | | 1015 RD | 1715 RD | C 1950 R | 0810 / S34 | 0405 0430 | A 0613 | NA NA / NA NA / NA NA | NA NA / NA NA / NA NA | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK – WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Meal Refusal Total | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|
| 1hr 22 mins | 0 | 1hr 1 min | 26 mins | 0 | 0 |



# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex Unit | ASPC Lewis/Ba |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/23 |
| Week End Date (mm/dd/yy) | 09/08/23 |

**INMATE NAME:** (Please print)
**ADCRR NUMBER:**
**HOUSING LOCATION:** BDU - A17L
**STEP PHASE:** 1

Column headers: C = Cancellation or limit of OOC time; R = Refusal. Meals / Sanitation / Meds / Shower / Recreation / Programs / Education / Visitation / Phone / Other OOC

Codes: D = 45 x 90, A = Chute, E = Field, B = 10 x 10, F = Group, C = 20 x 40, P = Pod

| Day | Staff Name (Last First M. Badge #) | Breakfast Time Offer | T | R | Lunch Time Offer | T | R | Dinner Time Offer | T | R | Sanitation T/Type | Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer | Time In | Rec A/P | Time Offer/Out | R | Time I/M Req ER | Time In | Prog Time Offer/Out | Time In | Visit Time Offer | Time In | Other Time Offer/Out | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Rosales 9217 | | | | | | | | | | | | | | | | | | | | | | | | NA | NA | | |
| Sat | Rosales 9217 | 0801 | RD | | 1045 RD | | | | | | C | 0946 | 0949 | | | | | A | 0810 | | 0839 | 0840 | NA | NA | | | | |
| Sat | Alfaro | | | | | | | 1700 | RD | | C | 1831 | 1833 | 1608 | | 1632 | | | | | | | N/A | N/A | | | | |
| Sun | Ocampo 4800 | | | | | | | | | | | | | | | | | | | | | | | N/A | N/A | | | | |
| Sun | Berg, J 7140 | 0745 | RD | | 1012 RD | | | | | | | | | 1000 | | 1025 | | A | 0808 | | 0852 | 0858 | NA | NA | | | | |
| Sun | Oliver 9208 | | | | | | | 1700 | RD | | C | 1858 | 1859 | | | | | | | | | | N/A | N/A | | | | |
| Mon | Oliver 9208 | | | | | | | | | | | | | | | | | A | | | | | N/A | N/A | | | | |
| Mon | Berg, J 7140 | 0746 | RD | | 1000 RD | | | | | | | | | 1300 | | | | A | 1040 | | 1150 | 1153 | NA | NA | | | | |
| Mon | Oliver 9208 | | | | | | | 1713 | RD | | C | 1857 | R | | | | | | | | | | N/A | N/A | | | | |
| Tue | Ocampo 4800 | 0451 | RD | | | | | | | | | | | | | | | A | 0823 | | | | N/A | N/A | | | | |
| Tue | Berg, J 7140 | | | | 1055 RD | | | | | | | | | 0810 | | 0839 | | | | | | | NA | NA | | | | |
| Tue | Oliver 9208 | | | | | | | 1700 | RD | | C | 2006 | 2007 | | | | | | | | | | N/A | N/A | | | | |
| Wed | Saindle | 0590 | RD | | | | | | | | | | | | | | | A | | | | | NA | NA | | | | |
| Wed | Berg, J 7140 | | | | 1005 RD | | | 1740 RD | | | P | 0752 | R | 0826 | R | | | A | 0826 | R | | | NA | NA | | | | |
| Wed | Alfaro 10009 | | | | | | | | | | C | 1628 | 1629 | | | | | | | | | | NA | NA | | | | |
| Thu | Ocampo 4800 | 0415 | RD | | | | | | | | | | | | | | | A | | | | | N/A | N/A | | | | |
| Thu | Berg, J 7140 | | | | 1105 RD | | | | | | | | | 0730 | | 0755 | | A | 0735 | | | | NA | NA | | | 1100 | 1105 |
| Thu | Alfaro 10009 | | | | | | | 1723 RD | | | C | 1600 | 1601 | | | | | | | | | | N/A | N/A | | | | |
| Fri | Villama | 0433 | RD | | | | | | | | | | | | | | | A | 0600 | | | | N/A | N/A | | | | |
| Fri | Anaya 9364 | | | | 1015 RD | | | | | | | | | 1203 | | 1231 | | | | | | | NA | NA | | | | |
| Fri | Alfaro 10003 | | | | | | | 1715 RD | | | C | 2009 | 2010 | | | | | | | | | | NA | NA | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM

| Totals | Total OOC | Meal Refusal Total | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|
| | 5hrs 49 mins | 0 | 2 hrs 11 min | 3 hrs 33 mins | 0 | 5 mins |



# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit | LEWIS BDU |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/23 |
| Week End Date (mm/dd/yy) | 09/08/23 |

INMATE NAME (Last, First M) — please print:
ADCRR NUMBER:
HOUSING LOCATION: BDU-A02u   1

**Legend:**
- C = Cancellation or limitation of OOC time
- R = Refusal. Write at what time laundry/bedding that have to be on back of sheet

**Meals**: Indicate time offered, type of meal and/or R if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical. Breakfast / Lunch / Dinner

**Cell cleaning / Pest Control**: Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.

**Meds**: Log time offered. Check "R" if refused.

**Shower**: A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation**: Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education**: Entries must be made on the back of form specifying activity

**Visitation / Phone**

**Other OOC**

| Day | Staff Name Last First M / Badge # | Meals: Time Offer | T y p e | R | Time Offer | T y p e | R | Time Offer | T y p e | R | Cell: T y p e | Time Offer | Time Items Returned | Meds: Time Offer | R | Shower: Time Offer Out | Time In | Rec: A-P | Time Offer Out | R | Time I/M Req ER | Time In | Prog: Time Offer Out | Time In | Visit: Time Offer Out | Time In | Other: Time Offer Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Rosales 9217 | 0735 RD | | | 1045 MD | | | | | | | | | | | | | A | 0508 | ☑ | | | NA | NA | NA | NA | | |
| Sat | Rosales 9217 | | | | | | | C | 0938 | 0941 | | | 1200 | 1214 | | | | | | | | | | | | | |
| Sat | Alfaro 10003 | | | | 1700 MD | | | P | 1640 | 12 | 1525 | | | | | | | | | | | N/A | N/A | | | | |
| Sun | Ocampo 1180 | | | | | | | | | | | | | | | | | F | 508 | ☑ | | | N/A | N/A | | | | |
| Sun | Berg, J 7140 | 0745 RD | | | 1012 MD | | | | | | 0710 | | 0722 | R | | | | | | | | | NA | NA | | | | |
| Sun | Quiroz 9208 | | | | 1708 MD | | | C | 1852 | R | 1458 | | | | | | | | | | | N/A | N/A | | | | |
| Mon | Quiroz 9208 | | | | | | | | | | | | | | | | | A | 0510 | ☑ | | | N/A | N/A | | | | |
| Mon | Berg, J 7140 | 0716 RD | | | 1080 MD | | | | | | 0730 | | 0754 | R | | | | | | | | | NA | NA | | | | |
| Mon | Quiroz 9208 | | | | 1713 RD | | | C | 1843 | R | 1600 | | | | | | | | | | | N/A | N/A | | | | |
| Tue | Ocampo 4570 | 0735 RD | | | | | | | | | | | | | | | | A | 0518 | ☑ | | | N/A | N/A | | | | |
| Tue | Berg, J 7140 | | | | 1055 MD | | | | | | 0720 | | 0813 | R | | | | | | | | | NA | NA | | | | |
| Tue | Quiroz 9208 | | | | 1700 MD | | | C | 1955 | 1957 | 1510 | | | | | | | | | | | N/A | N/A | | | | |
| Wed | Espindola 1040 | 0740 MD | | | | | | | | | | | | | | | | A | CU/U | ☑ | | | N/A | N/A | | | | |
| Wed | Berg, J 7140 | | | | 1205 MD | | | P | 0934 | R | 0726 | | 0649 | R | | | | | | | | | NA | NA | | | | |
| Wed | Alfaro 10003 | | | | 1518 MD | | | C | 1545 | R | 1543 | | | | | | | | | | | NA | NA | | | | |
| Thu | Ocampo 4570 | 0420 MD | | | | | | | | | | | | | | | | A | 0505 | ☑ | | | N/A | N/A | | | | |
| Thu | Berg, J 7140 | | | | 1105 MD | | | | | | 0750 | | 0750 | R | | | | | | | | | NA | NA | | | | |
| Thu | Alfaro 10003 | | | | 1725 MD | | | C | 1515 | R | 1520 | | | | | | | | | | | NA | NA | | | | |
| Fri | Villanueva | 0630 | RD | | | | | | | | | | | | | | | A | CU | ☑ | | | N/A | N/A | | | | |
| Fri | Anaya 9962 | | | | 1015 MD | | | | | | 0810 | | 1133 | 1150 | | | | | | | | | N/A | N/A | | | | |
| Fri | Alfaro 10003 | | | | 1715 MD | | | C | 1931 | 1932 | 1538 | | | | | | | | | | | N/A | N/A | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK – WHEN COMPLETED, SIGN BACK OF FORM

| Totals | Total OOC | Meal Refusal Total | | | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|---|---|
| | 41 mins | Ø | | | 41 mins | Ø | Ø | Ø |

Page 1 of 2

Case 2:12-cv-00601-ROS   Document 4497-5   Filed 10/26/23   Page 5 of 7



# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex · Unit | ASPC Lewis/Ba |
|---|---|
| Week Start Date mm/dd/yy | 09/02/23 |
| Week End Date (mm/dd/yy) | 09/08/23 |

| INMATE NAME (Last First M I) (Please print) | ADCRR NUMBER | HOUSING LOCATION | STEP PHA |
|---|---|---|---|
| | | BDU - A08u | 1 |

**C** = Cancellation or limitation of OOC time.
**R** = Refusal. Write at what time offered on front of followed by "R" code.
Meal, Medication, laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals** — Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular RE = Religious MD = Medical

**Sanitation** — Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control. Log time offered "R" if refused.

**Meds** — Log time offered. Check "R" if refused.

**Shower** — A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation** — Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education** — Entries must be made on the back of form specifying activity.

**Visitation / Phone** — conducted outside of the cell area.

**Other OOC** — This include table time work, and all other OOC.

| | Staff Name Last First M Badge # | Time Offer | Breakfast T y p e | R | Time Offer | Lunch T y p e | R | Time Offer | Dinner T y p e | R | T y p e | Time Offer | Time Items Returned | Time Offer | R | Time Offer | Time In | A - P | Time Offer / Out | R | Time I/M Req ER | Time In | Time Offer / Out | Time In | Time Offer / Out | Time In | Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Rosales 9217 | | | | | | | | | | | | | | | | | A | 0510 ☑ | | | | NA | NA | | | | |
| | Rosales 9217 | 0757 | RD | | 1048 R | | | | | | C | 0942 | 0945 | | | | | | | | | | NA | NA | | | | |
| | Alfaro 10003 | | | | | | | 1700 | RD | | C | 1358 | 1402 | | | 1510 | 1522 | | | | | | N/A | N/A | | | | |
| Sun | Ocampo 4800 | | | | | | | | | | | | | | | | | A | 0515 ☑ | | | | N/A | N/A | | | | |
| | Berg, J 7140 | 0745 | RD | | 1012 R | | | | | | | | | | | 1055 | R | | | | | | NA | NA | | | | |
| | Quiroz 9208 | | | | | | | 1706 | RD | | C | 1908 | 1912 | | | | | | | | | | N/A | N/A | | | | |
| Mon | Quiroz 9208 | | | | | | | | | | | | | | | | | A | 0512 ☑ | | | | N/A | N/A | | | | |
| | Gonzalez 18005 | 0716 | RD | | 1100 R | | | | | | | | | | | | | | | | | | N/A | N/A | | | | |
| | Quiroz 9208 | | | | | | | 1713 | RD | | C | 1854 | 1855 | | | 1448 | 1512 | | | | | | N/A | N/A | | | | |
| Tue | Ocampo 4800 | 0450 | RD | | | | | | | | | | | | | | | A | 0520 ☑ | | | | N/A | N/A | | | | |
| | Berg, J 7140 | | | | 1055 | RD | | | | | | | | | | 0958 | R | | | | | | NA | NA | | | | |
| | Quiroz 9208 | | | | | | | 1700 | RD | | C | 1938 | 1941 | 1510 | | | | | | | | | N/A | N/A | | | | |
| Wed | Espindola 0440 | RD | | | | | | | | | | | | | | | | A | 0513 ☑ | | | | N/A | N/A | | | | |
| | Berg, J 7140 | | | | 1005 | RD | | | | | ? | 0946 | | | | 0946 | 1000 | | | | | | NA | NA | | | | |
| | Alfaro 10003 | | | | | | | 1710 | RD | | C | 1957 | R | 1553 | | | | | | | | | N/A | N/A | | | | |
| Thu | Ocampo 4800 | 0423 | RD | | | | | | | | | | | | | | | A | 0500 ☑ | | | | N/A | N/A | | | | 1059 |
| | Berg, J 7140 | | | | 1105 | RD | | | | | | | | | | 0847 | R | | | | | | NA | NA | | | 1050 | 1055 |
| | Alfaro 10003 | | | | | | | 1725 | RD | | C | 1529 | 1531 | 1535 | | | | | | | | | NA | NA | | | | |
| Fri | Villanueva | 0230 | RD | | | | | | | | | | | | | | | A | 0217 ☑ | | | | NA | NA | | | | |
| | Arroyo 9362 | | | | 1015 | RD | | | | | | | | | | 0744 | R | | | | | | NA | NA | | | | |
| | Alfaro 10003 | | | | | | | 1715 | RD | | C | 1942 | 1945 | 1547 | | | | | | | | | NA | NA | | | | |

DO NOT WRITE BELOW THIS LINE - SUPERVISOR ONLY - CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM

| Totals | Total OOC | Meal Refusal Total | | | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|---|---|
| | 1 hr | 0 | | | 1 hr | 0 | 0 | 9 mins |

Page 1 of 2

812-1
9/30/23



# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex Unit | ASPC-Lewis/Bachman |
|---|---|
| Week Start Date (mm/dd/yy) | |
| Week End Date (mm/dd/yy) | |

**Housing Location:** BDU - BOS
**Step / Phase:**

Columns: Meals (Breakfast / Lunch / Dinner — Time Offer, Type, R), Sanitation (Time Offer, Time Items Returned), Meds (Time Offer, R), Shower (Time Offer, Time In), Recreation (A-P / Time Offer / Out, R, Time I/M Req ER, Time In), Programs/Education (Time Offer / Out, Time In), Visitation/Phone (Time Offer / Out, Time In), Other OOC (Time Offer / Out, Time In)

Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod

**Thu**
- Ocampo 4880  0425 RD ... A 0522 ... N/A N/A
- Berg J 7140 ... 1105 RD ... 0705 R ... N/A N/A
- Alfaro 10003 ... 1725 RD ... C 1543 R ... N/A N/A

**Fri**
- Baindle 1960  0940 RD ... A 0838 ... N/A N/A
- Knapp 9362 ... 1015 RD ... 0723 R ... N/A N/A
- Alfaro 10003 ... 1715 RD ... C 1949 R ... N/A N/A

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK – WHEN COMPLETED, SIGN BACK OF FORM.

**Totals:** Total OOC: ∅ | Meal Refusal Total: ∅ | Shower OOC: ∅ | Recreation OOC: ∅ | P/E/VIP OOC: ∅ | Other OOC: ∅



# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex : Unit | ASPC-Lewis/Bachman |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/23 |
| Week End Date (mm/dd/yy) | 09/08/23 |

**INMATE NAME:** (illegible)
**ADCRR NUMBER:** (illegible)
**HOUSING LOCATION:** BDU-B07L
**STEP / PHASE:** 1

C = Cancellation or limitation of OOC time.
R = Refusal. Write at what time offered on front of form followed by "R" in Time In. Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

Meals: Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical

Sanitation: Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.

Meds: Log time offered. Check "R" if refused.

Shower: A standard shower will be 30 minutes long. Inmates may choose to return early.

Recreation Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

Programs / Education: Entries must be made on the back of form specifying activity.

Visitation / Phone: Only phone calls conducted outside of the cell are logged.

Other OOC: This includes: table time, work, and all other OOC.

| Day | Staff Name (Last First M.I. Badge #) | Meals Breakfast Time Offer | T y p e | R | Meals Lunch Time Offer | T y p e | R | Meals Dinner Time Offer | T y p e | R | Sanitation T y p e | Sanitation Time Offer | Sanitation Time Items Returned | Meds Time Offer | R | Shower Time Offer | Shower Time In | Rec A-P | Rec Time Offer/Out | R | Rec Time I/M Req ER | Rec Time In | Programs Time Offer/Out | Programs Time In | Visitation Time Offer/Out | Visitation Time In | Other Time Offer/Out | Other Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Rosales 9217 | | | | | | | | | | | | | | | | | A | 0521 | ✓ | | | NA | NA | | | | |
| Sat | Rosales 9217 | 0805 | RD | | 1045 | RD | | | | | C | 1015 | 1015 | | | 0900 | R | | | | | | NA | NA | | | | |
| Sat | C. Alfaro 10003 | | | | | | | 1700 | RD | | C | 1844 | R | 1525 | | | | | | | | | N/A | N/A | | | | |
| Sun | Campo 480 | | | | | | | | | | | | | | | | | A | 0523 | ✓ | | | N/A | N/A | | | | |
| Sun | Berg, J 7140 | 0745 | RD | | 1012 | RD | | | | | | | | 0722 | | | | | | | | | NA | NA | | | | |
| Sun | Quiroz 9208 | | | | | | | 1708 | RD | | C | 1848 | R | | | 1452 | R | | | | | | N/A | N/A | | | | |
| Mon | Quiroz 9208 | | | | | | | | | | | | | | | | | A | 654 | ✓ | | | N/A | N/A | | | | |
| Mon | Berg, J 7140 | 0716 | RD | | 1000 | RD | | | | | | | | 0732 | | 0606 | R | | | | | | NA | NA | | | | |
| Mon | Quiroz 9208 | | | | | | | 1715 | RD | | C | 1910 | R | | | | | | | | | | N/A | N/A | | | | |
| Tue | Campo 480 | 0455 | RD | | | | | | | | | | | | | | | A | 0528 | ✓ | | | N/A | N/A | | | | |
| Tue | Berg, J 7140 | | | | 1055 | RD | | | | | | | | 0710 | | 0653 | R | | | | | | NA | NA | | | | |
| Tue | Quiroz 9208 | | | | | | | 1700 | RD | | C | 1921 | R | 1510 | | | | | | | | | N/A | N/A | | | | |
| Wed | Espindola 1140 | 0521 | RD | | | | | | | | | | | | | | | A | 0522 | ✓ | | | 17 | 15 | | | | |
| Wed | Berg, J 7140 | | | | 1005 | RD | | | | | P | 0944 | R | 0730 | | 0658 | R | | | | | | NA | NA | | | | |
| Wed | Alfaro 10003 | | | | | | | 1710 | RD | | C | 1605 | R | 1601 | | | | | | | | | NA | NA | | | | |
| Thu | Campo 480 | 0425 | RD | | | | | | | | | | | | | | | A | 0523 | ✓ | | | N/A | N/A | | | | |
| Thu | Berg, J 7140 | | | | 1105 | RD | | | | | | | | 0750 | | 0700 | R | | | | | | NA | NA | | | | |
| Thu | Alfaro 10003 | | | | | | | 1725 | RD | | C | 1542 | R | 1545 | | | | | | | | | NA | NA | | | | |
| Fri | Espindola 1140 | 0441 | RD | | | | | | | | | | | | | | | A | 639 | ✓ | | | NA | NA | | | | |
| Fri | Anaya 9302 | | | | 1015 | RD | | | | | | | | 0724 | R | | | | | | | | NA | NA | | | | |
| Fri | Alfaro 10003 | | | | | | | 1715 | RD | | C | 1949 | 1953 | 1535 | | | | | | | | | NA | NA | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK – WHEN COMPLETED, SIGN BACK OF FORM.

**Totals:** Total OOC: 0 | Meal Refusal Total: 0 | Shower OOC: 0 | Recreation OOC: 0 | P/E/V/P OOC: 0 | Other OOC: 0

Page 1 of 2

812-1
6/30/23