

**rizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Activity and Out-of-Cell Tracking**

| Complex / Unit: | ASPC-LEWIS MOREY |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | HOUSING LOCATION: MDU A-02L | STEP / PHASE: 1

C = Cancellation or limitation of OOC time.

R = Refusal. Write at what time offered on front of form followed by "R" in Time In.

Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

| | | Meals | | | | | | | | Sanitation | | Meds | Shower | | Recreation | | | Programs / Education | Visitation / Phone | Other OOC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Staff Name (Last, First M.I.) Badge # | Time Offer | Type | R | Time Offer | Type | R | Time Offer | Type | R | T y p e | Time Offer | Time Items Returned | Time Offer | R | Time Offer / Out | Time In | A - P | Time Offer / Out | R | Time I/M Req ER | Time In | Time Offer / Out | Time In | Time Offer / Out | Time In | Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Sat | PM Rivers B/28 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A 0515 | ☒ | | | N/A | N/A | | | | |
| | AM Cannon 9639 0707 RD | | ☐ | 1654 RD | | ☐ | | | | | | | | ☐ | 1325 1355 | | | ☐ | | | N/A | N/A | | | | |
| | PM Banuelos 2207 | | | ☐ | | | ☐ | C | 1851 1852 | | | | | | ☐ | | | | ☐ | | | N/A | N/A | | | | |
| Sun | PM Banuelos 2207 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A 0577 | ☒ | | | N/A | N/A | | | | |
| | AM Hershey 11198 0644 RD | | ☐ | 1730 RD | | ☐ | | | | | | | | ☐ | 1346 1412 | | | ☐ | | | N/A | N/A | | | | |
| | PM Mercado 678 | | | ☐ | | | ☐ | C | 1857 1858 | | | | | | ☐ | | | | ☐ | | | N/A | N/A | | | | |
| Mon | PM Mercado 6875 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A 0502 | ☒ | | | N/A | N/A | | | | |
| | AM Tom, R 3364 0700 RD | | ☐ | 1758 RD | | ☐ | 1758 RD | | | | | | | ☐ | 0958 1016 | | | ☐ | | | N/A | N/A | | | | |
| | PM Mercado 2875 | | | ☐ | | | ☐ | C | 2046 2047 | | | | | | ☐ | 060 | | | ☐ | | | N/A | N/A | | | | |
| Tue | PM Mercado 6875 0573 RD | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A 0501 | ☒ | | | N/A | N/A | | | | |
| | AM Meshon D 1198 | | | ☐ | 1730 RD | | ☐ | | | | | | | ☐ | 1358 1427 | | | ☐ | | | N/A | N/A | | | | |
| | PM Mercado 6875 | | | ☐ | | | ☐ | 1920 RD | C | 1831 1932 | | | | | ☐ | | | | ☐ | | | N/A | N/A | | | | |
| Wed | PM Mercado 6875 0520 RD | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A 0500 | ☒ | | | N/A | N/A | | | | |
| | AM Cannon 9639 | | | ☐ | 1343 RD | | ☐ | | | | | | 528 | | ☐ | 1300 1330 | | | ☐ | | | N/A | N/A | | | | |
| | PM Rivers B/28 | | | ☐ | | | ☐ | 1913 RD | L | 1913 | R | | | | ☐ | | | | ☐ | | | N/A | N/A | | | | |
| Thu | PM Rivers B/28 0601 RD | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A 0500 | ☒ | | | N/A | N/A | | | | |
| | AM Cannon 9639 | | | ☐ | 1240 RD | | ☐ | | | | | | | | ☐ | 1030 1100 | | | ☐ | | | N/A | N/A | | | | |
| | PM Banuelos 2207 | | | ☐ | | | ☐ | 1940 RD | C | 2131 | R | | | | ☐ | | | | ☐ | | | N/A | N/A | | | | |
| Fri | PM Banuelos 2207 0104 RD | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A 0500 | ☒ | | | N/A | N/A | | | | |
| | AM Cannon 9639 | | | ☐ | 1310 RD | | ☐ | | | | | | | | ☐ | 0950 1020 | | | ☐ | | | N/A | N/A | | | | |
| | PM Baldwin 11114 | | | ☐ | 1910 RD | | ☐ | L | 2180 | | | | | | ☐ | | | | ☐ | | | M+1 N/A | | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK – WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC 3HRS 27mins | Meal Refusal Total ∅ | | | | Shower OOC 3HRS 27min | Recreation OOC ∅ | P/E/VIP OOC ∅ | Other OOC ∅ |
|---|---|---|---|---|---|---|---|---|---|

812-1
6/30/23



**rizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Activity and Out-of-Cell Tracking**

| Complex / Unit: | ASPC-LEWIS MOREY |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | HOUSING LOCATION MDU A-09L | STEP / PHASE 1 |
|---|---|---|---|

C = Cancellation or limitation of OOC time.

R = Refusal. Write at what time offered on front of form followed by "R" in Time In.

Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals** — Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular  RE = Religious  MD = Medical

**Sanitation** — Cell cleaning / Pest Control. Indicate type: C = Cell cleaning  P = Pest control  Log time offered. "R" if refused.

**Meds** — Log time offered. Check "R" if refused.

**Shower** — A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation** — Codes: A = Chute  B = 10 X 10  C = 20 X 40  D = 45 X 90  E = Field  F = Group  P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education** — Entries must be made on the back of form specifying activity.

**Visitation / Phone** — Only phone calls conducted outside of the cell are logged.

**Other OOC** — This includes: table time, work, and all other OOC.

| | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | T y p e | R | Lunch Time Offer | T y p e | R | Dinner Time Offer | T y p e | R | T y p e | Time Offer | Time Items Returned | Time Offer | R | Shower Time Offer / Out | Time In | A - P | Rec Time Offer / Out | R | Time I/M Req ER | Time In | Time Offer / Out | Time In | Time Offer / Out | Time In | Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat PM | (INUI) 1518 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Sat AM | Cannon 9639 | 0707 | RD | ☐ | 1654 | RD | ☐ | | | ☐ | | | | | ☐ | 1520 | 1543 | A | R4D | ☐ | 1418 | 1420 | N/A | N/A | | | | |
| Sat PM | BANUELOS 22607 | | | ☐ | | | ☐ | | | ☐ | C | 1855 | 1857 | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Sun PM | BANUELOS 22607 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Sun AM | Houston D1168 | 0644 | RD | ☐ | 1735 | RD | ☐ | | | ☐ | | | | | ☐ | 1415 | 1447 | A | 1215 | ☐ | 1413 | 1414 | N/A | N/A | | | | |
| Sun PM | Merenas 6875 | | | ☐ | | | ☐ | | | ☐ | C | 1906 | 1907 | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Mon PM | Merenas 6875 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Mon AM | Tom, R 3364 | 0700 | RD | ☐ | 1758 | RD | ☐ | | | ☐ | | | | | ☐ | 1143 | 1205 | A | 1002 | ☑ | | | N/A | N/A | | | | |
| Mon PM | Merenic 6875 | | | ☐ | | | ☐ | | | ☐ | C | 2059 | 2100 | | ☐ | | | | | ☐ | | | N/B | N/A | | | | |
| Tue PM | Merenas 6875 | 0523 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | 0558 ER | ☐ | | | N/A | N/A | | | | |
| Tue AM | Martinez D.1188 | | | ☐ | 1230 | RD | ☐ | 1420 | RD | ☐ | | | | | ☐ | 1433 | 1458 | A | 1548 | ☑ | | | N/A | N/A | | | | |
| Tue PM | Merenas 6875 | | | ☐ | | | ☐ | | | ☐ | C | 1842 | 1843 | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Wed PM | Merenas 6875 | 0520 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0558 ER | ☑ | | | N/A | N/A | | | | |
| Wed AM | Cannon 9639 | | | ☐ | 1340 | RD | ☐ | | | ☐ | | | | 0733 | ☐ | 1600 | R | | 1600 | ☑ | | | N/A | N/A | | | | |
| Wed PM | River 13178 | | | ☐ | | | ☐ | 1513 | RD | ☐ | C | 1917 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Thu PM | River 13178 | 0601 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Thu AM | Cannon 9639 | | | ☐ | 1240 | RD | ☐ | | | ☐ | | | | | ☐ | 1735 | 1800 | A | 1525 | ☐ | | 1733 | N/A | N/A | | | | |
| Thu PM | BANUELOS 22607 | | | ☐ | | | ☐ | 1940 | RD | ☐ | C | 2133 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Fri PM | BANUELOS 22607 | 0604 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Fri AM | Cannon 9639 | | | ☐ | 1310 | RD | ☐ | | | ☐ | | | | | ☐ | 1436 | 1508 | A | 1237 | ☑ | | | N/A | N/A | | | | |
| Fri PM | Jackson 1114 | | | ☐ | | | ☐ | 1910 | RD | ☐ | R | 2136 | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC 8HR 24 MINS | Meal Refusal Total ∅ | | | | | Shower OOC 2 HRS 37 MINS | Recreation OOC 5HRS 47 MINS | P/E/VIP OOC ∅ | Other OOC ∅ |
|---|---|---|---|---|---|---|---|---|---|---|

812-1
6/30/23



**rizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Activity and Out-of-Cell Tracking**

| Complex / Unit | ASPC-LEWIS MOREY |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | HOUSING LOCATION MDU A-03L | STEP / PHASE 1 |
|---|---|---|---|

C = Cancellation or limitation of OOC time.

R = Refusal. Write at what time offered on front of form followed by "R" in Time In.

Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals** — Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical

**Sanitation** — Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.

**Meds** — Log time offered. Check "R" if refused.

**Shower** — A standard shower will be 30 minutes long. Inmates may choose to return to cell.

**Recreation** — Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education** — Entries must be made on the back of form specifying activity.

**Visitation / Phone** — Only phone calls conducted outside of the cell are logged.

**Other OOC** — This includes: table time, work, and all other OOC.

| | Staff Name (Last, First M.I.) Badge # | Time Offer | T y p e | R | Time Offer | T y p e | R | Time Offer | T y p e | R | T y p e | Time Offer | Time Items Returned | Time Offer | R | Time Offer / Out | Time In | A - P | Time Offer / Out | R | Time I/M Req ER | Time In | Time Offer / Out | Time In | Time Offer / Out | Time In | Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sat** | PM Rivers 13178 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0516 | ☒ | | | N/A | N/A | | | | |
| | AM Cannon 9639 | 0707 | RD | ☐ | | | ☐ | 1654 | RD | ☐ | | | | | ☐ | 1324 | R | | | ☐ | | | N/A | N/A | | | | |
| | PM BANUELOS 22108 | | | ☐ | | | ☐ | | | ☐ | C | 1851 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| **Sun** | PM BANUELOS 22167 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0518 | ☒ | | | N/A | N/A | | | | |
| | AM Medina D11198 | 0644 | RD | ☐ | | | ☐ | 1735 | RD | ☐ | | | | | ☐ | 1252 | 1324 | | | ☐ | | | N/A | N/A | | | | |
| | PM Merence 6171 | | | ☐ | | | ☐ | | | ☐ | C | 1858 | 1859 | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| **Mon** | PM Merence 6875 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0503 | ☒ | | | N/A | N/A | | | | |
| | AM Tony R 3364 | 0700 | RD | ☐ | 1735 | RD | ☐ | 1758 | RD | ☐ | | | | | ☐ | 0955 | R | | | ☐ | | | N/A | N/A | | | | |
| | PM Merencio 6171 | | | ☐ | | | ☐ | | | ☐ | C | 2049 | 2049 | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| **Tue** | PM Merence 6875 | 0523 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0501 | ☒ | | | N/A | N/A | | | | |
| | AM Hearhom D11198 | | | ☐ | 1230 | RD | ☐ | | | ☐ | | | | | ☐ | 1358 | 1424 | | | ☐ | | | N/A | N/A | | | | |
| | PM Merencio 6175 | | | ☐ | | | ☐ | 1970 | RD | ☐ | C | 1932 | 1933 | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| **Wed** | PM Merencio 6875 | 0520 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0801 | ☒ | | | N/A | N/A | | | | |
| | AM Cannon 9639 | | | ☐ | 1343 | RD | ☐ | | | ☐ | | | | | ☐ | 0520 | R | | | ☐ | | | N/A | N/A | | | | |
| | PM Rivers 13178 | | | ☐ | | | ☐ | 1913 | RD | ☐ | C | 1918 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| **Thu** | PM Rivers 13124 | 0611 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0501 | ☒ | | | N/A | N/A | | | | |
| | AM Cannon 9639 | | | ☐ | 1240 | RD | ☐ | | | ☐ | | | | | ☐ | 1000 | 1030 | | | ☐ | | | N/A | N/A | | | | |
| | PM BANUELOS 22167 | | | ☐ | | | ☐ | 1940 | RD | ☐ | C | 2131 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| **Fri** | PM BANUELOS 22167 | 0604 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | 0512 | R | A | 0507 | ☒ | | | N/A | N/A | | | | |
| | AM Cannon 9639 | | | ☐ | 1310 | RD | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| | PM Pilotau 11114 | | | | | | | ☐ | 1910 | RD | ☐ | R | 2130 | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC 1HR 33 mins | Meal Refusal Total ¢ | | | Shower OOC 1HR 33 mins | Recreation OOC Ø | P/E/VIP OOC Ø | Other OOC ¢ |
|---|---|---|---|---|---|---|---|---|

812-1
6/30/23