# Arizona Department of Corrections Rehabilitation and Reentry

## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-LEWIS-STINER DETENTION UNIT |
|---|---|
| Week Start Date (mm/dd/yy) | 9/2/23 |
| Week End Date (mm/dd/yy) | 9/8/23 |

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | HOUSING LOCATION | STEP / PHASE |
|---|---|---|---|
| | | B-15 | 1 |

C = Cancellation or limitation of OOC time.

R = Refusal. Write at what time offered on front of form followed by "R" in Time In.

Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals:** Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical

**Cell cleaning / Pest Control:** Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.

**Meds:** Log time offered. Check "R" if refused.

**Shower:** A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation:** Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education:** Entries must be made on the back of form specifying activity.

**Visitation / Phone:** Only phone calls conducted outside of the cell are logged.

**Other OOC:** This includes: table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Breakfast Type | Breakfast R | Lunch Time Offer | Lunch Type | Lunch R | Dinner Time Offer | Dinner Type | Dinner R | Cell cleaning Type | Cell cleaning Time Offer | Time Items Returned | Meds Time Offer | Meds R | Shower Time Offer / Out | Shower Time In | Rec A-P | Rec Time Offer / Out | Rec R | Rec Time I/M Req ER | Rec Time In | Programs Time Offer / Out | Programs Time In | Visitation Time Offer / Out | Visitation Time In | Other OOC Time Offer / Out | Other OOC Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | PM Guzman 2512 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0531 | ☒ | | | N/A | N/A | | | 0825 | |
| Sat | AM | 0745 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | 1154 | R | | | ☐ | | | N/A | N/A | | | 0825 | 0834 |
| Sat | PM Archondo 6506 | | | ☐ | | | ☐ | 1835 | RD | ☐ | C | 1835 | R | 1835 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Sun | PM Galindo 10638 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0527 | ☒ | | | N/A | N/A | | | | |
| Sun | AM Clark 5874 | 0730 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | 0628 | R | | | ☐ | | | N/A | N/A | | | | |
| Sun | PM Mundine 10477 | | | ☐ | | | ☐ | 1822 | RD | ☐ | C | 1822 | R | 1542 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Mon | PM Galindo 10638 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0512 | ☒ | | | N/A | N/A | | | | |
| Mon | AM Brown 3534 | 0715 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | 0654 | 0722 | | | ☐ | | | N/A | N/A | | | | |
| Mon | PM Mundine 10477 | | | ☐ | | | ☐ | 1844 | RD | ☐ | C | 1844 | R | 1537 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Tue | PM Mundine 10477 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Tue | AM Suarez 6740 | | | ☐ | 1335 | RD | ☐ | | | ☐ | | | | | ☐ | 0630 | R | | | ☐ | | | N/A | N/A | | | | |
| Tue | PM Mundine 10477 | | | ☐ | | | ☐ | 1842 | RD | ☐ | C | 1842 | R | 1651 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Wed | PM Donez 4008 | 0535 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0516 | ☒ | | | N/A | N/A | | | | |
| Wed | AM Thompson, Cecil | | | ☐ | 1323 | RD | ☐ | | | ☐ | P | 1324 | R | | ☐ | 0655 | R | | | ☐ | | | N/A | N/A | | | 1030 | |
| Wed | PM Galindo 10638 | | | ☐ | | | ☐ | 1920 | RD | ☐ | C | 1920 | R | 1723 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Thu | PM Galindo 10638 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0521 | ☒ | | | N/A | N/A | | | | |
| Thu | AM Thompson, Cecil | 0707 | RD | ☐ | 1257 | RD | ☐ | | | ☐ | | | | | ☐ | 0535 | R | | | ☐ | | | N/A | N/A | | | | |
| Thu | PM Guzman 2512 | | | ☐ | | | ☐ | 1932 | RD | ☐ | C | 1932 | R | 1820 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Fri | PM Guzman 2512 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0528 | ☒ | | | N/A | N/A | | | | |
| Fri | AM Cruz, R #12608 | 0634 | RD | ☐ | 1354 | RD | ☐ | | | ☐ | | | | | ☐ | 0732 | R | | | ☐ | | | N/A | N/A | | | | |
| Fri | PM Archondo 6506 | | | ☐ | | | ☐ | 1906 | RD | ☐ | C | 1906 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC | Meal Refusal Total | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|
| | 37 mins | Ø | 28 mins | Ø | | 9 mins |

# Arizona Department of Corrections Rehabilitation and Reentry

## Inmate Activity and Out-of-Cell Tracking

| | |
|---|---|
| Complex / Unit: | ASPC-LEWIS-STINER DETEN UNIT |
| Week Start Date *(mm/dd/yy)* | 9/2/23 |
| Week End Date *(mm/dd/yy)* | 9/8/23 |

INMATE NAME *(Last, First M.I.) (Please print)* | ADCRR NUMBER | HOUSING LOCATION B-14 | STEP / PHASE 2

C = Cancellation or limitation of OOC time.

R = Refusal. Write at what time offered on front of form followed by "R" in Time In.

Meal, Medication, laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals:** Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical

**Sanitation:** Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.

**Meds:** Log time offered. Check "R" if refused.

**Shower:** A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation:** Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education:** Entries must be made on the back of form specifying activity.

**Visitation / Phone:** Only phone calls conducted outside of the cell are logged

**Other OOC:** This includes: table time, work, and all other OOC.

| Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Breakfast Type | Breakfast R | Lunch Time Offer | Lunch Type | Lunch R | Dinner Time Offer | Dinner Type | Dinner R | Sanitation Type | Sanitation Time Offer | Sanitation Time Items Returned | Meds Time Offer | Meds R | Shower Time Offer / Out | Shower Time In | Recreation A-P | Recreation Time Offer / Out | Recreation R | Recreation Time I/M Req ER | Recreation Time In | Programs / Education Time Offer / Out | Programs / Education Time In | Visitation / Phone Time Offer / Out | Visitation / Phone Time In | Other OOC Time Offer / Out | Other OOC Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| AM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| AM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| AM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| AM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| AM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM Galindo 10638 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0504 | ☒ | | | N/A | N/A | | | | |
| AM Thom, [illegible] | 0714 | RD | ☐ | 1250 | RD | ☐ | | | ☐ | | | | | ☐ | 0919 | 0947 | | | ☐ | | | N/A | N/A | | | | |
| PM Guzman 2517 | | | ☐ | | | ☐ | 1925 | RD | ☐ | C | 1425 | R | 1854 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM Guzman 2512 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0524 | ☒ | | | N/A | N/A | | | | |
| AM Cruz, R#12608 | 0630 | RD | ☐ | 1400 | RD | ☐ | | | ☐ | | | | 1301 | ☐ | 0729 | R | | | ☐ | | | N/A | N/A | | | | |
| PM Archondo 6504 | | | ☐ | | | ☐ | 1852 | RD | ☐ | C | 1856 | R | 1950 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC | Meal Refusal Total | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|
| | 78 mins | Ø | 78 mins | Ø | Ø | Ø |

812-1
6/30/23

Arizona Department of Corrections Rehabilitation and Reentry

# Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-LEWIS-STINER DETENTION UNIT |
|---|---|
| Week Start Date (mm/dd/yy) | 9/2/23 |
| Week End Date (mm/dd/yy) | 9/8/23 |

INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | HOUSING LOCATION B-11 | STEP / PHASE 1

C = Cancellation or limitation of OOC time.

R = Refusal. Write at what time offered on front of form followed by "R" in Time In.

Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals:** Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical

**Sanitation:** Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.

**Meds:** Log time offered. Check "R" if refused.

**Shower:** A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation:** Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education:** Entries must be made on the back of form specifying activity.

**Visitation / Phone:** Only phone calls conducted outside of the cell are logged.

**Other OOC:** This includes: table time, work, and all other OOC.

| Day | Shift | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Type | R | Lunch Time Offer | Type | R | Dinner Time Offer | Type | R | Sanitation Type | Time Offer | Items Returned | Meds Time Offer | R | Shower Time Offer / Out | Shower Time In | Rec A-P | Rec Time Offer / Out | R | Time I/M Req ER | Rec Time In | Programs Time Offer / Out | Programs Time In | Visitation Time Offer / Out | Visitation Time In | Other Time Offer / Out | Other Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | PM | Guzman 2512 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0532 | ☒ | | | N/A | N/A | | | | |
| | AM | | 0742 | RD | ☐ | | | ☐ | | | ☐ | | | | 1234 | ☐ | 0910 | 0949 | | | ☐ | | | N/A | N/A | | | | |
| | PM | Archondo 6506 | | | ☐ | | | ☐ | 1832 | RD | ☐ | C | 1832 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Sun | PM | Galindo 10638 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0528 | ☒ | | | N/A | N/A | | | | |
| | AM | Clerk 5874 | 0780 | RD | ☐ | | | ☐ | | | ☐ | | | | 1010 | ☐ | 0626 | R | | | ☐ | | | N/A | N/A | | | | |
| | PM | Mundine 10477 | | | ☐ | | | ☐ | 1822 | RD | ☐ | C | 1822 | R | [illegible] | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Mon | PM | Galindo 10638 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0514 | ☐ | | | N/A | N/A | | | | |
| | AM | Brown 3534 | 0715 | RD | ☐ | | | ☐ | | | ☐ | | | | 1028 | ☐ | 0702 | 0712 | | | ☐ | | | N/A | N/A | | | | |
| | PM | Mundine 10477 | | | ☐ | | | ☐ | 1841 | RD | ☐ | C | 1841 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Tue | PM | Mundine 10477 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| | AM | Siem 6740 | | | ☐ | 1335 | RD | ☐ | | | ☐ | | | | 1009 | ☐ | 0624 | R | | | ☐ | | | N/A | N/A | | | | |
| | PM | Mundine 10477 | | | ☐ | | | ☐ | 1840 | RD | ☐ | C | 1840 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Wed | PM | Dowse 4993 | 0533 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0510 | ☒ | | | N/A | N/A | | | | |
| | AM | Ibarra, Good | | | ☐ | 1355 | RD | ☐ | 1520 | RD | ☐ | P | 1320 | R | 1019 | ☐ | 0654 | R | | | ☐ | | | N/A | N/A | | | | |
| | PM | Galindo 10638 | | | ☐ | | | ☐ | 1917 | RD | ☐ | C | 1917 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Thu | PM | Galindo 10638 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0512 | ☒ | | | N/A | N/A | | | | |
| | AM | Ibarra, Good | 0710 | RD | ☐ | 1255 | RD | ☐ | | | ☐ | | | | 1230 | ☐ | 1050 | 1108 | | | ☐ | | | N/A | N/A | | | 0630 | 0745 |
| | PM | Guzman 2512 | | | ☐ | | | ☐ | 1929 | RD | ☐ | C | 1929 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Fri | PM | Guzman 2512 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0529 | ☒ | | | N/A | N/A | | | | |
| | AM | Cruz R 2608 | 0636 | RD | ☐ | 1352 | RD | ☐ | | | ☐ | | | | 1232 | ☐ | 0733 | R | | | ☐ | | | N/A | N/A | | | | |
| | PM | Archondo 6506 | | | ☐ | | | ☐ | 1901 | RD | ☐ | C | 1901 | R | 1250 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC | Meal Refusal Total | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|
| | 1HR 7MINS | Ø | 1HR 7MINS | Ø | Ø | Ø |

812-1 6/30/23

Arizona Department of Corrections Rehabilitation and Reentry

# Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-LEWIS-STINER DETENTION UNIT |
|---|---|
| Week Start Date (mm/dd/yy) | 9/2/23 |
| Week End Date (mm/dd/yy) | 9/8/23 |

| INMATE NAME | ADCRR NUMBER | HOUSING LOCATION | STEP / PHASE |
|---|---|---|---|
| | | A05U | 1 |

C = Cancellation or limitation of OOC time.

R = Refusal. Write at what time offered on front of form followed by "R" in Time In.

Meal, Medication, sundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals:** Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical

**Cell cleaning / Pest Control:** Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.

**Meds:** Log time offered. Check "R" if refused.

**Shower:** A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation:** Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education:** Entries must be made on the back of form specifying activity

**Visitation / Phone:** Only phone calls conducted outside of the cell are logged.

**Other OOC:** This includes: table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Type | R | Lunch Time Offer | Type | R | Dinner Time Offer | Type | R | Cell cleaning / Pest Control Type | Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer / Out | Shower Time In | Recreation A-P | Recreation Time Offer / Out | R | Time I/M Req ER | Time In | Programs / Education Time Offer / Out | Time In | Visitation / Phone Time Offer / Out | Time In | Other OOC Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | PM Guzman 2517 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0522 | ☒ | | | N/A | N/A | | | | |
| | AM Cruz, R #12608 | 0737 | RD | ☐ | | | ☐ | | | ☐ | | | | 1153 | ☐ | 1233 | 1328 | | | ☐ | | | N/A | N/A | | | 0655 | 0700 |
| | PM Galindo 10638 | | | ☐ | | | ☐ | 1816 | RD | ☐ | C | 1816 | R | 1835 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Sun | PM Galindo 10638 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0520 | ☒ | | | N/A | N/A | | | | |
| | AM Clark 5874 | 0750 | RD | ☐ | | | ☐ | | | ☐ | | | | 0951 | ☐ | 0610 | R | | | ☐ | | | N/A | N/A | | | | |
| | PM Mundine 10477 | | | ☐ | | | ☐ | 1816 | RD | ☐ | C | 1816 | R | 1541 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Mon | PM Mundine 10477 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0505 | ☒ | | | N/A | N/A | | | | |
| | AM Brown 3534 | 0715 | RD | ☐ | | | ☐ | | | ☐ | | | | 1009 | ☐ | 0655 | 0715 | | | ☐ | | | N/A | N/A | | | | |
| | PM Mundine 10477 | | | ☐ | | | ☐ | 1830 | RD | ☐ | C | 1830 | R | 1519 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Tue | PM Mundine 10477 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| | AM Saan 6740 | | | ☐ | 1330 | RD | ☐ | | | ☐ | | | | 0930 | ☐ | 0758 | 0811 | A | 0649 | ☐ | 0750 | 0753 | N/A | N/A | | | | |
| | PM Mundine 10477 | | | ☐ | | | ☐ | 1830 | RD | ☐ | C | 1530 | R | 1625 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Wed | PM Dause 7318 | 0525 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0501 | ☒ | | | N/A | N/A | | | | |
| | AM Ibarra Cecil | | | ☐ | 1510 | RD | ☐ | | | ☐ | P | 1323 | R | 1057 | ☐ | 0700 | R | | | ☐ | | | N/A | N/A | | | 1100 | 1105 |
| | PM Galindo 10638 | | | ☐ | | | ☐ | 1905 | RD | ☐ | C | 1905 | R | 1047 | ☐ | | | | | ☐ | | | N/A | N/A | | | ~~1010~~ | |
| Thu | PM Galindo 10638 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0501 | ☒ | | | N/A | N/A | | | | |
| | AM Ibarra Cecil | 0722 | RD | ☐ | 1205 | RD | ☐ | | | ☐ | | | | 1141 | ☐ | 0909 | 0915 | | | ☐ | | | N/A | N/A | | | | |
| | PM Guzman 2517 | | | ☐ | | | ☐ | 1921 | RD | ☐ | C | 1921 | R | 1731 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Fri | PM Guzman 2517 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0521 | ☒ | | | N/A | N/A | | | | |
| | AM Cruz, R #12608 | 0626 | RD | ☐ | 1348 | RD | ☐ | | | ☐ | | | | 1159 | ☐ | 0726 | R | | | ☐ | | | N/A | N/A | | | 0850 | 0854 |
| | PM Archambault 6526 | | | ☐ | | | ☐ | 1852 | RD | ☐ | C | 1852 | R | 1637 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC | Meal Refusal Total | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|
| | 3hrs 01mins | ∅ | 1hr 54mins | 1hr 4mins | ∅ | 9mins |

812-1
6/30/23

# [A]rizona Department of Corrections [R]ehabilitation and Reentry

## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit. | ASPC-LEWIS-STINER DETEN[TION UN]IT |
|---|---|
| Week Start Date (mm/dd/yy) | 9/2/23 |
| Week End Date (mm/dd/yy) | 9/8/23 |

[I]NMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | HOUSING LOCATION A08L | STEP / PHASE 1

[R] = Cancellation or limitation [o]f OOC time.
[R] = Refusal. Write at what [ti]me offered on front of form [fo]llowed by "R" in Time In.
[M]eal, Medication, [l]aundry/bedding refusals do [n]ot have to be logged on the [b]ack of the sheet.

Meals: Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical

Cell cleaning / Pest Control: Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.

Meds: Log time offered. Check "R" if refused.

Shower: A standard shower will be 30 minutes long. Inmates may choose to return early.

Recreation: Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

Programs / Education: Entries must be made on the back of form specifying activity.

Visitation / Phone: Only phone calls conducted outside of the cell are logged.

Other OOC: This includes: table time, work, and all other OOC.

| Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Type | R | Lunch Time Offer | Type | R | Dinner Time Offer | Type | R | Cell cleaning Type | Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer / Out | Time In | Recreation A-P | Time Offer / Out | R | Time I/M Req ER | Time In | Programs Time Offer / Out | Time In | Visitation Time Offer / Out | Time In | Other OOC Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PM Guzman 2517 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0523 | ☒ | | | N/A | N/A | | | | |
| AM Cruz,R #12608 | 0738 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | 0656 | R | | | ☐ | | | N/A | N/A | | | 0833 | 0837 |
| PM Galindo 10638 | | | ☐ | | | ☐ | 1818 | RD | ☐ | C | 1818 | R | 1441[illegible] | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM Galindo 10638 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0521 | ☒ | | | N/A | N/A | | | | |
| AM Clark 5874 | 0750 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | 0722 | 0743 | | | ☐ | | | N/A | N/A | | | | |
| PM Mundine 10477 | | | ☐ | | | ☐ | 1818 | RD | ☐ | C | 1818 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM Mundine 10477 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0506 | ☒ | | | N/A | N/A | | | | |
| AM Brown 3534 | 0715 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | 0629 | R | | | ☐ | | | N/A | N/A | | | | |
| PM Mundine 10477 | | | ☐ | | | ☐ | 1831 | RD | ☐ | C | 1831 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM Mundine 10477 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0504 | ☒ | | | N/A | N/A | | | | |
| AM Saenz 6740 | | | ☐ | 1335 | RD | ☐ | | | ☐ | | | | | ☐ | 0621 | R | | | ☐ | | | N/A | N/A | | | | |
| PM Mundine 10477 | | | ☐ | | | ☐ | 1835 | RD | ☐ | C | 1535 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM [illegible] 1395 | 0526 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0501 | ☒ | | | N/A | N/A | | | | |
| AM [illegible] | | | ☐ | 1500 | RD | ☐ | | | ☐ | P | 1528 | [illegible] | | ☐ | [illegible] | R | | | ☐ | | | N/A | N/A | | | | |
| PM Galindo 10638 | | | ☐ | | | ☐ | 1907 | RD | ☐ | C | 1907 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM Galindo 10638 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0502 | ☒ | | | N/A | N/A | | | | |
| AM [illegible] | [illegible] | RD | ☐ | 1240 | RD | ☐ | | | ☐ | | | | | ☐ | 0551 | 0920 | | | ☐ | * | | N/A | N/A | | | | |
| PM Guzman 2517 | | | ☐ | | | ☐ | 1922 | RD | ☐ | C | 1922 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| PM Guzman 2517 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0522 | ☒ | | | N/A | N/A | | | | |
| AM Cruz,R #12608 | 0625 | RD | ☐ | 1349 | RD | ☐ | | | ☐ | | | | | ☐ | 0727 | R | | | ☐ | | | N/A | N/A | | | | |
| PM Andrade 6676 | | | ☐ | | | ☐ | 1853 | RD | ☐ | C | 1853 | R | | ☐ | | | | | ☐ | | | N/A | N/A | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| [T]otals | Total OOC | Meal Refusal Total | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|
| | 54 mins | Ø | 50 mins | Ø | Ø | 4 mins |

812-1
6/30/23

# [illegible]zona Department of Corrections [illegible]ehabilitation and Reentry

## Inmate Activity and Out-of-Cell Tracking

| | |
|---|---|
| Complex / Unit | ASPC-LEWIS-ST[illegible]NER DETEN[illegible]IT |
| Week Start Date (mm/dd/yy) | 9/2/23 |
| Week End Date (mm/dd/yy) | 9/8/23 |

| [illegible]NMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | HOUSING LOCATION | STEP / PHASE |
|---|---|---|---|
| | | A08F | |

[illegible] of OOC time.

R = Refusal. Write at what time offered on front of form followed by "R" in Time In.

Meal, Medication, laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals**: Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical

**[illegible]**: Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.

**Meds**: Log time offered. Check "R" if refused.

**Shower**: A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation**: Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education**: Entries must be made on the back of form specifying activity.

**Visitation / Phone**: Only phone calls conducted outside of the cell are logged.

**Other OOC**: This includes: table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Type | R | Lunch Time Offer | Type | R | Dinner Time Offer | Type | R | Cell Type | Cell Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer / Out | Shower Time In | Rec A-P | Rec Time Offer / Out | R | Time I/M Req ER | Rec Time In | Programs Time Offer / Out | Programs Time In | Visitation Time Offer / Out | Visitation Time In | Other Time Offer / Out | Other Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | PM Guzman 7512 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0523 | ☒ | | | N/A | N/A | | | | |
| | AM Cruz, R #12608 | 0738 | RD | ☐ | | | ☐ | | | ☐ | | | | 1203 | ☐ | 0656 | R | | | ☐ | | | N/A | N/A | | | ~~0833~~ | ~~0837~~ |
| | PM Galindo 10638 | | | ☐ | | | ☐ | 1818 | RD | ☐ | C | 1818 | R | 1850 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Sun | PM Galindo 10638 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0521 | ☒ | | | N/A | N/A | | | | |
| | AM Clark 5574 | 0750 | RD | ☐ | | | ☐ | | | ☐ | | | | 0935 | ☐ | 0612 | R | | | ☐ | | | N/A | N/A | | | | |
| | PM Mundine 10477 | | | ☐ | | | ☐ | 1818 | RD | ☐ | C | 1818 | R | 1524 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Mon | PM Mundine 10477 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0506 | ☒ | | | N/A | N/A | | | | |
| | AM Brown 3534 | 0715 | RD | ☐ | | | ☐ | | | ☐ | | | | 1014 | ☐ | 0629 | R | | | ☐ | | | N/A | N/A | | | | |
| | PM Mundine 10477 | | | ☐ | | | ☐ | 1831 | RD | ☐ | C | 1831 | R | 1523 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Tue | PM Mundine 10477 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0504 | ☒ | | | N/A | N/A | | | | |
| | AM [illegible] 6740 | | | ☐ | 1335 | RD | ☐ | | | ☐ | | | | 0935 | ☐ | 0621 | R | | | ☐ | | | N/A | N/A | | | | |
| | PM Mundine 10477 | | | ☐ | [illegible] | | ☐ | 1835 | RD | ☐ | C | 1835 | R | 1629 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Wed | PM [illegible] 4208 | 0526 | RD | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0501 | ☒ | | | N/A | N/A | | | | |
| | AM [illegible] | | | ☐ | 1505 | RD | ☐ | | | ☐ | P | 1303 | [illegible] | 1042 | ☐ | 0701 | R | | | ☐ | | | N/A | N/A | | | | |
| | PM Galindo 10638 | | | ☐ | | | ☐ | 1907 | RD | ☐ | C | 1907 | R | 1655 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Thu | PM Galindo 10638 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0502 | ☒ | | | N/A | N/A | | | | |
| | AM [illegible] | 0709 | RD | ☐ | 1242 | RD | ☐ | | | ☐ | | | | 1207 | ☐ | 0826 | R | | | ☐ | | | N/A | N/A | | | | |
| | PM Guzman 7517 | | | ☐ | | | ☐ | 1927 | RD | ☐ | C | 1927 | R | 1743 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |
| Fri | PM Guzman 7512 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | A | 0522 | ☒ | | | N/A | N/A | | | | |
| | AM Cruz, R #12608 | 0625 | RD | ☐ | 1349 | RD | ☐ | | | ☐ | | | | 1209 | ☐ | 0837 | 0910 | | | ☐ | | | N/A | N/A | | | | |
| | PM [illegible] 6570 | | | ☐ | | | ☐ | 1853 | RD | ☐ | C | 1883 | R | 1649 | ☐ | | | | | ☐ | | | N/A | N/A | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| [illegible]otals | Total OOC | Meal Refusal Total | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|
| | 33 mins | Ø | 33 mins | Ø | Ø | Ø |

812-1
6/30/23