

# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC WINSLOW / KAIBAB U |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

**Housing Location:** CDU Aoto BOIL
**Step / Phase:** N/A / 3

**Legend:**
- C = Cancellation or limitation of OOC time.
- R = Refusal. Write at what time offered on front of form followed by "R" in Time In.
- Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals:** Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical
**Sanitation:** Cell cleaning / Pest Control. Indicate cell type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.
**Meds:** Log time offered. Check "R" if refused.
**Shower:** A standard shower will be 30 minutes long. Inmates may choose to return early.
**Recreation Codes:** A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.
**Programs / Education:** Entries must be made on the back of form specifying activity.
**Visitation / Phone:** Only phone calls conducted outside of the cell are logged.
**Other OOC:** This includes: table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Ty pe | R | Lunch Time Offer | Ty pe | R | Dinner Time Offer | Ty pe | R | Sanit. Ty pe | Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer | Time In | Rec A/P | Rec Time Offer /Out | R | Rec Time I/M Req ER | Rec Time In | Prog Time Offer /Out | Prog Time In | Visit Time Offer /Out | Visit Time In | Other Time Offer /Out | Other Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | OTERO 9469 | | | | | | | | | | | | | | | | | B | 0526 | ☒ | | | | | | | | |
| Sat | Alewine 12514 | 0631 | RD | | | | | 1700 | RD | | | | | | | 0837 | R | | | | | | | | | | | |
| Sat | Kashinskie 11500 | | | | | | | 2213 | RD | | | | | | | | | | | | | | | | | | | |
| Sun | Tashinskie 11500 | | | | | | | | | | | | | | | | | B | 0523 | ☒ | | | | | | | | |
| Sun | BELONE,A 7991 | 0730 | RD | | | | | 1732 | RD | | | | | | | 0950 | 1015 | | | | | | | | | | | |
| Sun | SANCHEZ 8748 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | SANCHEZ 8748 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | BROOKS,D 30480 | 0640 | RD | | | | | 1700 | RD | | | | | | | 1022 | 1034 | B | 0740 | R | | | | | | | | |
| Mon | SANCHEZ 8748 | | | | | | | | | C | 1828 | 1830 | | | | | | | | | | | | | | | |
| Tue | SANCHEZ 8748 | 0459 | RD | | | | | | | | | | | | | | | B | 0530 | ☒ | | | | | | | | |
| Tue | BELONE,A 7991 | | | | 1234 | RD | | 1704 | RD | | | | | | | 0930 | R | | | | | | | | | | | |
| Tue | GOMEZ 9504 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | GOMEZ 9504 | 0456 | RD | | | | | | | | | | | | | | | B | 0525 | ☒ | | | | | | | | |
| Wed | BELONE,A 7991 | | | | 1214 | RD | | 1722 | RD | | | | | | | 0850 | 0905 | | | | | | | 1150 | 1200 | | | |
| Wed | MARTINEZ 11520 | | | | | | | | | C | 1900 | 1902 | | | | | | | | | | | | | | | |
| Thu | MARTINEZ 11520 | 0500 | RD | | | | | | | | | | | | | | | B | 0537 | ☒ | | | | | | | | |
| Thu | Alewine 12574 | | | | 1127 | RD | | 1723 | RD | | | | | | | 1020 | 1048 | | | | | | | | | | | |
| Thu | WHITE 11811 | | | | | | | | | C | 1822 | 1850 | | | | | | | | | | | | | | | |
| Fri | WHITE 11811 | 0502 | RD | | | | | | | | | | | | | | | B | 0530 | ☒ | | | | | | | | |
| Fri | Steskal 10805 | | | | 1148 | RD | | 1705 | RD | | P | 1850 | 1851 | | | 0920 | R | | | | | | | | | | | |
| Fri | WHITE 11811 | | | | | | | | | | C | 1823 | 1840 | | | | | | | | | | | | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK – WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC | Meal Refusal Total | | | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|---|---|
| | 1hr 20min | ∅ | | | 1hr 20min | 0hr 0min | ∅ | ∅ |