

# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-YUMA/Dakota |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

**Housing Location:** 3B-01L
**Step / Phase:** 1

**Legend:**
- C = Cancellation or limitation of OOC time
- R = Refusal. Write at what time offered on front of form followed by "R" in Time In. Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.
- Types of meals: RD = Regular, RE = Religious, MD = Medical
- Sanitation type: C = Cell cleaning, P = Pest control
- Shower: standard = 30 min
- Recreation Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | T y p e | R | Lunch Time Offer | T y p e | R | Dinner Time Offer | T y p e | R | San T y p e | San Time Offer | San Time Items Returned | Meds Time Offer | R | Shower Time Offer/Out | Shower Time In | Rec A-P | Rec Time Offer/Out | R | Rec Time I/M Req ER | Rec Time In | Prog Time Offer/Out | Prog Time In | Visit Time Offer/Out | Visit Time In | Other Time Offer/Out | Other Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Guzman #11108 | | | | | | | | | | | | | 0414 | | | | | | | | | | | | | |
| Sat | Mendoza 2719 | 0745 RD | | | | | | | | | | | | | | 0655 | R | A | 0655 | X | | | | | | | |
| Sat | Cesda 11171 | | | | | | | 1748 RD | | | C | 1132 | 1140 | | | | | | | | | | | | | | |
| Sun | Guzman | | | | | | | | | | | | | 0334 | | | | | | | | | | | | | |
| Sun | Mendoza 2719 | 0700 RD | | | | | | | | | C | 1205 | 1210 | | | | | | | | | | | | | | |
| Sun | Cesda 11171 | | | | | | | 1719 RD | | | | | | | | 1735 | 1802 | A | 1442 | X | | | | | | | |
| Mon | CABRERA 8371 | | | | | | | | | | | | | 0354 | ✓ | | | | | | | | | | | | |
| Mon | VALES 13230 | 0650 RD | | | | | | | | | C | 1155 | 1200 | | | 0729 | R- | A | 0738 | X | | | | | | | |
| Mon | Tuson 9371 | | | | | | | 1730 RD | | | | | | | | | | | | | | | | | | | |
| Tue | CABRERA 8321 | 0527 RD | | | | | | | | | | | | 0421 | | | | | | | | | | | | | |
| Tue | CORTES 8120 | | | | 1314 RD | | | | | | C | 0840 | 0845 | | | | | | | | | | | | | | |
| Tue | Meza A 9105 | | | | | | | 1755 RD | | | | | | | | 1505 | 1535 | A | 1505 | X | | | | | | | |
| Wed | CABRERA 8371 | | | | | | | | | | | | | 0408 | X | | | | | | | | | | | | |
| Wed | VALES 13230 | 0630 RD | | | 1318 MD | | | | | | C | 0930 | 0935 | | | 0729 | R- | A | 0759 | X | | | | | | | |
| Wed | Her 8371 | | | | | | | 1730 RD | | | | | | | | | | | | | | | | | | | |
| Thu | CABRERA 8321 | 0520 RD | | | | | | | | | | | | 0410 | | | | | | | | | | | | | |
| Thu | Espinosa 10026 | | | | 1230 RD | | | | | | C | 1025 | 1630 | | | | | | | | | | | | | | |
| Thu | Vega 10743 | | | | | | | 1745 RD | | | | | | | | 1420 | R/ | A | 1420 | X | | | | | | | |
| Fri | Chavolle 6599 | 0533 RD | | | | | | | | | | | | 0411 | | | | | | | | | | | | | |
| Fri | Gonzalez 11574 | | | | 1215 RD | | | | | | P | 0745 | R | | | 0717 | 0731 | A | 0655 | X | | | | | | | |
| Fri | Meza A 9105 | | | | | | | 1740 RD | | | | | | | | | | | | | | | | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK – WHEN COMPLETED, SIGN BACK OF FORM.

**Totals:**
- Total OOC: 1h 11min
- Meal Refusal Total: 0
- Shower OOC: 1h 11min
- Recreation OOC: 0h 0m
- P/E/VIP OOC: 0
- Other OOC: 0



# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-YUMA/Dakota |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

**INMATE NAME** (Last, First M.I.) (Please print): _____
**ADCRR NUMBER**: _____
**HOUSING LOCATION**: 3B-19U
**STEP / PHASE**: 2

### Instructions
% of OOC time.
R = Refusal. Write at what time offered on front of form followed by "R" in Time In.
Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals** — Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical. Breakfast / Lunch / Dinner

**Sanitation** — Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.

**Meds** — Log time offered. Check "R" if refused.

**Shower** — A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation** — Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education** — Entries must be made on the back of form specifying activity.

**Visitation / Phone** — Only phone calls conducted outside of the cell are logged.

**Other OOC** — This includes: table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Ty pe | R | Lunch Time Offer | Ty pe | R | Dinner Time Offer | Ty pe | R | Sanitation Ty pe | Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer | Time In | A-P | Recreation Time Offer / Out | R | Time I/M Req ER | Time In | Programs Time Offer / Out | Time In | Visitation Time Offer / Out | Time In | Other Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Guzman #11108 |  |  |  |  |  |  |  |  |  |  |  |  | 0417 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Sat | Mendoza 2716 | 0745 | RD |  |  |  |  |  |  |  | C | 1250 | 1255 |  |  | 0912 | 0922 | A | 0730 |  | 0914 | 0912 |  |  |  |  |  |  |
| Sat | Cerda 11171 |  |  |  |  |  |  | 1748 | RD |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Sun | Guzman |  |  |  |  |  |  |  |  |  |  |  |  | 0331 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Sun | Mendoza 2716 | 0720 | RD |  |  |  |  |  |  |  | C | 1535 | 1340 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Sun | Cerda 11171 |  |  |  |  |  |  | 1719 | RD |  |  |  |  |  |  | 1850 | 1920 | A | 1710 |  | 1850 | 1850 |  |  |  |  |  |  |
| Mon | CABRERA 837 |  |  |  |  |  |  |  |  |  |  |  |  | 0413 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Mon | JONES 13230 | 0650 | RD |  |  |  |  |  |  |  | C | 1325 | 1330 |  |  | 0851 | 0911 | A | 0710 |  | 0850 | 0851 |  |  |  |  |  |  |
| Mon | Viren 9321 |  |  |  |  |  |  | 1730 | RD |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Tue | CABRERA 837 | 0525 | RD |  |  |  |  | 0565 | RD |  |  |  |  | 0429 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Tue | CORTES 8126 |  |  |  | 1314 | RD |  |  |  |  | C | 1005 | 1010 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Tue | Moreno A 99?? |  |  |  |  |  |  | 1755 | RD |  |  |  |  |  |  | 1715 | 1744 | A | 1507 |  | 1707 | 1707 |  |  |  |  |  |  |
| Wed | CABRERA 837 |  |  |  |  |  |  |  |  |  |  |  |  | 0419 |  | 0821 |  |  |  |  |  |  |  |  |  |  |  |  |
| Wed | JONES 13230 | 0630 | RD |  | 1310 | RD |  |  |  |  | C | 1055 | 1100 |  |  | 0845 | A | 0747 |  | 0820 | 0821 |  |  |  |  |  |  |  |
| Wed | Utter 8371 |  |  |  |  |  |  | 1727 | RD |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Thu | CABRERA 837 | 0515 | RD |  |  |  |  |  |  |  |  |  |  | 0915 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Thu | Espinoza 10228 |  |  |  | 1230 | RD |  |  |  |  | C | 1145 | 1150 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Thu | Vega 10743 |  |  |  |  |  |  | 1745 | Ro |  |  |  |  |  |  | 1725 | 1740 | A | 1446 |  | 1617 | 1617 |  |  |  |  |  |  |
| Fri | Chaiolle 6597 | 0535 | RD |  |  |  |  |  |  |  |  |  |  | 0420 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Fri | Gonzalez 11574 |  |  |  | 1351 | RD |  |  |  |  | P | 0751 | R |  |  | 0824 | 0850 | A | 0752 |  | 0822 | 0823 |  |  |  |  |  |  |
| Fri | Moreno A 9905 |  |  |  |  |  |  | 1740 | Ro |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC: 12h 33m / 2h 55m | Meal Refusal Total: 0 |  |  |  | Shower OOC: 2h 55m | Recreation OOC: 9h 38 min | P/E/VIP OOC: 0h 0m | Other OOC: 0 |
|---|---|---|---|---|---|---|---|---|---|

812-1
6/30/23



# Arizona Department of Corrections
## Rehabilitation and Reentry
### Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-YUMA/Dakota |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

**INMATE NAME:** (illegible)
**ADCRR NUMBER:** (illegible)
**HOUSING LOCATION:** 3 A14U
**STEP / PHASE:** 3

Instructions (summary):
- of OOC time.
- R = Refusal. Write at what time offered on front of form followed by "R" in Time In.
- Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.
- Types of meals: RD = Regular, RE = Religious, MD = Medical
- Cell cleaning / Pest Control — Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.
- A standard shower will be 30 minutes long. Inmates may choose to return early.
- Recreation Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.
- Entries must be made on the back of form specifying activity.
- Only phone calls conducted outside of the cell are logged.
- Other OOC includes table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | T | R | Lunch Time Offer | T | R | Dinner Time Offer | T | R | Sanitation T | Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer/Out | Time In | R | Rec A-P | Rec Time Offer/Out | R | Time I/M Req ER | Time In | Programs Time Offer/Out | Time In | Visitation Time Offer/Out | Time In | Other Time Offer/Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Guzman #11108 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sat | Gonzales 11574 | 0745 RD | | | | | | | | | C | 1240 | 1245 | | | | | | | | | | | | | | | |
| Sat | Cerda 11171 | | | | 1748 RD | | | | | | | | | | | 1420 | R | | A | 1420 | R | | | | | | | | |
| Sun | CABRERA 6371 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | Jones 13230 | 0700 RD | | | | | | | | | C | 1310 | 1315 | | | 0044 | R | | A | 0044 | R | | | | | | | | |
| Sun | Cerda 11171 | | | | 1719 RD | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | CABRERA 6301 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | CORTES 8126 | 0650 RD | | | | | | | | | C | 1300 | 1305 | | | | | | | | | | | | | | | | |
| Mon | Vega 10743 | | | | 1730 RD | | | | | | | | | | | 1435 | R/ | | A | 1435 | R | | | | | | | | |
| Tue | CABRERA 6371 0514 | RD | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tue | Gonzales 11574 | | | | 1314 RD | | | | | | C | 0935 | 0946 | | | 0714 | R | | A | 0714 | R | | | | | | | | |
| Tue | ? 9721 | | | | | | | 1755 RD | | | | | | | | | | | | | | | | | | | | | |
| Wed | CABRERA 6371 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | Espinoza 10286 | 0630 RD | | | 1318 RD | | | | | | C | 1040 | 1045 | | | | | | | | | | | | | | | | |
| Wed | Otto 8371 | | | | | | | 1726 RD | | | | | | | | 1454 | R | | A | 1454 | R | | | | | | | | |
| Thu | CABRERA 6371 0506 | RD | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | Jones 13230 | | | | 1250 RD | | | | | | C | 1150 | 1135 | | | 0652 | R | | A | 0652 | R | | | | | | | | |
| Thu | Magana 9405 | | | | | | | 1745 RD | | | | | | | | | | | | | | | | | | | | | |
| Fri | Chavarlla 6592 0530 | RD | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | ? 10961 | | | | 1319 RD | | | | | | P | 0959 | R | | | | | | | | | | | | | | | | |
| Fri | Vega 10743 | | | | | | | 1740 RD | | | | | | | | 1535 | R | | A | 1535 | R | | | | | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

**Totals**
| Total OOC | Meal Refusal Total | | | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|---|
| 0h 00min | 0 | | | 0h 60min | 0h 00min | 0h 00m | 0 |



# Arizona Department of Corrections
## Rehabilitation and Reentry
### Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-YUMA/Dakota |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | HOUSING LOCATION | STEP / PHASE |
|---|---|---|---|
| | | 3A17U | 1 |

**C** = Cancellation or limitation of OOC time.
**R** = Refusal. Write at what time offered on front of form followed by "R" in Time In. Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals**: Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical

**Sanitation**: Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.

**Meds**: Log time offered. Check "R" if refused.

**Shower**: A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation**: Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education**: Entries must be made on the back of form specifying activity.

**Visitation / Phone**: Only phone calls conducted outside of the cell are logged.

**Other OOC**: This includes table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Meals - Breakfast Time Offer | Ty pe | R | Meals - Lunch Time Offer | Ty pe | R | Meals - Dinner Time Offer | Ty pe | R | Sanitation Ty pe | Sanitation Time Offer | Sanitation Time Items Returned | Meds Time Offer | R | Shower Time Offer / Out | Shower Time In | Rec A-P | Rec Time Offer / Out | R | Rec Time I/M Req ER | Rec Time In | Programs Time Offer / Out | Programs Time In | Visitation Time Offer / Out | Visitation Time In | Other Time Offer / Out | Other Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Guzman #11108 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sat | Gonzalez 11574 | 0745 | RD | | | | | | | | C | 1255 | 1300 | | | | | | | | | | | | | | | |
| | Cerda 11171 | | | | | | | 1748 | RD | | | | | | | 1455 | 1515 | A | 1420 | X | | | | | | | | |
| | CABRERA 637 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | Jones 13230 | 0700 | RD | | | | | | | | C | 1325 | 1330 | | | 0045 | R. | A | 0045 | X | | | | | | | | |
| | Cerda 11171 | | | | | | | 1719 | RD | | | | | | | | | | | | | | | | | | | |
| | CABRERA 637 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | Cortes 8126 | 0650 | RD | | | | | | | | C | 1310 | 1315 | | | | | | | | | | | | | | | |
| | Vega 10743 | | | | | | | 1730 | RD | | | | | | | 1929 | 1942 | A | 1435 | X | | | | | | | | |
| | CABRERA 637 | 0522 | RD | | | | | 0522 | RD | | | | | | | | | | | | | | | | | | | |
| Tue | Gonzalez 11574 | | | | 1314 | RD | | | | | C | 0945 | 0950 | | | 0715 | R | A | 0715 | X | | | | | | | | |
| | Jensen 9321 | | | | | | | 1755 | RD | | | | | | | | | | | | | | | | | | | |
| | CABRERA 637 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | Espinoza 10026 | 0630 | RD | | 1318 | RD | | | | | C | 1055 | 1100 | | | | | | | | | | | | | | | |
| | Utter 8371 | | | | | | | 1727 | RD | | | | | | | 1528 | 1554 | A | 1455 | X | | | | | | | | |
| | CABRERA 637 | 0530 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | Jones 13230 | | | | 1230 | RD | | | | | C | 1145 | 1150 | | | 0054 | R. | A | 0054 | X | | | | | | | | |
| | Hogan A 9405 | | | | | | | 1745 | RD | | | | | | | | | | | | | | | | | | | |
| | Cirvolla 6547 | 0330 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | Verduzco 10965 | | | | 1315 | RD | | | | | P | 1063 | 1003 | | | | | | | | | | | | | | | |
| | Vega 10743 | | | | | | | 1740 | RD | | | | | | | 1635 | 1705 | A | 1535 | X | | | | | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK – WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC | Meal Refusal Total | | | | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|---|---|---|
| | 1h 29min | 0 | | | | 1h 29min | 0h 60min | 0h 00min | 0 |



# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit | ASPC-YUMA/Dakota |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

**INMATE NAME** (Last, First M.I.): _____  
**ADCRR NUMBER**: _____  
**HOUSING LOCATION**: 3A02L  
**STEP / PHASE**: _____

### Legend / Instructions

- C = Cancellation or limitation of OOC time.
- R = Refusal. Write at what time offered on front of form followed by "R" in Time In.
- Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals** — Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical. Breakfast / Lunch / Dinner.

**Cell cleaning / Pest Control** — Indicate type: C = Cell cleaning, P = Pest control. Log time offered, "R" if refused.

**Meds** — Log time offered. Check "R" if refused.

**Shower** — A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation** — Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education** — Entries must be made on the back of form specifying activity.

**Visitation / Phone** — Only phone calls conducted outside of the cell are logged.

**Other OOC** — This includes table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | T y p e | R | Lunch Time Offer | T y p e | R | Dinner Time Offer | T y p e | R | Cell/Pest T y p e | Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer / Out | Time In | Rec A-P | Rec Time Offer / Out | R | Time I/M Req ER | Time In | Prog Time Offer / Out | Time In | Visit Time Offer / Out | Time In | Other Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Guzman #11108 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sat | Gonzalez 11574 | 0745 | RD | | | | | 1748 | RD | | C | 1132 | 1140 | | | 1655 | 1718 | A | 1550 | | 1655 | 1655 | | | | | | |
| Sat | Cerda 11171 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | CABRERA 8321 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | Jones 13230 | 0700 | RD | | | | | 1719 | RD | | C | 1210 | 1215 | | | 0800 | 0830 | A | 0712 | | 0805 | 0800 | | | | | | |
| Sun | Cerda 11171 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | CABRERA 8321 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | Cortes 8126 | 0650 | RD | | | | | 1730 | RD | | C | 1200 | 1205 | | | 1807 | 1826 | A | 1918 | | 2000 | 2000 | | | | | | |
| Mon | Vega 10743 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tue | CABRERA 8321 | 0714 | RD | | 1314 | RD | | 1755 | RD | | C | 1005 | 1010 | | | 0833 | 0856 | A | 0720 | | 0833 | 0835 | | | | | | |
| Tue | Gonzalez 11574 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tue | ____ 9321 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | CABRERA 8321 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | Espinoza 12006 | 0630 | RD | | 1318 | RD | | 1724 | RD | | C | 0935 | 0940 | | | 1630 | 1700 | A | 1515 | | 1620 | 1624 | | | | | | |
| Wed | Uhler 8371 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | CABRERA 8321 | 0706 | RD | | 1230 | RD | | 1745 | R | | C | 1030 | 1035 | | | 0739 | 0805 | A | 0709 | | 0733 | 0757 | | | | | | |
| Thu | Jones 13230 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | Moreno A 4405 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | Calzadilla 6597 | 0521 | RD | | 0717 | RD | | 1740 | RD | | P | 0936 | 0938 | | | 1851 | 1914 | A | 1608 | | 1808 | 1808 | | | | | | |
| Fri | ____ 10965 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | ____ 12743 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY - CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC | Meal Refusal Total | | | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|---|---|
| | 10h 26 min | 0 | | | 2h 48 min | 7h 38 min | 6h 00 min | 0 |



# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-YUMA/CHEYENNE |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

**INMATE NAME** (Last, First M.I.) (Please print): _____
**ADCRR NUMBER**: _____
**HOUSING LOCATION**: 109
**STEP / PHASE**: STEP - N/A / PHASE - 3

**Legend:**
- C = Cancellation or limitation of OOC time.
- R = Refusal. Write at what time offered on front of form followed by "R" in Time In. Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.
- Meals: Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical
- Cell cleaning / Pest Control: Indicate type: C = Cell cleaning, P = Pest control, PU = Log time offered. "R" if refused
- Meds: Log time offered. Check "R" if refused.
- Shower: A standard shower will be 30 minutes long. Inmates may choose to return early.
- Recreation Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.
- Programs / Education: Entries must be made on the back of form specifying activity.
- Visitation / Phone: Only phone calls conducted outside of the cell are logged.
- Other OOC: includes table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Type | R | Lunch Time Offer | Type | R | Dinner Time Offer | Type | R | Cell cleaning/Pest Type | Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer/Out | Time In | Rec A-P | Rec Time Offer/Out | R | Rec Time I/M Req ER | Time In | Programs Time Offer/Out | Time In | Visitation Time Offer/Out | Time In | Other Time Offer/Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Sanatzia 1345 | 0550 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sat | W Cardo 7299 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sat | Garcia 9825 | | | | | 1752 | MD | | | | | | | | | 1716 | 1738 | B | 1544 | | 1910 | 1710 | | | | | | |
| Sun | Gill 13262 | 0610 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | Gastelum 5556 | | | | | | | | | | C | 0900 | 0450 | | | 0830 | R | B | 0830 | | | | | | | | | |
| Sun | R Gonzalez | | | | | 1752 | RD | | | | | | | | | | | | | | | | | | | | | |
| Mon | Moreno 13778 | 0905 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | Villasino 9348 | | | | | | | | | | C | 1102 | 1109 | | | 1041 | 1108 | B | 0918 | | 1040 | 1041 | | | | | | |
| Mon | Borjas, 4955 | | | | | 1804 | RD | | | | | | | | | | | | | | | | | | | | | |
| Tue | Badachi 6441 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tue | Altamira 1945 | | | | 1220 | RD | | | | | | | | | | | | | | | | | | | | | | |
| Tue | Garcia 6037 | | | | | 1916 | RD | | | C | 1711 | R | | | | 1933 | 2003 | B | 1727 | | 1932 | 1932 | | | | | | |
| Wed | Diarte 12803 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | Altamira 1945 | | | | 1216 | RD | | | | | C | 1255 | 1517 | | | 0725 | R | B | 0735 | R | | | | | | | | |
| Wed | Borjas, 4955 | | | | | 1716 | RD | | | | | | | | | | | | | | | | | | | | | |
| Thu | Diarte 12803 | 0505 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | Medina 1079 | | | | 12K | RD | | | | | | | | | | | | | | | | | | | | | | |
| Thu | De La Torre 5509 | | | | | 1853 | RD | | | L | 1852 | R | | | 1736 | 1806 | B | 1538 | | 1735 | 1735 | | | | | | | |
| Fri | Diarte 17803 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | Verdugo 7994 | | | | 1210 | RD | | | | e | 1505 | R | | | 1450 | 1505 | B | 1701 | | 1445 | 1450 | | | | | | | |
| Fri | Barajas, 4955 | | | | | 1732 | RD | | | | | | | | | | | | | | | | | | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

**Totals**
- Total OOC: 16h 50min
- Meal Refusal Total: 0
- Shower OOC: 2h 10min
- Recreation OOC: 8h 40min
- P/E/VIP OOC: 0h 00min
- Other OOC: 0

Page 1 of 2

812-1
6/30/23



# Arizona Department of Corrections
## Rehabilitation and Reentry
### Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-YUMA/CHEYENNE |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

**INMATE NAME:** _(illegible)_
**ADCRR NUMBER:** _(illegible)_
**HOUSING LOCATION:** 117
**STEP / PHASE:** STEP - N/A / PHASE - 1

Instructions summary:
- R = Refusal. Write at what time offered on front of form followed by "R" in Time In.
- Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.
- Types of meals: RD = Regular, RE = Religious, MD = Medical
- Sanitation indicate type: C = Cell cleaning, P = Pest control, PU = Log time offered, "R" if refused
- Shower: Log time offered. Check "R" if refused. A standard shower will be 30 minutes long.
- Recreation Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod
- If early return (ER) is requested, return must be within 15 mins.
- Programs/Education: Entries must be made on the back of form specifying activity.
- Visitation/Phone: Only phone calls conducted outside of the cell are logged.
- Other OOC: includes table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | T | R | Lunch Time Offer | T | R | Dinner Time Offer | T | R | Sanitation Type | Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer | Time In | Rec A-P | Rec Time Offer / Out | R | Rec Time I/M Req ER | Time In | Prog/Ed Time Offer / Out | Time In | Visit/Phone Time Offer / Out | Time In | Other OOC Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Sadler, J 16172 | 0604 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sat | Velarde 7294 | | | | | | | | | | C | 1221 | 1226 | 0635 | | 1020 | 1056 | B | 0920 | | 0920 | 1020 | | | | | | |
| Sat | Samaniego 8360 | | | | 1727 | RD | | | | | | | | 1624 | | | | | | | | | | | | | | |
| Sun | Reyes 4044 | 0615 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | Medina 6219 | | | | | | | | | | | | | 0712 | | 1740 | | | | | | 1740 | | | | | | |
| Sun | Garcia 9895 | | | | 1808 | RD | | C | 1815 | R | | | | 1604 | | 1615 | 1618 | B | 1625 | | 1737 | 1815 | | | | | | |
| Mon | Gil 13262 | 0515 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | Moreno 9345 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | Barajas 4955 | | | | 1756 | RD | | C | 1758 | R | | | | 1606 | | 1653 | 1719 | B | 1513 | X | | | | | | | | |
| Tue | Badachi Gaal | 0500 | MD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tue | Villanueva 4346 | | | | 1240 | RD | | C | 1212 | R | | | | 0615 | | R | | B | 0615 | | | | | | | | | |
| Tue | De La Torres 5501 | | MD | | 1914 | RD | | | | | | | | 1000 | | | | | | | | | | | | | | |
| Wed | Duarte 12803 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | Ibarra 6020 | | | | 1211 | RD | | | MD | | | | | 0701 | R | | | | | | | | | | | | | |
| Wed | De La Torres 5509 | | | | 1708 | RD | | C | 1710 | R | | | | 160_ | | 1702 | 1721 | B | 1508 | | 1701 | 1702 | | | | | | |
| Thu | Duarte 12803 | 0505 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | Pacheco 1048 | | | | 1521 | RD | | | MD | | C | 1030 | 1131 | 0153 | | 0733 | R | B | 0733 | | | | | | | | | |
| Thu | Barajas 4955 | | | | 1851 | RD | | C | 1850 | R | | | | 1545 | | | | | | | | | | | | | | |
| Fri | Duarte 12803 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | Velarde 7294 | | | | 1230 | RD | | | | | | | | 0630 | | | | | | | | | | | | | | |
| Fri | Garcia 8039 | | | | 1734 | MD | | C | 1735 | R | | | | | | 1949 | 2015 | B | 1855 | | 1945 | 1948 | | | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK – WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC | Meal Refusal Total | | | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|---|---|
| | 5h 14 min | 0 | | | 2h 22 min | 5h 52 min | 0h 0 min | 0 |



# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-YUMA/CHEYENNE |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

**IN** ADCRR NUMBER ___ **HOUSING LOCATION** 113 **STEP / PHASE** STEP - N/A / PHASE - 1

C = Cancellation or limitation of OOC time.
R = Refusal. Write at what time offered on front of form followed by "R" in Time In.
Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

Indicate time offered, type of meal and/or "R" if inmate refused.
Types of meals: RD = Regular, RE = Religious, MD = Medical

Cell cleaning / Pest Control
Indicate type: C = Cell cleaning, P = Pest control, PU = Log time offered. "R" if refused.

Log time offered. Check "R" if refused.

A standard shower will be 30 minutes long. Inmates may choose to return early.

Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod
If early return (ER) is requested, return must be within 15 mins.

Entries must be made on the back of form specifying activity.

Only phone calls conducted outside of the cell are logged.

This includes: table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Type | R | Lunch Time Offer | Type | R | Dinner Time Offer | Type | R | Sanitation Type | Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer / Out | Time In | Rec A-P | Rec Time Offer / Out | R | Rec Time I/M Req ER | Rec Time In | Prog Time Offer / Out | Time In | Visit Time Offer / Out | Time In | Other Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Sanabria 1365 | 0530 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sat | Velarde 7294 | | | | | | | | | | C | 1216 | R | | | 0830 | R | B | 0830 | X | | | | | | | | |
| Sat | Camarillo 8369 | | | | | | | 1726 | MD | | | | | 1617 | | | | | | | | | | | | | | |
| Sun | Gil 13262 | 0510 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | Gastelum 5808 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | R Gonzalez | | | | | | | 1757 | RD | | C | 1528 | R | 1650 | | 1555 | 1528 | B | 1555 | X | | | | | | | | |
| Mon | Moreno 13774 | 0515 | MD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | Villasins 9348 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | Barajas 4955 | | | | | | | 1757 | RD | | C | 1759 | R | 1604 | | 1647 | 1720 | B | 1511 | X | | | | | | | | |
| Tue | Badachi 6441 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tue | Villasins 9348 | | | 1240 | RD | | | | | | C | 1214 | 1210 | | | 0615 | R | B | 0615 | X | | | | | | | | |
| Tue | De La Torre 5504 | | | | | | | 1715 | RD | | | | | NP | | | | | | | | | | | | | | |
| Wed | Duarte 12403 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | Ibarra 6020 | | | 1211 | KD | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | De La Torre 5504 | | | | | | | 1709 | RD | | C | 1711 | R | 1524 | | 1503 | 1559 | B | 1412 | X | | | | | | | | |
| Thu | Duarte 11803 | 0505 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | Medina 1049 | | | 1302 | RD | | | | | | C | 1100 | 1130 | 1545 | | 0733 | R | B | 0733 | X | | | | | | | | |
| Thu | Barajas 4955 | | | | | | | 1852 | RD | | | | | | | | | | | | | | | | | | | |
| Fri | Duarte 11803 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | Velarde 7294 | | | 1230 | RD | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | Garcia 8039 | | | | | | | 1734 | RD | | C | 1735 | R | | | 1759 | 1851 | B | 1551 | X | | | | | | | | |

**DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.**

| Totals | Total OOC | Meal Refusal Total | | | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|---|---|
| | 2h 49min | 0 | | | 2h 49min | 0h 00min | 0h 00min | 0 |

812-1
6/30/23



# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Field | Value |
|---|---|
| Complex / Unit | ASPC-YUMA/CHEYENNE |
| Week Start Date | 09/02/2023 |
| Week End Date | 09/08/2023 |
| Housing Location | 215 |
| STEP / PHASE | STEP - N/A / PHASE - 1 |

**Legend:**
- C = Cancellation or limitation of OOC time.
- R = Refusal. Write at what time offered on front of form followed by "R" in Time In.
- Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.
- Meals: Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical
- Sanitation: Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control, PU = Log time offered. "R" if refused.
- Meds: Log time offered. Check "R" if refused.
- Shower: A standard shower will be 30 minutes long. Inmates may choose to return early.
- Recreation Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.
- Programs/Education: Entries must be made on the back of form specifying activity.
- Visitation/Phone: Only phone calls conducted outside of the cell are logged.
- Other OOC: This includes table time, work, and all other OOC.

### Day entries (handwritten)

| Day | Staff Name / Badge # | Meals | Sanitation | Meds | Shower (Offer / In) | Recreation (A-P / Offer / Out / IM Req / Time In) | Programs | Visitation | Other OOC |
|---|---|---|---|---|---|---|---|---|---|
| Sat | Sanchez 10122 | 0600 RD | | | | | | | |
| Sat | Verolde 7294 | | C 1219 1225 | | 0830 / 2 | B 0830 | | | |
| Sat | Samaniego 8369 | 1726 RD | | | | | | | |
| Sun | Ruiz 9044 0515 RD | | | | | | | | |
| Sun | Gastelum 5848 | | | | | | | | |
| Sun | Garcia 9895 | 1207 RD | | 2133 / B 1741 | | 2101 / 2102 | | | |
| Mon | Com 13262 0515 RD | | | | | | | | |
| Mon | Villasena 9340 | | | | | | | | |
| Mon | De La Torres 5509 | 1815 RD | C 1813 R | 1518 R | B 1518 / 1518 | | | | |
| Tue | Sifuentes 1747 0500 RD | | | | | | | | |
| Tue | Villasena 9340 | 1237 RD | C 1210 1238 | 0615 R | B 0615 | | | | |
| Tue | De La Torres 5509 | 1522 RD | | | | | | | |
| Wed | Sifuentes 1747 0500 RD | | | | | | | | |
| Wed | Ibarra 6020 | 1208 RD | | | | | | | |
| Wed | De La Torres 5509 | 1716 RD | C 1714 R | 1734 1801 / B 1631 | 1733 / 1734 | | | | |
| Thu | Moreno 19228 0505 RD | | | | | | | | |
| Thu | Wellington | 1700 R | C 1003 1136 | 0733 R / B 0733 | | | | | |
| Thu | Barajas 4955 | 1902 RD | | | | | | 1848 193? | |
| Fri | Martins 19228 0500 RD | | | | | | | | |
| Fri | Torres 5040 | 1730 RD | | | | | | | |
| Fri | Barajas 4955 | 1736 RD | C 1737 R | 1853 2009 / B 1854 | 1950 / 1952 | | | | |

### Totals

| Total OOC | Meal Refusal Total | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|
| 4h 41min | 0 | 1h 18min | 3h 23min | 0h 0min | 0 |

Page 1 of 2

812-1
6/30/23



# Arizona Department of Corrections
# Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-YUMA/CHEYENNE |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

**INMATE NAME** (Last, First M.I.) (Please print): 
**ADCRR NUMBER**: 
**HOUSING LOCATION**: 220
**STEP / PHASE**: STEP - N/A / PHASE - 3

**Legend:**
- C = Cancellation or limitation of OOC time.
- R = Refusal. Write at what time offered on front of form followed by "R" in Time In.
- Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals**: Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical. Breakfast / Lunch / Dinner

**Sanitation**: Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control, PU = Log time offered. "R" if refused.

**Meds**: Log time offered. Check "R" if refused.

**Shower**: A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation Codes**: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education**: Entries must be made on the back of form specifying activity.

**Visitation / Phone**: Only phone calls conducted outside of the cell are logged.

**Other OOC**: This includes: table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Type | R | Lunch Time Offer | Type | R | Dinner Time Offer | Type | R | Sanit Type | Sanit Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer | Time In | A-P | Rec Time Offer / Out | Time In | R | Rec Time I/M Req ER | Time In | Prog Time Offer / Out | Time In | Visit Time Offer / Out | Time In | Other Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Sacher 15172 | 0555 | RD | | | | | | | | | | | | | | | | 0830 | R | B | 0830 | | | | | | | |
| | Velarde 7294 | | | | | | | | | | C | 1217 | 1220 | | | | | | | | | | | | | | | | |
| | Supervisor #8362 | | | | 1721 | RD | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | Cruz 9064 | 0511 | RD | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Adslom 5048 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | [illegible] | | | | 1823 | RD | | | | | | | | | | | | | 2103 | 2128 | B | 1950 | | | 2103 | 2132 | | | |
| Mon | CHI 13262 | 0505 | RD | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Hernandez | | | | 1513 | | | | | | | | | | | | | | | | | | | | | | | | |
| | DelaToms 5507 | | | | 1814 | RD | | | | C | 1812 | R | | | | | | 1855 | 1908 | B | 1646 | | 1852 | 1854 | | | | |
| Tue | Litamony 12472 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Villafana 4348 | | | | 1234 | RD | | | | C | 1210 | R | | | | | | 0615 | R | B | 0615 | | | | | | | |
| | DelaToms 5509 | | | | 1920 | RD | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | Litamony 12472 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Altamirano 12415 | | | | 1208 | RD | | | | | | | | | | | | | | | | | | | | | | | |
| | Barajas 4955 | | | | 1715 | RD | | | | C | 1714 | R | | | | | | 1806 | 1835 | B | 1645 | | 1800 | 1805 | | | | |
| Thu | Moreno 13228 | 0505 | MD | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Ruing 10712 | | | | 1300 | RD | | | | C | 1001 | 1134 | | | | | | 0133 | R | B | 0133 | | | | | | | |
| | Barajas 4955 | | | | 1806 | RD | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | Moreno [illegible] | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Torres 5040 | | | | 1230 | RD | | | | | | | | | | | | | | | | | | | | | | | |
| | Gascon 8739 | | | | 1736 | RD | | | | C | 1735 | R | | | | | | 2120 | 2125 | B | 1913 | | 2115 | 2119 | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC | Meal Refusal Total | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|
| | 8h 54min | 0 | 1h 36min | 7h 16min | 0h 0min | 0 |

Page 1 of 2

812-1
6/30/23



# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Field | Value |
|---|---|
| Complex / Unit | ASPC-YUMA/CHEYENNE |
| Week Start Date | 09/02/2023 |
| Week End Date | 09/08/2023 |
| Housing Location | 114 |
| Step / Phase | STEP - N/A / PHASE - 2 |

**Calculation of OOC time.**
R = Refusal. Write at what time offered on front of form followed by "R" in Time In. Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals:** Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical

**Sanitation:** Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control, PU = Log time offered. "R" if refused.

**Meds:** Log time offered. Check "R" if refused.

**Shower:** A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation Codes:** A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education:** Entries must be made on the back of form specifying activity.

**Visitation / Phone:** Only phone calls conducted outside of the cell are logged.

**Other OOC:** This includes: table time, work, and all other OOC.

| Day | Staff Name / Badge # | Breakfast Time Offer | T | R | Lunch Time Offer | T | R | Dinner Time Offer | T | R | San T | San Time Offer | San Items Returned | Meds Time Offer | R | Shower Time Offer / Out | Time In | A-P | Rec Time Offer / Out | R | Rec Time I/M Req ER | Time In | Programs Time Offer / Out | Time In | Visitation Time Offer / Out | Time In | Other Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Santabria 1345 | 0530 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sat | Velarde 7244 | | | | | | | | | | C | 1212 | 1225 | 0635 | | 0880 | R | | B | 0830 | ☒ | | | | | | | |
| Sat | Samaniego 8361 | | | | 1726 | BD | | | | | | | | 1618 | | | | | | | | | | | | | | |
| Sun | Gil 8242 | 0510 | RP | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | Medina 1019 | | | | | | | | | | | | | 0200 | | | | | | | | | | | | | | |
| Sun | R Gonzalez | | | | 1758 | KD | | | | C | 1528 | R | 1562 | | 1453 | 1527 | B | 1458 | ☒ | | | | | | | | |
| Mon | Moreno 13278 | 1315 | RD | | | | | | | | | | | JN | | | | | | | | | | | | | | |
| Mon | Villaseno 9340 | | | | | | | | | | | | | 0641 | | | | | | | | | | | | | | |
| Mon | Barajas 4955 | | | | 1757 | RD | | | | C | 1759 | K | | | 1650 | 1721 | B | 1511 | ☒ | | | | | | | | |
| Tue | Badachi 6441 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tue | Villaseno 9348 | | | | 1740 | RD | | | | C | 1211 | R | | | 0615 | R | B | 0615 | ☒ | | | | | | | | |
| Tue | De La Torre 5804 | | | | 1715 | RD | | | | | | | 1811 | | | | | | | | | | | | | | |
| Wed | Duarte 12863 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | Ibarra 6120 | | | | 1211 | RD | | | | | | | | | | | | | | | | | | | | | |
| Wed | De La Torre 5504 | | | | 1709 | RD | | | | C | 1711 | R | | | 1505 | 1520 | B | 1442 | ☒ | | | | | | | | |
| Thu | Duarte 12803 | 0505 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | Medina 1019 | | | | 1301 | RD | | | | C | 1055 | 1131 | | | 0733 | R | B | 0733 | ☒ | | | | | | | | |
| Thu | Barajas 4955 | | | | 1851 | RD | | | C | 1850 | R | | | | | | | | | | | | | | | | |
| Fri | Duarte 12803 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | Torres 5040 | | | | 1230 | RD | | | | | | | | | | | | | | | | | | | | | |
| Fri | Barajas 4955 | | | | 1734 | RD | | | C | 1735 | R | | | | 1802 | 1826 | B | 1551 | ☒ | | | | | | | | |

**DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK – WHEN COMPLETED, SIGN BACK OF FORM.**

| Totals | Total OOC | Meal Refusal Total | | | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|---|---|
| | 1h 42 min | 0 | | | 1h 42 min | 0h 00 min | 0h 00 min | 0 |

812-1
6/30/23

# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-YUMA/CHEYENNE |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

**INMATE NAME (Last, First M.I.) (Please print):**
**ADCRR NUMBER:**
**HOUSING LOCATION:** 205
**STEP / PHASE:** STEP - N/A / PHASE - 2

C = Cancellation or limitation of OOC time.
R = Refusal. Write at what time offered on front of form followed by "R" in Time In.
Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals** – Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical (Breakfast / Lunch / Dinner)

**Sanitation** – Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control, PU = Log time offered. "R" if refused.

**Meds** – Log time offered. Check "R" if refused.

**Shower** – A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation Codes:** A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education** – Entries must be made on the back of form specifying activity.

**Visitation / Phone** – Only phone calls conducted outside of the cell are logged.

**Other OOC** – table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Type | R | Lunch Time Offer | Type | R | Dinner Time Offer | Type | R | Sanitation Type | Sanitation Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer | Time In | Rec A-P | Rec Time Offer / Out | R | Rec Time I/M Req ER | Time In | Prog Time Offer / Out | Time In | Visit Time Offer / Out | Time In | Other Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Sueno #6172 | 0585 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sat | Velasa 7294 | | | | | | | | | | | | | 0635 | | | | | | | | | | | | | |
| Sat | Garcia 9845 | | | | | | | 1752 | RD | | | | | 1612 | | 1449 | R | B | 1449 | X | | | | | | | | |
| Sun | Keys 9441 | 0524 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | Gastelum 5868 | | | | | | | | | | C | 0900 | R | 0717 | | 0830 | R | B | 0830 | X | | | | | | | | |
| Sun | Garcia | | | | | | | 1750 | RD | | | | | 1620 | | | | | | | | | | | | | | |
| Mon | (711) 17262 | 0813 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | Maxms 9345 | | | | | | | | | | C | 1050 | 1054 | 0641 | | 0840 | 2 | B | 0840 | X | | | | | | | | |
| Mon | De La Torre 5529 | | | | | | | 1810 | RD | | | | | 1650 | | | | | | | | | | | | | | |
| Tue | Ellizondo Rufo 0320 | | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tue | Alhumana 1415 | | | | 1220 | RD | | | | | | | | 0635 | | | | | | | | | | | | | | |
| Tue | Garcia 8357 | | | | | | | 1919 | RD | | C | 1811 | 2 | 1626 | | 1647 | R | B | 1647 | X | | | | | | | | |
| Wed | Elizondo 7942 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | Ibarra 6020 | | | | 1210 | (R) | | | | | C | 1242 | R | 6646 | | 0738 | R | B | 0738 | X | | | | | | | | |
| Wed | De La Torre 5529 | | | | | | | 1713 | RD | | | | | 1650 | | | | | | | | | | | | | | |
| Thu | Menera 19298 | 0505 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | Medina 10719 | | | | 1300 | RD | | | | | | | | 0635 | | | | | | | | | | | | | | |
| Thu | De La Torre 5529 | | | | | | | 1857 | RD | | C | 1856 | R | 1527 | | 1505 | R | B | 1505 | X | | | | | | | | |
| Fri | Moreno 1814 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | Velarde 7294 | | | | 1200 | RD | | | | | | | | 0630 | | 0807 | 2 | B | 0807 | X | | | | | | | | |
| Fri | Garcia | | | | | | | 1738 | RD | | | | | | | 0807 | R | B | 0807 | X | | | | | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK – WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC | Meal Refusal Total | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|
| | 0h 00m | 0 | 0h 00m | 0h 00m | 0h 00m | 0hr |

Page 1 of 2

812-1
6/30/23



# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | ASPC-YUMA/CHEYENNE |
|---|---|
| Week Start Date (mm/dd/yy) | 09/02/2023 |
| Week End Date (mm/dd/yy) | 09/08/2023 |

**INMATE NAME** (Last, First M.I.) (Please print): _____
**ADCRR NUMBER**: _____
**HOUSING LOCATION**: 219
**STEP / PHASE**: STEP - N/A / PHASE - /

**C** = Cancellation or limitation of OOC time.
**R** = Refusal. Write at what time offered on front of form followed by "R" in Time In. Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals** — Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical. Breakfast / Lunch / Dinner

**Sanitation** — Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control, PU = Log time offered. "R" if refused.

**Meds** — Log time offered. Check "R" if refused.

**Shower** — A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation** — Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education** — Entries must be made on the back of form specifying activity.

**Visitation / Phone** — Only phone calls conducted outside of the cell are logged.

**Other OOC** — This includes: table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Meals Breakfast Time Offer | T y p e | R | Lunch Time Offer | T y p e | R | Dinner Time Offer | T y p e | R | Sanitation T y p e | Time Offer | Time Items Returned | Meds Time Offer | R | Shower Time Offer / Out | Time In | A-P | Recreation Time Offer / Out | R | Time I/M Req ER | Time In | Programs/Ed Time Offer / Out | Time In | Visitation Time Offer / Out | Time In | Other OOC Time Offer / Out | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | Sachar J 10172 | 0657 | RD | | | | | | | | | | | | | | | | | | | | | | | | |
| Sat | Velarde 7294 | | | | | | | | | | C | 1218 | 1221 | | | 0830 | R | B | 0830 | | | | | | | | |
| Sat | Semenixo 836a | | | | 1722 | RD | | | | | | | | 1626 | | | | | | | | | | | | | |
| Sun | Lujo 9044 | 0512 | RD | | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | gastelum 868 | | | | | | | | | | | | | | | 2101 | | | | | | | | | | | |
| Sun | | | | | 1803 | RD | | | | | | | | 1607 | | | 2181 | B | 996 | | 2101 | | | | | | |
| Mon | Gil 1522 | 505 | RD | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | Amundo 10092 | 0815 | | | | | | | | | | | | | | 1757 | 1910 | | 1644 | | | | | | | | |
| Mon | De La Torre 5509 | | | | | | | 1814 | RD | | C | 1812 | R | 1619 | | 1519 | R | B | 1519 | X | 1850 | 1856 | | | | | |
| Tue | Elizonov 7292 | 0500 | RD | | | | | | | | | | | | | | | | | | | | | | | | |
| Tue | Villareal 0748 | | | | 1237 | RD | | | | | C | 1216 | 1240 | | | 0645 | 0907 | B | 0637 | | 0845 | 0845 | | | | | |
| Tue | De La Torre 5509 | | | | | | | 1720 | RD | | | | | 1664 | | | | | | | | | | | | | |
| Wed | Elizonov 7292 | 0700 | RD | | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | Altamirano 1245 | | | | 1208 | RD | | | | | | | | | | | | | | | | | | | | | |
| Wed | De La Torre 5509 | | | | | | | 1745 | RD | | C | 1744 | R | 1625 | | 1811 | 1839 | B | 1639 | | 1800 | 1810 | | | | | |
| Thu | Munew 1322 | 0505 | MD | | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | Nardino 10718 | | | | 1300 | R | | | | | C | 1041 | 1134 | | | 0115 | 0920 | D | 0105 | | | | | | | | |
| Thu | Barajas 4955 | | | | | | | 1900 | RD | | | | | 1657 | | | | | | | | | | | | | |
| Fri | Munew 1328 | 1300 | MD | | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | Cortz 6040 | | | | 1230 | RD | | | | | | | | | | | | | | | | | | | | | |
| Fri | Barajas 4955 | | | | | | | 1736 | RD | | C | 1735 | R | | | 2117 | 2143 | B | 1911 | | 2110 | 2116 | | | | | |

DO NOT WRITE BELOW THIS LINE — SUPERVISOR ONLY — CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC | Meal Refusal Total | | | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|---|---|
| | 11h 25min | 0 | | | 2h 14min | 9h 11min | 0h 00min | 0 |