# Arizona Department of Corrections Rehabilitation and Reentry

## Inmate Activity and Out-of-Cell Tracking

| Complex / Unit: | TUCSON / Rincon |
|---|---|
| Week Start Date (mm/dd/yy) | 9/2/2023 |
| Week End Date (mm/dd/yy) | 9/8/2023 |

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | HOUSING LOCATION | STEP / PHASE |
|---|---|---|---|
| | | HU-8 B09B | / / 2 |

C = Cancellation or limitation of OOC time.

R = Refusal. Write at what time offered on front of form followed by "R" in Time In.

Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals:** Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical

**Sanitation:** Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.

**Meds:** Log time offered. Check "R" if refused.

**Shower:** A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation:** Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education:** Entries must be made on the back of form specifying activity.

**Visitation / Phone:** Only phone calls conducted outside of the cell are logged.

**Other OOC:** This includes: table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Breakfast Type | Breakfast R | Lunch Time Offer | Lunch Type | Lunch R | Dinner Time Offer | Dinner Type | Dinner R | Sanitation Type | Sanitation Time Offer | Sanitation Time Items Returned | Meds Time Offer | Meds R | Shower Time Offer / Out | Shower Time In | Rec A-P | Rec Time Offer / Out | Rec R | Rec Time I/M Req ER | Rec Time In | Programs Time Offer / Out | Programs Time In | Visitation Time Offer / Out | Visitation Time In | Other OOC Time Offer / Out | Other OOC Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | | | | ☐ | | | ☐ | | | ☐ | C | 1123 | R | | ☐ | 0922 | R | B | 0840 | ☒ | | | | | | | | |
| | Montoya 10162 | 0816 | RD | ☐ | N/A | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| | Brooks 2945 | | | ☐ | | | ☐ | 1903 | RD | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Sun | Valdez, A [illegible] | 0700 | RD | ☐ | N/A | | ☐ | | | ☐ | C | 1635 | R | | ☐ | 1633 | R | B | 0710 | ☒ | | | | | | | | |
| | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| | De la Rosa, 2992 | | | ☐ | | | ☐ | 1933 | RD | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Mon | Olivas 1354 | 0930 | RD | ☐ | N/A | | ☐ | | | ☐ | C | 0933 | R | 0546 | ☒ | 0933 | R | B | 0630 | ☒ | | | | | | | | |
| | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| | Mendoza 14[illegible] | | | ☐ | | | ☐ | 1907 | RD | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Tue | Valdez-Rosas [illegible] | 0700 | RD | ☐ | 1224 | RD | ☐ | | | ☐ | C | 1526 | 1529 | 0822 | ☒ | 1522 | R | B | 0630 | ☒ | | | | | | | | |
| | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Wed | Amaya 13216 | 0730 | RD | ☐ | 1234 | RD | ☐ | | | ☐ | C | 1100 | R | | ☐ | 1052 | R | B | 1000 | ☒ | | | | | | | | |
| | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| | Lea 13047 | | | ☐ | | | ☐ | 1913 | RD | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Thu | [illegible] 4220 | 0735 | RD | ☐ | 1245 | RD | ☐ | | | ☐ | C | 1200 | 1204 | 0555 | ☐ | 1559 | R | B | 1300 | ☒ | | | | | | | | |
| | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| | NAVARRO 9698 | | | ☐ | | | ☐ | 1910 | RD | ☐ | | | | | ☐ | | | | | ☐ | RF | | | | | | | |
| Fri | [illegible] 4220 | 0734 | RD | ☐ | | | ☐ | | | ☐ | | | | 0920 | ☐ | | | B | 1515 | ☒ | | | | | | | | |
| | | | | ☐ | 1250 | RD | ☐ | | | ☐ | C | 0930 | 0939 | | ☐ | | | | | ☐ | | | | | | | | |
| | | | | ☐ | | | ☐ | | | ☐ | P | 1003 | 1004 | | ☐ | | | | | ☐ | | | | | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC | Meal Refusal Total | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |



812-1
6/30/23

**Inmate Activity and Out-of-Cell Tracking- Continued**

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | HOUSING LOCATION | STEP / PHASE |
|---|---|---|---|
| | | Rincon B09B | / / 2 |

| DATE (mm/dd/yy) | STAFF PRINTED NAME (Last Name, Badge #) Last Name | Badge # | COMMENTS • SPECIFY the Activity that the inmate attended; Programming, Education or other. All refusals are logged with the type of activity that was refused. Meal and Medication refusals do not have to be logged. | Amount of Time Refused | REFUSALS: Inmate Signature or If inmate refuses to sign, Staff Signature & Badge | If inmate refuses, 2nd staff Signature if available |
|---|---|---|---|---|---|---|
| 0903 | Olivas | 1354 | Refused Rec | | Olivas 1354 | Fregoso 11907 |
| 0903 | Olivas | 1354 | Refused Shower | | Olivas 1354 | Fregoso 11907 |
| 0903 | Olivas | 1354 | Refused cell cleaning | | Olivas 1354 | Fregoso 11907 |
| 0904 | Olivas | 1354 | Refused rec | | Olivas 1354 | Valdez 4469 |
| 0904 | Olivas | 1354 | Refused shower | | Olivas 1354 | Valdez 4469 |
| 0905 | Olivas | 1354 | Refused rec | | Olivas 1354 | Valdez 4469 |
| 0905 | Olivas | 1354 | Refused shower | | Olivas 1354 | Valdez 4469 |
| 0905 | Olivas | 1354 | Staff oversee cell cleaning | | | |
| 0905 | Olivas | 1354 | Departure from H8 @1730 | | | |
| 9/05 | Mendoza | 4508 | arrival HU-8 @ 1907 | | | |
| 9/5 | Mendoza | 4508 | Staff Over-See cell cleaning | | | |
| 9/6/23 | Amerson | 13216 | Refused Rec | | Amerson 13216 | Freeking 4700 |
| 9/6/23 | Amerson | 13216 | Refused Shower | | Amerson 13216 | Freeking 4700 |
| 9/6/23 | Amerson | 13216 | Refused cell clean | | [illegible] 11058 | [illegible] |
| 9-8 | [illegible] | 4700 | Staff oversee Cell Clean | | | |
| 9-8 | [illegible] | 4700 | [illegible] departure @ 1440 | | | |
| 9-8 | Amerson | 13216 | staff oversee cell clean | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

UNIT ADMINISTRATION IS RESPONSIBLE FOR COMPLETING THE OOC REVIEW SHEET 812-1A AND ATTACHING TO EACH 812-1 – WHEN COMPLETED, SIGN BOTTOM OF FORM

| | | |
|---|---|---|
| SUPERVISOR PRINTED NAME (Last, First M.I.) Sgt. B. Wendus #6766 | SIGNATURE [signature] | DATE (mm/dd/yy) SEP 09 2023 |
| UNIT ADMINISTRATOR PRINTED NAME (Last, First M.I.) Straub, David ADW | SIGNATURE [signature] | DATE (mm/dd/yy) 09/12/2023 |
| COMPLEX WARDEN PRINTED NAME (Last, First M.I.) [illegible] WARDEN | SIGNATURE [signature] | DATE (mm/dd/yy) 9/14/23 |





# Arizona Department of Corrections Rehabilitation and Reentry

## Inmate Activity and Out-of-Cell Tracking

| Complex/Unit | Tucosn / Rincon |
|---|---|
| Week Start Date *(mm/dd/yy)* | 9/2/23 |
| Week End Date *(mm/dd/yy)* | 9/8/23 |

| INMATE NAME *(Last, First M.I.) (Please print)* | ADCRR NUMBER | HOUSING LOCATION | STEP / PHASE |
|---|---|---|---|
| | | House 8 C-24 | 2 |

Limitation of OOC time.

R = Refusal. Write at what time offered on front of form followed by "R" in Time In.

Meal, Medication, Laundry/bedding refusals do not have to be logged on the back of the sheet.

**Meals:** Indicate time offered, type of meal and/or "R" if inmate refused. Types of meals: RD = Regular, RE = Religious, MD = Medical

**Sanitation:** Cell cleaning / Pest Control. Indicate type: C = Cell cleaning, P = Pest control. Log time offered. "R" if refused.

**Meds:** Log time offered. Check "R" if refused.

**Shower:** A standard shower will be 30 minutes long. Inmates may choose to return early.

**Recreation:** Codes: A = Chute, B = 10 X 10, C = 20 X 40, D = 45 X 90, E = Field, F = Group, P = Pod. If early return (ER) is requested, return must be within 15 mins.

**Programs / Education:** Entries must be made on the back of form specifying activity.

**Visitation / Phone:** Only phone calls conducted outside of the cell are logged.

**Other OOC:** This includes: table time, work, and all other OOC.

| Day | Staff Name (Last, First M.I.) Badge # | Breakfast Time Offer | Breakfast Type | Breakfast R | Lunch Time Offer | Lunch Type | Lunch R | Dinner Time Offer | Dinner Type | Dinner R | Sanitation Type | Sanitation Time Offer | Sanitation Time Items Returned | Meds Time Offer | Meds R | Shower Time Offer / Out | Shower Time In | Rec A-P | Rec Time Offer / Out | Rec R | Rec Time I/M Req ER | Rec Time In | Programs Time Offer / Out | Programs Time In | Visitation Time Offer / Out | Visitation Time In | Other Time Offer / Out | Other Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Sat | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Sat | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Sun | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Sun | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Sun | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Mon | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Mon | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Mon | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Tue | | X | X | ☐ | X | X | ☐ | X | X | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Tue | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Tue | De La Rosa 2992 | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Wed | Riley C Bill | 0727 | RD | ☐ | 1250 | RD | ☐ | | | ☐ | C | 1510 | 1521 | | ☐ | 1439 | R | B | 1400 | ☐ | | | | | | | | |
| Wed | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Wed | Leon 13047 | | | ☐ | | | ☐ | 1909 | RD | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Thu | [illegible] 4800 | 0740 | RD | ☐ | 1342 | RD | ☐ | | | ☐ | C | 1250 | 1306 | | ☐ | | | B | 1550 | ☐ | | ~~1720~~ 1750 | | | 1936 | ~~1936~~ 1952 | | |
| Thu | ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Thu | NAVARRO 9698 | | | ☐ | | | ☐ | 1910 | RD | ☐ | | | | | ☐ | 1900 | 1938 | | | ☐ | | | | | | | | |
| Fri | Amorson Bill | 0703 | RD | ☐ | ~~[illegible]~~ X | X | ☐ | X | X | ☐ | X | X | X | X | ☐ | X | X | X | X | ☐ | X | X | X | X | X | X | X | |
| Fri | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |
| Fri | | | | ☐ | | | ☐ | | | ☐ | | | | | ☐ | | | | | ☐ | | | | | | | | |

DO NOT WRITE BELOW THIS LINE – SUPERVISOR ONLY – CALCULATE FRONT PAGE AND REVIEW REFUSAL LOG ON BACK - WHEN COMPLETED, SIGN BACK OF FORM.

| Totals | Total OOC | Meal Refusal Total | Shower OOC | Recreation OOC | P/E/VIP OOC | Other OOC |
|---|---|---|---|---|---|---|
| | 2H 52M | 0 | 38M | 2H | 16M | 0 |



812-1
6/30/23

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | HOUSING LOCATION | STEP / PHASE |
|---|---|---|---|
| | | House 8 C-2 | 2 |

| DATE (mm/dd/yy) | STAFF PRINTED NAME (Last Name, Badge #) Last Name | Badge # | COMMENTS • SPECIFY the Activity that the inmate attended; Programming, Education or other. All refusals are logged with the type of activity that was refused. Meal and Medication refusals do not have to be logged. | Amount of Time Refused | REFUSALS Inmate Signature or If inmate refuses to sign, Staff Signature & Badge | If inmate refuses, 2nd staff Signature if available |
|---|---|---|---|---|---|---|
| 9/6/23 | De La Rosa | 2992 | I/M arrived in house 8 at 0150 hours | | | |
| 9-6-23 | Ruby C | 1311 | Staff Oversee Cell Cleaning | | | |
| 9-6-23 | Ruby C | 1311 | Refused Shower | | Montoya 10192 | Ruby C1311 |
| 9-7-23 | [illegible] | 4700 | Staff oversee cell clean | | | |
| 9-7-23 | Freeling | 4700 | phone call | | | |
| 9-8-23 | Freeling | 4700 | departed HU8 @ 0830 before | | | |
| 9-8-23 | Freeling | 4700 | lunch, dinner and remainder of | | | |
| 9-8-23 | Freeling | 4700 | activities | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

UNIT ADMINISTRATION IS RESPONSIBLE FOR COMPLETING THE OOC REVIEW SHEET 812-1A AND ATTACHING TO EACH 812-1 – WHEN COMPLETED, SIGN BOTTOM OF FORM

| | SIGNATURE | DATE (mm/dd/yy) |
|---|---|---|
| SUPERVISOR PRINTED NAME (Last, First M.I.) Sgt. B. Wendus #6766 | [signature] | SEP 09 2023 |
| UNIT ADMINISTRATOR PRINTED NAME (Last, First M.I.) Straub, David AWN | [signature] | 09/12/2023 |
| COMPLEX WARDEN PRINTED NAME (Last, First M.I.) JOSEFOWICZ WARDEN | [signature] | 9/14/23 |



812-1
6/30/23