| | | | Time | Picture | Signature | Activity |
|---|---|---|---|---|---|---|
| | | | 13:22:52 | | | * Security Check/Welfare Check- |
| | | | 13:47:44 | | | * Security Check/Welfare Check- |
| | | | 14:12:55 | | | * Security Check/Welfare Check- |
| | | | 14:40:52 | | | * Security Check/Welfare Check- |
| | | | 15:06:57 | | | * Security Check/Welfare Check- |
| | | | 15:53:58 | | | * Security Check/Welfare Check- |
| | | | 16:21:20 | | | * Security Check/Welfare Check- |
| | | | 16:30:39 | | | * Accepted Meal |
| | | | 16:55:05 | | | * Security Check/Welfare Check- |
| | | | 17:20:04 | | | * Security Check/Welfare Check- |
| | | | 17:45:50 | | | * Security Check/Welfare Check- |
| | | | 18:11:05 | | | * Security Check/Welfare Check- |
| | | | 18:36:07 | | | * Security Check/Welfare Check- |
| | | | 18:57:06 | | | * Security Check/Welfare Check- |
| | | | 19:23:15 | | | * Security Check/Welfare Check- |
| | | | 19:50:25 | | | * Security Check/Welfare Check- |
| | | | 20:17:20 | | | * Security Check/Welfare Check- |
| | | | 20:42:05 | | | * Security Check/Welfare Check- |
| | | | 21:09:40 | | | * Security Check/Welfare Check- |
| | | | 21:36:55 | | | * Security Check/Welfare Check- |
| | | | 22:05:00 | | | * Security Check/Welfare Check- |
| | | | 22:31:52 | | | * Security Check/Welfare Check- |
| | | | 22:59:05 | | | * Security Check/Welfare Check- |
| | | | 23:26:07 | | | * Security Check/Welfare Check- |
| | | | 23:53:17 | | | * Security Check/Welfare Check- |

| Booking Num | Offender | Days | | | | |
|---|---|---|---|---|---|---|
| | | 7 Day(s) | | | | |
| | | Date | Checks | | | |
| | | 09/02/2023 | 47 Check(s) | | | |
| | | | Time | Picture | Signature | Activity |
| | | | 00:06:46 | | | * Security Check/Welfare Check- |
| | | | 00:34:07 | | | * Security Check/Welfare Check- |
| | | | 01:02:52 | | | * Security Check/Welfare Check- |
| | | | 01:30:28 | | | * Security Check/Welfare Check- |
| | | | 01:59:26 | | | * Security Check/Welfare Check- |
| | | | 02:26:54 | | | * Security Check/Welfare Check- |
| | | | 02:54:36 | | | * Security Check/Welfare Check- |
| | | | 03:22:28 | | | * Security Check/Welfare Check- |
| | | | 03:50:59 | | | * Security Check/Welfare Check- |
| | | | 04:17:43 | | | * Security Check/Welfare Check- |
| | | | 04:46:20 | | | * Security Check/Welfare Check- |
| | | | 05:01:51 | | | * Security Check/Welfare Check- |
| | | | 05:24:11 | | | * Accepted Meal |
| | | | 05:30:09 | | | * Security Check/Welfare Check- |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. Patent protected and patents pending.           * Cell or Out of Cell Tag Scan | ** Pod or Run Tag Scan | *** Wristband/ID

| | | | Time | Picture | Signature | Activity |
|---|---|---|---|---|---|---|
| | | | 05:47:10 | | | * Security Check/Welfare Check- |
| | | | 06:18:58 | | | * Security Check/Welfare Check- |
| | | | 07:02:28 | | | * Security Check/Welfare Check- |
| | | | 07:56:10 | | | * Security Check/Welfare Check- |
| | | | 09:17:10 | | | * Security Check/Welfare Check- |
| | | | 10:01:44 | | | * Security Check/Welfare Check- |
| | | | 10:30:33 | | | * Security Check/Welfare Check- |
| | | | 10:56:12 | | | * Security Check/Welfare Check- |
| | | | 11:29:28 | | | * Security Check/Welfare Check- |
| | | | 11:52:42 | | | * Security Check/Welfare Check- |
| | | | 12:34:04 | | | * Security Check/Welfare Check- |
| | | | 13:10:11 | | | *** Outside Rec. Refusal (210), |
| | | | 13:34:43 | | | * Security Check/Welfare Check- |
| | | | 13:59:11 | | | * Security Check/Welfare Check- |
| | | | 14:36:34 | | | * Security Check/Welfare Check- |
| | | | 15:36:43 | | | * Security Check/Welfare Check- |
| | | | 16:06:12 | | | * Security Check/Welfare Check- |
| | | | 17:01:28 | | | *  Accepted Meal |
| | | | 17:24:18 | | | * Security Check/Welfare Check- |
| | | | 17:52:38 | | | * Security Check/Welfare Check- |
| | | | 18:11:44 | | | * Security Check/Welfare Check- |
| | | | 18:36:07 | | | * Security Check/Welfare Check- |
| | | | 19:03:25 | | | * Security Check/Welfare Check- |
| | | | 19:30:31 | | | * Security Check/Welfare Check- |
| | | | 19:58:02 | | | * Security Check/Welfare Check- |
| | | | 20:25:33 | | | * Security Check/Welfare Check- |
| | | | 20:50:49 | | | * Security Check/Welfare Check- |
| | | | 21:17:31 | | | * Security Check/Welfare Check- |
| | | | 21:45:34 | | | * Security Check/Welfare Check- |
| | | | 22:12:42 | | | * Security Check/Welfare Check- |
| | | | 22:40:11 | | | * Security Check/Welfare Check- |
| | | | 23:07:53 | | | * Security Check/Welfare Check- |
| | | | 23:35:17 | | | * Security Check/Welfare Check- |
| | | **Date** | **Checks** | | | |
| | | 09/03/2023 | 53 Check(s) | | | |
| | | | **Time** | **Picture** | **Signature** | **Activity** |
| | | | 00:02:33 | | | * Security Check/Welfare Check- |
| | | | 00:29:43 | | | * Security Check/Welfare Check- |
| | | | 00:56:52 | | | * Security Check/Welfare Check- |
| | | | 01:24:16 | | | * Security Check/Welfare Check- |
| | | | 01:51:10 | | | * Security Check/Welfare Check- |
| | | | 02:18:02 | | | * Security Check/Welfare Check- |
| | | | 02:45:17 | | | * Security Check/Welfare Check- |
| | | | 03:12:10 | | | * Security Check/Welfare Check- |
| | | | 03:40:52 | | | * Security Check/Welfare Check- |
| | | | 04:07:27 | | | * Security Check/Welfare Check- |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. Patent protected and patents pending.         * Cell or Out of Cell Tag Scan | ** Pod or Run Tag Scan | *** Wristband/ID

| | | | | Time | | | Activity |
|---|---|---|---|---|---|---|---|
| | | | | 04:35:20 | | | * Security Check/Welfare Check- |
| | | | | 04:58:31 | | | * Security Check/Welfare Check- |
| | | | | 05:24:23 | | | *** Accepted Meal |
| | | | | 05:26:10 | | | * Security Check/Welfare Check- |
| | | | | 05:52:31 | | | * Security Check/Welfare Check- |
| | | | | 06:09:37 | | | * Security Check/Welfare Check- |
| | | | | 06:38:02 | | | * Security Check/Welfare Check- |
| | | | | 07:09:16 | | | * Security Check/Welfare Check- |
| | | | | 07:26:25 | | | * Security Check/Welfare Check- |
| | | | | 07:52:05 | | | * Security Check/Welfare Check- |
| | | | | 08:04:35 | | | *** Outside Rec. Refusal (210) |
| | | | | 08:04:40 | | | *** Outside Rec. Refusal (210), |
| | | | | 08:16:44 | | | * Security Check/Welfare Check- |
| | | | | 08:43:49 | | | * Security Check/Welfare Check- |
| | | | | 09:09:29 | | | * Security Check/Welfare Check- |
| | | | | 09:40:23 | | | * Security Check/Welfare Check- |
| | | | | 10:04:42 | | | * Security Check/Welfare Check- |
| | | | | 11:10:42 | | | * Security Check/Welfare Check- |
| | | | | 11:30:18 | | | * Security Check/Welfare Check- |
| | | | | 12:04:14 | | | * Security Check/Welfare Check- |
| | | | | 12:31:04 | | | * Cleaning Chemicals/Cleaning |
| | | | | 12:31:05 | | | * Security Check/Welfare Check- |
| | | | | 12:58:21 | | | * Security Check/Welfare Check- |
| | | | | 13:27:21 | | | * Security Check/Welfare Check- |
| | | | | 13:50:42 | | | * Security Check/Welfare Check- |
| | | | | 14:16:37 | | | * Security Check/Welfare Check- |
| | | | | 14:39:54 | | | * Security Check/Welfare Check- |
| | | | | 15:06:21 | | | * Security Check/Welfare Check- |
| | | | | 15:30:51 | | | * Security Check/Welfare Check- |
| | | | | ==16:08:39== | | | * Security Check/Welfare Check- |
| | | | | ==18:42:31== | | | * Security Check/Welfare Check- |
| | | | | 19:04:19 | | | * Security Check/Welfare Check- |
| | | | | 19:31:39 | | | * Security Check/Welfare Check- |
| | | | | 19:58:19 | | | * Security Check/Welfare Check- |
| | | | | 20:01:12 | | | * Accepted Meal |
| | | | | 20:27:19 | | | * Security Check/Welfare Check- |
| | | | | 20:55:14 | | | * Security Check/Welfare Check- |
| | | | | 21:20:19 | | | * Security Check/Welfare Check- |
| | | | | 21:47:21 | | | * Security Check/Welfare Check- |
| | | | | 22:16:09 | | | * Security Check/Welfare Check- |
| | | | | 22:45:23 | | | * Security Check/Welfare Check- |
| | | | | 23:12:48 | | | * Security Check/Welfare Check- |
| | | | | 23:41:32 | | | * Security Check/Welfare Check- |

| Date | Checks | | | |
|---|---|---|---|---|
| 09/04/2023 | 62 Check(s) | | | |
| Time | Picture | Signature | Activity | |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. Patent protected and patents pending.         * Cell or Out of Cell Tag Scan | ** Pod or Run Tag Scan | *** Wristband/ID

| Time | Activity |
|---|---|
| 21:15:48 | * Security Check/Welfare Check- |
| 21:42:54 | * Security Check/Welfare Check- |
| 22:09:46 | * Security Check/Welfare Check- |
| 22:35:52 | * Security Check/Welfare Check- |
| 23:07:34 | * Security Check/Welfare Check- |
| 23:32:15 | * Security Check/Welfare Check- |
| 23:59:22 | * Security Check/Welfare Check- |

| Booking Num | Offender | Days | | | |
|---|---|---|---|---|---|
| | | 7 Day(s) | | | |
| | | Date | Checks | | |
| | | 09/02/2023 | 49 Check(s) | | |
| | | | Time | Picture | Signature | Activity |

| Time | Picture | Signature | Activity |
|---|---|---|---|
| 00:10:38 | | | * Security Check/Welfare Check- |
| 00:37:26 | | | * Security Check/Welfare Check- |
| 01:05:54 | | | * Security Check/Welfare Check- |
| 01:34:42 | | | * Security Check/Welfare Check- |
| 02:02:10 | | | * Security Check/Welfare Check- |
| 02:30:18 | | | * Security Check/Welfare Check- |
| 02:58:31 | | | * Security Check/Welfare Check- |
| 03:27:00 | | | * Security Check/Welfare Check- |
| 03:53:30 | | | * Security Check/Welfare Check- |
| 04:21:06 | | | * Security Check/Welfare Check- |
| 04:49:24 | | | * Security Check/Welfare Check- |
| 05:04:23 | | | * Security Check/Welfare Check- |
| 05:15:18 | | | *  Accepted Meal |
| 05:33:22 | | | * Security Check/Welfare Check- |
| 05:50:17 | | | * Security Check/Welfare Check- |
| 06:27:55 | | | * Security Check/Welfare Check- |
| 06:34:28 | | | *** Outside Rec. Refusal (210), |
| 07:17:56 | | | * Security Check/Welfare Check- |
| 08:07:13 | | | * Security Check/Welfare Check- |
| 08:59:25 | | | * Security Check/Welfare Check- |
| 09:39:35 | | | * Security Check/Welfare Check- |
| 10:40:02 | | | * Security Check/Welfare Check- |
| 10:44:07 | | | *** To CHARLIE 5 LOWER SHOWER |
| 11:15:15 | | | * Security Check/Welfare Check- |
| 11:16:48 | | | * Security Check/Welfare Check- |
| 11:17:27 | | | *** From CHARLIE 5 LOWER SHOWER |
| 11:42:27 | | | * Security Check/Welfare Check- |
| 12:10:46 | | | * Security Check/Welfare Check- |
| 13:14:01 | | | * Security Check/Welfare Check- |
| 13:45:38 | | | * Security Check/Welfare Check- |
| 14:29:42 | | | * Security Check/Welfare Check- |
| 15:21:01 | | | * Security Check/Welfare Check- |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. Patent protected and patents pending.         * Cell or Out of Cell Tag Scan | ** Pod or Run Tag Scan | *** Wristband/ID

| | | | Time | Picture | Signature | Activity |
|---|---|---|---|---|---|---|
| | | | 15:51:31 | | | * Security Check/Welfare Check- |
| | | | 16:36:17 | | | *  Accepted Meal |
| | | | 17:18:35 | | | * Security Check/Welfare Check- |
| | | | 17:49:07 | | | * Security Check/Welfare Check- |
| | | | 18:13:14 | | | * Security Check/Welfare Check- |
| | | | 18:42:09 | | | * Security Check/Welfare Check- |
| | | | 19:07:50 | | | * Security Check/Welfare Check- |
| | | | 19:35:09 | | | * Security Check/Welfare Check- |
| | | | 20:02:26 | | | * Security Check/Welfare Check- |
| | | | 20:30:55 | | | * Security Check/Welfare Check- |
| | | | 20:55:07 | | | * Security Check/Welfare Check- |
| | | | 21:21:51 | | | * Security Check/Welfare Check- |
| | | | 21:50:33 | | | * Security Check/Welfare Check- |
| | | | 22:16:59 | | | * Security Check/Welfare Check- |
| | | | 22:44:30 | | | * Security Check/Welfare Check- |
| | | | 23:13:01 | | | * Security Check/Welfare Check- |
| | | | 23:39:41 | | | * Security Check/Welfare Check- |

| | | Date | Checks | | | |
|---|---|---|---|---|---|---|
| | | 09/03/2023 | 62 Check(s) | | | |
| | | | Time | Picture | Signature | Activity |
| | | | 00:07:01 | | | * Security Check/Welfare Check- |
| | | | 00:35:15 | | | * Security Check/Welfare Check- |
| | | | 01:02:16 | | | * Security Check/Welfare Check- |
| | | | 01:29:57 | | | * Security Check/Welfare Check- |
| | | | 01:56:51 | | | * Security Check/Welfare Check- |
| | | | 02:24:03 | | | * Security Check/Welfare Check- |
| | | | 02:50:57 | | | * Security Check/Welfare Check- |
| | | | 03:18:03 | | | * Security Check/Welfare Check- |
| | | | 03:43:44 | | | * Security Check/Welfare Check- |
| | | | 04:15:24 | | | * Security Check/Welfare Check- |
| | | | 04:38:04 | | | * Security Check/Welfare Check- |
| | | | 05:04:37 | | | * Security Check/Welfare Check- |
| | | | 05:35:45 | | | * Security Check/Welfare Check- |
| | | | 05:46:26 | | | ***  Accepted Meal |
| | | | 05:54:57 | | | * Security Check/Welfare Check- |
| | | | 06:16:49 | | | * Security Check/Welfare Check- |
| | | | 06:54:20 | | | * Security Check/Welfare Check- |
| | | | 07:14:18 | | | * Security Check/Welfare Check- |
| | | | 07:37:01 | | | * Security Check/Welfare Check- |
| | | | 08:06:58 | | | * Security Check/Welfare Check- |
| | | | 08:28:36 | | | * Security Check/Welfare Check- |
| | | | 08:50:05 | | | * Security Check/Welfare Check- |
| | | | 08:56:01 | | | *** To HOUSING PORTER |
| | | | 09:19:00 | | | * Security Check/Welfare Check- |
| | | | 09:47:22 | | | * Security Check/Welfare Check- |
| | | | 10:11:24 | | | * Security Check/Welfare Check- |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. Patent protected and patents pending.          * Cell or Out of Cell Tag Scan | ** Pod or Run Tag Scan | *** Wristband/ID