| | | | |
|---|---|---|---|
| 06:14:50 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) | D-03 | 211187 |
| 06:41:38 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) | D-03 | 89312 |
| 07:07:36 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) | D-03 | 89312 |
| 07:11:14 | *** To DOG 1 in POD REC | D-03 | 89312 |
| 07:37:29 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) - Not Present - DOG 1 in POD REC | D-03 | 89312 |
| 08:01:15 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) - Not Present - DOG 1 in POD REC | D-03 | 211187 |
| 08:30:06 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) - Not Present - DOG 1 in POD REC | D-03 | 89312 |
| 08:57:06 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) - Not Present - DOG 1 in POD REC | D-03 | 89312 |
| 09:23:53 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) - Not Present - DOG 1 in POD REC | D-03 | 89312 |
| 09:32:21 | * Cleaning Chemicals/Cleaning Supplies accepted | D-03 | 177553 |
| 09:52:25 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) - Not Present - DOG 1 in POD REC | D-03 | 89312 |
| 10:21:33 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) - Not Present - DOG 1 in POD REC | D-03 | 89312 |
| 10:50:53 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) - Not Present - DOG 1 in POD REC | D-03 | 89312 |
| 10:52:33 | NS#  From DOG 1 in POD REC | D-03 | 89312 |
| 10:53:36 | *  Accepted Meal | D-03 | 89312 |
| 11:21:30 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) | D-03 | 89312 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a registered trademark. Patents protected and patents pending.