| Date | Time | Description | Cell | ID |
|---|---|---|---|---|
| 09/05/2023 | 01:13:59 | * Security Check/Welfare Check-Observed living breathing flesh (D-01) | D-01 | 204440 |
| 09/05/2023 | 01:14:00 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) | D-03 | 204440 |
| 09/05/2023 | 01:14:02 | * Security Check/Welfare Check-Observed living breathing flesh (D-05) | D-05 | 204440 |
| 09/05/2023 | 01:14:07 | * Security Check/Welfare Check-Observed living breathing flesh (D-09) | D-09 | 204440 |
| 09/05/2023 | 01:14:11 | * Security Check/Welfare Check-Observed living breathing flesh (D-07) | D-07 | 204440 |
| 09/05/2023 | 01:14:24 | * Security Check/Welfare Check-Observed living breathing flesh (D-10) | D-10 | 204440 |
| 09/05/2023 | 01:14:32 | * Security Check/Welfare Check-Observed living breathing flesh (D-04) | D-04 | 204440 |
| 09/05/2023 | 01:14:33 | * Security Check/Welfare Check-Observed living breathing flesh (D-02) | D-02 | 204440 |
| 09/05/2023 | 01:15:16 | * Security Check/Welfare Check-Observed living breathing flesh (D-19) | D-19 | 204440 |
| 09/05/2023 | 01:15:17 | * Security Check/Welfare Check-Observed living breathing flesh (D-17) | D-17 | 204440 |
| 09/05/2023 | 01:15:20 | * Security Check/Welfare Check-Observed living breathing flesh (D-15) | D-15 | 204440 |
| 09/05/2023 | 01:15:21 | * Security Check/Welfare Check-Observed living breathing flesh (D-13) | D-13 | 204440 |
| 09/05/2023 | 01:15:25 | * Security Check/Welfare Check-Observed living breathing flesh (D-11) | D-11 | 204440 |
| 09/05/2023 | 01:15:44 | * Security Check/Welfare Check-Observed living breathing flesh (D-12) | D-12 | 204440 |
| 09/05/2023 | 01:15:47 | * Security Check/Welfare Check-Observed living breathing flesh (D-14) | D-14 | 204440 |
| 09/05/2023 | 01:15:49 | * Security Check/Welfare Check-Observed living breathing flesh (D-16) | D-16 | 204440 |
| 09/05/2023 | 01:15:52 | * Security Check/Welfare Check-Observed living breathing flesh (D-18) | D-18 | 204440 |
| 09/05/2023 | 01:15:53 | * Security Check/Welfare Check-Observed living breathing flesh (D-20) | D-20 | 204440 |
| 09/05/2023 | 01:16:39 | * Security Check/Welfare Check-Observed living breathing flesh (D-21) | D-21 | 204440 |
| 09/05/2023 | 01:16:40 | * Security Check/Welfare Check-Observed living breathing flesh (D-23) | D-23 | 204440 |
| 09/05/2023 | 01:16:44 | * Security Check/Welfare Check-Observed living breathing flesh (D-25) | D-25 | 204440 |
| 09/05/2023 | 01:16:45 | * Security Check/Welfare Check-Observed living breathing flesh (D-27) | D-27 | 204440 |
| 09/05/2023 | 01:16:48 | * Security Check/Welfare Check-Observed living breathing flesh (D-29) | D-29 | 204440 |
| 09/05/2023 | 01:17:08 | * Security Check/Welfare Check-Observed living breathing flesh (D-30) | D-30 | 204440 |
| 09/05/2023 | 01:17:12 | * Security Check/Welfare Check-Observed living breathing flesh (D-28) | D-28 | 204440 |
| 09/05/2023 | 01:17:13 | * Security Check/Welfare Check-Observed living breathing flesh (D-26) | D-26 | 204440 |
| 09/05/2023 | 01:17:17 | * Security Check/Welfare Check-Observed living breathing flesh (D-24) | D-24 | 204440 |
| 09/05/2023 | 01:17:18 | * Security Check/Welfare Check-Observed living breathing flesh (D-22) | D-22 | 204440 |
| 09/05/2023 | 01:40:01 | * Security Check/Welfare Check-Observed living breathing flesh (D-01) | D-01 | 204440 |
| 09/05/2023 | 01:40:02 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) | D-03 | 204440 |
| 09/05/2023 | 01:40:04 | * Security Check/Welfare Check-Observed living breathing flesh (D-05) | D-05 | 204440 |
| 09/05/2023 | 01:40:06 | * Security Check/Welfare Check-Observed living breathing flesh (D-07) | D-07 | 204440 |
| 09/05/2023 | 01:40:08 | * Security Check/Welfare Check-Observed living breathing flesh (D-09) | D-09 | 204440 |
| 09/05/2023 | 01:40:22 | * Security Check/Welfare Check-Observed living breathing flesh (D-10) | D-10 | 204440 |
| 09/05/2023 | 01:40:28 | * Security Check/Welfare Check-Observed living breathing flesh (D-04) | D-04 | 204440 |
| 09/05/2023 | 01:40:29 | * Security Check/Welfare Check-Observed living breathing flesh (D-02) | D-02 | 204440 |
| 09/05/2023 | 01:41:11 | * Security Check/Welfare Check-Observed living breathing flesh (D-19) | D-19 | 204440 |
| 09/05/2023 | 01:41:12 | * Security Check/Welfare Check-Observed living breathing flesh (D-17) | D-17 | 204440 |
| 09/05/2023 | 01:41:15 | * Security Check/Welfare Check-Observed living breathing flesh (D-15) | D-15 | 204440 |
| 09/05/2023 | 01:41:16 | * Security Check/Welfare Check-Observed living breathing flesh (D-13) | D-13 | 204440 |
| 09/05/2023 | 01:41:19 | * Security Check/Welfare Check-Observed living breathing flesh (D-11) | D-11 | 204440 |
| 09/05/2023 | 01:41:35 | * Security Check/Welfare Check-Observed living breathing flesh (D-12) | D-12 | 204440 |
| 09/05/2023 | 01:41:38 | * Security Check/Welfare Check-Observed living breathing flesh (D-14) | D-14 | 204440 |
| 09/05/2023 | 01:41:39 | * Security Check/Welfare Check-Observed living breathing flesh (D-16) | D-16 | 204440 |
| 09/05/2023 | 01:41:42 | * Security Check/Welfare Check-Observed living breathing flesh (D-18) | D-18 | 204440 |
| 09/05/2023 | 01:41:43 | * Security Check/Welfare Check-Observed living breathing flesh (D-20) | D-20 | 204440 |
| 09/05/2023 | 01:42:24 | * Security Check/Welfare Check-Observed living breathing flesh (D-21) | D-21 | 204440 |
| 09/05/2023 | 01:42:25 | * Security Check/Welfare Check-Observed living breathing flesh (D-23) | D-23 | 204440 |
| 09/05/2023 | 01:42:28 | * Security Check/Welfare Check-Observed living breathing flesh (D-25) | D-25 | 204440 |
| 09/05/2023 | 01:42:29 | * Security Check/Welfare Check-Observed living breathing flesh (D-27) | D-27 | 204440 |
| 09/05/2023 | 01:42:32 | * Security Check/Welfare Check-Observed living breathing flesh (D-29) | D-29 | 204440 |
| 09/05/2023 | 01:42:56 | * Security Check/Welfare Check-Observed living breathing flesh (D-28) | D-28 | 204440 |
| 09/05/2023 | 01:42:57 | * Security Check/Welfare Check-Observed living breathing flesh (D-26) | D-26 | 204440 |
| 09/05/2023 | 01:43:00 | * Security Check/Welfare Check-Observed living breathing flesh (D-24) | D-24 | 204440 |
| 09/05/2023 | 01:43:01 | * Security Check/Welfare Check-Observed living breathing flesh (D-22) | D-22 | 204440 |
| 09/05/2023 | 01:43:18 | * Security Check/Welfare Check-Observed living breathing flesh (D-30) | D-30 | 204440 |
| 09/05/2023 | 02:06:10 | * Security Check/Welfare Check-Observed living breathing flesh (D-01) | D-01 | 204440 |
| 09/05/2023 | 02:06:11 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) | D-03 | 204440 |

| Date | Time | Description | Cell | ID |
|---|---|---|---|---|
| 09/05/2023 | 02:06:14 | * Security Check/Welfare Check-Observed living breathing flesh (D-05) | D-05 | 204440 |
| 09/05/2023 | 02:06:16 | * Security Check/Welfare Check-Observed living breathing flesh (D-07) | D-07 | 204440 |
| 09/05/2023 | 02:06:19 | * Security Check/Welfare Check-Observed living breathing flesh (D-09) | D-09 | 204440 |
| 09/05/2023 | 02:06:38 | * Security Check/Welfare Check-Observed living breathing flesh (D-10) | D-10 | 204440 |
| 09/05/2023 | 02:06:46 | * Security Check/Welfare Check-Observed living breathing flesh (D-04) | D-04 | 204440 |
| 09/05/2023 | 02:06:47 | * Security Check/Welfare Check-Observed living breathing flesh (D-02) | D-02 | 204440 |
| 09/05/2023 | 02:07:34 | * Security Check/Welfare Check-Observed living breathing flesh (D-19) | D-19 | 204440 |
| 09/05/2023 | 02:07:36 | * Security Check/Welfare Check-Observed living breathing flesh (D-17) | D-17 | 204440 |
| 09/05/2023 | 02:07:39 | * Security Check/Welfare Check-Observed living breathing flesh (D-15) | D-15 | 204440 |
| 09/05/2023 | 02:07:40 | * Security Check/Welfare Check-Observed living breathing flesh (D-13) | D-13 | 204440 |
| 09/05/2023 | 02:07:44 | * Security Check/Welfare Check-Observed living breathing flesh (D-11) | D-11 | 204440 |
| 09/05/2023 | 02:08:05 | * Security Check/Welfare Check-Observed living breathing flesh (D-12) | D-12 | 204440 |
| 09/05/2023 | 02:08:08 | * Security Check/Welfare Check-Observed living breathing flesh (D-14) | D-14 | 204440 |
| 09/05/2023 | 02:08:09 | * Security Check/Welfare Check-Observed living breathing flesh (D-16) | D-16 | 204440 |
| 09/05/2023 | 02:08:13 | * Security Check/Welfare Check-Observed living breathing flesh (D-18) | D-18 | 204440 |
| 09/05/2023 | 02:08:14 | * Security Check/Welfare Check-Observed living breathing flesh (D-20) | D-20 | 204440 |
| 09/05/2023 | 02:09:04 | * Security Check/Welfare Check-Observed living breathing flesh (D-21) | D-21 | 204440 |
| 09/05/2023 | 02:09:06 | * Security Check/Welfare Check-Observed living breathing flesh (D-23) | D-23 | 204440 |
| 09/05/2023 | 02:09:09 | * Security Check/Welfare Check-Observed living breathing flesh (D-25) | D-25 | 204440 |
| 09/05/2023 | 02:09:10 | * Security Check/Welfare Check-Observed living breathing flesh (D-27) | D-27 | 204440 |
| 09/05/2023 | 02:09:14 | * Security Check/Welfare Check-Observed living breathing flesh (D-29) | D-29 | 204440 |
| 09/05/2023 | 02:09:36 | * Security Check/Welfare Check-Observed living breathing flesh (D-30) | D-30 | 204440 |
| 09/05/2023 | 02:09:39 | * Security Check/Welfare Check-Observed living breathing flesh (D-28) | D-28 | 204440 |
| 09/05/2023 | 02:09:41 | * Security Check/Welfare Check-Observed living breathing flesh (D-26) | D-26 | 204440 |
| 09/05/2023 | 02:09:44 | * Security Check/Welfare Check-Observed living breathing flesh (D-24) | D-24 | 204440 |
| 09/05/2023 | 02:09:45 | * Security Check/Welfare Check-Observed living breathing flesh (D-22) | D-22 | 204440 |
| 09/05/2023 | 02:32:17 | * Security Check/Welfare Check-Observed living breathing flesh (D-01) | D-01 | 204440 |
| 09/05/2023 | 02:32:18 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) | D-03 | 204440 |
| 09/05/2023 | 02:32:21 | * Security Check/Welfare Check-Observed living breathing flesh (D-05) | D-05 | 204440 |
| 09/05/2023 | 02:32:22 | * Security Check/Welfare Check-Observed living breathing flesh (D-07) | D-07 | 204440 |
| 09/05/2023 | 02:32:26 | * Security Check/Welfare Check-Observed living breathing flesh (D-09) | D-09 | 204440 |
| 09/05/2023 | 02:32:44 | * Security Check/Welfare Check-Observed living breathing flesh (D-10) | D-10 | 204440 |
| 09/05/2023 | 02:32:53 | * Security Check/Welfare Check-Observed living breathing flesh (D-04) | D-04 | 204440 |
| 09/05/2023 | 02:32:54 | * Security Check/Welfare Check-Observed living breathing flesh (D-02) | D-02 | 204440 |
| 09/05/2023 | 02:33:42 | * Security Check/Welfare Check-Observed living breathing flesh (D-19) | D-19 | 204440 |
| 09/05/2023 | 02:33:43 | * Security Check/Welfare Check-Observed living breathing flesh (D-17) | D-17 | 204440 |
| 09/05/2023 | 02:33:46 | * Security Check/Welfare Check-Observed living breathing flesh (D-15) | D-15 | 204440 |
| 09/05/2023 | 02:33:51 | * Security Check/Welfare Check-Observed living breathing flesh (D-11) | D-11 | 204440 |
| 09/05/2023 | 02:33:59 | * Security Check/Welfare Check-Observed living breathing flesh (D-13) | D-13 | 204440 |
| 09/05/2023 | 02:34:18 | * Security Check/Welfare Check-Observed living breathing flesh (D-12) | D-12 | 204440 |
| 09/05/2023 | 02:34:22 | * Security Check/Welfare Check-Observed living breathing flesh (D-14) | D-14 | 204440 |
| 09/05/2023 | 02:34:23 | * Security Check/Welfare Check-Observed living breathing flesh (D-16) | D-16 | 204440 |
| 09/05/2023 | 02:34:27 | * Security Check/Welfare Check-Observed living breathing flesh (D-18) | D-18 | 204440 |
| 09/05/2023 | 02:34:28 | * Security Check/Welfare Check-Observed living breathing flesh (D-20) | D-20 | 204440 |
| 09/05/2023 | 02:35:22 | * Security Check/Welfare Check-Observed living breathing flesh (D-21) | D-21 | 204440 |
| 09/05/2023 | 02:35:23 | * Security Check/Welfare Check-Observed living breathing flesh (D-23) | D-23 | 204440 |
| 09/05/2023 | 02:35:27 | * Security Check/Welfare Check-Observed living breathing flesh (D-25) | D-25 | 204440 |
| 09/05/2023 | 02:35:29 | * Security Check/Welfare Check-Observed living breathing flesh (D-27) | D-27 | 204440 |
| 09/05/2023 | 02:35:33 | * Security Check/Welfare Check-Observed living breathing flesh (D-29) | D-29 | 204440 |
| 09/05/2023 | 02:35:56 | * Security Check/Welfare Check-Observed living breathing flesh (D-30) | D-30 | 204440 |
| 09/05/2023 | 02:36:00 | * Security Check/Welfare Check-Observed living breathing flesh (D-28) | D-28 | 204440 |
| 09/05/2023 | 02:36:02 | * Security Check/Welfare Check-Observed living breathing flesh (D-26) | D-26 | 204440 |
| 09/05/2023 | 02:36:06 | * Security Check/Welfare Check-Observed living breathing flesh (D-24) | D-24 | 204440 |
| 09/05/2023 | 02:36:25 | * Security Check/Welfare Check-Observed living breathing flesh (D-22) | D-22 | 204440 |
| 09/05/2023 | 02:58:13 | * Security Check/Welfare Check-Observed living breathing flesh (D-01) | D-01 | 204440 |
| 09/05/2023 | 02:58:14 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) | D-03 | 204440 |
| 09/05/2023 | 02:58:18 | * Security Check/Welfare Check-Observed living breathing flesh (D-05) | D-05 | 204440 |
| 09/05/2023 | 02:58:19 | * Security Check/Welfare Check-Observed living breathing flesh (D-07) | D-07 | 204440 |
| 09/05/2023 | 02:58:23 | * Security Check/Welfare Check-Observed living breathing flesh (D-09) | D-09 | 204440 |
| 09/05/2023 | 02:58:43 | * Security Check/Welfare Check-Observed living breathing flesh (D-10) | D-10 | 204440 |
| 09/05/2023 | 02:58:51 | * Security Check/Welfare Check-Observed living breathing flesh (D-04) | D-04 | 204440 |
| 09/05/2023 | 02:58:53 | * Security Check/Welfare Check-Observed living breathing flesh (D-02) | D-02 | 204440 |

| | | | | |
|---|---|---|---|---|
| 09/05/2023 | 02:59:42 | * Security Check/Welfare Check-Observed living breathing flesh (D-19) | D-19 | 204440 |
| 09/05/2023 | 02:59:43 | * Security Check/Welfare Check-Observed living breathing flesh (D-17) | D-17 | 204440 |
| 09/05/2023 | 02:59:47 | * Security Check/Welfare Check-Observed living breathing flesh (D-15) | D-15 | 204440 |
| 09/05/2023 | 02:59:48 | * Security Check/Welfare Check-Observed living breathing flesh (D-13) | D-13 | 204440 |
| 09/05/2023 | 02:59:51 | * Security Check/Welfare Check-Observed living breathing flesh (D-11) | D-11 | 204440 |
| 09/05/2023 | 03:00:11 | * Security Check/Welfare Check-Observed living breathing flesh (D-12) | D-12 | 204440 |
| 09/05/2023 | 03:00:15 | * Security Check/Welfare Check-Observed living breathing flesh (D-14) | D-14 | 204440 |
| 09/05/2023 | 03:00:16 | * Security Check/Welfare Check-Observed living breathing flesh (D-16) | D-16 | 204440 |
| 09/05/2023 | 03:00:20 | * Security Check/Welfare Check-Observed living breathing flesh (D-18) | D-18 | 204440 |
| 09/05/2023 | 03:00:21 | * Security Check/Welfare Check-Observed living breathing flesh (D-20) | D-20 | 204440 |
| 09/05/2023 | 03:01:14 | * Security Check/Welfare Check-Observed living breathing flesh (D-21) | D-21 | 204440 |
| 09/05/2023 | 03:01:15 | * Security Check/Welfare Check-Observed living breathing flesh (D-23) | D-23 | 204440 |
| 09/05/2023 | 03:01:19 | * Security Check/Welfare Check-Observed living breathing flesh (D-25) | D-25 | 204440 |
| 09/05/2023 | 03:01:20 | * Security Check/Welfare Check-Observed living breathing flesh (D-27) | D-27 | 204440 |
| 09/05/2023 | 03:01:34 | * Security Check/Welfare Check-Observed living breathing flesh (D-29) | D-29 | 204440 |
| 09/05/2023 | 03:01:53 | * Security Check/Welfare Check-Observed living breathing flesh (D-30) | D-30 | 204440 |
| 09/05/2023 | 03:01:57 | * Security Check/Welfare Check-Observed living breathing flesh (D-28) | D-28 | 204440 |
| 09/05/2023 | 03:01:58 | * Security Check/Welfare Check-Observed living breathing flesh (D-26) | D-26 | 204440 |
| 09/05/2023 | 03:02:02 | * Security Check/Welfare Check-Observed living breathing flesh (D-24) | D-24 | 204440 |
| 09/05/2023 | 03:02:03 | * Security Check/Welfare Check-Observed living breathing flesh (D-22) | D-22 | 204440 |
| 09/05/2023 | 03:24:35 | * Security Check/Welfare Check-Observed living breathing flesh (D-01) | D-01 | 204440 |
| 09/05/2023 | 03:24:36 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) | D-03 | 204440 |
| 09/05/2023 | 03:24:39 | * Security Check/Welfare Check-Observed living breathing flesh (D-05) | D-05 | 204440 |
| 09/05/2023 | 03:24:40 | * Security Check/Welfare Check-Observed living breathing flesh (D-07) | D-07 | 204440 |
| 09/05/2023 | 03:24:43 | * Security Check/Welfare Check-Observed living breathing flesh (D-09) | D-09 | 204440 |
| 09/05/2023 | 03:25:03 | * Security Check/Welfare Check-Observed living breathing flesh (D-10) | D-10 | 204440 |
| 09/05/2023 | 03:25:10 | * Security Check/Welfare Check-Observed living breathing flesh (D-04) | D-04 | 204440 |
| 09/05/2023 | 03:25:11 | * Security Check/Welfare Check-Observed living breathing flesh (D-02) | D-02 | 204440 |
| 09/05/2023 | 03:26:10 | * Security Check/Welfare Check-Observed living breathing flesh (D-19) | D-19 | 204440 |
| 09/05/2023 | 03:26:11 | * Security Check/Welfare Check-Observed living breathing flesh (D-17) | D-17 | 204440 |
| 09/05/2023 | 03:26:14 | * Security Check/Welfare Check-Observed living breathing flesh (D-15) | D-15 | 204440 |
| 09/05/2023 | 03:26:15 | * Security Check/Welfare Check-Observed living breathing flesh (D-13) | D-13 | 204440 |
| 09/05/2023 | 03:26:19 | * Security Check/Welfare Check-Observed living breathing flesh (D-11) | D-11 | 204440 |
| 09/05/2023 | 03:26:37 | * Security Check/Welfare Check-Observed living breathing flesh (D-12) | D-12 | 204440 |
| 09/05/2023 | 03:26:40 | * Security Check/Welfare Check-Observed living breathing flesh (D-14) | D-14 | 204440 |
| 09/05/2023 | 03:26:41 | * Security Check/Welfare Check-Observed living breathing flesh (D-16) | D-16 | 204440 |
| 09/05/2023 | 03:26:45 | * Security Check/Welfare Check-Observed living breathing flesh (D-18) | D-18 | 204440 |
| 09/05/2023 | 03:26:46 | * Security Check/Welfare Check-Observed living breathing flesh (D-20) | D-20 | 204440 |
| 09/05/2023 | 03:27:51 | * Security Check/Welfare Check-Observed living breathing flesh (D-21) | D-21 | 204440 |
| 09/05/2023 | 03:27:52 | * Security Check/Welfare Check-Observed living breathing flesh (D-23) | D-23 | 204440 |
| 09/05/2023 | 03:27:56 | * Security Check/Welfare Check-Observed living breathing flesh (D-25) | D-25 | 204440 |
| 09/05/2023 | 03:27:57 | * Security Check/Welfare Check-Observed living breathing flesh (D-27) | D-27 | 204440 |
| 09/05/2023 | 03:28:00 | * Security Check/Welfare Check-Observed living breathing flesh (D-29) | D-29 | 204440 |
| 09/05/2023 | 03:28:18 | * Security Check/Welfare Check-Observed living breathing flesh (D-30) | D-30 | 204440 |
| 09/05/2023 | 03:28:21 | * Security Check/Welfare Check-Observed living breathing flesh (D-28) | D-28 | 204440 |
| 09/05/2023 | 03:28:22 | * Security Check/Welfare Check-Observed living breathing flesh (D-26) | D-26 | 204440 |
| 09/05/2023 | 03:28:25 | * Security Check/Welfare Check-Observed living breathing flesh (D-24) | D-24 | 204440 |
| 09/05/2023 | 03:28:27 | * Security Check/Welfare Check-Observed living breathing flesh (D-22) | D-22 | 204440 |
| 09/05/2023 | 03:50:42 | * Security Check/Welfare Check-Observed living breathing flesh (D-01) | D-01 | 204440 |
| 09/05/2023 | 03:50:43 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) | D-03 | 204440 |
| 09/05/2023 | 03:50:47 | * Security Check/Welfare Check-Observed living breathing flesh (D-05) | D-05 | 204440 |
| 09/05/2023 | 03:50:48 | * Security Check/Welfare Check-Observed living breathing flesh (D-07) | D-07 | 204440 |
| 09/05/2023 | 03:50:51 | * Security Check/Welfare Check-Observed living breathing flesh (D-09) | D-09 | 204440 |
| 09/05/2023 | 03:51:11 | * Security Check/Welfare Check-Observed living breathing flesh (D-10) | D-10 | 204440 |
| 09/05/2023 | 03:51:22 | * Security Check/Welfare Check-Observed living breathing flesh (D-04) | D-04 | 204440 |
| 09/05/2023 | 03:51:23 | * Security Check/Welfare Check-Observed living breathing flesh (D-02) | D-02 | 204440 |
| 09/05/2023 | 03:52:15 | * Security Check/Welfare Check-Observed living breathing flesh (D-19) | D-19 | 204440 |
| 09/05/2023 | 03:52:16 | * Security Check/Welfare Check-Observed living breathing flesh (D-17) | D-17 | 204440 |
| 09/05/2023 | 03:52:29 | * Security Check/Welfare Check-Observed living breathing flesh (D-11) | D-11 | 204440 |
| 09/05/2023 | 03:52:33 | * Security Check/Welfare Check-Observed living breathing flesh (D-13) | D-13 | 204440 |
| 09/05/2023 | 03:52:35 | * Security Check/Welfare Check-Observed living breathing flesh (D-15) | D-15 | 204440 |
| 09/05/2023 | 03:52:51 | * Security Check/Welfare Check-Observed living breathing flesh (D-12) | D-12 | 204440 |

| Date | Time | Activity | Cell | ID |
|---|---|---|---|---|
| 09/05/2023 | 03:52:54 | * Security Check/Welfare Check-Observed living breathing flesh (D-14) | D-14 | 204440 |
| 09/05/2023 | 03:52:56 | * Security Check/Welfare Check-Observed living breathing flesh (D-16) | D-16 | 204440 |
| 09/05/2023 | 03:52:59 | * Security Check/Welfare Check-Observed living breathing flesh (D-18) | D-18 | 204440 |
| 09/05/2023 | 03:53:01 | * Security Check/Welfare Check-Observed living breathing flesh (D-20) | D-20 | 204440 |
| 09/05/2023 | 03:53:51 | * Security Check/Welfare Check-Observed living breathing flesh (D-21) | D-21 | 204440 |
| 09/05/2023 | 03:53:53 | * Security Check/Welfare Check-Observed living breathing flesh (D-23) | D-23 | 204440 |
| 09/05/2023 | 03:53:56 | * Security Check/Welfare Check-Observed living breathing flesh (D-25) | D-25 | 204440 |
| 09/05/2023 | 03:53:58 | * Security Check/Welfare Check-Observed living breathing flesh (D-27) | D-27 | 204440 |
| 09/05/2023 | 03:54:01 | * Security Check/Welfare Check-Observed living breathing flesh (D-29) | D-29 | 204440 |
| 09/05/2023 | 03:54:22 | * Security Check/Welfare Check-Observed living breathing flesh (D-30) | D-30 | 204440 |
| 09/05/2023 | 03:54:26 | * Security Check/Welfare Check-Observed living breathing flesh (D-28) | D-28 | 204440 |
| 09/05/2023 | 03:54:27 | * Security Check/Welfare Check-Observed living breathing flesh (D-26) | D-26 | 204440 |
| 09/05/2023 | 03:54:31 | * Security Check/Welfare Check-Observed living breathing flesh (D-24) | D-24 | 204440 |
| 09/05/2023 | 03:54:33 | * Security Check/Welfare Check-Observed living breathing flesh (D-22) | D-22 | 204440 |
| 09/05/2023 | 04:17:19 | * Security Check/Welfare Check-Observed living breathing flesh (D-01) | D-01 | 204440 |
| 09/05/2023 | 04:17:20 | * Security Check/Welfare Check-Observed living breathing flesh (D-03) | D-03 | 204440 |
| 09/05/2023 | 04:17:23 | * Security Check/Welfare Check-Observed living breathing flesh (D-05) | D-05 | 204440 |
| 09/05/2023 | 04:17:24 | * Security Check/Welfare Check-Observed living breathing flesh (D-07) | D-07 | 204440 |
| 09/05/2023 | 04:17:27 | * Security Check/Welfare Check-Observed living breathing flesh (D-09) | D-09 | 204440 |
| 09/05/2023 | 04:17:44 | * Security Check/Welfare Check-Observed living breathing flesh (D-10) | D-10 | 204440 |
| 09/05/2023 | 04:18:02 | * Security Check/Welfare Check-Observed living breathing flesh (D-02) | D-02 | 204440 |
| 09/05/2023 | 04:18:03 | * Security Check/Welfare Check-Observed living breathing flesh (D-04) | D-04 | 204440 |
| 09/05/2023 | 04:18:11 | * Security Check/Welfare Check-Observed living breathing flesh (D-10) | D-10 | 204440 |
| 09/05/2023 | 04:18:40 | * Security Check/Welfare Check-Observed living breathing flesh (D-19) | D-19 | 204440 |
| 09/05/2023 | 04:18:41 | * Security Check/Welfare Check-Observed living breathing flesh (D-17) | D-17 | 204440 |
| 09/05/2023 | 04:18:44 | * Security Check/Welfare Check-Observed living breathing flesh (D-15) | D-15 | 204440 |
| 09/05/2023 | 04:18:45 | * Security Check/Welfare Check-Observed living breathing flesh (D-13) | D-13 | 204440 |
| 09/05/2023 | 04:18:49 | * Security Check/Welfare Check-Observed living breathing flesh (D-11) | D-11 | 204440 |
| 09/05/2023 | 04:19:08 | * Security Check/Welfare Check-Observed living breathing flesh (D-12) | D-12 | 204440 |
| 09/05/2023 | 04:19:12 | * Security Check/Welfare Check-Observed living breathing flesh (D-14) | D-14 | 204440 |
| 09/05/2023 | 04:19:13 | * Security Check/Welfare Check-Observed living breathing flesh (D-16) | D-16 | 204440 |
| 09/05/2023 | 04:19:16 | * Security Check/Welfare Check-Observed living breathing flesh (D-18) | D-18 | 204440 |
| 09/05/2023 | 04:19:18 | * Security Check/Welfare Check-Observed living breathing flesh (D-20) | D-20 | 204440 |
| 09/05/2023 | 04:20:05 | * Security Check/Welfare Check-Observed living breathing flesh (D-21) | D-21 | 204440 |
| 09/05/2023 | 04:20:07 | * Security Check/Welfare Check-Observed living breathing flesh (D-23) | D-23 | 204440 |
| 09/05/2023 | 04:20:10 | * Security Check/Welfare Check-Observed living breathing flesh (D-25) | D-25 | 204440 |
| 09/05/2023 | 04:20:12 | * Security Check/Welfare Check-Observed living breathing flesh (D-27) | D-27 | 204440 |
| 09/05/2023 | 04:20:32 | * Security Check/Welfare Check-Observed living breathing flesh (D-29) | D-29 | 204440 |
| 09/05/2023 | 04:20:50 | * Security Check/Welfare Check-Observed living breathing flesh (D-30) | D-30 | 204440 |
| 09/05/2023 | 04:20:53 | * Security Check/Welfare Check-Observed living breathing flesh (D-28) | D-28 | 204440 |
| 09/05/2023 | 04:20:55 | * Security Check/Welfare Check-Observed living breathing flesh (D-26) | D-26 | 204440 |
| 09/05/2023 | 04:20:58 | * Security Check/Welfare Check-Observed living breathing flesh (D-24) | D-24 | 204440 |
| 09/05/2023 | 04:21:00 | * Security Check/Welfare Check-Observed living breathing flesh (D-22) | D-22 | 204440 |