| Date | Time | Activity | Location | Officer |
|---|---|---|---|---|
| 09/03/2023 | 18:33:36 | *  Accepted Meal | C-60 | 204440 |
| 09/03/2023 | 18:48:55 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) | C-60 | 158739 |
| 09/03/2023 | 18:55:31 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) | C-60 | 95370 |
| 09/03/2023 | 18:56:16 | *** To CHARLIE 6 UPPER SHOWER | C-60 | 95370 |
| 09/03/2023 | 19:18:41 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 204440 |
| 09/03/2023 | 19:38:50 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 204440 |
| 09/03/2023 | 20:05:13 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 204440 |
| 09/03/2023 | 20:32:55 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 204440 |
| 09/03/2023 | 21:02:13 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 204440 |
| 09/03/2023 | 21:28:33 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 225339 |
| 09/03/2023 | 21:52:44 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 225339 |
| 09/03/2023 | 22:21:41 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 204440 |
| 09/03/2023 | 22:48:58 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 204440 |
| 09/03/2023 | 23:15:24 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 204440 |
| 09/03/2023 | 23:44:19 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 204440 |

| Date | Checks | | | |
|---|---|---|---|---|
| 09/04/2023 | 67 Check(s) | | | |

| Date | Time | Activity | Location | Officer |
|---|---|---|---|---|
| 09/04/2023 | 00:16:43 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 204440 |
| 09/04/2023 | 00:40:59 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 213103 |
| 09/04/2023 | 01:08:30 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 213103 |
| 09/04/2023 | 01:30:04 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 158739 |
| 09/04/2023 | 01:30:08 | * Security Check/Welfare Check-Observed living breathing flesh (CHARLIE 6 UPPER SHOWER) | | 158739 |
| 09/04/2023 | 01:43:49 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 204440 |
| 09/04/2023 | 02:10:51 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 214940 |
| 09/04/2023 | 02:40:47 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 213103 |
| 09/04/2023 | 03:08:31 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 213103 |
| 09/04/2023 | 03:32:24 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 213103 |
| 09/04/2023 | 03:59:15 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) - Not Present - CHARLIE 6 UPPER SHOWER | C-60 | 213103 |
| 09/04/2023 | 03:59:33 | NS#  From CHARLIE 6 UPPER SHOWER | C-60 | 166460 |
| 09/04/2023 | 04:30:17 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) | C-60 | 166460 |
| 09/04/2023 | 04:55:18 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) | C-60 | 166460 |
| 09/04/2023 | 05:14:14 | * Security Check/Welfare Check-Observed living breathing flesh (C-60) | C-60 | 166460 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. Patent protected and patents pending.
Cell Check OAR of All RFID Scan Based Roaming Security Point Wristbanded ID