| Date | Time | Description | Location | ID |
|---|---|---|---|---|
| 09/03/2023 | 07:05:24 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) | B-15 | 190848 |
| 09/03/2023 | 07:25:51 | *** To IN TRANSIT | B-15 | 104426 |
| 09/03/2023 | 07:29:17 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - IN TRANSIT | B-15 | 226509 |
| 09/03/2023 | 07:44:20 | *** From IN TRANSIT | B-15 | 195866 |
| 09/03/2023 | 07:44:20 | *** To SR-D01 | B-15 | 195866 |
| 09/03/2023 | 07:52:50 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - SR-D01 | B-15 | 226509 |
| 09/03/2023 | 08:18:15 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - SR-D01 | B-15 | 226509 |
| 09/03/2023 | 08:45:03 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - SR-D01 | B-15 | 226509 |
| 09/03/2023 | 09:10:49 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - SR-D01 | B-15 | 226509 |
| 09/03/2023 | 09:37:54 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - SR-D01 | B-15 | 226509 |
| 09/03/2023 | 10:06:08 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - SR-D01 | B-15 | 226509 |
| 09/03/2023 | 10:09:11 | *** From SR-D01 | B-15 | 177312 |
| 09/03/2023 | 10:09:11 | *** To IN TRANSIT | B-15 | 177312 |
| 09/03/2023 | 10:27:34 | *** From IN TRANSIT | B-15 | 104426 |
| 09/03/2023 | 10:30:08 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) | B-15 | 226509 |
| 09/03/2023 | 10:52:51 | *** To BAKER 2 LOWER SHOWER | B-15 | 190848 |
| 09/03/2023 | 11:17:48 | * Security Check/Welfare Check-Observed living breathing flesh (BAKER 2 LOWER SHOWER) |  | 190848 |
| 09/03/2023 | 11:17:55 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | 190848 |
| 09/03/2023 | 12:00:09 | * Security Check/Welfare Check-Observed living breathing flesh (BAKER 2 LOWER SHOWER) |  | 226513 |
| 09/03/2023 | 12:00:16 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | 226513 |
| 09/03/2023 | 12:14:16 | * Cleaning Chemicals/Cleaning Supplies refused, Take a Video | B-15 | 152514 |
| 09/03/2023 | 12:29:06 | * Security Check/Welfare Check-Observed living breathing flesh (BAKER 2 LOWER SHOWER) |  | 226513 |
| 09/03/2023 | 12:29:14 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | 226513 |
| 09/03/2023 | 12:52:56 | * Security Check/Welfare Check-Observed living breathing flesh (BAKER 2 LOWER SHOWER) |  | 226509 |
| 09/03/2023 | 12:53:07 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | 226509 |
| 09/03/2023 | 13:22:11 | * Security Check/Welfare Check-Observed living breathing flesh (BAKER 2 LOWER SHOWER) |  | 226509 |
| 09/03/2023 | 13:22:20 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | 226509 |
| 09/03/2023 | 13:46:14 | * Security Check/Welfare Check-Observed living breathing flesh (BAKER 2 LOWER SHOWER) |  | 226509 |
| 09/03/2023 | 13:46:29 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | 226509 |
| 09/03/2023 | 14:13:28 | * Security Check/Welfare Check-Observed living breathing flesh (BAKER 2 LOWER SHOWER) |  | 226509 |
| 09/03/2023 | 14:13:35 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | 226509 |
| 09/03/2023 | 14:38:03 | * Security Check/Welfare Check-Observed living breathing flesh (BAKER 2 LOWER SHOWER) |  | OT#2 |
| 09/03/2023 | 14:38:09 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | OT#2 |
| 09/03/2023 | 15:01:40 | * Security Check/Welfare Check-Observed living breathing flesh (BAKER 2 LOWER SHOWER) |  | OT#2 |
| 09/03/2023 | 15:01:47 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | OT#2 |
| 09/03/2023 | 15:40:05 | * Security Check/Welfare Check-Observed living breathing flesh (BAKER 2 LOWER SHOWER) |  | 226513 |
| 09/03/2023 | 15:40:16 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | 226513 |
| 09/03/2023 | 16:03:42 | * Security Check/Welfare Check-Observed living breathing flesh (BAKER 2 LOWER SHOWER) |  | 104426 |
| 09/03/2023 | 16:03:54 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | 104426 |
| 09/03/2023 | 16:09:55 | * Security Check/Welfare Check-Observed living breathing flesh (BAKER 2 LOWER SHOWER) |  | 226513 |
| 09/03/2023 | 16:10:07 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | 226513 |
| 09/03/2023 | 17:15:54 | * Security Check/Welfare Check-Observed living breathing flesh (BAKER 2 LOWER SHOWER) |  | 226513 |
| 09/03/2023 | 17:16:02 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | 226513 |
| 09/03/2023 | 18:40:11 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | 158739 |
| 09/03/2023 | 19:14:20 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) - Not Present - BAKER 2 LOWER SHOWER | B-15 | 204440 |
| 09/03/2023 | 19:24:28 | *  From BAKER 2 LOWER SHOWER | B-15 | 185858 |
| 09/03/2023 | 19:33:28 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) | B-15 | 204440 |
| 09/03/2023 | 20:00:32 | *  Accepted Meal | B-15 | 204440 |
| 09/03/2023 | 20:27:36 | * Security Check/Welfare Check-Observed living breathing flesh (B-15) | B-15 | 200338 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. Patent pending and/or patents pending. Cell Check, OAR, Cell Flag, Scan. Provide. Run. Done. are Patents Protected/Patents Pending.