| Date | Time | Activity | Location | Officer |
|---|---|---|---|---|
| 09/02/2023 | 05:33:16 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 226344 |
| 09/02/2023 | 05:50:17 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 222988 |
| 09/02/2023 | 06:26:33 | *** To IN TRANSIT | C-38 | 141035 |
| 09/02/2023 | 06:26:38 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 151788 |
| 09/02/2023 | 06:53:48 | *** To SR-D01 | C-38 | 193089 |
| 09/02/2023 | 06:53:48 | *** From IN TRANSIT | C-38 | 193089 |
| 09/02/2023 | 07:14:07 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - SR-D01 | C-38 | OT#7 |
| 09/02/2023 | 07:37:52 | * Security Check/Welfare Check-Observed living breathing flesh (SR-D01) |  | 141035 |
| 09/02/2023 | 08:05:59 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - SR-D01 | C-38 | 185315 |
| 09/02/2023 | 08:10:45 | * Security Check/Welfare Check-Observed living breathing flesh (SR-D01) |  | 200677 |
| 09/02/2023 | 08:43:25 | *** From SR-D01 | C-38 | 193089 |
| 09/02/2023 | 08:43:25 | *** To IN TRANSIT | C-38 | 193089 |
| 09/02/2023 | 08:58:13 | *** From IN TRANSIT | C-38 | 141035 |
| 09/02/2023 | 08:58:13 | *** To CHARLIE 4 UPPER SHOWER | C-38 | 141035 |
| 09/02/2023 | 09:04:05 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 4 UPPER SHOWER | C-38 | OT#7 |
| 09/02/2023 | 09:04:14 | * Security Check/Welfare Check-Observed living breathing flesh (CHARLIE 4 UPPER SHOWER) |  | OT#7 |
| 09/02/2023 | 09:35:08 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 4 UPPER SHOWER | C-38 | OT#7 |
| 09/02/2023 | 09:35:19 | * Security Check/Welfare Check-Observed living breathing flesh (CHARLIE 4 UPPER SHOWER) |  | OT#7 |
| 09/02/2023 | 10:37:29 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 4 UPPER SHOWER | C-38 | 167257 |
| 09/02/2023 | 10:37:37 | * Security Check/Welfare Check-Observed living breathing flesh (CHARLIE 4 UPPER SHOWER) |  | 167257 |
| 09/02/2023 | 11:13:08 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 4 UPPER SHOWER | C-38 | 167257 |
| 09/02/2023 | 11:13:33 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 4 UPPER SHOWER | C-38 | 167257 |
| 09/02/2023 | 11:40:27 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 4 UPPER SHOWER | C-38 | 167257 |
| 09/02/2023 | 11:40:31 | * Security Check/Welfare Check-Observed living breathing flesh (CHARLIE 4 UPPER SHOWER) |  | 167257 |
| 09/02/2023 | 12:11:48 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 4 UPPER SHOWER | C-38 | OT#7 |
| 09/02/2023 | 13:14:29 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 4 UPPER SHOWER | C-38 | OT#7 |
| 09/02/2023 | 13:45:59 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 4 UPPER SHOWER | C-38 | OT#7 |
| 09/02/2023 | 13:58:58 | NS#  From CHARLIE 4 UPPER SHOWER | C-38 | 167257 |
| 09/02/2023 | 14:30:05 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | OT#7 |
| 09/02/2023 | 15:20:06 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 167257 |
| 09/02/2023 | 15:51:10 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | OT#7 |
| 09/02/2023 | 16:33:35 | *  Accepted Meal | C-38 | OT#7 |
| 09/02/2023 | 17:17:37 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | OT#7 |
| 09/02/2023 | 17:48:31 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | OT#7 |
| 09/02/2023 | 18:13:49 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225560 |
| 09/02/2023 | 18:40:29 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225560 |
| 09/02/2023 | 19:08:54 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 221239 |
| 09/02/2023 | 19:36:24 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 221239 |
| 09/02/2023 | 20:04:17 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 221239 |
| 09/02/2023 | 20:31:50 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 221239 |
| 09/02/2023 | 20:56:36 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 221239 |
| 09/02/2023 | 21:24:06 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 221239 |
| 09/02/2023 | 21:52:10 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 221239 |
| 09/02/2023 | 22:18:21 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 221239 |
| 09/02/2023 | 22:46:34 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 221239 |
| 09/02/2023 | 23:14:13 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 221239 |
| 09/02/2023 | 23:41:51 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 221239 |
| **Date** | **Checks** |  |  |  |
| 09/03/2023 | 61 Check(s) |  |  |  |
| 09/03/2023 | **Time** | **Activity** | **Location** | **Officer** |
| 09/03/2023 | 00:08:20 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 221239 |
| 09/03/2023 | 00:36:33 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225686 |
| 09/03/2023 | 01:03:24 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225686 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. Patent protected and/or patents pending.
Cell check logic is a U.S. registered trademark of GUARDIAN RFID.

| Date | Time | Activity | Location | Officer |
|---|---|---|---|---|
| 09/03/2023 | 19:40:17 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225339 |
| 09/03/2023 | 20:05:31 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225339 |
| 09/03/2023 | 20:33:01 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225339 |
| 09/03/2023 | 21:00:59 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225339 |
| 09/03/2023 | 21:27:26 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225339 |
| 09/03/2023 | 21:51:46 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225339 |
| 09/03/2023 | 22:21:51 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 213103 |
| 09/03/2023 | 22:49:40 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 213103 |
| 09/03/2023 | 23:17:25 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 213103 |
| 09/03/2023 | 23:44:30 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 213103 |

| Date | Checks | | | |
|---|---|---|---|---|
| 09/04/2023 | 72 Check(s) | | | |

| Date | Time | Activity | Location | Officer |
|---|---|---|---|---|
| 09/04/2023 | 00:16:35 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 213103 |
| 09/04/2023 | 00:39:37 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 213103 |
| 09/04/2023 | 01:07:12 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 213103 |
| 09/04/2023 | 01:26:48 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 158739 |
| 09/04/2023 | 01:44:26 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 213103 |
| 09/04/2023 | 02:10:32 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 213103 |
| 09/04/2023 | 02:39:24 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 213103 |
| 09/04/2023 | 03:07:13 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 213103 |
| 09/04/2023 | 03:32:03 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 166460 |
| 09/04/2023 | 03:57:33 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225339 |
| 09/04/2023 | 04:24:47 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225339 |
| 09/04/2023 | 04:54:47 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225339 |
| 09/04/2023 | 05:11:31 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 166460 |
| 09/04/2023 | 05:20:44 | *** Accepted Meal | C-38 | 166460 |
| 09/04/2023 | 05:37:25 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 166460 |
| 09/04/2023 | 05:50:39 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 225339 |
| 09/04/2023 | 06:17:18 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 226509 |
| 09/04/2023 | 06:42:10 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 226509 |
| 09/04/2023 | 07:06:54 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 136990 |
| 09/04/2023 | 07:31:38 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 136990 |
| 09/04/2023 | 07:57:07 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 136990 |
| 09/04/2023 | 07:57:14 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 136990 |
| 09/04/2023 | 08:24:04 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 136990 |
| 09/04/2023 | 08:48:13 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | OT#2 |
| 09/04/2023 | 09:01:45 | *** To IN TRANSIT | C-38 | 104426 |
| 09/04/2023 | 09:13:34 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - IN TRANSIT | C-38 | 208297 |
| 09/04/2023 | 09:19:42 | *** From IN TRANSIT | C-38 | 195866 |
| 09/04/2023 | 09:19:42 | *** To SR-D01 | C-38 | 195866 |
| 09/04/2023 | 09:37:11 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - IN TRANSIT | C-38 | 136990 |
| 09/04/2023 | 09:44:40 | *** From SR-D01 | C-38 | 226512 |
| 09/04/2023 | 09:44:40 | *** To SR-D01 | C-38 | 226512 |
| 09/04/2023 | 10:02:39 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - SR-D01 | C-38 | 136990 |
| 09/04/2023 | 10:27:53 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - SR-D01 | C-38 | 208297 |
| 09/04/2023 | 10:54:34 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - SR-D01 | C-38 | 208297 |
| 09/04/2023 | 11:31:02 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - SR-D01 | C-38 | 136990 |
| 09/04/2023 | 11:54:23 | *** From SR-D01 | C-38 | 104426 |
| 09/04/2023 | 11:54:23 | *** To IN TRANSIT | C-38 | 104426 |
| 09/04/2023 | 11:55:36 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - SR-D01 | C-38 | 136990 |
| 09/04/2023 | 12:10:12 | *** From SR-D01 | C-38 | 177312 |
| 09/04/2023 | 12:10:12 | *** To CHARLIE 4 UPPER SHOWER | C-38 | 177312 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. Patent protected and patents pending.

| Date | Time | Activity | Location | ID |
|---|---|---|---|---|
| 09/04/2023 | 12:21:24 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - IN TRANSIT | C-38 | 136990 |
| 09/04/2023 | 12:39:31 | NS#  From IN TRANSIT | C-38 | 144232 |
| 09/04/2023 | 12:45:25 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 136990 |
| 09/04/2023 | 12:45:49 | *** To CHARLIE 5 UPPER SHOWER | C-38 | 136990 |
| 09/04/2023 | 13:19:28 | * Security Check/Welfare Check-Observed living breathing flesh (CHARLIE 5 UPPER SHOWER) | | OT#2 |
| 09/04/2023 | 13:20:20 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 5 UPPER SHOWER | C-38 | 208297 |
| 09/04/2023 | 13:46:29 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 5 UPPER SHOWER | C-38 | 226509 |
| 09/04/2023 | 13:50:02 | * Security Check/Welfare Check-Observed living breathing flesh (CHARLIE 5 UPPER SHOWER) | | 226509 |
| 09/04/2023 | 13:57:33 | * Security Check/Welfare Check-Observed living breathing flesh (CHARLIE 5 UPPER SHOWER) | | 162517 |
| 09/04/2023 | 13:58:19 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 5 UPPER SHOWER | C-38 | 226509 |
| 09/04/2023 | 14:10:59 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 5 UPPER SHOWER | C-38 | 136990 |
| 09/04/2023 | 14:31:39 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 5 UPPER SHOWER | C-38 | 226509 |
| 09/04/2023 | 14:56:53 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 5 UPPER SHOWER | C-38 | 136990 |
| 09/04/2023 | 15:20:08 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 5 UPPER SHOWER | C-38 | 136990 |
| 09/04/2023 | 15:44:13 | NS#  From CHARLIE 5 UPPER SHOWER | C-38 | 211187 |
| 09/04/2023 | 15:45:27 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) - Not Present - CHARLIE 5 UPPER SHOWER | C-38 | 136990 |
| 09/04/2023 | 15:45:42 | * Security Check/Welfare Check-Observed living breathing flesh (CHARLIE 5 UPPER SHOWER) | | 226509 |
| 09/04/2023 | 16:16:38 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 136990 |
| 09/04/2023 | 16:44:32 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 226509 |
| 09/04/2023 | 17:17:17 | *  Accepted Meal | C-38 | 194426 |
| 09/04/2023 | 17:17:20 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 226509 |
| 09/04/2023 | 17:41:21 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 226509 |
| 09/04/2023 | 18:28:21 | * Security Check/Welfare Check-Observed living breathing flesh (C-38) | C-38 | 187218 |

© 2001-2023 GUARDIAN RFID. All rights reserved. GUARDIAN RFID is a U.S. registered trademark. Patent protected and patents pending.  Cell Check, Cell RFID Scan, Booking Run, Tag Scan, Intel Wristband/ID