**U.S. Department of Justice**
National Institute of Corrections



# PRISON STAFFING
# ANALYSIS

## A TRAINING MANUAL

With Staffing Considerations
for Special Populations



# CHAPTER 8

# Developing the Shift Relief Factor

With the information on agency and facility characteristics, operations, and activities in hand, the staffing analyst is ready to begin developing the shift relief factor (SRF). This chapter discusses the information required to calculate shift relief factors, common errors and how to avoid them, and two calculation methods.

## What Is a Shift Relief Factor?

The shift relief factor is the number of full-time-equivalent (FTE) staff needed to fill a relieved post (one that is covered on a continuous basis) for a single shift. This number may vary according to job classification and the post schedule. In staffing calculations, the shift relief factor is multiplied by the number of staff assigned to a specific post to determine the number of staff necessary to provide relief for the post. The SRF is an essential tool in developing and managing staffing plans and employee schedules.

Four basic variables are considered in determining the shift relief factor:

- How often and how long posts are to be filled.

- Number of days per week posts are authorized to be filled.

- Whether the post must be relieved to keep it filled during the shift (e.g., meal relief, scheduled "breaks").

- Leave and absence patterns of the workforce, including both paid and unpaid leave.

## Common Errors in Determining the Shift Relief Factor

Even if a correctional agency's personal services budget is sufficient to fund the total number of security staff required to keep posts filled, facilities may fail to maintain required coverage and consequently need to resort to using overtime. When overtime is regularly needed to cover posts, the reason most often is that the shift relief factor has been miscalculated or calculated using old data.

When calculating the shift relief factor, correctional managers have traditionally used their leave policies and training requirements to determine the time an

**Note:** This training manual does not include the calculation of coverage for nonsecurity posts and/or positions, but the same principles apply equally to them.

employee would be unavailable to work. That method is not precise and leads to error because employees' records of absence may differ significantly from expected absences that are based on policy. A much more precise method of calculating the number of days an average security employee is available to work is to review attendance records from the previous year, or even several years past, to ascertain the actual use of all forms of leave and thereby discover trends and anomalies.

Many agencies that determine averages of the actual utilization of leave when calculating the average number of days staff are available to work make the mistake of limiting their data to leave specified by policy (e.g., vacation and sick, military, and bereavement leave), thereby overlooking the types of absences over and above the leave normally taken. In *Staffing Analysis Workbook for Jails,* Liebert and Miller remind the analyst of other categories of time off that should be taken into account:[1]

- Preservice and inservice training time.

- Long-term medical disability.

- Provisions of the Family and Medical Leave Act of 1993.

- Light-duty assignments required for injured staff.

- Leave without pay.

- Time away from the job while on special assignment.

- Time needed to fill a vacancy.

- Jury duty.

- Workers' compensation time off.

- Use of compensatory (comp) time.

- Unexcused absences.

**Tip:** Agency staffing managers can use facility-specific shift relief factors to promote healthy competition between facilities to lower their shift relief factors. Competition motivates facility administrators (wardens) to develop strategies to improve staff leave management, which lowers the shift relief factor. Rewards can be useful as well and will add to the competition.

Days of availability may vary from one facility to another and will reflect differences in job classification or rank (e.g., major, captain, lieutenant, sergeant, officer). These differences affect the shift relief factor. As staff gain seniority and advance to higher rank, their leave time increases. Conversely, entry-level and junior staff have less vacation time and can be expected to take less leave.

In facilities in which correctional officers use leave heavily, the correctional officer posts will require more staff to fill them, resulting in a higher shift relief factor. Other factors that can lead to higher use of sick leave, compensatory time,

---

[1] Dennis R. Liebert and Rod Miller, *Staffing Analysis Workbook for Jails,* 2d ed. (Washington, DC: U.S. Department of Justice, National Institute of Corrections, 2003), page 8.

and other forms of leave, thereby resulting in a higher shift relief factor, are facility location, retention, recruitment, low staff morale, recent schedule changes, and increased use of overtime to fill posts.

## Using Reliable Data

A relief factor is only as good as the data on which it is based. Before calculating a shift relief factor, the analyst should ask the following important questions:

- **Is the information current?** Before using an existing shift relief factor or when calculating a new one, make sure the information being used is current. Once a shift relief factor is established, it should be updated annually using the same method.

- **Are the data based on actual experience?** Use the records of current employees to determine the actual levels of leave utilization at each facility. Estimating important statistics such as training or sick leave on the basis on policy rather than actual practice can reduce the accuracy of the shift relief factor.

- **Are all types of nonduty hours included?** The current formula may recognize most types of nonduty hours. However, it may not include military leave and may underestimate training because initial (preservice) training is not fully included.

- **Are there variations between facilities?** To account for significant variations in utilization of leave between facilities, calculate a separate shift relief factor for each facility based on data derived from that facility's employee records. For example, if average yearly utilization of sick leave per officer is 8.25 days at one facility and 12.0 days at another, but the current shift relief factor assumes 10 days per officer at every facility in the department, some facilities will be authorized to hire more staff than they actually need while others will lack sufficient officers to cover their posts.

- **Are there variations between ranks?** Calculate separate shift relief factors for officers and supervisors (e.g., sergeants, lieutenants, captains, majors). Because supervisors generally earn more days of annual leave than line officers, their rate of leave utilization will likely be significantly higher. For example, if the average utilization of annual leave is 10.5 days for correctional officers but 22 days for supervisory staff, but the agency uses an estimate of 10 days of annual leave for all staff to calculate the shift relief factor, the number of positions authorized likely will not be sufficient to cover annual leave. Calculating one shift relief factor for all levels of staff is also likely to lead to underestimating the number of supervisors needed.

*Continued on next page.*

See chapter 11 for a more detailed discussion of how different schedules affect staffing.

---

**Using Reliable Data (continued)**

■ **Have variations between leave schedules been considered?** Calculate separate shift relief factors for each leave schedule because the total number of days or hours worked per year is not the same for all schedules. For example, staff working a 5/2 schedule work 261 days per year (before leave is deducted), while staff working a 6/3 schedule work only 245 days per year. Thus, the total annual hours worked may be equivalent, but because of the overlap between schedules, there may still be a need for more staff positions to cover the days during the year when individual staff are not working. The state or county may balance out the total time, but the discrepancies between schedules will still affect the required coverage levels. Each schedule has a premium, and schedules other than 5/2 require more staff but may have benefits that offset this premium.

---

These variables make updating the shift relief factor periodically, using the most recent leave data available, a matter of critical importance. Accurate calculation of staffing requirements depends on using the appropriate shift relief factors for each job classification and for each facility.

## Calculating the Shift Relief Factor

Consider the following scenario: A post in a prison control room is staffed 24 hours a day on three shifts, 7 days a week. More than three employees must be available to fill this post because any one employee assigned there cannot always be present. Employees are entitled to regular days off and leave of various sorts, as well as training days away from the post. Thus, more than three must be assigned. But how many? How does one calculate precisely how many people to employ for that post, avoiding the use of overtime to keep it occupied?

The shift relief factor has traditionally been calculated by dividing the number of days per year a post needs to be staffed by the number of days per year an employee is available for assignment to the post, and this formula has been the most popular method for planning coverage of security posts among state correctional agencies. This manual includes a less traditional formula for calculating shift relief factors based on **net annual work hours (NAWH),** a method of calculating staff availability introduced by Dennis R. Liebert and Rod Miller in *Staffing Analysis Workbook for Jails.*[2]

NAWH is the number of hours staff are employed to work per year (e.g., 40 hours per week × 52.14 weeks per year) minus the average number of hours a staff person is unavailable to work per year. Because NAWH is based on hours,

---

[2] Liebert and Miller, *Staffing Analysis Workbook for Jails,* 2d ed. (2003) pages 8–9.

it can be a bit more precise a calculation that sometimes yields a more accurate estimate of staff availability. Liebert and Miller note that, "Calculating an accurate NAWH will help control such costs as overtime pay, because realistic and accurate figures will be used to calculate the number of FTEs required to provide needed coverage."[3]

Jail administrators have found NAWH to be a valuable tool for staffing analysis, primarily because jail staff time is more likely to be recorded in hours rather than days. The next section presents instructions for using NAWH to calculate a shift relief factor.

## Calculating the Shift Relief Factor Using Net Annual Work Hours

The formula for calculating the shift relief factor for a single shift using NAWH is similar to the traditional formula that uses days:

**Traditional shift relief factor:**      Days/year post is staffed ÷ available workdays/year.

**Shift relief factor based on NAWH:**   Hours/year post is staffed ÷ NAWH.

There are three basic steps in calculating shift relief factors using NAWH:

1. Calculate NAWH to determine the average number of hours staff are available to work per year.

2. Calculate the number of hours the post must be staffed per year.

3. Divide the number of hours the post must be staffed per year by the NAWH.

Form B, "Shift Relief Factor Based on Net Annual Work Hours," provides a format for performing these calculations. A completed example of form B is shown in exhibit 5. The form and the following instructions for using it are adapted from *Staffing Analysis Workbook for Jails.*[4] A blank copy of form B is available in appendix B.

### Calculate NAWH to determine staff availability

1. Enter the total number of hours an employee is contracted to work per year (line 1).

2. For each job classification that applies to the post, enter the average number of hours of leave or absence per year in all applicable time-off categories (lines 2 through 17). Complete each line of the form. If an item is not applicable, enter "NA."

---

**Shift relief factor:** The number of full-time-equivalent staff needed to fill a relieved post (one that is covered on a continuous basis) for a single shift.

**Tip:** It may be necessary to convert days to hours, as many employee contracts are based on days (days off, training days, etc.). Usually 1 day equals 8 hours; however, if staff are contracted to work more than a standard 40-hour week, remember to adjust calculations accordingly. For example, a 43-hour contract week would yield an 8.6-hour day.

---

[3] Liebert and Miller (2003), page 9.
[4] Liebert and Miller (2003), pages 8–10.

**Exhibit 5.** Example of Form B: Shift Relief Factor Based on Net Annual Work Hours

| | Major | Captain | Lieutenant | Sergeant | Correctional Officer |
|---|---|---|---|---|---|
| **Calculate net annual work hours (NAWH):** | | | Hours | | |
| 1. Total hours contracted per employee per year (If a regular workweek is 40 hours, then 40 X 52.14 weeks = 2,086.) | 2,086 | 2,086 | 2,086 | 2,086 | 2,086 |
| 2. Average number of vacation hours per employee per year | 134 | 117 | 115 | 111 | 94 |
| 3. Average number of holiday hours off per employee per year | 104 | 104 | 104 | 104 | 104 |
| 4. Average number of compensatory hours off per employee per year | 101 | 80 | 65 | 58 | 65 |
| 5. Average number of sick leave hours off per employee per year | 55 | 46 | 36 | 56 | 85 |
| 6. Average number of training hours off per employee per year | 24 | 25 | 24 | 24 | 32 |
| 7. Average number of personal hours off per employee per year | 14 | 4 | 5 | 12 | 14 |
| 8. Average number of military hours off per employee per year | 1 | 1 | 2 | 2 | 6 |
| 9. Average number of meal hours per employee per year (only used if post is relieved)* | 0 | 0 | 0 | 0 | 104 |
| 10. Job injury/Workers Compensation leave (not included in sick leave or other category) | 2 | 1 | 0 | 3 | 4 |
| 11. Average number of hours of leave without pay (including Family and Medical Leave) | 1 | 1 | 3 | 4 | 4 |
| 12. Average number of hours of relief-from-duty leave (with or without pay) | 0 | 0 | 0 | 2 | 6 |
| 13. Average number of hours of funeral/bereavement leave | 1 | 1 | 1 | 0 | 0 |
| 14. Average number of hours of unauthorized absence | 0 | 0 | 0 | 0 | 0 |
| 15. Average number of hours of unearned/executive leave | 2 | 0 | 0 | 0 | 0 |
| 16. Average number of hours of vacancies until positions are filled | 6 | 4 | 13 | 4 | 3 |
| 17. Other | 0 | 0 | 0 | 0 | 0 |
| 18. Total hours off per employee per year (Add Lines 2 through 17.) | 445 | 384 | 367 | 380 | 521 |
| **19. Net annual work hours (Subtract Line 18 from Line 1.)** | **1,642** | **1,702** | **1,719** | **1,706** | **1,565** |
| **Calculate the number of hours the post must be staffed per year:** | | | | | |
| 20. Hours in basic shift | 8 | 8 | 8 | 8 | 8 |
| 21. Shifts per day | 1 | 1 | 1 | 1 | 1 |
| 22. Days per week | 5 | 5 | 5 | 5 | 5 |
| **23. Total hours post staffed per year (Line 20 X Line 21 X Line 22 X 52.14)** | **2,086** | **2,086** | **2,086** | **2,086** | **2,086** |
| **Calculate the shift relief factor (SRF):** | | | Full-time-equivalent staff | | |
| **24. SRF for 5-day post, one 8-hour shift: Line 23 (hours post staffed per year) ÷ Line 19 (NAWH)** | **1.27** | **1.23** | **1.21** | **1.23** | **1.33** |
| **Other shift relief factors based on SRF for a 5-day post:** | | | | | |
| 25. 7-day post, one 8-hour shift: (Line 24 X 7) ÷ 5 | 1.78 | 1.72 | 1.69 | 1.71 | 1.86 |
| 26. 7-day post, 8-hour shifts, 24-hour continuous coverage: Line 25 X 3 | 5.34 | 5.16 | 5.07 | 5.13 | 5.59 |
| 27. 7-day post, one 10-hour shift: (Line 24 X 10) ÷ 8 | 1.59 | 1.54 | 1.51 | 1.53 | 1.66 |
| 28. 7-day post, one 12-hour shift: (Line 25 X 12) ÷ 8 | 2.67 | 2.58 | 2.54 | 2.57 | 2.79 |
| 29. 7-day post, 12-hour shifts, 24-hour continuous coverage: Line 28 X 2 | 5.34 | 5.16 | 5.07 | 5.13 | 5.58 |

*If some staff in a classification are relieved for meals/breaks and some are not, an additional column is required for that classification because the total net annual work hours will be less for relieved posts than for nonrelieved posts.

Source: Adapted from Dennis R. Liebert and Rod Miller, *Staffing Analysis Workbook for Jails,* 2d ed. (Washington, DC: U.S. Department of Justice, National Institute of Corrections, 2003), page 43.

3. Add lines 2 through 17 to obtain the average total hours of time off per employee per year (line 18).

4. Subtract the total hours off per year (line 18) from the total hours contracted per year (line 1). This is the NAWH.

The accuracy of the NAWH (and, ultimately, of the shift relief factor) depends on including all types of leave and absence in the calculation. Form B lists the basic types of leave and absence and includes a row labeled "Other" for facility-specific information. Add additional rows to your form as needed.

Data may not be readily available for each applicable time-off category. Do not dismiss a category as minor or insignificant for that reason. Staff time away from scheduled work adds up quickly, and the larger the facility, the greater the budget shortfall will be if data are not complete and accurate. Collect all data needed, no matter how difficult. Set up new protocols to ensure that the data will continue to be collected and will be available when it is time to update calculations. The value of NAWH calculations depends on the accuracy and thoroughness of the research that goes into them.

**Tip:** Collect at least 3 years of data to develop the average time taken off in each leave/absence category.

Because the amount of time off per year varies according to staff classification (e.g., differences in the amount of vacation time or the amount of training time allotted and used), a separate NAWH should be calculated for every classification of staff for which the total amount of leave/absence varies substantially. Form B includes columns for five staff classifications: major, captain, lieutenant, sergeant, and correctional officer. Additionally, more than one column may be required for each classification if there are differences in relief status (e.g., some sergeants are relieved for meals and breaks and others are not) because the NAWH of staff who are relieved will be less than the NAWH of those who are not relieved.

### Calculate the number of hours the post must be staffed per year

1. Identify:
   - The number of hours in the basic shift (line 20).
   - The number of shifts per day (line 21).
   - The number of days per week that the post needs to be staffed (line 22).

2. Multiply line 20 by line 21 by line 22 by the 52.14 weeks in a year. This is the total number of hours the post must be staffed per year (line 23).

### Calculate the shift relief factor

Divide the number of hours the post is staffed per year (line 23) by the NAWH (line 19). This is the shift relief factor, or the number of full-time-equivalent staff needed to keep the post staffed (line 24).

At the bottom of the form (lines 25–29) are shift relief factors for other work schedules based on the SRF for a 5-day, 8-hour post (line 24). These shift relief factors are used in the "Recommended SRF" column in the example of form D, "Post Evaluation and Planning Instrument," which is discussed in chapter 9.

### Calculating the Shift Relief Factor by the Traditional Method

Some agencies may want to continue calculating shift relief factors in days or may be required to do so. Form C, "Shift Relief Factor Based on Days," is provided in appendix B for their use. Exhibit 6 shows a copy of form C completed using the same leave and absence categories that were used to calculate NAWH in exhibit 5, but with the time expressed in days rather than hours.

Like form B in exhibit 5, form C in exhibit 6 has been completed to calculate the shift relief factor for a post occupied 5 days per week, 261 days per year. If the average security employee is available to work 205 days per year (after all leave is deducted), then the shift relief factor is 1.27 (261 ÷ 205). Therefore, for coverage of one post on one shift 5 days every week, the facility must have 1.27 full-time employees. If that same post is to be filled all the time (i.e., 5 days per week, 24 hours per day), and there are three shifts per day, this post would have a shift relief factor of 3.18 (3 × 1.27).

If a post has to be occupied 365 days per year and the average security employee is available to work 205 days per year, then the shift relief factor is 1.78 (365 ÷ 205). Therefore, for continuous coverage of one post on one shift, the facility must have 1.78 full-time employees. If that same post is to be filled all the time (i.e., 7 days per week, 24 hours per day), and there are three shifts per day, the post would have a shift relief factor of 5.34 (3 × 1.78).

## Which Method Should Be Used?

It may be difficult to decide which method to use. Using NAWH may be more precise, in that the unit of analysis is hours rather than days, but the traditional SRF formula calculated in days may be more familiar to the agency and can be applied with little loss in precision. As can be seen by comparing the shift relief factors in exhibits 5 and 6, the numbers are identical, demonstrating that either method is reliable as long as all types of leave and absence are included in the calculation and the data used are accurate. If the agency's personnel recordkeeping system is capable of producing the information in hours instead of days, using the NAWH method is recommended.

Note that whichever method is used, the newly calculated SRF will be an important part of the post evaluation process, which is the subject of the next chapter.

## Exhibit 6. Example of Form C: Shift Relief Factor Based on Days

| | Major | Captain | Lieutenant | Sergeant | Correctional Officer |
|---|---|---|---|---|---|
| **Post data:** | | | Days | | |
| A. Days per week post is covered | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 |
| B. Days per year post is covered (Line A X 52.14) | 261.0 | 261.0 | 261.0 | 261.0 | 261.0 |
| **Staff availability:** | | | Days | | |
| C. Days contracted to work per year | 261.0 | 261.0 | 261.0 | 261.0 | 261.0 |
| Annual leave | 16.8 | 14.6 | 14.4 | 13.9 | 11.8 |
| Holiday leave | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 |
| Compensatory time | 12.6 | 10.0 | 8.1 | 7.3 | 8.1 |
| Sick leave | 6.9 | 5.8 | 4.5 | 7.0 | 10.6 |
| Training time | 3.0 | 3.1 | 3.0 | 3.0 | 4.0 |
| Personal time | 1.8 | 0.5 | 0.6 | 1.5 | 1.8 |
| Military leave (paid and unpaid) | 0.1 | 0.1 | 0.3 | 0.3 | 0.8 |
| Meal and break time | 0.0 | 0.0 | 0.0 | 0.0 | 13.0 |
| Job injury/Workers Compensation leave (excludes sick leave) | 0.3 | 0.1 | 0.0 | 0.4 | 0.5 |
| Leave without pay (e.g., Family and Medical Leave Act) | 0.0 | 0.1 | 0.4 | 0.5 | 0.5 |
| Relief-from-duty leave (with or without pay) | 0.1 | 0.0 | 0.0 | 0.3 | 0.8 |
| Funeral/bereavement leave | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 |
| Unauthorized absence time | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Unearned/executive leave | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 |
| Vacancies | 0.8 | 0.5 | 1.6 | 0.5 | 0.4 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| D. Total days leave per year | 55.6 | 48.0 | 46.0 | 47.5 | 65.1 |
| E. Total available workdays per year (Subtract Line D from Line C) | 205.4 | 213.0 | 215.0 | 213.5 | 195.9 |
| **Shift relief factor:** | | | Full-time-equivalent staff | | |
| F. SRF = Line B ÷ Line E | 1.27 | 1.23 | 1.21 | 1.22 | 1.33 |
| **Other shift relief factors based on SRF for a 5-day post (assuming one shift = 8 hours):** | | | | | |
| G. 7-day post, one 8-hour shift: (Line F X 7) ÷ 5 | 1.78 | 1.72 | 1.69 | 1.71 | 1.86 |
| H. 7-day post, 8-hour shifts, 24-hour continuous coverage: Line G X 3 | 5.34 | 5.16 | 5.07 | 5.13 | 5.59 |
| I. 7-day post, one 10-hour shift: (Line F X 10) ÷ 8 | 1.59 | 1.54 | 1.51 | 1.53 | 1.66 |
| J. 7-day post, one 12-hour shift: (Line G X 12) ÷ 8 | 2.67 | 2.58 | 2.54 | 2.57 | 2.79 |
| K. 7-day post, 12-hour shifts, 24-hour continuous coverage: Line 28 X 2 | 5.34 | 5.16 | 5.07 | 5.13 | 5.58 |