KRISTIN K. MAYES
ATTORNEY GENERAL

Gregory Honig, Bar No. 018804
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-7670
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | NO. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTION TO SCOTT F. FRAKES' STAFFING ANALYSIS AND PLAN (Dkt. 4489)** |
| Ryan Thornell, et al., | |
| Defendants. | |

Pursuant to the Court's Permanent Injunction (Dkt. 4410), Defendants submit the following response to Plaintiffs' objections to Scott Frakes' staffing analysis and plan (Dkt. 4489).

### 1. Staffing at Eyman SMU-I, Eyman Browning, and Lewis Rast

Although Plaintiffs largely agree with Mr. Frakes' staffing recommendations, they have concerns over the inadequacy of staffing. Specifically, Plaintiffs contend that Mr. Frakes' staffing allocation is insufficient to meet the Injunction requirement that: "Defendants shall not house any prisoner in a housing location where a prisoner lacks the ability to effectively contact a staff member immediately, either via in-person or via a call button/intercom system." Doc. 4410 at § 22.1.

Plaintiffs recommend the posting of a Rover position at every pod. (Dkt. 4492.) That is not practicable. The subclass areas for SMU-I, Browning Unit, and Rast Unit housing are configured in clusters. These clusters each have six (6) pods within them. SMU-I has sixteen (16) clusters with six (6) pods per cluster for a total pod count of 96. Browning Unit has twelve (12) clusters with six (6) pods per cluster for a total pod count of 72. Rast Unit has three (3) clusters with six (6) pods per cluster for a total pod count of eighteen (18). If the Court adopts Plaintiffs' request, it will require an additional 764.64 FTEs and cost an additional $52,913,088[1] (on top of what Mr. Frakes has recommended) just to cover the Rover positions in each pod 24 hours/day, 7 days/week.

| Unit | Total Pods | Court Monitor Rover Rec | Additional Expenditure | Plaintiff Additional Rover Rec | Additional Expenditure |
|---|---|---|---|---|---|
| **SMU** | 96 Pods | 86.4 FTEs | $5,978,880 | 397.44 FTEs | $27,502,848 |
| **Browning Unit** | 72 Pods | 64.8 FTEs | $4,484,160 | 298.08 FTEs | $20,627,136 |
| **Rast Unit** | 18 Pods | 21.6 FTEs | $1,494,720 | 69.12 FTEs | $4,783,104 |
| **Total Additional FTEs** | | **172.8 FTE** | **$11,957,760** | **764.64 FTE** | **$52,913,088** |

---

[1] Additional expenditures calculated by position salary + ERE @ 30.1%, multiplied by # of FTEs.

2

### 2. Additional FTEs and Expenditure

Mr. Frakes' staffing proposal will require a substantial number of additional full-time, currently unfunded, employee correctional officers and supervisory positions.

| Position | Additional FTE's | Additional Expenditure |
|---|---|---|
| Correctional Officer II | 756.56 FTE | $52,353,952 |
| Correctional Sergeants | 43.5 FTE | $3,675,750 |

In reviewing and carefully analyzing the recommendations by both Mr. Frakes and Plaintiffs, Defendants believe that providing the Court with additional information and context regarding average daily population is critical at this important juncture.

While bed capacity is one important factor, the 90-day[2] daily average population reveals that these recommendations are excessive. As of October 20, 2023, Defendants' Maximum Custody population is 256. As illustrated below, in some cases, if adopted, the proposed 24/7 staffing for the Maximum Custody Subclass Locations would result in an almost 4:1 ratio:

| Maximum Custody Subclass Locations – 12 HR Shifts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Location | Unit Name | Bed Capacity | Average Daily Population | Current 24 Hour / 7 Day Staffing | | Proposed Staffing | Current Sgt. Staffing | Proposed Sgt. Staffing |
| | | | | 6:00 a – 6:00 p | Total | | | |
| ASPC-Eyman | Browning Unit (12-HR) | 858 | 310.8 | 52 FTE | 231.32 FTE | 429.8 FTE | 28 | 21.4 |
| ASPC-Eyman | SMU I (12-HR; inc. 350-bed Det.) | 952 | 136.03 | 62 FTE | 256 FTE | 537.8 FTE | 26 | 24.1 |
| ASPC-Lewis | Rast Unit (12-HR) | 324 | 76.25 | 37 FTE | 195.44 FTE | 209.1 FTE | 16 | 13.3 |
| | | | 76.25 | 151 FTE | 682.76 FTE | 1,176.7 FTE | 70 SGT FTE | 58.8 SGT FTE |

---

[2] July 19, 2023 – October 16, 2023

3

The proposed 24/7 staffing for the Mental Health Watch Subclass Locations would result in a 4:1 ratio in some cases:

| Mental Health Watch Subclass Locations | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Location | Unit Name | Bed Capacity | Average Daily Population | Current 24 Hour / 7 Day Staffing | | Proposed Staffing | Current Sgt. Staffing | Proposed Sgt. Staffing |
| | | | | 6:00 a – 6:00 p | Total | | | |
| ASPC-Phoenix | Flamenco (Alhambra Unit 8-HR) | 26 | 11 | 7 FTE | 37.8 FTE | 45 | Detention operations & supervision oversight is provided 24/7 by allocated shift sergeants for the host unit | 1.25 |
| ASPC-Perryville | Complex (8-HR) | 20 | 11.8 | 3 FTE | 16.2 FTE | 39.6 | | 2.5 |
| ASPC-Yuma | Dakota Unit (8-HR) | 16 | 10.7 | 3 FTE | 12.6 FTE | 18 | | 1.25 |
| ASPC-Tucson | Rincon Unit (12-HR) | 85 | 43.73 | 9 FTE | 17.64 FTE | 67.5 | 1 | 3.6 |
| | | | 54.43 | 22 FTE | 84.24 FTE | 170.1 FTE | 1 SGT FTE | 8.6 SGT FTE |

The proposed 24/7 staffing for the Detention Subclass Locations would result in a 5:1 ratio in some cases:

| Detention Unit Subclass Locations | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Location | Det. Name | Bed Capacity | Average Daily Population | Current 24 Hour / 7 Day Staffing | | Proposed Staffing | Current Sgt. Staffing | Proposed Sgt. Staffing |
| | | | | 6:00 a – 6:00 p | Total | | | |
| ASPC-Douglas | Mohave Det. | 88 | 23.7 | 4 FTE | 18 FTE *(There is an extra floor officer on day shift)* | 34.2 FTE | 1 | 5.4 |
| ASPC-Lewis | Morey Det.* | 80 | 41.1 | 3 FTE | 12-Hour \| 15.12 FTE | 29.7 FTE | Detention operations & supervision is provided 24/7 by allocated shift commander for the host unit. Minimum | 5.4 |
| ASPC-Lewis | Stiner Det.* | 70 | 56.81 | 3 FTE | 12 Hour \| 15.12 FTE | 29.7 FTE | | 5.4 |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ASPC-Lewis** | **Bachman Det.** | 80 | 46.7 | 3 FTE | 16.2 FTE | 28.8 FTE | supervision oversight is 1 Sergeant or Lieutenant | 5.4 |
| **ASPC-Perryville** | **Lumley Det.** | 12 | 4.3 | 3 FTE | 16.2 FTE | 25.2 FTE | | 2.7 |
| **ASPC-Safford** | **Miles Det.** | 48 | 18.3 | 3 FTE | 16.2 FTE | 25.2 FTE | 1 | 2.5 |
| **ASPC-Tucson** | **Cimarron Det.** | 96 | 81 | 3 FTE | 16.2 FTE | 34.2 FTE | 1 | 5.4 |
| **ASP-Tucson** | **Manzanita Det.** | 23 | 11.6 | 3 FTE | 16.2 FTE | 24.3 FTE | 1 | 2.5 |
| **ASPC-Tucson** | **Winchester Det.** | 24 | 0 | 3 FTE | 16.2 FTE | 25.2 FTE | 1 | 2.5 |
| **ASPC-Tucson** | **Complex Det.** | 80 | 57.18 | 3 FTE | 16.2 FTE | 34.2 FTE | 1 | 5.4 |
| **ASPC-Winslow** | **Kaibab Det.*** | 38 | 11.81 | 3 FTE | 12 Hour 12.6 FTE (*There is only 1 Floor Allocated for PM Shifts*) | 24.3 FTE | 1 | 2.7 |
| **ASPC-Yuma** | **Cheyenne Det.** | 79 | 51 | 3 FTE | 16.2 FTE | 34.2 FTE | 1 | 5.4 |
| **ASPC-Yuma** | **Dakota Det.** | 80 | 69.3 | 3 FTE | 16.2 FTE | 34.2 FTE | 1 | 5.4 |
| | | | **120.3** | **40 FTE** | **206.64 FTE** | **383.4 FTE** | **9 SGT FTE** | **56.1 SGT FTE** |

*Although SMU I has a detention, a separate FTE table has been provided above in Maximum Custody Subclass Locations.
** Detention without sergeant allocation is overseen by the assigned shift supervisors.

### 3. Inconsistencies between the Facility Staffing Analysis, the Wing Staffing Analysis, and the Cluster Staffing Analysis for Eyman Browning and Eyman SMU-1.

Defendants agree with Plaintiffs' discussion regarding the inconsistencies and confusion in Mr. Frakes' proposed staffing analyses for facilities, wings, and clusters. The substantive differences between the various staffing analyses are difficult to reconcile. For example:

- Mr. Frakes' staffing analyses for SMU-I (Document 16), Browning (Document 9), and Rast (Document 14) were made based on 8-hour shifts. None of these facilities, however, are currently operating on 8-hour shifts. There is a significant difference with the post reconciliation and staffing patterns as the allocated positions have different relief factors.

- Mr. Frakes adopted the ADCRR 1.8 relief factor for other subclass facilities operating on 8-hour shifts but utilized a 5.4 relief factor for 12-hour shifts. ADCRR's relief factor is 1.26 x 2 which equates to 2.54. The application of Mr. Frakes' relief factor therefore miscalculates the required allocated FTEs

5

- Mr. Frakes omitted or removed existing non-subclass posts, i.e., Mail and Property (SMU-I x4, Browning x2, Rast x2), Tower, Medical x6, Programs Security and reduces the number of pre-existing Yard, Medical Security and External Escorts (Rast).

- Mr. Frakes did not include an accurate staffing evaluation of special programs areas, such as BMU (Behavioral Management Unit) at Browning Unit. There was no staffing allocation provided for this area, despite it being a pre-existing program.

- Mr. Frakes reduced the pre-existing Sergeant allocations at SMU-I from 26 to 24 FTEs, and at Browning from 28 to 21 FTEs. Lieutenant allocations at both Units were also reduced from 6 to 5 FTEs at both locations.

- Mr. Frakes supplied a universal staffing analysis for "staffing per Wing" that encompasses Browning and SMU-I 12-hour units. This information cannot be reconciled due to the differences in the physical layout and staffing requirements between both facilities. Although these units are similar, there are some physical differences. SMU-I requires more staff due to additional clusters on two wings (Document 13). In the same staffing analysis, Mr. Frakes included support services positions (8-hr/5-day posts), of which some staffing allocations were reduced or eliminated.

- Mr. Frakes also supplied a universal staffing analysis titled "one cluster of six galleries (12-HR)" (Document 12). This is inaccurate and difficult to reconcile as some support positions were included (SSU, Visitation). These positions are not part of the subclass housing. In addition, Mr. Frakes did not include pre-existing staffing allocations, but instead eliminated existing allocations (Tool Control, Accountability, Sallyport, Work Coordinator, Key Control, Mail & Property).

- Overall, in Mr. Frakes' staffing analysis by **wing** (Document 13) and by **cluster** (Document 12), it is difficult to determine if Mr. Frakes intended to include other staffing allocations for the entire unit, or if he meant that the additional listed positions should also post in a wing or in a cluster.

line numbers

DATED this 26th day of October, 2023.

        STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Daniel P. Struck
   Daniel P. Struck
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226

   KRISTIN K. MAYES
   ATTORNEY GENERAL

   Gregory Honig
   Lucy M. Rand
   Assistant Attorneys General
   2005 North Central Avenue
   Phoenix, AZ  85004-1592

   *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Gregory Honig | Gregory.Honig@azag.gov |
| Lucy Rand | Lucy.Rand@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck