1  KRISTIN K. MAYES
   ATTORNEY GENERAL
2
   Gregory Honig, Bar No. 018804
3  Lucy M. Rand, Bar No. 026919
   Assistant Attorneys General
4  2005 North Central Avenue
   Phoenix, AZ 85004-1592
5  Telephone: (602) 542-1645
   Fax: (602) 542-7670
6  Gregory.Honig@azag.gov
   Lucy.Rand@azag.gov
7

8  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
9  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
10 STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
11 Chandler, Arizona 85226
   Telephone: (480) 420-1600
12 Fax: (480) 420-1695
   dstruck@strucklove.com
13 rlove@strucklove.com
   tbojanowski@strucklove.com
14 nacedo@strucklove.com

15 *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Shawn Jensen, et al., | NO. CV-12-00601-PHX-ROS |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL WITHIN FIRM** |
| Ryan Thornell, et al., | |
| Defendants. | |

Defendants, through counsel, hereby notify the Court that attorneys Eden G. Cohen, Anne M. Orcutt, and Timothy M. Ray are withdrawn as attorneys of record and should be removed from all future filings in this matter. Ms. Cohen, Ms. Orcutt, and Mr. Ray are no

longer associated with the law firm of Struck Love Bojanowski & Acedo, PLC. Other counsel of record for Defendants will remain counsel for Defendants.

DATED this 31st day of October, 2023.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Daniel P. Struck
   Daniel P. Struck
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226

KRISTIN K. MAYES
ATTORNEY GENERAL

Gregory Honig
Lucy M. Rand
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ  85004-1592

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Gregory Honig | Gregory.Honig@azag.gov |
| Lucy Rand | Lucy.Rand@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck