KRISTIN K. MAYES
ATTORNEY GENERAL

Gregory Honig, Bar No. 018804
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ  85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-7670
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | NO. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' STATEMENT IN RESPONSE TO NAPHCARE'S POLICY (Dkt. 4494)** |
| Ryan Thornell, et al., | |
| Defendants. | |

Pursuant to the Court's Order (Dkt. 4494), Defendants, through counsel, submit the following statement regarding NaphCare's policy.

ADCRR does not have a policy which prohibits outside consultants from communicating with their patients regarding anything other than the timing of future appointments or surgery, which would create a significant safety and security risk to staff and the general public.

1   Upon receiving the Court's Order (Dkt. 4494), ADCRR immediately contacted

2   NaphCare senior leadership, demanding an investigation into the use of the form. (*See*

3   Declaration of Larry Gann (Exhibit A).) ADCRR also demanded that NaphCare take

4   immediate corrective action to ensure that the form was not being used, and that an approved

5   form was in place. *Id.* ADCRR demanded that NaphCare immediately rescind this policy

6   and approve a written statement that is now in use.  *Id.* NaphCare, through Regional CEO

7   and Executive Vice President of Operations for NaphCare Arizona, apparently had

8   previously learned of the use of this form.  (*See* Declaration of Todd Crawford (Exhibit

9   B).)

10   Mr. Crawford first learned that the form attached to Dkt. 4494 was being used by

11   some of the healthcare staff at ASPC-Eyman on March 15, 2023.  The form was not an

12   official NaphCare form and had not been approved by NaphCare or ADCRR.  Instead, the

13   form appeared to be one that was created by a NaphCare staff member at ASPC-Eyman, by

14   using a form from a previous healthcare provider, and affixing the NaphCare logo on the

15   top by cutting and pasting it into the document, without permission from anyone at

16   NaphCare or ADCRR.  *Id*. On March 15, 2023, Mr. Crawford ordered the ASPC-Eyman

17   Assistant Facility Health Administrator to instruct all healthcare staff to immediately

18   discontinue use of the form.  He also confirmed that no other complexes were using the

19   form.

20   Following the October 18 Court Order, Mr. Crawford informed the Facility Health

21   Administrators at all of the ADCRR complexes not to use the form and confirmed that the

22   form was not being used. *Id.*

23   NaphCare uses an ADCRR form, as well as a NaphCare Form which can be printed

24   from TechCare (the electronic health care record system) when sending patients off-site for

25   specialty consultations.  *Id.* at Exhibits 1 and 2 NaphCare is also ensuring that offsite

26   providers who treat patients at ASPC-Eyman, and who may have seen the form attached to

27   the Court's Order (Dkt. 4494), are aware that it is not and never has been ADCRR or

28   NaphCare policy to prohibit or restrict communication between the provider and patients

2

1   regarding their care, except for information that should not be revealed for security

2   purposes.

3            DATED this 31st day of October 2023.

4                                          STRUCK LOVE BOJANOWSKI & ACEDO, PLC

5

6                                          By /s/ Daniel P. Struck
                                              Daniel P. Struck
7                                             Rachel Love
                                              Timothy J. Bojanowski
8                                             Nicholas D. Acedo
                                              3100 West Ray Road, Suite 300
9                                             Chandler, Arizona 85226

10                                            KRISTIN K. MAYES
                                              ATTORNEY GENERAL
11
                                              Gregory Honig
12                                            Lucy M. Rand
                                              Assistant Attorneys General
13                                            2005 North Central Avenue
                                              Phoenix, AZ  85004-1592
14
                                              *Attorneys for Defendants*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Gregory Honig | Gregory.Honig@azag.gov |
| Lucy Rand | Lucy.Rand@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck

4