# EXHIBIT A

**EXHIBIT A**

# DECLARATION OF LARRY GANN

I, Larry Gann, provide the following information based on personal knowledge:

1. I am employed as Assistant Director, Healthcare Services, for the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR"). I have worked for ADCRR in this capacity since April 20th, 2020.

2. On October 18th 2023, I received the Court's Order regarding Naphcare's policy regarding communication between specialists and prisoners.

3. On that same day, I notified NaphCare senior leadership to investigate the use of this form. I also started an internal investigation of the forms use.

4. On October 18th 2023, I demanded that NaphCare take immediate corrective action to ensure that an approved form was placed into use.

5. On October 18th 2023, I informed NaphCare that the previous policy regarding communication between specialists and prisoners must be rescinded.

6. The previous policy regarding communication between specialists and prisoners no longer remains in place.

7. The written statement approved by ADCRR's Healthcare Services and now in use is attached. (Exhibit 1).

DATED: October 27th, 2023

_AD   HSD   AOCRR_



Larry Gann <lgann@azadc.gov>

## Unapproved form.
2 messages

**Larry Gann <lgann@azadc.gov>** Wed, Oct 18, 2023 at 2:55 PM
To: Michael Carr <michael.carr@naphcare.com>, Todd Crawford <todd.crawford@naphcare.com>, Vincent Gales <vincent.gales@naphcare.com>, Daniel Pacheco <daniel.pacheco@naphcare.com>, Grant Phillips <gphillips@azadc.gov>, Meggie Washington <mwashington@azadc.gov>

Gentlemen,

Please ensure that this form is not in use. This is completely inappropriate. I get the security references, but the rest is just poor form. It was in today's court order for our explanation? Please start writing me an explanation, because this is simply exhausting...

NaphCare sends our patients to a specialist for their diagnosis, but does not want the provider to educate the patient, discuss their condition, possible treatments or the need for future follow-ups. This is not a very transparent look to say the least. Standardize your practices and get these rouge processes eradicated.

Simply unacceptable,

Larry



Larry L. Gann Jr. RN, MSN, MHA, BBA, CCHP
Assistant Director - Healthcare Services

Arizona Department of Corrections, Rehabilitation and Reentry

701 E. Jefferson St., Phoenix, AZ 85034

office: (602) 255-2491  | email: lgann@azadc.gov |  corrections.az.gov

This email contains information that is intended only for the person(s) to whom it is addressed. If you received this communication in error, please do not retain it or distribute it and notify the sender immediately

---

**Larry Gann <lgann@azadc.gov>** Wed, Oct 18, 2023 at 2:55 PM
To: Michael Carr <michael.carr@naphcare.com>, Todd Crawford <todd.crawford@naphcare.com>, Vincent Gales <vincent.gales@naphcare.com>, Daniel Pacheco <daniel.pacheco@naphcare.com>, Grant Phillips <gphillips@azadc.gov>, Meggie Washington <mwashington@azadc.gov>



### INSTRUCTIONS TO PRACTITIONER

THIS PATIENT IS AN INMATE WITH THE ARIZONA DEPARTMENT OF CORRECTIONS – EYMAN COMPLEX, FOR SECURITY REASONS:

DO NOT allow the Inmate to overhear any discussion about recommended treatments, medications or follow-up appointments. DO NOT give Inmate medication samples!

*Notate recommended medications on the attached Consultation Report Form*

The Naphcare provider will review the recommendation and obtain a patient specific prescription from our pharmacy.

Upon completion of todays appointment, please seal the complete Consultation report and all associated paperwork in the manila envelope.

Please give the envelope directly to the Corrections Officer.

Within 5 business days, please EMAIL or FAX the dictated notes to any one of the contacts below.

| | |
|---|---|
| Terri Espinoza, Clinical Coordinator<br>Phone: 520-868-0201 ext. E3737<br>Terri.espinoza@naphcare.com | Artie Cordova, Clinical Coordinator<br>Phone: 520-868-4011 ext. 25789<br>artemila.cordova@naphcare.com |
| Kim Ward, Scheduler<br>Phone: 520-868-0201 ext. E3743<br>kimberly.ward@naphcare.com | Mary Edmons, Sheduler<br>Phone: 520-868-0201 ext. 66423<br>mary.edmons@naphcare.com |
| Morgan Walker, Clinical Coordinator<br>Phone: 520-868-4011 ext. 25788<br>Morgan.walker@naphcare.com | FAX:<br>520-868-8530 |



Larry L. Gann Jr. RN, MSN, MHA, BBA, CCHP
Assistant Director - Healthcare Services

Arizona Department of Corrections, Rehabilitation and Reentry

701 E. Jefferson St., Phoenix, AZ 85034

office: (602) 255-2491  | email: lgann@azadc.gov |  corrections.az.gov

This email contains information that is intended only for the person(s) to whom it is addressed. If you received this communication in error, please do not retain it or distribute it and notify the sender immediately

[Quoted text hidden]



Larry Gann <lgann@azadc.gov>

---

### RE: [EXTERNAL]_Screenshot 2023-10-18 at 1.38.38 PM
2 messages

---

**Jeffrey Alvarez** <jeffrey.alvarez@naphcare.com>                         Wed, Oct 18, 2023 at 1:48 PM
To: l gann <lgann@azadc.gov>, Grant Phillips <gphillips@azadc.gov>

This came up previously. It is *not* a NaphCare approved form. The site edited a Centurion(or Corizon for all I know) form and placed the NaphCare logo. I was told it was removed. Have no idea why previous companies would have asked the specialists to not discuss treatment plans with the patient. That's the whole point of sending them. I will check again to make sure it was eliminated, but this was awhile ago that it came up. I'm thinking several months ago.


Jeff Alvarez, MD

Chief Medical Officer

NaphCare, Inc.

(602) 980-6250 (cell)


SECURE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information including Protected Health Information and/or attorney-client materials, legally protected from disclosure. If you are not the intended recipient or their authorized agent, you are hereby notified that any dissemination, distribution, or copying of this email is prohibited. If you are not the intended recipient, please notify the sender by replying to this message and delete this message and any attachments from your system


**From:** Larry Gann <lgann@azadc.gov>
**Sent:** Wednesday, October 18, 2023 1:42 PM
**To:** Jeffrey Alvarez <jeffrey.alvarez@naphcare.com>; Grant Phillips <gphillips@azadc.gov>
**Subject:** [EXTERNAL]_Screenshot 2023-10-18 at 1.38.38 PM


NOTICE: This email originated from outside of NaphCare's email system. Verify the legitimacy of the contents and use caution with links and attachments.

Seriously?

This just came to us in a new court order?

Need some explanations as to why this would be a best practice, and why we do not have this in the HSD approved forms?

Sincerely,

Larry

--
This email contains information that is intended only for the person(s) to whom it is addressed. If you received this communication in error, please do not retain it or distribute it and notify the sender immediately.


Sent from my iPhone

3 | Page

Case 2:12-cv-00601-ROS   Document 4494   Filed 10/18/23   Page 7 of 7



## INSTRUCTIONS TO PRACTITIONER

THIS PATIENT IS AN INMATE WITH THE ARIZONA DEPARTMENT OF CORRECTIONS – EYMAN COMPLEX, FOR SECURITY REASONS:

DO NOT allow the inmate to overhear any discussion about recommended treatments, medications or follow-up appointments. DO NOT give inmate medication samples!

*Notate recommended medications on the attached Consultation Report Form*

The Naphcare provider will review the recommendation and obtain a patient specific prescription from our pharmacy.

Upon completion of todays appointment, please seal the complete Consultation report and all associated paperwork in the manila envelope.

Please give the envelope directly to the Corrections Officer.

Within 5 business days, please EMAIL or FAX the dictated notes to any one of the contacts below.

| | |
|---|---|
| Terri Espinoza, Clinical Coordinator<br>Phone: 520-868-0201 ext. 83737<br>Terri.espinoza@naphcare.com | Artie Cordova, Clinical Coordinator<br>Phone: 520-868-4011 ext. 25789<br>artemisa.cordova@naphcare.com |
| Kim Ward, Scheduler<br>Phone: 520-868-0201 ext. 83743<br>Kimberly.ward@naphcare.com | Mary Edmons, Sheduler<br>Phone: 520-868-0201 ext. 86823<br>mary.edmons@naphcare.com |
| Morgan Walker, Clinical Coordinator<br>Phone: 520-868-4011 ext. 25788<br>Morgan.walker@naphcare.com | FAX:<br>520-868-8530 |