**EXHIBIT B**

**EXHIBIT B**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | Declaration of Todd Crawford |
| v. | |
| Ryan Thornell, | |
| Defendant. | |

---

I, Todd Crawford, declare and state as follows:

1.      I am the Regional CEO and Executive Vice President of Operations for NaphCare Arizona, LLC. ("NaphCare"). I make this declaration based on my personal knowledge. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

2.      NaphCare does not have—and never has had—any policy prohibiting communication between specialists and prisoners.

3.      On March 15, 2023, it came to my attention that the form attached to the Court's Order of October 18, 2023 (dkt. 4494, page 7) was being used by some healthcare staff at Arizona State Prison Complex-Eyman ("ASPC-Eyman" or "Eyman"). This form is *not* a NaphCare form and has *never* been approved by either NaphCare or the Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR").

4.      That same day that I learned of the existence of the form, I had the Assistant Facility Health Administrator for Eyman instruct all healthcare staff there to immediately discontinue use of the form. Further, I confirmed that *no other complexes* were using the form.

5.      My investigation revealed that the form in question originated with the *previous* inmate healthcare provider, and that it was likely that a healthcare

staff member at Eyman—*without authorization*—pasted a low-resolution NaphCare logo on this other company's form.

6.      After being informed of the Court's October 18 Order, I again confirmed with the Facility Health Administrators at each of the nine Arizona State Prison complexes that none of them are using the form attached to the Order.

7.      Instead, NaphCare personnel use one of two forms (and sometimes both) when sending patients off-site for specialty consults: (1) An ADCRR form attached hereto as Ex. 1; and (2) A NaphCare form which can be printed from the Electronic Health Record, TechCare, attached hereto as Ex. 2.

8.      Additional papers are sent from some ADCRR complexes, outlining billing instructions, providing records submission facsimile numbers, and containing discharge-type instructions for use by off-site clinical and administrative staff.

9.      Neither Exhibit 1 nor Exhibit 2—nor any of the additional papers sent by some complexes—contains any prohibition on communication with patients, except to refrain from informing patients about follow-up appointments, for security reasons.

10.     NaphCare is dedicated to strong and open patient-provider communication.  The language on the form attached to the Court's Order is completely contrary to NaphCare's policies, approach to healthcare, and philosophy.

11.     NaphCare is working with ADCRR to standardize the forms and papers currently in use for off-site provider consults, and to ensure that no unauthorized forms or papers are being used.

12.     NaphCare will take appropriate action to ensure that off-site providers that serve patients from ASPC-Eyman, who may have seen the form attached to the Court's Order, are informed that it is not and never was NaphCare or ADCRR policy to prohibit communication between those off-site providers and inmate-patients, except as required for security purposes, to refrain from providing information about follow-up appointments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of October, 2023, at Phoenix, Arizona.

By: _____

Todd Crawford, RNP, MSN, PMHNP-BC
Regional CEO and Executive Vice President of Operations
NaphCare Arizona, LLC

# Exhibit 1



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Offsite Consultation Note**

| INMATE PRINTED NAME *(Last, First M.I.)* | ADCRR NUMBER | DATE OF BIRTH *(mm/dd/yyyy)* |
|---|---|---|
| ON-SITE PRACTITIONER PRINTED NAME *(Last, First M.I.)* | FACILITY | UNIT |

**Please see included Billing Reference Sheet**

| OFF-SITE SPECIALTY | OFF-SITE LOCATION |
|---|---|
| AUTHORIZATION NUMBER | DATE OF SERVICE *(mm/dd/yyyy)* |
| AUTHORIZED SERVICE(s) | |

**Summary**

| |
|---|
| Review of Case *(chief complaint, exam findings, etc.)* |
| Presumed Diagnosis |
| Recommended Prescriptions |
| Recommended Follow Up Services |
| Recommended Follow Up Time Frame |
| ***For Security reasons inmates MUST NOT be informed of recommended follow up dates and/or times.  All recommended tests and treatments are subject to Vendor Utilization Management approval**** |

| PRACTITIONER PRINTED NAME *(Last, first M.I)* | PRACTITIONER SIGNATURE | DATE  *(mm/dd/yyyy)* |
|---|---|---|

1101-113
11/3/21

# Exhibit 2

ADCRR
26700 SOUTH HIGHWAY 85
BUCKEYE, AZ 85326

# Offsite Healthcare Authorization

This section to be completed by NaphCare Staff - Approval Number - TC349703

| 1) Patient's Name (Last, First Middle Initial) **DIAMOND, TEST** | | 2) Patient's ID Number **00002** | 3) Date of Birth **7/25/1973** |
|---|---|---|---|
| 4) Social Security Number | | 5) Gender **Male** | 6) Book Date / Release Date **10/12/2022 /** |

| 7) Responsible Party **NaphCare** | Electronic | EDI 5010 Format Payer ID 58182 | Electronically signed by **Ajmeri, Jack MD (1982660783)** 10/19/2023 9:26:05 AM |
|---|---|---|---|
| | Mail | NaphCare Inc. ATTN: Claims Department 2090 Columbiana Road, Suite 4000 Birmingham, AL 35216 | |
| | Fax | 205-536-8526 | |

**8) Reason**

TEST SVT/ abnormal EKG

**9) Allergies**
No Known Environmental Allergy

| 10) Order **Test to Cardiology** | 11) Transportation Type **Unknown** |
|---|---|

**12) History of Present Illness / Current Symptoms / Current Treatments / Medications**
Albuterol Sulfate HFA Inhalation 108 (90 Base) MCG/ACT Aerosol Solution, amLODIPine Besylate Oral 5 MG Tablet, Lisinopril-hydroCHLOROthiazide Oral 20-25 MG Tablet, Montelukast Sodium Oral 10 MG Tablet, Vitamin D3 Oral 1.25 MG (50000 UT) Capsule

Asthma, Cancer, CHF, Crohn's, Dementia, Hepatitis C, Hypothyroid, Lupus, Rheumatoid Arthritis, Seizure Disorder, Stroke, Syphilis, Ulcerative Colitis

| 13) Type Requested (E.G. Cardiology, Surgical Consult, CT/MRI) **Cardiology** | 14) Details |
|---|---|
| 15) Name of Facility / Physician Where Services Requested | 16) Service Date **1/1/0001 12:00:00 AM** |

17) Facility / Physician Address

**Instructions to Off Site Providers:**

1. NaphCare will not be financially responsible for any non-emergency treatments that are not directly related to the diagnosis printed on this form. To obtain authorization for additional treatments, you must contact NaphCare Utilization Approval by calling (205) 536-8400 or (800) 834-2420 ext. 8695.
2. Because of security concerns, inmates must NOT be informed of follow-up appointments or possible hospitalization.
3. Complete the bottom portion of this form, place it in a sealed envelope, and give to the Correctional Officer when the inmate is returned.
4. Use the Inmate's I.D. Number as the Insured I.D. Number on claim forms.

This section to be completed by off site provider

| Findings |
| --- |
|  |

| Medication Changes |
| --- |
|  |

| Recommendations |
| --- |
|  |

| Provider's Signature: | Date |
| --- | --- |