Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriquez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*
**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC.**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | NO. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **JOINT STATEMENT RE: CONTEMPT SANCTIONS** |
| Ryan Thornell, et al., | |
| Defendants. | |

Pursuant to the Court's Order (Dkt. 4494), the parties submit this joint statement to the Court to address the proposed uses for the contempt monies and whether the contempt monies should remain in the Court's registry or transferred to another entity for disbursement.

# I. CONTEMPT MONEY USES

## 1. GYN Exam Table

A GYN exam table is specifically intended for use by the population at ASPC-Perryville. The cost of a Midmark 630 procedure chair is $11,282.16. (Exhibit A.) This estimate was provided by the Purchasing Department for NaphCare. An articulating knee crutch system for the Midmark 630 procedure chair is an additional $1,524.43, priced from MFI medical online, and would be necessary. The total estimate for a Midmark 630 procedure chair and knee clutch is $12,806.59.

## 2. Sunscreen Accessible in Recreation Areas

Sunscreen dispensers range from $4.10 (Exhibit B) to $167 each. The $4.10 option requires a physical hand press to dispense the sunscreen whereas the $167 has a touchless auto dispenser. Anchoring costs to retrofit these dispensers are minimal. ADCRR estimates needing 225 dispensers across 44 units at the state facilities. One gallon of sunscreen costs approximately $202.85. (Exhibit C.) ADCRR is still in the process of gathering information regarding the vendor contract and possibility of a decrease in cost for bulk orders. ADCRR estimates needing four (4) gallons of sunscreen per unit each month.

|  | Hand Press Dispenser ($4.10/each) | Touch-less Dispenser ($167/each) |
|---|---|---|
| **Initial Dispenser Cost** | **$922.50** <br> (225 units x $4.10 each) | **$37,575.00** <br> (225 units x $167 each) |
| **Annual Replacement Dispenser Cost** | **$3,690.00** <br> (each dispenser replaced 3x/year; (225 x 3 = 900); (900 x $4.10) | **$7,515.00** <br> (20% of dispensers to be replaced annually; (20% of 225 = 45); (45 x $167)) |
| **Annual Sunscreen Cost** | **$428,419.20** <br> (44 units x $202.85)  x (4 x 12 mo. = 180) | **$428,419.20** <br> (44 units x $202.85)  x (4 x 12 mo. = 180) |
| **Annual Total** | **$433,031.70** | **$473,509.20** |

## 3. Over-the-Counter Items

The parties recommend a prioritization of spending of all items on the below chart equally. ADCRR's vendor bulk pricing for the below items is attached. (Exhibit D.). However, ADCRR has confirmed with its vendor that the current cost to inmates in several

cases is below cost and cannot be matched for bulk pricing. Defendants agree to monitor commissary level usage of the below on a quarterly basis to inform adjustments and for planning purposes to project the spend-down of the total fund.

| Category | Generic or Commercial Name | Dosage | # Pills or Vol. Per Unit | Limit of Units Per Mo | Approx Cost per unit |
|---|---|---|---|---|---|
| antacid | Liquid Antacid (Mylanta) | 20ml | 12 oz. | 2 | $2.20 |
| | Antacid tablets: chewable | OTC | 12 ct. | 2 | $0.46 |
| | Antacid tablets/Calcium: chewable | OTC | 150 ct. | 1 | $2.50 |
| | Famotidine tablets acid relief (Pepcid) | 20mg | 25 ct. | 2 | $4.00 |
| 2nd generation antihistamines | Loratadine allergy (Claritin) | 10mg | 20 ct. | 2 | $1.99 |
| NSAID- Pain and fever relievers | Acetaminophen tablets | 325mg | 24 ct. | 2 | $0.60 |
| | Acetaminophen tablets | 325mg | 2 ct. | 5 | $0.05 |
| | Ibuprofen tablets (Motrin) | 200mg | 2 ct. | 5 | $0.10 |
| | Aspirin | 325mg | 24 ct. | 2 | $0.60 |
| | Aspirin | 325mg | 2 ct. | 5 | $0.05 |
| | Naproxen | 220mg | 24 ct. | 2 | $3.00 |
| saline nasal spray | Saline Nasal Spray | OTC | 1.5 oz. | 2 | $1.00 |
| moisturizing lotion | Infused Body Lotion | OTC | 15 oz. | 2 | $1.78 |
| mosquito repellant | Insect repellent is not available from the commissary or provided on the current vendor list due to security concerns about the ingredients. | | | | |
| denture adhesive | Denture Adhesive | | 2.4 oz. | 2 | $1.50 |
| reading glasses | Various Strengths | | | 2/year | $1.20 |
| Antibiotic Ointment | Triple antibiotic ointment | OTC | 1 oz. | 2 | $1.39 |
| Adhesive Bandages | Adhesive bandages | | 10 ct. | 2 | $0.48 |
| Hydrocortisone and Antifungal Cream | Hydrocortisone 1% | OTC | 1 oz. | 2 | $0.85 |
| | Antifungal cream (Tolnaftate 1%) | OTC | 0.5 oz. | 2 | $0.64 |

## 4. Outpatient Specialty Services Suite

This unit would be utilized as housing for bowel preparations one day prior to a colonoscopy as well as outpatient specialty procedures such as echocardiograms, treadmill stress tests, cardiologist visits, and visits with other highly utilized specialists. Costs are detailed below based on ASPC Phoenix-Baker.

| Construction Costs | | | | Medical Equipment | |
|---|---|---|---|---|---|
| **Item** | **Low Estimate** | **High Estimate** | | **Item** | **Estimated Cost** |
| A&E/ADOA Design & Review | $40,000 | $60,000 | | Echocardiogram Machine | $30,435.00 (Exhibit D) |
| Interior Framing/Sheetrock | $12,000 | $20,000 | | Treadmill (Stress Test) | $32,651.07 (Exhibit E) |
| Electrical Wiring and Led lights | $15,000 | $25,000 | | Crash Cart | $1,000.00 |
| Plumbing/Medical Sinks/Clean Equip Room | $16,000 | $25,000 | | Furniture and Seating (Range) | $10,000.00 |
| Vinyl Medical Grade Flooring | $8,000 | $12,000 | | Equipment Cleaning Room | $20,000 .00 |
| Paint & Finishes/Gurney Bumper | $10,000 | $20,000 | | **Medical Equipment Total** | **$94,086.07** |
| Contingency | $10,100 | $16,200 | | | |
| **Construction Total** | **$111,100** | **$178,200** | | | |

| Construction and Medical Equipment | Low Estimate | High Estimate |
|---|---|---|
| **Grand Total** | **$205,186.07** | **$272,286.07** |

In response to the questions posed by Dr. Stern, Defendants provide the followings:

**Where the suite would be located?**

ASPC Phoenix-Baker would serve as a good location for an outpatient clinic and overnight colonoscopy preparation. Non-invasive cardiac testing would be ideal in this location, because specialist services are more likely to be acquired at the Phoenix location, compared with locations that are in more remote locations. In addition, colonoscopy preparations could be done 15-20 patients at a time as transportation allows. Colonoscopy preparations are challenging in the prison setting if they are completed in a location that is not dedicated to ensuring compliance with the preparation process. Other prison sites could be considered, although the farther away they are from large population centers, the more difficult it would be to staff for specialty services.

**When would the suite be open for operation?**

If Phoenix-Baker is utilized, it would be open for operation following the closure of the Phoenix-Baker IPC. Movement of the current Phoenix-Baker IPC patients to Tucson-

Catalina IPC is anticipated to occur in the spring of 2024. As of October 27, renovations of Tucson-Catalina SNU are complete and 100 beds became available. This entailed painting and floor finishes, new A/C units, installation of interior bars and windows, restroom demolition, plumbing for new fixtures, installation and programing of the call light notification system, demo for additional ADA showers, pass through doors, and framing.

**Will the suite accommodate women and, if so, what is the plan for co-managing both genders at the same facility?**

Co-managing both genders at the same facility at the same time would be difficult. However, working out a schedule to allow for male patients on certain weeks of the month, and female patients on other weeks, may prove beneficial.

For context, currently, there are 851 women in custody who are aged 45 and older, out of a total female population of 3,200. By comparison, there are 10,623 males aged 45 and older statewide (including the private prisons), out of a total male population of 31,000. Very few incarcerated people of both genders have had colorectal cancer screening, either while in custody or prior to entering ADCRR's system. Most of them would qualify for a colonoscopy starting at age 45. A few, based on age >75, decreased life expectancy or severe comorbidities, may not be candidates for a colonoscopy.

Bowel preparation compliance issues for female patients are not as significant because there is space available in their Infirmary and SNU for bowel preparation. With regard to an outpatient clinic, female patients would benefit from other outpatient specialty services, including cardiology testing.

**What low-risk tests would be conducted in the clinic area?**

Treadmill stress tests and echocardiograms would be conducted in the clinic area.

**Who would conduct those tests?**

Treadmill stress tests are conducted by a technician under the supervision of a physician. Echocardiograms are conducted by a technician. Both will require bringing in outside providers and technicians. If NaphCare is asked to train existing staff, this may require a contract amendment.

**How many beds will the unit provide?**

ASPC Phoenix-Baker has 49 beds.

**What custody level will the unit be able to house?**

It is ADCRR's intent that the specialty unit will accommodate all custody levels. That being said, there will be a need to coordinate scheduling accordingly.

**What test preparations would be conducted in the living unit?**

Overnight colonoscopy preparations would be conducted in the living unit. If ASPC Phoenix-Baker is utilized, any procedure that requires "nothing by mouth" (NPO) or other types of preparation in advance of a hospital procedure would be an effective use of the housing space/living unit.

**What are the clinical staffing requirements for both the clinical area and the living unit and the components thereof that would require additional staff (as opposed to a shift of existing staff)?**

Phoenix-Baker is currently staffed as a 49-bed IPC. After the Phoenix Baker IPC vacates, and if the unit is used for overnight colonoscopy preparations and outpatient procedures, then it will likely require 1-2 nursing staff when the unit is being utilized. To staff for colonoscopy preparation and outpatient procedures, it is estimated needing 1 RN 24/7 (4.2 FTEs)[1] and 1 LPN 24/7 (4.2 FTEs)[2].

It is anticipated that Phoenix-Baker would be operational six days per week. This would allow for colonoscopy preparations to take place on a Sunday for procedures that are scheduled on Monday. Outpatient procedures (echocardiograms, treadmill stress tests) would take place at Phoenix-Baker Monday through Friday. The maximum number of colonoscopy preparations would be 15-20 at a time.

/ / /

/ / /

---

[1] Cost of RN at $42.50 per hour: 4.2 FTEs (for 24/7 staffing) = approx. $371,000 per year (not including ERE)

[2] Cost of LPN at $33.95 per hour: 42.FTEs (for 24/7 staffing) = approx. $297,000 per year (not including ERE)

**What are the custody staffing requirements for the clinical area and the living unit and the components thereof that would require additional staff (as opposed to a shift of existing staff)?**

Currently, there are private, secure rooms at ASPC Phoenix-Baker that could house all custody levels, and be staffed accordingly. This would entail the utilization of approximately twenty beds for colonoscopy preparations and outpatient procedures for echocardiograms and stress tests. To staff for colonoscopy preparations and outpatient procedures, it is estimated needing 10.8 FTEs. To be clear, ADCRR intends on shifting existing staff to fill this need and does not anticipate needing to hire additional custody staff.

## II.    CONTEMPT MONEY DISBURSEMENT

Because the funding source for the sanctions came from an appropriated fund, ADCRR believes it is best if the funds remain external to the State. There are complications with funds returning to the State given the strings attached to appropriated funds and treatment of those funds should they be returned. *See* A.R.S. 35-142, 35-146, *Navajo Tribe v. Arizona Dep't of Admin.*, 111 Ariz. 279, 528 P.2d 623 (1974). Once the final uses are approved, however, ADCRR will need to be involved in additional discussions to ensure equipment is appropriately received by ADCRR and asset-booking requirements are met.

Both parties agree that the money should remain with the Court at this time and be reevaluated once the account is spent down and/or at the 1.5-year mark. If there is a desire to place the funds in an account that earns interest, the funds **must** remain outside the State. Interest-earning accounts are defined by statute and monies received from interest must be placed in separate funds and accounts. *See e.g.*, A.R.S. 35-142.

DATED this 31ˢᵗ day of October, 2023.

| | |
|---|---|
| **STRUCK LOVE BOJANOWSKI & ACEDO, PLC** | **ACLU NATIONAL PRISON PROJECT** |

By s/ Daniel P. Struck

    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

    KRISTIN K. MAYES
    ATTORNEY GENERAL

    Gregory Honig
    Lucy M. Rand
    Assistant Attorneys General
    2005 North Central Avenue
    Phoenix, AZ  85004-1592

*Attorneys for Defendants*

By: s/ Corene T. Kendrick
    Corene T. Kendrick (Cal. 226642)*

**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Tel: (202) 393-4930
Email:  ckendrick@aclu.org

David C. Fathi (Wash. 24893)**
Maria V. Morris (D.C. 1697904)*
Eunice Hyunhye Cho (D.C. 1708073)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email: dfathi@aclu.org
    mmorris@aclu.org
    echo@aclu.org

*Admitted *pro hac vice*

**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Rita K. Lomio (Cal. 254501)*
    Sophie Hart (Cal. 321663)*
    **PRISON LAW OFFICE**
    1917 Fifth Street
    Berkeley, California 94710
    Telephone:  (510) 280-2621
    Email:  dspecter@prisonlaw.com
    ahardy@prisonlaw.com
    snorman@prisonlaw.com
    rlomio@prisonlaw.com
    sophieh@prisonlaw.com

    *Admitted *pro hac vice*

1   Jared G. Keenan (Bar No. 027068)
    **ACLU FOUNDATION OF**
2   **ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
4   Email:  jkeenan@acluaz.org

5   *Attorneys for Plaintiffs Shawn Jensen,*
    *Dustin Brislan, Robert Gamez, Jonathan*
6   *Gonzalez, Jason Johnson, Kendall*
    *Johnson, Joshua Polson, Laura Redmond,*
7   *Sonia Rodriguez, Ronald Slavin, Jeremy*
    *Smith, and Christina Verduzco, on behalf*
8   *of themselves and all others similarly*
    *situated*
9
    **ARIZONA CENTER FOR**
10  **DISABILITY LAW**

11  By:   s/ Maya Abela
        Asim Dietrich (Bar No. 027927)
12      5025 East Washington Street, Ste. 202
        Phoenix, Arizona 85034
13      Telephone:  (602) 274-6287
        Email: adietrich@azdisabilitylaw.org
14
        Rose A. Daly-Rooney (Bar No. 015690)
15      Maya Abela (Bar No. 027232)
        **ARIZONA CENTER FOR**
16      **DISABILITY LAW**
        177 North Church Avenue, Suite 800
17      Tucson, Arizona 85701
        Telephone:  (520) 327-9547
18      Email: rdalyrooney@azdisabilitylaw.org
            mabela@azdisabilitylaw.org
19
    *Attorneys for Arizona Center for Disability*
20  *Law*

21

22

23

24

25

26

27

28

# EXHIBIT A

**MᴄKESSON**
*Empowering Healthcare*

**Price Quote**

Prices reflected may not apply to all ship-to locations and are subject to vendor eligibility requirements and approvals

| McKesson Medical-Surgical | Aspc Perryville 205-552-1719 |
|---|---|
| Customer Svc Phone: (800) 755-2090 | Attn Naphcare Medica |
| Customer Svc Fax: (866) 393-1084 | 2105 N Citrus Rd |
| | Goodyear, AZ 85395-9204 |
| | Account Number: 390429 |
| | Ship To Number: 83631498 |

| Quote Total | PO Num | Header Comment |
|---|---|---|
| $11,282.16 | | |

| Item Num | Qty | UOM | Vendor Abbr | Catalog Num | Full Item Desc | Price |
|---|---|---|---|---|---|---|
| 871372 | 1 | EA | Midmrk | 630-010 | Chair, Procedure 630 Pwr Non-Prgrm W/recpt W/o Top | $10,506.12 |
| 1089319 | 1 | EA | Midmrk | 002-10108-856 | Top, Upholstered F/630 Procedure Table Dark Linen 28" | $776.04 |

11

# EXHIBIT B

```
                              Subtotal:    $25,589.40
                              Tax 10.712%  $ 2,741.14

GRAINGER.                     Total:       $28,330.54
```

# Cart

## Cart Summary

| | | |
|---|---|---|
| Subtotal | **$25,589.40** | Estimated Shipping |
| **FREE** | | |

**Estimated Total** $25,589.40

**SC JOHNSON PROFESSIONAL**

**Sunscreen Lotion Dispenser: Manual, 1 L Refill Size, Liquid, White, Glossy**

Item # 35YX94

Qty **18**

Your Price
**$4.10** / each

Total **$73.80**

Availability
Expected to arrive **Tue. Oct 31.**

*1 LITER*

**SC JOHNSON PROFESSIONAL**

**Sunscreen: 6 PK**

Item # 35YX91

Qty **60**

Your Price
**$425.26** / pkg. of 6

Total **$25,515.60**

Availability

*4 LITERS*
*ONE GALLON*
⚠ 3 expected to arrive **Tue. Oct 31.** Balance expected to arrive by end of **Nov, 2023.**

*6 liters = 1.58 gallon*

13

# EXHIBIT C



# EXHIBIT D

| Keefe Item number | Description | Case Size | Price per case delivered to each facility | Cost Per Unit |
|---|---|---|---|---|
| 20816 | GOODSENSE_ANTACID LIQUID LIKE MYLANTA_MAXIMUM STRENGTH_12 OZ_12/CS | 12 | $57.91 | $4.83 |
| 80008520 | ROLAIDS_ANTACID_EXTRA STENGTH MINT_3EA/PK, 36EA/SLEEVE, 216EA/CS_ROLL | 216 | $138.86 | $0.64 |
| 21867 | GOODSENSE_ANTACID TABLETS_CALCIUM TABS ASST FRUIT_24/CS_150 CT | 24 | $68.21 | $2.84 |
| 24919 | GOODSENSE_ACID REDUCER_FAMOTIDINE 20 MG_24/CS_25 CT | 24 | $121.79 | $5.07 |
| 24929 | GOODSENSE_ALLERGY RELIEF_LORATIDINE 10 MG_24/CS_20 CT | 24 | $54.86 | $2.29 |
| 21692 | NEW DAY_ACETAMINOPHEN_325 MG_24/CS_CLEAR PLASTIC 100 CT | 24 | $48.33 | $2.01 |
| 24526 | MCKESSON_ACETAMINOPHEN_NON ASPIRIN REGULAR 325MG_250/CS_2 PK | 250 | $16.34 | $0.07 |
| 80003392 | MCKESSON_IBUPROFEN_200 MG_200/CS_2 PK | 200 | $25.84 | $0.13 |
| 22688 | REJUVILIFE_ASPIRIN_REJUVILIFE ASPIRIN 325 MG_24 CT_12/CS___ | 24 | $9.26 | $0.39 |
| 21428 | MCKESSON_ASPIRIN_325 MG_250PK/CS_2 PK | 250 | $8.86 | $0.04 |
| 80005480 | GOODSENSE_NAPROXEN_220 MG TABLETS_24/CS_24 CT | 24 | $54.14 | $2.26 |
| 21984 | GOODSENSE_SALINE NASAL SPRAY_LIKE OCEAN NASAL MIST_1.5 OZ_6/CS_ | 6 | $8.89 | $1.48 |
| 80000674 | PALMERS_LOTION_COCOA BUTTER CREAM_3.75 OZ_12/CS_TUBE | 12 | $53.49 | $4.46 |
| 24967 | INFUZED_LOTION_DLY BDY COCONUT LIME_15 OZ_12/CS___ | 12 | $17.80 | $1.48 |
| 80008054 | FRESHSCENT_LOTION_HAND & BODY_8 OZ_36/CS | 36 | $35.29 | $0.98 |
| 26044 | TONE_LOTION_CCB HAND & BODY_12 OZ_6/CS___ | 6 | $17.41 | $2.90 |
| 24968 | INFUZED_LOTION_COCOA SHEA BODY_15 OZ_12/CS___ | 12 | $17.84 | $1.49 |
| 80002095 | OFF FAMILY CARE_INSECT REPELLENT__6 OZ_12/CS_SPRITZ BOTTLE__ | 12 | $72.76 | $6.06 |
| 21069 | SEA BOND_DENTURE ADHESIVE SEALS_UPPERS_15 CT_24/CS_BOX__ | 24 | $89.83 | $3.74 |
| 21074 | SEA BOND_DENTURE ADHESIVE SEALS_LOWERS_15 CT_24/CS_BOX__ | 24 | $89.83 | $3.74 |
| 8000805099 | SHARKEYES_READING GLASSES_POLYCARBONATE LENSE_2.0 DIOPTER_DEMI/TORTOISE_ | 1 | $1.29 | $1.29 |
| 24726 | CAREALL_OINTMENT_TRIPLE ANTIBIOTIC_1 OZ_24/PK 3PK/CS___ | 72 | $122.54 | $1.70 |
| 26147 | GOODSENSE_BANDAGE_SHEER_.75 X 3 IN 10 CT_10/BX 72BX/CS___ | 72 | $55.76 | $0.77 |
| 24723 | CAREALL_HYDROCORTISONE CREAM_MAX STRENGTH 1%_1 OZ_72/CS___ | 72 | $82.07 | $1.14 |
| 20329 | HERITAGE_ANTIFUNGAL POWDER_MED TOLNAFTATE 1%_3 OZ_24/CS_CORNSTARCH | 24 | $37.90 | $1.58 |

# EXHIBIT E



# First Source

3495 Winston Place
Bldg E, Ste 1
Rochester, NY 14623
1-800-349-5980
1stsourceimaging.com

# QUOTE 5493

Date: 10/27/2023

| Customer | Payment terms |
|---|---|
| NaphCare<br>2090 Columbiana Rd. Ste 4000<br>Birmingham, AL 35216 | 50% Deposit, 50% Net 30 |

| Qty | Description | Price |
|---|---|---|
| 1 | **E-CUBE i7 System**<br><br>The high-performance color Doppler hand carried ultrasound system with full digital beamforming technology:<br><br>• Fast boot-up time with SSD (Solid-State Drive)<br>• Ergonomic design with sliding type keyboard cover<br>• 15.6" high-resolution monitor<br>• 1 active transducer port<br>• Default SRI (Speckle Reduction Imaging)<br>• THI (Tissue Harmonic Imaging)<br>• DICOM 3.0 Connectivity<br>• 94W battery<br>• Steered Cardio (CW module (Board + S/W license))<br><br>Includes:<br><br>• 1 Active transducer port<br>• Basic M&R, Ghost Solution Suite 9<br>• English quick guide (printed), English user manual (CD), OS CD, Application CD<br>• 0.25L Sono Gel | $29,995.00 |
| 1 | **Ultrasound: Convex Transducer (1-6MHz)** | $0.00 |
| 1 | **Ultrasound: Linear Transducer (3-12MHz)** | $0.00 |
| 1 | **Ultrasound: Phased Array Transducer - * Cardiology / 1MHz to 6MHz** | $0.00 |
| 1 | **Ultrasound: Endocavity Transducer (straight type) 3-10MHz** | $4,270 |
| 1 | **Ultrasound: Auto IMT** | $0.00 |
| 1 | **Ultrasound: Advanced Speckle Reduction Imaging** | $0.00 |
| 1 | **Ultrasound: Filtered Tissue Harmonic Imaging** | $0.00 |
| 1 | **Ultrasound: Spatial Compounding Imaging** | $0.00 |
| 1 | **Ultrasound: DICOM 3.0 Connectivity / DICOM Modality Worklist** | $0.00 |
| 1 | **Ultrasound - Cardiovascular Measurement & Report Standard** | $0.00 |



# First Source

3495 Winston Place
Bldg E, Ste 1
Rochester, NY 14623
1-800-349-5980
1stsourceimaging.com

## QUOTE 5493

Date: 10/27/2023

| | | |
|---|---|---|
| 1 | Ultrasound - Cardiovascular Measurement & Report Professional *Full Version* | $0.00 |
| 1 | Ultrasound: Soft cover carrying case | $0.00 |
| 1 | Remote Training from AlpinionUSA | $0.00 |
| 1 | 2 Year Total Parts & Transducer Warranty for E-Cube i7 Portable<br><br>* Total Care Depot warranty on all components of the system and transducers. Including unlimited system software updates and remote assistance. | $0.00 |
| | Shipping & Handling | $350.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| Total | $30,345.00 |
| Deposit Required: | $15,172.50 |

# EXHIBIT F

**MᴄKESSON**

*Empowering Healthcare*

**Price Quote**

Prices reflected may not apply to all ship-to locations and are subject to vendor eligibility requirements and approvals

| McKesson Medical-Surgical | Aspc Tucson |
|---|---|
| Customer Svc Phone: (800) 755-2090 | Attn: Naphcare Medical |
| Customer Svc Fax: (866) 393-1084 | 10000 S Wilmot Rd |
| | Tucson, AZ 85756-8699 |
| | Account Number: 390429 |
| | Ship To Number: 83722604 |

| Quote Total | PO Num | Header Comment |
|---|---|---|
| $32,651.07 | | |

| Item Num | Qty | UOM | Vendor Abbr | Catalog Num | Full Item Desc | Price |
|---|---|---|---|---|---|---|
| 1004444 | 1 | EA | Wa | QS6-MLTC1 | Stress System, Mid W/treadmill | $21,501.92 |
| 1020210 | 1 | EA | Wa | 41000-036-51 | Stress Kit, Wam Aha W/short Lead | $655.05 |
| 1229462 | 1 | EA | Wa | S9-QSTM-PROPL-3 | Warranty, Smartcare Protectionplus 3yr | $10,494.10 |