**Name and Prisoner/Booking Number:** Alfred "Erika" Caraffa ADC#350727

**Place of Confinement:** Arizona State Prison Complex - Tucson

**Mailing Address:** PO Box 24403

**City, State, Zip Code:** Tucson, AZ 85734

(Failure to notify the Court of your change of address may result in dismissal of this action.)

original (5 pgs)

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

NOV 01 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

"Alfred Erika" Caraffa ADC#350727 et.al.,
(Full Name of Plaintiff)

Filed under 28 USC section 1711 Retroactive with 2-12-cv-00601-PHX-ROS (ESW)

Plaintiff,

v.

(1) ADCRR et.al.,
(Full Name of Defendant)

(2) State of Arizona,

(3) Ryan Thornell,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: Retroactive with 2-23-CV-01584-PHX-ROS-

2. Institution/city where violation occurred: ASPC-Tuc/Tucson AZ - State of Arizona

## B. DEFENDANTS

1. Name of first Defendant: **ADCRR**. The first Defendant is employed as: **Arizona Dept. of Corrections** (Position and Title) at **State government entity** (Institution)

2. Name of second Defendant: **State of Arizona**. The second Defendant is employed as: **the State of Arizona** (Position and Title) at **State government entity** (Institution)

3. Name of third Defendant: **Ryan Thornell**. The third Defendant is employed as: **Director of Prisons** (Position and Title) at **State government entity** (Institution)

4. Name of fourth Defendant: **NONE**. The fourth Defendant is employed as: **NONE** (Position and Title) at **NONE** (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **130**   Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **See Quary** v. **Search**
      2. Court and case number: **See Quary Search**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **See Quary Search**

   b. Second prior lawsuit:
      1. Parties: **N/A** v. **N/A**
      2. Court and case number: **N/A**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

   c. Third prior lawsuit:
      1. Parties: **N/A** v. **N/A**
      2. Court and case number: **N/A**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Eighth Amendment U.S. Constitution.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On October 14th 2023 And on Oct. 15th 2023 the Defendants Again failed to provide three meals per day to the prison population at Rincon Unit ASPC-Tucson per the U.S. District Court's order and Injunction.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Deprived Food As ordered by the United States District Court.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Already in favor of the Plaintiffs

## COUNT II

1. State the constitutional or other federal civil right that was violated: 8th Amendment United States Constitution.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. On Oct. 21st 2023 and on Oct. 22nd 2023 the Defendant(s) failed to provide three meals per day to the prison population of Rincon Unit in the Arizona State Prison Complex Tucson as per the federal U.S. District Courts' Order and Injunction.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Deprived food ordered by the U.S. District Court to provide

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

E. **REQUEST FOR RELIEF**

State the relief you are seeking: for October 14th 2023 The class seeks the Sum of 5 million Dollars each And For Oct 15th 2023 the class seeks the Sum of 7 Million Dollars each. for 10/21/23 ~~it~~ the class seeks the Sum of 10 Million Dollars each, and for 10/22/23 the class seeks $5 Million Dollars each Plus Interest

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Oct 18th 2023
DATE

_____
SIGNATURE OF PLAINTIFF

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

N/A
(Attorney's address & telephone number)

**ADDITIONAL PAGES**

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.