# EXHIBIT 1

# EXHIBIT 1

1  KRISTIN K. MAYES
   ATTORNEY GENERAL
2
   Gregory Honig, Bar No. 018804
3  Lucy M. Rand, Bar No. 026919
   Assistant Attorneys General
4  2005 North Central Avenue
   Phoenix, AZ  85004-1592
5  Telephone: (602) 542-1645
   Fax: (602) 542-7670
6  Gregory.Honig@azag.gov
   Lucy.Rand@azag.gov
7

8  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
9  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
10 STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
11 Chandler, Arizona  85226
   Telephone:  (480) 420-1600
12 Fax:  (480) 420-1695
   dstruck@strucklove.com
13 rlove@strucklove.com
   tbojanowski@strucklove.com
14 nacedo@strucklove.com

15 *Attorneys for Defendants*

16
                    **UNITED STATES DISTRICT COURT**
17
                         **DISTRICT OF ARIZONA**
18

19 Shawn Jensen, et al.,                    NO. CV-12-00601-PHX-ROS

                                Plaintiffs,
20
           v.                               **DECLARATION OF E. ALTIGIERI**
21
   Ryan Thornell, et al.,
22
                                Defendants.
23

24
       I, E. Altigieri, make the following Declaration:
25
       1.     I am over the age of 18 years and have personal knowledge of and am
26
   competent to testify to the matters set forth in this Declaration.
27
   / / /
28

1    2.    I have personal knowledge that the matters in this Declaration are true and

2    correct.  If called upon as a witness, I could competently testify to all facts stated herein

3    from my own personal knowledge.

4    3.    I have been with the Arizona Department of Corrections, Rehabilitation and

5    Reentry ("ADCRR") since November 2010 serving as a Corrections Officer ("CO") II from

6    November 2010 through January 2014; a CO III from January 2014 through February 2018;

7    a CO IV from February 2018 through October 2022; Operations Compliance Monitor from

8    October 2022 through July 2023; and am currently Restrictive Housing Administrator since

9    July 2023.

10    4.    As a CO IV, I managed a maximum custody facility, including housing,

11    movement, programming, schedules, etc.

12    5.    As the Operations Compliance Monitor during the period of time when the

13    *Jensen* Stipulation was in effect, I became involved in the Maximum Custody notebook

14    process.

15    6.    After the Permanent Injunction was issued and ADCRR halted the Maximum

16    Custody notebook reviews, I assisted in revamping the documentation and review process

17    to ensure compliance with the Injunction.

18    7.    I am currently the Restrictive Housing Administrator for ADCRR, and have

19    overall responsibility for all aspects of Restrictive Housing within ADCRR, including

20    ensuring compliance with the Permanent Injunction. I have held this position since July

21    2023.

22    8.    I have been on site since the inception of the Electronic Offender Management

23    System ("EOMS") at ASPC-Eyman, Browning Unit, and have worked closely with this

24    new system. As a result, I am aware of the capabilities and functionality of the system.

25    9.    I have reviewed the Responses to Defendants' Response to Scott Frakes'

26    Staffing Analysis and Plan submitted by Mr. Frakes and Plaintiffs and have investigated

27    some of the assertions submitted within the Responses.

28

1    10.    Plaintiffs question Defendants' staffing proposal, asserting that when an

2  emergency occurs while a single pair of Floor Officers are escorting someone outside of

3  their cell, the Floor Rover would be unable to open the cell door or take the person to

4  medical as the only person on the unit.  Dkt. 4497 at p. 5.  During an emergency, however,

5  an ICS is initiated to allow for additional resources to help manage the emergency.  During

6  an ICS, there does not have to be two staff at a door to access a cell. Staff would remain in

7  the detention unit while another staff member escorted the prisoner to medical.  *See* DO

8  706.

9    11.    Plaintiffs also assert that Defendants have not explained how a single pair of

10  Floor Officers could do all the things that they are required to do in a detention unit.  *Id.*

11  But they would be able to attend to all of their duties, as the Floor Rover would be

12  responsible for the safety and security checks in the housing unit.

13    12.    Plaintiffs also point out that Defendants did not produce any information

14  regarding the detention unit at Douglas.  *Id.* This is because Douglas was not part of the

15  sample chosen for this period of time. Defendants have been and continue to utilize samples

16  in the manner in which the Court Monitor has directed.

17    13.    Plaintiffs are concerned that a number of files chosen to show out-of-cell

18  ("OOC") time for subclass members show less than a week. *Id.* But that is because the OOC

19  sheets are chosen randomly, and many of the files chosen include prisoners who have not

20  been housed in a detention unit for an entire week.

21    14.    Plaintiffs note that tracking forms from Lewis Bachman reflect lunch being

22  offered separately from breakfast on certain days, indicating that they are not accurately

23  reflecting what is happening in the housing unit. Dkt. 4497 at p. 6. In this instance, though,

24  we determined that the Sergeant who had reviewed the OOC sheets during a document

25  review had improperly annotated these meals. An IR was generated by Sgt. Brown on this

26  incident, and the Sergeant has been directed as to the appropriate manner in which to review

27  the OOC sheets.  (*See* Exhibit 1, 10/28/23 Information Report # 23-L09-00246.)

28

1    15.    Plaintiffs also raised concerns about a recreation refusal being annotated on

2    an OOC tracking sheet from Tucson having a refusal to recreate and offer to lunch refusals

3    annotated, but crossed out. *Id.* ADCRR investigated these discrepancies on the sheet, and

4    determined that they had been incorrectly written on the wrong sheet, but crossed off when

5    staff discovered the errors. Staff have been instructed to submit IRs when mistakes like this

6    occur. (*See* Exhibit 2, 10/27/23 Information Report # 23-C01-7476, and Exhibit 3, 10/27/23

7    Information Report # 23-C01-7477.)

8    16.    Plaintiffs also have concerns about the tracking of the time meals are served.

9    Dkt. 4497 at p. 7. Plaintiffs are correct that the time being annotated is the time that meals

10    are being served on the unit. The fact that all prisoners on the unit received a meal, however,

11    is easy to track, as the number of meals served and the total number of prisoners in the unit

12    can be annotated and compared.

13    17.    Plaintiffs have concerns that recreation is being offered in a "manner intended

14    to discourage people from going to recreation". Dkt. 4497 at p. 9. In the situations noted,

15    the refusal videos have been pulled, showing that the prisoners are declining on camera.

16    Moreover, recreation was offered for later in the day, not at 5 a.m. This practice, though,

17    has been amended to ensure that real-time offerings are taking place.

18    18.    Plaintiffs are also concerned that at Eyman there are no logs reflecting that

19    officers are conducting checks on prisoners when they are out to recreation. Dkt. 4497 at p.

20    10. This is because this recreation was occurring in the pod.  The officer can see the prisoner

21    while he is recreating, which is an appropriate check.

22    19.    Plaintiffs also noted that prisoners are locked in the shower for excessive

23    amounts of time. Dkt. 4497 at p. 11. Upon review of these individual situations, we were

24    able to determine that this did not occur and is simply an issue with inadequate

25    recordkeeping. (*See* Exhibits 4-6, Inmate letters relating to shower issue.)

26

27

28

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed in _Phoenix_ , Arizona on _November 6th_, 2023.

3

4    E. Altigieri

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

**ATTACHMENT 1**

**ATTACHMENT 1**



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Information Report**

| | |
|---|---|
| Report Number | 23-L09-00246 |
| Report Date | 10-28-2023 |
| Page | 1-2 |

| To | Title | Unit |
|---|---|---|
| Loven | Captian | Aspc/Lewis/Bachman |

| From | Title | Unit |
|---|---|---|
| Berg | CPL | Aspc/Lewis/Bachman |

| Subject |
|---|
| OOC Sheet |

## Staff Involved

| Employee Name *(Last, First M.I)* | Title | Badge Number |
|---|---|---|
| Berg, J | Cpl | 7140 |
| Employee Name *(Last, First M.I)* | Title | Badge Number |
| | | |

## Intel

| Intelligence Category 1 | | Intelligence Category 2 | |
|---|---|---|---|
| Source Type | Source's Last Name | | Source's ADCRR Number |
| | | | |

## Inmates Involved

| Inmate Name *(Last, First M.I)* | ADCRR Number | Unit | HU/BED | Involved As |
|---|---|---|---|---|
| | | | | |
| Inmate Name *(Last, First M.I)* | ADCRR Number | Unit | HU/BED | Involved As |
| | | | | |

| Time | Date | Location |
|---|---|---|
| 1000 | 10-28-2023 | BDU |

## Summary

Summary

On 09-02-2023 and 09-03-2023 at approximately 1000 hours a notation was made on the OOC sheets in Bachman Detention Unit on sat and Sunday day shift for feeding. Feeding is not conducted on the weekends on day shift and all Bachman Detention Staff are aware of this and did not feed on 09-02-2023 and 09-03-2023. On 09-02-2023 and 09-03-2023 Bachman Detention Staff did not notate on the OOC sheets feeding was completed. On 10-28-2023 at approximately 0654 hours this report was written and completed by Cpl. Berg, J #7140 end of report.

| Employee's Signature | Title |
|---|---|
| *Berg* | *CPL.* |

## Action Taken

Comments/Action Taken  *WRITTEN FOR DOCUMENTATIONAL PURPOSES*

| Employee's Signature | Title |
|---|---|
| *M Brown* | *Sgt* |

| Distribution *(Check all that apply)* | Entered into Database |
|---|---|
| ☐ _____ | By _____ |
| ☐ _____ | Date _____ |
| ☐ _____ | |

105-2
8/6/09

**ATTACHMENT 2**

**ATTACHMENT 2**



# Arizona Department of Corrections
## Rehabilitation and Reentry
### Information Report

| | |
|---|---|
| Report Number | 23-C09-7476 |
| Report Date | 10/27/2023 |
| Page | 1 of 2 |

| To | Title | Unit |
|---|---|---|
| Wendus | Sgt | Rincon |

| From | Title | Unit |
|---|---|---|
| Amerson | COII | Rincon |

| Subject |
|---|
| Confidential |

## Staff Involved

| Employee Name (Last, First M.I) | Title | Badge Number |
|---|---|---|
| Amerson, Brandon | COII | 13216 |
| Employee Name (Last, First M.I) | Title | Badge Number |
| | | |

## Intel

| Intelligence Category 1 | Intelligence Category 2 |
|---|---|
| | |

| Source Type | Source's Last Name | Source's ADCRR Number |
|---|---|---|
| | | |

## Inmates Involved

| Inmate Name (Last, First M.I) | ADCRR Number | Unit | HU/BED | Involved As |
|---|---|---|---|---|
| | | | | |
| Inmate Name (Last, First M.I) | ADCRR Number | Unit | HU/BED | Involved As |
| | | | | |

| Time | Date | Location |
|---|---|---|
| 1315 | 10/27/2023 | ASPC-Tucson Rincon House 8 |

## Summary

Summary

On 10/27/2023 at 1315 hours I COII Amerson#13216 am writing this IR regarding an error I made on an OOC sheet dated 09/08/2023. While filling out the OOC sheets after a recreation turnout, I wrote the wrong information on the wrong sheet. I immediately noticed the discrepancy and I crossed it out with a single line and signed it with my initials as directed. End of report.

| Employee's Signature | Title |
|---|---|
| [signature] | COII |

## Action Taken

Comments/Action Taken   For documentation purposes. Forwarded to Rincon administration for review.

| Employee's Signature | Title |
|---|---|
| [signature] | Sgt |

| Distribution (Check all that apply) | Entered into Database |
|---|---|
| ☐ _____ | By _____ |
| ☐ _____ | Date _____ |
| ☐ _____ | |

105-2
8/6/09

Information Report Supplemental Sheet

| | | |
|---|---|---|
| Report Number | 23-C01-7476 | |
| Report Date | 10/27/2023 | |
| Page | 2 of 2 | |

| To | Date |
|---|---|
| | 10/27/23 |

**Comments/Action Taken**

Staff wrote on the wrong inmates DOC sheet. The mistake was corrected. In the future staff have been advised to mark or remove the sheets as soon as an inmate leaves

| Employee's Signature | Job Title |
|---|---|
| Barnuccio, Tracy | COIV |

| To | Date |
|---|---|
| | |

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|
| | |

| To | Date |
|---|---|
| | |

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|
| | |

| To | Date |
|---|---|
| | |

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|
| | |

| To | Date |
|---|---|
| | |

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|
| | |

Distribution (Same as first page)

105-2
8/6/09

**ATTACHMENT 3**

**ATTACHMENT 3**



| Arizona Department of Corrections Rehabilitation and Reentry Information Report | | Report Number | 23-C01-7477 |
|---|---|---|---|
| | | Report Date | 10/27/2023 |
| | | Page | 1 of 2 |

| To | Title | Unit |
|---|---|---|
| Wendus | Sgt | Rincon |
| From | Title | Unit |
| Freeling | COII | Rincon |

| Subject |
|---|
| Confidential |

## Staff Involved

| Employee Name *(Last, First M.I)* | Title | Badge Number |
|---|---|---|
| | | |
| Employee Name *(Last, First M.I)* | Title | Badge Number |
| | | |

## Intel

| Intelligence Category 1 | Intelligence Category 2 |
|---|---|
| | |

| Source Type | Source's Last Name | Source's ADCRR Number |
|---|---|---|
| | | |

## Inmates Involved

| Inmate Name *(Last, First M.I)* | ADCRR Number | Unit | HU/BED | Involved As |
|---|---|---|---|---|
| | | | | |
| Inmate Name *(Last, First M.I)* | ADCRR Number | Unit | HU/BED | Involved As |
| | | | | |

| Time | Date | Location |
|---|---|---|
| 1320 | 10/27/2023 | ASPC-Tucson Rincon House 8 |

## Summary

Summary

On 10/27/2023 at 1320 hours I, COII Freeling EIN 203284 was notified of a discrepancy and error made on my behalf on an OOC sheet on 09/08/2023 for a recreation log. While I, COII Freeling, made the error, I corrected it with a single line and with my initials through the error as I was directed to. End of report.

| Employee's Signature | Title |
|---|---|
| | COII |

## Action Taken

Comments/Action Taken *For documentation purposes. Forwarded to Rincon administration for review.*

| Employee's Signature | Title |
|---|---|
| | Sgt |

| Distribution *(Check all that apply)* | Entered into Database |
|---|---|
| ☐ _____ | By _____ |
| ☐ _____ | Date _____ |
| ☐ _____ | |

105-2
8/6/09

**Information Report Supplemental Sheet**

| Report Number | 23-C01-7476 |
| Report Date | 10/27/2023 |
| Page | 2 of 2 |

| To | Date 10/27/23 |
|---|---|

**Comments/Action Taken**

Staff wrote on the wrong inmates OOC sheet. The mistake was corrected. In the future staff have been advised to mark or remove the sheets as soon as an inmate leaves

| Employee's Signature Barucio, Tracy | Job Title COIV |
|---|---|

| To | Date |
|---|---|

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|

| To | Date |
|---|---|

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|

| To | Date |
|---|---|

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|

| To | Date |
|---|---|

**Comments/Action Taken**

| Employee Signature | Job Title |
|---|---|

Distribution (Same as first page)

105-2
8/6/09

2 of 2

**ATTACHMENT 4**

**ATTACHMENT 4**

**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Inmate Letter**

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Cockerthern Vinny | 353035 | SMU 1 | 10-30-23 |

| TO | LOCATION |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

This is Jimmy Lockorthern and i was not in the snower for 13 Hours on 8/3/23 !!

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 10-30-23 |

Have you addressed this with Department staff?   ☐ Yes ☐ No

If yes, give the staff member's name and the date you addressed with them:

_____   _____
(Staff Member's Name)  (Please print)          (Date addressed)

*Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

Distribution:  Original – Master File
               Copy - Inmate

916-1
7/25/19

**ATTACHMENT 5**

**ATTACHMENT 5**



**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED.   Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Sanford Garrett H | 315766 | ASPC Eeos/morey | 10/31/2023 |

| TO | LOCATION |
|---|---|
|  |  |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

During my Stay at Browning Unit, September especially I was never left in the Shower for any longer than 15 to 20 minutes Maximum.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
|  | 10-31-23 |

Have you addressed this with Department staff?   ☐ Yes ☐ No

If yes, give the staff member's name and the date you addressed with them:

_____                    _____
(Staff Member's Name)  (Please print)                    (Date addressed)

**Note:** *Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

Distribution:   Original – Master File
                       Copy - Inmate

916-1
7/25/19

**ATTACHMENT 6**

**ATTACHMENT 6**



**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Inmate Letter**

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Wansley, Kaleb | 321638 | | |

| TO | LOCATION |
|---|---|
| | |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

I was never left in the shower for an extensive period of time. The officer must have made a mistake

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Kaleb Wansley | 10 30 23 |

Have you addressed this with Department staff?   ☐ Yes ☐ No
If yes, give the staff member's name and the date you addressed with them:

_____ (Staff Member's Name) (Please print)   _____ (Date addressed)

Note:  Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, *Inmate Disciplinary Procedure*.

Distribution:   Original – Master File
Copy - Inmate

916-1
7/25/19