**EXHIBIT 2**

**EXHIBIT 2**

KRISTIN K. MAYES
ATTORNEY GENERAL

Gregory Honig, Bar No. 018804
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-7670
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | NO. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DECLARATION OF E. LAO** |
| Ryan Thornell, et al., | |
| Defendants. | |

I, E. Lao, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I have personal knowledge that the matters in this Declaration are true and correct. If called upon as a witness, I could competently testify to all facts stated herein from my own personal knowledge.

3. I began my career with the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") in 1994, beginning as a Corrections Officer. I was promoted to Sergeant in 1997, Lieutenant in 1999, Captain in 2004, Major in 2006, and Deputy Warden in 2011. In 2019, I became the Security Operations Administrator, my current position. As the Security Operations Administrator, I am responsible for security technology integration, conducting security assessments on all state and private prison complexes, developing operational procedures and policy reviews of security related policies, and overseeing the Statewide Special Security Unit Coordinator.

4. Conducting security assessments of the state prison complexes includes determining the appropriate number of security staff to safely, effectively, and efficiently operate the detention units housing the subclass members.

5. I am also familiar with the methodology which ADCRR utilizes when calculating a shift relief factor for security posts. This methodology is similar to what is utilized across the country in prison facilities when calculating shift relief factors.

6. The shift relief factor is the identification of the number of staff working full time that need to be allocated to ensure that a post is covered for the operational period on a continuous basis. The purpose of calculating the relief factor is to identify the required staff that need to be allocated to each post to allow continuous coverage. Calculation of the relief factor essentially takes into consideration the number of days in a year and dividing the number of workdays a staff is available to work that year.

7. There are four variables that are taken into consideration when calculating the relief factor and are as follows:

   1) Post operational period - how often the post should be filled and for how many hours;

   2) Post operational schedule – the number of days per week the post is required to operate;

      3) Post relief requirement – if the post coverage needs to be relieved during the operational period; and

      4) Employee leave – typical employee leave usage.

8. The calculation of the relief factor identifies the total number of workdays the staff is available per year. To calculate this the following variables are cumulatively added.

- Employee days off
- Average paid leave usage (Annual Leave/Compensatory Leave/ Holiday Leave)
- Sick Leave Usage
- Training
- Unpaid Leave
- Other (i.e. civic duty / temporary work assignment)

9. The sum of all these variables gives the total the number of workdays that an employee is unavailable for work in a year.

10. Putting that into perspective, the ADCRR 12 Hour Staffing model calculates the number of days an employee is unavailable based on the following:

- 182 - Staff days off (3 days on long work week x 26 weeks and 4 days on short work week x 26 weeks)
- 15 – (Annual/Compensatory/Holiday leave taken)
- 7 – Paid Sick Leave taken
- 5 - In service training
- 1 – Military Leave
- 3 – LWOP (unpaid leave)
- 1 – Other (civic duty / temporary work assignment)
- 6 – Pre Service Training

Summing up all these anticipated leave usage equals **220 days.**

11. The next step is to calculate the number of available days an employee is available to work per year. To obtain this, the number of days in a year must be subtracted with the employee anticipated leave usage.

12. 365 days per year minus 220 days (anticipated leave usage) equals 145 total workdays the employee is available to work per year.

13. The ADCRR Relief factor is calculated based on the following:

- Days per Year – 365
- Staff workdays available per year – 145

3

14. 365 days per year divided (/) by 145 days staff available to work per year equals (=) 2.517 Relief Factor.

15. The ADCRR 12-hour staffing model utilizes this relief factor. In this 12-hour model the 7-day continuous coverage is accomplished by offsetting the employee days off so they do not overlap. This allows the coverage of a post in a 7-day period. Employee RDOs are static (fixed) unlike other 12-hour shift platforms. This also requires a lower relief factor compared to other 12-hour platforms with rotating days off. It also allows a more stable workforce to provide consistent delivery of services to the inmate population.

16. The table below illustrates the ADCRR 12-hour platform and coverage for units. ADCRR's model utilizes four quadrants for security posts that require 24-hour coverage / 7 days per week. Quadrants are essentially the set or block of RDOs. Each shift requires two blocks with opposing days off for this model to function.

**Week 1**

|  | Sat | Sun | Mon | Tue | Wed | Thu | Fri |
|---|---|---|---|---|---|---|---|
| AM Front |  | RDO | RDO | RDO | RDO |  |  |
| AM Back | RDO |  |  |  |  | RDO | RDO |

**Week 2**

|  | Sat | Sun | Mon | Tue | Wed | Thu | Fri |
|---|---|---|---|---|---|---|---|
| AM Front |  | RDO | RDO | RDO |  |  |  |
| AM Back | RDO |  |  |  | RDO | RDO | RDO |

**Week 3**

|  | Sat | Sun | Mon | Tue | Wed | Thu | Fri |
|---|---|---|---|---|---|---|---|
| PM Front |  | RDO | RDO | RDO | RDO |  |  |
| AM Back | RDO |  |  |  |  | RDO | RDO |

/ / /

/ / /

/ / /

4

**Week 4**

|         | Sat | Sun | Mon | Tue | Wed | Thu | Fri |
|---------|-----|-----|-----|-----|-----|-----|-----|
| PM Front |     | RDO | RDO | RDO |     |     |     |
| PM Back  | RDO |     |     |     | RDO | RDO | RDO |

## Proposed Staffing Analysis

17. ADCRR does not utilize a complex formula to calculate its 12-hour shift relief factor. The calculation of the relief factor takes into consideration:

   a) The estimated or anticipated number of leave an employee will utilize in a year; and

   b) The staff total amount of workdays per year

18. The ADCRR 12-hour staffing model has 145 workdays per year compared to 182 for other 12-hour platforms. It also has static (non-rotating days off). When taken together, the RDOs provide 7-day coverage.

19. Because of this configuration, it is necessary to have staff assigned in two different, but opposing blocks of RDO sets in the AM or PM shifts to provide the 7-day coverage. These blocks of RDO sets are what ADCRR refers to as quadrants. The two sets of RDO blocks are operationally necessary with this staffing model.

20. ADCRR should be allowed to reallocate staff where they are needed to ensure the use of resources is efficiently maximized. It would not be sound security practice to provide security to a location where it is not needed.

21. The rover position proposed by Mr. Frakes should not be applied in a "cookie cutter" approach. The variation in physical plant layouts, sightlines, and proximity to staff should be taken into consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in ____Pinal____, Arizona on ___Nov 6___, 2023.

_____eL_____
E. Lao