**EXHIBIT 3**

**EXHIBIT 3**



# Arizona Department of Corrections, Rehabilitation, and Reentry

# Prison Operations Memo

**To:**      Wardens

**From:**    Sean Malone, Assistant Director, Prison Operations

**Date:**    November 6th, 2023

**Subject:**  Jensen V Thornell Reviews

---

## Performance of Required Staff Duties

**Summary of Concerns:**

- Emergency response time by assigned Floor staff will be hindered due to other duties being performed.
- A single staff member is not able to open a door to assist with a medical emergency.
- Two staff may not be able to perform all required duties in a detention unit that houses 50-100 people

**Corrective Action:**

- During emergency situations, ICS is initiated and additional staff report to the area to ensure the continuity of operation.
- DO 807 and DO 706 outline the procedures for emergency response to include the ability of a single staff to access a cell in the event of a medical emergency.
- Floor rovers will remain in place and on site to be able to continue with security checks.

## Documentation Production

**Summary of Concerns:**

- Douglas Mohave detention did not produce documentation for the out of cell pick despite housing 18 subclass members.



# Arizona Department of Corrections, Rehabilitation, and Reentry

- Picked inmates were not present during the entire week showing only one or two days of activity.

**Corrective Action:**

- The randomization of the pick did not include Douglas Mohave for the month of September 2023. The process used to pick the random inmates was approved by the monitors as directed. Future picks will continue to be random in order to be transparent.
- The out of cell sheets that are selected at random for review are not excluded based on the number of days in the subclass area. All sheets are reviewed for daily compliance and produced to maintain transparency.

## Immediate Access to Staff

**Summary of Concerns:**

- Inmates are unable to contact staff immediately in the event of an emergency.

**Corrective Action:**

- Rovers will not be permitted to leave their assigned area without proper relief to allow for continued security checks and inmate contact.
- Staff found to be in violation will be instructed to submit documentation and will be subject to progressive discipline.

## Out of Cell Tracking Sheet Findings

**Summary of Concerns:**

- Out of cell tracking forms reflected that lunch was served on the weekend and a holiday.
- This information is inaccurate due to the meal schedule that is in place.
- Staff assigned to review the Out of cell sheets mistakenly annotated this information and then corrected the entry prior to submission of the out of cell sheet.
- Out of cell tracking forms indicate that inmates were offered activities after departure from the subclass areas. These activities include lunch and recreation.



# Arizona Department of Corrections, Rehabilitation, and Reentry

**Corrective Action:**
- Staff will be redirected to not make any annotation on the sheets unless they are the one performing the services.
- Staff found to be in violation will be instructed to submit documentation, subject to retraining and progressive corrective action.
- Unit administration will ensure staff receive training and MAP entries. Training at Browning Unit will be conducted with the ADCRR EOMS leads.
- When discrepancies are found, Wardens will have the staff member interviewed, review video if applicable, and will track all instances of redirection and progressive discipline for production upon request.
- Wardens will be held accountable to ensure the Weekly Warden Memorandums address all discrepancies found, to include any corrective action such as training redirection, MAP entries, Performance Plans and progressive discipline.

**Summary of Concerns:**

- Documentation of time of offered activities are exact indicating that real time documenting is not occurring.

**Corrective Action:**
- Documented times reflect the start and end of meal services. OOC sheets will annotate as closely as possible real time to ensure accurate information is placed on the sheet.
- A Correctional Service Journal entry will be made documenting the arrival and count of trays received and another entry at the conclusion of the meals being served in order to reconcile the number of meals received versus served. The amount of refusals will be noted in the journal and on the OOC sheet and a video recording of the refusal will be obtained as required by the Injunction.

## Recreation Procedures

**Summary of Concerns:**
- Recreation is being offered at an hour that is not reasonable such as 0500 and 0530 possibly discouraging attendance.
- Recreation is also offered in a setting that does not allow socialization.

**Corrective Action:**
- Recreation will not be offered until 0600 hours for all areas.
- Inmates that have been found to properly match in ACIS will be able to attend recreation together despite not being housed together. A thorough review shall



# Arizona Department of Corrections, Rehabilitation, and Reentry

be conducted to ensure do not house with scenarios do not exist and housing status is alike.

- In an effort to promote socialization activities, all Detention areas will be evaluated for the introduction of tables. The tables will be utilized to provide additional recreation opportunities, programming and out of cell time for all inmates.

## Security Checks

**Summary of Concerns:**

- Security checks are not being conducted every 30 minutes on the Guardian RFID system.

**Corrective Action:**

- Review of security check logs will be performed daily by the assigned Restrictive Housing COIV to ensure compliance.
- Staff found to be in violation will be instructed to submit documentation.
- Unit administration will ensure staff receive training and MAP entries. Training at Browning Unit will be conducted with the ADCRR EOMS leads.
- Wardens will have the staff member interviewed, review video if applicable and will track all instances of redirection and progressive discipline for production upon request.
- Wardens will be held accountable to the Weekly Warden Memorandums, to include redirection, MAP entries, Performance Plans and progressive discipline.

**Summary of Concerns:**

- Security checks are not being performed while inmates are at in-pod recreation.

**Corrective Action:**

- Review indicates that staff entered the pod area where the inmates were present and the RFID tag on the inmate's door was scanned.
- The inmate(s) was present in the pod with the officer in a close custody setting, therefore we disagree with this statement of finding.

**Summary of Concerns:**

- Inmates are being left in the shower for excessive amounts of time.



# Arizona Department of Corrections, Rehabilitation, and Reentry

**Corrective Action:**

- Daily review of shower time will be performed ensure compliance, and investigate any discrepancies found. Shift commanders will ensure this is occurring during their post checks and the Unit Chief of Security will review these entries on the following day.
- Video of the inmate's return from the shower will be captured on the AXIS camera system and retained for review and production upon request.
- Staff found to be in violation will be instructed to submit documentation. Unit administration will ensure staff receive training and progressive corrective action. Training at Browning Unit will be conducted with the ADCRR EOMS leads.
- Wardens will have the staff member interviewed, review video if applicable and will track all instances of redirection and progressive corrective action for production upon request.
- Wardens will be held accountable to the weekly reviews, to include any corrective action taken and staff progressive corrective actions.

**Summary of Concerns:**

- Security checks are being conducted in a manner that would appear to be cursory.

**Corrective Action:**

- Daily review of security checks will be performed to ensure compliance. Shift commanders will ensure this is occurring during their post checks and the Unit Chief of Security will review these entries on the following day.
- Security checks will be conducted in a manner consistent with ADCRR Department and Post Orders. Inmates will be observed for signs of life to include but not limited to; breathing and movement.
- Observations that appear cursory in nature will be investigated and annotated in Weekly Warden Memorandums that are submitted.
- Staff found to be in violation will be instructed to submit documentation, subject to retraining and progressive corrective action.
- Unit administration will ensure staff receives training and progressive corrective action. Training at Browning Unit will be conducted with the ADCRR EOMS leads.
- When discrepancies are found, Wardens will have the staff member interviewed, review video if applicable and will track all instances of redirection and progressive discipline for production upon request.
- Wardens will be held accountable to the weekly reviews to include any corrective action taken as well as staff corrective progressive actions.



# Arizona Department of Corrections, Rehabilitation, and Reentry

- Wardens will ensure a "Security Check Training Blitz" is completed and all staff is instructed on proper security check procedures.