Jensen v. Thornell
RE: Violations of Permanent Injunction
Case 2:12-cv-00601-ROS  Document 4506  Filed 11/07/23  Page 1 of 4
Judge Silver
United States District Court
401 W. Washington Ste 130 SPC 1
Phoenix, Arizona 85003-2118
FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 07 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
CV-12-601-PHX-ROS

On September 28, 2022 I was arrested on a ~~generated~~ charge which was dismissed without prejudice, on 1/5/23. During this arrest I was assaulted by three officers whom tore a tendon in my right shoulder. After dismissal I was taken back to A.D.O.C. on parole violation. After multiple complaints I was sent for a X-ray. However, the county of Yavapai I was previously arrested in had refiled charges on me and I was taken back to Yavapai. On June 13, 2023 I was taken from county to Northern Arizona Healthcare to Physical Therapist Elizabeth Beisemeyer whom said I have a torn rotatorcuff and made an appointment for MRI. On 7/20/23 I was taken to Dignity health in Prescott Valley for my MRI. On 8/10/23 my case in Yavapai was dismissed with prejudice, I was then brought back to prison. On 8/24/23, 9/10, 9/24 and 10/4/23 I requested to see my medical records from Yavapai County, specifically the MRI per ADOC Dept Order 1104 6.6 which all requests have been ignored. I have and continue to suffer extreme pain on a daily basis, all day long. On 8/28/23 Provider Pong brought me to talk about my Chronic Care but refused to go over my Chronic Care history, only headaches. (I've suffered from a spinal injury at my L1 since 2008 and have seen medical every six months for that injury, degenerative bone disease and arthrytis, to this day I have still not been seen for this injury despite numerous requests to see medical about it.
I also attempted to talk about my shoulder but Pong refused to talk about it. On 10/1/23 my IBU 400 mg ran out and I went to medical where nurse Wilhelm provided me some, while I was there I asked

Wilhelm about my records from Yavapai, she looked on the computer and confirmed they did not have my medical records from Yavapai. I attempted to file a complaint on the Injunction Portal but it's been inoperable since September (on Tablet). I filed an Inmate letter on the Tablet also asking why the portal is down and when can I expect it working (This also was on 10/1) 9/30/23 During a Townhall meeting here at Bachman the issue of Inmate letters on the tablet not being answered was brought to light, the Dep. Warden Lee said she would look into it. DW Lee also congradulated medical on the great job they are doing. I dont know what planet she is living on but I guess since ADOC has shut down the portal and buried their heads in the sand by saying 'staff does not have access to Inmate letters.' So I guess since no prisoners are allowed to complain anymore, med. is doing a great job? I've been in prison for over 10 yrs since 2013, for Possesion charges and I have never seen medical this bad. EVER! Since the courts never really come down on them ADOC just keeps going about business as usual. On 10/3/23 I saw a new provider Arnold whom told me since they never recieved medical records from Yavapai & need to start the process over. First the x ray, Physical Therapy then MRI. Essentially sandbagging my treatment, I need surgery to repair the torn tendon. American Medical Association says the longer a torn tendon goes without care the bigger the chance the patient will be permanently disabled. ADOC is in violation of their own Dept. Order 1104 6.6, also the permanent injunction

failure to request and obtain medical records from Yavapai County Jail, failure to allow me access to my own medical records for review. Inmates cannot file complaints with the court monitor because the injunction Portal has been taken down or off the tablet. Failure to answer Inmate letters in a timely fashion.
In late August I attempted to address my complaints with A.D.O.C. Director Ryan Thornell but he just forwarded my letter to the same people I am complaining about.
Enclosed is the letter is letter I recieved
Thank you Judge for your attention in this matter

Patrick Zotika
#188032
Lewis Complex
Bachman Unit
PO Box 70
Buckeye, Arizona 85326

**ARIZONA DEPARTMENT OF CORRECTIONS REHABILITATION & REENTRY**

# Inmate Letter Response

| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | DateRecd: |
|---|---|---|---|---|---|
| IL-23-0139 | ZOTIKA, PATRICK | 188032 | LEWIS | ASPC-L BACHMAN UNIT | 8/30/2023 |

Your undated correspondence addressed to Director Thornell was received 08/30/23 and was forwarded to my office for review and response. You advise that that you completed a chronic care appointment on 08/25/23 but your degenerative disc disease and crack in your spine were not addressed. You state that every six months you have been seen for chronic care for a fracture of your spine and you wonder why all of a sudden there is no record of your spine. You also state that you were supposed to see an ortho about shoulder surgery but were returned to ASPC-Lewis. You state that the parole board said they would reinstate your parole and ask if the Director can assist with getting you back on parole.

In researching your medical concerns, your medical record was reviewed. There is documentation of your degenerative disc disease and shoulder issue located in the medical record. You had a shoulder xray 02/16/23 with a practitioner appointment scheduled for follow up; however, you were taken out to court and did not return until 08/23/23. The MRI and associated results that you reference having completed in 07/2023 have not been provided to the ASPC-Lewis medical staff. The ASPC-Lewis Facility Health Administrator (FHA) and Site Medical Director (SMD) have been contacted regarding your health concerns and were given the information about the MRI imaging so that the records can be requested.

Please continue to follow the recommendations of your local medical staff, and submit appropriate HNR's for questions and concerns going forward. These written requests are picked up daily by medical staff. They are triaged and scheduled for follow up. Should you desire to submit a written concern or complaint, or if you feel that your health care is not adequate or appropriate, you may also request assistance through the Inmate Grievance process. This process is designed specifically for this purpose. You may also request the assistance of the Security and Operations staff on your yard if necessary.

A copy of this correspondence is being forwarded to NaphCare for their additional review and any action considered necessary at this time. It is also being provided to the ADCRR Medical Services Bureau monitor at ASPC- Lewis.

RT3965037

*Vanessa Headstream*  09/01/2023

**Vanessa Headstream, CRN, CCHP, Program Evaluation Administrator, Health Services Contract Monitoring**

Date

cc: Complex Site Manager, LEWIS

c.o. Master File