Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriquez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Ryan Thornell, et al., <br><br> Defendants. | NO. CV-12-00601-PHX-ROS <br><br> **JOINT STATUS REPORT PURSUANT TO COURT ORDER (Dkt. 4472)** |

Pursuant to the Court's August 31, 2023 Order (Dkt. 4472), the parties submit the following joint status report, addressing the latest medical and custody staffing figures, recruitment efforts, and additional issues and updates the parties wish to discuss at the December 1, 2023 status conference.

**I.     Custody Staffing Numbers and Recruitment Efforts**

**Defendants' Statement:**

*Custody Staffing Numbers; Permanent Injunction, Sec. 1.15*

From August 2023 through October 2023, ADCRR hired 347.75 custody staff, which includes 142 cadets currently in the academy (COTA). November 2023 numbers are not yet available. As of October 30, 2023, ADCRR has 1121.25 vacant CO/CO Trainee positions. When the Permanent Injunction was issued, there were 1507.75 vacant CO/CO Trainee positions, and at the time of the last hearing there were 1192.75 vacant CO/CO Trainee positions. As of October 30, 2023, ADCRR has a total of 4623.75 filled CO/CO Trainee positions and an additional 177 cadets at COTA.

*Custody Staffing Recruitment Efforts*

ADCRR has engaged in numerous agency-wide recruitment and retention efforts to increase custody staffing. The Yuma/Lewis Project, which temporarily places ASPC-Yuma staff at ASPC-Lewis for one (1) year to help decrease the ASPC-Lewis vacancy rate, continues to be a success. Currently, the Yuma/Lewis project has 316 CO's at the complex, 36 cadets at the academy, and maintains a 99% retention rate. The Douglas/Eyman Project, which temporarily places APSC-Douglas staff at ASPC-Eyman to alleviate vacancy rates, has roughly 25 CO's assigned to begin in January 2024. An additional three (3) COTA classes were added to the schedule to accommodate the recent increase in hiring, taking place on August 7, 2023, September 18, 2023, and October 2, 2023, respectively. Additional custody staffing efforts include sending the ADCRR recruitment unit to career events statewide. These include: AZ-PHX Law Enforcement Hiring Expo; Pima County 1 Stop/Arizona @Work job fair; College and Career Fair for Higley Unified School District; Chandler Unified School District (CUSD) Fall College Fair; 2023 Yuma Community Job & Education Fair; Phoenix Veterans Job; and Deloitte's Veteran Employment Summit in Phoenix. In addition, ADCRR's custody staffing advertisement recruitment strategy has continued since August 2023, including radio advertisements, print advertisements, and digital advertisements.

## II. Medical Staffing Numbers and Recruitment Efforts

**Defendants' Statement:**

### *Overall Medical Staffing Numbers*

Prior to the comprehensive contract amendment between ADCRR and NaphCare, ADCRR contracted with Naphcare for 1187.9 total FTEs.[1] As of November 13, 2023, 776.34 (or 65.35%) are filled will full time FTE positions. At the last court date, ADCRR requested that NaphCare be permitted to include *some* registry and agency positions in the 85% required by the Injunction. To support this request, ADCRR provides the below data on registry and agency positions in which the incumbent has **been in the position for at least six (6) months** - since May 8, 2023. Accordingly, ADCRR respectfully requests that these positions be included in the total staffing numbers. Doing so would increase filled FTEs by 60.9 to 837.24 (or 70.48%).

| REGISTRY AND AGENCY INCUMBENT > 6 MONTHS | | |
|---|---|---|
| **Position** | **Location** | **FTE** |
| LPN | Eyman | 6.6 |
| LPN | Lewis | 5.7 |
| LPN | Phoenix | 1.2 |
| LPN | Safford | 0.9 |
| LPN | Tucson | 3.6 |
| LPN - IPC | Phoenix | 4.5 |
| Mental Health RN | Eyman | 2 |
| Mental Health RN | Lewis | 1 |
| Mental Health RN | Phoenix | 3.3 |
| Psychologist | Phoenix | 1 |
| Psychology Associate (Clinician) | Eyman | 1 |
| Psychology Associate (Clinician) | Lewis | 2 |
| Psychology Associate (Clinician) | Perryville | 2 |
| Psychology Associate (Clinician) | Phoenix | 1 |
| Psychology Associate (Clinician) | Tucson | 2 |
| RN | Eyman | 3 |
| RN | Lewis | 3 |
| RN | Perryville | 3.6 |
| RN | Phoenix | 0.9 |
| RN | Tucson | 6.9 |
| RN | Winslow | 1.8 |
| RN - IPC | Phoenix | 3.9 |
| | | **60.9** |

---

[1] The November 9, 2023 comprehensive contract amendment is discussed on page 10 and is attached as Exhibit 1. Among other things, this amendment added 305 FTEs over a period of 6 months, which will bring the total contracted FTEs to 1492.9 FTEs.

3

*MOUD and HCV Staffing Numbers; Permanent Injunction Sec 1.16*

As of November 13, 2023, 47 (or 85.4%) of the 55 positions for the Medications for Opioid Use Disorder (MOUD) and Hepatitis C (HCV) programs, were hired and have started working; an additional one (1) is pending background, and an additional three (3) are pending paperwork. Of the 51 positions that have either been hired, are pending background, or pending paperwork; 33 are FT, and 18 are Registry.

| POSITION | STARTED | PENDING START | PENDING BGC | PENDING OFFER | PENDING PPW | VACANT | TOTAL |
|---|---|---|---|---|---|---|---|
| HEPATITIS C MID LEVEL PROVIDER | 5 | 0 | 0 | 0 | 0 | 0 | 5 |
| LPN | 26 | 0 | 1 | 0 | 0 | 4 | 31 |
| MEDICAL AST - HEP C | 8 | 0 | 0 | 0 | 2 | 0 | 10 |
| PROVIDER - MEDICATION FOR SUD PROGRAM | 4 | 0 | 0 | 0 | 1 | 0 | 5 |
| PSYCH NP | 4 | 0 | 0 | 0 | 0 | 0 | 4 |
| TOTAL | 47 | 0 | 1 | 0 | 3 | 4 | 55 |

*Medical Staffing; Permanent Injunction, Sec. 1.16, 6.1, and 13.1*

As of November 13, 2023, 17.1 or (77.73%) of the 22 required positions have been hired and started working and an additional 3.275 are pending paperwork. The below chart is illustrative of the breakdown by position of all 22 positions required by Sec. 1.16, 6.1, and 13.1 of the Permanent Injunction. Of the 20.375 positions that have either been hired or are pending paperwork, eight (8) are FT, 0.875 are PT, and 11.5 are Registry.

| POSITION | STARTED | PENDING START | PENDING BGC | PENDING OFFER | PENDING PPW | VACANT | TOTAL |
|---|---|---|---|---|---|---|---|
| STAFF PHYSICIAN | 4.1 | 0 | 0 | 0 | 2.275 | 0.625 | 7 |
| PSYCH NP | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| PSYCHOLOGIST | 2 | 0 | 0 | 0 | 1 | 0 | 3 |
| PSYCHOLOGY ASSOCIATE | 9 | 0 | 0 | 0 | 0 | 1 | 10 |
| TOTAL | 17.1 | 0 | 0 | 0 | 3.275 | 1.625 | 22 |

*Medical Staffing Recruitment Efforts*

NaphCare continues to utilize recruitment websites on industry-leading platforms such as LinkedIn, Indeed, ZipRecruiter, CareerBuilder, Practice Manager, the NaphCare corporate website, and many others. A snapshot of NaphCare's recruitment efforts since the last court date on August 17, 2023, is provided below.

4

| Item / Event | Date | Notes |
|---|---|---|
| CareerMD Career Fair - Physicians | 8/15/2023 | In person career fair |
| CareerMD Career Fair - Physicians - Internal Medicine | 11/9/2023 | Virtual |
| Practice Match - Email Campaigns - Dentists | Aug-23 | 1,508 Emails sent |
| Practice Match - Email Campaigns - Physicians | Oct-23 / Jan-23 / Mar-23 / Jun-23 | 11,188 Emails sent |
| Practice Match - Email Campaigns - Psychiatrists | Nov-23 / Jan-23 / Feb-23 / Jun-23 / Jul-23 | 7,547 Emails sent |
| Indeed Sponsored Ads - RNs | Oct-2023 - Current | |
| Indeed Sponsored Ads - LPNs | Oct-2023 - Current | |
| Indeed Sponsored Ads - CNAs | Oct-2023 - Current | |
| Indeed Job Posts - Various Positions | Oct-2023 - Current | |
| Practice Match - Job Posts | Ongoing | |
| LinkedIn - Job Posts | Ongoing | |
| Glassdoor Branding Page Started | | |
| Indeed Branding Page Started | | |
| American College of Correctional Physicians - Career Fair | 9/10/2023 - 9/11/2023 | In person career fair |
| Carrington College Career Fair | 10/5/2023 | In person career fair |
| South Mountain Community College Career Fair | 9/28/2023 | In person career fair |

From the last court date, August 17, 2023 to November 8, 2023, NaphCare reports paying $5,500.00 in referral bonuses and a total of $339,583.24 in signing bonuses.

ADCRR has taken an active role in following up on referrals received by organizations interested in partnering with ADCRR to allow students to complete clinical rotations within ADCRR complexes. ADCRR is also working closely with NaphCare to expedite the development of the Clinical Experience Opportunities Program (CEOP) to help support recruitment efforts.

**III.   Monitoring by the Court-Appointed Health Care Experts**

**Joint Statement:**

To date the Court-appointed health care experts have drafted a monitoring guide to help them collect and analyze data. The results, if any, from this tool have not been shared with the parties. Both parties believe that regular reports from the experts will help speed the remedial process by acknowledging areas of compliance with the Injunction and by bringing attention to areas in need of improvement. The experts' opinions are critical

because they are independent, neutral, and are based on expertise that the parties themselves lack. These reports will also help to map ADCRR's progress, or the lack thereof.

Without a monitoring guide, Defendants are experiencing challenges in demonstrating progress towards compliance. Moreover, ADCRR staff are spending a considerable amount of time assisting the monitors in developing the guide, taking substantial and valuable time away from compliance efforts.

The parties propose that the Court direct the experts to provide quarterly written reports, to be provided at least three weeks prior to quarterly status hearings with the Court, that offer quantitative and qualitative assessments of healthcare delivery at all ADCRR prisons. When and if these reports document progress in compliance, they could be provided every six months to the Court and the parties.

**IV. Additional Matters Plaintiffs Wish to Bring to the Court's Attention**

    **A. Health Care Staffing**

In the August 31, 2023 Order, this Court ordered Defendants to undertake a number of actions, including to report on staffing monthly under NaphCare. Defendants provided Plaintiffs with data on September 11, October 5, and November 1. According to these data, the total number of positions filled with employees working at least .5 FTE, were 736.7, 739.3, and 917.6, respectively.

In the process of completing this joint statement, Defendants explained that the November 1 staffing report we received had included all positions filled by full-time staff, including PRN, registry and "over hire" employees, thus arriving at the 917.6 total. The previous two reports that we had received did not include those employees. Defendants clarified that the number of "actual core staff hired employees", not including PRN, registry or over hire employees is 776.34, representing a net increase of 39.64 employees. In order to successfully monitor staffing levels and hiring, it is critical that we receive data that are both accurate and consistent. Defense Counsel agrees and has stated that they will address this issue promptly with Naphcare.

Defendants' November 9 comprehensive contract amendment adding 305 FTEs over the next six months is positive in light of the Court's findings that ADCRR medical services are short-staffed. However, Plaintiffs only received the contract amendment on November 15, and have not had time to review all of the additional positions authorized, and how the new positions will align with existing staffing.

More importantly, the Court experts have not submitted their staffing report, which was due October 7, 2023. Without a rigorous analysis of the staffing requirements at the nine state prisons, it is difficult for Plaintiffs to comment on the adequacy of the newly authorized positions.

**B.  Isolation Subclass Update**

Plaintiffs have a number of concerns with Defendants' implementation of and compliance with the portions of the Injunction related to the isolation subclass. Some of these may be in the process of being addressed. As a preliminary manner, Plaintiffs recognize and welcome Defendants' significant reduction in the number of people in isolation, including that the SMU-I facility at ASPC-Eyman has been emptied. Additionally, Defendants are in the process of revising their policies that relate to restrictive housing and the parties have had productive discussions about the changes to these policies. Plaintiffs do not address correctional staffing in this status report, as the Court's Monitor's Recommendations and the parties' responses thereto are already before the Court. (Dkt. 4489, 4492 and 4493.)

However, Plaintiffs do have concerns about aspects of the implementation of the Injunction, discussed below:

*§ 19.3. No prisoner shall be confined in a cell for 22 hours or more each day for more than two months unless there are extraordinary documented legitimate penological interests. Defendants shall implement a system to facilitate the return to lower levels of custody for those prisoners who have been in the subclass for longer than two months, and document their efforts.*

While, as noted above, many people have been removed from long term isolation, many remain. Some of the reasons for people remaining in isolation seem to meet the criteria set out in this provision, but others do not. For example, in October, the justifications for keeping people in maximum custody beyond the presumptive two months included:

- failure to complete programming booklets and "poor attendance and performance" in a program
- the nature of the person's commitment offense
- not meeting requirements for step progression in Restricted Status Housing Program, specifically, not completing workbooks
- "placed in max less than 4 months ago"
- Lack of safe housing options

The parties are in discussion about what it means to have a system to facilitate the return to lower levels of custody for those prisoners who have been in the subclass for longer than two months and how to address people who are not safe in other housing units.

*§19.5. Within sixty days of this Order, no prisoner designated as Seriously Mentally Ill ("SMI") shall be housed in maximum custody, detention, or close management, or otherwise kept in a cell for more than 22 hours each day.*

There are numerous people designated as SMI who are incarcerated in Eyman Browning. They are housed in what are nominally mental health units. However, based on Defendants' electronic offender management system ("EOMS") reports, many of them are not being offered more than two hours of out-of-cell time per day. Plaintiffs have recently raised this issue with Defendants and Defendants are looking into it.

*§27.2 All prisoners shall be provided regular access to showers, at a minimum of three times per week with no more than three days between showers.*

While most people are being offered showers as required by this provision, not all are. Specifically in the mental health units at Eyman Browning, it appears that people are offered fewer than three showers per week.

Additionally, as discussed in Plaintiffs' Response to Defendants' Objections to Monitor Frakes's Correctional Staffing Recommendations (Doc. 4497 at 10-11 and Exs. 13-15), many people are locked in the showers for extremely long periods of time. The EOMS reports covering October 1-23, 2023 again reflected numerous people locked in the showers for hours at a time.

*27.3.1. Regular access to outdoor recreation areas at least consistent with the prisoner's classification and, for those in Maximum Custody, their step level as described in Department Order 812 as of November 21, 2022; at a minimum each prisoner shall have no less than 10 hours per week in blocks of no longer than 3.5 hours in enclosures of at least 100 square feet and, for all those not in Maximum Custody Step 1, some ability to socialize with others.*

At Yuma and the Lewis Detention Units, the documentation of out-of-cell time indicates that people are being offered recreation only in "chutes" (i.e., extremely small, high-walled exercise areas). Plaintiffs have raised this issue with Defendants. Defendants have indicated that they are working on making other recreation areas available for people in detention at Lewis, and that some people may have recreation in chutes with another person, allowing for the opportunity to socialize. Plaintiffs are looking into this issue.

*§ 29.1: Defendants shall assign a full-time qualified staff member ("Classification Monitor"), with no other collateral duties, to each individual unit housing prisoners to ensure all classification reviews, step progression (up or down) and movements to an appropriate new housing location are processed and completed within ten days. The reasons and evidence considered shall be documented in the prisoner's classification record.*

Defendants have designated a person as the Restrictive Housing Administrator. Plaintiffs are assessing whether this person's role meets the requirements of § 29.1.

*§ 29.2 Defendants are required, at intervals not to exceed one month, to conduct and document an evaluation of each of the prisoner's progress under an individualized plan. The evaluation should also consider the state of the prisoner's mental health;*

1   *address the extent to which the prisoner's behavior, measured against the plan,*
2   *reasonably justifies the need to maintain, increase, or decrease the level of controls and*
3   *restrictions in place at the time of evaluation; and recommend full classification review*
4   *when appropriate. The documentation shall be sufficiently detailed to show the basis for*
5   *any decisions made in the evaluation (including increasing, decreasing, or maintaining*
6   *privileges).*

Defendants appear to be conducting evaluations monthly. However, to date the plans have been plans generally about the person's entire correctional term, not about their time in isolation or what they need to do to get out of isolation. Plaintiffs and Defendants have discussed this issue. Defendants are currently working on developing individualized plans specific to restrictive housing.

**IV.   Additional Matters Defendants Wish to Bring to the Court's Attention**

ADCRR's new leadership reaffirms its commitment to rebuild ADCRR with a central emphasis on the health and well-being of everyone in its custody, and its specific commitment to comply with all aspects of the Permanent Injunction.

*NaphCare Comprehensive Contract Amendment*

A comprehensive contract amendment between ADCRR and NaphCare has been finalized effective Thursday, November 9, 2023. (Exhibit 1.) This timeline was delayed from what was previously reported to the Court due to matters outside of ADCRR's control – a required review by the Joint Legislative Budget Committee (JLBC) on Thursday, November 9, 2023. Importantly, this amendment increased costs by approximately $115 million, added an additional 305 medical positions staggered over a six-month period, and increased staffing offset penalties.

*NaphCare Sanctions*

On Monday, November 13, 2023, ADCRR issued five (5) sanctions (due to performance) against NaphCare for a total of $220,000.00. ADCRR is redefining itself as an agency whose daily work centers on transparency, accountability, and fairness. Under Director Thornell's leadership, ADCRR has a new expectation of accountability and service

delivery, evident in new performance monitoring practices, and which extend to all aspects of the Department.  ADCRR will hold all vendors, including any current or future medical vendors accountable to not just contractual obligations, but to the practice of delivering respectful and responsive interactions with all inmates. Contracted vendors, including current and future medical vendors will be held liable should they be found out of compliance with contract, policy or practice.

### *Healthcare Options Assessment*

ADCRR is pursuing an assessment of the current healthcare model with the goal of receiving external, objective recommendations related to other models of correctional health care for consideration. ADCRR anticipates the recommendations will be made final by mid-2024.

### *Mortality Review*

A revised mortality review process has been developed and implemented. Fortunately, inmate mortality rates have decreased at state run complexes.  Comparing September 1, 2021, through September 30, 2022 (previous vendor) with October 1, 2022 through October 30, 2023 (NaphCare's first year of service), ADCRR state run facilities have seen a decrease in average inmate mortality rates per month, from 11.9 to 7.5.  Comparing the same periods, total inmate mortality has decreased from 155 to 97, representing a 37.4% drop in inmate deaths.

### *RFID Procedures and Training*

ADCRR has noted issues with staff documentation specifically in ASPC-Eyman Browning Unit, which utilizes the RFID system. These errors are being addressed by the administration with retraining, and retaining camera footage that demonstrate actual inmate activities in cases where discrepancies with the RFID reporting are found, i.e. camera footage of inmates returning from the shower in a timely manner when the RFID does not reflect return from a shower. Staff that show consistent misuse, or inaccurate entries, of the RFID are being retrained and progressive discipline is being given.

*Opening of the IPC and Medical Space*

As of October 27, 2023, renovations of ASPC-Tucson Catalina Unit Special Needs Unit (SNU) have been completed and 100 beds became available (in addition to the 66 bed Inpatient Care (IPC) that currently exists at the Tucson complex). The renovations included painting and new floor finishes, new A/C units, installation of interior bars and windows, restroom demolition, plumbing for new fixtures, installation and programing of the call light notification system, demo for additional ADA showers, pass through doors, and framing.

*MOUD Numbers, Dashboard, and Updates*

August 1, 2023, marked the roll out of MOUD services at ASPC-Winslow, prioritizing those who have been treated for Hepatitis C (HCV). As of November 14, 2023, 123 individuals were receiving MOUD at Winslow. MOUD services were expanded to ASPC-Lewis on August 14, 2023, and as of November 14, 2023, 878 individuals were receiving MOUD at Lewis. MOUD services were also expanded to ASPC-Perryville. As of November 14, 2023, 346 individuals were receiving MOUD at Perryville. MOUD services expanded to ASPC-Tucson on September 12, 2023, and as of November 14, 2023, 634 individuals were receiving MOUD at Tucson. MOUD services expanded to ASPC-Douglas on October 2, 2023. As of November 14, 2023, 314 individuals were receiving MOUD at Douglas. ASPC-Yuma is expected to begin MOUD services on November 27, 2023. As of November 14, 2023, there are 168 individuals receiving MOUD at Yuma. ASPC-Eyman is expected to begin MOUD services on December 4, 2023. As of November 14, 2023, there are 38 individuals receiving MOUD at Eyman with another 1,200 pending requests. ASPC-Safford began MOUD services on November 14, 2023 and as of November 14, 2023, 34 individuals were receiving MOUD. ASPC-Phoenix does not have an official start date; however, 34 individuals are currently receiving MOUD.

ADCRR is in the final user testing phase of the MAT Dashboard. This dashboard will be utilized internally by MOUD Liaisons, NaphCare discharge planners, and others. Additionally, the dashboard will be available for utilization externally by community agencies. The anticipated go-live date for the MOUD Dashboard is December 1, 2023.

ADCRR rolled out community corrections education sessions for community corrections staff to include MOUD services and implementation. These sessions and subsequent training will increase in frequency and scope in the coming months. Additionally, ADCRR is in the process of hiring a MOUD discharge planner whose sole responsibility will be to coordinate the discharge of individuals receiving MOUD. Lastly, ASPC-Perryville received Opioid Treatment Program (OTP) certification from the Drug Enforcement Administration (DEA) and anticipates receiving OTP certification at Tucson soon. ADCRR will be applying for OTP certification at Phoenix next week.

### *HCV Numbers*

Since the last court date on August 17, 2023, 518 inmates have started on hepatitis C (HCV) treatment, which entails a 12-week course of treatment for most patients. In the month of October 2023, 292 patients were started on HCV treatment, which exceeds the requirement set forth in Sec. 11.1.5 of the Injunction. In November 2023, the injunction-mandated number of patients will be started on treatment. ADCRR currently has 5,945 patients with Hepatitis C, including patients in the private prisons.

### *Restrictive Housing Progress*

In January 2023, the maximum custody population totaled 1,356, including 153 SMI inmates.  As of November 13, 2023, the maximum custody population totaled 260, including zero (0) SMI inmates, marking an 81% decrease in the total maximum custody population. As of November 13, 2023, ADCRR officially emptied the ASPC-Eyman's SMU, a 900+ bed restrictive housing/maximum custody unit. Historically, this housing unit has been populated with maximum custody inmates. Staff assigned to SMU are now redistributed to other housing areas to fill vacant posts and responsibilities. This comes as part of ADCRR's overall effort to reform how restrictive housing placement and practices occur.

*Restrictive Housing Policies*

Plaintiffs and Defendants met on Monday, November 13, 2023, and agreed on finalized language for the following ADCRR Restrictive Housing Policies: Department Orders ("DO") 703, 704, 801, 804, 811, 812, and 906.

*Clarification on Health Care Staffing*

In the process of completing this joint statement, Defendants conveyed to Plaintiffs that the November 1 staffing report provided by NaphCare had included all positions, including PRN, registry, and "over hire" employees. In the October report, NaphCare included a row titled "FTE positions filled by any other type of staff" for a total of 181.7. In the November report, NaphCare had deleted the "FTE positions filled by any other type of staff" row and appeared to have combined it with the "0.5 FTE or greater" row, resulting in the higher than anticipated total. With the PRN, registry, and "over hire" positions excluded, the number of "actual core staff hired employees" is 776.34, representing a net increase of 39.64 employees. Defense Counsel has addressed the reporting change with NaphCare and has indicated that changes in reporting are not acceptable. In order to successfully monitor staffing levels and hiring, it is critical that we receive data that are both accurate and consistent, and NaphCare has been reminded of this requirement.

*Clarification on SMI Housing (§19.5)*

In relation to the close custody and mental health units at Eyman-Browning, the Guardian system is not always used to track when these individuals come out of their cells similar to other non-subclass close custody areas that house individuals with SMI. Defendants are looking into the other issues raised by Plaintiffs.

*Clarification on allegation that inmates are being left in the shower for hours (§27.2)*

As discussed in Plaintiffs' Response to Defendants' Objections to Monitor Frakes's Correctional Staffing Recommendations (Doc. 4497 at 10-11 and Exs. 13-15) and as explained in Defendants' Report Regarding Subclass Issues (Doc. 4505 at 3-4 and Ex. 1, Attachments 2-6), reporting errors made it appear that many people were in the showers for extremely long periods of time. The EOMS reports covering October 1-23, 2023 again

reflected numerous people in the showers for hours at a time. Again, Defendants reviewed the instances and found that people were not actually left in the shower for long periods of time. Instead, the issue was due to reporting errors that have been addressed with staff by the Defendants.

*Classification Monitor (§ 29.1)*

As of July 2023, Defendants have designated a person as the Restrictive Housing Administrator. Additionally, as of September 15, 2023, all subclass areas have been assigned a classification monitor (Defendants call these classification monitors Restrictive Housing COIV's).

DATED this 17th day of November, 2023.

| | |
|---|---|
| **STRUCK LOVE BOJANOWSKI & ACEDO, PLC** | **ACLU NATIONAL PRISON PROJECT** |
| By /s/ Daniel P. Struck<br>    Daniel P. Struck<br>    Rachel Love<br>    Timothy J. Bojanowski<br>    Nicholas D. Acedo<br>    3100 West Ray Road, Suite 300<br>    Chandler, Arizona 85226<br><br>KRISTIN K. MAYES<br>ATTORNEY GENERAL<br><br>Gregory Honig<br>Lucy M. Rand<br>Assistant Attorneys General<br>2005 North Central Avenue<br>Phoenix, AZ  85004-1592<br><br>*Attorneys for Defendants* | By:   s/ Corene T. Kendrick<br>    Corene T. Kendrick (Cal. 226642)*<br><br>**ACLU NATIONAL PRISON PROJECT**<br>39 Drumm Street<br>San Francisco, California 94111<br>Tel: (202) 393-4930<br>Email: ckendrick@aclu.org<br><br>s/ David C. Fathi<br>David C. Fathi (Wash. 24893)**<br>Maria V. Morris (D.C. 1697904)*<br>Eunice Hyunhye Cho (D.C. 1708073)*<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>Telephone:  (202) 548-6603<br>Email: dfathi@aclu.org<br>        mmorris@aclu.org<br>        echo@aclu.org<br><br>*Admitted pro hac vice<br><br>**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts. |

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
 ahardy@prisonlaw.com
 snorman@prisonlaw.com
 rlomio@prisonlaw.com
 sophieh@prisonlaw.com

*Admitted *pro hac vice*

Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email: rdalyrooney@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*