**EXHIBIT 1**

**EXHIBIT 1**



**Amendment 12
Inmate Correctional Healthcare
CTR060508**

Arizona Department of
Corrections, Rehabilitation &
Reentry
701 E. Jefferson Street
Phoenix, AZ 85034

In accordance with Uniform Terms and Conditions section 5.1, Amendments, contract CTR060508 is amended as follows:

On April 7, 2023, The United States District Court for the District of Arizona issued an Order and Permanent Injunction (the "Injunction") in Jensen v. Thornell, No. CV-12-00601-PHX-ROS. It is the responsibility of the Contractor to comply with all the provisions of the Injunction related to the delivery of healthcare to incarcerated individuals in the state prison complexes.  In accordance with Contract section 1.1.6, the Department has determined that the Injunction constitutes a material change in the manner and cost of delivery of inmate health care.[1]

This Amendment supersedes and replaces any previous contract or contract amendment language that contradicts the terms of this Amendment.

Where this Amendment makes reference to specific requirements or specifications of the Injunction, the parties acknowledge and agree that the Court could issue subsequent orders that may modify these requirements and specifications. The parties acknowledge and agree that if the Court reduces the requirements imposed on the Department, Contractor shall be required to follow those requirements. If the Court increases the requirements on the Department, such that it constitutes a material change in the manner and cost of delivery of inmate health care, the parties agree to meet and confer to determine if any terms of the Contract should be amended.

The Department shall provide the Contractor notice of any policy change that affects the provision of healthcare at least 30 days prior to the effective date of such policy.  If the revisions constitute a material change in the manner and cost of delivery of inmate health care, the parties agree to meet and confer regarding any necessary staffing or pricing adjustments.

---

[1] Section 1.1.6 states, Parsons v. Shinn Special Notification: On July 16, 2021, Judge Roslyn Silver of the U.S. District Court entered an Order rescinding the Court's approval of the Stipulation and setting the case for a bench trial commencing on November 1, 2021. The nature and extent of the outcome of that trial is uncertain. At a minimum, however, the Department will continue to require any and all successful vendors to comply with the Stipulation, including any revisions thereto made by the Department, as well as with all provisions of the Contract, including, but not limited to, those provisions which govern all contractual and staffing offsets and all judicially imposed sanctions and other Court-ordered expenses, unless and until ordered otherwise by the Court. If in the Department's sole discretion, the Court's rulings after the bench trial constitute a material change in the manner and/or cost of delivery of inmate health care, when considered in the context of the entire Contract, then the Department may consider exploring potential remedial measures to ensure continued constitutionally compliant delivery of inmate health care by any and all successful vendors.

Add the following language to Section 1.1.4.1:

- Interpretation shall be provided via Contractor staff whose name appears on a list maintained by Contractor of people who, pursuant to ADCRR policies, is proficient in the language understood by the patient.
- Interpretation shall be provided via in-person or via video interpretation service (for sign language) or audio language interpretation service that is compliant with federal law and uses licensed interpreters, where required by state law.
- The method of interpretation must be documented in the electronic health record for all encounters.
- In the event interpretation cannot be provided, it must be documented and explained in the electronic health record for all encounters.
- The equipment used for interpretation shall allow for confidential communication in all circumstances (e.g., dual hand- or head-set device in locations where a speaker phone or computer can be seen or overheard by other patients or custody staff).

Delete the below statement from Section 1.1.5.

*"the Stipulation in Parsons v. Shinn, CV 12-00601 PHX-ROS (Exhibit 1),"*

Delete Section 1.1.7

*The Offeror shall conduct a Gap Analysis and submit with the proposal response, identifying all areas that are not currently meeting 100% compliance, and defined by each performance measure being at least 85% compliant. The Offeror shall identify exactly what resources are necessary to achieve 100% compliance, utilizing innovative solutions in accordance with specifications and requirements, in all analyzed areas and a timeline required to do so. The Department has scheduled a meeting via Google Meets to discuss the compliance report and each performance measure. The meeting will occur on January 5, 2022 at 9 am MST (Arizona time). Offerors wishing to attend this meeting shall contact Kristine Yaw (kyaw@azadc.gov).*

Delete the following definition from Section 1.2, Definitions:

**Compliance Green Amber Red (CGAR)** *- A performance measure contract compliance tool.*

Add the following definitions to Section 1.2, Definitions:

**Address** - Evaluating the health needs request, determining the clinical need, and if an action is required (e.g., face-to-face visit), planning that action to occur in a clinically appropriate timeframe.

**Advanced Practice Practitioner (APP)** - A provider with the title of Nurse Practitioner (NP) or Physician Assistant (PA).

**As Ordered** - For medications ordered as weekly, every other day or certain days of the week, daily (q.d.), twice daily (b.i.d.), thrice daily (t.i.d.), four times daily (q.i.d.), or every 12 hours (q. 12 hrs), within two hours of a specific time, set in policy, procedure, or

orders, for administration. These set times shall be at reasonable times of the day. For medications ordered at an hourly frequency of every eight hours (q. 8 hrs.) or more frequently, or intermediate acting insulin, within one hour of a specific time, set in policy, procedure, or orders, for administration. For regular insulin, within thirty minutes of serving a meal, and for fast acting insulin within fifteen minutes of the serving of a meal. For all other medications, at the times of the day ordered. For a patient newly admitted to a facility (e.g., transfer from another facility, return from a hospital stay, admission from a jail) and already on a medication in their previous venue, the first dose of a medication shall be delivered keep-on-person (KOP) or administered direct observation therapy (DOT) in time for their next regularly scheduled dose. For all other patients, the first dose of a newly ordered medication shall be delivered KOP or administered DOT within the timeframe ordered, or if no timeframe is specified, within twelve (12) hours for antibiotics and pain medications, and within three (3) days for all other medications.

**Emergency Situation** - The limits on overtime may be extended during emergency situations in which a patient's safety is in jeopardy and no reasonable alternative can be found or during a declared emergency such as a prison riot or natural disaster.  For purposes of overtime limits, "emergency situations" are defined as unforeseen events that could not be prudently planned for and do not regularly occur.

**Filled Position** - One in which there is an incumbent receiving a salary for the full intended time commitment of the position and is not on long term leave.  Registry, Locum Tenens, and PRN Staff are not considered filled positions and are not to be included on the Position Control Matrix (PCN). Contractor may continue to report positions filled by registry, locums tenens, and PRN staff, using the currently agreed-upon Position Control Master Matrix and reporting templates, where the type of employee filling the position is clear.

**Full-Time Equivalent** (FTE) - A unit of measurement used to determine the amount of full-time hours worked by all employees. An employee who works 40 hours per week has an FTE of 1.0 while a part-time employee working only 20 hours per week has an FTE of 0.5.

**Hired** - A position is considered "hired" when the individual is functioning in the relevant capacity of the position and earning compensation from the Contractor; not when the position is announced, a selection is made, when the hiring date has been agreed upon, or when the individual is in the "onboarding" process.

**Low Intensity Complex** - A state prison complex where the average number of prescription medications is no more than 1.75 active prescribed medications per complex patient. All other complexes are high intensity.

**Physician** - A Medical Doctor (M.D.) or Doctor of Osteopathic Medicine (D.O.)

**Position Control Master Matrix** - A report that contains position control numbers listing the vendor's full time and part time hired employees.  Contractor employees do

not include Registry, Locum Tenens or PRN Staff.  Contractor may continue to report positions filled by registry, locums tenens, and PRN staff, using the currently agreed-upon Position Control Master Matrix and reporting templates, where the type of employee filling the position is clear.

**Position Control Number (PCN)** - An identification number of a full or part time contracted position, as identified in the staffing matrix (See Contract Section 1.17.7).

**Preventable Adverse Event** - Errors that cause more than minimal harm to a patient; not just medication related errors.

**Psychiatric Practitioner** - A Psychiatrist, Psychiatric Nurse Practitioner, or Psychiatric Physician Assistant.

**QualCare Providers** – Those mid-level providers and physicians referred to in the contract as StatCare providers.

**Special Needs Unit (SNU)** - SNU housing is for patients who are elderly, physically, disabled, or developmentally disabled, exclusive of those who have acute healthcare needs requiring placement in an inpatient component (IPC) and exclusive of those whose assisted living needs are minimal enough to be met by the support normally provided to patients in general populations, such as assistance with self-administration of medicines.

**Specialty Referral** - Also known as a referral, it is any request for a consultation, intervention, test, provision of materials, or other service, that is performed or fulfilled by someone other than employees of ADCRR or than persons filling FTE positions described in the contract and amendments with the Contractor.

**Triage** - For non-urgent/non-emergent care requests, it refers to the practice of assessing priority amongst those to be seen by a provider that day. For Mental Health (HNRs) Health Needs Requests it is determining whether the request requires immediate attention and resolution or whether the request can safely be deferred until the primary therapist can address it.

**Vacancy** - Any position that does not have a permanent full-time or part-time employee working the scheduled hours for that position. Contractor employees do not include Registry, Locum Tenens, or PRN Staff.  Contractor may continue to report positions filled by registry, locums tenens, and PRN staff, using the currently agreed-upon Position Control Master Matrix and reporting templates, where the type of employee filling the position is clear.

**Visual Confidentiality** - A private setting that applies when an examination reveals a portion of the patient's body or the patient is touched in ways that would not be visualized or touched, respectively, in the typical prison environment.

**Worked Hours** – Any hour worked by an individual in a contracted position, whether by Contractor employee in a PCN position, a PRN employee, a locum tenens contractor or a Registry contractor.

Add after Section 1.5.11.4:

The Contractor shall provide patients access to their own medical records unless a practitioner documents in the patient's EHR how disclosure of such information would jeopardize the health, safety, security, custody, or rehabilitation of the patient or others or the safety of any officer, employee, or other personal the correctional institution or of a person who is responsible for transporting the patient.

Add after section 1.6.3.2:

The Contractor shall direct all communications related to this contract solely through the ADCRR. Any inquiry related to this Contract, including any requests for or inquiries regarding standards referenced in the Contract shall be directed solely to the ADCRR.

Add to Section 1.7.2:

The space provided for clinical encounters shall be sufficient to allow for auditory and visual confidentiality from other prisoners or non-clinical staff. Visual confidentiality requirements apply at those times when an examination reveals portions of the patient's body or the patient is touched in ways that would not be visualized or touched, respectively, in the typical prison environment. Exceptions may be made for encounters where providing such confidentiality would legitimately jeopardize safety, including emergency situations. In those cases, breaches of confidentiality are limited to the measures required to ensure safety, and all staff shall maintain the confidentiality of any information they acquire as a result of the breach.

Add to Section 1.7.2:

A patient may refuse any on-site or off-site provider-initiated health visit and cancel any patient-initiated visit. All cancellations of patient-initiated visits shall be made directly to a health care professional by telephone, video, or face-to-face. All refusals of provider-initiated on-site health visits are made by telephone, video, or face-to-face with an RN or practitioner for medical visits or a Master's level therapist, psychologist, or psychiatric practitioner (psychiatrist, psychiatric nurse practitioner, psychiatric physician assistant) for mental health visits, within three (3) days after the appointment. All refusals of off-site health visits are made by telephone, video, or face-to-face with an RN or higher at the time of the appointment. If a patient will not voluntarily displace him/herself to participate in the direct communication with health care staff required herein, health care staff shall go to the patient's location.

Add to Section 1.7.2:

> All patients with physical or mental illness that require regular follow-up shall be designated on the medical or mental health caseload and shall be seen in clinically appropriate timeframes.

Add to Section 1.7.2.5:

> LPNs and Behavioral Health Technicians shall not independently assess patients or initiate a plan of care or treatment.

> The MyCare Wellness Program provides clinical staff with an opportunity to help patients establish long-term wellness habits with the goal of improving outcomes during incarceration and continuity of care upon reentry to the community. MyCare is a voluntary patient program, designed to support positive behavioral change. NaphCare will implement MyCare, which provides patients with education and autonomy, through the emphasis on the importance of treatment compliance and preventive healthcare.

> The functionality of MyCare shall include, but not be limited to, bi-directional communication between health staff and patients to address patient questions, share diagnostic test results, and provide patient education.

> Additionally, pursuant to the Jensen v. Thornell Permanent Injunction, the following shall be provided:

> - Patients shall be given on a daily basis an opportunity to indicate their need to be seen for a medical clinic appointment at the next available time slot through an electronic sign up process via the patient's tablet.
>
> - Read-only access to patients wishing to read a copy of their health record.
>
> - Patient access to their health records, free of charge, in an electronic medium that the patient is able to access.

Consistent with Contract Section 1.7.2.5, patients shall be able to request an appointment seven days per week by completing an electronic request via their tablet or by submitting a non-emergency Health Needs Request (HNR) form.

Consistent with Contract Section 1.6.1, NaphCare shall be responsible for all costs associated with the provision of comprehensive healthcare services coverage twenty-four (24) hours per day seven days per week at each Arizona State Prison Complex.

The costs associated with initiation of NaphCare's "My Care" programming, related to the tablet bi-directional feed setup and monthly access, will be invoiced monthly for reimbursement. These reimbursements will be provided through NaphCare's monthly payment invoicing process.

Add to Section 1.8.12.2:

At a minimum, the Contractor shall monitor:

- percentage of individuals (regardless of whether diagnosed with hypertension) whose systolic blood pressure exceeds 140 mmHg or diastolic blood pressure exceeds 90 mgHG
- average hemoglobin A1C (regardless of whether diagnosed with diabetes)
- percentage of individuals taking ten or more prescribed medications
- percentage of women receiving timely breast screening
- percentage of women receiving timely cervical cancer screening
- percentage of pregnant women who have the results of routine prenatal laboratory tests results as recommended in current national guidelines (e.g. Guidelines for Prenatal Care, 8th Edition, American Academy of Pediatrics and American College of Obstetricians and Gynecologists, Table 6-2) documented within one (1) month of diagnosis of pregnancy
- percentage of healthcare grievances which are appealed
- percentage of healthcare grievance appeal replies that are appropriate
- percentage of prisoners on antipsychotic medications receiving timely AIMS (abnormal involuntary movement scale) assessments
- percentage of prisoners on antipsychotic medications receiving appropriate and timely metabolic assessments
-  percentage of prisoners receiving punishment for a rule violation, for whom a mental health intervention would have been more clinically appropriate than punishment
- percentage of prisoners arriving at ADCRR for whom intake screening by an RN (or higher credentialed professional) is completed more than four hours after arrival

Add after Section 1.8.13.2:

Following a prisoner death or suicide attempt, the Contractor shall identify all significant healthcare and custody errors (i.e. near misses, as well as preventable adverse events).

Add after Section 1.8.13.3:

Develop and implement a sustainable remedial plan within one (1) month of the death or suicide attempt.

Add to Section 1.9.1:

A registered nurse or higher credentialed professional shall conduct an intake screening within four (4) hours of the patient's arrival or, alternatively, a rapid screening shall be conducted immediately upon arrival, but the intake screening by an RN shall be conducted as soon as possible and before the patient proceeds to housing. If the rapid screening is conducted by a professional of lesser credential than an RN (e.g., LPN, certified medical or nursing assistant), then the screening shall not include a clinical assessment, and any abnormal response found by the LPN or similar staff shall result in immediate consultation with an RN or higher credentialed professional.

Amend Section 1.9.2 from:

> *All inmates shall receive a subsequent intake physical examination by the end of the second full day of the inmate's arrival at the reception center by a Physician, Nurse Practitioner, Physician's Assistant or any other healthcare provider who can write prescriptions under Arizona law. Each intake physical examination shall include, at a minimum, the following: a complete history, physical exam, designated lab work, and any specialty follow up exams deemed appropriate. The Contractor shall ensure that inmates are provided immediate access to pharmaceuticals, including those not maintained on-site.*

To:

> All inmates shall receive a subsequent intake physical examination by the end of the second full day of the inmate's arrival in ADCRR physical custody by a Physician, Nurse Practitioner, Physician's Assistant or any other healthcare provider who can write prescriptions under Arizona law. Each intake physical examination shall include, at a minimum, the following: a complete history, physical exam, designated lab work, and any specialty follow up exams deemed appropriate. The Contractor shall ensure that inmates are provided immediate access to pharmaceuticals, including those not maintained on-site.

Amend Section 1.9.2.2 from:

> *All inmates shall receive a subsequent mental health intake exam by a licensed mental health clinician by the end of the second full day of the inmate's arrival at the reception center.*

To:

> A psych associate or psychologist shall conduct a mental health assessment of each patient within one (1) business day of that patient first entering ADCRR custody.

Add to Section 1.9.7:

> All newly admitted patients:

> Shall have a completed test for tuberculosis (skin test, blood test, or chest x-ray) by the end of the third full day after admission into the ADCRR system, unless the patient refuses.

> Shall be screened for, and if indicated then evaluated for, substance use disorder. Screening shall include assessment as to a history of opioid overdose.

> Shall be offered to have current Medication for Opioid Use Disorder ("MOUD") (buprenorphine, naltrexone) continued.

Who have a documented history of overdose or who upon assessment are determined to be at imminent risk of an opioid overdose, shall be offered MOUD with buprenorphine or naltrexone.

Add after Section 1.9.8:

All patients shall be assigned a medical primary care practitioner. Assignment to physician or midlevel practitioner shall be based on the complexity of the patient's health conditions.

All patients with HCV shall be offered education about HCV, whether they receive treatment or not.

All HCV screening is offered under opt-out conditions.

All HCV treatment shall use the current standard of care medications.

Amend Section 1.10.4.1 from:

*The Contractor shall operate on-site specialty clinics at Complexes. The Contractor shall identify in their staffing plan specialty clinics to be conducted on-site as justified by the clinical workload and availability of specialists. The Contractor shall establish the provision of telehealth specialty care when feasible and shall be responsible for supplies and equipment to deliver these services. The Contractor shall be responsible for all supplies used or ordered by the specialist.*

To:

The Contractor shall operate on-site specialty clinics at Complexes. The Contractor shall identify in their staffing plan, specialty clinics to be conducted on-site as justified by the clinical workload and availability of specialists. The Contractor shall establish the provision of telehealth specialty care when feasible and shall be responsible for supplies and equipment to deliver these services. Telehealth medicine shall be used only when clinically appropriate. The Contractor shall be responsible for all supplies used or ordered by the specialist.

Amend Section 1.10.4.5.5 from:

*1.10.4.5.5 Obstetrics and Gynecology: All confirmed pregnant inmates will be provided with prenatal care under the supervision of a Board Certified Obstetrician, according to the American College of Obstetrics and Gynecology Standards (ACOG). The Contractor shall provide all laboratory testing, medical examinations, and other diagnostic testing, e.g., ultrasounds, sonograms, etc. within the timeframes specified by the obstetrician. When pregnancy complications are identified, including methadone maintenance for addictive pregnant females, the inmate shall be referred to the appropriate obstetrics specialist. Pregnant women with opiate-use disorder shall receive the care and services most likely to assure the safety of the woman and fetus. Inmates will receive the results of*

*their prenatal screening tests and they will be documented in the medical record. Medical Providers will order prenatal vitamins and diets for pregnant inmates at the inmate's initial intake physical examination. The Contractor shall provide women's health education programs and preventative healthcare services including: cervical cancer screening, which may include a Pap smear; mammography; and health education.  All female inmates ages 21 to 65 will be offered cervical cancer screening every thirty-six (36) months after initial intake, unless current screening guidelines recommend different timeframes.*

To:

Obstetrics and Gynecology: All confirmed pregnant inmates will be provided with prenatal care under the supervision of a Board Certified Obstetrician, according to the American College of Obstetrics and Gynecology Standards (ACOG). The Contractor shall provide all laboratory testing, medical examinations, and other diagnostic testing, e.g., ultrasounds, sonograms, etc. within the timeframes specified by the obstetrician. When pregnancy complications are identified, including methadone maintenance for addictive pregnant females, the inmate shall be referred to the appropriate obstetrics specialist. All pregnant or post-partum patients with diagnosed Opioid Use Disorder (OUD) shall be offered to have current MOUD (buprenorphine, naltrexone, methadone) continued, or if not currently on MOUD, shall be offered to initiate treatment with buprenorphine or naltrexone.  Inmates will receive the results of their prenatal screening tests and they will be documented in the medical record. Medical Providers will order prenatal vitamins and diets for pregnant inmates at the inmate's initial intake physical examination. The Contractor shall provide women's health education programs and preventative healthcare services including: cervical cancer screening, which may include a Pap smear; mammography; and health education. All female inmates ages 21 to 65 will be offered cervical cancer screening every thirty-six (36) months after initial intake, unless current screening guidelines recommend different timeframes.

Add to Section 1.10.10:

Contractor agrees to enhance the current level of optometry/ophthalmology services by replacing the current subcontractor with a new subcontractor, who will provide additional resources and oversight to better meet the needs of the patients, to include the following goals:

1. More effective triage to address urgent eye care needs quickly;
2. Effective management of chronic eye care needs including regular chronic care appointments;
3. An increase in onsite care and reduced offsite trips;
4. Reduced patient wait times for appointments and corrective lenses; and
5. Enhanced compliance with the ADA.

Add to Section 1.10.16.2 after the last sentence:

>Naloxone is required to be kept on every housing unit or with every AED.

Delete the following language from Amendment 11, TechCare Implementation Plan and Scope of Work for Private Prisons, section 2(D), Supporting Infrastructure:

>i.   *Computer Equipment, Peripherals, Network Equipment, Network Configuration, Internet Connectivity and Wiring are the sole responsibility of the Private Prison. NaphCare is providing software only.*

Reinstate the language in Section 1.10.22.1.2

- The Contractor shall be responsible for all costs of implementing and maintaining the EMR, including hardware, software, peripherals and network connectivity throughout all ADCRR state operated complexes. The Contractor shall be responsible for all costs of implementing the EMR, including hardware, software, and peripherals throughout the contracted private prison facilities. Contractor has no responsibility for network configuration or connectivity in the private prison facilities. The Department is the sole owner of all data contained within the EMR.

Add to Section 1.10.22.1.2:

Following approval of the Department, Contractor commits to providing Private Prisons with the Department's existing allowable computer inventory which Contractor currently maintains possession, but that is not in use.  The specific allocation of devices will be the Department's sole determination.  Once provided to the Private Prison's vendor, Contractor will no longer maintain any responsibility for the equipment's support or licensing.   Maintenance and replacement of peripherals, including signature pads, bar code scanners, printers, etc. needed to support use of the EHR will be the sole responsibility of the Private Prison's vendor.  Following exhaustion of the existing allowable computer inventory, the Private Prison and/or Department will be responsible for the cost of any additional equipment.

Network Wiring within ASP Facilities. The Department, or its subcontractor, shall be solely responsible for the network infrastructure needed to support Contractor in providing connectivity to existing workstations. The Department shall be financially responsible for the installation of any network drops in existing areas in order to eliminate the use of unmanaged network switches which were installed prior to October 1, 2022. Contractor shall be financially responsible for the installation of any new network drops in relation to expansion of healthcare operations.  Prior to any network upgrades or general reconfiguration performed by ADCRR or its subcontractors related to the network within the prison system, Contractor shall be notified at least 30 days in advance to any changes impacting current connectivity of workstations utilized to provide care. Further, network access to those workstations will not be impacted in any way prior to completion of alternative connectivity following the above-mentioned processes.

Process and Format for Changes to TechCare and Contractor Reporting Capabilities.   Any changes requested by the Department which affect the scope of services or technical

implementations within the electronic health record (EHR or "TechCare") will be by mutual agreement. Further, Department may, in its discretion, request that Contractor develop certain enhancements, features, reports/export or changes to the TechCare System. The Contractor shall develop and deploy such Department-requests following the below process. This process shall uniformly apply to any request for development including but not limited to workflow changes, form changes, report requests or data exports regardless of the source of the request.

a. Requests will be submitted to Contractor by the Department in writing using a Contractor provided PDF request form, attached as Exhibit (X). The request will include detailed business and functionality requirements.

b. Contractor will review the request for clinical and operational soundness, document the request and associated details into Contractor's internal change management tracking tool and estimate the work effort required and feasibility to implement the request. Contractor will notify the Department accordingly and provide an estimated timeline for completion.

c. The Department's designee shall allow implementation (approve) or deny implementation of each Request and will provide the priority of each approved Request. Should an accelerated timeline be requested beyond the estimate provided by Contractor, Contractor will work with the Department to realign and de-prioritize other requests or projects to enable an accelerated timeline.

d. Contractor shall commence work on all approved Requests and shall provide updated information on a recurring basis including the Request, its status and the estimated completion of the Request.

e. Contractor shall include the Request in a future version of the Application for the Department's testing and acceptance.

f. Upon successful testing of the Request, the Department will provide notice of acceptance to Contractor, and the parties will mutually agree on a scheduled date for the migration of the Update to the Production environment.

Amend Section 1.10.25 from

- *1.10.25 Discharge Planning: The Contractor shall contact, coordinate and collaborate with community agencies as clinically indicated to develop a comprehensive discharge plan to assist in the inmate's successful release. The Contractor shall initiate discharge planning for inmates with severe or special medical, dental and/or mental health needs one-hundred fifty (150) calendar days in advance of the scheduled release date, and as required by Department Order 1001. Inmate Release System. The Contractor shall initiate discharge planning for all other inmates with identified medical, dental and/or mental health needs ninety (90) calendar days in advance of the scheduled release date (Exhibit 7), Discharge Planning Data Requirements. The Contractor shall initiate, create and establish discharge planning in compliance with NCCHC and ACA Standards and D.O. 1001.*

To:

- The Contractor shall contact, coordinate and collaborate with community agencies as clinically indicated to develop a comprehensive discharge plan to assist in the inmate's successful release. The Contractor shall initiate discharge planning for inmates with severe or special medical, dental/and or mental health needs, including but not limited to all patients in SNU and IPC housing, all patients in inpatient and residential mental health treatment programming, all patients designated as a MH-3 or above, and all patients receiving Medication Assisted Treatment (MAT).
The Contractor shall initiate discharge planning for all other inmates with identified medical, dental and/or mental health needs ninety (90) calendar days in advance of the scheduled release date (Exhibit 7), Discharge Planning Data Requirements. The Contractor shall initiate, create and establish discharge planning in compliance with NCCHC Standards and DO 1001.

Add after Section 1.10.25.8:

No later than April 7, 2024, no patient who is released on their planned release date shall release without having been screened for HCV and if positive and they accept treatment, without having completed treatment except:

- With markedly reduced life expectancy who would not be expected to benefit from treatment.

- Prisoners who cannot complete treatment within the timeframe of their incarceration and linkage to care in the community for continuation of treatment cannot be established despite a good faith effort.

Delete the following language from Amendment 11, TechCare Implementation Plan and Scope of Work for Private Prisons, section 2(C) Integration

i.    *Interface development for the Private Prisons will be limited to Pharmacy and Lab Diagnostics only.  The OMS interface for the Private Prisons is already in place.  The interface to be built as a part of this implementation include:*
    1. *Pharmacy System, 3 total 1 per company*
    2. *Laboratory, 3 total 1 per company*
ii.   *Interface beyond the above scope (i.e. Single Sign On, Radiology, etc.) will be considered post go live and associated costs for development will be the responsibility of the Private Prison.*
iii.  *Because third-party resources are inherently unknown yet, TechCare cannot go live without them.  It will be the responsibility of the private prison vendor to engage and pay for any interface development by their vendors.  NaphCare is not responsible for costs or delays by third party vendors.*

Reinstate the language in Section 1.11.13

- The Contractor shall purchase a digital X-ray system that would be approved by ADCRR. The system must be easy to integrate and expand if needed. It should also be compatible with all other private prisons so inmates can transfer to other prisons along with their X-rays with ease and at optimum quality and clarity with no disruption. Vendor must purchase, maintain, and provide service for all software, hardware and all other technology required for a streamlined, efficient and precise system. The system will be market leading and will be acquired efficiently and implemented to equip all locations fully.

Add 1.11.13.1 to state,

- The Contractor is responsible for the development and costs associated with all interfaces (e.g. laboratory, radiology, pharmacy, etc.) necessary to provide full and unlimited access to TechCare.

Add Section 1.12.2.1:

Notwithstanding the provisions of Section 1.12.2, for the initial year of the Contract (October 1, 2022 through September 30, 2023, Contractor's financial responsibility for hepatitis C (HCV) medications and associated treatment of Hepatitis C (laboratory testing and imaging studies) shall be capped at treating four hundred (400) patients per year. Contractor shall provide supporting documentation, which shall identify the total number of patients treated, medications purchased, medications administered, and required documentation for Health Resources Services Administration (HRSA) auditing purposes. For any Inmate Patients exceeding the four hundred (400) Inmate Patient per year threshold, all costs associated with HCV medications, laboratory testing, and imaging studies shall be reported and invoiced by Contractor to Department for reimbursement to Contractor.

Beginning with the contract year starting October 1, 2023, the Department shall bear the financial responsibility for HCV medications. To the extent that the Department asks Contractor to provide HCV medications, Contractor will dispense the medications and Contractor will invoice the Department and provide supporting documentation for all HCV medications. The Department may also elect to purchase HCV medications directly from another pharmacy provider at its sole discretion.

The Department shall be credited a total of $6 million ($6,000,000.00) for HCV medications based on the previous calculation of treating 400 patients per year at $15,000.00 per patient, which the Contractor shall identify in the Fee Schedule and reflect in its PIPD.

Add after Section 1.12.4:

When a patient refuses a medication (or classes of medication), based on the specific medication or class and the number and pattern of refusals, the medication administrator shall be triggered to escalate the case to a higher authority and within a specified amount

of time (which may differ by medication or class). The Contractor should use clinical judgment in setting the refusal pattern for each medication or class and timeframe for escalation. The decision rules described above should be incorporated into the medication administration software of the EHR such that the EHR automatically alerts the medication administrator when action is needed and what action is needed, rather than relying on administrators' memory. The higher authority referenced above shall be an RN or appropriately licensed practitioner who is then responsible for: determining the reason for the refusal and securing the patient's adherence with the medication, or finding a clinically appropriate alternative treatment, or assuring that the patient is making an informed refusal, or assuring the execution of whatever clinically appropriate action is ordered by a prescriber.

Add after Section 1.12.8:

All required pharmacy audits will be revised to use an evaluation scale rather than simply indicating pass/fail for each category.

Add after Section 1.12.21:

When patients request approved refills or renewals of a KOP medication, the medication shall be delivered to the patient before the medication runs out (based on the date of the previous fill) provided the patient attempted to submit the request within the required timeframe. A KOP medication shall be delivered either by providing the patient with the KOP supply or by staff administering the medication from stock, dose by dose, to bridge the gap until the KOP supply is delivered. Additional medication need not be delivered before the previous fill runs out if a clinically appropriate and documented determination was made by a prescriber that the medication should not be continued and the patient is so informed.

Add after Section 1.12.21:

Patients with asthma who are at significant risk of serious respiratory impairment if they do not use their rescue inhaler immediately, shall be provided a rescue inhaler KOP. Exceptions may be made for patients living in a unit with 24-hour nursing and access to an emergency call button. Patients with diabetes who are at significant risk of hypoglycemia shall be provided a source of glucose KOP. Exceptions may be made for patients living in a unit with 24-hour nursing and access to an emergency call button. Patients' prescribed rapid-delivery nitroglycerin for cardiac disease shall be provided the medication KOP. Exceptions may be made for patients living in a unit with 24-hour nursing and access to an emergency call button.

Add to Section 1.12.24.2 after the final sentence:

Prescribed medications intended for DOT administration shall be administered as ordered or there shall be documentation of a valid reason for non-administration. Documentation shall include the identity of the administrator.

Add after Section 1.12.24.11:

Notwithstanding Section 1.12.24.11, above, patients released to the community shall receive a supply of medication sufficient to ensure either (a) the patient has medication available for a sufficient length of time to allow the patient to obtain and attend an appointment with a community practitioner qualified to order a new supply, or (b) to complete the course of therapy, whichever is shorter.

Add after Section 1.12.24.12:

Patients shall receive treatment for hepatitis C infection ("HCV") according to the following requirements:

- All patients are screened (by blood test) for HCV within one (1) month of arrival, and periodically, based on risk, in accordance with CDC recommendations.

- The Contractor may wait up to six (6) months after the date of first confirmation of the current infection (or a month after learning such date if infection was established prior to admission to prison) to begin treatment to those with sustained infection who agree to treatment, regardless of degree of fibrosis, except for those with advanced or decompensated cirrhosis.

- Exceptions to treatment may be made for those patients:

   o with markedly reduced life expectancy who would not be expected to benefit from treatment, or

   o patients who cannot complete treatment within the timeframe of their incarceration and linkage to care in the community for continuation of treatment cannot be established despite a good faith effort.

- All current patients who have not been screened for HCV shall be offered screening, and all who screen positive, have viremia based on an RNA test, and indicate willingness to be treated shall receive treatment within the time parameters set out below.

- All patients with HCV infection shall be placed on a single list prioritized according to a scheme that considers degree of fibrosis, relevant comorbidities, likelihood of transmitting infection to others in the prison, and release date.

- By October 7, 2023, using the prioritized list, the Contractor shall begin treatment each month of at least the following number of patients: 110 patients plus 70% of the number of newly admitted patients who tested positive for HCV during the previous month. For example, if 100 patients admitted during the month of January tested positive for HCV, the Contractor shall begin HCV treatment of the next 180 patients on the prioritized list, during the month of February. The Contractor may calculate the number of newly admitted patients testing positive during January based on the

date of admission or the date of the test results (because patients may not be tested during the month of arrival and test results may not be completed during the month of arrival). Once the Contractor has chosen a method of calculation, they shall continue to use the same method. Until they begin treating patients on the prioritized list, the Contractor shall continue their current practice of initiating treatment of all patients identified as having more advanced hepatitis C, i.e., scores of F3 and F4. Once the Contractor begins using the prioritized list, the Contractor may include all patients, including those with scores of F3 and F4, in the calculation of the number of patients treated monthly.

- All patients with HCV shall be offered education about HCV, whether they receive treatment or not.

Amend 1.12.38.3 to delete "performance measures" and replace with "quality indicators."

Add after Section 1.13.1:

Each patient on the mental health caseload, i.e., all patients in Mental Health Levels 3, 4, and 5, shall be assigned a Primary Therapist (PT) who serves as the single point of contact and coordination for providing care for that patient. Primary Therapists shall be psych associates or psychologists. When a patient's assigned PT is unavailable, another psych associate or psychologist acts on their behalf. Except as noted elsewhere, generally a new PT shall be assigned when a patient's living unit changes and the current PT does not cover that unit, e.g., when the patient's yard or Mental Health Level of Care changes.

Add after the previous section and Section 1.13.1:

Mental health care shall continue without interruption despite non-clinical events or conditions. If a patient's treatment team changes due to a change in the patient's mental health level of care:

- The "original" PT shall provide the "new" mental health team with the rationale for the change in mental health level and the anticipated treatment needs;

- If the transition is to anything other than to residential or inpatient, the "new" PT meets with the patient within seven (7) calendar days;

If the transition is to residential or inpatient level of care:

- The PT meets with the patient as soon as possible, but no more than one (1) business day after arrival;

- The psychiatric practitioner is contacted and collaborates on the immediate care plan as soon as a patient is admitted.

If a patient's PT changes without a change in mental health level of care:

- If the transition is to anything other than to residential or inpatient, the "new" PT meets with the patient within seven (7) calendar days;

- If the transition is to residential or inpatient level of care, the "new" PT meets with the patient within one (1) business day.

- If the change is due to a change in assignment of personnel, not a transition of the patient, the newly assigned PT shall meet with the patient in accordance with the scheduled follow-up established in the patient's treatment plan by the previous PT, but no later than the following interval after the assignment of the new PT: one (1) business day for patients in inpatient level care, fourteen (14) calendar days for patients in residential care, and three (3) months for patients in all other levels of care.

Add to Section 1.13.2.1, after the last sentence:

Mental health clinicians shall be onsite seven (7) days per week in facilities that house patients on mental health watch or in inpatient or residential mental health facilities.

Amend Section 1.13.4.1 from:

*Psychology Associate level clinicians shall have an active LAC, LPC, LMFT, LCSW, LMSW or LISAC license. Any master's level or doctoral level clinician without a current license must work under the supervision of a licensed clinician and obtain an appropriate license within eighteen (18) months.*

To:

Psychology Associate level clinicians shall have an active LAC, LPC, LMFT, LCSW, or LMSW license.  All psych associates shall be licensed or become licensed within one (1) year of hiring or by April 7, 2024, whichever is later.

Add to 1.13.4.2 after the existing sentence:

All psychologists shall have appropriate state license.

Amend Section 1.13.6 from:

A*ddiction Treatment Services. The Contractor shall implement protocols for collaboration with Department staff that provide alcohol and other drug treatment.   The Contractor shall also implement protocols for the purposes of coordinating integrated treatment for inmates with co-occurring mental health and drug and alcohol conditions. The Contractor shall: (Note: Subsequent contract language remains).*

To:

The Contractor shall implement protocols for providing alcohol and other drug treatment. The Contractor shall also implement protocols for the purposes of coordinating integrated

treatment for inmates with co-occurring mental health and drug and alcohol conditions. The Contractor shall comply with the following requirements:

- All newly admitted patients shall be screened for, and if indicated then evaluated for, substance use disorder. Screening shall include assessment as to a history of opioid overdose.

- All newly admitted patients shall be offered to have current Medication for Opioid Use Disorder ("MOUD") (buprenorphine, naltrexone) continued.

- All pregnant or post-partum patients with diagnosed Opioid Use Disorder ("OUD") shall be offered to have current MOUD (buprenorphine, naltrexone, methadone) continued, or if not currently on MOUD, shall be offered to initiate treatment with buprenorphine or naltrexone.

- All patients who have a documented history of overdose or who upon assessment are determined to be at imminent risk of an opioid overdose shall be offered MOUD with buprenorphine or naltrexone.

- All patients offered treatment for HCV shall be evaluated for OUD and if found to have OUD, shall be offered MOUD with buprenorphine or naltrexone.

- On or before October 7, 2023, and every six (6) months thereafter, the Contractor will offer MOUD in three (3) new facilities, if appropriate, and including medication treatment for alcohol. The Contractor will take the necessary steps to ensure that any patient transferring to another facility will not experience an interruption in MOUD, or alcohol treatment.

- Contractor, in consultation with the Pharmacy and Therapeutics Committee shall have discretion to determine the form of buprenorphine or naltrexone offered.

Contractor will fully utilize the funding provided for MOUD/MAT medications as provided for in Amendment 10. Once these funds are exhausted, Contractor will continue to dispense these medications at its actual acquisition and shipping and handling costs without any added dispensing fees and invoice the Department on a monthly basis. Contractor will provide supporting documentation as part of this invoicing for MOUD/MAT medications. The Department may also elect to purchase MOUD/MAT medications directly from another pharmacy provider at its sole discretion.

Add to Section 1.13.7.1:

- During normal business hours a patient who presents as a suicide risk shall have a formal in-person suicide risk assessment completed by a licensed psych associate, psychologist, or psychiatric practitioner to determine the acute suicidal risk and the level of protection that is needed (e.g., return to current housing, placement in one-on-one observation, etc.). If the concerns are raised after normal business hours or on holidays, the on-duty mental health officer shall be consulted regarding the

disposition of the patient (which may or may not include constant observation). If the patient is placed on suicide watch as a result of the concerns raised, they should be placed under constant observation until they are able to have an in-person assessment of suicide risk by a mental health professional.

- Upon recommendation from a psychologist or psychiatric practitioner that housing a patient on suicide watch in the same room with other suicide watch patients ("cohorting") would be clinically safer than housing each patient in isolation, the Contractor shall cohort such patients, provided that based on the patients' custody classification (determined based on factors other than the fact that the individual is on suicide watch) such cohorting would not be contraindicated.  Mental Health Watch beds shall be used for short term (typically only a few days) management of patients who require acute care, e.g., suicide watch.

- Continued treatment in a Mental Health Watch bed requires review and approval by a psychologist initially at seven (7) days and every three (3) days thereafter. Starting at ten (10) days following placement in a Mental Health Watch bed, the psychologist and or psychiatric prescriber shall document the justification for their continued assignment to the Mental Health Watch bed rather than a Residential or Inpatient bed.

- Patients in a Mental Health Watch bed shall be evaluated at least daily in person by their PT (or another psych associate if they have not yet been assigned a PT or have transferred from another yard). Treatment providers shall document their intervention efforts, including but not limited to: assessing mental status; behavioral observations; documenting patient ability to independently care for activities of daily living; type(s) of treatment provided; response to interventions (including medication efficacy and compliance); anticipated length of stay; and criteria for discharge.

- The patient shall be assessed by a psychiatric practitioner as soon after admission as possible but no longer than one (1) business day, in order to ensure there is not a medication issue or a question of medication appropriateness that contributed to suicidal ideation.

- For patients placed in a Mental Health Watch bed for suicidal concerns, a suicide risk assessment shall be completed upon admission that identifies risk and protective factors and items/privileges they are allowed (based on treatment needs) while in crisis care. A clinical note shall be entered whenever the level of suicide watch is changed.

- Prior to being released from a Mental Health Watch bed if placed there due to suicidal concerns, a discharge suicide risk assessment shall be completed which documents: the change/reduction in suicidal risk; the patient's identified protective factors; and plans for follow-up treatment and aftercare including a safety plan developed in collaboration between the patient and treatment providers.

- "Safety contracts" (forms signed by patients, agreeing not to hurt themselves) shall not be used.

- Transferring a patient in crisis to a different yard or complex can be clinically disruptive. When possible and safe, the Contractor shall attempt to provide stabilization at the complex at which the patient has been housed unless there is documented clinical justification for transfer based on the low likelihood of stabilization and/or clinical danger if the patient is maintained at the complex.

- Restraints used by mental health clinicians for clinical purposes shall comply with the following:

- Restraints shall be used only to prevent harm to oneself or to others and to ensure the safety and security of the staff and other patients. They shall not be used for punishment.

- Restraints shall be ordered and reviewed only by a psychiatric practitioner or psychologist.

- Restraints shall only be applied for the minimum amount of time necessary to accomplish the stated need (e.g., patient and staff safety, requisite transports, etc.).

- Soft restraints shall be used whenever possible.

- Subject to the following section, restraints shall not be used for more than four (4) hours at a time. Every effort shall be made to minimize the length of time in restraints.

- Renewal of restraints beyond four (4) hours shall be approved by the Facility Medical Director/designee and must be renewed at intervals no longer than four (4) hours. If the Medical Director/designee is not available, a licensed mental health provider may approve continued use. The justification for continued use shall be documented in the patient's medical records. Renewals occurring after hours shall be done in collaboration with the Facility Medical Director/designee, a psychiatric practitioner, or a psychologist.

- Patients shall be restrained only in settings that allow nurses sufficient access to perform wellness checks and provide necessary medical care. Nurses shall ensure that the restraints do not impair any essential health needs, such as breathing or circulation to the extremities. These checks shall be documented in the patient's medical records.

- Patients in restraints shall be under direct observation at all times. If an observer notes any ill effects of the restraints, every effort shall be made to remedy the ill effects and a psychiatric or medical practitioner shall be notified immediately.

Add to Section 1.13.7.2:

All patients with mental illness that requires regular follow-up shall be designated on the mental health caseload and shall be seen in clinically appropriate timeframes in accordance with the Mental Health Technical Manual.

Add a New Section:

Orders from mental health staff shall be completed within the timeframe ordered. This includes, but is not limited to, diagnostic tests, follow-up visits with nurses or practitioners, requests for outside records, and treatments.

Add a New Section:

The Contractor shall ensure a psych associate or psychologist conducts a comprehensive mental health evaluation of each patient within one (1) business day of that patient first entering the ADCRR system. This assessment shall occur in a confidential therapeutically appropriate setting unless there is a clinical or legitimate and substantial safety and security concern that is documented.

The assessment shall identify and document sufficient relevant information regarding the presence and severity of mental health symptoms; current impact on functioning; past hospitalization/treatment including response to treatment; medications; suicide risk; behavioral observations of staff; and a preliminary designation of level of care.

Add a New Section:

Patients at an outpatient level of care (i.e., MH-3) shall have the following evaluations by their assigned PT:

- an initial comprehensive mental health evaluation within one (1) month of arriving at the assigned facility if not already completed when the patient first entered the prison system;

- whenever clinically indicated to reflect a change in service delivery;

- at least once per year

Add a New Section:

All patients in residential level of care (i.e., MH-4) shall have a comprehensive mental health evaluation by their primary therapist:

- whenever there is a significant change in the course of treatment, e.g., new type of treatment including medication, significant decompensation;

- at least annually, documenting the patient's need for residential level of care.

Add a New Section:

> All patients in inpatient level of care (i.e., MH-5) shall have a comprehensive mental health evaluation conducted at least annually by their PT if already on the mental health caseload (otherwise by the mental health provider assigned to the inpatient unit):
>
> - the comprehensive mental health evaluation shall reflect the rationale for inpatient placement including but not limited to current symptoms and functional impairment, timing and pattern of decompensation, interventions attempted, diagnostic impressions (including potential substance-related impacts), progress in treatment to date, goals for treatment in the inpatient setting, anticipated length of stay, and criteria for discharge.

Add a New Section:

> The mental health lead shall ensure that an accurate assessment is completed for all patients designated as a MH-3 or above assessing the correlation of the patient's mental illness and the behavior that led to the creation of an incident report. It is the responsibility of the mental health lead to ensure that ADCRR receives this assessment as well as recommendations for addressing the behavior. The mental health lead or designee shall provide ADCRR with an electronic or paper copy of the completed disciplinary correspondence form documenting the assessment and recommendations, within forty-eight (48) hours of receipt of the disciplinary packet.

Add to Section 1.13.7.3:

> For patients in outpatient (MH-3) level of care, a treatment plan meeting shall be conducted with the patient and their PT. A psychologist or psychiatric practitioner shall also be present for complex cases and in all other cases shall provide input to the PT prior to the treatment plan meeting. At that meeting, the patient's treatment plan shall be reviewed and updated to determine adherence to treatment, efficacy of interventions, evaluation of the level of care needs, diagnostic impressions, progress to date in treatment, and steps taken toward moving to a less restrictive environment, if applicable. The timing of the treatment plan meetings should be based on the needs identified in the treatment plan, but no less often than once a year. The treatment plan shall include a date for next review based on the content of the plan. If no timeline is identified, a treatment plan meeting shall occur at least once per year.

Add to Section 1.13.7.3:

> Patients in residential level of care shall have their treatment plans reviewed and updated as clinically indicated but no less often than every two (2) months when the full team meeting described in the next section is conducted.
>
> A full team meeting shall be conducted at least every two (2) months to include: primary therapist, psychologist, psychiatric practitioner, and any other staff as necessary. Patients shall be included in the meeting unless there is a clinical or legitimate and substantial

safety and security concern documented in the custody record. That meeting shall include: determination of adherence to treatment, efficacy of interventions, evaluation of their level of care needs, rationale for the need for residential care, diagnostic impressions, progress to date in treatment, and steps taken toward moving to a less restrictive environment.

Add to Section 1.13.7.3:

Patients in inpatient level of care shall have their treatment progress reviewed daily, and teams shall meet at least weekly with all providers (e.g., nursing, psychiatry, mental health, social work, custody/unit staff, and behavioral health technicians) and providers from the patient's previously assigned unit whenever possible. Patients shall be included in the meeting unless there is a clinical or legitimate and substantial safety and security concern documented. At a minimum, the focus of treatment teams shall be to provide updates on patient progress, the type and efficacy of interventions used, treatment adherence, potential obstacles to recovery, and rationale for continued placement in the inpatient unit.

Add to Section 1.13.7.4:

The Contractor shall ensure the formulary for psychotropic medications is no broader than the formulary used by AHCCCS. For patients admitted to ADCRR on a psychotropic which is not on ADCRR's formulary:

- The medication shall be continued if, based on the patient's history, there is significant risk of worsening of the condition if a different medication is prescribed.

- If no such risk exists, the medication shall be continued long enough to allow a safe transition to a different medication or medications.

Add to Section 1.13.7.4:

A psychiatric practitioner shall conduct an appropriate clinical encounter with all patients in an outpatient level of care (i.e., MH-3) on psychotropic medications as often as clinically required, but no less often than every three (3) months.

Add to Section 1.13.7.4:

Patients in residential level of care shall have an appropriate clinical encounter with a psychiatric practitioner as often as indicated, but no less than every fourteen (14) days.

Add to Section 1.13.7.4:

A psychiatric practitioner shall conduct a clinical encounter with all patients in an inpatient level of care (i.e., MH-5) as often as indicated, but no less than once per week.

Add to Section 1.13.7.4:

> The psychiatric provider shall conduct laboratory tests and physical assessments in accordance with the Mental Health Technical Manual, including but not limited to timely and appropriate Abnormal Involuntary Movement Scale (AIMS) and metabolic assessments for patients on antipsychotic medications.

> - All cancellations of patient-initiated visits shall be made directly to a mental health professional by telephone, video, or face-to-face.

> - All refusals of provider-initiated on-site health visits are made by telephone, video, or face-to-face with a master's level therapist, psychologist, or psychiatric practitioner (psychiatrist, psychiatric nurse practitioner, or psychiatric physician assistant) for mental health visits, at the time of the appointment.

> - If the patient doesn't participate in direct communication regarding cancellation/refusal with mental health staff, mental health staff must go to the patient's location.

Add to Section 1.13.7.5:

> Patients in outpatient level of care MH-3A shall have face-to face encounters with their assigned PT as clinically indicated, at least every 30 days or less. Patients in outpatient level of care MH-3B shall have face-to face encounters with their assigned PT as clinically indicated, at least every 60 days or less. Patients in outpatient level of care MH-3D shall have face-to face encounters with their assigned PT as clinically indicated, at least every 90 days or less. Patients in outpatient level of care MH-3E shall have face-to face encounters with their assigned PT as clinically indicated, at least every 90 days or less.

Add to Section 1.13.7.5:

> Patients in Residential level of care MH-4 shall be afforded weekly clinical contact with his or her primary therapist either individually or in group therapy; individual clinical contact shall be provided at least every other week.

Add to Section 1.13.7.5:

> Patients in inpatient level of care shall have a daily face-to-face encounter with their primary therapist unless such an encounter would be clinically contraindicated. If the patient participates in the weekly treatment team progress meeting, it may be counted as a daily face-to-face encounter.

Add to Section 1.13.7.5:

> All cancellations of patient-initiated visits shall be made directly to a mental health professional by telephone, video, or face-to-face. All refusals of provider-initiated on-site health visits are made by telephone, video, or face-to-face with a master's level therapist,

psychologist, or psychiatric practitioner (psychiatrist, psychiatric nurse practitioner, or psychiatric physician assistant) for mental health visits, at the time of the appointment. If the patient doesn't participate in direct communication regarding cancellation/refusal with mental health staff, mental health staff must go to the patient's location.

Delete Section 1.13.7.7 - *It is covered in section 1.13.7.4*

*1.13.7 The Contractor shall provide comprehensive mental health services that are evidence-based and/or best practices including but not limited to:*

*1.13.7.7 Medication evaluation, administration, and follow-up.*

Add to Section 1.13.7.8:

Following a suicide or suicide attempt, the Contractor shall identify all significant health care and custody errors (i.e., near misses as well as preventable adverse events). Based on prioritization of all errors identified, a root cause analysis shall be conducted if clinically appropriate, from which an effective and sustainable remedial plan shall be crafted. A sustainable plan is one which outlives staff memory from a single training after the review or staff turnover. The Contractor shall monitor the remedial plan for effectiveness and make appropriate and timely modifications to the plan based on the monitoring.

- The sustainable plan shall be implemented within one (1) month of the suicide or suicide attempt.

- For each suicide, the plan in this section shall be crafted and implemented whether or not the medical examiner's report is available. If the medical examiner's report was unavailable, the plan shall be revisited and modified, if necessary, within one (1) month of receipt of the report.

Add to Section 1.13.7.8:

Upon notification of a patient's suicide or suicide attempt, the Mental Health Lead has fourteen (14) days to convene a Suicide Attempt or Completed Suicide Review Committee.

Add to Section 1.13.7.8:

The Mental Health Lead shall assign a psychologist to complete a psychological autopsy or suicide attempt review. The Mental Health Lead shall submit the psychological autopsy or suicide attempt review to the Healthcare Services Division (HSD) within 21 days of the patient's suicide or suicide attempt. Any additions or corrections recommended by the Mental Health Director or the HSD shall be completed within the following four (4) days.

Add to Section 1.13.7.9:

> The Contractor shall comply with the following regarding any patient designated as Seriously Mental Ill (SMI), MH-4, or MH-5 who shall be released and who is presumptively eligible for federal or state assistance by virtue of their mental illness:

> - The Contractor shall develop and document an aftercare plan that reflects the patient's current symptoms and functional impairments, progress in treatment, and treatment plan;

> - The Contractor shall facilitate evaluation for SMI designation and placement in the community, as clinically indicated; and

> - The Contractor shall arrange follow-up care with an appropriate community provider where possible.

Add after Section 1.14.2:

> The ordering practitioner's order is the controlling order and is not merely a request for authorization. The practitioner writing, modifying, or cancelling the order has a patient-practitioner relationship with the patient and assumes clinical responsibility for the decision.

Amend Section 1.15.4.8.1 from:

> *The Contractor shall ensure all Medicaid eligible healthcare claims are billed by the healthcare services provider directly to AHCCCS for payment. The Contractor is not responsible for Medicaid eligible services or the payment for those services and such services are specifically excluded from the Contract.  The Contractor's invoice shall be off-set monthly by the total amount paid by AHCCCS for any inmate healthcare claims. Notwithstanding this provision, the Contractor is still responsible for the overall management of the healthcare services provided to the inmates, including but not limited to, utilization management services set forth in Section 2.14.*

To:

> The Contractor shall provide to the Department notification of any inmate hospital admission greater than twenty-four (24) hours within forty-eight (48) hours of admission. The Contractor shall ensure all Medicaid eligible healthcare claims are billed by the healthcare services provider directly to AHCCCS for payment. **Effective September 1, 2023**, the Contractor is responsible for the AHCCCS portion of the Medicaid eligible services for inpatient hospital stays.  The Contractor is responsible for inpatient hospital stays for those patients who are ineligible for Medicaid services.  The Contractor is still responsible for the overall management of the healthcare services provided to the inmates, including but not limited to, utilization management services. The Contractor's invoice shall be off-set monthly by the full amount paid by AHCCCS for approved claims.

Delete Sections 1.15.6 through 1.15.7.1

*1.15.6 The Offeror shall acknowledge that if awarded the contract they shall work with the AHCCCS Administration staff within sixty (60) calendar days of the contract award date to demonstrate that their proposed claim processing system is compatible with and meets requirements related to all AHCCCS rules, methodologies, and procedures regarding claim submission, claim processing, and claim management. The Offeror shall acknowledge that they shall have AHCCCS perform a readiness review. Failure of the Contractor to meet the requirements of the AHCCCS review may result in contract termination. The readiness review shall include, but is not limited to, the following:*

> *1.15.6.1    Evidence that all payment policies are developed and in compliance with AHCCCS payment methodologies.*
>
> *1.15.6.2    Successful processing of AHCCCS test claims.*
>
> *1.15.6.3    Successful execution of situational test scenarios.*
>
> *1.15.6.4    System capability to accept and load AHCCCS rate schedules, provider files and reference data etc.*
>
> *1.15.6.5    Evidence of the ability to adequately monitor and report.*
>
> *1.15.6.6    Adequacy of staffing.*
>
> *1.15.6.7    Evidence of system change controls.*

*1.15.7 The Offeror shall describe their experience with paying healthcare claims from subcontracted healthcare providers. Indicate the number of claims, as well as the dollar value of those claims, processed annually by the Offeror and the average time to adjudicate a claim. Explain how the claims submission and payment system is or is not aligned with the Offeror's health information system, including the system for prior authorizations.*

> *1.15.7.1    The Offeror shall describe their experience and processes with paying Medicaid claims specifically.*

Amend Section 1.17.1 from:

*The Contractor shall employ sufficient staffing and utilize appropriate resources to achieve contractual compliance, including those staffing requirements identified in the Stipulation in Parsons v. Shinn, 2:12-cv-00601-DKD. The Contractor's resources shall be adequate to achieve outcomes in all functional areas within the organization. Adequacy shall be evaluated based on outcomes and compliance with contractual and Department policy requirements. If the Contractor does not achieve the desired outcomes or maintain compliance with contractual obligations, additional monitoring and regulatory action may be employed by the Department, up to and including monetary sanctions.*

To:

The Contractor shall employ sufficient staffing and utilize appropriate resources to achieve contractual compliance, including those staffing requirements identified in the Order and Permanent Injunction in Jensen v. Thornell, No. CV-12-00601-PHX-ROS. The Contractor's resources shall be adequate to achieve outcomes in all functional areas within the organization. Adequacy shall be evaluated based on outcomes and compliance with contractual and Department policy requirements. If the Contractor does not achieve the desired outcomes or maintain compliance with contractual obligations, additional monitoring and regulatory action may be employed by the Department, up to and including monetary sanctions.

Add after Section 1.17.4.2:

Healthcare Staff responsible for direct patient care shall not be mandated to work more than twelve (12) hours in any 24-hour period; less than eight (8) hours off between any two shifts; more than 60 hours in a calendar week defined as Sunday thru Saturday.

Amend Section 1.17.5.6 from:

*Position Control Number Master Listing must include:*

To:

Position Control Master Matrix must include:

Add after Section 1.17.7.1:

The Contractor may use registry staff to fill the contracted FTE in each job category, as necessary. Contractor shall make good-faith efforts to reduce use of registry staff as much as possible and will comply with any Court requirements.

Add after Section 1.17.7.1:

All medical physicians at hiring and during employment shall be board certified in Internal Medicine or Family Practice, or board eligible if within seven (7) years of their completion of an ACGME approved residency in one of these two (2) specialties, with the following exceptions:

- medical directors, shall be board certified at hiring and during employment;

- physicians providing obstetric and gynecologic services shall be board certified or board eligible if within seven (7) years of their completion of an ACGME approved residency in obstetrics and gynecology; and

- physicians who are currently employed and are not board eligible may remain employed for no longer than April 7, 2024.

Add after Section 1.17.7.1:

> All psychiatrists–at hiring and during employment–shall be board certified in psychiatry, or board eligible if within seven (7) years of their completion of an ACGME approved residency in psychiatry, with the following exceptions: 1) supervising psychiatrists shall be board certified at hiring and during employment; 2) psychiatrists who are currently employed and are not board eligible may remain employed for no longer than April 7, 2024.

Section 1.17.7.1

Revise the staffing plans in Amendment #9:

- In compliance with the Order and Permanent Injunction entered by the U.S. District Court for the District of Arizona in <u>Jensen, et al. v. Thornell</u>, CV-12-00601-PHX-ROS (Doc. 4410), the attached revised staffing plan is hereby incorporated into the contract effective September 1, 2023, adding a net 16.6 FTE positions as listed below.  The total number of FTE positions changes September 1, 2023 from 1,187.90 to 1,204.5.  On October 1, 2023, an additional 153.6 FTE positions will increase the total number of FTE positions from 1,204.5 FTE to 1,358.1 FTE.  On December 1, 2023, an additional net 73.2 FTE positions will increase the total number of FTE positions from 1,358.1 to 1,431.3 FTE.  On March 1, 2024, an additional 61.6 FTE positions will increase the total number of FTE positions from 1,431.3 to 1,492.9 FTE.

- Notwithstanding the effective dates of added and deleted positions, the Contractor shall begin filling all positions authorized by the Contract and its subsequent Amendments as of the date of this Amendment.

- Staffing allocation offsets for the 1,187.9 staff positions contracted prior to September 1, 2023 will be assessed as follows:

    - Required staffing hours for each contracted position not worked from September 1, 2023 through September 30, 2023, shall be offset at 100% of the average hourly rate for each such position.

    - Required staffing hours for each contracted position not worked from October 1, 2023 through October 31, 2023, shall be offset at 105% of the average hourly rate for each such position.

    - Required staffing hours for each contracted position not worked from November 1, 2023 through November 30, 2023, shall be offset at 115% of the average hourly rate for each such position.

    - Required staffing hours for each contracted position not worked from December 1, 2023 through December 31, 2023 and thereafter for the term of this contract, shall be offset at 125% of the average hourly rate for each such position.

- Effective September 1, 2023, the staffing plan adds and removes the following positions:
    - Add 1.0 FTE NP Safford (day shift)
    - Add 2.1 FTE RN – Globe (night shift)
    - Add 1.0 FTE AA Phoenix (day shift)
    - Add 1.0 FTE RN – Douglas (day shift)
    - Add 5.0 FTE Psychiatric Providers (NP/PA) for Residential Treatment at Tucson
    - Add 4.0 FTE Psychology Associates for Residential Treatment at Tucson
    - Add 4.0 FTE Behavioral Health Technicians for Residential Treatment at Tucson
    - Remove 0.5 FTE Clinical Coordinator Douglas (day shift)
    - Remove 1.0 FTE Dental Assistant Phoenix (day shift)

- Staffing allocation offsets for the 18.1 staff positions contracted on September 1, 2023 will be assessed as follows:

    - Required staffing hours for each contracted position not worked will not be subject to staffing allocation offsets from September 1, 2023 through November 30, 2023.

    - Required staffing hours for each contracted position not worked from December 1, 2023 through December 31, 2023, shall be offset at 100% of the average hourly rate for each such position.

    - Required staffing hours for each contracted position not worked from January 1, 2024 through January 31, 2024, shall be offset at 105% of the average hourly rate for each such position.

    - Required staffing hours for each contracted position not worked from February 1, 2024 through February 29, 2024, shall be offset at 115% of the average hourly rate for each such position.

    - Required staffing hours for each contracted position not worked from March 1, 2024 through March 31, 2024 and thereafter for the term of this contract, shall be offset at 125% of the average hourly rate for each such position.

- Effective October 1, 2023, the staffing plan adds the following positions:
    - Add 15.0 FTE Medical Providers (NP/PA) (1 for each complex unit to be determined)
    - Add 10.0 FTE Certified Nursing Assistants (CNA)/ Medical Assistants (MA) for telehealth support
    - Add 2.0 FTE LPN Nurses to support MAT program at Yuma (day shift)
    - Add 3.0 FTE LPN Nurses for ASPC-Yuma Dakota Unit
    - Add 2.0 FTE Reporting Analysts
    - Add 2.0 FTE Business Analysts
    - Add 1.0 FTE Support Analyst
    - Add 4.2 FTE Registered Nurses (RN) for the Rincon IPC at ASPC- Tucson

- o Add 8.4 FTE Licensed Practical Nurses (LPN) for the Rincon IPC at ASPC-Tucson
- o Add 8.4 FTE CNAs for the Rincon IPC at ASPC-Tucson
- o Add 1.0 FTE Medical Physician for the Catalina IPC/SNU at ASPC-Tucson
- o Add 1.0 FTE Assistant Director of Nursing for the Catalina Unit at ASPC-Tucson
- o Add 1.0 FTE Psychiatric Provider (NP/PA) at ASPC-Tucson Catalina Unit
- o Add 2.0 FTE Psychology Associates at ASPC-Tucson Catalina Unit
- o Add 2.0 FTE Behavioral Health Technicians at ASPC-Tucson Catalina Unit
- o Add 6.3 FTE RNs for the Catalina Special Needs Unit (SNU) at ASPC-Tucson
- o Add 4.2 FTE LPNs for the Catalina SNU at ASPC-Tucson
- o Add 12.6 CNAs for the Catalina SNU at ASPC-Tucson
- o Add 1.0 FTE Physical Therapist at ASPC-Tucson Catalina Unit
- o Add 1.0 FTE Occupational Therapist at ASPC-Tucson Catalina Unit
- o Add 2.0 FTE P.T. Assistants at ASPC-Tucson Catalina Unit
- o Add 2.0 FTE P.T. Technicians at ASPC-Tucson Catalina Unit
- o Add 2.0 FTE NP/PA Medical Practitioners at ASPC-Tucson Catalina Unit
- o Add 1.0 FTE Supply Clerk for the ASPC-Tucson Catalina Unit
- o Add 1.0 FTE Administrative Assistant/Scheduler for ASPC-Tucson Catalina Unit
- o Add 1.0 FTE Inventory Coordinator/Pharmacy Tech for Tucson Catalina Unit
- o Add 1.0 FTE Psychologist at ASPC-Tucson Complex
- o Add 1.0 FTE Psychologist at ASPC-Eyman Complex
- o Add 1.0 FTE Psychologist at ASPC-Perryville Complex
- o Add 11.0 FTE Release Planners
- o Add 9.0 FTE CNA positions for MAT telehealth
- o Add 1.0 FTE Regional Director of Physical Therapy
- o Add 3.5 FTE Physical Therapists
- o Add 5.0 FTE Physical Therapy Assistants
- o Add 1.0 FTE Regional Assistant Medical Director
- o Add 9.0 FTE QualCare medical providers (NP/PA)
- o Add 1.0 FTE Hepatitis C Supervisor (NP/PA)
- o Add 1.0 MAT Mid-Level Provider Supervisor
- o Add 6.0 Regional Directors of Nursing
- o Add 2.0 Regional Education Directors
- o Add 2.0 FTE Quality Assurance Directors
- o Add 2.0 FTE Utilization Management RNs

- Staffing allocation offsets for the positions added on October 1, 2023 listed above will be assessed as follows:

  - o Required staffing hours for each contracted position not worked will not be subject to staffing allocation offsets from October 1, 2023 through December 31, 2023.

- o Required staffing hours for each contracted position not worked from January 1, 2024 through January 31, 2024, shall be offset at 100% of the average hourly rate for each such position.

- o Required staffing hours for each contracted position not worked from February 1, 2024 through February 29, 2024, shall be offset at 105% of the average hourly rate for each such position.

- o Required staffing hours for each contracted position not worked from March 1, 2024 through March 31, 2024, shall be offset at 115% of the average hourly rate for each such position.

- o Required staffing hours for each contracted position not worked from April 1, 2024 through April 30, 2024 and thereafter for the term of this contract, shall be offset at 125% of the average hourly rate for each such position.

- Effective December 1, 2023, the staffing plan adds and removes the following positions:
  - o Add 15.0 FTE Medical Providers (NP/PA) (1 for each complex unit)
  - o Add 10.0 FTE CNAs or MAs for telehealth support
  - o Add 1.0 FTE Psychology Associates for Lewis
  - o Add 1.0 FTE Psychologist for Lewis
  - o Add 2.5 FTE Psychiatric Providers (NP/PA) for Lewis
  - o Add 2.0 FTE Behavioral Health Technicians for Lewis
  - o Add 1.0 FTE Psychology Associates for Yuma
  - o Add 1.0 FTE Psychiatric Provider for Yuma (NP/PA)
  - o Add 1.0 FTE Behavioral Health Technicians for Yuma
  - o Add 1.0 FTE Psychologist for Eyman
  - o Add 3.0 FTE Psychiatric Providers for Eyman (NP/PA)
  - o Add 3.0 FTE Behavioral Health Technicians for Eyman
  - o Add 2.0 FTE Psychology Associates for Perryville
  - o Add 1.0 FTE Psychologist for Perryville
  - o Add 2.0 FTE Psychiatric Providers for Perryville (NP/PA)
  - o Add 1.0 FTE Behavioral Health Technicians for Perryville
  - o Add 1.0 FTE Psychologist for Tucson
  - o Add 1.0 FTE Mental Health Clerk for Phoenix
  - o Add 1.0 FTE Psychiatrist for Lewis Eagle Point Inpatient
  - o Add 2.0 FTE Psychiatric Providers (NP/PA) for Lewis Eagle Point Inpatient Unit
  - o Add 2.0 FTE Psychologists for Lewis Eagle Point
  - o Add 1.0 FTE Lead Psych Associate/MH lead for Lewis Eagle Point Inpatient
  - o Add 4.2 FTE Registered Nurse assigned to Lewis Eagle Point
  - o Add 3.0 FTE Behavioral Health Technicians for Lewis Eagle Point Inpatient Unit
  - o Add 6.3 FTE RNs for the Catalina Special Needs Unit (SNU) at ASPC-Tucson
  - o Add 4.2 FTE LPNs for the Catalina SNU at ASPC-Tucson
  - o Add 12.6 CNAs for the Catalina SNU at ASPC-Tucson

- o Remove 8.4 FTE Registered Nurses for the closing of the Phoenix Baker IPC
- o Remove 4.2 FTE Registered Nurses for the closing of the Lewis IPC

- Staffing allocation offsets for the positions added on December 1, 2023 listed above will be assessed as follows:

  - o Required staffing hours for each contracted position not worked will not be subject to staffing allocation offsets from December 1, 2023 through February 29, 2024.

  - o Required staffing hours for each contracted position not worked from March 1, 2024 through March 31, 2024, shall be offset at 100% of the average hourly rate for each such position.

  - o Required staffing hours for each contracted position not worked from April 1, 2024 through April 30, 2024, shall be offset at 105% of the average hourly rate for each such position.

  - o Required staffing hours for each contracted position not worked from May 1, 2024 through May 31, 2024, shall be offset at 115% of the average hourly rate for each such position.

  - o Required staffing hours for each contracted position not worked from June 1, 2024 through June 30, 2024 and thereafter for the term of this contract, shall be offset at 125% of the average hourly rate for each such position.

- Effective March 1, 2024, the staffing plan adds the following positions:

  - o Add 12.6 FTE RNs for the Catalina IPC at ASPC-Tucson
  - o Add 12.6 FTE LPNs for the Catalina IPC at ASPC-Tucson
  - o Add 8.4 FTE CNAs for the Catalina IPC at ASPC-Tucson
  - o Add 13.0 FTE Medical Providers (NP/PA)(1 at each complex unit to be determined)
  - o Add 10.0 FTE CNAs/MAs for telehealth support
  - o Add 1.0 FTE Psychiatric Provider (NP/PA) at ASPC-Tucson
  - o Add 2.0 FTE Psychology Associates at ASPC-Tucson
  - o Add 2.0 FTE Behavioral Health Technicians at ASPC-Tucson

- Staffing allocation offsets for the positions added on March 1, 2024 listed above will be assessed as follows:

  - o Required staffing hours for each contracted position not worked will not be subject to staffing allocation offsets from March 1, 2023 through May 31, 2024.

- o Required staffing hours for each contracted position not worked from June 1, 2024 through June 30, 2024, shall be offset at 100% of the average hourly rate for each such position.

- o Required staffing hours for each contracted position not worked from July 1, 2024 through July 31, 2024, shall be offset at 105% of the average hourly rate for each such position.

- o Required staffing hours for each contracted position not worked from August 1, 2024 through August 31, 2024, shall be offset at 115% of the average hourly rate for each such position.

- o Required staffing hours for each contracted position not worked from September 1, 2024 through September 30, 2024 and thereafter for the term of this contract, shall be offset at 125% of the average hourly rate for each such position.

For examples of the formulas for calculating staffing allocation offsets see Exhibit R.

Add after Section 1.17.7.6:

All staff hired in clinical supervising positions must have at least two (2) years of clinical experience.

Amend Section 1.17.7.10 from:

*The Offeror shall also submit a detailed plan setting forth the process that will be used to develop relationships with colleges/universities regarding routine placement of practicum and internship mental health student clinicians in the corridor facilities. The detailed plan shall state if APA, APPIC, or CACREP accreditation will be sought and in what timeframe. A detailed policy shall also be included pertaining to the clinical supervision of these individuals.*

To:

The Offeror shall support University partnerships for education, student placement, training, and recruitment. The Offeror shall also submit a detailed plan setting forth the process that will be used to develop relationships with colleges/universities for Clinical Experience Opportunities inclusive of routine placement of practicum and internship student clinicians in all Arizona State Prison Complexes.  The detailed plan shall state if APA, APPIC, or CACREP accreditation will be sought for mental health student clinicians and in what timeframe. A detailed policy shall also be included pertaining to the recruitment, training, and clinical supervision of students.

Amend Section 1.17.10 from:

> *The awarded contract vendor shall propose staffing patterns based on clinical needs and their operational expertise. Vendor staffing may be subject to change through negotiations with the ADCRR, if deemed necessary. The Contractor may be required to reassign positions or position hours among the various sites throughout the system based on ADCRR's determination of need and the facilities' mission and in order to meet the performance measure requirements and other obligations under the Parsons Stipulation. Specifically, the Contractor must provide detailed staffing plans to include, at a minimum, expanded weekday hours (twelve (12) hours of daily coverage) and weekend hours (twelve (12) hours of daily coverage) with the requisite clinical staff to attain substantial compliance with the Parsons Stipulation with regard to inmate programming and out-of-cell time. Any reassignment of staff or modification of the minimum staffing plans for expanded weekday coverage and weekend coverage will be accomplished by way of a written directive issued by ADCRR.*

To:

> The Contractor shall propose staffing patterns based on clinical needs and their operational expertise. Vendor staffing may be subject to change through negotiations with the ADCRR, if deemed necessary. The Contractor may be required to reassign positions or position hours among the various sites throughout the system based on ADCRR's determination of need and the facilities' mission and in order to meet the obligations under the Jensen Order and Permanent Injunction. Specifically, the Contractor must provide detailed staffing plans to include, at a minimum, expanded weekday hours (twelve (12) hours of daily coverage) and weekend hours (twelve (12) hours of daily coverage). Any reassignment of staff or modification of the minimum staffing plans for expanded weekday coverage and weekend coverage will be accomplished by way of a written directive issued by ADCRR.

Add to Section 1.17.10.1:

> The substitution of staff coverage for staff with lower credentials/training shall only be in accordance with Exhibit (procurement to add #) – Staffing Offset Allowance Exception Sheet.

Add after Section 1.17.10.1:

> Directors of Nursing shall not spend more than 15% of their time providing scheduled or unscheduled patient care.

Add to Section 1.17.11.3:

> No Staffing Allocation Offsets will be assessed for 90 days following the effective date of the additional staff being required unless otherwise stipulated in a Contract Amendment. Staffing Allocation Offsets for unfilled hours (worked) of service will apply to the 1187.9 positions identified in Amendment 9 (1110.9 plus 77

positions related to MOUD/MAT and HCV treatment compliance), except for the 1.5 positions eliminated in this Amendment, in accordance with Section 1.17.11.6 beginning September 1, 2023, and by this amendment waives any rights to apply staffing credits for unfilled hours prior to September 1, 2023.  Filled hours are defined as hours worked by full time, part time, per diem (prn), temporary contract, registry /locums or overtime staff. Hours may be filled by like kind or higher positions subject to the agreed upon Staffing Offset Allowance Exception Sheet. No Staffing Allocation Offsets will be assessed for 90 days following the effective date of any additional staff being required unless otherwise stipulated in a Contract Amendment. Staffing Allocation Offsets for unfilled hours (worked) of service will apply to all contracted positions beginning September 1, 2023.  The Department waives any rights to apply staffing credits for unfilled hours prior to September 1, 2023.

Filled hours are defined as hours worked by full time, part time, per diem (prn), temporary contract, registry /locums or overtime staff.  Hours may be filled by like kind or higher positions subject to the agreed upon Staffing Offset Allowance Exception Sheet (Exhibit A).

As part of the scheduled-based tracking mechanism, open shifts will be identified on the schedule and documentation of the healthcare professional who filled the shift shall be provided. If the healthcare professional filling the shift is not the same licensure as the scheduled healthcare professional the contractor shall provide a reconciled schedule showing that the position was filled in accordance with Exhibit A: Staffing Offset Allowance Exception sheet.   For agreed upon exceptions from Exhibit A that are related to patient care needs that cannot be reflected as a direct shift to shift substitution, Contractor will provide documentation in a form acceptable to the Department, which could include, at the Department's discretion:

- Annotation to the PCN roster;
- Exports or reports from the Contractor's scheduling software (currently ShiftHound); and/or
- Documentation in accordance with Exhibit T, which contains the minimum documentation requirements for staffing allocation offset allowances related to the exceptions identified in Exhibit A.

The Contractor shall provide the Department with read-only access to any software application used to provide the documentation related to staffing allocation offset credits.

The tracking mechanism is based on the Staffing Offset Allowance Exception Sheet and shall be schedule-based and tracked by the Facility Health Administrator (FHA), working in conjunction with the payroll department to review payroll software time punches.  By the tenth (10th) day of each month, the Contractor shall provide supporting documentation in accordance with Exhibit T with the monthly request for staffing allocation offset credits.  Open shifts that are filled by the

agreed positions on Exhibit A will be reported and vetted by the Healthcare Services Division. Findings and staffing allocation offsets will be reported to the contractor by the ADCRR Chief of Procurement Services.

The average hourly wage rate for each position upon which staffing allocation offsets are based shall be reviewed annually and adjusted as required.  Current average hourly wage rates are attached as Exhibit S.

Staffing offsets will be calculated allowing the substitution of higher credentialed positions for equal or less qualified positions using the staffing offset allowance exceptions as set forth in Exhibit A.  When calculating staffing allocation offset credits, the Department is responsible only for the average rate of the lower, substituted position.

Delete Section 1.17.11.7:

*If a vacancy exists beyond thirty (30) days, the offset / payback percentage for that position will be at a rate equal to 150% (hourly rate x 1.5 = offset / payback) of the average hourly wage for the position.*

Amend Section 1.18.1 from:

> *The Contractor shall comply with all statistical, financial, and informational reporting requirements. In addition to reports and reporting requirements, the Department has provided a list of required reports, including content and submission requirements (Exhibit 6), Required Reporting. The Department reserves the right to change the reports, report content, or frequency of reports at any time during the term of the contract.*

To:

> The Contractor shall comply with all statistical, financial, and informational reporting requirements, including plaintiff and court monitor document requests, and those in the Order and Injunction issued April 7, 2023 in Jensen v. Thornell, No. CV-12-00601-PHX-ROS. In addition to reports and reporting requirements, the Department has provided a list of required reports, including content and submission requirements (Exhibit 6), Required Reporting. The Department reserves the right to change the reports, report content, or frequency of reports at any time during the term of the contract.

Add to Section 1.19.1.4

> Unavailability of referral services shall not be a certain, acceptable defense for non-performance; however, it may be considered when evaluating the Contractor's performance. The Contractor shall complete the referral in the time period contemplated by the practitioner. In situations where the Contractor proves it exhausted all reasonable measures, non-performance will be excused.

Delete Section 1.20 in its entirety.

### 1.20    *CONTRACT PERFORMANCE OFFSETS*

*1.20.1  There are one hundred twelve (112) performance measures (Exhibit 1). Not every performance measure is applicable to every facility.  A subset of the performance measures is tracked at each facility, resulting in a statewide total of eight hundred forty-six (846) potential sanctionable measures in accordance with the stipulation. By the tenth day of the following month, MSCMB will provide to the Contractor the results of the audits for these performance measures, including applicable back-up documentation. Audit results are posted in the 'Compliance, Green, Amber Red Audit tool' (CGAR) throughout the month. The Contractor shall have ten (10) calendar days to review and respond back regarding any disputed findings after they are posted.  MSCMB will correct the results within ten (10) calendar days if warranted, and provide the results to the Chief Procurement Officer for processing offsets.*

*1.20.2  PERFORMANCE MEASURE OFFSETS.  Contract Performance Offsets shall be imposed effective on the date of the contract.  There are two (2) different performance offsets within the contract.  Each are set as fixed dollar rates. The performance offsets are:*

*1.20.2.1 Offsets due to an individual performance measure not meeting a compliance threshold of 85% or higher in any given month.*

*1.20.2.1.1 Performance measure offsets will be applied to each measure that falls below the stated goal of compliance (85%) as measured each month.*

*1.20.2.1.2 Each performance measure is subject to audit at each of the ten (10) Department Complexes.*

*1.20.2.1.3 Every performance measure that does not meet an 85% or higher compliance threshold during the audited month will be assessed a performance offset of $500.*

*1.20.2.2 Additional offsets due to any individual performance measure not meeting a compliance threshold of 85% or higher which result in an extension of the twenty-four (24) month rolling period in the Stipulation shall result in an a performance offset based on an Increasing Sanction Scale, see table below:*

*Based on # of Measures Extending Stipulation*

| # Measures | Sanction |
|---|---|
| 1-9 | $2,500 per sanction |
| 10-19 | $5,000 per sanction |
| 20-29 | $7,500 per sanction |
| 30-39 | $10,000 per sanction |
| 40-49 | $15,000 per sanction |
| 50+ | $20,000 per sanction |

*EXAMPLE: 40 failed measures would be calculated as follows:*

*(9 measures x $2,500) + (10 measures x $5,000) + (10 measures x $7,500) + (10 measures x $10,000) + (1 measure x $15,000) $22,500 + $50,000 + $75,000 + $100,000 + $15,000 = $262,500*

*1.20.2.1.1 Examples of how the performance offsets shall be calculated and applied (Exhibit 10), Sanction Formula.*

*1.20.2.3 Non-Compliance Actions. Regardless of the performance offsets noted above, if non-compliance issues are identified, the MSCMB may provide a written cure notice to the Contractor's Arizona CEO regarding the details of the non-compliance, the required corrective action, and the period of time allowed for bringing its performance back into compliance with contract requirements.*

*1.20.2.4 If, at the end of the specified time period, the Contractor has complied with the cure notice requirements, the Department will take no further action.*

*1.20.2.5 If, however, the Contractor has not complied with the cure notice requirements, the MSCMB shall notify the Contractor's Arizona CEO in writing that the matter shall be referred to the Chief Procurement Officer to take action against the Contractor, including, but not limited to, monetary sanctions, suspension, refusal to renew, or termination of the contract.*

*1.20.3 If non-compliance issues are identified or discovered whose gravity or severity cannot be mitigated by the Contractor's ability to bring its performance back into compliance at a future date, the MSCMB shall notify the Contractor's Arizona CEO in writing that the matter shall be referred to the Chief Procurement Officer to take action against the Contractor, including, but not limited to, monetary sanctions, suspension, refusal to renew, or termination of the contract.*

*1.20.4 The Contractor shall have ten (10) calendar days from the date of the written notice to appeal in writing disputing a finding of non-compliance that results in either a cure notice or a decision to refer the matter to the Chief Procurement Officer for action.*

*1.20.5 The MSCMB shall have ten (10) calendar days from the appeal to make a final determination regarding the disposition of the cure notice or the decision to refer the matter to the Chief Procurement Officer for action and to provide written notice to the Contractor of the final determination.*

Delete Amendment 11, TechCare Implementation Plans and Scope of Work for Private Prisons, Data Conversion, section 2(E)(i), "*Import verification and manual data validation and correction will be the responsibility of each Private Prison vendor.  NaphCare is not responsible for any costs related to data conversion.*"

Add to 1.22.1:

The Contractor shall be responsible for all costs related to data conversion of private prison records into TechCare.

Add after Section 1.23.2.10:

A patient's language of choice shall be visible on all relevant screens of the patient's electronic health record.

Add to 1.23.6.3:

The Problem List in the prisoner's health record shall be accurate, complete, and easily usable. "Easily usable" includes but is not limited to the following qualities:

- Resolved or historical conditions or diagnoses are separated from current conditions.

- Date of onset or resolution of resolved or historical conditions or diagnoses is indicated if known.

- Similar or identical diagnoses of current conditions are listed only once. For example, a problem list would not simultaneously list "heart disease," "heart failure," and "congestive heart failure, not otherwise specified."

Add to 1.23.13:

Upon transition to another EHR, all existing data shall be transferred from the existing EHR to the next EHR retaining the same titles, metadata, and usability in the next EHR as it had in the existing EHR.

A read-only instance of TechCare available for a period of 5 years.

Add after 1.23.2.17.1:

Imported or Scanned documents in the EHR shall be filed in a clear and usable manner, including, but not limited to:

- Paper documents are scanned within two (2) days of receipt.
- Documents reviewed by a physician, physician assistant, or nurse practitioner within four (4) business days of receipt.
- Documents are scanned right-side up.
- Documents are labeled with meaningful titles/file names. Fewer than 1% of files are labeled/titled with names beginning with "Miscellaneous" or "Other."
- Scanned documents are dated (or appear in any programmed or ad hoc list according to this date) based on the clinically relevant date of the document, not the date scanned.

Amend Section 1.23.8 from:

*1.23.8 Contractor will develop any and all reports as directed to assist in the Parsons v. Shinn litigation and current contractual performance measures. These measures are subject to change. When changes occur the data mining of the necessary documentation and methodology will also have to be altered to report the appropriate information.*

To:

Contractor will develop any and all reports as directed to assist in the <u>Jensen v. Thornell</u> litigation and court-approved quality indicators. Quality indicators are subject to change. When changes occur, the data mining of the necessary documentation and methodology will also have to be altered to report the appropriate information.

Add to Section 2.4:

Beginning on July 1, 2024, each "year" of this Agreement will coincide with the State Fiscal Year.

Amend Section 2.26.1 from:

*2.26.1 The Department may review a fully documented request for a price adjustment only after the contract has been in effect for at least one (1) full State fiscal year. Adjustments shall be subject to availability of monies appropriated.*

To:

2.26.1 Contractor will receive a cost-of-living adjustment (COLA) of 4.76% effective October 1, 2023.  Contractor will receive its next approved COLA for 2024 of 4.76% on July 1, 2024.   For each state fiscal year thereafter, the Contractor's request for the subsequent year's COLA will be submitted to the Department by April 1 of the previous state fiscal year. Unless Contractor agrees to a lower COLA, the parties agree that Contractor's annual COLAs shall not be less than 3%.

Amend Section 2.26.2 from:

*If an approved adjustment results in an increase in cost to be paid by the Department of Corrections, said increase shall not exceed the percent of change in the average medical Consumer Price Index (CPI) – Metropolitan Phoenix, established for the most recent calendar year, as published semi-annually by the United States Department of Labor, Bureau of Labor Statistics.*

To:

Unless the Contractor agrees to a lower COLA, the parties agree that the Contractor's annual COLAs shall not be less than three percent (3%).  The parties agree that the Contractor's requests for a COLA will not be limited to Consumer Price Index (CPI) data alone.  The Contractor may present any information appropriate to justify its request for a

COLA, which will include, but not be limited to relevant CPI data.  All COLAs are subject to available state appropriations and any COLA request of more than three percent (3%) is subject to the Department's approval, at its sole discretion.

Amend Section 2.26.3 from:

*Annual requests for cost adjustments shall be submitted to the Department of Corrections at least three hundred sixty-five (365) days prior to year the change takes effect. The effective date shall be July 1st. Requests shall identify the increase/decrease in the contract pricing and be documented on a revised Fee Schedule and supporting Budget Narrative forms.*

To:

Contractor will submit its request for a COLA for state fiscal year 2026, amount to be determined, to the Department by April 1, 2025.  For each year thereafter, the Contractor's request for the subsequent year's COLA will be submitted to the Department by April 1 of the prior state fiscal year. Requests shall identify the increase/decrease in the contract pricing and be documented on a revised Fee Schedule and supporting Budget Narrative forms.

Add in 2.26.5

The Department will have full discretion and final approval related to cost-of-living adjustments.

Amend Section 2.40.1 from:

*To the fullest extent permitted by law, Contractor shall defend, indemnify, and hold harmless the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees (hereinafter referred to as "Indemnitee") from and against any and all claims, actions, liabilities, damages, losses, or expenses (including court costs, attorneys' fees, and costs of claim processing, investigation and litigation) (hereinafter referred to as "Claims") bodily injury, or personal injury (including death) or loss or damage to tangible or intangible property caused, or alleged to be caused, in whole or in part, by the negligent or willful acts or omissions of Contractor or any of its owners, officers, directors, agents, employees,  or subcontractors. This indemnity includes any claim or amount arising out of, or recovered under, the Workers' Compensation Law or arising out of the failure of such contractor to conform to any federal, state or local law, statute, ordinance, rule, regulation or court decree. It is the specific intention of the parties that the Indemnitee shall, in all instances, except for Claims arising solely from the negligent or willful acts or omissions of the Indemnitee, be indemnified by Contractor from and against any and all claims. It is agreed that Contractor will be responsible for primary loss investigation, defense and judgment costs where this indemnification is applicable. In consideration of the award of this contract, the Contractor agrees to waive all rights of subrogation against the State of*

*Arizona, its officers, officials, agents and employees for losses arising from the work performed by the Contractor for the State of Arizona.*

To:

To the fullest extent permitted by law, Contractor shall defend (consistent with applicable law, including common lay, in the State of Arizona), indemnify, and hold harmless the State of Arizona, and its departments, agencies, boards, commissions, universities, officers, officials, agents, and employees (hereinafter referred to as "Indemnitee") from and against any and all claims (including but not limited to any pre-suit settlement demands and notices of claim served pursuant to A.R.S. § 12-821.01), causes of actions, liabilities, damages, losses, or litigation expenses (including court costs, reasonable attorneys' fees incurred by defense counsel or awarded to plaintiffs' attorneys, expert fees, the cost of arbitration, mediation or other alternative dispute resolution process, and costs of claim processing, investigation and litigation) for all losses, including but not limited to bodily injury, personal injury, emotional distress, loss of past or future income, wrongful death, or loss or damage to tangible or intangible property, or to a deprivation of a constitutional right, caused, or alleged to be caused, in whole or in part, by the negligent or willful acts or omissions of Contractor or any of its owners, officers, directors, agents, employees, subcontractors, registry contractors, locum tenens or outside medical, mental health, or dental specialists. If any claim, cause of action, liability, damage, of loss ("Claim(s)") is potentially covered by the obligations set forth in 2.40.1, it is the specific intent of the parties that Contractor must defend, in the first instance, the Indemnitees from the entire claim or lawsuit—even those claims, causes of action, damages, and litigation expenses potentially not covered by 2.40.1. The parties acknowledge that in defending the entire claim or lawsuit -- even those claims, causes of action, damages, and litigation expenses potentially not covered by 2.40.1 in the first instance, does not prevent Contractor from later challenging whether such claims were in fact covered by the Indemnification only after Contractor has fulfilled its duty to defend. The obligations of this provision shall survive the expiration, cancelation, or revocation of this Agreement.

Delete and amend portion 2. SPECIAL TERMS AND CONDITIONS, 2.40.1.1 as indicated below:

2.40.1.1 This agreement to defend, indemnify, and hold harmless includes any claim or amount arising out of, or recovered under, the Workers' Compensation Law or arising out of the failure of such contractor to conform to any federal, state, or local law, statute, ordinance, rule, regulation, or court decree. It is the specific intent of the parties that the Indemnitees shall, in all instances, except for damages or losses caused by the sole negligence or sole willful acts or omissions of the Indemnitee, be indemnified and held harmless by Contractor from and against any and all claims, causes of action, liabilities, damages, losses, and litigation expenses that are covered by 2.40.1 or 2.40.1.1. It is agreed that Contractor will be responsible for primary loss investigation, defense, and judgment costs where this indemnification is applicable. In consideration of the award of this contract,

the Contractor agrees to waive all rights of subrogation against the State of Arizona, its officers, officials, agents, and employees with respect to all losses, obligations, damages, penalties, costs, charges, and expenses arising from the work performed by the Contractor for the State of Arizona.  The indemnity set forth in 2.40.1 shall not apply if the contractor of sub-contractor(s) is/are an agency board, commission, or university of the State of Arizona.

Delete and replace 2. SPECIAL TERMS OF CONDITIONS, 2.40.2 as indicated below

2.40.2   Contractor also agrees to provide a limited indemnification of Indemnitees from Claims arising from the Order and Permanent Injunction entered on April 7, 2023 in Jensen v. Thornell (Dkt No. 4410) alleging non-compliance with any of the provisions of the Injunction relating to the provision of health care.  The parties agree that Contractor will be responsible for payment of costs, sanctions, penalties, fines, monetary contempt sanctions, assessments, attorneys' fees, and costs resulting from any claims, allegations, or orders that any provision or provisions relating to health care contained in the Order and Permanent Injunction are alleged to be in non-compliance, except for claims, allegations or orders arising from the sole negligence or sole willful acts or omissions of the Indemnitee.   In the event that the Court orders increases in compensation for healthcare workers or the addition of positions these costs shall be born fully by ADCRR and this Contract shall be amended accordingly to provide for compensation to Contractor to pay for these obligations. The obligations under this provision shall survive the expiration, cancelation, or revocation of this Agreement. ADCRR reserves the right to counsel of choice in defending these allegations.

Amend 2. SPECIAL TERMS AND CONDITIONS, 2.40.3 as indicated below

Deleting July 1, 2019 and adding September 30, 2022 in its place.  Also, delete "Stipulation" and add "Order and Permanent Injunction" in its place.

Add to the end of Section 9.4:

The Contractor reserves the right to terminate the Contract by providing no less than one hundred and eighty (180) days' prior written notice to the Department of its intent to terminate the Contract.

Amend Per Inmate Per Day (PIPD) Compensation

Payments to the contractor shall be in accordance with Contract Section 1.24 and the Fee Schedules attached hereto as Exhibit B through Exhibit Q.

| Time Frame | | PIPD |
|---|---|---|
| October 1, 2022 - May 31, 2023 | | $ 30.650 |
| June 1, 2023 - August 31, 2023 | | $ 33.128 |
| September 1, 2023 - September 30, 2023 | | $ 34.198 |
| October 1, 2023 - November 30, 2023 | | $ 37.764 |
| December 1, 2023 - February 29, 2024 | | $ 39.452 |
| March 1, 2024 - June 30, 2024 | | $ 40.577 |
| July 1, 2024 - June 30, 2025 | | $ 42.472 |
| July 1, 2025 - June 30, 2026 (estimated) | | $ 43.746 |
| | | |
| | | |
| Contract Year | | Annual Price |
| Total Year Ending September 30, 2023 | | $ 288,041,650.00 |
| Partial (9 Months) Year Ending June 30, 2024 | | $ 271,102,839.00 |
| Total Year Ending June 30, 2025 | | $ 387,556,452.50 |
| Total Year Ending June 30, 2026 | | $ 399,182,250.00 |

Add a New Section:

ADCRR will allot up to $1 million per month ($12 million annually), for the purpose of staff recruitment and retention bonuses to address healthcare hiring initiatives. Payments will begin for the month of October 2023. ADCRR's Healthcare Services Division (HSD) will vet and approve the bonus structures and approve any payments. NaphCare's Bonus Structure initiative must be received and approved by ADCRR prior to implementation. There will be no retroactive payments. Reimbursement will only be considered for actual payments to hired staff. Sufficiency of invoice documentation will be determined by ADCRR. Reimbursement will not include expenses related to advertising and sourcing.

Subject to the Department's approval, Contractor's staffing recruitment and retention programs to be covered by this fund shall include, but not be limited to the following:

- Sign-on Bonus – Intended to attract well qualified candidates to join Contractor. The bonus is offered to positions that are currently critically low and difficult to recruit. The bonus is paid at varying times and amounts dependent on the position and location. Applicable positions include Registered Nurse (RN), Licensed Practical Nurse (LPN), Certified Nursing Assistant (CNA), Assistant Director of Nursing (ADON), Director of Nursing (DON, Site Medical Director and Staff Primary Care Provider, Psychiatrist, Psychiatric Providers (NPs and PAs), Psychologists, and Psychology Associate.

- Commitment Bonus – Intended to encourage employee retention by continuing the current program which provides a 20% wage stipend on each paycheck for incumbent employees, to include both former Centurion employees who transitioned to Contractor's employment and newly hired Contractor employees hired since October 1, 2022. This Commitment Bonus will also be available to

new hires moving forward, to enhance recruitment efforts. This bonus will maintain current employee stability and assist efforts to fill and maintain staffing positions.

- Conversion Bonus – Intended to encourage PRN (per diem) and agency staff to convert to full time.

- Baylor Program – Program is designed to fill weekend shifts. If an employee takes on a Baylor shift, they will only work weekends (24 hours) but will be paid for 36 hours and will have benefits.

<u>THIS AMENDMENT BECOMES AN INTEGRAL PART OF THE ORIGINAL CONTRACT</u>

<u>ALL OTHER PROVISIONS OF THE CONTRACT SHALL REMAIN THE SAME IN THEIR ENTIRETY</u>

**NaphCare Inc.**

_Signature of Authorized Individual_ 10/4/2023
Signature of Authorized Individual      Date

Bradford T. McLane
Typed Name

Chief Executive Officer
Typed Title

2090 Columbiana Road, Suite 4000
Vestavia Hills, AL 35216
Typed Address

**Arizona Department of Corrections, Rehabilitation, and Reentry**

_Kerry Wells_   11/9/23
Signature of Authorized Individual      Date

Kerry Wells
Typed Name

Chief Procurement Officer
Typed Title

701 E. Jefferson St.
Phoenix, AZ 85034
Typed Address

EXHIBIT A: STAFFING OFFSET ALLOWANCE EXCEPTION SHEET

| Staffing Offset Allowance | | |
|---|---|---|
| **Position Number** | **Apply hours to position number below** | **Position Title** |
| 1 | **68** | Additional Intake RN (Schedule may vary) |
| 2 | | Administrative Assistant |
| 3 | **68** | Assistant DON |
| 4 | | Assistant FHA |
| 5 | | Associate Regional MH Director |
| 6 | | Associate VP Operations/COO |
| 7 | | Behavioral Health Technician |
| 8 | | Business Analyst/HRBP |
| 9 | | Clinical Coordinator |
| 10 | **41, 45** | Clinical Director (Mental Health) |
| 11 | | Dental Assistant |
| 12 | | Dental Director |
| 13 | | Dental Hygienist |
| 14 | | Dentist |
| 15 | | Dentist (Globe) |
| 16 | | Director of Operations |
| 17 | **3** | DON |
| 18 | | Education Coordinator/Trainer |
| 19 | | EMT |
| 20 | **19** | EMT (Paramedic) |
| 21 | | EMT Director |
| 22 | **4** | Facility Health Admin |

| 23 | | Family Clinical Liaisons |
|---|---|---|
| 24 | | Float Psych Nurse Practitioner |
| 25 | 68 | Infection Control Nurse |
| 26 | | Infection Control/Education Nurse |
| 27 | | Inventory Coordinator/Pharmacy Tech |
| 28 | | Lab Technician |
| 29 | 27 | Lead Inventory Coordinator/Pharmacy Tech |
| 30 | | Lead Outpatient UM Reviewer/Utilization Management Manager |
| 31 | | Lead Psychologist/MH LEAD |
| 32 | 55 | Lead Psychology Assc/ MH Lead |
| 33 | 47 | LPN |
| 34 | 47 | Medical Assistant |
| 35 | 46, 72 | Medical Director |
| 36 | | Medical Director/Chief Medical Officer |
| 37 | | Medical Records Clerk |
| 38 | | Medical Records Director/Medical Records Supervisor |
| 39 | 37 | Medical Records Supervisor |
| 40 | | Mental Health Clerk |
| 41 | 10, 45 | Mental Health Director |
| 42 | 43 | Mental Health Midlevel |
| 43 | 68 | Mental Health RN |
| 44 | | Mental Health RN - Charge |
| 45 | 10, 41 | MH Clinical Director (PhD) |
| 46 | 68 | Midlevel Practitioner |
| 47 | | Nursing Assistant/PCT |
| 48 | 78 | OBGYN |

| 49 | | Office Manager/HRBP |
|---|---|---|
| 50 | | Optometrist |
| 51 | | Physical Therapist |
| 52 | | Physical Therapy Technician |
| 53 | | Psychiatrist |
| 54 | **55** | Psychologist |
| 55 | **7, 67** | Psychology Associate (Clinician) |
| 56 | | Recruiter |
| 57 | | Regional Behavioral Health Technician |
| 58 | | Regional Dental Director |
| 59 | | Regional Director CQI/CQI Director |
| 60 | | Regional Director of Nursing |
| 61 | | Regional Grievance Coordinator |
| 62 | | Regional Infection Control Nurse |
| 63 | | Regional Lead Psychology Associate |
| 64 | | Regional Pharmacist |
| 65 | | Regional Pharmacy Director |
| 66 | | Regional Psychiatric Director |
| 67 | | Release/Discharge Planner |
| 68 | **33** | RN |
| 69 | | Scheduler |
| 70 | | Scheduler/Clinical Coordinator |
| 71 | | Service Desk Analyst/Provider Services/Claims Manager |
| 72 | **46** | Staff Physician |
| 73 | | QualCare Provider |
| 74 | | QualCare Psych Provider |

| 75 | | Training & Development Manager |
| 76 | | Utilization Review RN |
| 77 | | VP of Operations/Chief Executive Officer |
| 78 | | Women's Health NP (OB/GYN) |
| 79 | | X-Ray Technician |

Exceptions should only be applied to qualified healthcare professionals and must be appropriately licensed/credentialed in order to substitute (perform the tasks of the assignment).

- Exceptions are for hired positions with Position Control Numbers (PCNs).

- Documentation of training/orientation must be on file for each position that the staff member substitutes for.

- Provide proof of access to applicable systems for each substituted position.

Access to the above information must be readily available to HSD to validate.

Staffing allocation offset credits will be applied at the average hourly rate of lower, substituted position.