KRISTIN K. MAYES
ATTORNEY GENERAL

Gregory Honig, Bar No. 018804
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ  85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-7670
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC.**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al.,<br><br>                             Plaintiffs,<br><br>       v.<br><br>Ryan Thornell, et al.,<br><br>                             Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**UNOPPOSED MOTION TO AMEND SECTION 1.16 OF THE ORDER (DKT 4410)** |

Pursuant to ADCRR's request and supporting documentation provided in the joint status report (Dkt 4507, pg. 3), ADCRR respectfully requests that its Contracted Healthcare Provider (CHP) be permitted to include registry and agency staff who have worked 20 hours or more per week for at least 24 of the previous 26 weeks in its overall staffing numbers required pursuant to the injunction. Accordingly, ADCRR requests, and Plaintiffs and Monitors have no objection, that Section 1.16 of the Order and Permanent Injunction be

amended, in part; to read "Defendants may use registry and agency staff to fill up to 15% of these FTE in each job category. **FTE filled by registry and agency staff who have worked 20 hours or more per week for at least 24 of the previous 26 weeks will not count towards the 15% limit of Section 1.16."**

DATED this 23rd day of December, 2023.

                              STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Daniel P. Struck
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

KRISTIN K. MAYES
ATTORNEY GENERAL

Gregory Honig
Lucy M. Rand
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ  85004-1592

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy | ahardy@prisonlaw.com |
| Asim Dietrich | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick | ckendrick@aclu.org |
| David Cyrus Fathi | dfathi@aclu.org |
| Donald Specter | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rita K. Lomio | rlomio@prisonlaw.com |
| Rose Daly-Rooney | rdalyrooney@azdisabilitylaw.org |
| Sara Norman | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Gregory Honig | Gregory.Honig@azag.gov |
| Lucy Rand | Lucy.Rand@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck