Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Thornell, *et al.*, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**NOTICE REGARDING CHANGE OF ADDRESS OF COUNSEL OF RECORD** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that pursuant to Local Rule 83.3(d), Plaintiff counsel of |
| 2 | record's mailing address and ECF registration information has changed as of January 16, |
| 3 | 2024 as follows: |

Corene T. Kendrick
ACLU National Prison Project
425 California St., Ste. 700
San Francisco, CA 94104

All other contact information (telephone, email) remain the same.

Plaintiffs respectfully request that the Court and Counsel for Defendants take note of this mailing address change.

Respectfully submitted,

Dated: January 16, 2024

**ACLU NATIONAL PRISON PROJECT**

By: s/ Corene T. Kendrick
　　Corene T. Kendrick (Cal. 226642)*
　　425 California St., Ste. 700
　　San Francisco, California 94104
　　Tel: (202) 393-4930
　　Email:　ckendrick@aclu.org

　　David C. Fathi (Wash. 24893)**
　　Maria V. Morris (D.C. 1697904)*
　　Eunice Hyunhye Cho (D.C. 1708073)*
　　**ACLU NATIONAL PRISON PROJECT**
　　915 15th Street N.W., 7th Floor
　　Washington, D.C. 20005
　　Telephone: (202) 548-6603
　　Email:　dfathi@aclu.org
　　　　　　mmorris@aclu.org
　　　　　　echo@aclu.org

　　*Admitted *pro hac vice*
　　**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

　　Jared G. Keenan (Bar No. 027068)
　　**ACLU FOUNDATION OF ARIZONA**
　　3707 North 7th Street, Suite 235
　　Phoenix, Arizona 85013
　　Telephone: (602) 650-1854
　　Email:　jkeenan@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
rlomio@prisonlaw.com
sophieh@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
4539 E. Fort Lowell Rd.
Tucson, Arizona 85712
Telephone: (520) 327-9547
Email:
rdalyrooney@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2024, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory Honig
Lucy M. Rand
Assistant Arizona Attorneys General
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com

*Attorneys for Defendants*

s/ Corene T. Kendrick