# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>        Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>        Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

The Court received multiple recent filings from prisoners housed in ADCRR private contract facilities and class members. This Order addresses those filings.

Kingman prisoner Jeffrey Graybill filed a motion to be added as a subclass member in this action. He complained about health care and conditions of confinement in the Kingman Complex, a private facility not operated by ADCRR (Doc. 4473).

Class member Arron Bossardet filed a motion for contempt and sanctions (Doc. 4486), arguing he does not have the ability to submit confidential communications to the Court monitors and has been unable to obtain copies of his medical records despite multiple attempts. The Court also received a Motion Demanding ADC Stop Retaliation (Doc. 4491) from class member Kemp Horton and a Motion to Reopen Class Action for Criminal Trials (Doc. 4529). All four of these motions must be denied because only class counsel may seek relief in this action.

Class member David Miller filed a request to produce his medical file concerning allegedly indifferent treatment he has received for a 2019 knee injury (Doc. 4518). He

explained that "continued delays, botched surgeries, denial of medical treatment and wil[l]ful disregard for the normal standard of care, plaintiff is now disabled and unable to work." Plaintiff also requested assistance obtaining copies of his medical records. Because of the nature of his allegations, that document will be opened as a separate action.

Class member Daniel Walker also filed a document outlining his medical care (Doc. 4520). He explained that immediately before his incarceration he was due to have his right hip replaced and required a cane to walk. Upon his incarceration he was informed he would not receive surgery because the surgeon believed Mr. Walker would receive deficient follow up care and was too high risk for infection. On top of that, Mr. Walker has multiple tears in his left shoulder and bicep but has not been referred to an orthopedic surgeon. He also suffers from diabetes, neuropath, cardiovascular disease, COPD, and Hepatitis C. That document will also be opened as a separate action.[1]

Accordingly,

**IT IS ORDERED** the following motions are **DENIED**: Motion to be Added to Subclass (Doc. 4473); Motion for Contempt (Doc. 4486); Motion Demanding ADC Stop Retaliation (Doc. 4491); Motion to Procure Medical File Documents (Doc. 4518); and Motion to Reopen Class Action for Criminal Trials (Doc. 4529).

**IT IS FURTHER ORDERED** the Clerk of Court shall open Docs. 4518 and 4520 as separate civil actions and assigned pursuant to Local Rule of Civil Procedure 3.7(e).

Dated this 18th day of January, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge

---

[1] Class members Kemp Horton, Alfred Caraffa, Brian Colorado, and Chris Simcox also filed Notices upon which the Court will take no action (Docs. 4488, 4495, 4496, 4504, 4517, 4519, 4523, 4531). Yavapai County detainee Patrick Zotika and a relative of a Coconino County detainee filed Notices on which the Court has no authority and will not take action (Docs. 4506, 4527). Finally, a class member filed a Notice intended to remain confidential describing conditions of confinement (Doc. 4524). The Notice has been docketed under seal and the Court will take no additional action.