United States Court of Appeals
In the NINTH Circuit Court
District of Arizona

| | |
|---|---|
| Alfred E. Caraffa et.al (350727) Petitioner(s)/Plaintiff(s) and Shawn Jensen et. al., and Jeffrey L. Graybill #267387 et. al., | Case Number 2:12-CV-00607-ROS Retroactive with 2:23-cv-01594-TUC-JGZ (PSOT) |
| VS. Ryan Thornell et. al., Respondent(s)/Defendant(s) | Notice of Appeal of Court order of the U.S. District Court of Arizona Division of PHX (has six pages of Exhibits of Evidence) |

I, Alfred Erik Caraffa ADC#350727 Being my own Counsel of Record in the Above cited Civil Action - class Action Lawsuit as A class member in At least three

1 of 8 total

Class Actions to the U.S. District Court of Arizona.

Here do Enter this NOTICE OF Appeal (of the (6) six pages of Exhibits of Evidence Included with this Notice of Appeal) to all Respondent(s) and Defendant(s) ON Feb. 4th 2024. (Please give Notice to the other Attornies of Record)(see Exhibit pg 1/2 of 6

Dated 2/4/2024

Executed by ~~Erik~~ #336727 [signature scribbled out]

footnotes

(1) Notice should go to All parties and/or Counsel of Record

2 of 2 of 8 total

MIME-Version:1.0 From:azddb_responses@azd.uscourts.gov To:azddb_nefs@localhost.localdomain Bcc: Message-Id:<25476146@azd.uscourts.gov>Subject:Activity in Case 2:12-cv-00601-ROS Jensen et al v. Thornell et al Order on Motion for Miscellaneous Relief Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## DISTRICT OF ARIZONA

**Notice of Electronic Filing**

The following transaction was entered on 1/19/2024 at 3:05 PM MST and filed on 1/19/2024

**Case Name:** Jensen et al v. Thornell et al

**Case Number:** 2:12-cv-00601-ROS

**Filer:**

**WARNING: CASE CLOSED on 04/07/2023**

**Document Number:** 4534

**Docket Text:**
ORDER: IT IS ORDERED the following motions are DENIED: Motion to be Added to Subclass (Doc. [4473]); Motion for Contempt (Doc. [4486]); Motion Demanding ADC Stop Retaliation (Doc. [4491]); Motion to Procure Medical File Documents (Doc. [4518]); and Motion to Reopen Class Action for Criminal Trials (Doc. [4529]). IT IS FURTHER ORDERED the Clerk of Court shall open Docs. [4518] and [4520] as separate civil actions and assigned pursuant to Local Rule of Civil Procedure 3.7(e). See document for complete details. Signed by Senior Judge Roslyn O Silver on 1/18/2024. (CSL)

**2:12-cv-00601-ROS Notice has been electronically mailed to:**
Timothy J Berg    tberg@fclaw.com, smcalister@fennemorelaw.com
Daniel Patrick Struck    dstruck@strucklove.com, MGiardina@strucklove.com, bbull@strucklove.com
David Cyrus Fathi    dfathi@aclu.org, jcarns@aclu.org, sweaver@aclu.org
Rose Ann Daly-Rooney    rdalyrooney@azdisabilitylaw.org, cgutierrez@azdisabilitylaw.org, sin@azdisabilitylaw.org
Joseph John Popolizio    jpopolizio@jshfirm.com, jfernandez@jshfirm.com, meaxlund@jshfirm.com
Anthony Joseph Fernandez    afernandez@qpwblaw.com, bmckinley@qpwblaw.com, haylie.cummings@qpwblaw.com
Gregory Honig    gregory.honig@azag.gov, Jeannette.Miller@azag.gov, Leanne.Crudup@azag.gov
Rachel Love    RLove@strucklove.com, ABartles@strucklove.com, ARowley@strucklove.com
Dustin Allan Christner    dustin.christner@qpwblaw.com, tina.cummings@qpwblaw.com

*Exhibit of Evidence pg. 1 of 8*

Todd Stephen Kartchner    tkartchner@fennemorelaw.com, scole@fennemorelaw.com
Andrea Lynn Marconi    amarconi@fennemorelaw.com, CourtFilings@fennemorelaw.com, mcobb@fennemorelaw.com
Timothy James Bojanowski    tbojanowski@strucklove.com, abartles@strucklove.com, cflajnik@strucklove.com
Nicholas Daniel Acedo    NAcedo@strucklove.com, bbull@strucklove.com
Milton Alan Wagner    mw@wagner.law
David Ali Chami    dchami@consumerattorneys.com, eservice@consumerattorneys.com
Nemer Hadous    nhadous@hadousco.com
Asim Dietrich    adietrich@azdisabilitylaw.org, tsherman@azdisabilitylaw.org
Christian Watson Hancock    chancock@bradley.com, ashillingford@bradley.com, mpalmer@bradley.com
Ashlee B Hesman    ahesman@strucklove.com, abartles@strucklove.com, epercevecz@strucklove.com
Adam Thomas Reich    areich@lrrc.com, ecf-filing@lrrc.com, toliver@lrrc.com
Donald Specter    dspecter@prisonlaw.com, akirby@prisonlaw.com, dfreouf@perkinscoie.com
Sara Norman    snorman@prisonlaw.com
Corene Thaedra Kendrick    ckendrick@aclu.org, jcarns@aclu.org, sweaver@aclu.org
Alison Hardy    ahardy@prisonlaw.com, gabriela@prisonlaw.com
Lucy Marie Rand    Lucy.Rand@azag.gov, Mary.Beke@azag.gov, Tania.Izelo@azag.gov
Jacob Brady Lee    JLee@strucklove.com, kpenny@strucklove.com
Justin Michael Ackerman    jackerman@jshfirm.com, kgawel@jshfirm.com
Maya Stock Abela    mabela@azdisabilitylaw.org, mashaw@azdisabilitylaw.org
Rita Katherine Lomio    rlomio@prisonlaw.com, ilian@prisonlaw.com, tania@prisonlaw.com
Alyssa Rae Illsley    alyssa.illsley@qpwblaw.com, tina.cummings@qpwblaw.com
Jared G Keenan    jkeenan@acluaz.org, gtorres@acluaz.org
Eunice Cho    echo@aclu.org, jcarns@aclu.org, sweaver@aclu.org
Maria V Morris    mmorris@aclu.org, akgordon@aclu.org
Sophie Jedeikin Hart    sophieh@prisonlaw.com
Daniel A Shudlick    dshudlick@jshfirm.com, meaxlund@jshfirm.com

**2:12-cv-00601-ROS Notice will be sent by other means to those listed below if they are affected by this filing:**
Jeffrey L Graybill
#267381
KINGMAN-AZ-HUACHUCA UNIT-ASP
ARIZONA STATE PRISON - KINGMAN
P.O. BOX 6639
KINGMAN, AZ 86402

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=1/19/2024] [FileNumber=25476144-0] [963adc143fd8e61d4bd488f04f51e8524ed30f05443fe2a197077d423592f69096 82032ae91dc6e42618c993d7da653a018e77d72ed8b526aacd56c86bfc5de4]]

*[Handwritten: Exhibit of Evidence pg - 2 of 8]*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>    Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>    Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

    The Court received multiple recent filings from prisoners housed in ADCRR private contract facilities and class members. This Order addresses those filings.

    Kingman prisoner Jeffrey Graybill filed a motion to be added as a subclass member in this action. He complained about health care and conditions of confinement in the Kingman Complex, a private facility not operated by ADCRR (Doc. 4473).

    Class member Arron Bossardet filed a motion for contempt and sanctions (Doc. 4486), arguing he does not have the ability to submit confidential communications to the Court monitors and has been unable to obtain copies of his medical records despite multiple attempts. The Court also received a Motion Demanding ADC Stop Retaliation (Doc. 4491) from class member Kemp Horton and a Motion to Reopen Class Action for Criminal Trials (Doc. 4529). All four of these motions must be denied because only class counsel may seek relief in this action.

    Class member David Miller filed a request to produce his medical file concerning allegedly indifferent treatment he has received for a 2019 knee injury (Doc. 4518). He


Exhibit of Evidence
Pg-3 of 8

explained that "continued delays, botched surgeries, denial of medical treatment and wil[l]ful disregard for the normal standard of care, plaintiff is now disabled and unable to work." Plaintiff also requested assistance obtaining copies of his medical records. Because of the nature of his allegations, that document will be opened as a separate action.

Class member Daniel Walker also filed a document outlining his medical care (Doc. 4520). He explained that immediately before his incarceration he was due to have his right hip replaced and required a cane to walk. Upon his incarceration he was informed he would not receive surgery because the surgeon believed Mr. Walker would receive deficient follow up care and was too high risk for infection. On top of that, Mr. Walker has multiple tears in his left shoulder and bicep but has not been referred to an orthopedic surgeon. He also suffers from diabetes, neuropath, cardiovascular disease, COPD, and Hepatitis C. That document will also be opened as a separate action.[1]

Accordingly,

**IT IS ORDERED** the following motions are **DENIED**: Motion to be Added to Subclass (Doc. 4473); Motion for Contempt (Doc. 4486); Motion Demanding ADC Stop Retaliation (Doc. 4491); Motion to Procure Medical File Documents (Doc. 4518); and Motion to Reopen Class Action for Criminal Trials (Doc. 4529).

**IT IS FURTHER ORDERED** the Clerk of Court shall open Docs. 4518 and 4520 as separate civil actions and assigned pursuant to Local Rule of Civil Procedure 3.7(e).

Dated this 18th day of January, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge

*Exhibit of Evidence pg-4 of 8 total*

---

[1] Class members Kemp Horton, Alfred Caraffa, Brian Colorado, and Chris Simcox also filed Notices upon which the Court will take no action (Docs. 4488, 4495, 4496, 4504, 4517, 4519, 4523, 4531). Yavapai County detainee Patrick Zotika and a relative of a Coconino County detainee filed Notices on which the Court has no authority and will not take action (Docs. 4506, 4527). Finally, a class member filed a Notice intended to remain confidential describing conditions of confinement (Doc. 4524). The Notice has been docketed under seal and the Court will take no additional action.

- 2 -

*Appendix A pg 7/8 as plus 2*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred Erik Caraffa,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>　　　　Defendant. | NO. CV-23-01594-PHX-ROS (ESW)<br><br>**NOTICE OF ASSIGNMENT** |

On 7/28/2023, Plaintiff filed a pleading in CV-12-00601-PHX-ROS. Pursuant to an Order filed in CV-12-00601-PHX-ROS on 8/7/2023, a new civil case has been opened. The new matter has been assigned the case number listed above. This case has been assigned to District Court Judge Roslyn O. Silver and has been referred to Magistrate Judge Eileen S. Willett and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

　　　　　　　　　　　　　　　　　　s/Debra D. Lucas

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

August 7, 2023

　　　　　　　　　　　　　　　　　　s/ K. James
　　　　　　　　　　　　　　　　　By　Deputy Clerk

cc: Plaintiff

*Exhibit of Evidence pg - 5 of 8*

WARNING!

Failure to comply with the following rules will result in your document being STRICKEN and/or your case being DISMISSED:

(1) You must file a Notice of Change of Address if your address changes.

(2) You must correctly label any further documents with the above assigned caption and case numbers. LRCiv 7.1(a).

(3) You must sign your name and date every document you file. FED. R. CIV. P. 11.

(4) If applicable, you must provide an original and one copy of any document to be filed. If you request a conformed copy, you must provide an original and two (2) copies. LRCiv 5.4. This does not apply to prisoner e-filers.

(5) If applicable, you must mail copies of every document you file to all respondents or their attorneys, FED. R. CIV. P. 5(a), and every document you file must include a certificate stating the date a copy of the document was mailed to respondents or their attorneys. This does not apply to prisoner e-filers.

(6) The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2.

Exhibit of Evidence pg 6 of 8 total

- 2 -