FILED ___ LODGED ___
___ RECEIVED ___ COPY
FEB 09 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-12-601-PHX-ROS

Dear Honorable Judge Rosalind Silver,

I am writing to you personally, because of something that I thought was a rumor that has turned out to be the truth. On February 2nd of this year Dr. Leeds and Nurse Practitioner Begwan are leaving and the replacement Dr. Thomas will be taking over. Now, I have heard several reasons as to why this is happening. ① Is that Dr. Leeds is not board certified to be a medical doctor. However Dr. Leeds is board certified to be a surgeon. ② Dr. Leeds is leaving because she and N.P. Begwan after all these years is granting Health Needs Requests. I tend to believe the latter of the two. Yesterday I spoke to N.P. Begwan and she said that they are leaving, however they will try to maintain being here 2 days a week. I also verified through other sources that Dr. Thomas has been ran off of 3 other yards. She is notorious for canceling prescriptions and procedures.

Since I arrived here July 14, 2023 I have had more done for me by Dr. Leeds and N.P. Practitioner Begwan then in the past 5 years at CEO! All I did was write grievances that fell between the cracks at CEO.

They hid results of an MRI for 14 months from me.

Dr Leeds is simply the best Doctor I have ever seen or been to. I do not think that I can weather through the reputation of Doctor Thomas that precedes her.

I have surgery scheduled for the first week of February of this year, for a hernia that CEO refused to have repaired for 15 years.

I hurt myself at CEO 12 years ago, in my right knee. All they did was x-ray it. All these years it has caused me to walk with a severe limp. CEO refused to MRI it. Since I've been here they have MRI'd my knee and are scheduling me to speak to an orthopedic surgeon. I have a cyst, torn miniscus and now severe arthritis. And other problems.

My PSA is up to 7.6 Dr Leeds sent me to an urologist. They scheduled me for an MRI to see if there is a growth to biopsy. These are viable health need requests. If Dr Thomas comes here she will cancel my prescriptions and procedures. I will grieve and then

proceed with section 1983. I'm not starting all over again. If I have prostate cancer its because of the disgusting food Trinity has been serving. I haven't seen an apple or a banana in years. Or many vegtables for that matter.

I suspect that this methodology is being applied because Dr. Reeds has actually provided for us. Oh well. I haven't been provided for properly for 17 years, until I got here. I also suspect that several other people were not provided for, for several years. Its no wonder It is I assume is costing a deal of money to catch-up.

I feel less then human. I'm not asking for the world, just reasonable health care while I am forever festooned in this absurd waste of time, neverending night mare. I felt compelled to write this. And also signed a petition, to see if you can maybe interject and cease the removal of Dr Reeds and Nurse Practionair Beqular.

Sincerely

[signature]

```
INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate  Michael Traverso
ADC#  218299  7CML
Arizona State Prison Complex  Eyman
Unit  Meadows
      7C11 ADA
City  Florence          AZ 85132
```

PHOENIX AZ 852
19 JAN 2024  PM 8  L



Honorable Judge Rosalind Silver
District Court of Arizona
United States Courthouse
401 W. Washington Street
Phoenix, AZ. 85003-2118

85003-213099