To Judge Roslyn O. Silver,

I am writing you to for your help that is needed to keep a provider at Meadows unit at Eyman Complex.

Re: CV-12-601-Phx-ROS

I want to thank you for your rulings that is making ADCRR to take actions to provide better treatment. However, according to medical staff at Eyman-Meadows they are removing a provider Named Dr Leeds in the Next couple of months, which is a huge mistake. As she has been providing a high care of medical care to the inmate population. I have seen her run to ICS. I have seen her stop and talk to inmates on the yard. I myself have been able to go right up to her and ask question, She has made calls to ensure that inmates medical treatments by outside medical providers are being set right and to ensure they have thing's in place for the Blind and Deaf inmates.

But according to Dr. Leeds and her company Dr. Leeds is no longer allowed to provide the care to this population, since she had a Surgical residence and not a medical/general residence, which should Not Matter. Since she has a more difficult one the a medical one. She is wanting and willing to stay and provide the care that you have requested.

I believe she is providing a higher care

then you are wanting. She truly cares about us and has shown that many times over.

I am hoping you can help, by calling Nephcare and ADCRR and telling them that she can stay our provider. As I know I am not the only inmate that is needing her care.

Please help by making a change in your ruling that will keep her working for Nephcare and the provider at ADCRR Eyman-Meadows unit. Which will allow Dr.s with surgical residences be able to provide care that you are wanting.

As Feb according to medical staff we will Not have a provider, once Dr. Leeds Leave. Please help us keep her.

Cory Lewis

Cory Lewis
311282
Po Box 3500
Florence Az 85132

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: Lewis Guy
ADC#: 311282
Arizona State Prison Complex: Ryan = Mordos
Unit: PoBox 3500
City: Florence                    AZ 85732

District Court of Arizona
c/o Judge Silver
401 W Washington
Phx AZ 85003

PHOENIX AZ 852
8 JAN 2024  PM 5  L

CS
___ FILED       ___ LODGED
✓ RECEIVED      ___ COPY

FEB 09 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

85003-213099