

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



**FILED**

FEB 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-1010 |
| Originating Case Number: | 2:12-cv-00601-ROS |
| Case Title: | Jensen v. Shinn, et al v. Caraffa |

Dear Petitioner(s)/Appellant(s),

This is to acknowledge receipt of your case, which has been opened and assigned the above-listed U.S. Court of Appeals for the Ninth Circuit case number.

This case is subject to a pre-filing review order entered in case number 22-80114, and will be reviewed by the Court to determine whether it will be permitted to proceed.