Jeffrey L. Graybill ADC 267381, et. al.
A.S.P.C. Kingman Huachuca 2B3L
P.O. Box 6900
Kingman, AZ 86401                    March 6, 2024

FILED ✓   LODGED
RECEIVED  COPY
MAR 21 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

To: Timothy Berg            Daniel Struck           Donald Specter
    Todd Kartchner          Rachel Love             Sara Norman
    Andrea Marconi          Timothy Bojanowski      Alison Hardy
    Fennemore Craig         Struck Love Law         Prison Law Office
    2394 E. Camelback Rd. #600   3100 W. Ray Rd. #300    General Delivery
    Phoenix, AZ 85016       Chandler, AZ 85226      San Quentin, CA 94964

    Joseph Popolizio        Anthony Fernandez       Hon. Roslyn O. Silver
    Justin Ackerman         Dustin Christner        U.S. District Court
    Daniel Shudlick         Alyssa Illsley          Sandra Day O'Conner Court House, 130
    Jones, Skelton + Hochuli   QPWB Law             401 W. Washington St., SPC-1
    40 N. Central Ave., #2700   8800 E. Raintree Dr. #100   Phoenix, AZ 85003-2118
    Phoenix, AZ 85004       Scottsdale, AZ 85260

                                            Re: Jensen v. Thornell
                                            2:12-CV-00601-ROS

Dear Sirs and Madams,

   We are a group of ADCRR inmates who wish to provide follow-up information and documentation regarding Defendant(s) (ADCRR) non-compliance with the April 7, 2023 Court Order and Injunction (Doc. 4410) in the Jensen v. Thornell case.

   Attached is one example of hundreds in the form of an exhausted grievance related to gaps in medication disbursement to Chronic Care Inmates, Medical Care and timeliness of receiving Keep on Person and

Page 1 of 5

watch swallow medications has actually progressively gotten worse in the past nearly 1 year since the Court Order and Injunction was issued. In October of 2023 an Electronic Health Records System was finally rolled out at our Unit - TechCare. Since that time, it is more common than not that there are gaps in medication. Many inmates will go anywhere from 3 days to 5 months without receiving their prescribed medications. The attached example is a Chronic Care Patient who went 10 days without his prescribed medication and had bowel issues awaiting a refill. He also had 3-5 day gaps in other medications (attached). While the harm did not meet the level of deliberate indifference required for a viable 8th Amendment claim on it's own merits, it is an example of contempt of the Court Order (Doc. 4410) in the Jensen case. Of note in the final Grievance Appeal Response, The Dept. (ADCRR) is clearly aware and states, "We did have issues obtaining refills on medications. We were not aware of how the system was broken so that we could correctly fix it. We have now figured that out and have a process in place to insure timely refills of medications." In reality, medication gaps remain. They also recommend purchasing medications ourselves through commissary. The commissary does not sell inmates medications beyond very generic over-the-counter items such as cough drops, not the medications Providers prescribe. Nor, should it be an inmate's responsibility to purchase Provider/Doctor prescribed meds based on test results and diagnosed chronic conditions. There is also a two weeks gap in placing and receiving a Commissary Order. Beyond an inadequate electronic health records

system, there is a staff shortage to handle timely distribution of medications to well over 1,000 inmates daily. The answer to the staffing question is nearly always the same as they've documented in the attached, "We would love to have additional staffing, however, we have very specific numbers we are permitted to have and we cannot force people to come work here." Our understanding of the April 7, 2023 order was that a baseline of the minimum number of medical + mental health staffing was specified, not a maximum number they are permitted to have. At points in time since last April they have been so behind on seeing inmate patients they have needed to bring outside doctors in temporarily and open an auxiliary medical area for space, temporarily. Part of the issue is that Defendant's have cleared many class and subclass maximum custody medical and mental health inmates due to the April 7th order and moved them to units not set up to handle their needs in addition to the existing medium custody inmates.

In addition to the medical and mental health components of the April 7th order, other sections have been vastly ignored. Pest control was to be done bi-monthly. We've seen pest control 3 times in 11 months. Building conditions were to have greatly improved by now. At this unit, they've scraped mold off bathroom ceilings and painted a brighter white. A paint without a mold prevention component. The work was done by inmates earning .35 an hour; Not professionally done as the order specified. Nothing else has been painted in our living areas beyond bathrooms.

Most noteably, the food quality has actually deminished greatly in the past 11 months since the order in April 2023. We are now served rotten fruit often on the weekends and given uncooked tomato paste in place of ketchup, as two examples. 90% of the "food" we receive is unedible. The menu has not changed since 2017. Cheaper ingredients seem to have been substituted since the April 7, 2023 order.

As 12 News has recently reported, our unit reaches indoor, yes, interior temperatures in the Summer of over 110°. In October and November of 2023 indoor temps were commonly in the 50's.

No progress is being made on the user end of placing all of the ADCRR forms on our tablets - electronic access. No new forms or Commissary or Health Needs Requests are available electronically for us as of yet.

In Summary, the only thing that has changed since April 7, 2023 is that they hand us our cold dinner sacks to us at 5pm at night rather than at 1-2pm. There was an Injunction Portal Ap on our tablets to notify court monitors of information such as what we've contained here. That has been shut off. We are under the assumption, as any reasonable person would be, that there is a 1 year status conference approaching in this case. It is our hope that the information contained here will be shared in that setting. It is our view that despite updating policies/ Dept. orders to be compliant with court orders in writing, daily operations are not changing, therefore Defendant(s) are in Contempt of Doc. 4410, April 7, 2023 order and Injunction.

Addendum:                                          March 8, 2024

On March 2nd and March 6th of 2024, we were served chicken out of cases clearly marked "Best by April 2023." Many of us have digestional track issues in the days following. Trinity, ADCRR's contracted food service vendor states, "There was no freezer burn. We purchased a higher quality meat at a discounted price at or below the typical cost of the usual meat that's a much lower quality. Despite a lack of taste, we deemed it to be acceptable for inmate consumption. A best by date is not an expiration.

Any reasonable person knows that "best by" on food product is comparable to an expiration date. Depending upon the product and how it was stored, a few days to a week or two beyond this date may be acceptable. 11 mos. past this date is certainly not to a reasonable person, especially when there is a court order in place to bring food quality up to that which is acceptable to the general population. It's negligence.

Many of us work in the kitchen. There are cases and cases of this April 2023 chicken on site. Last week, GEO Auditors noted many expired products on their report. The products, which should have never been accepted, were not discarded, but served. As Trinity is a statewide vendor for ADCRR, most units likely have the same products.

This is so aggregious, the legal representatives in this case these documents are addressed to, should address the Defendant to ensure his awareness. One example of many. Also, we'll commonly receive expired medications that are anywhere from 6mos to 2 years expired and not effective.

Respectively,

_Jeffrey L. Graybill_
Jeffrey L. Graybill 267381

_Christopher Hanner_
Christopher Hanner 258848

_Robert Rowley_
Robert Rowley 319936

_John Duarte_
John Duarte 840527

_John Spero_
John Spero 352539

_James Lantz_
James Lantz 321462

_Kevin Huffman_
Kevin Huffman 352914

_Todd W. Peterson_
Todd W. Peterson 222055

_Danah Wickware_
Danah Wickware 357948

_Jeffrey E Hollow_
Jeffrey E Hollow 360884

_Zachary Reonal_
Zachary Reonal 361565

_Brian Kemp_
Brian Kemp 343173

_Kristofer Stevens_
Kristofer Stevens 357732

_Dominick Castille_
Dominick Castille 361324


# Inmate Grievance/Appeal Response Notice
## Medical

**Inmate Name:** JEFFREY GRAYBILL
**ADC#:** 267381

**Prison/Unit:** KINGMAN/KINGMAN-HUACHUCA
**Bldg/Bed:** M63 BL2BB03L

## Case #:23-066846

### Appeal To Director

**Type:** Appeal Approve
**Date Received:** 12/28/2023 09:14:00 AM
**Response Author:** Amanda Thrush
**Responded On:** 01/19/2024 01:56:01 PM
**Decision:** Resolved

## Case Details

**Case Number:** 23-066846

**Grievance Status:** Resolved

## Case Data

**Prison of Complaint:** KINGMAN
**Opened Date:** 12/28/2023 09:14:00 AM
**Grievance Category:** Health Care/Medical

**Unit of Complaint:** KINGMAN-HUACHUCA
**Grievance Stage:** Appeal Answered

## Appeal Grievance Response

**Responder Name:** Amanda Thrush
**Due Date:** 02/06/2024 09:33:14 AM

**Date/Time:** 01/25/2024 08:59:30 AM
**Result:** Uphold

**Response:** Mr. Graybill, I am in receipt of your formal grievance appeal regarding your KOP medications. First, several inmates had their KOPs held and or removed as there was a question regarding the ability to give them out as KOP. We took 1 day to investigate the policy and confirm that you can, in fact, have them as KOP. The next day they were returned to you as a KOP. If you would prefer to have full control over this issue, the provider can discontinue your probiotic order and you can purchase them yourself from commissary. At this time, we will continue to order them for you as a KOP, but that option is yours. As far as the refills are concerned, you will need to submit a HNR with 7-10 days of medications left on your card requesting a refill. Probiotics are not a chronic care medication and are not auto-refilled. If you need more, you will need to request more. In response to the issues with the system, yes, we did have issues obtaining refills on medications. We were not aware of how the system was broken so that we could correctly fix it. We have now figured that out and have a process in place to insure timely refills of medications. There was no retaliation against you for using the grievance process, as I was involved in the investigation of the policy. However, the provider has the ability to make any medications KOP or watch swallow at anytime, as it is their discretion. We are not required to provide written notice of that change. As far as having forms accessible, that has nothing to do with medical, you would need to talk to security about that as they are responsible for having forms available. I will also address your KOP proposed resolution. 1. As Mr. Jones stated, that report is not currently available in TechCare, but is being worked on. 2. Medications are sent the next day from the pharmacy when they are ordered. There is also a backup pharmacy in place, however, over-the-counter medications are not available as an option. 3. We give out the KOPs when they are received. We do our best to limit the number of trips to medical, however, that is not always feasible. The process is not built on convenience, but on necessity. 4. That is not the way the system works, we get a month supply at a time, not a couple pills and then the rest of the pills. 5. We would love to have additional staffing, however, we have very specific numbers we are permitted to have and we cannot force people to come work here. 6. There will not be a committee, however, administrators do meet frequently regarding any issues that need to be addressed. Your primary focus of this appeal is on your probiotics. You have a current order and they are KOP. They are not considered a chronic care med and will be your responsibility to request a refill. If you have any additional concerns


about your medications, you can submit a HNR or inmate letter. Inmate letters are responded to when we receive them. Many times we do not receive them or receive them well after they have been submitted.

☐ Override　　　　☐ Data Input Error　　　　☐ Unprocessed　　　　☐ Extension

**RestitutionRecommended:** No

## Appeal Grievance Approval

**Approver Name:** Amanda Thrush　　　　**Date/Time:** 02/16/2024 11:38:43 AM

**Due Date:** 02/06/2024 09:33:14 AM　　　　**Result:** Resolved

**Director:** Ryan Thornell

*A. Thrush, HSA*

**Notice :** The decision of the Director is final and constitutes exhaustion of all remedies within the Department.



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By: COIII Jones
Title: COIII
Badge #: 19408?
Date: (mm/dd/yyyy) 1-24-24

**Please Print**

INMATE'S NAME (Last, First M.I.) (please print): Graybill, Jeffrey L.
ADC NUMBER: 267381
DATE (mm/dd/yyyy): 1/24/24
INSTITUTION: Kingman Huachuca
CASE NUMBER: 23-066846    3

TO: Director ADCRR / Legal Dep. ADCRR, or Contract Facility Health Services Administrator

I am appealing the decision of Edward Jones, F.H.S.A. for the following reasons:

Placing blame on the inabilities and current incapabilities of Techcare, the Electronic Health Records System implemented on the unit in October of 2023 does not solve the issue of the unit's non-compliance of D.O. 1101's Purpose, or D.O. 1101.8.1.4. Gaps, or interruptions in medication disbursement of 3, 5, or 10 days without a medication is not acceptable by state law, policies, or court orders and injunctions, as outlined in my grievance. The response does not address the retaliation I received by K. Grassi, a violation of D.O. 802.12.1. Nor does the response address barriers to forms issues, In violation of D.O. 802.1.8. I am appealing so that ADCRR Director and Legal Dept. are aware that the Unit is not equipped with tools (computer system), or staffed to manage medications (KOP's)

INMATE'S SIGNATURE: Jeffrey L Graybill
DATE (mm/dd/yyyy): 1/24/24
GRIEVANCE COORDINATOR'S SIGNATURE: L. Cole
DATE (mm/dd/yyyy): 01/25/2024

RESPONSE TO INMATE BY:
LOCATION:

Please see attached response dated 02/16/2024.

STAFF SIGNATURE: L. Cole
DATE (mm/dd/yyyy): 02/16/2024

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
              Pink – Inmate
              FINAL: White – Inmate
              Canary – Grievance File

802-3
12/12/13



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance – GF Supplement

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Graybill, Jeffrey L. | 267381 | Kingman Huachuca | 23-066846 |

The bottom line is that KOP's need to be filled by Pharmacy timely, having been ordered by the Unit timely, and distributed within 24 hours (as Edward Jones states in Response). If the EHR system is currently setting up barriers to doing this with functions rolled out to date, then the old paper system needs to be used again until the EHR/Techcare system works appropriately. Otherwise, you will continue to place Director Thornell in a position of being in contempt of court orders in Jensen v. Thornell. The Unit – Kingman Huachuca – is clearly not staffed enough with Nurses who can distribute KOP medications for the number of inmates housed here on KOP's. The D.O.N. Grassi cannot decide to make 1 person's KOP Probiotics Watch Swallow just because I utilize the Grievance Process as developed for these situations. I have a gap in various meds on average every quarter. If ADCRR and it's contracted vendors (GEO Group, GEO medical, Techcare are not capable of quickly resolving these issues, then the U.S. District Court will be in a position of deciding how to resolve it, such as receivership, contempt charges, etc. Mr. Jones made very clear to me that his hands are tied in what he can do to solve the KOP problems due to Techcare issues, GEO Security constraints, his unit staffing levels, the amount of, or lack of physical space in medical building, etc., etc. There are far too many inmates on far too many KOP medications at this Unit. I've provided a perfect example, one of thousands, here for ADCRR, Techcare, The GEO Group to look at together and reply to this Appeal with the solution prior to my forwarding the exhausted grievance to Judge Silver, the final step. The fact is, at this Unit, absolutely nothing has been done in any area of the April 7th order in the Jensen case beyond changing the time of lunch sacks. The medical situations have only grown worse with implementation of Techcare. Staff attitudes in medical now are nothing but professional and courteous, however, it's clear there are not enough staff (Nurses and Providers) nor the tools (EHR) to handle the volume. The unconstitutional treatment, as Judge Silver has outlined, is no more apparent than here. ADCRR has moved many Max Custody inmates to Medium Units, as this one, to skirt the Jensen 4/7/23 order. This has exasperated all issues such as medications and Mental Health, etc.

SIGNATURE: Jeffrey L Graybill

DATE (mm/dd/yyyy): 1/24/24

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13



# Inmate Grievance/Formal Response Notice
# Medical

**Inmate Name:** JEFFREY GRAYBILL

**ADC#:** 267381

**Prison/Unit:** KINGMAN/KINGMAN-HUACHUCA

**Bldg/Bed:** M63 BL2BB03L

## Case #:23-066846

## Formal Grievance

**Type:** Formal Approve

**Date Received:** 12/28/2023 09:14:00 AM

**Response Author:** Edward Jones

**Responded On:** 01/19/2024 01:56:01 PM

**Decision:** Resolved

## Case Details

**Case Number:** 23-066846

**Grievance Status:** Resolved

## Case Data

**Prison of Complaint:** KINGMAN

**Opened Date:** 12/28/2023 09:14:00 AM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** KINGMAN-HUACHUCA

**Grievance Stage:** Formal Answered

## Formal Grievance Response

**Responder Name:** Edward Jones

**Due Date:** 02/06/2024 09:33:14 AM

**Date/Time:** 01/19/2024 01:56:01 PM

**Result:** Resolved

**Response:** I have received your Formal grievance submitted 16 Jan 2024. We spoke today at length concerning your issues and I appreciate your openness to discuss the problems and solutions. For resolution 1) At this time Techcare is unable to run your requested reports. We have asked to be able to access the information so that we can run your requested reports. However, they are not available at this time. 2) if there is an inmate has run out of their medication and the refill has not come in, we use our perpetual stock given out at pill call to supplement until the refill comes in. 3) The medical staff does not participate in quarterly searches. also, we have tried to give out all of the patient medications at one time and it has not worked. There are a lot of variables that don't mesh. For example if the pharmacy ships a day latter or UPS does not deliver the medication when needed etc.. 5) The standard for distributing medications is within 24 hours of receipt. 6) There is already oversite set in place to oversee the pharmacy. If you have any further medical questions or concerns, please submit a HNR.

*[handwritten: Not happenning at all! JG]*

☐ Override   ☐ Data Input Error   ☐ Unprocessed   ☐ Extension

*[handwritten: Non-formulary meds are not kept in stock! JG]*

**RestitutionRecommended:** No



## Formal Grievance Approval

**Approver Name:** Edward Jones

**Due Date:** 02/06/2024 09:33:14 AM

**Date/Time:** 01/19/2024 02:12:23 PM

**Result:** Resolved

**Facility Health Administrator:** Edward Jones

**Notice :** You may elect to appeal the decision of the Deputy Warden to the Director (Grievance Appeal form 802-3 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by Ensuring the grievance procedure within their assigned unit and institution has been exhausted.

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

| RECEIVED BY | Jones |
|---|---|
| TITLE | Coll |
| BADGE NUMBER | 194082 |
| DATE (mm/dd/yyyy) | 1-12-24 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Graybill, Jeffrey L. | 267381 | 1/12/2024 |
| INSTITUTION/FACILITY | CASE NUMBER | |
| Kingman Huachuca M63 | 23-066846 | 03 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

On 12/27/23 I filed an Informal Complaint that my Provider prescribed Pro biotics KOP medication card (Exhibit A-1 attached) ran out on 12/17/23. Despite multiple HNR's (Exhibit B attached), 2 Nurse Line visits (Exhibits B1, B4 attached) and a Provider line visit on 12/14/23, I did not receive a refill card. The harm was that due to a 10 day gap - interrupted medication delivery for a Chronic Care Inmate - that resulted in me having bowel issues for 10 days from 12/19-12/29 without the medication. On 12/20/23 the Pharmacy did refill the medication (Exhibit A-2). On 12/27/23 I sent an inmate letter via the comm center on the tablet (CCI-AZM630002424942) in which K. Grassi originally replied in part... "You have no order for a Probiotic pill." Later that day, obviously having located the card from 12/20 refill (A-2), she replied... "You have the capsules which are given out in pill call (making this med watch swallow instead of KOP). There had been nothing posted via tablets or bulliten boards that there (cont.)

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

① Any time an inmate is out of KOP medications, and the med is not in formulary stock at pill call/watch swallow, that med needs to be next day Air sent from Pharmacy.
② Documentation needs to presented if capsules were made watch swallow or Pro biotics were in December '23 by AOCRR, or anyone, with much more explanation why in responses.
③ Answers to informal complaints need to follow D.O. 802.3.0 with more supporting rationale.
(cont. pg 3)

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Jeffrey L Graybill | 1/12/24 | C. Cole | 01/16/2024 |

Action taken by Documentation of Resolution or Attempts at Resolution.

Please see attached response.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| C. Cole | | 01/19/2024 |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance – GF Supplement

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Graybill, Jeffrey L. | 267381 | Kingman Huachuca | 23-066846 |

was any change in making capsules now watch swallow. The medication did not change (see A-1 and A-2). I, and many other KOP takers have many capsules in their possession. Keefe sells us capsules. I informed Grassi in inmate letter CCI-AZM63000 2436732 that Pro biotics have always been KOP's, etc. As of 1/12/24, I've received no response to that from her. On 12/29/23 I met on P.M. Nurse Line with Nurse Bryant. She stated that Grassi stated there was an ADCRR Directive on Capsules, specifically Pro Biotics that made mine watch swallow. Just mine. No other inmate's Pro biotics were being taken and made watch swallow. For 7 days I spent a total of 5 hours and 23 minutes from December 28th - January 4th waiting in the Watch Swallow Pill call line outdoors, with bowel issues, to receive 1 pill a day from my KOP Pro biotics Card (A-2). None of the nurses understood it and stated such to me. As I have no other watch swallow meds and I have other capsules KOP this had an appearance of retaliation for filing this case as well as another case of a gap in receiving other KOP meds earlier in December of '23 (case #23-059279). On 1/5/24 the Provider intervened and I was handed the med card (Exhibit A-2 attached) as KOP's. I feel there is a potential non-compliance issue here with D.O. 802, 12.1 "Retaliation for use of the inmate grievance procedure is strictly Prohibited" that needs to be investigated. K. Grassi's response to my informal complaint, attached, isn't adequate to me in including supporting rationale (D.O. 802, 3.2.2.4). The general communication is that I received the meds eventually. The response does not address the D.O. 1101 violations, specifically the "Purpose" on first page of D.O. 1101 or D.O. 1101, 8.1.4. That was my complaint that as a Chronic Care Inmate, I am to receive uninterrupted health care as well as uninterrupted medications by policy. Gaps, such as the 10 day gap here with Pro biotics in this case are not acceptable by not only ADCRR policy, but 2 State Laws ARS 32-1968 and ARS 36-2525. Two U.S. District Courts have ordered that medication gaps cannot occur, one specific to me - Graybill vs. Ernst, et al. (2018) and recently in general for all Prisoners in Jensen v. Thornell. The Unit continues to not take gaps in medication disbursement [seriously], whether that be an on-site staff ordering problem, an out of state Pharmacy filling problem, a shipping problem, or an on site staffing issue once the cards/meds arrive to distribute timely. Saying that there was or is a communication problem with the transition to the electronic heath records

Page 2 of Grievance

SIGNATURE: Jeffrey L Graybill
DATE: 1/12/24

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate
FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Graybill, Jeffrey L. | 267381 | Kingman Huachuca | 23-066846 |

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance – GF Supplement

system (which was rolled out in October '23, two months prior to my 10 day gap - no Probiotics onsite for me in December) is not an adequate response to not move on to the next stage of this grievance process. K Grassi's response did not mention the "capsule" situation nor that I received the med watch swallow for 7 days and then KOP's again at all. I feel no confidence that this constant, ongoing, systemic issue of KOP refills not being processed and distributed timely will be given the seriousness it deserves and the issues will be resolved based on the vague response. Most medications can't be stopped abruptly without physical consequences — the reason for the Provider writing the script to begin with — a condition or outward symptom of a chronic issue returning. Many non-formulary meds are not available at pill call/watch swallow to fill gaps as is protocol. I attempted on 12/18, on 12/20 and 12/22. There was no Probiotics available on stock cards or my card in my name until my card (A-2 copy of it attached) was located on 12/27. I need all my meds as bloodwork, R.A.S.P tests and other tests on file confirm, as well as my symptoms when even 1 day is missed.

In addition, I had to beg, plead, etc. just to receive any of the forms necessary to complete the process of bringing forth this complaint/Grievance from my COIII/Case manager. ADCRR Policy D.O. 802.1.8 state there aren't to be barriers to receive forms. This needs to be looked at overall at the unit as case managers teach classes, are assigned outside their offices, at training, closed for legal calls, etc. often.

### Proposed Resolution - Continued from Page 1
... We I am seeking accountability, without admitting liability, of course, to state where in process the problem was and how it will be resolved to prevent future med gaps.
④ I've attached at the end of this packet more ideas re: KOP's for an Admin. committee.
⑤ The HNR Portal Unveiling at this unit needs to be expedited. The amount of paperwork needed to Renew a script and to receive refills, as attached, is mind boggling w/ EHR!
⑥ Develop consistency in communication on refill requests. Town hall it's said 14 days, Grassi communicates 10 days, nurses say 7 or 8 (see B6 attached) to request a refill (should be auto).
⑦ Forms, including grievance, need to be held in floor officer's office + readily available.

Page 3 of 3 of Grievance

SIGNATURE: Jeffrey L Graybill
DATE: 1/12/24

INITIAL DISTRIBUTION:  GF Supplement – White and Canary or Copies - Grievance Coordinator
                       Pink, or Copy - Inmate
FINAL DISTRIBUTION:    White or Copy – Inmate
                       Canary or Copy – Grievance File

802-7
12/12/13



Arizona Department of Corrections, Rehabilitation & Reentry

Grievance Details

# Inmate Grievance/Informal Response Notice
## Medical

**Inmate Name:** JEFFREY GRAYBILL
**ADC#:** 267381

**Prison/Unit:** KINGMAN/KINGMAN-HUACHUCA
**Bldg/Bed:** M63 BL2BB03L

## Case #:23-066846

## Informal Complaint

**Type:** Informal Response
**Date Received:** 12/28/2023 09:14 AM
**Response Author:** GRASSI, KIMBERLY
**Responded On:** 01/10/2024 11:51:49 AM
**Decision:**

## Case Details

**Case Number:** 23-066846

**Grievance Status:** Open

## Case Data

**Prison of Complaint:** KINGMAN
**Opened Date:** 12/28/2023 09:14 AM
**Grievance Category:** Health Care/Medical

**Unit of Complaint:** KINGMAN-HUACHUCA
**Grievance Stage:** Informal Answered

## Informal Grievance Response

**Grievance Date:** 12/27/2023 12:00:00 AM
**Response Due:** 01/22/2024 09:14 AM

**Issue:** Medications
**Responder:** GRASSI, KIMBERLY

**Response:** In response to your informal complaint dated 12/27/2023. You have received your probiotic pills, please request a refill by HNR when you have approximately 10 day supply left. There have been some miscommunications with the transition to the electronic healthcare record that are being worked on. If you have any further medical concerns please put in an HNR.

⌐ Unprocessed

*[Handwritten note:] I did not receive them KOP until 1/5/24. On 12/27 she made them watch swallow "because they are capsules." From 12/17 - 12/27 I had no access to probiotics at all. JG*

**Responder's Name:** KIMBERLY GRASSI

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
• Placing a single complaint on a single inmate Grievance form.

**NOTE:** If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.





# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

23-066846

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT 283L | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Graybill, Jeffrey | 267381 | Kingman Huachuca | 12/27/23 |

| TO | LOCATION |
|---|---|
| Medical Grievance Coordinator | Admin. |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I have been completely out of Probiotic tablets since 12/17 - 10 days. I am having subsequent bowel issues. The script was due to expire on 11/30/23, thus on 11/5/23 I placed an HNR for script renewal. I was seen on Nurse Line on 11/6/23 and the script was renewed for 180 days. The Pharmacy refilled a 30 day supply on 11/6/23. I received a 30 day supply on 11/15/23. On 12/1/23 I sent an HNR informing I would run out on 12/17 and needed a refill processed. On 12/2/23 I received a reply of "Your Probiotic has been refilled. You will be notified when it arrives." I saw the Provider for Chronic Care and Excedrin Renewal on 12/14. He confirmed the Probiotic script was valid until May of '24 and to send another HNR on the refill. On 12/18 I inquired again via HNR. On 12/20/23 I received a reply of "medication reordered." On 12/18 I also sent a tablet comm center Inmate Letter to Mr. Jones, FHA as there were two other pills that I ran out of that weren't received in November. The response - Ref. #CCI-AZMG30002424942 stated in part "You have no order for a Probiotic pill. I've taken this pill daily for over a year and going without it as I have for 10 days wreaks havoc on my system. Thus, I was proactive in script renewal 3 weeks before it expired, Reconfirmed renewal with Nurse Line on 11/6, and 12/9 as well as Provider Line on 12/14, thus 3 subsequent HNR's 11/5, 12/1, 12/18 should have been more than adequate to ensure that the 10+ day gap in meds shouldn't have occurred, especially with a computerized system now. I've done everything I know to do to receive my prescribed meds timely. As with Prilosec and Zyrtec, also this month, it seems the only way I can get my refills processed since the computer was implemented is to take it through the normal process 2-3x and then into a grievance process. I stay on top of my script renewals and refills via HNR's as you can see in my file - even have my own spreadsheet. Something is not happening correctly with ordering, the Pharmacy, and KOP distribution since electronic health records was implemented. Not avail @ WS window.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Jeffrey S Graybill | 12/27/23 |

RECEIVED DEC 28 2023 BY: ___

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: 1 male Nurse, Nurse Buckley, Trahon (Nurse) + Provider

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14