KRISTIN K. MAYES
ATTORNEY GENERAL

Gregory Honig, Bar No. 018804
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-7670
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | NO. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' STATUS REPORT REGARDING RFID INSTALLATION** |
| Ryan Thornell, et al., | |
| Defendants. | |

Pursuant to the Court's Order (Dkt. 4538), Defendants provide the following status update regarding the progress they have made on the RFID installation and enabling staff contacts through the tablets.

///

///

## I. RFID Installation

Pursuant to ADCRR's contract with Guardian (CTR068838) (see Dkt. 4530 at Ex. A), installation, testing, and full implementation of the RFID system and wireless network must be completed by December 31, 2024, but ADCRR has requested from its vendor that the project be finalized no later than the end of August. Installation will take place in prioritized designated areas, and the estimated completion dates are currently as follows.

| Priority | Complex | Area | Cell Count | Scanner Est. | RFID Est. | Est. Comp. Date |
|---|---|---|---|---|---|---|
| 1 | Eyman | Browning Unit | 720 | 65 | 1200 | complete |
| 2 | Lewis | Rast Max & Watch | 144 | 65 | 640 | 4/30/24 |
| 3 | Lewis | Morey Detention | 80 | 10 | 65 | 4/30/24 |
| 4 | Lewis | Stiner Detention | 70 | 10 | 65 | 4/30/24 |
| 5 | Lewis | Bachman Detention | 80 | 10 | 65 | 4/30/24 |
| 6 | Tucson | Cimarron Detention | 8 | 10 | 90 | 5/6/24 |
| 7 | Tucson | Manzanita Detention | 13 | 10 | 25 | 5/6/24 |
| 8 | Tucson | Complex Det. Unit | 40 | 10 | 70 | 5/6/24 |
| 9 | Tucson | Rincon MH Watch | 43 | 20 | 70 | 5/6/24 |
| 10 | Tucson | Winchester Detention | 13 | 10 | 25 | 5/6/24 |
| 11 | Yuma | Cheyenne Detention | 40 | 10 | 50 | 5/6/24 |
| 11 | Yuma | Dakota Det & MH Watch | 40 | 10 | 65 | 5/6/24 |
| 13 | Perryville | Lumley Detention | 6 | 10 | 15 | 6/27/24 |
| 14 | Perryville | Complex Watch Cells | 23 | 10 | 30 | 6/25/24 |
| 15 | Perryville | Complex Ward | 3 | 6 | 10 | 6/25/24 |
| 16 | Winslow | Complex Det & Watch | 18 | 10 | 30 | 6/25/24 |
| 17 | Douglas | Mohave Det & Watch | 45 | 10 | 70 | 6/25/24 |
| 18 | Safford | Ft Grant Det. & Watch | 25 | 10 | 35 | 6/25/24 |
| 19 | Phoenix | Complex Watch Cells | 6 | 10 | 10 | 6/25/24 |
| 20 | Eyman | SMU I Unit[1] | 768 | 65 | 1200 | TBD |

In addition, the following interim milestones are on track:

- The Guardian RFID team has completed testing of the WIFI/bandwidth connections and the bandwidth is sufficient for each location
- A team has been assigned to tag installation, and this process continues
- All tag locations have been approved/confirmed by the Prison Operations team

///

---

[1] SMU I remains vacant with no plans to fill at this time.

- New Spartan scanners and battery pack equipment have been ordered by the vendor and are pending delivery
- Extended range WIFI coverage is in process at Browning

## II.     Enabling Staff Contacts

On March 11, 2024, the emergency calling feature was enabled as a pilot at Browning Unit. A notification to the Browning Unit inmate population went out on March 11, 2024, stating:

> The Browning Unit is implementing an Emergency Calling platform for your use.
>
> This emergency calling platform is intended to be another means to allow you to contact staff when you are experiencing medical or mental health emergencies that require an immediate response. The platform is accessible via the Connect Me application on your tablet. The application has been loaded on your tablet, represented as a telephone icon, and is scheduled to be enabled for use on Tuesday, March 12, 2024 beginning at 0630 hours.
>
> In order to utilize this … application you must dial your PIN Number + *111 to reach a staff member utilizing the Connect Me app.
>
> This application is only available at the Browning Unit.

ADCRR received confirmation that all inmates at Browning received the notification as of March 15, 2024.

Initial testing of the emergency calling feature on inmate tablets has proven to be successful, and the system is now fully operational at Browning Unit. The first call occurred on March 14, 2024 regarding a medication issue; the call center dispatched medical, and the issue was resolved. Between March 14, 2024 and March 21, 2024, there were 73 completed calls and 86 incomplete calls at Browning using the new feature. The incomplete calls were due to the inmate hanging up. Going forward, ADCRR has asked JPay to enable capability for staff to see who is calling, and Securus is currently working on that request.

Statewide deployment of the emergency calling feature will be included in the contract for Inmate Phones, which is presently being negotiated. Defendants anticipate having additional information on the contract award, milestones, implementation timeline

1 | for the Subclass units and will provide a further update to Plaintiffs, the Monitors, and the
2 | Court by April 15, 2024.

    DATED this 1st day of April 2024.

                          STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Daniel P. Struck
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

KRISTIN K. MAYES
ATTORNEY GENERAL

Gregory Honig
Lucy M. Rand
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ  85004-1592

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy | ahardy@prisonlaw.com |
| Asim Dietrich | adietrich@disabilityrightsaz.org |
| Corene T. Kendrick | ckendrick@aclu.org |
| David Cyrus Fathi | dfathi@aclu.org |
| Donald Specter | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@disabilityrightsaz.org |
| Rita K. Lomio | rlomio@prisonlaw.com |
| Rose Daly-Rooney | rdalyrooney@disabilityrightsaz.org |
| Sara Norman | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Gregory Honig | Gregory.Honig@azag.gov |
| Lucy Rand | Lucy.Rand@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck