KRISTIN K. MAYES
ATTORNEY GENERAL

Gregory Honig, Bar No. 018804
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-7670
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Ryan Thornell, et al., <br><br> Defendants. | NO. CV-12-00601-PHX-ROS <br><br> **DEFENDANTS' STATUS REPORT REGARDING HEPATITIS C PROGRAM** |

Pursuant to the Court's Order (Dkt. 4410 at 35-37), Defendants provide the following update regarding the Hepatitis C program and compliance with Sections 11.1.5 and 11.1.6 of the Injunction.

Defendants are meeting or exceeding the requirements of the Injunction with respect to screening and treatment of Hepatitis C. As of March 28, 2024, 880 patients were

receiving treatment for Hepatitis C, and an additional 50 patients had future orders to begin treatment. The number of inmates treated per month is targeted to, at a minimum, meet the Injunction mandate of 110 inmates plus 70% of newly diagnosed inmates from the prior month. Recent monthly treatment totals are as follows:

| Month | Number of Inmates Starting Hepatitis C Treatment |
|---|---|
| October 2023 | 273 |
| November 2023 | 400 |
| December 2023 | 319 |
| January 2024 | 328 |
| February 2024 | 295 |
| March 2024 | 292 |
| Total October 1, 2023 – March 31, 2024 | 1907 |

Additionally, ADCRR is on track to ensure that no consenting patient with Hepatitis C is released without having been treated for Hepatitis C no later than one year after issuance of the Injunction, with the exception of patients with short-term sentences that do not allow sufficient time to complete treatment. These patients receive educational materials to assist them with their reentry transition.

DATED this 5th day of April, 2024.

                STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                By /s/ Daniel P. Struck
                    Daniel P. Struck
                    Rachel Love
                    Timothy J. Bojanowski
                    Nicholas D. Acedo
                    3100 West Ray Road, Suite 300
                    Chandler, Arizona 85226

                KRISTIN K. MAYES
                ATTORNEY GENERAL

                Gregory Honig
                Lucy M. Rand
                Assistant Attorneys General
                2005 North Central Avenue
                Phoenix, AZ  85004-1592

                *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy | ahardy@prisonlaw.com |
| Asim Dietrich | adietrich@disabilityrightsaz.org |
| Corene T. Kendrick | ckendrick@aclu.org |
| David Cyrus Fathi | dfathi@aclu.org |
| Donald Specter | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Lauren K. Beall | lbeall@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@disabilityrightsaz.org |
| Rita K. Lomio | rlomio@prisonlaw.com |
| Rose Daly-Rooney | rdalyrooney@disabilityrightsaz.org |
| Sara Norman | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Gregory Honig | Gregory.Honig@azag.gov |
| Lucy Rand | Lucy.Rand@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck