Jared G. Keenan (Bar No. 027068)
Lauren K. Beall (Bar No. 035147)
**ACLU FOUNDATION OF ARIZONA**
2712 North 7th St.
Phoenix, AZ 85006
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
       lbeall@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**DISABILITY RIGHTS ARIZONA**
5025 East Washington St., Ste. 202
Phoenix, AZ 85034
Telephone: (602) 274-6287
Email: adietrich@disabilityrightsaz.org

*Attorneys for Plaintiff Disability Rights Arizona*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Disability Rights Arizona,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Thornell, *et al.*, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**DECLARATION OF CORENE KENDRICK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NAPHCARE, INC.'S MOTION TO INTERVENE** |

I, CORENE T. KENDRICK, declare:

1. I am an attorney licensed to practice in the State of California and admitted to this Court *pro hac vice*. I am deputy director at the ACLU National Prison Project, and an attorney of record to Plaintiffs in this litigation.

2. Attached herein as **Exhibit 1** is a true and correct copy of excerpts of the Request for Proposal (RFP) issued on August 17, 2021, for a five-year contract for the delivery of health care services to people incarcerated in Arizona state-operated prisons. I obtained the RFP from the State of Arizona's Procurement Portal, publicly available at https://app.az.gov/page.aspx/en/ctr/contract_manage_public/69968. The entire RFP, the contract between ADCRR and NaphCare, and all amendments are available on this website.

3. Attached herein as **Exhibit 2** is a true and correct copy of Solicitation Amendment 16, Questions 90 and 91, to the RFP. I obtained this from the State of Arizona's Procurement Portal.

4. Attached herein as **Exhibit 3** is a true and correct copy of the offer and acceptance between NaphCare and ADCRR for the solicitation. NaphCare's proposal is dated February 11, 2022, and ADCRR's acceptance is dated May 24, 2022. I obtained this from the State of Arizona's Procurement Portal.

5. Attached herein as **Exhibit 4** is a true and correct copy of Amendment 1 to the Inmate Correctional Healthcare contract between NaphCare and ADCRR, dated June 10, 2022. This amendment adds indemnifications terms whereby NaphCare is financially responsible for plaintiffs' attorneys' fees and court-ordered fines and sanctions in this litigation. I obtained this from the State of Arizona's Procurement Portal.

6. Attached herein as **Exhibit 5** is Section 9 ("Contract Termination") of the RFP's Uniform Terms and Conditions. I obtained this from the State of Arizona's Procurement Portal.

7. Attached herein as **Exhibit 6** are multiple filings by ADCRR in the Bankruptcy Court for the Southern District of Texas, *In re Tehum Care Servs., Inc.*, Case No. 4:23-BK-9008 (S.D. Bkrptcy. Tex.), related to the bankruptcy of Corizon Health, Inc.

1  I downloaded these filings from PACER. They include:

2      a. Doc. 232: *Arizona Department of Corrections, Rehabilitation, and Reentry's Objection to the Debtor's Emergency DIP Motion and Joinder in the Committee's Objection to the DIP Motion*, March 22, 2023;

5      b. Doc. 350: *Arizona Department of Corrections, Rehabilitation, and Reentry's Statement of Position, Joinder and Reservation of Rights Regarding the Debtor's Emergency Motion to Extend and Enforce the Automatic Stay*, April 12, 2023;

9      c. Doc. 1161: *Arizona Department of Corrections, Rehabilitation, and Reentry's Limited Objection to Debtor's Second Amended Disclosure Statement*, Nov. 30, 2023;

12     d. Doc. 1308: *Arizona Department of Corrections, Rehabilitation, and Reentry's Statement of Position on Debtor's Third Request to Extend Exclusivity*, Jan. 29, 2024;

15     e. Doc. 1365: *Arizona Department of Corrections, Rehabilitation, and Reentry's Motion to Dismiss and Joinder in the Tort Claimant Committee's Motion to Dismiss*, Feb. 22, 2024.

18 I declare under penalty of perjury that the foregoing is true and correct.

19 Executed this 8th day of April, 2024, in San Francisco, California.

                                        */s/ Corene T. Kendrick*
                                        Corene T. Kendrick

| | |
|---|---|
| Dated: April 8, 2024 | **ACLU NATIONAL PRISON PROJECT** |
| | By: s/ Corene T. Kendrick |
| | Corene T. Kendrick (Cal. 226642)* |
| | 425 California St., Ste. 700 |
| | San Francisco, CA 94104 |
| | Telephone: (202) 393-4930 |
| | Email: ckendrick@aclu.org |
| | |
| | David C. Fathi (Wash. 24893)** |
| | Maria V. Morris (D.C. 1697904)* |
| | Eunice Hyunhye Cho (D.C. 1708073)* |
| | 915 15th Street N.W., 7th Floor |
| | Washington, DC 20005 |
| | Telephone: (202) 393-4930 |
| | Email: dfathi@aclu.org |
| | mmorris@aclu.org |
| | echo@aclu.org |

*Admitted *pro hac vice*
**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Jared G. Keenan (Bar No. 027068)
Lauren K. Beall (Bar No. 035147)
**ACLU FOUNDATION OF ARIZONA**
2712 North 7th St.
Phoenix, AZ 85006
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
lbeall@aclu.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth St.
Berkeley, CA 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
rlomio@prisonlaw.com
sophieh@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

-3-

**DISABILITY RIGHTS ARIZONA**

By: s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington St., Ste. 202
Phoenix, AZ 85034
Telephone: (602) 274-6287
Email: adietrich@disabilityrightsaz.org

Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
**DISABILITY RIGHTS ARIZONA**
4539 E. Fort Lowell Rd.
Tucson, AZ 85712
Telephone: (520) 327-9547
rdalyrooney@disabilityrightsaz.org
mabela@disabilityrightsaz.org.org

*Attorneys for Disability Rights Arizona*

-4-

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2024, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory Honig
Lucy M. Rand
Assistant Arizona Attorneys General
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com

*Attorneys for Defendants*

                                        s/ Corene T. Kendrick