United States District Court In and for the District of Arizona Division of Phoenix

☒ FILED ☐ LODGED
Apr 17 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Alfred Erik Caraffa
ADC#350727 et.al.
and
Shawn Jensen et.al.,

Plaintiff(s)

vs.

Ryan Thornell et.al.,
and
ADCRR et.al.,
and
State of Arizona et.al.,

Defendant(s)

Case Number 24-1010 (9th Circuit Court of Appeals) retroactive 2-12-CV-00601-PHX-ROS.

Motion to Transfer to the Correct Jurisdictional Court under Federal Rules of Appellate Procedure Rule 11- Forwarding the Record

I, Alfred Erik Caraffa ADC# 350727 Here Do Enter this motion of transfer to the Correct Jurisdictional

Court under Federal Rules of Appellate Procedure - Rule 11 - forwarding the Record.

"An Appellant filing a notice of Appeal must comply with Rule 10(b) and must do whatever else is necessary to enable the clerk to assemble and forward the record. If there are multiple Appeals from a Judgment or order, the clerk must forward a single record."

This Appellant Alfred E. Coroffe ADC#350727 filed in Appeal to the 9th Circuit court of Appeals for An Appeal of An order of this U.S. District Court of Arizona. Docketed as 9th circuit court case number 24-7010

under Federal Rule of Appellate Procedure Rule 10(b) - There is multiple Attornies and lawfirms hired by the U.S. District Court of Arizona to respersent the Subclass and Alfred E. Coroffe ADC# 350727. As of April 10th 2024 Rule 10(b) has not been followed by those

2 of 3

Attornies of those several Lawfirms there was An 14 day time period to file the Record.

This is A policy or custom by Attornies hired by the U.S. District Court of Arizona As two prior class Actions filed to Appeal Never had Attorney(s) file the record either.

IN 24-2010, I Alfred E. Caroffe ADC#350727 gave notice of Appeal for An unsupported findings or conclusion in that case. and several other(s) filed against Ryan Thornell and ADCRR.

More Mis-representation of Counsel in this Action.

April 30th 2024
Alfred E. Caroffe
ADC#350727
*[signature]*
3 of 3 total