**EXHIBIT 1**

**EXHIBIT 1**




# Arizona Department of Corrections
# Rehabilitation & Reentry

701 E. Jefferson St.
PHOENIX, ARIZONA 85034
(602) 542-5497
corrections.az.gov

KATIE HOBBS
GOVERNOR

RYAN THORNELL
DIRECTOR

November 29, 2023

**VIA EMAIL ONLY**
Bradford McLane, CEO
NaphCare
2090 Columbiana Road, Suite 4000
Birmingham, Alabama 35216
brad.mclane@naphcare.com

RE: NaphCare's Rate of Hiring/Staffing Progress

Mr. McLane,

I reviewed the latest staffing report sent this week by NaphCare. Of the 1273.9 FTE positions currently required by the contract, NaphCare has filled only 804 FTE positions. This is only 68% of the original contractual requirement, and 63% of the current contractual requirement. Over the next six months, the contract requires NaphCare to fill 1492.9 FTE positions. NaphCare is currently filling barely half of these required FTEs.

     As you know, the Court has ordered ADCRR to comply with the injunction that was entered over six months ago and has clearly stated that full-time staffing is essential to providing adequate healthcare to the plaintiff class. Judge Silver has stated that the provisions set forth in the injunction are not "aspirational" but are judicially mandated requirements. On Friday, we are appearing before the Court and will have to explain why NaphCare has only filled 2/3$^{rds}$ of the original contractual staffing requirement in one year's time. Market difficulties in hiring is a challenge, but it is not an excuse. In order to fill these positions, NaphCare must increase compensation offered with respect to all unfilled FTEs. The only way that NaphCare can comply with the staffing requirements of this contract is to raise compensation, as it is clear that the recruiting efforts being made are not adequate. Moreover, the contract amendment includes a 4.76% CPI increase and $12 million in recruitment money. This provides NaphCare with ample resources to take this action. By close of business tomorrow, I want your commitment that NaphCare will increase compensation for these positions, and by December 8, 2023, a detailed plan as to how NaphCare will accomplish this.

     We do not have any time to waste. The Court is not going to continue to be patient and will demand solutions rather than excuses. Privatized healthcare is being viewed by the Court and the Plaintiffs as the reason why the healthcare provisions in the injunction are not being met. NaphCare must take immediate steps to significantly increase compensation to prevent a finding of contempt.  I look forward to your commitment and plan to move forward with increasing compensation.

Ryan F. Thornell, Ph. D.
Director