THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVIL 54, 7.1(a)(1)
(Rule Number/Section)

FILED ✓   LODGED ___
RECEIVED ___ COPY ___
MAY 09 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

5/3/24

CV-12-601-PHX-ROS

Judge Silver,

I am an inmate currently housed in the Catalina Unit of the Tucson Complex. I am writing because I feel you should be well informed about what is transpiring with inmate health care since your injunction. This unit was created by ADCRR very recently to supposedly provide healthcare for the inmates who need assisted living assistance. It is a warehouse, yes an actual warehouse dividing into three sections they call bays. Each bay is to house 100 inmates each. They currently have just over 100 inmates. The layout of this warehouse violates all ADA regulations from space between beds to width of the aisles between rows of beds. There is no access provided for inmates in wheelchairs to get to the exercise equipment on the yard. More importantly for your purposes in monitoring and determining adherence to your injunction is the lack of health care provided here. I have written to the monitors through the Injunction Portal on my tablet but felt strongly you should receive a first-hand account. Even though this facility is to house inmates in most need of medical care they in fact have less access to care than inmates housed on the various complexes across the state. Here at Catalina there is NO onsite provider, no nurse practitioner much less a medical doctor. This for a facility to house 300 inmates most in need of care. This in contrast to Cook Unit at Eyman Complex, where I was recently transferred from, which had two nurse practitioners and a doctor who came in once a week onsite. Here they are attempting to provide care through the use of a few RN's along with several LPN's and CNA's. These nurses will make decisions on who gets advanced to see a telemedicine provider. Everything is done remotely save the once a month visit from a provider to the unit. There was a loophole provided to ADCRR in the injunction

not limiting ADCRR's use of tele medicine. They have driven a semi-truck through this loophole. I will give you my personal example. I was moved here on 3/29/24 from Cook Unit. At the time of my move, nurse practitioner Fedic was treating me for a case of cellulitis in my left leg. On 4/6 an LPN cut the Unna Boot used in my treatment off my leg to examine it. There being no provider here to physically see the leg in person, the LPN took some pictures and sent them to remote provider to determine further treatment. There was never a response. On 4/16 a RN took more pictures and sent them to a remote provider. There was never any response. As of today 5/3 I have not received any treatment on my leg nor an in person exam of the leg, which I was getting at Cook Unit. This is an example of treatment for a simple thing like cellulitis. The more serious illnesses are treated in the same fashion, ALL remotely. This facility was built for the express purpose of masking the fact there have been no real attempts at reforming the health care system or complying with your injunction. They are filling beds here with inmates without regard to their actual need for living assistance. People, such as myself, who have NO need whatsoever for assistance are moved here under the pretext of declining functional abilities. This in an attempt to say "See, look at what we're doing." Having been here for a month now I can testify some inmates here are definitely in need of serious assistance and medical care. But this facility and the nurses staffing it are simply providing a babysitting service. Inmates here are stacked one upon another like cord wood and watched by nurses as they continue to ~~deteriorate~~ deteriorate. I hate to say all this as I had high hopes with the new governor Hobbs and new director Thornell publicly stating their commitment to complying with your injunction, there would be real change. Unfortunately ADCRR is acting just as it has all along, trying to hide the reality from you Judge Silver. In essence putting lipstick on a pig. Nothing will be truly

Reformed and changed until you, Judge Silver, force ADCRR to remove NaphCare and importantly all the holdover facilitators and administrators of health care that are at the different complexes within the system. They have been remaining in place, going from Corizon to Centurion to NaphCare one health care system to another, perpetuating the same health care no matter the name change. Please force ADCRR into real substantial reform in providing constitutionally required health care. Thank you

Sincerely,
John S. Westerfield ADC# 313789
Tucson Complex / Catalina Unit Bay 3 Bed 2

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate John S. Westerfield
ADC# 313789
Arizona State Prison Complex Tucson
Unit Catalina Bay 3 Bed 3
PO Box 24409
City Tucson  AZ 85734

RECEIVED
MAY 0 9 2024
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PHOENIX AZ 852
7 MAY 2024 PM 6 L



Judge Roslyn O. Silver
401 W Washington Suite 130
Phoenix, AZ 85003

85003-212430