☒ FILED ☐ LODGED
May 14 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

"Anthony-Eric: Emerson, et al.,   Case No CV-12-00601-PHX-ROS

v.

Ryan Thornell, et al.,   MOTION REQUEST FOR IMMEDIATE INJUNCTIVE RELIEF

ATT

We at the ASPC LEWIS/MOREY Unit are being gravely deprived of basic humane Rights. On 05/13/24 at 2:15PM I spoke with the current A.D.W. Suckle requesting why his officers don't follow departmental orders such as giving me a informal complaint form D.O. 802-11 and his response was, "He does things his way when his officers are being assaulted by inmates." He then went into an unprofessional speach explaining how, "he can get down with the best of us." I told him that this type of thinking only causes more problems instead of looking for solutions. I then explained to him that the only things that I'm asking for is what is stated in Department of Corrections Departmental policy to be treated with respect, given informal/grievances upon request, Not served cold meals all the time, Recreation/Time Out of Cell, Legal Access, Legal Calls, Your officers follow the officers Code of Conduct and be Professional. He then cut in and said "my officers will comply when his staff and himself are not being assaulted by inmates." He spoke to me and a couple of other inmates present as though we were

the ones who had assaulted him. Now I see why officers on this Unit don't follow departmental policy. It is in retaliation to past assaults & disrespect by other inmates who are no longer on this Unit. ADW Suckle is using his own retalitory action technique against the inmate populous in direct contrast of ADOC D.O. in relation to D.O. 803 disciplinary procedings for singular violations. ADOC policy has a 0 tolerence for retaliation toward inmates by anyone, even rogue ADW's, who act in contrast of procedures for dealing with disruptive inmates

when the ones responsible for enforcing adherence to Departmental Procedures are themselves violating it in retaliation. I have no other recourse than to inform this court and request immediate injunctive relief.

The above aforementioned I "Anthony-Eric:Emerson" state under the direct penalty of purjury is true to the best of my knowledge.

Respectfully Submitted This 14th Day of May, 2024

"Anthony-Eric:Emerson"