DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:** Roslyn O. Silver  **Date:** May 16, 2024
**Case Number:** CV-12-00601-PHX-ROS
**Jensen, et al. v. Thornell, et al.**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Corene Kendrick | Daniel Struck |
| | David Fathi | Joshua Bendor |
| | Rita Lomio | |
| | Maria Morris | |
| | Maya Abela | |

**STATUS HEARING:**

1:06 p.m. Convene. Defense counsel from the Arizona Attorney General's Office and General Counsel for the Arizona Department of Corrections, Rehabilitation & Reentry are present. Attorney on behalf of NaphCare Incorporated Marvin Ruth is present. Monitors present over video teleconference. Discussion held. Dr. Marc Stern addresses the Court. Dr. Donna Struger-Fritsch and Dr. Bart Abplanalp address the Court.
2:28 p.m. Recess.

2:50 p.m. Reconvene. The Court allows the parties to question the monitors.
3:35 p.m. Dr. Donna Struger-Fritsch is excused.

Dr. Bart Abplanalp is questioned. Discussion held. Dr. Marc Stern continues to address the Court.

4:56 p.m. Order to follow. Court adjourned.

Deputy Clerk: Norma Hunt                     SH: 3 hr, 28 mins
Recorded By: Christine Coaly                  Start: 1:06 p.m.
                                              Stop:  4:56 p.m.