IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Andrew Tyraye Moering ©, et al,   Case No CV-12-00601-PHX-ROS

V.                                 MOTION ORDER FOR IMMEDIATE INJUNCTIVE RELIEF

Ryan Thornell, et al.,

ATT;

Here currently at A.S.P.C. Lewis Morey1 unit I have personally been attacked by means of sabotage no hand torture tactics, being deprived of out of cell time the Proper program and group activities, loss of visitation with no disciplinary action. If you were to design the Perfect environment for Psychological decline? Morey1 unit would definately be the ivy league of digress or creating Psychopaths to be placed back into society. If I did not have the awareness, faith and discipline I possess, I would surely be a danger to myself and others. I have a focus only GOD can gift us with and I know my purpose, my love for Humanity is pure I have many skill sets that will advance us as a whole but I have no means of manifesting this love here at A.S.P.C. Lewis Morey1, the pits of hell.

1 of 3

"Intelligence is traditionally related to a good quality of life, above all in terms of successful achievement and attaining social resources such as education, work and so on. These outcomes are clearly unachievable within the prison system, so it is likely that high cognitive abilities which are not socially deployable translate into a greater reflexive capacity about one's own condition, leading to distress."

"The research domain of prison experience has a long and controversial history, with behavioral researchers however agreeing that imprisonment has devastating effects on inmates psycho-physical well being. The current study aimed to investigate the extent to which a set of cognitive affective, personality variables may impact the psychological effects of imprisonment."

Europes Journal of Psychology.
The Psychological Effects of Imprisonment.

The evidence is clear on what direction this place is headed. IT is not the mental health staff it is administration and it's leadership who use "Security" as a loophole to limit mental health accessibility. The administration currently pit inmates against one another, if one group does something, they blame that group why we were deprived of our basic needs, how is "Security" always the issue? when you create the issue yourself? this is the State of Arizona Department of Corrections, there is no rehabilitation I cannot even take my GED as a "lifer" I propose a shift in leadership and appoint people who have undergone valid psycho analysis so we dont continue to repeat with egotistical, narcissistic, and psychopathic leadership who help spawn psychopathic inmates to re-enter society, and I would like to be included in this shift seeing that I have clear solutions.

The above aforementioned I "Andrew Tyraye Moering ©" state under the direct penalty of perjury is true to the best of my knowledge.

Respectfully Submitted this 17th Day of May 2024

Andrew Tyraye Moering ©
ALL RIGHTS RESERVED