# In The United States District Court For The District of Arizona

Ruben Barksdale©, et. al,　　　CV-12 00601-PHX-ROS

V.

Ryan Thornell, et. al,　　　MOTION Order For Immediate Injunctive Relief

Att;

　　Here comes now, the name, Ruben Barksdale©, given the ADOC # 307681, currently serving a sentence of 25 years TO Life w/ possibility of parole after 25 calendar years, for Non-Dangerous 1st Degree Murder at the age of 16. Located: ASPC-Lewis Complex - Morey Unit.

　　I've had served the majority of my sentencing in a special management unit and in maximum custody facilities with the options of participating in programs such as followed:
1. Vocational and Technical Education;
2. Mental Health and Behavioral classes;
3. Religious services, and Recreation,

in order to have more opportunities to improve my health and life skills, preparing for lower custody levels, and reintergration.

However, due to my sentencing and other statuses, programs listed above aren't dedicated to, nor made priority to those who're in special management unit, maximum custody, and serving life or death sentencing, making mockery of what reintergration and rehabilitation stands for, leaving absolutely zero hope for individuals who depends on these programs for no other reason or purpose besides the benefit of self.

I'd been reclassed to house and live on a level 4 High Custody facility unit, going on my 3rd year. These past years, Arizona Department of Corrections Reintegration and Rehabilitation (ADCRR) has made it very difficult for prisoners like myself to engage and participate in any reintergration and rehabilitation programs, etc. We are living off of mere faith that our situations will get better, even though we're being deluded by ADCRR that it would not.

Personally, I've had presented multiple solutions infront of ADCRR Administration, past and present, using personal finances and resources to fund self-help programs for all levels of custody, esp. for those who have been putting forward the effort to overcome their past struggles mentally, physically, and spiritually. We, the people of ADCRR (All parties involved) have been mislead into thinking any of it will be given to improve our situations and statuses.

②

    I am informing the State of Arizona Courts, Governor, and Director of ADCRR of scrunity obstruction caused by Administrative Leaders who're appointed to Authority positioning as Officers/Agents of the State for ADCRR.

    I shall contest as a man of God, a witness of truth, in honesty of my knowledge, living in experience that a demagogue administration here at Morey Unit is reprising against the incarcerated population who seek guidance in their religion, and in reintergration and rehabilitation through neuroplasicity, ameliorating the ways we think in awareness, understanding and insight of cognitant abilities; including our verbal, physical, spiritual conduct, which is requisite in participating in performance of reintergration and rehabilitation.

    Unequivocally, all parties of standard businesses, self, and/or corporate identification has the basic comprehension that mistakes happens through mishaps and misunderstandings, in definition that perfection doesn't happen by, nor is it a snap of a finger by guardianship. Be that perfection is only for the new life that has taken form (i.e as newborn being structuralized and shaped inside its feminine roots, to be released into another realm of life). This transitioning from one state to another could be unconventionally uncomfortable for the carrier and the carried.

    Through all stages of life, when someone or something faces a transitional moment, the instinctual fear in vicissitude of readjustments into unfamiliarities that

aren't traditional, nor comfortable to what it's use to, will cause panic reactions to what is necessary in order for a healthy transformation.

With this knowledge, ADCRR Administrations refuses to assist in a healthy transformation with the incarcerated population. Instead, ADCR Administrations exacerbates its communities by dichotomizing all parties involved (inmates, security, staff); opposing their better judgment, morality, integrity, and human dignity in subsitution of superfluous power of authority; investing into debilitation and vexation by actions. They are openly presenting decadency through malicious acts, making all things complicated.

These officers/agents of ADCRR appointed positioning on the administrative level are showing a repetitive sadistic homogenous pattern in repudiating those who strive for healthy transformations as the solution, meanwhile, exemplifying vocational substance and actions in faith of all that is within the imprisonment population (human and technical resources) to pair together, exhuasting all remedies from existing issues.

The blatant actions derived from authority figures (officers/agents) personal ambivalence of insulates, is shown to be infatuated in castigating the population without any vacilation, when as a collective unit should be taking accountability while abiding by oathful duties to subsidize the salubrious laws, policies, procedures that are in place of reintergration and rehabilitation. All prior and newly formal reports and civil

(4)

complaints, papyrus and/or electronically filled, will show proof of diagnostics and statistics.

    We are showing ingenuity by communicating directly with the State's courts, Governor, and Director of ADCRR to impede the punitive behavior by the root of the problems here at Money unit, which is redundant thinking and actions caused by the Administrative Authority figures in leadership/guardianship of the carried and the carriers (of ADCRR).

    In Conclusion, 'Sensitive Training' should be enforced upon all employeed by the State of Arizona who has taken an oath as an officer/agent under laws and policies of ADCRR.
    In reference to 'Europe's Journal of Psychology', "Personalized special treatment..." "... in a intramural environment should be a training focal point, which requires:
"1. A neuro-psychological assesment on entering the institution
2. The development of an intervention program based upon assesment screening (writing, workshops, support interviews; psychotherapy; self-help groups; targeted work; sports, recreational, and/or cultural activities).
3. Periodic monitoring of Intervention Programs
4. Effectiveness evaluation of intervention programs (re-test, follow-up).

    Participation of daily sessions should be implemented and made mandatory for all ADCRR staff and officers/agents, which covers bases of identifying 'cognitive abilities', 'psychopathic personality traits', 'aggressiveness', 'ruminative style', and

'empathy proneness'. Incarcerated individuals should be allowed to participate and engage with their consent.

The above aforementioned I "Ruben Barksdale©" state under the direct penalty of perjury is true to the best of my knowledge.

Respectfully Submitted this on the 15TH Date of May, 2024.

Ruben Barksdale©
    All Rights Reserved.

⑥