**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Joshua D. Bendor (No. 031908)
Gregory Honig (No. 018804)
Lucy M. Rand (No. 026919)
Luci D. Davis (No. 035347)
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-7670
Joshua.Bendor@azag.gov
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov

*Attorneys for Defendants*
*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No.: 2:12-cv-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' STATUS UPDATE REGARDING ADCRR HEALTHCARE STAFFING ANALYSIS AND PLAN (Doc. 4599)** |
| Ryan Thornell, et al., | |
| Defendants. | |

Defendants submit this status update to the Court regarding the Court Monitors' Healthcare Staffing Analysis and Plan, Doc. 4599 ("Staffing Plan"), and the associated pilot project.

At the Status Conference on May 16, 2024, Defendants raised several issues that, in their view, might require further briefing and examination before an order should issue as to the pilot project and Staffing Plan consistent with due process. Although Defendants maintain that position and reserve the right to reassert those concerns in the future, Defendants do not wish to expend party and judicial resources on those disputes if an agreement can be reached.

To that end, Defendants contacted Dr. Marc Stern on May 21, 2024, to discuss the pilot proposed in the Staffing Plan and work through outstanding questions and issues. On May 24, 2024, Dr. Stern, Ms. Donna Strugar-Fritsch, and Defendants had a productive discussion on a variety of issues, including staffing and timing related to the pilot. Defendants agreed to provide certain information to Dr. Stern and Ms. Strugar-Fritsch; Defendants are in the process of expeditiously compiling this information. In turn, Dr. Stern and Ms. Strugar-Fritsch agreed to revisit certain aspects of the pilot.

Defendants and Dr. Stern are optimistic that an agreement can be reached as to the vast majority, if not all, of Defendants' substantive concerns with the pilot, and that the agreed-upon revisions will make the pilot practically feasible, more successful, and more likely to yield reliable and helpful data.[1] Accordingly, to avoid the unnecessary

---

[1] To be clear, Defendants are not certain that any revisions will obviate funding concerns with implementing the pilot and Defendants do not have a funding solution at

expenditure of judicial resources, Defendants advise the Court of these ongoing discussions, which may moot any order that would be based on the currently proposed pilot project and the May 16 proceedings.

RESPECTFULLY SUBMITTED this 30th day of May, 2024.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By: /s/ Luci D. Davis

Joshua D. Bendor
Gregory Honig
Lucy M. Rand
Luci D. Davis
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-1645
Fax: (602) 542-8308
Joshua.Bendor@azag.gov
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov

Daniel P. Struck (No. 012377)
Rachel Love (No. 019881)
Timothy J. Bojanowski (No. 022126)
Nicholas D. Acedo (No. 021644)
Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com

---

this time. However, Defendants continue to work diligently to identify solutions to the fiscal hurdles.

nacedo@strucklove.com

*Attorneys for Defendants*