FILED

JUN 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHAWN JENSEN and ARIZONA CENTER FOR DISABILITY LAW,<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>DAVID SHINN, Director and RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>      Defendants - Appellees,<br><br> v.<br><br>ALFRED ERIK CARAFFA,<br><br>      Movant - Appellant. | No. 24-1010<br><br>D.C. No. 2:12-cv-00601-ROS<br>District of Arizona, Phoenix<br><br>ORDER |

Before: SILVERMAN, BUMATAY, and SANCHEZ, Circuit Judges.

This court has reviewed the notice of appeal filed February 6, 2024 in the above-referenced district court docket pursuant to the pre-filing review order entered in docket No. 22-80114. Because the appeal is so insubstantial as to not warrant further review, it will not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007). Appeal No. 24-1010 is therefore dismissed.

This order, served on the district court for the District of Arizona, will constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions will be entertained.

**DISMISSED.**