KEMP-HORTON-202496
POBOX-24403-TUCSON-AZ-85734

TO JUDGE ROSLYN-O-SILVER

CV-12-601-PHX-ROS

PLEASE HELP - INMATES HAVE -NO- HEALTH CARE

#1
NAPHCARE IS JUST STALLING TILL THEY GET FIRED FOR REFUSING TO PROVIDE INMATES MEDICAL CARE

#2
NAPHCARE IS ALWAYS FIRED FOR REFUSING TO PROVIDE INMATES MEDICAL CARE USA WIDE IN ALL THE JAILS AND PRISONS NAPHCARE RECEIVES CONTRACTS IN FOR AS LONG AS NAPHCARE HAS BEEN IN BUSINESS

#3
NAPHCARE ROUTINELY AND AS A BASIC BUSINESS PLAN AND PRACTICE MEDICAL NEGLECT **MURDERS** INMATES TO MAKE A FEW MORE CENTS PROFIT

#4
NAPHCARE AND ADC ARE JUST PLAYING YOU SO YOU LET NAPHCARE MAKE A FEW HUNDRED MILLION MORE DOLLARS IN PROFIT UNTIL YOU FIRE NAPHCARE FOR REFUSING TO PROVIDE INMATES MEDICAL CARE

#5
YOUR FINES ARE NOTHING - NAPHCARE LAUGHS AT YOU AND YOUR PETTY ONE MILLION DOLLAR FINES WHEN NAPHCARE MAKES 100 MILLION DOLLARS PROFIT A YEAR OFF OF THE ADC MEDICAL CONTRACT

Kemp

TO JUDGE ROSLYN O SILVER

ALLL ADC STAFF AND ALLC MEDICAL STAFF ADVISE ME TO **FILE A LAWSUIT** IF I WANT MEDICAL CARE

WHY...

MUST I FILE A LAWSUIT TO GET EVEN THE MOST BASIC OF MEDICAL CARE FROM ADC MEDICAL

PLEASE HELP Kemp

KEMP - HORTON - 202496
POBOX - 24903
TUCSON - AZ
85734

TO - JUDGE ROSLYN O SILVER
INMATES HAVE **NO HEALTH CARE**

WHY... YOU CONTINUE TO REFUSE TO HAVE MEDICAL PUT INTO RECEIVERSHIP

IS A DISGRACE

NAPH CARE HAS NEVER IN ITS HISTORY ACTUALLY PROVIDED INMATES WITH MEDICAL CARE

NAPHCARE IS ALWAYS FIRED 100 PERCENT OF THE TIME WHEN IT RECEIVES A CONTRACT TO PROVIDE MEDICAL CARE... FOR REFUSING TO PROVIDE MEDICAL CARE

NAPHCARE IS PULLING A SCAM ON YOU AND LAUGHING AT YOU THAT YOU ARE FALLING FOR NAPHCARE SCAM ON YOU WHILE MAKING MILLIONS OF DOLLARS A DAY IN PROFITS
HOW... CAN YOU BE SOOO GULLIBLE...
PLEASE PUT ADC MEDICAL INTO RECEIVERSHIP SO INMATES CAN ACTUALLY RECEIVE MEDICAL CARE Kemp
KEMP - HORTON - 202496
POBOX - 24403 - T█████ - AZ - 85734

TO JUDGE ROSCYN O SILVER

ADC STAFF HAVE FORCE SUICIDES 8 INMATES IN THE LAST FEW MONTHS
INMATES ARE FORCED TO KILL THEMSELFS TO GET AWAY FROM ABUSIVE ADC STAFF
ALSO MEDICAL AND PSYCH FORCE SUICIDE INMATES WITH THEIR CONSTANT HARASSMENT OF INMATES AND REFUSAL TO PROVIDE PSYCH AND MEDICAL CARE

CAN YOU ORDER ADC STAFF TO STOP FORCED SUICIDING INMATES
IT IS ALMOST AN EPIDEMIC HERE

NOT TO MENTION THE INTENTIONAL MEDICAL NEGLECT MURDERS OF INMATES BY ADC AND MEDICAL TO MAKE A LITTLE MORE PROFIT FOR MEDICAL

ELBERT-K-HOLLINGSWORTH #349631 WAS MEDICAL NEGLECT MURDERED FOR HE WAS GOING TO BE A VERY EXPENSIVE INMATE SO ADC AND MEDICAL SENT HIM TO THIS BUILDING I AM IN TO DIE
PLEASE HELP Kemp
KEMP-HORTON-202496
PO BOX-24403-TUCSON-AZ-85734

HELP DAVID FLETCHER # 050457
IMMEDIATELY PLEASE

TO - JUDGE ROSLYN O SILVER

DAVID - FLETCHER - # 050457

CANNOT TALK OR READ OR WRITE

DAVID FLETCHER # 050457
IS IN SEVERE PAIN AND HAS BEEN
LIMPING FOR OVER ONE MONTH NOW AND
MEDICAL REFUSES TO GIVE HIM MEDICAL

THE ABUSE OF NOT THERE IN THE HEAD AND
THE MENTALLY ILL INMATES BY ADC AND
MEDICAL IS A DISGRACE

I AM WRITING THIS WITHOUT DAVID FLETCHERS
KNOWLEDGE FOR HE CANNOT HELP HIMSELF
AND IS NOT THERE IN THE HEAD ENOUGH TO
UNDERSTAND OR CONCENT TO ANYTHING

I AM KEMP - HORTON - 202496
POBOX - 24403 - TUCSON - AZ - 85734

WRITING FOR DAVID FLETCHER # 050457

10-MAY-2024

TO-JUDGE-ROSLYN O SILVER

THIS LETTER IS CONCERNING

INMATE dAVId FLETCHER #050457

dAVId FLETCHER IS NON VERBAL AND DOES NOT REALLY KNOW HE IS IN PRISON AND IS FLAT OUT CRAZY AND NOT THERE IN THE HEAd

dAVId FLETCHER HAS BEEN LIMPING FOR OVER ONE MONTH NOW AND IS IN A LOT OF PAIN AND MEDICAL REFUSES TO GIVE dAVId FLETCHER MEDICAL CARE

dAVId FLETCHER HAS NOOO WAY TO ADVOCATE FOR HIMSELF FOR HE CANNOT TACK OR WRITE AND IS NOT THERE IN THE HEAd

THE PRISON AND MEDICAL ARE ABUSING dAVId FLETCHER DUE TO HIS COGNITIVE DISABILITIES

PLEASE IMMEDIATELY HELP dAVId FLETCHER

WROTE BY KEMP-HORTON-202496 WITHOUT dAVId FLETCHERS KNOWLEDGE FOR dAVId FLETCHER UNDERSTANDS NOTHING  Kemp Horton
POBOX-24403-TUCSON-AZ-85734

# MEXICAN MAFIA

TO-JUDGE-ROSLYN-O-SILVER

THE MEXICAN MAFIA IS EXTORTING THE MENTALLY DISABLED INMATES AND ADC REFUSES TO DO ANYTHING ABOUT IT

MEXICAN MAFIA MEMBER RAMERIZ #246104 IS EXTORTING MOST INMATES IN THIS BUILDING AND TELLING ADC STAFF IF THEY MESS WITH HIS BUSINESS HE WILL HAVE THEM AND THEIR FAMILY KILLED

I ASSUME THE FBI NEEDS TO GET INVOLVED IF ADC STAFF ARE SOOO AFRAID OF THIS MEXICAN MAFIA MEMBER RAMERIZ #246104 THAT ADC STAFF ALLOW INMATES TO BE EXTORTED BY HIM

I REQUIRE TO FILE A FORMAL EXTORTION COMPLAINT AGAINST RAMERIZ #246104 AN INMATE AT THE ARIZONA STATE PRISON

PLEASE HELP KEY

KEMP-HORTON
202496
PO BOX-24403
TUCSON AZ
85734