# One-Time Indicators

| Order reference<br>Color code:<br>White=Med+MH;<br>Green=Med;<br>Red=MH;<br>Yellow=Subclass | Indicator | Due Date | Days till due |
|---|---|---|---|
| <td colspan="3">**Medical and MH**</td> |||| 
| Page 8 | Design and implement a mechanism for patients to submit communications to the Court-appointed monitors. Inform patients and staff that this confidential mechanism does not replace any existing system. | Jun 7, 23 | Done |
| 1.16 | Fill all positions required by the current contract with the health care vendor including any modifications, addenda, or updates [A filled position is one in which there is an incumbent receiving a salary for the full intended time commitment of the position and is not on long term leave, e.g., Family Medical Leave Act.  An individual may not fill more than 1.0 FTE. Defendants may use registry staff to fill up to 15% of these FTE in each job category.] | Jul 7, 23 | -346 |
| 2.2.1 | Implement an appropriate near-miss error reporting policy.  (See order for suggested elements.) | Apr 7, 23 | -437 |
| 2.3.1 | Implement a preventable adverse event reporting policy that includes the following elements: requires reporting of errors which cause more than minimal harm to a patient; All such errors shall be reported, | Apr 7, 23 | -437 |
| 3.1 | Develop and implement policies to assess the English fluency of patients and, if not English-fluent, determine a language in which the patient is fluent at the following times: during intake; upon request by a patient at any time; whenever staff have reason to believe a patient is not fluent in English; whenever a patient's primary language of communication is not documented in the medical record. | Jul 7, 23 | -346 |
| 3.2 | A patient's language of choice shall be visible on all relevant screens of the patient's electronic health record. | Jul 7, 23 | Done |
| 4.5 | Medical record policy shall indicate that: 1. Patients are charged a reasonable fee for paper copies of their medical record. A reasonable fee is one that has the same or lower ratio to the prevailing patient wage as the ratio of the prevailing fee in the Arizona medical community to the prevailing Arizona community wage; 2. As an alternative to providing paper copies, if the patient agrees, staff may provide the requested records, free of charge, in an electronic medium that the patient is able to access. | Jul 7, 23 | -346 |
| <td colspan="3">**Medical**</td> ||||
| 6.1 | Hire an additional seven physicians to be allocated at the six corridor facilities based on patient need. Defendants may utilize locum tenens to hire these positions, but will be required to have no more than 15%  locum tenens for this job category after six months of the signing of the order. | Jul 7, 23 | -346 |
| 7.5.1 | Build (or modify existing) living units to accommodate no less than 200 patients needing SNU housing, | Feb 1, 24 | -137 |
| 7.5.2 | Build (or modify existing) living units to accommodate all remaining patients requiring SNU housing, build the units with per-patient floor space consistent with AHCCCS requirements for similar | Aug 1, 24 | 45 |
| 7.6.5 | All IPC rooms should have a call button | Jul 7, 23 | Done |
| 7.4.1 | Patients shall be given on a daily basis an opportunity to indicate their need to be seen for a medical clinic appointment at the next available clinic by one of the following mechanisms, depending on their living situation, freedom of movement, and access to electronics: affixing their name to a time slot on a paper list maintained on the living unit or in the medical unit; affixing their name to a time slot on an electronic list via tablet or kiosk; informing the nurse who conducts daily (or more frequent) welfare checks on that unit; an effective paper-based system developed by Defendants in the event of temporary non-functioning of the electronic system.  (Defendants shall retain for the monitors to access all lists, paper or electronic, for their review. To allow for effective monitoring of healthcare staffing levels, any appointment made that does not occur shall not be erased but shall be notated as not completed.) | Jul 7, 23 | Done |
| 7.4.2 | A reminder of the following rule shall be communicated via the medium the patients use to make requests (e.g., a statement placed on the paper or electronic sign-up list): Patients should only use the non-urgent system if they have a non-urgent need.  Patients with urgent or emergent needs should notify a staff member. | Jul 7, 23 | Done |
| 7.7 | Patients requiring monitoring or medical care beyond that normally available and safely used in non-medical living units shall be admitted to an IPC; no one is placed in "observation" status. | Jul 7, 23 | Done |
| 8.4 | If ADCRR or its healthcare vendor utilize categorical referral timeframes, e.g., "emergency," "urgent," "routine," for which it applies default timeframes for completion of the referral, Defendants shall notify the Court of those categories and timeframes and shall notify the Court within fourteen days if any of those categories or default timeframes change | Jul 7, 23 | Done |

| Order reference | Indicator | Due Date | Days till due |
|---|---|---|---|
| 10.1 | Implement a refusal policy containing the following elements: (a) When a patient refuses a medication (or classes of medication), based on the specific medication or class and the number and pattern of refusals, the medication administrator shall be triggered to escalate the case to a higher authority and within a specified amount of time (which may differ by medication or class).  The decision rules described above should be incorporated into the medication administration software of the EHR such that the EHR automatically alerts the medication administrator when action is needed and what action is needed. (b) The higher authority referenced in the preceding paragraph shall be an RN or appropriately licensed practitioner who is then responsible for: determining the reason for the refusal and securing the patient's adherence with the medication, or finding a clinically appropriate alternative treatment, or assuring that the patient is making an informed refusal, or assuring the execution of whatever clinically appropriate action is ordered by a prescriber. | Apr 7, 23 | -437 |
| 10.1 | Whenever a DOT medication is administered or refused, the EHR automatically records the name and title of the administrator | Apr 7, 23 | Done |
| 10.5.2 | (ADCRR is encouraged, but not ordered, to: make KOPs the default for those meds on KOP list; make some of the over-the-counter medications available from living unit officers or health care staff in FDA-approved unit dose packaging.) | voluntary | |
| 11.1.3 | All current patients who have not been screened for HCV shall be offered screening ((11.1.) by blood test; (11.1.8) under opt-out conditions), and all who screen positive, have viremia based on an RNA test, and indicate willingness to be treated shall receive treatment within the time parameters set out within this Order. | Jun 7, 23 | Done |
| 11.1.5 | Until they begin treating patients on the Hepatitis C prioritized list, Defendants shall continue their current practice of initiating treatment of all patients identified as having more advanced hepatitis C, i.e., scores of F3 and F4. | Apr 7, 23 | Done |
| 11.3.6 | The Department will offer MOUD in three new facilities, including counseling, if appropriate, and including medication treatment for alcohol.  The Department will take the necessary steps to ensure that any patient transferring to another facility will not experience an interruption in MOUD, counseling, or alcohol treatment. | Oct 7, 23 | Done |
| 11.3.6 | The Department will offer MOUD in three new facilities, including counseling, if appropriate, and including medication treatment for alcohol.  The Department will take the necessary steps to ensure that any patient transferring to another facility will not experience an interruption in MOUD, counseling, or alcohol treatment. | Apr 7, 24 | Done |
| 11.3.6 | The Department will offer MOUD in the three remaining facilities, including counseling, if appropriate, and including medication treatment for alcohol.  The Department will take the necessary steps to ensure that any patient transferring to another facility will not experience an interruption in MOUD, counseling, or alcohol treatment. | Oct 7, 24 | Done |
| **Mental Health** | | | |
| 13.1 | Within three months of this Order, Defendants shall hire an additional two psychiatric prescribers, ten psych associates and three psychologists to be allocated at the six corridor facilities based on patient need.  Defendants may use registry and locum tenens to hire these positions, but will be required to have no more than 15% locum tenens and registry in each of these job categories within six months of the signing of the order. | Jul 7, 23 | -346 |
| 13.1 | Pending the outcome of a staffing analysis and plan, outpatient psychologists shall supervise no more than eight psych associates, and inpatient psychologists shall supervise no more than six psych associates. | Apr 7, 23 | -437 |
| 15.6 | Defendants shall modify their policies to create a formal process for custody staff, families, or any other concerned party to refer a patient for mental health assessment and for timely response to the concern by mental health staff. | Apr 7, 23 | Done |
| 15.7 | (Defendants are encouraged, but not required, to allow MH-3C and MH-3E patients who would otherwise meet the custody classification requirements, to be housed at the Douglas, Winslow, and Safford Complexes.  Telehealth may be used.) | voluntary | |
| 15.8 | Defendants shall ensure the formulary for psychotropic medications is no broader than the formulary used by AHCCCS. | Apr 7, 23 | Done |
| 19.1 | (Defendants are encouraged, but not required, to modify their policy to include grave disability as an indication for involuntary antipsychotic medications.) | voluntary | |

| Order reference | Indicator | Due Date | Days till due |
|---|---|---|---|
| **Custody** | | | |
| 1.15 | Within three months of this Order, Defendants shall ensure there is a sufficient number of custody staff to support the functioning of the health care operation, including but not limited to: transporting patients to on-site and off-site clinical encounters and appointments; administration of medications; and providing security in the venues of health care operations.  Exceptions may be made for a declared emergency (e.g., prison riot, natural disaster).  Chronic understaffing does not qualify as a declared emergency. | Jul 7, 23 | -346 |
| 19.3 | Defendants shall implement a system to facilitate the return to lower levels of custody for those patients who have been in the subclass for longer than two months | Jul 7, 23 | -346 |
| 21.2 | Within one month of the issuance of this Order, Defendants shall retain a communications engineer to conduct an assessment of the technical requirements to install the EOMS at the designated sites. | May 7, 23 | Done |
| 21.3 | By July 1, 2023, Defendants shall activate the current EOMS pilot program at the Browning Unit and shall evaluate its functionality over the ensuing two months. | Jul 1, 23 | Done |
| 21.4 | By September 1, 2023, Defendants shall issue a Request for Proposals to install the EOMS at the designated sites. | Sep 1, 23 | Done |
| 21.5 | By December 31, 2023, Defendants shall award a contract for the installation of EOMS at the designated sites. | Dec 31, 23 | Done |
| 21.1/21.6/21.8/21.9 | By December 31, 2024, Defendants shall have installed and fully implemented the EOMS at all designated sites. [The system will be Web-based and accessible via standard Web browsers and have all the capabilities described in 21.8 and 21.9 of the Order.] | Dec 31, 24 | 197 |
| 21.7 | In the interim before full installation of the EOMS at the designated sites, Defendants shall implement a formal process and tracking protocol to manually accomplish the functions of the EOMS, subject to monthly review by the Warden of each facility. | Apr 7, 23 | Done |
| 23.1 | Within three months of this Order, all showers used by patients found in disrepair (e.g., rusted, leaking, broken pipes) shall be repaired and, if needed, resurfaced, professionally painted after appropriate preparation, and/or new shower pans installed. | Jul 7, 23 | Done |
| 23.4 | Defendants shall, within three months of this Order, take the following actions regarding cells and areas used by patients: (a) repair or replace essential equipment or structures in cells found in disrepair (e.g., rusted, leaking or broken pipes, sinks and toilets); (b) cells found in need of painting shall, after appropriate preparation, be professionally painted.  New paint shall be mixed with a mildewcide additive to reduce the presence and growth of mold and mildew. | Jul 7, 23 | -346 |
| 24.1 | Within six months of this Order, patients' tablets shall allow them, in a language they understand, to make direct requests for services including medical/mental health services, file a letter or other request required before filing a grievance, file a grievance, file an appeal, access and send electronic mail (both personal and professional), check their commissary account balance, obtain current program schedules and curriculum, purchase commissary items, access case notices regarding letters and grievances, access the patient handbook, access disciplinary documents, access hearing documents, access appeal decisions and access current classification level and progress towards the next step down.  The tablet should also allow access to entertainment such as books, educational materials, music and movies, consistent with a patient's classification and step levels. | Oct 7, 23 | -254 |
| 24.1 | Until tablets are issued with the above functionality, residents will be provided with other means to access documents and make requests consistent with the patient's custody level. | Apr 7, 23 | -437 |
| 20.3.1 | While awaiting the expert's staffing analysis and plan, Defendants shall file with the Court a "Correctional Staffing Report"  beginning on May 1, 2023, and every quarter thereafter (i.e., March 31, June 30, September 30, December 31) a report that includes: • the number of correctional staff assigned to each facility; • the number of correctional staff still employed by each facility at the end of the quarter; • the turnover rate, that is, the number of voluntary and involuntary terminations during the quarter divided by the total number of correctional staff assigned at the end of the quarter, including each figure in the calculation in addition to the ultimate result; • the retention rate, that is, the total number of correctional staff at a facility who have worked for that facility for twelve months or longer divided by the total number of correctional staff assigned at the end of the quarter, including each figure in the calculation in addition to the ultimate result; • the total number of overtime hours for correctional staff at each facility for the quarter; and the vacancy rate (number of vacant positions at the end of the quarter divided by the total number of correctional staff and vacant positions at the end of the quarter). | May 1, 23 | Done |
| | | Jun 30, 23 | Done |
| | | Sep 20, 23 | Done |
| | | Dec 31, 23 | Done |
| | | Mar 30, 24 | Done |
| 22.2 | (The installation of call buttons or an intercom system in every cell housing a patient: The Court strongly recommends but will not require, installation of such a system.) | Voluntary | |

# Ongoing Indicators

| Order reference<br>Color code:<br>White=Med+MH;<br>Green=Med;<br>Red=MH;<br>Yellow=Subclass | Start date if deferred | Indicator | Compliance in March 24 |
|---|---|---|---|
| **Medical + Mental Health** | | | |
| *Medications* | | | |
| 10.3 | | When a medication refusal policy requires escalation of the case to a higher authority, within the policy-prescribed time frame, an RN or appropriately licensed practitioner is responsible for: determining the reason for the refusal and securing the patient's adherence with the medication, or finding a clinically appropriate alternative treatment, or assuring that the patient is making an informed refusal, or assuring the execution of whatever clinically appropriate action is ordered by a prescriber. | Not Yet Compliant |
| *Urgent/Emergent Care* | | | |
| 1.2 | | When a patient notifies a correctional officer that he/she has a need for health care (medical or mental health), the officer may not inquire as to the nature of the need or symptoms.  The officer's inquiry is limited to asking whether the need is immediate, if the patient can wait to sign up for the next scheduled clinic, or if the patient is thinking of harming him/herself.  (If the patient is thinking of harming him/herself, the officer shall immediately ensure the patient's safety and contact health care staff in accordance with Section 16.8.1.)  For other needs that are immediate, the officer shall contact health care staff immediately.  An RN shall triage the patient immediately, either by seeing the patient, or talking to the patient directly over the phone.  Based on triage results, the RN shall discuss the patient with a medical practitioner (i.e., physician or APP) or, if the patient is already on the mental health caseload (i.e., MH-3, 4, or 5) mental health professional in a clinically appropriate timeframe, not to exceed four hours.  In this context, the mental health professional shall be a psych associate, psychologist, or psychiatric prescriber. Based on that interaction the professional who was contacted shall: see and treat the patient the same day; or instruct the RN on treatment to provide, and, if necessary, schedule the patient for further evaluation or treatment in a clinically appropriate timeframe; or determine the health care need is not urgent and that a reasonable patient would not have considered the health care need to be urgent, defer treatment, and instruct the patient to access non-urgent/non-emergent care for treatment. | Not Yet Compliant |
| *Improvement programs* | | | |
| 2.1.1 | | Following any death or suicide attempt, identify all significant health care and custody errors (i.e., near misses as well as preventable adverse events).  Based on prioritization of all errors identified, a root cause analysis shall be conducted if clinically appropriate, from which an effective and sustainable remedial plan shall be crafted and implemented within one month of the death.  A sustainable plan is one which outlives staff memory from a single training after the review or staff turnover.  Monitor the remedial plan for effectiveness and make appropriate and timely modifications to the plan based on the monitoring. [2.1.3.] For each death, the plan in this section shall be crafted and implemented within one month whether or not the medical examiner's report is available. | Not Yet Compliant |
| 2.5.1a | | Staff capture errors, system problems, and possible system problems that come to their attention through sources, including but not limited to the near-miss and preventable adverse event reporting systems, mortality reviews, litigation filed by patients, grievances, the Court-appointed monitors, staff reports, continuous quality improvement, etc. | Not Yet Compliant |
| 2.5.1b | | Staff maintain an active log of all such errors and problems to assist in deciding which issues to address, when, and at what level (complex and/or statewide), and to monitor progress in resolution. Based on this prioritization, either at the complex or state level, root cause analysis shall be conducted as appropriate, from which an effective and sustainable remedial plan is implemented in a timely manner.  Such plan is one which outlives staff memory from a single training after the review or staff turnover.  The remedial plan shall be monitored for effectiveness.  Appropriate and timely modifications shall be made to the plan based on the monitoring. | Not Yet Compliant |
| *Medical Records* | | | |
| 4.4a & b | | Imported or scanned documents (including but not limited to diagnostic test results, consultation reports, and hospital discharge summaries) in the EHR: shall be filed in a clear and usable manner, are accurately labeled with meaningful titles/file names, are scanned right-side up, and are filed with an appropriate document date according to the following rules: Scanned documents are dated (and appear in any programmed or ad hoc list according to this date) based on the clinically relevant date of the document, not the date scanned. For example, the clinically relevant date of a lab test is the date the test was reported by the lab; discharge summary is the date of discharge; a prior health record is the date it was received at ADCRR; an imaging study is the date of study. | Not Yet Compliant |
| 4.4c | | Fewer than 1% of files are labeled/titled with names beginning with "Miscellaneous" or "Other." | Not Yet Compliant |

| Order reference | Start date if deferred | Indicator | Compliance in March 24 |
|---|---|---|---|
| 4.4d | | Documents (including but not limited to diagnostic tests, consultation reports, and hospital discharge summaries) which are manually scanned into, or electronically attached to (after receipt via email) the EHR have this completed within 2 business days of receipt and are reviewed by the medical provider (for medical documents), or primary therapist or psychiatric prescriber (for MH documents) within 4 business days of receipt. | Not Yet Compliant |
| 4.4e | | Documents which are imported to the EHR directly via an interface are reviewed by the medical provider (for medical documents), or primary therapist or psychiatric prescriber (for MH documents) within 4 business days of receipt | Not Yet Compliant |
| 4.5 | | Staff provide patients access to their own medical records as follows, unless a practitioner documents in the patient's EHR how disclosure of such information would jeopardize the health, safety, security, custody or rehabilitation of the patient or others or the safety of any officer, employee or other person at the correctional institution or of a person who is responsible for transporting the patient: (a) read-only access to patients wishing to read a copy of their health record; (b) orally sharing with a patient information regarding their diagnosis or any other information about their health care; (c) providing paper copies at a fee consistent with the updated policy; or (d) as an alternative to a paper copy, if the patient agrees, staff may provide the requested records, free of charge, in an electronic medium that the patient is able to access. | Not Yet Compliant |
| Language Interpretation | | | |
| 3.1a & b | | The patient's preferred language is known and care is delivered in the language in which the patient is fluent at all times. | Not Yet Compliant |
| 3.3 | | For all individual and group health care encounters in all settings involving patients who are not fluent in English, interpretation shall be provided via: health care staff whose name appears on a list maintained by Defendants of people who, pursuant to written policies Defendants develop, is proficient in the language understood by the patient or in-person or via video interpretation service (for sign language) or audio language interpretation service that is compliant with federal law and uses licensed interpreters, where required by state law, unless these are not feasible due to emergency circumstances. | Not Yet Compliant |
| 3.6 | | Written available notification (such as a poster) shall be hung in all housing units and health care clinics in all prisons advising patients, in the ten most common languages in Arizona, of the availability of interpretation services and that they may inform healthcare staff orally in any language, in sign language, or in writing in any language that they are not fluent in English, if that is not already documented in their electronic health record. | Not Yet Compliant |
| **Medical** | | | |
| Staffing and bldg. | | | |
| 6.2a | | FMDs in low intensity facilities shall be assigned as the primary care provider for patients who need physician level care. | Not Yet Compliant |
| 6.2b | | APPs will only be assigned patients who do not require a physician as their primary care provider. | Not Yet Compliant |
| 6.2c | | FMDs in high intensity facilities shall be assigned up to 100 patients as the primary care provider and shall have no other scheduled patient care assignments including supervision of APPs or as the scheduled provider for specialized units such as Inpatient Component ("IPC") or Special Needs Unit ("SNU"). This does not limit FMDs from occasional unscheduled clinical supervision and care activities. | Not Yet Compliant |
| 7.3 | | All patients shall be assigned a medical primary care practitioner. | Not Yet Compliant |
| 6.4 | | All medical physicians–at hiring and during employment–shall be board certified in Internal Medicine or Family Practice, or board eligible if within 7 years of their completion of an ACGME approved residency in one of these 2 specialties, with the following exceptions: medical directors, shall be board certified at hiring and during employment; physicians providing obstetric and gynecologic services shall be board certified or board eligible if within seven years of their completion of an ACGME approved residency in obstetrics and gynecology; and physicians who are currently employed and are not board eligible may remain employed for no longer than one year after issuance of this Order. They may also not possess a restricted license if the restriction is related to clinical competency or is restricted to practice in a correctional facility. (Notify Court Monitors if there is a request for an exception) | Not Yet Compliant |
| 1.11 | | Licensed Practical Nurse ("LPNs") shall practice within their scope of practice set forth in Arizona Administrative Code § 4-19-401 (not independently assess patients or initiate a plan of care or treatment). | Not Yet Compliant |
| 1.12 | | No one for whom a health professions license is required may possess a restricted license if the restriction is related to clinical competency or is restricted to practice in a correctional facility. | Not Yet Compliant |
| 1.9 | | Directors of Nursing may not spend more than 15% of their time providing scheduled or unscheduled patient care. | Not Yet Compliant |
| 1.4 | | Telehealth for medical care may be used only when clinically appropriate. | Not Yet Compliant |
| 1.6 | | There is sufficient space, equipment (e.g., otoscopes, ophthalmoscopes), and supplies (e.g., dressings) to deliver medical care services appropriate to the location. | Not Yet Compliant |
| 1.7 | | There is auditory and visual confidentiality during medical encounters. Breaches of confidentiality are limited to the measures required to ensure safety, and all staff shall maintain the confidentiality of any information they acquire as a result of the breach. | Not Yet Compliant |

| Order reference | Start date if deferred | Indicator | Compliance in March 24 |
|---|---|---|---|
| 3.5 | | The equipment used for interpretation shall allow for confidential communication in all medical health care circumstances (e.g., dual hand- or head-set device in locations where a speaker phone or computer can be seen or overheard by other patients or custody staff). | Not Yet Compliant |
| 1.10. | | All staff hired in clinical medical supervising positions must have at least two years clinical experience. | Not Yet Compliant |
| 1.13a & b & c | | Health care staff (Medical and Mental Health) responsible for direct patient care shall not be mandated to work beyond the following limits: more than 12 hours in any 24-hour period; less than 8 hours off between any two shifts; more than 60 hours in a calendar week defined as Sunday through Saturday. (1.14. The limits on overtime may be extended during emergency situations. Time spent on-call is not included in the time limits.) | Not Yet Compliant |
| Operations | | | |
| 1.1, 1.3 | | All care and the documentation supporting that care, delivered during: a medical encounter (primarily face-to-face encounters), in response to an inquiry from a nurse or patient, during a chart review or chart-based triage decision, or upon receipt of results from a test, report from a consultant, other external health record, shall be clinically appropriate including scheduled follow-up in an appropriate timeframe when applicable . Settings include, but are not limited to: | |
| 1.1a | |      emergent; | Not Yet Compliant |
| 1.1b | |      urgent; | Not Yet Compliant |
| 1.1c | |      non-urgent episodic; | Not Yet Compliant |
| 1.1d | |      chronic; | Not Yet Compliant |
| 1.1e | |      inpatient; | Not Yet Compliant |
| 1.1f | |      off-site specialty referrals; | Not Yet Compliant |
| 1.1g | | (Additional reference 9.1) action taken on post-hospital, post-emergency room, or specialist recommendations. This includes that the practitioner shall adopt and perform recommendations from outside providers unless a clinically appropriate basis exists to alter or forgo the off-site recommendations. | Not Yet Compliant |
| 1.22 | | Orders from health care staff in the outpatient and inpatient arenas shall be completed within the timeframe ordered.  This includes, but is not limited to: | |
| 1.22a | |      on-site diagnostic tests | Not Yet Compliant |
| 1.22b | |      off-site diagnostic tests | Not Yet Compliant |
| 1.22c | |      follow-up visits with nurses or practitioners | Not Yet Compliant |
| 1.22d | |      Off-site referrals | Not Yet Compliant |
| 1.21 | | All refusals of patient-initiated visits shall be made directly to a health care professional by telephone, tablet, video, face-to-face, or in writing by the patient.  If a patient will not voluntarily displace, health care staff will go to the patient's location. | Not Yet Compliant |
| 1.1,1.21a | | All refusals of provider-initiated on-site medical visits are made by telephone, video, or face-to-face with an RN or practitioner, within three days after the appointment.  If a patient will not voluntarily displace, health care staff will go to the patient's location. | Not Yet Compliant |
| 1.1, 1.21b | | All refusals of off-site health visits are made by telephone, video, or face-to-face with an RN or higher at the time of the appointment.  If a patient will not voluntarily displace, health care staff will go to the patient's location. | Not Yet Compliant |
| 1.23 | | Patients shall be informed in a timely manner of diagnostic test results | Not Yet Compliant |
| 5.1 | | For patients with any medical conditions and identified treatment providers in the community, if the patient consents, health care staff shall send each provider relevant health care information prior to the patient's release.  This includes, at a minimum, a problem list, list of active medications, current symptoms, functional impairments, a summary of relevant care provided during incarceration, any necessary care or follow-up care, one or more points of contact if a community provider requires further information. The patient's health record shall contain documentation of the above information that was provided, when, and to whom. | Not Yet Compliant |
| Medical Records | | | |
| 4.3 | | The problem list in a patient's health record: shall be accurate, complete, and easily usable; resolved or historical conditions or diagnoses are separated from current conditions; the date of onset or resolution of resolved or historical conditions or diagnoses is indicated, if known; similar or identical diagnoses of current conditions are listed only once.  For example, a problem list would not simultaneously list "heart disease," "heart failure," and "congestive heart failure, not otherwise specified." | Not Yet Compliant |
| Intake | | | |
| 7.1 | | An RN or higher credentialed professional shall conduct an intake screening within four hours of a patient's arrival or, alternatively, a rapid screening shall be conducted immediately upon arrival, but the intake screening by an RN shall be conducted as soon as possible and before the patient proceeds to housing.  If the rapid screening is conducted by a professional of lesser credential than an RN (e.g., LPN, certified medical or nursing assistant), then the screening shall not include a clinical assessment, and any abnormal response found by the LPN or similar staff shall result in immediate consultation with an RN (or higher credentialed professional). | Not Yet Compliant |
| 7.2 | | A medical practitioner shall complete a history and physical examination of each patient by the end of the second full day after a new patient arrives in ADCRR. | Not Yet Compliant |
| Non-Urgent Care | | | |
| 7.4.6 | | All non-urgent/non-emergent care at the request of a patient shall be completed in a reasonable time. | Not Yet Compliant |

| Order reference | Start date if deferred | Indicator | Compliance in March 24 |
|---|---|---|---|
| 7.4.7a & b | | The initial care for non-urgent/non-emergent care and chronic care shall be provided by the patient's primary care provider (PCP) with the exceptions noted below. (1) The care may be provided by another medical practitioner or health care practitioner as directed by the PCP as clinically appropriate. (2) If the PCP is not on the premises or conducting telehealth visits at the time, the care may be provided by another medical practitioner of the same or higher credential. (3) Pursuant to patient-specific direction provided by the medical practitioner, RN may provide initial care for a limited number of conditions that are simple, rarely serious, rarely confused with serious conditions, and appropriately treatable with self-care and/or over-the-counter medications provided that the RN operates under clinically appropriate protocols approved by the monitors. | Not Yet Compliant |
| Urgent/Emergent Care | | | |
| 1.5 | | Emergency response and care provided by custody staff shall be appropriate given the skill level and knowledge expected of custody staff. | Not Yet Compliant |
| 1.8a | | Emergency response equipment ("Man Down Bag," Automated External Defibrillators ("AEDs"), oxygen) shall contain all items required by policy, all equipment shall be in working order, and all medications shall be unexpired. | Not Yet Compliant |
| 1.8b | | Emergency Response bag checklists shall reflect the equipment was checked daily and inventoried monthly.  The checklists shall also reflect medications are within their expiration date and equipment is operational. | Not Yet Compliant |
| 1.8c | | Staff shall complete and document all AED manufacturer recommended checks (e.g., daily, monthly, annual). | Not Yet Compliant |
| 1.8d | | Naloxone is required to be kept on every living unit or with every AED. | Not Yet Compliant |
| IPC | | | |
| 7.6.1 | | A medical practitioner shall be contacted and collaborate on the creation of an immediate care plan immediately upon a patient being admitted to the IPC. | Not Yet Compliant |
| 7.6.2 | | An RN shall complete an admission nursing assessment immediately upon a patient arriving in the IPC. | Not Yet Compliant |
| 7.6.3 | | A medical practitioner shall complete an admission history and physical within one calendar day of admission to the IPC for patients who are going to remain beyond 24 hours. | Not Yet Compliant |
| 7.6.4 | | An RN shall complete an assessment in the IPC at the frequency ordered.  The spacing of the assessments shall be clinically appropriate. | Not Yet Compliant |
| 7.6.5 | | The call buttons of all patients admitted to an IPC level bed are determined to be working on the day of admission and once per month.  If a call button is not working health care staff shall perform a welfare check at least once per 30 minutes. | Not Yet Compliant |
| Specialty Care | | | |
| 8.7 | | If a practitioner orders, or informs a patient there will be an order, for an off-site test or referral, but circumstances change and the order is modified or rescinded, the patient shall be informed within one month of the change. | Not Yet Compliant |
| 9.2 | | Patients returning from a hospital stay or emergency room visit shall be evaluated by an RN or higher prior to returning to their living unit.  A discharge summary, physician report, or documentation of this information received via phone shall be available for this evaluation. | Not Yet Compliant |
| Medications | | | |
| 10.1 | | Prescribed medications intended for directly observed therapy ("DOT") administration shall be administered as ordered or there shall be documentation of a valid reason for non-administration. | Not Yet Compliant |
| 10.2a | | For a patient newly admitted to a facility (e.g., transfer from another facility, return from a hospital stay, admission from a jail) and already on a medication in their previous venue, the first dose of a medication shall be delivered keep-on-person ("KOP") or administered ("DOT") in time for their next regularly scheduled dose. | Not Yet Compliant |
| 10.2b | | The first dose of a newly ordered medication shall be delivered ("KOP") or administered ("DOT") within the timeframe ordered, or if no timeframe is specified, within twelve hours for antibiotics and pain medications, and within three days for all other medications. | Not Yet Compliant |
| 10.4.1 | | KOP medications shall be delivered to the patient before the medication runs out (based on the date of the previous fill).  A KOP medication shall be delivered either by providing the patient with the KOP supply or by staff administering the medication from stock, dose by dose, to bridge the gap until the KOP supply is delivered.  Additional medication need not be delivered before the previous fill runs out if a clinically appropriate and documented determination was made by a prescriber that the medication should not be continued and the patient is so informed. | Not Yet Compliant |
| 10.5.4 | | Patients with asthma who are at significant risk of serious respiratory impairment if they do not use their rescue inhaler immediately, shall be provided a rescue inhaler KOP.  Exceptions may be made for patients living in a unit with 24-hour nursing and access to an emergency call button.  Exceptions may also be made for patients where the practitioner can document a significant and serious penological need to prohibit a particular patient from having such an inhaler.  This exception must be patient-specific. | Not Yet Compliant |
| 10.5.5 | | Patients with diabetes who are at significant risk of hypoglycemia shall be provided a source of glucose KOP.  Exceptions may be made for patients living in a unit with 24-hour nursing and access to an emergency call button. | Not Yet Compliant |

| Order reference | Start date if deferred | Indicator | Compliance in March 24 |
|---|---|---|---|
| 10.5.6 | | Patients prescribed rapid-delivery nitroglycerin for cardiac disease shall be provided the medication KOP. Exceptions may be made for patients living in a unit with 24-hour nursing and access to an emergency call button. | Not Yet Compliant |
| Hep C | | | |
| 11.1.1 | | All patients are offered a screening blood test for HCV under opt-out conditions within a month of arrival | Not Yet Compliant |
| 11.1.4 | | All patients with HCV infection shall be placed on a single list prioritized according to a scheme that considers degree of fibrosis, relevant comorbidities, likelihood of transmitting infection to others in the prison, and release date. | Compliant |
| 11.1.7 | | All patients with HCV shall be offered education about HCV, whether they receive treatment or not. | Not Yet Compliant |
| 11.1.5a | | All patients with newly diagnosed HCV are tested to determine if they have more advanced hepatic disease | Not Yet Compliant |
| 11.1.5b | | All patients with fibrosis scores of F3 or F4 will be offered treatment for HCV | Compliant |
| 11.1.5c | | At least the following number of patients will begin treatment for HCV monthly using the current standard of care medications: 110 patients plus 70% of the number of newly admitted patients who tested positive for HCV during the previous month. | Compliant |
| 11.1.6 | | No patient who is released on their planned release date shall release without having been screened for HCV and if positive and they accept treatment, without having completed treatment except for those patients with markedly reduced life expectancy who would not be expected to benefit from treatment, or patients who cannot complete treatment within the timeframe of their incarceration and linkage to care in the community for continuation of treatment cannot be established despite a good faith effort or there is a documented informed refusal | Not Yet Compliant |
| TB | | | |
| 11.2 | | All newly admitted patients shall have a completed test for tuberculosis (skin test, blood test, or chest x-ray) by the end of the seventh full day after admission into the ADCRR system, unless the patient refuses. | Not Yet Compliant |
| SUD | | | |
| 11.3.1 | | All newly admitted patients shall be screened for, and if indicated then evaluated for, substance use disorder. Screening shall include assessment as to a history of opioid overdose. | Not Yet Compliant |
| 11.3.2 | | All newly admitted patients shall be offered to have current Medication for Opioid Use Disorder ("MOUD") (buprenorphine, naltrexone) continued. | Compliant |
| 11.3.3 | | All pregnant or post-partum patients with diagnosed Opioid Use Disorder ("OUD") shall be offered to have current MOUD (buprenorphine, naltrexone, methadone) continued, or if not currently on MOUD, shall be offered to initiate treatment with buprenorphine or naltrexone. | Compliant |
| 11.3.4 | | No later than two months after issuance of this order, all patients who have a documented history of opioid overdose or who upon assessment are determined to be at imminent risk of an opioid overdose, shall be offered MOUD with buprenorphine or naltrexone. | Not Yet Compliant |
| 11.3.5 | | All patients offered treatment for HCV shall be evaluated for OUD and if found to have OUD, shall be offered MOUD with buprenorphine or naltrexone. | Not Yet Compliant |
| 11.3.6a & b | 6 facilities by April 7, 2024 | Patients with OUD will be offered MOUD, including counseling, if appropriate. The Department will take the necessary steps to ensure that any patient transferring to another facility will not experience an interruption in MOUD, counseling, or alcohol treatment. | Not Yet Compliant |
| 11.3.6c & d | 6 facilities by April 7, 2024 | Patients with Alcohol Use Disorder will be offered medication treatment and counseling if appropriate. The Department will take the necessary steps to ensure that any patient transferring to another facility will not experience an interruption in medication or counseling. | Not Yet Compliant |
| Immunization | | | |
| 11.4a - f | | Patients shall be offered all immunizations recommended by ACIP. | Not Yet Compliant |
| Improvement | | | |
| 2.1.3 | | Following a medical-related death, if the medical examiner's report was unavailable, the plan shall be revisited and modified, if necessary, within one month of receipt of the report. | Compliant |
| 2.4.1 | | There is a robust continuous quality improvement program to monitor the quality of clinical care. As part of this program, staff monitor the absolute number and trend of various parameters on a monthly basis. Where metrics or trends in metrics show room for improvement, staff make appropriate efforts to understand the underlying reason for deviation, take reasonable steps to effectuate improvement, evaluate the effectiveness of these steps in a reasonable time, and make adjustments to its improvement efforts as needed. At a minimum, ADCRR will monitor the following parameters: | Not Yet Compliant |
| 2.4.2 | | There is a robust continuous quality improvement program to monitor the quality of clinical care. As part of this program, staff monitor the absolute number and trend of various parameters on a monthly basis. Where metrics or trends in metrics show room for improvement, staff make appropriate efforts to understand the underlying reason for deviation, take reasonable steps to effectuate improvement, evaluate the effectiveness of these steps in a reasonable time, and make adjustments to its improvement efforts as needed. ADCRR will monitor parameters as reasonably dictated by the other self-improvement activities described in this Monitoring Guide | Not Yet Compliant |

## Mental Health

| Order reference | Start date if deferred | Indicator | Compliance in March 24 |
|---|---|---|---|
| Staffing and Bldg. | | | |
| 13.2 | | A MH Duty Officer shall be available at all times when facility mental health staff are not available. The MH Duty Officer shall be a licensed psych associate, psychologist, or psychiatric practitioner. | Compliant |
| 14.1 | | All psychiatrists–at hiring and during employment–shall be board certified in psychiatry, or board eligible if within 7 years of their completion of an ACGME approved residency in psychiatry, with the following exceptions: 1) supervising psychiatrists shall be board certified at hiring and during employment; 2) psychiatrists who are currently employed and are not board eligible may remain employed for no longer than one year of issuance of this Order; they may also not possess a restricted license if the restriction is related to clinical competency or is restricted to practice in a correctional facility. (Notify Court Monitors if there is a request for an exception.) | Compliant |
| 14.2 | | All psychologists and psychiatric practitioners shall have the appropriate state licenses. All psych associates shall be licensed or become licensed within one year of hiring or within one year of this Order, whichever is later, and may not possess a restricted license if the restriction is related to clinical competency or is restricted to practice in a correctional facility. | Compliant |
| 1.10. | | All staff hired in clinical MH supervising positions must have at least two years clinical experience. | Compliant |
| 1.11 | | Behavioral Health Technicians shall not independently assess patients or initiate a plan of care or treatment. | Compliant |
| 1.12 | | No one for whom a health professions license is required may possess a restricted license if the restriction is related to clinical competency or is restricted to practice in a correctional facility. | Compliant |
| 15.1a | | Each patient on the mental health caseload, i.e., all patients in MH Levels 3, 4, and 5, shall be assigned a primary therapist (PT; psych associate or psychologist) | Not Yet Compliant |
| 15.1b | | A PT serves as the single point of contact and coordination for providing care to all patients designated MH-3 and above. When a patient's assigned PT is unavailable, another psych associate or psychologist acts on their behalf. | Not Yet Compliant |
| 15.2 | | A psychologist shall review the records of each patient who is added to, or discharged from, the mental health caseload after intake. The psychologist shall approve or deny the level of care assignment and take appropriate action. | Not Yet Compliant |
| 1.4 | | Telehealth for mental health care may be used only when clinically appropriate. | Not Yet Compliant |
| 14.9a | | There is sufficient space, equipment (e.g., computer, furniture), and supplies (e.g., assessment and treatment materials) to deliver mental health care services. This includes, but is not limited to, areas for mentally ill patients to be housed, engage in programming, and receive treatment (both individual and group) in an environment commensurate with that unit/facility's designated level of care. | Not Yet Compliant |
| 14.9b | | There is auditory and visual confidentiality during MH encounters. Breaches of confidentiality are limited to the measures required to ensure safety, and all staff shall maintain the confidentiality of any information they acquire as a result of the breach. | Not Yet Compliant |
| 16.7 | | All mental health encounters with all patients shall occur in a confidential, therapeutically appropriate setting unless there is a clinical or legitimate and substantial safety and security concern that is documented. | Not Yet Compliant |
| 3.5 | | The equipment used for interpretation shall allow for confidential communication in all medical health care circumstances (e.g., dual hand- or head-set device in locations where a speaker phone or computer can be seen or overheard by other patients or custody staff). | Not Yet Compliant |
| Operations | | | |
| 1.1 | | All care and the documentation supporting that care, delivered to patients during: a mental health MH (primarily face-to-face encounters), in response to an inquiry from a nurse or patient, during a chart review or chart-based triage decision, or upon receipt of results from a test, other external health record, shall be clinically appropriate. Settings include, but are not limited to: | |
| 1.1a | |     emergent; | Not Yet Compliant |
| 1.1b | |     urgent; | Not Yet Compliant |
| 1.1c | |     non-urgent episodic; | Not Yet Compliant |
| 1.1d | |     outpatient counseling or psychological care | Not Yet Compliant |
| 1.1e | |     outpatient psychiatric care | Compliant |
| 1.1g | |     residential counseling or psychological care | Not Yet Compliant |
| 1.1h | |     residential psychiatric care | Not Yet Compliant |
| 1.1i | |     inpatient counseling or psychological care | Not Yet Compliant |
| 1.1j | |     inpatient psychiatric care | Not Yet Compliant |
| 1.3 | | All patients with mental illness who require regular follow-up shall be designated on the mental health caseload | Not Yet Compliant |
| 1.22a | | Orders from MH staff in any setting for metabolic, drug levels, and hematologic blood tests shall be completed in the timeframe ordered. | Not Yet Compliant |
| 1.22b | | Follow-up visits with MH professionals are completed within the timeframe ordered. | Not Yet Compliant |
| 1.21a | | All refusals of patient-initiated visits shall be made directly to a health care professional by telephone, video, or face-to-face. If a patient will not voluntarily displace health care staff go to the patient's location. | Not Yet Compliant |

| Order reference | Start date if deferred | Indicator | Compliance in March 24 |
|---|---|---|---|
| 1.21b | | All refusals of a MH professional-initiated health visits are made by telephone, video, or face-to-face with an RN or practitioner for medical visits or a masters level therapist, psychologist, or psychiatric practitioner (psychiatrist, psychiatric nurse practitioner, psychiatric physician assistant) for mental health visits, within three days after the appointment.  If a patient will not voluntarily displace health care staff go to the patient's location. | Not Yet Compliant |
| 5.1 | | For patients on the MH caseload with identified treatment providers in the community, if the patient consents, health care staff shall send each provider relevant health care information prior to the patient's release.  This includes, at a minimum, a problem list, list of active medications, current symptoms, functional impairments, a summary of relevant care provided during incarceration, any necessary care or follow-up care, one or more points of contact if a community provider requires further information, name and contact information of the primary therapist, an aftercare plan that reflects progress in treatment, and a current treatment plan.  The patient's health record shall contain documentation of the above information that was provided, when, and to whom. | Not Yet Compliant |
| Medical Records | | | |
| 4.3 | | The problem list in a patient's health record: shall be accurate, complete, and easily usable; resolved or historical conditions or diagnoses are separated from current conditions; the date of onset or resolution of resolved or historical conditions or diagnoses is indicated, if known; similar or identical diagnoses of current conditions are listed only once.  For example, a problem list would not simultaneously list "heart disease," "heart failure," and "congestive heart failure, not otherwise specified." | Not Yet Compliant |
| Intake | | | |
| 16.1a | | A psych associate or psychologist conducts a mental health assessment of each patient within one business day of that patient first entering the ADCRR system. | Not Yet Compliant |
| 16.1b | | The intake mental health assessment shall identify and document sufficient relevant information regarding the presence and severity of mental health symptoms; current impact on functioning; past hospitalization/treatment including response to treatment; medications; suicide risk; behavioral observations of staff; and a preliminary designation of level of care. | Not Yet Compliant |
| 15.8 | | For patients admitted to ADCRR on a psychotropic which is not on ADCRR's formulary, the medication shall be continued if, based on the patient's history, there is significant risk of worsening of the condition if a different medication is prescribed. If no such risk exists, the medication shall be continued long enough to allow a safe transition to a different medication or medications. | Compliant |
| Non-urgent Care | | | |
| 15.3 | | Patients on the mental health caseload who believe they need mental health care shall submit HNRs.  The primary therapist or, if necessary, another psych associate shall triage HNRs within 24 hours of receipt. "Triage" in this context means determining whether the request requires immediate attention and resolution or whether the request can safely be deferred until the primary therapist can address it. Documenting the word "Triaged" is adequate evidence of triage.  Primary therapists shall address the HNR within three business days of its submission.  "Address" means evaluating the request, determining the clinical need, and if an action is required (e.g., face-to-face visit), planning that action to occur in a clinically appropriate timeframe.  When the primary therapist is absent, another psych associate or a psychologist completes these tasks in their stead within the same time. | Not Yet Compliant |
| 15.4 | | If a patient's PT determines a visit is clinically appropriate following submission of an HNR, the patient shall be seen by the PT or referred to another professional as directed by the PT. | Not Yet Compliant |
| 15.5 | | Patients who are not yet on the mental health caseload but request mental health treatment shall submit requests to be seen through the procedures for seeking medical care. | Not Yet Compliant |
| 15.6 | | When custody staff, families, or any other concerned party refers a patient for mental health assessment, there is a timely response to the concern by mental health staff. | Not Yet Compliant |
| Chronic Outpatient Care | | | |
| 16.3.1.1 | | MH-3 patients' assigned PT shall conduct an initial comprehensive mental health evaluation within one month of arriving at the assigned facility if not already completed when the patient first entered the prison system; | Compliant |
| 16.3.1.2 | | MH-3 patients' assigned PT shall conduct an evaluation whenever there is a change in MH level of care designation | Not Yet Compliant |
| 16.3.1.3 | | MH-3 patients' assigned PT shall conduct an evaluation at least once per year. | Not Yet Compliant |
| 16.3.3a | | A treatment plan meeting shall be conducted with MH-3 patients and their assigned PT.  The treatment plan meeting shall occur at least once per year. | Not Yet Compliant |
| 16.3.3b | | A treatment plan meeting shall include: The Primary Therapist, The patient, A psychologist or psychiatric practitioner shall also be present for complex cases and in all other cases shall provide input to the PT prior to the treatment plan meeting. At that meeting, the patient's treatment plan shall be reviewed and updated to determine adherence to treatment, efficacy of interventions, evaluation of the level of care needs, diagnostic impressions, progress to date in treatment, and steps taken toward moving to a less restrictive environment, if applicable.  The timing of the treatment plan meetings should be based on the needs identified in the treatment plan, but no less often than once a year.  The treatment plan shall include a date for next review based on the content of the plan.  If no timeline is identified, a treatment plan meeting shall occur at least once per year. | Not Yet Compliant |

| Order reference | Start date if deferred | Indicator | Compliance in March 24 |
|---|---|---|---|
| 16.3.2 | | A psychiatric practitioner shall conduct an appropriate clinical encounter with all patients in an outpatient level of care (i.e., MH-3) on psychotropic medications as often as clinically required, no less often than every three months. | Compliant |
| Residential Care | | | |
| 16.4.1.1 | | MH-4 patients' assigned PT shall conduct an evaluation whenever there is a significant change in the course of treatment, e.g., new type of treatment including medication, significant decompensation. | Not Yet Compliant |
| 16.4.1.2 | | MH-4 patients' assigned PT shall conduct an evaluation at least annually, documenting the patient's need for residential level of care. | Not Yet Compliant |
| 16.4.2 | | Patients in residential level of care shall have face-to-face encounters with their assigned PTs as determined by the treatment plan. | Not Yet Compliant |
| 16.4.3 | | Patients in residential level of care shall have their treatment plans reviewed and updated as clinically indicated but no less often than every three months when the full team meeting described in the next section is conducted | Not Yet Compliant |
| 16.4.4 | | A full treatment team meeting shall be conducted at least every 3 months by the primary therapist, psychologist, psychiatric practitioner, and any other staff as necessary. Patients shall be included in the meeting unless there is a clinical or legitimate and substantial safety and security concern documented in the custody record. The meeting discussion shall include determination of adherence to treatment, efficacy of interventions, evaluation of their level of care needs, rationale for the need for residential care, diagnostic impressions, progress to date in treatment, and steps taken toward moving to a less restrictive environment. | Not Yet Compliant |
| 16.4.5a | | Patients in residential level of care shall have an appropriate psychiatric clinical encounter no less than every fourteen days. | Not Yet Compliant |
| 16.4.5b | | Patients in residential level of care shall have an appropriate clinical encounter with a psychiatric practitioner as often as indicated. | Not Yet Compliant |
| Inpatient Care | | | |
| 16.5.1.1 | | MH-5 patients' assigned PT (or, if not already on the mental health caseload, by the mental health provider assigned to the inpatient unit) shall conduct at least annually a comprehensive mental health evaluation reflecting the rationale for inpatient placement including but not limited to current symptoms and functional impairment, timing and pattern of decompensation, interventions attempted, diagnostic impressions (including potential substance-related impacts), progress in treatment to date, goals for treatment in the inpatient setting, anticipated length of stay, and criteria for discharge. | Compliant |
| 16.5.1.2 | | MH-5 patients' assigned PT (or, if not already on the mental health caseload, by the mental health provider assigned to the inpatient unit) shall upon discharge from inpatient care, prepare a discharge summary. | Not Yet Compliant |
| 16.5.2 | | Patients in inpatient level of care shall have a daily face-to-face encounter with their PT unless such an encounter would be clinically contraindicated. If the patient participates in the weekly treatment progress meeting (described in Section 16.5.3, it may be counted as a daily face-to-face encounter. | Not Yet Compliant |
| 16.5.3 | | Prisoners in inpatient level of care shall have their treatment progress reviewed daily, and teams shall meet at least weekly with all providers (e.g., nursing, psychiatry, mental health, social work, custody/unit staff, behavioral health technicians) and providers from the prisoner's previously assigned unit whenever possible. Prisoners shall be included in the meeting unless there is a clinical or legitimate and substantial safety and security concern documented. At a minimum, the focus of treatment teams shall be to provide updates on prisoner progress, the type and efficacy of interventions used, treatment adherence, potential obstacles to recovery, and rationale for continued placement in the inpatient unit. | Not Yet Compliant |
| 16.5.4 | | A psychiatric practitioner shall conduct a clinical encounter with all patients in an inpatient level of care (i.e., MH5) as often as indicated, but no less than once per week. | Not Yet Compliant |
| Continuity of MH Care | | | |
| 16.6.1 | | If a patient's treatment team changes due to a change in the patient's mental health level of care the "original" PT shall provide the "new" mental health team with the rationale for the change in mental health level of care and the anticipated treatment needs; | Not Yet Compliant |
| 16.6.2 | | If a patient's treatment team changes due to a change in the patient's mental health level of care, if the transition is to anything other than to residential or inpatient, the "new" PT meets with the patient within seven calendar days; | Not Yet Compliant |
| 16.6.3 | | If a patient's treatment team changes due to a change in the patient's mental health level of care, if the transition is to residential or inpatient level of care, the PT meets with the patient as soon as possible, but no more than one business day after arrival, and the psychiatric practitioner is contacted and collaborates on the immediate care plan as soon as a patient is admitted. | Not Yet Compliant |
| 16.6.4.1 | | If a patient's PT changes without a change in mental health level of care, if the transition is to anything other than to residential or inpatient, the "new" PT meets with the patient within seven calendar days; | Not Yet Compliant |
| 16.6.4.2 | | If a patient's PT changes without a change in mental health level of care, if the transition is to residential or inpatient level of care, the "new" PT meets with the patient within one business day. | Not Yet Compliant |

| Order reference | Start date if deferred | Indicator | Compliance in March 24 |
|---|---|---|---|
| 16.6.4.3 | | If a patient's PT changes without a change in mental health level of care, if the change is due to a change in assignment of personnel, not a transition of the patient, the newly assigned PT shall meet with the patient in accordance with the scheduled follow-up established in the patient's treatment plan by the previous PT, but no later than the following interval after the assignment of the new PT: one business day for patients in inpatient level care, 14 calendar days for patients in residential care, and three months for patients in all other levels of care. | Not Yet Compliant |
| 18.1 | | Prior to release of any patient designated as Seriously Mental Ill ("SMI"), MH-4, or MH-5 who shall be released and who is presumptively eligible for federal or state assistance by virtue of their mental illness, ADCRR: (a) develops and documents an aftercare plan that reflects the patient's current symptoms and functional impairments, progress in treatment, and treatment plan; (b) facilitates evaluation for SMI designation and placement in the community, as clinically indicated; and (c) arranges follow-up care with an appropriate community provider where possible. | Not Yet Compliant |
| Suicide Prevention and Crisis Stabilization | | | |
| 16.8.1 | | During normal business hours a patient who presents as a suicide risk shall have a formal in-person suicide risk assessment completed by a licensed psych associate, psychologist, or psychiatric practitioner to determine the acute suicidal risk and the level of protection that is needed (e.g., return to current housing, placement in one-on-one observation, etc.). If the concerns are raised after normal business hours or on holidays, the on-duty mental health officer shall be consulted regarding the disposition of the patient (which may or may not include constant observation). If the patient is placed on suicide watch as a result of the concerns raised, they should be placed under constant observation until they are able to have an in-person assessment of suicide risk by a mental health professional. | Not Yet Compliant |
| 16.8.3 | | Upon recommendation from a psychologist or psychiatric practitioner that housing a patient on suicide watch in the same room with other suicide watch patients ("cohorting") would be clinically safer than housing each patient in isolation, Defendants shall cohort such patients, provided that based on the patients' custody classification (determined based on factors other than the fact that the individual is on suicide watch) such cohorting would not be contraindicated. | Compliant |
| 16.9.2 | | (Additional reference 16.9.1) Continued treatment in a crisis stabilization bed requires review and approval by a psychologist initially at seven days and every three days thereafter. Starting at ten days following placement in a Crisis Stabilization bed, the psychologist and or psychiatric prescriber shall document the justification for their continued assignment to the Crisis Stabilization bed rather than a Residential or Inpatient bed. | Not Yet Compliant |
| 16.9.3 | | Patients in a crisis stabilization bed shall be evaluated at least daily in person by their PT (or another psych associate if they have not yet been assigned a PT or have transferred from another yard). Treatment providers shall document their intervention efforts, including but not limited to: assessing mental status; behavioral observations; documenting patient ability to independently care for activities of daily living; type(s) of treatment provided; response to interventions (including medication efficacy and compliance); anticipated length of stay; and criteria for discharge. | Not Yet Compliant |
| 16.9.4 | | The patient shall be assessed by a psychiatric practitioner as soon after admission to a crisis stabilization bed as possible but no longer than one business day, in order to ensure there is not a medication issue or a question of medication appropriateness that contributed to suicidal ideation. | Not Yet Compliant |
| 16.9.5 | | For patients placed in a crisis stabilization bed for suicidal concerns, a suicide risk assessment shall be completed upon admission that identifies risk and protective factors and items/privileges they are allowed (based on treatment needs) while in crisis care. | Not Yet Compliant |
| 16.9.6 | | A clinical note shall be entered whenever the level of suicide watch is changed. | Compliant |
| 16.9.7 | | Prior to being released from a crisis stabilization bed if placed there due to suicidal concerns, a discharge suicide risk assessment shall be completed which documents: the change/reduction in suicidal risk; the patient's identified protective factors; and plans for follow-up treatment, and aftercare including a safety plan developed in collaboration between the patient and treatment providers. | Not Yet Compliant |
| 16.9.8 | | "Safety contracts" (forms signed by patients, agreeing not to hurt themselves) shall not be used. | Compliant |
| 16.9.9 | | When possible and safe, attempt to provide stabilization at the complex at which the patient has been housed unless there is documented clinical justification for transfer based on the low likelihood of stabilization and/or clinical danger if the patient is maintained at the complex. | Not Yet Compliant |

| Order reference | Start date if deferred | Indicator | Compliance in March 24 |
|---|---|---|---|
| 16.10. | | Restraints used by mental health clinicians for clinical purposes shall comply with the following 8 requirements: 1) Restraints shall be used only to prevent harm to oneself or to others and to ensure the safety and security of the staff and other patients.  They shall not be used for punishment.   2) Restraints shall be ordered and reviewed only by a psychiatric practitioner or psychologist.  3) Restraints shall only be applied for the minimum amount of time necessary to accomplish the stated need (e.g., patient and staff safety, requisite transports, etc.).  4)  Soft restraints shall be used whenever possible.   5) Restraints shall not be used for more than four hours at a time.  Every effort shall be made to minimize the length of time in restraints.   6) Renewal of restraints beyond four hours shall be approved by the Facility Medical Director/designee and must be renewed at intervals no longer than four hours. If the Medical Director/designee are not available, a licensed mental health provider may approve continued use.  The justification for continued use shall be documented in the patient's medical records. Renewals occurring after hours shall be done in collaboration with the Facility Medical Director/designee, a psychiatric practitioner, or a psychologist.  7) Patients shall be restrained only in settings that allow nurses sufficient access to perform wellness checks and provide necessary medical care.  Nurses shall ensure that the restraints do not impair any essential health needs, such as breathing or circulation to the extremities.  These checks shall be documented in the patient's medical records.   8) Patients in restraints shall be under direct observation at all times.  If an observer notes any ill effects of the restraints, every effort shall be made to remedy the ill effects and a psychiatric or medical practitioner shall be notified immediately. | Compliant |
| Improvement programs | | | |
| 2.1.2 | | Following a suicide, other MH-related death, or suicide attempt, the sustainable plan shall be implemented within one month of the death or suicide attempt. | Not Yet Compliant |
| 2.4.1 | | (Additional reference 2.4.2) There is a robust continuous quality improvement program to monitor the quality of clinical care.  As part of this program, staff monitor the absolute number and trend of various parameters on a monthly basis.  Where metrics or trends in metrics show room for improvement, staff makes appropriate efforts to understand the underlying reason for deviation, take reasonable steps to effectuate improvement, evaluate the effectiveness of these steps in a reasonable time, and make adjustments to its improvement efforts as needed. At a minimum, the following are monitored:  1) percentage of patients on antipsychotic medications receiving timely AIMS (abnormal involuntary movement scale) assessments; 2) percentage of patients on antipsychotic medications receiving appropriate and timely metabolic assessments; 3) percentage of patients receiving punishment for a rule violation, for whom a mental health intervention would have been more clinically appropriate than punishment. | Not Yet Compliant |
| 2.4.2 | | There is a robust continuous quality improvement program to monitor the quality of clinical care.  As part of this program, staff monitor the absolute number and trend of various parameters on a monthly basis.  Where metrics or trends in metrics show room for improvement, staff make appropriate efforts to understand the underlying reason for deviation, take reasonable steps to effectuate improvement, evaluate the effectiveness of these steps in a reasonable time, and make adjustments to its improvement efforts as needed. ADCRR will monitor other parameters as reasonably dictated by the other self-improvement activities described in this Monitoring Guide. | Not Yet Compliant |

## Subclass

| | | | |
|---|---|---|---|
| Staffing and Bldg. | | | |
| 20.2.1a | * | ADCRR shall staff all Mandatory Posts at all times; Essential Posts shall be staffed at least 75%; Important Posts shall be staffed at least 50%. | * |
| 20.2.1b | * | If ADCRR falls below these levels, it shall inform the Court within seven days. | * |
| 20.2.2 | * | ADCRR shall document on an annual basis an assessment of the operative staffing plan and document any requests for necessary adjustments to the plan.  The assessment shall be filed with the Court on the last business day of January each year. | * |
| 20.2.3a | * | Whenever ADCRR fails to comply with the staffing levels, the report shall specifically identify the deviation(s) that occurred and provide reasonable and adequate justifications for the deviation(s). | * |
| 20.2.3b | * | Whenever ADCRR fails to comply with the staffing levels, Defendants shall file with the Court a "Deviation from Staffing Plan Report" by the tenth day of the following month. | * |
| 23.2a | | Maintain all showers in good operational state.  Showers shall be sanitized daily or more often if necessary. | Not Yet Compliant |
| 23.2b | | Showers shall be free of filth and mold/mildew.  Showers shall be resurfaced and/or painted on an as-needed basis. | Not Yet Compliant |
| 23.2c | | All new paint shall be mixed with a mildewcide additive to reduce the presence and growth of mold and mildew. | Compliant |
| 23.3a | | Recreation areas used by individuals shall be cleaned at least daily and kept free of dirt, filth, rubbish, garbage, rodents, vermin, insects, or other matter detrimental to health (e.g., mold/mildew). | Not Yet Compliant |
| 23.3b | | A log entry shall be made in the EOMS application for each housing unit at the time a recreation area is cleaned. | Compliant |
| 23.5.1 | | Maintain all cells in a serviceable, good operational state, ensuring the cells are kept free of filth, mold, mildew, rust, vermin, and insects. | Compliant |

| Order reference | Start date if deferred | Indicator | Compliance in March 24 |
|---|---|---|---|
| 23.5.2a | | Professionally re-paint cells after appropriate preparation as needed. | Compliant |
| 23.5.2b | | New paint shall be mixed with a mildewcide additive to reduce the presence and growth of mold and mildew. | Compliant |
| 23.5.3 | | All areas used in conjunction with incarcerated individuals to include, but not limited to, dayrooms, classrooms, etc., shall be kept in a clean and sanitary condition, free from any accumulation of dirt, filth, rubbish, garbage, rodents, vermin or other matter detrimental to health (e.g., mold/mildew). | Compliant |
| 23.5.4 | | Each housing unit's housekeeping program shall include a daily general sanitation inspection by a supervisor. The inspector shall make a log entry in the EOMS application for each housing location inspected. | Not Yet Compliant |
| 23.6a | | Individuals shall have access to effective cleaning and sanitizing supplies necessary to properly clean and sanitize their own living area. Supplies shall include, as consistent with operational safety, access to tools and cleaning agents, e.g., cleaning detergents, rags, sponges, scrub brushes, mops, mop bucket, broom, dustpan. | Compliant |
| 23.6b | | A log entry shall be made in the EOMS application for each housing location that includes the date and time the supplies were provided and the date and time the supplies were collected. | Compliant |
| 23.7a | | Engage a pest control contractor on a semi-monthly basis to eliminate vermin, insects, and rodents by safe and effective means in all common areas used by members of the subclass. | Compliant |
| 23.7b | | The pest control service shall be completed in all cells where the person occupying the cell agrees to the service. | Compliant |
| 23.7c | | A log entry shall be made in the EOMS application indicating the location, date, time, name of the company representative performing the pest control service, and the service performed. | Compliant |
| 29.1a | | Defendants shall assign a full-time qualified staff member ("Classification Monitor"), with no other collateral duties, to each individual unit housing members of the subclass. | Compliant |
| 29.1b | | The Classification Monitor will ensure all classification reviews and individualized plan reviews, that lead to step progression (up or down) and movements to an appropriate new housing location, are processed and completed within ten days. The reasons and evidence considered shall be documented in the resident's classification record. | Not Yet Compliant |
| Crisis Stabilization | | | |
| 1.24 | | When patients on suicide watch, or in a crisis stabilization bed for suicidal concerns, are removed from a cell for a healthcare-related visit, including mental health encounters conducted in or near the housing unit, they shall not be restrained or strip-searched unless the Warden or designee has determined and documented the temporary need for such measures due to exigent circumstances. | Compliant |
| Access to Services | | | |
| 22.1 | | ADCRR shall not house any person in a housing location where they lack the ability to effectively contact a staff member immediately, either via in-person or via a call button/intercom system. | Compliant |
| 24.1 | | Via tablet or, for people who are not permitted to have electronic tablets or who do not have access to an electronic tablet due to tablet malfunction, via other means, all subclass members are able to make direct requests, in a language they understand, for services consistent with their custody level including: file a letter or other request required before filing a grievance, file a grievance; file an appeal; access and send electronic mail (both personal and professional); check their commissary account balance; obtain current program schedules and curriculum; purchase commissary items; access case notices regarding letters and grievances; access the patient handbook; access disciplinary documents; access hearing documents; access appeal decisions; medical/mental services; and access current classification level and progress towards the next step down. | Not Yet Compliant |
| Operations | | | |
| 19.1 | | (Additional reference 19.2) ADCRR shall ensure all custody decisions and reviews made by correctional officers, supervisors, and committees are reasonable and consistent with legitimate penological interests. Every person is housed in the least restrictive level that is safe for them and others. | Not Yet Compliant |
| 19.3a | | No person shall be confined in a cell for 22 hours or more each day for more than two months unless there are extraordinary documented legitimate penological interests. | Compliant |
| 19.3b | | ADCRR shall implement a system to facilitate the return to lower levels of custody for those people who have been in the subclass for longer than two months, and document their efforts. | Not Yet Compliant |
| 19.4 | | No person under the age of 18 shall be placed into maximum custody, detention, or close management, or otherwise kept in a cell for more than 22 hours each day. | Compliant |
| 19.5 | | Within sixty days of this Order, no patient designated as Seriously Mentally Ill ("SMI") shall be housed in maximum custody or detention, or otherwise kept in a cell for more than 22 hours each day. | Compliant |
| 29.2a | | For every residents in maximum custody or detention there must be an individualized case that describes the actions needed, as well as associated timeframes, to progress in their steps in maximum custody and generally to gain more privileges and lower classification levels (less restrictive housing). | Not Yet Compliant |
| 29.2b | | ADCRR is required to provide residents in maximum custody or detention a written or electronic copy of their individualized case plan, in a language the person understands. | Not Yet Compliant |

| Order reference | Start date if deferred | Indicator | Compliance in March 24 |
|---|---|---|---|
| 29.2.1 | | ADCRR is required, at intervals not to exceed one month, to conduct and document an evaluation of each of the person's progress under an individualized plan. The evaluation should also consider the state of the person's mental health; address the extent to which the person's behavior, measured against the plan, reasonably justifies the need to maintain, increase, or decrease the level of controls and restrictions in place at the time of evaluation; and recommend full classification review when appropriate. The documentation shall be sufficiently detailed to show the basis for any decisions made in the evaluation (including increasing, decreasing, or maintaining privileges). | Not Yet Compliant |
| 29.2.2a | | ADCRR is required, at intervals, not to exceed six months, to conduct a full classification review | Compliant |
| 29.2.2b | | The full classification review includes a meeting with the subclass member and the classification committee. At that meeting it shall be determined whether the person's progress toward compliance with the individual case plan or other circumstances warrant a reduction of restrictions, increased programming, or a move to a lower level of custody. | Compliant |
| 29.2.2c | | The subclass member has the option to attend the classification review meeting, except for circumstances justified by legitimate safety concerns. | Compliant |
| 29.2.2d | | The documentation shall be sufficiently detailed to show the basis for any decisions made in the classification review (including increasing, decreasing, or maintaining privileges or classification). If a person has met the terms of the individual case plan, there should be a presumption in favor of releasing the resident from maximum custody. | Not Yet Compliant |
| 29.2.2e | | A decision to retain a person in maximum custody following consideration by the classification review committee should be reviewed by the facility warden or deputy warden, and approved, rejected, or modified as appropriate. | Compliant |
| 29.2.2f | | If the facility warden or deputy warden rejects or modifies the decision of the classification committee, the documented basis for the rejection or modification of the decision is reasonable and consistent with legitimate penological interests. | Not Yet Compliant |
| 29.2.2g | | When the warden or deputy warden disagrees with the classification committee's recommendation, the Regional Operations Director shall review the matter and make a final determination. The documented basis for the Regional Operations Director's decision is reasonable and consistent with legitimate penological interests. | Not Yet Compliant |
| 29.3a | | ADCRR is required to ensure enough beds are available for the number of subclass members placed in lower classification levels. | Not Yet Compliant |
| 29.3b | | When a higher or lower classification level is achieved, the Classification Monitor shall within ten days re-house the person into a location associated with their new classification level. | Not Yet Compliant |
| 29.3c | | When the Maximum custody step is changed, the Classification Monitor shall within ten days re-house the person, as necessary, into a location associated with their new step and afford the appropriate privileges associated with the new step. | Not Yet Compliant |
| 30a | | ADCRR shall assign a full-time qualified staff member, with overall unit authority and no other duties, to each detention unit to ensure all services, assessments, programs and activities in the detention unit are completed as required | Compliant |
| 30b | | Subclass members who are eligible to leave the detention unit are re-housed within ten days of assessment. | Not Yet Compliant |
| Meals | | | |
| 26.1a | | All persons shall be provided a minimum of three separately provided meals a day (breakfast, lunch, dinner) consisting of two hot meals and one cold meal with no more than 14 hours between dinner and breakfast. Breakfast and lunch may be served together on weekends and holidays, provided one is a hot meal. | Compliant |
| 26.1b | | The meals for the subclass shall be of the same quality and have the same nutritional and caloric content that meets nutritional needs and is comparable to the meals served in general population. | Compliant |
| 26.3.1 | | A log entry is made when a meal is provided or refused, that includes the type of meal (regular diet, therapeutic, religious) and, if the meal was refused, a video recording of the refusal is made. | Compliant |
| 26.2 | | When a person refuses three meals of any kind in a seven-day period or displays a significant change in eating habits (e.g., accepts meals but does not consume them; does not consume significant portions of a meal; refuses meals intermittently, etc.,) corrections officers shall immediately notify medical staff. | Compliant |
| 26.3.2 | | A log entry is made when a therapeutic or religious diet begins and/or ends and includes the type of diet and the reason for the beginning or ending of the diet | Compliant |
| Out of cell activities | | | |
| 27.1 | | Subclass members, including any people who are not in maximum custody, detention, or watch, shall be offered 14 hours or more per week of out-of-cell time to include opportunities for recreation, showers, individual/group therapy where eligible for such services, visitation, phone calls, or other offered activities. If a person is offered out-of-cell time, but the individual voluntarily refuses, the time the person would have been out-of-cell counts towards out-of-cell time. If out-of-cell time is scheduled but not available, not offered, or offered at unreasonable times (e.g., 4:00 A.M.), that time shall not count towards out-of-cell time. | Compliant |
| 27.1.3 | | When out-of-cell time must be canceled, reasonable efforts shall be made to re-offer it. | Compliant |
| 27.1.4 | | A log entry shall be made in the EOMS application that includes the type of activity, the time the activity began and ended, or, if the person refuses, a video recording of the refusal. | Compliant |

| Order reference | Start date if deferred | Indicator | Compliance in March 24 |
|---|---|---|---|
| 27.2 | | All members of the subclass shall be provided regular access to showers, at a minimum of three times per week with no more than three days between showers. | Compliant |
| 27.2.2 | | When a person refuses to shower on a continual basis or displays a significant change in hygiene habits, medical staff shall be immediately notified. | Compliant |
| 27.3.1a | | At a minimum each resident shall have no less than 10 hours per week in a recreation area in blocks of no longer than 3.5 hours in enclosures of at least 100 square feet. | Compliant |
| 27.3.1b | | All those in the subclass not in Maximum Custody Step 1 have some ability to socialize with others. | Not Yet Compliant |
| 27.3.2 | | Subclass members will be allowed to use the restroom during recreation periods as needed, without forfeiting the remainder of the recreation period. | Compliant |
| 27.3.3a | | Recreation areas shall have constant supervision, in-person, by qualified staff members | Compliant |
| 27.3.3b | | During recreation, individuals have available shade and clean drinking water. | Compliant |
| 27.3.4 | | A log entry shall be made in the EOMS application for each housing unit when a portable beverage cooler of clean drinking water for a recreation area is provided. | Not Yet Compliant |
| 27.3.5 | | For each person who refuses to go to recreation, a log entry shall be made in the EOMS application that includes a video recording of the refusal. | Compliant |
| 27.3.6 | | Subclass members may voluntarily request to end their recreation period at any time, and will be returned to their cell within 15 minutes of making the request. Any remaining time for that recreation period is forfeited. | Compliant |

\* These QIs were deferred until completion of the Staffing Analysis and Plan. The Parties agreed, and the Court concurred, to defer the completion of this report to a later date. That date has technically passed. However, because the Defendants stated an intention to request that the Court further defer the completion, the Plaintiffs have informed us of their intention to support that request, and we believe such a request is reasonable, we are considering this QI not yet due.