Anant Kumar Tripoti
102081
P.O. Box 8909
San Luis, AZ 85349

☒ FILED   ☐ LODGED

Jul 01 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States District Court
District of Arizona

| Susano Jenso vs Ryso Troswell et al | CV 12-0601 ROS Notice of Death caused on June 30th, 2024 of June 24th, 2024. By NaphCare of Santos Silva #218790 |

(1) Had hernia surgery on 6/24/24
(2) Requested to see provider multiple times.
(3) NaphCare staff refused due to staff shortage
(4) As a result he died June 30, 2024 of bleeding.
(5) Had NaphCare sufficient providers he may still be alive
(6) Tele-meds do not help

Respectfully Submitted

7/1/24

Anant