25 JUNE 2024

CV-12-601-PHX-ROS

Case 2:12-cv-00601-ROS Document 4654 Filed 07/02/24 Page 1 of 3

LODGED
RECEIVED ___ COPY
JUL 02 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TO - JUDGE - ROSLYN - O - SILVER

ADC STAFF ARE RETALIATING AGAINST ME FOR EXPOSING THE EXTORTION AND THEFT RING RUN BY CO3 MUNOZ IN BUILDING #7
CO3 MUNOZ IS DIRECTING INMATES TO STEAL FROM MENTALLY DISABLED INMATES IN BUILDING #7 USING MEXICAN MAFIA INMATE RAMERIZ # 246104 AND 3 OTHER INMATES AS MUSCLE

PLEASE HELP IMMEDIATELY - ALL OF THE MENTALLY DISABLED INMATES IN BUILDING #7 ARE SCARED AND BEING THREATENED BY CO3 MUNOZ AND HER INMATE CRIME GANG OF 4 INMATES

Kmp

KEMP - HORTON - 202496
PO BOX - 24403
TUCSON AZ
85734

RINCON UNIT   TUCSON

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVL 5.4, 7.1(a)(n)
(Rule Number/Section)

REQUIRE ADC EFORM GRIEVANCES AND ALL FORMS TO BE EFORMS

25 JUNE 2024

TO - JUDGE ROSLYN O SILVER

PLEASE REQUIRE ADC PRISON TO PUT ALL FORMS ON THE TABLET INMATES ARE GIVEN AS AN APP
AS IT IS NOW ADC STAFF CO3 MUNOZ HAS REFUSED TO PROVIDE ME PAPER FORMS FOR 3 MONTHS OR SO NOW TO BLOCK ME FROM FILING GRIEVANCES

ALSO REQUIRE AT LEAST 50 FORMS AT A TIME - ADC TAKES GENERALLY 20 TO 50 DAYS TO RESPOND TO ANY FORM - AND MUCH OF THE TIME ADC FLAT REFUSES TO RESPOND TO ANY FORM I SEND IN - ADC STAFF JUST THROW MY FORMS AWAY MUCH OF THE TIME

THANK YOU Kemp

KEMP - HORTON - 202496
PO BOX - 24403
TUCSON AZ
85734

TO-JUDGE-ROSLYN-O-SILVER

ADC STAFF ARE RETALIATING AGAINST ME AND THREATENING ME AND PUNISHING AND HARASSING ME
FOR EXPOSING THE EXTORTION AND THEFT FROM MENTALLY DISABLED CRIME RING THAT CO3 MUNOZ IS RUNNING IN BUILDING #7
CO3 MUNOZ DIRECTS FUNCTIONAL INMATES TO STEAL THE STORE AND BANK FUNDS OF THE MENTALLY DISABLED INMATES IN BUILDING #7
YOU CAN WATCH THE EXTORTION AND THEFT ON THE ADC VIDEO CAMERAS BY INMATES CO3 MUNOZ IS CONTROLLING
PLEASE HELP...
ADC STAFF KNOW OF THE ISSUE BUT CONTINUE TO ALLOW THESE POOR MENTALLY DISABLED INMATES TO BE STOLEN FROM AND TERRORIZED AND THREATENED BY CO3 MUNOZ INMATE CRIMINAL GANG Keep

KEMP-HORTON-202496
POBOX-24403
TUCSON, AZ
85734