1  KRISTIN K. MAYES
   ATTORNEY GENERAL
2
   Joshua D. Bendor, Bar No. 031908
3  Gregory Honig, Bar No. 018804
   Lucy M. Rand, Bar No. 026919
4  Luci D. Davis, Bar No. 035347
   Assistant Attorneys General
5  2005 North Central Avenue
   Phoenix, AZ 85004-1592
6  Telephone: (602) 542-1645
   Fax: (602) 542-7670
7  Joshua.Bendor@azag.gov
   Gregory.Honig@azag.gov
8  Lucy.Rand@azag.gov
   Luci.Davis@azag.gov
9
   Daniel P. Struck, Bar No. 012377
10 Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 022126
11 Nicholas D. Acedo, Bar No. 021644
   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
12 3100 West Ray Road, Suite 300
   Chandler, Arizona 85226
13 Telephone: (480) 420-1600
   Fax: (480) 420-1695
14 dstruck@strucklove.com
   rlove@strucklove.com
15 tbojanowski@strucklove.com
   nacedo@strucklove.com
16
   *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | NO. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF AUTOPSY PURSUANT TO COURT ORDER, Doc. 4655** |
| Ryan Thornell, et al., | |
| Defendants. | |

On July 3, 2024, the Court entered an Order directing Director Thornell "to ensure an autopsy is performed" regarding the death of ADCRR inmate Mr. Santos Silva. Doc. 4655.  Defendants file this notice to inform the Court of their efforts and notify the Court that an autopsy has been performed on Mr. Silva.

Immediately upon receiving the Court's Order of July 3, Defense counsel, ADCRR Medical Director Grant Phillips, and ADCRR Criminal Investigation Unit Administrator Erik Dahl began reaching out to officials with the Yuma County Medical Examiner's Office—the governmental body with jurisdiction and custody over the deceased's body. *See generally* A.R.S. §§ 11-591 to 11-600.  Specifically, Defendants' counsel and representatives worked with the Yuma County Attorney's Office and Yuma County Medical Examiner's Office to notify them of the Court's order and again request the autopsy, which the Yuma County Medical Examiner's Office ultimately agreed to perform. The autopsy was completed on July 5, 2024.

Cooperation with the Yuma County officials was necessary because it is the "county medical examiner" who must, among other things, "[t]ake charge of the … body" and "[d]etermine [whether] an autopsy is required."  A.R.S. § 11-594(A)(1)-(2).  The statutory powers of county medical examiners include situations involving the "[d]eath of a person in a custodial agency," such as ADCRR.  *Id.* § 11-593(B)(4).

In his discretion, a county medical examiner "may consider the request for an autopsy made by private persons or public officials," A.R.S. § 11-597(C), such as the request that Defendants previously made after Dr. Stern's initial inquiry.[1]  But if a county medical examiner determines that "the public interest requires [no] external examination, autopsy or other special investigation," then the only way to statutorily compel the medical

---

[1] On July 2, 2024, ADCRR Medical Director Dr. Phillips notified Dr. Stern that ADCRR would follow up with the Yuma County Medical Examiner's office to request an autopsy on Mr. Silva.  Later that same day, Dr. Phillips confirmed with Dr. Stern that the Department contacted the Yuma County Medical Examiner's office and requested an autopsy.  Defendants understand from a Yuma County official that on July 3, 2024, Dr. Stern subsequently contacted the Medical Examiner's Office to separately request an autopsy.

2

examiner to perform an autopsy is for "the county attorney or a superior court judge of the county where the death occurred" to request one. *Id.* § 11-597(A), (C).

Defendants greatly appreciate the Yuma County Medical Examiner's willingness to conduct an autopsy in this case when they had previously decided not to. But if similar circumstances arise in the future, Defendants respectfully note that Director Thornell, as the director of a state agency, lacks authority over county officials and cannot definitively ensure that an autopsy will take place. Although Director Thornell can request that an autopsy be performed and take all reasonable steps to convey the importance of that request, the medical examiner retains discretion to deny the request.

DATED this 9th day of July, 2024.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Daniel P. Struck
   Daniel P. Struck
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226


KRISTIN K. MAYES
ATTORNEY GENERAL

Joshua D. Bendor
Gregory Honig
Lucy M. Rand
Luci D. Davis
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ  85004-1592

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy | ahardy@prisonlaw.com |
| Asim Dietrich | adietrich@disabilityrightsaz.org |
| Corene T. Kendrick | ckendrick@aclu.org |
| David Cyrus Fathi | dfathi@aclu.org |
| Donald Specter | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Lauren K. Beall | lbeall@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@disabilityrightsaz.org |
| Rita K. Lomio | rlomio@prisonlaw.com |
| Rose Daly-Rooney | rdalyrooney@disabilityrightsaz.org |
| Sara Norman | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Gregory Honig | Gregory.Honig@azag.gov |
| Lucy Rand | Lucy.Rand@azag.gov |
| Joshua D. Bendor | Joshua.Bendor@azag.gov |
| Luci D. Davis | Luci.Davis@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck