IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

ADCRR prisoner Santos Silva died on June 30, 2024. On July 3, 2024, the Court directed Defendant Thornell to ensure an autopsy is performed because Mr. Silva's death may relate to ADCRR's compliance with the Permanent Injunction. No later than July 10, 2024, Defendants must update the Court as to when an autopsy was completed in compliance with the Court's Order and when the full autopsy report (including toxicology results) will be available for the Court to review.

Accordingly,

**IT IS ORDERED** Defendants must update the Court no later than **July 10, 2024** as to when an autopsy of Mr. Santos Silva took place and when the full autopsy report (including toxicology results) will be available for the Court to review.

Dated this 9th day of July, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge