THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  Civil 5.4, 7.1(a)(1),(2),(3)
(Rule Number/Section)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  Civil 5.4, 7.1(a)(1),(2)
(Rule Number/Section)

7/29/24

FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 30 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

CV-12-601-PHX-ROS

Judge Silver,

I have written you once before about the facade DOC and NaphCare are perpatrating here at Catalina Unit in Tucson. I have been here for 4 months, having been transferred here from Cook unit in Florence. LIES were put in my medical record to justify my transfer here to this supposed special needs unit. These lies have been corraborated by the ADON here, Ms. Polche. But my letter to you is in regard to the non-existent medical care that is supposed to be provided here at a unit created recently by DOC and NaphCare to treat the inmates in most need of care. There is NO DOCTOR on site here. There is NO NURSE PRACTIONER here on site. There are NO on site mental health practioners. There are inmates here with severe dementia receiving NO treatment at all. Inmates are expected to deal with and take care of these inmates who become violent. ALL medical care is filtered thru nurses who take pictures and consult with a 3rd party agency NaphCare has hired called Wound Doc. Inmates are not seen or examined by a Real doctor unless their condition gets bad enough to be sent to the emergency room at a hospital. In my case I have had swelling in my left leg from a case of cellulitis for almost SIX MONTHS now. No matter how many HNR's I put in or letters I write I can't be seen by a real doctor to get proper treatment. I can't even get the simple medication (a water pill) it would take to end the swelling. I can only see a nurse practioner over video who are all scared to make any change to any medications. There is no REAL medical care here at this facility which is ill-equipped to handle these inmates. Any X-rays, ultrasounds, dental work, physical therapy or evaluations that need to be done are at a "medical hub" inmates are sent to. This "medical hub" is not even

equipped with an ADA bathroom for inmates who are physically handicapped which is exactly the inmates this facility is supposed to have been built for. Surely this is not the constitutionally required medical care which you, Judge Silver, have required DOC to comply with. I have repeatedly used the injunction portal to inform the monitors of the ruse DOC and NaphCare are trying to pull with this ~~facility~~ facility. DOC and NaphCare will NEVER EVER willingly comply with the ~~require~~ requirements you have set forth in your injunction. The ONLY way inmates in Arizona will ever receive constitutionally mandated health care will be to terminate DOC's contract with Naph Care and turn over health care to federal authorities.

Sincerely
John S. Westerfield ADC# 313789
Catalina Unit Bay 3 Bed 3
Tucson, Arizona

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate John S. Westerfield
ADC# 313789
Arizona State Prison Complex Tucson
Unit Catalina
City Tucson  AZ 85734

PHOENIX AZ
21 AUG 2024 PM 6 L

Judge Roslyn O. Silver
401 W. Washington Suite 130
Phoenix, Az 85003

85003-212430