# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Thornell, | |
| Defendant. | |

The Court directed the implementation of the staffing pilot project in its June 20, 2024 Order (Doc. 4643). In that Order, the Court also directed the staffing experts to file interim status reports on September 9, 2024, October 9, 2024 and January 13, 2025. Staffing expert Donna Strugar-Fritsch has requested an extension of the deadline for submission of the first status report. Good cause appearing,

**IT IS ORDERED** the deadline for submission of the first status report for the staffing pilot project is extended until **September 23, 2024**.

**IT IS FURTHER ORDERED** the deadline for submission of the second status report is adjusted accordingly until **October 23, 2024**.

Dated this 5th day of September, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge