CV-12-00601-PHX-ROS

Report of Experts Regarding Health Care Staffing Plan Pilot in the Matter of

*Jensen v. Thornell*

In accordance with the Court's Order of September 6, 2024 (Dkt. 4679), we (the court-appointed experts) submit this interim report on the status of ADCRR's health care staffing pilot project ("pilot") at Arizona State Prison Complex (ASPC)-Yuma, aaF Unit, and ASPC-Perryville, San Carlos Unit. A draft was provided to the plaintiffs and defendants. Their comments have been incorporated where appropriate and a second draft was not circulated.

The Pilot commenced on Monday July 8 (all dates are in 2024 unless otherwise noted), in accordance with the Court's Order of June 6 (Dkt. 4643). The primary purpose of the pilot project is to test the staffing levels and certain processes of care proposed in the staffing analysis and plan. Experience from the pilot will inform amendments to the final staffing plan that will improve the outcomes of the model as it is implemented across ADCRR. The pilot is also intended to fine tune methods of training clinical and custody staff and their leaders about the new plan and processes, and to train and support a cadre of clinicians from ADCRR's Health Services Division (HSD) to be able to train and support other units throughout ADCRR complexes as they implement the new model.

In their feedback to the draft of this report, Defendants recommended that this report replace the corresponding wording with "…outcomes of the model *if* the model is

1

implemented across ADDRR" and "other units throughout ADCRR complexes *if* they implement the new model *in the future.*" We believe that the Court's Order and Permanent Injunction (Dkt. 4410) and subsequent order for implementation of the staffing plan via a pilot already indicate that the model must be implemented, using information from the pilot to help refine the staffing levels proposed in the original staffing analysis and plan.

The pilot is being conducted over a seven-month period and has three phases: Preparation, Implementation, and Evaluation. A detailed Gantt chart of the phases, tasks, responsible lead parties, and timeline was included as "Pilot Project Implementation Plan" in the Court's Order for the pilot (Dkt. 4642-2 at 2). This week (week of September 20, 2024) marks the end of the Preparation phase and the scheduled start of the Implementation phase.

**PROGRESS ON REQUIRED ACTIVITIES**

The following is an inventory of required tasks that are included in the pilot's Gantt chart and should be in progress or should have been completed by September 20, 2024, along with an assessment of each task's state of completion.

*<u>Present administrative correctional health team (Facility Health Administrator, Mental Health leads, Director of Nursing) with staffing report and pilot</u>*

2

Lead: ExpertsStatus: Completed

Materials were distributed to all parties on July 3, in preparation for the kick-off, with support from HSD.

*Meet with administrative correctional health team to introduce pilot concepts and expectations*

Lead: ExpertsStatus: Completed

The (virtual) kick-off meeting was held July 10, with extensive support from HSD in inviting attendees to the 2.5 hour training session.  Leaders from the pilot clinical teams, NaphCare regional team, ADCRR custody operations, and HSD were in attendance.

*Train administrative HSD, NaphCare, and custody leadership in more detail about components of the model of care*

Lead: ExpertsStatus: Completed

Five 90-minute weekly training sessions were held for the administrative team July 16 – August 13.  They were well attended with good participation and interaction.  Topics included:

1. Staffing calculations and assumptions, team roles
2. Scheduling for team-based care
3. On-site training of pilot staff, how to optimize primary care visits, daily primary care and mental health team huddles

3

4. Project status, on-site training session details and agenda, evaluation metrics for staffing model

5. Project status, detailed staffing of teams for training session

*Hire HSD team (Physician, Advanced Practice Practitioner [APP], Registered Nurse [RN], Psych Associate )*

Lead: ADCRR            Status: Incomplete

HSD was charged with hiring a permanent physician, APP, RN, and Psychology Associate by August 30 with the plan for our team to train and support their development on a rolling basis as they were hired. This HSD team would support further roll out of the Patient Centered Care Model (PCCM) after the pilot is complete. The RN joined the team around August 1 and attended the on-site training. The APP attended half of the on-site training in advance of her actual start date, which was September 3. Both are involved on a daily basis at this time. HSD has not filled the Psychology Associate and physician positions, though HSD is actively engaged in recruiting for the positions.

*Identify current health care staff who would be moved from their current units to the pilot units, subject to backfilling their current positions*

Lead: NaphCare         Status: Incomplete

This was to occur throughout July and be completed by July 31. Its purpose was to actively involve the Facility Health Administrators (FHA) in identifying people with the necessary skills and temperament to best serve the pilot, who were currently working in

4

the pilot units or in other units. Despite frequent inquiries during weekly meetings, NaphCare did not provide evidence of recruitment or progress toward identifying people to move to the pilots, though after review of this report draft, defendants, citing NaphCare's "organized campaign," provided our team with pilot-related emails sent to staff at Yuma and Perryville on June 25 and 28, July 3, 8, and 11, and August 14. FHAs reported at our pilot meetings that NaphCare had not included them in recruitment efforts. On August 19, HSD shared correspondence from NaphCare on August 13 that provided "an initial list of potential participants for the pilot." It also noted that review by the FHAs to determine fit for the pilot role would not occur until an amendment between ADCRR and NaphCare was signed.

*In-Person Training with Pilot Site Staff*

Lead: Experts          Status: Completed

Our team provided nine hours of training and toured the pilot units at each site over four days, August 26-29. HSD did an excellent job managing the site logistics and materials and managing registration. Director Thornell gave opening remarks at the San Carlos session which were recorded and presented at the Dakota session. The session content was well received.

Regarding attendance:

- The HSD team – monitors, leaders, and new PCCM staff - attended both sessions.
- ADCRR Custody attended.

- NaphCare's regional leaders team attended – some at Perryville and some at both sessions.

- Some primary care and mental health clinicians from both sites attended. Because final teams had not yet been fully hired or assigned, there were few actual team members in attendance who could work together in their future configuration. This weakened the impact of the training.

- The training was recorded and will be provided to staff as they join the pilot. Additionally, slide decks from each training sessions will be provided to new staff as they onboard.

*Develop program evaluation metrics*

Lead: All             Status: In development

This task was to be completed by August 30. A draft set of measures was submitted by HSD on August 13 and it is under review by our team.

*Design and implement complex-wide communication to staff*

Lead: NaphCare          Status: Incomplete

Once pilot staff are in place in the units, the pilot will be largely invisible to staff in the complexes' other units. This task was designed to assure that health care and custody staff across the two complexes are kept apprised of the new model of care and how it is impacting patients and staff and to quell rumors and misinformation. The task was assigned to NaphCare and was briefly discussed at our weekly meetings but NaphCare

6

claimed to have insufficient knowledge of the PCCM to provide such communication. We agreed to address it after the training and will begin working on it in early October and continue it throughout the pilot.

*Develop empanelment methodology (All), assign teams (NaphCare), and empanel patients (experts)*

Leads: See above         Status: Complete but not by required date

This was to have been completed by August 11 so that teams could receive their actual patient panels and meet in actual teams during the on-site training.  On August 22, HSD provided an empanelment file and on August 24 NaphCare provided a separate empanelment file.  They should have been identical or nearly so, but were not, and there was insufficient time to finalize the panels before the training.  Instead, and though imperfect, to make the best use of the training session in the absence of the actual panels that were required, our team created a single "sample" panel for each site.

HSD amended and provided final empanelment data to us on September 10.  We have transformed the data into team panels and crafted the staffing positions and FTE allocations for each team.  Patient panels and team staffing were provided to the San Carlos team on September 16 and to the Dakota team on September 18.  FHAs are now actively working with HSD and NaphCare leaders to assign staff to the primary care and mental health teams.  ADCRR informed us that it intends to transfer responsibility for future empanelment activities to NaphCare.

*Hire all new correctional health positions*

Lead: NaphCare       Status: Incomplete

According to the plan approved by the Court on June 20, NaphCare had July 8 – September 30 to fill all the new pilot team clinical positions identified in the Order. We expected hiring to commence in July with most team positions filled by the August 26 training and the most difficult-to-recruit positions requiring through September to fill.

In an August 13 email to HSD, NaphCare stated it would not commence moving staff or filling positions until an amendment with ADCRR was signed.  They also stated "We… will continue to aggressively recruit; however, it will likely take many weeks to continue to find candidates, get them to turn in all their paperwork, have them clear backgrounds, give notice to their current employers, in some cases relocate, and then start work onsite for orientation and training."

The first new staff started employment on Monday, September 9.  These people must complete ADCRR and NaphCare onboarding and FHAs say they cannot provide patient care until three weeks from their hire dates, at a minimum.  The charts below reflect the hiring status of the pilot positions as of September 18.  **Neither site has even half of the required positions filled.  This is seriously hampering implementation of the plan.**




*Design roles and processes and train all NaphCare and HSD staff*

Lead: All          Status: Incomplete

The staffing plan calls for many new clinical and administrative roles and functions, all of which must be designed in concert with the pilot teams. This was scheduled to occur August – October. Primary Care training and design tasks include open scheduling, using transitional APPs, optimizing primary care visits, optimizing huddles, and developing new roles for nurses in high-risk care management and chronic care management. Mental Health training and design tasks include new outpatient treatment paradigms and practice (including the Primary Therapist model), new mental health team roles, and new mental health team processes. Given the marked delay in filling pilot positions, these tasks are delayed until at least October 1.

In their feedback to the draft of this report, Defendants noted that roles and processes have been under development and will be complete by October 1. Because three topic-specific primary care and three mental health trainings for line staff and leaders identified

in the implementation schedule have not even occurred yet, it is not possible that roles and processes can be complete by October 1.

*Weekly meeting with new HSD PCCM staff and experts*

Lead: HSD and Experts            Status: Incomplete

Completion of this task was premised on the requirement that the HSD's new PCCM team be in place by September 1.  As noted above under "Hire HSD Team," to date, only half of the HSD team has been hired and we are meeting with them as issues arise until the full complement is in place and the site clinical teams are more fully staffed and operational.

*Implementation of new processes, roles and practices by each pilot team*

Lead: NaphCare            Status: Not Initiated

These tasks include implementing self-scheduling, daily huddles, visit consolidation, the role of nurse risk managers, and the role of primary therapists. This was scheduled to begin on October 1 and would signal the full implementation of the model and staffing. However, due to the significant delays in bringing staff on board, full implementation is not likely to occur until at least November 1.  San Carlos has identified a single small team (there should be 2.5 teams at the San Carlos pilot) that is sufficiently staffed to begin seeing their patients as a Primary Care Team on October 7.  In the meantime, as staff come on board, we are trying to identify training topics and role/process development that can begin at each site on a weekly basis.

*Weekly meeting among HSD, pilot sites' staff, and our team*

Lead: All          Status: In progress

Meetings across all parties have been occurring weekly except for the week of the on-site trainings, and are productive.

**Other Issues and Expectations Not Included in the Order**

Many program development and implementation details could not be anticipated or articulated in the Order but are evolving at this time.

*Implementation Tasks and Schedule*

The on-site training included delineation of a detailed schedule of activities that would occur September-January in order to support additional training, the effective development of teams and integration between primary care, mental health and substance disorder treatment, and evaluation of the premises of the staffing plan being tested in the pilot.  As noted, many of the tasks cannot occur in accordance with the schedule because staffing is incomplete.

Other tasks, such as developing and implementing a participant evaluation of the training, a baseline patient satisfaction survey, and patient education materials, could have occurred and have not.  All are vital elements of the program's success and its effective rollout to all of ADCRR.

Also of note, the entire Dakota clinical leadership team was taken offline for a full week in September to participate in a non-essential voluntary accreditation site visit which further slowed progress on pilot implementation.

*Physician-covered primary care*

On-site physicians are required to provide primary care to the panels of patients whose care requires physician coverage. Perryville has no physicians on staff, though as of September 23, ADCRR reports that NaphCare has a signed an offer letter to a PCCM physician for San Carlos. There is no Facility Medical Director for the entire Perryville complex. Dakota has one-site physician[1] and has two physicians who provide patient care through telemedicine from Texas and Florida. Neither situation is sufficient.

*Coverage of time required to work on the pilots*

The Order states that "The FMD and FHA must commit to full participation in the pilots and will likely need some back up to cover a portion of their other duties. The FHA also may delegate a person with appropriate leadership and implementation skills to assume

---

[1] At the moment this individual does not qualify to be counted as a physician according to the requirements of the Injunction that physicians be board certified. However, at ADCRR's request, the Court's Monitors reviewed the specifics of this individual's potential role as a physician in the pilot and plan to submit a proposal to the Court to waive the Injunction's requirements for the purposes of the pilot.

some of the leadership duties in the pilot."  There have been no indications that NaphCare is providing this required coverage for the FHAs.

Also, the Order includes tasks for pilot teams to design, test, and implement many new roles and processes of care over the full pilot period.  On-site training content included extensive descriptions of, and practice with, the Institute for Health Improvement's Rapid Cycle Improvement model which the teams are required to use to achieve these tasks.  This requires dedicated time every week outside of patient care time for teams to work together to design small tests of change, review their effectiveness, build improvements, and try again.

We advised ADCRR and NaphCare that the teams need about five hours per week per person to work with one another on pilot design, implementation, and management.  Patient care needs to be covered during this time.  As the teams are brought on board in the immediate future, this coverage will continue to be crucial.

In their feedback to the draft of this report, Defendants noted that "the entire patient care team cannot spend 5 hours/week in training pulling them away from critical patient care. I have previously suggested and reiterate here, that an initial meeting with the teams, and then subsequent meetings on scheduling and empanelment with the SMD, ADON, FHA, HSA, as necessary could suffice. Then, the scheduling and empanelment can be presented to the patient care teams."  The plan described in this feedback is inconsistent with the

13

model's underlying and essential reliance on having the front-line pilot team staff (the true operational experts) integrally involved in designing and testing new roles and processes of care. This was heavily stressed in all trainings and not questioned at that time by any party. Defendants' reliance on a "top-down" directives-driven approach traditionally used in corrections will not be successful for implementation of a complex and markedly different model of care and staffing plan.

*Additional custody staff*

The Order requires ADCRR to provide additional custody staff to support patient movement for the new care model (Dkt. 4410 ¶ 1.15). FHAs are currently working on the design of new clinic times and places which will be provided to Custody Operations immediately.

*New clinical space*

In accordance with pilot project needs for patient care and the Injunction's requirement for defendants to "provide sufficient space….for health care staff to deliver health care services" (Dkt. 4410 ¶ 1.6), HSD has designed new clinic space at both pilot sites, has received approval for funding, and has committed to new construction being completed within 90 days (i.e., around mid-December). This includes creating some multi-purpose clinic space at each site that can be used as single-patient or group space.

The issue of space to accommodate new clinical staff and their patients was raised at the very first pilot meeting on July 8, after which HSD staff reported that space needs were already under consideration and a facility design specialist had been added to the pilot team. During tours of the pilot sites during the August 26 – 29 on-site training, we were shown spaces that we were told had been dedicated to the building of new exam rooms. At our first meeting after the on-site training on September 9, HSD reported that space modifications had been approved, budgeted, and would be complete within 90 days.

In their feedback to the draft of this report, Defendants noted "The pilot never contemplated building additional space and should not be contingent on building additional space. ADCRR is committed to proceeding with the pilot regardless of any proposed and/or completed construction. ADCRR is unaware where these comments originated from, ". . . received approval for funding, and has committed to new construction being completed within 90 days (i.e., around mid-December)."

**OTHER ISSUES OF NOTE**

- New functionality in the electronic medical record and ADCRR's ACIS inmate management system is needed to support teams, panels, new ways of scheduling, and patient self-scheduling through tablets. These issues were raised by our team in mid-July and have been raised repeatedly in the interim. The first call with NaphCare IT staff on this matter was not arranged until September 17. At this writing, NaphCare reports that the panels and scheduling issues can likely be fully implemented by

October 1. Changes needed in ACIS are not yet clear, nor is the time required to make changes. All parties expect to meet often over the next months to ensure that the changes meet the needs of the new model.

- The multiplicity and complexity of the many moving parts of this pilot must be carefully and closely managed on a daily basis. Our team is jointly managing an issue log with HSD, but that does not provide the level of essential project management that is needed. Immediately following the training, our team suggested that HSD designate a capable Project Manager with knowledge of all the moving parts. HSD declined and instead said that "HSD, as a whole, will continue to provide support for the pilot." Our team is not confident that this approach is sufficient.

**SUMMARY**

Progress has occurred, but slow hiring by NaphCare is hampering and delaying full implementation of the pilots, and much of the training provided to date will need to be repeated in some fashion when the rest of the required staff are hired. Lack of coordination between HSD and NaphCare, delays by HSD and/or NaphCare in addressing issues raised by our team, and insufficient project management have also hindered progress. Developing key elements of electronic health record and ACIS supports may or may not be completed timely and, if not, will impact full implementation of the model. All of these obstacles can impair pilot implementation which may impact

our ability to reach conclusions necessary to finalize the staffing plan by the end of January 2025.

Respectfully Submitted,

Donna Strugar Fritsch

Marc F. Stern

September 23, 2024