# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Shawn Jensen,

    Plaintiff,

v.

Ryan Thornell, et al.,

    Defendants.

No. CV-12-00601-PHX-ROS

**ORDER**

    A member of the monitoring team specializing in mental health care, Dr. Bart Abplanalp, informed the Court he was in the process of preparing a report investigating and analyzing five suicide deaths that occurred among class members in ADCRR in early 2024 because of the possibility those deaths may have been related to Defendants' compliance with the Permanent Injunction. The Court informed Dr. Abplanalp a copy of that report, when completed, should be filed on the docket.

    Pursuant to the Court's direction, Dr. Abplanalp submitted the Monitors' ad hoc report on the early 2024 suicides.

    Accordingly,

…

…

…

…

…

**IT IS ORDERED** the Clerk of Court shall file the Monitors' *ad hoc* Report on Five Suicides, 2024 under a separate docket entry.  The Appendix to the Report must be filed under seal.

Dated this 16th day of October, 2024.

_____
Honorable Roslyn O. Silver
Senior United States District Judge