1  WO
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7              FOR THE DISTRICT OF ARIZONA
8
9  Shawn Jensen, et al.,           NO. CV-12-00601-PHX-ROS
10           Plaintiffs,            ORDER AND PERMANENT
11  v.                              INJUNCTION
12  Ryan Thornell, et al.,
13           Defendants.
14
15 My name is Benjamin L. Pittman ADC# 293541 I have
16 been currently held in detention without disiplinary for
17 three or four weeks, what I've come to find out
18 is that ADCRR Cimmaron Detention has been
19 intentionally violating this District Courts orders to
20 not only myself but to more than a handful
21 of inmates that are currently in detention
22 with me. The court order that Detention is
23 intentionally violating is page 66 Section 30,
24 Detention Unit Supervision.
25
26
27
28