# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al. | |
| Defendants. | |

An Interim Pilot Report was submitted to the Court on November 1, 2024, which will be filed. The Monitors advised they conferred with the Defendants about the Interim Pilot Report and Defendants proposed modifications to the Pilot. All parties are advised no modifications to the Pilot are to be implemented without an order of the Court. The Monitors also suggested the Court should request a full list with the names of all pilot staff, the positions they fill, and an indication of the basis upon which they satisfy the Court's requirement to serve in the position. The Court will direct Defendants to provide that list to the Monitors.

On September 26, 2024, the Court also ordered the parties to provide feedback regarding the Pilot and whether it should continue or terminate. The parties filed responses on October 7, 2024 (Docs. 4686, 4687) in which both agreed the pilot should continue with separate recommendations, as what follows.

Plaintiffs recommended court orders be issued to ensure the Pilot's success, including that Defendants be ordered to timely comply with the Pilot deadlines and that

sanctions to be imposed if violations occur. The Court made clear by order that Defendants are to comply with the Pilot, including all deadlines for staffing requirements. The Court will consider imposing monetary sanctions if violations continue. Plaintiffs also request the Court to order the parties to brief whether the Court should appoint a receiver and/or nullify Arizona law mandating privatization of correctional health care. The Court will allow briefing of all legal issues at the conclusion of the Pilot. Regarding the Staffing Plan, it is required by the Injunction. The parties filed objections to the Monitors proposed Staffing Plan, and a hearing was held. Assuming the Pilot proposes recommendations for revisions to the staffing plan, the Court will consider them along with objections before ordering implementation of the final Staffing Plan. The Court will order the Monitors complete an Interim Injunction Compliance Report by December 16, 2024.

Defendants requested a brief extension of the Pilot to allow for a thorough analysis of the initial Staffing Plan. The Court will only consider an extension for a limited time and only if the Monitors and all parties agree to the terms. Regarding staffing, Defendants claim the Interim Report does not fully acknowledge efforts that have been made by Defendants. The Monitors have informed the Court they have taken account of the Defendants positions. Defendants are reminded the staffing requirements are firm. Defendants agree with the Monitors that the Pilot is designed to help implement the "Patient Centered Care Model" ordered by the Injunction, and Defendants will continue with the Pilot to that end.

Accordingly,

**IT IS ORDERED,**

1. The November 1, 2024 Interim Pilot Report shall be filed;
2. The Pilot shall continue;
3. No modifications to the Pilot are authorized without order of the Court;
4. The Court will consider imposing monetary sanctions for violations of the Pilot;
5. Limited extensions of the Pilot will only be considered by the Court upon agreement of the Monitors and all parties;

6. The Monitors are to complete an Interim Injunction Compliance Report by December 16, 2024; and

7. Defendants must provide to the Monitoring Team a full Pilot staffing list that includes staff names, the positions they fill, and an indication of whether they satisfy Court requirements to serve in the position.

Dated this 15th day of November, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge