CV-12-00601-PHX-ROS

Report of Experts Regarding Health Care Staffing Plan Pilot in the Matter of *Jensen v. Thornell*

In accordance with the Court's Order of September 6, 2024 (Dkt. 4679), we (the court appointed experts; "experts") submit this second interim report on the status of ADCRR's health care staffing pilot project ("pilot") at Arizona State Prison Complex – Yuma, Dakota Unit ("Dakota"), and Arizona State Prison Complex – Perryville, San Carlos Unit ("San Carlos"). A draft was provided to the plaintiffs and defendants. Their comments have been incorporated where appropriate and a second draft was not circulated.

As we were preparing to file this report with the Court, we learned of significant developments in the pilot project. Shortly after that we were scheduled to conduct a site visit at both pilot sites (October 28 to October 31). While we recognize that an interim report is never 100% up to date, in the interest of not submitting a report that we knew to be materially incorrect, we delayed submission until today.

## *PROGRESS ON REQUIRED ACTIVITIES*

### *Launching Patient Centered Care Model ("PCCM") Teams*

Since our report submitted September 24, the pilot has moved from the preparation phase into implementation. After the filing of our last report, patients began to be seen under the new PCCM model of care at both pilot sites. However:

- As of October 17, all PCCM pilot operations were indefinitely suspended at San Carlos. The primary reason cited was lack of space and resultant cancellation of patient appointments (in order for the PCCM teams to operate) creating an unsafe backlog of patient care. Even before the suspension, the level of implementation was markedly behind schedule. As of October 1, all PCCM teams (three primary care teams and 13.4 primary therapists[1]) were to have been fully staffed and in operation, managing all 1,310 patients. Instead, only one primary care team and its 5 primary therapists had begun operating, covering only 590 patients.

- The level of implementation is also markedly behind schedule at Dakota. As of October 1, all PCCM teams (three primary care teams and 7.5 primary therapists) were to have been fully staffed and in operation, managing all 885 patients. Instead, only the three primary care teams are operational (covering the physical health needs of all 885 patients) but no primary therapists or their teams are operating.

Full implementation by the October 1 target date required four essential elements: full staffing of all primary care and mental health teams with backfilling of positions for staff who transferred from other

---

[1] There are two components to PCCM. Physical medical care is delivered by primary care teams. They are led by a medical practitioner. Medical practitioners can be a physician, nurse practitioner, or physician assistant, the latter two also known as advance practice practitioners, or APPs. Mental health care is delivered by individual primary therapists. Primary therapists are usually psychology associates. Their work is supported by other mental health professionals, such as psychologists, who may work with multiple primary therapists.

1

units; patient empanelment and substantive modifications to TechCare to support the PCCM model; sufficient space for the teams to operate; and deployment of patient education materials.

Each of these components is essential to support the others; they are highly interdependent. The graphic depicts the interrelated elements, and a high-level description of progress in each of the four elements follows.



**Space**. The Injunction requires that defendants "provide sufficient space....for health care staff to deliver health care services" (Dkt. 4410 ¶ 1.6). The staffing plan submitted in April called for increasing total health care staff for primary care and mental health services at eight of the nine complexes from 881 positions contracted with NaphCare[2] to 1,440. Space issues have been discussed as an imperative since the first PCCM meeting on July 10 and it has become clear that implementation of the full pilot as ordered by the Court cannot be achieved without additional space. Both sites are already operating clinics on weekdays from 7:00 a.m. – 7:00 p.m. and additional hours on weekends, and have made use of many novel methods for expanding space availability; there are no more easy options left.

To understand and address the space limitations at San Carlos, ADCRR leaders along with staff from ADCRR's Health Services Division ("HSD") met with the Experts, NaphCare leaders, and others on site at San Carlos on 10/28. On 10/31 ADCRR submitted a proposal which they hope will find a path forward to continue the pilot "run and tested on a smaller scale, with less staff to take into consideration physical plant constraints." The experts will review the proposal and share appropriate recommendations with the Court.

In their feedback to a draft of this report, the Defendants noted that "ADCRR does not have ample vacant spaces across its prison facilities to be repurposed into healthcare treatment spaces, nor is this a requirement of the Injunction or Pilot model. ADCRR continues to make available all usable space. Relying on NaphCare's [Facility Health Administrators; "FHA"] and other site-specific and job-specific staff to problem-solve agency-wide topics is not an appropriate use of staff."

**Staffing.** According to the plan approved by the Court on June 20, NaphCare had from July 8 to September 30 to fill all the new pilot team clinical positions identified in the Order. Our prior report to the Court noted

---

[2] Staffing per NaphCare contract Amendment # 12

2

that as of September 18, neither site had even half of its positions filled. Staffing has increased since the last report and recruitment/hiring activities remain active, but staffing is not complete.

At San Carlos, only 81% of positions were fully hired as of October 23 and at Dakota, only 87% were fully hired. More detail is provided later in the report. A minimum of three weeks of on-boarding – which does not include training on PCCM - must occur before new staff can see patients. During our site visit we were informed that some of the staff included in the above percentages do not meet the Court's requirement, e.g., nurses under 13-week contract.

On October 7, San Carlos was able to start one of three primary care teams, and five primary therapists, and more recently had sufficient staffing to implement all three primary care teams and all primary therapists. But, as noted, the teams have ceased operating as of October 17.

On October 7, Dakota was able to start two of three primary care teams but no primary therapists. More recently Dakota started its third primary care team. Due to staffing and space constraints, it has still not been able to implement the primary therapist model. However, some progress has been made toward adding some space with plans for obtaining additional space.

Medical physicians are key to the success of the pilot. At the time of this writing, San Carlos does not have a board certified primary care physician to care for patients with complex conditions or to serve as Complex Medical Director. Dakota does not have the latter.

**TechCare (electronic health record) Functions.** Many detailed meetings between our team (the experts), HSD, and NaphCare occurred since the last report to build the technical capacity and workflows to support:

- Empaneling patients to primary care teams
- Assigning outpatient mental health patients to primary therapists
- Allowing teams to see their own patients' schedules
- Scheduling new types of visits for medical assistants and others
- Shunting patient self-scheduling activity directly to a patient's primary care team
- Using temporary teams to keep track of patients moving into the units
- Removing team assignments when patients leave the units

NaphCare built the functionality to support these activities and began testing these new functionalities on October 7. They worked as planned and were fully operationalized on October 9. Teams are using them well. As expected, new issues are emerging which are calling for additional TechCare programming. Coordination with all the parties, tracking progress, and obtaining all the necessary authorizations is challenging but is moving forward.

**Patient Education.** Teaching patients about the new model of care, what it means for them, and how to access care is essential for success of the model. In particular, patients using self-scheduling for all of their non-urgent clinical needs will drive large reductions in the number of legacy Health Needs Requests that need to be managed, will enhance patient experience with and confidence in their primary care teams, and will help the new teams gain understanding of the volume of self-scheduled and open appointments they need on their daily schedules. Understandably, the FHAs were reluctant to circulate patient education

3

materials about the model and scheduling until a) the teams were actually operating, and b) self-scheduling was operational through TechCare.

***Other Required Tasks***

In addition to the tasks required to implement the four essential components described above, implementation of the PCCM pilot requires a number of other tasks.

*Hire HSD team (Physician, Advanced Practice Practitioner [APP], Registered Nurse [RN], Psychology Associate*

Lead: ADCRR

Status: Incomplete

HSD was charged with hiring a permanent physician, APP, RN, and Psychology Associate by August 30 with the plan for our team to train and support their development on a rolling basis as they were hired. This HSD team was to contribute to the design and then implement the model statewide following the pilot. This will involve conducting the introductory training, developing new training materials based on operational decisions made through the pilots, managing the empanelment of teams in new units and complexes, and monitoring implementation through evaluation metrics. The role of this team is central to successful implementation of the staffing plan.

At the time of our last report, HSD had hired the RN and APP. As of this writing, HSD still has not filled the Psychology Associate or physician positions. As a result, the team is not robust enough to carry out its role; mental health and physician input is missing from team deliberations; and the people who eventually fill those spots will have missed the entire planning and early implementation phases of this work.

In their feedback to a draft of this report, Defendants noted that "Interviews are ongoing for the PA PCCM position and a final round interview for the Medical Director is slated for [the week of October 28]. To address the mental health support, NaphCare's mental health team has been actively involved in conversations with the Court Monitors and collaborates with HSD daily. Additionally, ADCRR is in the process of conducting interviews for the MH Director position [the weeks of October 21 and 28]."

Defendants also noted an earlier request that our team refrain from meeting with the FHAs in the absence of HSD's PCCM team to avoid possible "division and uncertainty" if the HSD PCCM team is not aware of questions or concerns discussed during these meetings. This is a reasonable request that we have been endeavoring to respect.

*Develop program evaluation metrics*

Lead: All

Status: In development

This task was to be completed by August 30. Working from draft measures proposed by HSD team members, our team is developing these into a larger PCCM evaluation workbook for use during the spread of the pilot to the rest of the state.

*Design and implement complex-wide communication to staff*

Lead: NaphCare

Status: Incomplete

This task was designed to assure that health care and custody staff across the two complexes are kept apprised of the new model of care and how it is impacting patients and staff and to quell rumors and misinformation. The completion date was moved from early August to October after the training. The task remains very important but because of the current status of the pilots it is wiser to defer this communication for the moment. We will continue to revisit this task.

*Hire all required staff*

Lead: NaphCare

Status: Improved but incomplete

At San Carlos, 77% of positions were fully hired as of October 9. Six positions are still vacant and five are pending a formal offer or background check, as show in the graphic and table.



| Perryville - San Carlos Pilot Hiring October 9, 2024 | | | | |
|---|---|---|---|---|
| Position | Hired | Pending | Vacant | TOTAL |
| Behavioral Health Technician | 1 | 2 | 2 | 5 |
| CNA/MA | 1 | | | 1 |
| Healthcare Technician | 3 | 2 | | 5 |
| LPN | 2 | 0 | | 2 |
| Primary Care APP | 1 | 0 | | 1 |
| Psych NP | 4 | 0 | | 4 |
| Psychologist | 2 | 0 | | 2 |
| Psychology Associate | 13 | 0 | 1 | 14 |
| RN- San Carlos | 10 | 1 | 1 | 12 |
| Staff Physician | 0 | 0 | 1 | 1 |
| Women's Health NP | 0 | 0 | 1 | 1 |
| TOTAL | 37 | 5 | 6 | 48 |

On October 23, ADCRR informed us that 81% of San Carlos positions had been fully hired.

At Dakota, 73% of positions were fully hired as of October 9. Four positions are still vacant and eight are pending a formal offer, background checks, paperwork from the applicant, or drug testing results, as shown in the graphic and table.



| Yuma Dakota Pilot Hiring October 9, 2024 | | | | |
|---|---|---|---|---|
| Position | Hired | Pending | Vacant | Total |
| Behavioral Health Technician | 3 | | | 3 |
| CNA/MA | 3 | | | 3 |
| Healthcare Technician | 1 | 1 | 3 | 5 |
| LPN | 11 | 2 | 0 | 13 |
| Primary Care APP | 1 | 1 | | 2 |
| Psych NP | 2 | | | 2 |
| Psychiatrist | 0 | 1 | 1 | 2 |
| Psychologist | 1 | | | 1 |
| Psychology Associate | 1 | 2 | | 3 |
| RN | 9 | 1 | | 10 |
| Staff Physician | 1 | | | 1 |
| TOTAL | 33 | 8 | 4 | 45 |

On October 23, ADCRR informed us that 87% of Dakota's positions had been fully hired. Now that staffing is nearly complete, the Court should request of full list with the names of all pilot staff, the positions they fill, and an indication of the basis upon which they satisfy the Court's requirement to serve in the position (i.e., permanent NaphCare employee; agency staff who have worked at 50% FTE or more for six months or longer; or exceptions granted by the Monitors).

In their feedback to a draft of this report, the Defendants provided the two tables below (shown exactly as provided to us) with the following narrative: "NaphCare further reports that the only vacancy for the Pilot at ASPC-Perryville, San Carlos unit is the Ob/Gyn position. For the other 8 positions listed as "vacant" in the chart below, an existing NaphCare staff member has been identified, pending a replacement being hired to "backfill" the existing position currently being occupied by the identified staff members."

| COUNTA of Staff Status | | | | |
|---|---|---|---|---|
| Position | EXT BGC | HIRED | VACANT | Grand Total |
| Behavioral Health Technician- San | 1 | 1 | 3 | 5 |
| CNA/MA - San Carlos | | 1 | | 1 |
| Healthcare Technician- San Carlos | | 4 | 1 | 5 |
| LPN-San Carlos | | 2 | | 2 |
| Medical Midlevel- San Carlos | | 1 | | 1 |
| Mental Health Midlevel- San Carlos | | 4 | | 4 |
| Psychologist- San Carlos | | 2 | | 2 |
| Psychology Associate (Clinician)-San Carlos | | 13 | 1 | 14 |
| RN- San Carlos | 0 | 11 | 1 | 12 |
| Staff Physician- San Carlos | | | 1 | 1 |
| Women's Health NP (OB/GYN) San Carlos | | | 1 | 1 |
| Grand Total | 0 | 1 | 39 | 8 | 48 |

"NaphCare reports that the only current vacancy for the Pilot at ASPC-Yuma, Dakota unit is the psychiatrist position. An offer has been made for a telehealth psychiatrist, which NaphCare expects will be accepted."

6

| Position | HIRED | PENDING BGC | PENDING OFFER | PENDING PPW | VACANT | Grand Total |
|---|---|---|---|---|---|---|
| Behavioral Health Technician- Da |  | 3 |  |  |  | 3 |
| CNA/MA- Dakota |  | 3 |  |  |  | 3 |
| Healthcare Tech | 0 | 2 | 2 | 1 |  | 5 |
| LPN - Dakota Unit |  | 3 |  |  |  | 3 |
| LPN- Dakota |  | 10 |  |  |  | 10 |
| Medical Midlevel- Dakota |  | 2 |  |  |  | 2 |
| Mental Health Midlevel- Dakota |  | 2 |  |  |  | 2 |
| Psychiatrist- Dakota |  | 1 |  |  | 1 | 2 |
| Psychologist- Dakota |  | 1 |  |  |  | 1 |
| Psychology Associate (Clinician)- |  | 2 | 1 |  |  | 3 |
| RN- Dakota | 0 | 9 |  | 1 |  | 10 |
| Staff Physician- Dakota |  | 1 |  |  |  | 1 |
| Grand Total | 0 | 39 | 1 | 2 | 2 | 1 | 45 |

*Design roles and processes and train all NaphCare and HSD staff*

Lead: All

Status: Incomplete

As noted in the last report, the staffing plan calls for many new clinical and administrative roles and functions, all of which must be designed in concert with the pilot teams. This was scheduled to occur from August to October. Primary Care training and design tasks include open scheduling, using transitional APPs, optimizing primary care visits, optimizing huddles, and developing new roles for nurses in high-risk care management and chronic care management. Mental Health training and design tasks include new outpatient treatment paradigms and practice (including the Primary Therapist model), new mental health team roles, and new mental health team processes. Given the marked delay in filling pilot positions, these trainings sessions were postponed. Training resumed on October 16 and will continue until all content is covered, which may take until early December.

In their feedback to a draft of this report, Defendants noted "The Mental Health portion of the Pilot program has been hindered from moving forward for a number of reasons. ADCRR and HSD have not received clear details on how the Mental Health portion of the Pilot should be conducted. Dr. Abplanalp was unable to attend the previous training, which exacerbated this issue. The PCCM Pilot on the medical side has shown some success, however the overall PCCM model on the mental health side is not yet well-defined." During our team's site visits October 28 – 30, we conducted in depth conversations with PCCM mental health staff at San Carlos and Dakota, one purpose of which was to explore their understanding of their roles and provide clarification and training where needed. With one exception (a staff member hired very recently), mental health staff expressed that they had full understanding of their roles and duties.

*Implementation of new processes, roles and practices by each pilot team*

Lead: NaphCare

Status: Incomplete

7

These tasks include implementing self-scheduling, daily huddles, visit consolidation, the role of nurse risk managers, and the role of primary therapists. This began with the staff who have been available and teams that have been implemented. It is incomplete because all staff have not been hired and therefore could not have been trained or have implemented the new roles.

*Weekly meeting among HSD, pilot sites' staff, and our team*

Lead: All

Status: In progress

The Experts, leaders from HSD, leaders from NaphCare, and both FHAs continue to participate in weekly progress calls. They are generally well-attended and productive.

*Design and launch system-wide communication*

Lead:  HSD

Status: Not started

HSD was to design and launch system-wide communication about the PCCM and the pilots by October 1. This has not begun for two reasons.  First, the HSD PCCM team is not sufficiently staffed to carry out this function, and second, given the clinical space constraints, the status of the pilots and how PCCM will be "spread" across ADCRR is highly unclear.   For the purposes of internal stakeholder communication, however, ADCRR has created a PCCM Pilot Implementation Portal (pccm_portal@azadc.gov), facilitating communication between the court monitors, NaphCare, and HSD. The HSD PCCM team is managing this internal communication portal effectively.

*Additional custody staff*

The Order requires ADCRR to provide additional custody staff to support patient movement for the new care model (Dkt. 4410 ¶ 1.15).  Both units are experiencing a high level of cooperation from custody. However, the actual number of officers that should be assigned to health care transport has not been determined.  HSD and ADCRR need to work cooperatively to quantify this essential support and ascertain how the officers can be officially requested and the progress tracked within ADCRR.  NaphCare recently programmed has new functionality in the electronic health record (TechCare) to allow the reason for "missed visits" to be recorded, including that a transport officer was not available.  The FHAs instructed staff to begin to use this feature immediately and we will track and report the data.

In their feedback to a draft of this report, Defendants noted that "Sec. 1.15 of the Injunction calls for "sufficient" custody staff, not necessarily additional custody staff. Additionally, the actual number of officers that should be assigned to health care transport fluctuates daily based on appointments and needs. Officers for movement and transportation are provided as needed. ADCRR's HSD and Prison

8

Operations divisions will continue working together collaboratively with NaphCare to identify any additional support needs."

***Other Issues of Note***

- As noted in the last report, the multiplicity and complexity of the many moving parts of this pilot must be carefully and closely managed on a daily basis. Our team is jointly managing an issue log with HSD, but that does not provide the level of essential project management that is needed. Our team noted our lack of confidence that HSD's informal approach to project management would be sufficient. Given the tasks that should have occurred but did not, and given the emerging need for formal management and codification of the workflows and processes that are emerging from the pilots, this concern is heightened. Without skilled project management, important details and findings will be lost, forgotten, or recalled incorrectly. This will compromise the usefulness of the pilot and the spread of the model. In addition, the effort to design and implement spread of the model across ADCRR, described below, will be massive and calls for far more project management across the entire state. The need for adequately skilled project management cannot be overstated. This includes clinical and operational leadership and extensive administrative support.

    In their feedback to a draft of this report, Defendants noted that "ADCRR and the HSD Team are supportive of the PCCM Pilot and are providing support for its successful implementation. The HSD PCCM team recognizes the importance of this Pilot and are willing to do what is necessary to achieve its success. Further, ADCRR leadership is working through plans to attempt to provide full-time project management to the pilot while balancing the other needs of the HSD, overall."

- The project schedule calls for all parties to begin designing a plan to spread the model to other units and complexes beginning mid-December.

    Given what is experienced in the pilot with regard to the length of time required to hire staff and create space, this activity must instead start immediately; waiting until mid-December, or after the completion of the pilot, would be far too late. Thus HSD should immediately begin planning the statewide spread of the PCCM. The implementation plan must address space needs and assure sufficient clinical space is available when the model is implemented in each unit. Planning for the creation of additional clinical space must begin now.

    It is possible that the final statewide staffing plan will differ from the original, but it is unlikely that staffing numbers will deviate by more than 15% in either direction. Given the marked delays that have occurred in hiring staff for the pilot, the implementation plan should anticipate those delays. This means that hiring staff for statewide implementation must begin now.

    In order to meaningfully participate in planning staffing, health care space, and operational discussions statewide, we recommend that clinical leaders at each complex receive training on the PCCM. The graphic below shows high-level sequencing. Note that there are nine complexes and more than 100 units. The work of "spread" is enormous.



In their feedback to a draft of this report, Defendants noted that "For a variety of reasons, the pilot has not yet proven successful enough at this particular point in either of the PCCM Pilot Units. While Yuma Dakota has had positive productivity, Perryville San Carlos continues to struggle. We collectively as a team have not implemented all the processes required to ensure successful roll- outs throughout the State given the complexity and logistics of this correctional healthcare model."

*OVERALL PCCM MODEL OPERATION*

Overall, reactions to the model by those involved has been positive. Clinical staff are fully supportive of its tenets and have been very actively engaged in many small tests of change to improve its operation. Clinicians have already seen positive effects on patient care.

As noted, a major increase in clinical space is needed to accommodate the volume of additional health care staff called for to meet the requirements of the injunction. This would be essential regardless of the model of care. Adding clinical space must be the highest priority. We will, however, carefully review the proposal submitted yesterday by ADCRR to complete the pilot "with less staff to take into consideration physical plant constraints."

Once the space issue is resolved, re-instating the pilot at San Carlos and adding the primary therapist model at Dakota would follow. Beyond that, continuing to complete staffing, tweak TechCare, and educate patients on the PCCM model will enhance the model's impact and will reveal important considerations for finalizing staffing and workflows to be used in spreading PCCM beyond the pilot units.

Lastly, we want to recognize the compassion, dedication, energy, flexibility in the face of uncertainty, and deep commitment to patient care, of all the front line staff we have encountered during our remote and on-site work on this pilot. It is heart-warming, encouraging, and will prove to be the most valuable factor in making the pilot a success.

Respectfully Submitted,

Donna Strugar Fritsch
Marc F. Stern
November 1, 2024