VANESSA HICKMAN
ACTING ATTORNEY GENERAL[1]
(Firm State Bar No. 14000)

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | NO. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE TO THE COURT REGARDING EFFORTS TO OBTAIN FUNDING** |
| Ryan Thornell, et al., | |
| Defendants. | |

Pursuant to Dkt. 4701, Defendants provide the following Notice regarding "the results of efforts to obtain additional funding for ADCRR from the Executive and Legislature."

As noted in Defendants' prior Notice dated October 9, 2024 (Dkt. 4688), in accordance with the annual budget request process outlined in A.R.S. § 35-113, ADCRR submitted its needs to the Governor's Office on September 3, 2024. Those needs included

---

[1] Pursuant to a screen and with client consent, Division Chief Counsel Vanessa Hickman is presently designated as the Acting Attorney General for purposes of this matter and certain other matters.

a Supplemental Appropriation request with a placeholder for FY2025 (July 1, 2024 to June 30, 2025), *see* Ex. 1, and a placeholder specific to FY2026 (July 1, 2025 to June 30, 2026, *see* Ex. 2, for Jensen Federal Court Injunction Requirements. Both requests reference the need for funding pertaining to the staffing study requirements, the costs of which are currently unknown pending the outcome of the staffing pilot and completion of the staffing analysis and report. *See* Ex. 1 at; Ex. 2 at 1. Since September 3, 2024, ADCRR has continued to engage in budget conversations with the Governor's Office of Strategic Planning and Budgeting to better inform upcoming needs.

Pursuant to A.R.S. § 35-111, the Executive Budget is submitted annually "not later than five days after the regular session of the Legislature convenes," which occurs on the second Monday in January.[2] Thus, ADCRR will not be advised of the preliminary results of its efforts to obtain additional funding until the proposed Executive Budget is published, which will likely occur on or before January 20, 2025. The Executive Budget will then be negotiated by lawmakers, passed by the legislature, and signed by the Governor.

---

[2] For 2025, the Legislature convenes on January 13, 2025.

DATED this 10th day of December 2024.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Daniel P. Struck
   Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar. No. 019881
   Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226
   dstruck@strucklove.com
   rlove@strucklove.com
   tbojanowski@strucklove.com
   nacedo@strucklove.com

   VANESSA HICKMAN
   ACTING ATTORNEY GENERAL

   Joshua D. Bendor, Bar No. 031908
   Gregory Honig, Bar No. 018804
   Lucy M. Rand, Bar No. 026919
   Luci D. Davis, Bar No. 035347
   Assistant Attorneys General
   2005 North Central Avenue
   Phoenix, AZ  85004-1592
   Joshua.Bendor@azag.gov
   Gregory.Honig@azag.gov
   Lucy.Rand@azag.gov
   Luci.Davis@azag.gov
   ACL@azag.gov

   *Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

2

3

   I hereby certify that on December 10, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4   Alison Hardy            ahardy@prisonlaw.com

5   Asim Dietrich           adietrich@disabilityrightsaz.org

6   Corene T. Kendrick      ckendrick@aclu.org

7   David Cyrus Fathi       dfathi@aclu.org

8   Donald Specter          dspecter@prisonlaw.com

9   Eunice Cho              ECho@aclu.org

10  Jared G. Keenan         jkeenan@acluaz.org

11  Lauren K. Beall         lbeall@acluaz.org

12  Maria V. Morris         mmorris@aclu.org

13  Maya Abela              mabela@disabilityrightsaz.org

14  Rita K. Lomio           rlomio@prisonlaw.com

15  Rose Daly-Rooney        rdalyrooney@disabilityrightsaz.org

16  Sara Norman             snorman@prisonlaw.com

17  Sophie Jedeikin Hart    sophieh@prisonlaw.com

18  Gregory Honig           Gregory.Honig@azag.gov

19  Lucy Rand               Lucy.Rand@azag.gov

20  Joshua D. Bendor        Joshua.Bendor@azag.gov

21  Luci D. Davis           Luci.Davis@azag.gov

22

23     I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

24

25     N/A

26                              /s/ Daniel P. Struck

27

28