**EXHIBIT 1**

**EXHIBIT 1**

## \*\*\* SUPPLEMENTAL APPROPRIATION\*\*\*

Issue Title: FY 2025 Jensen Federal Court Injunction Requirements

Issue Number: #1

Cost

| | |
|---|---|
| 1000 – General Fund | $placeholder |
| **Total** | **$ placeholder** |

Summary

The Federal Court Injunction in Jensen v. Thornell requires significant, on-going investments across many areas of ADCRR operations to ensure full compliance with the Federal Court Injunction (Injunction). ADCRR continues discussions with court monitors to refine the requirements of the Injunction and subsequent court Orders.

The FY 2025 Supplemental Appropriation request is to invest in requirements that will exceed ADCRR budget capacity in FY 2025. The FY 2025 enacted budget made significant changes to ADCRR funding streams. Specific to Injunction funding requirements, two new special line item appropriations were created and funding from an Arizona Attorney General appropriation from the Opioid Settlement Fund provide cash to ADCRR for very specific purposes.

ADCRR continues to assess and evaluate costs that should be appropriately allocated to each new funding line in addition to the impact of this new funding to the preexisting inmate health care contracted services appropriation.

Major cost components of the Jensen Federal Court Injunction do not have certain cost estimates. Examples of current cost unknowns are: staffing study requirements, classification, facilities requirements (paint), court ordered monitoring costs, plaintiff's attorneys costs, etc. and other Court requirements.

An initial assessment indicates shortages in the following funding lines:

| | FTE | need FY 2025 | approved FY 2025 | Δ | Notes |
|---|---|---|---|---|---|
| inmate health care contracted services SLI | | $372,739,000 | $367,557,100 | **-$5,181,900** | appropriation assumes $20M of Medicaid & Staff Vacancy offsets \| adjusted for treatment costs allocated to Opioid Remediation Fund |
| Operating Lump Sum Non Staffing Costs | | $3,288,900 | $2,688,900 | **-$600,000** | includes Food Service, pest control, & sanitation supplies - excludes paint requirements |
| Operating Lump Sum Staff Costs | **TBD** | $7,046,000 | $6,800,000 | **-$246,000** | court monitors & plaintiff's attorneys costs underfunded \| escort, transport & additional staffing requirements are unknown |
| | 0.0 | $448,041,100 | $442,013,200 | **-$6,027,900** | |

ADCRR will continue to work with the Executive to update the additional investment required for the FY 2025 Injunction requirements to ensure compliance.

In addition to ADCRR's FY 2025 Supplemental Appropriation Request for the Jensen Federal Court Injunction Requirements, investments in FY 2026 will be required. ADCRR will continue to work with the Executive to update the FY 2026 requirement as described in the FY 2026 Budget Request to ensure compliance with the Injunction and the associated timeline.

Background

On April 7, 2023, the Court in Jensen v. Thornell issued a final Injunction Order against ADCRR as a result of more than ten years of inadequate healthcare services, inadequate conditions of confinement for subclass populations, and lack of substantive action to improve the system, among other specific findings surrounding medical care, mental health care, and conditions in maximum custody isolation units.

The current FY 2025 rough estimate of funding requirements is $6M caveated by the above described funding unknowns. ADCRR will continue to work with the Executive to update the FY 2025 requirements to ensure compliance with the Court's order and the associated timeline.

Why is the recommended option the best option?

It is in the State's best interest to support the funding requirements associated with compliance with the terms of the Jensen Federal Court Injunction to ensure adequate healthcare services and conditions of confinement are provided to the inmate population, to mitigate legal risk to the State, and to avoid additional fines or other actions should ADCRR be found in contempt of court.

Promoting Equitable Outcomes

1. How does this funding request impact existing equity gaps for historically underserved, marginalized, or adversely affected groups, positively or negatively?

   Compliance with the Jensen Injunction will ensure all inmates in ADCRR complexes will receive access to the necessary and deserved health and mental health care and may promote improved wellness outcomes during incarceration and upon release. This is a historically underserved population.

2. How has the department included voices/feedback in the decision-making process of people that will be directly impacted by the spending plan implementation and the groups that will be targeted? How has this input affected the request?

   ADCRR continues to work directly with Jensen v. Thornell Plaintiffs to comply with all requirements of the Injunction. The Plaintiffs represent the inmate population who are directly impacted by the healthcare services delivered. ADCRR's Jensen Compliance Team, Heath Services Division and senior leadership engagement with NaphCare ensures we demonstrate a higher level of healthcare services. Additionally, the ADCRR communicates with the inmate population regarding specific aspects of the Injunction, as applicable.

Outcomes Supported
>How does this issue further the Governor's goals as outlined in the Blueprints?

>The Injunction requirements budget proposal furthers the goals of Governor Hobbs in the areas of Public Safety, Border Security, and Corrections Reform. Specifically, the requested funding will allow the ADCRR to fully comply with the Injunction and the constitutional requirements for basic healthcare of inmates (constitutional compliance). Additionally, the Governor's goals related to access to MAT/MOUD treatment services will be amplified as this funding request will be used to sustain MAT/MOUD treatment services for the inmate population, effectively treating substance use disorder. Lastly, Governor Hobbs' goal to increase public safety by reducing recidivism will be furthered when inmates transition from prison to Arizona communities in a healthier, more stabilized manner. By effectively treating underlying medical, mental health, and substance use issues, prior to release, we can expect a positive impact on recidivism.

Performance Measures that will be used to evaluate the outcome
>This issue is in alignment with ADCRR's outcome to attain 100% compliance with all court orders and mandates by June 2029.
>>Annual Objective:
>>- Increase the number of filled healthcare positions 10% by June 2025
>>
>>Objective Metrics:
>>- Number of filled HC positions (CHP FTE and PRN resource pool)
>>- % of active Medication Assisted Treatment
>>- % of Hep C Treatment received

3