**EXHIBIT 2**

**EXHIBIT 2**

Issue Title: FY 2026 Jensen Federal Court Injunction Requirements
Issue Number: #1

Cost

| | |
|---|---|
| 1000 – General Fund | $placeholder |
| **Total** | **$ placeholder** |

Summary

The Federal Court Injunction in Jensen v. Thornell requires significant, on-going investments across many areas of ADCRR operations to ensure full compliance with the Federal Court Injunction (Injunction). ADCRR continues discussions with court monitors to refine the requirements of the Injunction and subsequent court Orders.

The FY 2026 request is to invest in requirements that will exceed ADCRR's budget capacity. The FY 2025 enacted budget made significant changes to ADCRR funding streams. Specific to Injunction funding requirements, two new special line item appropriations were created and funding from an Arizona Attorney General appropriation from the Opioid Settlement Fund provide cash to ADCRR for very specific purposes.

ADCRR continues to assess and evaluate costs that should be appropriately allocated to each new funding line in addition to the impact of this new funding to the preexisting inmate health care contracted services appropriation. Additionally, remaining capacity in the FY 2025 Non-Contract Medication and Injunction-Related IT Upgrades appropriations.

Major cost components of the Jensen Federal Court Injunction do not have certain cost estimates. Examples of current cost unknowns are: staffing study requirements, classification, facilities requirements (paint), court ordered monitoring costs, plaintiff's attorneys costs, etc. and other Court requirements.

In addition to ADCRR's FY 2026 request, investments in FY 2025 will be required. ADCRR will continue to work with the Executive to update the FY 2025 requirement (see FY 2025 Jensen Federal Court Injunction Requirements Supplemental Appropriation request) to ensure compliance with the Injunction.

Background

On April 7, 2023, the Court in Jensen v. Thornell issued a final Injunction Order against ADCRR as a result of more than ten years of inadequate healthcare services, inadequate conditions of confinement for subclass populations, and lack of substantive action to improve the system, among other specific findings surrounding medical care, mental health care, and conditions in maximum custody isolation units.

ADCRR will continue to work with the Executive to update the additional investment required for the FY 2026 Injunction requirements to ensure compliance. Notably, ADCRR anticipates the Opioid Remediation Fund will be fully exhausted and will require additional investments.

| | |
|---|---|
| FY 2024 & FY 2025 Opioid Settlement Fund Cash | $115,000,000 |
| FY 2024 & FY 2025 Expenditures [1] | $119,918,500 |
| FY 2025 Cash Remaining [2] | -$4,918,500 |

[1] GO Approved Expenditure Plan

[2] ADCRR will monitor expenditures and adjust the expenditure plan to align spending to the fund's allocation.

ADCRR also recommends FY 2026 General Appropriations Act legislation to exempt the FY 2025 Non-Contract Medication and Injunction-Related IT Upgrades appropriations from lapsing provisions of A.R.S. § 35-190 until June 30, 2026.

Why is the recommended option the best option?

It is in the State's best interest to support the funding requirements associated with compliance with the terms of the Jensen Federal Court Injunction to ensure adequate healthcare services and conditions of confinement are provided to the inmate population, to mitigate legal risk to the State, and to avoid additional fines or other actions should ADCRR be found in contempt of court.

Promoting Equitable Outcomes

1. How does this funding request impact existing equity gaps for historically underserved, marginalized, or adversely affected groups, positively or negatively?

   Compliance with the Jensen Injunction will ensure all inmates in ADCRR complexes will receive access to the necessary and deserved health and mental health care and may promote improved wellness outcomes during incarceration and upon release. This is a historically underserved population.

2. How has the department included voices/feedback in the decision-making process of people that will be directly impacted by the spending plan implementation and the groups that will be targeted? How has this input affected the request?

   ADCRR continues to work directly with Jensen v. Thornell Plaintiffs to comply with all requirements of the Injunction. The Plaintiffs represent the inmate population who are directly impacted by the healthcare services delivered. ADCRR's Jensen Compliance Team, Heath Services Division and senior leadership engagement with NaphCare ensures we demonstrate a higher level of healthcare services. Additionally, the ADCRR communicates with the inmate population regarding specific aspects of the Injunction, as applicable.

2

Outcomes Supported

How does this issue further the Governor's goals as outlined in the Blueprints?

The Injunction requirements budget proposal furthers the goals of Governor Hobbs in the areas of Public Safety, Border Security, and Corrections Reform. Specifically, the requested funding will allow the ADCRR to fully comply with the Injunction and the constitutional requirements for basic healthcare of inmates (constitutional compliance). Additionally, the Governor's goals related to access to MAT/MOUD treatment services will be amplified as this funding request will be used to sustain MAT/MOUD treatment services for the inmate population, effectively treating substance use disorder. Lastly, Governor Hobbs' goal to increase public safety by reducing recidivism will be furthered when inmates transition from prison to Arizona communities in a healthier, more stabilized manner. By effectively treating underlying medical, mental health, and substance use issues, prior to release, we can expect a positive impact on recidivism.

Performance Measures that will be used to evaluate the outcome

This issue is in alignment with ADCRR's outcome to attain 100% compliance with all court orders and mandates by June 2029.

- Annual Objective:
  - Increase the number of filled healthcare positions 10% by June 2025
- Objective Metrics:
  - Number of filled HC positions (CHP FTE and PRN resource pool)
  - % of active Medication Assisted Treatment
  - % of Hep C Treatment received