THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _CV 54 2.11(m)_
(Rule Number/Section)

HELP PLEASE

FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 16 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TO - JUDGE ROSLYN-O-SILVER

CV-12-601-PHX-ROS

ADC REFUSES TO COMPLY WITH THE COURT ORDERS
YOUR COURT ORDERS

#1 INMATES HAVE NO HEALTH CARE
#2 THE TABLET GRIEVANCE SYSTEM IS A JOKE AND FUNCTIONALLY UNUSEABLE FOR 99 DAYS FOR A RESPONSE PER STEP - 4 STEPS 4 X 99 = 396 DAYS FOR A RESOLUTION TO A GRIEVANCE

#3 PLEASE REQUIRE ADC TO USE A -FUNCTIONAL- GREIVANCE EFORM APP WHERE THE WHOLE PROCESS IS ON ONE CONTINUOUS PAGE
AS IT IS NOW INMATES HAVE TO FILE 4 SEPERATE EFORMS THAT CANNOT BE MATCHED TOGEATHER EASY OR AT ALL

#4  1300 TO 1800 CALORIES A DAY AND MOST OF THE FOOD MAKES INMATES SICK - I HAVE A USDA.GOV CALORIE OF FOODS BOOK - ADC HAS LIES AND COVERUPS ABOUT THE FOOD ISSUE  Kep

KEMP - HORTON - 202496
PO BOX - 24403
TUCSON - AZ - 85734

TO - JUDGE ROSLYN-O-SILVER

PLEASE CHANGE YOUR COURT ORDER ABOUT PSYCH STAFF CHECKING ON INMATES
THE DEEPLY DISTURBED PSYCH ASSOCIATE STAFF USE YOUR COURT ORDER TO CONSTANTLY HARASS INMATES FOR YEARS NOW
PSYCH ASSOCIATE LADY I DO NOT KNOW HER NAME HAS ACTIVELY ADVISED ME TO KILL MYSELF TO GET AWAY FROM HER CONSTANTLY HARASSING ME
HOW ABSURD
PLEASE CHANGE YOUR ORDER THAT ONLY ADC PRISON STAFF ARE RESPONSIBLE FOR INMATES SAFETY AND CONDITION AND THE PSYCH ASSOCIATE STAFF ARE NOT ALLOWED TO CONSTANTLY HARASS INMATES WITH THEIR CONSTANT "ARE YOU OK" CHECKS
ADC PSYCH IS A JOKE JUST LIKE ADC IS A JOKE    Kemp

KEMP-HORTON-202496
PO BOX-24403
TUCSON AZ
85734