⊠ FILED   ☐ LODGED

# Dec 18 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Steven Bernal #270344
P.O. Box 8909
San Luis, AZ 85349

United States District Court
District Of Arizona

Shawn Jensen

vs

Dr. Ryan Thornell

No: 12-0601 ROS
Request For Help

I am 53 years old and have been unable to sleep. I have been fighting for 3 years to get a sleep study for my sleep apnea. I finally got it approved 5 months ago but I am still waiting. Now I am having these issues:

I wake up at least 5 times a night because I stop breathing. I snore and cannot breathe out of my right nostral because it is broken. I am tired all day and have zero energy, this is not healthy.

NaphCare is not following provider's orders and I am suffering.

I am not the only person having issues. There are inmates begging for medical help and NaphCare is not following provider's orders.

I need help and others being denied treatment also need help.

Respectfully Submitted

Steven Bernal

x _Steven T B_

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Bernal Steven T | 270344 | Yuma/Cibola | 6-19-24 |

| TO | LOCATION |
|---|---|
| CO III lica | 04-C-5L |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"In violation of Jensen" instead of providing me with a cpap for my sleep Apnia medical is Directing me To lose 100 lbs. I am trying But cant lose no pounds I Ask That either my Broken Nose Be Fixed or give me my cpap That I Need

INMATE SIGNATURE

DATE *(mm/dd/yyyy)*  6-19-24

Have you discussed this with institution staff?  ☒ Yes  ☐ No

If yes, give the staff member name: medical 3 times

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| | Received By | D. Leen |
|---|---|---|
| | Title | Co 14 |
| | Badge Number | 7032 | Date | 7/15/24 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3P, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First, M.I.) | ADC Number | Date |
|---|---|---|
| Bernal Steven T | 270344 | 7-15-2024 |
| Institution/Facility | Case Number | |
| Yuma / cibola | 24-026862 | |
| TO: Grievance Coordinator | | |

**Description of Grievance** (To be completed by the inmate) "In Violation OF Jensen" instead of providing me with A c-pap for my sleep Apnia medical is Directing me To lose 100 lbs I am Trying But can't loose 100 pounds

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

I ASK That either my Broken Nose Be fixed or give me my c-pap That I Need

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Steven B | 7-15-2024 | | 7/17/24 |

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1P
2/14/00

| Ref# AZY090002814943 | Housing:HU4C34L | Date Created:10/22/2024 |
|---|---|---|
| ID#: 270344 | Name:BERNAL,STEVEN | |
| Form:Grievance Request / Proceso de Queja | Subject:Grievance Request-Informal Complaint/ Quejas Informales | Description:Informal Complaint/ Quejas Informales |
| Urgent:No | Time left:99 Day(s) | Status:Pending |

Original Form
*10/22/2024 7:00:50 AM : ( 270344 ) wrote*
By failing to take me for sleep study, NaphCare is preventing me from sleeping and inflicting unjust punishment

Communications / Case Actions
*10/22/2024 7:00:50 AM : ( 270344 ) wrote*
Form has been submitted

*10/22/2024 7:02:51 AM : ( ADC ADC ) wrote*
Thank you for your submission. When received by the Grievance Coordinator, Inmate Informal Complaint Resolutions will be assigned a case number in ACIS. All other grievance submissions will be attached to an existing grievance case number in ACIS and processed according to Department Order 802, Inmate Grievance Procedure.
Gracias por tu envío. Cuando las reciba el Coordinador de Quejas, a las Resoluciones de Quejas Informales de Reclusos se les asignará un número de caso en ACIS. Todas las demás presentaciones de quejas se adjuntarán a un número de caso de queja existente en ACIS y se procesarán de acuerdo con la Orden del Departamento 802, Procedimiento de quejas de reclusos.

Admin Log
*10/22/2024 7:02:52 AM : ( ADC ADC ) wrote*
Acknowledgment of receipt was sent from JPay.

*10/22/2024 2:04:36 PM : ( Carlos Roman ) wrote*
Form was viewed by Carlos Roman and the status was changed to Pending.

Manual Fill-In