ANANT KUMAR TRIPATI
102081 P.O. Box 8909
SAN LUIS, AZ 85349

☒ FILED    ☐ LODGED

**Dec 30 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| SHAWN JENSEN et al | CV 12-0601 ROS |
|---|---|
| vs. | Re: NOTICE OF MOTION FILED WITH THE ARIZONA BOARD OF EXECUTIVE CLEMENCY PURSUANT TO ARS 41-1026. A. 3 |
| DR. RYAN THORNELL, et al | |

① DR. RYAN Thornell has Refused

to Change ADX Policies to Comply

with JENSEN, though ARS 41-1005.

A. 22 EXEMPTS THORNELL FROM

Complying with the Administrative

Procedure Act.

② ARS 41-1026.A-3 gives the

— 1 —

ARIZONA BOARD OF EXECUTIVE
CLEMENCY TO ADOPT/Change Rules
Pursuant to its EMERGENCY Powers.

③ AWARE OF Jensen the BOARD
HAS OPTED NOT TO Change/Adopt/
Modify its Rules — so that Jensen
be Followed — we Do NOT DIE —
WE DO NOT Receive MEDICAL
TREATMENT — That violates Jensen

④ NAPHCARE in Cibola Unit is
DENYING us MEDICAL CARE —
Killing us — DELAYING CARE —
AND Thornell is Aware of

— 2 —

This.

## Conclusion

⑤ ARIZONA will <u>not</u> Comply with Jensen.

⑥ ABOEC — I — DO <u>NOT</u> Believe — shall comply with Jensen — For THEY would RATHER WE DIE / SUFFER / Receive NO CARE

⑦ I have Asked the BOARD to Change its Rules AC authorized by ARS 41-1026 A3. I DO not think they will —

Respectfully Submitted

12/30/24

ANANT KUMAR TRIPATI
102081
ARIZONA STATE PRISON
CIBOLA Unit
P. O. Box 8909
San Luis, Arizona 85349

BEFORE THE
ARIZONA BOARD OF EXECUTIVE
CLEMENCY

MOTION FOR THE BOARD OF
CLEMENCY TO CHANGE ITS
RULES AND ADOPT EMERGENCY
RULES

(1) ANANT KUMAR TRIPATI (hereinafter

"I") in the Custody of ADCRR,

Moves this BOARD TO EXERCISE

ITS EMERGENCY POWERS,

— 1 —

# Table Of Contents

The Emergency                                          3

My Standing                                            6

Reasons Why The Rules
Should Be Changed                                  12 — 21

(A)    The Board Should Ask
       The District Court To
       Appoint A Receiver To
       Take Control Of The
       Prison System                              12

(B)    Arizona Should Have
       Known When It Imprisons
       People, It Must Comply
       With Federal Law. Lack
       Of Financial Resources Is
       No Excuse                                   15

(C)    Napagize Rigued The
       Bid And Has Chosen To
       Down Inmates Treatment
       In Order To Make A Profit   16

— a —

(D)    THE BOARD SHOULD LEARN
       FROM THE California HealthCare
       Injunction                                    19

(E)    Conclusion                                    21

(F)    What Should The Rules Be           22

Change/Adopt its Rules to
Comply with Federal Law
And Submits:

TABLE OF APPENDIX

Appendix No.                    Description

A                               ECF 4335 - 200
                                Page Order By
                                Federal Court
                                Finding Arizona
                                Is Killing Inmates
                                by Denying/Delaying
                                Health care

B                               ECF 4410 - 67
                                Page Injunction By
                                Federal Court
                                Directing Arizona
                                To Provide Treatment
                                And Stop Killing
                                Inmates Stop
                                Causing Injury.

— 2 —

C          COMPLAINT Filed by
           ME IN YUMA TO
           SEEK Dissolution
           OF NAPHCARE AS
           IT is KILLING US

D          MOTION to Intervene
           BY ME IN FEDERAL
           Court SEEKING
           Dissolution of
           NaphCare

E          PRISON RECORDS
           (Relevant PORTION)

F          MEDICAL RECORDS

---

                    THE EMERGENCY
(2)  ARS 31 - 401. G authorizes the

BOARD  TO  ADOPT  AND/OR Change

its Rules to COMPLY with FEDERAL

INJUNCTION  ARS 41 - 1026. A. 3

                    — 3 —

③ THE U.S. DISTRICT COURT in AN EXTENSIVE 200 PAGE ORDER entered ON June 30, 2022 [EX.A, ECF 4335] DISCUSSES how ARIZONA HAS BEEN Killing PRISONERS BY DENYING them TREATMENT FOR THEIR SERIOUS MEDICAL NEEDS. ON APRIL 7, 2023 the COURT ISSUED A PERMANENT Injunction. [B.B ECF 4410].

④ NAPHCARE is Continuing to Kill inmates AND DENY

—4—

INMATES TREATMENT FOR THEIR SERIOUS MEDICAL NEEDS, even though they hired ATTORNEY SARAH BARNES to Conceal, MANUFACTURE evidence so NaphCare has the Contract[1] (Ex. D)

_____

[1] I have WRITTEN EXTENSIVELY ABOUT THIS. see "Healthcare Defense is Designed to Cause — Deaths And Serious Medical Injury — Is This Irrational Exuberance And Arizona Realism."

See https://linkedln.com/in/anant-tripati/a794ab311//recent-activity/articles/

— 5 —

## My STANDING

(5) SINCE June 24 1992 I have been in Custody on Crimes MANUFACTURED BY THE STATE, sentenced to 52.5 Years with no possibility of Release early. In ACCORDANCE with the PRACTICE of THIS BOARD NOT TO Consider ACTUAL Innocence Claims, even when Clear and Convincing evidence is Presented that the Crimes were MANUFACTURED, this BOARD Refused to Consider my Actual

— 6 —

Innocence Claims stating Courts

MUST Consider these. [See Records

Of Hearings July 23, 2024]

(6) However, over the years, due

to denial AND DELAY in Providing

MEDICAL Care, I Developed

Serious MEDICAL issues As Reflected

in the MEDICAL Records submitted

in Conjunction with the July 23,

2024 PARSON HEARING.

(7) I was transferred to Cibola

Unit in 2021. I was Fortunate

to Receive MEDICAL Care

— 7 —

FROM TWO Highly intelligent AND COMPETENT PROVIDERS, N.P. Diana Curtis AND ADON MARCELA MEZA WHO MANAGED MY MEDICAL CONDITIONS.

(8) HOWEVER, in December 2023 they were idirected by NaphCare Administrators to stop treatment[2]

2/ This is Reflected in the MEDICAL Records this BOARD HAS. HOWEVER, AS SARAH BARWEE IS DOING her Best to ensure that NaphCare Not be Dicsolved she has Chosen to lie to the Court see Footnote 1.

Since then my conditions have worsened and I have not been able to walk without pain, have shakes, tremors, had eye surgery, have dangerously high blood pressure due to pain and need more surgery etc. 3)

3) NaphCare through Sarah Bailes informed the court that I am supposed to be seen by pain management, Neuro, Cardio, Gastro. What is interesting is — they did not schedule followups.

—9—

(9) Cibola Unit has not been able to retain qualified providers because Yuma is a poor county, and Naph Care refuses to pay Hispanic Nurses from Yuma the salaries that they pay Travel Nurses.[4]

(10) Marcela Moza has to struggle to provide Inmates

---

[4] THE DIFFERENCE IN PAY IS NOT SMALL BUT SUBSTANTIAL. AS A CONSEQUENCE — LOCAL NURSE AR QUITTING AND REFUSE TO WORK FOR NAPH CARE. THESE TRAVELLING NURSES ARE BODIES THAT ARE UNTRAINED IN CORRECTIONS.

—10—

with MEDICAL CARE [5]

(11) AS NaphCare REFUSED to PAY the $500,000 A Nurse Practitioner with 1,000 patients Receives - She Quit Yuma AND Transferred to Lewis - where She gets paid MORE - under the Pilot Program. [6]

5) IF MARCELA MEZA leaves MORE inmates Shall DIE - Shall be DenieD CARE.

6) 3 Full time Providers have Quit From Cibola. I expect JOY OLUKOYA NP shall Quit SOON for they are unable to deal with 1,000 patients - AND are NOT paid enough by NaphCare.

—11—

(12) I am not provided the treatment by NaphCare that NP Diane Curd and ADON Marcelo Meza gave, which managed my condition

## Reasons why the Rules must be Changed

(A) The Board should ask the District Court to appoint a receiver to take control of the prison system.

(13) The Board should request the federal court to appoint a receiver to take control

—12—

OF THE PRISON SYSTEM TO ensure

compliance with Jensen, Relieving

NaphCare so that Article 2 Section

3 to the Arizona Constitution

is Followed.

(14) The Findings by the District

Court And the Injunction is

Federal Law And Arizona Has

the Duty to Comply with it

(15) As to Date this Board Has

Refused to Exercise Its

Authority And Ensure Compliance

with Federal Law, that

-13-

ARS 41 — 1026. A.3 gives this

BOARD the Duty to ensure, it

should ask the federal Court to

appoint A Receiver.

(16) When ARIZONA inmates are/were

sentenced ARIZONA was NOT Directed

to ensure we DIE in PRISON / are

DENIED TREATMENT FOR our serious

MEDICAL NEEDS ]1

1/ THIS BOARD SINCE 1993 — HAS MADE
CERTAIN — Inmates who are Dying/
DENIED MEDICAL TREATMENT — ARE
NOT Released — Die in PRISON — AND
THE STATE — continue to PAY
For their MEDICAL CARE. However —
SINCE Privatization — we are
denied CARE. — 14 —

(B) ARIZONA SHOULD HAVE
KNOWN WHEN IT
IMPRISONS PEOPLE IT
MUST COMPLY WITH
FEDERAL LAW. LACK OF
FINANCIAL RESOURCES
IS NO EXCUSE

(17) Both the Ninth Circuit

AND DISTRICT COURT HAVE

STATED Repeatedly in Jensen

that the STRUCK LAW FIRM

HAS BEEN Making Frivolous

ARguments. THEY HAVE ALSO

STATED that ARIZONA HAS

CHOSEN NOT to PROVIDE

Inmates with MEDICAL treatment

— 15 —

with Knowledge of its obligations

(18) Clearly Arizona has made the Choice to imprison Inmates. Therefore, it has to take monies from other state Programs to Pay For Inmate healthcare.

(19) Lack of Financial Resources is No excuse For Violating the Federal Injunction.

(C) NAPHCARE RIGGED THE BID AND HAS CHOSEN TO DENY Inmates Treatment IN ORDER TO MAKE A PROFIT

(20) ARIZONA is OUR Custodian - So

— 16 —

Arizona — Not NashCare is Responsible For our Health care. (Ex. A, B) Arizona is not Relieved of its Duty by Delegation.

(21) I have Asked the Court to Dissolve NashCare as too Many of us Are Dying [Denied health care. [Ex. D]

(22) Furthermore, Dissolution is Proper Because when NashCare Obtained the Contract David Shinn, the Former ADCRR

— 17 —

DIRECTOR HAD PERSONAL Knowledge that NaphCare was incapable of complying with the injunction. Shinn also knew NaphCare has the Highest Death Rate nationally (ex C) Due to lobbying by James McBee who owns NaphCare, Shinn hired Larry Gann as MEDICAL Director. THIS FORMER NaphCare Employee and Shinn Pressured Career'd ADCRR employees to Rig the BID.

d) THE Records of hearing of this BOARD shows that this BOARD DOES not function as an arm of the Governor — But — an Agent of the PROSECUTION.    —18—

(D) THIS BOARD SHOULD LEARN
FROM THE CALIFORNIA Healthcare
Injunction.

(23) THE FEDERAL COURT in California

Repeatedly gave the state the

Chance to Stop inmate deaths,

AND PROVIDE them with

healthcare

(24) Just like Arizona, California

REFUSED.

(25) The COURT ORDER PRISONERS

Released en masse Brown v

PLATA, 563 U.S 493 (2011)

Plata v Schwarzenegger, 560

— 19 —

F 3D 976 (9tt Ci. 2002) 603 F3D 1088 (9th

Cir. 2010)

(26) By Refusing to exercise its

Statutory emergency Power —

Because of the Number of

. Deaths caused by Naphcare,

Number of inmates being

denied Medical care, this Board

~~Court~~, shall very like,

Created, a en masse

Release

(27) In the event the Court

appoints A Receiver — And

— 20 —

Others en masse Release —
this Board shall have no
Control.

## Conclusion

(28) At this time this Board
has Control. It should Exercise
its Statutory authority and
Adopt emergency Rules. To
Prevent serious Prejudice in
the nature of death and
Further medical injury by
NaphCare and Arizona, ARS
41 - 10 26. A. 5 allows this Board

to enact Emergency Rules

(29) In order to protect the

Public Health, Safety and

Welfare of the Public ARS 41-1026.

A.1  this Board should Adopt

Emergency Rules 9)

<u>What should the</u>
<u>Rules Be</u>

(30) Inmates with Serious Medical

Needs, Being Denied Medical

Treatment, or whose treatments

Cost to State substantial funds

— Be Considered for Commutation

—22—

9) No matter how good any inmate behaves in prison — this Board has a documented history of making certain we — who are being denied treatment — are continued to be denied care

Jensen — (Cordova Died)
Barnett (Died) — Wideman —
to name a few.

Instead — this Board —
under the false picture to the public and governor — that it is protecting the public — is in fact — doing the biddings of the prosecution

Comments — statements by Chairperson Mina Mendez reflects this behavior by this Board — see change.org petitions by Cadmus.

UNDER Jensen.

(31)  Inmates who have spent

MORE then ten years and are

foreign Nationals — about

7 000 in the ADCRR NOW —

be turned over to ICE —

if they have medical issues.[10]

Respectfully submitted

12/30/24

10) This Releases Millions of
Dollars to Comply with
Jensen.

— 24 —