VANESSA HICKMAN
ACTING ATTORNEY GENERAL[1]
(Firm State Bar No. 14000)

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Ryan Thornell, et al., <br><br> Defendants. | NO. CV-12-00601-PHX-ROS <br><br> **DEFENDANTS' NOTICE OF COMPLIANCE WITH COURT ORDER (Dkt. 4410)** |

In compliance with the Court's Order (Dkt. 4410 at 54-55), Defendants submit the attached Correctional Staffing Report for the fourth quarter 2024 (Exhibit A) and the fourth quarter 2024 Healthcare Staffing Report (Exhibit B).

---

[1] Pursuant to a screen and with client consent, Division Chief Counsel Vanessa Hickman is presently designated as the Acting Attorney General for purposes of this matter and certain other matters.

DATED this 31st day of December 2024.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Daniel P. Struck
    Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar. No. 019881
    Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
    dstruck@strucklove.com
    rlove@strucklove.com
    tbojanowski@strucklove.com
    nacedo@strucklove.com

VANESSA HICKMAN
ACTING ATTORNEY GENERAL

Joshua D. Bendor, Bar No. 031908
Gregory Honig, Bar No. 018804
Lucy M. Rand, Bar No. 026919
Luci D. Davis, Bar No. 035347
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ  85004-1592
Joshua.Bendor@azag.gov
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy | ahardy@prisonlaw.com |
| Asim Dietrich | adietrich@disabilityrightsaz.org |
| Corene T. Kendrick | ckendrick@aclu.org |
| David Cyrus Fathi | dfathi@aclu.org |
| Donald Specter | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Lauren K. Beall | lbeall@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@disabilityrightsaz.org |
| Rita K. Lomio | rlomio@prisonlaw.com |
| Rose Daly-Rooney | rdalyrooney@disabilityrightsaz.org |
| Sara Norman | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Gregory Honig | Gregory.Honig@azag.gov |
| Lucy Rand | Lucy.Rand@azag.gov |
| Joshua D. Bendor | Joshua.Bendor@azag.gov |
| Luci D. Davis | Luci.Davis@azag.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck