**EXHIBIT A**

**EXHIBIT A**

# COURT ORDER CORRECTIONAL STAFFING REPORT
## October – November 2024

### Number of Correctional Staff Assigned to Each Complex at the Beginning of the Period*

|  | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 361 | 16 | 28 | 45 | 16 | 6 | 5 | 477 |
| Eyman | 753.25 | 16 | 59 | 107 | 34 | 10 | 9 | 988.25 |
| Lewis | 975 | 29 | 59 | 93 | 34 | 13 | 10 | 1213 |
| Perryville | 500.25 | 27 | 50 | 66 | 28 | 13 | 8 | 692.25 |
| Phoenix | 192.25 | 10 | 16 | 17 | 7 | 4 | 3 | 249.25 |
| Safford | 216.25 | 3 | 25 | 40 | 14 | 7 | 6 | 311.25 |
| Tucson | 781.5 | 22 | 62 | 93 | 35 | 15 | 11 | 1019.5 |
| Winslow | 186.5 | 0 | 17 | 38 | 14 | 4 | 5 | 264.5 |
| Yuma | 707 | 23 | 50 | 66 | 24 | 10 | 9 | 889 |
| TOTAL | 4673 | 146 | 366 | 565 | 206 | 82 | 66 | 6104 |

*There are currently 4 employees assigned to Florence Complex to help with the closure

### Number of Correctional Staff Employed at Each Complex by the End of the Period

|  | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 353 | 20 | 28 | 45 | 15 | 6 | 5 | 472 |
| Eyman | 744 | 17 | 63 | 102 | 31 | 10 | 9 | 976 |
| Lewis | 944.25 | 32 | 56 | 94 | 34 | 13 | 12 | 1185.25 |
| Perryville | 504.25 | 26 | 53 | 67 | 27 | 13 | 7 | 697.25 |
| Phoenix | 191.25 | 11 | 16 | 17 | 7 | 4 | 3 | 249.25 |
| Safford | 223 | 4 | 26 | 40 | 16 | 7 | 6 | 322 |
| Tucson | 770.75 | 22 | 61 | 89 | 36 | 15 | 11 | 1004.75 |
| Winslow | 192.75 | 0 | 15 | 39 | 14 | 5 | 5 | 270.75 |
| Yuma | 722 | 28 | 49 | 66 | 24 | 10 | 9 | 908 |
| TOTAL | 4645.25 | 160 | 367 | 559 | 204 | 83 | 67 | 6085.25 |

# COURT ORDER CORRECTIONAL STAFFING REPORT
## October – November 2024

### Turnover Rate for the Period - Terminations and Staff Assigned

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned |
| Douglas** | 9 | 353 | 0 | 20 | 0 | 28 | 0 | 45 | 0 | 15 | 0 | 6 | 0 | 5 | 9 | 472 |
| | 2.55% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 1.91% | |
| Eyman** | 24 | 744 | 0 | 17 | 1 | 63 | 3 | 102 | 0 | 31 | 0 | 10 | 0 | 9 | 28 | 976 |
| | 3.23% | | 0.00% | | 1.59% | | 2.94% | | 0.00% | | 0.00% | | 0.00% | | 2.87% | |
| Lewis** | 41.75 | 944.25 | 0 | 32 | 0 | 56 | 2 | 94 | 0 | 34 | 0 | 13 | 0 | 12 | 43.75 | 1185.25 |
| | 4.42% | | 0.00% | | 0.00% | | 2.13% | | 0.00% | | 0.00% | | 0.00% | | 3.69% | |
| Perryville** | 13 | 504.25 | 0 | 26 | 0 | 53 | 1 | 67 | 2 | 27 | 0 | 13 | 1 | 7 | 17 | 697.25 |
| | 2.58% | | 0.00% | | 0.00% | | 1.49% | | 7.41% | | 0.00% | | 14.29% | | 2.44% | |
| Phoenix**/*** | 1 | 191.25 | 0 | 11 | 0 | 16 | 1 | 17 | 1 | 7 | 0 | 4 | 0 | 3 | 3 | 249.25 |
| | 0.52% | | 0.00% | | 0.00% | | 5.88% | | 14.29% | | 0.00% | | 0.00% | | 1.20% | |
| Safford** | 6.25 | 223 | 0 | 4 | 0 | 26 | 0 | 40 | 0 | 16 | 0 | 7 | 1 | 6 | 7.25 | 322 |
| | 2.80% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 16.67% | | 2.25% | |
| Tucson** | 33.75 | 770.75 | 3 | 22 | 4 | 61 | 2 | 89 | 2 | 36 | 1 | 15 | 0 | 11 | 45.75 | 1004.75 |
| | 4.38% | | 13.64% | | 6.56% | | 2.25% | | 5.56% | | 6.67% | | 0.00% | | 4.55% | |
| Winslow** | 8 | 192.75 | 0 | 0 | 1 | 15 | 0 | 39 | 0 | 14 | 0 | 5 | 0 | 5 | 9 | 270.75 |
| | 4.15% | | n/a* | | 6.67% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 3.32% | |
| Yuma** | 17 | 722 | 0 | 28 | 1 | 49 | 1 | 66 | 0 | 24 | 0 | 10 | 0 | 9 | 19 | 908 |
| | 2.35% | | 0.00% | | 2.04% | | 1.52% | | 0.00% | | 0.00% | | 0.00% | | 2.09% | |
| TOTAL | 153.75 | 4645.25 | 3 | 160 | 7 | 367 | 10 | 559 | 5 | 204 | 1 | 83 | 2 | 67 | 181.75 | 6085.25 |
| | 3.31% | | 1.88% | | 1.91% | | 1.79% | | 2.45% | | 1.20% | | 2.99% | | 2.99% | |

\*\*In October 2024 there was CO2 position movement that resulted in the following Complexes gaining positions; Lewis - 17, Eyman - 9, Tucson - 13, Yuma - 6, Winslow - 3, Perryville - 2, Safford - 2.  The positions were transferred from the Phoenix and Douglas complexes.

\*\*\*In October, 11 vacant CO2 positions from ASPC-Phoenix were moved to the closed ASPC-Florence to begin addressing posiitions moved in the initial activation of the ASPC-Lewis Eagle Point unit.

\*Any "n/a" result is generated when there are no individuals assigned at the end of the quarter.  Turnover is specified as number of voluntary and involuntary terminations during the period divided by the total number of staff assigned at the end of the quarter.  With no individuals assigned the desired calculation can not be completed.

# COURT ORDER CORRECTIONAL STAFFING REPORT
## October – November 2024

**Retention Rate for the Period - Staff Employed 12+ Months (mo.) and Staff Assigned****

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned |
| Douglas | 338 | 353 | 15 | 20 | 26 | 28 | 43 | 45 | 13 | 15 | 6 | 6 | 5 | 5 | 446 | 472 |
| | 95.75% | | 75.00% | | 92.86% | | 95.56% | | 86.67% | | 100.00% | | 100.00% | | 94.49% | |
| Eyman | 657 | 744 | 4 | 17 | 55 | 63 | 94 | 102 | 25 | 31 | 8 | 10 | 8 | 9 | 851 | 976 |
| | 88.31% | | 23.53% | | 87.30% | | 92.16% | | 80.65% | | 80.00% | | 88.89% | | 87.19% | |
| Lewis | 692 | 944.25 | 34 | 32 | 54 | 56 | 77 | 94 | 26 | 34 | 9 | 13 | 7 | 12 | 899 | 1185.25 |
| | 73.29% | | 106.25% | | 96.43% | | 81.91% | | 76.47% | | 69.23% | | 58.33% | | 75.85% | |
| Perryville | 393 | 504.25 | 14 | 26 | 44 | 53 | 59 | 67 | 20 | 27 | 10 | 13 | 6 | 7 | 546 | 697.25 |
| | 77.94% | | 53.85% | | 83.02% | | 88.06% | | 74.07% | | 76.92% | | 85.71% | | 78.31% | |
| Phoenix | 162 | 191.25 | 7 | 11 | 12 | 16 | 9 | 17 | 4 | 7 | 1 | 4 | 3 | 3 | 198 | 249.25 |
| | 84.71% | | 63.64% | | 75.00% | | 52.94% | | 57.14% | | 25.00% | | 100.00% | | 79.44% | |
| Safford | 156 | 223 | 4 | 4 | 21 | 26 | 40 | 40 | 9 | 16 | 5 | 7 | 4 | 6 | 239 | 322 |
| | 69.96% | | 100.00% | | 80.77% | | 100.00% | | 56.25% | | 71.43% | | 66.67% | | 74.22% | |
| Tucson | 624 | 770.75 | 21 | 22 | 53 | 61 | 73 | 89 | 22 | 36 | 13 | 15 | 10 | 11 | 816 | 1004.75 |
| | 80.96% | | 95.45% | | 86.89% | | 82.02% | | 61.11% | | 86.67% | | 90.91% | | 81.21% | |
| Winslow | 156 | 192.75 | 2 | 0 | 14 | 15 | 34 | 39 | 12 | 14 | 5 | 5 | 4 | 5 | 227 | 270.75 |
| | 80.93% | | n/a* | | 93.33% | | 87.18% | | 85.71% | | 100.00% | | 80.00% | | 83.84% | |
| Yuma | 629 | 722 | 25 | 28 | 47 | 49 | 58 | 66 | 20 | 24 | 6 | 10 | 7 | 9 | 792 | 908 |
| | 87.12% | | 89.29% | | 95.92% | | 87.88% | | 83.33% | | 60.00% | | 77.78% | | 87.22% | |
| TOTAL | 3807 | 4645.25 | 126 | 160 | 326 | 367 | 487 | 559 | 151 | 204 | 63 | 83 | 54 | 67 | 5014 | 6085.25 |
| | 81.95% | | 78.75% | | 88.83% | | 87.12% | | 74.02% | | 75.90% | | 80.60% | | 82.40% | |

**Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter

*Any "n/a" result is generated when there are no individuals assigned at the end of the quarter. Retention is specified as number of of staff at a facility who have worked for that facility for twelve months or longer divided by the total number of staff assigned at the end of the quarter. With no individuals assigned the desired calculation can not be completed.

# COURT ORDER CORRECTIONAL STAFFING REPORT
## October – November 2024

**Overtime Hours for Correctional Staff\*\*\***

|  | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 2,357.00 | 105.25 | 0.00 | 316.75 | 4.25 | 0.00 | 1.50 | 2,784.75 |
| Eyman | 23,030.95 | 361.75 | 934.75 | 3,843.50 | 1,156.25 | 314.75 | 102.50 | 29,744.45 |
| Lewis | 42,592.50 | 1,392.25 | 3,015.50 | 4,916.50 | 1,784.60 | 465.75 | 388.75 | 54,555.85 |
| Perryville | 3,664.75 | 348.25 | 48.00 | 677.50 | 83.25 | 15.00 | 0.00 | 4,836.75 |
| Phoenix | 7,614.50 | 491.00 | 715.00 | 1,394.50 | 371.75 | 52.00 | 23.00 | 10,661.75 |
| Safford | 3,388.80 | 57.50 | 405.50 | 963.75 | 126.00 | 32.50 | 11.50 | 4,985.55 |
| Tucson | 34,259.26 | 649.50 | 1,992.25 | 4,646.00 | 1,397.75 | 450.25 | 147.75 | 43,542.76 |
| Winslow | 8,993.40 | 121.25 | 476.00 | 2,358.50 | 914.50 | 210.50 | 455.00 | 13,529.15 |
| Yuma | 17,578.00 | 762.00 | 620.75 | 2,075.25 | 323.25 | 205.50 | 0.00 | 21,564.75 |
| TOTAL | 143,479.16 | 4,288.75 | 8,207.75 | 21,192.25 | 6,161.60 | 1,746.25 | 1,130.00 | 186,205.76 |

*\*\*\*Hours for Q3 through pay period end 11/22/2024*

# COURT ORDER CORRECTIONAL STAFFING REPORT
## October – November 2024

**Vacancy Rate for the Period - # Vacant Positions at end of Period / Total Number of Positions**

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions |
| **Douglas** | 39 | 392 | 0 | 20 | 0 | 28 | 0 | 45 | 1 | 16 | 0 | 6 | 0 | 5 | 40 | 512 |
| | 9.95% | | 0.00% | | 0.00% | | 0.00% | | 6.25% | | 0.00% | | 0.00% | | 7.81% | |
| **Eyman** | 320 | 1064 | 17 | 34 | 24 | 87 | 15 | 117 | 5 | 36 | 3 | 13 | 0 | 9 | 384 | 1360 |
| | 30.08% | | 50.00% | | 27.59% | | 12.82% | | 13.89% | | 23.08% | | 0.00% | | 28.24% | |
| **Lewis** | 175.75 | 1120 | 9 | 41 | 4 | 60 | 9 | 103 | 3 | 37 | 0 | 13 | 0 | 12 | 200.75 | 1386 |
| | 15.69% | | 21.95% | | 6.67% | | 8.74% | | 8.11% | | 0.00% | | 0.00% | | 14.48% | |
| **Perryville** | 138.75 | 643 | 10 | 36 | 2 | 55 | 5 | 72 | 1 | 28 | 0 | 13 | 2 | 9 | 158.75 | 856 |
| | 21.58% | | 27.78% | | 3.64% | | 6.94% | | 3.57% | | 0.00% | | 22.22% | | 18.55% | |
| **Phoenix** | 3.75 | 195 | 0 | 11 | 0 | 16 | 0 | 17 | 0 | 7 | 0 | 4 | 0 | 3 | 3.75 | 253 |
| | 1.92% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 1.48% | |
| **Safford** | 113 | 336 | 14 | 18 | 1 | 27 | 3 | 43 | 0 | 16 | 0 | 7 | 0 | 6 | 131 | 453 |
| | 33.63% | | 77.78% | | 3.70% | | 6.98% | | 0.00% | | 0.00% | | 0.00% | | 28.92% | |
| **Tucson** | 307.25 | 1078 | 28 | 50 | 2 | 63 | 7 | 96 | 1 | 37 | 0 | 15 | 0 | 11 | 345.25 | 1350 |
| | 28.50% | | 56.00% | | 3.17% | | 7.29% | | 2.70% | | 0.00% | | 0.00% | | 25.57% | |
| **Winslow** | 135.25 | 328 | 20 | 20 | 7 | 22 | 1 | 40 | 0 | 14 | 0 | 5 | 0 | 5 | 163.25 | 434 |
| | 41.23% | | 100.00% | | 31.82% | | 2.50% | | 0.00% | | 0.00% | | 0.00% | | 37.62% | |
| **Yuma** | 41 | 763 | 3 | 31 | 1 | 50 | 0 | 66 | 0 | 24 | 0 | 10 | 0 | 9 | 45 | 953 |
| | 5.37% | | 9.68% | | 2.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 4.72% | |
| **TOTAL** | 1273.75 | 5919 | 101 | 261 | 41 | 408 | 40 | 599 | 11 | 215 | 3 | 86 | 2 | 69 | 1471.75 | 7557 |
| | 21.52% | | 38.70% | | 10.05% | | 6.68% | | 5.12% | | 3.49% | | 2.90% | | 19.48% | |

# COURT ORDER CORRECTIONAL STAFFING REPORT
## October – November 2024

**Vacancy Rate for the Period - # Vacant Positions at end of Period/Total # of Positions - Closed Units Vacant Positions Excluded**

| | Correctional Officer 2***** | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions |
| Douglas**** | 39 | 392 | 0 | 20 | 0 | 28 | 0 | 45 | 1 | 16 | 0 | 6 | 0 | 5 | 40 | 512 |
| | 9.95% | | 0.00% | | 0.00% | | 0.00% | | 6.25% | | 0.00% | | 0.00% | | 7.81% | |
| Eyman**** | 154 | 898 | 14 | 31 | 1 | 64 | 5 | 107 | 4 | 35 | 0 | 10 | 0 | 9 | 178 | 1154 |
| | 17.15% | | 45.16% | | 1.56% | | 4.67% | | 11.43% | | 0.00% | | 0.00% | | 15.42% | |
| Lewis**** | 175.75 | 1120 | 9 | 41 | 4 | 60 | 9 | 103 | 3 | 37 | 0 | 13 | 0 | 12 | 200.75 | 1386 |
| | 15.69% | | 21.95% | | 6.67% | | 8.74% | | 8.11% | | 0.00% | | 0.00% | | 14.48% | |
| Perryville**** | 41.75 | 546 | 10 | 36 | 0 | 53 | 1 | 68 | 1 | 28 | 0 | 13 | 1 | 8 | 54.75 | 752 |
| | 7.65% | | 27.78% | | 0.00% | | 1.47% | | 3.57% | | 0.00% | | 12.50% | | 7.28% | |
| Phoenix | 35.75 | 227 | 0 | 11 | 0 | 16 | 0 | 17 | 0 | 7 | 0 | 4 | 0 | 3 | 35.75 | 285 |
| | 15.75% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 12.54% | |
| Safford | 111 | 334 | 14 | 18 | 1 | 27 | 3 | 43 | 0 | 16 | 0 | 7 | 0 | 6 | 129 | 451 |
| | 33.23% | | 77.78% | | 3.70% | | 6.98% | | 0.00% | | 0.00% | | 0.00% | | 28.60% | |
| Tucson | 294.25 | 1065 | 28 | 50 | 2 | 63 | 5 | 94 | 1 | 37 | 0 | 15 | 0 | 11 | 330.25 | 1335 |
| | 27.63% | | 56.00% | | 3.17% | | 5.32% | | 2.70% | | 0.00% | | 0.00% | | 24.74% | |
| Winslow | 132.25 | 325 | 20 | 20 | 7 | 22 | 1 | 40 | 0 | 14 | 0 | 5 | 0 | 5 | 160.25 | 431 |
| | 40.69% | | 100.00% | | 31.82% | | 2.50% | | 0.00% | | 0.00% | | 0.00% | | 37.18% | |
| Yuma | 35 | 757 | 3 | 31 | 2 | 51 | 0 | 66 | 0 | 24 | 0 | 10 | 0 | 9 | 40 | 948 |
| | 4.62% | | 9.68% | | 3.92% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 4.22% | |
| TOTAL | 1018.75 | 5664 | 98 | 258 | 17 | 384 | 24 | 583 | 10 | 214 | 0 | 83 | 1 | 68 | 1168.75 | 7254 |
| | 17.99% | | 37.98% | | 4.43% | | 4.12% | | 4.67% | | 0.00% | | 1.47% | | 16.11% | |

****Closed Units:  Douglas - Pappago;  Eyman - SMU;  Lewis - Eagle Point reopened 08-01-2024;  Perryville - San Pedro and Santa Maria

*****Staff assigned to closed units were added to the positions at their assigned complex

# COURT ORDER CORRECTIONAL STAFFING REPORT
# October – November 2024

### Recruitment

ADCRR is engaged in numerous agency-wide recruitment and retention efforts. The following highlights are new initiatives since the last quarterly report:

- In addition to our regular visits with community partners, our recruitment team has been actively engaging with educational institutions by participating in career fairs at 11 high schools, community colleges, and universities. We have also focused on reaching out to the veteran community by attending seven events specifically for current military members and veterans, as well as five private job fairs throughout the state.
- The Field Training Evaluation Program (FTEP) was established in October 2024. The FTEP program enhances the confidence and competence of new COs by emphasizing hands-on training throughout the program as they transition from the academy to the prison work environment, with strong support from experienced leaders. This approach ensures officers are well-prepared, confident, and better equipped to succeed in their roles, leading to improved job satisfaction and performance.