IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>           Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>           Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

The Court Monitors have provided another report regarding Defendants' performance with the Quality Indicators developed pursuant to the Permanent Injunction. In providing their report to the Court, the Monitors stated the following:

> On behalf of the Court's monitoring team, I submit this second Interim Injunction Compliance Report as directed by the Court in its order of November 15, 2024 (Dkt. 4699). The report reflects information that the monitors have gleaned from a number of sources over the course of time since our work began on April 7, 2023. We relied in large part on monthly self-evaluations ADCRR conducts in accordance with the Order and Permanent Injunction (Dkt. 4410 at 7;"Injunction"). We concentrated on ADCRR's October, 2024 self-evaluation production which reflects the status of compliance with the Injunction during the month of September, 2024; unless otherwise noted, where I refer to the results of self-evaluation I am referring to that production. However, when we were aware of more recent evidence of compliance, we relied on that evidence if it was different from information in the September, 2024 self-evaluation production. The monitoring team also relied upon: review of ADCRR documents (including the electronic health record maintained by ADCRR's agent NaphCare); review of complaints and concerns submitted to the web-based confidential portal created for this purpose (any person, incarcerated or not, can submit

information to this portal); information provided by, and conversations with, ADCRR staff and Plaintiffs' attorneys; and site visits. ADCRR has fully cooperated with any documents we requested. In contrast to my other reports to the Court, due to the rapid turnaround required for this report, I have not shared a draft copy of this report with either party, so it does not benefit from their input.

Accordingly,

**IT IS ORDERED** the Clerk of Court shall file the Monitors' December 2024 report under a separate docket entry. The Clerk of Court shall file under seal only Attachment D of the Monitors' report.

Dated this 7th day of January, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -