# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Thornell, | |
| Defendant. | |

A Final Pilot Report prepared by Monitors Donna Strugar-Fritsch and Marc Stern was submitted to the Court on January 13, 2025. The Report will be filed. The Monitors advised they circulated a draft of the Report to both parties for feedback and modified the Report as appropriate. Because the Monitors sought and received comments from the parties, responses to the Report are not required.

Accordingly,

**IT IS ORDERED** the Clerk of Court shall file the January 13, 2025 Final Pilot Report under a separate docket entry.

Dated this 22nd day of January, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge