# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Disability Rights Arizona,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Thornell, *et al.*, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER** |

Having reviewed Defendants' Deviation from Staffing Plan Reports for November and December 2024 (Docs. 4728 and 4757) and the Parties' briefing regarding Plaintiffs' Motion to Enforce §§ 20.2.1 and 20.2.3 of the Injunction and the Court's October 28, 2024 Order to Implement the Court Expert's Custody Staffing Plan (Doc. 4693), and good cause appearing;

Therefore, the Court **ORDERS** the following:

1. Defendants are not in compliance with the Implementation Order (Doc. 4693) and §§ 20.2.1 and 20.2.3 of the Injunction (Doc. 4410);

2. Defendants shall within two days of this Order file a notice informing the Court of all deviations from the Custody Staffing Plan that have occurred since January 1, 2025;

3. Defendants shall file a notice informing the Court of all future deviations from the Custody Staffing Plan within seven days of their occurrence. For Mandatory Posts,

1 | the notice shall be filed within seven days of each day a Mandatory Post went unfilled. For Essential and Important Posts, the notice shall be filed within seven days of the last day of any week during which any Essential Post was not filled 75% of the time or any Important Post was not filled 50% of the time;

4. Defendants shall file within seven days of this Order a detailed remedial plan setting forth how they will ensure that future reports of deviations are accurate and meet all requirements of § 20.2.3 of the Injunction; and

5. Defendants shall file within twenty-one days of this Order a remedial plan setting forth in detail what steps they have taken to comply with the Custody Staffing Plan and what they will do going forward to meet the staffing requirements of the Custody Staffing Plan.

**IT IS SO ORDERED.**

Dated this ____ day of February, 2025.

_____
Honorable Roslyn O. Silver
Senior United States District Judge