Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Thornell, et al., in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**DECLARATION OF MARIA V. MORRIS IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE §§20.2.1 AND 20.2.3 OF THE INJUNCTION** |

I, MARIA V. MORRIS, declare:

1. I am an attorney licensed to practice in the District of Columbia. I am Senior Counsel at the ACLU National Prison Project and an attorney of record to the Plaintiffs in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached as Exhibit 1 hereto is a true and correct copy of an email I sent to Dan Struck and Laura Flores on December 18, 2024, informing them that we did not consider the justifications in the November Deviation Report to meet the requirements of the Injunction. Defendants did not respond to this email or refile the report.

3. Attached as Exhibit 2 hereto is a true and correct copy of a letter I sent to Dan Struck on January 6, 2025, detailing the ways in which we believed Defendants were failing to comply with the reporting requirements of §§ 20.2.1 and 20.2.3 of the Injunction, and asking that Defendants promptly cure these reporting deficiencies. Defendants did not respond to the letter and did not cure the reporting deficiencies.

4. I have analyzed Defendants' November Deviation Report (Doc. 4728) and December Deviation Report (Doc. 4757). Staffing of Essential and Important Posts must be at 75% and 50% respectively of the level set out in the Custody Staffing Plan, calculated on a weekly basis. Doc. 4682 at 3. Defendants did not report their compliance with the weekly staffing requirements for Essential and Important Posts, instead identifying days when the staffing level was not met, and an overall monthly statement of the rate of staffing for Essential and Important Posts.

5. I calculated the weekly staffing of the Essential and Important Posts. I counted weeks as seven days, starting on the first of November 2024, the first month that the Custody Staffing Plan was in effect. For December, I started the weekly counts at November 29, 2024.

6. Each of the Essential Posts is a single Sergeant post at a housing unit and they are supposed to be staffed seven days a week for one shift. As a result, the staffing for those posts is either 0% or 100% on a given day. I calculated weekly compliance by

1  counting the days at a particular unit that this position was staffed during the week and
2  dividing that number by seven.  For example, if a position was staffed five of the seven
3  days, I divided 5 by 7, resulting in a staffing rate of 71%.

4       7.     The only Important Posts in the Custody Staffing Plan are escorts at Eyman
5  Browning and Lewis Rast Max.  There are several of these posts, but they are in the
6  Custody Staffing Plan only for one shift per day.  To calculate weekly compliance, I
7  averaged the reported staffing levels over the course of each week.

8       8.     Attached as Exhibit 3 hereto is a true and correct copy email correspondence
9  with Dan Struck regarding Defendants Fourth Quarter 2024 Correctional Staffing Report,
10 Doc. 4748-1.

11       9.     I have reviewed the number of ER Referrals during the months of
12 September, October, November and December, 2024 for ASP Tucson, ASP Lewis, and
13 ASP Perryville, using ADCRR's electronic medical records.  Between one and fifteen
14 people went to the ER from Tucson every day.  Between one and fifteen people went to
15 the ER from Lewis every day as well.  From Perryville, between one and seven people
16 went to the ER every day except September 4, September 25, October 4, October 8,
17 October 11, October 13, October 24-26, November 18, November 21, December 12,
18 December 23.

19      10.    All of the days that Defendants blamed "transports" for the short staffing at
20 Perryville there between zero and two ER referrals.  Most days that transports were given
21 as the reason for short staffing, they were specifically identified as emergency transports.

22      11.    Most months, Defendants produce to Plaintiffs a log of mental health
23 watches at each facility.  These show each person who was on mental health watch on any
24 day during the month, the start date and the end date.  I reviewed the mental health watch
25 logs for Eyman Browning for the months of June through December 2024.  There was no
26 log produced for August 2024.  I determined the number of person/days on watch by
27 counting all the days each person was on watch during the particular month and adding
28 those together.  The number of person/days on watch at Eyman Browning from June

through December 2024 were as follows, according to Defendants' mental health watch logs:

- December 2024: 401
- November 2024: 331
- October 2024: 411
- September 2024: 454
- August 2024: (no information provided)
- July 2024: 607
- June 2024: 738

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of January, 2025 in Washington, District of Columbia.

*/s/ Maria V. Morris*
Maria V. Morris

David C. Fathi (Wash. 24893)**
Maria V. Morris (D.C. 1697904)*
Eunice Hyunhye Cho (D.C. 1708073)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, DC 20005
Telephone: (202) 393-4930
Email:   mmorris@aclu.org
         dfathi@aclu.org
         echo@aclu.org

*Admitted *pro hac vice*
**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Corene T. Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Email:      ckendrick@aclu.org

*Admitted *pro hac vice*

Jared G. Keenan (Bar No. 027068)
Lauren K. Beall (Bar No. 035147)
**ACLU FOUNDATION OF ARIZONA**
2712 North 7th St.
Phoenix, AZ 85006
Telephone: (602) 650-1854
Email:   jkeenan@acluaz.org
         lbeall@aclu.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth St.
Berkeley, CA 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         rlomio@prisonlaw.com
         sophieh@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**DISABILITY RIGHTS ARIZONA**

    Asim Dietrich (Bar No. 027927)
    5025 East Washington St., Ste. 202
    Phoenix, AZ 85034
    Telephone: (602) 274-6287
    Email:   adietrich@disabilityrightsaz.org

    Rose A. Daly-Rooney (Bar No. 015690)
    Maya Abela (Bar No. 027232)
    **DISABILITY RIGHTS ARIZONA**
    4539 E. Fort Lowell Rd.
    Tucson, AZ 85712
    Telephone:  (520) 327-9547
    Email:
      rdalyrooney@disabilityrightsaz.org
      mabela@disabilityrightsaz.org.org

*Attorneys for Disability Rights Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2025, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory Honig
Lucy M. Rand
Assistant Arizona Attorneys General
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com

*Attorneys for Defendants*

                                        */s/ Maria Morris*