| | |
|---|---|
| **From:** | Maria Morris |
| **To:** | Dan Struck; Laura Flores |
| **Cc:** | Alyssa Gordon; Marisol Dominguez-Ruiz; Joseph Longley - he/him/his; Jessica Carns; Samantha Weaver; Lauren Beall; External - PLO AZ; StruckLoveParsonsTeam; Elaine Percevecz; Rita Lomio; Corene Kendrick; David Fathi; Maya Abela; Scott Frakes; marcstern@live.com |
| **Subject:** | RE: Jensen - Dkt. 4724 - Sealed, Lodged, Proposed Defendants" Deviation from Custody Staffing Plan Report |
| **Date:** | Wednesday, December 18, 2024 12:25:00 PM |
| **Attachments:** | image001.png |

Counsel,

We have reviewed the report of deviations from the Custody Staffing Plan. We do not believe that it complies with the requirements of Sec. 20.2.3 of the Injunction. The Injunction requires that the report "provide reasonable and adequate justifications for the deviation(s)."

For many of the deviations, the column stating the "reasons" for the deviation states some iteration of "staffing shortage." Staffing shortages are not a reasonable or adequate justification.

We ask that you revise and resubmit this report, providing the justifications required by the Injunction, and that you ensure that the reports will include appropriate justifications in the future.

Please let us know if you will revise the report.

Thank you,
Maria

---

**From:** Elaine Percevecz <EPercevecz@strucklove.com>
**Sent:** Thursday, December 12, 2024 7:28 PM
**To:** Rita Lomio <rlomio@prisonlaw.com>; Corene Kendrick <ckendrick@aclu.org>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Maya Abela <mabela@disabilityrightsaz.org>
**Cc:** Alyssa Gordon <akgordon@aclu.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; Joseph Longley - he/him/his <Jlongley1@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; Lauren Beall <LBeall@acluaz.org>; External - PLO AZ <PLO-AZ@prisonlaw.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Jensen - Dkt. 4724 - Sealed, Lodged, Proposed Defendants' Deviation from Custody Staffing Plan Report

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel,

Attached is Defendants' Deviation from Custody Staffing Plan Report, which was filed sealed, lodged, proposed at Dkt. 4724.

Sincerely,

Elaine

Elaine Percevecz

Legal Assistant to Ashlee B. Hesman & Kevin L. Nguyen

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3100 W. Ray Road | Suite 300 | Chandler AZ 85226

480.420.1611 | [epercevecz@strucklove.com](mailto:epercevecz@strucklove.com) | [STRUCKLOVE.com](https://STRUCKLOVE.com)

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.