| | |
|---|---|
| **From:** | Maria Morris |
| **To:** | Dan Struck; Laura Flores |
| **Cc:** | Scott Frakes; marcstern@live.com; Corene Kendrick; Maya Abela; Lauren Beall; Jessica Carns; Samantha Weaver; External - PLO AZ |
| **Subject:** | RE: Activity in Case 2:12-cv-00601-ROS Jensen et al v. Thornell et al Notice (Other) |
| **Date:** | Tuesday, January 7, 2025 11:57:00 AM |

Thank you

**From:** Dan Struck <DStruck@strucklove.com>
**Sent:** Tuesday, January 7, 2025 11:38 AM
**To:** Maria Morris <MMorris@aclu.org>; Laura Flores <lflores2@azadc.gov>
**Cc:** Scott Frakes <srfrakes@yahoo.com>; marcstern@live.com; Corene Kendrick <ckendrick@aclu.org>; Maya Abela <mabela@disabilityrightsaz.org>; Lauren Beall <LBeall@acluaz.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; External - PLO AZ <PLO-AZ@prisonlaw.com>
**Subject:** RE: Activity in Case 2:12-cv-00601-ROS Jensen et al v. Thornell et al Notice (Other)

**This Message Is From an External Sender**
This message came from outside your organization.

Maria,

We should have the full data for December by the end of the week, at which time we will re-file the quarterly report.

Dan

**From:** Maria Morris <MMorris@aclu.org>
**Sent:** Tuesday, January 7, 2025 8:47 AM
**To:** Dan Struck <DStruck@strucklove.com>; Laura Flores <lflores2@azadc.gov>
**Cc:** Scott Frakes <srfrakes@yahoo.com>; marcstern@live.com; Corene Kendrick <ckendrick@aclu.org>; Maya Abela <mabela@disabilityrightsaz.org>; Lauren Beall <LBeall@acluaz.org>; Jessica Carns <jcarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; External - PLO AZ <PLO-AZ@prisonlaw.com>
**Subject:** RE: Activity in Case 2:12-cv-00601-ROS Jensen et al v. Thornell et al Notice (Other)

Dan and Laura,
Can you please re-file the quarterly report with the full quarter's information?
Thank you,
Maria

**From:** Maria Morris
**Sent:** Thursday, January 2, 2025 12:21 PM
**To:** Dan Struck <DStruck@strucklove.com>; Laura Flores <lflores2@azadc.gov>

**Cc:** Scott Frakes <srfrakes@yahoo.com>; marcstern@live.com; Corene Kendrick <ckendrick@aclu.org>; Maya Abela <mabela@disabilityrightsaz.org>; Lauren Beall <LBeall@acluaz.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; External - PLO AZ <PLO-AZ@prisonlaw.com>
**Subject:** FW: Activity in Case 2:12-cv-00601-ROS Jensen et al v. Thornell et al Notice (Other)

Counsel,

The report regarding correctional staffing for the 4th Quarter of 2024 includes only October and November. Please re-file with the information for the entire quarter.
Thank you,
Maria

---

**From:** azddb_responses@azd.uscourts.gov <azddb_responses@azd.uscourts.gov>
**Sent:** Tuesday, December 31, 2024 5:20 PM
**To:** azddb_nefs@azd.uscourts.gov
**Subject:** Activity in Case 2:12-cv-00601-ROS Jensen et al v. Thornell et al Notice (Other)


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

DISTRICT OF ARIZONA

## Notice of Electronic Filing

The following transaction was entered by Struck, Daniel on 12/31/2024 at 3:19 PM MST and filed on 12/31/2024

| | |
|---|---|
| **Case Name:** | Jensen et al v. Thornell et al |
| **Case Number:** | 2:12-cv-00601-ROS |
| **Filer:** | Ryan Thornell |

**WARNING: CASE CLOSED on 04/07/2023**
**Document Number:** 4748

**Docket Text:**
**NOTICE re: Compliance with Court Order (Dkt. 4410) by Ryan Thornell re: [4410] Order, . (Attachments: # (1) Exhibit A - 4th Qtr 2024 Correctional Staffing Report, # (2) Exhibit B - 4th Qtr 2024 Healthcare Staffing Report)(Struck, Daniel)**

**2:12-cv-00601-ROS Notice has been electronically mailed to:**

Adam Thomas Reich    areich@lrrc.com, ecf-filing@lrrc.com, toliver@lrrc.com

Alison Hardy    ahardy@prisonlaw.com, gabriela@prisonlaw.com

Alyssa Rae Illsley    alyssa.illsley@qpwblaw.com, tina.cummings@qpwblaw.com

Andrea Lynn Marconi    amarconi@fennemorelaw.com, CourtFilings@fennemorelaw.com, mcobb@fennemorelaw.com

Anthony Joseph Fernandez    afernandez@qpwblaw.com, marissa.vasquez@qpwblaw.com, patricia.mercado@qpwblaw.com, tamara.mckane@qpwblaw.com

Ashlee B Hesman    ahesman@strucklove.com, abartles@strucklove.com, epercevecz@strucklove.com

Asim Dietrich    adietrich@azdisabilitylaw.org, tsherman@azdisabilitylaw.org

Christian Watson Hancock    chancock@bradley.com, ashillingford@bradley.com, mpalmer@bradley.com

Corene Thaedra Kendrick    ckendrick@aclu.org, jcarns@aclu.org, npp_pleadings@aclu.org

Daniel A Shudlick    dshudlick@jshfirm.com, meaxlund@jshfirm.com

Daniel Patrick Struck    dstruck@strucklove.com, bbull@strucklove.com, MGiardina@strucklove.com

David Ali Chami    Dchami@consumerjustice.com, eservice@consumerjustice.com

David Cyrus Fathi    dfathi@aclu.org, jcarns@aclu.org, sweaver@aclu.org

Donald Specter   dspecter@prisonlaw.com, akirby@prisonlaw.com

Dustin Allan Christner   dustin.christner@qpwblaw.com, tina.cummings@qpwblaw.com

Eunice Cho   echo@aclu.org, jcarns@aclu.org, sweaver@aclu.org

Gregory Honig   gregory.honig@azag.gov, Jeannette.Miller@azag.gov, Leanne.Crudup@azag.gov

Jacob Brady Lee   JLee@strucklove.com, kpenny@strucklove.com

Jared G Keenan   jkeenan@acluaz.org, gtorres@acluaz.org

Joseph Longley   jlongley1@aclu.org

Joseph John Popolizio   jpopolizio@jshfirm.com, jfernandez@jshfirm.com, meaxlund@jshfirm.com

Joshua David R Bendor   joshua.bendor@azag.gov, ACL@azag.gov

Justin Michael Ackerman   jackerman@jshfirm.com, kgawel@jshfirm.com

Lauren K Beall   lbeall@acluaz.org, gtorres@acluaz.org

Lawrence J Wulkan   larry.wulkan@zwfirm.com, docketing@zwfirm.com, stephanie.dolfini@zwfirm.com

Luci Danielle Davis   Luci.Davis@azag.gov, ACL@azag.gov

Lucy Marie Rand   Lucy.Rand@azag.gov, Griselda.Ybarra@azag.gov, Mary.Beke@azag.gov

Maria V Morris   mmorris@aclu.org, akgordon@aclu.org

Marvin Christopher Ruth   mruth@cblawyers.com, vcolwell@cblawyers.com

Maya S Abela   mabela@disabilityrightsaz.org, mashaw@azdisabilitylaw.org

Milton Alan Wagner     mw@wagner.law

Nemer Hadous     nhadous@hadousco.com

Nicholas Daniel Acedo     NAcedo@strucklove.com, bbull@strucklove.com

Rachel Love     RLove@strucklove.com, ABartles@strucklove.com, ARowley@strucklove.com

Rita Katherine Lomio     rlomio@prisonlaw.com, ilian@prisonlaw.com, tania@prisonlaw.com

Rose Ann Daly-Rooney     rdalyrooney@disabilityrightsaz.org, cgutierrez@disabilityrightsaz.org, sin@disabilityrightsaz.org

Sara Norman     snorman@prisonlaw.com

Sophie Jedeikin Hart     sophieh@prisonlaw.com

Timothy J Berg     tberg@fclaw.com, smcalister@fennemorelaw.com

Timothy James Bojanowski     tbojanowski@strucklove.com, abartles@strucklove.com, cflajnik@strucklove.com

Todd Stephen Kartchner     tkartchner@fennemorelaw.com

**2:12-cv-00601-ROS Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=12/31/2024] [FileNumber=26899995-0] [4f30d30f7b3cfd54bb1a3e30f0841f5c67a3c44ef141286b44977b48b3f155479280cbb7ec2f34675403138280e6fc457b391ee9657c381395353a8f582608b1]]
**Document description:** Exhibit A - 4th Qtr 2024 Correctional Staffing Report
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1096393563 [Date=12/31/2024] [FileNumber=26899995-1] [802d21a6ccdc818d626cd9054ca72be22912eb25b2893ed8347883dfc73ae85a0b80cbee2a68444ad8e5706e601ada110f5fd6b1048a28e76a942c920e296cb7]]

**Document description:**Exhibit B - 4th Qtr 2024 Healthcare Staffing Report
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1096393563 [Date=12/31/2024] [FileNumber=26899995-2] [4038bad2526fad530f101f7a647e7f20facf0179e826a87e99953b08c6ad7d5a1457b6a2b6c219f5c54cb21fb920c970c2c5b6a1e635c6e8c08cd008fa79391a]]

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.