VANESSA HICKMAN
ACTING ATTORNEY GENERAL
(Firm State Bar No. 14000)

Mary R. O'Grady, 011434
John S. Bullock, 034950
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2000
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
jbullock@omlaw.com

*Attorneys for Defendants, Ryan Thornell, et al.*

*Additional Counsel listed on signature page.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., <br><br> Plaintiff, <br><br> vs. <br><br> Ryan Thornell, et al., <br><br> Defendant. | No. CV 12-00601-PHX-ROS <br><br> **DEFENDANTS NOTICE OF DEVIATIONS FROM THE CUSTODY STAFFING PLAN UNDER § 20.2.1 OF THE INJUNCTION** |

Defendants hereby file this notice of deviations from the custody staffing plan, adopted in the Court's Implementation Order. (*See* Doc. 4693.) Under § 20.2.1 of the injunction, Defendants are required to "staff all Mandatory Posts at all times; Essential Posts shall be staffed at least 75%; Important Posts shall be staffed at least 50%." (Doc. 4410 at 53.) When the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") "falls below these levels, it shall inform the Court within seven days." (*Id*.). Under the Implementation Order and Custody Staffing Plan, the percentages for essential and important posts must be calculated on a weekly basis. (Doc. 4682 at 3 ("Essential posts must be filled at least 75% of the time on a weekly basis. Important posts must be filled at least 50% of the time on a weekly basis.")).

This notice, confirmed by the declaration of ADCRR Security Operations Administrator Ed Lao, informs the Court of the deviations from the custody staffing plan and Implementation Order from January 1 through February 2. (*See* Lao Decl. ¶ 7 (detailing deviations).)

Defendants will continue to submit a separate report that "specifically identif[ies] the deviation(s) that occurred and provide[s] reasonable and adequate justifications for the deviation(s)" by the 10th of each month. (Doc. 4410, § 20.2.3.) In the future, ADCRR will provide this notice required by § 20.2.1 on a weekly basis. [1]

**I.      Daily deviations from mandatory staffing positions.**

ASPC-Eyman, Browning Unit AM: January 1-February 2.

ASPC-Eyman, Browning Unit PM: January 1-February 2.

Tucson Manzanita Detention Graveyard: January 1, 5, 16

Winchester Detention Graveyard Shift: January 1, 2, 9, 13, 19

Winchester Detention Swing Shift: January 5,

Winchester Detention Day Shift: January 4, 25

Rincon MHU – AM: January 1-3, 5, 7-10, 12-31, February 1-2

Tucson Complex CDU Graveyard Shift: January 3, 14, 25, February 1,

Tucson Complex CDU Day shift: January 25

Tucson Complex CDU Swing Shift: January 25-26

Manzanita Detention Swing Shift: January 25-26

Bachman Detention Grave Shift: January 4

For the remaining facilities on days not noted above, ADCRR fully staffed the mandatory positions under the Implementation Order.

**II.     Weekly deviations from the essential post staffing levels.**

Browning AM: January 1-7

---

[1] In its report filed under §20.2.3 on January 10, 2025, Defendants provided the deviations for Essential and Important post for December, along with an explanation for those deviations. (Doc. 4782.)

2

Manzanita Detention – Day Shift: January 1-7, January 8-14, January 15-22, January 22-29.

Winchester Detention – Day Shift: January 1-7, January 8-14, January 15-22, January 23-29.

Tucson Complex CDU – Day Shift: January 1-7, January 8-14, January 15-22, January 23-29.

Rincon MHU – AM: January 1-7, January 8-14, January 15-22, January 23-29

For the remaining facilities on weeks not noted above, ADCRR fully staffed the essential positions at the required levels under the Implementation Order.

## III. Weekly deviations from the important post staffing levels.

There were no weekly deviations from the important post staffing levels since January 1.

DATED this 6th day of February, 2025.

            OSBORN MALEDON, P.A.

           By    /s/ John S. Bullock
                  Mary R. O'Grady
                  John S. Bullock
                  2929 North Central Avenue
                  Suite 2000
                  Phoenix, Arizona 85012-2793
                  Attorneys for Ryan Thornell, et al.

            STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                  Daniel P. Struck
                  Rachel Love
                  Timothy J. Bojanowski
                  Nicholas D. Acedo
                  3100 West Ray Road, Suite 300
                  Chandler, Arizona 85226
                  dstruck@strucklove.com
                  rlove@strucklove.com
                  tbojanowski@strucklove.com
                  nacedo@strucklove.com

VANESSA HICKMAN
ACTING ATTORNEY GENERAL

Joshua D. Bendor, Bar No. 031908
Gregory Honig, Bar No. 018804
Lucy M. Rand, Bar No. 026919
Luci D. Davis, Bar No. 035347
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ 85004-1592
Joshua.Bendor@azag.gov
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov

Attorneys for Defendants