# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>　　　　Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

The Court has received Plaintiffs' Motion for a Receiver (Doc. 4792) and Motion for Leave to File Excess Pages (Doc. 4791).

**IT IS ORDERED** Plaintiffs' Motion for Leave to File Excess Pages (Doc. 4791) is **GRANTED.** The Clerk of Court shall file Plaintiffs' Motion for a Receiver lodged at Doc. 4792.

**IT IS FURTHER ORDERED** Defendants shall file a response to Plaintiffs' Motion for a Receiver (Doc. 4792) on or before end of day February 25, 2025.

**IT IS FURTHER ORDERED** Plaintiffs shall file a reply on or before end of day March 4, 2025.

**IT IS FURTHER ORDERED** a status hearing will be set for March 25, 2025 at 2:00 p.m.

**IT IS FURTHER ORDERED** counsel shall meet and confer prior to the status hearing and file a status report on or before March 11, 2025 covering:

　　a. Whether discovery is necessary and if so, the parameters of it;

b. A proposed date for a hearing on the Motion for Receiver;

c. Other matters counsel agree should be resolved by the Court in advance of the Motion for Receiver.

Dated this 12th day of February, 2025.

                                     Honorable Roslyn O. Silver
                                     Senior United States District Judge