VANESSA HICKMAN
ACTING ATTORNEY GENERAL
(Firm State Bar No. 14000)

Mary R. O'Grady, 011434
John S. Bullock, 034950
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2000
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
jbullock@omlaw.com

Attorneys for Defendants

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Shawn Jensen, et al., | No. CV 12-00601-PHX-ROS |
|---|---|
| Plaintiffs, | |
| vs. | **STIPULATED MOTION TO EXTEND DEADLINES RE MOTION RESPONSE AND REPLY AND TO EXPAND PAGE LIMIT FOR RESPONSE** |
| Ryan Thornell, et al., | |
| Defendants. | |

On February 12, 2025, the Court issued an order (Doc. 4796) setting a briefing schedule on Plaintiffs' Motion for Receiver (Doc. 4795). That order set Defendants' deadline to respond to that motion for February 25, 2025, the deadline for Plaintiffs' reply on March 4, 2025, and required the parties to file a status report on March 11, 2025, in advance of a March 25, 2025 hearing.

The parties now jointly submit this Stipulated Motion to extend their deadlines to respond to Plaintiffs' Motion for Receiver (Doc. 4795). The parties request a one-week extension to the deadline for Defendants' response, with a new deadline of March 4, 2025, and a one-week extension of time for Plaintiffs to file their reply, with a new deadline of March 18, 2025. To accommodate these extensions, the parties additionally request an extension for filing their status report to March 20, 2025.

The parties also request that the page limit to the Defendants' response be 28 pages, which is the same number of pages permitted for Plaintiffs' motion.

Good cause exists to support this request. The issues raised in Plaintiffs' motion are fact-intensive and go to the core of the Court's authority, and the parties will benefit from additional time to brief these important issues. Additionally, the modest extensions the parties request will allow the Court to keep the hearing scheduled for March 25 on the calendar, minimizing disruptions to the Court's schedule.

A proposed form of order accompanies this Stipulated Motion.

Respectfully submitted this 18th day of February, 2025.

| ACLU NATIONAL PRISON PROJECT | OSBORN MALEDON, P.A. |
|---|---|
| By: *s/ Rita Lomio w/permission* <br> Corene T. Kendrick (Cal. 226642)* <br> 425 California Street <br> San Francisco, California 94104 <br> Telephone: (202) 393-4930 <br> Email: ckendrick@aclu.org <br><br> David C. Fathi (Wash. 24893)** <br> Maria V. Morris (D.C. 1697904)* <br> Eunice Hyunhye Cho (Wash. 53711)* <br> 915 15th Street N.W., 7th Floor <br> Washington, D.C. 20005 <br> Telephone: (202) 393-4930 <br> Email: dfathi@aclu.org <br> mmorris@aclu.org <br> echo@aclu.org | By: *s/ John S. Bullock* <br> Mary R. O'Grady, 011434 <br> John S. Bullock, 034950 <br> 2929 North Central Avenue <br> Suite 2000 <br> Phoenix, Arizona 85012-2793 <br> (602) 640-9000 <br> mogrady@omlaw.com <br> jbullock@omlaw.com <br><br> **STRUCK LOVE BOJANOWSKI & ACEDO, PLC** <br> Daniel P. Struck (Bar No. 012377) <br> Rachel Love (Bar No. 019881) <br> Timothy J. Bojanowski (No. 022126) <br> Nicholas D. Acedo (Bar No. 021644) <br> 3100 W. Ray Road, Suite 300 <br> Chandler, Arizona 85226 <br> Telephone: (480) 420-1600 <br> Email: dstruck@ strucklove.com <br> rlove@ strucklove.com <br> tbojanowski@strucklove.com <br> nacedo@ strucklove.com |

2

10737069

| | |
|---|---|
| **ACLU FOUNDATION OF ARIZONA**<br>Jared G. Keenan (Bar No. 027068)<br>Lauren K. Beall (Bar No. 035147)<br>2712 North 7th St.<br>Phoenix, AZ 85006<br>Telephone: (602) 650-1854<br>Email: jkeenan@acluaz.org<br>lbeall@acluaz.org<br><br>Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Rita K. Lomio (Cal. 254501)*<br>Sophie Hart (Cal. 321663)*<br><br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Email: dspecter@prisonlaw.com<br>ahardy@prisonlaw.com<br>rlomio@prisonlaw.com<br>sophieh@prisonlaw.com<br>*Admitted *pro hac vice*<br>**Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts<br>*Attorneys for Plaintiffs Shawn Jensen, et al., on behalf of themselves and all others similarly situated*<br><br>**DISABILITY RIGHTS ARIZONA**<br><br>By: *s/ Maya Abela w/permission*<br>Asim Dietrich<br>5025 East Washington St., Ste 202<br>Phoenix, AZ 85034<br><br>Rose A. Daily-Rooney<br>Maya Abela<br>4539 E. Fort Lowell Rd.<br>Tucson, AZ 85712<br>rdalyrooney@disabilityrightsaz.org<br>mabela@disabilityrightsaz.org<br>*Attorneys for Disability Rights Arizona* | Arizona Attorney General Kris Mayes<br><br>**OFFICE OF THE ARIZONA ATTORNEY GENERAL**<br>Joshua Bendor<br>Gregory Honig<br>Lucy M. Rand (Bar No. 026919)<br>Assistant Attorneys General<br>2005 N. Central Avenue<br>Phoenix, Arizona 85004<br>Email: Joshua.Bendor@azag.gov<br>Gregory.Honig@azag.gov<br>Lucy.Rand@azag.gov<br>*Attorneys for Defendants* |

10737069