1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

9   Shawn Jensen,                               No. CV-12-00601-PHX-ROS

10               Plaintiff,                      **ORDER**

11   v.

12   Ryan Thornell,

13               Defendant.

14

15    Before the Court is the parties' Stipulated Motion to Extend Deadlines related to
16 Plaintiffs' Motion for a Receiver (Doc. 4808). Upon review and good cause appearing,

17    **IT IS ORDERED** the parties' Stipulated Motion to Extend Deadlines related to
18 Plaintiffs' Motion for a Receiver (Doc. 4808) is **GRANTED.**

19    **IT IS FURTHER ORDERED** Defendants shall file a response to Plaintiffs'
20 Motion for a Receiver (Doc. 4795) on or before end of day **March 4, 2025**.

21    **IT IS FURTHER ORDERED** Defendants' response shall not exceed 28
22 pages.

23    **IT IS FURTHER ORDERED** Plaintiffs shall file a reply on or before end of
24 day **March 18, 2025**.

25 …

26 …

27 …

28 …

**IT IS FURTHER ORDERED** counsel shall meet and confer regarding the topics identified in Doc. 4796 and file a joint status report on or before **March 20, 2025**.

Dated this 18th day of February, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge