# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>    Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>    Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

The Court has reviewed the Joint Status Report (Doc. 4850) filed by the parties and adopts the agreement that discovery is not necessary and orders the hearing on the Motion for the Court to Appoint a Receiver to be held on May 9, 2025 at 1:00 p.m. And the Court comments and orders what follows.

The parties are reminded, on June 30, 2022, the Court issued an order including substantial findings of fact which was the basis for holding Defendants were in serious violation of the Constitution. (Doc. 4335) Those findings of fact are the foundation or beginning for resolving the pending motion. Plaintiffs and Defendants claim and the Court has accepted that additional discovery is not necessary to resolve the pending motion because the record includes "sufficient facts to decide whether the appointment of a receiver is warranted" including "more than 600 pages of argument and evidence." (Doc. 4850 at 3). However, the parties will also be required to file: (1) Stipulated Material Findings of Fact, and (2) Disputed Material Findings of Fact on or before April 25, 2025. Further, the Court Monitors will prepare and file before the hearing their observations and

findings relevant to appointment of a receiver.

**IT IS ORDERED** the hearing set for April 9 at 2:00 p.m. is **VACATED.**

**IT IS FURTHER ORDERED** setting a hearing regarding the appointment of a receiver on **May 9, 2025, at 1:00 p.m.**

**IT IS FURTHER ORDERED** the parties shall file (1) Stipulated Material Findings of Fact, and (2) Disputed Material Findings of Fact on or before **April 25, 2025**.

Dated this 2nd day of April, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge