**CV-12-00601-PHX-ROS**

*Jensen v. Thornell*
ADCRR Health Care Staffing Analysis and Plan
March 31, 2025

# Contents

INTRODUCTION .......................................................................................................... 2

SECTION I PRIMARY CARE ........................................................................................ 4

SECTION II MENTAL HEALTH CARE (PRIMARY THERAPIST MODEL) .................. 14

    Outpatient Care (Primary Therapist Model) ........................................................ 14

    Mental Health Residential/Inpatient Care ........................................................... 21

SECTION III  OTHER STAFFING CONSIDERATIONS ................................................ 25

SECTION IV  IMPLEMENTATION ................................................................................ 29

SECTION V COMPLEX-SPECIFIC STAFFING PLANS .............................................. 30

    Douglas Complex .................................................................................................. 31

    Eyman Complex .................................................................................................... 33

    Lewis Complex ...................................................................................................... 37

    Perryville Complex ................................................................................................ 43

    Phoenix Complex .................................................................................................. 49

    Safford Complex ................................................................................................... 53

    Tucson Complex ................................................................................................... 57

    Winslow Complex ................................................................................................. 62

    Yuma Complex ...................................................................................................... 65

APPENDICES ............................................................................................................... 69

Appendix 1 Patient Panel Assignments by Diagnosis ............................................... 70

Appendix 3 ADCRR Mental Health Levels ................................................................. 72

Appendix 4 Outpatient Mental Health Caseload Assumptions and Calculations ....... 73

Appendix 5 Staffing Plan Summary ............................................................................ 74

Appendix 6 Converting 8-Hour Shift Plan To 10- and 12-Hour Shifts ........................ 75

    Primary Care ........................................................................................................ 75

    Mental Health ....................................................................................................... 76

Appendix 7  Data Sources .......................................................................................... 77

## INTRODUCTION

This report is in response to the United States District Court for the District of Arizona ORDER AND PERMANENT INJUNCTION (Injunction) regarding the Arizona Department of Correction, Rehabilitation and Reentry (ADCRR), Section 1.17 which states *"To determine the number of staff necessary to care for patients, the Court will appoint an expert to conduct a staffing analysis and plan of health care positions at each location."* (Doc. 4410)

The Injunction calls for substantive changes that underpin the delivery of health care and upon which the staffing plan must be built:

- *Empaneling patients to primary care practitioners (PCP; physicians and Advance Practice Practitioners (APP)) based on their clinical complexity and the use of the Primary Therapist model for outpatient mental health.*

- *Initial care for non-urgent patient requests provided by the PCP, or another health professional as directed by the PCP, as clinically appropriate*

Court-appointed experts (experts) conducted site visits and extensive research and collaborated with ADCRR's Health Services Division (HSD) and ADCRR's contracted health services vendor NaphCare to develop an initial staffing plan. The plan is built on the requirements of the Injunction including a new model of care - the *Patient Centered Care Model* (PCCM).

The PCCM is a wholesale shift in ADCRR's template for health services delivery. It incorporates team-based, person-centered primary care and mental health services that are evidence-based and support delivery of the right care at the right time in the right manner. It incorporates practices widely known to deliver efficient, quality primary care and mental health services to correctional populations and complex populations in the community. Implementing the model requires training and guidance for staff in the new clinical roles, team-based processes and relationships, and outcomes measurement. Because of the scale of change involved in the new plan, the experts, ADCRR and NaphCare agreed that piloting the plan in a small, controlled setting would be prudent to test some of the plan's assumptions, to learn about implementation, and better prepare NaphCare and HSD to roll out the plan across ADCRR's nine complexes and 45 separate units.

Experts submitted the initial staffing plan on April 26, 2024 (Doc. 4599). It included a Pilot Project at one unit in each of two ADCRR complexes. The Court ordered ADCRR to implement the Pilot Project (Doc. 4637, as amended in Doc. 4643) and ordered the experts to submit a final staffing plan thereafter which would incorporate findings from the Pilot Project.

The Pilot Project operated from July 8, 2024 through January 17, 2025. The experts submitted a final report to the Court about the Pilot Project (Doc. 4761). This final staffing plan incorporates what the expert team learned from the Pilot about staffing numbers, roles, and implementation.

The table below shows the net change between the initial staffing plan and the current one. Compared to the initial plan, the current plan has a net staff increase of 5%. Of that increase, 2% is accounted for by a 2% increase in ADCRR's population in the interim. The remaining 3% is accounted for by adjustments we made to the model based on lessons learned from the Pilot, interviews with all Facility Healthcare Administrators (FHA), and data provided by ADCRR.

| Comparison of Initial Staffing Plan and Final Staffing Plan | | | | |
|---|---|---|---|---|
| | Initial | Current | Change | |
| | | | # | % |
| Patient Population | 24,187 | 24,769 | 582 | 2% |
| Primary Care Positions | 1,017 | 1,014 | -3 | 0% |
| Mental Health Positions | 482 | 562 | 80 | 17% |
| All Positions | 1,499 | 1,576 | 77 | 5% |

While examining patient safety was beyond the scope of the Court's instruction, it was necessary to collect data on appointment backlogs to help inform the relative intensity of patient needs at different complexes. As the data in this report shows, there are *thousands* of appointments to see nurses, medical practitioners, mental health counselors, and psychiatric prescribers, backlogged statewide. This staffing plan does not provide for – nor should a permanent staffing plan provide for – staffing to address these backlogs. Indeed, a proper staffing plan should assume that no significant backlog exists and is designed to maintain a safe status quo. The current backlogs, therefore, should be viewed as temporary states. Once the staff and space required to maintain a safe status quo are in place, ADCRR will need to implement a short "blitz" to eliminate the backlog. This will require a surge of staff effort, typically accomplished with regular staff overtime, supervisor involvement, and, where clinically appropriate and allowable under the Injunction, some temporary staff.

During the research necessary to complete this plan it became obvious that ADCRR's health care operation suffers from two severe deficits beyond inadequate staffing, *to wit*, insufficient clinical space and insufficient custody staffing to support clinical activities. As an example of the latter, ADCRR has clinical space at the Meadows Unit in the Eyman complex which it critically needs to be able to provide the level of mental health care required by the Injunction. However, that space sits unused because of a lack of custody staff.

This staffing plan was developed based on patient care needs and assumes sufficient clinical space and custody officers are in place to support the clinical staff enumerated in the plan and their work. Without these two elements this plan cannot function as designed and ADCRR will not be able to provide safe patient care. Stated a different way, ADCRR will not be able to "hire its way" to safe patient care. The critical need for additional clinical space and custody officers supporting health care operations cannot be overstated.

## SECTION I PRIMARY CARE

### Elements of the Injunction that Inform Primary Care Staffing Plan

- All residents will be assigned to specific PCPs based upon the complexity of their health care conditions. Patients with complex health care needs are deemed to need physician level of care and will be empaneled to physicians. Patients whose conditions are not complex will be empaneled to APPs which may be nurse practitioners or physician assistants.

- The assigned PCP will manage the patient's acute, chronic, preventive, and non-urgent primary care needs.

- Initial care will be provided by the PCP, or another health professional as directed by the PCP.

- The staffing plan places limits on the number of patients on physician and APP panels based on the complexity of patient clinical conditions.

- All APPs are expected to collaborate with physicians on patient clinical management when necessary. Physicians are assigned APPs with whom they collaborate; an up-to-date list of the assignments is kept by the Facility Medical Director (FMD). No physician may be assigned to collaborate with more than three APPs.

- FMDs at complexes designated as low-intensity complexes[1] will see patients needing physician level of care and provide clinical collaboration to APPs.[2] FMDs at other complexes are limited to 100 patients on their panel, will not be scheduled as the practitioner for inpatient or special needs units (SNUs), and will not provide clinical collaboration to APPs.

- RNs must immediately assess urgent medical and mental health (MH) requests, consult with a medical practitioner (physician, nurse practitioner, or physician assistant) or MH professional (psychology associate, psychologist, or psychiatric practitioner), respectively, within four hours.

- RNs must assess all patients returning from the hospital or ED upon return, prior to return to their living unit.

- Informed refusals for provider-initiated visits are made directly with an RN or medical practitioner for medical visits and a MH professional for MH visits. Patients canceling self-initiated visits do so directly with any health care professional.

- Medication administration must occur within defined windows of time; shifting many more medications from direct observed therapy (pill line) to keep-on-person (KOP) is strongly encouraged.

- Assessment and treatment for substance use disorder is required. ADCRR must continue Medications for Opioid Use Disorder (MOUD) that the patient received prior to incarceration at ADCRR and must initiate MOUD and medications for alcohol treatment to persons with OUD and alcohol use disorder, respectively, throughout the system.

---

[1] Low- and high-intensity complexes are defined in the Injunction based on the average number of prescriptions per resident, intended to be a rough measure of the health care complexity of patients at that complex. Currently Douglas, Winslow, and Safford are designated low-intensity.

[2] This does not work with team-based care and the PCCM, because the FMD would have teams in all units which is not feasible for huddles or patient care. Instead, the FMD will see patients whose PCPs are not available, and will provide clinical consultation to the complex's APPs.

- At prison intake sites, an RN must complete intake screening within four hours, a mental health clinician must complete a mental health assessment within one business day, and a medical practitioner (physician or APP) must complete a medical health assessment and physical exam by the end of the second day.

## Elements of a Patient-Centered Care Model that Inform Primary Care Staffing Plan

- All primary care is patient-centered rather than task-centered. Care is planned and delivered in the context of the Primary Care Team and a comprehensive integrated care plan rather than by individual personnel assigned to one component of a patient's needs. For example, chronic care is managed by the patient's primary care practitioner and other members of the team and in the context of all of the patient's conditions, not by a separate practitioner managing chronic illnesses remotely and separately from the patient's other needs.

- Primary care is team based. A permanent primary care team of practitioners, nursing and ancillary staff cares for a specified panel of patients. During a daily morning team huddle, the team reviews scheduled care for that day, overnight events, and high-risk situations. There is increased focus on patient engagement and self-management of chronic conditions. RNs become more involved in supporting patient engagement in self-care for chronic conditions, managing care for the day's high-risk patients, and assessing future scheduled visits and tasks that can be combined into that day's practitioner scheduled visits. PCPs evaluate all non-urgent complaints for their empaneled patients.

- Patient panel assignments for medical and mental health care are aligned to cover the same housing units and patients as much as possible to enable better integration of medical and mental health care across teams and through huddles.

- Patients have a single, integrated care plan that addresses their medical, mental health, and substance use disorder (SUD) conditions.

- The role of RNs in managing chronic conditions changes markedly. For unstable or poorly managed patients, the RN conducts frequent check-ins with the patient in collaboration with the practitioners, to closely monitor response and adherence to treatment plan changes, thus closely managing the high-risk state. For stable patients in good control, the RN conducts visits with the patient in lieu of, but in collaboration with, the practitioner.

- The daily primary care team huddle, directed by the PCP, supports the practitioner's ability to determine which Health Need Requests (HNRs) can appropriately be managed by RNs while conforming to the Injunction's requirement that initial care will be provided by a medical practitioner, or another health professional as directed by a medical practitioner.

- Under the model, important efficiencies will result including:

  o Scheduled care proceeds smoothly every day, uninterrupted by urgent and emergent situations for which there will be dedicated personnel.

  o "Bumping" of patients from the daily schedule decreases because scheduled care can proceed uninterrupted. This reduces delays in scheduled care and also reduces unnecessary patient movement.

5

- o The number of clinical visits and the accompanying resident movement and custody escorting decreases by collapsing multiple visits/tasks into a single visit making each visit as comprehensive as possible.[3]
- o The number of PCP visits for chronic conditions decreases because RNs become involved in managing stable patients under PCP direction.

  It is important to recognize, though, that the decrease in the number of PCP visits is an efficiency that we do not expect to be enjoyed immediately. In fact, the opposite may happen initially. Because of improvements in access to care and rigor of clinical evaluation, clinicians will discover and begin evaluating and treating previously unidentified health conditions, increasing the amount of time staff spend with patients.

Each primary care team will have the following members who manage a specific panel of patients:

- Physician with an assigned patient panel. Each patient's health record will indicate the name of their physician PCP;

- APP with an assigned patient panel. Each patient's health record will indicate the name of their APP PCP;

- RNs with a variety of roles which may be combined in different ways depending on the facility or complex:

  - o Assessment, practitioner consultation, and disposition of urgent requests in collaboration with the PCP;
  - o Collection and disposition of HNRs that are not for clinical issues;
  - o Managing daily high-risk situations in collaboration with PCPs (disposition to, or return from, hospital/emergency room, issues that arose overnight, abnormal test results, emergent incidents, etc.);
  - o Chronic care management: carrying out chronic care visits for stable patients with practitioner supervision, patient teaching in groups, 1:1 patient consultations, teaching patients self-management and adherence to medications and other disease-specific care;
  - o Addressing treatment non-adherence: face-to-face review of refused visits and medications, KOP adherence;
  - o Patient schedule management (review of daily scheduled visits; recommending to collapse other scheduled visits and treatments into that day's visit);
  - o Specialty medication administration such as intravenous medications.

- LPNs for medication administration, KOP preparation and distribution, patient treatments, hepatitis C virus (HCV) and MOUD treatment.

- Medical assistants/Certified Nursing Assistants (MAs/CNAs): one assigned to each primary care practitioner during visits to review visit plans with patients, obtain vital signs, draw blood, and carry out other non-license-requiring tasks. Each MA/CNA should spend 75% of time with visit-specific

---

[3] Evidence from the Pilot Project showed that on average, 15% of patients seen by their primary care practitioners had future visits and/or tasks that were collapsed into the scheduled visit.

work and the remaining 25% on other patient-related duties such as delivering medical supplies, carrying out tuberculosis testing, etc. Additional CNAs or MAs will be required to facilitate telehealth visits for each telehealth practitioner. These CNAs or MAs are distinct from those supporting PCPs.

In addition, drawing blood for lab tests should be done efficiently, ideally during the primary care visit, to avoid extra patient movement and additional appointments. There are a variety of approaches in place across ADCRR to support this which include:

- Specific phlebotomy staff who are on the unit at specific days and times;

- MAs who can draw blood during the visit;

- CNAs who have additional certification and can draw blood during the visit;

- Emergency Medical Technicians (EMT) who have additional certification and can draw blood during the visit.

The staffing plan allows units flexibility to use processes that work most efficiently for their unique circumstances.

On each team, someone is delegated to conduct daily pre-visit "optimizing," in which other future scheduled visits, testing, treatments, and tasks are evaluated for inclusion (collapsing) in the day's primary care encounter.

In high-intensity complexes, an additional "transitional" APP will be assigned to each unit. This practitioner will not be assigned a patient panel  but instead will assist in seeing patients as assigned by the team PCP(s) and/or cover visits for APP PCPs that are required on days the APP PCP is not available. This capacity will be needed until the model has matured such that visits are effectively collapsed, nursing is fully engaged in new roles, patients have acclimated to the team approach, and daily coverage for PCP teams has reached equilibrium. This is expected to require 9-12 months.

In high-intensity complexes, EMTs and/or paramedics will be assigned to each shift in each unit (with some exceptions) to provide emergency responses, urgent treatments, and manage unanticipated events that might interfere with scheduled visits. In most cases, EMTs can suffice. However, if, in the opinion of ADCRR, based on the complexity of patient emergencies at a given complex as well as the typical time frame between the emergency and arrival in a community hospital, paramedics are necessary, it would be appropriate to replace basic EMTs with paramedics. This concept applies to anywhere in this staffing plan where the term EMT or paramedic is used.

Licensed staff all work at the top of their licenses. Tasks such as vital signs or tracking down test results that can be performed by a lesser trained/credentialed person are moved down as far as they can legally and safely be moved, resulting in higher level staff only performing those tasks that no one else can.

Under the Injunction, FMDs can be assigned up to 100 patients in the high-intensity complexes. However, the PCCM team-based approach does not accommodate an FMD patient panel assignment in these complexes, given the need for the physician to participate in daily huddles and other team interactions. Rather, in high-intensity complexes FMDs will see patients of a physician PCP when those patients need a practitioner encounter but the PCP is not available. The PCCM staffing does not assign a patient to the FMD in high-intensity complexes.

The three men's low-intensity complexes must implement the staffing plan and PCCM slightly differently than the high-intensity complexes. Each unit of these complexes has patients who need a physician as PCP, but the numbers are small and in some cases the units are very distant from one another. This is also true in a few instances for APP patient panels. Nurses are generally assigned to a single unit, but physicians and in some cases APPs are not. These complexes will need to conduct virtual daily huddles that are complex-wide to triage HNRs and schedule care so that patients are seen by appropriate practitioners. It will result in nurses working with more than one practitioner. Also, in these complexes, the FMDs can serve as PCPs to the physician-led caseloads. ADCRR will need to craft customized practitioner solutions for each low-intensity complex.

In all high-intensity complexes, the FHA and FMD will need to allocate PCPs and RNs across the units such that the teams and its staff only work at a single unit, i.e., are not split, having their primary care patients in two or more units. To accomplish this, the FHA and FMD may need to "round up" partial positions. For example, based on panel size, a given unit might need 0.9 FTE APP. However, because filling a 0.9 FTE position can be challenging, they may need to round up the position to 1.0 FTE. Where they need to round up a partial physician FTE, they may complement the physician's panel (of complex patients) with less complex patients who would ordinarily be assigned to an APP.

## Staffing Plan

### Empanelment Methodology

The first step in creating the staffing plan was to develop a methodology for empaneling primary care patients to appropriate primary care practitioners – physician or APP – based on their individual clinical complexity. We developed a two-step process that considers both medical complexity and mental health complexity.

First, we established a proxy for estimating the medical complexity of patients residing in each prison complex. We identified a specific list of single diagnoses that automatically required physician-level care and several additional combinations of diagnoses that require physician-level care.[4] For the initial staffing plan, the experts reviewed the medical diagnoses of each ADCRR patient as found in the Master Problem List in the patient's electronic health record, using data provided by ADCRR. Experts and ADCRR's HSD analytic staff worked together to codify logic in a data analytics program to produce this information for use in the Pilot Project. For the final staffing plan, HSD produced the data and provided it to the experts in an Excel file. Patient data was collected from the electronic medical record on January 29, 2025.

We then placed patients into categories of medical complexity and defined PCP empanelment by level of medical complexity, using the framework seen in the table below.

---

[4] Refer to Appendix 1 "Patient Panel Assignments by Diagnosis" for the diagnoses and assignments.

| PRIMARY CARE EMPANELMENT | | | |
|---|---|---|---|
| **Patient Chronic Care Diagnoses** | **Medical Complexity** | | **PCP Provider** |
| | **Number** | **Description** | |
| No diagnoses in Master Problem List | 1 | Very Low | APP |
| One diagnosis approved for APP | 2 | Low | APP |
| Two or three diagnoses approved for APP | 3 | Medium | APP |
| One or two diagnoses, one or both requiring physician | 4 | Medium | Physician |
| Three diagnoses and at least one requires physician | 5 | High | Physician |
| Four or more diagnoses of any type | 6 | Very high | Physician |

Next, we refined empanelment to account for mental health status that creates additional demand on primary care teams. We learned in the pilot that patients designated as MH Levels 3B and 3A[5] often:

- Require additional clinical integration between the primary care and mental health teams regarding medication management and clinical goals,
- Generate a higher number and frequency of medical HNRs, and
- May need clinical/behavioral management approaches that are coordinated and integrated between medical and mental health teams.

Accordingly, any patient who is designated as MH Level 3A or 3B is moved to the next higher level of medical complexity, which results in a smaller panel size for the primary care team. It also moves some patients from APP-led teams to physician-led teams.

The figure below illustrates the percentage of patient population assigned to APPs and physicians at each complex using this two-step methodology. Phoenix is excluded because it is primarily a reception center.



---

[5] See Appendix 3 for a description of MH levels utilized by ADCRR.

9

When implementing the staffing plan, empanelment, including assigning patients by name to primary care teams and to mental health teams, must be done by HSD or NaphCare and delivered to FHAs. We note that neither HSD nor NaphCare have been assigned to, or trained in, these essential processes.

*Base Primary Care Staffing Model*

We developed panel sizes by discipline based on our own extensive experience with patient-centered community practice and prison health care, further informed by a literature review of primary care staffing in governmental and community-based health care, interviews with prison staffing thought leaders, and the experience of the Pilot Project. The model assumes that patients with complex medical problems are cared for by physicians and drive higher staffing levels of nurses and other ancillary staff. Conversely, patients with less complex medical problems can be cared for by APPs and drive lower staffing levels for other ancillary staff. We established baseline panel sizes for medical primary care staff based on level of patient complexity. Initial panel sizes were tested in the Pilot Project and have been slightly revised for the final staffing plan.

Panel sizes also presume a shift with PCPs seeing more patients for "initial" non-urgent care than they were seeing previously, and nurses seeing fewer. This is informed in part, by our retrospective review of 47 RN visits driven by HNRs at Dakota. See Appendix 2 "Sample RN Visits at Dakota Pilot" for details. ADCRR will need to closely evaluate PCP and nursing HNR responses and adjust panel sizes accordingly.

Final panel sizes are seen in the table below.

| BASELINE PRIMARY CARE PANEL SIZE PER FTE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Medical Complexity | Physician | APP | RN | LPN | MA/CNA | EMT | Transition APP |
| 1. Very low | 0 | 790 | 400 | 1 FTE per 250 average daily patients on meds | 1 per PCP | 1 per unit, high intensity complex | 1 FTE per high intensity complex |
| 2. Low | 0 | 660 | 300 | | | | |
| 3., 4. Medium | 375 | 375 | 150 | | | | |
| 5., 6. High and Very High | 175 | 0 | 75 | | | | |

We use these panel sizes and FTE assignments to calculate baseline staffing needed for all complexes for primary care delivered in eight-hour shifts Monday through Friday. Modifications must be made when other scheduling practices are used, and in many units, they will require additional hours of clinic operation and additional custody available for escorting. Refer to Appendix 6 "Converting 8-Hour Shift Plan To 10- and 12-Hour Shifts" for detail on this conversion. Panel size calculations allow for about four hours per week of non-patient time during which the team can conduct population health inquiries, design patient interventions, problem solve daily operations, and work with mental health and SUD treatment teams to integrate care.

LPN and EMT staffing are predicated on 12-hour shifts and so each day and night shift FTE is counted as 1.5 FTEs based on the 8-hour shift framework. Weekend and evening RN shifts are also based on 12-hour shifts.

*Complex-Specific Adjustments to the Model*

This primary care staffing model is built on baseline panel sizes for all health care staff that are weighted at each complex based on its patient complexity. There are other factors to consider in adjusting and customizing staffing to each complex. Accordingly, we developed complex profile factors that merit consideration of adjustments from baseline staffing. These include:

● Primary care practitioner coverage in units that provide primary care access six or seven days a week;

● Evening and night shift staffing coverage and weekend staffing for RNs and LPNs tailored to the complex and in some cases to the specific units within complexes;

● EMT staffing based is on the complex, with no EMTs at the low-intensity complexes (Winslow, Douglas, and Safford). Unique modifications are made to EMT staffing at the high-intensity complexes based on circumstances that are noted in each complex's staffing profile.

● LPN staffing is based on the formula of one FTE LPN for 250 patients receiving prescription medication. Modifications are made for patients who must receive medications cell side, patients with heavy medication use, patients receiving sublingual buprenorphine (Suboxone®) for opioid use disorder (MOUD), and the volume of controlled substances needing manual documentation.

● Panel size adjustments based on the number of patients residing in residential or inpatient mental health units because these patients generate considerably more demand on primary care. These adjustments presume that the primary care team is heavily involved in interdisciplinary case planning, patient visits, and medication management. For these reasons:

  ○ Primary care panel size is reduced by 25% for patients who are in transitional or residential mental health units.

  ○ Primary care panel size is reduced by 40% for patients who are in inpatient psychiatric units at Eagle Point or in Perryville.

● Selected data points from the monthly Health Services Report provided by NaphCare, adjusted to per 1,000 residents and comparing high-intensity and low-intensity complexes separately.[6] Adjustments were made where outliers were found that had not been addressed in the complexity analysis.

  ○ Population on prescription medication

  ○ Medication orders

  ○ Population with chronic illness

  ○ Medical Practitioner visits

  ○ Chronic care practitioner visits

  ○ Nurse HNR visits

  ○ Nurse triage of prescription needs

  ○ Off-site visits

  ○ Emergency room use

  ○ Suicide watch

● Close custody/detention housing and maximum custody housing. This is due to the extra time required to escort patients to and from health care, even when there are exam rooms in the housing

---

[6] Data in this analysis averages what is reported by NaphCare monthly for January – December 2024.

units, and also extra time required to administer medications cell-side rather than in pill lines. Additional practitioner and medication administration staff is allocated based on the portion of the population that resides in close or maximum custody.

- Number of buildings/units and their proximity to the health care unit

- Ratio of physicians to APPs for clinical consultation

    o Physician FTEs are increased by 5% (2 hours per week) for collaboration with every APP employed in the complex, including those who are seeing patients for episodic non-urgent care during the transition period.

    o No primary care physician may be assigned to clinically support more than three APPs.

- ICS[7] response requires initial response and stabilization and based on the experience of the Monitors, we estimate that 25% also require a practitioner to evaluate the patient. For complexes/units with a high number of ICSs, the model factors in EMT, RN and practitioner time.

- With the exception of Perryville, large numbers of residents move in and out of complexes each day – between 140 and 600. RNs are responsible for processing the health care component of these moves. Tucson and Yuma have RN positions dedicated to this task. Other complexes absorb it into RNs with other duties but may need dedicated RNs in the future. ADCRR should address this need in each staffing update.

- ADCRR administers more than 9,300 once-daily doses of MOUD and more than 2,400 daily doses of other controlled substances which are often given more than once a day. Manual documentation of controlled substance perpetual inventory takes 1.5 minutes for every dose administered. In some units, ADCRR has implemented an Excel-based inventory management system for MOUD medication. This has greatly reduced the amount of time nurses need for documentation making it almost negligible. It is not full automation of the inventory, and this tool is not available for other controlled substances, which still require manual documentation. Full automation for all controlled substances is the goal. For now, the staffing plan does not add any staff time for documentation of MOUD in units that are currently employing the Excel-based tool for MOUD. Where it is not in use *and* for all other controlled substances, 1.5 minutes of documentation per dose is allocated to LPNs. When ADCRR has fully automated the perpetual inventory of controlled substances, LPN staffing can be reduced.

- For administration of MOUD, 1.5 minutes is allocated for each daily MOUD dose based on the time it takes to crush the medication and observe its administration.

- HNRs drive a tremendous amount of patient care and staffing and also vary widely across complexes and units. They should be factored into staffing. However, ADCRR, NaphCare and FHAs have not agreed upon a valid data source capturing all daily HNRs by unit. For example, at Perryville, ADCRR reported 5,992 HNRs of all 5 types submitted in January 2025. This is a daily average of 200 HNRs. NaphCare's corporate report shows Perryville's 2024 monthly average for four types of HRNs (minus dental) to be 15,205 or a daily average of 506 HNRs. Perryville's FHA reports that San Carlos patients

---

[7] Incident Command System. The term "ICS" is used to refer to any staff response to an incident at ADCRR that requires emergent handling. It includes incidents such as fights and medical emergencies.

alone (about half of the population) submit about 200 HNRs every day. As a result of the uncertainty of data, HNR data is not factored into this staffing analysis. An accurate count of all daily HNRs submitted by type and by unit is essential to accurate staffing in the future. ADCRR, the FHAs, and NaphCare should agree on a single accurate source for this data, and ADCRR should track and report it.

This staffing plan provides a single plan for each complex that covers all its units. It is up to each complex's FHA and FMD to determine how to allocate the staff across the units, shifts, days of the week, and posts, as long as the ratios defined in this plan are adhered to.

## SECTION II MENTAL HEALTH CARE (PRIMARY THERAPIST MODEL)
## Outpatient Care (Primary Therapist Model)

### Elements of the Injunction that Inform Outpatient Mental Health Staffing Plan

- All patients categorized by their clinical conditions as MH Levels 3 – 5 will be assigned to a Primary Therapist (PT) who will be a psychology associate or psychologist.

- Patients in a crisis stabilization bed (Mental Health Watch) must be seen on the first day by a psychiatric practitioner and seen daily by their PT.

- A psychologist must review the records of each prisoner who is added to, or discharged from, the MH caseload. The psychologist must provide appropriate documentation of this review in the prisoner's health record.

- Patients on the MH caseload (MH Levels 3-5) will submit HNRs to MH. The PT or (other therapist if the PT is not available) will triage the HNR for response.

- Patients not on the MH caseload (MH Levels 1-2) will submit requests for care to their PCP through the procedures for seeking medical care and will be referred to mental health as appropriate.

- Mental health visits are carried out in a treatment room with privacy. Cell-side MH care is not acceptable except in cases where the patient's medical or mental health condition precludes movement to a treatment room.

- Patients designated as MH-3 and on psychotropic medications will be seen by a psychiatric practitioner at least every three months.

- A psychiatric practitioner must see each new patient placed on MH watch within one business day.

- Outpatient psychologists shall supervise no more than eight psychology associates, and residential and inpatient psychologists shall supervise no more than six psychology associates.

- A Mental Health Duty Officer must be available at all times when facility MH staff are not available. The Duty Officer shall be a licensed psychology associate, psychologist, or psychiatric practitioner.

### Elements of a Primary Therapist Model that Inform General Population and Outpatient Mental Health Staffing Plan

- All outpatient medical and mental health care is patient-centered rather than task-centered. Care is planned and delivered in the context of the Mental Health Team

- Mental health care is team-based. There is a permanent team of primary therapist, nursing, psychologist, psychiatric practitioner, and behavioral health technician (BHT) for a specified caseload of patients. During a daily morning team huddle, the team reviews scheduled care for that day, HNRs, overnight events, and high-risk situations. Primary Therapists evaluate all non-urgent complaints for their caseload's patients.

- Patient caseload assignments are aligned with primary care panels to cover the same housing units and patients as much as possible to enable better integration of medical and mental health care across teams and through huddles.

14

- ADCRR uses a scoring system to assign clinical MH acuity to each resident. Scores are assigned at intake and revised by clinicians as appropriate. MH Levels 1 and 2 individuals are not considered part of the MH caseload, though they must receive crisis assessment, suicide prevention and stabilization services as needed. All five divisions of MH-3 (A, B, C, D, E) are considered outpatient level of care.

- The MH staffing plan is rooted in the Primary Therapist Model. In this model, every patient with a designation of MH Levels 3, 4, or 5 is assigned a Primary Therapist (PT). The PT is a licensed masters level therapist (or, if unlicensed, works under the supervision of a licensed therapist). The PT assignment is maintained constant as long as the patient remains in the housing unit(s) covered by that PT. This model helps ensure that patients' care is managed by the same professional as much as possible.

- PTs provide assessment and treatment to the outpatient MH caseload at a frequency and intensity that addresses the patient's needs.[8] Patients who have recently changed MH settings – moved from general population to residential or inpatient care or vice-versa – should be considered at higher risk and seen as often as necessary until stability is achieved. Conversely, PTs may, using clinical judgement, set longer intervals for care of stable patients.[9]

- The MH Outpatient staffing plan is based on ADCRR's classification of patients to MH levels. Classification should be based on a patient's symptoms, presentation, and level of functioning. Prior diagnoses or conditions in the community should be included as part of the comprehensive mental health evaluation, but may not be used as the sole basis for diagnosing a patient and are not appropriate to ascribe to persons inside ADCRR without a comprehensive mental health evaluation.

- All patients on the Outpatient MH caseload have an individually tailored and patient-specific treatment plan that is updated at least annually.

- At this time, patients in all three low-intensity complexes are designated MH 1 or 2. No psychiatric care is provided at these complexes. One FTE psychology associate is assigned to each complex during weekdays for crisis response. For operational reasons, it may benefit ADCRR to allow certain MH-3 patients to live in low-intensity complexes, in which case MH staffing levels will need to be adjusted.

- Each complex has a Mental Health Watch unit where patients who are under suicide watch or crisis stabilization receive care by psychology associates during daytime hours seven days a week at high-intensity complexes, and weekdays at low-intensity complexes.[10]

- Patients in detention housing are seen weekly by a psychology associate for a brief assessment which may occur cell-side. Patients needing a more in-depth MH visit are scheduled for a visit and escorted to a confidential treatment space for that care.

---

[8] This differs from current policy in that PTs are not held to scheduling patients at pre-determined visit intervals (i.e., 30-60-90 days) regardless of need. Rather, patients are seen as often as the need documented in their individualized treatment plans. Current policy therefore drives additional visits than are clinically necessary and accounted for in this staffing plan. Thus if ADCRR maintains its current policy, it will require additional staffing resources above the levels described in this plan.

[9] See Appendix 4 for the calculations used to determine outpatient MH caseloads by MH Level.

[10] Low-intensity complexes keep patients on MH watch only until they can be transferred to a complex with mental health services – usually within one day. PAs are present weekdays only and QualCare is contacted for weekend crises. QualCare is a contracted service providing practitioner care virtually. Coverage is for after-hours needs and for situations when a practitioner is not available during business hours.

- Patients under mental health watch are seen daily by a psychology associate in a face-to-face confidential environment unless such a meeting is clinically contraindicated or if legitimate safety and security concerns are raised. In either case, the reason for not meeting face-to-face in a confidential setting when on MH Watch is documented in the patient's medical record.

- All patients receiving outpatient MH services are seen in scheduled visits in a private MH exam room unless the patient's medical or mental health condition prohibits this. All MH outpatients are brought to the MH exam room by custody staff in accordance with an "opt-out" model. In an opt-out model, the custody staff – not the MH staff – go to the patient's cell at the time of the appointment, informing the patient that they have come to escort them to their health care appointment, as they would for any other health care encounter. *Note that these are significant departures from current practice in most units.*

- All units within high-intensity complexes have one or more supervising psychologists who are typically not assigned patient caseloads (or manage very small, specialized caseloads). Supervising psychologists have administrative and clinical oversight duties:

  o Administrative duties

    - Oversee administration of mental health services and level of care changes, and provide input into custody decisions on housing changes for patients with serious mental illness;

    - Assign patient caseloads to PTs based on the patient MH levels and caseload limits described below;

    - Assign one PT to be the daily "crisis responder" for each unit;

    - Monitor the daily status of and assures adequate interventions for all patients on a wait list for residential and inpatient treatment.

    - Administrative duties are calculated to require about 2.5 hours per day or 0.3 FTE per unit.

  o Clinical oversight duties:

    - Assess and monitor the overall quality of clinical mental health care,

    - Provide clinical oversight to psychology associates under the limits set forth in the Injunction: no more than 8 psychology associates providing outpatient MH care and no more than 6 psychology associates providing transitional, residential, or inpatient care.

    - A psychologist is assigned to remotely oversee the PAs at all three low-intensity complexes, with occasional site visits as needed.

- Psychiatric APPs are expected to collaborate with psychiatrists on complex cases regarding treatment objectives and care. Psychiatrists are assigned psychiatric APPs with whom they collaborate, and an up-to-date list of the assignments is kept by the FMD. No psychiatrist may be assigned to collaborate with more than three psychiatric APPs.

16

Mental health team members for all Level 3 sublevels include:

- Psychology Associates are assigned as PTs for all patients on the MH caseload.[11] Each patient's health record indicates the name of their assigned PT. PTs are responsible to:

  - Provide assessment and treatment at a frequency and intensity that addresses the patient's needs, using the clinical model of mental health care provided in training for the PCCM;

  - Triage HNRs each weekday, in consultation with other members of the MH or PCCM team, as needed, and assure appropriate clinical response;

  - Develop and update treatment plans with input from other team members;

  - Integrate care with primary care and addiction providers;

  - Serve as a "crisis responder" for the outpatient population. This may be assigned by the supervising psychologist as a rotating position, or be permanently assigned, or a hybrid, depending on the needs of the unit and the patient population.

  - Monitor patient status and increase treatment intervals for patients who are on a wait list for residential or inpatient MH services;

  - Monitor patient status and amend treatment plans for patients who can be moved to MH Level 1 or 2.

  - Provide outpatient MH services seven days a week in high-intensity complexes. On weekends, one PA covers the full complex for the day shift.

- BHTs work within their capabilities and legal limits and under the direction of a PT to manage the caseload. They do not assess patients but observe and hold discussions with patients and report findings to the PT as members of the patient's MH care team. Duties include:

  - See patients face-to-face who are refusing MH appointments, if delegated by the PT. Report findings to PT who will determine appropriate action;

  - As assigned by the PT, connect with and observe patients who are moving between levels of care and report status to PT;

  - Conduct and document Segregation Rounds three times per week as required by ADCRR.

- Psychologists provide clinical oversight and other administrative duties described above. In addition, they may conduct psychological testing and complete specialized evaluations requiring their level of education, specialization, and experience as needed for the outpatient MH population.

The following team members are also required for patients in MH-3 sublevels A, B, C, and D:

- Psychiatrists or Psychiatric APPs prescribe and manage psychotropic medications, coordinate with PTs on treatment plans, and engage PTs in medication adherence issues.

---

[11] The Injunction allows for psychologists to serve as PTs. This staffing plan allows for a psychologist to serve as PT in the outpatient setting in rare cases calling for a specific skill set. A psychologist's caseloads would not exceed five patients in this setting.

17

- Psychology RNs conduct individualized and group teaching and support for medication adherence, symptom management, treatment plan adherence, and other topics.

BHTs are also required for escorting patients to all telepsychiatry visits. For each FTE telepsychiatry practitioner, 0.75 FTE BHT is assigned *in addition to* the BHT FTEs discussed above.

Under the model, important efficiencies will result including:

- The underlying premise of the Primary Therapist Model is a defined caseload for each PT which allows for a sense of "ownership" of, and accountability for, one's patients and the population as a whole. This enables a meaningful, comprehensive, and robust understanding of the patient's mental health issues that will be used to develop treatment interventions that are individually tailored to each particular patient.

- The Primary Therapist model will greatly improve the continuity of mental health outpatient care and will subsequently result in better management of patient risk and instability and address patients faster and with fewer gaps in care. The net effect will be fewer crises and higher patient and staff satisfaction.

- Reduction in HNRs and patient visits due to better continuity of care and case management;

- Fewer "mandated" visits that are not clinically indicated;

- More timely response to increases in clinical risk.

In all high-intensity complexes, the FHA and FMD will need to allocate mental health staff across the units such that the teams function in just one unit wherever possible. This may mean "rounding up" some of the partial positions. An exception may be psychiatric prescribers who in some complexes will cover more than one unit.

### Staffing Plan

#### Patient Populations
For the final staffing plan, HSD produced the data and provided it to the experts in an Excel file. Patient data was collected from the electronic medical record on January 29, 2025 and shows the MH level assigned to each patient.

#### Base Model
We developed caseload sizes by discipline based on our own extensive experience with outpatient mental health care practice and prison health care, further informed by a literature review of outpatient mental health care in governmental and community-based settings, and interviews with correctional mental health thought leaders. They were tested in the Pilot Project and some revisions have been made. Assumptions and calculations used to quantify outpatient mental health caseloads for Primary Therapists can be found in Appendix 4 **"**Mental Health Caseload Calculations**."** Baseline outpatient MH caseload sizes are seen in the table below.

| BASELINE OUTPATIENT MENTAL HEALTH CASELOAD SIZE PER FTE | | | | | |
|---|---|---|---|---|---|
|  | Levels 1 and 2 | OP 3-A | OP 3-B | OP 3 | C-D-E |
| Psychiatrist/Psych NP | 0 | | 300 | | |
| Psych Associate | 2,500 | 40 | 65 | | 200 |
| BHT | 0 | | 150 | | |
| Psych RN | 0 | | 300 | | |

We use these caseload sizes and FTE assignments to calculate baseline staffing needed for all complexes for MH care delivered in eight-hour shifts Monday through Friday. Modifications must be made when other scheduling practices are used, and in many units, they will require additional hours of clinic operation and additional custody available for escorting. Refer to Appendix 6 "Converting 8-Hour Shift Plan To 10-and 12-Hour Shifts" for detail on this conversion.

Caseload sizes for PAs include the function of daily unit "crisis responder" in addition to patient caseload work. This function is essential to ensure that scheduled visits are not interrupted by unexpected clinical events.

*Complex-Specific Adjustments to the Model*
The outpatient MH staffing model is built on baseline caseload sizes for all health care staff that are used to determine staffing at each complex based on the number of MH patients at the various acuity levels. There are other factors to consider in adjusting and customizing staffing to each complex. Accordingly, we developed a complex profile that identifies factors that lead to adjustments from baseline staffing. These include:

- For the low-intensity complexes, one PA is required for each complex five days a week, regardless of whether the patient population meets the 2,500 patient caseload for patients in MH Levels 1 and 2.

- Average daily number of patients on MH watch. As seen in the table below, this varies considerably from complex to complex. Complexes will be assigned an additional 1.0 FTE PA per a daily average of 12 patients on watch. This ratio assumes approximately 30 minutes per visit, allowing time for the custody officer to bring each patient to and from the psychology associate in the MH exam room and time for the psychology associate to document in the patient's health record. This supports compliance with the Injunction requirement that MH patients receive care in a confidential clinically appropriate setting. This position is filled seven days a week (in contrast to most other positions in the plan which are staffed 5 days a week) which equates to 1.4 FTEs PA for every 12 patients on watch. This duty may be assigned to a single person or be rotated among the Primary Therapists along with the responsibility for crisis management.

| Average Daily Mental Health Watch Census 2024 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Douglas | Eyman | Perryville | Lewis | Phoenix* | Safford | Tucson | Winslow | Yuma |
| 0.4 | 25 | 11 | 24 | 4 | 0.2 | 41 | 0.5 | 13 |
| * Phoenix calculated only after Flamenco unit closed | | | | | | | | |

- A psychiatric practitioner must see each new patient placed on MH watch within one business day. This requires a 40-minute face-to-face encounter.

- ADCRR does not capture the number of unique patients placed on MH watch in a month. However, patients spend about 2-3 days on MH watch, on average. Accordingly, we estimate that of the average daily number of patients on MH watch in a complex, 40% are new patients. Psychiatric watch time per week is calculated at 40 minutes per day x 40% of the average daily watch census x 5 days a week. Psychiatric watch duties required on weekends will be carried out by QualCare via telepsychiatry which will require BHT facilitation.

- Close custody/detention housing and maximum custody housing. The same assumption of a 30% reduction in practitioner productivity used in the medical staffing plan is also applied to outpatient MH. This is due to the extra time required to escort patients to and from mental health care. Additional practitioner and psychology associate staffing is allocated based on the portion of the population that resides in close or maximum custody and in detention.

  ADCRR is adding mental health treatment space in some housing units. Where we know this capacity exists for close custody and detention patients, the adjustment for close custody is *not* made because these patients can move about in their housing units. The adjustment for escorting maximum custody patients will still apply. This element of the staffing plan will need adjustment as the capacity changes.

- Detention housing. ADCRR's Mental Health Technical Manual Section 4.1 requires that "all patients (regardless of mental health score) housed in restrictive housing, maximum custody, or detention shall receive segregation rounds a minimum of three (3) times a week by mental health or medical staff (not to include LPNs, CNA's, MH-clerks)." The rounds can be brief and cell-side and documentation is simple. The staffing plan assigns BHTs to this work, in addition to BHT team assignments and telepsychiatry facilitation. It assumes the BHTs document their visit in the Custody log, not the patient's medical record. If detention rounds must be documented in the medical record, much more time will be required and staffing will change. The table below shows the average daily census in detention beds by complex for 2024.

| Average Detention Housing Census 2024 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Douglas | Eyman | Perryville | Lewis | Safford | Tucson | Winslow | Yuma |
| 55 | 124 | 24 | 207 | 28.0 | 192 | 30 | 148 |

- Number of buildings/units and their proximity to the health care unit;

- Number of psychiatric APPs and psychiatrists;

- Number of PAs needing supervision by psychologist;

- Ratio of psychiatrists to psychiatric APPs for clinical collaboration.

- o  Psychiatric FTEs are increased by 5% (2 hours per week) for clinical collaboration with every psychiatric APP employed in the complex.

- o  No psychiatrist may be assigned to clinically collaborate with more than three psychiatric APPs.

- In ADCRR's outpatient mental health settings, psychiatry and psychiatric APPs are interchangeable, but the model calls for at least one psychiatrist in each complex. The total "psychiatrist or NP" is converted to assign at least one psychiatrist once the total FTEs have been identified.

- The requirement for a MH Duty Officer available whenever clinicians are not on site is currently being met by NaphCare's contract with QualCare and is addressed under "After-Hours Coverage." Additional staffing is not included for this function.

- Outpatient MH clinical supervision is calculated to require an average of one hour per week per PA. Supervision of 8 outpatient psychology associates would require 0.2 FTE.

- Where more than one supervising psychologist is assigned to a unit, the FHA must identify one to serve in the role of Daily Administrative Lead responsible for the administrative duties noted above. This assignment can rotate.


## Mental Health Residential/Inpatient Care

### Elements of the Injunction that inform Residential/Inpatient Care MH Staffing Plan

*Residential Care*

As reported in the empanelment data file provided by ADCRR, ADCRR currently operates residential mental health programming (MH-4) at five complexes. The Injunction requires that residential mental health treatment meet the following requirements:

- Patients must be assigned a new PT when entering Residential or Inpatient care. The PT will be a psychology associate except in rare cases where a psychologist is more appropriate to the patient's needs. When patients return to a lower level of care (Residential Unit or General Population), the PT will be re-assigned.

- PT must evaluate patients whenever there is a significant change in the course of treatment, e.g., new type of treatment, including medication, significant decompensation, at least annually, documenting the patient's need for residential level of care.

- PT must have face-to-face encounters with patients in accordance with treatment plans.

- Treatment plans are reviewed and updated as clinically indicated but no less often than every three months.

- A full team meeting is conducted at least every three months to include: PT, psychologist, psychiatrist, other staff as necessary, and patients if required by the Injunction. The meeting will consider treatment, efficacy of interventions, level of care needs, rationale for the need for residential care, diagnostic impressions, progress to date in treatment, and steps taken toward moving to a less restrictive environment.

- Patients have an appropriate clinical encounter with a psychiatric practitioner as often as indicated, but no less than every fourteen days.

- Clinical oversight of psychology associates is limited to six PAs per supervising psychologist.

*Transitional Mental Health Unit (TMHU)*

TMHUs are used for patients transitioning from Residential Care (MH-4), or who have been on long term watch, or who are on a waitlist for Residential (MH-4) or Inpatient (MH-5) care. At this time, there are four TMHUs – a 23-bed unit at Tucson, 30-bed unit at Eyman, a 24-bed unit at Lewis Buckley Unit, and a 33-bed unit at Lewis Stiner Unit. This plan calls for them to be staffed at the same level and with the same team members as Residential Mental Health care (MH-4).

*Inpatient Care*

Inpatient mental health care (MH-5) is currently provided at Perryville and at Lewis Eagle Point Unit. The Injunction requires that residential mental health treatment meet the following requirements:

- At least annually, the PT must conduct a comprehensive mental health evaluation reflecting the rationale for inpatient placement including but not limited to current symptoms and functional impairment, timing and pattern of decompensation, interventions attempted, diagnostic impressions (including potential substance-related impacts), progress in treatment to date, goals for treatment in the inpatient setting, anticipated length of stay, and criteria for discharge.

- Upon discharge from inpatient care, the PT must prepare a discharge summary.

- The PT must conduct daily face-to-face encounters with patients unless clinically contraindicated. Patient participation in weekly treatment progress meetings may be counted as a face-to-face encounter with the PT.

- The PT must evaluate patient treatment progress daily.

- Treatment teams meet at least weekly with all providers (e.g., nursing, psychiatry, mental health, social work, custody/unit staff, behavioral health technicians), patients as required by the Injunction, and providers from the prisoner's previously assigned unit whenever possible. At a minimum, teams provide updates on progress, the type and efficacy of interventions used, treatment adherence, potential obstacles to recovery, and rationale for continued placement in the inpatient unit.

- A psychiatrist conducts a clinical encounter with all patients as often as clinically appropriate, but no less than once per week.

- Clinical oversight of psychology associates is limited to six PAs per supervising psychologist.


## Elements of PCCM that Inform Residential/Inpatient Mental Health Staffing Plan

- Team members for residential and inpatient levels of care are more clinically specialized and include:

  o Psychiatrist, for diagnosis, medication management, integration with medical and SUD providers, and participation in interdisciplinary team care planning. Note that the staffing plan does not utilize APPs in these high acuity residential mental health settings.

  o Psychologist to provide clinical oversight and supervision of PAs, conduct diagnostic testing and evaluation for patients, and participation in interdisciplinary team care planning.

22

Psychologists may also have small patient caseloads – up to 6 patients in residential units or up to 4 patients in inpatient units.

- o Psychology Associates to provide assessment and counseling, develop and update treatment plans, direct BHTs, and participate in interdisciplinary team care planning.

- o Psychiatric Nurse to administer all patient medications, provide psychiatric nursing through individual and group interactions, integrate with medical and SUD providers, and participate in interdisciplinary team care planning.

- o BHTs to interact with patients throughout the day and on weekends in social and therapeutic encounters, report pertinent observations to PA (or custody officers on weekends), and participate in interdisciplinary team care planning.

- • The PCCM calls for integration of mental health treatment with primary care and with SUD treatment providers. For patients in residential treatment, this means not only carefully integrating medications, treatment plans, and clinical objectives, but because this population also submits an extraordinarily high number of HNRs and often makes frequent demands on the medical staff for treatments or services provided to their peers, interaction between the PT, psychiatric RN, and primary care team to address these matters will be frequent and robust.

Patients who are on a waiting list for residential or inpatient care and not in a Transitional MH Unit must be overseen by the supervising psychologist and receive increased services deemed necessary until residential care is available. This staffing model does not account for those services. ADCRR must provide those additional services when needed.


## Staffing Plan Methodology
### Base Model
The base model applies to an 8-hour day shift, Monday through Friday. Additional staffing for weekend coverage will be complex-specific based on residential MH services and the population on MH watch. Also, this staffing is for direct patient care and does not include facilitation of telepsychiatry visits, which is addressed separately.

Baseline Residential and Inpatient MH caseload sizes are seen in the table below.

| BASELINE RESIDENTIAL AND INPATIENT MH CASELOAD PER FTE | | | | | | |
|---|---|---|---|---|---|---|
| | Psychiatrist* | Psychologist | Psychologist Clinical Treatment | Primary Therapist | BHT | Psych RN |
| | | Clinical Oversight | | | | |
| Transitional MH Unit | 100 | 1 hour per week per PT, up to 6 PTs | 75 | 25 | 15 | 40 |
| Residential MH | 100 | 1hours per week per PT, up to 6 PTs | 75 | 25 | 15 | 40 |
| Inpatient MH | 30 | 1hours per week per PT, up to 6 PTs | 30 | 15 | 8 | 25 |
| * Note that the staffing plan does not allow for Psychiatric APPs to cover patients in residential or inpatient MH settings | | | | | | |

23

*Complex-Specific Adjustments to the Model*

In residential mental health care (MH-4), a stable and therapeutic milieu is essential. Census in the men's residential units ranges from 74 – 489 patients. Complex-specific additional weekend daytime mental health staffing is added to manage the milieu, avert crises, and administer medications.

## SECTION III  OTHER STAFFING CONSIDERATIONS

### Staffing for Telehealth Facilitation

ADCRR uses telehealth for a number of visit types: primary care, psychiatry, opioid use disorder treatment, Hepatitis C treatment, and some specialty care (for example, a remote dermatologist provides care to patients at Perryville).

Telehealth visits require that a facilitator be present for the encounter. For medical care, this can be an LPN, medical assistant, nursing assistant, or clerk. For mental health care, this can be a BHT, LPN, or clerk.

In the Court Monitors' reports addressing ADCRR's compliance with the Injunction, the Monitors have addressed clinically appropriate and inappropriate use of telehealth for the provision of medical and psychiatric care. The appropriateness issue is beyond the scope of this report. However, to the extent that ADCRR is currently heavily reliant on telehealth, it is essential that telehealth visits be adequately staffed to meet the unique medical and mental health demands at each unit of a complex, and that this function be staffed separately from the MA/CNAs assigned to on-site primary care and other duties.

The staffing plan allocates 0.75 FTE telehealth facilitator for every 1.0 FTE practitioner noted on the NaphCare schedule as practicing remotely. Because specialty practitioners (such as the dermatologist mentioned above) are not captured on NaphCare's schedule, we could not account in this plan for the corresponding facilitator. ADCRR will need to provide additional telehealth facilitators to support this activity.

### Practitioner After-Hours Coverage

ADCRR must provide coverage for after-hours medical and psychiatric needs across the system. On-call coverage must be available such that a response is provided within 15 minutes and is available 5:00 p.m. – 6:00 a.m. weekdays and 24 hours on weekends and holidays.

Currently, ADCRR's contract with NaphCare includes immediate on-call medical and separate psychiatric coverage for all complexes through a contract with QualCare, which currently contracts with 17 FTE medical practitioners, 4 additional PRN practitioners, 3.1 FTE psychiatric practitioners, and 2 PRN practitioners. This is sufficient to address coverage needs within the required response times. *However, all the QualCare practitioners are APPs, which is not acceptable.* There should be at least one physician and one psychiatrist available through QualCare at all times to whom complex clinical situations can be referred.

### Relief Factor

"Relief" coverage for all permanent staff positions is an essential component of a staffing plan to account for staff absences. This plan includes a relief factor based on coverage of 2 weeks of vacation and 2 weeks of sick time for each direct care FTE in the staffing plan. This equates to 7.7% (4 weeks leave/52 weeks per year) added to each FTE in the staffing plan.

## Medical – Special Needs Units (SNUs) and Inpatient Care Units (IPCs)

Since work on the staffing plan began, capacity and actual patient occupancy levels in SNUs and IPCs have been in flux. The original staffing plan did not consider SNU or IPC staffing and recommended it be addressed in the next iteration of the staffing plan.

Since that time, the new Catalina IPC of 80 beds and the new Catalina SNU of 200 beds were opened at Tucson. Patient populations have fluctuated. The Catalina IPC currently has only 30 patients and the Catalina SNU has 150. Tucson continues to operate Rincon IPC and Rincon SNU, and both are near capacity. Tucson also operates the Manzanita SNU which, according to the daily count, is operating over capacity.

At Eyman, a new 204-bed SNU unit is currently under construction and is expected to be fully populated by the end of May. NaphCare's current staffing plan does not account for this new SNU capacity and it is not clear from where the patients populating this unit will be transferred.

The experts did not analyze staffing requirements at SNUs or IPCs as part of this final staffing plan. Chart reviews conducted during monitoring exercises have identified a number of staffing and infrastructure concerns with both SNUs and IPCs, and some have been addressed with ADCRR.

The experts recommend that the Court order a comprehensive staffing analysis and plan for all SNU and IPC space, once the new SNU at Eyman is populated and a period of 30-45 days elapses during which staffing is stabilized. While beyond the scope of our charge, because of the very specialized functions of SNUs and IPCs, such a study would be of limited accuracy and usefulness without simultaneously examining the clinical appropriateness of current SNU and IPC bed usage, backlogs of patients physically in ADCRR waiting for IPC and SNU beds, and backlogs of patients physically in community hospitals waiting for SNU and IPC beds with the goal of quantifying SNU and IPC capacity needed.

## Periodic Staffing Modifications

Staffing plans are not meant to be "one and done". Many things can and do change in health care, such as new diagnoses (COVID 19), treatments (Suboxone®), and technologies (electronic controlled substance inventory management), all of which alter staffing needs. In prison environments, many other changes can occur that alter staffing needs. New health care programming (e.g., a new mental health residential unit), population movement (e.g., allowing people with mental health needs to reside at Winslow), and normal variations in the acuity of a complex's population can alter health care staffing needs. In addition, as PCCM is implemented across ADCRR, primary care and mental health teams will become more efficient and effective, patient panels/caseloads will become better managed, and patient's chronic medical and mental health conditions will come under better control. Mental health watch, ICS episodes, and ER visits are expected to decrease. We recommend that the current plan be subject to review and adjustment six months after its implementation is completed and every six months thereafter.

### Scheduled Empanelment and Staffing Updates

Because of the inevitable changes described above, ADCRR should update patient complexity data for medical and mental health needs at every complex every six months. The data should be reported by

unit and for the whole complex. The FMD, FHA, and MH Lead should compare the new empanelment data with that of the prior period and determine if any staffing modifications are warranted.

The complex health care leadership team should also review a dashboard of metrics that, in combination with one another and with changes in patient empanelment data, might indicate that staffing should be modified. Staffing of the patient care teams should be modified accordingly, for the complex as a whole, for individual units, and for primary care and mental health care teams within units.

Regularly scheduled population updates and subsequent staffing adjustments are especially important during the first 18 months of the new staffing plan and PCCM as teams mature; clinical integration across mental health, primary care, and SUD treatment evolve; patient conditions improve and stabilize; and medical records more accurately reflect medical and mental health clinical complexity.

*Changes in Mental Health Levels*

As the Primary Therapist model takes hold, we expect that the MH Level designations will change for many patients. Given that MH Levels drive staffing, staffing should be expected to change as well. This will be captured in the twice-yearly complexity updates and should be thoroughly analyzed and addressed.

*Changes in Hepatitis C Virus and MOUD Care*

Care for HCV and MOUD is currently provided by centralized care teams that see patients remotely. ADCRR expects to eventually move maintenance of both conditions to primary care level. When this transition occurs, primary care baseline staffing will need to be modified.

*Transitional APP Staff*

This staffing plan assigns one additional APP to each complex for a transitional period to allow the PCCM to mature. In 9-12 months, we expect that patients will have acclimated, nursing roles will have evolved, visits will routinely be collapsed for efficiency, and PCPs' scheduling will have reached a steady state. PCP panel sizes may need to be slightly adjusted when the transitional APP exits.


## Dashboard Metrics for Assessing Staffing Needs

The following are examples of metrics that should appear on a managerial dashboard to evaluate the adequacy of health care staffing. The list is not exhaustive and should be modified for a particular unit's needs and health care circumstances and patients. Various metrics must be evaluated *together* in a dashboard format, not in isolation of each other, in order to discover  pressure points in the system of care and inform analysis of staffing adequacy.

- Census by unit and yard
- Close custody, maximum custody, and detention census
- Mental health watch data
- Controlled substance use
- Percent of population in each MH Level by unit, trended
- HNR trends
- ICS trends
- Primary care practitioner backlog trends
- RN visit backlog trends
- Primary therapist backlog trends
- Psychiatric practitioner backlog trends
- Appropriateness of practitioner and RN visits

- Trends in inpatient hospitalization and emergency room use
- Trends in failed visits due to lack of custody escort
- Third-next available PCP visit by team
- Third-next available primary therapist visit by PT
- Patient health care grievances
- Medication utilization data

- Availability of treatment space in housing units
- Hours of medical and mental health clinic operation
- Health care staffing vacancies
- Custody staffing vacancies

## Moving Patients Across Primary Care Panels of Mental Health Caseloads

Five situations may require transferring one or more patients to a different PCP or Primary Therapist team. Regardless of the scenario, cross-panel movement should be explained to the patient in advance, and hand-offs to new teams should include a clinical report between old and new practitioners and nurses.

1. Patient request for acceptable reason: This should be a rare occurrence; drug seeking, doctor or nurse "shopping," or other non-valid objectives would not be acceptable reasons. The sending and receiving teams should discuss the transfer request, and the FHA and FMD and MH lead should be involved. Where appropriate, a mental health clinician should weigh in on the patient's request and whether there are mitigating mental health factors to consider.

2. Practitioner request due to clinical complexity: This will be an occasional occurrence. Examples would include a physician seeking to move a patient to an APP who meets complexity criteria for physician care but who is stable, or an APP seeking to move an unstable patient to a physician-led team. Both should involve discussion and agreement between the two practitioners and the FHA and FMD should approve each transfer and monitor the frequency involving any particular practitioner or team.

3. Practitioner request due to interpersonal incompatibility: This should be rare. The request should be made to the FHA and FMD, and where appropriate, a mental health clinician should weigh in on the request to evaluate whether there are mitigating mental health factors to consider. If approved, the sending and receiving teams should discuss the transfer request, and the FHA and FMD and MH lead should be involved.

4. Rebalancing of the unit's care teams: This may occur at intervals in between the twice-yearly staffing plan adjustments, or as part of the twice-yearly adjustments. If a team is experiencing either frequent backlogs or frequent open slots on the practitioner schedule, the teams in the unit may need to be rebalanced. Patients should not be moved with impunity or repeatedly and continuity of care should always be considered, but rebalancing at times may be appropriate.

5. Staffing changes resulting from twice-yearly reassessments: This is discussed above.

## SECTION IV  IMPLEMENTATION

The experts are providing ADCRR (and Plaintiffs) under separate cover a schedule and recommended steps to sequentially implement the staffing plan and PCCM across the state. The schedule includes high-level steps that support each complex to design an implementation sequence that is customized to the complex. It also allows for necessary statewide changes to TechCare, hiring of health care and custody officers, and clinic space revisions. Hiring health care and custody staff and modifications to health care space should be actively underway already.

We recommend that within three months of the Court's order for the staffing plan, each complex would begin implementation in at least one unit. The low-intensity complexes and ASPC-Phoenix would complete implementation in the remaining units in the following month. ASPC-Yuma would have one additional month and ASPC-Tucson and ASPC-Eyman would have two additional months to implement the plan in all units. ASPC-Perryville and ASPC-Lewis would have one additional month after that. Within eight months of the Order, the staffing plan would be implemented in all units at all complexes.

This schedule represents the longest implementation period that the Court should expect. Any complex can begin implementation sooner and move faster to bring all units on board than what the schedule calls for.

## SECTION V COMPLEX-SPECIFIC STAFFING PLANS

Complex-specific staffing levels using the base staffing models, customized to each complex's unique considerations, are provided below. We are also providing ADCRR (and Plaintiffs) under separate cover Excel spreadsheets detailing the calculations underlying patient empanelment numbers and other drivers resulting in the primary care and mental health staffing numbers contained in this report. In all Excel spreadsheets some totals may *appear* to be incorrect as a result of rounding.

A comprehensive table of staffing by position for all complexes is also included as Appendix 5.

Additional important considerations about complex-specific staffing plans include:

- Staffing is based on conventional primary care practice operating five days a week, eight hours a day excluding a one hour lunch break. Modifications must be made when other scheduling practices are used, and in many units they will require additional hours of clinic operation and additional custody available for escorting. Refer to Appendix 6 "Converting 8-Hour Shift Plan To 10- and 12-Hour Shifts" for important details conversion 8-hour shifts to 10- and 12-hour shifts in primary care and mental health.

- These complex-specific staffing plans provide a single plan for each complex that covers all its units. The complex FHA and medical director can determine how to allocate the staff across the units, shifts, days of the week, and posts, as long as the ratios defined in this plan are adhered to.

- The staffing plan addresses direct patient care positions for primary care and mental health services. It does not address other complex-specific personnel in health care operations such as dental staff, medical records staff, administrative positions.

- Data sources for the complex-specific staffing considerations are provided in Appendix 7 "Data Sources."

30

## Douglas Complex

Douglas Complex is a low-intensity complex on the southeast Arizona border. The complex is walkable and has three operational units – Gila, Mohave (which includes a Mental Health Watch cell and detention unit) and Eggers. Ten other buildings on the complex are not currently in use. Each operational unit has a central medical clinic. Using the empanelment data provided by ADCRR for this analysis, this staffing plan assigns APPs 91% of Douglas primary care patients and physicians are assigned 9%.

The following table shows information obtained from FHAs and/or HSD. It reflects the current state at the complex.

| DOUGLAS COMPLEX STATUS FEBRUARY 2025 | | | |
|---|---|---|---|
| | Gila | Mohave (8 buildings) | Eggers (2 buildings) |
| Population | 556 | 949 with detention capacity 63 | 220 |
| Security | Medium, workers | Close | Minimum but all SOs; cannot mix |
| Health care operation | 5 days, 6:30 am – 7:00 pm | 5 days, 6 am – 4 pm | 1 day a week, staff come from other units |
| Average Monthly Total ICS | 11 | 11 | Fewer than 4 |
| RN coverage nights | 1 FTE for complex | | |
| RN coverage weekends days | Yes | Yes | No |
| Medical practitioner backlog | Occasional | 45, due to vacancies | Fewer than 10 |
| Psychiatric backlog | NA | NA | NA |
| Psychology Assoc backlog | None for complex | | |
| Patients on MOUD | 975 | | |
| Patients on other controlled substances | 127 | | |
| Average daily Detention population | NAs | 55 | NA |
| Average daily MH Watch population | NA | 0.4 | NA |

Mohave unit does not experience a reduction in practitioner productivity due to close custody because patients escort themselves to health care.

Detention patients must be escorted to health care appointments and receive medications cell-side. Segregation rounds on these patients can be conducted by the complex's single day shift psychology associate or RN. They are assigned to the RN because the psychology associate is remote.

For the past year, Douglas has had an on-site FMD which has increased the clinical collaboration with APPs and has reduced inpatient hospital admissions and emergency room visits. This is substantiated in the data provided by NaphCare in its monthly HSR report.

The following data is relevant to the Douglas staffing plan:

- There are no telehealth medical practitioners at Douglas.
- The complex psychology associate is a remote practitioner.

When compared to data from the other two low-intensity complexes, there are no outliers that merit modifications to baseline staffing for primary care.

The Douglas complex has moved to an Excel sheet for inventory management of MOUD, which saves nursing time, but it continues to use manual inventory control documentation for other controlled substances. An adjustment is made for this.

As a low complexity complex, patients at Douglas are currently limited to MH Levels 1 and 2, who are managed by one psychology associate serving the complex for crisis management. A remote psychiatrist provides remote support for 2-5 patients per week but the staffing plan does not assign a psychiatric practitioner to Douglas.

Douglas Complex staffing plan is summarized below.

| DOUGLAS COMPLEX STAFFING | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Physician | APP | Transition APP | RN | LPN | MA | EMT | Psych Assoc |
| Days M-F | 0.6 | 2.5 | NA | 6.9 | 8.8 | 3.1 | NA | 1.0 |
| Nights M-F | 0 | 0 | | 1.5 | 5.3 | 0 | | 0 |
| Days Weekend | 0 | 0 | | 0.8 | 3.5 | 0 | | 0 |
| Nights Weekend | 0 | 0 | | 0.6 | 2.1 | 0 | | 0 |
| **TOTAL FTE (incl. Relief)** | **0.6** | **2.7** | | **10.5** | **21.1** | **3.3** | | **1.1** |

Other nursing coverage factors incorporated into the plan:

- One 12 hour RN covers the complex on the night shift 7 days a week.
- Two RNs are assigned to Mohave and Gila on weekend day shift and they cover Eggers as needed.
- LPN coverage is the same every day.

## Eyman Complex

Eyman is a large complex with a large population of elderly patients and a high volume of patients with ADA needs. In the past year, many infirm patients moved from Eyman to Tucson's new Catalina SNU and the average patient age decreased from 65 to 46. However, patients with ADA needs continue to reside at Eyman and currently there are three vacant buildings at Cook Unit being converted to 204 new SNU beds which will begin operating in March, 2025 and will be full by the end of May, 2025. Patients in close custody and maximum custody make up 27% of Eyman's population. Using the empanelment data provided by ADCRR for this analysis, this staffing plan assigns APPs 70% of Eyman primary care patients and physicians are assigned 30%, which is the highest level across ADCRR complexes.

The following table shows information about each Eyman unit shared by the FHA during an interview or provided by HSD.

| EYMAN COMPLEX  STATUS FEBRUARY 2025 | | | | | |
|---|---|---|---|---|---|
| | Meadows | Cook | South | Rynning | Browning |
| Population | 1,261 (81 ADA) | 648 (80 ADA) | 676 | 482 | 463 |
| Security | Medium | Medium | Medium | Close | MH, Max, Detention |
| Number buildings | 8 | 8 | 9 | 3 (and 2 closed) | 1 (4 wings) |
| Health care operation | 8 am – 6 pm 7 days | 5 days, want to go to 7 | Mon-Fri | 8 am – 4 pm 5 days | Mon - Sat |
| Average Monthly Total ICS | 55 | 66 | 24 | 43 | 308 |
| RN coverage nights | Yes | Yes | Yes | Yes | Yes |
| RN coverage weekends | Yes | Yes | Yes | Yes | Yes |
| Medical Practitioner backlog | 466 | 128 | 53 | 91 | 40 |
| Psychiatric backlog | Unknown | Unknown | Unknown | Unknown | 17 |
| Psychology Assoc backlog | Unknown | Unknown | Unknown | Unknown | Unknown |
| Patients on MOUD | 524 | | | | |
| Patients on other controlled substances | 524 | | | | |
| Average daily Detention population | NA | NA | NA | NA | 124 |
| Average daily MH Watch population | NA | NA | NA | NA | 25 |

Meadows and Cook Units each staff a direct-care CNA around the clock. Health care is centralized and there is insufficient clinical space to meet patient needs. ADCRR built medical/mental health clinical spaces in Meadows Unit, which worked very well. However, these spaces are not now in use because

there are no custody officers to staff them. The health care clinic now operates 7 days a week for 10 hours a day, but significant backlogs persist.

One medical practitioner works remotely.

MOUD inventory is managed on Excel spreadsheets at all units except Browning Unit, which still uses a manual system.

Cook Unit also operates a dialysis unit under a separate NaphCare contract.

Rynning Unit's entire population has changed since November when sex offender and death row patients were moved to Tucson. Its "new" close custody population has many residents with histories of violent behavior, resulting in frequent ICSs.

The mobility challenges, fragility, and clinical status of the patients at Cook and Meadows Units clearly drive a higher need for practitioners and nurses, as evidenced in the HSR data for 2024. For example, for the whole Eyman population:

- 94% of Eyman patients are on prescription medications.
- When compared to use rate (per patient) at other high-intensity complexes, patients at Eyman have:
    - 20% more medication orders
    - 40% more labs ordered
    - 26% more nursing encounters
    - 52% more practitioner encounters and chart reviews
    - 67% more off-site medical encounters
    - 16% more inpatient hospitalizations.

Eyman has more than ten times the number of ICSs than Yuma, Perryville, and Lewis.

Adjustments to the base primary care staffing plan are reflected in the staffing table below and include:

- The profile of patients in the list above is disproportionately driven by patients at Cook and Meadows Units. Therefore, a primary care staffing increase of 10% has been applied to the staffing model for the portion of the population residing in those units.

- Adjustment for patients on close custody, maximum custody, Mental Health Watch, or detention

- In addition to the 1.0 FTE EMT scheduled around the clock 7 days a week at other high-intensity units, at Eyman there is 1.0 FTE RN added to the schedule for 12 hours a day at each unit specifically for ICS responses. These positions are essential to allow scheduled visits and other patient care to take place without interruption.

- 1.0 FTE CNA is staffed around the clock every day at Cook and Meadows Units due to the need to assist these patients with ADLs.

- Additional practitioner time is allocated for on-site PCPs to provide in-person clinical support to remote PCP visits when needed.

- Eyman has 4.0 FTE remote primary care practitioners, so there is an adjustment to MA/CNAs for facilitation of remote visits.

Eyman's FMD is allowed, under the Injunction, to be assigned 100 patients. However, the PCCM team-based approach does not accommodate an FMD patient panel assignment, given the need for the physician to participate in daily huddles and other team interactions. Rather, the staffing plan does not assign patients to the FMD. Instead, Eyman's FMD will *occasionally* see patients who need a medical practitioner encounter when the PCP is not available.

The FHA and FMD will need to allocate PCPs and RNs across the units such that the team and its staff only work at a single unit, i.e., are not split, having primary care patients in two or more units. To accomplish this, the FHA and FMD may need to "round up" partial positions. For example, based on panel size, a given unit might need 0.9 FTE APP. However, because filling a 0.9 FTE position can be challenging, they may need to round up the position to 1.0 FTE. Where they need to round up a partial physician FTE, they may complement the physician's panel (of complex patients) with less complex patients who would ordinarily be assigned to an APP.

| EYMAN PRIMARY CARE STAFFING | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Physician | APP | Transition APP | RN | LPN | MA | EMT |
| Days M-F | 6.8 | 6.2 | 5 | 32.8 | 18.2 | 27.2 | 7.5 |
| Nights M-F | 0 | 0 | 0 | 7.5 | 13 | 0 | 7.5 |
| Sat-Sun Days | 0 | 0 | 0 | 13.8 | 6.5 | 2.4 | 3 |
| Sat-Sun Nights | 0 | 0 | 0 | 3 | 5.2 | 0 | 3 |
| **TOTAL FTE (incl. Relief)** | **6.7** | **5.5** | **5.4** | **63.1** | **46.3** | **28.5** | **22.6** |

Eyman's population has a high level of MH acuity. Meadows Unit has more than 26% patients classified as MH-3B. Browning Unit has a residential mental health unit, transitional mental health unit, behavioral management unit, and Mental Health Watch unit. All have 30 beds, arranged in 10-bed pods.

The table below reflects the base mental health staffing plan adjusted for the following factors:

- For outpatient mental health staffing, Eyman is allocated 2.5 FTE psychology associates to cover the weekend day shift: 1.0 FTE for Meadows Unit; 1.0 FTE to cover Cook, South, and Rynning Units; and 0.5 FTE for the outpatient population at Browning Unit.
- 2.2 FTE psychiatric prescribers are remote, so there is an adjustment to BHTs for facilitation.
- Adjustments are made to accommodate close/maximum custody and detention.
- The Behavioral Management and Transitional Mental Health units at Browning Unit are staffed at the same levels as residential. These units house more than 130 patients, so additional weekend staffing of 1.0 FTE psychology associate, 1.0 FTE psychology RN and 2.0 FTE BHTs are provided.

35

| EYMAN MENTAL HEALTH STAFFING | | | | | | |
|---|---|---|---|---|---|---|
| | Psychiatrist | Psych NP | Psychologist | Psych Associate | Behavioral Hlth Tech | Psych RN |
| Outpatient FTEs | 3.5 | 4.8 | 3.5 | 24.2 | 11.3 | 4.4 |
| Residential/Inpatient FTEs | 1.4 | 0.0 | 1.9 | 2.3 | 10.3 | 4.0 |
| **TOTAL FTE (incl. Relief)** | **4.9** | **4.8** | **5.4** | **26.5** | **21.6** | **8.4** |

## Lewis Complex

Lewis is ADCRR's largest and, for health care, most challenging complex. It operates eight units and a main medical hub which serves emergent/urgent needs and includes an IPC with 17 beds. Staffing of the medical hub services and IPC are not included in this plan. Lewis also operates Eagle Point, which opened in 2024 to house Level 4 and Level 5 mental health patients. The Sunrise Unit houses male and female youths. Using the empanelment data provided by ADCRR for this analysis, APPs are assigned 73% of Lewis primary care patients and physicians are assigned 27%.

Lewis houses a large number of close custody, sex offender (SO), and protective custody (PC) residents which poses significant challenges for access to care, as certain patients cannot be moved at the same time. Patients in close custody and maximum custody make up 48% of Lewis' population.

***On February 21, 2025, Lewis had a backlog of 2,780 pending appointments to see a medical practitioner, 213 pending appointments to see a psychiatric prescriber, and 1,271 pending appointments to see a psychology associate.*** These are the highest in the state. They are the combined result of many patients who cannot be moved at the same time, too little clinical space especially in housing units, and too few officers for transporting patients to health care services.

Compared to the other high-intensity male complexes, patients at Lewis receive a similar number of prescription medications, have a similar number of lab orders, and have a similar chronic care burden. However, Lewis patients are hospitalized 26% more and have a 38% higher incidence of ER visits. The table below shows information about each adult Lewis unit shared by the FHA during an interview or provided by HSD. Narrative detail is also provided.

| LEWIS COMPLEX STATUS FEBRUARY 2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Bachman | Barchey | Stiner | Buckley | Morey | Rast | Eagle Point |
| Population | 757 | 892 | 879 | 759 | 837 | 494 | 89 |
| Security | PC and minimum-medium, many workers | SO, medium | Medium, all PC | Close, violent | Close | Close and Max | Close |
| Health care operation | M-F and now weekends added | M-F, perhaps some weekends | M-F, perhaps some weekends | M-F and now weekends added | Mon-Fri plus some weekend | Unclear | Practitioners rotate M-F |
| Average Monthly Total ICS | 43 | 50 | 123 | 78 | 78 | 67 | 76 |
| RN coverage nights | At Hub | At Hub | At Hub | At Hub | At Hub | At Hub | Yes |
| RN coverage weekends | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Medical practitioner backlog | 341 | 734 | 475 | 674 | 305 | 225 | 26 |
| Psychiatric backlog | 17 | 25 | 10 | 5 | 87 | 56 | 13 |
| Psychology Assoc backlog | 119 | 260 | 187 | 167 | 349 | 150 | 39 |
| Patients on MOUD | 1898 | | | | | | |
| Patients on other controlled substances | 546 | | | | | | |
| Average daily Detention population | 66 | NA | 65 | NA | 75 | NA | NA |
| Average daily MH Watch population | NA | NA | NA | NA | NA | 24 | NA |

Bachman Unit currently operates daily practitioner clinic and nurse clinic. The health clinic has only two examination rooms. The detention unit averages 75 residents.

Barchey Unit has the same clinical space as Bachman Unit but the population uses higher levels of prescription medications, has high rates of HNRs and grievances, and has many no-shows for scheduled care. The complexity of isolating sex offenders in addition to other close custody patients from the rest of the population significantly limits access to care, contributing to Barchey Unit having more than 700 backlogged medical practitioner appointments and more than 280 backlogged MH appointments. One practitioner rotates to Barchey Unit and its RNs are located at the medical hub. Neither are functional situations.

Stiner Unit residents are all in Protective Custody. The unit operates a detention unit with an average of 65 residents. It also operates a 33-bed Transitional Mental Health Unit. Stiner Unit has a high rate of ICSs. Clinic space is insufficient and the Assistant Director of Nurses' office is also used for MOUD clinic, hepatitis C clinic, and other remote appointments. The unit currently does not have any staff to administer medications clinically intended to be administered in the evening. Instead, evening doses are administered by the day shift beginning at 3:00 p.m., which is not clinically appropriate.

Buckley Unit is all close custody. Due to the high number of residents in this unit with a history of violent offenses, there are many staff assaults and other ICSs and the highest level of HNRs in the complex. All patients must be escorted for all medical, nursing and mental health encounters; the need for officer escorts is therefore huge. Buckley has nearly 700 backlogged medical practitioner appointments and about 170 backlogged MH appointments. Buckley also operates a 24-bed Transitional Mental Health Unit. Buckley patients have the highest rate of prescription medication use in the complex. It operates three medication carts for all medications passes. All medications are passed cell-side.

Morey Unit houses only close custody patients. Providing health care to Morey patients is complicated by the fact that Morey houses a disproportionately high number of residents who must be separated from each other for many more reasons than other close custody populations. At Morey, separation extends beyond yards and reaches to pods and even cells. Movement is challenging and practitioner productivity is very low. The population has a very high rate of ICSs including "mass ICS" events. Morey has more than 300 backlogged medical practitioner appointments and 425 backlogged mental health appointments. The unit also operates a detention unit that averages 75 residents.

Rast Unit houses all close custody or maximum custody patients and has a Residential Mental Health unit that typically houses 31 patients. The population has very high use of prescription medications.

Eagle Point Unit opened in July 2024 to house Level 4 and 5 mental health patients and Mental Health Watch. It began with an open yard concept but is now all close custody. It contains six housing sections with a capacity of 130. One housing section is Mental Health Watch and has an average daily population of 26. One section is currently closed and the FHA reports a wait list for its beds. Another section is for lower functioning patients and is currently closed. The reasons sections are closed is not clear. Though it is close custody, patients in three of the housing sections currently go to the medical hub for medications. Primary care is provided by rotating PCPs, which is not acceptable. Patient escort to medical appointments is halted during medication pass hours, which contributes to delays in care and backlogs.

Sunrise Unit houses ADCRR's youths, male and female. It is a short walk from Eagle Point Unit. It has no assigned practitioners and patient needs are met by practitioners who rotate through during count

times in other units. The population usually has low medical acuity but rather high MH acuity, especially MH-3B.

Lewis Complex does not have sufficient Wi-Fi access to support electronic documentation of MOUD medications.

Lewis Complex currently has 6.5 primary care practitioners who all work remotely. This is more than half of the primary care practitioners.

Night shift RNs are located at the Hub, as are night shift EMTs.

Backlogs and ICSs at Lewis are the highest in the state. The staffing model allows for RNs on each primary care team to manage hi-risk patients every day, and EMTs are also staffed every day and night shift for 12 hours. Between the high-risk RN and the EMT, ICSs and other unplanned events can be managed without interrupting scheduled medical and mental health care.

Adjustments to the base primary care staffing plan For Lewis Complex are reflected in the staffing table below and include:

- As a high-intensity complex with high detention levels, backlogs, and ICSs, the staffing plan provides one 12-hour EMT for days and nights at each unit except for Eagle Point. Eagle Point Unit has psychology RN and BHT coverage overnight and a low census at this time. The need for EMTs at Eagle Point Unit should be evaluated with each staffing update.

- Because of the high number of ICSs at Buckley Unit, an additional RN is provided there for 12 hours on weekdays.

- Adjustment to practitioner and nursing staffing for the 48% of Lewis population in close or maximum custody and detention housing. When ADCRR creates medical clinic space in housing units, staffing can be greatly reduced for patients in close custody, which is about 2,000 patients.

- Extra LPN time to is added to account for manual MOUD inventory management. When ADCRR automates this process, LPN staffing can be reduced.

- Additional practitioner time is allocated for on-site PCPs to provide in-person clinical support to remote PCP visits when needed.

- Additional practitioner time is allocated for PCPs seeing patients in Residential Mental Health Care (MH-4; 25%) and Inpatient Mental Health Care (MH-5; 50%). The patient numbers are small, so allocations are minimal.

- Additional PCP time is allocated for addressing ICSs per formula.

- Night shifts: A 12-hour RN is staffed at each complex except for Eagle Point Unit, 7 days a week. LPN staffing at each complex except Eagle Point Unit is staffed the same as day shift minus the burden of MOUD administration and documentation.

- Weekends: A 12-hour RN is staffed at each complex except for Eagle Point Unit, on Saturday and Sunday. LPN staffing is the same on weekends as it is Monday - Friday for day shift and night shift.

- A Transitional APP is not included in staffing for Eagle Point Unit, based on its low census.

Note that Lewis medical staffing is understated as it excludes staffing of the Medical Hub services and IPC beds.

Lewis's FMD is allowed, under the Injunction, to be assigned 100 patients. However, the PCCM team-based approach does not accommodate an FMD patient panel assignment, given the need for the physician to participate in daily huddles and other team interactions. Rather, the staffing plan does not assign patients to the FMD. Instead, Lewis's FMD will *occasionally* see patients who need a medical practitioner encounter when the PCP is not available.

The FMD at Lewis currently sees patients in the IPC. This is not acceptable under the Injunction, which allows the FMD to be assigned 100 patients who are not in SNUs or IPCs. However, the PCCM team-based approach does not accommodate an FMD patient panel assignment, given the need for the physician to participate in daily huddles and other team interactions at multiple units. Rather, Lewis's FMD will *occasionally* see primary care patients who need a physician encounter when the physician PCP is not available. NaphCare will need to provide other physicians for the IPC.

The FHA and FMD will need to allocate PCPs and RNs across the units such that the team and its staff only work at a single unit, i.e., are not split, having primary care patients in two or more units. To accomplish this, the FHA and FMD may need to "round up" partial positions. For example, based on panel size, a given unit might need 0.9 FTE APP. However, because filling a 0.9 FTE position can be challenging, they may need to round up the position to 1.0 FTE. Where they need to round up a partial physician FTE, they may complement the physician's panel (of complex patients) with less complex patients who would ordinarily be assigned to an APP.

| LEWIS PRIMARY CARE STAFFING | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Physician | APP | Transition APP | RN | LPN | MA | EMT |
| Days M-F | 5.6 | 5.9 | 7.0 | 26.6 | 22.3 | 26.8 | 10.5 |
| Nights M-F | 0 | 0 | 0 | 10.5 | 25.5 | 0 | 10.5 |
| Sat-Sun Days | 0 | 0 | 0 | 4.2 | 10.9 | 0 | 4.2 |
| Sat-Sun Nights | 0 | 0 | 0 | 4.2 | 10.2 | 0 | 4.2 |
| **TOTAL FTE (incl. Relief)** | **8.2** | **7.9** | **7.5** | **54.8** | **79.4** | **28.8** | **31.7** |

Adjustments to the base mental health care staffing plan For Lewis Complex are reflected in the staffing table below and include:

- Lewis Complex currently has 5.9 psychiatric practitioners and therapists practicing remotely so additional BHTs are added to provide facilitation for the remote visits.
- Adjustment made to BHT FTE for conducting detention rounds
- Adjustment to staffing for the 48% of Lewis population in close or maximum custody and detention housing. When ADCRR creates mental health treatment space in housing units, this can be greatly reduced for patients in close custody, which is about 2,000 patients.
- Lewis has more than 130 patients residing in Transitional, Residential, and Inpatient mental health beds, so additional weekend staffing of 1.0 FTE psychology associate, 1.0 FTE psychology RN and 2.0 FTE BHTs are provided.

- Eagle Point Unit:
  - Psychiatric care is provided by psychiatrists; no APP psychiatric practitioners are staffed at Eagle Point Unit.
  - Psychology RNs (not LPNs) pass all Eagle Point patient medications.
  - On weekends, Eagle Point is staffed with RNs, BHTs, and the psychology associate assigned to the watch unit for 12-hour day shifts.

Note that several units at Eagle Point are currently closed; its current occupancy is 68% of capacity. This staffing plan is based on current occupancy; when additional housing areas open, each will require immediate staffing based on occupancy.

| LEWIS MENTAL HEALTH STAFFING | | | | | | |
|---|---|---|---|---|---|---|
| | Psychiatrist | Psych NP | Psychologist | Psych Associate | Behavioral Hlth Tech | Psych RN |
| Outpatient FTEs | 3.7 | 6.6 | 6.0 | 40.1 | 23.5 | 9.1 |
| Residential/Inpatient FTEs | 3.1 | 0 | 3.4 | 8.2 | 15.2 | 5.4 |
| **TOTAL FTE (incl. Relief)** | **6.8** | **6.6** | **9.3** | **48.3** | **38.7** | **14.5** |

## Perryville Complex

As the state's only women's facility, Perryville houses 3,300 patients and operates every category of health care found in all the other complexes plus OB/GYN. It is a large complex and travel around it is by tram.

Perryville operates intake and intake housing; minimum, medium and close custody (though no maximum custody); SNU and IPC units; Mental Health Watch; and outpatient, residential and inpatient MH care. Close custody patients make up 7.2% of the population. Using the empanelment data provided by ADCRR for this analysis, this staffing plan assigns APPs 88% of Perryville primary care patients and physicians are assigned 12%.

Incarcerated female patients utilize much higher levels of health care than their male counterparts, and women generally resist placement in residential care setting such as SNUs that separate them from their social contacts. The data confirms this for Perryville. Its population of 3,300 women generally includes just about 10 patients in SNU beds and 1-2 in IPC beds.

The following data illustrates health care service use by Perryville patients compared to the average use across all male ADCRR complexes:

- 25% fewer patients have one or more chronic medical illnesses.

- Have the same number of practitioner visits and charts reviews per 1,000 patients

- 12% more patients are on prescription medications.

- 83% more patients use mental health medications.

- Use 89% more prescription medications per 1,000 patients

- Use 34% more lab tests per 1,000 patients

- Use 59% more off-site visits per 1,000 patients

- See RNs for care 238% more per 1,000 patients

- Use RN pharmacy triage 925% more per 1,000 patients. The monthly average is 9,523 pharmacy HNRs.

- Have 47% more psychology associate visits per 1,000 patients

- Have 85% more psychiatric practitioner visits per 1,000 patients

To factors in these differences with male facilities, adjustments have been made to baseline (male-based) staffing model and are detailed below.

The tables below show information about each Perryville unit shared by the FHA during an interview or provided by HSD. Narrative details are also provided.

| PERRYVILLE COMPLEX STATUS FEBRUARY 2025 | | | | | | |
|---|---|---|---|---|---|---|
| | Lumley | Bldg. 45 | Santa Cruz | Piestewa | Santa Rosa | San Carlos |
| Population | 500 | 9 | 773 | 240 | 280 | 1197 |
| Security | Medium, close | Close | Medium | Minimum | Minimum | Minimum |
| Health care operation | 10-hours, 7 days | 24/7 | 10 hours, 5 days | 10 hours, 4 days | None; patients use Piestewa | 10-hours, 7 days |
| Average Monthly Total ICS | 91 | 2 | 82 | 53 | | 34 |
| RN coverage nights | Yes | Yes | Yes | Yes | No | Yes |
| RN coverage weekends | 4 RNs for 9 areas | | | | | |
| Medical practitioner backlog | 11 | 4 | 40 | 3 | 10 | 10 |
| Psychiatric backlog | 58 | 6 | 41 | 0 | 0 | 68 |
| Psychology Assoc backlog | 7 | 4 | 0 | 0 | 0 | 25 |
| Patients on MOUD | 684 | | | | | |
| Patients on other Controlled Substances | 384 | | | | | |
| Average daily Detention population | 24 | NA | NA | NA | NA | NA |
| Average daily MH Watch population | NA | 11 | NA | NA | NA | NA |

*Note that this analysis does not include San Pedro, which was not open when the empanelment data was run. As of February 21, 2025, it housed 176 residents which are not included in this analysis. The population is expected to be 400 by the end of June, 2025, which may be coming from other units. When implementation begins, the empanelment data for this unit must be added. Population reductions at other units should also be accounted for, if applicable.*

Lumley Unit houses intake patients (after the intake process in completed but before permanent housing is determined), Protective Custody, detention, residential mental health (Level 4), an IPC, and a SNU. There are four yards with a central medical unit that houses the IPC and SNU. IPC and SNU staffing are not included in this plan. The SNU and IPC are staffed with RNs and also an LPN at times. If the census is low in these units, staff are assigned tasks elsewhere in Lumley Unit.

Lumley Unit patients submit about 35 HNRs per day and multiple ICSs occur daily. There are no EMTs at Lumley Unit.

NaphCare and ADCRR have worked for two years to establish medical and mental health examination space in Lumley housing, and in late February, 2025, nurse and mental health clinics were scheduled to begin there. Some medical visits may also be provided there, if no equipment is required. No additional custody officers have been scheduled as this new activity can be handled by existing officers assigned to these units. This is expected to reduce medical and mental health HNRs and reduce backlogs. ADCRR will need to closely monitor these data points to adjust staffing in the future; the expected reduction in workload is not factored into this plan.

On weekends, there is 1.0 FTE APP stationed at Lumley Unit and 1.0 FTE APP stationed at San Carlos who cover the needs of the whole complex.

Building 45 operates intake which processes 10- 30 patients per day. Intake is staffed Monday – Friday with 1.0 FTE RN and 1.0 FTE Women's Health APP who completes a GYN exam on every patient. An RN also covers intakes arriving after regular hours. These staff are expected to address the following Injunction requirements:

- An RN or higher credentialed professional conducts an intake screening within four hours of arrival.
- Alternatively, a rapid screening can be conducted immediately on arrival by an LPN or CNA and abnormal findings are immediately reported to an RN. All rapid screenings are followed by intake screening provided by an RN before the resident proceeds to housing.
- A medical practitioner completes a history and physical exam by the end of the resident's second full day.

Building 45 also houses residential mental health Levels 4 and 5 and Mental Health Watch. Mental health offices are on the unit and patients have medications brought to them. The unit provides telehealth space, X-ray, ultrasound, audiology, physical therapy, and specialty care lines. Health care administration for the complex is also housed here.

Santa Cruz Unit has four yards. Patients submit more than 50 HNRs per day and multiple ICSs occur daily. Santa Cruz is planning new secured medical and mental health space to operate by June 1, 2025. This change is not included in the staffing plan and staff must be added according to the parameters in the plan when patients arrive.

Santa Maria Unit is closed to housing but many staff offices are there and some physical therapy is provided there. OB/GYN and dermatology visits are taking place there.

Piestewa Unit houses minimum security patients, many of whom are workers. The unit has a new medical clinic.

Santa Rosa Unit houses minimum security patients. It has no medical clinic but patients are escorted to Piestewa for health care. There is a very small backlog for medical and mental health care.

San Carlos Unit is a huge unit with dormitory housing. More than 70 HNRs are submitted per day. The staffing Pilot Project was attempted in this unit but failed in less than two weeks due to insufficient

45

clinical space for the necessary number of primary care and primary therapist visits. There are far too few exam rooms to serve the 1,200 women at San Carlos.

Perryville currently utilizes 2.0 FTE practitioners on weekends, 1.0 FTE in San Carlos Unit and 1.0 FTE in Lumley Unit, to cover all of the complex's weekend HNRs and some backlogs where possible. This coverage is essential and is retained in the staffing plan in addition to staff in the base model.

Perryville will need 1.0 FTE women's health APP to staff intake on weekdays. The complex also needs at least 2.0 FTE OB/GYN physicians and an additional 0.5 FTE women's health APP to see scheduled OB/GYN patients from across the complex. ADCRR must monitor OB/GYN physician backlogs and other data to determine future needs, especially as the census at San Pedro grows.

Adjustments to the base primary care staffing plan for Perryville Complex are reflected in the staffing table below and include:

- Increases of 10% PCP , 35% RN, and 15% LPN to account for very high number of medications, RN visits, labs and off-site care

- RNs on 12-hour night shifts in every unit every day

- RNs in each unit 12 hours on weekend days plus 1.5 additional FTE for San Carlos;

- EMTs in every unit 12 hours on day shifts every day but not at night

- 2.0 FTE APP on weekends to manage average 200 HNRs per day

- Adjustment for 7.2% of patients in close custody or detention

- Adjustment for practitioner response to ICSs

- Additional practitioner time is allocated for on-site PCPs to provide in-person clinical support to remote PCP visits when needed.

- Intake RN 1.0 FTE weekdays (Lumley Unit weekend and night shift RNs cover other intakes.)

- Intake Women's Health APP 1.0 FTE

- 0.5 FTE Women's Health APP and 2.0 FTE OB/GYN physician

- Adjustments to PCP panel size for Level 4 and 5 MH patients

- Staffing of IPC and SNU at Lumley Unit is not included.

Daily average HNRs for pharmacy issues exceed 300, 900% greater compared to men's complexes, creating extreme demand on nursing staff. ADCRR should study this phenomenon, and determine and address the root cause(s); these may include medication classes, focus groups, modifications to medication renewal processes and other interventions. A similar situation exists at the Tucson Complex, thus the two complexes might benefit from collaborating on these efforts.

Perryville's FMD is allowed, under the Injunction, to be assigned 100 patients. However, the PCCM team-based approach does not accommodate an FMD patient panel assignment, given the need for the physician to participate in daily huddles and other team interactions. Rather, the staffing plan does not

assign patients to the FMD. Instead, Perryville's FMD will *occasionally* see patients who need a medical practitioner encounter when the PCP is not available.

The FHA and FMD will need to allocate PCPs and RNs across the units such that the team and its staff only work at a single unit, i.e., are not split, having primary care patients in two or more units. To accomplish this, the FHA and FMD may need to "round up" partial positions. For example, based on panel size, a given unit might need 0.9 FTE APP. However, because filling a 0.9 FTE position can be challenging, they may need to round up the position to 1.0 FTE. Where they need to round up a partial physician FTE, they may complement the physician's panel (of complex patients) with less complex patients who would ordinarily be assigned to an APP.

| PERRYVILLE PRIMARY CARE STAFFING | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Physician | APP | Transition APP | RN | LPN | MA | EMT | Women's Health APP | OBGYN |
| Days M-F | 2.6 | 5.3 | 6.0 | 20.3 | 18.1 | 14.6 | 9.0 | 1.5 | 2.0 |
| Nights M-F | 0 | 0 | 0 | 9.0 | 13.3 | 0 | 0 | 0 | 0 |
| Sat-Sun Days | 0 | 0.8 | 0 | 4.2 | 7.2 | 0 | 0 | 0 | 0 |
| Sat-Sun Nights | 0 | 0 | 0 | 3.6 | 2.9 | 0 | 0 | 0 | 0 |
| **TOTAL FTE (incl. Relief)** | **2.8** | **6.6** | **6.5** | **40.0** | **44.7** | **15.7** | **9.7** | **1.6** | **2.2** |

Adjustments to the base mental health staffing plan for Perryville Complex are reflected in the staffing table below and include:

- A 1.0 FTE psychology associate is added to staff intake weekdays. This will assure that, per the Injunction, a psychology associate or psychologist conducts a mental health assessment of each prisoner within one business day of that prisoner first entering the ADCRR system.

- On average, 51% of Perryville patients are on mental health medications. On average, 20 patients a day go through Perryville intake, so about 10 patients per day need psychotropic medications ordered. The staffing plan provides 0.5 FTE psychiatric APP to cover this need for patients who cannot wait for a psychiatric evaluation.

- Outpatient Primary Therapist and Psychiatric Prescriber increased by 30% to account for the extraordinarily high use of outpatient MH services. This should diminish notably when the Primary Therapist model is fully implemented and matured. Providing MH care in housing units may also reduce these numbers. ADCRR will need to watch utilization and backlog data carefully and adjust when appropriate.

- Staffing for new Santa Cruz MH unit expected to open in in June is not included.

- Adjustment made to BHT FTE for conducting detention rounds

- Adjustment to staffing for the 7.2% of Perryville population in close or maximum custody and detention housing. When ADCRR creates mental health treatment space in housing units, this can be greatly reduced for patients in close custody, which is about 238 patients.

- The combined census at Perryville's residential (MH -4) and inpatient (MH-5) mental health units is generally less than 50 and these units are located in Building 45 along with the Mental Health Watch beds. Mental health watch is staffed with a psychology associate on weekend days, and this person can also monitor the MH-4 and MH 5 patients and milieu on weekends. No additional weekend staffing is allocated.

| PERRYVILLE MENTAL HEALTH STAFFING | | | | | | |
|---|---|---|---|---|---|---|
| | Psychiatrist | Psych NP | Psychologist | Psych Associate | Behavioral Hlth Tech | Psych RN |
| Outpatient FTEs | 3.6 | 6.2 | 5.1 | 31.9 | 15.4 | 6.5 |
| Residential/Inpatient FTEs | 0.8 | NA | 0.9 | 2.4 | 4.2 | 1.5 |
| **TOTAL FTE (incl. Relief)** | **4.3** | **6.2** | **6.0** | **34.3** | **19.6** | **8.0** |

## Phoenix Complex

Phoenix is a unique complex providing all male intake services at Alhambra Unit, an Inmate Worker Unit housing about 60 workers who use few health care services, an IPC with 49 beds that is always full, and Aspen Unit which houses three dormitories of 50 residential mental health patients (MH-4) each, and is always full. The Flamenco Unit closed over the summer of 2024 when its close custody mental health patients were moved to the new Eagle Point Unit at Lewis Complex. Currently, Phoenix houses only minimum and medium security residents.

Staff at Phoenix can move fluidly from IPC to the other units on all shifts and days, as patient needs change. This analysis does not address IPC beds.

The intake process results in almost half of the complex population changing continually. Many of the complex-wide data elements used to compare other complexes are not applicable at Phoenix, as the intake population does not receive primary care *per se*.

The table below shows information about each Phoenix unit shared by the FHA during an interview or provided by HSD. Narrative detail is also provided.

| PHOENIX COMPLEX STATUS FEBRUARY 2025 | | | |
|---|---|---|---|
| | Alhambra | Inmate Worker | Aspen |
| Population | 168 | 56 | 146 |
| Security | Intake | Minimum | Medium |
| Health care operation | Mon-Sat | As needed | Mon-Fri |
| Average Monthly Total ICS | Few | Near zero | 300 |
| RN coverage nights | Yes | No | No |
| RN coverage weekends | Yes | No | No |
| Medical practitioner backlog | None | None | None |
| Psychiatric backlog | None | None | None |
| Psychology Assoc backlog | None | None | None |
| Patients on MOUD | 116 | | |
| Patients on other Controlled Substances | 72 | | |
| Average daily Detention population | NA | NA | NA |
| Average daily MH Watch population | 4 | NA | NA |

Alhambra Unit processes 200 – 250 intake patients per week (6 days). This includes 2 – 3 patients who come in overnight on parole violations. Intake is staffed with medical practitioners, RNs, and psychology associates Monday – Saturday. These staff are expected to address the following Injunction requirements:

- An RN or higher credentialed professional conducts an intake screening within four hours of arrival.

- Alternatively, a rapid screening can be conducted immediately on arrival by an LPN or CNA and abnormal findings are immediately reported to an RN. All rapid screenings are followed by intake screening provided by an RN before the resident proceeds to housing.

- A medical practitioner completes a history and physical exam by the end of the resident's second full day.

- A psychology associate or psychologist conducts a mental health assessment of each prisoner within one business day of that prisoner first entering the ADCRR system.

Once through intake, these patients reside in Alhambra Unit for 4-5 days until permanent assignment to a complex is determined. It generally has about 160-170 residents. The medical complexity of the population changes constantly, but most patients need little in the way of episodic care after the intake health care assessment is complete, other than prescription medications and episodic care. The MH complexity of the population also changes constantly, and crisis management must be readily accessible.

Inmate workers comprise 15% of the population and have a very low demand for primary care, though 16% need a physician as their PCP. The mental health needs of the population are very low.

Nearly one third (31%) of the Aspen Unit residential MH population needs a physician as their PCP. Their psychiatric conditions are complex, and they generate many HNRs or unscheduled walk-in visits. Aspen Unit is currently staffed with a single medical physician. Mental health staff are present ten hours a day Monday - Saturday and on call Sunday. Nurses are present 12 hours a day and the night shift intake nurse responds to needs overnight.

Phoenix has EMTs on day and night shifts. They help manage ICSs, support intakes especially after hours, and support care in the IPC.

There are currently no practitioners at Phoenix who practice remotely.

The PCCM has limited application at Phoenix, since the clinically needy population at Aspen Unit is already largely managed by designated mental health teams that include psychology RNs, and the clinically needy IPC patients are staffed separately.

Adjustments to the base primary care staffing plan for Phoenix Complex are reflected in the staffing table below and include:

- Intake is staffed with 5.5 FTE practitioners and RNs Monday – Saturday.

- There is no need for a Transitional APP.

- 0.25 FTE RN Monday – Friday day shift covers primary care needs of Alhambra Unit and workers.

- There is no need for a primary care RN covering long term chronic care needs and population health management.

- Night shift includes one 12-hour RN every day to cover intakes, medications and equipment to accompany patients moving to permanent housing in the morning, ICSs, treatments and the needs of Aspen patients.

- The population calls for 0.5 FTE primary care physician, though Phoenix may choose to instead engage a full-time physician to cover the Aspen Unit population, as is currently the case.

- EMTs are scheduled for day and night shift 7 days a week for Aspen and Alhambra.

- Staffing of the IPC is not included.

Phoenix's FMD is allowed, under the Injunction, to be assigned 100 patients. However, the PCCM team-based approach does not accommodate an FMD patient panel assignment, given the need for the physician to participate in daily huddles and other team interactions. Rather, the staffing plan does not assign patients to the FMD. Instead, Phoenix's FMD will *occasionally* see patients who need a practitioner encounter when the PCP is not available.

| PHOENIX PRIMARY CARE STAFFING | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Physician | APP | Transition APP | RN | LPN | MA | EMT |
| Days M-F | 0.4 | 6.0 | 0.0 | 5.8 | 1.8 | 0.8 | 3.0 |
| Nights M-F | 0 | 0 | 0 | 0.6 | 1.4 | 0 | 1.2 |
| Sat-Sun Days | 0 | 0 | 0 | 0.4 | 0.7 | 0 | 1.2 |
| Sat-Sun Nights | 0 | 0 | 0 | 0.2 | 0.6 | 0 | 0.4 |
| **TOTAL FTE (incl. Relief)** | **0.5** | **6.5** | **0.0** | **7.5** | **4.9** | **0.9** | **6.2** |

For MH care, the Aspen Unit houses 145-150 residential mental health (MH-4) patients. Also, MH must staff intake including ordering psychiatric drugs for intake patients.

Adjustments to the base mental health staffing plan for Phoenix Complex are reflected in the staffing table below and include:

- 5.5 FTE psychology associates to staff intake Monday - Saturday

- On average, 28% of all male patients at ADCRR are on mental health medications. On average, 33-42 patients a day go through Phoenix intake, so about 10 patients per day need psychotropic medications ordered. The staffing plan provides 0.5 FTE psychiatric APP to cover this intake need.

- The psychology RNs will huddle in the mornings with the Aspen Unit PCP to review the HNRs and determine, as a team, how to manage them. The psychology RNs will be very active in working with Aspen Unit patients, PCPs, primary therapists, and BHTs to manage all patient needs.

- Aspen Unit residential care staffing includes one day shift psychology associate, psychology RN, and BHT on weekends.

- Psychiatric care in residential care is provided by psychiatrists only.

- 

| PHOENIX MENTAL HEALTH STAFFING | | | | | | |
|---|---|---|---|---|---|---|
| | **Psychiatrist** | **Psych NP** | **Psychologist** | **Psych Associate** | **Behavioral Hlth Tech** | **Psych RN** |
| Outpatient FTEs | 0 | 0.9 | 0.3 | 7.4 | 0.6 | 0.3 |
| Residential/Inpatient FTEs | 1.6 | 0 | 2.1 | 6.7 | 10.9 | 4.4 |
| **TOTAL FTE (incl. Relief)** | **1.6** | **0.9** | **2.4** | **14.1** | **11.5** | **4.7** |

## Safford Complex

Safford Complex is a low-intensity complex housing only medium and minimum security patients. It has four units. Two are centrally located and two are more than 50 miles away. Using the empanelment data provided by ADCRR for this analysis, this staffing plan assigns 89% of Safford primary care patients to APPs and 11% to physicians.

The percentage of Safford residents with one or more chronic diseases is similar to the percentages at the other two low-intensity complexes. However, Safford patients have 41% more practitioner visits and chart reviews and have 11% more RN visits per 1,000 patients. The percentage of patients on prescription medications is average, but the number of prescription medications per 1,000 patients is 15% higher than average. Safford patients also incur 19% more inpatient hospitalizations, 18% more ER visits, and 24% more off-site visits per 1000 patients. The FHA attributes these use rates to the recent hiring of new APPs and reports that the FMD is working with them. Also, according to custody leaders, when after-hours urgent health care problems are referred to the on-call practitioner (QualCare) they nearly always result in an off-site visit to the hospital. The FHA reports that there used to be 4 inpatient admissions a month, and now there are 31.

The following table shows data points shared by the FHA during an interview or provided by HSD. They reflect the current state at the complex.

| SAFFORD COMPLEX STATUS FEBRUARY 2025 | | | | |
|---|---|---|---|---|
| | Fort Grant | Globe | Graham | Tonto |
| Population | 473 | 244 | 512 | 354 |
| Security | Minimum | Minimum | Minimum | Medium |
| Location | 55 miles from Complex | 92 miles from Complex | At complex | At complex |
| Health care operation | Mon-Fri | Practitioner 1 day a week on site; otherwise tele | 4 10-hour days | 4 10-hour days |
| Average Monthly ICSs | 35 | Few | 35 | 35 |
| RN coverage nights | Yes | Yes | Yes | Yes |
| RN coverage weekends | Yes | Yes | Yes | Yes |
| Medical practitioner backlog | 0 | PCP present 1 day a week; no scheduled care | Few | Few |
| Psychiatric backlog | NA | NA | NA | NA |
| Psychology Associate backlog | 0 | 0 | 0 | 0 |
| Patients on MOUD | 540 | | | |
| Patients on other Controlled Substances | 67 | | | |
| Average daily Detention population | 28 | NA | NA | NA |
| Average daily MH Watch population | <1 | NA | NA | NA |

Fort Grant Unit is located 55 miles from the main Safford Complex. It houses workers and residents taking classes. There is a central health clinic operating 24/7 with a practitioner four days a week for 10 hours per day.

Globe Unit is located 92 miles from the main Safford Complex. There is a central health clinic with 24/7 RN coverage. One practitioner floats to Globe Unit one day a week and other PCP needs are addressed via telehealth. There are currently no LPNs at Globe Unit.

Graham Unit is located in the main Safford Complex. Health care currently operates in a trailer outside of the unit and patients must be escorted there. RNs are present 24/7 and practitioners work four days a week, 10 hours per day. A new central medical unit is being built and is expected to open in 2025.

Tonto Unit is located in the main Safford Complex. All residents are medium security and in Protective Custody with no movement restrictions. There is a central health clinic operating 24/7 with a practitioner four days a week at 10 hours per day.

NES-ROS    Document 4858    Filed 04/03/25    Page 55 of 77

Patients at Safford are currently limited to MH Levels 1 and 2, who are managed by 1.0 FTE psychology associate serving the entire complex for crisis management. The position is located at Fort Grant Unit where the Mental Health Watch bed is. Crisis management at the other three units is done remotely.

There are no primary care physicians currently seeing patients at Safford, only APPs. Safford's FMD does not generally see patients, yet as seen in the table below, physician care is required. The table allocates Safford's current patients by unit to physicians or APPs based on the individual patients' medical complexity level. The table shows that 173 patients spread across all 4 units require physician-led primary care. This equates to 0.6 FTE physician.

| Medical Complexity Level | Fort Grant | | | Globe | | | Graham | | | Tonto | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Patients | Physician | APP | Patients | Physician | APP | Patients | Physician | APP | Patients | Physician | APP |
| 1 | 299 | | 0.38 | 146 | | 0.18 | 313 | | 0.40 | 154 | | 0.19 |
| 2 | 129 | | 0.20 | 57 | | 0.09 | 121 | | 0.18 | 74 | | 0.11 |
| 3 | 46 | | 0.12 | 21 | | 0.06 | 48 | | 0.13 | 34 | | 0.09 |
| 4 | 30 | 0.08 | | 12 | 0.03 | | 14 | 0.04 | | 61 | 0.16 | |
| 5 | 5 | 0.03 | | 7 | 0.04 | | 5 | 0.03 | | 17 | 0.10 | |
| 6 | 8 | 0.05 | | 2 | 0.01 | | 3 | 0.02 | | 9 | 0.05 | |
| Totals | 517 | 0.15 | 0.70 | 245 | 0.08 | 0.33 | 504 | 0.08 | 0.71 | 349 | 0.31 | 0.40 |
| **Total physician patients** | | | **173** | | | | **Total APP patients** | | | **1442** | | |
| **Physician total FTE** | | | **0.6** | | | | **APP total FTE** | | | **2.1** | | |

Adjustments to the base primary care staffing plan for Safford Complex are reflected in the staffing table below and include:

- Physician and APP coverage is based on the actual current patient clinical complexity shown above. Safford can implement this in several ways, all of which would change the current total practitioner staffing. ADCRR will need to carefully craft a solution and monitor its effectiveness over time. Given the difficulty ADCRR may encounter employing physicians for very few hours per week at remote locations, ADCRR could propose alternative approaches to the Court that require deviations from the Injunction, as long as patients requiring a physician PCP are seen by a physician.

- Staffing for RNs, LPN, and MA/CNAs deviates from the patient-complexity-based formula but is consistent with the complex's unique geographic configuration and lower patient clinical complexity.

  - RN coverage is provided 24/7 at each unit, which reflects the current state reported by the FHA. It assures a health care presence at all times to accommodate the remote locations of Fort Grant and Graham units and lack of on-site PCP presence at Graham and Tonto Units.

- LPN coverage is 12-hour shifts 7 days a week at each unit. There is no need for night shift coverage, as the RNs can cover any medication administration.

- MA/CNA coverage 1.0 FTE (8 hours) Monday-Friday at each unit. This allows for facilitation of remote visits and accompanying practitioners on in-person visits at each unit every day. The final PCP on-site and remote assignments may alter the MA/CNA staffing.

- 1.0 FTE psychology associate on site at Fort Grant five days a week.

| SAFFORD STAFFING | | | | | | |
|---|---|---|---|---|---|---|
| | Physician | APP | RN | LPN | MA/CNA | Psych Associate |
| Days M-F | 0.7 | 2.1 | 6 | 6.0 | 4 | 1.0 |
| Nights M-F | 0 | 0 | 6 | 0.0 | 0 | 0 |
| Sat-Sun Days | 0 | 0 | 2.4 | 2.4 | 0 | 0 |
| Sat-Sun Nights | 0 | 0 | 2.4 | 0.0 | 0 | 0 |
| **TOTAL FTE (incl. Relief)** | **0.8** | **2.3** | **18.1** | **9.0** | **4.3** | **1.1** |

Implementing the PCCM will require some additional changes. Most notably, the RNs at each unit will need to serve as primary care team members for all the patients in the building, so for both a physician and an APP's patient panels. Population health and chronic care management will be conducted on a unit-wide basis rather than team-wide basis.

A useful innovation at Safford to support the PCCM would be a single morning huddle over Zoom for the whole complex. The physician(s) and APPs can confer with RNs on the day's HNRs and delegate them where appropriate.

## Tucson Complex

Tucson Complex covers one square mile, and three of its seven units are outside the complex perimeter. Travel around the complex is by tram.

Tucson has a 23-bed Transitional Mental Health Unit at Manzanita Unit and three mental health treatment units that include nearly 500 patients in Residential Mental Health Treatment (MH-4). It also operates three detention units and death row housing. About 31% of the population is in close custody or detention.

Using the empanelment data provided by ADCRR for this analysis, this staffing plan assigns APPs as PCPs to 75% of the Tucson population and physicians are assigned to 25%.

The complex contains a large new IPC and SNU unit housing about 180 patients at Catalina Unit. Rincon Unit also operates a 66-bed IPC and a SNU "step up" with higher functioning patients. Manzanita Unit operates a 46 bed SNU. No staffing for SNU and IPC beds is included in this plan. Also, the Catalina SNU and IPC Unit patients have been removed from the patient empanelment and other data where possible to provide as accurate a staffing plan as possible.

Compared to other high complexity men's complexes, Tucson's patients are clinically and operationally more challenging. For example:

- The monthly complex-wide patient turnover is 36% higher than average; on average, more than 600 patients a month enter or leave the complex.
- Just 4% more of the population is on prescription medication, but patients receive 46% more medications per 1,000 patients than average.
- Labs ordered per 1,000 patients are 35% higher than average.
- The percentage of patients with any chronic illness is at the average, but there are 5% more practitioner visits and chart reviews per 1,000 patients than average.
- There are 41% more RN encounters per 1,000 patients than average.
- RNs triage 91% more medical and pharmacy requests per 1,000 patients than average; on average, RNs triage 3,435 pharmacy HNRs per month.
- Inpatient hospitalizations per 1,000 patients are 37% higher than average.
- ER visits per 1,000 patients are 40% higher than average.
- Patient turnover at Tucson is the highest in the state (excluding Phoenix which does all male intake).

Half of the PCPs currently at Tucson work remotely, as does the only psychiatrist. This contributes to less effective care and can be a significant factor in the inpatient hospital and ER use.

On average, 602 patients leave or enter the complex each month, the highest in the state (excluding Phoenix). Currently, two RNs work 12 hours Monday – Friday to process the movement. This is insufficient for the volume and RNs should cover this function 24 hours during weekdays.

The table below show information about each Tucson unit shared by the FHA during an interview or provided by HSD. Narrative details are also provided.

| TUCSON STATUS FEBRUARY 2025 | | | | | | |
|---|---|---|---|---|---|---|
| | Manzanita | Whetstone | Rincon | Santa Rita | Winchester | Cimmaron |
| Population | 427 | 1,170 | 698 | 755 | 726 | 738 |
| Security | Medium | Minimum | Close | Medium | Medium | Close |
| Location (relative to perimeter) | Outside | Outside | Inside | Inside | Inside | Inside |
| Health care operation | Mon-Fri | Mon-Fri 12 hours | Mon-Fri | Mon-Fri 12 hours | Mon-Fri 12 hours | Mon-Fri |
| Average Monthly Total ICS | Not reported | | | | | |
| RN coverage nights | Yes | No | Yes | No | Yes | Yes |
| RN coverage weekends | Yes | Yes | Yes | Yes | Yes | Yes |
| Medical practitioner backlog | 22 | 40 | 33 | 131 | 6 | 109 |
| Psychiatric backlog | Not reported | | | | | |
| Psychology Assoc backlog | Not reported | | | | | |
| Patients on MOUD | 2,579 | | | | | |
| Patients on other controlled substances | 547 | | | | | |
| Average daily Detention population | 19.4 | NA | NA | 74.1 | NA | NA |
| Average daily MH Watch population | NA | NA | 40.5 | NA | NA | NA |

Manzanita Unit contains a 46-bed SNU (not included in the staffing plan) and the remainder is primarily for MH programming. There is a large residential SUD treatment program, a medical residential unit, mental health housing, and inmate workers, and a detention unit. There is also a 23-bed Transitional Mental Health Unit which is staffed the same as Level 4 residential care.

Whetstone Unit houses minimum security patients and about 400 are out to work every day. The health clinic operates weekdays and an RN is present every day but not on the night shift. This does not cause access to care problems.

Rincon Unit operates a 66-bed IPC (not included in the staffing plan) and has nearly 500 patients in Level 4 Mental Health Residential housing. The Mental Health Watch unit averages 40.5 patients per day.

There is confidential mental health examination space in the housing unit, and some mental health and primary care is provided in a correctional officer's office. 1,600 patients are on buprenorphine and 200 are on methadone. Nurses use the Excel-based electronic inventory documentation for these medications. Rincon Unit also operates death row which currently houses 85 residents. There is a small clinic in that unit and a practitioner from the main Rincon Unit sees patients in that clinic.

Santa Rita Unit houses medium security patients. There is a medical unit that includes pill lines. RNs are not on site overnight. The clinical space at Santa Rita is the smallest in the complex and insufficient. It contributes to the backlogged practitioner appointments which are currently more than 130.

Winchester houses medium security patients and has a detention unit. Health care is provided weekdays for 12 hours and the practitioner backlogs are minimal. RNs are not on site overnight.

Cimmaron Unit houses close custody patients, half of whom are sex offenders, so they cannot mix with residents from other units. This creates very low practitioner productivity; the FHA estimates the loss of productivity to be 50% rather than the 30% we use in the staffing model. Staff at Cimmaron Unit have tried to provide primary care in the evenings but COs were not provided and the staff did not feel safe, so the practice was discontinued. Cell-side care has also been attempted but is neither confidential nor safe.

Adjustments to the base primary care staffing plan for Tucson Complex are reflected in the staffing table below and include:

- Because we did not receive ICS data for Tucson units, based on data for other complexes, we imputed that ICSs occur regularly in the residential mental health units and close custody units. Accordingly, EMTs are assigned 24/7 to Cimmaron, Manzanita, and Rincon units.

- Because we did not receive ICS data for Tucson units, we assumed the incidence to be between what occurs at Eyman and Lewis and allocated 1.0 FTE PCP support to processing ICSs, half assigned to APPs and half assigned to physicians. ADCRR should apply actual ICS data in future staffing updates.

- MA/CNAs are assigned to facilitate remote visits for 10 remote PCPs.

- On-Site PCP staff is augmented to provide physical assessment support to 10 remote PCPs.

- Adjustment to PCP, RN and LPN staffing is made to account for 31% of the population in close custody.

- To address the very high use of RN visits, prescription medications, inpatient hospitalizations, and ER visits, adjustments were made to PCP (5%) and RN (10%) FTEs.

- LPN FTEs were not adjusted to address high medication use as psychology RNs will administer medications to the 489 patients in residential mental health units.

- Adjustment to PCP staffing is made for patients in residential mental health units.

- Coverage for 2.0 FTE RNs to manage patient movement into and out of the complex is provided around the clock Monday – Friday.

59

There are 91% more medical and pharmacy requests per 1,000 patients than average and 114 daily HNRs for pharmacy issues, creating extreme demand on nurses. ADCRR should study this phenomenon, and determine and address the root cause(s); these may include medication classes, focus groups, modifications to medication renewal processes and other interventions. A similar situation exists at the Perryville Complex and the two complexes should collaborate on assessing the cause and solutions.

Tucson's FMD is allowed, under the Injunction, to be assigned 100 patients. However, the PCCM team-based approach does not accommodate an FMD patient panel assignment at Tucson, given the need for the physician to participate in daily huddles and other team interactions . Rather, Tucson's FMD can see patients who need a practitioner encounter when the physician PCP is not available. The PCP staffing does not assign patients to the FMD.

The FHA and FMD will need to allocate PCPs and RNs across the units such that the teams function in just one unit. This may mean "rounding up" some of the partial positions and also balancing teams by assigning some of the APP patients to the physician team.

Primary care staffing excludes SNU and IPC staffing.

| TUCSON PRIMARY CARE STAFFING | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Physician | APP | Transition APP | RN | LPN | MA/CNA | EMT |
| Days M-F | 7.0 | 7.8 | 6.0 | 36.0 | 30.1 | 28.2 | 4.5 |
| Nights M-F | 0 | 0 | 0 | 4.5 | 9.0 | 0 | 4.5 |
| Sat-Sun Days | 0 | 0 | 0 | 10.0 | 11.0 | 0 | 1.8 |
| Sat-Sun Nights | 0 | 0 | 0 | 1.8 | 9.4 | 0 | 1.8 |
| **TOTAL FTE (incl. Relief)** | **7.5** | **8.4** | **6.5** | **56.3** | **64.1** | **30.4** | **13.6** |

Adjustments to the base mental health staffing plan for Tucson Complex are reflected in the staffing table below and include:

- BHT time for facilitating remote visits for 1.0 FTE remote psychiatric practitioner

- Patients at Rincon Unit Residential MH have been removed from the calculation for extra mental health practitioner time for close custody, because mental health staff work directly on that unit.

- Time allocated for BHT to conduct segregation rounds on patients in detention

- Psychology associate time for Mental Health Watch population

- Psychiatric practitioner time to assess new patients on Mental Health Watch

- Weekend psychology associate is housed at Manzanita Unit for crisis management in all units except Rincon Unit which has separate weekend mental health coverage.

- In addition to Mental Health Watch coverage on weekends at Rincon, weekend coverage is added at Rincon based the census of patients in residential mental health (MH -4) and caseloads for psychology associates, psychology RNs, and BHTs to manage the therapeutic milieu, avert crises, and administer medications.

| TUCSON  MENTAL HEALTH STAFFING | | | | | | |
|---|---|---|---|---|---|---|
| | Psychiatrist | Psych NP | Psychologist | Psych Associate | Behavioral Hlth Tech | Psych RN |
| Outpatient FTEs | 3.6 | 5.8 | 5.5 | 38.1 | 15.2 | 7.1 |
| Residential/Inpatient FTEs | 5.5 | 0 | 7.4 | 38.2 | 39.6 | 16.6 |
| **TOTAL FTE (incl. Relief)** | **9.1** | **5.8** | **12.9** | **76.2** | **54.8** | **23.7** |

## Winslow Complex

Winslow is a low-intensity complex with three units currently in use and much unused capacity. The population at Kaibab Unit is close custody and represents about 29% of the population. The Apache Unit is located two hours away from the main Winslow Complex. It has five buildings, all in operation.

Using the empanelment data provided by ADCRR for this analysis, this staffing plan assigns APPs as PCPs to 94% of the Winslow population and physicians are assigned to 6%.

When compared to the other low-intensity men's complexes, Winslow has less burden of chronic illness and less utilization of every health care indicator.

Winslow's FMD works remotely and also sees HCV patients remotely in other complexes.

The tables below show information about each Winslow unit shared by the FHA during an interview or provided by HSD. Narrative details are also provided.

| WINSLOW COMPLEX | | | |
|---|---|---|---|
| | Apache | Kaibab | Coronado |
| Population | 314 | 182 | 142 |
| Security | Minimum | Close | Minimum |
| Location | 2 hours away | On complex | On complex |
| Health care operation | Daily RN, practitioner 1 day a week | Mon-Fri at each; staff shared across | |
| Average Monthly Total ICS | Few | 30 | Few |
| RN coverage nights | Yes | Yes | No |
| RN coverage weekends | Yes | Yes | No |
| Medical practitioner backlog | 0 | 0 | 0 |
| Psychiatric backlog | NA | NA | NA |
| Psychology Assoc backlog | 0 | 0 | 0 |
| Average daily Detention population | NA | 30 | NA |
| Average daily MH Watch population | NA | 0.5 | NA |

All Apache patients are minimum security and many work off site. A practitioner is on site one day a week and while there are no scheduled visit practitioner backlogs, staff feel a practitioner should be available more often. There are currently 15 patients at Apache who need a physician as PCP. Mental health crisis management is provided remotely, and the psychology associate visits the unit quarterly.

Kaibab Unit is a close custody unit and includes a detention unit that averages 30 residents. For health care purposes, practitioners at Kaibab Unit do not experience a reduction in practitioner productivity because ADCRR has provided three COs just for health care movement. As a result, there are no backlogs and all patients are seen by 1:00 pm every day. Only LPNs need FTEs adjusted for cell-side medication pass to close custody patients. Kaibab also has a Mental Health Watch unit and as a low-intensity complex, patients on Mental Health Watch are transferred to a complex with MH care almost

immediately. Kaibab Unit has a centralized health care unit that shares staff with the health care unit at Coronado Unit. It has four exam rooms and an emergency treatment room with two beds. It also has other specialty care (optometry, ultrasound, X-ray) that serve Coronado and Apache Unit patients as well.

Coronado Unit is across the parking lot from Kaibab Unit. It has seven buildings but only two are currently operational. Coronado Unit houses minimum security patients. It has a centralized health care unit for primary care and it shares some staff with Kaibab Unit.

There is no Excel-based electronic inventory management system for MOUD at Winslow.

The PCCM presents a challenge for Winslow, because there is one APP who sees patients at Kaibab and Coronado Unit *and* travels to Apache Unit one day a week to see patients. The FMD works remotely and has other obligations within ADCRR. Patients at each complex need a physician PCP. As seen in the table below, the medical complexity of Winslow patients calls for a base of 0.14 FTE physician and 0.92 APP.

| Medical Complexity Level | Fort Grant | | | Globe | | | Graham | | | Tonto | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Patients | Physician | APP | Patients | Physician | APP | Patients | Physician | APP | Patients | Physician | APP |
| 1 | 299 | | 0.38 | 146 | | 0.18 | 313 | | 0.40 | 154 | | 0.19 |
| 2 | 129 | | 0.20 | 57 | | 0.09 | 121 | | 0.18 | 74 | | 0.11 |
| 3 | 46 | | 0.12 | 21 | | 0.06 | 48 | | 0.13 | 34 | | 0.09 |
| 4 | 30 | 0.08 | | 12 | 0.03 | | 14 | 0.04 | | 61 | 0.16 | |
| 5 | 5 | 0.03 | | 7 | 0.04 | | 5 | 0.03 | | 17 | 0.10 | |
| 6 | 8 | 0.05 | | 2 | 0.01 | | 3 | 0.02 | | 9 | 0.05 | |
| Totals | 517 | 0.15 | 0.70 | 245 | 0.08 | 0.33 | 504 | 0.08 | 0.71 | 349 | 0.31 | 0.40 |
| | Total physician patients | | 173 | | | | Total APP patients | | 1442 | | | |
| | Physician total FTE | | 0.6 | | | | APP total FTE | | 2.1 | | | |

Staffing is 0.5 FTE APP at Apache Unit, which could be 4 hours per day Monday – Friday or 20 hours divided over three or four days a week. Another 0.5 FTE APP can cover Kaibab and Coronado Units. Given the difficulty ADCRR may encounter employing physicians for very few hours per week at remote locations, ADCRR could propose alternative approaches to the Court that require deviations from the Injunction as long as patients requiring a physician PCP are seen by a physician. The FMD will also provide clinical consultation to the APPs.

Staffing for RNs, LPN, and MA/CNAs deviates from the patient-complexity-based formula but is consistent with the complex's unique geographic configuration and lower patient clinical complexity.

- RN day shift staffing provides 2.0 FTE RNs at Apache Unit and 1.0 FTE RN each at Kaibab and Coronado Units. Kaibab Unit RNs will also conduct segregation rounds on the unit's 30 detention residents, which requires about 2.5 hours per week. Weekend dayshift RNs are reduced, with 1.5 FTE (one 12-hour shift) RN at Apache Unit and 1.5 FTE (one 12-hour shift) RN covering

Kaibab and Coronado Units. Night shift RN staffing is 50% of daytime coverage, and RNs pass night time medications at Apache Unit.

- LPNs are staffed in 12-hour shifts at all units seven days a week and only at the Kaibab Unit at night.

- MA/CNAs are staffed at 1.0 FTE at each unit, and the individual must be able to draw blood. The MA/CNA will also accompany practitioners seeing patients and provide facilitation for visits conducted remotely.

A 1.0 FTE psychology associate will provide crisis management to all three units five days a week.

As Winslow is a low-intensity complex, there is no EMT staffing.

This PCP staffing requires conducting a complex-wide morning huddle attended by all the PCPs and RNs, who jointly determine how HNRs will be managed and how other duties will be delegated. Implementing the PCCM will require some additional changes at Winslow. Most notably, the RNs at each unit will need to serve as primary care team members to the whole unit population as opposed to separate teams for APP and physician panels.

Winslow staffing is shown below.

| WINSLOW STAFFING | | | | | | |
|---|---|---|---|---|---|---|
| | Physician | APP | RN | LPN | MA/CNA | Psych Associate |
| Days M-F | 0.1 | 1.0 | 6.0 | 4.4 | 3.0 | 1.0 |
| Nights M-F | 0 | 0 | 3.0 | 1.5 | 0 | 0 |
| Sat-Sun Days | 0 | 0 | 1.2 | 1.7 | 0 | 0 |
| Sat-Sun Nights | 0 | 0 | 1.2 | 0.6 | 0 | 0 |
| **TOTAL FTE (incl. Relief)** | **0.1** | **1.1** | **12.3** | **8.9** | **3.2** | **1.1** |

64

## Yuma Complex

Yuma Complex is a high-intensity complex on the Mexican border. It has five units and its Dakota Unit was the site of the Pilot Project that helped inform this staffing plan. There is an ADA unit and there are no residential mental health or other mental health housing, though the population has a high level of mental health acuity.

Using the empanelment data provided by ADCRR for this analysis, this staffing plan assigns APPs as PCP to 79% of Yuma patients and physicians are assigned to 21%.

The Dakota Unit is all close custody and the remainder of the complex, except for a detention unit at Cheyenne Unit, are minimum or medium custody. About 20% of Yuma's population is close custody.

A large portion of Yuma's health care practitioners practice remotely. Currently 7 of Yuma's 15.25 PCPs work remotely (43%), and 5 of the 8.7 FTE psychiatric practitioners work remotely (57%) including all of the psychiatrists.

Space constraints create health care challenges in all the units, as does a lack of COs to escort patients to health care. The Dakota Unit was assigned extra COs during the Pilot, though they were taken from other posts which were not back-filled. Dakota also had some additional medical and mental health clinical space and meeting space built. These notably improved access to care.

When compared to other high-intensity male complexes, the health care utilization data at Yuma is striking. The population has an average percentage of patients with chronic conditions, but patients receive far fewer health care services. For example, Yuma patients have, per 1,000 patients:

- 69% fewer medication orders
- 64% fewer lab orders
- 69% fewer RN visits
- 74% fewer practitioner visits and chart reviews
- 79% fewer ER visits
- 80% fewer inpatient hospitalizations
- 71% fewer off-site visits.

The care at Yuma is fragmented and practitioners' productivity is low largely because of the huge portion of practitioners practicing remotely. Remote practitioners often see patients only for chronic care management or other isolated specialty needs and on-site practitioners treat their non-urgent needs; there is little patient-centered or coordinated care. To prevent ICSs from further interrupting scheduled care and practitioner productivity, Yuma has implemented "ICS Response Teams" at Dakota, Cheyenne, and Cibola Units. The teams include one RN and one EMT, though an RN can respond without the EMT. These are working well to keep nurses and practitioners from being pulled away from scheduled care.

The table below shows information about each Yuma unit shared by the FHA during an interview or provided by HSD. Narrative details are also provided.

| YUMA COMPLEX | | | | | |
|---|---|---|---|---|---|
| | Cheyenne | Cibola | Cocopah | Dakota | LaPaz |
| Population | 1175 | 1195 | 248 | 886 | 1193 |
| Security | Medium | Medium ADA yards | Minimum Fire crew workers | Close | Minimum ADA Unit |
| Health care operation | Mon-Fri | Mon-Fri | RNs until 3:30 LPNs until 6:30 APP 3 days | PCCM fully implemented | Mon-Fri |
| Average Monthly Total ICS | 88 | 111 | 42 | 122 | 97 |
| RN coverage nights | Yes | No | No | Yes | Yes |
| RN coverage weekends | Yes | Yes | Yes | Yes | Yes |
| Medical practitioner backlog | 66 | 165 | 39 | 20 | 334 |
| Psychiatric backlog | 5 | 8 | 8 | 2 | 1 |
| Psychology Assoc backlog | 35 | 25 | 5 | 6 | 5 |
| Average daily Detention population | 70 | NA | NA | 78 | NA |
| Average daily MH Watch population | NA | NA | NA | 13.4 | NA |

Cheyenne Unit houses non-ADA patients who are less clinically acute than other unit populations. There is a 79-bed detention unit that is always full. Detention patients must be escorted to health care. There are multiple ICSs daily. HNRs are handled every day with no backlog, though there are backlogs for medical practitioners and mental health providers.

Cibola Unit houses ADA patients and the population is generally of a higher medical acuity. ICSs are frequent. HNRs are handled every day with no backlog, but there are notable medical practitioner backlogs and also some mental health backlogs. The unit is open and no escorts are required for health care. RNs are not present overnight.

Cocopah Unit houses minimum custody patients, many of whom work on the fire crew. HNRs and ICSs are low and all backlogs are lower than the other non-PCCM units. RNs are not present overnight.

Dakota Unit houses all close custody patients and has a 78-bed detention unit that is always full. All patients are escorted to health care in "red" and "blue" groups that cannot mix. Dakota also houses the Mental Health Watch unit which averages 13-14 patients per day. Dakota implemented the PCCM Pilot Project and PCCM continues to be fully operational. ICSs are the highest in the complex. HNRs are higher than most of the other units, but are managed daily. Medical backlogs are far lower than other units, and mental health backlogs are small.

LaPaz Unit houses minimum security ADA patients and the population has a higher medical acuity than other units. ICSs are frequent and HNRs are not cleared daily. The medical practitioner backlog exceeds 300 though mental health backlogs are small.

Patient movement into and out of Yuma is 63% higher than the average at other men's high-intensity complexes. On average, 475 patients enter or leave Yuma in a month. Staffing includes 1.0 FTE RN to manage patient movement.

Yuma uses an Excel-based electronic inventory management system for MOUD documentation across the complex.

Adjustments to the base primary care staffing plan for Yuma Complex are reflected in the staffing table below and include:

- An EMT is staffed 24/7 at each unit except for Cocopah, to support ICS response.

- 1.0 FTE RN is staffed Monday – Friday to manage patient movement into and out of Yuma.

- RN staffing nights is 12 hours for one RN at each unit except Cocopah Unit.

- Weekend day shift staffing is 2 RNs per unit at 12 hours all units except Cocopah Unit, which has 1 RN.

- LPN coverage for night shift is same as day shift minus the burden of MOUD administration.

- LPN weekend coverage is the same as weekdays.

- MA/CNA support is added for facilitation of visits by remote practitioners.

- Adjustments are made to practitioners and nurses for patients in close custody.

- Practitioner time is adjusted for response to ICSs.

- Practitioner time is adjusted to support physical exams for remote visits.

- 1 FTE CNA/Patient Care Technician is assigned 24/7 to Cibola and LaPaz Units. This may not be enough support to the patients with ADA needs and ADCRR should address this at each staffing update.

Yuma's FMD is allowed, under the Injunction, to be assigned 100 patients. However, the PCCM team-based approach does not accommodate an FMD patient panel assignment, given the need for the physician to participate in daily huddles and other team interactions. Rather, the staffing plan does not assign patients to the FMD. Instead, Yuma's FMD will *occasionally* see patients who need a practitioner encounter when the PCP is not available.

The FHA and FMD will need to allocate PCPs and RNs across the units such that the team and its staff only work at a single unit, i.e., are not split, having primary care patients in two or more units. To accomplish this, the FHA and FMD may need to "round up" partial positions. For example, based on panel size, a given unit might need 0.9 FTE APP. However, because filling a 0.9 FTE position can be challenging, they may need to round up the position to 1.0 FTE. Where they need to round up a partial

physician FTE, they may complement the physician's panel (of complex patients) with less complex patients who would ordinarily be assigned to an APP.

| YUMA PRIMARY CARE STAFFING | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Physician | APP | Transition APP | RN | LPN | MA/CNA | EMT |
| Days M-F | 5.6 | 7.1 | 5.0 | 26.7 | 23.2 | 26.0 | 6.0 |
| Nights M-F | 0 | 0 | 0 | 6.0 | 17.6 | 3.0 | 6.0 |
| Sat-Sun Days | 0 | 0 | 0 | 5.4 | 9.3 | 1.2 | 2.4 |
| Sat-Sun Nights | 0 | 0 | 0 | 2.4 | 7.0 | 1.2 | 2.4 |
| TOTAL FTE (incl. Relief) | 6.1 | 7.6 | 5.4 | 43.6 | 61.5 | 33.8 | 18.1 |

Adjustments to the base mental health staffing plan for Yuma Complex are reflected in the staffing table below and include:

- Adjustments to practitioners for patients in close custody

- Adjustment to BHT time for segregation rounds

- BHT time to facilitate visits by remote providers

- Psychology associate time for Mental Health Watch

- Psychiatry time to assess new patients on Mental Health Watch

-

| YUMA OUTPATIENT MENTAL HEALTH STAFFING | | | | | | |
|---|---|---|---|---|---|---|
| | Psychiatrist FTE | Psych NP | Psychologist | Psych Associate | Behavioral Hlth Tech | Psych RN |
| TOTAL FTE (incl. Relief) | 3.0 | 4.8 | 5.0 | 29.7 | 17.6 | 6.6 |

Respectfully submitted,

Donna Strugar-Fritsch, BSN,MPA, CCHP          Marc F. Stern, MD, MPH

68

APPENDICES

## Appendix 1 Patient Panel Assignments by Diagnosis

The diagnoses listed below were used as a proxy for estimating the current complexity of ADCRR's patients for the sole purpose of modeling patient empanelment by clinical complexity in this staffing analysis. While the methodology is intended to be informative, actual patient assignments to physician and APP panels should be made by ADCRR's FMDs based on individual patient complexity and need. We strongly recommend that FMDs begin patient empanelment using this methodology in order to expedite the transition and to create a uniform approach to empanelment across all complexes. FMDs should then confer with FHAs and make further adjustments to assignments that account for other patient complexities. These might include frequent ED or inpatient care for chronic conditions, co-occurring mental health conditions, age, clinical stability regardless of diagnoses, and other factors.

**SINGLE DIAGNOSES THAT ALWAYS REQUIRE PHYSICIAN LEVEL OF CARE**
Cancer
Congestive Heart Failure
Cirrhosis
Crohn's Disease
End Stage Kidney Disease
HIV
Lupus
Rheumatoid Arthritis
Multiple Sclerosis
Sickle Cell
Arrhythmia
Bleeding disorder
History of Myocardial Infarction
"Other Chronic Care"

**COMBINATIONS OF DIAGNOSES THAT REQUIRE PHYSICIAN LEVEL OF CARE**

Hypothyroidism plus:

- Lipid Disorder
- Bleeding Disorder
- Asthma

Seizure Disorder plus:

- Hepatitis
- Hypertension
- Coronary Artery Disease
- Lipid disorder
- Asthma
- Diabetes Type 2

## Appendix 2  Sample RN Visits at Dakota Pilot

The Injunction's requirement that PCPs, not nurses, see patients for initial non-urgent requests, except for in a small number of circumstances, is central to the PCCM and a major shift from previous practice. To the extent that during the Pilot nurses were continuing to see a significant number of patients as they had previously, this would artificially reduce the apparent need for practitioners. To test this possibility, after the pilot, we conducted a retrospective review of all RN visits driven by HNRs that we could identify during Dakota pilot for the 8 days from January 23 to January 30. Of the 47 visits we identified, 7 were conducted solely by a nurse but should have been seen by a practitioner instead of a nurse. Based on this review, we suspect that there will be some FTE in our plan that will need to be converted from RN to practitioner. The final panel sizes consider this factor, though conservatively.

## Appendix 3 ADCRR Mental Health Levels

**The following are ADCRR's definitions of Mental Health Levels.**

- MH-1: Prisoners who have no history of mental health issues or receiving mental health treatment.
- MH-2: Prisoners who have received mental health treatment in the past but do not currently have any mental health needs and have demonstrated behavioral and psychological stability for at least six months.
- MH-3: Outpatient Treatment
  - MH-3E: Patients who recently arrived at ADCRR and are generally stable but may benefit from regular contacts with mental health clinicians, or patients participating only in outpatient group psychotherapy.
  - MH-3D: Patients who were recently taken off psychotropic medications and need follow up for six months thereafter to ensure stability over time.
  - MH-3C: Patients who are stable, have adequate coping skills, and are able to manage their mental health symptoms through medication only, and who need infrequent intervention.
  - MH-3B: Patients who are generally stable but need regular interventions because they are receiving psychiatric and psychological services.
  - MH-3A: Patients in acute distress who may require substantial intervention in order to remain stable. All patients classified as seriously mentally ill (SMI) are to be classified as MH-3A (unless admitted to a residential treatment or inpatient treatment program, and then classified as MH-4 or MH-5). Any patient under a Psychiatric Medication Review Board (PMRB) order for involuntary administration of psychiatric medication are to be classified as MH-3A (unless admitted to a residential treatment or inpatient treatment program, and then classified as MH-4 or MH-5).
- MH-4: Residential Treatment. Patients who are admitted to a residential mental health program.
- MH-5: Inpatient Treatment. Patients who are admitted to the inpatient mental health treatment programs licensed by the Arizona Department of Health Services.

72

## Appendix 4 Outpatient Mental Health Caseload Assumptions and Calculations

**The following assumptions and calculations were used to quantify outpatient mental health caseloads for Primary Therapists .**

Assumptions:

Primary Therapist spend 50% of their time in clinical encounters with patients. This translates to 86.6 hours per month (40 hours per week * 50% * 4.3 weeks in a month).

The task of "crisis responder" is included in the caseload sizes and presumes one person per unit is assigned each day as the crisis responder. This can be a rotating function or a specific PA assignment. Exceptions for very small units are noted where appropriate.

| OUTPATIENT LEVEL | CASELOAD CALCULATIONS | CASELOAD |
|---|---|---|
| C-D-E | Patients seen on average every 60 days, which is .5 times per month @ 1 hour each so .5 hours per month per patient. 86.6 hours per month allows for 173 visits. | 200 |
| B | Patients seen bi-weekly to monthly @ 1 hour per visit. Average 1 visit every 3 weeks or 1.3 visits per month per patient so 1.3 hours per patient per month. 86.6 hours per month allows for 66.6 patients in caseload | 65 |
| A | Patients need frequent visits but visits are brief. Assume average 20 minutes per visit, average 7 visits per month. Average 2.3 hours per patient per month. 86.6 hours allows for 37.4 patients per month. | 40 |

## Appendix 5 Staffing Plan Summary

This table illustrates the staffing by position for all complexes. Staffing for IPC and SNU is not included.

| STAFFING PLAN TOTAL POSITIONS BY COMPLEX | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Douglas | Eyman | Lewis | Perryville | Phoenix | Safford | Tucson | Winslow | Yuma | Total |
| Physician | 0.6 | 6.7 | 8.2 | 2.8 | 0.5 | 0.8 | 7.5 | 0.1 | 6.1 | **33.9** |
| APP | 2.7 | 10.9 | 15.4 | 13.1 | 6.5 | 2.3 | 14.9 | 1.1 | 13 | **81.1** |
| RN | 10.5 | 63.1 | 54.8 | 40 | 7.5 | 18.1 | 56.3 | 12.3 | 43.6 | **306.2** |
| LPN | 21.1 | 46.3 | 79.4 | 44.7 | 4.9 | 9 | 64.1 | 8.9 | 61.5 | **339.9** |
| MA/CNA | 3.3 | 28.5 | 28.8 | 15.7 | 0.9 | 4.3 | 30.4 | 3.2 | 33.8 | **148.9** |
| EMT | 0 | 22.6 | 31.7 | 9.7 | 6.2 | 0 | 13.6 | 0 | 18.1 | **101.9** |
| Psychiatrist | 0 | 4.9 | 6.8 | 4.3 | 1.6 | 0 | 9.1 | 0 | 3 | **29.7** |
| Psych NP | 0 | 4.8 | 6.6 | 6.2 | 0.9 | 0 | 5.8 | 0 | 4.8 | **29.1** |
| Psychologist | 0 | 5.4 | 9.3 | 6 | 2.4 | 0 | 12.9 | 0 | 5 | **41** |
| Psych Associate | 1.1 | 26.5 | 48.3 | 34.3 | 14.1 | 1.1 | 76.2 | 1.1 | 29.7 | **232.4** |
| BHT | 0 | 21.6 | 38.7 | 19.6 | 11.5 | 0 | 54.8 | 0 | 17.6 | **163.8** |
| Psych RN | 0 | 8.4 | 14.5 | 8 | 4.7 | 0 | 23.7 | 0 | 6.6 | **65.9** |
| OB/GYN | 0 | 0 | 0 | 1.6 | 0 | 0 | 0 | 0 | 0 | **1.6** |
| Women/s Health NP | 0 | 0 | 0 | 2.2 | 0 | 0 | 0 | 0 | 0 | **2.2** |

## Appendix 6 Converting 8-Hour Shift Plan To 10- and 12-Hour Shifts

Staffing throughout this plan is based on conventional primary care and outpatient mental practice operating five days a week, eight hours a day excluding a one hour lunch break. *Modifications must be made when other scheduling practices are used, and in many units they will require additional hours of clinic operation and additional custody available for escorting.*

### Primary Care

#### *Primary Care Practitioners*

This model assumes that in the PCCM, of the eight hours in PCP a work day, 6.5 (80%) are spent seeing patients and the other 1.5 (20%) hours are spent on clinical coordination, documentation, and messaging.

NaphCare staffs nearly all primary care practitioners in four 10-hour shifts per week. A PCP can see his/her full panel of patients in four 10-hour shifts *if the clinic actually operates 40 hours per week over those four days.* This includes:

- o Patients are scheduled at least eight hours per day (80% of time or 32 hours per week)
- o Custody is staffed to escort patients during those eight hours every day
- o Patient visits are conducted during count OR patient hours are extended to assure eight hours per day if patients are not moved during count

If these conditions are not met, the PCP is in fact not functioning at full time capacity and PCP staffing will need to be adjusted to assure 32 hours of scheduled patient care time per week.

Another consideration in the "4-Tens" practitioner schedule is that the primary care team will not have its practitioner present one day a week. This will require additional adjustments to staffing:

- At least one RN from the team must be scheduled on the fifth day to assure continuity of care for the patient panel.
- The daily huddle will not have a practitioner, so the other team members a will need to discuss new HNRs and refer urgent cases to another practitioner.
- Another practitioner will be designated to cover HNRs needing practitioner attention on that day. This could be the complex's Transitional APP.

#### *Registered Nurses*

NaphCare employs most RNs in three 12-hour shifts per week (actually .9 FTE). Some work four 10- hour shifts.

From a PCCM perspective, the patient panel needs nursing coverage every weekday, and the more overlap the RNS have with one another, the better.

In using 12-hour shifts, FHAs must also ensure that the RNs are available for the full nine hours of practitioner patient scheduled visit time *and* that RNs have access to patients for the other three hours of their shifts to carry out their additional roles in patient education and chronic care management. This could require additional custody officer time for escorting or being present in the health clinic.

RN coverage is also needed for most units during the night 12 hours. The number is based on the size of the unit and the type of patients. Their work is not limited to a specific patient panel. Duties include ICS response, urgent assessments, specialized medications, and monitoring high risk patients.

### LPNs

NaphCare hires LPNs in 10 and 12 hour shifts. LPN coverage is higher during daytime hours because of patient treatments and tasks and because most medications are administered in the morning. Coverage for medication administration is necessary for morning and evening pill lines, seven days a week.

## Mental Health

### Psychiatric Practitioners

This model assumes that in the PCCM, of the eight hours in a psychiatric practitioner work day, 6.5 (80%) are spent seeing patients and the other 1.5 (20%) hours are spent on clinical coordination, documentation, and messaging.

NaphCare staffs nearly all psychiatric practitioners in four 10-hour shifts per week. A psychiatrist can manage his/her full panel of patients in four 10-hour shifts *if the clinic actually operates 40 hours per week over those four days.* This includes, for on-site and "tele" practitioners:

- o Patients are scheduled at least eight hours per day (80% of time or 32 hours per week)
- o Custody is staffed to escort patients during those eight hours every day
- o Patient visits are conducted during count OR patient hours are extended to assure eight hours per day if patients are not moved during count

If these conditions are not met, the psychiatric practitioner is in fact not functioning at full time capacity and staffing will need to be adjusted to assure 32 hours of scheduled patient care time per week.

### Psychology Associates/Primary Therapists

NaphCare employs most PAs in four 10-hour shifts. As with other providers, they can manage their caseloads under this schedule *if* patients are accessible for the full 10 hours. This will vary by unit and will be much easier to manage where mental health care can be provided in housing units.

The PT will not be available to his/her caseload one full day a week, and another PT will need to cover HNRs that day. This adds to the number of PT hours required.

Also, psychiatric RNs and BHTs assigned to a PTs caseload should be staggered such that at least one is present on the day the PT is not.

Appendix 7  Data Sources

1. Medical complexity and mental health scores used for empanelment and staffing provided by file "01-29-2025 – ASPC Empanelment Report" from HSD, showing data for all persons housed in each ADCRR complex and unit on January 29, 2025.

    a. New file created by DSF "REFORMAT 01-29-2025 – ASPC Empanelment Report" with no changes to original data. New tab "MH Adjustment" created in which number of patients with MH Levels 3A and 3B were manually moved up one medical complexity level.

2. Information on current staffing and on practitioners who practice remotely provided by NaphCare in its Position Control Matrix dated 1/31/25.

3. Data on patients on MOUD and other controlled substances provided in file "Drug Orders 2024 Aggregate Analysis SO129" provided by ADCRR. It measures average active drug orders per day by drug, complex and month for 2024.

4. Health care utilization data by complex for trending and comparative purposes came from NaphCare 2024-12 HSR-Infection Control Report – Arizona All Sites. Tabs created annual averaging men's low-intensity complexes, men's high-intensity complexes, and women's complex compared to all average of all men's complexes.

5. ADCRR provided random daily count sheets for three days of each month in 2024 (n = 36). Proxy daily average counts by complex for detention and Mental Health Watch were calculated.

6. Interviews with FHAs conducted in February provided qualitative and quantitative data on complex operations by unit, including (in most cases) average daily HNRs and medical backlogs. This data was not provided in the calls with Yuma, Perryville, or Lewis.

7. HSD provided data on 2/21/2025 showing by unit: HNRs; medical, psychology associate, and psychiatry backlogs; census; patients on medications, and patients on MAT for Lewis, Perryville, and. Yuma to supplement the interviews cited above.

8. Data for census by custody level and unit came from Daily Count Sheet 29-Jan-25 provided by HSD.