# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Thornell, | |
| Defendant. | |

This Order will vacate the April 2, 2025 Order, and set new dates for required filings and the hearing on the Motion for a Receiver. (Doc. 4583).

The Monitors will prepare a comprehensive Report addressing material issues concerning the Motion for a Receiver to be filed on June 16, 2025. The Report will consider all relevant filings, particularly those filed after the Monitors' December 20, 2024 Second Interim Report (Doc. 4755), the parties' responses to the Monitors' Final Staffing Analysis and Plan which are due on April 17, 2025, and inquiries of ADCRR personnel and facilities as deemed necessary or advisable. Simultaneous responses to the Monitors' Report will be due June 30, 2025. The hearing on the Motion for a Receiver will be held on July 16, 2025 at 1:30 pm.

**IT IS ORDERED** the hearing set for May 9, 2025 at 1:00 p.m. and the deadline for parties to file (1) Stipulated Material Findings of Fact, and (2) Disputed Material Findings of Fact on or before April 25, 2025 are **VACATED.**

**IT IS FURTHER ORDERED** the parties shall file simultaneous responses to the

Monitors' June 19, 2025 Report on or before June 30, 2025.

       **IT IS FURTHER ORDERED** setting a hearing on the Motion for a Receiver on **July 16, 2025 at 1:00 p.m.**

       Dated this 15th day of April, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge