VANESSA HICKMAN
ACTING ATTORNEY GENERAL[1]
(Firm State Bar No. 14000)

Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' SUPPLEMENTAL EVIDENCE TO THE RESPONSE TO RECEIVERSHIP MOTION** |
| Ryan Thornell, et al., | |
| Defendants. | |

The parties agreed in the Joint Report on the Plaintiffs' Motion for a Receiver that "Defendants may supplement the record with (1) quality indicator scores for the months of December 2024, January 2025, and February 2025, with underlying data showing how those scores were determined, and (2) description of how the duties of the ADCRR Medical Director are being handled in light of the vacancy in that position and the Department's efforts to fill that role." (Doc. 4850 at 2.) Pursuant to this agreement, Defendants hereby submit two exhibits: (1) a chart that contains quality indicator scores

---

[1] Pursuant to a screen and with client consent, Division Chief Counsel Vanessa Hickman is presently designated as the Acting Attorney General for purposes of this matter and certain other matters.

from January 2024 through January 2025; and (2) the attached declaration of Deputy Director Ashley Oddo that contains additional information on the medical director issue. *See* Exs. 1, 2. With the Plaintiffs' consent, Defendants are submitting a separate motion today to obtain leave from the Court to file a USB flash drive or other storage device that contains the underlying quality indicator data.

DATED this 18th day of April, 2025.

                                          OSBORN MALEDON, P.A.

                                          By  s/ John S. Bullock
                                                 Mary R. O'Grady
                                                 Andrew G. Pappas
                                                 John S. Bullock
                                                 Molly S. Walker
                                                 2929 North Central Avenue, Suite 2000
                                                 Phoenix, Arizona 85012-2793

                                                 STRUCK LOVE BOJANOWSKI
                                                 & ACEDO, PLC
                                                 Daniel P. Struck, 012377
                                                 Rachel Love, 019881
                                                 Timothy J. Bojanowski, 022126
                                                 Nicholas D. Acedo, 021644
                                                 3100 West Ray Road, Suite 300
                                                 Chandler, Arizona 85226
                                                 dstruck@strucklove.com
                                                 rlove@strucklove.com
                                                 tbojanowski@strucklove.com
                                                 nacedo@strucklove.com

                                               VANESSA HICKMAN
                                               ACTING ATTORNEY GENERAL
                                               Joshua D. Bendor, 031908
                                               Gregory Honig, 018804
                                               Lucy M. Rand, 026919
                                               Luci D. Davis, 035347
                                               Assistant Attorneys General
                                               2005 North Central Avenue
                                               Phoenix, Arizona 85004-1592
                                               joshua.bendor@azag.gov
                                               gregory.honig@azag.gov
                                               lucy.rand@azag.gov
                                               luci.davis@azag.gov
                                               ACL@azag.gov

                                             Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I hereby certify that on April 18, 2025, I served the attached document by first-class mail on the Honorable Roslyn O. Silver, United States District Court, Sandra Day O'Connor U.S. Courthouse, Suite 624, 401 West Washington Street, SPC 59, Phoenix, Arizona 85003-2158.

                                        s/ Karen Willoughby