| | |
|---|---|
| 1 | VANESSA HICKMAN |
| | ACTING ATTORNEY GENERAL[1] |
| 2 | (Firm State Bar No. 14000) |
| 3 | Daniel P. Struck, Bar No. 012377 |
| | Rachel Love, Bar No. 019881 |
| 4 | Nicholas D. Acedo, Bar No. 021644 |
| | STRUCK LOVE ACEDO, PLC |
| 5 | 3100 West Ray Road, Suite 300 |
| | Chandler, Arizona 85226 |
| 6 | Telephone: (480) 420-1600 |
| | Fax: (480) 420-1695 |
| 7 | dstruck@strucklove.com |
| | rlove@strucklove.com |
| 8 | nacedo@strucklove.com |
| 9 | *Attorneys for Defendants* |
| 10 | **Additional counsel listed on signature page* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | NO. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Ryan Thornell, et al., | |
| Defendants. | |

Defendants, through counsel, hereby notify the Court that attorneys Daniel P. Struck, Rachel Love, Nicholas D. Acedo, Ashlee B. Hesman, and Jacob B. Lee, and the firm of Struck Love Acedo, PLC are withdrawn as attorneys of record and should be removed from all future filings in this matter.

Defendants will continue to be represented by Osborn Maledon attorneys Mary R. O'Grady, John S. Bullock, Molly S. Walker, and Andrew G. Pappas.

---

[1] Pursuant to a screen and with client consent, Division Chief Counsel Vanessa Hickman is presently designated as the Acting Attorney General for purposes of this matter and certain other matters.

DATED this 7th day of May 2025.

        STRUCK LOVE ACEDO, PLC


        By /s/ Daniel P. Struck
           Daniel P. Struck, Bar No. 012377
           Rachel Love, Bar. No. 019881
           Nicholas D. Acedo, Bar No. 021644
           3100 West Ray Road, Suite 300
           Chandler, Arizona 85226
           dstruck@strucklove.com
           rlove@strucklove.com
           nacedo@strucklove.com

        OSBORNE MALEDON, P.A.

        Mary R. O'Grady, Bar No. 011434
        John S. Bullock, Bar No. 034950
        Molly S. Walker, Bar No. 038099
        Andrew G. Pappas, Bar No. 034432
        2929 N. Central Ave., Ste. 2000
        Phoenix, AZ 85012-2793
        mogrady@omlaw.com
        jbullock@omlaw.com
        mwalker@omlaw.com
        apappas@omlaw.com

        VANESSA HICKMAN
        ACTING ATTORNEY GENERAL

        Joshua D. Bendor, Bar No. 031908
        Gregory Honig, Bar No. 018804
        Lucy M. Rand, Bar No. 026919
        Luci D. Davis, Bar No. 035347
        Assistant Attorneys General
        2005 North Central Avenue
        Phoenix, AZ 85004-1592
        Joshua.Bendor@azag.gov
        Gregory.Honig@azag.gov
        Lucy.Rand@azag.gov
        Luci.Davis@azag.gov
        ACL@azag.gov

        *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy | ahardy@prisonlaw.com |
| Asim Dietrich | adietrich@disabilityrightsaz.org |
| Corene T. Kendrick | ckendrick@aclu.org |
| David Cyrus Fathi | dfathi@aclu.org |
| Donald Specter | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Lauren K. Beall | lbeall@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@disabilityrightsaz.org |
| Rita K. Lomio | rlomio@prisonlaw.com |
| Rose Daly-Rooney | rdalyrooney@disabilityrightsaz.org |
| Sara Norman | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Gregory Honig | Gregory.Honig@azag.gov |
| Lucy Rand | Lucy.Rand@azag.gov |
| Joshua D. Bendor | Joshua.Bendor@azag.gov |
| Luci D. Davis | Luci.Davis@azag.gov |
| Mary R. O'Grady | mogrady@omlaw.com |
| John S. Bullock | jbullock@omlaw.com |
| Molly S. Walker | mwalker@omlaw.com |
| Andrew G. Pappas | apappas@omlaw.com |

/s/ Elaine Percevecz