# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al. | |
| Defendants. | |

Section 1.17 of the Permanent Injunction requires, (1) appointed experts, (2) to prepare the staffing analysis and plan, and (3) recommendations, and (4) if approved, it is ordered by the Court. (Doc. 4410). The Court will order the implementation of the Final Staffing Analysis and Plan (Doc. 4858) as modified by the bolded comments in the Experts Analysis of Parties' Responses to Staffing Analysis and Plan. (Doc. 4900).[1]

On April 26, 2024, the Monitors submitted an Initial Staffing Analysis and Plan, which included a Pilot Project at one unit in two ADCRR complexes. (Doc. 4599). Defendants objected to the Initial Staffing Analysis and Plan (Doc. 4606), Plaintiff responded to Defendants' objections (Doc. 4606), and the Court held a hearing on May 16, 2024 regarding the Initial Staffing Analysis and Plan. (Doc. 4634). On June 3, 2024, the Court ordered ADCRR to implement the Pilot Project and ordered the experts to submit a final staffing plan incorporating findings from the Pilot Project. (Docs. 4637; 4643). The Pilot Project operated from July 8, 2024 through January 17, 2025. At the conclusion of

---

[1] The final copy of the Final Staffing Analysis and Plan incorporating the modifications will be filed on July 1, 2025.

1 the Pilot Project, the Monitors submitted a final report regarding the Pilot Project to the
2 Court (Doc. 4761) and Defendants responded (Doc. 4814). On April 3, 2025, the Monitors
3 filed their Final Staffing Analysis and Plan based on findings from the Pilot Project. (Doc.
4 4858). The Court ordered the parties to file responses (Doc. 4857), replies to the responses
5 (Doc. 4884), and for the Monitors to prepare a comprehensive report addressing the
6 responses. (Doc. 4868). Responses were filed April 17, 2025 (Docs. 4869; 4870), replies
7 to responses were filed on May 9, 2025 (Docs. 4893; 4894), and the Experts' Analysis of
8 Parties' Responses to Staffing Analysis and Plan was filed on May 13, 2025. (Doc. 4900).

The Court has reviewed all filings regarding the Final Staffing Analysis and Plan. The Court approves of the Final Staffing Analysis and Plan, and will order it be implemented immediately.

**IT IS ORDERED** the Final Staffing Analysis and Plan (Doc. 4858) is approved as modified by the Experts Analysis of Parties' Responses to Staffing Analysis and Plan (Doc. 4900).

**IT IS FURTHER ORDERED** the Monitors shall file on or before July 1, 2025 a revised copy of the Final Staffing Analysis and Plan not modifications in the Experts' Analysis of Parties' Responses to Staffing Analysis and Plan (Doc. 4900).

**IT IS FURTHER ORDERED** the Final Staffing Analysis and Plan (Doc. 4858) is to be implemented immediately by ADCRR.

Dated this 11th day of June, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge