# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>    Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>    Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

On April 16, 2025, the Court set a hearing on the Motion for a Receiver for July 16, 2025 at 1:00 p.m., ordered the Monitors to prepare a comprehensive report addressing material issues concerning the Motion for a Receiver to be filed on June 16, 2025, and for the parties to file simultaneous responses to the report on or before June 30, 2025. (Doc. 4868). The Monitors have informed the Court additional time will be needed to complete their comprehensive report. This request will be granted, the time for parties to file responses to the report will be extended, and the date of the hearing will be moved to **August 6, 2025 at 1:30 p.m.**

**IT IS ORDERED** the Monitors' comprehensive report on the Motion for a Receiver shall be filed on or before **July 16, 2025**.

**IT IS FURTHER ORDERED** the parties shall file simultaneous responses to the Monitors' July 16, 2025 report on or before **July 30, 2025**.

**IT IS FURTHER ORDERED** the hearing set for July 16, 2025 at 1:00 p.m. is **VACATED.**

1	**IT IS FURTHER ORDERED** setting a hearing on the Motion for a Receiver
2	**August 6, 2025 at 1:30 p.m.**
3	Dated this 16th day of June, 2025.

_____
Honorable Roslyn O. Silver
Senior United States District Judge