1  VANESSA HICKMAN
   ACTING ATTORNEY GENERAL
2  (Firm State Bar No. 14000)

3  Mary R. O'Grady, 011434
   Andrew G. Pappas, 034432
4  John S. Bullock, 034950
   Molly S. Walker, 038099
5  OSBORN MALEDON, P.A.
   2929 North Central Avenue, Suite 2000
6  Phoenix, Arizona 85012-2793
   (602) 640-9000
7  mogrady@omlaw.com
   apappas@omlaw.com
8  jbullock@omlaw.com
   mwalker@omlaw.com
9
   Attorneys for Defendants, Ryan Thornell, et al.
10
   [Additional counsel listed on signature page]
11

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
|---|---|
| Plaintiffs, | **DEFENDANTS' JUNE 16 NOTICE OF DEVIATIONS FROM THE CUSTODY STAFFING PLAN UNDER § 20.2.1 OF THE INJUNCTION** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

Defendants hereby file this notice of deviations from the custody staffing plan, adopted in the Court's Implementation Order. (*See* Doc. 4693.) Under § 20.2.1 of the injunction, Defendants are required to "staff all Mandatory Posts at all times; Essential Posts shall be staffed at least 75%; Important Posts shall be staffed at least 50%." (Doc. 4410 at 53.) When the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") "falls below these levels, it shall inform the Court within seven days." (*Id.*) Under the Implementation Order and Custody Staffing Plan, the percentages for essential and important posts must be calculated on a weekly basis. (Doc. 4682 at 3 ("Essential posts must be filled at least 75% of the time on a weekly basis. Important posts must be filled at least 50% of the time on a weekly basis.").)

This notice, confirmed by the declaration of ADCRR Security Operations Administrator Ed Lao, informs the Court of the deviations from the custody staffing plan and Implementation Order for the week of June 9 through June 15. (*See* Lao Decl. ¶ 8 (detailing deviations).)

Defendants will continue to submit a separate report that "specifically identif[ies] the deviation(s) that occurred and provide[s] reasonable and adequate justifications for the deviation(s)" by the 10th of each month. (Doc. 4410, § 20.2.3.)

**I.    Daily deviations from mandatory staffing positions.**

ASPC-Eyman, Browning Unit AM: June 9–15

ASPC-Eyman, Browning Unit PM: June 9–15

Rincon MHU – AM: June 9–15

Rincon MHU – PM: June 14

Tucson Complex CDU – Day Shift: June 14–15

Tucson Complex CDU – Swing Shift: June 13–14

Winchester Detention – Day Shift: June 14–15

Winchester Detention – Graveyard Shift: June 13–15

Winchester Detention – Swing Shift: June 13 and 15

Manzanita Detention – Day Shift: June 14–15

Manzanita Detention – Graveyard Shift: June 11 and 13–15

Manzanita Detention – Swing Shift: June 15

Morey Detention – Day Shift: June 14

Stiner Detention – Day Shift: June 14

For the remaining facilities and shifts on days not noted above, ADCRR fully staffed the mandatory positions under the Implementation Order.

**II.   Weekly deviations from the essential post staffing levels.[1]**

Manzanita Detention – Day Shift: June 9–15

---

[1] To calculate deviations from the essential and important post staffing levels, Defendants take the percentage of positions filled each day, add them together, and divide them by

2

1     Winchester Detention – Day Shift: June 9–15

2     Rincon MHU – AM: June 9–15

3     Tucson Complex CDU – Day Shift: June 9–15

For the remaining facilities on weeks not noted above, ADCRR fully staffed the essential positions at the required levels under the Implementation Order.

### III. Weekly deviations from the important post staffing levels.

There were no weekly deviations from the important post staffing between June 9 and June 15.

DATED this 16th day of June, 2025.

                        OSBORN MALEDON, P.A.

                        By s/Molly S. Walker
                            Mary R. O'Grady
                            Andrew G. Pappas
                            John S. Bullock
                            Molly S. Walker
                            2929 North Central Avenue, Suite 2000
                            Phoenix, Arizona 85012-2793

                            VANESSA HICKMAN
                            ACTING ATTORNEY GENERAL
                            Joshua D. Bendor, 031908
                            Gregory Honig, 018804
                            Lucy M. Rand, 026919
                            Luci D. Davis, 035347
                            Assistant Attorneys General
                            2005 North Central Avenue
                            Phoenix, Arizona 85004-1592
                            joshua.bendor@azag.gov
                            gregory.honig@azag.gov
                            lucy.rand@azag.gov
                            luci.davis@azag.gov
                            ACL@azag.gov

                            Attorneys for Defendants

10898175

---

seven to get an average weekly percentage of the essential and important posts that are filled. If that number falls below the required levels under the staffing plan, it is reported in this notice.

3

**Declaration of Edwin Lao**

I, Edwin Lao, make the following Declaration.

1. I am over the age of 18 years and have personal knowledge and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR") since 1994, and my current title is Security Operations Administrator.

3. As part of my responsibilities, I oversee the Department's efforts to provide notice to the Court under the injunction when there are deviations from the Mandatory, Essential, and Important staffing levels.

4. We refer to this process internally as the MEI process, which refers to the types of posts: Mandatory, Essential and Important.

5. Each week, I receive reports from the various units within the Department, which contain deviations from the Custody Staffing Plan.

6. In addition, at the end of the month, I receive an additional report from the units that contains explanations for the deviations from the Custody Staffing Plan.

7. The weekly report numbers are subject to a final verification, which occurs when I receive the monthly reports from the various units. These final numbers are reflected in the monthly report that Defendants file with the Court.

8. The weekly and monthly reports that I have received to date showed the following deviations from June 9 through June 15.

    a. For mandatory posts:

        ASPC-Eyman, Browning Unit AM: June 9–15

        ASPC-Eyman, Browning Unit PM: June 9–15

        Rincon MHU – AM: June 9–15

        Rincon MHU – PM: June 14

        Tucson Complex CDU – Day Shift: June 14–15

1            Tucson Complex CDU – Swing Shift: June 13–14

2            Winchester Detention – Day Shift: June 14–15

3            Winchester Detention – Graveyard Shift: June 13–15

4            Winchester Detention – Swing Shift: June 13 and 15

5            Manzanita Detention – Day Shift: June 14–15

6            Manzanita Detention – Graveyard Shift: June 11 and 13–15

7            Manzanita Detention – Swing Shift: June 15

8            Morey Detention – Day Shift: June 14

9            Stiner Detention – Day Shift: June 14

10     b.     For essential posts:

11            Manzanita Detention – Day Shift: June 9–15

12            Winchester Detention – Day Shift: June 19–15

13            Rincon MHU – AM: 9–15

14            Tucson Complex CDU – Day Shift: June 9–15

15     c.     The Department staffed all important posts at the required levels

16        from June 9 through June 15.

17 I declare under penalty of perjury that the foregoing is true and correct.

18 Executed this 16th of June, 2025

19  

20                        Edwin Lao

*DocuSigned by:* Edwin Lao — 9E4740FB883A4A5...

2

10880161.1