VANESSA HICKMAN
ACTING ATTORNEY GENERAL[1]
(Firm State Bar No. 14000)

Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>　　　　　Defendants. | No. CV-12-00601-PHX-ROS<br><br>**MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' OBJECTIONS TO PAYMENT REQUESTS** |

　　　　Defendants respectfully request leave to file under seal their Objections to the Payment Requests in the Court's June 9, 2025 Order, to the extent the Court believes such confidentiality is appropriate. The Court's June 9, 2025 Order was filed under seal.

---

[1] Pursuant to a screen and with client consent, Division Chief Counsel Vanessa Hickman is presently designated as the Acting Attorney General for purposes of this matter and certain other matters.

1  Accordingly, Defendants file this motion in case the Court prefers to treat all matters
2  addressed in the June 9, 2025 Order as confidential. However, Defendants believe the
3  issues addressed in their Objections do not need to be kept confidential.  A proposed order
4  is attached.

5  DATED this 18th day of June, 2025.

6  OSBORN MALEDON, P.A.

7  By s/ John Bullock
   Mary R. O'Grady
8  Andrew G. Pappas
   John S. Bullock
9  Molly S. Walker
   2929 North Central Avenue, Suite 2000
10 Phoenix, Arizona 85012-2793

11 VANESSA HICKMAN
   ACTING ATTORNEY GENERAL
12 Joshua D. Bendor, 031908
   Gregory Honig, 018804
13 Lucy M. Rand, 026919
   Luci D. Davis, 035347
14 Assistant Attorneys General
   2005 North Central Avenue
15 Phoenix, Arizona 85004-1592
   joshua.bendor@azag.gov
16 gregory.honig@azag.gov
   lucy.rand@azag.gov
17 luci.davis@azag.gov
   ACL@azag.gov
18
   Attorneys for Defendants