UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>　　　　　Defendants. | No. CV-12-00601-PHX-ROS<br><br>**PROPOSED] ORDER GRANTING MOTION TO SEAL DEFENDANTS' OBJECTIONS TO PAYMENT REQUESTS** |

The Court, having reviewed Defendants' Objections to Payment Requests, and good cause appearing,

IT IS ORDERED that the Motion for Leave to File Under Seal is GRANTED.

IT IS FURTHER ORDERED directing the Clerk's Office to file under seal Defendants' Objections to Monitors Request for Fees.