Immanuel Williams
ADC#247591
A.S.P.C.-Eyman-Browning unit
P.O. Box-3400
Florence, AZ 85132

☒ FILED   ☐ LODGED

**Jun 27 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Immanuel Christian Williams

    Plaintiff,

V.

Ryan Thornell

    Defendant,

Case No.
CV-12-601-ROS

"Injunction Violation"

    I am a member of the subclass due to being housed at Browning unit (a maximum security unit, remanded to cell 23-hours a day). It is my understanding that I bear the resposnibility of reporting violations to the Courts Order in the matter of Jensen V. Thornell. A.D.C.R.R. "Only" allows access to the law library for the inmates in maximum custody through an application on the tablets issued to inmates though the Securus vender. A.D.C.R.R. staff members assaulted me and took the tablet that was issued to me

1

1. in an attempt at preventing me from reporting the
2. incident to my family and outside sources. Also to
3. deprive me access to the law library, Department Orders,
4. any and all policies and procedures. I have been
5. without a tablet since 3-20-2025. A.D.C.R.R. Staff
6. have not given me a time frame on when I am going to have
7. another tablet issued to me, they have only told me that
8. "I am on the list to recieve a replacement tablet". I have
9. made A.D.C.R.R. Staff fully aware that I am a Pro Se
10. litigant (Case # CV-25-00562-PHX-DLR-(CDB)) as well as
11. appealling my criminal conviction, and are still depriving me
12. of my "only" access to the inmate Law Library.
13.
14.     I am asking for the Court to compell Defendants into
15. upholding their commitment and obligation in the form
16. of the issuance of a tablet immediately to me, or
17. constant and regular access to the phyisical and
18. digital material located within the library here at
19. Eyman-Browning Unit.
20.
21.     I have read the foregoing complaint and to hereby
22. verify that the matters alleged therein are true. I
23. certify under penalty of perjury that the foregoing
24. is true and correct.
25.

1- This motion was submitted by:
2- Immanuel Christian Williams
3-
4- Dated on This 26th day of June, 2025
5-
6-
7-
8-
9-                    *signature*
10-                    Immanuel Williams
11-
12-     I would also like it to be known to the Court
13- that I do not have access to any of the following:
14- Injunction portal, inmate-to-staff call center, inmate-
15- to-staff communication center (digital messaging), personal
16- purchased media content (music, games, etc...), religious
17- apps, commissary app, E-messaging, digital photo gallery,
18- videograms, etc....
19-
20-     This all transpired because I filed suite against
21- the department for gross misconduct so staff members
22- of A.D.C.R.R. are retaliating aginst me as well as
23- attempting to hinder me from taking legal action
24- aginst the Department by taking, and
25- continually depriving me of a tablet.

3



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

| | |
|---|---|
| | Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal) |

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received By: A. Alunez
Title: CO III
Badge #: 6767
Date: (mm/dd/yyyy) 6/5/25

**Please Print**

INMATE'S NAME (Last, First M.I.) (please print): Williams, Emmanuel
ADC NUMBER: 247591
DATE (mm/dd/yyyy): 6-5-2025
INSTITUTION: Yuma/Cibola
CASE NUMBER: 25-097819
TO: general Councial

I am appealing the decision of Julie Bowers for the following reasons:
I still have not recieved a replacement tablet, and I bought the missing shoes & sandles on Browning unit and as you can see in my last transfer that I was transferred without them, and staff can be seen taking my shoes, tablet and sandels in the video of the incident that took place 3-20-2025

INMATE'S SIGNATURE: Emmanuel W.
DATE (mm/dd/yyyy): 6-5-2025
GRIEVANCE COORDINATOR'S SIGNATURE:
DATE (mm/dd/yyyy):

RESPONSE TO INMATE BY:
LOCATION:

STAFF SIGNATURE:
DATE (mm/dd/yyyy):

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13



# Step 1 Grievance Appeal Response

**To:** Immanuel Williams 247591

**From:** Julie Bowers, Appeals Coordinator

**Date:** 05/30/2025

**Subject:** Case No. 25-097819

05/30/2025 - In your grievance filed at Cibola Unit, you claim that staff assaulted you and stole your tablet, shoes, and sandals.

Your proposed resolution is to have a tablet issued to you and to be reimbursed for missing property.

Your Step 1 Appeal packet was received at Central Office.
Allegations of staff misconduct involving inmates are taken seriously and referred for investigation whenever deemed necessary. These allegations have been forwarded to the appropriate Administrators for review. Complaints of staff misconduct are treated as confidential. You will not be notified of the outcome of any investigation that may or may not have been initiated, nor of any corrective action that may have been taken.
Per Senior IT Manager, Perry Craglow, you are on the list to receive a replacement tablet.
In order for a claim to be properly submitted to Risk Management, the claimant must establish the following: that the property did exist, that the property was secured through proper channels and that the inmate is the rightful owner, and that staff was negligent in the handling of the inmate's property. Copies of the original purchase receipt, Property Received form, and all relevant Property Inventory documentation is required to submit a claim. Proof of purchase is not proof of retention.
Restitution is not recommended.

This matter is considered resolved.
You may elect to appeal the Step 1 Grievance Appeal decision to the General Counsel within 5 workdays of receipt of this decision by submitting an Inmate Grievance Appeal, Form 802-3, to the unit COIV / Grievance Coordinator.

*Julie Bowers, Appeals Coordinator*

**I attest that the Inmate received a copy of this Step 1 Grievance Appeal Response**

| Delivering Staff (please print): COIII D GOMEZ |
|---|
| Date: 6/21/2025 |

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By: SGT Lopez
Title: SGT
Badge #: 11129
Date: (mm/dd/yyyy) 5/23/25

**Please Print**

INMATE'S NAME (Last, First M.I.) (please print): Williams, Immanuel
ADC NUMBER: 247591
DATE (mm/dd/yyyy): 5-23-2025
INSTITUTION: Yuma/Cibola
CASE NUMBER: 25-097819
TO:

I am appealing the decision of _____ for the following reasons:

The timeframe for the grievance stage of the appeal process has expired. I am moving on to the next stage. I meet with A.D.W. Diarte who informed me that a C.O.IV at Browning (Torres) E-mailed him acknowledging staff was in possession of my tablet, and that staff lost my tablet. That meeting with Diarte occurred on 4-25-2025 and I have yet to be issued a replacement tablet or my shoes and sandles that were taken with my tablet.

INMATE'S SIGNATURE: [signature] W.
DATE: 5-23-2025
GRIEVANCE COORDINATOR'S SIGNATURE: C. Romm
DATE: 5/27/25

RESPONSE TO INMATE BY: 
LOCATION:

STAFF SIGNATURE:
DATE (mm/dd/yyyy):

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13



# Inmate Grievance/Formal Response Notice
# Non-Medical

**Inmate Name:** IMMANUEL WILLIAMS

**ADC#:** 247591

**Prison/Unit:** YUMA/YUMA CIBOLA

**Bldg/Bed:** Y09 HU4E46L

## Case #:25-097819

## Formal Grievance

**Type:** Formal Response

**Date Received:** 04/23/2025 01:21:00 PM

**Response Author:** EMMANUEL LOPEZ

**Responded On:** 05/16/2025 03:18:34 PM

**Decision:** Resolved

## Case Details

**Case Number:** 25-097819

**Grievance Status:**

## Case Data

**Prison of Complaint:** YUMA

**Opened Date:** 04/23/2025 01:21:00 PM

**Grievance Category:** Staff

**Unit of Complaint:** YUMA CIBOLA

**Grievance Stage:**

## Formal Grievance Response

**Responder Name:** EMMANUEL LOPEZ

**Due Date:** 05/19/2025 03:59:45 PM

**Date/Time:** 05/16/2025 03:18:34 PM

**Result:** Resolved

**Response:** I received your Formal Complaint # 25-097819 You claim officers took possession of your tablet and it was not in your property when you got transported from Browning Unit to Cibola unit.----------PROPOSED RESOLUTION ----------You want to have a tablet issued and get reimburse for your property------------In response to your formal Complaint, your issue was reported to Securus and you will be placed in a list for replacement. I am considering this issue resolved at my level.

☐ Override          ☐ Data Input Error          ☐ Unprocessed          ☐ Extension

**RestitutionRecommended:** No

**Notice:** You may elect to appeal the decision of the Deputy Warden to the Director (Grievance Appeal form 802-3 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by
•Ensuring the grievance procedure within their assigned unit and institution has been exhausted.

**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Inmate Grievance**

RECEIVED BY: C. ALMANZA
TITLE: CO III
BADGE NUMBER: #12945
DATE (mm/dd/yyyy): 04/24/25

Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

INMATE NAME (Last, First M.I.) (Please print): Williams, Immanuel
ADCRR NUMBER: 247591
DATE (mm/dd/yyyy): 4-24-2025
INSTITUTION/UNIT: Yuma/Cibola
CASE NUMBER: 25-097819
TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

Officers took possession of my tablet on 3-20-2025. I have not seen it since then, and it was not in my property when I was transported to Cibola unit from Browning. A.D.C.R.R. staff both assaulted me, and stole my tablet, shoes, and sandles all in the same incident. I wrote 2 complaints. 1 for the assault, and 1 for the theft of my property. this is the complaint for my missing property and tablet.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

I want to have a tablet issued to me and to be reimburst for my missing property.

INMATE'S SIGNATURE: [signed] W.
DATE: 4-24-2025
GRIEVANCE COORDINATOR'S SIGNATURE: [signed]
DATE: 04/28/25

Action taken by: See attached    Documentation of Resolution or Attempts at Resolution.

STAFF MEMBER'S SIGNATURE: [signed] ADW
BADGE NUMBER: 5416
DATE: 5/16/25

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
11/10/20



# Inmate Grievance/Informal Response Notice
## Non-Medical

**Inmate Name:** IMMANUEL WILLIAMS

**ADC#:** 247591

**Prison/Unit:** YUMA/YUMA CIBOLA

**Bldg/Bed:** Y09 HU4E46L

## Case #:25-097819

## Informal Complaint

**Type:** Informal Response

**Date Received:** 04/23/2025 01:21 PM

**Response Author:** EMMANUEL LOPEZ

**Responded On:** 04/24/2025 08:38:02 AM

**Decision:**

## Case Details

**Case Number:** 25-097819

**Grievance Status:** Open

## Case Data

**Prison of Complaint:** YUMA

**Opened Date:** 04/23/2025 01:21 PM

**Grievance Category:** Staff

**Unit of Complaint:** YUMA CIBOLA

**Grievance Stage:** Informal Submitted

## Informal Grievance Response

**Grievance Date:** 04/23/2025 12:00:00 AM

**Response Due:** 05/14/2025 01:21 PM

**Issue:** staff

**Responder:** EMMANUEL LOPEZ

**Response:** I received your Informal Complaint # 25-097819 you claim while you were escorted by two officers, they slammed you and punched you while a third officer stomped your head, and you stated that you had your tablet and during the altercation your tablet tumbled a short distance after colliding with the ground with your body wait and the officer on top you don't know if your tablet works, they took possession of your tablet. In response to your complaint I contacted COIV Torres at Eyman Browning Unit and he stated he was going to check with Mail and Property what happed to your Tablet

☐ Unprocessed

**Officer's Name:** LOPEZ, EMMANUEL NMI

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
• Placing a single complaint on a single inmate Grievance form.

> **NOTE:** If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*

*Please print all information.*

25-007819

**INMATE NAME** (Last, First M.I.) (Please print): Williams, Immanuel
**ADC NUMBER:** 247591
**INSTITUTION/UNIT:** Yuma/Cibola
**DATE** (mm/dd/yyyy): 4-2-2025

**TO:** Grievance Coordinator
**LOCATION:** 4-E-46

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 3-20-2025 while being hands on escorted by two officers with a third officer trailing, and with my hands cuffed, the two hands on officers slammed me on my head and punched me multiple times while the third officer stomped my head. I had my tablet secured around my waist during this altercation, and upon being slammed my tablet tumbled a short distance after coliding with the ground with my body weight and that of one of the officers on top of it. So I am not even sure if the tablet even still works. Initially officers attempted to ~~~~ falsely claim that I attempted to assualt staff but soon dropped all claims there of once medical staff took pictures of my injuries and quickly came to the conclution that staff members assualted me. That is why no disciplinary has been issued against me for what took place. After that altercation took place A.D.C.R.R. staff took possession of my tablet, shoes, and sandles and I have not seen them since.

My Resolution is to have my property and a tablet returned to me or be replaced.

**INMATE SIGNATURE:** [signature]
**DATE** (mm/dd/yyyy): 4-2-2025

Have you discussed this with institution staff?   ☐ Yes   ☐ No
If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

determined necessary during monitoring. Defendants shall cooperate with the monitors in devising all appropriate methods of data collection and data transmission.[4] If unforeseen changes in conditions or operations render any of the requirements in this Order obsolete, unnecessary, or impractical, the monitors will recommend to the Court appropriate alterations to the injunction. The parties may also petition the Court to modify or annul requirements. Defendants will be allowed a reasonable amount of time to implement any modification.[5]

### Plaintiffs' Monitoring

While the Court-appointed monitors will be a valuable source of information, Plaintiffs and their counsel will still have primary responsibility for assessing Defendants' performance and, if Defendants do not perform, it will be Plaintiffs' duty to seek additional appropriate relief. This will require Plaintiffs' counsel and their experts to have ongoing access to class members, medical records, and the locations where class members are housed. That access shall include:

- Plaintiffs' counsel will have read-only access to class members' electronic health records;
- Plaintiffs' counsel will receive monthly data reports already being produced by Defendants and Plaintiffs may demand the gathering of additional data and production of reports, as necessary to enforce all terms of this injunction;
- Plaintiffs' counsel will be able to conduct visits to speak to class members and staff and tour units. Those visits will be no more than 40 days per calendar year; and
- Defendants will provide substantive and timely responses in writing to concerns raised by Plaintiffs' counsel regarding individual treatment or systemic issues.

### Defendants' Policies

All new policies and procedures or any modifications to existing policies and

---

[4] Defendants and their agents shall not take any retaliatory actions against anyone who gathers or produces information relevant to Defendants' performance under this injunction. Doing so will be a contempt of Court.

[5] These will be implemented in accordance with the limitations set forth in 18 U.S.C. § 3626(b)(1).

procedures that are implemented to comply with the requirements of this Injunction shall be provided to Plaintiffs' counsel and the monitors at least 30 days before the new or modified policy becomes effective. These policies and procedures may be implemented immediately on an interim basis if the Director certifies that there are exigent circumstances. Any objections to these policies and procedures shall be subject to negotiations between the parties. If negotiations fail, Defendants shall seek Court approval of the new or modified policies.[6]

Accordingly,

**IT IS ORDERED** all parties shall comply with the terms of the permanent injunction that follows.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in favor of Plaintiffs.

Dated this 7th day of April, 2023.



Honorable Roslyn O. Silver
Senior United States District Judge

---

[6] It has long been settled the Court will automatically retain jurisdiction to monitor and enforce the terms of the Permanent Injunction. *United States v. Swift & Co.*, 286 U.S. 106, 114 (1932) (noting power to enforce injunction is "inherent in the [Court's] jurisdiction"). To avoid any ambiguity, the Court expressly retains jurisdiction to monitor and enforce the terms of the Permanent Injunction.

# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*

*Please print all information.*

Received by Library 6-27-25

| INMATE PRINTED NAME (Last, First M.I.) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Williams, Immanuel | 247591 | Eyman/Browning | 6-27-2025 |

| TO | LOCATION |
|---|---|
| Library | 2-E-25 |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I need daily access to the Inmate Law Library. A.D.C.R.R. staff members assaulted me and took my tablet in retaliation for me filing suit against A.D.C.R.R. staff members and the Department of Corrections in Arizona. The assault and theft of my tablet occurred on 3-20-2025, and I have been without a tablet since my tablet was stolen by staff members. I have been told multiple times in writing and verbally that staff is aware that staff is responsible for the replacement of my tablet, and that I am on the list for a replacement. I was first told that I would be issued a replacement tablet on 4-2-2025, though I was just informed on 6-26-2025 by the officer working my pod that the Tablet officer responsible for issuing replacement/temporary replacement tablets said that I am being put at the bottom of the list without any justification as to why that is happening. Staff is very well aware that I have an active legal case and that I am a Pro Se (Self Represented) litigant in Case # CV-25-00562-PHX-DLR (DE) and that the Law Library app on the tablet is the only access I have to the inmate Law Library.

Resolution: If staff wont issue me a tablet then I want daily access to the physical and digital law library located in the Browning unit library.

| Sign | Badge # | Date | Time |
|---|---|---|---|
| INMATE SIGNATURE [signed] | W. | | DATE (mm/dd/yyyy) 6-27-2025 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: Property Sgt. Ballard

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
11/16/21