# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>        Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>        Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

The Court received an emergency motion from class member Immanuel Christian Williams (Doc. 4926). Because the allegations are concerning, the Court will direct the Clerk of Court to open the motion as a new civil complaint. Accordingly,

**IT IS ORDERED** the Clerk of Court shall open the motion filed at Doc. 4926 as a separate civil action, assigned pursuant to Local Rule of Civil Procedure 3.7(e)

Dated this 1st day of July, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge