# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>        Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>        Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

On June 6, 2025, the Court issued an order under seal asking the parties to file objections, if any, to payment requests by the monitors, including (1) to reimburse the Monitors for travel expenses at the federal rather than state rate, and (2) to increase the hourly rate of Monitor Scott Frakes from $225 to $250. On June 20, 2025, Defendants filed objections to these two requests under seal. The Monitors have withdrawn the request to increase the hourly rate of Monitor Scott Frakes. And having considered Defendants' objections, the Court will not grant the request to reimburse the Monitors for travel expenses at the federal rather than state rate.

**IT IS HEREBY ORDERED.**

Dated this 2nd day of July, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge