# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>    Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>    Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

The Court has received Defendants' opposed Motion for Extension of Time to Respond to Monitor's Receivership Report (Doc. 4931) and will order expedited responses.

**IT IS ORDERED** Plaintiffs shall respond to Defendants' Motion for Extension of Time to Respond to Monitor's Receivership Report on or before July 11, 2025.

**IT IS FURTHER ORDERED** Defendants shall reply on or before July 18, 2025.

Dated this 8th day of July, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge