1  KRISTIN K. MAYES
   ATTORNEY GENERAL
2  (Firm State Bar No. 14000)

3  Mary R. O'Grady, 011434
   Andrew G. Pappas, 034432
4  John S. Bullock, 034950
   Molly S. Walker, 038099
5  OSBORN MALEDON, P.A.
   2929 North Central Avenue, Suite 2000
6  Phoenix, Arizona 85012-2793
   (602) 640-9000
7  mogrady@omlaw.com
   apappas@omlaw.com
8  jbullock@omlaw.com
   mwalker@omlaw.com
9
   *Attorneys for Defendants*
10 *[additional counsel listed on signature page]*

11                UNITED STATES DISTRICT COURT

12                     DISTRICT OF ARIZONA

13 Shawn Jensen, et al.,                  No. CV-12-00601-PHX-ROS

14                                         **NOTICE OF APPEAL**
                   Plaintiffs,
15
   v.
16
17 Ryan Thornell, et al.,

18                   Defendants.

19

20     **NOTICE IS HEREBY GIVEN** that defendants Ryan Thornell and Richard Pratt,

21 in their official capacities, appeal to the United States Court of Appeals for the Ninth

22 Circuit from this Court's June 11, 2025 Order, Doc. 4916, and all other orders and rulings

23 subsumed therein.

24     DATED this 9th day of July 2025.

25                              OSBORN MALEDON, P.A.

26                              By s/ Mary R. O'Grady
                                   Mary R. O'Grady
27                                 Andrew G. Pappas
                                   John S. Bullock
28                                 Molly S. Walker

1    2929 North Central Avenue, Suite 2000
     Phoenix, Arizona 85012-2793
2
     OFFICE OF THE ATTORNEY GENERAL
3
     Joshua D. Bendor
4    Gregory Honig
     Luci D. Davis
5    Lucy M. Rand
     2005 N. Central Ave.
6    Phoenix, AZ  85004
     (602) 542-8958
7
     Attorneys for Defendants
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# REPRESENTATION STATEMENT

Pursuant to Fed. R. App. P. 12(b) and Ninth Cir. R. 3-2, Defendants-Appellants Ryan Thornell and Richard Pratt, in their official capacities, provide the following representation statement:

| Parties | Counsel |
| --- | --- |
| Ryan Thornell and Richard Pratt, in their official capacities, *Defendants-Appellants* | Mary R. O'Grady<br>Andrew G. Pappas<br>John S. Bullock<br>Molly S. Walker<br>**OSBORN MALEDON, P.A.**<br>2929 N. Central Ave., Suite 2000<br>Phoenix, AZ 85012-2793<br>(602) 640-9000<br><br>Joshua D. Bendor<br>Gregory Honig<br>Luci D. Davis<br>Lucy M. Rand<br>**OFFICE OF THE ATTORNEY GENERAL**<br>2005 N. Central Ave.<br>Phoenix, AZ 85004<br>(602) 542-8958 |
| Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated, *Plaintiffs-Appellees* | Donald Specter<br>Alison Hardy<br>Sophie Hart<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, CA 94710<br>(510) 280-2621<br><br>Corene T. Kendrick<br>**ACLU NATIONAL PRISON PROJECT**<br>425 California St., Suite 700<br>San Francisco, CA 94104<br>(202) 393-4930<br><br>David C. Fathi<br>Maria V. Morris<br>Eunice Hyunhye Cho<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th St., N.W., 7th Floor<br>Washington, DC 20005<br>(202) 393-4930 |

| | Jared G. Keenan<br>Lauren K. Beall<br>**ACLU FOUNDATION OF ARIZONA**<br>2712 North 7th St.<br>Phoenix, AZ  85006<br>(602) 650-1854 |
|---|---|
| Disability Rights Arizona<br>*Plaintiff-Appellee* | Asim Dietrich<br>**DISABILITY RIGHTS ARIZONA**<br>5025 E. Washington St., Suite 202<br>Phoenix, AZ  85034<br>(602) 274-6287<br><br>Rose A. Daly-Rooney<br>Maya Abela<br>**DISABILITY RIGHTS ARIZONA**<br>4539 E. Fort Lowell Road<br>Tucson, AZ  85712<br>(520) 327-9547 |

4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I hereby certify that on July 9, 2025, I served the attached document by first-class mail on the Honorable Roslyn O. Silver, United States District Court, Sandra Day O'Connor U.S. Courthouse, Suite 624, 401 West Washington Street, SPC 59, Phoenix, Arizona 85003-2158.


                              s/C. Buxton

10919604