# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Thornell, | |
| Defendant. | |

The Monitors filed their Third Interim Report regarding the Motion for Receiver as ordered. (Doc. 4868). Because individual patients are referenced in the report, Attachment A to the report will be ordered filed under seal. When filing responses to the report, the parties should take care to maintain the confidentiality of patient names.

**IT IS ORDERED** the Clerk of Court shall file the Monitors' Third Interim Report as a separate docket entry.

**IT IS FURTHER ORDERED** the Clerk of Court shall file under seal only Attachment A of the Monitors' Report.

Dated this 17th day of July, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge