# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>    Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>    Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

Defendants' Motion for Extension of Time to Respond to Monitor's Receivership Report (Doc. 4931) is now fully briefed. In consideration of the length of the Monitors' Receivership Report and good cause appearing, the Court will grant Defendants' requested extension.

**IT IS ORDERED** Defendants' Motion for Extension of Time to Respond to Monitor's Receivership Report (Doc. 4931) is **GRANTED.**

**IT IS FURTHER ORDERED** the parties shall file simultaneous responses to the Monitors' Third Interim Report on August 20, 2025.

**IT IS FURTHER ORDERED** the hearing on the Motion for a Receiver set for August 6, 2025 at 1:30 p.m. is **VACATED.**

…

…

…

…

1 **IT IS FURTHER ORDERED** a hearing on the Motion for a Receiver is set for
2 **September 10, 2025 at 1:30 p.m.**
3 Dated this 21st day of July, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge