Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>   Defendants. | No. CV-12-00601-PHX-ROS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS REMEDIAL PLAN**<br><br>**(First Request)** |

Pursuant to Local Rule 7.3, Defendants respectfully request that the Court extend the deadline for Defendants to submit their remedial plan for the posts at ASPC-Eyman and ASPC-Tucson, pursuant to the Courts Order dated August 6, 2025 (Doc. 4950 at 11). Defendants' remedial plan is currently due August 20, 2025. Defendants ask that the Court extend the deadline by two weeks, to September 3, 2025. This is Defendants first request for an extension on this filing. Plaintiffs do not oppose this request. A proposed form of order accompanies this motion.

Good cause supports the requested extension. The remedial plan is currently due on the same day as Defendants' response to the Monitors Third Interim Report. (Doc. 4944 at 1.) Defendants' lawyers and some of the key staff within the Arizona Department of Corrections, Rehabilitation and Reentry are currently working on the response to the Third Interim Report, and will need additional time to prepare an adequate remedial plan.

Defendants therefore respectfully request that the Court enter the proposed order, extending the deadline for the remedial plan filing from August 20, 2025 to September 3, 2025.

RESPECTFULLY SUBMITTED this 14th day of August, 2025.

OSBORN MALEDON, P.A.

By s/John S. Bullock
Mary R. O'Grady
Andrew G. Pappas
John S. Bullock
Molly S. Walker
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793

KRISTIN K. MAYES
ATTORNEY GENERAL
Joshua D. Bendor, 031908
Gregory Honig, 018804
Lucy M. Rand, 026919
Luci D. Davis, 035347
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
joshua.bendor@azag.gov
gregory.honig@azag.gov
lucy.rand@azag.gov
luci.davis@azag.gov
ACL@azag.gov

Attorneys for Defendants