# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Shawn Jensen,

    Plaintiff,

v.

Ryan Thornell,

    Defendant.

No. CV-12-00601-PHX-ROS

**NOTICE**

    The prisoner complaints and litigation listed below involve medical (including mental health) issues that have been filed recently and/or resolved against ADCRR since the Permanent Injunction was entered in 2023. These matters will be considered, where relevant by the Court, regarding the Motion for Receiver.

- Awaiting Trial
    - *Dunbar v. Centurion*, CV21-00503 (denied medical shoes and podiatrist referral for painful foot conditions)
    - *Robbins v. Centurion*, CV22-00121 (deliberate indifference resulting in knee amputation)
    - *Gonzalez v. Hetmer*, CV22-01672 (partially settled; denied medically necessary sunglasses due to extreme photophobia)
    - *Hess v. Shinn*, CV22-02060 (medical provider's failure to follow outside specialist's recommendations for Tramadol and hip injections or provide timely follow-ups, and Centurion's pattern and practice leading to the

violations)
- *Lummus v. Shinn*, CV22-02079 (deliberate indifference to bladder and bowel incontinence supply needs)
- *Hairston v. Centurion*, CV23-00690 (repeated, unexplained delays in specialty care and follow-ups for concerning symptoms and medical imaging that eventually resulted in the loss of Plaintiff's testicle)

- Awaiting Status Conference
  - *Christenson v. Warren*, CV23-00181 (denied timely hip replacement, pain management and mobility devices for bilateral hip degeneration)
  - *Jones v. Geo Corporation*, CV23-08613 (denied timely treatment for deep vein thrombosis and pain)

- Settled
  - *Banuelos v. Salazar-Barreras*, CV20-00080 (failure to provide medical treatment following prisoner assault)
  - *Atwood v. Days*, CV20-00623 (denied effective pain management and accommodations for wheelchair-bound prisoner)
  - *Riley v. Shinn*, CV20-00932 (medical malpractice claim against outside specialist regarding vaginal mesh sling surgery complications)
  - *Jones v. Baldonado*, CV20-01371 (denial of psychiatric medication)
  - *Reid v. Centurion*, CV20-01893 (denied timely hepatitis C treatment)
  - *Bossardet v. Centurion*, CV21-00179 (deliberate indifference to gastroesophageal reflux disease and ankle deformity)
  - *Kirby v. State of Arizona*, CV21-00192 (denied ADA accommodation of typewriter for hand deformity)
  - *Williams v. Centurion*, CV21-00278 (deliberate indifference to pain, which was eventually diagnosed as end stage rectal cancer; Plaintiff passed away)
  - *Kirby v. Shinn*, CV21-00400 (provider refused Plaintiff's request for a wheelchair and instead provided crutches although the provider was aware

that Plaintiff had a hand deformity, equilibrium issues, and "a leg that felt like spaghetti.")

- *Crago v. Shinn*, CV21-00423 (contracted COVID-19 when moved from a pod where there were no cases of COVID-19 to a pod with prisoners testing positive)
- *Hadley v. Thornell*, CV21-00824 (ADA failure to accommodate Plaintiff's seizure disorder for years despite serious fall risk)
- *Flores v. Thomas*, CV21-01523 (denied timely hernia care)
- *Solis v. Shinn*, CV21-01667 (deliberate indifference to joint pain in ankles, hips, knees)
- *Mendoza v. Centurion*, CV21-01678 (deliberate indifference to hepatitis C and liver pain)
- *Valdez v. Shinn*, CV21-08269 (deliberate indifference to hernia)
- *Banes v. Shinn*, CV22-00127 (over a two-month period, the provider failed to diagnose or treat Plaintiff's strangulated testicle, and as a result, Plaintiff had to have the testicle removed)
- *Dutcher v. Thomas*, CV22-00682 (denied timely treatment for ear pain, hearing loss, ear schwannoma)
- *Garcia v. Centurion*, CV22-01102 (deliberate indifference to hepatitis C)
- *Soucy v. Arizona Department of Corrections*, CV22-01155 (two-year delay in providing treatment for an aneurysm)
- *Sheppard v. Lopez*, CV 22-01157 (officers refused to provide Plaintiff with paper health needs requests forms, although Plaintiff told each officer that his hand was injured and that he needed medical attention)
- *Fierro v. Dauod*, CV22-01851 (medical provider discontinued Tramadol without providing alternative pain relief)
- *Strong v. Centurion*, CV23-00114 (Centurion treated Plaintiff for valley fever for more than three and a half years, but Plaintiff still had abnormal test

results)
- *Mathis v. CoreCivic*, CV23-00323 (delay in providing hepatitis C treatment)
- *Anderson v. Thornell*, CV23-00520 (failure to provide specialist diabetes care)
- *Nelson v. Thomas*, CV23-00745 (Plaintiff repeatedly denied treatment by different providers for foot, back, and dermatological issues)
- *Haile v. NaphCare, Inc.*, CV23-00790 (denial of thoracic spinal surgery and failure to provide adequate pain relief)
- *Coulter v. CoreCivic*, CV23-00880 (failure to provide treatment for hepatitis C)

- Summary Judgment Pending
  - *Powers v. Dauod*, CV23-00508 (prison medical provider discontinued Tramadol and Gabapentin without providing alternative pain relief)
  - *Rivera v. Shinn*, CV23-01014 (retinal detachment for years without treatment)
- Stayed
  - *Francois v. Stewart*, CV21-01009 (deliberate indifference to stroke causing paralysis)
- Dismissed for Failure to Prosecute
  - *Francis v. Shinn*, CV22-02071 (Naphcare's failure to provide urgent follow up for Plaintiff's bladder cancer as ordered by prior medical provider Centurion)

Dated this 22nd day of August, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge