# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>            Plaintiff,<br><br>v.<br><br>Ryan Thornell,<br><br>            Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

Lead Monitor Dr. Stern has requested the Court appoint Donna Strugar-Fritsch as a Monitor with no change in her fees and has provided the following rationale:

> Up to now, Ms. S-F has served as a court expert to assist in developing a staffing analysis and plan per Doc. 4410 paragraph 1.17. The plan was submitted to the Court, so her assignment has ended. Now that the Court has ordered that plan to be implemented, it will require monitoring by our team. Ms. S-F would be invaluable to the monitoring team to conduct that activity. She will require the kinds of access to ADCRR and its data granted to the Court's Monitors to execute that activity properly. I have mentioned this to the parties but, expecting that you will do so in your order if you issue one, I have not yet sought the parties' agreement with her appointment.

Ms. Strugar-Fritsch shall be appointed a Monitor on September 3, 2025 unless the parties provide the Court with an objection on or before September 2, 2025.

**IT IS ORDERED** the parties shall file objections to Ms. Strugar-Fritsch's appointment as a monitor, if any, on or before September 2, 2025.

…

…

**IT IS FURTHER ORDERED** if no objections are filed on or before September 2, 2025, the Court appoints Ms. Strugar-Fritsch as a monitor in this matter pursuant to Federal Rule of Civil Procedure 706.

Dated this 26th day of August, 2025.

*[signature]*

Honorable Roslyn O. Silver
Senior United States District Judge