1  Mary R. O'Grady, 011434
   Andrew G. Pappas, 034432
2  John S. Bullock, 034950
   Molly S. Walker, 038099
3  OSBORN MALEDON, P.A.
   2929 North Central Avenue, Suite 2000
4  Phoenix, Arizona 85012-2793
   (602) 640-9000
5  mogrady@omlaw.com
   apappas@omlaw.com
6  jbullock@omlaw.com
   mwalker@omlaw.com
7
   Attorneys for Defendants, Ryan Thornell, et al.
8
   [Additional counsel listed on signature page]
9



10               UNITED STATES DISTRICT COURT

11                    DISTRICT OF ARIZONA

12  Shawn Jensen, et al.,            No. CV-12-00601-PHX-ROS

13             Plaintiffs,
                                     **DEFENDANTS' SEPTEMBER 8**
14  v.                               **NOTICE OF DEVIATIONS FROM THE**
                                     **CUSTODY STAFFING PLAN UNDER**
15  Ryan Thornell, et al.,           **§ 20.2.1 OF THE INJUNCTION**

16             Defendants.

17        Defendants hereby file this notice of deviations from the custody staffing plan,

18  adopted in the Court's Implementation Order. (*See* Doc. 4693.) Under § 20.2.1 of the

19  injunction, Defendants are required to "staff all Mandatory Posts at all times; Essential

20  Posts shall be staffed at least 75%; Important Posts shall be staffed at least 50%." (Doc.

21  4410 at 53.) When the Arizona Department of Corrections, Rehabilitation and Reentry

22  ("ADCRR") "falls below these levels, it shall inform the Court within seven days." (*Id*.)

23  Under the Implementation Order and Custody Staffing Plan, the percentages for essential

24  and important posts must be calculated on a weekly basis. (Doc. 4682 at 3 ("Essential

25  posts must be filled at least 75% of the time on a weekly basis. Important posts must be

26  filled at least 50% of the time on a weekly basis.").)

27        This notice, confirmed by the declaration of ADCRR Security Operations

28  Administrator Ed Lao, informs the Court of the deviations from the custody staffing plan

and Implementation Order for the week of September 1 through September 7. (*See* Lao Decl. ¶ 8 (detailing deviations).)

Defendants will continue to submit a separate report that "specifically identif[ies] the deviation(s) that occurred and provide[s] reasonable and adequate justifications for the deviation(s)" by the 10th of each month. (Doc. 4410, § 20.2.3.)

**I.     Daily deviations from mandatory staffing positions.**

For the remaining facilities and shifts on days not noted below, ADCRR fully staffed the mandatory positions under the Implementation Order.

   ASPC-Eyman, Browning Unit AM: September 1–7

   ASPC-Eyman, Browning Unit PM: September 1–7

   Rincon MHU – AM: September 1–7

   Manzanita Detention – Day Shift: September 1–7

   Manzanita Detention – Graveyard Shift: September 1–7

   Manzanita Detention – Swing Shift: September 1–7

**II.    Weekly deviations from the essential post staffing levels.[1]**

For the remaining facilities on weeks not noted below, ADCRR fully staffed the essential positions at the required levels under the Implementation Order.

   Manzanita Detention – Day Shift: September 1–7

   Winchester Detention – Day Shift: September 1–7

   Tucson CDU – Day Shift: September 1–7

   Rincon MHU – AM: September 1–7

**III.   Weekly deviations from the important post staffing levels.**

There were no weekly deviations from the important post staffing between September 1 and September 7.

---

[1] To calculate deviations from the essential and important post staffing levels, Defendants take the percentage of positions filled each day, add them together, and divide them by seven to get an average weekly percentage of the essential and important posts that are filled. If that number falls below the required levels under the staffing plan, it is reported in this notice.

2

DATED this 8th day of September, 2025.

OSBORN MALEDON, P.A.


By s/Molly S. Walker
    Mary R. O'Grady
    Andrew G. Pappas
    John S. Bullock
    Molly S. Walker
    2929 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2793

KRISTIN K. MAYES
ATTORNEY GENERAL
Joshua D. Bendor, 031908
Gregory Honig, 018804
Lucy M. Rand, 026919
Luci D. Davis, 035347
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
joshua.bendor@azag.gov
gregory.honig@azag.gov
lucy.rand@azag.gov
luci.davis@azag.gov
ACL@azag.gov

Attorneys for Defendants

12049689

3

## Declaration of Edwin Lao

I, Edwin Lao, make the following Declaration.

1. I am over the age of 18 years and have personal knowledge and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR") since 1994, and my current title is Security Operations Administrator.

3. As part of my responsibilities, I oversee the Department's efforts to provide notice to the Court under the injunction when there are deviations from the Mandatory, Essential, and Important staffing levels.

4. We refer to this process internally as the MEI process, which refers to the types of posts: Mandatory, Essential and Important.

5. Each week, I receive reports from the various units within the Department, which contain deviations from the Custody Staffing Plan.

6. In addition, at the end of the month, I receive an additional report from the units that contains explanations for the deviations from the Custody Staffing Plan.

7. The weekly report numbers are subject to a final verification, which occurs when I receive the monthly reports from the various units. These final numbers are reflected in the monthly report that Defendants file with the Court.

8. The weekly and monthly reports that I have received to date showed the following deviations from September 1 through September 7.

    a. For mandatory posts:

        ASPC-Eyman, Browning Unit AM: September 1–7

        ASPC-Eyman, Browning Unit PM: September 1–7

        Rincon MHU – AM: September 1–7

        Manzanita Detention – Day Shift: September 1–7

        Manzanita Detention – Graveyard Shift: September 1–7

1            Manzanita Detention – Swing Shift: September 1–7

2     b.    For essential posts:

3            Manzanita Detention – Day Shift: September 1–7

4            Winchester Detention – Day Shift: September 1–7

5            Tucson CDU –Day Shift: September 1–7

6            Rincon MHU – AM: September 1–7

7     c.    The Department staffed all important posts at the required levels from September 1 through September 7.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th of September, 2025

*DocuSigned by:*

*Edwin Lao*

9E4740FB883A4A5...

_____

Edwin Lao