# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Thornell, | |
| Defendant. | |

Prior to oral argument on September 10, 2025, the Court issued an order containing issues for the parties to address (Doc. 4984). Because the order was provided shortly before oral argument, the Court will allow the parties to provide supplemental evidence on those issues on or before September 22, 2025.

**IT IS ORDERED** the parties may provide supplemental evidence on the issues in the September 10, 2025 order (Doc. 4984) on or before **September 22, 2025**.

Dated this 12th day of September, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge