1  Mary R. O'Grady, 011434
   Andrew G. Pappas, 034432
2  John S. Bullock, 034950
   Molly S. Walker, 038099
3  OSBORN MALEDON, P.A.
   2929 North Central Avenue, Suite 2000
4  Phoenix, Arizona 85012-2793
   (602) 640-9000
5  mogrady@omlaw.com
   apappas@omlaw.com
6  jbullock@omlaw.com
   mwalker@omlaw.com
7
   Attorneys for Defendants, Ryan Thornell, et al.
8
   [Additional counsel listed on signature page]



UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **DEFENDANTS' SEPTEMBER 15 NOTICE OF DEVIATIONS FROM THE CUSTODY STAFFING PLAN UNDER § 20.2.1 OF THE INJUNCTION** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

Defendants hereby file this notice of deviations from the custody staffing plan, adopted in the Court's Implementation Order. (*See* Doc. 4693.) Under § 20.2.1 of the injunction, Defendants are required to "staff all Mandatory Posts at all times; Essential Posts shall be staffed at least 75%; Important Posts shall be staffed at least 50%." (Doc. 4410 at 53.) When the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") "falls below these levels, it shall inform the Court within seven days." (*Id*.) Under the Implementation Order and Custody Staffing Plan, the percentages for essential and important posts must be calculated on a weekly basis. (Doc. 4682 at 3 ("Essential posts must be filled at least 75% of the time on a weekly basis. Important posts must be filled at least 50% of the time on a weekly basis.").)

This notice, confirmed by the declaration of ADCRR Security Operations Administrator Ed Lao, informs the Court of the deviations from the custody staffing plan

and Implementation Order for the week of September 8 through September 14. (*See* Lao Decl. ¶ 8 (detailing deviations).)

Defendants will continue to submit a separate report that "specifically identif[ies] the deviation(s) that occurred and provide[s] reasonable and adequate justifications for the deviation(s)" by the 10th of each month. (Doc. 4410, § 20.2.3.)

**I.     Daily deviations from mandatory staffing positions.**

For the remaining facilities and shifts on days not noted below, ADCRR fully staffed the mandatory positions under the Implementation Order.

ASPC-Eyman, Browning Unit[1] AM: September 8–14

ASPC-Eyman, Browning Unit PM: September 10–13

Rincon MHU – AM: September 8–14

Rincon MHU – PM: September 11–12, and 14

Manzanita Detention – Day Shift: September 8–14

Manzanita Detention – Graveyard Shift: September 8–14

Manzanita Detention – Swing Shift: September 8–14

Winchester Detention – Graveyard Shift: September 13

**II.    Weekly deviations from the essential post staffing levels.[2]**

For the remaining facilities on weeks not noted below, ADCRR fully staffed the essential positions at the required levels under the Implementation Order.

Manzanita Detention – Day Shift: September 8–14

Winchester Detention – Day Shift: September 8–14

Tucson CDU – Day Shift: September 8–14

---

[1] In the Browning Unit, there are no subclass members housed at Baker, Charlie, or Dog Clusters and the required staffing for those clusters has been excluded from the total mandatory post count requirement. (Lao Decl. ¶ 9.)

[2] To calculate deviations from the essential and important post staffing levels, Defendants take the percentage of positions filled each day, add them together, and divide them by seven to get an average weekly percentage of the essential and important posts that are filled. If that number falls below the required levels under the staffing plan, it is reported in this notice.

2


Rincon MHU – AM: September 8–14

### III. Weekly deviations from the important post staffing levels.

There were no weekly deviations from the important post staffing between September 8 and September 14.

DATED this 15th day of September, 2025.

                              OSBORN MALEDON, P.A.

                              By  s/Molly S. Walker
                                      Mary R. O'Grady
                                      Andrew G. Pappas
                                      John S. Bullock
                                      Molly S. Walker
                                      2929 North Central Avenue, Suite 2000
                                      Phoenix, Arizona 85012-2793

                                      KRISTIN K. MAYES
                                      ATTORNEY GENERAL
                                      Joshua D. Bendor, 031908
                                      Gregory Honig, 018804
                                      Lucy M. Rand, 026919
                                      Luci D. Davis, 035347
                                      Assistant Attorneys General
                                      2005 North Central Avenue
                                      Phoenix, Arizona 85004-1592
                                      joshua.bendor@azag.gov
                                      gregory.honig@azag.gov
                                      lucy.rand@azag.gov
                                      luci.davis@azag.gov
                                      ACL@azag.gov

                                      Attorneys for Defendants

12060288

**Declaration of Edwin Lao**

I, Edwin Lao, make the following Declaration.

1. I am over the age of 18 years and have personal knowledge and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR") since 1994, and my current title is Security Operations Administrator.

3. As part of my responsibilities, I oversee the Department's efforts to provide notice to the Court under the injunction when there are deviations from the Mandatory, Essential, and Important staffing levels.

4. We refer to this process internally as the MEI process, which refers to the types of posts: Mandatory, Essential and Important.

5. Each week, I receive reports from the various units within the Department, which contain deviations from the Custody Staffing Plan.

6. In addition, at the end of the month, I receive an additional report from the units that contains explanations for the deviations from the Custody Staffing Plan.

7. The weekly report numbers are subject to a final verification, which occurs when I receive the monthly reports from the various units. These final numbers are reflected in the monthly report that Defendants file with the Court.

8. The weekly and monthly reports that I have received to date showed the following deviations from September 8 through September 14.

    a. For mandatory posts:

        ASPC-Eyman, Browning Unit[1] AM: September 8–14

        ASPC-Eyman, Browning Unit PM: September 10–13

---

[1] In the Browning Unit, there are no subclass members housed at Baker, Charlie, or Dog Clusters and the required staffing for those clusters has been excluded from the total mandatory post count requirement. (Lao Decl. ¶ 9.)

1                 Rincon MHU – AM: September 8–14

2                 Rincon MHU – PM: September 11–12, and 14

3                 Manzanita Detention – Day Shift: September 8–14

4                 Manzanita Detention – Graveyard Shift: September 8–14

5                 Manzanita Detention – Swing Shift: September 8–14

6                 Winchester Detention – Graveyard Shift: September 13

7      b.     For essential posts:

8                 Manzanita Detention – Day Shift: September 8–14

9                 Winchester Detention – Day Shift: September 8–14

10                Tucson CDU – Day Shift: September 8–14

11                Rincon MHU – AM: September 8–14

12     c.     The Department staffed all important posts at the required levels from September 8 through September 14.

14    9.    At ASPC-Eyman, Browning Unit, there are no subclass members housed at Baker, Charlie, or Dog Clusters and the required staffing for those Clusters has been excluded from the total mandatory post count requirement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th of September, 2025

DocuSigned by:

*Edwin Lao*

9E4740FB883A4A5...

Edwin Lao

-

2

12030217.1