CV-12-00601-PHX-ROS

X FILED    ___ LODGED
___ RECEIVED    ___ COPY

SEP 29 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

ARIZONA STATE PRISON
KEMP HORTON
POBOX 24403
TUCSON AZ
85734

PHOENIX AZ 852
23 SEP 2025    PM 10 L

TO-JUDGE-ROSLYN-O-SILVER
401-W-WASHINGTON-#130
PHX-AZ
85003

9-212430
© 2021 USPS ♻ recycled

TO - JUDGE - SILVER
IS NAPHCARE THREATENING YOU OR
EXTORTING YOU
NO THINKING LOGICAL PERSON WOULD LET
ADC MEDICAL CONTINUE TO MEDICAL
NEGLECT MURDER INMATES FOR PROFIT
AND TORTURE AND ABUSE HUMANS BY
REFUSING HUMAN INMATES MEDICAL
CARE — WHAT IS WRONG WITH YOU
IS NAPHCARE BRIBING YOU — WHY YOU
CONTINUE TO LET THIS HORROR SHOW
NO MEDICAL CARE GO ON IS BEYOND
ME — IT IS SAD HOW DETACHED FROM REALITY
YOU ARE