# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

The Court received a Motion to Intervene and to Compel from class member Felix Garcia (Doc. 5013). The Court cannot accept motions from class members unless they are filed by class counsel. In addition, the Court's jurisdiction in this case is limited by the terms of the parties' agreement to settle the case. Accordingly, the Court is unable to order specific relief as it relates to individual class members. Because the allegations are concerning, the Court will direct the Clerk of Court to open the motion as a new civil complaint.

Accordingly,

**IT IS ORDERED** the Clerk of Court shall open the motion filed at Doc. 5013 as a separate civil action, assigned pursuant to Local Rule of Civil Procedure 3.7(e).

…

…

…

…

**IT IS FURTHER ORDERED** denying the motion at Doc. 5013 as it will be addressed in the newly filed civil action.

Dated this 1st day of October, 2025.

_____
Honorable Roslyn O. Silver
Senior United States District Judge