KRISTIN K. MAYES
ATTORNEY GENERAL
(Firm State Bar No. 14000)

Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2000
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
mwalker@omlaw.com

*Attorneys for Defendants*

*Additional counsel listed on signature page*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | NO. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' DEVIATION FROM CUSTODY STAFFING PLAN REPORT – SEPTEMBER 2025** |
| Ryan Thornell, et al., | |
| Defendants. | |

Pursuant to Section 20.2.3 of the Court's Order and Permanent Injunction (Doc. 4410), Defendants file the following Report regarding deviations in September 2025 from the custody staffing plan prepared by Court Monitor Scott Frakes (Doc. 4682) and entered by the Court (Doc. 4693).

Defendants recognize that pursuant to the Injunction and Mr. Frakes' report, Mandatory posts must be filled at all times, Essential posts must be filled at least 75% of the

time on a weekly basis, and Important posts must be filled at least 50% of the time on a weekly basis. Overall, across all State complexes for September 2025, 94.01% of Mandatory posts, 94.30% of Essential posts, and 78.70% of Important posts were filled.[1] ASPC-Douglas, ASPC-Perryville, ASPC-Safford, ASPC-Winslow, and ASPC-Yuma were all fully compliant with the required custody staffing plan thresholds for Mandatory and Essential posts. The custody staffing plan does not apply at ASPC-Phoenix. The following charts reflect posts that were not fully staffed in accordance with the custody staffing plan thresholds.

The Department uses a post management system to allocate the fixed number of posts per shift across all units.  When staff shortages occur, complex-level management first attempts to address deficiencies through overtime.  If that is not successful, then management systematically curtails less critical posts, selecting the lesser-priority positions from various units. If necessary, this curtailment process continues to re-allocate staff as needed until units reach minimum levels. As staff is reallocated through the curtailment process, filling the staffing needs of the subclass is a priority.  While staffing variables such as emergency transports and significant activities in non-subclass areas can affect resource allocation, management has tried to reduce the effect on subclass areas by assigning them higher-priority to prevent frequent curtailment of these posts.  As detailed below, the Department is often able to provide the services required by the Injunction even if there are curtailments of the mandatory posts from the custody staffing plan.

## ASPC-Eyman

For the month of September 2025,[2] ASPC-Eyman had 78.62% of Mandatory posts, 98.33% of Essential posts, and 76.04% of Important posts filled. The following charts reflect: (1) instances in which ADCRR did not meet the required daily threshold (100%) for

---

[1]  Only ASPC-Eyman and ASPC-Lewis have posts designated as Important.

[2]  Defendants are aware that the Injunction does not require reporting of the percentage of posts filled on a monthly basis but have elected to provide this information for additional context.

Mandatory posts, and (2) instances in which Essential posts were not filled during weeks in which ADCRR did not meet the required weekly threshold (75%).[3]

**September 1, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | <br><br><br><br><br>For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 22.80% and 2 Officers were on sick leave and there were 7 special assignments for Additional Mental Health Watches. |

**September 2, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | | 59% | Browning Unit Staffing weekly Vacancy Rate is 22.80%, 4 Officers were on Sick Leave and there were 7 special assignments for Additional Mental Health Watches. |

[3] In the Browning Unit, throughout the month there were various clusters where no subclass members were housed at various times. As described in Defendant's weekly notices of deviations from the custody staffing plan, the required staffing for those clusters have been excluded from the total mandatory post count requirement for the timeframes where no subclass members were housed in the clusters. (Doc. 4990 at 2, n. 1; Doc. 4966 at 2, n.1; Doc. 5007 at 2, n.1)

| | | | | |
|---|---|---|---|---|
| | | ███████ | | |
| | | For this shift the department filled: 13 of 22 AM Mandatory Posts were filled. | | |
| Browning – PM Shift | Mandatory | ███████ For this shift the department filled: 18 of 19 PM Mandatory Posts were filled, | 95% | Browning Unit Staffing weekly Vacancy Rate is 22.80%, 4 Officers were on sick leave, 1 Officer was on LWOP and there were 10 special assignments for Additional Mental Health Watches. |

**September 3, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ████████ For this shift the department filled: 15 of 22 AM Mandatory Posts were filled. | 68% | Browning Unit Staffing weekly Vacancy Rate is 22.80%, 4 Officers were on sick leave and there were 10 Special assignments for Additional Mental Health watches. |
| Browning – PM Shift | Mandatory | ██████ | 79% | Browning Unit Staffing weekly Vacancy Rate is |

| | | | | 22.80%, 2 Officers were on sick leave there were 12 Special assignments for Additional Mental Health Watches. |
| | | For this shift the department filled: 15 of 19 PM Mandatory Posts were filled | | |

**September 4, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | For this shift the department filled: 13 of 22 AM Mandatory Posts were filled. | 59% | Browning Unit Staffing weekly Vacancy Rate is 22.80%, 4 Officers were on sick leave and there were 7 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | | 74% | Browning Unit Staffing weekly Vacancy Rate is 22.80%, 3 Officers were on sick leave and there were 8 special assignments for |

| | | ███████ | | Additional Mental Health Watches. |
| | | For this shift the department filled: 14 of 19 PM Mandatory Posts were filled. | | |

**September 5, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ████████ For this shift the department filled: 15 of 22 AM Mandatory Posts were filled. | 68% | Browning Unit Staffing weekly Vacancy Rate is 22.80%, 4 Officers were on sick leave and there were 7 Special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | ████████ For this shift the department filled: | 68% | Browning Unit Staffing weekly Vacancy Rate is 22.80%, 2 Officers were on sick leave and there were 7 special assignments for Additional Mental Health Watches. |

|  |  | 13 of 19 PM Mandatory Posts were filled. |  |  |
|---|---|---|---|---|

**September 6, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ▮▮▮<br><br>For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 22.80%, 5 Officers were on sick leave, 1 Officer failed to report for work and there were 5 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | ▮▮▮<br><br>For this shift the department filled: 12 of 19 PM Mandatory Posts were filled. | 63% | Browning Unit Staffing weekly Vacancy Rate is 22.80%, 3 officers were on sick leave and there were 5 special assignments for Additional Mental Health Watches. |

**September 7, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 22.80%, 4 Officers were on sick leave and there were 5 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | For this shift the department filled: 17 of 19 PM Mandatory Posts were filled. | 89% | Browning Unit Staffing weekly Vacancy Rate is 22.80%, 2 Officers were on sick leave, 2 Officers were on LWOP and there were S special assignments for Additional Mental Health Watches. |

**September 8, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.14% and 4 Officers were on sick leave and there were 5 special assignments for Additional Mental Health Watches. |

**September 9, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ████████ For this shift the department filled: 19 of 22 AM Mandatory Posts were filled. | 86% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 4 Officers were on Sick Leave and there were 8 special assignments for Additional Mental Health Watches. |

**September 10, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ████████ For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | 86% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 3 Officers were on sick leave and there were 8 Special assignments for Additional Mental Health watches. |
| Browning – PM Shift | Mandatory | ████████ For this shift the department filled: 18 of 19 PM Mandatory Posts were filled. | 95% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 4 Officers were on sick leave, 1 Officer was on LWOP and there were 5 special assignments for Additional Mental Health Watches. |

**September 11, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ████████ <br><br> For this shift the department filled: 16 of 22 AM Mandatory Posts were filled. | 73% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 6 Officers were on sick leave and there were 6 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | ████████ <br><br> For this shift the department filled: 14 of 19 PM Mandatory Posts were filled. | 74% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 5 Officers were on sick leave and there were 5 special assignments for Additional Mental Health Watches. |

**September 12, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ████████ | 68% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 6 Officers were on sick leave, there were 2 |

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| | | | | special assignments for Emergency Transports and there were 5 Special assignments for Additional Mental Health Watches. |
| | | For this shift the department filled: 15 of 22 AM Mandatory Posts were filled. | | |
| Browning – PM Shift | Mandatory | | 58% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 5 Officers were on sick leave and there were 7 special assignments for Additional Mental Health Watches. |
| | | For this shift the department filled: 11 of 19 PM Mandatory Posts were filled. | | |

**September 13, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | | 73% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 10 Officers were on sick leave and there were 5 special assignments for |

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| | | ██████ For this shift the department filled: 16 of 22 AM Mandatory Posts were filled, | | Additional Mental Health Watches |
| Browning – PM Shift | Mandatory | ████████ For this shift the department filled: 11 of 19 PM Mandatory Posts were filled. | 58% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, S officers were on sick leave and there were 7 special assignments for Additional Mental Health Watches. |

**September 14, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ████████ | 64% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, S Officers were on sick leave, there were 2 special assignments for an Emergency Transport and there were 5 special assignments for Additional Mental Health Watches. |

| | | For this shift the department filled:<br>14 of 22 AM Mandatory Posts were filled. | | |
|---|---|---|---|---|

**September 15, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ██████████<br><br>For this shift the department filled:<br>18 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.14% and 4 Officers were on sick leave and there were 5 special assignments for Additional Mental Health Watches. |

**September 16, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ██████████ | 73% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 4 Officers were on Sick Leave, there was 1 special assignment for an Emergency Transport and there were 4 special assignments for Additional Mental Health Watches. |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled:<br>18 of 22 AM Mandatory Posts were filled. | | |
| Browning – PM Shift | Mandatory | ███████<br><br>For this shift the department filled:<br>18 of 19 PM Mandatory Posts were filled. | 95% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 6 Officers were on Sick leave, 1 Officer was on LWOP and there were 5 special assignments for Additional Mental Health Watches. |

**September 17, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ████████<br>████████<br>████████<br>████████<br>████████<br><br>For this shift the department filled:<br>16 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 10 Officers were on sick leave, there was 1 special assignment for an Emergency Transport and there were 7 Special assignments for Additional Mental Health watches. |
| Browning – PM Shift | Mandatory | ███████ | 74% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 4 Officers were on sick leave, there were 2 |

| | | | | special assignments for Emergency Transports and there were 7 special assignments for Additional Mental Health Watches. |
|---|---|---|---|---|
| | | For this shift the department filled: 14 of 19 PM Mandatory Posts were filled. | | |

**September 18, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | For this shift the department filled: 15 of 19 PM Mandatory Posts were filled. | 77% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 7 Officers were on sick leave, 1 Officer-failed to report for work and there were 4 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | For this shift the department filled: 15 of 19 PM Mandatory | 79% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 4 Officers were on sick leave and there were 7 special assignments for Additional Mental Health Watches. |

| | | Posts were filled. | | |
|---|---|---|---|---|

**September 19, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ███████ For this shift the department filled: 16 of 22 AM Mandatory Posts were filled | 73% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 6 Officers were on sick leave and there were 6 Special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | ███████ For this shift the department filled: 12 of 19 PM Mandatory Posts were filled. | 63% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 4 Officers were on sick leave and there were 5 special assignments for Additional Mental Health Watches. |

1

**September 20, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ██████████ For this shift the department filled: 16 of 22 AM Mandatory Posts were filled. | 73% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 9 Officers were on sick leave and there were 6 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | ██████████ For this shift the department filled: 11 of 19 PM Mandatory Posts were filled. | 58% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 6 officers were on sick leave and there were 10 special assignments for Additional Mental Health Watches. |

**September 21, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ███████████████████ For this shift the department filled: 17 of 22 AM Mandatory Posts were filled. | 77% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 7 Officers were on sick leave, there were 2 special assignments for an Emergency Transport and there were 5 special assignments for Additional Mental Health Watches. |

**September 22, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ███████████████████ For this shift the department filled: 15 of 22 AM Mandatory Posts were filled. | 68% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 7 Officers were on sick leave and there were 6 special assignments for Additional Mental Health Watches. |

1

**September 23, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ████████<br><br>For this shift the department filled: 16 of 22 AM Mandatory Posts were filled. | 73% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 7 Officers were on Sick Leave and there were 6 special assignments for Additional Mental Health Watches. |

**September 24, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ████████<br><br>For this shift the department filled: 17 of 22 AM Mandatory Posts were filled. | 77% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 3 Officers were on sick leave and there were 6 Special assignments for Additional Mental Health watches. |

**September 25, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 5 Officers were on sick leave and there were 7 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | For this shift the department filled: 14 of 19 PM Mandatory Posts were filled. | 74% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 2 Officers were on sick leave and there were 6 special assignments for Additional Mental Health Watches. |

**September 26, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | | 73% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 4 Officers were on sick leave, there were 2 special assignments for Emergency Transports and there were 6 Special |

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| | | | | assignments for Additional Mental Health Watches |
| Browning – PM Shift | Mandatory | For this shift the department filled: 16 of 22 AM Mandatory Posts were filled. | 63% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 2 Officers were on sick leave, there were 2 special assignments for Emergency Transports and there were 8 special assignments for Additional Mental Health Watches. |
| | | For this shift the department filled: 12 of 19 PM Mandatory Posts were filled. | | |

**September 27, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | For this shift the department filled: 18 of 22 AM Mandatory | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 4 Officers were on sick leave and there were 5 special assignments for Additional Mental Health Watches. |

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| | | Posts were filled. | | |
| Browning – PM Shift | Mandatory | ████████ For this shift the department filled: 12 of 19 PM Mandatory Posts were filled. | 63% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 4 officers were on sick leave, there were 2 special assignments for an Emergency Transport and there were 8 special assignments for Additional Mental Health Watches. |

**September 28, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ████████ For this shift the department filled: 17 of 22 AM Mandatory Posts were filled. | 77% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 5 Officers were on sick leave and there were 7 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | ████████ | 89% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 2 Officers were on sick leave, 1 Officer was on LWOP and there were 8 |

| | | For this shift the department filled: 17 of 19 PM Mandatory Posts were filled. | | special assignments for Additional Mental Health Watches. |

**September 29, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | ███████████<br><br>For this shift the department filled: 16 of 22 AM Mandatory Posts were filled. | 73% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 5 Officers were on sick leave, there were 2 special assignments for Emergency Transports and there were 6 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | ███████████<br><br>For this shift the department filled: 17 of 19 PM Mandatory Posts were filled. | 88% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, there was 1 Officer on LWOP, 1 Officer failed to report for work, there were 2 special assignments for Emergency Transports and there were 5 special assignments for Additional Mental Health Watches |

**September 30, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | For this shift the department filled: 17 of 22 AM Mandatory Posts were filled. | 77% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 6 Officers were on Sick leave, there were 3 special assignments for Emergency Transports and there were 6 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | For this shift the department filled: 16 of 19 PM Mandatory Posts were filled. | 84% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 1 Officer was on Sick leave, 1 Officer was on LWOP, 1 Officer failed to report for work, there were 3 special assignments for Emergency Transports and there were 5 special assignments for Additional Mental Health Watches. |

**ASPC-Lewis**

All Mandatory posts were filled with a compliance rate of 99.85% with staffing this month.  Essential and Important posts were filled with a compliance rate of 100% of the required 75% compliance rate on a monthly basis. Below, the Department is listing the mandatory post deviations for weeks in which post fell below 100%.[4]

----

[4] As Defendants explained in their weekly notice of deviations from the custody staffing plan, when no subclass members were housed at Morey Detention, the required

**September 27, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Stiner Detention - AM Shift | Mandatory | Recreation Officer | 75% | Post collapsed to cover mental health watch. |

**September 28, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Stiner Detention - AM Shift | Mandatory | Recreation Officer | 75% | Post collapsed due to staffing shortage. Shift Commander utilized post curtailment to address other staffing deficiencies within the Stiner Unit. All required services were completed and delivered. |

### ASPC-Tucson

For the month of September 2025, ASPC-Tucson had 93.22% of Mandatory posts and 71.11% of Essential posts filled. The following charts reflect: (1) instances in which ADCRR did not meet the required daily threshold (100%) for Mandatory posts, and (2) instances in which Essential posts were not filled during weeks in which ADCRR did not meet the required weekly threshold (75%).[5]

**September 1, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Manzanita Detention – | Mandatory | ▮▮▮ | 0% | Not filled due to Manzanita Detention being closed for |

---

staffing for Morey Detention has been excluded from the total mandatory post count requirement. (Doc. 5007 at 2, n.1.)

[5] For some of the month, no subclass members were housed at Manzanita Detention. As explained in Defendants' weekly notices of deviations from the custody staffing plan, when no members were housed at Manzanita Detention, the required staffing for Manzanita Detention has been excluded from the total mandatory post count requirement. (Doc. 4966 at 2, n.1; Doc. 5007 at 2, n.1.)

| | | | | |
|---|---|---|---|---|
| Graveyard Shift | | For this shift the department filled:<br>0/1 control post<br>0/2 floor posts | | repairs to the ceiling and cooling system. |
| Manzanita Detention – Day Shift | Mandatory | For this shift the department filled:<br>0/1 control post<br>0/2 floor posts<br>0/1 rec post | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention – Day Shift | Essential | For this shift the department filled:<br>0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention – Swing Shift | Mandatory | | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| | | ▇▇▇▇▇<br><br>For this shift the department filled:<br>0/1 control post<br>0/2 floor posts | | |
| Winchester Detention – Day Shift | Essential | ▇▇▇▇<br><br>For this shift the department filled:<br>0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Rincon MHU – AM | Mandatory | ▇▇▇▇▇<br><br>For this shift the department filled:<br>1/1 control post<br>2/4 floor posts<br>1/1 rec post | 67% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system<br>All required inmate activity/ services were completed. |

**September 2, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Manzanita Detention – Graveyard Shift | Mandatory | ▇▇▇▇▇ | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled:<br>0/1 control post<br>0/2 floor posts | | |
| Manzanita Detention – Day Shift | Mandatory | ▮▮▮<br><br>For this shift the department filled:<br>0/1 control post<br>0/2 floor posts<br>0/1 rec post | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention – Day Shift | Essential | ▮▮<br>For this shift the department filled:<br>0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention – Swing Shift | Mandatory | ▮▮▮<br><br>For this shift the department filled:<br>0/1 control post<br>0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Winchester Detention – Swing Shift | Essential | ██████ For this shift the department filled: 0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Rincon MHU - AM | Mandatory | ██████ For this shift the department filled: 1/1 control post 2/4 floor posts 1/1 rec post | 67% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. All required inmate activity/ services were completed. |

**September 3, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Manzanita Detention - Graveyard Shift | Mandatory | ██████ For this shift the department filled: 0/1 control post 0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Day Shift | Mandatory | ██████ | 0% | Not filled due to Manzanita Detention being closed for |

| | | | | |
|---|---|---|---|---|
| | | ██████████<br><br>For this shift the department filled:<br>0/1 control post<br>0/2 floor posts<br>0/1 rec post | | repairs to the ceiling and cooling system. |
| Manzanita Detention - Day Shift | Essential | ██████<br><br>For this shift the department filled:<br>0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Swing Shift | Mandatory | ██████████<br><br>For this shift the department filled:<br>0/1 control post<br>0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Rincon MHU - AM | Mandatory | ████████ | 67% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system<br>All required inmate activity/ services were completed. |

| | | For this shift the department filled:<br>1/1 control post<br>2/4 floor posts<br>1/1 rec post | | |
|---|---|---|---|---|

**September 4, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Manzanita Detention - Graveyard Shift | Mandatory | ▉▉▉▉▉▉▉<br><br>For this shift the department filled:<br>0/1 control post<br>0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention – Day Shift | Mandatory | ▉▉▉▉▉▉▉<br><br>For this shift the department filled:<br>0/1 control post<br>0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| | | 0/1 rec post | | |
| Manzanita Detention – Day Shift | Essential | ███████<br><br>For this shift the department filled:<br>0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention – Swing Shift | Mandatory | ███████<br><br>For this shift the department filled:<br>0/1 control post<br>0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Rincon MHU - AM | Mandatory | ███████<br><br>For this shift the department filled:<br>1/1 control post<br>3/4 floor posts<br>1/1 rec post | 83% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system.<br>All required inmate activity/ services were completed. |

**September 5, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Manzanita Detention - Graveyard Shift | Mandatory | ███████ | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| | | | | |
|---|---|---|---|---|
| | | ██████ <br><br> For this shift the department filled: <br> 0/1 control post <br> 0/2 floor posts | | |
| Manzanita Detention - Day Shift | Mandatory | ██████ <br><br> For this shift the department filled: <br> 0/1 control post <br> 0/2 floor posts <br> 0/1 rec post | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Day Shift - | Essential | ██████ <br><br> For this shift the department filled: <br> 0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention – Swing Shift | Mandatory | ██████ | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| | | For this shift the department filled: 0/1 control post 0/2 floor posts | | |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | ██████ <br><br> For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | 83% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system All required inmate activity/ services were completed. |

**September 6, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU-Day Shift | Essential | ██████ <br><br> For this shift the department filled: 0/1 Essential Post Was Filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Graveyard Shift | Mandatory | ██████ <br><br> For this shift the department filled: 0/1 control post 0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| | | | | |
|---|---|---|---|---|
| Manzanita Detention - Day Shift | Mandatory | ██████████<br><br>For this shift the department filled:<br>0/1 control post<br>0/2 floor posts<br>0/1 rec post | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Day Shift | Essential | ██████<br><br>For this shift the department filled:<br>0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Swing Shift | Mandatory | ██████████<br><br>For this shift the department filled:<br>0/1 control post<br>0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Winchester Detention – Day Shift | Essential | ██████ | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| | | For this shift the department filled: 0/1 Essential post was filled | | |
| Rincon MHU - AM | Mandatory | ███ For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 8 staff assigned to hospital coverage. All required inmate activity/services were completed. |
| Rincon MHU - AM | Essential | ███ For this shift the department filled: 0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

**September 7, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU-Day Shift | Essential | ███ For this shift the department filled: 0/1 Essential Post Was Filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Graveyard Shift | Mandatory | ███ | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| | | | | |
|---|---|---|---|---|
| | | ▮▮▮▮▮ <br><br> For this shift the department filled:<br>0/1 control post<br>0/2 floor posts | | |
| Manzanita Detention - Day Shift | Mandatory | ▮▮▮▮▮ <br><br> For this shift the department filled:<br>0/1 control post<br>0/2 floor posts<br>0/1 rec post | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Day Shift | Essential | ▮▮▮▮▮ <br><br> For this shift the department filled:<br>0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Swing Shift | Mandatory | ▮▮▮▮▮ | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| | | For this shift the department filled: 0/1 control post 0/2 floor posts | | |
| Winchester Detention – Day Shift | Essential | ██████ For this shift the department filled: 0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Rincon MHU - AM | Mandatory | ██████ For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 8 staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| Rincon MHU - AM | Essential | ██████ For this shift the department filled: 0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

**September 8, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Manzanita Detention - Graveyard Shift | Mandatory | ██████ | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| | | | | |
|---|---|---|---|---|
| | | ████████ For this shift the department filled: 0/1 control post 0/2 floor posts | | |
| Manzanita Detention - Day Shift | Mandatory | ██████████ For this shift the department filled: 0/1 control post 0/2 floor posts 0/1 rec post | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Day Shift | Essential | ████████ For this shift the department filled: 0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Swing Shift | Mandatory | ██████████ Floor 2 | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| | | For this shift the department filled:<br>0/1 control post<br>0/2 floor posts | | |
| Rincon MHU - AM | Mandatory | ███████<br><br>For this shift the department filled:<br>1/1 control post<br>3/4 floor posts<br>1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 8 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |

**September 9, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Manzanita Detention - Graveyard Shift | Mandatory | ███████<br><br>For this shift the department filled:<br>0/1 control post<br>0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Day Shift | Mandatory | ███████ | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 0/1 control post 0/2 floor posts 0/1 rec post | | |
| Manzanita Detention – Day Shift | Essential | ███████ For this shift the department filled: 0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention – Swing Shift | Mandatory | ███████ For this shift the department filled: 0/1 control post 0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Rincon MHU - AM | Mandatory | ███████ For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 8 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**September 10, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Manzanita Detention - Graveyard Shift | Mandatory | For this shift the department filled: 0/1 control post 0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Day Shift | Mandatory | For this shift the department filled: 0/1 control post 0/2 floor posts 0/1 rec post | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Day Shift | Essential | For this shift the department filled: 0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| Manzanita Detention - Swing Shift | Mandatory | | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
|---|---|---|---|---|
| | | For this shift the department filled: 0/1 control post 0/2 floor posts | | |
| Rincon MHU - AM | Mandatory | | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 8 staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| | | For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | | |

**September 11, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Manzanita Detention - Graveyard Shift | Mandatory | | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| | | For this shift the department filled: 0/1 control post | | |

| | | 0/2 floor posts | | |
|---|---|---|---|---|
| Manzanita Detention - Day Shift | Mandatory | ████████ For this shift the department filled: 0/1 control post 0/2 floor posts 0/1 rec post | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Day Shift | Essential | ████ For this shift the department filled: 0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Swing Shift | Mandatory | ████████ For this shift the department filled: 0/1 control post 0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Rincon MHU – AM | Mandatory | ████ | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with |

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| | | For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | | 8 staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| Rincon MHU – PM | Mandatory | ███████ For this shift the department filled: 1/1 control post 0/2 floor posts | 33% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 8 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**September 12, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Manzanita Detention - Graveyard Shift | Mandatory | ███████ For this shift the department filled: 0/1 control post 0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Day Shift | Mandatory | ███████ | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| | | | | |
|---|---|---|---|---|
| | | ██████ | | |
| | | For this shift the department filled: 0/1 control post 0/2 floor posts 0/1 rec post | | |
| Manzanita Detention - Day Shift | Essential | ██████ For this shift the department filled: 0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Swing Shift | Mandatory | ██████ For this shift the department filled: 0/1 control post 0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Rincon MHU - AM | Mandatory | ██████ | 50% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 8 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

| | | For this shift the department filled: 1/1 control post 1/4 floor posts 1/1 rec post | | |
|---|---|---|---|---|
| Rincon MHU - PM | Mandatory | ■■■■ For this shift the department filled: 1/1 control post 1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 8 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**September 13, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU – Day Shift | Essential | ■■■■ For this shift the department filled: 0/1 Essential Post Was Filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention – Graveyard Shift | Mandatory | ■■■■ For this shift the department filled: 0/1 control post 0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| | | | | | |
|---|---|---|---|---|---|
| Manzanita Detention – Day Shift | Mandatory | ████████ For this shift the department filled: 0/1 control post 0/4 floor posts 0/1 rec post | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention – Day Shift | Essential | ████████ For this shift the department filled: 0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention – Swing Shift | Mandatory | ████████ For this shift the department filled: 0/1 control post 0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Winchester Detention – Graveyard Shift | Mandatory | ████████ | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 8 staff assigned to hospital coverage. |

| | | | | | |
|---|---|---|---|---|---|
| | | | For this shift the department filled: 1/1 control post 1/2 floor posts | | All required inmate activity/ services were completed. |
| Winchester Detention – Day Shift | Essential | | ■■■■ For this shift the department filled: 0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Rincon MHU - AM | Mandatory | | ■■■■ For this shift the department filled: 1/1 control post 1/4 floor posts 1/1 rec post | 50% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with B staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| Rincon MHU - AM | Essential | | ■■■■ For this shift the department filled: 0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

**September 14, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU – Day Shift | Essential | █████████<br><br>For this shift the department filled:<br>0/1 Essential Post Was Filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention – Graveyard Shift | Mandatory | ████████<br><br>For this shift the department filled:<br>0/1 control post<br>0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Manzanita Detention - Day Shift | Mandatory | ████████<br><br>For this shift the department filled:<br>0/1 control post<br>0/2 floor posts<br>0/1 rec post | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |

| Manzanita Detention - Day Shift | Essential | ⬛⬛⬛ For this shift the department filled: 0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
|---|---|---|---|---|
| Manzanita Detention - Swing Shift | Mandatory | ⬛⬛⬛ For this shift the department filled: 0/1 control post 0/2 floor posts | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Winchester Detention – Day Shift | Essential | ⬛⬛ For this shift the department filled: 0/1 Essential post was filled | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system. |
| Rincon MHU - AM | Mandatory | ⬛⬛ For this shift the department filled: 1/1 control post 3/4-floor posts 1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4B%, with B staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| Rincon MHU - AM | Essential | ⬛⬛ | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

| | | For this shift the department filled:<br>0/1 Essential post was filled | | |
|---|---|---|---|---|
| Rincon MHU - PM | Mandatory | ████<br><br>For this shift the department filled:<br>1/1 control post<br>1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 8 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |

**September 15, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | ████<br><br>For this shift the department filled:<br>1/1 control post<br>3/4 floor posts<br>1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |

**September 16, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | ████<br><br>For this shift the department filled:<br>1/1 control post<br>3/4 floor posts | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |

| | | 1/1 rec post | | |

**September 17, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Winchester Detention - Graveyard Shift | Mandatory | ▆▆▆▆ <br><br> For this shift the department filled: <br>1/1 control post <br>1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. |
| Rincon MHU - AM | Mandatory | ▆▆▆▆ <br><br> For this shift the department filled: <br>1/1 control post <br>2/4 floor posts <br>1/1 rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| Rincon MHU - PM | Mandatory | ▆▆▆▆ <br><br> For this shift the department filled: <br>1/1 control post <br>1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 12 staff assigned to hospital coverage. All required inmate activity I services were completed. |

1

September 18, 2025

2

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | ███████ For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

September 19, 2025

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | ███████ For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

September 20, 2025

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU - Day Shift | Essential | ██████ For this shift the department filled: 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Winchester Detention - Day Shift | Essential | ███████ <br><br> For this shift the department filled: <br> 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Rincon MHU - AM | Mandatory | ███████ <br><br> For this shift the department filled: <br> 1/1 control post <br> 2/4 floor posts <br> 1/1 rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. <br> All required inmate activity/ services were completed. |
| Rincon MHU - AM | Essential | ███████ <br><br> For this shift the department filled: <br> 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

**September 21, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU – Swing Shift | Essential | ███████ <br><br> For this shift the department filled: <br> 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

55

| Winchester Detention - Graveyard Shift | Mandatory | For this shift the department filled: 1/1 control post 1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. |
|---|---|---|---|---|
| Winchester Detention - Day Shift | Essential | For this shift the department filled: 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Rincon MHU - AM | Mandatory | For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| Rincon MHU - AM | Essential | For this shift the department filled: 0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

**September 22, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with |

| | | | | 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |
|---|---|---|---|---|
| | | For this shift the department filled: 1/1 control post 2/4 floor posts 1/1 rec post | | |

**September 23, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | For this shift the department filled: 1/1 control post 2/4 floor posts 1/1 rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**September 24, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | For this shift the department filled: 1/1 control post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

| | | 2/4 floor posts<br>1/1 rec post | | |
|---|---|---|---|---|
| Rincon<br>MHU - PM | Mandatory | ███████<br><br>For this shift<br>the department<br>filled:<br>1/1 control post<br>1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 12 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |

**September 25, 202**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon<br>MHU - AM | Mandatory | ███████<br><br>For this shift<br>the department<br>filled:<br>1/1 control post<br>2/4 floor posts<br>1/1 rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |
| Rincon<br>MHU - PM | Mandatory | ███████<br><br>For this shift<br>the department<br>filled:<br>1/1 control post<br>0/2 floor posts | 33% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 12 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |

**September 26, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | ███████ For this shift the department filled: 1/1 control post 2/4 floor posts 1/1 rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| Rincon MHU - PM | Mandatory | ███████ For this shift the department filled: 1/1 control post 1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**September 27, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU – Day Shift | Essential | ███████ For this shift the department filled: 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Winchester Detention - Graveyard Shift | Mandatory | ███████ | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled:<br>1/1 control post<br>1/2 floor posts | | 12 staff assigned to hospital coverage. |
| Winchester Detention - Day Shift | Essential | [redacted]<br><br>For this shift the department filled:<br>0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Rincon MHU - AM | Mandatory | [redacted]<br><br>For this shift the department filled:<br>1/1 control post<br>2/4 floor posts<br>1/1 rec post. | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |
| Rincon MHU - AM | Essential | [redacted]<br><br>For this shift the department filled:<br>0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Rincon MHU - PM | Mandatory | [redacted]<br><br>For this shift the department filled:<br>1/1 control post<br>1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 12 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |

1

**September 28, 2025**

2

3

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU - Day Shift | Essential | ████ <br><br> For this shift the department filled: <br> 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Winchester Detention – Day Shift | Essential | ████ <br><br> For this shift the department filled: <br> 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Rincon MHU - AM | Mandatory | ████ <br><br> For this shift the department filled: <br> 1/1 control post <br> 3/4 floor posts <br> 1/1 rec post. | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| Rincon MHU - PM | Essential | ████ <br><br> For this shift the department filled: <br> 0/1 Essential Post Was Filled | | |

**September 29, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | ████████ For this shift the department filled: 1/1 control post 2/4 floor posts 1/l rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**September 30, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | ████████ For this shift the department filled: 1/1 control post 2/4 floor posts 1/l rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

1     DATED this 10 day of October 2025

2                                    OSBORN MALEDON, P.A.

3
                                     By: s/ John S. Bullock
4                                        Mary R. O'Grady, 011434
                                         Andrew G. Pappas, 034432
5                                        John S. Bullock, 034950
                                         Molly S. Walker, 038099
6                                        2929 North Central Avenue, Suite 2000
                                         Phoenix, Arizona 85012-2793
7

8                                        KRISTIN K. MAYES
                                         ATTORNEY GENERAL
9

10                                       Joshua D. Bendor, Bar No. 031908
                                         Gregory Honig, Bar No. 018804
11                                       Lucy M. Rand, Bar No. 026919
                                         Luci D. Davis, Bar No. 035347
12                                       Assistant Attorneys General
                                         2005 North Central Avenue
13                                       Phoenix, AZ  85004-1592
                                         Joshua.Bendor@azag.gov
14                                       Gregory.Honig@azag.gov
                                         Lucy.Rand@azag.gov
15                                       Luci.Davis@azag.gov
                                         ACL@azag.gov
16

17

18                                       *Attorneys for Defendants*

19

20

21

22

23

24

25

26

27

28