Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Molly S. Walker, 038099
Kimberly Friday, 035369
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
mwalker@omlaw.com
kfriday@omlaw.com

Attorneys for Defendants

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*,<br><br>           Plaintiff,<br><br> v.<br><br>Ryan Thornell, *et al*.<br><br>           Defendants. | Case No. CV-12-00601-PHX-ROS<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS** |

NOTICE IS HEREBY GIVEN that Kimberly Friday of Osborn Maledon, P.A. enters her appearance as additional counsel of record for Defendants in this matter. Her contact information is as follows:

Kimberly Friday<br>
Osborn Maledon, P.A.<br>
2929 N. Central Avenue, Suite 2000<br>
Phoenix, Arizona 85012-2793<br>
Phone: (602) 640-9000<br>
kfriday@omlaw.com

1   DATED this 13th day of October, 2025.

OSBORN MALEDON, P.A.

By s/Kimberly Friday
Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Molly S. Walker, 038099
Kimberly Friday, 035369
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

KRISTIN K. MAYES
ATTORNEY GENERAL
Joshua D. Bendor, 031908
Gregory Honig, 018804
Lucy M. Rand, 026919
Luci D. Davis, 035347
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
joshua.bendor@azag.gov
gregory.honig@azag.gov
lucy.rand@azag.gov
luci.davis@azag.gov
ACL@azag.gov

Attorneys for Defendants