THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CivLR 54, 2.1(a)(1)

Insurance Copy

In the United States District Court In the District of Arizona Division of Phoenix

FILED ✓    LODGED ✓
___ RECEIVED    ___ COPY
OCT 1 0 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1) Alfred Erik Caraffa ADC#350727 et. al.,

Petitioner(s)/ Plaintiff(s)

VS.

1) the State of Arizona et. al.,

Defendant(s)/ Respondent(s)

Case Number 2-12-CV-00601 PHX-ROS

Motion of Stay for all State of Arizona Deathrow prisoner(s)

I, Alfred Erik Caraffa ADC#350727 Hereby enter this Motion of Stay for all State of Arizona Deathrow prisoner(s). Due to the unconstitutional

1 of 3

Conviction(s) and on Behalf of Another I hereby Request A Stay on All State of Arizona Deathrow executions. pursuant to the Unconstitutional Conviction(s) by Never legally nor Constitutionally Elections In the County and/or Municipality Jurisdiction and Venue.

which the Federal Jurisdiction has Not taken over for Criminal offense(s) in <u>over 115 years. Since June 20th of ~~early~~ 1910.</u>

the Corruption of this State of Arizona has gone on long enough overthrowing A federal Jurisdiction Is <u>NOT</u> A Game or something to play with. <u>The Unconstitutionally Conviction(s) and illegal Judge's of Both the Criminal and Civil Venues In Never legalized Counties and Municipalities Are Acts of Terrorism!</u>

2 of 3

And terrorism Must Be stopped At All Costs.

the foundations of America Is Built on Justice that is fair and Equal. Not Corrupted and illegal.

July 7th of 2025
Alfredo Emilio Parra
ADC# 150727

3 of 3