# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

Lead Monitor Dr. Marc Stern proposed the engagement of Dr. Bhinna Park, MD to assist the Court-appointed experts with analysis of issues related to psychiatry. Dr. Park is a forensic psychiatrist having specialized training in mental health related to the criminal justice system. If desired, the parties may obtain additional information regarding Dr. Park's background from Dr. Stern.

Dr. Stern states that up to now, the Monitors have been able to handle all the psychiatric issues themselves. However, recent cases have introduced issues that exceed their expertise and require additional research. As such, the Court finds Dr. Park's assistance would increase the efficiency of handling these issues and thereby reduce costs.

Because Defendants are responsible to pay the experts and their support staff, Defendants may file objections to the Monitors' obtaining the assistance of Dr. Park, if any, within 7 days. Absent timely objections, Dr. Park will begin work with the Monitors.

…

…

Accordingly,

**IT IS ORDERED** any objections to the engagement of Dr. Park must be filed no later than **October 24, 2025**.

Dated this 17th day of October, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -