# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

The Monitors prepared "Monitors' Analysis of Parties' Response to Monitors' Third Interim Report to the Court October 4, 2025," attached, which will be filed. The parties are not invited to file a response. However, if the parties identify serious and prejudicial errors, a response may be filed no later than **November 3, 2025**.

**IT IS SO ORDERED.**

Dated this 22nd day of October, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge