# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

The Court received a Motion to hold Defendants in Contempt and Enforce Order and Permanent Injunction (Doc. 5035) and a Motion to Expedite (Doc. 5036) from class member Randall McCamman. The Court cannot accept motions from class members unless they are filed by class counsel. In addition, the Court's jurisdiction in this case is limited by the terms of the parties' agreement to settle the case. Accordingly, the Court is unable to order specific relief as it relates to individual class members. Due to the nature of the allegations, the Court will direct the Clerk of Court to open the motions as a new civil complaint.

Accordingly,

**IT IS ORDERED** the Clerk of Court shall open the motions filed at Doc. 5035 and 5036 as a separate civil action, assigned pursuant to Local Rule of Civil Procedure 3.7(e).

…

…

…

**IT IS FURTHER ORDERED** denying the motions filed at Doc. 5035 and 5036 as they will be addressed in the newly filed civil action.

Dated this 5th day of November, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge