Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Kimberly Friday, 035369
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Shawn Jensen, et al.,

Plaintiffs,

v.

Ryan Thornell, et al.,

Defendants.

NO. CV-12-00601-PHX-ROS

**DEFENDANTS' DEVIATION FROM CUSTODY STAFFING PLAN REPORT – OCTOBER 2025**

Pursuant to Section 20.2.3 of the Court's Order and Permanent Injunction (Doc. 4410), Defendants file the following Report regarding deviations in October 2025 from the custody staffing plan prepared by Court Monitor Scott Frakes (Doc. 4682) and entered by the Court (Doc. 4693).

Defendants recognize that pursuant to the Injunction and Mr. Frakes' report, Mandatory posts must be filled at all times, Essential posts must be filled at least 75% of the time on a weekly basis, and Important posts must be filled at least 50% of the time on a weekly basis. Overall, across all State complexes for September 2025, 94.22% of Mandatory

posts, 94.19% of Essential posts, and 71.33% of Important posts were filled.[1] ASPC-Douglas, ASPC-Lewis, ASPC-Perryville, ASPC-Safford, ASPC-Winslow, and ASPC-Yuma were all fully compliant with the required custody staffing plan thresholds for Mandatory and Essential posts. The custody staffing plan does not apply at ASPC-Phoenix. The following charts reflect posts that were not fully staffed in accordance with the custody staffing plan thresholds.

The Department uses a post management system to allocate the fixed number of posts per shift across all units. When staff shortages occur, complex-level management first attempts to address deficiencies through overtime. If that is not successful, then management systematically curtails less critical posts, selecting the lesser-priority positions from various units. If necessary, this curtailment process continues to re-allocate staff as needed until units reach minimum levels. As staff is reallocated through the curtailment process, filling the staffing needs of the subclass is a priority. While staffing variables such as emergency transports and significant activities in non-subclass areas can affect resource allocation, management has tried to reduce the effect on subclass areas by assigning them higher-priority to prevent frequent curtailment of these posts. As detailed below, the Department is often able to provide the services required by the Injunction even if there are curtailments of the mandatory posts from the custody staffing plan.

**ASPC-Eyman**

For the month of October 2025,[2] ASPC-Eyman had 79.49% of Mandatory posts, 98.39% of Essential posts, and 67.74% of Important posts filled.[3] The following charts

---

[1] Only ASPC-Eyman and ASPC-Lewis have posts designated as Important.

[2] Defendants are aware that the Injunction does not require reporting of the percentage of posts filled on a monthly basis but have elected to provide this information for additional context.

[3] No subclass members housed at Baker or Dog Clusters at the ASPC-Eyman Browning Unit. Additionally, no subclass members were housed in the Henry Cluster at ASPC-Eyman Browning unit until it was reactivated on October 28, 2025. The required staffing for those Clusters where no subclass members were housed have been excluded from the total mandatory post count requirement. The required staffing for the Henry Cluster was included

reflect: (1) instances in which ADCRR did not meet the required daily threshold (100%) for Mandatory posts, and (2) instances in which Essential posts were not filled during weeks in which ADCRR did not meet the required weekly threshold (75%).

**October 1, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 19 of 22 AM Mandatory Posts were filled. | 86% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 6 Officers were on sick leave, 1 Officer failed to report for work and there were 4 Special assignments for Additional Mental Health watches. |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 14 of 19 AM Mandatory Posts were filled | 74% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 4 Officers were on sick leave and there were 3 Special assignments for Additional Mental Health watches |

in the mandatory post count beginning on October 28, 2025.

**October 2, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 5 Officers were on sick leave, 1 Officer failed to report for work and there were 4 Special assignments for Additional Mental Health watches. |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 14 of 19 PM Mandatory Posts were filled, | 74% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 4 Officers were on sick leave and there were 7 Special assignments for Additional Mental Health watches. |

**October 3, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] | 77% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 5 Officers were on sick leave and there were 5 Special assignments for |

| | | | | |
|---|---|---|---|---|
| | | [redacted] For this shift the department filled: 17 of 22 AM Mandatory Posts were filled. | | Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 14 of 19 PM Mandatory Posts were filled | 74% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 4 Officers were on sick leave, there were 2 special assignments for Emergency Transports and there were 10 special assignments for Additional Mental Health Watches. |

**October 4, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] | 55% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 6 Officers were on sick leave, 1 Officer was on LWOP and there were 7 special assignments for Additional Mental Health Watches. |

| | | | | |
|---|---|---|---|---|
| | | [redacted] For this shift the department filled: 12 of 22 AM Mandatory Posts were filled. | | |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 12 of 19 PM Mandatory Posts were filled. | 63% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 1 Officer was on sick leave and there were 11 special assignments for Additional Mental Health Watches. |

**October 5, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] | 68% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 8 Officers were on sick leave and there were 8 special assignments for Additional Mental Health Watches. |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 15 of 22 AM Mandatory Posts were filled. | | |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 15 of 19 PM Mandatory Posts were filled. | 79% | Browning Unit Staffing weekly Vacancy Rate is 23.14%, 3 Officers were on sick leave, 2 Officers were on LWOP and there were 7 special assignments for Additional Mental Health Watches. |

**October 6, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] | 68% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 10 Officers were on sick leave and there were 8 special assignments for Additional Mental Health Watches. |

| | | Post | | |
|---|---|---|---|---|
| | | For this shift the department filled: 15 of 22 AM Mandatory Posts were filled. | | |

**October 7, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 17 of 22 AM Mandatory Posts were filled. | 77% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 8 Officers were on Sick Leave, there were 2 special assignments for Emergency Transports and there were 5 special assignments for Additional Mental Health Watches. |

**October 8, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] | 77% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 7 Officers were on sick leave and there were 5 Special assignments for Additional Mental Health watches. |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 17 of 22 AM Mandatory Posts were filled. | | |

**October 9, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 15 of 22 AM Mandatory Posts were filled. | 68% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 3 Officers were on Sick Leave, 1 Officer was on LWOP, 1 Officer failed to report for work, there were 2 special assignments for Emergency Transports and there were 3 special assignments for Additional Mental Health Watches. |

**October 10, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] | 68% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 3 Officers were on sick leave, 1 Officer was on LWOP, 1 Officer failed to report for work and there were 4 Special assignments |

| | | | | |
|---|---|---|---|---|
| | | [redacted] For this shift the department filled: 15 of 22 AM Mandatory Posts were filled. | | for Additional Mental Health watches. |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 16 of 19 PM Mandatory Posts were filled. | 84% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 2 Officers were on sick leave, there were 2 special assignments for emergency transports and there were 6 Special assignments for Additional Mental Health watches. |

**October 11, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: | 68% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 5 Officers were on sick leave, 1 Officer was on LWOP, 1 Officer failed to report for work, there were 2 special assignments for Emergency Transports and there were 4 special assignments for Additional Mental Health Watches. |

| | | | | |
|---|---|---|---|---|
| | | 15 of 22 AM Mandatory Posts were filled. | | |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 14 of 19 PM Mandatory Posts were filled. | 74% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 3 Officers were on sick leave, there were 2 special assignments for Emergency Transports and there were 5 special assignments for Additional Mental Health Watches. |

**October 12, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 5 Officers were on sick leave, there were 2 special assignments for Emergency Transports and there were 3 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | [redacted] | 89% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 4 Officers were on sick leave, 1 Officer was on LWOP, 1 Officer failed to |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 17 of 19 PM Mandatory Posts were filled. | | report to work and there were 3 special assignments for Additional Mental Health Watches. |

**October 13, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 17 of 22 AM Mandatory Posts were filled, | 77% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 4 Officers were on sick leave, 1 Officer failed to report for work, there were 4 special assignments for Emergency Transports and there were 2 special assignments for Additional Mental Health Watches. |

**October 14, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 19 of 22 AM Mandatory Posts were tilled. | 86% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 7 Officers were on Sick Leave and there were 3 special assignments for Additional Mental Health Watches. |

**October 15, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
| --- | --- | --- | --- | --- |
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 4 Officers were on sick leave, 1 Officer failed to report for work and there were 4 Special assignments for Additional Mental Health watches. |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 10 of 16 AM Mandatory Posts were filled. | 79% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 1 Officer was on sick leave and there were 5 Special assignments for Additional Mental Health watches. |

**October 16, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
| --- | --- | --- | --- | --- |
| Browning – AM Shift | Mandatory | [redacted] | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 3 Officers were on Sick Leave, there were 2 special assignments for Emergency Transports and there were 5 special |

| | | For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | | assignments for Additional Mental Health Watches. |
|---|---|---|---|---|

**October 17, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 1 Officer was on sick leave, 1 Officer failed to report for work, there were 2 special assignments for Emergency Transports and there were 5 special assignments for Additional Mental Health watches. |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 15 of 19 PM Mandatory Posts were filled. | 79% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 1 Officer was on sick leave, there were 2 special assignments for emergency transports and there were 4 Special assignments for Additional Mental Health watches. |

**October 18, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 18 of 22 PM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 6 Officers were on sick leave, there was 1 special assignment for an Emergency Transports and there were 6 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 16 of 19 PM Mandatory Posts were filled. | 84% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 3 Officers were on sick leave and there were 6 special assignments for Additional Mental Health Watches. |

**October 19, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] | 68% | Browning Unit Staffing weekly Vacancy Rate is 23.81%, 7 Officers were on sick leave, there were 2 special assignments for Emergency Transports and there were 5 special |

| | | | | |
|---|---|---|---|---|
| | | [redacted] For this shift the department filled: 15 of 22 AM Mandatory Posts were filled | | assignments for Additional Mental Health Watches. |

**October 20, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.98%, 8 Officers were on sick leave , there were 2 special assignments for Emergency Transports and there were 5 special assignments for Additional Mental Health Watches. |

**October 21, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: | 77% | Browning Unit Staffing weekly Vacancy Rate is 23.98%, 7 Officers were on Sick Leave, there were 2 special assignments for Emergency Tra nsports and there were 3 special assignments for Additional Mental Health Watches. |

| | | | | |
|---|---|---|---|---|
| | | 17 of 22 AM Mandatory Posts were filled. | | |

**October 22, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.98%, 7 Officers were on sick leave, there were 4 special assignments for Emergency Transports and there were 8 Special assignments for Additional Mental Health watches. |

**October 23, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 18 of 22 AM Mandatory Posts were filled. | 82% | Browning Unit Staffing weekly Vacancy Rate is 23.98%, 3 Officers were on Sick Leave, 1 Officer failed to report to work and there were 7 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | [redacted] | 84% | Browning Unit Staffing weekly Vacancy Rate is 23.98%, 1 Officer was on Sick Leave, there were 2 |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 16 of 19 PM Mandatory Posts were filled. | | special assignments for Emergency Transports and there were 5 special assignments for Additional Mental Health Watches. |

**October 24, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | For this shift the department filled: 15 of 22 AM Mandatory Posts were filled. | 68% | Browning Unit Staffing weekly Vacancy Rate is 23.98%, 6 Officers were on sick leave, 1 Officer failed to report for work and there were 4 special assignments for Additional Mental Health Watches. |

**October 25, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | | 68% | Browning Unit Staffing weekly Vacancy Rate is 23.98%, 8 Officers were on sick leave, 1 Officer failed to |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 16 of 19 AM Mandatory Posts were filled. | | report for work and there were 4 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 12 of 19 PM Mandatory Posts were filled. | 63% | Browning Unit Staffing weekly Vacancy Rate is 23.98%, 3 Officers were on sick leave, 1 Officer was on LWOP and there were 4 special assignments for Additional Mental Health Watches. |

**October 26, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] | 55% | Browning Unit Staffing weekly Vacancy Rate is 23.98%, 7 Officers were on sick leave and there were 5 special assignments for Additional Mental Health Watches. |

| | | | | |
|---|---|---|---|---|
| | | [redacted] For this shift the department filled: 12 of 22 AM Mandatory Posts were filled. | | |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 17 of 19 PM Mandatory Posts were filled. | 89% | Browning Unit Staffing weekly Vacancy Rate is 23.98%, 2 Officers were on sick leave, 1 Officer was on LWOP, there were 2 special assignments for an Emergency Transport and there were 3 special assignments for Additional Mental Health Watches. |

**October 27, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] | 59% | Browning Unit Staffing weekly Vacancy Rate is 24.66%, 8 Officers were on sick leave, there were 2 special assignments for Emergency Transports and there were 3 special assignments for Additional Mental Health Watches. |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 13 of 22 AM Mandatory Posts were filled. | | |

**October 28, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 18 of 24 AM Mandatory Posts were filled. | 75% | Browning Unit Staffing weekly Vacancy Rate is 24.66%, 10 Officers were on Sick Leave and there was 1 special assignment for an Additional Mental Health Watch. |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 20 of 19 PM Mandatory Posts were filled. | 95% | Browning Unit Staffing weekly Vacancy Rate is 24.66%, 1 Officer was on Sick Leave, 1 Officer failed to report for work, there was 1 special assignment for an Emergency Transport and there were 3 special assignments for an Additional Mental Health Watch. |

**October 29, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 19 of 24 AM Mandatory Posts were filled. | 79% | Browning Unit Staffing weekly Vacancy Rate is 24.66%, 3 Officers were on sick leave, 1 Officer failed to report for work and there were 2 Special assignments for Additional Mental Health watches. |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 15 of 21 PM Mandatory Posts were filled. | 71% | Browning Unit Staffing weekly Vacancy Rate is 24.66%, 7 Officers were on sick leave and there was 1 Special assignment for an Additional Mental Health watch. |

**October 30, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory |  For this shift the department filled: 16 of 24 AM Mandatory Posts were filled. | 67% | Browning Unit Staffing weekly Vacancy Rate is 24.66%, 1 Officer was on Sick Leave, 1 Officer failed to report to work and there were 3 special assignments for Additional Mental Health Watches. |
| Browning – PM Shift | Mandatory |  For this shift the department filled: 16 of 21 PM Mandatory Posts were filled. | 76% | Browning Unit Staffing weekly Vacancy Rate is 24.66%, 4 Officers were on Sick Leave, 1 Officer failed to report for work and there were 2 special assignments for Additional Mental Health Watches. |

**October 31, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – AM Shift | Mandatory | [redacted] For this shift the department filled: 18 of 24 AM Mandatory Posts were filled. | 75% | Browning Unit Staffing weekly Vacancy Rate is 24.66%, 2 Officers were on sick leave, 1 Officer failed to report for work and there were 2 special assignments for Additional Mental Health watches. |
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: | 38% | Browning Unit Staffing weekly Vacancy Rate is 24.66%, 3 Officers were on sick leave, there were S special assignments for Emergency Transports and there were 2 Special assignments for Additional Mental Health watches. |

| | | | | |
|---|---|---|---|---|
| | | 8 of 21 PM Mandatory Posts were filled. | | |

**ASPC-Lewis**

All Mandatory posts were filled with a compliance rate of 99.85% with staffing this month. Essential and Important posts were filled with a compliance rate of 100% of the required 75% compliance rate on a monthly basis.

**ASPC-Tucson**

For the month of October 2025, ASPC-Tucson had 94.41% of Mandatory posts and 72.04% of Essential posts filled.[4] The following charts reflect: (1) instances in which ADCRR did not meet the required daily threshold (100%) for Mandatory posts, and (2) instances in which Essential posts were not filled during weeks in which ADCRR did not meet the required weekly threshold (75%).

**October 1, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU – AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 2/4 floor posts 1/1 rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed |

[4] No subclass members are housed at ASPC-Tucson, Manzanita Detention. The required staffing for ASPC-Tucson, Manzanita Detention have been excluded from the total mandatory post count requirement.

**October 2, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | [redacted]<br>For this shift the department filled:<br>1/1 control post<br>2/4 floor posts<br>1/1 rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed |

**October 3, 2025**

| Facility/ Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | [redacted]<br>For this shift the department filled:<br>1/1 control post<br>2/4 floor posts<br>1/1 rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 12 staff assigned to hospital coverage<br>All required inmate activity/ services were completed |

**October 4, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU – Day Shift | Essential | [redacted] | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled:<br>0/1 Essential post was filled | | |
| Winchester Detention – Graveyard Shift | Mandatory | [redacted]<br>For this shift the department filled:<br>1/1 control post<br>1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4B%, with 12 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |
| Winchester Detention – Day Shift | Essential | [redacted]<br>For this shift the department filled:<br>0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Rincon MHU - AM | Mandatory | [redacted]<br>For this shift the department filled:<br>1/1 control post<br>1/4 floor posts<br>1/1 rec post | 50% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed |
| Rincon MHU - AM | Essential | [redacted]<br>For this shift the department filled: | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

| | | 0/1 Essential post was filled | | |
|---|---|---|---|---|
| Rincon MHU - PM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**October 5, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU-Day Shift | Essential | [redacted] For this shift the department filled: 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Winchester Detention - Day Shift - | Essential | [redacted] For this shift the department filled: 0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed |

| | | | | |
|---|---|---|---|---|
| Rincon MHU - AM | Essential | [redacted] For this shift the department filled: 0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

**October 6, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**October 7, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage All required inmate activity/ services were completed. |

**October 8, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
| --- | --- | --- | --- | --- |
| Rincon MHU - AM | Mandatory | For this shift the department filled:<br>1/1 control post<br>3/4 floor posts<br>1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage<br>All required inmate activity/ services were completed. |

**October 9, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
| --- | --- | --- | --- | --- |
| Rincon MHU - AM | Mandatory | For this shift the department filled:<br>1/1 control post<br>3/4 floor posts<br>1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 8 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |
| Rincon MHU - PM | Mandatory | For this shift the department filled:<br>1/1 control post<br>1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 12 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |

**October 10, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 2/4 floor posts 1/1 rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 8 staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| Rincon MHU - PM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed |
| Winchester Detention - Graveyard Shift | Mandatory | [redacted] For this shift the department filled: 1/1 control post 1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**October 11, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU - Day Shift | Essential | [redacted] For this shift the department filled: | 0% | Not filled due to Manzanita Detention being closed for repairs to the ceiling and cooling system |

| | | | | |
|---|---|---|---|---|
| | | 0/1 Essential post was filled | | |
| Winchester Detention - Graveyard Shift | Mandatory | [redacted]<br>For this shift the department filled:<br>1/1 control post<br>1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |
| Winchester Detention - Day Shift | Essential | [redacted]<br>For this shift the department filled:<br>0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Rincon MHU – AM | Mandatory | [redacted]<br>For this shift the department filled:<br>1/1 control post<br>0/4 floor posts<br>1/1 rec post | 33% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |
| Rincon MHU – AM | Essential | [redacted] | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 0/1 Essential post was filled | | |

**October 12, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU - Day Shift | Essential | [redacted] For this shift the department filled: 0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Winchester Detention - Day Shift | Essential | [redacted] For this shift the department filled: 0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 8 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

| | | | | |
|---|---|---|---|---|
| Rincon MHU - AM | Essential | [redacted] For this shift the department filled: 0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Rincon MHU - PM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**October 13, 2025 – N/A**

**October 14, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 1/4-floor posts 1/1 rec post | 50% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| Rincon MHU - PM | Mandatory | [redacted] | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 1/1 control post 1/2 floor posts | | 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**October 15, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Winchester Detention – Day Shift | Essential | [redacted] For this shift the department filled: 0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**October 16, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Winchester Detention – Day Shift | Essential | [redacted] For this shift the department filled: 0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

| | | | | |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 2/4 floor posts 1/1 rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**October 17, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 1/4 floor posts 1/1 rec post | 50% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.4%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed |

**October 18, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU – Day Shift | Essential | [redacted] | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 0/1 Essential post was filled | | |
| Winchester Detention – Day Shift | Essential | [redacted] For this shift the department filled: 0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 2/4 floor posts 1/1 rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed |
| Rincon MHU - AM | Essential | [redacted] For this shift the department filled: 0/1 Essential post was filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

**October 19, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex | Essential | [redacted] | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

| | | | | |
|---|---|---|---|---|
| CDU – Day Shift | | For this shift the department filled: 0/1 Essential Post Was Filled | | |
| Winchester Detention – Day Shift | Essential | [redacted] For this shift the department filled: 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 3/4 floor posts 1/1 rec post | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| Rincon MHU - AM | Essential | [redacted] For this shift the department filled: 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

**October 20, 2025 – N/A**

**October 21, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | [redacted] | 83% | Not filled due to insufficient staff on site. Complex vacancy rate is 29.54%, with |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled:<br>1/1 control post<br>3/4 floor posts<br>1/1 rec post | | 14 staff assigned to hospital coverage.<br>All required inmate activity/ services were completed. |

**October 22, 2025 – N/A**

**October 23, 2025 – N/A**

**October 24, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Essential | [redacted]<br>For this shift the department filled:<br>0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

**October 25, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Tucson Complex CDU – Day Shift | Essential | [redacted]<br>For this shift the department filled:<br>0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Winchester Detention – Day Shift | Essential | [redacted]<br>For this shift the department filled: | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

| | | | | |
|---|---|---|---|---|
| | | 0/1 Essential Post Was Filled | | |
| Rincon MHU - AM | Essential | [redacted] For this shift the department filled: 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

**October 26, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Winchester Detention – Graveyard Shift | Mandatory | [redacted] For this shift the department filled: 1/1 control post 1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 29.54%, with 10 staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| Winchester Detention – Day Shift | Essential | [redacted] For this shift the department filled: 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |
| Tucson Complex CDU – Day Shift | Essential | [redacted] For this shift the department filled: 0/1 Essential Post Was Filled | 0% | On site supervisor shortage. Subclass supervision provided by the host unit. |

**October 27, 2025 – N/A**

**October 28, 2025 – N/A**

**October 29, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 2/4 floor posts 1/1 rec post | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |

**October 30, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 1/4 floor posts 1/1 rec post | 50% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed |

**October 31, 2025**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Winchester Detention – Graveyard Shift | Mandatory | [redacted] For this shift the department filled: 1/1 control post 1/2 floor posts | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed. |
| Rincon MHU - AM | Mandatory | [redacted] For this shift the department filled: 1/1 control post 1/4 floor posts 1/1 rec post | 50% | Not filled due to insufficient staff on site. Complex vacancy rate is 30.48%, with 12 staff assigned to hospital coverage. All required inmate activity/ services were completed |

DATED this 10th day of November 2025

OSBORN MALEDON, P.A.

By /s/ John Bullock
Mary R. O'Grady
Andrew G. Pappas
John S. Bullock
Kimberly Friday
Molly S. Walker
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

KRISTIN K. MAYES
ATTORNEY GENERAL

Joshua D. Bendor, Bar No. 031908
Gregory Honig, Bar No. 018804
Lucy M. Rand, Bar No. 026919
Luci D. Davis, Bar No. 035347
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ 85004-1592
Joshua.Bendor@azag.gov
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov

*Attorneys for Defendants*