Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Kimberly I. Friday, 035369
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2000
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants

*Additional counsel listed on signature page*



UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Ryan Thornell, et al., <br><br> Defendants. | No. CV-12-00601-PHX-ROS <br><br> **DEFENDANTS RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION TO ENFORCE** |

 Defendants hereby file their response to Plaintiffs' Motion for Leave to File Supplemental Evidence in Support of their Motion to Enforce § 19.3, 29.2, 29.3, and 30 of the Injunction (Doc. 5067.) Defendants do not oppose Plaintiffs' Motion to Supplement provided that Defendants may also submit supplemental evidence.

 Plaintiffs' lodged their Motion to Enforce with the Court on September 29, 2025, which addressed the adequacy of the case plans for inmates in the subclass, among other

issues.  Defendants explained in their response that the case plans had been updated statewide as of September 5, 2025.  (Doc. 5049 at 3.) Plaintiffs filed their reply on November 14, 2025, which contained substantial additional evidence and factual allegations not contained in their initial Motion. (Doc. 5062-1 at 1-4.) Plaintiffs then filed their Motion to Supplement on December 3, 2025 seeking leave to submit with more evidence regarding the Motion to Enforce. (Doc. 5067.).  Plaintiffs filed a separate Motion to Seal (Doc. 5066), that included the evidence they propose to submit if the Court grants their Motion to Supplement.

Defendants do not oppose Plaintiffs' Motion to Supplement (Doc. 5067), provided that Defendants are also permitted to provide supplemental evidence responding to the declarations that are attached to Plaintiffs' Motion to Seal.   Defendants are filing a separate motion seeking leave to file supplemental evidence this same date.

Respectfully submitted this 17th day of December, 2025.

OSBORN MALEDON, P.A.

By: /s John S. Bullock
    Mary R. O'Grady, 011434
    Andrew G. Pappas, 034432
    John S. Bullock, 034950
    Kimberly Friday, 035369
    Molly S. Walker, 038099
    2929 North Central Avenue, Suite 2000
    Phoenix, Arizona  85012-2793
    (602) 640-9000
    mogrady@omlaw.com
    apappas@omlaw.com
    jbullock@omlaw.com
    mwalker@omlaw.com

KRISTIN K. MAYES
ATTORNEY GENERAL

Joshua Bendor (Bar No. 031908)
Gregory Honig (Bar No. 18804)
Lucy M. Rand (Bar No. 026919)
Luci D. Davis (Bar No. 035347)
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, Arizona 85004
Joshua.Bendor@azag.gov
Gregory.Honig@azag.gov
Lucy.Rand@azag.gov
Luci.Davis@azag.gov
*Attorneys for Defendants*