Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Kimberly Friday, 035369
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants

[Additional counsel listed on signature page]

OSBORN MALEDON ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.,<br>Plaintiffs,<br>v.<br>Ryan Thornell, et al.,<br>Defendants. | No. CV-12-00601-PHX-ROS<br><br>**DEFENDANTS' DECEMBER 22 NOTICE OF DEVIATIONS FROM THE CUSTODY STAFFING PLAN UNDER § 20.2.1 OF THE INJUNCTION** |

Defendants hereby file this notice of deviations from the custody staffing plan, adopted in the Court's Implementation Order. (*See* Doc. 4693.) Under § 20.2.1 of the injunction, Defendants are required to "staff all Mandatory Posts at all times; Essential Posts shall be staffed at least 75%; Important Posts shall be staffed at least 50%." (Doc. 4410 at 53.) When the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") "falls below these levels, it shall inform the Court within seven days." (*Id.*) Under the Implementation Order and Custody Staffing Plan, the percentages for essential and important posts must be calculated on a weekly basis. (Doc. 4682 at 3 ("Essential posts must be filled at least 75% of the time on a weekly basis. Important posts must be filled at least 50% of the time on a weekly basis.").)

This notice, confirmed by the declaration of ADCRR Security Operations Administrator Ed Lao, informs the Court of the deviations from the custody staffing plan and Implementation Order for the week of December 15 through December 21. (*See* Lao Decl. ¶ 8 (detailing deviations).)

Defendants will continue to submit a separate report that "specifically identif[ies] the deviation(s) that occurred and provide[s] reasonable and adequate justifications for the deviation(s)" by the 10th of each month. (Doc. 4410, § 20.2.3.)

## I. Daily deviations from mandatory staffing positions.[1]

For the remaining facilities and shifts on days not noted below, ADCRR fully staffed the mandatory positions under the Implementation Order.

ASPC-Eyman, Browning Unit AM: December 15–21

ASPC-Eyman, Browning Unit PM: December 15–21

## II. Weekly deviations from the essential post staffing levels.[2]

For the remaining facilities on weeks not noted below, ADCRR fully staffed the essential positions at the required levels under the Implementation Order.

ASPC-Tucson, Rincon MHU – AM: December 15–21

ASPC-Tucson, CDU – Day Shift: December 15–21

## III. Weekly deviations from the important post staffing levels.

There were no weekly deviations from the important post staffing between December 15 and December 21.

---

[1] As described in the December 22, 2025 Declaration of Edwin Lao, at ASPC-Eyman, Browning Unit there are no subclass members housed at Baker or Dog Clusters. There are also no subclass members at ASPC-Tucson, Manzanita Detention. The required staffing for ASPC-Tucson, Manzanita Detention and those ASPC-Eyman, Browning Unit Clusters has been excluded from the total mandatory post count requirement. Lao Decl. ¶ 9.

[2] To calculate deviations from the essential and important post staffing levels, Defendants take the percentage of positions filled each day, add them together, and divide them by seven to get an average weekly percentage of the essential and important posts that are filled. If that number falls below the required levels under the staffing plan, it is reported in this notice.

DATED this 22nd day of December, 2025.

OSBORN MALEDON, P.A.

By s/Molly S. Walker

Mary R. O’Grady
Andrew G. Pappas
John S. Bullock
Kimberly Friday
Molly S. Walker
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

KRISTIN K. MAYES
ATTORNEY GENERAL
Joshua D. Bendor, 031908
Gregory Honig, 018804
Lucy M. Rand, 026919
Luci D. Davis, 035347
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
joshua.bendor@azag.gov
gregory.honig@azag.gov
lucy.rand@azag.gov
luci.davis@azag.gov
ACL@azag.gov

Attorneys for Defendants

12194665

OSBORN MALEDON ATTORNEYS AT LAW

**Declaration of Edwin Lao**

I, Edwin Lao, make the following Declaration.

1. I am over the age of 18 years and have personal knowledge and am competent to testify to the matters set forth in this Declaration.

2. I have been employed by the Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR") since 1994, and my current title is Security Operations Administrator.

3. As part of my responsibilities, I oversee the Department's efforts to provide notice to the Court under the injunction when there are deviations from the Mandatory, Essential, and Important staffing levels.

4. We refer to this process internally as the MEI process, which refers to the types of posts: Mandatory, Essential and Important.

5. Each week, I receive reports from the various units within the Department, which contain deviations from the Custody Staffing Plan.

6. In addition, at the end of the month, I receive an additional report from the units that contains explanations for the deviations from the Custody Staffing Plan.

7. The weekly report numbers are subject to a final verification, which occurs when I receive the monthly reports from the various units. These final numbers are reflected in the monthly report that Defendants file with the Court.

8. The weekly and monthly reports that I have received to date showed the following deviations from December 15 through December 21.

a. For mandatory posts:

ASPC-Eyman, Browning Unit AM: December 15–21

ASPC-Eyman, Browning Unit PM: December 15–21

b. For essential posts:

ASPC-Tucson, Rincon MHU – AM: December 15–21

ASPC-Tucson, CDU – Day Shift: December 15–21

c. The Department staffed all important posts at the required levels from December 15 through December 21.

9. At ASPC-Eyman, Browning Unit there are no subclass members housed at Baker or Dog Clusters. There are also no subclass members at ASPC-Tucson, Manzanita Detention. The required staffing for ASPC-Tucson, Manzanita Detention and those ASPC-Eyman, Browning Unit Clusters has been excluded from the total mandatory post count requirement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd of December, 2025

DocuSigned by:
Edwin Lao
9E4740FB883A4A5...

Edwin Lao