ANANT Kumar TRIPATHI
1020891
P. O Box 8909
San Luis, Az 85349

☒ FILED    ☐ LODGED

**Jan 21 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States District Court
District of Arizona

| Shaun Jensen etay | CIV 12-0601 ROS |
|---|---|
| VS | Re'- Death |
| Dr. Ryan Thomas etay | |

On January 18, 2026

Thomas Tilton
# 368400

was Dead for about 5 hrs

Before another inmate notice

-1-

him Dead.

This Just shows how Deliberately Indifferent ADCRR is.

There should never be any occassion — where — any inmate — is dead for hours — before — that inmate is found

Respectfully