Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Kimberly Friday, 035369
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' JANUARY 26 NOTICE OF DEVIATIONS FROM THE CUSTODY STAFFING PLAN UNDER § 20.2.1 OF THE INJUNCTION** |
| Ryan Thornell, et al., | |
| Defendants. | |

Defendants hereby file this notice of deviations from the custody staffing plan, adopted in the Court's Implementation Order. (*See* Doc. 4693.) Under § 20.2.1 of the injunction, Defendants are required to "staff all Mandatory Posts at all times; Essential Posts shall be staffed at least 75%; Important Posts shall be staffed at least 50%." (Doc. 4410 at 53.) When the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") "falls below these levels, it shall inform the Court within seven days." (*Id*.) Under the Implementation Order and Custody Staffing Plan, the percentages for essential and important posts must be calculated on a weekly basis. (Doc. 4682 at 3 ("Essential posts must be filled at least 75% of the time on a weekly basis. Important posts must be filled at least 50% of the time on a weekly basis.").)

This notice, confirmed by the declaration of ADCRR Restrictive Housing Administrator, Erica Altigieri, informs the Court of the deviations from the custody staffing plan and Implementation Order for the week of January 19 through January 25. (*See* Altigieri Decl. ¶ 8 (detailing deviations).)

Defendants will continue to submit a separate report that "specifically identif[ies] the deviation(s) that occurred and provide[s] reasonable and adequate justifications for the deviation(s)" by the 10th of each month. (Doc. 4410, § 20.2.3.)

**I.    Daily deviations from mandatory staffing positions.**[1]

For the remaining facilities and shifts on days not noted below, ADCRR fully staffed the mandatory positions under the Implementation Order.

ASPC-Eyman, Browning Unit AM: January 20, 22–25

ASPC-Eyman, Browning Unit PM: January 19–25

ASPC-Tucson, Winchester Detention – Graveyard Shift: January 24

**II.    Weekly deviations from the essential post staffing levels.**[2]

For the remaining facilities on weeks not noted below, ADCRR fully staffed the essential positions at the required levels under the Implementation Order.

ASPC-Tucson, Rincon MHU – AM: January 19–25

**III.    Weekly deviations from the important post staffing levels.**

There were no weekly deviations from the important post staffing between January 19 and January 25.

---

[1] As described in the January 26, 2026 Declaration of Erica Altigieri, at ASPC-Eyman, Browning Unit there are no subclass members housed at Baker or Dog Clusters. There are also no subclass members at ASPC-Tucson, Manzanita Detention. The required staffing for ASPC-Tucson, Manzanita Detention and those ASPC-Eyman, Browning Unit Clusters has been excluded from the total mandatory post count requirement. Altigieri Decl. ¶ 9.

[2] To calculate deviations from the essential and important post staffing levels, Defendants take the percentage of positions filled each day, add them together, and divide them by seven to get an average weekly percentage of the essential and important posts that are filled. If that number falls below the required levels under the staffing plan, it is reported in this notice.

DATED this 26th day of January, 2026.

OSBORN MALEDON, P.A.

By s/Molly S. Walker
Mary R. O'Grady
Andrew G. Pappas
John S. Bullock
Kimberly Friday
Molly S. Walker
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

KRISTIN K. MAYES
ATTORNEY GENERAL
Joshua D. Bendor, 031908
Gregory Honig, 018804
Lucy M. Rand, 026919
Luci D. Davis, 035347
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
joshua.bendor@azag.gov
gregory.honig@azag.gov
lucy.rand@azag.gov
luci.davis@azag.gov
ACL@azag.gov

Attorneys for Defendants

12237799

3

## Declaration of Erica Altigieri

I, Erica Altigieri, make the following Declaration.

1.      I am over the age of 18 years and have personal knowledge and am competent to testify to the matters set forth in this Declaration.

2.      I have been employed by the Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR") since November 2010, and my current title is Restrictive Housing Administrator.

3.      As part of my responsibilities, I oversee the Department's efforts to provide notice to the Court under the injunction when there are deviations from the Mandatory, Essential, and Important staffing levels.

4.      We refer to this process internally as the MEI process, which refers to the types of posts: Mandatory, Essential and Important.

5.      Each week, I receive reports from the various units within the Department, which contain deviations from the Custody Staffing Plan.

6.      In addition, at the end of the month, I receive an additional report from the units that contains explanations for the deviations from the Custody Staffing Plan.

7.      The weekly report numbers are subject to a final verification, which occurs when I receive the monthly reports from the various units.  These final numbers are reflected in the monthly report that Defendants file with the Court.

8.      The weekly and monthly reports that I have received to date showed the following deviations from January 19 through January 25.

a.      For mandatory posts:

ASPC-Eyman, Browning Unit AM: January 20, 22–25

ASPC-Eyman, Browning Unit PM: January 19–25

ASPC-Tucson, Winchester Detention – Graveyard Shift: January 24

b.      For essential posts:

ASPC-Tucson, Rincon MHU – AM: January 19–25

c.    The Department staffed all important posts at the required levels from January 19 through January 25.

9.    At ASPC-Eyman, Browning Unit there are no subclass members housed at Baker or Dog Clusters. There are also no subclass members at ASPC-Tucson, Manzanita Detention. The required staffing for ASPC-Tucson, Manzanita Detention and those ASPC-Eyman, Browning Unit Clusters has been excluded from the total Mandatory Post count requirement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th of January, 2026

Signed by:

E4B2D6BBDE6B4F5...

Erica Altigieri

2

10719238