UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO MODIFY INJUNCTION SECTION 6.4** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

The Court, having reviewed Defendants' Motion to Modify Injunction Section 6.4, and good cause appearing,

IT IS ORDERED that the Motion to Modify Injunction is GRANTED.

IT IS FURTHER ORDERED that Section 6.4 of the Injunction is modified such that 50% of the full-time equivalent staff physicians are not required to be board-certified or board-eligible in Internal Medicine or Family Practice.

IT IS FURTHER ORDERED that Section 6.4 of the Injunction is modified such that the three existing medical directors who are not board-certified or board-eligible in Internal Medicine or Family Practice may continue serving as medical directors in Defendants' facilities.