ANANT KUMAR TRIPATI
102084    P O BOX 24403
TUCSON    AZ    85734

☒ FILED    ☐ LODGED

**Feb 19 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

SHAWN Jensen et al
vs
DR. Ryan Shaner et al

CIV 12-0601 ROS
Re: Specialists

In Rincon —

① They do not discuss
what specialists have
said;

② They do not timely
schedule followups
with specialists;

③ They refuse to provide
the items/special needs
items ordered by
specialists

As a consequence we

Denied Treatment

This should be ordered to
comply with the injunction

Respectfully Sums

2/19/26