UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

☒ FILED   ☐ LODGED
Mar 05 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

MACARIO IGNACIO MARRUFFO
Plaintiff/Complainant.
    v.
Ryan Thornell, et al,
Defendants, Respondents.

NO. CV-12-00601-PHX-ROS

Motion To Request Sanctions, & Bring Notice To This Honorable Court.

I. Macario I. Marruffo, a class member to Shawn Jensen, et al. v. Ryan Thornell, et al. Come forth as a Civil Rights Activist/Human Rights Advocate under 18 U.S.C. § 372. Have an obligation and duty to discharge and perform a lawful duty to inform the government upon "Threats". — Under 18 U.S.C. § 373. The perpetrators prior mentioned are engaged in conduct constituting a felony that has the elements to threaten with "Death" against the persons physical well being in violation of the laws of the U.S.

This issue now envolves "another death", and Dir. Thornell, has changed the mail system by now, not allowing inmates to get or receive physical mail, it's now sent electronically to according to "Central office" stop illegal contraband from coming into the Az. Dept of Corruption, so...?!

Now it must be addressed and sent to Dallas Tx. For screening, he mentions "affordability", but yet at what cost to Az. taxpayers, furthermore, pursuant to U.S. v. Carpenter, 926 F.3d 313, 2019 Fed. App. 126 P (6th Cir. 2019). electronic mail users maintain reasonable expectations of privacy to third party. whereas government could

not use combined authority of 18 U.S.C. §§ 3121 et seq., and 18 U.S.C. §2703, part of Stored Communication Act (SCA), 18 U.S.C.S. §§ 2071 is seq, to obtain disclosure of prospective information concerning my mail/email.
Under Pen/Trap Statute pursuant to 47 U.S.C. § 1002 (a) part of Communications Assistance for law enforcement Act of 1994, 47 U.S.C.S. §§ 1001 et Seq, under 18 U.S.C.S. 2703 (C) part of Electronic Communication Privacy Act of 1986 (ECPA), 18 U.S.C.S. §§ 2071 et seq, by using invalid application to solicit information, under 2001 amendment to ECPA, government entities could be held liable for soliciting information from ISP without complying with process specified in ECPA.
Now moving forward, regardless I am a prisoner, I'm requesting of ADCRR to produce proof to establish if its authorized to censor my 1st amendment to Freedom of Speech and expression.
I have both a 1st amendment right as a 4th amendment right to privacy, and this method now being used is only (1) Taking mail being sent in to get delivered 27-30 day's after "Sender" Sends it to be "placed on tablet, (2) This method to Supposedly thwart incoming contraband "Has Failed"
Proof To Comment: On 3/26/2026. another youngster unfortuneately "Died", he fell off of his bunk landed on his head, and when Correctional Staff finally did a Security walk, it was way to late to Save him. a guard told one of the inmate's, when medical staff finally tended to him, he was bleeding from his nose, mouth, ears. and this death was preventable, The cause of that youngster's death was due to what he consumed, and the contraband did not come through mail, it was "walked-in".
Therefore, again I'll respectfully request, both Security and medical Staff be treated as a whole, as one unit, there is absolutely no distinction between Staff's, both Security Staff, and medical Staff act exactly the same in attitudes towards inmates.

And under the if I'm correct, 47(1)(F) of the Corrections Act of 1986 which involves International Human Rights Laws. which provides a right to access medical care, despite there being a number of human rights relevant to accessing medical treatment, is the same

The interpretation of s 47(1)(F) (which provides 'the right to have access to reasonable medical care and treatment necessary for the preservation of health'), These right's need to be interpreted consistently with the rights of imprisoned people to be treated with humanity and respect for their human dignity.

I respectfully ask this honorable court make clear to "All ADCRR medical and Security Staff" imprisoned people should not be denied rights other than our liberty, and that '[L]ike other citizens, prisoners have a right to enjoyment of a variety of facilities, goods, services and conditions necessary for the realisation of a high standard of health. That is to say, the health of a prisoner is as important as the health of any other person'.

And must be made to understand that 'although prisoners do not forgo their human rights, their enjoyment of many rights and freedoms enjoyed by other Citizens will necessarily be compromised by the fact that they have been deprived of their liberty'.

A Reminder to this honorable court: This current Supervisory Staff have upon several occasions attempted to have me seriously hurt, and on several occasions have stopped my mail from going out, and now director Thornell's Supervisory Staff have adopted a failed mail system, and this court should also focus upon this subject for factual reason another human life has perished, and just the simple fact that director Thornell is well informed upon the overwhelming illicit contraband which is the root cause of many lives already lost but still to this day is struggling to

contain the flow of the poison constantly coming into all prison complexes and regardless director Thornell is trying to better this very deadly situation attacking him from all sides, his supervisory staff are not helping him. On the contrary they are intentionally hurting his chance of succeeding.

The Solution: The Solution is a simple one, only thing which must, should, and needs to be done in order to solve this deadly epidemic is follow the trail of money, it's very simple, and conduct a financial audit instead of the dept of corruption punishing all prisoners by violating our rights to privacy focus on those getting mountains of commissary.

By what's now being done is in violation of one's privacy, and focus on claims which rest upon rights to privacy and freedom of expression contained in ss 13 and 15(2) respectively.

A person has the right – (a) not to have his or her privacy, family, home or "Correspondence unlawfully or arbitrarily interfered with; and (b) not to have his or her reputation unlawfully attacked.

Every person has the right to freedom of expression which includes the freedom to seek, receive and impart information and ideas of all kinds, whether within or outside the United States and whether... (b) in writing; or (c) in print...

I clearly understand director Thornell's intentions are well ment, but how I already informed him, his supervisory staff is against him, mainly those at Little Auschwitz, and here in the Abyss where majority of the warden's order's are "Abysmal" filled with stupidity and ment to create intense misery. Yuma is the part of a larger state prison system under investigation. Specifically due to concerns about violence, safety, and staffing. Investigations are ongoing regarding inmate on inmate violence. and the Yuma Complex is listed as one

of the high risk facilities affected by lock downs and restrictions due to a history of behavioral problems.

Now due to the youngsters death of Thursday March 26, 2026. Letter ID:# 2543909087 States: Yuma Complex shall follow the protocal below for Inmates assaults, group assaults, staff assaults and fights with weapons.
? Activate ICS, ? Request Medical, ? Restrain the inmates, ? Pat Search, ? Utilize a transportation chair if needed. Once the inmates are cleared by medical:
? Strip Search, ? UA, ? Cell Search, ? Visitation privileges will be revoked by admin. (seperate from disciplinary). ? Inability to participate in the upcoming unit fundraiser. ? Disciplinary Letter ID: 2543909087

Now this other one is due to the youngster's death due to the spice brought in Letter ID# 2543908192 which also states: Dakota, due to the recent increase in inmates being found under the influence, the following protocals will be in place.

Yuma Complex shall follow the protocal below for inmates found under the influence: ? Activate ICs, ? Request Medical, ? Restrain the inmate, ? Pat Search, ? Utilize the Movement chair, Once the inmate is cleared by medical: ? Strip Search, ? Body Scan, ? UA, ? Cell Search, ? Roll up inmate property for SSU to inventory/Search. 1 One change of clothing: Boxers, shirt, socks, pair of shoes and pants. 1 Basic hygiene, tablet, one sheet, one blanket, Legal/Religious material unless contraband is suspected to be present. Visitation privileges will be imposed by the unit administration. Visitation privileges will be reviewed by the unit administration, and administrative sanctions will be imposed.
? Inability to participate in the upcoming fundraiser. ? Disciplinary
-Dakota Admin.
Letter ID: 2543908192

Now, with all due respect I must mention these tactics from Dakota administration is pure blatant hypocrisy because these guards clearly know 1. how spice got in, 2. who smuggled it in, 3. who got it, and 4. who's cashing in on it, but yet, are still moving forward with their blatant hypocrisy, while the guilty continue to cash in, and more mother's and families continue to mourn the loss of another loved one.

I've been requesting my refills, these ppl continue to deny them, it's all out of retaliation, and I had appointment scheuled for 3-5-26 but it's been cancelled for what reason?

On Feb 26, 2026 in bldg. 6 where youngster died, medical staff failed to do anything, at this precise moment "all staff, both security & medical staff" are worried for the youngsters death.

To this honorable Court, only reason I'm bothering you is because I am a Sub-class member, and honorable Roslyn Silver does care, but I am going to file my own, but unfortuneately Steven Paul Logan "always" presides on my lawsuits and deny's them at screening stage "always" showing favoritism, and preferential treatment to the Dept of Corruption staff.

Therefore, I sincerely pray this honorable Court will consider requests & finally remove current medical "staff's" state wide, yes it's going to cost millions, but the money is material & with the Kick backs the Dept of Corruption is receiving from Keefe Commissary it's 10:24 pm 3/4/2026. A guard just told me these guards are worried due to "Narcotic drug" one of them smuggled in.

I'm against it, plz Clerk of Court convince judge Silver to act court order a 3rd party criminal investigation "follow the mountain of commissary" & conduct financial audits, it's about trying to save lives Thank you God Bless.

## CERTIFICATE OF SERVICE

I hereby Certify I Sent this Motion To Request Sanctions and Bring Notice To This Honorable Court through E-File to clerk of Court

United States Dist. Court
Clerk
401 W. Washington St
Phoenix, Az. 85003-2118

Pursuant to 28 U.S.C. §1746 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully Submitted this 5th, day of March, 2026.

By: Macario Ignacio Marruffo    Pro Se
Signature Notary Not Required