**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

Before the Court are two motions filed in regard to the pending Motion to Modify Injunction § 6.4: a Stipulated Joint Motion to Modify Briefing Schedule (Doc. 5114) and Plaintiffs' Motion to Deny as Moot (Doc. 5130). For the following reasons, the Motion to Deny as Moot will be denied and the Stipulated Joint Motion to Modify Briefing Schedule will be granted.

Plaintiffs request the Court deny the Motion to Modify Injunction § 6.4 because the recent Order granting a receivership (Doc. 5123) renders it moot. Plaintiffs argue the motion is moot because "[o]nce the Receiver is appointed, that person will likely be responsible for hiring and retaining healthcare staff in ADCRR" and "it is reasonable to believe a Receiver will be able to implement § 6.4 without modification." (Doc. 5130 at 1-2). This argument is unpersuasive. "A claim is moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome." *Alvarez v. Hill*, 667 F.3d 1061, 1064 (9th Cir. 2012) (quoting *U.S. Parole Comm'n v. Geraghty*, 445 U.S. 388, 396 (1980)). The Permanent Injunction remains binding on Defendants: thus, the issue

is still "live", and Defendants have a "legally cognizable interest in the outcome." *Id.*

The parties have also sought to extend the briefing schedule for the Motion to Modify Injunction § 6.4. To ensure proper briefing, Plaintiffs' response will be due March 31, 2026. Defendants' reply will be due April 7, 2026.

Accordingly,

**IT IS ORDERED** the Motion to Deny as Moot (Doc. 5130) is **DENIED**.

**IT IS FURTHER ORDERED** the Stipulated Joint Motion to Modify Briefing Schedule (Doc. 5114) is **GRANTED**. Plaintiffs shall file their response to the Motion to Modify Injunction § 6.4 no later than **March 31, 2026**. Defendants shall file their reply no later than **April 7, 2026**.

Dated this 19th day of March, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -