KRISTIN K. MAYES
ATTORNEY GENERAL
(Firm State Bar No. 14000)

Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Kimberly Friday, 035369
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com
mwalker@omlaw.com

*Attorneys for Defendants*
*[additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-ROS<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that defendants Ryan Thornell and Richard Pratt, in their official capacities, appeal to the United States Court of Appeals for the Ninth Circuit from this Court's February 19, 2026 Order, Doc. 5123, and all other orders and rulings subsumed therein.

DATED this 19th day of March, 2026.

OSBORN MALEDON, P.A.

By s/ Andrew G. Pappas
Mary R. O'Grady
Andrew G. Pappas
John S. Bullock
Kimberly Friday

Molly S. Walker
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793

OFFICE OF THE ATTORNEY GENERAL

Joshua D. Bendor
Gregory Honig
Luci D. Davis
Lucy M. Rand
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-8958

Attorneys for Defendants

## REPRESENTATION STATEMENT

Pursuant to Fed. R. App. P. 12(b) and Ninth Cir. R. 3-2, Defendants-Appellants Ryan Thornell and Richard Pratt, in their official capacities, provide the following representation statement:

| Parties | Counsel |
|---|---|
| Ryan Thornell and Richard Pratt, in their official capacities,<br>*Defendants-Appellants* | Mary R. O'Grady<br>Andrew G. Pappas<br>John S. Bullock<br>Kimberly Friday<br>Molly S. Walker<br>**OSBORN MALEDON, P.A.**<br>2929 N. Central Ave., Suite 2000<br>Phoenix, AZ 85012-2793<br>(602) 640-9000<br><br>Joshua D. Bendor<br>Gregory Honig<br>Luci D. Davis<br>Lucy M. Rand<br>**OFFICE OF THE ATTORNEY GENERAL**<br>2005 N. Central Ave.<br>Phoenix, AZ 85004<br>(602) 542-8958 |
| Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated,<br>*Plaintiffs-Appellees* | Donald Specter<br>Alison Hardy<br>Sophie Hart<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, CA 94710<br>(510) 280-2621<br><br>Corene T. Kendrick<br>**ACLU NATIONAL PRISON PROJECT**<br>425 California St., Suite 700<br>San Francisco, CA 94104<br>(202) 393-4930<br><br>David C. Fathi<br>Maria V. Morris<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th St., N.W., 7th Floor<br>Washington, DC 20005<br>(202) 393-4930 |

| | |
|---|---|
| | Jared G. Keenan<br>Lauren K. Beall<br>**ACLU FOUNDATION OF ARIZONA**<br>2712 North 7th St.<br>Phoenix, AZ 85006<br>(602) 650-1854 |
| Disability Rights Arizona<br>*Plaintiff-Appellee* | Asim Dietrich<br>**DISABILITY RIGHTS ARIZONA**<br>5025 E. Washington St., Suite 202<br>Phoenix, AZ 85034<br>(602) 274-6287<br><br>Rose A. Daly-Rooney<br>Maya Abela<br>**DISABILITY RIGHTS ARIZONA**<br>4539 E. Fort Lowell Road<br>Tucson, AZ 85712<br>(520) 327-9547 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I hereby certify that on March 19, 2026, I served the attached document by first-class mail on the Honorable Roslyn O. Silver, United States District Court, Sandra Day O'Connor U.S. Courthouse, Suite 624, 401 West Washington Street, SPC 59, Phoenix, Arizona 85003-2158.

s/ C.Buxton