**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion to Enforce § 19.3, 29.2, 29.3, and 30 of the Injunction (Doc. 5032). Defendants responded, (Doc. 5057), and Plaintiffs replied (Doc. 5062). The Court has also reviewed Defendants' Request to Modify Operative Custody Staffing Plan. (Doc. 5108). The Court will order Monitor Scott Frakes to prepare a report addressing material issues concerning both and considering Defendants' Response (Doc. 5057), Plaintiffs' Reply (Doc. 5062), and Plaintiff's previously stated objections (Doc. 5017 at 6-7). The response shall be filed under seal no later than **April 30, 2026**.

**IT IS ORDERED** Monitor Scott Frakes shall prepare a report addressing material issues concerning Plaintiffs' Motion to Enforce § 19.3, 29.2, 29.3, and 30 of the Injunction, (Doc. 5032), and Defendants' Request to Modify Operative Custody Staffing Plan (Doc. 5108). The report shall be filed under seal no later than **April 30, 2026**.

…

…

…

**IT IS FURTHER ORDERED** Plaintiffs and Defendants shall file simultaneous responses to Mr. Frakes' report no later than **May 14, 2026**.

Dated this 23rd day of March, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge