# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Shawn Jensen, et al.,

Plaintiffs,

v.

Ryan Thornell, et al.,

Defendants.

No. CV-12-00601-PHX-ROS

**ORDER**

Non-party Alfred E. Caraffa is engaging in vexatious litigation practices. Mr. Caraffa has been advised that this class action is not an appropriate venue for addressing his individual issues and that continued filing of motions in this case could result in his being barred from this continued abuse of the legal process (Doc. 5054); nevertheless, he has now filed a "Motion for Court Attorneys' Mailing Addresses." (Doc. 5103). Mr. Caraffa is already subject to an abusive litigant order in another action limiting him to three lawsuits per year.

Because Mr. Caraffa has not heeded the Court's warnings and continues to engage in vexatious practices, the Court will bar Mr. Caraffa from filing further motions in this action. If Mr. Caraffa attempts to file any pro se motions in this action in the future, the Court will direct the Clerk of Court to reject such a filing. As Mr. Caraffa has demonstrated that he will continue to file inappropriate motions absent such constraints and he retains the ability to file three lawsuits per year, this restriction is necessary and appropriate and narrowly tailored to limit further vexatious conduct while ensuring Mr. Caraffa's continued

access to the courts for cases truly meriting the Court's attention.

Accordingly,

**IT IS ORDERED** Mr. Caraffa is enjoined from filing or lodging any motion pro se in this matter.

**IT IS FURTHER ORDERED** the Clerk of Court must accept no further motions for filing from Mr. Caraffa pro se in this case number.

**IT IS FURTHER ORDERED** the Clerk of the Court must strike the "Motion for Court Attorneys' Mailing Addresses" (Doc. 5103).

Dated this 23rd day of March, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -