**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

The Court Monitors have completed the Final Special Needs Unit (SNU) and Inpatient Component (IPC) Health Care Staffing Analysis and Plan pursuant to Section 1.17 of the Permanent Injunction (Doc. 4410).  The Court will direct the SNU and IPC Staffing Analysis and Plan to be filed and will further order the parties to file responses to the Staffing Analysis and Plan.  Finally, the Court will direct Defendants to "begin collecting, reporting, and trending the actual data points for each SNU and IPC as laid out in the methodology."  (Report at 1.)

**IT IS THEREFORE ORDERED** the Clerk of Court shall file the Court Monitor's Final Special Needs Units and Inpatient Care Units Health Care Staffing Analysis and Plan under a separate docket entry.

**IT IS FURTHER ORDERED** the parties shall file responses to the SNU and IPC Health Care Staffing Analysis and Plan no later than **April 10, 2026**.

///

///

**IT IS FINALLY ORDERED** Defendants shall "begin collecting, reporting, and trending the actual data points for each SNU and IPC as laid out in the methodology." (Report at 1.)

Dated this 24th day of March, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge