☒ FILED    ☐ LODGED

**Mar 24 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**CV-12-00601-PHX-ROS**

*Jensen v. Thornell*
*ADCRR SNU and IPC Health Care Staffing Analysis and Plan*
*March 2, 2026*

# Contents

Introduction ........................................................................................................................... 1

Background ............................................................................................................................ 2

Overarching Findings:  Current State of SNU and IPC Care ............................................ 4

   Operations ........................................................................................................................ 4

   SNU and IPC Capacity .................................................................................................... 4

   Medical Care .................................................................................................................... 5

   Nursing Care .................................................................................................................... 7

   Mental Health Care ........................................................................................................ 10

   Rehabilitative Therapies ............................................................................................... 10

   Current Staffing of SNUs and IPCs .............................................................................. 10

   Electronic Medical Record ............................................................................................ 11

  STAFFING PLAN ............................................................................................................... 11

   Medical Practitioners .................................................................................................... 12

     Base Staffing: IPC Practitioner .................................................................................. 13

     Base Staffing: SNU Practitioner ................................................................................. 14

   Nursing Staffing ............................................................................................................ 15

     Assessment Tools ...................................................................................................... 17

       Comprehensive Nursing Assessment ..................................................................... 17

       ADL Needs  Scoring Tool ......................................................................................... 18

     Converting Scores to Tiers ......................................................................................... 19

     Converting Tier Data to Staffing ................................................................................. 19

       RN Staffing .............................................................................................................. 20

       LPN Staffing ............................................................................................................ 21

       CNA Staffing ............................................................................................................ 21

     Clerical Nursing Support ............................................................................................ 22

     Alternatives to Our Assessment Tools ....................................................................... 22

   Mental Health Care ....................................................................................................... 22

Rehabilitative Therapies ........................................................................................................23

    Physical Therapy .............................................................................................................23

    Occupational Therapy .....................................................................................................24

    Speech Therapy..............................................................................................................24

Implementation ...................................................................................................................24

Unit Profiles ........................................................................................................................25

Phoenix IPC ........................................................................................................................25

Lewis IPC and Medical Hub ................................................................................................25

Tucson..................................................................................................................................26

    Rincon ............................................................................................................................26

        Rincon IPC ..................................................................................................................26

        Rincon IPC Step-Down/SNU Step-Up ........................................................................27

    Catalina ..........................................................................................................................27

        Catalina IPC ................................................................................................................28

        Catalina SNU ..............................................................................................................28

    Manzanita SNU ...............................................................................................................29

Eyman Cook SNU ...............................................................................................................29

Perryville SNU and IPC ......................................................................................................30

Appendix 1 Sample SNU Staffing Calculations .......................................................................31

Appendix 2 Sample IPC Staffing Calculations.........................................................................40

# Introduction

The United States District Court for the District of Arizona ORDER AND PERMANENT INJUNCTION (Injunction) regarding the Arizona Department of Correction, Rehabilitation and Reentry (ADCRR), Section 1.17 states "To determine the number of staff necessary to care for patients, the Court will appoint an expert to conduct a staffing analysis and plan of health care positions at each location." (Doc. 4410). In April 2025, we submitted the required Staffing Plan (Doc. 4963; Primary Care Staffing Plan). It covered staffing for primary care and mental health outpatient, residential and inpatient care. The Plan expressly excluded staffing for long-term care (Special Needs Units; SNU) and medical inpatient care (Inpatient Care Units; IPC), citing that new SNU and IPC capacity was still under development, and it would be best to delay an analysis until the units were fully operational. We recommended that a Staffing Plan for SNUs and IPCs be developed once the new SNU at Eyman was populated, SNU and IPC patients in Tucson Catalina had been stabilized, decisions about continuing to use existing SNUs and IPCs had been resolved, and staffing had stabilized.

That having been accomplished, we began assessing SNU and IPC staffing in September, 2025 and visited all the male SNU and IPC sites in October, 2025. We also reviewed SNU and IPC patient records, reviewed NaphCare staffing documents, interviewed NaphCare leaders on the Bed Management Committee, conducted extensive literature review and research, interviewed national correctional health experts, and interviewed medical leaders from several prison systems. This report contains the resulting staffing recommendations. The recommended staffing is in addition to that laid out in the existing Primary Care Staffing Plan. Some staff members may provide care in both settings, i.e. in the outpatient setting (under the Primary Care Staffing Plan) and the inpatient setting (under this staffing plan). In those cases, the relevant portions of their FTE should be accounted for in that setting. For example, a small IPC may only require 0.4 FTE RN. However, an RN must be present at all times. In that case, 0.6 FTE of the RN's time might be allocated to select outpatient tasks, such as managing patients from elsewhere in the complex with urgent needs who are transported to the RN.

We recognize that special circumstances may arise in which it may be clinically safe to engage lower staffing levels than those prescribed in this staffing plan, e.g., change in mission of a SNU or IPC unit. To support ADCRR's ability to nimbly adjust staffing in those circumstances, we recommend that ADCRR be allowed to make changes upon approval of the Monitors.

Of note, the methodology we describe for calculating SNU and IPC staffing relies on a variety of essential patient demographic and operational variables that ADCRR does not currently collect. We provide "sample" SNU and IPC data and demonstrate the staffing calculations in two appendices to this report. In order for ADCRR to create actual unit-specific staffing for each SNU and IPC immediately if and when the Court orders implementation of this plan, it is essential that ADCRR immediately begin collecting, reporting, and trending the actual data points for each SNU and IPC as laid out in the methodology.

# Background

ADCRR's *Medical and Dental Services Technical Manual* (MDSTM) uses the term "Infirmary" as the level of on-site care provided to patients whose medical conditions warrant a higher level of care than can be provided in general population housing areas. The terms IPC and "infirmary care" have historically been interchangeable within ADCRR.  IPCs resemble, but are not identical to, community skilled nursing homes.  This document uses the term "IPC" with the three levels of care designated in the MDSTM:  IPC Level 1, IPC Level 2 and IPC Level 3 (Sheltered Housing).[1]  An IPC is a 24/7 acute care unit for individuals whose medical illness does not require a hospital but still requires monitoring or care that cannot be provided in a general population housing areas or outpatient clinic. Practitioners and nurses are on site daily.  Patients may be rehabilitating from stroke, surgery, inpatient cancer treatment, or many other serious conditions. They may have centrally placed catheters, significant wounds, be receiving intravenous medications, or require on-going physical or occupational therapies.  Once an IPC patient's acute issues have resolved (if they do), the patient is usually discharged back to general population with outpatient follow-up or to a SNU for ongoing care.

ADCRR's MDSTM uses the term Special Needs Units to denote the level of on-site care provided to patients whose conditions warrant a higher level of medical, psychiatric, and nursing care than can be provided in the general housing areas but do not warrant infirmary-level care.  SNUs resemble, but are not identical to, community basic nursing homes.  A SNU is a 24/7 residential care setting for individuals who have daily nursing needs, but the acuity of the illness does not require an IPC or frequent medical practitioner care. Nursing needs typically address activities of daily living (i.e. toileting, bathing, eating, dressing, etc.), assuring social interactions, and supporting mobility.  There may be wound care and other clinical interventions, but not at the level of acuity seen in an IPC.  SNU patients are sometimes discharged to the community or back to general population units, but long-term or permanent stays are common.

The Injunction set forth specific requirements for these residential care settings:

> Provision 7.5.3. Individuals needing SNU housing are individuals who are elderly, physically disabled, or developmentally disabled, exclusive of those who have acute health care needs requiring placement in an inpatient component and exclusive of those whose assisted living needs are minimal enough to be met by the support normally provided to individuals in general population, such as assistance with self-administration of medicines. To determine which individuals need SNU housing, Defendants will be generally be guided by the health/functional/physical needs criteria established by the Arizona Health Care Cost Containment System ("AHCCCS") for individuals to receive Elderly and Physically Disabled

---

[1] The reader is cautioned that the terms "Level 1," "Level 2," and "Level 3," are, unfortunately, used in two different ways in this report.  ADCRR's MDSTM uses these terms to define the three different intensities of need for patients admitted to its IPCs, with Level 1 connoting patients with the most intense need, usually post-release from the hospital. In our Primary Care Staffing Plan (Doc. 4963) we generated the terms Level 1 through 6 to define patient complexity based on their chronic disease diagnoses, with Level 1 connoting patients with the least complexity. To help avoid confusion, we will insert "IPC" before each use of the former type of Level, and "PCCM Complexity" before each use of the latter type of Level.

2

services as defined in Arizona Administrative Code R9-28-304, e.g., the Pre-Admission Screening Tool.

Provision 7.6.1. A medical practitioner shall be contacted and collaborate on the creation of an immediate care plan immediately upon a patient being admitted to the IPC.

Provision 7.6.2. An RN shall complete an admission nursing assessment immediately upon a patient being admitted to an IPC.

Provision 7.6.3. A medical practitioner shall complete an admission history and physical within one calendar day of admission to the IPC for patients who are going to remain beyond 24 hours.

Provision 7.6.4. An RN shall complete an assessment in the IPC at the frequency ordered. The spacing of the assessments shall be clinically appropriate.

Provision 7.6.5. The call buttons of all patients admitted to an IPC level bed are determined to be working on the day of admission and once per month. If a call button is not working health care staff shall perform a welfare check at least once per 30 minutes.

Provision 7.7. Defendants shall discontinue the use of Observation Beds. Patients requiring monitoring or medical care beyond that normally available and safely used in non-medical living units shall be admitted to an IPC.

The Primary Care Staffing Plan calls for a patient-centered model of care in which a defined primary care team is responsible for a specific panel of patients and assignment of the level of the primary care provider (PCP) based on the patient's clinical complexity; physicians are assigned as PCP for the most complex patients and Advance Practice Practitioners (nurse practitioners, physician assistants; APP) are assigned to patients with less complexity.  The primary care team is responsible for all primary care and collaborates with mental health practitioners and medical specialists to coordinate and integrate care under a single care plan.  Mental health services are provided under a similar model of care in which patients have an assigned Primary Therapist and team member caseloads are designated based on patient Mental Health Levels.  The features of these models – the Patient Centered Care Model (PCCM) and Primary Therapist model - are built into the Staffing Plan for SNUs and IPCs so that patient-centered, team-based care is consistent and ubiquitous across ADCRR.  This creates the highest likelihood that the requirements of the Injunction can be realized and sustained.

Location, capacity and average population of all ADCRR's SNUs and IPCs are shown in the table below. In the report, they are referred to by their unit names without ASPC Complex designations.

| ADRCC SNU AND IPC UNITS | | | | |
|---|---|---|---|---|
| Complex | Unit | Type | Capacity | Average Census |
| ASPC Eyman | Cook | SNU | 68 | 34 |
| ASPC Phoenix | Baker Unit IPC | IPC | 45 | 42 |
| ASPC Perryville | Lumley | SNU | 15 | 5 |
| ASPC Perryville | Lumley | IPC | 12 | 2 |
| ASPC Lewis | B Ward IPC | IPC | 13 | 12 |
| ASPC Tucson | Rincon | IPC | 66 | 58 |
| ASPC Tucson | Manzanita | SNU | 46 | 44 |
| ASPC Tucson | Catalina | SNU | 160 | 135 |
| ASPC Tucson | Catalina | IPC | 80 capped at 40 | 25 |

3

# Overarching Findings:  Current State of SNU and IPC Care

We identified several factors in the current operation of SNUs and IPCs that inform our staffing recommendations.

## Operations

ADCRR and NaphCare operate a daily bed management process in which regional and complex clinical leaders and care providers review all potential transfers to and from SNU and IPC beds and make decisions regarding transfers across ADCRR and admissions to and from local hospital emergency rooms and inpatient units.  Decisions are made daily after which custody transport resources are assigned and clinical communication takes place.  Transfers are generally smooth and efficient, and the process is commendable.  There are no backlogs of patients awaiting discharge from hospitals, and patients transferred from hospitals rarely (only about once per quarter per complex) have to return to the hospital due to clinical deterioration resulting from premature transfer back to ADCRR.

As submitted in their July 16, 2025 Third Interim Report to Court, the Monitors showed that ADCRR is far from reaching substantial compliance with any of the Injunction requirements 7.6.1 – 7.6.5 relating to IPCs.

ADCRR is also not complying with requirement 7.5.3 relating to assessing incoming SNU patients, which requires assessment to be generally guided by AHCCCS criteria.  The SNU Nursing Assessment instrument embedded into ADCRR's electronic health record, TechCare, differs substantively from the AHCCCS criteria in that the list of medical conditions assessed under the instrument is limited, and the following key patient status factors are not included:

- Patient deterioration in last 90 days;
- ER visits and inpatient hospitalizations in last six months;
- Patient falls in last 90 days;
- All assistive devices used by the patient (the list in the current instrument is incomplete); and
- Wandering, self-injurious behavior, resistiveness, or disruptiveness behaviors.

Also, clinical information and practitioner orders are scattered throughout TechCare and not summarized anywhere, making it difficult to effectively organize patient care.

## SNU and IPC Capacity

ADCRR's original plan to comply with Injunction requirements was to construct three new bays at Catalina.  One bay would house up to 80 IPC patients, and two others would each house up to 80 SNU patients.  It was anticipated that IPC patients at existing units at Phoenix and Lewis would be transferred to Catalina IPC and those former units would be repurposed.  Likewise, patients in Manzanita SNU and Rincon IPC were expected to move to Catalina.

4

Instead, Phoenix, Lewis and Rincon IPCs are still operating and are full, and the Catalina IPC houses an average of 25 patients.[2]  The Manzanita SNU also remains operational.

In 2024, ADCRR decided to convert three buildings at Eyman's Cook Unit to serve SNU patients and potentially include dementia care and end of life care.  Currently, just one building is operational and it has capacity for 68 beds with an average census of 43 patients.

ADCRR currently has unused capacity for SNU and IPC care, which will certainly be needed in the future as the population ages.  For now, some patients are inappropriately placed in an IPC or SNU, housing them at a higher level of care or more restrictive environment than necessary.  Patients are kept in IPCs who could be transferred to SNUs even though SNU beds are available.  IPCs also house patients with dementia who could be transferred if more SNU dementia treatment capacity were available.  SNUs house fully-independent patients who do not require nursing assistance but need ADA (Americans with Disabilities Act)-compliant housing with features such as grab bars or larger doorways to accommodate wheelchairs.  Although these features are available in the SNUs, the SNUs do not offer these patients the required programming available in general population.  Phoenix IPC houses patients who are on Mental Health Watch and do not need IPC care, but remain there because there are an insufficient number of Mental Health Watch beds in the state.

## Medical Care

1.  Premature Downgrading of IPC Patients from IPC Level 1 to IPC Level 2
 Per ADCRR's MDSTM, there are three levels of IPC care, each with different minimum care requirements:

- IPC Level 1 – requires a minimum of medical rounds daily on weekdays. All new admissions are designated IPC Level 1 until evaluated by a practitioner.
- IPC Level 2 – requires a minimum of medical rounds three times per week excluding holidays and weekends.
- IPC Level 3 (Sheltered Housing) – these patients are awaiting transfer to SNUs (even though SNU beds are available) or have dementia or mild cognitive impairment and could be transferred if dementia treatment capacity were available. These patients require a minimum of monthly medical rounds.

We observed that many IPC patients were downgraded from IPC Level 1 to IPC Level 2 at the time of their first medical assessment.  Often, however, the patient was not clinically stable enough to warrant the change.

2.  Assignment of Practitioner
Across ADCRR, neither IPC nor SNU patients are assigned to a medical practitioner based on their clinical complexity.  This violates the Injunction.  IPC Level 1 and 2 patients are very complex and unstable and should be assigned to a physician as their PCP.  IPC Level 3 (Sheltered Housing) patients, i.e., patients

---

[2] Census data used in this report is an average of one random day for each month June –  October, 2025, as reported on the ADCRR daily count sheets except for Cook SNU for which the data is for August – October, 2025, because the unit was not fully operational until August.

who are ready to be placed in a SNU or dementia unit, could be assigned to a SNU physician or APP based on their PCCM Clinical Complexity.

3.   Practitioner Coverage

SNU and IPC practitioners usually work four 10-hour shifts a week.  In units with just one practitioner, during one weekday there is no practitioner coverage to attend to new admissions, daily rounds, or new clinical needs.  Facility Medical Directors (FMD) currently cover rounding or new admissions on un-staffed weekdays, and weekends are covered by practitioners – usually APPs- from other parts of the complex, or by offsite teleproviders (i.e., Qualcare.)

NaphCare's regional medical leaders reported that NaphCare is looking into assigning a specific pool of physicians to be available by telehealth to all IPCs for admissions and follow-up assessments on weekdays (an arrangement they used at some facilities during the COVID pandemic).  Presumably, these physicians would know the patient populations better than random QualCare providers.  One barrier to implementation is insufficient WIFI access in some IPCs.

4.   Comprehensive Practitioner Care

Consistent with the requirements of the Injunction, ADCRR's MDSTM requires that SNU and IPC practitioners take over as the primary care provider for patients and are responsible for all acute and chronic care issues that the patient has.  It further requires that practitioners develop a plan for each issue and track each over time.  In most cases, however, SNU and IPC practitioners are not following these directives.  SNU and IPC medical care is often fragmented, with the SNU and IPC providers focusing narrowly on the condition that led to the admission to the unit, while random telehealth practitioners conduct virtual chronic care visits that do not address the SNU-related elements of the patient's needs.  Virtual chronic care visits do not include necessary physical exams.  There is no integrated plan of medical care that addresses all of the patient's needs (i.e., the acute, chronic, long-term care, and mental health conditions).

5.   Practitioner Documentation of SNU and IPC Care

Some SNU and IPC provider orders are documented in progress notes, others are placed in TechCare "queues," some are placed on the patient's clinical problem list, and still others are delivered orally to RNs.  As a result, there is no way in TechCare to easily access all of a patient's current orders.  This increases the risk for errors and missed clinical interventions and does not allow for a quick view of all a patient's active orders for use by RNs when planning daily care.

TechCare is designed for ambulatory care, not for around-the-clock care provided in SNUs and IPCs.  Practitioners must therefore separately document care on specialized templates created for chronic care and SNU or IPC care.  This is very inefficient and does not support integrated, comprehensive care.

6.   Support from Medical Assistant

Most SNU and IPC practitioners do not have a Medical Assistant assigned to them. Therefore, high-cost practitioner time is wasted managing their schedules, taking vital signs, gathering clinical data for rounds, etc.

6

7.  Patient Privacy

Most IPCs and SNUs are dormitory style or have patients housed in common areas.  Much practitioner care is delivered at bedsides rather than in exam rooms, which is problematic for patient privacy and because other patients often "swarm" and interrupt practitioners during bedside care.  Telehealth is often carried out by bringing a computer to the patient bedside rather than in a private room.

# Nursing Care[3]

Per ADCRR's MDSTM, nursing care for SNU patients requires the following:

- An RN must be onsite at all times to monitor the care provided.
- RNs conduct weekly documented nursing assessments including weight and vital signs.
- The number of qualified nursing staff providing care is based on the number of patients, the severity of their illness, and the level of care required for each.
- Monthly interdisciplinary care meetings should be conducted to review treatment plans for each patient.
- Nurses must develop patient-specific goals with treatment plans designed to meet those goals.

Per ADCRR's MDSTM, nursing care for IPC patients requires the following:

- For patients admitted from hospitals, RN obtains verbal report from the sending hospital nurse, and notifies ADCRR custody staff that the patient will be admitted upon hospital release.
- An RN obtains orders from the admitting practitioner.
- An RN assures that all admission orders include admission to IPC Level 1, diagnosis, allergies, medications, diet, activity level, diagnostic tests, and special needs.
- An RN implements admission orders.
- An RN must be onsite at all times to supervise the activities of nursing staff.
- An RN completes an admission assessment within one hour of arrival.
- An RN assures that ordered medications are available.
- An RN completes clinically appropriate patient assessments at the frequency required:
    o  At least every shift for IPC Level 1 patients
    o  Daily for IPC Level 2 patients
    o  Weekly for IPC 3 - Sheltered Housing patients
- The number of qualified nursing staff providing care is based on the number of patients, the severity of their illness, and the level of care required for each.
- At least daily, a Supervising RN ensures that care is being provided according to orders.
- Weekly interdisciplinary care meetings are held to review treatment plans for each patient.

---

[3] RNs, LPNs, and CNAs are all components of nursing staffing in long-term care.  Thus, the term "Nursing" in this document refers to care provided by all three professions.  Also, NaphCare uses the term CNAs in some instances, and Patient Care Technicians (PCTs) in others.  PCTs may be CNAs or EMTs.  For this report, CNAs, PCTs and EMTs are interchangeable.

- An LPN may not be the supervising caregiver.

SNU and IPC nursing staff strive to provide good patient care, but the lack of fundamental long-term care tools and approaches results in care that is inefficient, fragmented, task-oriented, and error-prone. Nursing care does not address the patient's needs under an organized comprehensive plan of care, does not optimize patient function, and changes in patient status are not captured or quantified in ways that lead to effective resource allocation, interventions, and patient outcomes.  These are clear departures from principles of effective, evidence-based long-term care and are impediments to ADCRR achieving substantial compliance with the entirety of the SNU- and IPC-relevant parts of the Injunction, including but not limited to provisions 7.5, 7.6, and 1.1.  These issues are outlined in more detail below.

1. Nursing Assessments

Sequential nursing assessment by RNs and subsequent development of a nursing care plan form the backbone of long-term care.  In ADCRR SNUs and IPCs, nursing assessments lack many key elements of patient status, and do not consider status changes since the last assessment, such as falls or hospitalizations.  Each assessment essentially stands alone and is often inexplicably different from day to day.  This results in the inability to create an adequate initial comprehensive nursing care plan and failure to modify the care plan where needed, leading to uncoordinated nursing care and disruptions in continuity of care.

Nursing assessments in ADCRR SNUs and IPCs use forms (templates) embedded into TechCare.  These forms do not sufficiently mirror industry-standard assessment tools for long-term care.  The general assessment content is incomplete as is assessment of high-risk conditions prevalent in long-term care. For example, there are no tools used to assess and track changes in mental status or skin integrity, though evidence-based tools are widely available in community long-term care.  Nursing assessments also do not address or incorporate the patient's mental health status and plan of care, nor the therapeutic objectives of physical or occupational therapies.

TechCare contains a validated risk assessment tool (Morse Fall Risk Assessment), it but it does not appear to be incorporated into the nursing care plan.

2. Comprehensive Nursing Care Plan (NCP)

In long-term care, nursing assessments should inform the comprehensive NCP.  At ADCRR, SNU and IPC RNs do not create comprehensive NCPs.  In fact, TechCare does not include a NCP template.  Individual patient needs, treatments, orders, and risks are scattered in TechCare and are not coordinated into a coherent NCP.  RNs typically expend about an hour at the start of every shift figuring out which patients need what care and by whom.  This is inefficient, allows for errors and omissions in care, and affords no means of translating changes in patient status into changes in patient care.

3. System to Classify and Track Nursing Needs

ADCRR has no tool for quantifying an individual patient's need for assistance with Activities of Daily Living (ADLs)– feeding, turning, toileting, ambulation, etc. – which is necessary to assign the proper level

of Certified Nursing Assistant (CNA) care.  Also, SNU and IPC RNs do not use tools to record and track whether patient ADL needs are met.  This information is vital to assess whether patient care is provided as ordered, determine if CNA staffing is sufficient, correct deficiencies in real time, and identify trends in the population that warrant long-term staffing changes.

ADCRR also has no tool for assigning patients a status that reflects their clinical care needs, which is necessary to assign the proper level of LPN and RN care.  There is also no consistent method of documenting whether ordered care was delivered.

Without these tools, nursing staffing cannot be "assigned based on the number of patients, the severity of their illness, and the level of care required for each," as required by the MDSTM and the Injunction.

4. Restorative Nursing Care Practices

Nursing care in SNUs and IPCs does not appear to incorporate the principles and practice of restorative nursing care which, decades ago, transformed long-term care from its historic "warehousing" or institutional task-based model, to a planned, goal-directed approach to nursing care that focuses on helping patients maintain, regain, or improve physical, mental, and psychosocial function to their highest possible level.  Restorative care promotes independence in ADLs such as walking, eating, dressing, toileting, and transferring, prevents decline by encouraging residents to use their remaining abilities, and builds on therapy goals after physical, occupational, or speech therapy has ended.  More than 20 years of international evidence demonstrates that restorative nursing care preserves or increases patient ability to conduct ADLs, reduces dependency, and increase quality of life, and is thus medically necessary.  It also increases staff satisfaction.  The federal Centers for Medicare and Medicaid (CMS), which regulates long-term care, requires facilities to implement restorative programs to maintain or improve resident function.[4]  Under restorative nursing practice, patients are dressed, out of bed, and in common areas much of every day.  Staff support patients to do as much of their own care as possible, with assistance where needed.  For example, the CNA provides assistance to a patient who is feeding himself, rather than simply feeding him, and the CNA watches for and reports changes in the patient's abilities over time.  Instead, nursing care in ADCRR's SNUs and IPCs is heavily task-based; many SNU and IPC patients spend days alone in dark single rooms or lying in bed, and little attention is given to maintaining or improving patient ADL functioning.  This is a clear departure from long-term care as it is provided in the community, and is not explained by penological needs.

5.   Patient Privacy

Most IPCs and SNUs are dormitory style or have patients housed in common areas.  Much nursing care is delivered at bedsides rather than in exam rooms, which is problematic for patient privacy and because other patients often "swarm" and interrupt nurses during bedside care.

---

[4] 42 CFR Part 483 B § 483.24

## Mental Health Care

In November 2025, there were 383 patients in ADCRR SNUs or IPCs, of whom 111 (29%) were on the Mental Health case load; 31% were MH Level 3 C, D, or E, 48% were MH Level 3B, and 22 % were MH Level 3A.  No patients were MH Levels 4 or 5, the highest levels of need.

A review of SNU cases showed that all SNU patients had an assigned Primary Therapist.  Most patients were seen at appropriate frequencies, though the durations were often short and confidentiality was not always provided.  Primary Therapists rarely integrated into their mental health care plans the patient's medical needs driving their SNU placement, though it was often clinically appropriate and necessary to do so.

A similar review of cases at IPCs showed that mental health care for patients in Catalina IPC complied with expected timeliness, frequency, and duration of treatment sessions based on MH Level, and interactions complied with the treatment plan.  Care at Lewis and Rincon IPCs fell below the standard of care, with most visits not conducted confidentially, all less than 10 minutes in duration, far fewer visits than clinically indicated, and few treatment plans updated within 30 days of arrival at the IPC as required by the Injunction.

## Rehabilitative Therapies

There appears to be little emphasis on rehabilitative therapies (physical, occupational, and speech therapies) in ADCRR's SNUs and IPCs.  Some units are devoid of a physical therapy room.  Nursing homes are federally mandated to provide access to necessary physical therapy services which includes equipment and space.  Patients in SNUs or IPCs who lack physical therapy rooms and need equipment such as parallel bars to learn to walk, or space to learn wheelchair navigation, will likely not achieve their rehabilitative goals.

NaphCare's Position Control Matrix (PCM)[5] shows that Eyman's Physical Therapist positions are vacant, and only Tucson has positions for a Physical Therapist Assistant and Occupational Therapist.  We did not meet with rehabilitative therapists, but chart reviews demonstrate little clinical focus on optimizing patient large or fine motor function, swallowing, ADLs, or independence. Also, where a physical or occupational assessment and plan of care are in place, they are not incorporated into practitioner or nursing plans of care.  This is inconsistent with evidence-based long-term care.

## Current Staffing of SNUs and IPCs

It is difficult to accurately quantify current staffing in ADCRR's SNUs and IPCs using available staffing reports or other documents, references, or data.  NaphCare does not use standardized patient-to-caregiver ratios to staff these units, and its PCM only identifies nursing staff specifically assigned to long-term care units at the Phoenix IPC (only LPNs are identified) and Catalina SNU and IPC.  All other SNU and IPC staff in the state are lumped with and undifferentiated from the complex's other health care

---

[5] *NaphCare produces this document – known as the PCM – monthly. It shows, by complex, staffing required under its contract with ADCRR and the actual positions filled.  ADCRR provided us with the PCN dated 10/2/25 for this analysis.*

staff on the PCM.  NaphCare's contract requirements for Catalina SNU and IPC staffing compared to the actual positions filled shows that at least 40% of all nursing positions at Catalina SNU and IPC are currently vacant.

During our tours of the SNUs and IPCs in October 2025, Facility Health Administrators (FHAs) and NaphCare regional clinical staff orally reported the current staffing levels in each unit, by shift and weekdays versus weekends.  Some practitioners care for both SNU/IPC patients and patients in other housing units in the complex.  Some nursing staff float across settings as well.  In addition, CNAs and emergency medical technicians (EMT) from elsewhere in a complex may be brought in to augment staffing when the population's ADL needs increase.  Most units have one or more Psychology Associate assigned to SNU/IPC patients, but most are also assigned patients in other housing units in the complex.

Due to missing or incomplete staffing documents, for this analysis we relied on the oral descriptions of staffing reported by FHAs and NaphCare regional clinical personnel.

## Electronic Medical Record

TechCare - NaphCare's electronic medical record – is designed for outpatient correctional health care.  It is not tailored to the residential long-term care setting and cannot adequately support safe, efficient, and effective long-term care in its current state.  An effective EHR for long-term care can do all of the following:

- Consolidate all practitioner orders in a single location;
- Enable practitioners to document all care (primary care, including episodic and chronic care) in a single, integrated note and with an integrated problem list;
- Use Nursing Assessment forms that are comprehensive, capture changes since prior assessment, and update the nursing plan of care accordingly;
- Allow creation of an integrated NCP;
- Produce daily plans of care for each patient and enable daily documentation of execution of each patient's orders in one place;
- Produce team-based daily plans of care that incorporate all the patient needs in a useable format;
- Incorporate evidence-based assessment tools for skin integrity, mental status changes, fall risk.

TechCare provides none of these functions.

# STAFFING PLAN

This Staffing Plan for SNUs and IPCs includes features of PCCM and Primary Therapist models so that patient-centered, team-based care is consistent and ubiquitous across ADCRR, in support of Injunction requirements.  Importantly, CMS has long supported the need for team-based, patient-centered long-term care.

Consistent with our Primary Care Staffing Plan, in this plan we equate 1.0 FTE with 40 hours per week for medical practitioners, mental health clinicians, and rehabilitative clinicians.  SNU and IPC nursing staff work 12- hour shifts, referred to by ADCRR and NaphCare as "positions" for day shift and night shift.  Each "position" represents one person in the unit for 12 hours for five days.  Thus in this Staffing Plan, one position equals 1.5 40-hour FTEs.

Consistent with the Primary Care Staffing Plan, staffing for all disciplines includes a 7% adjustment ("relief factor") for coverage of that position during sick time and vacation time.

Calculations for all staffing in a sample SNU population and a sample IPC population are provided as appendices.

## Medical Practitioners

There are no published guidelines or regulations dictating practitioner-to-patient ratios for long-term care, though some observational studies and reported practice patterns exist.  Thus, while this staffing plan is rooted in research and/or experience in community long-term care and correctional settings, no single relevant model exists, necessitating our development of one *de novo.*  To develop this Staffing Plan, we:

- Considered knowledge from the community long-term care field;
- Consulted with medical experts with IPC and long-term care experience in multiple state prisons systems;
- Reviewed timeframes that Medicare ascribes to evaluation and management services in nursing homes;
- Considered the Injunction requirements.

We built the requirements for practitioner staffing for the SNU and IPC with the following expectations, as required by the Injunction and/or the Primary Care Staffing Plan:

- Practitioners will triage all urgent requests and Health Needs Requests (HNRs), delegating some requests to RNs as appropriate, but seeing most patients themselves.
- If medical practitioners also serve as the primary care practitioner for patients elsewhere in the complex, their full panel size calculation will include the SNU and IPC patients.
- While FMDs may see SNU and IPC patients when primary practitioners are not present to address an urgent need or an APP requests clinical consultation, FMDs will not be assigned as primary care practitioners for SNU or IPC patients.

The staffing plans for practitioners in the SNU and IPC are similar in that both are based on two factors: (1) the time it takes to perform the unique tasks performed by clinicians in a SNU or IPC setting (i.e., admitting a patient to the unit; discharging the patient from the unit; rounding on the patient), and (2) the complexity of each patient based on their chronic medical and mental health diseases.  However, because the nature of the jobs in these two venues is different, the staffing plans are different in how those two factors are used in the calculations.

12

In a SNU, the unique tasks are relatively infrequent because patients come and go less often due to longer stays, and rounds are usually less frequent (typically once a month).  Most of the practitioner's time is spent providing primary care.  Thus, the staffing model for SNU practitioners is based primarily on the workload of providing primary care (captured in the PCCM Complexity Level assignment), with an adjustment to account for the time required to perform the unique tasks.

In an IPC, on the other hand, the situation is the opposite.  Patient turnover is more rapid and rounds are more frequent, as the reason for the admission to the unit is usually more acute and time-limited.  The long-term component of primary care is not a focus, although it may impact the job, and the patient's short-term primary care needs are often managed during the time dedicated for rounding.  Thus, the staffing model for IPC practitioners is based primarily on the time required to perform the unique tasks, with an adjustment to account for the workload to address patients' primary care needs based on their PCCM Complexity Level.

Practitioner time for discharging patients differs somewhat between SNUs and IPCs.  SNUs typically discharge patients to an IPC or back to General Population.  Occasionally, a patient expires in the SNU which requires discharge documentation.  Less often, a SNU patient is discharged to the community.  IPCs typically discharge patients back to General Population, occasionally to a SNU, occasionally a patient expires in the IPC which requires discharge documentation, and we know of no discharges to the community.  The IPC staffing model uses a single time allocation for all discharges (SNU and general population because they are similar to each other, and community and death because they are uncommon), whereas the SNU staffing model differentiates among three discharge types: IPC/general population, community, and death.

## Base Staffing: IPC Practitioner

- Physicians will be assigned as the PCP for all IPC Level 1 and 2 patients, though may be assigned to an APP on a case-by-case basis by the FMD, in accordance with the PCCM principles (discussed in the Primary Care Staffing Plan).  APPs can be assigned as the PCP for IPC Level 3 (Sheltered Housing) patients in accordance with defined, complexity-based panel sizes of the PCCM.
- Where IPC practitioners work four 10-hour shifts per week and there is a weekday without a scheduled practitioner, practitioner staffing needs to be increased by 0.15 FTE to cover the IPC patient rounding, admission, and discharge needs on the 5th day.

IPC practitioners see patients every day (IPC Level 1), every other day (IPC Level 2), or monthly (IPC Level 3 Sheltered Housing).  These frequent encounters give ample opportunity to manage a patient's IPC-related clinical needs as well as chronic care and acute needs and their intersection with IPC-related conditions.  IPC practitioner staffing is based on the time required to perform the unique tasks in the IPC, adjusted by each patient's clinical complexity assigned under the PCCM.  Variables that contribute to IPC practitioner staffing in a given unit are :

- 60-day rolling average daily number of IPC Level 1 patients
- 60-day rolling average daily number of IPC Level 2 patients

- 60-day rolling average daily number of IPC Level 3 (Sheltered Housing) patients
- 60-day rolling average monthly number of IPC admissions
- 60-day rolling average monthly number of IPC discharges (including deaths)

ADCRR does not currently collect or track these data points, but must begin to do so immediately.  Data should be captured and reported monthly on a rolling 60-day period (each report shows the most recent 60 day average) so that staffing can be adjusted to accommodate changes in patient population of each IPC.

The time allocated for IPC practitioners to perform each unique task are as follows:

| IPC PRACTITIONER PATIENT CARE ALLOCATIONS (hours) | | | |
|---|---|---|---|
| PCCM Complexity Level | 1 and 2 | 3 and 4 | 5 and 6 |
| Admission to Unit | 0.75 | 1 | 1.5 |
| Rounding | 0.5 | 0.5 | 0.75 |
| Discharge to SNU, General Population, or due to death | 0.75 | 0.75 | 1 |

Each 1.0 FTE IPC practitioner should have 0.8 FTE Medical Assistant assigned to them, as is the case in the Primary Care Staffing Plan.

## Base Staffing: SNU Practitioner

- Medical practitioners will be assigned SNU patients based on the clinical complexity of the patient and in accordance with defined, complexity-based panel sizes of the PCCM.
- Where SNU practitioners work four 10-hour shifts per week and there is a weekday without a scheduled practitioner, practitioner staffing needs to be increased by 0.15 FTE to cover the SNU patient rounding , admission, and discharge needs on the 5th day.
- Medical practitioners will deliver all of the patient's primary care and needs specific to SNU or IPC placement, in alignment with the PCCM and ADCRR's MDSTM.
- For simplicity, we made the assumption that half the deaths are among patients cared for by physicians, and half among patients cared for by APPs.

ADCRR's MDSTM states that admissions and discharges to SNUs must be under the directions of a practitioner, and practitioners must round on patients at least monthly.  APPs can admit, discharge, and manage SNU patients as appropriate based on the level of clinical complexity as per the PCCM.

SNU practitioner staffing begins with determining the patient's clinical complexity per the PCCM levels. SNU practitioner staffing must then account for variables that directly drive the amount of practitioner time required for patient care. Variables that contribute to practitioner staffing in a given unit are:

- 60-day rolling average daily number of SNU patients assigned to a physician
- 60-day rolling average daily number of SNU patients assigned to an APP
- 60-day rolling average daily number of patients awaiting an ADA bed
- 60-day rolling average monthly number of SNU admissions

14

- 60-day rolling average monthly number of SNU discharges (including deaths) and to where they are discharged; the rare discharge to the community requires extensive practitioner coordination with community providers, transport, etc.

ADCRR does not currently collect or track these data points, but it must begin to do so immediately. Data should be captured and reported monthly on a rolling 60-day period so that staffing can be adjusted to accommodate changes in patient population of the SNU.

 Timeframes for SNU practitioners to perform each unique task are as follows:

| SNU PRACTITIONER TIME ALLLOCATIONS (hours) | | | |
|---|---|---|---|
| PCCM Complexity Level | 1 and 2 | 3 and 4 | 5 and 6 |
| Admission to Unit | 1 | 1.5 | 2 |
| Rounding | 0.75 | 1 | 1.5 |
| Discharge to IPC or General Population | 1.5 | 1.5 | 1.5 |
| Discharge to community | 5 | 5 | 5 |
| Death | 0.5 | 0.5 | 0.5 |

Each FTE SNU practitioner should have 0.8 FTE Medical Assistant assigned to them, as is the case in the Primary Care Staffing Plan.

## Nursing Staffing

There are no current national mandatory guidelines or regulations dictating nurse-to-patient ratios for community long-term care.  Industry models for staffing long-term care nursing facilities have evolved through research and experience.  For many reasons, IPCs and SNUs cannot be directly compared to skilled and basic care facilities in the community, and industry staffing models are not directly applicable to correctional settings.  For example, therapeutic goals to be able to grocery shop or cook food don't apply in correctional settings.  Correctional heath care accreditation standards only refer to infirmary care in vague terms calling for individualized plans of care but not specifying staffing requirements. Thus, while this staffing plan is rooted in research and experience in community long-term care nursing and in correctional long-term care, no single relevant model exists, necessitating our development of one *de novo.*  The higher level of care in IPCs requires higher staffing ratios for RNs and therapists than SNUs, where CNA ratios are higher, and RN ratios are lower, but RNs are still required 24/7. Rehabilitation is not usually a focus of basic nursing care, but restorative nursing underpins care in both settings.

To develop this Staffing Plan, we:

- Considered knowledge from the long-term care industry;
- Consulted with national experts with long-term care experience in multiple state prisons systems;
- Reviewed existing and proposed guidelines and regulations for community nursing home staffing;
- Considered the Injunction requirements;

15

- Aligned the plan with the principles of the PCCM, including but not limited to these elements:
  - o All nursing staff are assigned to a consistent panel of patients.
  - o Nursing staff provide patient-centered, integrated care addressing all of the patient's needs in an integrated care plan.
  - o RNs work with practitioners to triage and address HNRs and other emerging non-urgent needs in accordance with the Injunction.

In community long-term care, the number and type of nursing staff is based on the number of patients, the severity of their illness, and the level of care required.  ADCRR's MDSTM requires the same basis for determining SNU and IPC staffing.

Community long-term care relies heavily on evidence-based tools to assess and quantify individual patient care needs.  CMS's Long-Term Care Facility Resident Assessment Instrument[6] is the industry standard tool for comprehensive nursing assessment, and the Barthel Index for Activities of Daily Living[7] and the Functional Independence Measure (FIM)[8] are examples of commonly used validated tools to quantify care needs.

To correctly determine SNU and IPC staffing, ADCRR must use consistent, sound methodologies to conduct comprehensive patient assessments that can be aggregated at the population level and translated to staffing. The SNU and IPC nursing assessment tools currently embedded in the EHR do not sufficiently assess patient status in numerous domains that directly relate to the level of nursing staff needed.  Also, ADCRR has no tools for assessing clinical acuity or ADL needs to be able to translate them to staffing.  For this Staffing Plan, we made recommendations for improving the nursing assessment instruments, crafted new instruments that ADCRR can use to assess clinical acuity and ADL needs, developed methods to convert individual patients scores to complexity tiers, and designed base staffing based on a unit population's aggregated tiers.  The recommended tools are based on validated assessment tools most commonly used across long-term care, tailored to meet the unique conditions and requirements of prisons.

The graphic below illustrates a high-level view of how three tools – the comprehensive patient assessment, clinical needs score, and ADL needs score - inform individual NCPs and are aggregated to calculate staffing.  The tools apply to both SNUs and IPCs.

---

[6] CMS Long-Term Care Facility Resident Assessment Instrument 3.0 User's Manual Version 1.20.1 October 2025 ww w.cms.gov/files/document/final-mds-3-0-rai-manual-v1-20-1-october-2025.pdf

[7] https://www.mdcalc.com/calc/3912/barthel-index-activities-daily-living-adl

[8] https://www.physio-pedia.com/Functional_Independence_Measure_(FIM)

16

**SNU AND IPC NURSING TOOLS**



Supervising RNs in SNUs and IPCs must then assign RNs, LPN, and CNAs on each shift to specific patients in accordance with the following:

- Number of patients based on clinical and ADL acuity, per this staffing model
- Team-based care per the PCCM, whereby one team of RNs, LPNs, and CNAs care for the same patients under an integrated care plan
- Maximum consistency in the teams and patients assigned to them from day to day, for optimal continuity of care.

## Assessment Tools

### Comprehensive Nursing Assessment

We recommend that content in the following areas be added to the nursing assessment tools, either directly in the EHR or captured via some other means.

- Oral status and swallowing, including dentures, missing teeth, patient's report of impact of oral status and swallowing on eating.  This informs the care plan on such elements as dietary content, need for food to be cut into small pieces, need to track food intake and weight.
- Hearing deficits and use of hearing aids

17

- Visual deficits and use of assistive devices
- Specific assistance needed in transferring: bed to chair or wheelchair, chair to toilet, chair to shower. This informs ADL support and also the need to track and trend out-of-bed time to maintain optimal functionality.
- Range of motion in arms, legs, spine.  This informs the need for range of motion support and other restorative nursing to maintain optimal functionality.
- Specific assistance needed in ambulation
- Communication deficits beyond language, such as comprehension and ability to express oneself
- Pain and pain management needs
- Mental health status and treatment plan, to inform need to coordinate with Mental Health staff and track changes
- New medical diagnoses or illness since last assessment
- Skin integrity, including but not limited to new wounds and skin breakdown
- Falls since the last assessment, with cause and follow up
- ER visits or inpatient hospital stays

In addition, we recommend that the tool enable comparison of each indicator with the prior period and demonstration of trends over the duration of admission to the unit.

### *ADL Needs  Scoring Tool*

Assessing and quantifying the level of ADL support each SNU or IPC patient requires is essential to determine appropriate CNA staffing.  We recommend immediate implementation of the tool shown here.  It calls for an RN to determine each patient's status with respect to assistance required from a CNA on ADL-related factors.  The RN will assign a score of 0-4 on each factor.  The lowest possible total score is 0 and the highest is 40.  In addition, the RN provides a single Yes/No response regarding each patient's need for a 2-person assist in any of the needs.  The tool below should be updated by the RN with each assessment and as the patient's conditions change.

| ADL NEEDS SCORING TOOL | | | | | | |
|---|---|---|---|---|---|---|
| **ADL NEED** | **None** | **Cueing** | **Some Assistance** | **Moderate Assistance** | **Full assistance** | **2-person assistance** |
| | **0** | **1** | **2** | **3** | **4** | **Yes/No** |
| Eating | | | | | | |
| Oral hygeine | | | | | | |
| Bathing | | | | | | |
| Toileting | | | | | | |
| Dressing | | | | | | |
| Out-of-bed time | | | | | | |
| Ambulation | | | | | | |
| ROM exercises | | | | | | |
| Support with transfers | | | | | | |
| Restorative nursing | | | | | | |

## Clinical Needs Scoring Tool

Assessing and quantifying the level of clinical nursing support each SNU or IPC patient requires is essential to determine appropriate LPN and RN staffing. We recommend immediate implementation of the Clinical Needs Scoring Tool below.  It calls for an RN to determine each patient's status with respect to the clinical acuity of his or her nursing needs, based on 13 variables that require LPN and

| CLINICAL NEEDS SCORING TOOL | | | | |
|---|---|---|---|---|
| Patient Variables | Clinical Need | | | |
| | None | Minimal | Moderate | High |
| | 0 | 1 | 2 | 3 |
| Trach, PICC line, port, feeding tube | | | | |
| IV medications | | | | |
| Suctioning | | | | |
| Urinary catheter, stoma care | | | | |
| Wound care | | | | |
| Pain management | | | | |
| Cognitive impairment | | | | |
| Behavioral problems | | | | |
| > 10 daily oral medications* | | | | |
| Labs frequency | | | | |
| Other treatments/procedures | | | | |
| Restorative nursing | | | | |
| MH interventions | | | | |
| *count is of prescriptions, not doses | | | | |

RN intervention.  The RN assigns a score of 0-3 on each variable.  The lowest possible total score is 0 and the highest is 39.  The tool should be updated by the RN at the time of each assessment and whenever the patient's conditions change.

## Converting Scores to Tiers

Each patient score must be assigned to a specific tier that aggregates patients into groups with similar severity of illness and care needs.  There are four tiers for each instrument, shown here.  Both tier assignments are documented with each patient assessment in a SNU and IPC.

| ADL NEEDS TIERS | |
|---|---|
| Tier | Score |
| 1 | 0 to 10 |
| 2 | 11 to 20 |
| 3 | 21 to 30 |
| 4 | 31 to 40 |

| CLINICAL NEEDS TIERS | |
|---|---|
| Tier | Score |
| 1 | 0 to 10 |
| 2 | 11 to 20 |
| 3 | 21 to 27 |
| 4 | 28 to 39 |

## Converting Tier Data to Staffing

To apply ADL Needs and Clinical Needs scores to staffing, patient tier scores are aggregated for the population and recorded in a table.  This creates a snapshot of the patient population in that unit that

19

can then be applied to establishing the number of staff needed to care for that unit's population, as described below.  For each discipline, staffing is calculated on the *weighting* of the acuity of the whole patient population.  Each nurse or CNA has a combination of patients in each level, and discipline-specific adjustments apply as well.  Samples of SNU and IPC staffing calculations for all positions and including all adjustment factors are included as appendices to this report.

### *RN Staffing*

This Staffing Plan assigns new or expanded duties to RNs:

- RNs use more robust SNU and IPC assessment tools than are currently embedded in the EHR.
- RNs develop an initial NCP for each new patient assigned to capture all orders, nursing treatments, mental health interventions, restorative interventions, and observations to be obtained and reported by nursing staff.
- RNs complete an ADL Needs Scoring Tool and a Clinical Needs Scoring Tool for each patient as part of the initial and each subsequent nursing assessment.
- RNs use the NCP to delegate tasks to LPNs and RNs to ensure that all the patients' care needs are met.
- RNs update, sign, and date each NCP after each assessment.
- Nursing leaders in each SNU and IPC analyze and track trends in ADL Needs and Clinical Needs data and use it to modify LPN and CNA staffing to address changes in patient needs.
- Nursing leaders in each SNU and IPC also analyze and track trends in care delivered to assure all care that is ordered is delivered consistently and appropriately.
- Per ADCRR's MDSTM, at least daily, a Supervising RN ensures that care is being provided according to orders.

Base RN staffing in SNUs and IPCs is based on the number of patients in each Clinical Needs Tier that an RN can safely manage on day and night shift, as seen in the RN Base Staffing table.

| RN BASE STAFFING | | |
|---|---|---|
| Clinical Needs Tier | # Patients per RN | |
| | Days | Nights |
| 1 | 28 | 42 |
| 2 | 17 | 29 |
| 3 | 15 | 25 |
| 4 | 10 | 20 |

Adjustments are applied:

- Total RN staffing is increased by 0.15 FTE for each 1.0 FTE RN based on the additional time required to document NCPs, patient tiers, and data trends and organize daily delegation of duties due to the current absence of efficient forms and tools in the EHR.  This supplement can be deleted once ADCRR's EHR is fully adapted for SNU and IPC care.

- For IPC staffing, where admissions and discharges are frequent and more complex than in SNUs, we allocate 3.0 hours for each admission and 1.5 hours for each discharge and apply this adjustment to the total day shift 12-hour positions.

ADCRR does not collect data on IPC patient levels or numbers of admissions and discharges.  It must immediately begin to collect this data and use it to fine tune RN staffing based on the unique populations of each SNU and IPC.

- Rolling 60-day average daily number of IPC Level 1 patients
- Rolling 60-day average daily number of IPC Level 2 patients
- Rolling 60-day average daily number of IPC Level 3 (Sheltered Housing) patients
- Rolling 60-day average number of monthly IPC or SNU admissions
- Rolling 60-day average number of monthly IPC or SNU discharges (including deaths)

## *LPN Staffing*

Base LPN staffing in SNUs and IPCs is based on the number of patients in each Clinical Needs Tier that an LPN can safely manage on day shift and night shift, as seen in the LPN Base Staffing table.

| LPN BASE STAFFING | | |
|---|---|---|
| Clinical Needs | # Patients per LPN FTE | |
| | Days | Nights |
| 1 | 30 | 45 |
| 2 | 20 | 27 |
| 3 | 12 | 16 |
| 4 | 8 | 12 |

One adjustment is:

- Total LPN staffing is increased by 0.1 FTE for each 1.0 FTE LPN based on the additional time required to seek and organize daily duties for each assigned patient due to the current absence of an integrated care plan in the EHR.  This supplement can be deleted once ADCRR's EHR is fully adapted for SNU and IPC care.

## *CNA Staffing*

Base CNA staffing in SNUs and IPCs is built on the number of patients in each ADL Needs Tier that a CNA can safely manage on day shift and night shift, as seen in the CNA Base Staffing table below.

| CNA BASE STAFFING | | |
|---|---|---|
| ADL Tier | # Patients per CNA | |
| | Days | Nights |
| 1 | 14 | 18 |
| 2 | 11 | 13 |
| 3 | 8 | 11 |
| 4 | 6 | 9 |

Two adjustments are applied:

- Total CNA FTE is increased by 0.3 FTE (30%) for each patient needing a 2-person assist.

21

- Total CNA staffing is increased by 0.1 FTE for each 1.0 FTE CNA based on the additional time required to seek and organize daily duties for each assigned patient due to the current absence of an integrated care plan in the EHR.  This supplement can be deleted once ADCRR's EHR is fully adapted for SNU and IPC care, as described elsewhere.

## Clerical Nursing Support

TechCare does not include tools to aggregate ADL Needs assessment and Clinical Needs assessment scores into tiers, tools to convert tier data into a snapshot of daily or weekly staffing needs, or tools to trend the data produced by these assessments. This data entry and reporting is an essential component of the staffing model, but currently no positions exist to carry out this work.  Therefore, the staffing plan calls for 1.0 FTE Clerical Nursing Support Clerk for each 24 SNU or IPC patients.  The position is day-shift only, Monday-Friday, eight hours.  This supplement can be modified once tools are built to efficiently capture and analyze these data, but some clerical support will still be needed for producing reports.

## Alternatives to Our Assessment Tools

As noted earlier, ADCRR does not currently have the requisite tools for assessing SNU and IPC patient care needs to meet the requirements of the Injunction and ADCRR's MDSTM.  To avoid any delay in implementation of these recommendations, ADCRR should use the tools we provided herein. However, ADCRR may amend/replace them in the future to more accurately reflect SNU and IPC patients and operations, as long as the following conditions are met:

- Input from RNs, LPNs, and CNAs is considered.
- The data are converted to at least four patient tiers used to calculate staffing.
- The changes are approved by the Monitors.

## Mental Health Care

Mental health staffing for SNUs and IPCs should follow the Primary Therapist model articulated in the Injunction and Primary Care Staffing Plan.  There should be dedicated prescribers, psychology associates, and BHTs assigned to provide mental health services to SNU and IPC patients, based on their mental health score and clinical needs.  Psychiatric RNs are not required on the SNU or IPC team, though they may be consulted if needed.  MH team caseload sizes should be the same as required in the Primary Care Staffing Plan.  This does not prevent a given MH team from serving patients in both the IPC/SNU and outpatient primary care settings if there are an insufficient number of patients in the former setting to justify a full team, provided that the caseload assignments align with the Primary Care Staffing Plan.

The same expectations for individualized treatment plans, confidentiality during visits, and intensity of treatment that apply outside of SNUs and IPCs apply to care provided in the SNUs and IPCs.

When a patient transfers from an outpatient setting to the SNU or IPC, the psychology associate who will serve as the patient's Primary Therapist should confer with the patient's transferring Primary Therapist on the patient's history and treatment plan.  During treatment in the SNU or IPC, the patient's clinical needs warranting placement in long-term care should be considered by the Primary Therapist, and the

22

Primary Therapist should confer with the medical team as needed to assure whole-person, integrated care.  Upon transfer from the SNU or IPC back to an outpatient housing unit, the transferring Primary Therapist should confer with the Primary Therapist who will assume care.

## Rehabilitative Therapies

Rehabilitative therapies – physical therapy, occupational therapy and speech therapy – are essential components of SNU and IPC care, providing treatment when a patient has a documented functional deficit and the potential to improve or maintain function through rehabilitative intervention. Goals are:

- Rehabilitation to restore function in mobility, ADL independence, swallowing, and communication;
- Maintenance of function to prevent further decline, slow progression of deficits, and reduce complications including falls, aspiration, or skin breakdown;
- Support transitions of care and recommend equipment and environmental modifications to improve function and/or reduce risk of harm.

ADCRR is obligated to provide rehabilitative therapies as clinically appropriate for SNU and IPC patients. In some units with small censuses, it may be more practical to contract with a local therapist to see patients on an as-needed basis rather than employing part-time rehabilitative therapists.

## Physical Therapy

Physical Therapy focuses on gait and balance training, transfers and bed mobility, strengthening and endurance, fall risk reduction, and pain and post-surgical recovery.  Nursing services can include active and passive range of motion, transfer assistance, and mobility support under a restorative care plan and/or physical therapy "carryover activities" that are part of routine care, but RNs, LPNs, and CNAs are not licensed to conduct skilled physical therapy.  Only a licensed Physical Therapist can provide skilled physical therapy which includes:
- Evaluation and reassessment
- Developing and modifying the physical therapy plan of care
- Skilled therapeutic exercises
- Gait training, balance training
- Neuromuscular re-education
- Skilled transfer training.

There are no national guidelines or regulations dictating physical therapy staffing levels for nursing home care.  Federal nursing home law requires a facility to provide sufficient professional staff (including therapists) to meet residents' needs, but it does not specify a staffing ratio for physical therapists per patient needs, aggregated census, or hours/days. Based on a review of community nursing home staff planning models and consideration of correctional settings, for basic care patients like those in ADCRR's SNUs, 1.0 FTE Physical Therapist can cover the needs of a SNU with a census of 135 patients.  For skilled care patients like those in ADCRR's IPCs, 1.0 FTE Physical Therapist can cover the needs of an IPC with a

23

census of 90 patients.  Staffing for Physical Therapists in the IPCs and SNUs is in addition to staffing for non-IPC and SNU settings.

Physical Therapy Assistants are licensed staff who can provide licensed physical therapy services under the direction of a Physical Therapist.  They are often used in nursing homes to extend the amount of licensed care that can be delivered. On average, 40% of community nursing home patients can have up to half of their care delegated to a Physical Therapy Associate, reducing the Physical Therapist's time by 20%.

## Occupational Therapy

Occupational Therapy  focusses on ADLs and the functional independence of patients.  Occupational Therapy  addresses:

- Dressing, bathing, toileting, feeding to enhance independent living
- Upper extremity function to improve performance
- Adaptive equipment training for easier task completion
- Cognitive-functional tasks to manage daily routines and promote mental well-being
- Metabolic energy conservation and safety improvement.

There are no national guidelines or regulations dictating occupational staffing levels for nursing home care.  Based on a review of community nursing home staff planning models and consideration of correctional settings, for basic care patients like those in ADCRR's SNUs, 1.0 FTE Occupational Therapist can cover the needs of a SNU with a census of 160 patients.  For skilled care patients like those in ADCRR's IPCs, 1.0 FTE Occupational Therapists can cover the needs of an IPC with a census of 90 patients.  Staffing for Occupational Therapists in the IPCs and SNUs is in addition to staffing for non-IPC and SNU settings.

## Speech Therapy

Speech therapy in nursing homes is typically provided by Speech-Language Pathologists (SLPs) and focuses on communication, cognition, and swallowing safety—key issues in older adults.  Many community nursing homes use contractors for SLP services, as the demand may be light and/or intermittent.  NaphCare does not currently employ SLPs in any complex.  Based on patient assessment, ADCRR should provide a sufficient number of SLPs to address the identified needs.

## Implementation

As mentioned in various sections above, we recommend that ADCRR immediately set about putting into place the necessary clinical and administrative tools to care for the SNU and IPC population and collect and analyze relevant population information to inform staffing.  Whether using new tools, or relying on manual calculations, we recommend that within 60 days of a Court order to implement this plan, ADCRR be fully staffed based on the parameters set forth herein and the then current population profile, and

24

that within 90 days of the Court order, the clinical tools described herein are implemented, available for use by professional staff, and training on those tools has been completed.

We created the appendices to assist ADCRR in interpreting and applying this staffing plan. However, if there are any apparent contractions or inconsistencies between the main text and appendices, the connotation contained in the main text should prevail.

We recommend that the current plan be subject to review and adjustment eight months after a Court order to implement it, and every six months thereafter.

## Unit Profiles

### Phoenix IPC

Phoenix is the male intake center for ADCRR.  It also operates Aspen, a large Level 4 residential mental health unit and the IPC in Baker Unit.  The Phoenix IPC has been operating for about two years.  The unit has two wings.  Some beds are deliberately placed in hallways for better visibility of patients.   Mobile privacy screens are available to provide visual confidentiality during bedside care but are not always used.   It has a capacity of 45 beds and generally a census of 40-45 patients.  Between 3 and 6 IPC beds are used for "temporary mental health" patients" waiting for placement in Aspen.  The actual IPC census stays at about 36.  The unit has many patients with terminal illness and others some needing end-of-life care.  The population has a very high volume of medications and medication management is very time consuming, requiring an LPN for each side of the unit.  The average length of stay (ALOS) is very long, hence the patient population is fairly stable.  In essence, this unit is closed to ADCRR for new patients.  The staffing of Baker Unit is unique in that its practitioner and nursing staff are completely dedicated to the IPC.  They have no duties elsewhere in the complex and know the patients well.

Two practitioners – a physician and an APP – staff the unit, working four 10-hour shifts each, staggered so a practitioner is on site every weekday. They are able to keep up with patient needs, according to the FHA.  They are assigned patients by "wing" rather than by patient clinical complexity.  A supervising RN works four 10-hour shifts and an Assistant Director of Nursing (ADON) is dedicated to the unit and covers supervisory duties on the day the supervising RN is absent.  Other nursing staff work 12-hour shifts.

Phoenix has 2.0 FTE psychiatric prescribers who cover IPC, intake, and mental health watch.  Staff report this is insufficient because of the large watch population and believe that another 0.5 FTE is needed. One (1.0) FTE Psychology Associate covers the IPC and mental health watch.

### Lewis IPC and Medical Hub

Lewis operates a 13-bed IPC and a Medical Hub in a building centrally located within the complex.  The medical hub was not included in the Primary Care Staffing Plan and is addressed here.  The Hub operates weekdays during business hours to provide EKGs, nebulizer treatments, oxygen administration, observation after administering nitroglycerin for angina, wound incision and drainage, skin biopsies, joint

25

injections, etc.  X-rays are conducted by a contractor in the Hub.  Some emergencies ("ICS" cases) go to the Hub for observation as well, so that clinical operations can continue uninterrupted in other units.  The use of the Medical Hub for patient observations makes sense, but ADCRR must ensure that observation is always carried out under provider orders so that Injunction requirements are met.

One (1.0) FTE RN works at the Hub in an 8-hour shift Monday-Friday.  The Hub RN manages all facility transfers within Lewis and to and from other ASPC complexes, which requires most of the day shift time.  No RN covers weekends. After business hours and on weekends, two (2.0) FTE EMTs are positioned in the Hub 24/7.  They travel from the Hub by van to cover ICSs across the complex.  *These Hub positions were not included in Lewis' Staffing Plan for Primary Care and need to be added.*

Lewis IPC averages 12.4 patients.  Patient acuity fluctuates but is typically post-acute care following inpatient hospitalization.  The ALOS varies.  Usually 2-3 patients need ADL assistance, a few are Sheltered Housing level, some have dementia, and some have mild cognitive impairment.

One (1.0) FTE APP covers the IPC in four 10-hour shifts.  The FMD provides clinical support and covers admissions and Level 1 patients on the other weekday.

In November 2025, 46% of Lewis IPC patients were on the mental health caseload, and all of them were MH 3A or 3B.  Mental health services are provided by the complex's Mental Health Lead, who is located in the Hub and serves as Primary Therapist to the IPC patients.

## Tucson

## Rincon

### *Rincon IPC*

Rincon operates a 66-bed IPC.  Because it is within a double-walled perimeter, it houses IPC patients with higher security levels than can be managed in Catalina's open bays.

The Rincon IPC has three wings.  One operates a newly created dementia unit for eight patients.  They do not have SNU or IPC needs per se, just "memory care" needs, as it is called in the community.  Nurses from the IPC wings provide medications and other nursing care.  Six "peers" also live in the unit and provide supportive care to the patients.  The unit is a pilot and is widely believed to be a very successful model for caring for dementia patients

The other two wings house patients more typical of an IPC.  The older wing is single cells and generally houses long-term patients.  The newer wing has several wards of 5-6 beds and is clean and bright.  It houses short-term patients with rapidly changing conditions.  ALOS on the newer unit is often just a few days.

The IPC combined census averages 58 patients.  Eight of the patients are in the dementia wing, and the other 50 IPC patients are usually equally distributed between the old and new wings.  One on-site physician works five 8-hour shifts and one 0.75 tele-practitioner covers the unit as well.   A physician covers admissions as well as other non-IPC duties on Saturdays and an APP covers admissions on Sundays.

Each IPC wing has one RN and one LPN on days and two of each on nights, because ICSs from throughout Rincon are brought to the IPC at night where the RNs assess them and the LPNs provide medications and treatments without having to leave the IPC.   This unique feature needs to be addressed in the Rincon IPC staffing plan.

### Rincon IPC Step-Down/SNU Step-Up

Rincon also operates a unique unit known as "IPC Step-Down/SNU Step-Up." It has 15 beds that consistently house 15 patients who need daily rounding and vital signs.  The beds do not have call lights. Some patients have ADA needs, others just "have nowhere else to house" but need clinical monitoring. Primary care providers cover their medical care, and CNAs/EMTs are assigned to the unit days and nights to monitor vital signs and check in with the patients.  No RNs or LPNs are specifically assigned to the unit.  The unit employs 1.0 FTE CNA and one FTE EMT on the day shift and 2 FTE EMTs on the night shift. *These positions were not included in the Primary Care Staffing Plan and need to be added.*

## Catalina

Two years ago, ADCRR completed remodeling the Catalina unit to operate an IPC in one of its three new bays and a SNU in the other two bays.  Each bay can hold 80 beds. Once operational, it was quickly apparent that the open bay design of Catalina does not afford sufficient privacy for patient care and patients can freely roam within their bay and to the other bays.

Staff and NaphCare leadership report that Catalina patients sometimes "swarm" the nurses and practitioners while they are tending to patients, trying to get their attention.  This creates a chaotic, highly stressful, and unsafe environment in the SNU and IPC which is made much worse by the paucity of correctional officers (COs) and their tolerance of unrestricted movement.  Only one CO is assigned to each bay on weekdays and there are times when the post is unfilled.  On weekends, just one CO is assigned to all three bays, which is insufficient.

NaphCare regional clinical leaders and the FHA stated that practitioners and nursing staff feel unsafe, leading to high turnover of CNAs and LPNs, and practitioners are very difficult to recruit as well.

During our site visit, several possible interventions were discussed to address this, including:
- Create more exam room space and more scheduled care in exam rooms to treat patients in private rather than at the bedside;
- Engage with COs to ensure adequate staffing and design interventions to deter patients from swarming and interrupting the daily health care work flow;
- Place several Behavioral Health Techs (BHTs) in each bay to provide structured activities to which patients can be diverted;
- Moving a substantive portion of the Catalina SNU patients to the Eyman Cook unit, which has built out three buildings for SNU care and is only using one.  It has space for at least 130 additional SNU patients.  The setting is not open bays and the housing units are much calmer and more efficient.

The Catalina situation is highly volatile.  While the issue of swarming is technically outside the four corners of the Injunction, failure to resolve it will greatly decrease the likelihood that ADCRR can comply

with its requirements.  Thus, we strongly suggest that ADCRR and NaphCare address the problems immediately, considering the ideas above and others to provide a safe and clinically appropriate environment for patients and staff.

Four FTE practitioners cover all the Catalina SNU and IPC patients – 165 patients total.  Practitioners include 1.0 FTE on-site physician, 2.0 FTE APPS, and 1.0 FTE tele-physician.  One mental health team also covers the SNU and IPC.  The team is 1.0 FTE mental health prescriber, 1.0 FTE psychology associate, and 0.6 FTE BHT.  Nursing staff is assigned specifically to either the IPC or the SNU.  Most practitioner and nursing care in both units is provided at the bedside without sufficient privacy screening.

### *Catalina IPC*

The Catalina IPC was built for a capacity of 80 patients, but the average census is 25.  The census is currently capped at 40 per NaphCare, which is an appropriate census for an open bay setting.  More patients will create similar management challenges as the SNU is experiencing.

Practitioners cover the acute and chronic needs of all the IPC patients, regardless of IPC level.  Less than 5% of IPC patients are categorized as Level 1, which does not match the severity of illness we saw when visiting and talking to patients in the IPC bay.

There are also 10 "porters" who live in the IPC bay along with the patients since the COVID-19 pandemic to provide housekeeping services.  This practice results in porters being privy to a great deal of confidential clinical information.  The porters are also inappropriately used as medical translators.

Forty-four percent of the population is on the mental health caseload.

Because CNAs and LPNs are difficult to retain in the IPC, RNs are carrying out many of their duties.  Our staffing plan presumes that recruitment and retention issues will be addressed so that sufficient LPNs and CNAs are hired.

### *Catalina SNU*

The Catalina SNU has capacity for 160 patients – 80 in each of its two bays.  The census averages 67-68 in each bay, or around 135 total patients.  Because Catalina does not have a double perimeter wall, it houses only SNU patients with lower security levels.  Most patients are elderly and long-term.

Practitioners do not deliver "whole person care" as required by the Injunction and Primary Care Staffing Plan; one practitioner covers chronic care needs, while another sees the patient for SNU-related issues at hand.

The SNU has no dedicated treatment space, so wound care and other interventions cannot be carried out with necessary privacy, aseptic conditions, etc.  A computer is brought to the bedside for off-site consultations and much of the care is done at the bedside.  Patients are often disrobed without privacy screens.  There is one "man down" room that cannot accommodate a wheelchair, which makes emergency intervention inaccessible for many of the patients.  Emergency procedures and CPR are conducted in the middle of the unit.

28

At the time of our site visit, six patients in the SNU were there because they needed ADA beds and none are available; they did not need SNU care.

Thirty-eight percent of the population is on the mental health caseload.

## Manzanita SNU

Manzanita operates a 46-bed SNU.  Because it is within a double perimeter wall, it houses SNU patients with higher security levels than can be managed in Catalina's open bays. The SNU averages 44.2 patients and they are all very long-term, often with multiple-year lengths of stay.  In essence, this unit is closed to ADCRR for new patients.

The Manzanita Unit houses more than 450 patients including those in the SNU.  One (1.0) FTE physician working four 10-hour shifts, 1.0 FTE APP working five 8-hour shifts, and 1.0 FTE tele-practitioner working four 10-hour shifts, cover the entire Manzanita population.

One RN and one LPN cover all of Manzanita 24/7, including the SNU patients.  Two CNAs are assigned to the SNU 24/7.  The on-site staff feel the SNU is understaffed and needs a dedicated RN to provide nursing and medications.

Manzanita has a single mental health team of 1.0 FTE psychiatric prescriber, 1.0 FTE psychology associate and 1.0 FTE BHT to cover all 450+ patients.  Forty-six percent of the population is on the mental health caseload.

## Eyman Cook SNU

ADCRR repurposed three buildings in the Cook unit to operate as SNUs.  One building with 68 beds is currently operating and it averages 34 patients.  The other two SNU buildings are not operational at this time.  Each of the three SNUs has four "runs" with beds in a single line offering better privacy and less distraction than SNUs with completely open bays.  There are two bariatric beds (i.e., beds for very obese patients). A specialized mechanical patient lifting device and privacy screens are available.  The unit also has a large practitioner exam room with an EKG machine and oxygen, a room for mental health care and telemedicine (though not all patients can access telemedicine due to mobility issues), and a physical therapy room that can also be used for mental health care.

Patient acuity varies widely.  While some patients have minimal short-term clinical needs, some are more complex, e.g., patients with permanent intravenous tubes for dialysis and at least a few needing full ADL support.  Nephrology, dialysis, tele-urology visits and tele-cardiology visits are common.  During the site visit, the unit had three dementia patients and five ADA patients due to no open ADA beds elsewhere in the system.  They are essentially "permanent" SNU residents.

One (1.0) FTE APP covers the unit in four 10-hour shifts and has no responsibilities outside the unit. The entire Cook unit has a total of 650 patients.  The non-SNU practitioners who manage the non-SNU part of Cook are supposed to cover the needs of the SNU patients on the other three days of the week when the dedicated SNU APP is absent. The FMD also conducts unit rounds on occasion.  Although it is appropriate to defer non-urgent issues to the PCP, the number of clinical issues deferred to the PCP to

29

deal with on Mondays exceeds the capacity of a single clinician and thus the facility leadership believe that more practitioner time is needed.

Cook has two ADONs and one is assigned exclusively to the SNU.  There are two RNs, 1 LPN, and 2 CNAs on site 24/7.  The patients have a very large number of prescription medications which requires all of the day-shift LPN's time.

Cook has one mental health team for the whole complex, with 1.0 FTE psychiatric prescriber, 2.0 FTE psychology associates, and 2.0 FTEBHTs.

## Perryville SNU and IPC

ASPC Perryville – the women's complex – has both a SNU and an IPC.  Both are located adjacent to one another in the complex's Lumley Unit.  The SNU has capacity for 15 patients and the IPC has capacity for 12 patients.

Perryville's female patients generally resist placement in residential care settings such as SNUs that separate them from their social contacts.  Its population of 3,300 women averages 2 IPC patients who have usually just returned from the hospital and have short IPC stays, and 5 SNU patients.  There is a sufficient number of ADA beds in Perryville, so no ADA patients are housed in the SNU.

Both the SNU and IPC are staffed 24/7 with one each RN, LPN, and CNA.  When patient clinical needs allow, the SNU and IPC patients are housed together so that staffing is maximized.  On a daily basis, staff assigned to the SNU or IPC who are not needed due to the censuses are re-assigned to non-IPC/SNU locations.

This arrangement has worked well for Perryville for many years and is not expected to change.  No changes to current Perryville SNU or IPC are necessary and the staffing model for the male SNU and IPC units does not need to be applied.

30

# Appendix 1 Sample SNU Staffing Calculations

The following sample demonstrates how to calculate staffing for medical, nursing, mental health, and rehabilitative services for a SNU with 102 patients.  All data points have been described in the preceding narrative.

**Step 1 Collect Patient Population Variables**

ADCRR does not collect many of the patient demographic and clinical data elements needed to calculate SNU staffing.  For purposes of illustration, we have created a hypothetical population with which to illustrate this sample SNU staffing plan.  Its demographics and clinical data elements are shown here and used in the following calculations.

**Table 1**

| SAMPLE SNU DATA FROM ROLLING 60-DAY AVERAGES COLLECTED BY UNIT | | # of Patients | % of Population |
|---|---|---|---|
| Patient Census | | **102** | 100% |
| Patients at each PCCM Complexity Level | Level 1 | 0 | 10% |
| | Level 2 | 10 | |
| | Level 3 | 36 | 35% |
| | Level 4 | 27 | 26% |
| | Level 5 | 19 | 28% |
| | Level 6 | 10 | |
| Patients at each Mental Health Level | MH 1 and 2 | 35 | |
| | MH 3 C-D-E | 51 | |
| | MH 3 B | 11 | |
| | MH 3 A | 5 | |
| | MH 4 | 0 | |
| | MH 5 | 0 | |
| Monthly Admissions to Unit | | 10 | |
| Monthly Discharges to IPC or General Population | | 8.5 | |
| Monthly Discharges to Community | | 0.5 | |
| Monthly Discharges due to Death | | 1 | |
| Patients in Clinical Needs Tier 1 | | 41 | |
| Patients in Clinical Needs Tier 2 | | 39 | |
| Patients in Clinical Needs Tier 3 | | 16 | |
| Patients in Clinical Needs Tier 4 | | 2 | |
| Patients in ADL Needs Tier 1 | | 14 | |
| Patients in ADL Needs Tier 2 | | 28 | |
| Patients in ADL Needs Tier 3 | | 44 | |
| Patients in ADL Needs Tier 4 | | 12 | |
| Patients awaiting ADA housing | | 4 | |
| Patients needing 2-person assist | | 2 | |

**Table 2**

| IMPUTED SNU DATA CALCULATED FROM SAMPLE DATA | | |
|---|---|---|
| | | # Pts. (Calculation) |
| Admissions by PCCM Complexity Levels for APPs (1, 2, 3) and Physicians (4, 5, 6) | Levels 1 and 2 | 1 (10% x 10 adm) |
| | Level 3 | 3.5(35% x 10 adm) |
| | Level 4 | 2.6 (26% x 10 adm) |
| | Levels 5 and 6 | 2.8 28% x 10 adm) |
| Discharges to IPC or General Population by PCCM Complexity Levels for APPs (1, 2, 3) and Physicians (4, 5, 6) | Levels 1 and 2 | 0.9 (10% x 8.5 disch) |
| | Level 3 | 3.0 (35% x 8.5 disch) |
| | Level 4 | 2.2 (26% x 8.5 disch) |
| | Levels 5 and 6 | 2.4 (28% x 8.5 disch) |
| Discharges to Community by Practitioner Type | Physician | 0.3 (50% x 0.5 disch) |
| | APP | 0.3 (50% x 0.5 disch) |
| Discharges due to Death by Practitioner Type | Physician | 0.5 (50% x 1 disch) |
| | APP | 0.5 (50% x 1 disch) |

**Step 2 Calculate Practitioner Staffing**

Using the panel sizes from PCCM Staffing Plan and sample data from Table 1, calculate physician and APP FTEs as shown in Table 3.

**Table 3**

| SNU PRIMARY CARE PRACTITIONER DUTIES | | | | | |
|---|---|---|---|---|---|
| Practitioner FTE Based on PCCM Complexity | Panel size from PCCM | | # Staffing Drivers | Physician FTE | APP FTE |
| | Physician | APP | | | |
| PCCM Complexity Level 1 | | 790 | 0 | | |
| PCCM Complexity Level 2 | | 660 | 10 | | 0.02 |
| PCCM Complexity Level 3 | | 375 | 36 | | 0.10 |
| PCCM Complexity Level 4 | 375 | | 27 | 0.07 | |
| PCCM Complexity Level 5 | 175 | | 19 | 0.11 | |
| PCCM Complexity Level 6 | 175 | | 10 | 0.06 | |
| **TOTAL** | | | **102** | **0.24** | **0.11** |

The calculation above only accounts for the primary care function of the practitioners. We now need to add in the time to perform the unique SNU tasks (i.e., admit, conduct rounds, and discharge SNU patients). Table 4 below (reprised from the main part of this report) shows the amount of time allocated for each task based on the patients' PCCM Complexity Level, to be used in the following step.

32

**Table 4**

| TIME ALLOCATIONS FOR SNU-SPECIFIC PACTITIONER DUTIES   (in hours) | | | |
|---|---|---|---|
| **PCCM Complexity Level** | **1 and 2** | **3 and 4** | **5 and 6** |
| Admission to Unit | 1 | 1.5 | 2 |
| Rounding | 0.75 | 1 | 1.5 |
| Discharge to IPC or General Population | 1.5 | 1.5 | 1.5 |
| Discharge to community | 5 | 5 | 5 |
| Discharge du to death | 0.5 | 0.5 | 0.5 |

In Table 5 below, use the data from the Table 2 to fill in the column labelled "# Staffing Drivers" and use the time allocations from Table 4 to calculate  the columns labelled Monthly Practitioner Hours as appropriate. For example, for the row "Monthly Patient Rounding PCCM Complexity Levels 5 and 6, there are 29 "staffing drivers" (patients) in this category, and the monthly practitioner rounding time is 1.5 hours per patient round.  1.5 hours per round x 29 rounds = 43.5 hours, which is entered under the physician hours.

At the bottom of the table, total the Monthly SNU Duty Hours for physicians and for APPs.  Then convert each to weekly hours by dividing by 4.3 hours week per month.  Finally, divide the weekly hours by 40 to arrive at the practitioner FTEs for SNU-specific practitioner duties.

33

**Table 5**

| | | UNIQUE SNU PRACTITIONER TASKS CALCUATION | | | | |
|---|---|---|---|---|---|---|
| | | **# Staffing Drivers** | | **# Practitioner Monthly Hours with Calculation** | | |
| | | **Driver** | **Source** | **Physician** | **App** | |
| Patient Admissions 10 per month | PCCM Complexity Level 1 and 2 | 1 adm/mo | Table 2 | | 1 | 1 adm/mo x 1 hr/adm |
| | PCCM Complexity Level 3 | 3.5 adm/mo | Table 2 | | 5.3 | 3.5 adm/mo x 1.5 hr/adm |
| | PCCM Complexity Level 4 | 2.6 adm/mo | Table 2 | 3.9 | | 2.6 adm/mo x 1.5 hr/adm |
| | Patient Admissions PCCM Complexity Level 5 and 6 | 2.8 adm/mo | Table 2 | 5.6 | | 2.8 adm/mo x 2 hr/adm |
| Practitioner Rounding | PCCM Complexity Level 1 and 2 | 10 pts | Table 1 | | 7.5 | 10 pts x 0.75 hr/pt |
| | PCCM Complexity Level 3 | 36 pts | Table 1 | | 36 | 36 pts x 1 hr/pt |
| | PCCM Complexity Level 4 | 27 pts | Table 1 | 27 | | 27 pts x 1 hr/pt |
| | Rounding PCCM Complexity Level 5 and 6 | 29 pts | Table 1 | 43.5 | | 29 pts x 1.5 hr/pt |
| Patient Discharges 10 per month | To IPC or Gen. Pop., PCCM Complexity Level 1 and 2 | 0.9 | Table 2 | | 1.35 | 0.9 pt x 1.5 hr/pt |
| | To IPC or Gen. Pop., PCCM Complexity Level 3 | 3 | Table 2 | | 4.5 | 3 pts x 1.5 hr/pt |
| | To IPC or Gen. Pop., PCCM Complexity Level 4 | 2.2 | Table 2 | 3.3 | | 2.2 pt x 1.5 hr/pt |
| | To IPC or Gen. Pop., PCCM Complexity Level 5 and 6 | 2.4 | Table 2 | 3.6 | | 2.4 pt x 1.5 hr/pt |
| | To community | 0.3 | Table 2 | 1.5 | 1.5 | 0.3 pt x 5 hr/pt |
| | Due to death | 0.5 pt | Table 2 | 0.3 | 0.3 | 0.5 pt x 0.5 hr/pt |
| Total Monthly Unique Practitioner Task Hours | | | | 88.7 | 57.4 | Sum all hours in column |
| Total Weekly Unique SNU Practitioner Task Hours | | | | 20.6 | 13.3 | Divide by 4.3 weeks per month |
| **Total Unique SNU Practitioner Tasks FTE** | | | | **0.52** | **0.33** | Divide by 40 hours per week |

34

Finally, combine the PCCM-based FTE from Table 3,and SNU-specific duties-based FTE from Table 5 to calculate the combined SNU Practitioner FTE Subtotal for physicians and APPs . If only one practitioner covers the SNU and works four 10-hour days, add 0.15 FTE to cover SNU needs on the fifth weekday (in this hypothetical example, we assumed that that was not the case.) Add a 7% relief factor to the FTE totals to yield the total SNU Practitioner FTE for the unit, by practitioner type. Their combined total is the total number of FTE practitioners needed in the unit.

**Table 6**

| SAMPLE SNU PRACTITIONER TOTAL STAFFING CALCUALATION | | |
|---|---|---|
| | **Physician** | **APP** |
| SNU Primary Care FTE (Table 3) | 0.24 | 0.11 |
| SNU-Specific Practitioner Tasks FTE (Table 5) | 0.52 | 0.33 |
| Provider adjustment if coverage 4 weekdays @ .15 | NA | NA |
| Pratitioner FTE Subtotal | 0.75 | 0.44 |
| Relief Factor @ .07 FTE | 0.05 | 0.03 |
| **Total SNU Practitioner FTE by type** | **0.81** | **0.48** |
| **Total SNU Practitioner FTE** | **1.28** | |

## Step 3 Calculate Medial Assistant Staffing

The number of required MAs in this sample case is driven by the total number of practitioner FTEs (1.3 = 0.8 physician FTE + 0.5 APP FTE), augmented by the relief factor of 7%.

| SNU MEDICAL ASSISTANT SAMPLE STAFFING | | | | | | |
|---|---|---|---|---|---|---|
| MA Driver | | | MA FTE per Driver | MA Base FTE | Relief factor | **Total MA FTE** |
| *SNU Physician FTE* | *SNU APP FTE* | **Combined SNU Practitioner FTE** | | | | |
| *0.81* | *0.48* | **1.28** | 0.8 | 1.0 | 0.07 | **1.1** |

## Step 4.  Calculate RN Staffing

Each step described below is seen in the table "Sample SNU RN Staffing Positions."

Each step below is seen in the table.

Using patient Clinical Needs data from Table 1 and the RN prescribed ratio of patients per RN days and nights shifts based on Clinic Needs Tiers, as shown in the table "RN Base Staffing" on page 23, calculate the number of  RN positions needed Monday – Friday.  Example:  for patients in Clinical Needs Tier 1, a day shift RN can manage 28 patients and a night shift RN can manage 42 patients.  The 41 patients in this Tier need 1.5 day shift RN positions and 1.0 night shift RN position.  Tally all Monday-Friday day and night RN positions on line "RN Positions Mon-Fri."

35

Add a staffing adjustment to account for weekend needs.  Two weekend days are equal to 40% of five weekday positions, so calculate weekend positions at 40% of weekday positions on line "RN Positions Sat-Sun."

Sum the day and weekend positions on the line "Base RN Positions Subtotal".

Apply adjustment of 15% to account for the inefficiencies of the current EHR.  This factor may change in the future as the EHR is tailored for more efficient use in SNUs and IPCs.

Apply a relief factor of 7%.

Calculate total RN positions.

| SAMPLE SNU RN STAFFING POSITIONS | | | | | |
|---|---|---|---|---|---|
| | Patients per RN Position | | Staffing Drivers | Calculated RN Positions | |
| | Days | Nights | # Patients | Days | Nights |
| Patients in Clinical Needs Tier 1 | 28 | 42 | 41 | 1.5 | 1.0 |
| Patients in Clinical Needs Tier 2 | 17 | 29 | 39 | 2.3 | 1.3 |
| Patients in Clinical Needs Tier 3 | 15 | 25 | 16 | 1.1 | 0.6 |
| Patients in Clinical Needs Tier 4 | 10 | 20 | 2 | 0.2 | 0.1 |
| Sum RN Positions Mon - Fri | | | | 5.0 | 3.1 |
| RN Positions Sat-Sun @ 40% Mon-Fri | | | 40% | 2.0 | 1.2 |
| **Base RN Position Total** | | | | **7.0** | **4.3** |
| Adjustment for EHR inefficiencies @15% | | | 15% | 1.1 | 0.6 |
| Relief Factor @ 7% | | | 7% | 0.5 | 0.3 |
| **RN POSITION TOTALS** | | | | **8.6** | **5.2** |

The total RN positions (12-hour shifts) thus obtained are converted to total RN FTE as shown below:

| SAMPLE SNU RN FTEs | | |
|---|---|---|
| | Days | Nights |
| Total RN Positions | 8.6 | 5.2 |
| Convertsion factor to FTE | 1.5 | 1.5 |
| **Total RN FTEs** | **12.9** | **7.8** |

## Step 5.  Calculate LPN Staffing

Each step described below is seen in the table "Sample SNU LPN Staffing Positions."

Using patient Clinical Needs data and the prescribed ratio of patients per LPN days and nights shifts based on Clinical Needs Tiers, as shown in the table "Based LPN Staffing" on page 23, calculate base LPN positions for the positions needed Monday – Friday, using the same methodology used for the RN positions.

Add staffing adjustment to account for weekend needs as in the RN staffing calculation.

36

Sum the day and weekend positions, as in the RN calculation.

Apply adjustment of 10% to account for the inefficiencies of the current EHR.  This factor may change in the future as the EHR is tailored for more efficient use in SNUs and IPCs.

Apply a relief factor of 7%.

Calculate total LPN positions.

| SAMPLE SNU LNP STAFFING POSITIONS | | | | | |
|---|---|---|---|---|---|
| | Patients per LPN Position | | Staffing Drivers | Calculated LPN Positions | |
| | Days | Nights | # Patients | Days | Nights |
| Patients in Clinical Needs Tier 1 | 30 | 45 | 41 | 1.4 | 0.9 |
| Patients in Clinical Needs Tier 2 | 20 | 27 | 39 | 2.0 | 1.4 |
| Patients in Clinical Needs Tier 3 | 12 | 16 | 16 | 1.3 | 1.0 |
| Patients in Clinical Needs Tier 4 | 8 | 12 | 2 | 0.3 | 0.2 |
| Sum LPN Positions Mon - Fri | | | | 4.9 | 3.5 |
| LPN Positions Sat-Sun @ 40% Mon-Fri | | | 40% | 2.0 | 1.4 |
| **Base LPN Position Total** | | | | **6.9** | **4.9** |
| Adjustment for EHR inefficiencies @10% | | | 10% | 0.7 | 0.5 |
| Relief Factor @ 7% | | | 7% | 0.5 | 0.3 |
| **LPN POSITION TOTALS** | | | | **8.0** | **5.8** |

The total LPN positions 12-hour shifts) thus obtained are converted to total LPN FTE as shown below:

| SAMPLE SNU LPN FTEs | | |
|---|---|---|
| | Days | Nights |
| Total LPN Positions | 8.0 | 5.8 |
| Convertsion factor to FTE | 1.5 | 1.5 |
| **Total LPN FTEs** | **12.0** | **8.7** |

### Step 6.  Calculate CNA Staffing

Each step described below is seen in the table "Sample SNU CNA Staffing Positions."

Using patient ADL Needs data from Table 1 and the prescribed ratio  of patients per CNA days and nights shifts, based on ADL Tiers as shown in the table "CNA Base Staffing" on page 24, calculate base CNA positions for the positions needed Monday – Friday.  Use the same methodology as for RN and LPN calculations, except that the "Staffing Drivers" are the patients in each ADL Needs Tier.

Add an adjustment of 0.3 FTE for each patient requiring a  2-person assist for any ADL.

Add staffing adjustment to account for weekend needs as in the RN staffing calculation.

Sum the day and weekend positions.

Apply adjustment of 10% to account for the inefficiencies of the current EHR.  This factor may change in the future as the EHR is tailored for more efficient use in SNUs and IPCs.

Apply a relief factor of 7%.

Calculate total CNA positions.

| SAMPLE SNU CNA STAFFING POSITIONS | | | | | |
|---|---|---|---|---|---|
| | Patients per CNA Position | | Staffing Drivers | Calculated CNA Positions | |
| | Days | Nights | # Patients | Days | Nights |
| ADL Needs Tier 1 | 14 | 18 | 14 | 1.0 | 0.8 |
| ADL Needs Tier 2 | 11 | 13 | 28 | 2.5 | 2.2 |
| ADL Needs Tier 3 | 8 | 11 | 44 | 5.5 | 4.0 |
| ADL Needs Tier 4 | 6 | 9 | 12 | 2.0 | 1.3 |
| Patients needing 2-person assist wa any ADL need | | | 2 | | |
| Sum CNA Positions Mon - Fri | | | | 11.0 | 8.3 |
| CNA Positions Sat-Sun @ 40% Mon-Fri | | | 40% | 4.4 | 3.3 |
| **Base CNA Position Total** | | | | **15.5** | **11.6** |
| Adjustment 0.3 position per patient needing 2-person assit | | | 30% | 0.6 | 0.6 |
| Adjustment for EHR inefficiencies @10% | | | 10% | 2.3 | 1.7 |
| Relief Factor @ 7% | | | 7% | 1.1 | 0.8 |
| **CNA POSITION TOTALS** | | | | **19.5** | **14.7** |

The total CNA positions 12-hour shifts) thus obtained are converted to total CNA FTE as shown below:

| SAMPLE SNU CNA FTEs | | |
|---|---|---|
| | Days | Nights |
| Total CNA Positions | 19.5 | 14.7 |
| Convertsion factor to FTE | 1.5 | 1.5 |
| **Total CNA FTEs** | **29.2** | **22.1** |

## Step 7.  Calculate Clerical Nursing Support Staffing

The Staffing Plan calls for one FTE Clerical Nursing Support Clerk for each 100 SNU patients, in a Monday-Friday 8-hour position.  Calculate this staffing.

| CLERICAL NURSING SUPPORT STAFFING | | | | |
|---|---|---|---|---|
| Patient Census | Clerical Support Driver | Clerical Support Base FTE | Relief Factor 7% | TotalClerical Support  FTE |
| 102 | 100 | 1.0 | 0.07 | **1.1** |

**Step 8.  Calculate Mental Health Staffing**

Calculate MH staffing for the SNU population as described in the Primary Care Staffing plan and shown below, using the PCCM staffing ratios for mental health providers and the patient population's MH Levels.

| MH Levels | Caseload per Psychiatrist or NP FTE | Caseload per Primary Therapist FTE | Caseload per Behavioral Hlth Tech FTE | Patients | Prescriber | Primary Therapist | Behavioral Hlth Tech |
|---|---|---|---|---|---|---|---|
| MH Levels 1 and 2 | | 2,500 | | 35 | 0.00 | 0.00 | 0.00 |
| MH Level 3 C-D-E | 300 | 200 | 150 | 51 | 0.17 | 0.26 | 0.34 |
| MH Level 3 B | 300 | 65 | 150 | 11 | 0.04 | 0.17 | 0.07 |
| MH Level 3 A | 300 | 40 | 150 | 5 | 0.02 | 0.13 | 0.03 |
| MH Level 4 | 100 | 25 | 15 | 0 | 0.00 | 0.00 | 0.00 |
| MH Level 5 | 30 | 15 | 8 | 0 | 0.00 | 0.00 | 0.00 |
| BASE TOTAL FTE | | | | 102 | 0.22 | 0.55 | 0.45 |
| Relief Factor @ 7% | | | | | 0.02 | 0.04 | 0.03 |
| TOTAL STAFFING FTE | | | | | 0.24 | 0.59 | 0.48 |

SNU MENTAL HEALTH STAFFING

**Step 9.  Calculate Rehabilitative Therapies**

Calculate Physical Therapist and Occupational Therapist FTEs based on staffing Physical Therapist and Occupational staffing for SNU patients show below.

| | Patients per FTE | Patient Drivers | Base FTE | Relief Factor 7% | TOTAL FTE |
|---|---|---|---|---|---|
| Physical Therapy | 135 | 102 | 0.8 | 0.05 | 0.8 |
| Occupational Therapy | 165 | 102 | 0.6 | 0.04 | 0.7 |

SAMPLE SNU REHABILITATIVE THERAPIES STAFFING

The final table shows a summary of IPC FTEs for all shifts and positions.

| Staff Category | Day Shift | Night Shift | Total FTE |
|---|---|---|---|
| Physician | 0.81 | - | 0.81 |
| APP | 0.48 | - | 0.48 |
| MA | 1.1 | - | 1.1 |
| RN | 12.9 | 7.8 | 20.7 |
| LPN | 12 | 8.7 | 20.7 |
| CNA | 29.2 | 22.1 | 51.3 |
| Clerk | 1.1 | - | 1.1 |
| MH Prescriber | 0.24 | - | 0.24 |
| Primary Therapist | 0.59 | - | 0.59 |
| BHT | 0.48 | - | 0.48 |
| Physical Therapist | 0.80 | - | 0.80 |
| Occpational Therapist | 0.70 | - | 0.70 |
| **Totals** | **60.4** | **38.6** | **99.0** |

SAMPLE SNU STAFFING  FTE SUMMARY

39

# Appendix 2 Sample IPC Staffing Calculations

The following sample demonstrates how to calculate staffing for medical, nursing, mental health, and rehabilitative services for an IPC with 50 patients.  All data points have been described in the preceding narrative.

**Step 1 Collect Patient Population Variables**

ADCRR does not collect many of the patient demographic and clinical data elements needed to calculate IPC staffing.  For purposes of illustration, we have created a hypothetical population with which to illustrate this sample IPC staffing plan.  Its demographics and clinical data elements are shown here and used in the following calculations.

**Table 1**

| SAMPLE IPC DATA FROM ROLLING 60-DAY AVERAGES COLLECTED BY UNIT | | # of Patients | % of Population |
|---|---|---|---|
| Patient Census | | 50 | 100% |
| Patients at each PCCM Complexity Level | Level 1 | 2 | 16% |
| | Level 2 | 6 | |
| | Level 3 | 5 | 28% |
| | Level 4 | 9 | |
| | Level 5 | 16 | 56% |
| | Level 6 | 12 | |
| Patients at each IPC Level | Level 1 | 19 | |
| | Level 2 | 28 | |
| | Level 3 (Shelt. Hsg) | 3 | |
| Patients at each PCCM Mental Health Level | MH 1 and 2 | 4 | |
| | MH 3 C-D-E | 31 | |
| | MH 3 B | 10 | |
| | MH 3 A | 5 | |
| | MH 4 | 0 | |
| | MH 5 | 0 | |
| Monthly Admissions to Unit | | 15 | |
| Monthly Discharges from Unit | | 15 | |
| Patients at each Clinical Needs Tier | Tier 1 | 0 | |
| | Tier 2 | 22 | |
| | Tier 3 | 25 | |
| | Tier 4 | 3 | |
| Patients at each ADL Needs Tier | Tier 1 | 2 | |
| | Tier 2 | 24 | |
| | Tier 3 | 16 | |
| | Tier 4 | 8 | |
| **Patients needing 2-person assist** | | 0 | |

40

**Table 2**

| Imputed Data Calculated from Sample Data | | |
|---|---|---|
| | | #Pts. (calculation) |
| IPC Level 1 Patients at each pair of PCCM Complexity Levels | Levels 1 and 2 | 3.04 (16% x 19 pts) |
| | Levels 3 and 4 | 5.32 (28% x 19 pts) |
| | Levels 5 and 6 | 10.64 (56% x 19 pts) |
| IPC Level 2 Patients at each pair of PCCM Complexity Levels | Levels 1 and 2 | 4.48 (16% x 28 pts.) |
| | Levels 3 and 4 | 7.84 (19% x 28 patients) |
| | Levels 5 and 6 | 15.68 (56% x 28 patients) |
| IPC Level 3 (Shelt.Hsg.) Patients at each pair of PCCM Complexity Levels | Levels 1 and 2 | 0.48 (16% x 3 patients) |
| | Levels 3 and 4 | 0.84 (19% x 3 patients) |
| | Levels 5 and 6 | 1.68 (56% x 3 patients) |
| Admissions at each pair of PCCM Complexity Levels | Levels 1 and 2 | 2.4 (16% x 15 admissions) |
| | Levels 3 and 4 | 4.2 (28% x 15 admissions) |
| | Levels 5 and 6 | 8.4 (56% x 15 admissions) |
| Discharges at each pair of PCCM Complexity Levels | Levels 1 and 2 | 2.4 (16% x 15 admissions) |
| | Levels 3 and 4 | 4.2 (28% x 15 admissions) |

## Step 2 Calculate Physician Staffing

Physicians are responsible for staffing IPCs because of the high patient severity of illness and intensity of service needs.  Exceptions may be made for APPs to cover selected patients in rare cases and are not included in this sample.

The time allocations for unique physician IPC tasks are shown in Table 3 (reprised from the main part of this report). The patient-level data for the physician staffing calculation is taken from the sample data in Table 1 and the imputed data in Table 2 derived from the sample.  Table 4 shows the full calculations for physician staffing.

**Table 3**

| TIME ALLOCATIONS FOR UNIQUE IPC PHYSICIAN TASKS (in hours) | | | |
|---|---|---|---|
| PCCM Complexity Level | 1 and 2 | 3 and 4 | 5 and 6 |
| Admission to Unit | 0.75 | 1 | 1.5 |
| Discharge from Unit | 0.75 | 0.75 | 1 |
| Rounding | 0.5 | 0.5 | 0.75 |

41

**Table 4**

| IPC PHYSICIAN STAFFING CALCULATION | | | | |
|---|---|---|---|---|
| | | # Admissions (Calculation) | # Physician Monthly Hours (Calculation) | Physician Weekly Hours (Calculation) |
| Admission time for each pair of PCCM Complexity Levels | Levels 1 and 2 | 2.4 (16% x 15 Adm) | 1.8 (2.4 Adm x 0.75 hr/Adm) | 0.4 (1.8 hrs/mo ÷ 4.3 wks/mo) |
| | Levels 3 and 4 | 4.2 (28% x 15 Adm) | 2.9 (2.9 Adm x 1.0 hr/Adm) | 0.7 (2.9 hrs/mo ÷ 4.3 wks/mo) |
| | Levels 5 and 6 | 8.4 (56% x 15 Adm) | 12.6 (8.4 Adm x 1.5 hr/Adm) | 2.9 (12.6 hrs/mo ÷ 4.3 wks/mo) |
| Discharge time for each pair of PCCM Complexity Levels | Levels 1 and 2 | 2.4 (16% x 15 Adm) | 1.8 (2.4 Disch x 0.75 hr/Disch) | 0.4 (1.2 hrs/mo ÷ 4.3 wks/mo) |
| | Levels 3 and 4 | 2.9 (28% x 15 Adm) | 2.2 (2.9 Disch x 0.75 hr/Disch) | 0.5 (2.2 hrs/mo ÷ 4.3 wks/mo) |
| | Levels 5 and 6 | 8.4 (56% x 15 Adm) | 8.4 (8.4 Disch x 1.0 hr/Disch) | 2 (8.4 hrs/mo ÷ 4.3 wks/mo) |
| | | | | |
| | | # Patients (Calculation) | # Weekly Rounds (Calculation) | |
| Rounding time for IPC Level 1 Patients for each pair of PCCM Complexity Levels | Levels 1 and 2 | 3.0 (16% x 19 pts) | 15 (3.0 pts x 5 rounds/pt/wk) | 7.5 (15 rounds/wk x 0.5 hrs/round) |
| | Levels 3 and 4 | 5.3 (28% x 19 pts) | 26.5 (5.3 pts x 5 rounds/pt/wk) | 13.3 (26.5 rounds/wk x 0.5 hrs/round) |
| | Levels 5 and 6 | 10.6 (56% x 19 pts) | 53 (10.6 pts x 5 rounds/pt/wk) | 39.8 (53 rounds/wk x 0.75 hrs/round) |
| Rounding time for IPC Level 2 Patients for each pair of PCCM Complexity Levels | Levels 1 and 2 | 4.5 (16% x 28 pts) | 13.5 (4.5 pts x 3 rounds/pt/wk) | 6.8 (13.5 rounds/wk x 0.5 hrs/round) |
| | Levels 3 and 4 | 7.8 (28% x 28 pts) | 23.4 (7.8 pts x 3 rounds/pt/wk) | 11.7 (23.4 rounds/wk x 0.5 hrs/round) |
| | Levels 5 and 6 | 15.7 (56% x 28 pts) | 47.1 (15.7 pts x 3 rounds/pt/wk) | 35.3 (47.1 rounds/wk x 0.75 hrs/round) |
| Rounding time for IPC Level 3 (Sheltered Housing) Patients for each pair of PCCM | Levels 1 and 2 | 0.5 (16% x 3 pts) | 0.1 (0.5 pts x 1 round/mo ÷ 4.3 wks/mo) | 0.06 (0.1 rounds/wk * 0.5 hrs/round) |
| | Levels 3 and 4 | 0.8 (28% x 3 pts) | 0.2 (0.8 pts x 1 round/mo ÷ 4.3 wks/mo) | 0.09 (0.2 rounds/wk * 0.5 hrs/round) |
| | Levels 5 and 6 | 1.7 (56% x 3 pts) | 0.4 (1.7 pts x 1 round/mo ÷ 4.3 wks/mo) | 0. 2 (0.4 rounds/wk * 0.5 hrs/round) |
| | | | | |
| Total physician weekly hours | | | | 121.5 |
| Subtotal physician FTE | | | | 3.0 |
| Relief factor (7%) | | | | 0.2 |
| **TOTAL PHYSICAN FTE** | | | | **3.2** |

42

### Step 3 Calculate Medial Assistant Staffing

The number of required MAs in this sample case is driven by the number of practitioners (3.1 FTE), augmented by the relief factor (7%).

| IPC MEDICAL ASSISTANT SAMPLE STAFFING | | | | |
|---|---|---|---|---|
| MA Driver | MA FTE per Driver | MA Base FTE | Relief factor | Total MA FTE |
| 3.1 | 0.8 | 2.4 | 0.2 | 2.6 |

### Step 4.  Calculate RN Staffing

Each step described below is shown in the table below, "Sample IPC RN Staffing Positions."

Using patient Clinical Needs data from Table 1 and the prescribed ratio of patients per RN days and nights shifts based on Clinical Needs Tiers, as shown in the table "RN Base Staffing" on page 23, calculate the number of RN positions needed Monday – Friday.  Example: for patients in Clinical Needs Tier 2, a day shift RN can manage 17patients and a night shift RN can manage 29 patients.  Thus, the 22 patients in this Tier need 1.3 day shift RN positions and 0.8 night shift RN positions.  Tally all Monday – Friday day and night RN positions on line "RN Positions Mon-Fri."  Calculate the number of positions required for Saturday – Sunday as 40% of staffing for Monday – Friday (based on the fact that there are 10 12-hours shifts during the week and 4 12-hour shifts during the weekend).

In addition to addressing the clinical needs of IPC patients (captured by the ADL Clinical Needs Tiers), RNs must also conduct admissions (3.0 hours each), and discharges (1.5 hours each). Calculate  this adjustment based on the admission and discharge data from Table 1 and apply it to Monday-Friday day shirt RN positions.

Apply an adjustment of 15% to account for the inefficiencies of the current EHR.  This factor may change in the future as the EHR is tailored for more efficient use in SNUs and IPCs.  Apply a relief factor of 7%. Calculate total RN positions.

43

| SAMPLE IPC RN STAFFING POSITIONS | | | | | |
|---|---|---|---|---|---|
| | Patients per RN | | Staffing Drivers | Calculated RN | |
| | Days | Nights | | Days | Nights |
| Patients in Clinical Needs Tier 1 | 28 | 42 | 0 pts | 0 | 0 |
| Patients in Clinical Needs Tier 2 | 17 | 29 | 22 pts | 1.3 | 0.8 |
| Patients in Clinical Needs Tier 3 | 15 | 25 | 25 pts | 1.7 | 1 |
| Patients in Clinical Needs Tier 4 | 10 | 20 | 3 pts | 0.3 | 0.15 |
| **RN Positions Mon - Fri** | | | | **3.3** | **1.9** |
| RN Positions Sat-Sun | | | 40% | 1.3 | 0.8 |
| **Base RN Positions Total** | | | | **4.6** | **2.7** |
| **Calculations** | | | | | |
| Admissions (@3.0 hrs each) | | | 15 admissions per month/4.3 wks per month = 3.5 admissions per week | 0.18 | 0 |
| | | | 3.5 admissions per week x 3 hours each = 10.5 hours per week | | |
| | | | 10.5 hours/60 hours per day shift Mon-Fri  = .18 position | | |
| Discharges (@1.5 hrs each) | | | 15 discharges per month/4.3 weeks per month = 3.5 discharges per week | 0.09 | 0 |
| | | | 3.5 discharges per week x 1.5 hours each = 5.25 hours per week | | |
| | | | 5.25 hours/60 hours per day shift Mon-Fri = 0.09 position | | |
| Adjustment for EHR inefficiencies | | | 15% | 0.7 | 0.4 |
| Relief Factor | | | 7% | 0.3 | 0.2 |
| **RN POSITION TOTALS** | | | | **5.9** | **3.3** |

The total RN positions thus obtained are converted to total RN FTE as shown below:

| SAMPLE IPC RN FTEs | | |
|---|---|---|
| | Days | Nights |
| Total RN Positions | 5.9 | 3.3 |
| Convertsion factor to FTE | 1.5 | 1.5 |
| **Total RN FTEs** | **8.8** | **4.9** |

44

**Step 5.  Calculate LPN Staffing**

Each step described below is seen in the table "Sample IPC LPN Staffing Positions."

Using patient Clinical Needs data from Table 1 and the prescribed ratio of patients per LPN days and night shifts based on Clinical Needs tier as shown in the table "LPN Base Staffing" on page 23, calculate the number of LPN positions for the positions needed Monday – Friday, using the same methodology used for the RN positions.

Add staffing adjustment to account for weekend needs.

Sum the day and weekend positions, as in the RN calculation.

Apply adjustment of 10% to account for the inefficiencies of the current EHR.  This factor may change in the future as the EHR is tailored for more efficient use in SNUs and IPCs.

Apply a relief factor of 7%.

Calculate total LPN positions.

| SAMPLE IPC LNP STAFFING POSITIONS | | | | | |
|---|---|---|---|---|---|
| | Patients per LPN Position | | Staffing Drivers | Calculated LPN Positions | |
| | Days | Nights | | Days | Nights |
| Patients in Clinical Needs Tier 1 | 30 | 45 | 0 pts | 0.0 | 0.0 |
| Patients in Clinical Needs Tier 2 | 20 | 27 | 22 pts | 1.1 | 0.8 |
| Patients in Clinical Needs Tier 3 | 12 | 16 | 25 pts | 2.1 | 1.6 |
| Patients in Clinical Needs Tier 4 | 8 | 12 | 3 pts | 0.4 | 0.3 |
| **LPN Positions Mon - Fri** | | | | **3.6** | **2.6** |
| LPN Positions Sat-Sun @ 40% Mon-Fri | | | 40% | 1.4 | 1.1 |
| **Base LPN Position Total** | | | | **5.0** | **3.7** |
| Adjustment for EHR inefficiencies @10% | | | 10% | 0.5 | 0.4 |
| Relief Factor @ 7% | | | 7% | 0.3 | 0.3 |
| **LPN POSITION TOTALS** | | | | **5.8** | **4.3** |

The total LPN positions thus obtained are converted to total LPN FTEs as shown below:

| SAMPLE IPC LPN FTEs | | |
|---|---|---|
| | Days | Nights |
| Total LPN Positions | 5.8 | 4.3 |
| Convertsion factor to FTE | 1.5 | 1.5 |
| **Total LPN FTEs** | **8.7** | **6.5** |

45

**Step 6.  Calculate CNA Staffing**

Each step described below is seen in the table "Sample IPC CNA Staffing Positions."

Using patient ADL Needs data from Table 1 and the prescribed ratio of patients per CNA staffing  days and nights as shown in the table "CNA Base Staffing" on page 24, calculate base CNA positions for the positions needed Monday – Friday.  Use the same methodology as for RN and LPN calculations, except that the "Staffing Drivers" are the patients in each ADL Needs Tier.

Add an adjustment of 0.3 FTE (30%) for each patient requiring a  2-person assist for any ADL.

Add staffing adjustment to account for weekend needs.  In this sample, nursing staffing is the same on weekends.  This may not always be the case.  The same methodology for calculating RN weekend positions is used here.

Sum the day and weekend positions.

Apply an adjustment of 10% to account for the inefficiencies of the current EHR.  This factor may change in the future as the EHR is tailored for more efficient use in SNUs and IPCs.

Apply a relief factor of 7%.

| SAMPLE IPC CNA STAFFING POSITIONS | | | | | |
|---|---|---|---|---|---|
| | Patients per CNA | | Staffing Drivers | Calculated CNA | |
| | Days | Nights | # Patients | Days | Nights |
| ADL Needs Tier 1 | 14 | 18 | 2 | 0.1 | 0.1 |
| ADL Needs Tier 2 | 11 | 13 | 24 | 2.2 | 1.8 |
| ADL Needs Tier 3 | 8 | 11 | 16 | 2.0 | 1.5 |
| ADL Needs Tier 4 | 6 | 9 | 8 | 1.3 | 0.9 |
| Patients needing 2-person assist with ≥ ADL need | | | 0 | 0.0 | 0.0 |
| **CNA Positions Mon - Fri** | | | | 5.7 | 4.3 |
| CNA Positions Sat-Sun @ 40% Mon-Fri | | | 40% | 2.3 | 1.7 |
| **Base CNA Position Total** | | | | **7.9** | **6.0** |
| Adjustment 0.3 position per patient needing 2-person assist | | | 30% | 0.0 | 0.0 |
| Adjustment for EHR inefficiencies @10% | | | 10% | 1.2 | 0.9 |
| Relief Factor @ 7% | | | 7% | 0.6 | 0.4 |
| **CNA POSITION TOTALS** | | | | **9.7** | **7.3** |

The total CNA positions thus obtained are converted to total CNA FTE as shown below:

| SAMPLE IPC CNA FTEs | | |
|---|---|---|
| | Days | Nights |
| Total CNA Positions | 9.7 | 7.3 |
| Convertsion factor to FTE | 1.5 | 1.5 |
| **Total LPN FTEs** | **14.5** | **11.0** |

46

**Step 7.  Calculate Clerical Nursing Support Staffing**

The Staffing Plan calls for one FTE Clerical Nursing Support Clerk for each 100 IPC patients, in a Monday-Friday 8-hour position.  Calculate this staffing.

| CLERICAL NURSING SUPPORT STAFFING | | | | |
|---|---|---|---|---|
| Patient Census | Clerical Support Driver | Clerical Support Base FTE | Relief Factor 7% | **Total Clerical Support  FTE** |
| 50 | 100 pts | 0.5 | 0.04 | **0.5** |

**Step 8.  Calculate Mental Health Staffing**

Calculate MH staffing for the IPC population as described in the Primary Care Staffing plan and shown below, using the PCCM staffing ratios for mental health providers and the patient population's MH Levels.

| IPC MENTAL HEALTH STAFFING | | | | | | | |
|---|---|---|---|---|---|---|---|
| MH Levels | Caseload per Psychiatrist or NP FTE | Caseload per Primary Therapist FTE | Caseload per Behavioral Hlth Tech FTE | Patients | Prescriber | Primary Therapist | Behavioral Hlth Tech |
| MH Levels 1 and 2 | | 2,500 | | 4 | 0.00 | 0.00 | 0.00 |
| MH Level 3 C-D-E | 300 | 200 | 150 | 31 | 0.10 | 0.16 | 0.21 |
| MH Level 3 B | 300 | 65 | 150 | 10 | 0.03 | 0.15 | 0.07 |
| MH Level 3 A | 300 | 40 | 150 | 5 | 0.02 | 0.13 | 0.03 |
| MH Level 4 | 100 | 25 | 15 | 0 | 0.00 | 0.00 | 0.00 |
| MH Level 5 | 30 | 15 | 8 | 0 | 0.00 | 0.00 | 0.00 |
| **MH Base FTE** | | | | **50** | **0.15** | **0.44** | **0.31** |
| Relief Factor @ 7% | | | | | 0.02 | 0.07 | 0.05 |
| **MH FTE Total** | | | | | **0.17** | **0.51** | **0.36** |

**Step 9.  Calculate Rehabilitative Therapies**

Calculate Physical Therapist and Occupational Therapist FTEs based on staffing ratios for Physical Therapists and Occupational Therapists as shown below.

| SAMPLE IPC REHABILITATIVE THERAPIES STAFFING | | | | | |
|---|---|---|---|---|---|
| | Patients per FTE | Patient Drivers | Base FTE | Relief Factor 7% | **TOTAL FTE** |
| Physical Therapy | 90 | 50 | 0.6 | 0.04 | **0.6** |
| Occupational Therapy | 90 | 50 | 0.6 | 0.04 | **0.6** |

47

The final table shows a summary of IPC FTEs for all shifts and positions.

| SAMPLE IPC STAFFING FTE SUMMARY | | | |
|---|---|---|---|
| Staff Category | Day Shift | Night Shift | Total FTE |
| Physician | 3.2 | - | 3.2 |
| APP | 0 | - | 0 |
| MA | 2.6 | - | 2.6 |
| RN | 8.8 | 4.9 | 13.7 |
| LPN | 8.7 | 6.5 | 15.2 |
| CNA | 14.5 | 11.1 | 25.6 |
| Clerk | 0.5 | - | 0.5 |
| MH Prescriber | 0.2 | - | 0.2 |
| Primary Therapist | 0.5 | - | 0.5 |
| BHT | 0.4 | - | 0.4 |
| Physical Therapist | 0.6 | - | 0.6 |
| Occupational Therapist | 0.6 | - | 0.6 |
| Totals | 40.5 | 22.5 | 63.0 |

This analysis and staffing plan is respectfully submitted on March 2, 2026.

Marc F. Stern, MD, MPH
Lead Monitor

Donna Strugar-Fritsch, BSN, MPA
Monitor

48