

☒ FILED    ☐ LODGED

**Apr 03 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, Anthony G. Wilson et al., Plaintiffs, | NO. CV-12-00601-PHX-ROS |
| V. | MOTION FOR THE COURT TO ORDER DEFENDANTS TO GET Plaintiff Anthony G Wilson Emergency TREATMENT FOR HIS MEDICAL CONDITIONS |
| Ryan Thornell, Grace Adams, et al., Defendants. | |

Plaintiff Anthony G. Wilson Files this Emergency Motion
For this Court to order emergency treatment for his
Medical Condition. Plaintiff claims that he had no other
choice but to modify this case in order to get the attention
of this Court. Plaintiff claims that he has written to Arizona
Governor Kattie Hobbs, The Arizona Legislatures Speaker of the
House, President of the Senate, Director Ryan Thornell of ADCRR,
Deputy Warden Pearch at Barchey Unit where Plaintiff is
housed and Complex Warden Kimber at Lewis Complex and
Naphcare Inc Staff PA Kelly, all requesting emergency
Medical treatment for his back injury and foot injuries.
Plaintiff claims that his back is so injured that he cannot walk

and that he cannot get to the Chow Hall and Naphcare Inc Medical staff is refusing to give him a Special Needs Order (SNO) for his lay in Trays so that Naphcare Inc can return him to the outside doctor treating his Medical Conditions. Plaintiff is in extreme pain and swollen feet, legs and back. Plaintiff has gone two weeks without any pain treatment and the Medical staff has for two months telling him that he is going out for further treatment has not happen for 2½ and Plaintiff is so bad that he has to get Mental health treatment due to the pain and stress. Plaintiff claims that he has a current lawsuit in CV 25-00340-PHX-SRB (DMF) but Judge has not ruled on his injunction and Summary Judgment and that all of plaintiff efforts through his civil lawsuit has failed. Plaintiff is pleading with anyone for help in this Matter. Please look into this Matter at least.

DATED: ___4/3/26___

BY: __Anthony G. Wilson__
     Anthony G. Wilson #214585

Certificate of Services

I certify that I E-Filed this Motion on this 3rd day of April 2026 to:

United States District Court of Arizona

Broening OBerg, Woods & Wilson
2800 N. Central Ave
Suite 1600
Phoenix AZ 85004
Attorney for Naphcare Inc

DATED: 4/3/26

BY: Anthony G. Wilson
Anthony Wilson #214585