**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

The Court has reviewed a filing by class member Anthony Wilson seeking individualized relief with respect to their own medical care or placement in maximum custody (Doc. 5174). The Court cannot accept motions from class members unless they are filed by class counsel. In addition, the Court's jurisdiction in this case is limited by the terms of the parties' agreement to settle the case. Accordingly, the Court is unable to order specific relief as it relates to individual class members. Mr. Wilson stated he has raised his concerns in a separate lawsuit; that lawsuit is the appropriate venue for him to seek relief.

Accordingly,

**IT IS ORDERED** that the Motion to Strike Order (Doc. 5174) is denied.

Dated this 13th day of April, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge