Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Kimberly Friday, 035369
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants, Ryan Thornell, et al.

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF UPDATED QUARTERLY REPORT REQUIRED BY § 20.3.1 OF THE INJUNCTION** |
| Ryan Thornell, et al., | |
| Defendants. | |

In compliance with Court's Injunction, § 20.3.1, (Doc. 4410 at 54–55), Defendants submit the attached updated Correctional Staffing Report for the first quarter 2026 (January-March 2026) (Exhibit A), which includes the data that was not available at the time Defendants initially filed the First Quarter 2026 Report (Doc. 5171).

DATED this 17th day of April, 2026.

OSBORN MALEDON, P.A.

By s/Molly S. Walker
Mary R. O'Grady
Andrew G. Pappas
John S. Bullock
Kimberly Friday
Molly S. Walker
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

KRISTIN K. MAYES
ATTORNEY GENERAL
Joshua D. Bendor, 031908
Gregory Honig, 018804
Lucy M. Rand, 026919
Luci D. Davis, 035347
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
joshua.bendor@azag.gov
gregory.honig@azag.gov
lucy.rand@azag.gov
luci.davis@azag.gov
ACL@azag.gov

Attorneys for Defendants

12378308

2

# Exhibit A

# COURT ORDER CORRECTIONAL STAFFING REPORT
## January – March, 2026

**Number of Correctional Staff Assigned to Each Complex at the Beginning of the Period**

| | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 362 | 16 | 26 | 44 | 16 | 6 | 5 | 475 |
| Eyman | 742.5 | 17 | 61 | 99 | 32 | 10 | 9 | 970.5 |
| Lewis | 984 | 30 | 56 | 95 | 33 | 13 | 12 | 1223 |
| Perryville | 570.5 | 22 | 49 | 68 | 26 | 13 | 9 | 757.5 |
| Phoenix | 155 | 10 | 15 | 17 | 7 | 4 | 3 | 211 |
| Safford | 235.5 | 3 | 22 | 38 | 15 | 7 | 6 | 326.5 |
| Tucson | 805.75 | 21 | 60 | 94 | 36 | 15 | 11 | 1042.75 |
| Winslow | 225 | 1 | 13 | 37 | 13 | 5 | 5 | 299 |
| Yuma | 686 | 30 | 49 | 65 | 24 | 10 | 9 | 873 |
| TOTAL | 4766.25 | 150 | 351 | 557 | 202 | 83 | 69 | 6178.25 |

**Number of Correctional Staff Employed at Each Complex by the End of the Period**

| | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 355 | 16 | 26 | 44 | 16 | 6 | 5 | 468 |
| Eyman | 744.5 | 17 | 60 | 100 | 32 | 10 | 9 | 972.5 |
| Lewis | 1003.75 | 26 | 58 | 99 | 37 | 11 | 12 | 1246.75 |
| Perryville | 554 | 19 | 49 | 69 | 28 | 13 | 8 | 740 |
| Phoenix | 153.75 | 11 | 14 | 17 | 7 | 4 | 3 | 209.75 |
| Safford | 229 | 2 | 22 | 41 | 16 | 7 | 6 | 323 |
| Tucson | 837.75 | 29 | 61 | 97 | 37 | 15 | 11 | 1087.75 |
| Winslow | 237 | 1 | 14 | 39 | 12 | 5 | 5 | 313 |
| Yuma | 695 | 30 | 50 | 65 | 24 | 10 | 9 | 883 |
| TOTAL | 4809.75 | 151 | 354 | 571 | 209 | 81 | 68 | 6243.75 |

# COURT ORDER CORRECTIONAL STAFFING REPORT
## January – March, 2026

**Turnover Rate for the Period - Terminations and Staff Assigned**

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned | Term | Assigned |
| Douglas | 11 | 355 | 0 | 16 | 0 | 26 | 1 | 44 | 0 | 16 | 0 | 6 | 1 | 5 | 13 | 468 |
| | 3.10% | | 0.00% | | 0.00% | | 2.27% | | 0.00% | | 0.00% | | 20.00% | | 2.78% | |
| Eyman | 33.75 | 744.5 | 0 | 17 | 0 | 60 | 1 | 100 | 1 | 32 | 0 | 10 | 0 | 9 | 35.75 | 972.5 |
| | 4.53% | | 0.00% | | 0.00% | | 1.00% | | 3.13% | | 0.00% | | 0.00% | | 3.68% | |
| Lewis | 36 | 1003.75 | 2 | 26 | 1 | 58 | 2 | 99 | 0 | 37 | 0 | 11 | 1 | 12 | 42 | 1246.75 |
| | 3.59% | | 7.69% | | 1.72% | | 2.02% | | 0.00% | | 0.00% | | 8.33% | | 3.37% | |
| Perryville | 27.5 | 554 | 0 | 19 | 0 | 49 | 2 | 69 | 0 | 28 | 0 | 13 | 1 | 8 | 30.5 | 740 |
| | 4.96% | | 0.00% | | 0.00% | | 2.90% | | 0.00% | | 0.00% | | 12.50% | | 4.12% | |
| Phoenix | 5 | 153.75 | 0 | 11 | 1 | 14 | 1 | 17 | 0 | 7 | 0 | 4 | 1 | 3 | 8 | 209.75 |
| | 3.25% | | 0.00% | | 7.14% | | 5.88% | | 0.00% | | 0.00% | | 33.33% | | 3.81% | |
| Safford | 11.5 | 229 | 0 | 2 | 0 | 22 | 1 | 41 | 0 | 16 | 0 | 7 | 0 | 6 | 12.5 | 323 |
| | 5.02% | | 0.00% | | 0.00% | | 2.44% | | 0.00% | | 0.00% | | 0.00% | | 3.87% | |
| Tucson | 44.25 | 837.75 | 2 | 29 | 0 | 61 | 0 | 97 | 1 | 37 | 0 | 15 | 0 | 11 | 47.25 | 1087.75 |
| | 5.28% | | 6.90% | | 0.00% | | 0.00% | | 2.70% | | 0.00% | | 0.00% | | 4.34% | |
| Winslow | 10 | 237 | 0 | 1 | 2 | 14 | 0 | 39 | 0 | 12 | 0 | 5 | 0 | 5 | 12 | 313 |
| | 4.22% | | 0.00% | | 14.29% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 3.83% | |
| Yuma | 25 | 695 | 0 | 30 | 1 | 50 | 1 | 65 | 1 | 24 | 0 | 10 | 0 | 9 | 28 | 883 |
| | 3.60% | | 0.00% | | 2.00% | | 1.54% | | 4.17% | | 0.00% | | 0.00% | | 3.17% | |
| TOTAL | 204 | 4809.75 | 4 | 151 | 5 | 354 | 9 | 571 | 3 | 209 | 0 | 81 | 4 | 68 | 229 | 6243.75 |
| | 4.24% | | 2.65% | | 1.41% | | 1.58% | | 1.44% | | 0.00% | | 5.88% | | 3.67% | |

*Any "n/a" result is generated when there are no individuals assigned at the end of the quarter. Turnover is specified as number of voluntary and involuntary terminations during the period divided by the total number of staff assigned at the end of the quarter. With no individuals assigned the desired calculation can not be completed.

# COURT ORDER CORRECTIONAL STAFFING REPORT
## January – March, 2026

**Retention Rate for the Period - Staff Employed 12+ Months (mo.) and Staff Assigned****

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned | 12+ mo. | Assigned |
| **Douglas** | 316 | 355 | 15 | 16 | 24 | 26 | 40 | 44 | 13 | 16 | 4 | 6 | 4 | 5 | 416 | 468 |
| | 89.01% | | 93.75% | | 92.31% | | 90.91% | | 81.25% | | 66.67% | | 80.00% | | 88.89% | |
| **Eyman** | 638 | 744.5 | 12 | 17 | 54 | 60 | 87 | 100 | 26 | 32 | 9 | 10 | 7 | 9 | 833 | 972.5 |
| | 85.70% | | 70.59% | | 90.00% | | 87.00% | | 81.25% | | 90.00% | | 77.78% | | 85.66% | |
| **Lewis** | 717 | 1003.75 | 22 | 26 | 44 | 58 | 84 | 99 | 28 | 37 | 10 | 11 | 7 | 12 | 912 | 1246.75 |
| | 71.43% | | 84.62% | | 75.86% | | 84.85% | | 75.68% | | 90.91% | | 58.33% | | 73.15% | |
| **Perryville** | 470 | 554 | 26 | 19 | 44 | 49 | 57 | 69 | 20 | 28 | 11 | 13 | 5 | 8 | 633 | 740 |
| | 84.84% | | 136.84% | | 89.80% | | 82.61% | | 71.43% | | 84.62% | | 62.50% | | 85.54% | |
| **Phoenix** | 133 | 153.75 | 9 | 11 | 12 | 14 | 13 | 17 | 5 | 7 | 2 | 4 | 1 | 3 | 175 | 209.75 |
| | 86.50% | | 81.82% | | 85.71% | | 76.47% | | 71.43% | | 50.00% | | 33.33% | | 83.43% | |
| **Safford** | 195 | 229 | 3 | 2 | 18 | 22 | 36 | 41 | 12 | 16 | 6 | 7 | 4 | 6 | 274 | 323 |
| | 85.15% | | 150.00% | | 81.82% | | 87.80% | | 75.00% | | 85.71% | | 66.67% | | 84.83% | |
| **Tucson** | 629 | 837.75 | 19 | 29 | 52 | 61 | 74 | 97 | 32 | 37 | 13 | 15 | 8 | 11 | 827 | 1087.75 |
| | 75.08% | | 65.52% | | 85.25% | | 76.29% | | 86.49% | | 86.67% | | 72.73% | | 76.03% | |
| **Winslow** | 179 | 237 | 1 | 1 | 6 | 14 | 35 | 39 | 11 | 12 | 5 | 5 | 3 | 5 | 240 | 313 |
| | 75.53% | | 100.00% | | 42.86% | | 89.74% | | 91.67% | | 100.00% | | 60.00% | | 76.68% | |
| **Yuma** | 597 | 695 | 25 | 30 | 45 | 50 | 58 | 65 | 17 | 24 | 10 | 10 | 7 | 9 | 759 | 883 |
| | 85.90% | | 83.33% | | 90.00% | | 89.23% | | 70.83% | | 100.00% | | 77.78% | | 85.96% | |
| **TOTAL** | 3874 | 4809.75 | 132 | 151 | 299 | 354 | 484 | 571 | 164 | 209 | 70 | 81 | 46 | 68 | 5069 | 6243.75 |
| | 80.54% | | 87.42% | | 84.46% | | 84.76% | | 78.47% | | 86.42% | | 67.65% | | 81.19% | |

**Percentages may exceed 100 where more individuals were employed in a position type at the end of the quarter than were at the start of the quarter

*Any "n/a" result is generated when there are no individuals assigned at the end of the quarter. Retention is specified as number of of staff at a facility who have worked for that facility for twelve months or longer divided by the total number of staff assigned at the end of the quarter. With no individuals assigned the desired calculation can not be completed.

# COURT ORDER CORRECTIONAL STAFFING REPORT
## January – March, 2026

**Overtime Hours for Correctional Staff**

| | Correctional Officer 2 | Correctional Corporal | Correctional Officer 3 | Correctional Sergeant | Correctional Lieutenant | Correctional Officer 4 | Correctional Captain | Total |
|---|---|---|---|---|---|---|---|---|
| Douglas | 3,862.80 | 167.75 | 182.92 | 602.40 | 45.25 | 0.00 | 0.00 | 4,861.12 |
| Eyman | 70,131.13 | 1,400.13 | 3,716.02 | 9,775.13 | 4,589.53 | 836.17 | 926.57 | 91,374.68 |
| Lewis | 77,976.58 | 4,640.50 | 5,928.75 | 14,018.78 | 4,534.67 | 731.93 | 440.16 | 108,271.37 |
| Perryville | 11,690.76 | 174.92 | 74.00 | 1,752.37 | 31.75 | 52.00 | 0.00 | 13,775.80 |
| Phoenix | 18,477.18 | 1,747.90 | 1,806.57 | 2,945.61 | 844.58 | 164.83 | 3.50 | 25,990.17 |
| Safford | 16,291.95 | 359.25 | 1,450.10 | 2,553.26 | 775.58 | 456.75 | 9.00 | 21,895.89 |
| Tucson | 96,973.18 | 3,918.23 | 4,360.15 | 12,177.66 | 4,438.14 | 1,258.08 | 757.08 | 123,882.52 |
| Winslow | 7,297.89 | 17.25 | 177.50 | 1,625.99 | 473.50 | 0.00 | 84.25 | 9,676.38 |
| Yuma | 11,891.79 | 369.83 | 121.25 | 837.49 | 180.25 | 32.00 | 32.75 | 13,465.36 |
| TOTAL | 314,593.26 | 12,795.76 | 17,817.26 | 46,288.69 | 15,913.25 | 3,531.76 | 2,253.31 | 413,193.29 |

# COURT ORDER CORRECTIONAL STAFFING REPORT
## January – March, 2026

**Vacancy Rate for the Period - # Vacant Positions at end of Period / Total Number of Positions**

| | Correctional Officer 2 | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions |
| Douglas | 36 | 391 | 0 | 16 | 1 | 27 | 1 | 45 | 0 | 16 | 0 | 6 | 0 | 5 | 38 | 506 |
| | 9.21% | | 0.00% | | 3.70% | | 2.22% | | 0.00% | | 0.00% | | 0.00% | | 7.51% | |
| Eyman | 319.5 | 1064 | 30 | 47 | 26 | 86 | 17 | 117 | 4 | 36 | 3 | 13 | 0 | 9 | 399.5 | 1372 |
| | 30.03% | | 63.83% | | 30.23% | | 14.53% | | 11.11% | | 23.08% | | 0.00% | | 29.12% | |
| Lewis | 118.25 | 1122 | 34 | 60 | 1 | 59 | 5 | 104 | 0 | 37 | 2 | 13 | 0 | 12 | 160.25 | 1407 |
| | 10.54% | | 56.67% | | 1.69% | | 4.81% | | 0.00% | | 15.38% | | 0.00% | | 11.39% | |
| Perryville | 88 | 642 | 0 | 19 | 3 | 52 | 3 | 72 | 0 | 28 | 0 | 13 | 1 | 9 | 95 | 835 |
| | 13.71% | | 0.00% | | 5.77% | | 4.17% | | 0.00% | | 0.00% | | 11.11% | | 11.38% | |
| Phoenix | 26.25 | 180 | 0 | 11 | 1 | 15 | 0 | 17 | 0 | 7 | 0 | 4 | 0 | 3 | 27.25 | 237 |
| | 14.58% | | 0.00% | | 6.67% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 11.50% | |
| Safford | 105 | 334 | 2 | 4 | 4 | 26 | 2 | 43 | 0 | 16 | 0 | 7 | 0 | 6 | 113 | 436 |
| | 31.44% | | 50.00% | | 15.38% | | 4.65% | | 0.00% | | 0.00% | | 0.00% | | 25.92% | |
| Tucson | 241.25 | 1079 | 25 | 54 | 1 | 62 | 1 | 98 | 0 | 37 | 0 | 15 | 0 | 11 | 268.25 | 1356 |
| | 22.36% | | 46.30% | | 1.61% | | 1.02% | | 0.00% | | 0.00% | | 0.00% | | 19.78% | |
| Winslow | 90 | 327 | 19 | 20 | 7 | 21 | 1 | 40 | 2 | 14 | 0 | 5 | 0 | 5 | 119 | 432 |
| | 27.52% | | 95.00% | | 33.33% | | 2.50% | | 14.29% | | 0.00% | | 0.00% | | 27.55% | |
| Yuma | 54 | 749 | 0 | 30 | 0 | 50 | 0 | 65 | 0 | 24 | 0 | 10 | 0 | 9 | 54 | 937 |
| | 7.21% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 5.76% | |
| TOTAL | 1078.25 | 5888 | 110 | 261 | 44 | 398 | 30 | 601 | 6 | 215 | 5 | 86 | 1 | 69 | 1274.25 | 7518 |
| | 18.31% | | 42.15% | | 11.06% | | 4.99% | | 2.79% | | 5.81% | | 1.45% | | 16.95% | |

# COURT ORDER CORRECTIONAL STAFFING REPORT
## January – March, 2026

**Vacancy Rate for the Period - # Vacant Positions at end of Period/Total # of Positions - Closed Units Vacant Positions Excluded**

| | Correctional Officer 2***** | | Correctional Corporal | | Correctional Officer 3 | | Correctional Sergeant | | Correctional Lieutenant | | Correctional Officer 4 | | Correctional Captain | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions | Vacant | Positions |
| Douglas**** | 37 | 391 | 0 | 16 | 1 | 27 | 1 | 45 | 0 | 16 | 0 | 6 | 0 | 5 | 39 | 506 |
| | 9.46% | | 0.00% | | 3.70% | | 2.22% | | 0.00% | | 0.00% | | 0.00% | | 7.71% | |
| Eyman**** | 276.75 | 1019 | 30 | 47 | 5 | 65 | 1 | 101 | 0 | 32 | 1 | 11 | 0 | 9 | 313.75 | 1284 |
| | 27.16% | | 63.83% | | 7.69% | | 0.99% | | 0.00% | | 9.09% | | 0.00% | | 24.44% | |
| Lewis | 118.25 | 1122 | 34 | 60 | 1 | 59 | 5 | 104 | 0 | 37 | 2 | 13 | 0 | 12 | 160.25 | 1407 |
| | 10.54% | | 56.67% | | 1.69% | | 4.81% | | 0.00% | | 15.38% | | 0.00% | | 11.39% | |
| Perryville**** | 41 | 593 | 0 | 19 | 3 | 52 | 2 | 72 | 0 | 28 | 0 | 13 | 1 | 9 | 47 | 786 |
| | 6.91% | | 0.00% | | 5.77% | | 2.78% | | 0.00% | | 0.00% | | 11.11% | | 5.98% | |
| Phoenix | 26.25 | 180 | 0 | 11 | 1 | 15 | 0 | 17 | 0 | 7 | 0 | 4 | 0 | 3 | 27.25 | 237 |
| | 14.58% | | 0.00% | | 6.67% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 11.50% | |
| Safford | 105 | 334 | 2 | 4 | 4 | 26 | 2 | 43 | 0 | 16 | 0 | 7 | 0 | 6 | 113 | 436 |
| | 31.44% | | 50.00% | | 15.38% | | 4.65% | | 0.00% | | 0.00% | | 0.00% | | 25.92% | |
| Tucson | 241.25 | 1079 | 25 | 54 | 1 | 62 | 1 | 98 | 0 | 37 | 0 | 15 | 0 | 11 | 268.25 | 1356 |
| | 22.36% | | 46.30% | | 1.61% | | 1.02% | | 0.00% | | 0.00% | | 0.00% | | 19.78% | |
| Winslow | 90 | 327 | 19 | 20 | 7 | 21 | 1 | 40 | 2 | 14 | 0 | 5 | 0 | 5 | 119 | 432 |
| | 27.52% | | 95.00% | | 33.33% | | 2.50% | | 14.29% | | 0.00% | | 0.00% | | 27.55% | |
| Yuma | 54 | 749 | 0 | 30 | 0 | 50 | 0 | 65 | 0 | 24 | 0 | 10 | 0 | 9 | 54 | 937 |
| | 7.21% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 5.76% | |
| TOTAL | 989.5 | 5794 | 110 | 261 | 23 | 377 | 13 | 585 | 2 | 211 | 3 | 84 | 1 | 69 | 1141.5 | 7381 |
| | 17.08% | | 42.15% | | 6.10% | | 2.22% | | 0.95% | | 3.57% | | 1.45% | | 15.47% | |

****Closed Units:  Douglas - Pappago;  Eyman - SMU;  Perryville - San Pedro and Santa Maria

*****Staff assigned to closed units were added to the positions at their assigned complex

# COURT ORDER CORRECTIONAL STAFFING REPORT
# January – March, 2026

### Recruitment

ADCRR is engaged in numerous agency-wide recruitment and retention efforts. The following highlights are new initiatives since the last quarterly report:

- Digital Monitor Network at Davis-Monthan Air Force Base.
- Programmatic Television with 67,711 impressions in the Tucson area and 41,349 impressions in Florence.
- Adjusted our Google Target Search parameters for City-based advertising (Maricopa, Apache Junction, Gold Canyon, Queen Valley, Florence, Casa Grande, Coolidge, Arizona City, Toltec, Eloy, San Tan Valley, etc).
- Partnered with the Florence Chamber of Commerce to attend monthly event.
- Participated in Phoenix Pride festivities on March 28 and 29.
- Participated in ASU Criminal Justice Advocates Club Internship & Career Expo, speaking with students in careers in corrections.
- Participated in UofA job fair March 31.
- Participated in Queen Creek Chamber of Commerce event, "Elevate for Tomorrow." Career readiness program for careers in corrections
- Continued to focus on Southeastern AZ area to increase boots on ground partnerships for the Eyman, Tucson, Safford , and Douglas areas.