IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulated Motion to Extend Deadline for Responses to Proposed SNU and IPC Staffing Plans (Doc. 5172). The parties jointly request to extend the deadline for responding the SNU and IPC Health Care Staffing Analysis and Plan. Good cause appearing,

**IT IS ORDERED** the Stipulated Motion to Extend Deadline for Responses to Proposed Responses to Proposed SNU and IPC Staffing Plans (Doc. 5172) is **GRANTED.** The parties shall respond to the SNU and IPC Health Care Staffing Analysis and Plan (Doc. 5163) no later than **May 1, 2026**.

Dated this 20th day of April, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge