☒ FILED    ☐ LODGED

**APR 23 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States
District Court

MELINDA. G. Valenzuela
SHAWN Jensen etal          NO1.CV12-0060IPhxRo.

_VS_.
Ryan Thornell etal.         MOTION TO
                            Have court
                            Clarify IF
                            An Inmate
                            who IS BLIND
                            IN her Right eye
                            would Be Disablec
                            under TiTle II of
                            the Disability
                            Act.

COMESNOW PlaintIff "subclass AND Asks
the Honorable Silver To clarify by
ORDer if AN Inmate who IS blind IN
her left eye Partially But Totally
BLIND IN her Right eye would Be Disable
under the Title II of the ADA Act
and would she be entitled to The
ADA Accomadations Recommended by
the oAsite eye Doctor which was to
get a Talking watch, Audio Devce,
key board, magnifine glass, mobility
Device AND LArge Print That the



INDiviDual has reached out To get the proper ADA Accomadations but has been ignored AND was TolD To reach out to Judge Silver To CLARify IF She would be entitled To The ADA Accomadations under title II of the ADA Act. The INDiviPual is Blind in her Right eye AND pARTially in her left eye.

Wherefore she Respectfully Asks The Honorable Silver to grant said motion AND To cLARify IF She would qualify for ADA Accomadations under title II of the ADA Act.

Respectfully

The original efiled this ___ DAY of
___ 2026 To

Clerk of court

Honorable Rosylyn Silver

Alison Hardy.

By: [signature]