**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, | |
| Defendant. | |

The Court previously ordered:

> Monitor Scott Frakes shall prepare a report addressing material issues concerning Plaintiffs' Motion to Enforce § 19.3, 29.2, 29.3, and 30 of the Injunction, (Doc. 5032), and Defendants' Request to Modify Operative Custody Staffing Plan (Doc. 5108). The report shall be filed under seal no later than **April 30, 2026**.

(Doc. 5157). Mr. Frakes has prepared and submitted this report, providing his evaluation of and recommendations regarding the requested relief. Additionally, the parties are reminded of the Court's order that Plaintiffs and Defendants file simultaneous responses to Mr. Frakes' report no later than **May 14, 2026**. (*Id.*)

Accordingly,

///

///

///

///

IT IS ORDERED the Clerk of Court shall file the Report under seal under a separate docket entry.

Dated this 30th day of April, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge