25 APRIL 2026

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CIVLR 54, 7.1 (a)(1), (2), (3)
(Rule Number/Section)

TO JUDGE ROSLYN-O-SILVER

CV-12-601-PHX-ROS

FILED _____ LODGED
RECEIVED _____ COPY

APR 3 0 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THE ACLU REFUSES TO RESPOND TO MY POSTAL MAIL
LETTERS ASKING FOR A COPY OF YOUR MOST
RECENT COURT RULING AND REFUSE TO RESPOND IN
GENERAL TO MY USA POSTAL MAIL LETTERS FOR
MONTHS NOW

PLEASE REQUIRE THE ACLU CALIF OR DC
TO RESPOND TO MY POSTAL MAIL
            THANK YOU Kemp

KEMP-HORTON-202496
801-E-JEFFERSON ST
PHX AZ
85034

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate KEMP HORTON
ADC# 302499
Arizona State Prison Complex TUCSON
Unit RINCON
City 801 E JEFFERSON ST
PHX AZ 85034

LEGAL MAIL



2 MAR 2026 PM 11 L

★ USA ★ FOREVER ★

1 PAGE
ENCLOSED.
ADC STAFF IS
CONSTANTLY REMOVING
PAGES FROM MY
ENVELOPES
ACLU REFUSES TO
RESPOND TO MY
POSTAL MAIL
LETTERS

TO ~ JUDGE ROSLYN ~ O ~ SILVER
401 ~ W ~ WASHINGTON #130
PHX AZ
85003

RECEIVED

APR 30 2026

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

85003-212430