Lauren K. Beall (Bar No. 035147)
**ACLU FOUNDATION OF ARIZONA**
2712 North 7th Street
Phoenix, Arizona 85006
Telephone: (602) 650-1854
Email: lbeall@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**DISABILITY RIGHTS ARIZONA**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@disabilityrightsaz.org

*Attorneys for Plaintiff Disability Rights Arizona*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Disability Rights Arizona, <br><br> Plaintiffs, <br><br> v. <br><br> Ryan Thornell, *et al.*, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE REGARDING RECEIVER CANDIDATE** |

On February 19, 2026, this Court ordered the parties to "submit a list of up to five candidates each to serve as the Receiver over medical and mental health care in Arizona state prisons." (Doc. 5123 at 82.) The Court further directed that the parties file objections "no more than fourteen days later." (*Id.*) Defendants proposed Annette Chambers-Smith to serve as the Receiver. (Doc. 5193 at 1.) Plaintiffs do not oppose the appointment of Ms. Chambers-Smith.

Plaintiffs request a Receiver be appointed urgently. Defendants are currently negotiating ADCRR's Fiscal Year 2027 budget with the Legislature and the Governor's office. The budget will be approved by June 30. It will set, at a minimum, the baseline of funds available to ADCRR and the Receiver in Fiscal Year 2027 to provide health care in the state prisons and effectuate this Court's remedies.

As Plaintiffs previously detailed, the Receiver's participation in the budget process will be critical, given Defendants' longstanding failure to obtain adequate funding. *See* Doc. 5160 at 12-14. Indeed, though this Court *nearly a year ago* ordered the ADCRR Health Care Staffing Analysis and Plan "to be implemented immediately by ADCRR," *see* Doc. 4916 at 2, it remains unfunded and the budget passed by the Arizona House of Representatives last week contains no funds to implement the plan in Fiscal Year 2027, *see* H.B. 4138, 57th Leg., 2d Reg. Sess. (Ariz. 2026); *see also* Ariz. Leg. Joint Appropriations Comm. Hr'g (Apr. 28, 2026), https://www.azleg.gov/videoplayer/?eventID=2026041058&startStreamAt=10772 (video at 8:16) (confirming, when asked whether there was "any funding that allows for compliance of the *Jensen* ruling," that there is "no appropriation increase for the Department of Corrections in conjunction" with the ruling).

Appointing a Receiver in time for them to participate in this year's budget process would allow them to seek the necessary funds now and report directly to the Court on those efforts.

1

Dated:  May 4, 2026

By: *s/ Alison Hardy*

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:    dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             sophieh@prisonlaw.com

Corene T. Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
425 California Street, Suite 700
San Francisco, California 94104
Telephone: (202) 393-4930
Email:    ckendrick@aclu.org

David C. Fathi (Wash. 24893)**
Maria V. Morris (D.C. 1697904)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Email:    dfathi@aclu.org
             mmorris@aclu.org
Lauren K. Beall (Bar No. 035147)
**ACLU FOUNDATION OF ARIZONA**
2712 North 7th Street
Phoenix, Arizona 85006
Telephone: (602) 650-1854
Email:    lbeall@aclu.org


*Admitted *pro hac vice*
**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

2

**DISABILITY RIGHTS ARIZONA**

By: *s/ Maya Abela*

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   adietrich@disabilityrightsaz.org

Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
**DISABILITY RIGHTS ARIZONA**
4539 East Fort Lowell Road
Tucson, Arizona 85712
Telephone:  (520) 327-9547
Email:
   rdalyrooney@disabilityrightsaz.org
   mabela@disabilityrightsaz.org.org

*Attorneys for Disability Rights Arizona*

3

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory Honig
Joshua Bendor
Luci Davis
Lucy M. Rand
Assistant Arizona Attorneys General
gregory.honig@azag.gov
joshua.bendor@azag.gov
luci.davis@azag.gov
lucy.rand@azag.gov

Mary R. O'Grady
Andrew G. Pappas
John S. Bullock
Molly S. Walker
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
mwalker@omlaw.com

*Attorneys for Defendants*


    s/     Alison Hardy