**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

In its February 19, 2026 Order, the Court directed the parties to each submit a list of proposed candidates to serve as the Receiver over the provision of medical and mental health care in Arizona state prisons. On May 4, 2026, Plaintiffs indicated they do not oppose the appointment of one of Defendants' nominated candidates—Ms. Annette Chambers-Smith. Plaintiffs filed their statement of non-opposition and further requested the Receiver be appointed urgently to coincide with the consideration of ADCRR's Fiscal Year 2027 budget with the Arizona Legislature and Governor. Allegedly, the budget will be approved by June 30, 2026. Defendants also on May 4, 2026, filed Objections to Plaintiffs' Receiver Nominees and the timing of receiver appointment.

Plaintiffs are to respond to Defendants' Objections and particularly whether they intend to stipulate without objection to the appointment of Ms. Annette Chambers-Smith. A hearing is hereby scheduled to address this issue and those relevant to the appointment of a receiver.

**IT IS THEREFORE ORDERED** Plaintiffs must respond to Defendants' May 4,

2026 Objection addressing Plaintiffs' request for expedited consideration of the appointment of the Receiver no later than May 6, 2026.

**IT IS FURTHER ORDERED** a hearing on the request for expedited consideration of the appointment of the Receiver and the proposed duties and functions of the Receiver is set for Friday, May 8, 2026, at 10:00 a.m. The parties may appear remotely. Information regarding dial-in instructions will be distributed before the hearing.

Dated this 5th day of May, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -