Lauren K. Beall (Bar No. 035147)
**ACLU FOUNDATION OF ARIZONA**
2712 North 7th Street
Phoenix, Arizona 85006
Telephone: (602) 650-1854
Email: lbeall@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**DISABILITY RIGHTS ARIZONA**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@disabilityrightsaz.org

*Attorneys for Plaintiff Disability Rights Arizona*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Disability Rights Arizona,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Thornell, *et al.*, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS RE: APPOINTMENT OF RECEIVER (Doc. 5209)** |

The Court's May 5, 2026 Order directed Plaintiffs "to respond to Defendants' Objections and particularly whether they intend to stipulate without objection to the appointment of Ms. Annette Chambers-Smith." Doc. 5210 at 1. As noted in Plaintiffs' May 4 Response, they do not oppose the appointment of Ms. Chambers-Smith, Doc. 5207 at 2, and hereby stipulate to her appointment without objection.

Plaintiffs asked the Court to appoint a Receiver urgently and without delay, so that she could participate in the Fiscal Year ("FY") 2027 budget process, which has a deadline for approval of June 30, 2026. Doc. 5207 at 2.[1] Defendants oppose this request, contending the Governor's budget request included $100 million for additional health care staff for ADCRR. Doc. 5209 at 4. But Defendants attack a strawman. To be clear, Plaintiffs never contended that the FY2027 budget proposed by the Governor did not include this money for additional health care staff. *See* State of Ariz. Exec. Budget, State Agency Budgets Fiscal Year 2027, at 100-101, at https://ospb.az.gov/sites/default/files/2026-01/state-agency-detail-fy-2027.pdf.

What Plaintiffs correctly noted in their filing (and Defendants ignored in theirs) is the fact that the budget passed by the Arizona Legislature does ***not*** include the earmarked $100 million for the Court-ordered health care Staffing Plan, and when majority House leadership was asked specifically about including "any funding that allows for compliance [with] the *Jensen* ruling" in the Legislature's budget, leadership responded that there was "no appropriation increase for the Department of Corrections in conjunction" with the court order. Doc. 5207 at 2. According to media reports, Governor Hobbs vetoed the Legislature's proposed budget yesterday, May 5, but it is on recess for the rest of May, with no public plans to meet with the Executive about a possible budget.[2]

Defendants' failure to acknowledge the political reality that Governor Hobbs's request for the money to fund the Court-ordered Staffing Plan has been zeroed out by the

---

[1] The State's fiscal year runs from July 1 through June 30 (*see* Ariz. Const., art. 9, § 4; Ariz. Rev. Stat. § 35-102(A)), and failure to pass a budget by June 30 triggers a state government shutdown starting July 1.

[2] *See* Caitlin Sievers, *Hobbs vetoes 'unbalanced and reckless' Republican budget, calls for negotiations to resume*, AZ Mirror (May 5, 2026), at https://azmirror.com/2026/05/05/hobbs-vetoes-unbalanced-and-reckless-republican-budget-calls-for-negotiations-to-resume/ (the Governor "called on Republican lawmakers to negotiate a spending plan with her" but "[w]hen exactly that might happen is unclear: Lawmakers on Tuesday adjourned for the remainder of May and won't return to work until June 1.").

Legislature does not inspire confidence in their assertion that "Defendants are capable of reporting to the Court on the outcome of the budget negotiations should the Court so request." Doc. 5209 at 4. Nor does the Court need Defendants to report the "outcome" of FY 2027 budget negotiations after the fact—what is needed, and what Plaintiffs are requesting, is that the Receiver be appointed *now*, so she can be involved in these critical negotiations for the next two months, to ensure compliance with the Court's orders. The Court has every reason to be skeptical of Defendants' ability and intent to fully appropriate the necessary funds during the negotiations. Defendants' decade-and-a-half history in this case of hostile recalcitrance, resistance, and appeals of at least 20 different district court orders,[3] (including their already-filed appeal of the February 2026 receiver order, *see* Ninth Circuit App. No. 26-1746),[4] demonstrates they cannot be relied upon to advocate for inclusion of the full amount of money needed to comply with the Court's staffing order.

Without explanation, Defendants contend the Receiver's participation in FY 2027 budget negotiations is "not warranted." Doc. 5209 at 4-5. Defendants offer no basis for their contention that the more than 30,000 people incarcerated in Arizona state prisons should wait for at least another year (FY 2028 will start on July 1, 2027) for the State to obtain the

---

[3] *See Parsons v. Ryan* ("*Parsons I*"), 754 F.3d 657 (9th Cir. 2014) (affirming class certification); *Parsons v. Ryan* ("*Parsons II*"), 912 F.3d 486 (9th Cir. 2018) (three consolidated appeals, including affirming order that Defendants use all available community healthcare services to ensure compliance with the settlement agreement), *cert. denied sub nom. Ryan v. Jensen*, 589 U.S. 926 (2019); and *Parsons v. Ryan* ("*Parsons III*"), 949 F.3d 443 (9th Cir. 2020) (four consolidated appeals of eleven district court orders, affirming civil contempt sanctions), *cert. denied sub nom. Shinn v. Jensen*, 141 S.Ct. 1054 (2021). Besides the three published Ninth Circuit opinions pertaining to 15 district court orders, Defendants between 2019 and 2021 filed and subsequently withdrew at least five other appeals of multiple district court orders. *See, e.g.*, Ninth Circuit Apps. No. 19-16128, 19-17072, 20-17021, 21-15589, 21-16397. Defendants' recent appeals of the June 2025 staffing order and the February 2026 receiver order are pending at the Ninth Circuit.

[4] *See, e.g.*, Ariz. Dep't of Corr's, Rehab. & Reentry, *ADCRR Statement on Receivership Order*, Feb. 20, 2026, at https://corrections.az.gov/news/adcrr-statement-receivership-order ("The Department strongly disagrees with the Court's decision, as it disregards the immense progress that has been made. We will aggressively pursue an appeal of this order.").

money to comply with the Court's June 2025 order that the ADCRR Health Care Staffing Analysis and Plan "be implemented immediately by ADCRR." Doc. 4916 at 2.[5]

And Defendants continue to fail to come close to meeting the Court-ordered Staffing Plan. On May 1, 2026, Counsel for Defendants provided the health care staffing report for April 2026. Looking only at the clinical care positions in the Court-ordered staffing plan (and not positions like administrators, schedulers, or the like), the variance between filled positions and the Court-ordered staffing plan for key positions (see last column) is striking.

| Position | Actual Filled 4/24/26 (Perm & Registry) | Court Ordered Staffing Plan (FTE) | Variance b/n Actual and Court Staffing Plan |
|---|---|---|---|
| Staff Physician | 14 | 33.9 | 19.9 |
| Medical Midlevel | 83.35 | 81.1 | -2.25 |
| OB/GYN | 1 | 1.6 | 0.6 |
| Women's Health NP | 1.5 | 2.2 | 0.7 |
| Psychiatrist | 7.25 | 29.7 | 22.45 |
| MH Midlevel | 52.2 | 29.1 | -23.1 |
| Psychologist | 26.5 | 41 | 14.5 |
| Psych Assoc (Clinician) | 104.5 | 232.4 | 127.9 |
| RN | 302.2 | 372.1 | 69.9 |
| LPN | 198.15 | 339.9 | 141.75 |
| CNA/MA | 152.5 | 148.9 | -3.6 |
| BHT | 49.1 | 163.8 | 114.7 |
| EMT | 28.1 | 101.9 | 73.8 |
| **Total** | **1020.35** | **1577.6** | **557.25** |

[5] Defendants appealed the staffing order, *see* Ninth Circuit App. No. 25-4365; the appeal is fully briefed and will be argued on May 18. Defendants did not seek nor obtain a stay of that Order from this Court or the Ninth Circuit; accordingly, they should not be kicking the can down the road for another year. *See Maness v. Meyers*, 419 U.S. 449, 458 (1975) ("[A]bsent a stay, [a party] must comply promptly with the order pending appeal."); *see also United States v. Philip Morris USA Inc.*, 287 F.Supp.2d 5, 14 (D.D.C. 2003) ("Federal court orders are to be obeyed unless and until litigants succeed in having them duly overturned by the appropriate court of appeals. Litigants may not defy court orders because their commands are not to the litigants' liking. If the rule of law is to be upheld, it is essential that the judiciary takes firm action to vindicate its authority to compel compliance with lawfully issued directives, and to not reward delay and disobedience.").

*See* Declaration of Gabriela Pelsinger, filed herewith, ¶¶ 3-8 & Ex. 1 (filled positions as of April 24, 2026); Doc. 4858 at 74, App'x 5 (Staffing Plan Summary).

Plaintiffs and this Court have waited far too long for any meaningful reforms that will safeguard Plaintiffs' health. Therefore, Plaintiffs respectfully request that the Court appoint Ms. Chambers-Smith as Receiver without delay, so she may participate in budget advocacy now, ensure that the Defendants meaningfully comply with the Court's orders, and she can start ADCRR on a path, finally, to provide class members with constitutionally adequate health care.

Dated:  May 6, 2026

Respectfully submitted,

**ACLU NATIONAL PRISON PROJECT**

By:   s/ Corene T. Kendrick
Corene T. Kendrick (Cal. 226642)*
425 California Street, Suite 700
San Francisco, California 94104
Telephone: (202) 393-4930
Email:    ckendrick@aclu.org

David C. Fathi (Wash. 24893)**
Maria V. Morris (D.C. 1697904)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Email:    dfathi@aclu.org
            mmorris@aclu.org

Lauren K. Beall (Bar No. 035147)
**ACLU FOUNDATION OF ARIZONA**
2712 North 7th Street
Phoenix, Arizona 85006
Telephone: (602) 650-1854
Email:    lbeall@aclu.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          sophieh@prisonlaw.com

*Admitted *pro hac vice*
**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**DISABILITY RIGHTS ARIZONA**

By:   s/ Maya Abela
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone: (602) 274-6287
      Email:    adietrich@disabilityrightsaz.org

      Rose A. Daly-Rooney (Bar No. 015690)
      Maya Abela (Bar No. 027232)
      **DISABILITY RIGHTS ARIZONA**
      4539 East Fort Lowell Road
      Tucson, Arizona 85712
      Telephone:  (520) 327-9547
      Email:
        rdalyrooney@disabilityrightsaz.org
        mabela@disabilityrightsaz.org.org

*Attorneys for Disability Rights Arizona*

-6-

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory Honig
Joshua Bendor
Luci Davis
Lucy M. Rand
Assistant Arizona Attorneys General
gregory.honig@azag.gov
joshua.bendor@azag.gov
luci.davis@azag.gov
lucy.rand@azag.gov

Mary R. O'Grady
Andrew G. Pappas
John S. Bullock
Molly S. Walker
Kimberly Friday
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
mwalker@omlaw.com
kfriday@omlaw.com

*Attorneys for Defendants*

s/ Corene T. Kendrick

-7-