# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

**IT IS ORDERED** that, at the May 8, 2026 hearing, the Parties should be prepared to discuss the legislative budget process, including previous information provided to this Court to include information provided in Docs. 2849, 4570, 4583, 4688, 4758 and 4720.

Dated this 7th day of May, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge