Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Kimberly Friday, 035369
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants

[Additional counsel listed on signature page]



UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' MAY 11 NOTICE OF DEVIATIONS FROM THE CUSTODY STAFFING PLAN UNDER § 20.2.1 OF THE INJUNCTION** |
| Ryan Thornell, et al., | |
| Defendants. | |

Defendants hereby file this notice of deviations from the custody staffing plan, adopted in the Court's Implementation Order. (*See* Doc. 4693.) Under § 20.2.1 of the injunction, Defendants are required to "staff all Mandatory Posts at all times; Essential Posts shall be staffed at least 75%; Important Posts shall be staffed at least 50%." (Doc. 4410 at 53.) When the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") "falls below these levels, it shall inform the Court within seven days." (*Id.*) Under the Implementation Order and Custody Staffing Plan, the percentages for essential and important posts must be calculated on a weekly basis. (Doc. 4682 at 3 ("Essential posts must be filled at least 75% of the time on a weekly basis. Important posts must be filled at least 50% of the time on a weekly basis.").)

This notice, confirmed by the declaration of ADCRR Restrictive Housing Administrator, Erica Altigieri, informs the Court of the deviations from the custody staffing plan and Implementation Order for the week of May 4 through May 10. (*See* Altigieri Decl. ¶ 8 (detailing deviations).)

Defendants will continue to submit a separate report that "specifically identif[ies] the deviation(s) that occurred and provide[s] reasonable and adequate justifications for the deviation(s)" by the 10th of each month. (Doc. 4410, § 20.2.3.)

**I.      Daily deviations from mandatory staffing positions.**[1]

For the remaining facilities and shifts on days not noted below, ADCRR fully staffed the mandatory positions under the Implementation Order.

ASPC-Eyman, Browning – AM: May 4–8, 10

ASPC-Eyman, Browning – PM: May 4–10

**II.     Weekly deviations from the essential post staffing levels.**[2]

ADCRR fully staffed the essential positions at the required levels under the Implementation Order from May 4 through May 10.

**III.    Weekly deviations from the important post staffing levels.**

ADCRR fully staffed the important positions at the required levels under the Implementation Order from May 4 through May 10.

---

[1] As described in the May 11, 2026 Declaration of Erica Altigieri, at ASPC-Eyman, Browning Unit there are no subclass members housed at Baker or Dog Clusters. The required staffing for those ASPC-Eyman, Browning Unit Clusters has been excluded from the total mandatory post count requirement.  Altigieri Decl. ¶ 9.

[2] To calculate deviations from the essential and important post staffing levels, Defendants take the percentage of positions filled each day, add them together, and divide them by seven to get an average weekly percentage of the essential and important posts that are filled. If that number falls below the required levels under the staffing plan, it is reported in this notice.

DATED this 11th day of May, 2026.

OSBORN MALEDON, P.A.


By  s/Molly S. Walker
    Mary R. O'Grady
    Andrew G. Pappas
    John S. Bullock
    Kimberly Friday
    Molly S. Walker
    2929 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012

    KRISTIN K. MAYES
    ATTORNEY GENERAL
    Joshua D. Bendor, 031908
    Gregory Honig, 018804
    Lucy M. Rand, 026919
    Luci D. Davis, 035347
    Assistant Attorneys General
    2005 North Central Avenue
    Phoenix, Arizona 85004-1592
    joshua.bendor@azag.gov
    gregory.honig@azag.gov
    lucy.rand@azag.gov
    luci.davis@azag.gov
    ACL@azag.gov

    Attorneys for Defendants

12424107

3

**<u>Declaration of Erica Altigieri</u>**

I, Erica Altigieri, make the following Declaration.

1.    I am over the age of 18 years and have personal knowledge and am competent to testify to the matters set forth in this Declaration.

2.    I have been employed by the Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR") since November 2010, and my current title is Restrictive Housing Administrator.

3.    As part of my responsibilities, I oversee the Department's efforts to provide notice to the Court under the injunction when there are deviations from the Mandatory, Essential, and Important staffing levels.

4.    We refer to this process internally as the MEI process, which refers to the types of posts: Mandatory, Essential and Important.

5.    Each week, I receive reports from the various units within the Department, which contain deviations from the Custody Staffing Plan.

6.    In addition, at the end of the month, I receive an additional report from the units that contains explanations for the deviations from the Custody Staffing Plan.

7.    The weekly report numbers are subject to a final verification, which occurs when I receive the monthly reports from the various units.  These final numbers are reflected in the monthly report that Defendants file with the Court.

8.    The weekly and monthly reports that I have received to date showed the following deviations from May 4 through May 10.

    a.    For mandatory posts:

        ASPC-Eyman, Browning- AM: May 4–8, 10

        ASPC-Eyman, Browning- PM: May 4–10

    b.    For essential posts:

        ADCRR fully staffed the essential positions at the required levels under the Implementation Order from May 4 through May 10.

c.    For important posts:

ADCRR fully staffed the important positions at the required levels under the Implementation Order from May 4 through May 10.

9.    At ASPC-Eyman, Browning Unit there are no subclass members housed at Baker or Dog Clusters. The required staffing for those ASPC-Eyman, Browning Unit Clusters has been excluded from the total Mandatory Post count requirement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th of May, 2026

Signed by:

E4B2D6BBDE6B4F5...

Erica Altigieri

2

10719238