# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion to Enforce § 19.5 of the Injunction (Doc. 5134). Defendants responded, (Doc. 5173), and Plaintiffs replied (Doc. 5188). The Court will order Monitor Scott Frakes to prepare a Report giving his analysis of the parties' data and his recommendations, including what actions would be necessary to ensure continued compliance, and considering the arguments raised in the Motion (Doc. 5134), Defendants' Response (Doc. 5173), and Plaintiffs' Reply (Doc. 5188). The Report shall be filed under seal no later than **June 16, 2026**.

**IT IS ORDERED** Monitor Scott Frakes shall prepare a Report addressing material issues concerning Plaintiffs' Motion to Enforce § 19.5 of the Injunction (Doc. 5134). The report shall be filed under seal no later than **June 16, 2026**.

…

…

…

…

**IT IS FURTHER ORDERED** Plaintiffs and Defendants shall file simultaneous responses to Mr. Frakes' Report no later than **June 30, 2026**.

Dated this 12th day of May, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge