april 21, 2026

Honorable Roslyn Silver
attn: Judicial Assistant
401 W. Washington
Phoenix Az  85003

FILED _____  _____ LODGED
_____ RECEIVED  _____ COPY

MAY 1 1 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Re: CV 2012-00601-PHX-DJH

To whom it may concern;
I'm writing to ascertain the names and address of the
persons that this Court has selected to oversee ADOC
medical.
I would also like to know if you can provide us a copy
of the ruling from Judge Silver removing medical from
ADOC hearing.
Thank you so much for your time and help.

Sincerely,
Raymond Conroy

Raymond ConRoy # 131179
ASPC Douglas Mohave
P.O. Box 3867
Douglas Az  85608-3867

ARIZONA STATE PRISON COMPLEX
DOUGLAS
P.O. DRAWER 3867
DOUGLAS, AZ 85608-3867

Raymond Conroy # 131179

PHOENIX AZ

22 APR 2026 PM 6

quadient
CORRECTION
IMI
**$000.78⁰**
04/21/2026 ZIP 85607
043M31244813

US POSTAGE

**LEGAL MAIL**

**ARIZONA DEPARTMENT
OF CORRECTION**

LEGAL MAIL

Honorable Roslyn Silver
attn: Judicial Assistant
401 W. Washington
Phoenix Az 85003

85003-215869