**Index of Exhibits to the Declaration of Maria V. Morris**

| Exhibit No. | Description |
|:---:|:---|
| 1 | Key identifying individuals in the following charts **(Filed Under Seal)** |
| 2 | "Reasons for Retention in Maximum Custody" Chart created from Defendants' March 2026 data reflecting the decisions to keep people in isolation. |
| 3 | "Timing of First Semi-Annual Classification Review" Chart created from Defendants' March 2026 data reflecting the classification process for each person who was placed into isolation between June and October 2025. |
| 4 | "Analysis of Defendants' November 2025 QI Report Data for § 29.3" Chart created from the data provided by Defendants in support of the November 2025 QI Report. |

# EXHIBIT 1

**FILED UNDER SEAL**

# EXHIBIT 2

| Identifier | Date in Subclass | Kept in Due to Lack of Housing Options | Kept in Due to Aggressive Behavior More than 6 Months Earlier | Appears to Be Based on Incident that Led to Placement in Isolation |
|---|---|---|---|---|
| | | | Reasons for Retention in Maximum Custody | |
| 27 | 9/11/2025 | x | | |
| 29 | 11/16/2015 | x | | |
| 57 | 12/4/2024 | x | | |
| 28 | 9/30/2024 | x | | |
| 52 | 11/15/2022 | x | | |
| 2 | 1/9/2025 | x | | |
| 43 | 9/18/2025 | x | | |
| 53 | 9/30/2025 | | x | x |
| 25 | 9/12/2025 | | x | x |
| 46 | 9/12/2025 | | x | x |
| 47 | 9/12/2025 | | x | x |
| 42 | 9/24/2025 | | x | x |
| 26 | 9/16/2025 | | x | |
| 49 | 10/3/2025 | | x | x |
| 21 | 3/19/2025 | | x (about 1 year ago) | x |
| 56 | 1/8/2025 | | x (about 1 year ago) | |
| 58 | 12/29/2021 | | x (about 1 year ago) | |
| 35 | 10/24/2024 | | x (more than 1 year ago) | x |
| 12 | 7/8/2023 | | | |
| 55 | 9/21/2025 | | | |
| 54 | 9/30/2025 | | | |
| 17 | 5/8/2024 | | | |
| 7 | 6/24/2025 | | | |
| 1 | 10/10/2025 | | | |
| 22 | 9/29/2024 | | | |
| 32 | 8/12/2025 | | | |
| 11 | 7/7/2025 | | | |
| 40 | 10/13/2025 | | | |
| 33 | 12/16/2022 | | | |

# EXHIBIT 3

| | | | | | | Review Started | Review |
|---|---|---|---|---|---|---|---|
| | | | | | Duration of | More than 6 | Completed More |
| | | 1st Semi-Annual | | Review | Review | Months After | than 6 Months |
| Identifier | Date in Subclass | Review Due | Review Starts | Completed | Process | Placement | After Placement |
| | | | | | | | Timing of First Semi-Annual Classification Review | | | | | |
| 37 | 9/15/2025 | 3/17/2026 | 3/18/2026 | 3/27/2026 | 9 | x | x |
| 7 | 6/24/2025 | 12/24/2025 | 3/6/2026 | 3/24/2026 | 18 | x | x |
| 55 | 9/21/2025 | 3/23/2026 | 3/27/2026 | 4/15/2026 | 19 | x | x |
| 39 | 9/15/2025 | 3/17/2026 | 3/18/2026 | 4/7/2026 | 20 | x | x |
| 32 | 8/12/2025 | 2/11/2026 | 3/16/2026 | 4/7/2026 | 22 | x | x |
| 46 | 9/12/2025 | 3/14/2026 | 3/24/2026 | 4/15/2026 | 22 | x | x |
| 47 | 9/12/2025 | 3/14/2026 | 3/24/2026 | 4/15/2026 | 22 | x | x |
| 9 | 8/14/2025 | 2/13/2026 | 3/6/2026 | 4/2/2026 | 27 | x | x |
| 10 | 8/26/2025 | 2/25/2026 | 3/6/2026 | 4/2/2026 | 27 | x | x |
| 23 | 9/1/2025 | 3/3/2026 | 3/10/2026 | 4/7/2026 | 28 | x | x |
| 48 | 9/23/2025 | 3/25/2026 | 3/25/2026 | 4/8/2026 | 14 | | x |
| 45 | 9/24/2025 | 3/26/2026 | 3/24/2026 | 4/1/2026 | 8 | | x |
| 31 | 9/19/2025 | 3/21/2026 | 3/16/2026 | 3/26/2026 | 10 | | x |
| 14 | 9/11/2025 | 3/13/2026 | 3/9/2026 | 3/20/2026 | 11 | | x |
| 24 | 9/18/2025 | 3/20/2026 | 3/11/2026 | 3/25/2026 | 14 | | x |
| 25 | 9/12/2025 | 3/14/2026 | 3/11/2026 | 3/25/2026 | 14 | | x |
| 26 | 9/16/2025 | 3/18/2026 | 3/11/2026 | 3/25/2026 | 14 | | x |
| 27 | 9/11/2025 | 3/13/2026 | 3/11/2026 | 3/26/2026 | 15 | | x |
| 19 | 9/24/2025 | 3/26/2026 | 3/10/2026 | 3/26/2026 | 16 | | x |
| 43 | 9/18/2025 | 3/20/2026 | 3/23/2026 | 4/8/2026 | 16 | | x |
| 50 | 10/13/2025 | 4/14/2026 | 3/27/2026 | 4/13/2026 | 17 | | x |
| 42 | 9/24/2025 | 3/26/2026 | 3/20/2026 | 4/7/2026 | 18 | | x |
| 51 | 9/27/2025 | 3/29/2026 | 3/27/2026 | 4/15/2026 | 19 | | x |
| 53 | 9/30/2025 | 4/1/2026 | 3/27/2026 | 4/15/2026 | 19 | | x |
| 54 | 9/30/2025 | 4/1/2026 | 3/27/2026 | 4/15/2026 | 19 | | x |
| 49 | 10/3/2025 | 4/4/2026 | 3/26/2026 | 4/15/2026 | 20 | | x |
| 34 | 9/29/2025 | 3/31/2026 | 3/17/2026 | 4/7/2026 | 21 | | x |
| 11 | 7/7/2025 | 1/6/2026 | 3/6/2026 | 4/2/2026 | 27 | | x |
| 40 | 10/13/2025 | 4/14/2026 | 3/19/2026 | 4/15/2026 | 27 | | x |
| 44 | 10/8/2025 | 4/9/2026 | 3/24/2026 | 4/1/2026 | 8 | | |
| 13 | 9/24/2025 | 3/26/2026 | 3/9/2026 | 3/20/2026 | 11 | | |
| 8 | 10/6/2025 | 4/7/2026 | 3/6/2026 | 3/25/2026 | 19 | | |
| 1 | 10/10/2025 | 4/11/2026 | 3/3/2026 | 4/2/2026 | 30 | | |

# EXHIBIT 4

| | | | | | |
|---|---|---|---|---|---|
| | **Analysis of Defendants' November 2025 QI Report Data for § 29.3** | | | | |
| Identifier | **ASSERTED DATE ELIGIBLE FOR MOVEMENT** | **Movement DATE** | **Asserted # of Days Between Eligibility and Movement** | **Days Between Elibility and Movement to Lower Security Per Documentation, If Availble** | **Notes** |
| 60 | 9/8/2025 | 11/5/2025 | 58 | 58 | Classification finalized, approving movement on 11/7/25, notes that he was approved for close custody during prior reclassification and that, as of 10/17/25, he was "pending movement" |
| 61 | 9/4/2025 | 11/5/2025 | 62 | 203 | Classification finalized, approving movement on 4/16/25 |
| 62 | 7/30/2025 | 11/5/2025 | 98 | 148 | Classification finalized, approving movement on 6/10/25 |
| 63 | 11/25/2025 | 11/25/2025 | 0 | 49 | Classification finalized, approving movement on 10/7/25 |
| 64 | 11/5/2025 | 11/5/2025 | 0 | 28 | Classification finalized, approving movement on 10/8/25 |
| 65 | 7/16/2025 | 11/5/2025 | 112 | 162 | Classification finalized, approving movement on 5/27/25 |
| 71 | 11/14/2025 | 11/25/2025 | 11 | 103 | No semi-annual classification, but Central Office recommended close custody on his 60-day review on 8/14/25 |
| 74 | 11/12/2025 | 11/28/2025 | 16 | 16 | Case Plan from 11/21/25 notes he has pending travel orders |
| 66 | 11/7/2025 | 11/7/2025 | 0 | N/A | No classification or review documents provided |
| 67 | 11/28/2025 | 11/28/2025 | 0 | N/A | No classification or review documents provided |
| 68 | 11/12/2025 | 11/28/2025 | 16 | N/A | No classification or review documents provided |
| 69 | 11/10/2025 | 11/10/2025 | 0 | N/A | No classification or review documents provided |
| 70 | 11/24/2025 | 11/24/2025 | 0 | N/A | No classification or review documents provided |
| 72 | 11/20/2025 | 11/20/2025 | 0 | N/A | No classification or review documents provided |
| 73 | 11/5/2025 | 11/5/2025 | 0 | N/A | Classification finalized, keeping him in Maximum Custody, on 8/22/25; no documention of decision to move him was provided |
| 59 | 11/5/2025 | 11/5/2025 | 0 | | duplicate |
| 82 | 11/22/2025 | 11/22/2025 | 0 | | duplicate |
| 87 | 11/2/2025 | 11/2/2025 | 0 | | Released from ADCRR custody |
| 88 | 11/9/2025 | 11/9/2025 | 0 | | Released from ADCRR custody |
| 89 | 11/16/2025 | 11/16/2025 | 0 | | Released from ADCRR custody |
| 90 | 11/22/2025 | 11/22/2025 | 0 | | Released from ADCRR custody |
| 91 | 11/19/2025 | 11/19/2025 | 0 | | Released from ADCRR custody |
| 92 | 11/19/2025 | 11/19/2025 | 0 | | Released from ADCRR custody |
| 93 | 11/26/2025 | 11/26/2025 | 0 | | Released from ADCRR custody |
| 94 | 11/18/2025 | 11/18/2025 | 0 | | Released from ADCRR custody |
| 95 | 11/20/2025 | 11/20/2025 | 0 | | Released from ADCRR custody |
| 96 | 11/10/2025 | 11/10/2025 | 0 | | Released from ADCRR custody |
| 97 | 11/10/2025 | 11/10/2025 | 0 | | Released from ADCRR custody |
| 98 | 11/21/2025 | 11/21/2025 | 0 | | Released from ADCRR custody |
| 75 | 11/17/2025 | 11/17/2025 | 0 | | Out to court |
| 76 | 11/24/2025 | 11/24/2025 | 0 | | Out to court |
| 77 | 11/24/2025 | 11/24/2025 | 0 | | Out to court |
| 78 | 11/26/2025 | 11/26/2025 | 0 | | Out to court |
| 79 | 11/6/2025 | 11/6/2025 | 0 | | Out to court |
| 80 | 11/26/2025 | 11/26/2025 | 0 | | Out to court |
| 81 | 11/26/2025 | 11/26/2025 | 0 | | Out to court |
| 83 | 11/7/2025 | 11/7/2025 | 0 | | Hospitalized |
| 84 | 11/26/2025 | 11/26/2025 | 0 | | moved to BMU |
| 85 | 11/9/2025 | 11/9/2025 | 0 | | moved to IPC at Phoenix |
| 86 | 11/20/2025 | 11/20/2025 | 0 | | Moved from detention to Maximum Custody; No classification or review documents provided; |