# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

The Court has reviewed filings by a class member seeking individualized relief with respect to his own medical or mental health care. (Docs. 5204, 5221). The Court cannot accept motions from class members unless they are filed by class counsel. In addition, the Court's jurisdiction in this case is limited by the terms of the parties' agreement to settle the case. Accordingly, the Court is unable to order specific relief as it relates to individual class members. The concerns raised in these filings are best addressed by separate lawsuits on the inmate's own behalf.

Accordingly,

**IT IS ORDERED** that the Motions (Docs. 5204, 5221) are denied.

Dated this 18th day of May, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge