Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Kimberly Friday, 035369
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE REGARDING ADCRR CHIEF MEDICAL OFFICER** |
| Ryan Thornell, et al., | |
| Defendants. | |

This notice is to advise the Court that Dr. Cameron Khor is no longer serving as the Chief Medical Officer ("CMO") at the Arizona Department of Corrections, Rehabilitation and Reentry.  Defendants advised this Court when Dr. Khor began serving as CMO in January 2026 (Doc. 5095), so we thought it appropriate to provide this update to the Court.  Efforts to fill the position are underway.

Defendants will provide future updates regarding filling this position to the Monitor and parties.

DATED this 19th day of May, 2026.

/ / /

/ / /

OSBORN MALEDON, P.A.


By  s/ *Mary R. O'Grady*
　　　Mary R. O'Grady
　　　Andrew G. Pappas
　　　John S. Bullock
　　　Kimberly Friday
　　　Molly S. Walker
　　　2929 North Central Avenue, Suite 2000
　　　Phoenix, Arizona 85012

　　　KRISTIN K. MAYES
　　　ATTORNEY GENERAL
　　　Joshua D. Bendor, 031908
　　　Gregory Honig, 018804
　　　Lucy M. Rand, 026919
　　　Luci D. Davis, 035347
　　　Assistant Attorneys General
　　　2005 North Central Avenue
　　　Phoenix, Arizona 85004-1592
　　　joshua.bendor@azag.gov
　　　gregory.honig@azag.gov
　　　lucy.rand@azag.gov
　　　luci.davis@azag.gov
　　　ACL@azag.gov

　　　Attorneys for Defendants

12433020

2