Emmanuel Williams #247591
Yuma/Dakota
P.O. Box-8909
San Luis, AZ 85349

Immanuel Christian Williams
Plaintiff,

v.

Ryan Thornell et. al.
Defendant,

Case #
CV-12-00601-PHX-ROS

Injunction
Violation

This is intended for the Court Monitor for the above case number in regards to the Permanant Injunction.

The gas is out on Yuma Complex and staff are not emplementing the Emergancy Plans that was Ordered by Judge Silver. Instead the inmates are being issued inadaquate meals and no showers.

1

For instance the "sack" meal that was issued for Breakfast included; bread, Cheese, Apple, milk, and a hand full of cereal. Inmates are only being given "sack" meals, and staff does not have a timeframe for when this issue will be remedied. The gas has been off since 5-27-2026.

Submitted this 28th day of May, 2026

ATTention :

Court
Monitor

Clerk
of the
Court