THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  CIVIL 54, 7.1(6)(h)
(Rule Number/Section)

FILED          LODGED
RECEIVED _____ COPY

JUN 1 8 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

16 JUNE 2026

TO-JUDGE-ROSCYN-0-SILVER

THIS IS WHY THE ARIZONA STATE PRISON HAS SOOO
MANY SUICIDES... FORCED SUICIDES...
PLUS INMATES BEING STARVED AND...
NOONE CARES AND NOONE IS GOING TO CARE

CV-12-601-PHX-ROS

THAT YOU ALLOWED ADC TO RENEW NAPHCARE
CONTRACT IS BEYOUN ABSURD
NAPHCARE HAS BEEN FIRED FROM EVERY
HEALTH CARE CONTRACT
NAPHCARE HAS EVER HAD FOR REFUSING TO
PROVIDE HEALTH CARE...

I JUST SIT AND WATCH THE HORROR AND
ABUSE OF HUMANS AND WONDER WHY
EVERYONE ALLOWS THIS HORROR TO
GO ON
PLEASE HAVE THE FEDS TAKE OVER
RUNNING THE ARIZONA STATE PRISON
FOR OBVIOUSLY GOVERNOR KATIE HOBBS AND
ADC DIRECTOR RYAN THORNELL HAVE NOOO
CLUE HOW TO RUN A PRISON... I ASSUME I HAVE
20 OR 30 MORE YEARS OF WATCHING THIS HORROR
SHOW SO I WOULD HOPE IT CAN GET THIS PROVEN
SOONER OR LATER key
    KEMP-HORTON-202496

FORCED SUICIDES AT ADC THIS IS WHY THE INBRED AND EMBEDDED CULTURE OF ABUSING AND HARASSING AND TICKETING AND TORMENTING AND TORTURING HUMAN INMATES AT THE ARIZONA STATE PRISON BY DEEPLY DISTURBED ADC PRISON STAFF IS WHAT CAUSES MOST FORCED SUICIDES AT THE ARIZONA STATE PRISON - ON TOP OF THE CULTURE OF - TRAINED INCAPACITY - DEMANDED DIRECTED AND PROMOTED BY ADC DIRECTOR RYAN THORNELL AND ON DOWN THROUGH THE ADC PRISON ADMINISTRATIVE CHAIN - ADC PRISON ADMINISTRATIVE STAFF REFUSE TO REMOVE ABUSIVE ADC STAFF EVEN WHEN THERE ARE AN ABSURD NUMBER OF COMPLAINTS AGAINST ANY GIVEN ADC STAFF AND ONCE INMATES UNDERSTAND ADC WILL DO NOTHING ABOUT THE DEEPLY DISTURBED ADC STAFF THAT IS CONSTANTLY HARASSING AND TORMENTING AND ABUSING THE HUMAN INMATE THEN AN INMATES ONLY OPTION IS DEATH BY FORCED SUICIDE TO GET AWAY FROM THE ABUSIVE ADC STAFF - I HAVE RECEIVED AND WATCHED ABUSIVE OF HUMANS AND FORCED SUICIDES AT THE ARIZONA STATE PRISON FOR 20 YEARS AND THE MEDICAL NEGLECT MURDERS OF HUMAN INMATES AND I HAVE BEEN CONSTANTLY HARASSED ABUSED TORTURED AND PERMENTLY DISABLED BY ADC STAFF FOR WRITING NEWS ORGANIZATIONS AND

OTHER PEOPLE IN THE FREE WORLD ABOUT THE HORROR AND ABUSE OF HUMAN INMATES AT THE ARIZONA STATE PRISON AND MOST LIKELY I WILL BE RETALIATED AGAINST EVEN MORE FOR WRITING THIS PAPER - AND YES I HAVE VAST PROOF OF THE NEAR CONSTANT DAILY HARASSMENT AND RETALIATION BY THE 100 OR SO TICKETS I HAVE RECEIVED OR MORE OVER 20 YEARS - PLUS I HAVE BEEN FORCED DRUGGED AS AN ADC RETALIATION TACTIC TWICE - MEDICAL AND PSYCH WORK WITH ADC ADMINISTRATION TO HARASS ABUSE AND RETALIATE AGAINST INMATES FOR COMPLAINING ABOUT NO HEALTH CARE AND PRISON CONDITIONS AND JUDGE SILVER REFUSES TO DO ANYTHING ABOUT IT OR ENFORCE HER NO RETALIATION FOR COMPLAING COURT ORDER THE BOTTOM LINE IS UNTIL ADC PRISON CHANGES ITS INBRED CULTURE OF ABUSING HUMANS AND REMOVES ABUSIVE ADC STAFF ADC WILL HAVE THE CONSTANT ISSUE OF INMATES BEING FORCED SUICIDED TO GET AWAY FROM ABUSIVE ADC STAFF - AND ADC PRISON WILL CONTINUE TO DO THEIR DYSFUNCTIONAL AFTER DEATH ANALYSIS INSTEAD OF ACTUALLY FIXING THE ABUSIVE STAFF ISSUE - FOR TRAINED INCAPACITY IS SO INBRED INTO ADC CULTURE IT IS IMPOSSIBLE FOR ADC TO FIX OR CHANGE ANYTHING AT ADC EVEN IF THE CHANGE WILL SAVE INMATES LIVES - LIVE FROM THE ADC PRISON HORROR SHOW

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS  HORROR SHOW

Inmate KEMP HORTON

ADC # 262496

Arizona State Prison Complex TUCSON

Unit RINCON

801 E JEFFERSON ST

City PHX            AZ 85034

FIRST-CLASS MAIL
$000.74
06/16/2026 ZIP 85756
043M31258411

US POSTAGE

RECEIVED
JUN 18 2026
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

TO -JUDGE ROSLYN-O-SILVER
401-W-WASHINGTON # 130
PHX
85003

85003-212430