19-JUNE-2026

FILED _____ LODGED
_____ RECEIVED _____ COPY

JUN 2 5 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TO - JUDGE - ROSLYN - O - SILVER

ARIZONA STATE PRISON PSYCH LINDA FOLEKE ON
FRI - 12 - JUNE - 2026 - 10 51 AM THREATENED TO AGAIN
FORCE DRUG ME IF I DID NOT STOP WRITING
JUDGE SILVER ABOUT ADC ISSUES

CV-12-601-PHX-ROS

LINDA FOLEKE - YOU ARE CAUSING PROBLEMS AND I AM
GOING TO FORCE DRUG YOU
KEMP HORTON - WHY WHAT PROBLEMS AM I CAUSING
LINDA FOLEKE - YOU ARE WRITING LETTERS
KEMP HORTON - SO IF I QUIT WRITING LETTERS TO
JUDGE SILUER AND OTHERS YOU WILL NOT FORCE DRUG ME
LINDA FOLEKE - YES IF YOU QUIT WRITING LETTERS
I WILL NOT FORCE DRUG YOU
KEMP - HORTON - OK I WILL QUIT WRITING LETTERS

I HAVE PROOF
ADC PSYCH LINDA FOLEKE HAD ME FORCED DRUGGED
LAST YEAR FOR WRITING JUDGE SILVER AS A RETALIATION
TACTIC - ADC ADMINISTRATION HAS HAD PSYCH
FORCE DRUG ME TWICE FOR WRITING JUDGE SILVER
AND THE COURT ABOUT ADC ISSUES
PLEASE INVESTIGATE THIS IMMEDIATELY Kep
    KEMP - HORTON - 202496
    ARIZONA STATE PRISON

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate KEMP HORTON
ADC# 207496
Arizona State Prison Complex TUCSON
Unit RINCON
City 801 E JEFFERSON ST
PHX AZ
85034
AdC PSYCH LiNdA FOLEKE
IS THREATENING TO FORCE
dRUG ME IF I POSTAL
MAIL WRITE JUdGE SILVER
ANY MORE ABOUT AdC ISSUES
I HAVE PROOF

LEGAL MAIL
85003-212430



PHOENIX AZ 852

23 JUN 2026 PM 9 L

★ USA ★ FOREVER ★

TO-JUdGE-ROSLYN-O-SILVER
401-W-WASHINGTON-#130
PHOENIX AZ
85003

RECEIVED

JUN 2 5 2026

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA