**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

The Court has reviewed filings by non-party class members Kemp Horton and Anant Kumar Tripati seeking individualized relief. (Docs. 5269, 5270, 5275). The Court cannot accept motions in this case from class members unless they are filed by class counsel on behalf of the class.  In addition, the Court's jurisdiction in this case is limited by the terms of the parties' agreement regarding the case. As such, these filings will be denied and dismissed. These individuals may choose to file separate individual cases regarding the claims if appropriate.

Mr. Horton and Mr. Tripati have been previously advised that this class action is not an appropriate venue for addressing individual issues and claims. As such, if they continue to file motions seeking individual relief in this case, they may be barred from future filings.

Accordingly,

…

…

**IT IS ORDERED** that the Motions filed by class members, (Docs. 5269, 5270, 5275), are **DENIED AND DISMISSED**.

Dated this 1st day of July, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge