IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, | |
| Defendant. | |

The Court previously ordered Monitor Scott Frakes to prepare a Report addressing material issues concerning Plaintiffs' Motion to Enforce § 19.5 of the Injunction. (Doc. 5222). Mr. Frakes has prepared and submitted this report, providing his evaluation of and recommendations regarding the requested relief.

Accordingly,

**IT IS ORDERED** the Clerk of Court shall file the Report under seal under a separate docket entry.

Dated this 1st day of July, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge