CV-12-601-PHX-ROS

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 0 6 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TO — JUDGE ROSLYN O SILVER

THE ARIZONA STATE PRISON
PSYCH LINDA FOLEKE ON 12 JUNE 2026
THREATENED TO FORCE DRUG ME IF I DID NOT
STOP WRITING YOU ABOUT PRISON ISSUES

ADC PSYCH LINDA FOLEKE HAD ME FORCED
DRUGGED LAST YEAR FOR WRITING YOU ABOUT
ADC PRISON ISSUES

PLEASE HELP AND ENFORCE YOUR NO
RETALIATION AGAINST INMATES RULING
FOR WRITING YOU ABOUT PRISON ISSUES

KEMP—HORTON—202496
TUCSON RINCON
801 E JEFFERSON ST
PHX AZ
85034

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _Civil 54_
(Rule Number/Section)