**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Shawn Jensen, et al.,

        Plaintiffs,

v.

Ryan Thornell, et al.,

        Defendants.

No. CV-12-00601-PHX-ROS

**ORDER**

The Court has received Motions by non-party class members Kemp Horton and Michael Todd Lohmann seeking individualized relief. It is improper for a Court to accept motions from class members unless they are filed by class counsel. In addition, the Court's jurisdiction in this case is limited by the terms of the parties' agreement to settle the case. Accordingly, the Court is precluded by law from ordering specific relief to individual class members. In other words, this class action is not the appropriate venue for addressing individual claims. If persons wish to seek individual relief, they must file separate personal cases regarding their claims.

The Court finds non-party class member Kemp Horton is engaging in vexatious litigation practices. Despite having been repeatedly advised this class action is not the appropriate venue for addressing individual claims and having been advised that continuing to file motions in this case could result in his being barred from this continued abuse of the legal process, (Doc. 5281), Mr. Horton has filed three new Motions to Enforce No Retaliation. (Docs. 5287-89). Because Mr. Horton has not heeded the Court's warnings

and continues to engage in vexatious practices, the Court will bar Mr. Horton from filing further motions in this action. If Mr. Horton attempts to file any motions in this action in the future, the Court will direct the Clerk of Court to reject and refuse such filing. Because Mr. Horton has demonstrated he will continuously file precluded motions absent constraints, and that he retains the ability to file separate lawsuits subject to the Prison Litigation Reform Act, this restriction is necessary and appropriate and is narrowly tailored to limit further vexatious conduct while ensuring Mr. Horton's continued access to the courts through appropriate channels.

Accordingly,

**IT IS ORDERED** Mr. Horton is enjoined from filing or lodging any motion pro se in this matter.

**IT IS FURTHER ORDERED** the Clerk of Court must accept no further pro se motions for filing from Mr. Horton in this case number.

**IT IS FURTHER ORDERED** the Clerk of the Court must strike the Motions as filed at Docs. 5287, 5288, and 5289.

**IT IS FURTHER ORDERED** The Motion Requesting for Help filed by non-party Todd Lohmann, (Doc. 5290), is **DENIED**.

Dated this 14th day of July, 2026.

_____
Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -