# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DECLARATION OF ASHLEY ODDO** |
| Ryan Thornell, et al., | |
| Defendants. | |

I, Ashley Oddo, make the following Declaration.

1. I am over the age of 18 years and have personal knowledge and am competent to testify to the matters set forth in this Declaration.

2. I am a Deputy Director at the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR"). I have held this position since October 2024. My current job responsibilities include oversight of the day-to-day operations of ADCRR, including the Healthcare Services Division (HSD); Education, Programs, and Workforce Development Division (EPWD); Assessments, Reentry and Community Supervision Division (ARCS); Strategy, Sustainability, and Research Bureau (SSR); Classification and Population Management (CPM); and the Staff Wellness Unit. Additional information on my education and experience is in my March 4, 2025 declaration submitted with Defendants' Response to the Motion for a Receiver (Doc. 4818-1.)

3. ADCRR has directed NaphCare to discontinue the use of eight non-emergency nurse protocols, including those for abdominal pain or injuries, chest pain

12455589

(non-acute), common cold, gerd/gas/heartburn, headache, nausea and vomiting, sore throat, and urinary complaints and established sanctions if NaphCare continues their use. Other non-emergency nurse protocols are under review by HSD and NaphCare to comply with the Injunction and meet patient needs.

4.     To enforce contract compliance, ADCRR continues to issue Vendor Performance Reports (VPRs) to NaphCare for identified contractual breaches.  Since December 2025, ADCRR has issued 22 VPRs imposing sanctions.  Seven of these addressed provider vacancies while the others addressed a variety of contract violations identified through ongoing monitoring and compliance reviews.  In addition to the VPRs that impose monetary sanctions, ADCRR issued 12 cure notices since December 2025 on various performance issues requiring action and follow up with NaphCare leadership. These cure notices concern a variety of issues including QI reports, TechCare documentation, healthcare staffing issues, hiring and retention actions.

5.     Facility and technology needs related to healthcare services are identified and addressed on an ongoing basis.  For example, so far in 2026, more than a dozen projects have been completed to improve and expand the delivery of healthcare across ADCRR. These include:

a.    Relocating medical services at ASPC-Eyman, Meadows Unit to a different part of the facility, thus improving the clinical space available;

b.    Relocating the medical unit at ASPC-Tucson, Santa Rita Unit to a significantly larger space to better meet the needs of patients and healthcare staff;

2

12518649

c. Constructing a window to improve the process for providing medications at ASPC-Yuma, Cibola Unit;

d. Creating a new mental health appointment room at ASPC-Yuma, Cibola Unit;

e. Remodeling egress access at ASPC-Eyman, Cook SNU;

f. Remodeling and repurposing rooms to create a multidisciplinary room and an additional exam room at ASPC-Tucson, Manzanita Unit;

g. Adding a door and sink to create an additional exam room at ASPC-Winslow, Coronado Unit;

h. Adding an additional provider office at ASPC-Yuma, Cocopah Unit;

i. Renovating housing unit control rooms to relocate the medication pass area minimizing the need for patients to cross the yard to the medical area and reducing wait time for medications at ASPC-Perryville, Santa Cruz Unit;

j. Modifying an area to create a new space for mental health visits at ASPC-Perryville, CWA;

k. Installing Wireless Access Points (WAPs) at ASPC-Eyman, Meadows and Browning Units and ASPC-Tucson, Cimarron to increase nurse's use of laptops for medical pass administration. (This project has been expanded to 107 additional WAPs across the state, with all installations expected to be completed by October 2027.)

3

12518649

6.    ADCRR has also started or continued construction projects to improve healthcare facilities at ASPC-Perryville, San Carlos Unit (repurposing and remodeling areas to create four additional patient care areas); and ASPC-Yuma, Cheyenne Unit (creating an additional exam room and multidisciplinary room) and is in the early phases of a project to relocate the dialysis area at ASPC-Tucson, Rincon Unit from a trailer with 7 chairs for dialysis to a remodeled space with 12 chairs and a new reverse osmosis system.

7.    The Fiscal Year 2027 budget, approved in June 2026, includes additional funding for healthcare staffing. The additional funding will be used to improve compliance with the *Jensen* Injunction and staffing requirements.

8.    HSD staff continue to work with NaphCare and the monitors to strengthen the reporting processes and methodologies used to evaluate compliance with the Quality Indicators (QIs) established by the Injunction.  HSD is also enhancing coordination between the monthly QI reviews and its broader quality assurance processes, which include on-site assessments of various healthcare compliance issues. These efforts aim to further improve overall compliance and accountability.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2026.

Signed by:

*Ashley Oddo*

59D74980DD0349F...

Ashley Oddo

4

12518649