# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DECLARATION OF**<br>**SHARI BEAUREGARD** |
| Ryan Thornell, et al., | |
| Defendants. | |

I, Shari Beauregard, make the following Declaration.

1.      I am over the age of 18 years and have personal knowledge and am competent to testify to the matters set forth in this Declaration.

2.      I am a nurse practitioner in the Health Services Division ("HSD") at the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR"). I have held this position since September 4, 2024. More information on my education and experience is in my August 25, 2025 declaration submitted with Defendants' Response to the Monitor's Third Interim Report (Doc. 4973-4).

3.      As of the date of this declaration, the Patient Centered Care Model ("PCCM") has been implemented at 31 of the 43 units (72%). In addition to the 13 units identified in Rachel Crittle's November 3, 2025 Declaration (Doc. 5052 at 14), the PCCM has been rolled out to 18 more units through the date of this declaration:

- ASPC-Douglas – Mohave;

- ASPC-Eyman – Cook, Rynning and Browning;

- ASPC-Lewis – Sunrise and Bachman;

- ASPC-Perryville – San Carlos and Complex Yard;

- ASPC-Safford – Ft. Grant and Globe;

- ASPC-Tucson – Manzanita, Whetstone and Cimarron;

- ASPC-Winslow – Kaibab and Coronado;

12455589

- ASPC-Yuma – Cheyenne, Cocopah and La Paz.

4.     According to the PCCM roll out timeline developed by NaphCare and ADCRR, the PCCM should be operating at an additional 12 units by the end of 2026. Generally, the 2026 schedule identifies one new PCCM unit to be rolled out every two weeks until the PCCM is operational at all units systemwide.

5.     The ongoing processes related to the PCCM have been previously described in a declaration from ADCRR Deputy Director Ashley Oddo (Doc. 4998-3, ¶¶ 55–58) and NaphCare Regional Director of Operations for Arizona Rachel Crittle, RN (Doc. 5052, ¶¶ 4–17).  There continues to be weekly meetings scheduled with NaphCare and HSD leadership regarding the PCCM implementation.  HSD staff overseeing the PCCM implementation ("PCCM team") has set office hours each week to respond to questions related to the PCCM.

6.     Early in 2026, NaphCare and HSD collaborated on an updated empanelment of all PCCM units based on updated complexity scores for all inmates based on the complexity criteria described in the Court-approved staffing plan (Doc. 4963). Through this process, ADCRR and NaphCare identified issues regarding the use of assigned primary care providers and primary therapists and the need to re-assign primary care providers and, when applicable, primary therapists when inmates move to different complexes or when there were healthcare staffing changes.  Steps have been taken to resolve those issues.  Another empanelment update based on updated complexity scores is under way.

7.     The PCCM team has developed a PCCM Evaluation Tool that HSD's clinical operations team uses to monitor the ongoing operations of the PCCM throughout the ADCRR units, and the PCCM team uses this information to assist in evaluating and improving those operations. Among other things, the PCCM Evaluation Tool addresses: appropriate patient empanelment and provider assignment; whether patients are seen by their assigned providers; training of new providers on the PCCM; optimization of patient appointments; participation in team huddles; and health care staff understanding of

2

12462356

PCCM objectives. Based on information obtained using these tools, the PCCM team does additional follow up with NaphCare to improve the functioning of the PCCM.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2026.

Signed by:

Shari Beauregard

CF86075A291749C...

Shari Beauregard

3

12462356