**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

The Court has received a non-party Motion by Pedro Chairez. As a prisoner housed out of state under the Interstate Corrections Compact, Mr. Chairez is not a member of the covered class, and this class action is not the appropriate venue for addressing individual claims by class members or other prisoners. Those persons seeking individual relief must initiate separate cases.

Accordingly,

**IT IS ORDERED** The Motion for the Court to Look into Allegations at the Jail and Notice of Jail Conditions filed by non-party Pedro Chairez, (Doc. 5312), is **DENIED**.

Dated this 24th day of July, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge