Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Kimberly Friday, 035369
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com
mwalker@omlaw.com

*Attorneys for Defendants*
*[additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that defendants Ryan Thornell and Richard Pratt, in their official capacities, appeal to the United States Court of Appeals for the Ninth Circuit from this Court's July 17, 2026 Order, Doc. 5307, and all other orders and rulings subsumed therein.

DATED this 5th day of August, 2026.

OSBORN MALEDON, P.A.


By  s/ Andrew G. Pappas
Mary R. O'Grady
Andrew G. Pappas
John S. Bullock
Kimberly Friday
Molly S. Walker
2929 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012

OFFICE OF THE ATTORNEY GENERAL

Joshua D. Bendor
Gregory Honig
Luci D. Davis
Lucy M. Rand
2005 N. Central Ave.
Phoenix, AZ  85004

Attorneys for Defendants

### REPRESENTATION STATEMENT

Pursuant to Fed. R. App. P. 12(b) and Ninth Cir. R. 3-2, Defendants-Appellants Ryan Thornell and Richard Pratt, in their official capacities, provide the following representation statement:

| Parties | Counsel |
|---|---|
| Ryan Thornell and Richard Pratt, in their official capacities, *Defendants-Appellants* | Mary R. O'Grady<br>Andrew G. Pappas<br>John S. Bullock<br>Kimberly Friday<br>Molly S. Walker<br>**OSBORN MALEDON, P.A.**<br>2929 N. Central Ave., Suite 2000<br>Phoenix, AZ 85012-2793<br>(602) 640-9000<br><br>Joshua D. Bendor<br>Gregory Honig<br>Luci D. Davis<br>Lucy M. Rand<br>**OFFICE OF THE ATTORNEY GENERAL**<br>2005 N. Central Ave.<br>Phoenix, AZ 85004<br>(602) 542-8958 |
| Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated, *Plaintiffs-Appellees* | Donald Specter<br>Alison Hardy<br>Sophie Hart<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, CA 94710<br>(510) 280-2621<br><br>Corene T. Kendrick<br>**ACLU NATIONAL PRISON PROJECT**<br>425 California St., Suite 700<br>San Francisco, CA 94104<br>(202) 393-4930<br><br>David C. Fathi<br>Maria V. Morris<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th St., N.W., 7th Floor<br>Washington, DC 20005<br>(202) 393-4930 |

|  | Jared G. Keenan<br>Lauren K. Beall<br>**ACLU FOUNDATION OF ARIZONA**<br>2712 North 7th St.<br>Phoenix, AZ  85006<br>(602) 650-1854 |
|---|---|
| Disability Rights Arizona<br>*Plaintiff-Appellee* | Asim Dietrich<br>**DISABILITY RIGHTS ARIZONA**<br>5025 E. Washington St., Suite 202<br>Phoenix, AZ  85034<br>(602) 274-6287<br><br>Rose A. Daly-Rooney<br>Maya Abela<br>**DISABILITY RIGHTS ARIZONA**<br>4539 E. Fort Lowell Road<br>Tucson, AZ  85712<br>(520) 327-9547 |