Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Kimberly Friday, 035369
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.,<br>Plaintiffs,<br>v.<br>Ryan Thornell, et al.,<br>Defendants. | No. CV-12-00601-PHX-ROS<br><br>**NOTICE OF FILING A MOTION TO STAY PENDING APPEAL** |

In accordance with the Court's August 5, 2026 order (Doc. 5330 at 4), Defendants hereby provide notice of the Motion to Stay Pending Appeal filed in the U.S. Court of Appeals for the Ninth Circuit (No. 26-5060) this day, August 12, 2026.

DATED this 12th day of August, 2026.

OSBORN MALEDON, P.A.

By s/ John S. Bullock
Mary R. O'Grady
Andrew G. Pappas
John S. Bullock
Kimberly Friday
Molly S. Walker
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

KRISTIN K. MAYES
ATTORNEY GENERAL
Joshua D. Bendor, 031908
Gregory Honig, 018804
Lucy M. Rand, 026919
Luci D. Davis, 035347
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
joshua.bendor@azag.gov
gregory.honig@azag.gov
lucy.rand@azag.gov
luci.davis@azag.gov
ACL@azag.gov

Attorneys for Defendants