**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Shawn Jensen, et al.,

Plaintiffs,

v.

Ryan Thornell, et al.,

Defendants.

No. CV-12-00601-PHX-ROS

**ORDER**

Monitor Scott Frakes has submitted revisions to the operative Custody Staffing Plan as ordered in July 2026. (Doc. 5317).

Accordingly,

**IT IS ORDERED** the Staffing Plan (Doc. 4682) is **MODIFIED** as detailed in Monitor Scott Frakes' Custody Staffing Plan Revision.

**IT IS FURTHER ORDERED** the Clerk of Court is instructed to file the Custody Staffing Plan Revision under a separate docket entry.

Dated this 24th day of August, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge