CASE No. CV-12-00601-PHX-ROS
Submitted By: Scott Frakes

The attached documents are submitted in response to the Court's direction (Doc. 5317) to modify the Staffing Plan (Doc. 5682), authorizing the position of Corporal as direct supervisor of staff in sub-class areas. The changes have been reviewed by the Defendants and the Plaintiffs.

**Modifications:**

The staffing plans for each location requiring direct supervision originally identified the post as "Sergeant". The revised documents now identify the post as Sgt/Cprl, allowing the use of a sergeant or corporal to fill the role of direct supervisor. The posts remained designated as "Essential", requiring the posts to be filled a minimum of 75% of the time.

Attachments:

Exhibit 1: Winchester Detention Revised 8-2026

Exhibit 2: Stiner Detention Revised 8-2026

Exhibit 3: Rincon MHW Revised 2026

Exhibit 4: Perryville Complex MHW Revised 2026

Exhibit 5: Morey Detention Unit Revised 2026

Exhibit 6: Manzanita Detention Revised 2026

Exhibit 7: Lewis-Rast Max (L21) Revised 2026

Exhibit 8: Kaibab Detention Unit Revised 2026

Exhibit 9: Fort Grant Detention Unit Revised 2026

Exhibit 10: Eagle Point MHW Revised 2026

Exhibit 11: Dakota Detention Unit Revised 2026

Exhibit 12: Complex Detention Unit (Tucson) Revised 8-2026

Exhibit 13: Cheyenne Detention Unit Revised 8-2026

Exhibit 14: Browning MAX per gallery-cluster Revised 8-2026

Exhibit 15: Browning CDU (A33) Revised 8-2026

Exhibit 16: Bachman Detention Unit Revised 8-2026

# Exhibit 1

| *Bachman Detention Unit* | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | | | | |
| **Post Location** | **Necessity** | **Post Position Title** | **Duties & Responsibilities** | 5 day | 7 day | Day | 1st | 2nd | 3rd | Relief Factor | Total FTE Req. | |
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | 0 | 1.40 | 1.40 | 8-hour shift |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | **0** | | **1.40** | |
| Detention Floor | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 3 | 3 | 3 | 1.80 | 16.20 | |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0.5 | 0 | 1.80 | 2.70 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **4** | **3.5** | **3** | | **18.90** | |
| **Total fte's** | | | | | | | | | | | **20.30** | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |

# Exhibit 2

***Browning CDU (A33)***

| Post Location | Necessity | Post Position Title | Duties & Responsibilities | Type | | # of Posts by Shift | | | | Relief Factor | Total FTE Req. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 5 day | 7 day | Day | 1st | 2nd | | | | |
| | | | | | | | | | | | | |
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | 0 | 1.40 | 1.40 | |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | | | **1.40** | |
| Control booth | **Mandatory** | Officer/Cprl | Access/Egress control, documentation | | x | | 1 | 1 | | 2.52 | 5.04 | |
| Floor Officer | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 2 | 2 | | 2.52 | 10.08 | |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0 | | 2.52 | 2.52 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **4** | **3** | | | **17.64** | |
| **Total fte's** | | | | | | | | | | | **19.04** | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |

# Exhibit 3

| ***Browning MAX (A21,A27, A52, A87, A88) staffing required per gallery housing subclass members*** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Type** | | **# of Posts by Shift** | | | | | | |
| **Post Location** | **Necessity** | **Post Position Title** | **Duties & Responsibilities** | | 5 day | 7 day | Day | 1st | 2nd | | Relief Factor | Total FTE Req. | |
| | | | | | | | | | | | | | |
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | | x | 1 | 0 | 0 | 0 | 1.40 | 1.40 | |
| **SUBTOTAL** | | **Sergeants** | | | | | **1** | **0** | **0** | | | **1.40** | |
| Control booth | **Mandatory** | Officer/Cprl | Access/Egress control, documentation | | | x | | 1 | 1 | | 2.52 | 5.04 | |
| Floor Officer | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | | x | | 2 | 2 | | 2.52 | 10.08 | |
| External Escort | **Important** | Officer/Cprl | Escorts outside the housing unit | | | x | | 2 | 0 | | 2.52 | 5.04 | Shared resource within the facility |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | | x | | 1 | 0 | | 2.52 | 2.52 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | | **0** | **6** | **3** | | | **22.68** | |
| **Total fte's** | | | | | | | | | | | | **24.08** | |
| | | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |
| | | | | | | | | | | | | | |

# Exhibit 4

| Cheyenne Detention Unit | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | | | | |
| **Post Location** | **Necessity** | **Post Position Title** | **Duties & Responsibilities** | 5 day | 7 day | Day | 1st | 2nd | 3rd | Relief Factor | Total FTE Req. | |
| | | | | | | | | | | | | |
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | 0 | 1.40 | 1.40 | |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | **0** | | **1.40** | |
| Detention Control | **Mandatory** | Officer/Cprl | Access/Egress control, documentation | | x | | 1 | 1 | 1 | 1.80 | 5.40 | |
| Detention Floor | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 2 | 2 | 2 | 1.80 | 10.80 | |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0.5 | 0 | 1.80 | 2.70 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **4** | **3.5** | **3** | | **18.90** | |
| **Total fte's** | | | | | | | | | | | **20.30** | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |

# Exhibit 5

| ***Complex Detention Unit*** | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | | | | |
| **Post Location** | **Necessity** | **Post Position Title** | **Duties & Responsibilities** | 5 day | 7 day | Day | 1st | 2nd | 3rd | Relief Factor | Total FTE Req. | |
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | 0 | 1.40 | 1.40 | |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | **0** | | **1.40** | |
| Detention Control | **Mandatory** | Officer/Cprl | Access/Egress control, documentation | | x | | 1 | 1 | 1 | 1.80 | 5.40 | |
| Detention Floor | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 2 | 2 | 2 | 1.80 | 10.80 | |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0.5 | 0 | 1.80 | 2.70 | |
| **SUBTOTAL** | **Officer/Cprl** | | | | | **0** | **4** | **3.5** | **3** | | **18.90** | |
| **Total fte's** | | | | | | | | | | | **20.30** | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |

# Exhibit 6

| Dakota Detention Unit | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | | | | |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st | 2nd | 3rd | Relief Factor | Total FTE Req. | |
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | 0 | 1.40 | 1.40 | |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | **0** | | **1.40** | |
| Detention Control | **Mandatory** | Officer/Cprl | Access/Egress control, documentation | | x | | 1 | 1 | 1 | 1.80 | 5.40 | |
| Detention Floor | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 2 | 2 | 2 | 1.80 | 10.80 | |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0.5 | 0 | 1.80 | 2.70 | |
| **SUBTOTAL** | **Officer/Cprl** | | | | | **0** | **4** | **3.5** | **3** | | **18.90** | |
| **Total fte's** | | | | | | | | | | | **20.30** | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |

# Exhibit 7

***Eagle Point MHW***

| Post Location | Necessity | Post Position Title | Duties & Responsibilities | Type: 5 day | Type: 7 day | # of Posts by Shift: Day | 1st | 2nd | 3rd | Relief Factor | Total FTE Req. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | 0 | 1.40 | 1.40 | |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | **0** | | **1.40** | |
| Control | **Mandatory** | Officer/Cprl | Access/Egress control, documentation | | x | | 1 | 1 | 1 | 1.80 | 5.40 | |
| Floor | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 2 | 2 | 2 | 1.80 | 10.80 | |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0 | 0 | 1.80 | 1.80 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **4** | **3** | **3** | | **18.00** | |
| **Total fte's** | | | | | | | | | | | **19.40** | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |
| | | | | | | | | | | | | Direct observation watch posts are established on an as needed basis and staffed in addition to the positions identified in this staffing audit. |

# Exhibit 8

| Safford (Fort Grant) Detention Unit | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | | | | |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st | 2nd | 3rd | Relief Factor | Total FTE Req. | |
| | | | | | | | | | | | | |
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | 0 | 1.40 | 1.40 | |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | **0** | | **1.40** | |
| Detention Control | **Mandatory** | Officer/Cprl | Access/Egress control, documentation | | x | | 1 | 1 | 1 | 1.80 | 5.40 | |
| Detention Floor | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 2 | 2 | 2 | 1.80 | 10.80 | |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0 | 0 | 1.80 | 1.80 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **4** | **3** | **3** | | **18.00** | |
| **Total fte's** | | | | | | | | | | | **19.40** | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |

# Exhibit 9

**Kaibab Detention Unit Post Staffing Analysis (Winslow)**

| Post Location | Necessity | Post Position Title | Duties & Responsibilities | Type: 5 day | Type: 7 day | # of Posts by Shift: Day | # of Posts by Shift: 1st | # of Posts by Shift: 2nd | | Relief Factor | Total FTE Req. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | | 1.40 | 1.40 | |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | | | **1.40** | |
| Detention Control | **Mandatory** | Officer/Cprl | Access/Egress control, documentation | | x | | 1 | 1 | | 2.52 | 5.04 | |
| Detention Floor | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 2 | 2 | | 2.52 | 10.08 | |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0 | | 2.52 | 2.52 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **4** | **3** | | | **17.64** | |
| **Total fte's** | | | | | | | | | | | **19.04** | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |

# Exhibit 10

| ***Lewis-Rast MAX (L21)*** | | | | Type | | # of Posts by Shift | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Post Location** | **Necessity** | **Post Position Title** | **Duties & Responsibilities** | 5 day | 7 day | Day | 1st | 2nd | | Relief Factor | Total FTE Req. | |
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | 0 | 1.40 | 1.40 | 8/7 post, also provides direct supervision of staff assigned to mental health watch |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | | | **1.40** | |
| Housing Unit Control | **Mandatory** | Officer/Cprl | Access/Egress control, documentation | | x | | 1 | 1 | | 2.52 | 5.04 | |
| Housing Unit Floor | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 2 | 2 | | 2.52 | 10.08 | |
| External Escort | **Important** | Officer/Cprl | Escorts outside the housing unit | | x | | 2 | 0 | | 2.52 | 5.04 | Shared resource within the facility |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0 | | 2.52 | 2.52 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **6** | **3** | | | **22.68** | |
| **Total fte's** | | | | | | | | | | | **24.08** | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |

# Exhibit 11

**Manzanita Detention Unit**

| Post Location | Necessity | Post Position Title | Duties & Responsibilities | Type: 5 day | Type: 7 day | # of Posts by Shift: Day | 1st | 2nd | 3rd | Relief Factor | Total FTE Req. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | 0 | 1.40 | 1.40 | |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | **0** | | **1.40** | |
| Detention Control | **Mandatory** | Officer/Cprl | Access/Egress control, documentation | | x | | 1 | 1 | 1 | 1.80 | 5.40 | |
| Detention Floor | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 2 | 2 | 2 | 1.80 | 10.80 | |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0 | 0 | 1.80 | 1.80 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **4** | **3** | **3** | | **18.00** | |
| **Total fte's** | | | | | | | | | | | **19.40** | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |

# Exhibit 12

***Morey Detention Unit***

| Post Location | Necessity | Post Position Title | Duties & Responsibilities | Type: 5 day | Type: 7 day | # of Posts by Shift: Day | 1st | 2nd | | Relief Factor | Total FTE Req. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | | 1.40 | 1.40 | 8-hour shift |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | | | **1.40** | |
| Detention Floor | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 3 | 3 | | 2.52 | 15.12 | |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0 | | 2.52 | 2.52 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **4** | **3** | | | **17.64** | |
| **Total fte's** | | | | | | | | | | | **19.04** | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |

# Exhibit 13

| Perryville Complex MHW (B30) | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | | | | | |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st | 2nd | 3rd | Relief Factor | Total FTE Req. | | |
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | 0 | 1.40 | 1.40 | Also provides supervision for Lumley Detention | |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | **0** | | **1.40** | | |
| CWA Control | **Mandatory** | Officer/Cprl | Access/Egress control, documentation | | x | | 1 | 1 | 1 | 1.80 | 5.40 | | |
| CWA Floor | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 2 | 2 | 2 | 1.80 | 10.80 | | |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0 | 0 | 1.80 | 1.80 | | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **4** | **3** | **3** | | **18.00** | | |
| **Total fte's** | | | | | | | | | | | **19.40** | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | Direct observation watch posts are established on an as needed basis and staffed in addition to the positions identified in this staffing audit. | |

# Exhibit 14

***Rincon MHW Post Staffing Analysis (Tucson)***

| Post Location | Necessity | Post Position Title | Duties & Responsibilities | Type: 5 day | Type: 7 day | # of Posts by Shift: Day | # of Posts by Shift: 1st | # of Posts by Shift: 2nd | | Relief Factor | Total FTE Req. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | | 1.40 | 1.40 | |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | | | **1.40** | |
| Housing Unit Control | **Mandatory** | Officer/Cprl | Access/Egress control, documentation | | x | | 2 | 2 | | 2.52 | 10.08 | |
| Housing Unit Floor | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 4 | 2 | | 2.52 | 15.12 | |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0 | | 2.52 | 2.52 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **7** | **4** | | | **27.72** | |
| **Total fte's** | | | | | | | | | | | **29.12** | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |
| | | | | | | | | | | | | Direct observation watch posts are established on an as needed basis and staffed in addition to the positions identified in this staffing audit. |

# Exhibit 15

| Stiner Detention Unit | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | | | | |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st | 2nd | | Relief Factor | Total FTE Req. | |
| | | | | | | | | | | | | |
| Direct Supervisor | Essential | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | | 1.40 | 1.40 | 8-hour shift |
| SUBTOTAL | | Sergeants | | | | 1 | 0 | 0 | | | 1.40 | |
| Detention Floor | Mandatory | Officer/Cprl | Count, feeding, observation, escorts | | x | | 3 | 3 | | 2.52 | 15.12 | |
| Recreation | Mandatory | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0 | | 2.52 | 2.52 | |
| SUBTOTAL | | Officer/Cprl | | | | 0 | 4 | 3 | | | 17.64 | |
| Total fte's | | | | | | | | | | | 19.04 | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |

# Exhibit 16

| Winchester Detention Unit | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | | # of Posts by Shift | | | | | | |
| Post Location | Necessity | Post Position Title | Duties & Responsibilities | 5 day | 7 day | Day | 1st | 2nd | 3rd | Relief Factor | Total FTE Req. | |
| | | | | | | | | | | | | |
| Direct Supervisor | **Essential** | Sgt/Cprl | Staff Supervision | | x | 1 | 0 | 0 | 0 | 1.40 | 1.40 | |
| **SUBTOTAL** | | **Sergeants** | | | | **1** | **0** | **0** | **0** | | **1.40** | |
| Detention Control | **Mandatory** | Officer/Cprl | Access/Egress control, documentation | | x | | 1 | 1 | 1 | 1.80 | 5.40 | |
| Detention Floor | **Mandatory** | Officer/Cprl | Count, feeding, observation, escorts | | x | | 2 | 2 | 2 | 1.80 | 10.80 | |
| Recreation | **Mandatory** | Officer/Cprl | Direct observation of recreation | | x | | 1 | 0 | 0 | 1.80 | 1.80 | |
| **SUBTOTAL** | | **Officer/Cprl** | | | | **0** | **4** | **3** | **3** | | **18.00** | |
| **Total fte's** | | | | | | | | | | | **19.40** | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Staffing levels are not tied to the number of people housed in the detention unit, and must be followed if just one member of the subclass is housed in the unit. |