**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al.,<br>Plaintiffs,<br>v.<br>Ryan Thornell, et al.,<br>Defendants. | No. CV-12-00601-PHX-ROS<br>**ORDER** |

The Court's July 17, 2026 Order appointing Ms. Annette Chambers-Smith as Receiver and defining the scope of her authority provided that the Order would become "effective 21 days following the resolution of any Motion to Stay." (Doc. 5307 at 14.) Defendants sought a stay in the Ninth Circuit of the Court's Order appointing a receiver and outlining the scope of her responsibilities. The Ninth Circuit issued an Order denying the requested stay. That Order included the following language: "The motion . . . to stay the district Court's July 17, 2026 order is denied . . . This denial is subject to reconsideration by the panel assigned to decide the merits of these appeals." *Jensen v. Thornell*, No. 26-1746 (9th Cir. September 1, 2026).

The Court will direct the parties to address the meaning and finality of the denial of the motion, and in particular the clarification that the denial is subject to reconsideration by the merits panel. In particular, the July 17, 2026 Order expressly established the effective date as 21 days after resolution of the Motion to Stay. Counsel are to consider whether the ruling denying the stay means the Receiver's duties and authorities are to begin

on September 22, 2026. Alternatively, is the ruling denying the stay not yet final because it could or will be subject to review by the merits panel?

**IT IS ORDERED** the parties shall file simultaneous briefs on this issue no later than **Thursday, September 10, 2026**, at **9:00 a.m.** The parties shall file simultaneous responses, if any, no later than **Tuesday, September 15, 2026,** at **9:00 a.m.**

Dated this 4th day of September, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge