Tara R. DeGeorge (Bar No. 031580)
**ACLU FOUNDATION OF ARIZONA**
2712 North 7th Street
Phoenix, Arizona 85006
Telephone: (602) 650-1854
Email: tdegeorge@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**DISABILITY RIGHTS ARIZONA**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@disabilityrightsaz.org

*Attorneys for Plaintiff Disability Rights Arizona*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Disability Rights Arizona,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Thornell, *et al.*, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' RESPONSE TO DOC. 5357** |

This Court's July 17, 2026 Order appointing Ms. Annette Chambers-Smith as Receiver provided that the Order would become "effective 21 days following the resolution of any Motion to Stay." Doc. 5307 at 14. Defendants sought a stay of that Order in the Ninth Circuit. On September 1, the Ninth Circuit denied the requested stay, citing the standard for stay pending appeal, and noting "[t]his denial is subject to reconsideration by the panel assigned to decide the merits of these appeals." *Jensen v. Thornell*, No. 26-1746 (9th Cir. Sept. 1, 2026). The Ninth Circuit also noted that one judge on the panel "would grant an administrative stay and refer the stay motion to the panel assigned to decide the merits of these appeals on an expedited basis." *Id.*

The Ninth Circuit's Order was a "resolution" of the motion to stay. Doc. 5307 at 14. The Order's acknowledgment that the merits panel retains the authority to reconsider does not nullify the Order; it simply reflects that the merits panel has the authority but not the obligation to reexamine the decision. *See United States v. Houser*, 804 F.2d 565, 568 (9th Cir. 1986), *abrogated on other grounds by Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, 816–17 & n.5 (1988) ("[W]hile a merits panel does not lightly overturn a decision made by a motions panel during the course of the same appeal, we do not apply the law of the case doctrine as strictly in that instance."); *see also Mi Familia Vota v. Fontes*, 111 F.4th 976, 980 n.1 (9th Cir. 2024) ("If we are persuaded that the decision of the motions panel 'is clearly erroneous and its enforcement would work a manifest injustice,' or a 'showing' otherwise has been 'made which compels us to reconsider [the motions panel's] prior decision,' we may exercise our discretion to set aside the motions panel's decision." (citations omitted)).

Construing the Ninth Circuit's Order denying the stay as leaving the motion unresolved would give the Order the practical effect of an order *granting* a stay, potentially until the appeal becomes final. The Ninth Circuit clearly did not intend that result.

This Court's July 17 Order has not been stayed, and all motions to stay have now been resolved. The Receiver's duties and authorities should begin on September 22, 2026.

Dated: September 10, 2026

By: *s/ Sophie Hart*

Donald Specter (Cal. 83925)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
sophieh@prisonlaw.com

Corene T. Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
425 California Street, Suite 700
San Francisco, California 94104
Telephone: (202) 393-4930
Email: ckendrick@aclu.org

David C. Fathi (Wash. 24893)**
Maria V. Morris (D.C. 1697904)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Email: dfathi@aclu.org
mmorris@aclu.org

Tara R. DeGeorge (Bar No. 031580)
**ACLU FOUNDATION OF ARIZONA**
2712 North 7th Street
Phoenix, Arizona 85006
Telephone: (602) 650-1854
Email: tdegeorge@acluaz.org

*Admitted *pro hac vice*
**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**DISABILITY RIGHTS ARIZONA**

By: *s/ Maya Abela*

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@disabilityrightsaz.org

Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
**DISABILITY RIGHTS ARIZONA**
4539 East Fort Lowell Road
Tucson, Arizona 85712
Telephone: (520) 327-9547
Email:
rdalyrooney@disabilityrightsaz.org
mabela@disabilityrightsaz.org.org

*Attorneys for Disability Rights Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory Honig
Joshua Bendor
Luci Davis
Lucy M. Rand
Assistant Arizona Attorneys General
gregory.honig@azag.gov
joshua.bendor@azag.gov
luci.davis@azag.gov
lucy.rand@azag.gov

Mary R. O'Grady
Andrew G. Pappas
John S. Bullock
Molly S. Walker
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
mwalker@omlaw.com

*Attorneys for Defendants*

*s/ Sophie Hart*