Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Kimberly Friday, 035369
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.,<br>Plaintiffs,<br>v.<br>Ryan Thornell, et al.,<br>Defendants. | No. CV-12-00601-PHX-ROS<br><br>**DEFENDANTS' BRIEF RE MEANING AND FINALITY OF NINTH CIRCUIT ORDER** |

Defendants respectfully submit this brief in response to the Court's September 8, 2026 Order "direct[ing] the parties to address the meaning and finality of the" Ninth Circuit's denial of Defendants' motion to stay, "and in particular the clarification that the denial is subject to reconsideration by the merits panel." Doc. 5357 at 1.

As the Court noted, its "July 17, 2026 Order appointing Ms. Annette Chambers-Smith as Receiver and defining the scope of her authority provided that the Order would become 'effective 21 days following the resolution of any Motion to Stay.'" *Id.* (quoting Doc. 5307 at 14 (the "Appointment Order")).

Defendants believe that the Ninth Circuit's September 1, 2026 order denying their emergency motion to stay was final upon its entry, even though the merits panel may later reconsider it.

Within the next few days, however, Defendants intend to file in the United States Supreme Court an application to stay the Appointment Order. Based on the above-quoted language from that Order and the Ninth Circuit's order, Defendants understand that if their stay application were denied, the Appointment Order would become effective 21 days later, *see* Doc. 5307 at 14 (providing that the Appointment Order would become "effective 21 days following the resolution of any Motion to Stay"), unless the Ninth Circuit merits panel reconsiders Defendants' motion to stay, *Jensen v. Thornell*, No. 26-1746 (9th Cir. Sept. 1, 2026).

DATED this 10th day of September, 2026.

OSBORN MALEDON, P.A.

By s/ John S. Bullock
Mary R. O'Grady
Andrew G. Pappas
John S. Bullock
Kimberly Friday
Molly S. Walker
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

KRISTIN K. MAYES
ATTORNEY GENERAL
Joshua D. Bendor, 031908
Gregory Honig, 018804
Lucy M. Rand, 026919
Luci D. Davis, 035347
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
joshua.bendor@azag.gov
gregory.honig@azag.gov
lucy.rand@azag.gov
luci.davis@azag.gov
ACL@azag.gov

Attorneys for Defendants

12598471