Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Kimberly Friday, 035369
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al.,<br>Plaintiffs,<br>v.<br>Ryan Thornell, et al.,<br>Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**DEFENDANTS' DEVIATION FROM CUSTODY STAFFING PLAN REPORT – AUGUST 2026** |

Pursuant to Section 20.2.3 of the Court's Order and Permanent Injunction (Doc. 4410), Defendants file the following Report regarding deviations in August 2026 from the custody staffing plan prepared by Court Monitor Scott Frakes (Doc. 4682) and entered by the Court (Doc. 4693).

Defendants recognize that pursuant to the Injunction and Mr. Frakes' report, Mandatory posts must be filled at all times, Essential posts must be filled at least 75% of the time on a weekly basis, and Important posts must be filled at least 50% of the time on a weekly basis. Overall, across all State complexes for August 2026, 99.25% of Mandatory posts, 98.70% of Essential posts, and 95.17% of Important posts were filled. [1] ASPC-Douglas, ASPC-Lewis, ASPC-Perryville, ASPC-Safford, ASPC-Winslow, and ASPC-Yuma were all fully compliant with the required custody staffing plan thresholds for Mandatory and Essential posts. The custody staffing plan does not apply at ASPC-Phoenix. The following charts reflect posts that were not fully staffed in accordance with the custody staffing plan thresholds.

The Department uses a post management system to allocate the fixed number of posts per shift across all units. When staff shortages occur, complex-level management first attempts to address deficiencies through overtime. If that is not successful, then management systematically curtails less critical posts, selecting the lesser-priority positions from various units. If necessary, this curtailment process continues to re-allocate staff as needed until units reach minimum levels. As staff is reallocated through the curtailment process, filling the staffing needs of the subclass is a priority. While staffing variables such as emergency transports and significant activities in non-subclass areas can affect resource allocation, management has tried to reduce the effect on subclass areas by assigning them higher-priority to prevent frequent curtailment of these posts. As detailed below, the Department is often able to provide the services required by the Injunction even if there are curtailments of the mandatory posts from the custody staffing plan.

**ASPC-Eyman**

For the month of August 2026,[2] ASPC-Eyman had 94.41% of Mandatory posts,

---

[1] Only ASPC-Eyman and ASPC-Lewis have posts designated as Important.

[2] Defendants are aware that the Injunction does not require reporting of the percentage of posts filled on a monthly basis but have elected to provide this information for additional context.

100.00% of Essential posts, and 90.34% of Important posts filled.[3] The following charts reflect: (1) instances in which ADCRR did not meet the required daily threshold (100%) for Mandatory posts, and (2) instances in which Essential posts were not filled during weeks in which ADCRR did not meet the required weekly threshold (75%).

**August 1 – N/A**

**August 2, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted]<br><br>For this shift the department filled:<br>15 of 19 PM Mandatory Posts were filled. | 79% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 6 unfunded mandate positions filled by staff for additional mental health watches.<br>It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 3, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] | 63% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded |

[3] No subclass members were housed at Baker, Charlie, or Delta Clusters at the ASPC-Eyman Browning Unit in August. The required staffing for those Clusters where no subclass members were housed have been excluded from the total mandatory post count requirement.

| | | | | |
|---|---|---|---|---|
| | | [redacted] For this shift the department filled: 12 of 19 PM Mandatory Posts were filled | | mandate positions filled by staff for additional mental health watches. This date there were 1 unfunded mandate positions filled by staff for additional Emergency Transport. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 4, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 13 of 19 PM Mandatory Posts were filled. | 68% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by staff for additional mental health watches. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 5, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: | 84% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 5 unfunded mandate positions filled by staff for additional mental health watches. This date |

| | | | | |
|---|---|---|---|---|
| | | 16 of 19 PM Mandatory Posts were filled. | | there were 1 unfunded mandate positions filled by staff for additional Emergency Transport. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 6, 2026 – N/A**

**August 7, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 16 of 19 PM Mandatory Posts were filled. | 84% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by staff for additional mental health watches. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 8, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: | 84% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by |

| | | | | |
|---|---|---|---|---|
| | | 16 of 19 PM Mandatory Posts were filled. | | staff for additional mental health watches.<br>It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 9, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted]<br>For this shift the department filled:<br>15 of 19 PM Mandatory Posts were filled. | 79% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 5 unfunded mandate positions filled by staff for additional mental health watches. This date there were 2 unfunded mandate positions filled by staff for emergency transport.<br>It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 10, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] | 74% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 3 unfunded mandate positions filled by staff for additional |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 14 of 19 PM Mandatory Posts were filled. | | mental health watches. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 11, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 18 of 19 PM Mandatory Posts were filled. | 95% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by staff for additional mental health watches. On this date there were 1 unfunded mandate positions filled by staff for additional Emergency Transport . It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 12, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 18 of 19 PM Mandatory Posts were filled. | 95% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by staff for additional mental health watches. |

| | | | | |
|---|---|---|---|---|
| | | | | It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 13, 2026 – N/A**

**August 14, 2026 – N/A**

**August 15, 2026 – N/A**

**August 16, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 17 of 19 PM Mandatory Posts were filled. | 89% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 6 unfunded mandate positions filled by staff for additional mental health watches. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 17, 2026 – N/A**

**August 18, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: | 89% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 5 unfunded |

| | | | | |
|---|---|---|---|---|
| | | 17 of 19 PM Mandatory Posts were filled. | | mandate positions filled by staff for additional mental health watches. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 19, 2026**

**August 20, 2021**

**August 21, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 17 of 19 PM Mandatory Posts were filled. | 89% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by staff for additional mental health watches. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 22, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] | 79% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 15 of 19 PM Mandatory Posts were filled. | | staff for additional mental health watches. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 23, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 16 of 19 PM Mandatory Posts were filled. | 84% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by staff for additional mental health watches. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 24, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 17 of 19 PM Mandatory Posts were filled. | 89% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 3 unfunded mandate positions filled by staff for additional mental health watches. This date there were 2 unfunded mandate positions filled by staff for additional |

| | | | | |
|---|---|---|---|---|
| | | | | Emergency Transport. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 25, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 16 of 19 PM Mandatory Posts were filled. | 84% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by staff for additional mental health watches. This date there were 2 unfunded mandate positions filled by staff for additional Emergency Transport. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 26, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] | 74% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by staff for additional mental health watches. |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 14 of 19 PM Mandatory Posts were filled. | | It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 27, 2026 – N/A**

**August 28, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 16 of 19 PM Mandatory Posts were filled. | 84% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by staff for additional mental health watches. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 29, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] | 74% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by staff for additional mental health watches. It should be noted that although the aforementioned positions |

| | | | | |
|---|---|---|---|---|
| | | For this shift the department filled: 14 of 19 PM Mandatory Posts were filled. | | were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 30, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 18 of 19 PM Mandatory Posts were filled. | 95% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by staff for additional mental health watches. It should be noted that although the aforementioned positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**August 31, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Browning – PM Shift | Mandatory | [redacted] For this shift the department filled: 17 of 19 PM Mandatory Posts were filled. | 89% | Browning Unit weekly staffing vacancy rate is currently notated at 20.45% as per Human Resources analytics and data. This date there were 4 unfunded mandate positions filled by staff for additional mental health watches. It should be noted that although the aforementioned |

| | | | | |
|---|---|---|---|---|
| | | | | positions were not filled, all essential inmate activities were fulfilled without curtailment. |

**ASPC-Tucson**

For the month of August 2026, ASPC-Tucson had 99.62% of Mandatory posts and 96.67% of Essential posts filled.[4] The following charts reflect: (1) instances in which ADCRR did not meet the required daily threshold (100%) for Mandatory posts, and (2) instances in which Essential posts were not filled during weeks in which ADCRR did not meet the required weekly threshold (75%).

**August 1, 2026 – N/A**

**August 2, 2026 – N/A**

**August 3, 2026 – N/A**

**August 4, 2026 – N/A**

**August 5, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Winchester Detention – Graveyard Shift | Mandatory | [redacted]<br>For this shift the department filled:<br>2/3 Mandatory post was filled | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 23.01%, with 15 staff assigned to hospital coverage and 4 staff assigned to continuous mental health watch coverage<br>All required inmate activity / services were completed. |

**August 6, 2026 – N/A**

[4] No subclass members are housed at ASPC-Tucson, Manzanita Detention. The required staffing for ASPC-Tucson, Manzanita Detention have been excluded from the total mandatory post count requirement.

**August 7, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Winchester Detention – Graveyard Shift | Mandatory | [redacted]<br><br>For this shift the department filled:<br>2/3 Mandatory post was filled | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 23.01%, with 18 staff assigned to hospital coverage and 5 staff assigned to continuous mental health watch coverage<br>All required inmate activity / services were completed. |

**August 8, 2026 – N/A**

**August 9, 2026 – N/A**

**August 10, 2026 – N/A**

**August 11, 2026 – N/A**

**August 12, 2026 – N/A**

**August 13, 2026 – N/A**

**August 14, 2026 – N/A**

**August 15, 2026 – N/A**

**August 16, 2026 – N/A**

**August 17, 2026 – N/A**

**August 18, 2026 – N/A**

**August 19, 2026 – N/A**

**August 20, 2026 – N/A**

**August 21, 2026 – N/A**

**August 22, 2026 – N/A**

**August 23, 2026 – N/A**

**August 24, 2026 – N/A**

**August 25, 2026 – N/A**

**August 26, 2026 – N/A**

**August 27, 2026 – N/A**

**August 28, 2026 – N/A**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Manzanita Detention – Graveyard Shift | Mandatory | [redacted] For this shift the department filled: 2/3 Mandatory post was filled | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 23.01%, with 24 staff assigned to hospital coverage and 4 staff assigned to continuous mental health watch coverage All required inmate activity / services were completed. |

**August 29, 2026**

| Facility/Shift | Classification | Post | % Filled | Reason(s) |
|---|---|---|---|---|
| Manzanita Detention – Graveyard Shift | Mandatory | [redacted] For this shift the department filled: 2/3 Mandatory post was filled | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 23.01%, with 26 staff assigned to hospital coverage and 3 staff assigned to continuous mental health watch coverage All required inmate activity / services were completed. |
| Winchester Detention – Graveyard Shift | Mandatory | [redacted] For this shift the department filled: | 67% | Not filled due to insufficient staff on site. Complex vacancy rate is 23.01%, with 26 staff assigned to hospital coverage and 3 staff assigned to continuous |

| | | | | |
|---|---|---|---|---|
| | | 2/3 Mandatory post was filled | | mental health watch coverage<br>All required inmate activity / services were completed. |

**August 30, 2026 – N/A**

**August 31, 2026 – N/A**

DATED this 10th day of September, 2026

OSBORN MALEDON, P.A.

By: s/ John S. Bullock

Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Molly S. Walker, 038099
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793

KRISTIN K. MAYES
ATTORNEY GENERAL
Joshua D. Bendor, 031908
Gregory Honig, 018804
Lucy M. Rand, 026919
Luci D. Davis, 035347
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
joshua.bendor@azag.gov
gregory.honig@azag.gov
lucy.rand@azag.gov
luci.davis@azag.gov
ACL@azag.gov

Attorneys for Defendants