**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Shawn Jensen, et al.,

Plaintiffs,

v.

Ryan Thornell, et al.,

Defendants.

No. CV-12-00601-PHX-ROS

**ORDER**

Pursuant to the Court's September 10, 2026 Order, the Receiver is set to begin on October 19, 2026. (Doc. 5363.) To reiterate, the Court ordered that "the Receiver may consult with the Director of ADCRR, and all relevant and knowledgeable ADCRR employees and contract personnel" and "the Director is authorized to confer with the Receiver where the Receiver determines assistance would be advantageous to fulfilling her responsibilities." (Doc. 5307 at 3, 5.) To comply with the Court's Orders, Defendants will ensure full cooperation with the Receiver in carrying out her duties as set forth in the Court's July 17, 2026 Order.

**IT IS SO ORDERED**.

Dated this 2nd day of October, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge