**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al.,<br>Plaintiffs,<br>v.<br>Ryan Thornell, et al.,<br>Defendants. | No. CV-12-00601-PHX-ROS<br>**ORDER** |

The Court has received a request from the Receiver to hire Kellie Wasko as Chief of Healthcare Operations to work under her direction to assist in creating and implementing the Operational Plan at a proposed salary of $400,000 per year.[1] The Court's Order setting forth the Receiver's authority, duties, and responsibilities allows the Receiver to hire staff and consultants for discharging the duties and mandates of the Operational Plan with approval of the Court. (Doc. 5307 at 9.) The Court has considered the Receiver's request, reasoning, and Ms. Wasko's resume and qualifications, and is inclined to grant the request and to issue an order allowing the Receiver to hire Ms. Wasko to begin working as the Receiver's Chief of Healthcare Operations with an effective date of October 26, 2026. The Court will, however, give the Parties an opportunity to file any objections.

[1] The Receiver also asserts that Ms. Wasko will assist in duties arising from the creation of the Receiver Office Fund Account. As soon as such account is created, the Receiver must provide the account information to the Court so the Court may effectuate the transfer of funds currently held by the Court. (*See* Doc. 5307 at 10.) The Receiver may use the funds to accomplish execution of her duties as set forth in the Court's July 17, 2026 Order, including providing compensation for the Receiver and her employees.

Accordingly,

**IT IS ORDERED:**

(1) The Clerk of the Court must file the Receiver's October 5, 2026 Letter requesting to hire a Chief of Healthcare Operations as a separate docket entry.

(2) Within **5 days** of the date of this Order, the Parties must file any objections to the proposed request. If no objections are filed, the Court will grant the Receiver's request.

Dated this 5th day of October, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge