United States District Court for the District of Arizona 10/5/2026

Case no. 2:12-cv-00601-ROS

CV-12-00601-PHX-ROS

Regarding: Request approval for the Chief of Healthcare Operations

Honorable Roslyn O. Silver,

As we discussed last week, I respectfully request to add a position to the Office of the Receiver. Pursuant to Court's Order in 5307, Section IV (Office of the Receiver), Subsection (b)(1) (Office and Staffing), "The Receiver shall establish, with approval of the Court, reasonable compensation, and terms of service for each member of the Receiver's staff." This letter is intended to seek such approval.

You are aware that the issues that gave rise to this Receivership are complex, systemic and longstanding. Meaningful remediation requires simultaneous oversight of clinical operations, quality improvement, staffing stabilization, compliance monitoring, policy implementation, contract management, organizational transformation, and stakeholder coordination across multiple levels of the organization. These responsibilities are essential not only to remedy existing deficiencies but also to establish sustainable systems capable of maintaining compliance beyond the life of the Receivership. To fulfill the core mandates of the receivership, the Receiver must assemble a highly qualified leadership team capable of designing, implementing and monitoring the complex operational and clinical reforms required.

Kellie Wasko is an exceptionally qualified registered nurse, correctional healthcare professional and correctional leader who was previously considered for the role of Receiver. (You received her resume during the Receiver selection process.) Since the resume you received, she has also become the Conditions Monitor for Judge Sunshine Suzanne Sykes on LT v. US Immigration and Customs Enforcement, case No: 5:26 cv-00322-SSS-SP.

To ensure the clinical integrity of the receivership's initiatives, I require assistance from a senior medical professional. I would like to add the Chief of Healthcare Operations now and keep the Office of the Receiver as small as possible during the initial phases of Operational Plan creation. The Chief would work under the direction of the Receiver. The initial phases of the Receivership will heavily involve gathering and analyzing the information necessary to create a sound plan.

The proposed Chief of Healthcare Operations will actively participate in drafting the initial Operational Plan and then lead the implementation and administration of the comprehensive Quality Management Program (QMP). A strong QMP is necessary for the

system to effectively function, as well as maintain compliance and self-correct. I seek to build the plan with the end in mind; returning operations to the state with sustainable compliance and healthcare services that are constitutionally adequate. The QMP will be the backbone of ongoing compliance long after the receivership is no longer necessary. Though there will be many other duties for the Chief the largest would be to:

- Develop performance metrics and benchmarks necessary to ensure reliable, timely, and effective healthcare
- Lead the policy revision initiative utilizing physician clinical requirements and the court's orders
- Develop training to implement the newly revised policies and the QMP

I am also required to create an interest-bearing account, the Receiver Office Fund Account, with me as the signatory and fiduciary. The account, among other things, is to be used to pay salaries and consulting fees. In addition to the duties already mentioned, any general accounting principles requiring segregation of duties will be completed by the Chief until the Receiver's staff has additional team members that can be tasked with such administrative functions.

I respectfully request the court's approval to establish a Chief of Healthcare Operations, Kellie Wasko, at an annual compensation rate not to exceed $400,000 per year. Establishing this position as soon as possible will accelerate not only the creation of the plan, but the implementation of it. This request is driven by necessity, not convenience. My specialty is organizational management and one of Mrs. Wasko's is healthcare. I believe the specialties of organizational management and healthcare are both necessary to be successful.

Respectfully,

Annette Chambers- Smith, Receiver