Mary R. O'Grady, 011434
Andrew G. Pappas, 034432
John S. Bullock, 034950
Kimberly Friday, 035369
Molly S. Walker, 038099
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
mogrady@omlaw.com
apappas@omlaw.com
jbullock@omlaw.com
kfriday@omlaw.com
mwalker@omlaw.com

Attorneys for Defendants

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-ROS<br><br>**DEFENDANTS' RESPONSE TO RECEIVER'S REQUEST TO HIRE KELLIE WASKO** |

On October 5, 2026, the Receiver requested permission from the Court to hire Kellie Wasko as the Receiver's Chief of Healthcare Operations at a requested salary of $400,000 per year. (Doc. 5378.) The same day, the Court ordered the parties to file any objections to Ms. Wasko's appointment within five days. (Doc. 5377.) Although Defendants do not object to Ms. Wasko's appointment to perform the proposed functions, Defendants object to the compensation, and request that the position title appropriately reflect the position.[1]

---

[1] By filing this Response, Defendants do not concede that the appointment of a receiver is appropriate. Defendants have appealed from the Court's decisions granting Plaintiffs' Motion for a Receiver (Doc. 5156) and appointing the Receiver (Doc. 5307). By submitting this filing, Defendants do not waive any of their objections to the appointment of a receiver or to any of the receiver's powers, duties, or authorities.

First, the Receiver proposes to call Ms. Wasko's position Chief of Healthcare Operations, but Defendants request that her position be titled Healthcare Operations Consultant. This will avoid confusion with the established ADCRR position of Chief of Healthcare Services and appropriately reflects the proposed position functions.

Second, Defendants object to the proposed $400,000 salary because the role will be a part-time position for Ms. Wasko, making the salary unreasonable. As the Receiver notes in her request, another court recently appointed Ms. Wasko as the Conditions Monitor in *L.T., et al. v. U.S. Immigration and Customs Enforcement, et al.*, No. 5:26-cv-00322-SSS (C.D. Cal.). The appointment requires Ms. Wasko to provide monthly reports to that court setting forth her observations regarding the conditions of confinement at two detention facilities in California. (*See id.* Doc. 104 at 5, attached as Exhibit 1.) And Ms. Wasko's resume (previously submitted to the Court) lists additional consulting and expert projects that may remain ongoing.

Given her other obligations, it is unclear how much time Ms. Wasko will devote to this case, and it is not reasonable to provide Ms. Wasko with a $400,000 salary for a part-time position without a defined time commitment. Because of the uncertainty around Ms. Wasko's capacity to simultaneously perform her responsibilities in this case, serve as Conditions Monitor in the California case, and fulfill her other pending obligations, Defendants propose that Ms. Wasko instead be compensated at a rate of $200 per hour, not to exceed $400,000 per year. An hourly rate of $200 is equivalent to an annual salary of $400,000 for a full-time position (2,000 hours per year), and is commensurate with the Receiver's annual salary of $500,000 for what is presumptively a full-time position.

DATED this 8th day of October, 2026.

OSBORN MALEDON, P.A.

By s/Kimberly I. Friday
Mary R. O'Grady
Andrew G. Pappas
John S. Bullock

Kimberly Friday
Molly S. Walker
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

KRISTIN K. MAYES
ATTORNEY GENERAL
Joshua D. Bendor, 031908
Gregory Honig, 018804
Lucy M. Rand, 026919
Luci D. Davis, 035347
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
joshua.bendor@azag.gov
gregory.honig@azag.gov
lucy.rand@azag.gov
luci.davis@azag.gov
ACL@azag.gov

Attorneys for Defendants