☒ FILED ☐ LODGED
Oct 07 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

MACARIO I. MARRUFFO, et al.,
Plaintiffs,
V.
Ryan F. Thornell, et al.,
Defendants.

NO. CV-12-00601-PHX-ROS

ORDER TO ENFORCE ORDER AND PERMANENT INJUNCTION W/ORDER TO CHALLENGE AND RAISE HUMAN RIGHTS VIOLATION W/ORDER TO MODIFY INJUNCTION

I. Macario I. Marruffo, Respectfully Come forth as a subclass member. Post-Trial-Order-4335, and Jensen v. Shinn, Now Parsons v. Ryan. actually, also Jensen v. Thornell State: And I will quote. On April 7, 2023, the united states Dist. Ct. for Dist of Ariz. entered a permanent injunction to address the unconstitutional living conditions imposed on the residents of the prison. (called "prisoners" in the Permanent Injunction) held in maximum custody, "detention," or watch.

Quoting 4335-Post-Trial ORDER. Filed 06/30/22 Page 123 OF 200 2:12-cv-00601-ROS

I. Subclass Definition: The court certified a subclass defined as: All prisoners who are now, or will in the future be, subjected by the ADC to isolation, defined as confinement in a cell for 22 hours or more each day or confinement in the following housing units: Eymon-SMU1; Eyman-Browning unit; Florence-Central unit; Florence-Kasson unit; or Perryville-Lumley Special Managment Area.

"No prisoner shall be confined in a cell for 22 hours or more each day for more than two month's unless there are extraordinary documented legitimate penological intrest.

Defendants shall implement a system to facilitate the return to lower levels of custoday for those prisoners who have been in the subclass for longer than two months[8], and document their efforts."

[8] If the Defendants transfer members of the Subclass to private prisons, the members of the Subclass shall not be treated inconsistently with this order. At present, Defendants house prisoners in ~~six~~ seven private facilities (Central Arizona Correctional Facility, Florence West, Kingman, La Palma, Phoenix West, and Red Rock correctional center), and Marana

Two aspects of this class definition were subsequently addressed by the Ninth Circuit. First, the definition's reference to particular locations did not mean all prisoners housed at those locations were automatically members of the subclass. As explained by the Ninth Circuit, "[t]he touchtone for inclusion in the subclass is... the amount of isolation experienced by inmates."

Parsons v. Ryan, 912 F.3d 486, 503 (9th Cir. 2018). Thus, the crucial aspect is "the amount of time an inmate is 'confine[d] in a cell' each day," not where the prisoner is housed. Id. Those prisoners "who are confined in a cell for 22 hours or more each day (i.e., inmates who receive less than 14 hours of out-of-cell time each week)" are members of the subclass. Id

Settlement Agreement Between The United States Of America And The Arizona Department Of Corrections, Rehabilitation, And Reentry Under The Americans with Disabilities Act

DJ No. 204-8-265

## II. DEFINITIONS

9. "ADCRR facility" means any building, complex, unit office or Structure that ADCRR operates, Controls, manages, or contracts to provide Services, programs and activities to individuals Under ADCRR's Custody, Control, or Supervision, including Community Supervision. See 28 C.F.R § 35.104. This includes the Seven Private Facilities at which ADCRR currently houses incarcerated persons: Central Arizona Correctional Facility, Florence west, Kingman La Palma, Marana, Phoenix West, and Red Rocks Correctional Center.

Case 2:12-CV-00601-ROS Document 4410 Filed 04/07/23 Page 51 of 67

Relief For Prisoners In Isolation

The Subclass consists of "[a]ll prisoners who are now, or will in the Future be, Subjected by the ADC to isolation, defined as Confinement in a Cell for 22 hours or more each day." (Doc. 4335 at 123). This definition is broader than those prisoners housed at particular Complexes or those prisoners with particular Classifications (e.g., maximum custody). The evidence at trial, however, established the members of the Subclass were those prisoners.

(a) Formally Classified as "maximum custody" pursuant to DO 801;
(b) Housed in a detention Unit pursuant to DO 804;
(c) Placed on mental health watch pursuant to DO 807; and
(d) Placed in closed management Status pursuant to DO 813.

(DOC. 4335 at 136). It is possible prisoners outside of these four classifications will become subclass members. For example, if Defendants restricted minimum custody prisoners to their cells for more than 22 hours each day, such prisoners would become members of the subclass. However, there was no evidence at trial of this actually occurring.

Brief Synopsis

Monday October 5, 2026. I Macario Ignacio Marruffo as a Subclass member to Jensen v. Thornell et. al., CV-12-601-PHX-ROS come forth and respectfully move this honorable court to enforce Federal Permanent Injunction, and grant order to modify.

It cannot be disputed Injunction also pertains to Private Prisons. I am currently housed at La Palma, and from June 19, 2025 to Dec 15, 2025, "without Disciplinary" I was placed in Detention out of retaliation, and again on 8/4/2026, Today is 10/6/2026.

This may sound surreal to this honorable court, But it's very real and true, on 5/29/2025. Now forced to resign on 8/1/2026 Captain Charbonnue, and forced out from La Palma, Ran off from Red Rock, and not allowed to set foot at Saguaro unit Captain Jewell Chavez, now on "No Contact with Prisoner's" both altered my prison record, falsely accused me of being a pedophile, Then a Snitch, and set me up to get "Killed."

"On July 17, 2026, and July 18, 2026 Two different women Staff from La Palma alerted me to watch-out because staff was plotting against me "again." I wrote several letters to SSU/TSU thinking it was LT Jasmine St Clair Since on Dec 15, 2025 in the morning She ordered Sgt. Victor Palma and Officer A. McCoy to hold both my arm's and She entered Cell 6 and punched me on Right Side of my face, and Security Video exists, as do exhibits. See Affidavit for detailed info.

# CERTIFICATE OF SERVICE

I hereby Certify I Sent this Motion with Order to Enforce Order, and Permanent Injunction, W/Order To challenge and Raise Human Rights violation W/Order To modify Injunction To clerk of court Through efile

U.S. District Court Clerk's office
U.S. courthouse, Suite 130
401 W. Washington Street, SPC 1
Phoenix, AZ. 85003-2118

Pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the Foregoing is true and correct to the best of my Knowledge

Respectfully Submitted this 7th, day of october, 2026.

By: Marcario Ignacio Marruffo Prose
Signature Notary Not Required

Exhibits A-B-C

Arizona Department of Corrections, Rehabilitation & Reentry

Arizona Department of Corrections, Rehabilitation & Reentry

LA PALMA - LA PALMA UNIT

Notice:

As of: 08/18/2026

Incentive phase criteria is reviewed each day. Information in the system since the previous day is used to determine if any changes have taken place that would change an inmate's incentive level. This letter provides information about the change and why.

Notice: 145780 MARRUFFO MACARIO

Bed: J, LA PALMA UNIT J17C3ZBB114U

Effective today your phase level has been changed from Phase 3 to Phase 2

Attention Required! Due to failing to maintain one or more of your phase level requirements (see below) your phase level has been revised accordingly (see above). This may be a setback will affect your privileges but you are encouraged to rededicate yourself in order to move up to the next phase.

To advance your status you must: Participate in Programs, removal from a program for poor performance or behavior will result in a reduction to Phase 1. NOTE: Per D.O. 809.01.1.5.4: if you are removed from a program, you shall remain in Phase 1 for 1 year before becoming eligible to advance to Phase 2. Maintain a good discipline violation record, no major or minor violations for 6 straight months.

Reason(s)

☑ Found guilty of a major group B disciplinary violation

Same reclass every 6 months but now minor violations are being treated as majors straight Nazi BS

Arizona Department of Corrections, Rehabilitation & Reentry

MC214
Marrufo

Arizona Department of Corrections, Rehabilitation & Reentry

LA PALMA - LA PALMA UNIT

Notice:

As of: 05/08/2025

Incentive phase criteria is reviewed each day. Information in the system since the previous day is used to determine if any changes have taken place that would change an inmate's incentive level. This letter provides information about the change and why.

Notice: 145780 MARRUFFO MACARIO

Bed: J, LA PALMA UNIT J15C3MCC214L

Effective today your phase level has been changed from Phase 1 to Phase 2

Congratulations! Due to your positive behavior in all aspects of your program plan, you have met the criteria to advance to phase 2. You have now earned increased visits, phone calls, store funds, etc. You also have increased responsibility and expectations while in Phase 2. To maintain your status must maintain excellent results in all areas. We encourage you to not only continue your positive behavior, but to increase your effort to become a civil and productive person and put it into daily practice. Specifically, look for opportunities to get involved in restorative justice activities.

To maintain your status you must:

Participate in Programs, removal from a program for poor performance or behavior will result in a reduction to Phase 1. NOTE: Per D.O. 809.01. 1.5.4: if you are removed from a program, you shall remain in Phase 1 for 1 year before becoming eligible to advance to Phase 2.

Maintain a good discipline record. No discipline violations for 6 straight months.

Now

Reclass is every 6 months I have not been reclassed since 12/23/2025

Arizona Department of Corrections, Rehabilitation & Reentry

TUCSON - TUCSON WINCHESTER

Notice:

As of: 01/10/2024

Incentive phase criteria is reviewed each day. Information in the system since the previous day is used to determine if any changes have taken place that would change an inmate's incentive level. This letter provides information about the change and why.

Notice: 145780 MARRUFFO MACARIO

Bed: T, TUCSON WINCHESTER C41HU03A05B

Effective today your phase level has been changed from Phase 3 to Phase 2

Attention Required! Due to failing to maintain one or more of your phase level requirements (see below) your phase level has been revised accordingly (see above). This may be a setback will affect your privileges but you are encouraged to rededicate yourself in order to move up to the next phase.

To advance your status you must: Participate in Programs, removal from a program for poor performance or behavior will result in a reduction to Phase 1. NOTE: Per D.O. 809.01.1.5.4: if you are removed from a program, you shall remain in Phase 1 for 1 year before becoming eligible to advance to Phase 2. Maintain a good discipline violation record, no major or minor violations for 6 straight months.

Reason(s)

☑ Found guilty of a major group B disciplinary violation

# AFFIDAVIT

NAME: Macario Ignacio Marruffo # 145780
ADDRESS: 5501 N. La Palma Rd 2B 114
Eloy AZ. 85131
DATE SERVED: October

TO: U.S. Dist. Ct. Judge Hon: Roslyn Silver
ADDRESS: U.S. Courthouse, Suite 130
401 W. Washington street, SPC 1
Phoenix, AZ. 85003-2118

I. Macario Ignacio Marruffo, a Subclass member to Jensen v. Thornell respectfully come forth and raise several issues which violate The International Human Rights Laws. And as a subclass member, I come forth requesting modification and relief as to inhumane way we are treated in Core Civic Private Prisons.

I'm forced to deal with "deranged and dangerous" drug trafficking, drug addicted security guard's who's comments are not rooted with reality, and lie like a Republican politician

I as a Civil Rights Activist/Human Rights Advocate come forward and move this Court to act, These individuals are Killing prisoners with the drug's they are bringing in as contraband, And I am only trying to help bring change to a very broken prison system, I strongly believe that no prisoner should ever be treated inhuman or should ever be seen much less treated as a bargaining chip or collateral damage how I've been much less as a punching bag for crazy and unbalanced security staff.

I told Chief of Security Garcia, I was placed on report I won that ticket. And I've been trying to file lawsuit in Pinal county Superior Court since in U.S. Dist. Ct. for many years Steven P. Logan has protected the same corrupt ADCRR guard's who have now also been forced to resign since "Other Federal judges" presided upon those seperate cases, concerning lawsuits filed against them.

Pinal County Superior Court Clerk Rebecca Padilla Since year 2020 has denied me "every motion I have submitted" but allows everyone else's motion's, except mines exactly like Steven Paul Logan U.S. Dist. Ct.

This private prison requires Federal oversight on 10/1/2026 here at La Palma Tewa unit 4 more inmate's overdosed on fent laced heroin, in June just recently 9 overdosed 1 died, at Apache unit it required 18 guard's around the clock to watch over 9 prisoners Then I was still in General Population. on 8/4/2026 Chief of Security Garcia told me "Senior warden Kris Klien" doesn't want me here due to "Staff Conflict" Simply because 2 females from his staff alerted me to watch out, my friends from "Decades."

On 8/4/2026 once I entered the kitchen an African/American Female guard yelled out "all of you piece's of shits ADA's" get the Fuck out and go wait in line like the rest of "piece's of shits." Only Thing I did was ask her for policy or if she had authority to override HIPAA Rules. She got scared because I told her, your the only piece of Shit here you Stupid disrespectful mother___er! She called an ICS and my, on my Defendant's list defendants Sgt. D. Haverty, and Captain J. Chavez didn't hesitate to cuff me up. J. Chavez without yet being charged said your guilty I asked for what he said, I don't care for what your guilty

and your going to CDU, Sgt Haverty had her body camera on but. The DHO refused to use it on 8/7/26 Chief Garcia stopped by and told me she caught Sgt Haverty and "a 3rd party" lied Haverty said I have been placed on report 3 other times for same thing Threatening "or" Intimidating and sent to CDU and I always come back, Garcia told her she was lying. From Mohave unit to R&D Sgt. Haverty intentionally broke my TV. it was both Jewell Chávez, yea Captain Chávez who has very many complaints upon him and his drug trafficking crew for assaulting fully restrained prisoners, who broke my TV committing "a Hate crime."
Now its stated captain Chávez is on "No contact with prisoners" and this guard told me "I'll Kill you and make it look like an accident" this Captain has many lawsuits upon him, he was involved with the altering of my case CR# 201502989 which when I was sentenced it was a victimless case from May 29, 2025 without being indicted it now contains a class(1) one felony it used to be 2-4-5-6, now it's 1-4-5-6 and Captain Chávez did participate in altering it. And Sgt. Haverty also participated in trying to house a sexual predator in my cell, on 5/30/2025. Capt Charbonnue, Capt. Chávez, and Sgt. Haverty did pay 3 inmates to jump me and steal all of my personal property, Those 3 inmates were almost Killed themselves.
I filed several grievances but how I was told by those already "Fired" "This is Trump Country" we make the rules here This is a Private Prison Fuck The Federal judge. I mentioned The Federal Permanent Injunction Here this place is Known as Little Auschwitz. I realize my accusation is serious, but I've made several and instead of conducting a criminal review or investigation, or street charging me, These guard's actually Tried having me Killed, and much proof exists but staff here is covering it up.

And just recently on 8/4/2026. Jewell Chávez was bragging he did not allow Director Ryan F. Thornell enter which he didn't Thornell had to literally breach this detention center. And siezed content upon computers, shortly after Second "Prostitution Ring Bust occurred" here at Little Auschwitz AKA La Palma.

Exactly how I told director Thornell, Now again 10/1/2026 four more prisoners overdose off heroin laced with fentynol. This place requires Federal monitoring and Federal oversight. There is absolutely not one single thing stopping The Federal Government from doing it but The Federal Government itself from not wanting to monitor these corrupt guards, many have died, and will continue dying.

The stipulation "No prisoner shall be confined in a cell for 22 hours or more each day for more than two months unless there are extraordinary documented legitimate penological intrest." which non exist.

To this Honorable court, These guards here acknowledge they are the under-dog yet here at La Palma the norm is 6-8 months in CDU it's clearly been said This is Trump country Fuck The Federal Judge Roslyn Silver, TO hell with Governor Katie Hobbs she's only dead weight. And proof exists, a mere "security guard" on strickt order "No contact with Prisoner's" because he's "always in trouble, and under investigation" did not allow The Prison Director appointed by Gov. Hobbs to enter. But what happened. Several Female's chose to resign due to the prostitution, and recently on 10/1/2026 guard Richard Begay a Core Civic guard from Eloy complex was arrested for being a Pedophile. And by Senior warden Kris Klien not wanting me here and him knowing his staff lied, and No staff conflict exists, and keeping me in CDU over 60 days. This warden is acting with bias

Prejudice, retaliation, racial discrimination, and also important Defendant is acting with deliberate indifference.
Quoting 4335-Post-Trial Order Page 131 "(Doc. 4273 at 53). That Deputy warden did not Know, however, what "to fulfill disciplinary Sanctions" meant because ADCRR allegedly does not have "disciplinary detention". (Doc 4273 at 54).
But yet I remain in Complex Detention Unit from 8/4/2026 to date of 10/5/2026 over 60 days, which violates permanent injunction order. And my last Reclass was Dec 22, 2025, and here at La Palma Core Civic The CO.3's don't do their job's and majority are under investigation for inappropriate relationships with "several inmate's". Nothing has changed until Stipulation orders "No prisoner Shall be confined in a cell for 22 hours or more each day for more than two months". And only excuse Senior warden Kris Klien used is "Staff conflict". I have Several letters I Sent to Dir. Thornell, and Gov. Hobbs where I told them of my relationships with 3 females who worked here, and No Conflict existed. Then after Dec 15, 2025 excessive use of force on March 26, 2026 Central Office Sent me back here from Yuma To Eloy From Eloy back To Yuma, and From Yuma, again back to Eloy I stayed in Mohave Unit for 133 days and no problem existed. Once I Filed The 18 U.S.C. § 1962 (c) Rico against Captain Chavez, Sgt. Haverty, Warden Kris Klien I got Sent to CDU with out being allowed The reclasses owed to me Since last one was 12/23/25 every 6 month's but it changed to every 90 days according to DO 801 I'm in CDU, over 60 day's now. See exhibits.
And as a Subclass member I respectfully move this court to modify and listen to defendant's and do what page 137 says. "Defendants argue the Court should consider all prisoners "housed in both ADCRR-operated and contract prison complexes". (Doc. 4315 at 102). And I agree

Settlement agreement between the U.S. of America and the ADCRR clearly States 3. The United States has authority to investigate complaints of disability discrimination and seek remedies for violations of Title II of the ADA. 42 U.S.C. § 12133; 28 C.F.R. pt. 35, Subpt. F., Exactly what has occurred here and much more. And reason I'm in CDU is over a disrespectful guard who called ADA's pieces of Shits, Simply because I require to use a cane now due to medical staff still does not want to give me the medical care I require and then clause #9 as I. Introduction clause # 1. To DJ No. 204-8-265
I was also "finally" Set up for physical therapy but by warden Kris Klien having listened to his subordinates to retaliate and place me in CDU and to deny me ink pens now envelopes, Simply because I've named these corrupt guard's as defendants, To 18 U.S.C § 1962(C) Rico Civil complaint
The court certified the class and subclass in March 2013. (Doc. 372). The Ninth Circuit affirmed certification of the class and subclass. Parsons v. Ryan, 754 F.3d 657 (9th Cir. 2014). In doing so the court held the prisoner's claims had sufficient commonality because the class and subclass were allegedly subjected to practices that could be addressed "in one stroke". Id. at 678. In particular, the Ninth Circuit reasoned this court could determine whether the "Statewide [ADCRR] policies and practices to which all members of the class are subjected, and [particular] statewide [ADCRR] policies and practices which affect all members of the subclass" exposed the class and subclass to "substantial risk of serious future harm to which the defendants are allegedly deliberately indifferent." Id.
Now I'm being held in CDU without justifiable reason, simply because 3 defendants have power to do so, so they abuse their authority since there is absolutely no oversight here at La Palma Since this according to Staff "This is Trump country" Fuck judge Silver She has no authority here "This is Trump country, a private prison, we make the laws."

But Core Civic Staff is incorrect, and The U.S. of America has entered a Settlement Agreement, and The 9th Circuit court has also defined The Subclass as has Parson v. Ryan, 912 F.3d 486, 503 (9th Cir. 2018). Thus, the crucial aspect is "the amount of time an inmate is 'confine[d] in a cell' each day," not where the prisoner is housed. Id. Those prisoners "who are confined in a cell for 22 hours or more each day (i.e., inmates who receive less than 14 hours of out-of-cell time each week)" are members of the Subclass. Id. Therefore, I am a Subclass member, and I respectfully request for modification and have this honorable court Start Seeing Core Civic, and "ALL Private Prisons" under contract with State of Arizona as Defendants and enforce Federal Permanent Injunction. This request is necessary. It cannot be disputed This private prison is pure filth, and subject to Federal monitoring and oversight... and also, My TV was cracked by Staff on 10/30/25, and completely broken on 8/4/2026 punched In the Center property Sgt Q he goes by was given a direct order by ADW Jennings on 9/1/26, 9/11/26 Chief of Security Garcia, on 9/3/26 and on 9/25/2026 He being a Sgt Said.

I don't take orders from that Bitch and I'm not going to exchange it until I want if I want Fuck that Bitch and what She Said, She doesn't have any authority to tell me what to do.

Record will prove captain Chávez refused to let The Director of AZ prisons enter, and ongoing investigation was ordered by Governor Katie Hobbs, which exposed a Prostitution Ring Bust, which to day is ongoing, so subordinates here do what "They want" not what told to do. Therefore, it's in the best intrest of the U.S. of America to grant request and enforce Federal Permanent Injunction due to the

overwhelming grievances, and the daily drug episodes, and the "weekly drug overdoses. This place is being supervised by many uneducated in law's individuals who are trafficking drugs, and on a daily turn camera's off for the "Pay for Play" activities, and with polygraphs conducted upon these guard's will prove majority of what I accuse them of will be proven to be true.

I'm being forced to endure much excrciating pain in my knee, I require a knee replacement, and by Senior warden Kris Klien, my Defendant having me in CDU without valid reason is inhuman and deliberate indiffrences, with abuse of power, discrimination. And by ADW Jennings, Chief Garcia allowing their subordinates to override their authority These people I don't know what to say are they worthy to be Supervisors, and Chief Garcia caught Sgt Haverty in a lie, and individuals from contract bed's claim its legal and okay for staff to aggravate assault fully restrained human beings, but federal law states it's not.

I have no reason to lie, and with what is placed on stipulations This court has all The authority required to fully enforce federal permanent injunction. And with what is stipulated it has full authority to order these people to get me out of CDU. 3 weeks ago I was told I'm on Transfer movement list last year I was told the same and I was kept in CDU from June 19 to Dec 15, 2025 over 6 months, it's unconstitutional whats happening is not normal, we shouldn't stay quit and allow private prisons to normalize what's happening here Private Prison's are not above the law, mainly if supervisors can't supervise their subordinates, These people are American Nazi's.

Then how I mentioned the classification, I don't want to sound how these guard's are "racist" but here majority of women here the CO.IV's or CO.4's are racist, bias, prejudice. These guard's hate me for reason, I've been exposing so much corruption. They don't walk to address prisoner's need's and they certainly do not bother to do any reclasses, Here at this craphole, These guard's make a bonus by keeping CDU full, and the sad part is if the inmate is a drug user those are the one's these bastards kick out sooner, Those who consume and majority of CO 4's here are white Trump supporters and I do say F rump the pedophile chump and "all MAGA" so naturally these guards do retaliate. Since majority here are MAGAce
I just seen Chief Lewis she "again" said my TV is going to be ex-changed changed, I've heard that song and dance since 8/4/26 when I got my TV 8/4/26 Chavez and Haverty broke it. Now I have proof of I have not been reclassified since 12/23/25, yet these ppl claim reclass is correct here at Little Auschwitz these racist drug traffickers and prostitutes do not care how a human being is treated. Gov. Hobbs and dir: Thornell have never once caught me in a lie, and exactly how I told them 4 captains have been forced to resign Norma Chavez quit She now works at CCA she's a prostitute/drug trafficker but here all of SSU/TSU and most Sgt.s are I realize I make some serious accusations but they are True Captain Chavez and his gay lover Charbonnue are responsible for several inmates deaths and Kris Klien knows this, so federal monitoring is necessary there are many written agreements which give green light to Fed Gov to monitor This American Nazi Death Camp, and it can't be disputed.

But the sad thing is majority of prison guards are Latino's who don't even speak spanish. And concerning my broken TV. Chief Lewis told me that Sgt Q told her he doesn't know anything about any TV. On 9/3/26 Sgt. Q stopped by all mad because Chief Garcia emailed him to bring my TV, her phone # is 520-464-3205.

Now this type of conduct is what I'm talking about The one thing these guard's are good at is being dishonest, I'm in Orange but I'm not here for being a liar, I'm here for being a Drug addict, but was also falsely accused of being a drug trafficker how Sgt Q and the majority of the La Palma staff are. But "majority are MAGA" so yea it's natural for these guard's to lie. And how said, These guard's hate me because They have been ordered to be professional. Ongoing investigation has been referenced as Directors Project. Many Gard's have been forced to resign, when they should be indicted, and prosecuted.

Many prisoner's have died, federal oversight is necessary The Federal Permanent Injunction does pertain to these seven private prison's. And Federal monitoring and oversight is necessary many prisoner's are dying and reason why because The Supervisors here are weak push overs who at one time were exactly how their Subordinates are and remain the Same, and things need to change. See exhibits.

I pray to our Lord God above I touch the heart of The Honorable judge Roslyn Sylver and she allows modification and orders oversight. Director Ryan F. Thornell is not the enemy Thornell is trying, but these guards say he's a midget dwarf with a Jack in The Box head. who was not allowed to enter this crap hole by lying guard's like Sgt Q. and others who lack professionalism See exhibits. so for the record I'm not against Mr. Thornell, he's actually trying to help inmate's.

# CERTIFICATE OF SERVICE

I hereby certify I sent this Affidavit to clerk of court through efile

U.S. Dist. Ct. Clerk's Office
U.S. Courthouse, Suite 130
401 W. Washington St, SPC1
Phoenix, AZ. 85003-2118

Pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

Respectfully submitted this 7th, day of October, 2026

By: Macario Ignacio Marruffo Pro Se
Signature Notary Not Required

Exhibits A-B-C

**Arizona Department of Corrections Rehabilitation and Reentry**

**Inmate Letter Response**

*For distribution: Copy of corresponding Inmate Letter must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
| --- | --- |
| Marruffo, Macario | 145780 |
| INSTITUTION/UNIT | |
| ADCRR-Yuma-Dakota Unit. | |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
| --- | --- |
| Romo Oziel | ADCRR-Yuma |

In response to your letter dated February 19, 2026 and received on March 2, 2026 regarding concerns about staff misconduct and institutional practices at the La Palma Correctional institution.

Your claim has been received and will be reviewed in accordance with Arizona Department of Corrections policies and procedures.Please be advise that per Department Order #501 - Employee Professionalism, Ethics, and Conduct: All employees are expected to accept responsibility and delegated authority to perform their assigned duties efficiently and effectively, in a courteous, considerate, and prompt manner. They must also ensure that their personal conduct is in accordance with this Department Order at all times. This Department Order requires staff to maintain a professional demeanor and adhere to the Department's Code of Ethics at all times.
Please be informed that all allegations of staff misconduct are thoroughly investigated and taken very seriously. If it is determined that a violation occurred, the staff involved will be held accountable, and corrective action will be administered. However, staff discipline is confidential, and you will not be informed of the outcome of any investigation that may take place.

It is also important to clarify that the Department of Corrections does not engage in or entertain political discussions or viewpoints as part of its operations. Staff are expected to remain neutral and focused solely on maintaining safety, security, and order within the institution. It is our custodial responsability to treat all incarcerated individuals eaqually and with respect.

Furthermore, be advise that all communication submitted to this office must remain respectful and free of inappropriate or accusatory language. Statements that are generalized, unsupported, or contain offensive remarks do not assist in the review process and may delay the ability to address specific concerns.

All staff at the Arizona Department of Corections institutions are held to professional standards, and are expected to perform their duties in accordance with established policies and procedures. Any substantiated violations by staff will be addressed.

Reference:Directors Project RT 2026 326 11552382

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
| --- | --- |
| | 3-31-26 |

Distribution: Original – Master File
Copy - Inmate

916-2
5/14/12

Arizona Department of Corrections
Rehabilitation and Reentry

Inmate Letter Response

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

Received Feb 16, 2026 at 3:45 pm From Cos Serrano

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Marruffo, Macario | 145780 |
| INSTITUTION/UNIT | |
| ASPC-Yuma/Dakota Unit | |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| Romo, Oziel | ASPC-Yuma |

In response to your letter dated January 20, 2026 and received on February 4, 2026 regarding a use of force incident that occurred at La Palma Unit on December 16, 2026 has been forwarde to me for a response.

Based on the information provided in your letter, your letter mentions that a use of force incident occurred with a female staff member.

According to you, you were held down by two staff and then punched in the face by a female staff member. You also stated that Staff at the La Palma Unit intend on covering up this incident.

Be advised that per Department Order #501 - Employee Professionalism, Ethics and Conduct: All employees shall accept responsibility and delegated authority to efficiently and effectively perform their assigned duties in a courteous, considerate and prompt manner and ensure their personal conduct is in accordance with this Department Order at all times. Also, this Department Order ensures they maintain a professional demeanor and abide by the Department's Code of Ethics at all times. With this in mind, be informed that all allegations of staff misconduct at any level are thoroughly investigated and taken very seriously. If it is determined that there was a violation, staff will be held accountable and corrective action will be administered. Staff discipline is confidential and you will not be informed of the outcome.

Reference: Director's Project RT 2026 23 11453628

Delivered by
Coll Serrano
2/16/26

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 2-9-26 |

Distribution: Original – Master File
Copy - Inmate

916-2
5/14/12

YB 111

Outlook

RECALC ADC#145780 NAME:MARRUFFO,MACARIO

From Maria Marquez <mmarque1@azadc.gov>
Date Wed 7/16/2025 7:50 AM
To TCU_LaPalma - ADC <tcu_lapalma@azadc.gov>
Cc Potter, Keith <KEITH.POTTER@corecivic.com>

CAUTION: This email came from outside the organization. Attachments and links may contain viruses and other malicious software.

The above inmate file has been recalculated CR201502989(F1)F2,F5,F6)

The tentative release dates are as follows:

class 1 Felony is proof sent from central office record is now manipulated CR201502989 does not contain a class 1 Felony

WDAY TR:05/08/2037
ERCD:05/10/2037
CSED:11/08/2040

*****Reaudit completed with Court Documents ONLY*****

Please print all necessary screens for your records and provide a TIME COMP to the inmate.

AZ DEPARTMENT OF CORRECTIONS, REHABILITATION & REENTRY

**Maria Marquez**
**Time Computation Technician Sr.**

Central Office: 701 E. Jefferson St.,
Phoenix, AZ, 85034

Phone: 602-542-4616
Email: mmarque1@azcorrections.gov
Website: corrections.az.gov

This email contains information that is intended only for the person(s) to whom it is addressed. If you received this communication in error, please do not retain it or distribute it and notify the sender immediately.

To unsubscribe from this group and stop receiving emails from it, send an email to tcu_lapalma+unsubscribe@azadc.gov.