**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Shawn Jensen, et al.,

Plaintiffs,

v.

Ryan Thornell, et al.,

Defendants.

No. CV-12-00601-PHX-ROS

**ORDER**

The Monitors have prepared and submitted their Fourth Interim Report. The Report identifies particular issues with the implementation of the Patient Centered Care Model, notes a few areas of improvement, and reaches the following conclusion:

> We found PCCM implemented in only three units in a single complex and in those three, found it to be substantially, though not completely, implemented. The three units are at ASPC Douglas, one of the low custody complexes that generally house the healthiest males in ADCRR. These three units account for only 8% of the class. Among the other 34 units we reviewed, there has been implementation of isolated elements of the PCCM at some units, but the model of care has not substantially changed since the Injunction was issued.

Monitors' Fourth Interim Report at 1. The Report shall be filed under a separate docket entry. Responses by the parties, if any, shall be filed no later than October 29, 2026.

…

…

…

…

**IT IS ORDERED** the Clerk of Court is directed to file the attached Monitors' Fourth Interim Report under a separate docket entry.

Dated this 15th day of October, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge