**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Shawn Jensen, et al.,

Plaintiffs,

v.

Ryan Thornell, et al.,

Defendants.

No. CV-12-00601-PHX-ROS

**ORDER**

The Court received a request from the Receiver to hire Kellie Wasko to work under her direction to assist in creating and implementing the Operational Plan with a proposed salary of $400,000 per year. (Doc. 5378.) In an October 5, 2026 Order, the Court indicated that it was inclined to grant the request, but allowed the Parties to file objections. Plaintiffs did not file an objection. Defendants assert that they do not object to Ms. Wasko's hiring, but seek clarification as to whether the hiring is full time and request that the Receiver not assign Ms. Wasko the title of Chief of Healthcare Operations to avoid confusion with the existing ADCRR position of Chief of Healthcare Services. (Doc. 5385.)

To accommodate Defendants' concern regarding confusion with an existing ADCRR role, the title of Ms. Wasko's role will be Clinical Operations Chief.

Additionally, the Court finds the requested salary of $400,000 annually is reasonable given Ms. Wasko's past experience and her expected substantial role and contributions. The Receiver has clarified that it is expected Ms. Wasko's engagement will be full-time.

Accordingly,

**IT IS ORDERED** that the Receiver's request to hire Ms. Wasko is **GRANTED**. (*See* Doc. 5307 at 9.)

**IT IS FURTHER ORDERED** Ms. Wasko shall serve in the Office of the Receiver as the Clinical Operations Chief with an annual full-time salary of $400,000 and an effective starting date of October 26, 2026.

Dated this 20th day of October, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge