**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen,<br>Plaintiff,<br>v.<br>Ryan Thornell,<br>Defendant. | No. CV-12-00601-PHX-ROS<br>**ORDER** |

Annette Chambers-Smith, having been appointed as Receiver in this matter, will need access to past and future filings. Because the Receiver is acting on behalf of the Court, she will be granted exemption from PACER access fees.

Accordingly,

**IT IS ORDERED** Receiver Annette Chambers-Smith is granted exemption from PACER access fees.

Dated this 3rd day of November, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge